UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:26-cv-2173

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v.

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,

Defendants.

_____________________________________/

**NOTICE OF LIMITED APPEARANCE OF MATTHEW LAROSIERE AS ADDITIONAL COUNSEL FOR PLAINTIFF JOHN ELIK**

Matthew Larosiere hereby enters his appearance as additional counsel for Plaintiff John Elik.

The undersigned's representation of John Elik is limited to pretrial matters. Zachary Z. Zermay remains lead counsel for Plaintiffs and will serve as Elik's trial counsel.

DATED: September 26, 2026
Respectfully submitted,

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: (561) 452-7575
*Counsel for Plaintiff John Elik*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2026, I served a true and correct copy of the foregoing by depositing separately addressed copies in the United States mail, first-class postage prepaid, addressed to each Defendant as follows:

Defense Distributed
2320 Donley Drive, Suite C
Austin, TX 78758

DEFCAD, Inc.
2320 Donley Drive, Suite C
Austin, TX 78758

Cody Rutledge Wilson
2320 Donley Drive, Suite C
Austin, TX 78758

DD Foundation LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731

*/s/ Matthew Larosiere*
Matthew Larosiere