UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:26-cv-2173

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v.

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,

Defendants.

_______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

**IS** related to pending or closed civil cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *Larosiere v. Wilson et al.*, No. 6:24-cv-01629 (M.D. Fla., Orlando Division, filed Sept. 6, 2024), Before the Honorable Anne-Leigh Gaylord Moe, United States District Judge, and the Honorable Leslie Hoffman Price, United States Magistrate Judge. Larosiere asserted claims for copyright infringement, false designation of origin and unfair competition, and unauthorized use of his name or likeness against Wilson and affiliated entities. The action was resolved by settlement and is closed. It relates to this action through common parties, overlapping copyrighted works, and overlapping evidence.
2. *Larosiere v. Wilson et al.*, No. 6:25-cv-02112 (M.D. Fla., Orlando Division, filed Nov. 5, 2025). Before the Honorable Anne-Leigh Gaylord Moe, United

States District Judge, and the Honorable Leslie Hoffman Price, United States Magistrate Judge. Larosiere asserted copyright-infringement claims against all four Defendants named in this action, arising from additional infringements occurring after commencement of the first action. The action was resolved by settlement and is closed. It relates to this action through common parties, overlapping copyrighted works, and overlapping evidence.

3. *Defense Distributed et al. v. Elik et al.*, Case No. 9:25-cv-81197-DMM (S.D. Fla.). This closed RICO action, brought by the business entity defendants here, proceeded before the Honorable Donald M. Middlebrooks, United States District Judge, with summary judgment granted in favor of the Defendants in that action, some of whom are Plaintiffs here. Elik asserted copyright counterclaims concerning works implicated in the present action, but the Court struck the counterclaims on scheduling grounds. The present Complaint references the Southern District pleadings as evidence of Defendants' notice of Elik's copyright claims.

4. *Defense Distributed et al. v. John Elik et al.*, Case No. 26-11420 (11th Cir.). This pending appeal arises *from Larosiere v. Wilson et al.*, Case No. 6:24-cv-01629-AGM-LHP. The non-settling former RICO counterdefendants, including Elik, seek review of the denial of their request for attorneys' fees and related expenses under 28 U.S.C. § 1927. The appeal relates to this action through common parties and the litigation history described in the

present Complaint. Although the underlying copyright claims were resolved by settlement, this collateral fee appeal remains pending.

5. *Defense Distributed et al. v. John Elik et al.*, Case Nos. 26-12667 and 26-12808 (11th Cir.). These pending proceedings comprise the Plaintiffs' appeal from summary judgment in favor of Defendants' and Defendants' fee-related cross-appeal arising from *Defense Distributed v. Elik et al.*, Case No. 9:25-cv-81197-DMM (S.D. Fla.). They relate to this action through the overlapping parties, copyrighted works, and factual background described above concerning the Southern District action. That action was dismissed in favor of the defendants at the district-court level, but the appeal and cross-appeal remain pending.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

DATED: September 26, 2026
Respectfully submitted,

*/s/ Matthew Larosiere*
Matthew Larosiere, Esq.
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: (561) 452-7575
*Counsel for Plaintiff John Elik*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Florida Bar No. 1002905
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Lead Counsel for Plaintiffs*