UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:26-cv-2173

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v.

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,

Defendants.

_____________________________________/

**JOHN ELIK'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.
   a. N/A. The filer is a natural person.
2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.
   a. The filer is unaware of any such entity or natural person.
3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.
   a. The filer is unaware of any such lawyer.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.
    a. N/A
5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.
    a. Attorney Chad Flores, as counsel for Defendants.
6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.
    a. The filer is unaware of any such conflict.

**Citizenship Information**

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.
    a. The pleading does not assert such, however, the filer is a citizen of Illinois.
8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.
    a. N/A.

**Certificate**

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

DATED: September 26, 2026
Respectfully submitted,

*/s/ Matthew Larosiere*

Matthew Larosiere, Esq.
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: (561) 452-7575
*Counsel for Plaintiff John Elik*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 26, 2026, I served a true and correct copy of the foregoing by depositing separately addressed copies in the United States mail, first-class postage prepaid, addressed to each Defendant as follows:

Defense Distributed
2320 Donley Drive, Suite C
Austin, TX 78758

DEFCAD, Inc.
2320 Donley Drive, Suite C
Austin, TX 78758

Cody Rutledge Wilson
2320 Donley Drive, Suite C
Austin, TX 78758

DD Foundation LLC
5900 Balcones Drive, Suite 100
Austin, TX 78731

*/s/ Matthew Larosiere*
Matthew Larosiere