AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **DD Foundation LLC**
was received by me on **9/25/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Megan Lowe**, who is designated by law to accept service of process on behalf of **DD Foundation LLC** at **5900 Balcones Dr Ste 100, Austin, TX 78731** on **09/25/2026 at 2:21 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 96.20** for services, for a total of **$ 96.20**.

I declare under penalty of perjury that this information is true.

Date: 09/25/2026

*Server's signature*

**Dalon Luster**
*Printed name and title*

**11210 RM 2222**
**Austin, TX 78730**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS, to Megan Lowe who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**

Tracking #: **0243583283**