UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v. Case No. 6:26-cv-2173-JSS-CAB

CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, and DD FOUNDATION LLC,

Defendants,

---

**ORDER**

This cause comes before the Court upon *sua sponte* review of the file. It is **ORDERED** that, pursuant to Local Rule 1.07(a), Middle District of Florida, this case is transferred to the Honorable Leslie Hoffman Price, with her consent, for consideration with related cases.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2026.

Chauncey A. Bratt
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties