AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Defcad, Inc.**
was received by me on **9/23/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Vacant** after attempting service at **2320 Donley Dr Ste C, Austin, TX 78758**; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 09/29/2026

[signature]
*Server's signature*

**Jessica Meroney**
*Printed name and title*

**202 Walton Way**
**#192-607**
**Cedar Park, TX 78613**
*Server's address*

Additional information regarding attempted service, etc:

**9/29/2026 2:18 PM: The property appeared vacant which was supported by empty inside.**

Tracking #: **0244025526**