AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Cody Rutledge Wilson**
was received by me on **9/24/2026:**

☐ I personally served the **Exhibits; Complaint; Summons; Civil Case Cover Sheet** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **209 E 33rd St, Austin, TX 78705-2411**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 161.20** for services, for a total of **$ 161.20**.

I declare under penalty of perjury that this information is true.

Date: 09/24/2026

*Server's signature*

**Joseph Solomon Chigozie**
*Printed name and title*

**3005 Centrum Drive**
**Austin, TX 78754**
*Server's address*

Additional information regarding attempted service, etc:

**9/24/2026 6:40 PM: I spoke with an individual who identified themselves as the resident and they stated subject known but never resided. The resident stated that the subject is known but he doesn't reside at the address**
**9/24/2026 6:41 PM: I spoke with an individual who identified themselves as the resident and they stated subject known but never resided. I spoke with a neighbor who says not resident.**

Tracking #: **0243431067**