United States District Court
Middle District of Florida
Orlando Division

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v. Case No. 6:26-cv-2173-JSS-LHP

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; AND
DD FOUNDATION LLC

Defendants.

---

**Notice of Appearance & Lead Counsel Designation**

I appear in this case as lead counsel for Defendant DD Foundation LLC. I am specially admitted to practice in this Court for this case.

Respectfully submitted,

By: */s/ Chad Flores*
Chad Flores
State Bar No. 24059759
chad@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Tel (713) 364-6640
Fax (832) 645-2496

Counsel for Defendant
DD Foundation LLC