United States District Court
Middle District of Florida
Orlando Division

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v. Case No. 6:26-cv-2173

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; AND
DD FOUNDATION LLC,

Defendants.

---

**Declaration of Cody Wilson**
**in Support of DD Foundation LLC's**
**Motion to Compel Arbitration**

I, Cody Rutledge Wilson, declare as follows:

1. I am over eighteen years old and competent to testify. I make this declaration from personal knowledge and could testify competently to the facts stated below.

2. I am closely involved in the operations of DEFCAD, Inc., Defense Distributed, and DD Foundation LLC, and have personal knowledge of the matters described below concerning ddlegio.com and defcad.com.

3. I submit this declaration in support of DD Foundation LLC's motion to compel arbitration. This declaration is not offered in support of its motion to dismiss under Rule 12(b)(2) or its alternative motion to dismiss under Rule 12(b)(6).

The attached Terms of Service

4. DD Foundation LLC owns and operates the DD LEGIO service at ddlegio.com. Attached as Exhibit A is a true and correct copy of the complete DD LEGIO Terms of Service, version 1.5, bearing the notation "Last Updated: January 1st, 2026." Those Terms were published at https://ddlegio.com/terms-and-conditions/.

5. DEFCAD, Inc. owns and operates defcad.com. Attached as Exhibit B is a true and correct copy of the complete DEFCAD Terms of Service, version 3.5, bearing the notation "Last Updated: January 1st, 2026." Those Terms were published at https://defcad.com/terms-of-service.

6. Exhibits A and B reproduce the respective Terms in full. Neither exhibit omits or alters any provision of the Terms.

7. The Terms reproduced in Exhibits A and B were published and in effect in that same form no later than January 1, 2026. Their text remained unchanged from January 1, 2026, through October 15, 2026, including during August and September 2026.

8. I know the publication history described in paragraph 7 because of my actual involvement in their publication and maintenance. My knowledge that these versions were in effect during that period does not rest solely on the "Last Updated" notation appearing on the pages.

9. The October 15, 2026 dates appearing in the exhibits' print headers identify the date of the website printouts. They do not identify when the reproduced Terms first became effective. The printouts reproduce the same contractual text that was published and in effect beginning no later than January 1, 2026.

10. Each company maintained and published its respective Terms in the regular course of operating its website. The full Terms were available through the links described below. Section 4.4 of each set of Terms contains the provision titled "Dispute Resolution and Binding Arbitration." Those provisions were included throughout the period described in

paragraph 7. Both sets of Terms have contained substantially the same arbitration provision since at least 2021.

Notice presented to website visitors

11. Throughout the period from January 1, 2026, through October 15, 2026, every visitor to ddlegio.com encountered a notice before proceeding to view website content. The notice informed the visitor that proceeding constituted agreement to the DD LEGIO Terms of Service and provided a hyperlink to the full Terms reproduced in Exhibit A. The hyperlink opened the full DD LEGIO Terms at https://ddlegio.com/terms-and-conditions/.

12. Throughout the same period, every visitor to defcad.com encountered a notice before proceeding to view website content. The notice informed the visitor that proceeding constituted agreement to the DEFCAD Terms of Service and provided a hyperlink to the full Terms reproduced in Exhibit B. The hyperlink accompanying that notice opened the full DEFCAD Terms at https://defcad.com/terms-of-service.

13. DEFCAD also presented an agreement notice as a condition of logging in. The login notice stated: "By continuing, you agree to our Terms of Service and Privacy Policy." It appeared below the login fields and linked to the full DEFCAD Terms reproduced in Exhibit B.

Application to the conduct described in the complaint

14. I have reviewed the allegations concerning Plaintiffs' website use. The complaint states that Larosiere accessed DEFCAD.com and downloaded the identified postings on or about August 29, 2026. Doc. 1 at 9, ¶ 48. It also states that Elik inspected DEFCAD.com after the August 23, 2026 newsletter and that Larosiere then performed the August 29 downloads. Doc. 1 at 12, ¶ 61.

