United States District Court
Middle District of Florida
Orlando Division

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v. Case No. 6:26-cv-2173

CODY RUTLEDGE WILSON; DEFCAD, INC.; DEFENSE DISTRIBUTED; AND DD FOUNDATION LLC,

Defendants.

---

**Defendant DD Foundation LLC's**
**Supplemental Local Rule 3.01(g) Certificate for Document 23**

Pursuant to Local Rule 3.01(g), and supplementing the certificate filed with Document 23, counsel for Defendant DD Foundation LLC certifies as follows:

DD Foundation LLC's Document 23 motion is opposed by Plaintiffs. On Tuesday, October 20, 2026, undersigned counsel conferred by telephone with Plaintiffs' counsel regarding the relief sought in Document 23, including the motion to dismiss under Rule 12(b)(2) and Rule 12(b)(6) and the alternative motion to stay the claims pending arbitration. The means of conference was a telephone conversation of sufficient duration for the parties to discuss the motion and the relief it requests. The parties did not resolve the motion in whole or in part. In light of that full conferral, Plaintiffs oppose the relief requested in Document 23.

Before filing the Document 23 motion on October 16, undersigned counsel contacted Plaintiffs' counsel on October 15 by email and requested a telephone conference concerning initial motions to be filed on the October 16 deadline for responsive pleadings. That request did not identify the specific grounds or relief ultimately presented in Document 23; it just sought a telephone conference about motions to be filed on the deadline for initial pleadings. Counsel filed the Document 23 motion on October 16 before the requested conference could occur, then continued efforts to confer. The original certification was intended to explain those circumstances, not to suggest that Plaintiffs' counsel had failed to comply with Local Rule 3.01(g). This amended certification clarifies and confirms that conferral has since been completed, without prejudice to the parties.

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-2496

Counsel for DD Foundation LLC