# EXHIBIT A

## Signed Returns of Non-Service
## Cross Park Attempts

Cody Rutledge Wilson: executed October 23, 2026 (2 pages)
DEFCAD, Inc.: executed October 21, 2026 (1 page)
Defense Distributed: executed October 21, 2026 (2 pages)
Original return pages reproduced without alteration.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Cody Rutledge Wilson**
was received by me on **10/04/2026:**

☐ I personally served the **Complaint; Summons; CIVIL COVER SHEET; SUPPORTING DOCUMENTS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Other** after attempting service at **8403 Cross Park Drive Ste 3E, Austin, TX 78754**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 96.20** for services, for a total of **$ 96.20**.

I declare under penalty of perjury that this information is true.

Date: 10/23/2026

[signature]
*Server's signature*

**Joseph Solomon Chigozie**
*Printed name and title*

**3005 Centrum Drive**
**Austin, TX 78754**
*Server's address*

Additional information regarding attempted service, etc:

**10/6/2026 11:23 AM: There was no answer at the address.**
**10/8/2026 10:56 AM: There was no answer at the address.**
**10/12/2026 12:29 PM: There was no answer at the address. I knocked on the door but the worker I saw refused to answer the door nor open the door. I think they are trying to avoid service**
**10/15/2026 6:05 PM: There was no answer at the address.**
**10/20/2026 9:20 AM: There was no answer at the address. The company name is displayed at the entrance of the address. During each attempt, I have observed individuals inside the office building who appear to avoid opening the door I approach with the documents. On my most recent attempt, one individual was walking towards the door as if to open it, but the other employee instructed the individual not to open the door. I was unable to make contact with**

Civil Action No. **6:26-cv-02173-JSS-CAB**

**anyone at the location**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Defcad, Inc.**
was received by me on **10/04/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Other** after attempting service at **8403 Cross Park Drive Ste 3E, Austin, TX 78754**; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 10/21/2026

[signature]
*Server's signature*

**Joseph Solomon Chigozie**
*Printed name and title*

**3005 Centrum Drive**
**Austin, TX 78754**

*Server's address*

Additional information regarding attempted service, etc:

**10/6/2026 11:22 AM: There was no answer at the address.**
**10/8/2026 10:57 AM: There was no answer at the address.**
**10/12/2026 12:24 PM: I spoke with an individual who identified themselves as the corporate officer. I knocked on the door but the individual I saw refused to respond neither open the door to speak to me. I think they are trying to avoid being served**
**10/15/2026 6:05 PM: There was no answer at the address.**
**10/20/2026 9:39 AM: There was no answer at the address.**

Tracking #: **0247427883**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **6:26-cv-02173-JSS-CAB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Defense Distributed**
was received by me on **10/04/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Other** after attempting service at **8403 Cross Park Drive Ste 3E, Austin, TX 78754**; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 10/21/2026

[signature]

*Server's signature*

**Joseph Solomon Chigozie**

*Printed name and title*

**3005 Centrum Drive**
**Austin, TX 78754**

*Server's address*

Additional information regarding attempted service, etc:

**10/6/2026 11:23 AM: There was no answer at the address.**
**10/8/2026 10:56 AM: There was no answer at the address.**
**10/12/2026 12:26 PM: I spoke with an individual who identified themselves as the corporate officer. I knocked but the individual I saw refused to answer neither open the door to speak with me. I think they are trying to avoid service**
**10/15/2026 6:06 PM: There was no answer at the address.**
**10/20/2026 9:35 AM: There was no answer at the address. The company name is displayed at the entrance the address. During each attempt, I have observed individuals inside the office building who appear to avoid opening the door when I approach with documents. On my most recent attempt, one individual was walking towards the door as if to open it, but another employee instructed the individual not to open the door. I was unable to make contact with**

Tracking #: **0247427958**

Civil Action No. **6:26-cv-02173-JSS-CAB**

**anyone at the location**