# EXHIBIT B

## ABC Legal Notices
## Donley Address Reported Vacant

Emails received September 29, 2026 concerning DEFCAD, Inc.
and Defense Distributed at 2320 Donley Drive, Suite C.
Email headers and body text reproduced; layout reformatted.

## ABC Legal - Received Email

**From:** <noreply@abclegal.com>

**To:** <larosieremm@gmail.com>

**Date:** Tue, 29 Sep 2026 12:18:44 -0700

**Subject:** Potential Bad Address Discovered for Reference ID WILSON_III_CORP

Email from ABC Legal.

We tried to serve Defcad, Inc. but found the address is no longer valid.

Reference ID: WILSON_III_CORP

Case #:6:26-cv-02173-JSS-CAB

Deadline: 01/20/2027

Identified On: 09/29/2026

Address: 2320 Donley Dr Ste C, Austin, TX 78758

Reason: The property appeared vacant which was supported by empty inside.

We need a new address to try to serve Defcad, Inc..

Choose Address

When choosing the next address, you can:

· Choose from a list of potential addresses

· Order an investigation

· Enter your own address

We appreciate your business.

Thank you,

ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101

(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.

## ABC Legal - Received Email

**From:** <noreply@abclegal.com>

**To:** <larosieremm@gmail.com>

**Date:** Tue, 29 Sep 2026 14:07:13 -0700

**Subject:** Potential Bad Address Discovered for Reference ID WILSON_III_CORP

Email from ABC Legal.

We tried to serve Defense Distributed but found the address is no longer valid.

Reference ID: WILSON_III_CORP

Case #:6:26-cv-02173-JSS-CAB

Deadline: 01/20/2027

Identified On: 09/29/2026

Address: 2320 Donley Dr Ste C, Austin, TX 78758

Reason: The property appeared vacant which was supported by empty inside.

We need a new address to try to serve Defense Distributed.

Choose Address

When choosing the next address, you can:

· Choose from a list of potential addresses

· Order an investigation

· Enter your own address

We appreciate your business.

Thank you,

ABC Legal Team

ABC Legal Services, 1099 Stewart St, Suite 700, Seattle, WA 98101

(206) 521-9000 | This is a transactional email.

Manage your email notifications from your profile settings.