**EXHIBIT F**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,
v. Case No. 6:26-cv-02173-JSS-LHP
CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,
Defendants.
_______________________________________/

**DECLARATION OF MATTHEW LAROSIERE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO SERVE BY EMAIL**

I, Matthew Larosiere, declare as follows:

1. I am a Plaintiff in this action and counsel for Plaintiff John Elik. I make this declaration from personal knowledge in support of Plaintiffs' motion for leave to serve Defendants Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed by email. This declaration is the statement contemplated by Texas Rule of Civil Procedure 106(b).

2. Plaintiffs engaged ABC Legal and process server Joseph Solomon Chigozie to serve the summonses and complaint on these Defendants in Austin, Texas.

3. The registered office of DEFCAD, Inc. and of Defense Distributed on file with the Texas Secretary of State is 2320 Donley Drive, Suite C, Austin, Texas 78758. DEFCAD's Terms of Service, as filed by DD Foundation LLC in

this action, also identify that suite as DEFCAD's address for notices and as the address of DEFCAD, Inc. Doc. 23-1 at 23, 25.

4. On September 29, 2026, I received the two emails from ABC Legal reproduced in Exhibit B, reporting that service on DEFCAD, Inc. and on Defense Distributed at the Donley Drive suite failed because the property appeared vacant. Exhibit B reproduces the headers and body text of those emails without alteration to their content.

5. Exhibit A contains true copies of the returns of non-service that Mr. Chigozie executed under penalty of perjury for each Defendant, describing five unsuccessful attempts at 8403 Cross Park Drive, Suite 3E, Austin, Texas 78754, on October 6, 8, 12, 15, and 20, 2026.

6. Exhibit C is a true copy of Document 221 in *Larosiere v. Wilson*, No. 6:24-cv-01629-AGM-LHP (M.D. Fla.), including Wilson's affidavit identifying 8403 Cross Park Drive, Suite 3E as his residence. I attended Wilson's deposition in that case on March 17, 2026. Exhibit D contains true excerpts of the certified transcript, in which Wilson testified that he lives at that address and that it is the address on his driver's license, and identified crw@defdist.org and crw@defcad.com as his work email addresses.

7. Based on the foregoing, each Defendant can probably be found at the following locations: (a) Cody Rutledge Wilson: 8403 Cross Park Drive, Suite 3E, Austin, Texas 78754, his sworn residence; (b) DEFCAD, Inc. and Defense

Distributed: 8403 Cross Park Drive, Suite 3E, Austin, Texas 78754, an occupied office where the company name is displayed at the entrance, and their registered office at 2320 Donley Drive, Suite C, Austin, Texas 78758, which is vacant.

8. Exhibit E is a true copy of Document 23-1 in this action, including the DEFCAD Terms of Service identifying crw@defcad.com as the email address of DEFCAD's designated DMCA agent, Cody R. Wilson, and support@defcad.com as DEFCAD's general-inquiry address.

9. On October 15, 2026, I emailed Chad Flores, counsel for DD Foundation LLC, and asked whether he was authorized and willing to accept service of the summonses and complaint on behalf of Wilson, DEFCAD, and Defense Distributed. He responded the same day that he does not represent any defendant in this action other than DD Foundation LLC and does not have authority to accept service on behalf of anyone but DD Foundation LLC. Exhibit G-1 is a true copy of that exchange.

10. Mr. Flores is counsel of record for appellees Defense Distributed, DEFCAD, Inc., and Cody Rutledge Wilson, among others, in *Defense Distributed v. Elik*, No. 26-11420 (11th Cir.), an appeal in which I am also counsel. Exhibit G-2 is a true copy of the Eleventh Circuit's notice of docket activity reflecting the appellees' brief he filed on their behalf on September 21, 2026, as forwarded to me by his office.

11. Exhibits G-3 and G-4 are true copies of emails I received on February 19, 2026, and April 2, 2026, in connection with litigation between Defense Distributed and Elik, each of which was also addressed to crw@defcad.com. The body of Exhibit G-4 is omitted because it contains remote-deposition access credentials; its header information is reproduced without alteration.

12. Plaintiffs have submitted requests to the Texas Secretary of State for service of process on DEFCAD, Inc. and Defense Distributed under Texas Business Organizations Code § 5.251, with the required copies and fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2026, in Orlando, Florida.

*/s/ Matthew Larosiere*
Matthew Larosiere