# EXHIBIT G

Email Correspondence

G-1: Larosiere–Flores exchange, October 15, 2026

G-2: Eleventh Circuit notice of docket activity, No. 26-11420, September 21, 2026

G-3: Email addressed to crw@defcad.com, February 19, 2026

G-4: Email addressed to crw@defcad.com, April 2, 2026

Larosiere et al. v. Wilson et al. | No. 6:26-cv-02173-JSS-LHP

**EXHIBIT G-1**

From: Matthew Larosiere <larosieremm@gmail.com>
To: Chad Flores <chad@chadflores.law>
Cc: Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
Date: Thu, Oct 15, 2026 at 3:07 PM (EDT)
Subject: Re: Larosiere v. Wilson, 6:26-cv-02173-JSS-LHP (M.D. Fla.) - Motion for Special Admission

Chad,

Plaintiffs take no position on your motion for special admission.

In the interest of the efficiency you mentioned, we should address service on the remaining defendants. DD Foundation has already been served, but repeated attempts to serve Wilson, Defense Distributed, and Defcad have been unsuccessful. Most recently, the process server reported that an individual visible inside the Cross Park location identified himself as a corporate officer, then refused to answer or open the door, and expressly noted apparent avoidance of service.

Given your prior representation of all defendants, please confirm whether you are authorized and willing to accept service of the summonses and complaint on behalf of those three defendants. We propose acceptance by email, effective upon your written acknowledgment, with responses due 21 days thereafter.

I understand your email identifies only DD Foundation as your client in this action. If you do not represent the remaining defendants, please forward this request and ask their current counsel to contact us promptly.

We are proceeding with arrangements for substituted service, but your acceptance would avoid further expense and unnecessary motion practice. Please let us know immediately whether we can resolve service this way.

Best,
Matt

———

From: Chad Flores <chad@chadflores.law>
To: Matthew Larosiere <larosieremm@gmail.com>; Zachary Zermay <zach@zermaylaw.com>
Cc: Geraldine Phillips <info@zermaylaw.com>
Date: Thu, Oct 15, 2026 at 3:31 PM (EDT)
Subject: Re: Larosiere v. Wilson, 6:26-cv-02173-JSS-LHP (M.D. Fla.) - Motion for Special Admission

Counsel,

No, I am not representing any other defendant in this case besides DD Foundation LLC; and no, I do not have authority to accept service on behalf of anyone but DD Foundation LLC. Have you already inquired with the lawyers that represent the other defendants in other cases you are involved in?

Can we agree to extend by two weeks the time for DD Foundation LLC to serve a responsive pleading? Our current calculations put that deadline at tomorrow, October 16. If Plaintiffs can agree to extend that deadline by two weeks, there would be more time to pursue the coordination requests your email mentions and perhaps align all of the defendants on a similar schedule.

As it stands, DD Foundation LLC will probably need to confer via phone about one or more initial motions to be filed on the current deadline (the motion for special admission and then some). So if you would please supply availability for a ~15 minute phone call tomorrow or thereafter, we can schedule it.

Chad Flores
Flores Law PLLC

[Quoted text of prior messages omitted.]

**EXHIBIT G-2**

From: administration@chadflores.law
To: larosieremm@gmail.com; zach@zermaylaw.com; leia.leitner@wilsonelser.com
Date: Mon, Sep 21, 2026 (forwarded)
Subject: Fwd: 26-11420-DD Defense Distributed, et al v. John Elik, et al "Sealed Brief Filed" (6:24-cv-01629-AGM-LHP)

---------- Forwarded message ---------
From: <ecf_help@ca11.uscourts.gov>
Date: Mon, Sep 21, 2026 at 9:32 PM
Subject: 26-11420-DD Defense Distributed, et al v. John Elik, et al "Sealed Brief Filed" (6:24-cv-01629-AGM-LHP)
To: <service@chadflores.law>

United States Court of Appeals for the Eleventh Circuit
Notice of Docket Activity

The following transaction was filed on 09/21/2026
Case Name: Defense Distributed, et al v. John Elik, et al
Case Number: 26-11420
Document(s): 24

Docket Text:
SEALED Appellees brief filed by Appellees Defense Distributed, Defcad, Inc., Dioskouroi LLC, Cody Rutledge Wilson, Federico Andino Reynal and Charles Flores. [26-11420] (ECF: Charles Flores)

Notice will be electronically mailed to:
Leia V. Leitner
Matthew Larosiere
Zachary Z. Zermay
Charles Flores

[Mail-service list and document stamp omitted.]

**EXHIBIT G-3**

From: hfoster@fosterpc.com
To: larosieremm@gmail.com; gary@depury.com; gweiss@taftlaw.com; crw@defcad.com
Date: Thu, Feb 19, 2026, 7:50 AM (EST)
Subject: ECF

Matthew and Gary, could you please file appearances? It would help activate your receipt of our filings.

Thanks
HF

**EXHIBIT G-4**

From: Elyse Smith <esmith@veritext.com>
To: hfoster@fosterpc.com; gary@depury.com; larosieremm@gmail.com; zach@zermaylaw.com; info@zermaylaw.com; beverman@pryorcashman.com; crw@defcad.com
Cc: cs-2@veritext.com; baileyneher@gmail.com
Date: Thu, Apr 2, 2026, 9:36 AM (EDT)
Subject: Deposition Access Information (VERITEXT) | Defense Distributed, Et Al. v. Elik, John, Et Al. | 4/2/2026 | 7995723 | MAF Corp

[Body omitted: the message contains remote-deposition access links and passwords.]