**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,
v.
CODY RUTLEDGE WILSON; DEFCAD, INC.; DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,
Defendants.
__________________________________/

Case No. 6:26-cv-2173-JSS-LHP

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A THREE-PAGE REPLY TO CORRECT DD FOUNDATION LLC'S MISREPRESENTATION OF THE RECORD (DOC. 31)**

Under Local Rule 3.01(e), Plaintiffs Matthew Larosiere and John Elik request leave to file a reply of no more than three pages in support of their motion to extend (Doc. 27). The reply is needed to correct two misrepresentations in Defendant DD Foundation LLC's response (Doc. 31), one about Elik's deposition testimony and one about what the Southern District of Florida ruled.

**The testimony.** In quoting an order concerning the somewhat unique situation of a counterclaim filed in a first responsive pleading after the amendment deadline had passed, DD Foundation tells the Court that Elik "withheld notice because his 'gut reaction is to be mean.'" Doc. 31 at 11. But that simply did not happen. Asked why Defendants had not been told of the

counterclaims earlier, he answered: “Sorry, my gut reaction is to be mean. I’m sorry, that’s wrong of me. Because we don’t have to.” S.D. Fla. Doc. 124-1 at 253:1–3. The reason he gave was “[b]ecause we don’t have to.” DD Foundation misleadingly presented his apology for the bluntness of that answer as the reason, and omits the reason.

**The order.** DD Foundation says the Southern District “expressly cited that testimony in finding a lack of diligence.” Doc. 31 at 11–12. It omits that the court said in the same order that the testimony appeared in a motion “to which Defendants have not yet responded,” and that it did “not rely on any failure to rebut that testimony.” S.D. Fla. Doc. 132 at 2–3 & n.1. Elik never had the chance to answer the aggressive mischaracterization DD Foundation now repeats.

Plaintiffs could not address these statements in their motion. Three pages are needed to quote the transcript and the order in context. The reply will attach the transcript excerpt (S.D. Fla. Doc. 124-1) and the order (S.D. Fla. Doc. 132).

## Local Rule 3.01(g) Certificate

Plaintiffs' counsel conferred with counsel for DD Foundation LLC by telephone message and email on October 28 and 29, 2026. DD Foundation consents to Plaintiffs' filing a reply limited to this issue but proposes that it be limited to one page. Defendants Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed have not appeared.

Dated: November 2, 2026

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay
Florida Bar No. 1002905
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
(305) 767-3529
zach@zermaylaw.com
Lead Counsel for Plaintiffs

*/s/ Matthew Larosiere*
Matthew Larosiere
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
(561) 452-7575
larosieremm@gmail.com
Counsel for Plaintiff John Elik