**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MATTHEW LAROSIERE and JOHN ELIK,<br>Plaintiffs,<br>v.<br>CODY RUTLEDGE WILSON; DEFCAD, INC.; DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,<br>Defendants.<br>_________________________________/ | Case No. 6:26-cv-2173-JSS-LHP |

**PLAINTIFFS' PROOF OF SERVICE ON DEFENDANT DEFCAD, INC.**

Plaintiffs Matthew Larosiere and John Elik file this proof of service of the summons and complaint on Defendant DEFCAD, Inc. under Federal Rule of Civil Procedure 4(l) and Local Rule 1.10(a).

1. On October 27, 2026, Leia V. Leitner of Wilson Elser Moskowitz Edelman & Dicker LLP stated in writing that she was "authorized to accept service of the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4(h)(1)(B)" on behalf of DEFCAD, Inc.. She asked that the complete summons and complaint be emailed to her and stated that "[t]he email of a complete Summons and Complaint will be accepted for service." Ex. A at 2.

2. That same day, at her request, the summons issued to DEFCAD, Inc. (Doc. 3) and the complaint (Doc. 1), with its exhibit (Doc. 1-2), were emailed to Ms. Leitner. Ex. A at 3–4.

3. DEFCAD, Inc. was therefore served on October 27, 2026, by delivery of the summons and complaint to an agent authorized by appointment to receive service of process under Federal Rule of Civil Procedure 4(h)(1)(B). Ms. Leitner calculated the response deadline from that date as November 17, 2026. Ex. A at 2.

Dated: November 4, 2026

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay
Florida Bar No. 1002905
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, FL 33145
(305) 767-3529
zach@zermaylaw.com
Lead Counsel for Plaintiffs

*/s/ Matthew Larosiere*
Matthew Larosiere
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
(561) 452-7575
larosieremm@gmail.com
Counsel for Plaintiff John Elik

## CERTIFICATE OF SERVICE

I certify that on November 4, 2026, I filed this paper through CM/ECF, which will serve all counsel of record, and served it by email on Leia V. Leitner (leia.leitner@wilsonelser.com) and Jura C. Zibas (jura.zibas@wilsonelser.com), counsel for Defendants Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed.

*/s/ Matthew Larosiere*