**Gmail - Matthew Larosiere <larosieremm@gmail.com>**

| | |
|---|---|
| **From:** | Matthew Larosiere <larosieremm@gmail.com> |
| **To:** | Leitner, Leia V. <Leia.Leitner@wilsonelser.com> |
| **Cc:** | Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; zach@zermaylaw.com; info@zermaylaw.com |
| **Date:** | Monday, October 26, 2026, 5:07 PM (ET) |
| **Subject:** | Re: Larosiere & Elik v. Wilson, et al., No. 6:26-cv-2173 – Acceptance of Service |

---

Ms. Leitner,

Thank you for your email to Mr. Zermay offering to waive service on behalf of Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed.

Waiver under Rule 4(d) exists to spare the parties the expense of formal service. That purpose has already passed. Your clients' evasion has forced Plaintiffs to bear that expense: a process server who could not reach them, a registered agent's office found vacant, and, for DEFCAD and Defense Distributed, a paid submission of process to the Texas Secretary of State, which has already been sent. Nor is there any question of notice. Mr. Wilson has already filed a sworn declaration in this case stating that he has read the complaint. In these circumstances, offering a waiver now would simply give your clients 60 days to respond as a reward for avoiding service.

Plaintiffs will nonetheless agree to request waivers on two conditions: (1) your clients return the executed waivers within 24 hours of receiving them; and (2) they agree to participate in a Rule 26(f) conference within 72 hours of this email.

If your clients will not agree to those conditions, then please accept service of the summons and complaint on their behalf. Since you are authorized to act for them on service, there is no reason you cannot accept it. I can send the summonses and complaint to you by email today.

If your clients will agree to neither, please state their position on Plaintiffs' motion for leave to serve them by alternative means, for purposes of Local Rule 3.01(g). Please respond by 5:00 p.m. Eastern tomorrow, October 27. Without a response, Plaintiffs will renew the motion and inform the Court of this exchange.

Sincerely,
Matthew Larosiere

**Gmail - Matthew Larosiere <larosieremm@gmail.com>**

| | |
|---|---|
| **From:** | Leitner, Leia V. <Leia.Leitner@wilsonelser.com> |
| **To:** | Matthew Larosiere <larosieremm@gmail.com> |
| **Cc:** | Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; zach@zermaylaw.com; info@zermaylaw.com |
| **Date:** | Tuesday, October 27, 2026, 3:16 PM (ET) |
| **Subject:** | RE: Larosiere & Elik v. Wilson, et al., No. 6:26-cv-2173 – Acceptance of Service |

---

Dear Mr. Larosiere:

Thank you for your email below.

We are authorized to accept service of the Summons and Complaint pursuant to Federal Rule of Civil Procedure 4(e)(2)(C)(serving an individual by delivering the papers to an agent authorized to receive service) on behalf of Cody Wilson and pursuant to Federal Rule of Civil Procedure 4(h)(1)(B)(serving a corporation, partnership or association by delivering them to an officer or authorized agent) on behalf of DEFCAD, Inc. and Defense Distributed. Based on a service date of today, our responses to the Complaint are due Tuesday, November 17, 2026. This acceptance is without waiver of, and we expressly reserve, all defenses, jurisdictional or otherwise.

We decline the conditions you proposed for a waiver of service, namely that we (1) return executed waivers within 24 hours of receipt, and (2) agree to participate in a Rule 26(f) conference within 72 hours of your email. Therefore, DEFCAD, Inc. and Defense Distributed do not agree to the Rule 26(f) conference within 72 hours of this email.

Please email the complete Summons and Complaints to our attention. The email of a complete Summons and Complaint will be accepted for service. Thank you.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
leia.leitner@wilsonelser.com

**Gmail - Matthew Larosiere <larosieremm@gmail.com>**

| | |
|---|---|
| **From:** | Matthew Larosiere <larosieremm@gmail.com> |
| **To:** | Leitner, Leia V. <Leia.Leitner@wilsonelser.com> |
| **Cc:** | Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; zach@zermaylaw.com; info@zermaylaw.com |
| **Date:** | Tuesday, October 27, 2026, 9:47 PM (ET) |
| **Subject:** | Re: Larosiere & Elik v. Wilson, et al., No. 6:26-cv-2173 – Acceptance of Service |
| **Attachments:** | gov.uscourts.flmd.466808.1.0.pdf (Complaint, Doc. 1); gov.uscourts.flmd.466808.3.0.pdf (Summonses, Doc. 3) |

---

Ms. Leitner, why did you write a paragraph about declining the alternative waiver offer when you are simply accepting service? Very confusing.

Please provide your most prompt availability for a 26(f) conference.

Attached please find the summons and complaint, as requested by your email. This completes service today. If you need anything else, please let me know and I will get you a copy.

Yours,
Matt

**Gmail - Matthew Larosiere <larosieremm@gmail.com>**

| | |
|---|---|
| **From:** | Matthew Larosiere <larosieremm@gmail.com> |
| **To:** | Leitner, Leia V. <Leia.Leitner@wilsonelser.com> |
| **Cc:** | Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; zach@zermaylaw.com; info@zermaylaw.com |
| **Date:** | Tuesday, October 27, 2026, 10:25 PM (ET) |
| **Subject:** | Re: Larosiere & Elik v. Wilson, et al., No. 6:26-cv-2173 – Acceptance of Service |
| **Attachments:** | gov.uscourts.flmd.466808.1.2.pdf (Exhibit to Complaint, Doc. 1-2), linked |

---

Ms. Leitner,

For the sake of completeness, attached is the sole Exhibit to the complaint, which completes the service package sent earlier today.
gov.uscourts.flmd.466808.1.2.pdf
<https://drive.google.com/file/d/1QK0nMpw_tNQDU03c2r2MJMDt4MsrpR-n/view?usp=drive_web>

The case management report in this action is due November 3, 2026. Now that your clients have been served, they are required to participate in the report. Given Mr. Wilson's sworn declaration in this case, your clients have been aware of the case and its schedule for some time, and Plaintiffs will not agree to delay the schedule on the ground that service was only recently completed. Please send me your availability for a conference this week.

At the October 20 Rule 26(f) conference, Plaintiffs and DD Foundation LLC agreed that discovery and the case schedule should proceed under the Federal Rules of Civil Procedure and this Court's Local Rules as written, with no special modifications. Please let me know whether your clients agree. If they do, the conference should be brief.

Yours,

Matt