UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,

v. Case No. 6:26-cv-02173-JSS-LHP

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,
Defendants.

**DECLARATION OF MATTHEW LAROSIERE**

I, Matthew Larosiere, declare:

1. I am a Plaintiff in this action. I make this declaration from personal knowledge in support of Plaintiffs' opposition to DD Foundation LLC's motion, Doc. 23.
2. On August 29, 2026, I accessed DEFCAD to investigate and document suspected unauthorized use of my copyrighted works. My access and downloads that day were undertaken for that purpose.
3. I did not complete the account-signup process.
4. I have never personally purchased a LEGIO membership, created a LEGIO account, or completed LEGIO's registration or verification process.
5. I do not recall visiting ddlegio.com during the August 2026 investigation.
6. During that investigation, I did not assent to any terms of service or agree to arbitration. I did not click a button or check a box indicating my acceptance of terms of service.
7. Before that investigation, I had not read and was unaware of any arbitration provision in either DEFCAD's or LEGIO's terms.
8. On August 29, 2026, I was a partner at Zermay Law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 6, 2026 in Kyoto, Japan.

____________________________

Matthew Larosiere