UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,

v. Case No. 6:26-cv-02173-JSS-LHP

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,
Defendants.

**DECLARATION OF JOHN ELIK**

I, John Elik, declare:

1. I am a Plaintiff in this action. I make this declaration from personal knowledge in support of Plaintiffs' opposition to DD Foundation LLC's motion, Doc. 23.
2. During my August 2026 inspection of the DEFCAD website described in the complaint, I viewed publicly accessible pages.
3. During that inspection, I did not log in, download files, purchase anything, or visit ddlegio.com.
4. I remember that I did not agree to any terms during that inspection. I did not click a button or check a box indicating acceptance of terms of service or an agreement to arbitrate.
5. Before that inspection, I was unaware of any arbitration provision in either DEFCAD's or LEGIO's terms.
6. With respect to the account described in the complaint, I did not personally complete the account registration, purchase a membership, or accept terms of service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 6, 2026 in Alton, Illinois

______________________________

John Elik