15. The mandatory DEFCAD visitor process described above applied to the website visits identified in those allegations. A visitor proceeding to inspect the website's content encountered the DEFCAD agreement notice and proceeded after receiving that notice. A user logging in also encountered and completed the additional login process described in paragraph 13. The Terms linked through those notices during August 2026 were the Terms reproduced in Exhibit B.

16. The DD LEGIO visitor process likewise presented the notice and the Terms reproduced in Exhibit A to every person who proceeded to view ddlegio.com during that period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 16, 2026, at Austin, Texas.

DocuSigned by:
Cody Wilson
B6DC280D6EDF45E...
Cody Rutledge Wilson

Exhibit A - Legio Terms of Service

Now you can click here to sign up for DEFCAD directly. ×

# Terms of Service

Terms of Purchase: https://ddlegio.com/terms-of-purchase/

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

To use ddlegio.com (“LEGIO”), you must be at least 18 years old. If you are age 18 or younger, use of this site is strictly prohibited.

**GENERAL PROHIBITION AGAINST ACCESS BY CERTAIN USERS**

Notwithstanding any other part of these Terms of Service, and notwithstanding any other express or implied grant of permission, the following persons/entities are expressly forbidden from using, accessing, or obtaining any information from LEGIO for any reason:

Federal and state law enforcement agencies operating within or under the authority of the states of New Jersey, New York, California, Connecticut, Pennsylvania, and Washington. Agents of the offices of the Attorneys General of New Jersey, New York, Connecticut, Pennsylvania and Washington. Agents of the offices of Consumer Affairs or Consumer Protection in the states of New Jersey, New York, California, Connecticut, Pennsylvania, and Washington.

Employees, agents, members and associates of the gun control organizations including but not limited to: Brady, Giffords, Everytown for Gun Safety, Mom’s Demand Action, MAF Corporation, Newtown Action Alliance, The Gatalog,

Sandy Hook Promise, Gatalog Foundation, The Trace, and The United Methodist Church. Attorneys, employees, agents and associates of the law firms represented by the FACT coalition, including but not limited to the firms: Arnold & Porter LLP, Bilzin Sumberg Baena Price & Axelrod LLP, Cooley LLP, Covington & Burling LLP, Dentons USLLP, Gibson Dunn And Crutcher LLP, Hogan Lovells US LLP, Keker, Van Nest & Peters LLP, Mayer Brown LLP, Morrison & Foerster LLP, Morvillo Abramowitz Grand Iason & Anello PC, Munger Tolles & Olson LLP, O'Melveny & Myers LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Simpson Thacher & Bartlett LLP. Attorneys, employees, agents and associates of the law firms Venable, LLP and Keker, Van Nest & Peters, Sullivan and Cromwell, and Zermay Law.

Any access or use of any part of LEGIO, whether directly or indirectly, by or at the direction of, any of the above-listed persons is expressly forbidden and is unlawful. Any violation of this prohibition may lead to civil and/or criminal liability pursuant to the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA").

This prohibition is intended to clarify that no permission to access is granted to any of the above-listed users. Further, for avoidance of doubt, this prohibition is intended to immediately and permanently revoke any pre-existing express or implied grant of permission to access this site within the meaning of Facebook, Inc v. Power Ventures, Inc, 844 F.3d 1058 (9th Cir. 2016) (noting, "a defendant can run afoul of the CFAA when he or she has no permission to access a computer or when such permission has been revoked explicitly.") (emphasis added).

### 1.0 Terms of Use

By accessing this site, you agree to the following terms:

### 1.1 Acceptable Use

LEGIO is a subscription membership service and technical fraternity for supporters of Defense Distributed. We are dedicated to the advancement of, and education concerning,

American gunsmithing, and the protection and expansion of the Second Amendment of the United States Constitution.

General LEGIO membership is available to anyone except for those persons/agencies identified in the GENERAL PROHIBITION listed above. However, LEGIO is not currently accepting or fulfilling orders from foreign persons, as defined at 22 CFR § 120.16 and 15 CFR § 772.1.

### 2.0 Terms of Verification

Your use of certain LEGIO membership benefits may be subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). By pursuing account verification, you agree to comply with all domestic and international laws that apply to export-controlled information and 3D gun-related software. In furtherance of these restrictions, you certify and/or represent and warrant the following regarding your identity.:

- You are a U.S. Person as defined by the ITAR (§120.15).
- You are 18 years of age.
- You are not a U.S. federal or state law enforcement agent.
- You are not in Cuba, Iran, Syria, Sudan, North Korea, the Crimea Region of the Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not listed on the U.S. Department of Treasury's Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or prohibited, as available at https://www.export.gov/csl-search and at http://sam.gov/portal/SAM

### 3.0 Intellectual Property Use and Ownership.

You acknowledge and agree that:

- All uses on this Website of the terms "sell," "sale," "resell," "resale," "purchase," "price" and the like mean the purchase or sale of a license. Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement.
- You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of those licensed products.
- You will not cause, induce or permit others' noncompliance with the terms and conditions of any of these product license agreements.
- The Company will remain the sole and exclusive owner of all intellectual property rights in and to each product made available on this Website and any related specifications, instructions, documentation or other materials, including, but not limited to, all related copyrights, patents, and trademarks, subject only to the limited license granted under the product's or service's license agreement. You do not and will not have or acquire any ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.

### 4.0 General Terms

### 4.1 Privacy Policy

Our Privacy Policy, https://ddlegio.com/privacy governs the processing of all data collected from you in connection with your purchase of Company products through the Website.

### 4.2 Force Majeure

We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

**4.3 Governing Law and Jurisdiction.**

All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Texas.

**4.4 Dispute Resolution and Binding Arbitration.**

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHERWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION (“AAA”), IN AUSTIN, TEXAS PURSUANT TO THE AAA’S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

**4.5 No Waivers.**

The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will

be effective only if in writing and signed by a duly authorized representative of the Company.

### 4.6 Notices.

To You. We may provide any notice to you under these Terms by: (i) sending a message to the e- mail address you provide or (ii) by posting to the Website. Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.

To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to support@ddlegio.com. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.

### 4.7 Legal Advice

The Second Amendment of the United States Constitution provides: “A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.”

Due to the wide variety of laws that may apply, LEGIO is unable to provide legal advice, and nothing in these Terms should be interpreted as providing legal advice, to our users regarding their specific rights, duties, and potential legal liabilities. Each user of LEGIO is solely responsible for ensuring that they understand, and are in full compliance with, all local, state, and federal laws which may apply to their use of this website.

### 4.8 Disclaimer of Warranties

Products and services offered by LEGIO are provided “AS-IS” and without any warranties, express or implied. Any and all warranties, including implied warranties of merchantability or

fitness for a particular purpose, are expressly disclaimed. There are no warranties which extend beyond the description on the face hereof.

### 4.9 Indemnification

You agree to indemnify and hold LEGIO harmless from any claim, cause of action, demand or damages related to or arising out of: (a) activity that occurs through or by use of your account; (b) your use of or reliance on any site content; and (c) your violation of these Terms. This indemnification obligation includes payment of any attorneys' fees and costs incurred by LEGIO. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you agree to cooperate with our defense of such claims.

### 4.10 No Third-Party Beneficiaries

These terms constitute a legal agreement between you and LEGIO. These terms are not intended to be, and shall not be, enforceable by any third party/parties.

### 4.11 Severability

If any provision of these Terms is invalid, illegal, void or unenforceable, then that provision will be deemed severed from these Terms and will not affect the validity or enforceability of the remaining provisions of these Terms.

### 4.12 Entire Agreement

These Terms constitute the entire agreement between you and LEGIO. These Terms supersede any prior written or oral agreement. If any provision of these Terms is found by a court of competent jurisdiction to be unenforceable, all other provisions remain in full force and effect.

### 4.13 Notice of Availability of Parent Control Protections

Federal law, specifically 47 U.S.C. § 230(d), requires the provider of an "interactive computer service" (such as a

website) to "notify [each] customer that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist the customer in limiting access to material that is harmful to minors."

Pursuant to this requirement, if you are a parent and you are interested in obtaining commercial tools to help you limit access to material that is harmful to minors, you can find a list of such tools here: PCMag.com – The Best Parental Control Software for 2020.

NOTE – LEGIO has no relationship with either PCMag.com or with any of the software vendors mentioned in this article. We do not endorse or recommend any specific parental control software, product, or service.

LEGIO is owned and operated by: DD Foundation LLC, 13740 N Hwy 183 Ste J2 Austin, TX 78750

General inquiries: support@ddlegio.com

TOS v.1.5 Last Updated: January 1st, 2026

Since Jan. 1 2021, no warrants have been served to ddlegio.com principals or employees. No searches or seizures have been performed on ddlegio.com assets.

Terms | Privacy

3D2A files are not currently available to persons outside the United States and are not available to residents of, and persons in, the states of New Jersey and California who do not possess a federal firearms license.

Exhibit B - DEFCAD Terms of Service

DEFCAD

Search the library

# Terms of Service

TOS v.3.5 Last Updated: January 1st, 2026

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY. TO USE DEFCAD.COM ("DEFCAD"), YOU MUST BE AT LEAST 21 YEARS OLD. IF YOU ARE AGE 20 OR YOUNGER, USE OF THIS SITE IS STRICTLY PROHIBITED.

## GENERAL PROHIBITION AGAINST ACCESS BY CERTAIN USERS

Notwithstanding any other part of these Terms of Service, and notwithstanding any other express or implied grant of permission, the following persons/entities are expressly forbidden from using, accessing, or obtaining any information from DEFCAD for any reason:

- Federal and state law enforcement agencies operating within or under the authority of the states of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.
- Agents of the offices of the Attorneys General of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.
- Agents of the offices of Consumer Affairs or Consumer Protection in the states of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.

- Employees, agents, members and associates of the gun control organizations including but not limited to: Brady, Giffords, Everytown for Gun Safety, Mom's Demand Action, MAF Corporation, Newtown Action Alliance, The Gatalog, Sandy Hook Promise, Gatalog Foundation, The Trace, and The United Methodist Church.
- Attorneys, employees, agents and associates of the law firms represented by the FACT coalition, including but not limited to the firms: Arnold & Porter LLP, Bilzin Sumberg Baena Price & Axelrod LLP, Cooley LLP, Covington & Burling LLP, Dentons USLLP, Gibson Dunn And Crutcher LLP, Hogan Lovells US LLP, Keker, Van Nest & Peters LLP, Mayer Brown LLP, Morrison & Foerster LLP, Morvillo Abramowitz Grand Iason & Anello PC, Munger Tolles & Olson LLP, O'Melveny & Myers LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Simpson Thacher & Bartlett LLP.
- Attorneys, employees, agents and associates of the law firms Venable, LLP, Keker, Van Nest & Peters, Sullivan and Cromwell, and Zermay Law.

Any access or use of any part of DEFCAD, whether directly or indirectly, by or at the direction of, any of the above-listed persons is expressly forbidden and is unlawful. Any violation of this prohibition may lead to civil and/or criminal liability pursuant to the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA"). This prohibition is intended to clarify that no permission to access is granted to any of the above-listed users. Further, for avoidance of doubt, this prohibition is intended to immediately and permanently revoke any pre-existing express or implied grant of permission to access this site within the meaning of Facebook, Inc. v. Power Ventures, Inc., 844 F.3d 1058 (9th Cir. 2016) (noting, "a defendant can run afoul of the CFAA when he or she has no permission to access a computer or when such permission has been revoked explicitly.") (emphasis added).

## 1.0 Terms of Use

By accessing this site, you agree to the following terms:

## 1.1 Acceptable Use

DEFCAD is an online information library and CAD model marketplace. We are dedicated to the advancement of, and education concerning, American gunsmithing, and the protection of the Second Amendment. Users, professionals and amateurs alike, are invited to access

this site in order to learn more about these topics and to contribute to the online discourse. Users may also purchase and share small arms technical data from this site subject to our Purchase Terms and subject to any and all legal requirements imposed by local, state or federal law. By uploading/downloading/viewing any CAD models appearing on this site, you understand and agree that all such models are, unless otherwise expressly stated, not created nor materially modified by DEFCAD. As such, CAD models appearing on this site are "information provided by another information content provider" within the meaning of 47 U.S.C. § 230(c)(1). You understand and agree DEFCAD is not responsible for the accuracy of such models. As explained further herein, DEFCAD does not warrant that such models are suitable or fit for any particular purpose. DEFCAD is not liable for the use of such models by third parties, and cannot be treated as the publisher or speaker of such models or any advertisements offering such models for sale. See, e.g., Gibson v. Craigslist, 2009 WL 1704355, *3 (S.D.N.Y. 2009) (explaining that under federal law, specifically 47 U.S.C. § 230(c)(1), "'[n]o provider or user of an interactive computer service shall be treated as a publisher or speaker of any information provided by another information content provider,' and that '[n]o cause of action may be brought and liability may be imposed under any State or local law that is inconsistent with this section.'").

## 1.2 Prohibited Use

By using, uploading and/or downloading information from DEFCAD, you represent that you understand and agree to comply with all local, state and/or federal laws governing your purchase, possession, and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models. Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). You will not use DEFCAD for an unlawful purpose. You will not conduct an unauthorized export of any CAD models or other files appearing on or obtained from DEFCAD, or any physical parts created from such files. You will not use or access DEFCAD for the purpose of assisting a non-United States person in the design or development of a defense article described on the ITAR U.S. Munitions List or for integration or installation of an EAR-controlled item on an ITAR defense article. You will not use or access DEFCAD for the purpose of supporting the proliferation of any chemical, biological, or nuclear weapons or missiles. You will not send, upload, or otherwise use classified national security information (i.e., SECRET, TOP SECRET) on DEFCAD. You will not access DEFCAD directly or indirectly, from Cuba, Iran, Syria, Sudan, North Korea, the Crimea

Region of Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services. You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services. You are not listed on the U.S. Department of Treasury's Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or prohibited. These lists are available at www.export.gov/csl-search and at http://sam.gov/portal/SAM. Any information you provide to DEFCAD is not from an ITAR-embargoed country listed at 22 CFR § 126.11 or the Russian Federation. You further represent and declare (or certify, verify, or state) that each of the following are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

- You are at least twenty-one (21) years old.
- You are a citizen or lawful permanent resident of the United States of America, or of any other country in which the operation of this site is lawful.
- You have not renounced your U.S. citizenship.
- You are not an illegal or unlawful alien, and are not a nonimmigrant alien.
- Your possession and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models, does not violation any local, state, or federal law of the jurisdiction in which you reside.
- You are not currently under indictment for, and have never been convicted in any court of, a crime punishable by imprisonment for one year or more.
- You are not a fugitive from justice.
- You are not an unlawful user of, or addicted to, any controlled substance.
- You have not been adjudicated as a mental defective and have not been committed to any mental institution.
- You have never been and are not expected to be discharged from the Armed Forces under dishonorable conditions.
- You are not currently subject to a domestic violence restraining order of any kind.
- You have never been convicted in any court of a crime of domestic violence.
- You will not conduct an unauthorized export of any CAD models appearing on DEFCAD, or any physical parts created from such models.

- You will not use, and do not intend to use, CAD models appearing on DEFCAD, or any physical parts created from such models, for any unlawful purpose including, but not limited to, causing physical injury or death to yourself or to any other person.

Provided you meet all of the above requirements, the use of DEFCAD is free to anyone except for those persons/agencies identified in the GENERAL PROHIBITION listed above. However, DEFCAD is not currently accepting or fulfilling orders from foreign persons, as defined at 22 CFR § 120.16 and 15 CFR § 772.1, or individuals behind the "Blue Wall," which include residents of the states of California and New Jersey who do not possess a federal firearms license.

## 2.0 Terms of Contribution

Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). By uploading any materials, you agree to comply with all domestic and international laws that apply to export-controlled information and software. In furtherance of these restrictions, you certify and/or represent and warrant the following regarding the files being submitted to DEFCAD for publication by DEFCAD, Inc.:

- You are the author of the files, or you are submitting the files with the author's permission.
- These files are not submitted for an improper or unlawful purpose.
- The files do not concern chemical, biological, or nuclear weapons or missiles.
- The files do not contain classified national security information (i.e., SECRET, TOP SECRET) on DEFCAD.
- You are not in Cuba, Iran, Syria, Sudan, North Korea, the Crimea Region of the Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not listed on the U.S. Department of Treasury's Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or

prohibited, as available at https://www.export.gov/csl-search and at http://sam.gov/portal/SAM.

## 2.1 Contributor Certificate of Origin

## Contributor Certificate of Origin Version 1.0

By making a contribution to DEFCAD, I certify that:

a. The contribution was created in whole or in part by me and I have the right to submit it under the open-source license indicated in the file; or

b. The contribution is based upon previous work that, to the best of my knowledge, is covered under an appropriate open-source license and I have the right under that license to submit that work with modifications, whether created in whole or in part by me, under the same open-source license (unless I am permitted to submit under a different license), as indicated in the file; or

c. The contribution was provided directly to me by some other person who certified (a), (b) or (c) and I have not modified it.

d. I understand and agree that this project and the contribution are public and that a record of the contribution (including all personal information I submit with it, including my sign-off) is maintained indefinitely and may be redistributed consistent with this project or the open-source license(s) involved.

## 2.2 Intellectual Property Rights

By uploading any material to DEFCAD, including but not limited to CAD models, you grant to DEFCAD an irrevocable, perpetual, fully-paid, worldwide non-exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. You represent and warrant that any content you submit is an original work by you, or that you own or control 100% of the rights in and to your content and the rights granted to DEFCAD in this license, and such rights are and shall be free and clear of any and all claims, rights and obligations; and that you have the right to grant to DEFCAD the

rights granted to us in this license, you do not require the consent of any third party and that there is no contract with any third party that could in any way interfere with DEFCAD's rights under this license or require any payment to be made to anyone by DEFCAD.

## 3.0 Intellectual Property Use and Ownership

You acknowledge and agree that:

- All uses on this Website of the terms "sell," "sale," "resell," "resale," "purchase," "price" and the like mean the purchase or sale of a license.
- Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement.
- You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of those licensed products.
- You will not cause, induce or permit others' noncompliance with the terms and conditions of any of these product license agreements.
- You do not and will not have or acquire any ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.

## 3.1 DMCA/Copyright Complaints

DEFCAD complies with the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512 (the "DMCA"). Upon receipt of a valid Notification of Claimed Infringement, we will promptly remove any infringing content and will, under appropriate circumstances, terminate the privileges of any user who uses DEFCAD to unlawfully infringe copyrighted material without a license, express consent, valid defense or fair use exemption to do so. If you believe that your copyrighted work has been infringed by any content appearing on DEFCAD, please let us know by submitting a written notice that contains all of the following information:

- Your name, address, telephone number, and e-mail address;
- A description of the copyrighted work that you claim has been infringed;
- The exact URL or web address where the material is located;
- A statement by you that you have a good faith belief that the disputed use has not been authorized by you, your agent, or the law;
- Your electronic or physical signature or the electronic or physical signature of the person authorized to act on your behalf; and
- A statement by you made under penalty of perjury, that the information in your notice is accurate, that you are the copyright owner or authorized to act on the copyright owner's behalf.

Any Notification of Claimed Infringement or other complaint regarding copyrighted material appearing on DEFCAD must be submitted, in writing, to our designated DMCA agent:

Cody R. Wilson
DEFCAD
1101 W 34th St. #340
Austin, TX 78705
Phone: (501) 743-9680
Email: crw@defcad.com

Repeat infringer policy: This site takes copyright law seriously. In addition to removing infringing content when appropriate, we will block access to the site by any user who we determine to be a repeat infringer. For the purposes of this policy, a "repeat infringer" is defined as any person who is deemed to have uploaded infringing content three (3) or more times within a period of six (6) months.

## 4.0 General Terms

### 4.1 Privacy Policy

Our Privacy Policy, https://defcad.com/privacy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.

## 4.2 Force Majeure

We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

## 4.3 Governing Law and Jurisdiction

All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Arkansas.

## 4.4 Dispute Resolution and Binding Arbitration

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHERWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"), IN AUSTIN, TEXAS, PURSUANT TO THE AAA'S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

## 4.5 No Waivers

The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in writing and signed by a duly authorized representative of the Company.

## 4.6 Notices

To You. We may provide any notice to you under these Terms by: (i) sending a message to the e-mail address you provide or (ii) by posting to the Website. Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.

To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to: 2320 Donley Drive Ste. C Austin, TX 78758. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.

## 4.7 Legal Advice

The Second Amendment of the United States Constitution provides: "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." Despite this broad and understandable injunction, there remain many different local, state, and federal laws governing and/or limiting the possession, use, and manufacturing of firearms and firearm parts – especially by 3D printers and similar devices. These laws vary widely from jurisdiction to jurisdiction. Laws also can and frequently do change. Due to the wide variety of laws that may apply, DEFCAD is unable to provide legal advice, and nothing in these Terms should be interpreted as providing legal advice, to our users regarding their specific rights, duties, and potential legal liabilities. Each user of DEFCAD is solely responsible for ensuring that they understand, and are in full compliance with, all local, state, and federal laws which may apply to their use of this website and/or the possession and/or creation of physical firearm parts using models obtained from this site.

## 4.8 Disclaimer of Warranties

Products and services offered by DEFCAD are provided "AS-IS" and without any warranties, express or implied. Any and all warranties, including implied warranties of merchantability or fitness for a particular purpose, are expressly disclaimed. There are no warranties which extend beyond the description on the face hereof.

## 4.9 Indemnification

You agree to indemnify and hold DEFCAD harmless from any claim, cause of action, demand or damages related to or arising out of: (a) content that you post or transmit via DEFCAD (including but not limited to CAD models, physical parts created therefrom, and any content that a third-party deems defamatory or otherwise harmful or offensive); (b) activity that occurs through or by use of your account (including, without limitation, all content posted or transmitted and your interactions with others); (c) your use of or reliance on any user content; and (d) your violation of these Terms. This indemnification obligation includes payment of any attorneys' fees and costs incurred by DEFCAD. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you agree to cooperate with our defense of such claims.

## 4.10 No Third-Party Beneficiaries

These terms constitute a legal agreement between you and DEFCAD. These terms are not intended to be, and shall not be, enforceable by any third party/parties.

## 4.11 Severability

If any provision of these Terms is invalid, illegal, void or unenforceable, then that provision will be deemed severed from these Terms and will not affect the validity or enforceability of the remaining provisions of these Terms.

## 4.12 Entire Agreement

These Terms constitute the entire agreement between you and DEFCAD. These Terms supersede any prior written or oral agreement. If any provision of these Terms is found by a court of competent jurisdiction to be unenforceable, all other provisions remain in full force and effect.

## 4.13 Notice of Availability of Parent Control Protections

Federal law, specifically 47 U.S.C. § 230(d), requires the provider of an "interactive computer service" (such as a website) to "notify [each] customer that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist the customer in limiting access to material that is harmful to minors." Pursuant to this requirement, if you are a parent and you are interested in obtaining commercial tools to help you limit access to material that is harmful to minors, you can find a list of such tools here: PCMag.com – The Best Parental Control Software for 2020. NOTE – DEFCAD has no relationship with either PCMag.com or with any of the software vendors mentioned in this article. We do not endorse or recommend any specific parental control software, product, or service.

## DEFCAD is owned and operated by:

DEFCAD, Inc.
2320 Donley Drive, Ste. C
Austin, TX 78758

General inquiries: support@defcad.com

## Never miss 3D2A news

DEFCAD directly to your inbox.
Tune in to our monthly newsletter featuring the latest guncad has to offer.

Subscribe

By subscribing, you agree to receive marketing emails from DEFCAD.
Unsubscribe anytime. See our privacy policy.




DEFCAD

The world's largest 3D gun library.

Company

About

Contact

Pricing

Resources

FAQ

Learn

Open Source

Legal

Privacy Policy

Terms of Service

Terms of Purchase

The files shown on this site are only available to U.S. Persons, as defined at 22 C.F.R. 120.15. DEFCAD files and other hardware are not available to persons outside the United States or to residents of and persons in the states of New Jersey and California who do not possess a Federal Firearms License.

Since Jan. 1 2021, no warrants have been served to defcad.com principals or employees. No searches or seizures have been performed on defcad.com.

2026 DEFCAD, Inc. All rights reversed. *Habent sua fata libelli et balli.*