# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MATTHEW LAROSIERE and JOHN ELIK,**

**Plaintiffs,**

**vs.** **Case No.: 6:26-cv-2173-JSS-CAB**

**CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, and DD FOUNDATION,**

**Defendants.**
_____________________________________/

**DECLARATION OF CODY RUTLEDGE WILSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**

I, CODY RUTLEDGE WILSON, declare as follows:

1. I am over twenty-one years of age, of sound mind, and competent to make this Declaration. I have personal knowledge of the facts stated herein, either directly or through my review of the business records of Defense Distributed and DEFCAD, Inc. ("DEFCAD"), (collectively "Defendants"), that are made and kept in the ordinary course of their regularly conducted business activities. If called as a witness, I could and would testify competently to these facts.

2. I am the director of Defense Distributed and the President and Director of DEFCAD. In those capacities, I am familiar with the corporate organization, operations, and business activities of each entity, and with the records each maintains of user accounts, memberships, file uploads, and payments, including the records maintained for DEFCAD.com and the DDLegio membership service ("LEGIO").

3. I submit this Declaration in support of Defendants' Motion to Dismiss and Motion to Compel Arbitration in the above-captioned action.

## I. DEFENDANTS DO NOT OWN, OPERATE, RESIDE, OR TRANSACT BUSINESS IN FLORIDA

### *A. Cody Rutledge Wilson*

4. I reside in Austin, Texas, and have resided in Texas at all times relevant to the Complaint. I am domiciled in Texas.

5. I do not reside in Florida. I do not own, lease, rent, or otherwise hold any interest in any real property in Florida. I do not maintain an office, mailing address, telephone listing, bank account, or other account in Florida.

6. I am not registered to vote in Florida, do not hold a Florida driver's license, and do not pay taxes in Florida.

7. I do not own, operate, conduct, engage in, or carry on any business or business venture in Florida, and I do not maintain any office or agency in

Florida. I have not personally entered into any contract to be performed in Florida in connection with the matters alleged in the Complaint.

8. None of the acts I am alleged to have taken in the Complaint—including any decision concerning the publication of files on DEFCAD.com or the administration of any DEFCAD account—was taken in Florida. To the extent I made or directed any such decision, I did so in Texas.

***B. Defense Distributed***

9. Defense Distributed is a Texas nonprofit corporation with its principal place of business in Austin, Texas. It is not incorporated or organized under the laws of Florida.

10. Defense Distributed is not registered or qualified to do business in Florida, does not maintain a registered agent in Florida, and has never been required to do so.

11. Defense Distributed does not own, operate, or maintain any office, store, warehouse, server, or other facility in Florida. It does not own, lease, or rent any real or personal property in Florida. It has no employees, officers, or agents residing or working in Florida, and maintains no bank accounts in Florida.

12. Defense Distributed does not pay taxes in Florida, does not hold any Florida license or permit, and does not direct advertising or marketing specifically to Florida residents. Defense Distributed's LEGIO membership

service is offered through a website accessible nationally; it is not targeted to Florida, and Defense Distributed has not undertaken any marketing campaign aimed specifically at Florida.

***C. DEFCAD, Inc. ("DEFCAD")***

13. DEFCAD is a corporation organized under the laws of Texas with its principal place of business at 2320 Donley Drive, Suite C, Austin, Texas 78758. DEFCAD is not incorporated or organized under the laws of Florida.

14. DEFCAD is not registered or qualified to do business in Florida, does not maintain a registered agent in Florida, and has never been required to do so.

15. DEFCAD does not own, operate, or maintain any office, warehouse, server, or other facility in Florida. It does not own, lease, or rent any real or personal property in Florida. It has no employees, officers, or agents residing or working in Florida, and maintains no bank accounts in Florida.

16. DEFCAD does not pay taxes in Florida, does not hold any Florida license or permit, and does not direct advertising or marketing specifically to Florida residents. DEFCAD.com is a website operated from Texas and accessible nationally; DEFCAD has not designed the website, its content, or its newsletters to target Florida users specifically. DEFCAD's servers are located in Oregon, and not in Florida.

17. Neither Defense Distributed nor DEFCAD has any contract with Plaintiff John Elik that was negotiated, executed, or to be performed in Florida. As described below, Mr. Elik is a resident of Illinois, and every agreement between Mr. Elik and DEFCAD or Defense Distributed selects Texas law and requires binding arbitration in Austin, Texas.

## II. MR. ELIK'S ACCOUNTS AND HIS REPEATED ASSENT TO THE DEFCAD TERMS

### *A. Mr. Elik's LEGIO and DEFCAD Accounts*

18. Plaintiff John Elik used the account name "IvanTheTroll" on DEFCAD.com. The Complaint itself alleges that Mr. Elik is professionally known as IvanTheTroll and is a citizen of Illinois residing in Madison County, Illinois.

19. On or about February 1–2, 2020, Mr. Elik created a LEGIO account by signing up for a $50 yearly membership, providing his full name and address. A true and correct copy of the LEGIO business record reflecting Mr. Elik's sign-up is attached as **Exhibit A**.

20. Defense Distributed's records reflect Mr. Elik's purchase and show that the billing address he provided matched the address associated with the card he used. True and correct copies of those payment records are attached as **Exhibit B**.

21. The IP address recorded at the time of Mr. Elik's LEGIO sign-up corresponds to the St. Louis metropolitan area, consistent with Mr. Elik's residence in Alton, Illinois, and does not correspond to any known VPN, proxy, or other anonymizing service. A true and correct copy of the record reflecting that IP address is attached as **Exhibit C**.

22. At the time of Mr. Elik's LEGIO signup, the LEGIO checkout page displayed a clearly visible link to the LEGIO Terms and Conditions, then in the version dated January 24, 2020. Those Terms provide that they are governed by Texas law and that "ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION" conducted by the American Arbitration Association ("AAA") in Austin, Texas. True and correct copies of the checkout page as it then appeared and of the January 24, 2020 LEGIO Terms and Conditions are attached as **Exhibit D.**

23. Mr. Elik also held an account on DEFCAD.com under the name IvanTheTroll. DEFCAD's records reflect that Mr. Elik's DEFCAD user account was originally created on July 26, 2018, from his home in Alton, Illinois, and that his IvanTheTroll account was used in connection with his LEGIO membership beginning in February 2020. A true and correct copy of the DEFCAD user record for Mr. Elik's account is attached as **Exhibit E**.

***B. Mr. Elik Was a DEFCAD Partner from 2019 to 2022***

24. On September 7, 2019, Mr. Elik applied to become a "DEFCAD Partner." DEFCAD Partners grant a perpetual license for their work to be uploaded and available at DEFCAD.com in exchange for receiving regular sponsorship payments. DEFCAD approved Mr. Elik's partner application the same day and assigned him Partner ID 2. Partner ID 1 was an internal test account, making Mr. Elik the first actual creator to join the DEFCAD Partner program. A true and correct copy of DEFCAD's record of Mr. Elik's partner signup is attached as **Exhibit F**.

25. The DEFCAD Partner Application could not be submitted unless the applicant affirmatively checked a box stating "I agree to the Terms of Service" and clicked "Agree & Continue." Mr. Elik did so. A true and correct copy of the Partner Application form, as it then appeared, is attached as **Exhibit G**.

26. The DEFCAD Terms of Service in effect at that time (TOS v.2.0, last updated December 10, 2018) provided, among other things, that: (a) the Terms and the user's use of DEFCAD "are exclusively governed by the laws of the State of Texas"; (b) the user and DEFCAD "agree to arbitrate any and all disputes and claims that arise out of or relate in any way to: A.) your use of DEFCAD and/or B.) the construction, application, or interpretation of these Terms of Service," which agreement "is intended to be broadly interpreted and

includes claims brought under any legal theory"; (c) the parties waive their rights to a jury trial and to participate in a class or representative action; (d) the Federal Arbitration Act governs the agreement to arbitrate; and (e) arbitration hearings take place in Travis County, Texas, under the AAA Commercial Arbitration Rules. A true and correct copy of the DEFCAD Terms of Service v.2.0 is attached as **Exhibit H**.

27. From 2019 through 2022, Mr. Elik remained a DEFCAD Partner. As a DEFCAD Partner, Mr. Elik agreed to a broader set of terms than an ordinary DEFCAD user, including the partner and contributor obligations described in this Declaration, and he received the benefits of that relationship.

28. Between 2020 and 2022, DEFCAD facilitated donations to Mr. Elik through DEFCAD.com, and DEFCAD paid Mr. Elik several thousand dollars across fourteen monthly disbursements relating to which he uploaded files, and some were uploaded on his behalf pursuant to the terms and agreement. Mr. Elik was the first creator to receive disbursements under DEFCAD's sponsorship program. True and correct copies of DEFCAD's donation and disbursement records for Mr. Elik are attached as **Exhibit I**.

### *C. Mr. Elik Agreed to Three Sets of DEFCAD Terms Each Time He Uploaded a File*

29. Since September 2019, DEFCAD's upload form has required every uploader, before the "Upload Project" function can be completed, to check three

separate boxes: (a) "I agree to the Terms of Service" (the "DEFCAD Terms of Service," which include the arbitration agreement); (b) "I agree to the Terms of Contribution" (the "DEFCAD Contributor Terms"); and (c) "I attest compliance with the Contributor Certificate of Origin" (the "DEFCAD Submitter Terms"). A true and correct copy of the DEFCAD upload form is attached as **Exhibit J**.

30. The DEFCAD Contributor Terms and the DEFCAD Submitter Terms are set out in Section 2.0 ("Terms of Contribution"), Section 2.1 ("Contributor Certificate of Origin"), and Section 2.2 ("Intellectual Property Rights") of the DEFCAD Terms of Service. Among other things, by uploading material to DEFCAD the contributor grants DEFCAD "an irrevocable, perpetual, fully-paid, worldwide non-exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing."

31. DEFCAD's database records, for each uploaded project, whether the uploader agreed to the DEFCAD Terms of Service, the DEFCAD Contributor Terms, and the DEFCAD Submitter Terms. Those records reflect that, on at least thirteen (13) separate occasions from 2019 through 2023, Mr. Elik uploaded files to DEFCAD.com under his IvanTheTroll account, and that on each occasion he affirmatively agreed to all three sets of terms. A true and

correct copy of DEFCAD's database record of Mr. Elik's uploads and his corresponding assent to each set of terms is attached as Exhibit K.

32. Mr. Elik's uploads included, among others, the "3011," "Amigo Grande," "Plastikov 3D-Printable AK Receiver," the "U-Bolt Vanguard Printable AR15 Lower Receiver," "The CZAR v2 3D Printable Vz61 Skorpion Receiver," "The FMDA DD17.2 3D Printable Glock Frame," and the "Menendez Magazine v2.0 Pack." Mr. Elik also posted at least one comment on his uploads noting that he was keeping them up to date on DEFCAD.com.

33. The current DEFCAD Terms of Service (TOS v.3.5, last updated January 1, 2026) likewise provide that "ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION" conducted by the AAA in Austin, Texas, pursuant to the AAA's Rules of Expedited Commercial Arbitration, and that Texas law governs. The Complaint itself relies on these Terms, including Sections 2.2 and 3.0. A true and correct copy of the current DEFCAD Terms of Service is attached as **Exhibit L.**

34. At no time has DEFCAD or Defense Distributed agreed with Mr. Elik to waive or modify the arbitration provisions of any of the foregoing terms, and neither DEFCAD nor Defense Distributed has agreed to litigate Mr. Elik's claims in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November ___, 2026, in Austin, Texas.

DocuSigned by:
Cody Wilson
6B0DE71B689E4D8...

Cody Rutledge Wilson

# EXHIBIT A



Order #25675 details

Payment via Credit Card (36932tfy). Paid on February 2, 2020 @ 5:08 am. Customer IP: 97.92.212.82

**General**

Date created:

2020-02-02 @ 05 : 08

Status:

Processing

Customer: Profile → View other orders →

John Elik (#3654 – ivanthetroll@protonmail.com)

Active Memberships:

none

**Billing**

Ivan Troll
1446 Seiler Road
Alton, IL 62002

**Email address:**

ivanthetroll@protonmail.com

**Phone:**

6189172726

**Shipping**

John Elik
1446 Seiler Road
Alton, IL 62002

| Item | Cost | Qty | Total |
|---|---|---|---|
| Yearly Membership | $50.00 | × 1 | $50.00 |
| Free shipping<br>Items: Yearly Membership × 1 | | | $0.00 |

| | |
|---|---|
| Items Subtotal: | $50.00 |
| Shipping: | $0.00 |
| Order Total: | $50.00 |
| **Paid:** | **$50.00** |
| February 2, 2020 via Credit Card | |

Refund Capture Charge

This order is no longer editable.

**Order actions**

Choose an action...

Move to Trash Update

**Order notes**

Order exported to CSV and successfully downloaded.

March 24, 2020 at 9:52 pm Delete note

Order status changed from Pending payment to Processing.

February 2, 2020 at 5:08 am Delete note

[redacted] Payment Method Saved: Visa ending in 0635 (expires 07/20)

February 2, 2020 at 5:08 am Delete note

[redacted] Charge Approved: Visa ending in 0635 (expires 07/20) (Transaction ID 36932tfy)

February 2, 2020 at 5:08 am Delete note

Add note

Private note Add

# EXHIBIT B

# Transaction Detail For ID: 36932tfy

Receipt | Clone | Refund

## Transaction Information

| | |
|---|---|
| Merchant | DD Foundation LLC |
| Merchant Account | DDFoundationLLC_instant |
| Transaction Type | sale |
| Amount | $50.00 USD |
| Transaction Date | Feb 01 2020, 11:08 PM CST |
| Tax Amount | $0.00 USD |
| Tax Exempt | no |
| Order ID | 25675 |
| Status | Settled |
| Settlement Batch | 2020-02-02_DDFoundationLLC_instant_hgytawx0 |
| Processor Authorization Code | 240052 |
| Acquirer Reference Number | 24492150033715382955955 |

## Basic Fraud Tools Information

| | |
|---|---|
| AVS Response | Street Address matches (M). Postal Code matches (M). |
| CVV Response | Matches (M). |

## Customer Information

| | |
|---|---|
| Name | Ivan Troll |
| Email | ivanthetroll@protonmail.com |
| Phone | 6189172726 |

## Customer Information

| | |
|---|---|
| Name | **Ivan Troll** |
| Email | **ivanthetroll@protonmail.com** |
| Phone | **6189172726** |

## Payment Information

| | |
|---|---|
| Payment Type | **Credit Card** |
| Transaction Origin | **E-Commerce** |
| Card Type | **Visa** |
| Cardholder Name | **Ivan Troll** |
| Credit Card Number | **432365******0635** |
| Expiration Date | **07/2020 Expired.** |
| Country of Issuance | **USA** |
| PSD2 Applicable | **no** |

## Billing

Ivan Troll
1446 Seiler Road
Alton, IL 62002
United States of America

## Shipping

John Elik
1446 Seiler Road
Alton, IL 62002
United States of America

# EXHIBIT C

IP LOOKUP DETAILS

## 97.92.212.82

Hide this IP Address

| COUNTRY | REGION | CITY | ORG/ISP |
|---|---|---|---|
| United States | Missouri | St. Louis | Spectrum |

| NETWORK TYPE | ASN | TIME ZONE | POSTAL CODE |
|---|---|---|---|
| (ISP) - Fixed Line ISP | 20115 | America/Chicago (CST) | Not available |

**Approximate Location Map** (34.0526, -118.2439)

Open satellite map




Map uses the approximate coordinates returned for this IP address. IP geolocation is approximate and may represent a network or ISP location.

| VPN | PROXY | TOR | FRAUD SCORE |
|---|---|---|---|
| Not detected | Not detected | Not detected | 0/100 |

# EXHIBIT D

# CHECKOUT

Search …

## Billing details

First name *

Last name *

Company name (optional)

Country *

United States (US)

Street address *

House number and street name

Apartment, suite, unit etc. (optional)

Town / City *

State *

Texas

ZIP *

Phone *

## Your order

| Product | Subtotal |
|---|---|
| Yearly Membership × 1 | $50.00 / year |
| Subtotal | $50.00 |
| Shipping | Free shipping |
| Total | $50.00 |
| Recurring totals | |
| Subtotal | $50.00 / year |
| Shipping via Free shipping | Free |
| Recurring total | $50.00 / year<br>First renewal: November 8, 2027 |

Credit Card

### Recent Posts

- A 2021 Prospectus
- 80 Percent Lawsuits Part III
- 80 Percent Lawsuits Part II
- Amended Texas Complaint
- The 80 Percent ATF Lawsuits

### Recent Comments

### Archives

- February 2021
- December 2020
- November 2020
- September 2020
- August 2020
- July 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- November 2019
- October 2019

| | |
|---|---|
| Recurring total | $50.00 / year<br>First renewal: November 8, 2027 |

Credit Card

Pay securely using your credit card.

Card Number *

•••• •••• •••• ••••

Expiration (MMYY) *

MM / YY

Card Security Code *

CSC

dress?

l notes for delivery.

Your personal data will be used to process your order (will be billed as LEGIO), support your experience throughout this website, and for other purposes described in our privacy policy.

JOIN

- July 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020
- November 2019
- October 2019
- April 2019
- March 2019
- February 2019
- January 2019
- December 2018

Categories

- Member-Only Content
- Uncategorized

Meta

Site Admin
Log out
Entries feed
Comments feed
WordPress.org

LEGIO. All Rights Reserved.

Terms and Conditions
Terms and Conditions
TERMS OF ONLINE SALE THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

BY PLACING AN ORDER FOR PRODUCTS FROM THIS WEBSITE, YOU ACCEPT AND ARE BOUND BY THESE TERMS AND CONDITIONS.

YOU MAY NOT ORDER OR OBTAIN PRODUCTS FROM THIS WEBSITE IF YOU (A) DO NOT AGREE TO THESE TERMS, (B) ARE NOT OF LEGAL AGE TO FORM A BINDING CONTRACT WITH LEGIO, OR (C) ARE PROHIBITED FROM ACCESSING OR USING THIS WEBSITE OR ANY OF THIS WEBSITE'S CONTENTS,
GOODS OR SERVICES BY APPLICABLE LAW.

These terms of online sale (the "Terms") apply to the purchase and sale of products through www.defdist.org (the "Website"). These Terms are subject to change by LEGIO ("Company, "us", or "we") without prior written notice at any time, in the Company's sole discretion. The latest version of these Terms will be posted on this Website, and you should review these Terms before purchasing any product or services that are available through this Website. Your continued use of this Website after a posted change in these Terms will constitute your acceptance of and agreement to such changes.

These Terms are an integral part of the Website Terms of Use that apply generally to the use of our Website. You should also carefully review our Privacy Policy before placing an order for products through this Website.

1. Order Acceptance. You agree that your order is an offer to buy, under these Terms, all products listed in your order. Unless the Company accepts your order, we will not be obligated to sell the products to you. We may choose not to accept any orders in our sole discretion. After having received your order, we will send you a confirmation e-mail with your order number and details of the items you have ordered. Acceptance of your order and the formation of the contract of sale between the Company and you will not take place unless and until you have received your order confirmation e-mail.

2. Returns and Refunds. WE OFFER NO REFUNDS ON PRODUCTS PURCHASED THROUGH THEWEBSITE. The Company reserves the right, however, to review each order on a case by case basis. After such review, and only upon the express written consent of the Company, some Products may be eligible for return. If no such approval is granted, you agree you shall remain responsible for payment of all Products ordered.

3. Prices and Payment Terms.
(a) All prices posted on the Website are subject to change without notice. The price charged for a product will be the price in effect at the time the order is placed and will be set out in your order confirmation e-mail. Price increases will only apply to orders placed after such changes. Posted prices do not include taxes or charges for shipping and handling. All such taxes and charges will be added to your merchandise total and will be itemized in your shopping cart and in your order

confirmation e-mail.
(b) Terms of payment are within our sole discretion and payment must be received by us before our acceptance of an order. You represent and warrant that (i) the payment information you supply to us is true, correct, and complete, (ii) you are duly authorized to use the selected method of payment for the purchase, (iii) charges incurred by you will be honored, and (iv) you will pay charges incurred by you at the posted prices, including all applicable taxes, if any.

4. Shipments; Delivery; Title and Risk of Loss.
(a) We will arrange for shipment of the products to you. Please check the individual product page for specific delivery options. You will pay all shipping and handling charges specified during the ordering process.
(b) Title and risk of loss pass to you upon our transfer of the products to the carrier/delivery. Shipping and delivery dates are estimates only and cannot be guaranteed. We are not liable for any delays in shipments.
5. DISCLAIMER OF WARRANTIES.
COMPANY EXPRESSLY DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY & FITNESS FOR A PARTICULAR PURPOSE.
6. LIMITATION OF LIABILITY
THE COMPANY'S LIABILITY TO YOU FOR CLAIMS WILL UNDER NO CIRCUMSTANCES EXCEED THE ACTUAL AMOUNT PAID BY YOU FOR THE PRODUCT(S) YOU PURCHASED THROUGH THE WEBSITE AND TO WHICH SUCH CLAIMS RELATE, NOR WILL THE COMPANY, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR ANY LOSS
OF PRODUCTION, WORK, DATA, USE, BUSINESS, GOODWILL, REPUTATION, REVENUE OR PROFIT, ANY DIMINUTION IN VALUE, COSTS OF REPLACEMENT GOODS, OR ANY CONSEQUENTIAL, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES OR LOSSES, WHETHER DIRECT OR INDIRECT.

7. Goods Not for Resale or Export. You agree to comply with all applicable laws and regulations of the various states and of the United States including all Export Regulations, as defined below. You represent and warrant that you are buying products from the Website for your own personal or household use only, and not for resale or export.
Products purchased from the Website may be controlled for export purposes by export regulations, including but not limited to, the Export Administration Act of 1979 (50 U.S.C. 2401-2410), the Export Administration Regulations promulgated thereunder (15 C.F.R. 768-799), the International Traffic in Arms Regulations (22 C.F.R. 120-128 and 130)
and their successor and supplemental regulations (collectively, "Export Regulations").

8. Intellectual Property Use and Ownership. You acknowledge and agree that:
(a) All uses on this Website of the terms "sell," "sale," "resell," "resale," "purchase," "price" and the like mean the purchase or sale of a license. Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement
(b) You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of

those licensed products.
(c) You will not cause, induce or permit others' noncompliance with the terms and conditions of any of these product license agreements.
(d) The Company will remain the sole and exclusive owner of all intellectual property rights in and to each product made available on this Website and any related specifications, instructions, documentation or other materials, including, but not limited to, all related copyrights, patents, and trademarks, subject only to the limited license granted under the product's or service's license agreement. You do not and will not have or acquire any
ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.
9. Privacy. Our Privacy Policy, https://ddlegio.com/privacy-policy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.
10. Force Majeure. We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

11. Governing Law and Jurisdiction. All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Texas.

12. Dispute Resolution and Binding Arbitration.

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHREWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"), IN AUSTIN, TEXAS, PURSUANT TO THE AAA'S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

11. No Waivers. The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in writing and signed by a duly authorized representative of the Company.

12. Notices.
(a) To You. We may provide any notice to you under these Terms by: (i) sending a message to the e- mail address you provide or (ii) by posting to the Website.

Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.

(b) To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to legio@defdist.org. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.

13. Severability. If any provision of these Terms is invalid, illegal, void or unenforceable, then that provision will be deemed severed from these Terms and will not affect the validity or enforceability of the remaining provisions of these Terms.

14. Entire Agreement. These Terms, our Website Terms of Use and our Privacy Policy will be deemed the final and integrated agreement between you and us on the matters contained in these Terms.

8. Intellectual Property Use and Ownership. You acknowledge and agree that:
(a) All uses on this Website of the terms "sell," "sale," "resell," "resale," "purchase," "price" and the like mean the purchase or sale of a license. Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement
(b) You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of those licensed products.
(c) You will not cause, induce or permit others' noncompliance with the terms and conditions of any of these product license agreements.
(d) The Company will remain the sole and exclusive owner of all intellectual property rights in and to each product made available on this Website and any related specifications, instructions, documentation or other materials, including, but not limited to, all related copyrights, patents, and trademarks, subject only to the limited license granted under the product's or service's license agreement. You do not and will not have or acquire any
ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.
9. Privacy. Our Privacy Policy, https://ddlegio.com/privacy-policy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.
10. Force Majeure. We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

11. Governing Law and Jurisdiction. All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Texas.

12. Dispute Resolution and Binding Arbitration.

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHREWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"), IN AUSTIN, TEXAS, PURSUANT TO THE AAA'S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

11. No Waivers. The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in

# EXHIBIT E

| id | username | email | date_joined | last_login | city | agreed_to_terms |
|---|---|---|---|---|---|---|
| 12093 | IvanTheTroll | ivanthetroll@protonmail.com | 2018-09-26 08:13:52-07 | 2023-12-26 22:15:22.99517-07 | Alton | t |

# EXHIBIT F

| partner id | username | created | updated | approval_status | location_status | agreed_to_terms_of_service |
|---|---|---|---|---|---|---|
| 2 | IvanTheTroll | 2019-09-07 11:50:26.046995-07 | 2019-09-07 12:07:33.795436-07 | APPROVED | US | t |

# EXHIBIT G

# Partner Application

Select location
Select a location

Tell us about yourself and what you want to contribute

**Terms Agreement**

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

To use defcad.com ("DEFCAD"), you must be at least 21 years old. If you are age 20 or younger, use of this site is strictly prohibited.

I agree to the Terms of Service

Agree & Continue

# EXHIBIT H

defcad
Explore
About
FAQ
Search
THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

To use defcad.com ("DEFCAD"), you must be at least 21 years old. If you are age 20 or younger, use of this site is strictly prohibited.

1.0 Terms of Use
By accessing this site, you agree to the following terms:

1.1 Acceptable Use
DEFCAD is an online information library and CAD model marketplace. We are dedicated to the advancement of, and education concerning, American gunsmithing, and the protection of the Second Amendment. Users, professionals and amateurs alike, are invited to access this site in order to learn more about these topics and to contribute to the online discussion.

Users may also purchase and share small arms technical data from this site subject to our Terms of Service and subject to any and all legal requirements imposed by local, state or federal law.

By uploading/downloading/viewing any CAD models appearing on this site, you understand and agree that all such models are, unless otherwise expressly stated, not created nor materially modified by DEFCAD. As such, CAD models appearing on this site are "information provided by another information content provider" within the meaning of 47 U.S.C. § 230(c)(1).

You understand and agree DEFCAD is not responsible for the accuracy of such models. As explained further herein, DEFCAD does not warrant that such models are suitable or fit for any particular purpose. DEFCAD is not liable for the use of such models by third parties, and cannot be treated as the publisher or speaker of such models or any advertisements offering such models for sale. See, e.g., Gibson v. Craigslist, 2009 WL 1704355, *3 (S.D.N.Y. 2009) (explaining that under federal law, specifically 47 U.S.C. § 230(c)(1), "'[n]o provider or user of an interactive computer service shall be treated as a publisher or speaker of any information provided by another information content provider,' and that '[n]o cause of action may be brought and liability may be imposed under any State or local law that is inconsistent with this section.")

1.2 Prohibited Use
By using, purchasing, uploading and/or downloading information from DEFCAD, you represent that you understand and agree to comply with all local, state and/or federal laws governing your purchase, possession, and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models. Your use of DEFCAD is subject to various United States and international laws, including but not limited

to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). Accordingly, DEFCAD is currently only accepting orders for CAD models or any other item on DEFCAD from U.S. Persons, as defined at 15 C.F.R. 772.1 and 22 C.F.R. 120.15, and DEFCAD is not currently accepting or fulfilling orders from persons outside the United States or persons behind the Blue Wall: https://defcad.com/bluewall/. By using DEFCAD, you agree to comply with all domestic and international laws that apply to export-controlled technical data and software. In furtherance of these restrictions, you agree to and or represent and warrant the following:

You will not use DEFCAD for an unlawful purpose.
To the extent you purchase files from DEFCAD, you are a “U.S. person” as defined at 15 C.F.R. 772.1 and 22 C.F.R. 120.15.
You will not conduct an unauthorized export of any CAD models or other files appearing on or obtained from DEFCAD, or any physical parts created from such files.
You will not use or access DEFCAD for the purpose of assisting a non-United States person in the design or development of a defense article described on the ITAR U.S. Munitions List or for integration or installation of a EAR-controlled item on a ITAR defense article.
You will not use or access DEFCAD for the purpose of supporting the proliferation of any chemical, biological, or nuclear weapons or missiles.
You will not send, upload, or otherwise use classified national security information (i.e. SECRET, TOP SECRET) on DEFCAD.
You will not access DEFCAD directly or indirectly, Cuba, Iran, Syria, Sudan, North Korea, the Crimea Region of Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services.
You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services.
You are not listed on the U.S. Department of Treasury’s Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or prohibited. These lists are available at www.export.gov/csl-search and at http://sam.gov/portal/SAM.
You further represent and declare (or certify, verify, or state) that each of the following are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

You are at least twenty-one (21) years old
You are a citizen or lawful permanent resident of the United States of America, or of any other country in which the operation of this site is lawful
You have not renounced your U.S. citizenship
You are not an illegal or unlawful alien, and are not a nonimmigrant alien
Your possession and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models, does not violation any local, state, or federal law of the jurisdiction in which you reside
You are not currently under indictment for, and have never been convicted in any court of, a crime punishable by imprisonment for one year or more
You are not a fugitive from justice
You are not an unlawful user of, or addicted to, any controlled substance
You have not been adjudicated as a mental defective and have not been committed to

any mental institution
You have never been and are not expected to be discharged from the Armed Forces under dishonorable conditions
You are not currently subject to a domestic violence restraining order of any kind
You have never been convicted in any court of a crime of domestic violence
You will not conduct an unauthorized export of any CAD models appearing on DEFCAD, or any physical parts created from such models
You will not use, and do not intend to use, CAD models appearing on DEFCAD, or any physical parts created from such models, for any unlawful purpose including, but not limited to, causing physical injury or death to yourself or to any other person
Provided you meet all of the above requirements, the use of DEFCAD is free to anyone. However, DEFCAD is not currently accepting or fulfilling orders from individuals behind the Blue Wall: https://defcad.com/bluewall/

2.0 Terms of Contribution
Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). By uploading any materials, you agree to comply with all domestic and international laws that apply to export-controlled information and software. In furtherance of these restrictions, you certify and/or represent and warrant the following regarding the files being submitted to DEFCAD for publication by Defense Distributed:

You are the owner of the files or you are submitting the files with the owner’s permission.
These files are not submitted for an improper or unlawful purpose.
The files do not concern a defense article described on the ITAR U.S. Munitions List and do not contain any ITAR-controlled technical data.
The files do not concern chemical, biological, or nuclear weapons or missiles.
The files do not contain classified national security information (i.e., SECRET, TOP SECRET) on DEFCAD.
You are not in Cuba, Iran, Syria, Sudan, North Korea, the Crimea Region of the Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services.
You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services.
You are not listed on the U.S. Department of Treasury’s Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or prohibited, as available at https://www.export.gov/csl-search and at http://sam.gov/portal/SAM
2.1 Contributer Certificate of Origin
Contributor Certificate of Origin Version 1.0

By making a contribution to DEFCAD, I certify that:

The contribution was created in whole or in part by me and I have the right to submit it under the open source license indicated in the file; or
The contribution is based upon previous work that, to the best of my knowledge, is covered under an appropriate open source license and I have the right under that

license to submit that work with modifications, whether created in whole or in part by me, under the same open source license (unless I am permitted to submit under a different license), as indicated in the file; or
The contribution was provided directly to me by some other person who certified (a), (b) or (c) and I have not modified it.
I understand and agree that this project and the contribution are public and that a record of the contribution (including all personal information I submit with it, including my sign-off) is maintained indefinitely and may be redistributed consistent with this project or the open source license(s) involved.
2.2 Intellectual Property Rights
By uploading any material to DEFCAD, including but not limited to CAD models, you grant to DEFCAD an irrevocable, perpetual, fully-paid, worldwide non-exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. This license also includes the right of Defense Distributed to make your material available in the Glen Rose Public Library, Austin, TX.

You represent and warrant that any content you submit is an original work by you, that you own or control 100% of the rights in and to your content and the rights granted to DEFCAD in this license, and such rights are and shall be free and clear of any and all claims, rights and obligations; and that you have the right to grant to DEFCAD the rights granted to us in this license, you do not require the consent of any third party and that there is no contract with any third party that could in any way interfere with DEFCAD’s rights under this license or require any payment to be made to anyone by DEFCAD.

3.0 Terms of Online Sale
BY PLACING AN ORDER FOR PRODUCTS FROM THIS WEBSITE, YOU ACCEPT AND ARE BOUND BY THESE TERMS AND CONDITIONS.

YOU MAY NOT ORDER OR OBTAIN PRODUCTS FROM THIS WEBSITE IF YOU (A) DO NOT AGREE TO THESE TERMS, (B) ARE NOT OF LEGAL AGE TO FORM A BINDING CONTRACT WITH DEFENSE DISTRIBUTED, OR (C) ARE PROHIBITED FROM ACCESSING OR USING THIS WEBSITE OR ANY OF THIS WEBSITE’S CONTENTS, GOODS OR SERVICES BY APPLICABLE LAW.

These terms of online sale (the “Terms”) apply to the purchase and sale of products through www.defcad.com (the “Website”). These Terms are subject to change by Defense Distributed (“Company, “us”, or “we”) without prior written notice at any time, in the Company’s sole discretion. The latest version of these Terms will be posted on this Website, and you should review these Terms before purchasing any product or services that are available through this Website. Your continued use of this Website after a posted change in these Terms will constitute your acceptance of and agreement to such changes.

These Terms are an integral part of the Website Terms of Use that apply generally to the use of our Website. You should also carefully review our Privacy Policy before placing an order for products through this Website.

By agreeing to these terms, you certify that you are a U.S. person as defined at 22

C.F.R. 120.15

3.1 Order Acceptance.
You agree that your order is an offer to buy, under these Terms, all products listed in your order. Unless the Company accepts your order, we will not be obligated to sell the products to you. We may choose not to accept any orders in our sole discretion. After having received your order, we will send you a confirmation e-mail with your order number and details of the items you have ordered. Acceptance of your order and the formation of the contract of sale between the Company and you will not take place unless and until you have received your order confirmation e-mail.

3.2 Returns and Refunds.
WE OFFER NO REFUNDS ON PRODUCTS PURCHASED THROUGH THEWEBSITE. The Company reserves the right, however, to review each order on a case by case basis. After such review, and only upon the express written consent of the Company, some Products may be eligible for return. If no such approval is granted, you agree you shall remain responsible for payment of all Products ordered.

3.3 Prices and Payment Terms.
All prices posted on the Website are subject to change without notice. The price charged for a product will be the price in effect at the time the order is placed and will be set out in your order confirmation e-mail. Price increases will only apply to orders placed after such changes. Posted prices do not include taxes or charges for shipping and handling. All such taxes and charges will be added to your merchandise total and will be itemized in your shopping cart and in your order confirmation e-mail.
Terms of payment are within our sole discretion and payment must be received by us before our acceptance of an order. You represent and warrant that (i) the payment information you supply to us is true, correct, and complete, (ii) you are duly authorized to use the selected method of payment for the purchase, (iii) charges incurred by you will be honored, and (iv) you will pay charges incurred by you at the posted prices, including all applicable taxes, if any.
3.4 Shipments; Delivery; Title and Risk of Loss.
We will arrange for shipment of the products to you. Please check the individual product page for specific delivery options. You will pay all shipping and handling charges specified during the ordering process.
Title and risk of loss pass to you upon our transfer of the products to the carrier/delivery. Shipping and delivery dates are estimates only and cannot be guaranteed. We are not liable for any delays in shipments.
3.5 DISCLAIMER OF WARRANTIES.
COMPANY EXPRESSLY DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY & FITNESS FOR A PARTICULAR PURPOSE.

3.6 LIMITATION OF LIABILITY
THE COMPANY'S LIABILITY TO YOU FOR CLAIMS WILL UNDER NO CIRCUMSTANCES EXCEED THE ACTUAL AMOUNT PAID BY YOU FOR THE PRODUCT(S) YOU PURCHASED THROUGH THE WEBSITE AND TO WHICH SUCH CLAIMS RELATE, NOR WILL THE COMPANY, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR ANY LOSS

OF PRODUCTION, WORK, DATA, USE, BUSINESS, GOODWILL, REPUTATION, REVENUE OR PROFIT,

ANY DIMINUTION IN VALUE, COSTS OF REPLACEMENT GOODS, OR ANY CONSEQUENTIAL, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES OR LOSSES, WHETHER DIRECT OR INDIRECT.

3.7 Goods Not for Resale or Export.
You agree to comply with all applicable laws and regulations of the various states and of the United States including all Export Regulations, as defined below. You represent and warrant that you are buying products from the Website for your own personal or household use only, and not for resale or export.

Products purchased from the Website may be controlled for export purposes by export regulations, including but not limited to, the Export Administration Act of 1979 (50 U.S.C. 2401-2410), the Export Administration Regulations promulgated thereunder (15 C.F.R. 768-799), the International Traffic in Arms Regulations (22 C.F.R. 120-128 and 130) and their successor and supplemental regulations (collectively, “Export Regulations”).

3.8 Intellectual Property Use and Ownership.
You acknowledge and agree that:

All uses on this Website of the terms “sell,” “sale,” “resell,” “resale,” “purchase,” “price” and the like mean the purchase or sale of a license. Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement https://store.defcad.com/license
You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of those licensed products.
You will not cause, induce or permit others’ noncompliance with the terms and conditions of any of these product license agreements.
The Company will remain the sole and exclusive owner of all intellectual property rights in and to each product made available on this Website and any related specifications, instructions, documentation or other materials, including, but not limited to, all related copyrights, patents, and trademarks, subject only to the limited license granted under the product’s or service’s license agreement. You do not and will not have or acquire any ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.
3.9 Privacy.
Our Privacy Policy, https://store.defcad.com/privacy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.

3.10 Force Majeure
We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or

hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

3.11 Governing Law and Jurisdiction.
All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Texas.

3.12 Dispute Resolution and Binding Arbitration.
ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHREWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION (“AAA”), IN AUSTIN, TEXAS, PURSUANT TO THE AAA’S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

3.13 No Waivers.
The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in writing and signed by a duly authorized representative of the Company.

3.14 Notices.
To You. We may provide any notice to you under these Terms by: (i) sending a message to the e- mail address you provide or (ii) by posting to the Website. Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.
To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to support@defcad.com. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.
4.0 Legal Advice
The Second Amendment of the United States Constitution provides: “A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.”

Despite this broad language, there are many different local, state, and federal laws governing and/or limiting the possession, use, and manufacturing of firearms and firearm parts. These laws vary widely from jurisdiction to jurisdiction. Laws also can and frequently do change.

Due to the wide variety of laws that may apply, DEFCAD is unable to provide legal

advice, and nothing in these Terms should be interpreted as providing legal advice, to our users regarding their specific rights, duties, and potential legal liabilities. Each user of DEFCAD is solely responsible for ensuring that they understand, and are in full compliance with, all local, state, and federal laws which may apply to their use of this website and/or the possession and/or creation of physical firearm parts using models obtained from this site.

5.0 Copyright Complaints
DEFCAD complies with the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512 (the "DMCA"). Upon receipt of a valid Notification of Claimed Infringement, we will promptly remove any infringing content and will, under appropriate circumstances, terminate the privileges of any user who uses DEFCAD to unlawfully infringe copyrighted material without a license, express consent, valid defense or fair use exemption to do so.

If you believe that your copyrighted work has been infringed by any content appearing on DEFCAD, please let us know by submitting a written notice that contains all of the following information:

Your name, address, telephone number, and e-mail address;
A description of the copyrighted work that you claim has been infringed;
The exact URL or web address where the material is located.
A statement by you that you have a good faith belief that the disputed use has not been authorized by you, your agent, or the law;
Your electronic or physical signature or the electronic or physical signature of the person authorized to act on your behalf; and
A statement by you made under penalty of perjury, that the information in your notice is accurate, that you are the copyright owner or authorized to act on the copyright owner's behalf.
Any Notification of Claimed Infringement or other complaint regarding copyrighted material appearing on DEFCAD must be submitted, in writing, to our designated DMCA agent:

David Gingras, Esq.
Gingras Law Office, PLLC
4802 E. Ray Road, #23-271
Phoenix, Arizona 85044
Tel: (480) 264-1400 (Phone calls not accepted for DMCA complaints)
Fax: (480) 248-3196
E-mail: dmca@gingraslaw.com

Repeat infringer policy: This site takes copyright law seriously. In addition to removing infringing content when appropriate, we will block access to the site by any user who we determine to be a repeat infringer. For the purposes of this policy, a “repeat infringer” is defined as any person who is deemed to have uploaded infringing content three (3) or more times within a period of six (6) months.

6.0 Content Removal
As a matter of policy, DEFCAD will remove any user-submitted content from this site that we determine, in our sole editorial discretion, to be unlawful, obscene,

inappropriate, or unduly offensive. It is our policy to comply with any valid/lawful court orders concerning the removal of user-submitted content, however we cannot promise that we will always comply with every order or judgment we receive. Also, to avoid any confusion caused by cases such as Barnes v. Yahoo!, Inc., 570 F.3d 1096 (9th Cir. 2009), nothing in these Terms of Service may be construed as a promise to remove any content.

Notwithstanding the above, content published on DEFCAD is NOT verified for technical or mechanical accuracy (as to CAD models) or for truthfulness (as to any other user-submitted comments or content). We do not fact-check comments submitted by users and cannot ensure the accuracy of any content submitted by third parties. User-submitted comments appearing on this site may contain rumors, speculation, assumptions, opinions and other unverified information from users. Because user-submitted comments are not verified, postings may contain erroneous or inaccurate information. DEFCAD makes no representation or warranty as to the accuracy, completeness or authenticity of the information or opinions appearing on this site. DEFCAD does not endorse, adopt, or ratify the opinions or views of third parties expressed on this site.

7.0 Governing Law/Choice of Law
These Terms of Service, and your use of DEFCAD in general, are exclusively governed by the laws of the State of Texas (regardless of conflict of law principles) to the exclusion of all other laws in any jurisdiction or country.

8.0 Arbitration of Disputes
You and DEFCAD agree to arbitrate any and all disputes and claims that arise out of or relate in any way to: A.) your use of DEFCAD and/or B.) the construction, application, or interpretation of these Terms of Service. This agreement to arbitrate is intended to be broadly interpreted and includes claims brought under any legal theory.

This provision does not preclude any party from seeking an individualized preliminary injunction or temporary restraining order until a claim is arbitrated, or from bringing an individualized action in small claims court, provided that the arbitrator will have exclusive jurisdiction to finally resolve claims not within the jurisdiction of a small claims court. Nothing in this section shall bar any party from bringing issues to the attention of federal, state, or local agencies.

You understand and agree that by entering into this agreement, all parties are waiving their respective rights to a trial by jury or to participate in a class or representative action. The Federal Arbitration Act governs the interpretation and enforcement of this Dispute Resolution Agreement.

With respect to all disputes or claims that arise out of or relate in any way to your use of DEFCAD or the construction, application, or interpretation these Terms, this provision supersedes any contrary terms regarding dispute resolution in any other agreement between the parties.

If any party intends to seek arbitration of a dispute, that party must provide the other party with notice in writing (“Notice of Dispute”). This Notice of Dispute

must be sent to the following address:

Defense Distributed c/o
Northwest Registered Agent, LLC
700 Lavaca Street, Suite 1401
Austin, TX 78701

The Notice of Dispute must include a description of the facts giving rise to the dispute and a statement of the relief requested. If the parties are unable or unwilling to resolve the dispute within 60 days after the Notice of Dispute is submitted, the dispute will be resolved by arbitration upon one party sending the other party or parties and the American Arbitration Association ("AAA") a demand for arbitration. No arbitration demand may be submitted until at least 60 days after submission of the Notice of Dispute.

The arbitration will be governed by the AAA's Commercial Arbitration Rules ("AAA Rules"), and will be administered by the AAA. Unless the parties agree otherwise, the Expedited Procedures of the AAA Rules will apply to any claim of $75,000 or less. The AAA Rules are available online at adr.org or by calling the AAA at 1-800-778-7879. If the AAA is unavailable, the parties will agree to another arbitration provider or the court will appoint a substitute. To the fullest extent permitted by applicable law, any evidentiary submissions made in arbitration will be maintained as confidential in the absence of good cause for its disclosure. The arbitrator's award will be maintained as confidential only to the extent necessary to protect either party's trade secrets or proprietary business information or to comply with a legal requirement mandating confidentiality.

Arbitration hearings will take place in Travis County, Texas, or such other location as the parties mutually agree.

The AAA's fee schedule is subject to change and may be found in the AAA Rules (available online at adr.org or by calling the AAA at 1-800-778-7879). Filing fees shall be paid by the party who initially commenced the arbitration subject to later reallocation governed by the AAA Rules.

9.0 Disclaimer of Warrantie
Products and services offered by DEFCAD are provided "AS-IS" and without any warranties, express or implied. Any and all warranties, including implied warranties of merchantability or fitness for a particular purpose, are expressly disclaimed. There are no warranties which extend beyond the description on the face hereof.

10.0 Indemnification
You agree to indemnify and hold DEFCAD harmless from any claim, cause of action, demand or damages related to or arising out of: (a) content that you post or transmit via DEFCAD (including but not limited to CAD models, physical parts created therefrom, and any content that a third-party deems defamatory or otherwise harmful or offensive); (b) activity that occurs through or by use of your account (including, without limitation, all content posted or transmitted and your interactions with others); (c) your use of or reliance on any user content; and (d) your violation of these Terms. This indemnification obligation includes payment of

any attorneys' fees and costs incurred by DEFCAD. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you agree to cooperate with our defense of such claims.

11.0 No Third Party Beneficiaries
These terms constitute a legal agreement between you and DEFCAD. These terms are not intended to be, and shall not be, enforceable by any third party/parties.

12.0 Severability
If any provision of these Terms is invalid, illegal, void or unenforceable, then that provision will be deemed severed from these Terms and will not affect the validity or enforceability of the remaining provisions of these Terms.

13.0 Entire Agreement
These Terms constitute the entire agreement between you and DEFCAD. These Terms supersede any prior written or oral agreement. If any provision of these Terms is found by a court of competent jurisdiction to be unenforceable, all other provisions remain in full force and effect.

14.0 Notice of Availability of Parent Control Protections
Federal law, specifically 47 U.S.C. § 230(d), requires the provider of an “interactive computer service” (such as a website) to “notify [each] customer that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist the customer in limiting access to material that is harmful to minors.”

Pursuant to this requirement, if you are a parent and you are interested in obtaining commercial tools to help you limit access to material that is harmful to minors, you can find a list of such tools here: PCMag.com – The Best Parental Control Software for 2018.

NOTE – DEFCAD has no relationship with either PCMag.com or with any of the software vendors mentioned in this article. We do not endorse or recommend any specific parental control software, product, or service.

DEFCAD is owned and operated by: Defense Distributed 2320 Donley Drive, Suite C
Austin, TX 78758

General inquiries:
support@defcad.com

Our agent for service of legal process:
Northwest Registered Agent, LLC
700 Lavaca Street, Suite 1401
Austin, TX 78701

NOTICE – We do NOT accept service of legal process via email, fax, or any means other than personal service on our registered agent.

TOS v.2.0. Last Updated: December 10th, 2018

Ghost Gunner 3s, GG3s, True Desktop CNC, by Defense Distributed
Never miss the 3D gun news

DEFCAD directly to your inbox.
Receive a monthly recap featuring curated lists of files.

Email address
Email address
defcad

The world's largest 3D gun repository

About Us

About
Contact
Sponsorship
Resources

Blog
FAQ
Leaderboard
Open Source
Website

Privacy
Terms of Service
Terms of Purchase
DEFCAD, Inc. All rights reversed.

Habent sua fata libelli et balli

DEFCAD files and other hardware are not currently available to persons outside the United States and are not available to residents of and persons in the State of New Jersey who do not possess a federal firearms license.

warrant canary logo
Since Jan. 1 2021, no warrants have been served to defcad.com principals or employees. No searches or seizures have been performed on defcad.com

Our Privacy Policy, https://store.defcad.com/privacy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.

## 3.10 Force Majeure

We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

## 3.11 Governing Law and Jurisdiction

All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Texas.

## 3.12 Dispute Resolution and Binding Arbitration

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHREWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"), IN AUSTIN, TEXAS, PURSUANT TO THE AAA'S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

## 3.13 No Waivers

The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in writing and signed by a duly authorized representative of the Company.

## 3.14 Notices

a. To You. We may provide any notice to you under these Terms by: (i) sending a message to the e- mail address you provide or (ii) by posting to the Website. Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.
b. To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to support@defcad.com. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.

Contributor Certificate of Origin Version 1.0

By making a contribution to DEFCAD, I certify that:

a. The contribution was created in whole or in part by me and I have the right to submit it under the open source license indicated in the file; or
b. The contribution is based upon previous work that, to the best of my knowledge, is covered under an appropriate open source license and I have the right under that license to submit that work with modifications, whether created in whole or in part by me, under the same open source license (unless I am permitted to submit under a different license), as indicated in the file; or
c. The contribution was provided directly to me by some other person who certified (a), (b) or (c) and I have not modified it.
d. I understand and agree that this project and the contribution are public and that a record of the contribution (including all personal information I submit with it, including my sign-off) is maintained indefinitely and may be redistributed consistent with this project or the open source license(s) involved.

## 2.2 Intellectual Property Rights

By uploading any material to DEFCAD, including but not limited to CAD models, you grant to DEFCAD an irrevocable, perpetual, fully-paid, worldwide non-exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. This license also includes the right of Defense Distributed to make your material available in the Glen Rose Public Library, Austin, TX.

You represent and warrant that any content you submit is an original work by you, that you own or control 100% of the rights in and to your content and the rights granted to DEFCAD in this license, and such rights are and shall be free and clear of any and all claims, rights and obligations; and that you have the right to grant to DEFCAD the rights granted to us in this license, you do not require the consent of any third party and that there is no contract with any third party that could in any way interfere with DEFCAD's rights under this license or require any payment to be made to anyone by DEFCAD.

## 3.0 Terms of Online Sale

BY PLACING AN ORDER FOR PRODUCTS FROM THIS WEBSITE, YOU ACCEPT AND ARE BOUND BY THESE TERMS AND CONDITIONS.

YOU MAY NOT ORDER OR OBTAIN PRODUCTS FROM THIS WEBSITE IF YOU (A) DO NOT AGREE TO THESE TERMS, (B) ARE NOT OF LEGAL AGE TO FORM A BINDING CONTRACT WITH DEFENSE DISTRIBUTED, OR (C) ARE PROHIBITED FROM ACCESSING OR USING THIS WEBSITE OR ANY OF THIS WEBSITE'S CONTENTS, GOODS OR SERVICES BY APPLICABLE LAW.

These terms of online sale (the "Terms") apply to the purchase and sale of products through www.defcad.com (the "Website"). These Terms are subject to change by Defense Distributed ("Company, "us", or "we") without prior written notice at any time, in the Company's sole discretion. The latest version of these Terms will be posted on this Website, and you should review these Terms before purchasing any product or services that are available through this Website. Your continued use of this Website after a posted change in these Terms will constitute your acceptance of and agreement to such changes.

These Terms are an integral part of the Website Terms of Use that apply generally to the use of our Website. You should also carefully review our Privacy Policy before placing an order for products through this Website.

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY.

To use defcad.com ("DEFCAD"), you must be at least 21 years old. If you are age 20 or younger, use of this site is strictly prohibited.

---

# 1.0 Terms of Use

By accessing this site, you agree to the following terms:

## 1.1 Acceptable Use

DEFCAD is an online information library and CAD model marketplace. We are dedicated to the advancement of, and education concerning, American gunsmithing, and the protection of the Second Amendment. Users, professionals and amateurs alike, are invited to access this site in order to learn more about these topics and to contribute to the online discussion.

Users may also purchase and share small arms technical data from this site subject to our Terms of Service and subject to any and all legal requirements imposed by local, state or federal law.

By uploading/downloading/viewing any CAD models appearing on this site, you understand and agree that all such models are, unless otherwise expressly stated, not created nor materially modified by DEFCAD. As such, CAD models appearing on this site are "information provided by another information content provider" within the meaning of 47 U.S.C. § 230(c)(1).

You understand and agree DEFCAD is not responsible for the accuracy of such models. As explained further herein, DEFCAD does not warrant that such models are suitable or fit for any particular purpose. DEFCAD is not liable for the use of such models by third parties, and cannot be treated as the publisher or speaker of such models or any advertisements offering such models for sale. See, e.g., Gibson v. Craigslist, 2009 WL 1704355, *3 (S.D.N.Y. 2009) (explaining that under federal law, specifically 47 U.S.C. § 230(c)(1), "'[n]o provider or user of an interactive computer service shall be treated as a publisher or speaker of any information provided by another information content provider,' and that '[n]o cause of action may be brought and liability may be imposed under any State or local law that is inconsistent with this section.")

## 1.2 Prohibited Use

By using, purchasing, uploading and/or downloading information from DEFCAD, you represent that you understand and agree to comply with all local, state and/or federal laws governing your purchase, possession, and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models. Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). Accordingly, DEFCAD is currently only accepting orders for CAD models or any other item on DEFCAD from U.S. Persons, as defined at 15 C.F.R. 772.1 and 22 C.F.R. 120.15, and DEFCAD is not currently accepting or fulfilling orders from persons outside the United States or persons behind the Blue Wall: https://defcad.com/bluewall/. By using DEFCAD, you agree to comply with all domestic and international laws that apply to export-controlled technical data and software. In furtherance of these restrictions, you

# EXHIBIT I

Action: --------- Go 0 of 14 selected

| DISBURSEMENT |
| --- |
| Jul 01, 2022 00:00: 216.58493527USD to IvanTheTroll (COMPLETE) |
| Jun 01, 2022 00:00: 294.31777738USD to IvanTheTroll (COMPLETE) |
| May 01, 2022 00:00: 337.56075758USD to IvanTheTroll (COMPLETE) |
| Apr 01, 2022 00:00: 732.54613011USD to IvanTheTroll (COMPLETE) |
| Mar 01, 2022 00:00: 702.81575189USD to IvanTheTroll (COMPLETE) |
| Jun 01, 2021 00:00: 411.21000000USD to IvanTheTroll (COMPLETE) |
| Feb 01, 2022 00:00: 636.83140444USD to IvanTheTroll (COMPLETE) |
| Nov 01, 2021 00:00: 864.08000000USD to IvanTheTroll (COMPLETE) |
| Oct 01, 2021 00:00: 692.12000000USD to IvanTheTroll (COMPLETE) |
| Sep 01, 2021 00:00: 662.71000000USD to IvanTheTroll (COMPLETE) |
| Aug 01, 2021 00:00: 281.34000000USD to IvanTheTroll (COMPLETE) |
| Jul 01, 2021 00:00: 245.14000000USD to IvanTheTroll (COMPLETE) |
| Jan 01, 2022 00:00: 852.02687937USD to IvanTheTroll (COMPLETE) |
| Dec 01, 2021 00:00: 583.10495407USD to IvanTheTroll (COMPLETE) |

Action: --------- Go 0 of 14 selected

| PLEDGE | METHOD | PAYMENT COUNT | LAST SUCCESSFUL PAYMENT | REMOTE PLEDGE ID | CREATED | UPDATED |
|---|---|---|---|---|---|---|
| 715b3001 (COMPLETE): IvanTheTroll - 10.0000000000USD from MrMellow05 (SINGLE) | Credit card | 1 | Oct. 16, 2022, 10:15 p.m. | 7707714868 | Oct. 16, 2022, 10:11 p.m. | Oct. 16, 2022, 10:15 p.m. |
| c756c43a (COMPLETE): IvanTheTroll - 10.0000000000USD from williamyjk (SINGLE) | Credit card | 1 | March 6, 2022, 11:36 p.m. | 7038788801 | March 6, 2022, 11:36 p.m. | March 6, 2022, 11:36 p.m. |
| 5ced5bc5 (COMPLETE): IvanTheTroll - 0.0007105200BTC from amarback (SINGLE) | BTCPay server | 1 | Feb. 12, 2022, 11:28 p.m. | jwNezBMHVhdiGjp13YdCH | Feb. 12, 2022, 11:25 p.m. | Feb. 12, 2022, 11:28 p.m. |
| 292daafa (COMPLETE): IvanTheTroll - 10.0000000000USD from YABADABAGUN (SINGLE) | Credit card | 1 | Oct. 19, 2021, 10:24 p.m. | 6673800677 | Oct. 19, 2021, 10:19 p.m. | Oct. 19, 2021, 10:24 p.m. |
| 9b03a2d3 (COMPLETE): IvanTheTroll - 0.0003554800BTC from JBoone (SINGLE) | BTCPay server | 1 | March 24, 2021, 4:16 p.m. | FwaNyBZRnYext8KV5achdk | March 24, 2021, 4:03 p.m. | March 24, 2021, 4:16 p.m. |
| 6b9f3f5d (COMPLETE): IvanTheTroll - 10.0000000000USD from Freespeech86 (SINGLE) | Bank payment method | 1 | April 1, 2021, 9:10 p.m. | 9346df989dff32f3b79a4ace82f490fcde9810b1 | March 19, 2021, 12:44 p.m. | April 1, 2021, 9:10 p.m. |
| 4b12e35d (COMPLETE): IvanTheTroll - 0.0001000000BTC from DefDist (SINGLE) | BTCPay server | 1 | Feb. 16, 2021, 9:47 p.m. | Ncsgb5W7pEFJV5YLA2iPYp | Feb. 16, 2021, 9:29 p.m. | Feb. 16, 2021, 9:47 p.m. |
| 50083e5e (COMPLETE): IvanTheTroll - 3.0000000000USD from DefDist (SINGLE) | Bank payment method | 1 | Jan. 7, 2021, 6:20 p.m. | d8cc1d1afd007ff2ef26307c99ff8c1a6f49e89d | Dec. 18, 2020, 4:46 p.m. | Jan. 7, 2021, 6:20 p.m. |
| 7110bdab (COMPLETE): IvanTheTroll - 2.0000000000USD from DefDist (SINGLE) | Bank payment method | 1 | Jan. 7, 2021, 6:20 p.m. | 77a34b945c0fb927d5743958aa0711f0a713324d | Dec. 18, 2020, 4:46 p.m. | Jan. 7, 2021, 6:20 p.m. |
| c6756cae (COMPLETE): IvanTheTroll - 1.0000000000USD from DefDist (SINGLE) | Bank payment method | 1 | Jan. 7, 2021, 6:20 p.m. | c491e83da32376c11e76b1692f8a7bab81ab41b8 | Dec. 18, 2020, 4:45 p.m. | Jan. 7, 2021, 6:20 p.m. |
| 4f5a42a3 (COMPLETE): IvanTheTroll - 0.0010000000BTC from DefDist (SINGLE) | BTCPay server | 1 | Aug. 26, 2020, 9:54 p.m. | 3gBgQYwLBZrDET1GDqDna9 | Aug. 26, 2020, 9:36 p.m. | Aug. 26, 2020, 9:54 p.m. |
| a770ea95 (COMPLETE): IvanTheTroll - 0.0010000000BTC from Gaditonecy (SINGLE) | BTCPay server | 1 | March 28, 2020, 4:47 p.m. | KVeBXH96bgHy4r9yu5pLLW | March 28, 2020, 1:29 p.m. | March 28, 2020, 4:47 p.m. |
| ace8806b (COMPLETE): IvanTheTroll - 0.0010000000BTC from tprice (SINGLE) | BTCPay server | 1 | March 28, 2020, 2:24 a.m. | FGiqzXosqQSJxnm6R6pbU5 | March 28, 2020, 2 a.m. | March 28, 2020, 2:24 a.m. |
| 85900a7d (COMPLETE): IvanTheTroll - 0.0022000000BTC from aoiblu (SINGLE) | BTCPay server | 1 | March 27, 2020, 10:54 p.m. | 7GGiZEjNmahV87qimXPChT | March 27, 2020, 10:50 p.m. | March 27, 2020, 10:54 p.m. |

# EXHIBIT J


initial upload
POWERED BY TINY
Mod
This project is a mod of another project
Display Options
Anonymous project
Prerelease
Terms & Conditions
I agree to the Terms of Service
I agree to the Terms of Contribution
I attest compliance with the Contributer Certificate of Origin
Upload Project
Once you upload your project, DEFCAD staff will review and create renders of your project. Then your project will be published and listed in the DEFCAD library.
Artifact Type
CAD Object
Stereolithic object
Blueprint
Document
Firearm Type
Pistol
Rifle
Shotgun
Pistol-Caliber Carbine
Firearm Platform
AR-15
AR-9
AK-47
AR-22
Fabrication Method
Primarily Printable
Hybrid
Printable Lower / Frame
Not Printable
Firearm Part
Lower Receiver
Upper Receiver
Barrel
Frame
Firearm Caliber
7.62x39
12ga
37mm
.40S&W

# EXHIBIT K

| id | name | created | agreed_to_contributor_terms | agreed_to_terms_of_service | agreed_to_submitter_terms |
|---|---|---|---|---|---|
| 44 | AR15000 Printable Lower | 2019-10-16 21:41:20.455139-07 | t | t | t |
| 65 | Plastikov 3D-Printable AKM Receiver | 2020-01-09 01:09:38.293486-07 | t | t | t |
| 67 | Do-It-Yourself Electrochemical Machining v2.0 Barrelmaking Package - 9x19mm | 2020-01-09 01:20:11.546464-07 | t | t | t |
| 68 | M16 Fire Control Group + Constrained Orientations | 2020-01-09 01:24:05.487064-07 | t | t | t |
| 285 | Ivan's 3D Printable AR15 Brass Catcher | 2020-03-26 11:32:39.058648-07 | t | t | t |
| 17231 | U-Bolt Vanguard Printable AR15 Lower Receiver - Updated Dimensions | 2020-05-13 14:16:47.036157-07 | t | t | t |
| 17234 | ButWhatAbout: Ammo Volume 1: Reactivating 9x19mm | 2020-06-15 09:38:56.425649-07 | t | t | t |
| 17402 | The CZAR v2 3D Printable Vz61 Skorpion Receiver | 2020-12-11 08:02:54.731496-07 | t | t | t |
| 17490 | The FMDA DD17.2 3D Printable Glock Frame | 2021-01-21 09:02:24.556204-07 | t | t | t |
| 17591 | The Common Sense Gun Control Group 3D Printable Fire Control Group | 2021-02-26 11:41:03.459254-07 | t | t | t |
| 17664 | Menendez Magazine v2.0 Pack | 2021-03-27 13:16:06.764857-07 | t | t | t |
| 17665 | FMDA DD19.2 Revised 3D Printable Glock Frame | 2021-03-29 08:44:37.45455-07 | t | t | t |
| 17962 | FMDA DD26.2 Revised 3D Printable Glock Frame | 2021-07-01 11:29:33.944911-07 | t | t | t |

# EXHIBIT L

DEFCAD

Search the library

# Terms of Service

TOS v.3.5 Last Updated: January 1st, 2026

THIS DOCUMENT CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS, AS WELL AS CONDITIONS, LIMITATIONS, AND EXCLUSIONS THAT MIGHT APPLY TO YOU. PLEASE READ IT CAREFULLY. TO USE DEFCAD.COM ("DEFCAD"), YOU MUST BE AT LEAST 21 YEARS OLD. IF YOU ARE AGE 20 OR YOUNGER, USE OF THIS SITE IS STRICTLY PROHIBITED.

## GENERAL PROHIBITION AGAINST ACCESS BY CERTAIN USERS

Notwithstanding any other part of these Terms of Service, and notwithstanding any other express or implied grant of permission, the following persons/entities are expressly forbidden from using, accessing, or obtaining any information from DEFCAD for any reason:

- Federal and state law enforcement agencies operating within or under the authority of the states of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.
- Agents of the offices of the Attorneys General of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.
- Agents of the offices of Consumer Affairs or Consumer Protection in the states of New Jersey, New York, Connecticut, Pennsylvania, California, and Washington.

- Employees, agents, members and associates of the gun control organizations including but not limited to: Brady, Giffords, Everytown for Gun Safety, Mom's Demand Action, MAF Corporation, Newtown Action Alliance, The Gatalog, Sandy Hook Promise, Gatalog Foundation, The Trace, and The United Methodist Church.
- Attorneys, employees, agents and associates of the law firms represented by the FACT coalition, including but not limited to the firms: Arnold & Porter LLP, Bilzin Sumberg Baena Price & Axelrod LLP, Cooley LLP, Covington & Burling LLP, Dentons USLLP, Gibson Dunn And Crutcher LLP, Hogan Lovells US LLP, Keker, Van Nest & Peters LLP, Mayer Brown LLP, Morrison & Foerster LLP, Morvillo Abramowitz Grand Iason & Anello PC, Munger Tolles & Olson LLP, O'Melveny & Myers LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Simpson Thacher & Bartlett LLP.
- Attorneys, employees, agents and associates of the law firms Venable, LLP, Keker, Van Nest & Peters, Sullivan and Cromwell, and Zermay Law.

Any access or use of any part of DEFCAD, whether directly or indirectly, by or at the direction of, any of the above-listed persons is expressly forbidden and is unlawful. Any violation of this prohibition may lead to civil and/or criminal liability pursuant to the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 (the "CFAA"). This prohibition is intended to clarify that no permission to access is granted to any of the above-listed users. Further, for avoidance of doubt, this prohibition is intended to immediately and permanently revoke any pre-existing express or implied grant of permission to access this site within the meaning of Facebook, Inc. v. Power Ventures, Inc., 844 F.3d 1058 (9th Cir. 2016) (noting, "a defendant can run afoul of the CFAA when he or she has no permission to access a computer or when such permission has been revoked explicitly.") (emphasis added).

## 1.0 Terms of Use

By accessing this site, you agree to the following terms:

## 1.1 Acceptable Use

DEFCAD is an online information library and CAD model marketplace. We are dedicated to the advancement of, and education concerning, American gunsmithing, and the protection of the Second Amendment. Users, professionals and amateurs alike, are invited to access

this site in order to learn more about these topics and to contribute to the online discourse. Users may also purchase and share small arms technical data from this site subject to our Purchase Terms and subject to any and all legal requirements imposed by local, state or federal law. By uploading/downloading/viewing any CAD models appearing on this site, you understand and agree that all such models are, unless otherwise expressly stated, not created nor materially modified by DEFCAD. As such, CAD models appearing on this site are "information provided by another information content provider" within the meaning of 47 U.S.C. § 230(c)(1). You understand and agree DEFCAD is not responsible for the accuracy of such models. As explained further herein, DEFCAD does not warrant that such models are suitable or fit for any particular purpose. DEFCAD is not liable for the use of such models by third parties, and cannot be treated as the publisher or speaker of such models or any advertisements offering such models for sale. See, e.g., Gibson v. Craigslist, 2009 WL 1704355, *3 (S.D.N.Y. 2009) (explaining that under federal law, specifically 47 U.S.C. § 230(c)(1), "'[n]o provider or user of an interactive computer service shall be treated as a publisher or speaker of any information provided by another information content provider,' and that '[n]o cause of action may be brought and liability may be imposed under any State or local law that is inconsistent with this section.'").

## 1.2 Prohibited Use

By using, uploading and/or downloading information from DEFCAD, you represent that you understand and agree to comply with all local, state and/or federal laws governing your purchase, possession, and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models. Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). You will not use DEFCAD for an unlawful purpose. You will not conduct an unauthorized export of any CAD models or other files appearing on or obtained from DEFCAD, or any physical parts created from such files. You will not use or access DEFCAD for the purpose of assisting a non-United States person in the design or development of a defense article described on the ITAR U.S. Munitions List or for integration or installation of an EAR-controlled item on an ITAR defense article. You will not use or access DEFCAD for the purpose of supporting the proliferation of any chemical, biological, or nuclear weapons or missiles. You will not send, upload, or otherwise use classified national security information (i.e., SECRET, TOP SECRET) on DEFCAD. You will not access DEFCAD directly or indirectly, from Cuba, Iran, Syria, Sudan, North Korea, the Crimea

Region of Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services. You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services. You are not listed on the U.S. Department of Treasury's Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or prohibited. These lists are available at www.export.gov/csl-search and at http://sam.gov/portal/SAM. Any information you provide to DEFCAD is not from an ITAR-embargoed country listed at 22 CFR § 126.11 or the Russian Federation. You further represent and declare (or certify, verify, or state) that each of the following are true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

- You are at least twenty-one (21) years old.
- You are a citizen or lawful permanent resident of the United States of America, or of any other country in which the operation of this site is lawful.
- You have not renounced your U.S. citizenship.
- You are not an illegal or unlawful alien, and are not a nonimmigrant alien.
- Your possession and/or use of CAD models appearing on DEFCAD, or any physical parts created from such models, does not violation any local, state, or federal law of the jurisdiction in which you reside.
- You are not currently under indictment for, and have never been convicted in any court of, a crime punishable by imprisonment for one year or more.
- You are not a fugitive from justice.
- You are not an unlawful user of, or addicted to, any controlled substance.
- You have not been adjudicated as a mental defective and have not been committed to any mental institution.
- You have never been and are not expected to be discharged from the Armed Forces under dishonorable conditions.
- You are not currently subject to a domestic violence restraining order of any kind.
- You have never been convicted in any court of a crime of domestic violence.
- You will not conduct an unauthorized export of any CAD models appearing on DEFCAD, or any physical parts created from such models.

- You will not use, and do not intend to use, CAD models appearing on DEFCAD, or any physical parts created from such models, for any unlawful purpose including, but not limited to, causing physical injury or death to yourself or to any other person.

Provided you meet all of the above requirements, the use of DEFCAD is free to anyone except for those persons/agencies identified in the GENERAL PROHIBITION listed above. However, DEFCAD is not currently accepting or fulfilling orders from foreign persons, as defined at 22 CFR § 120.16 and 15 CFR § 772.1, or individuals behind the "Blue Wall," which include residents of the states of California and New Jersey who do not possess a federal firearms license.

## 2.0 Terms of Contribution

Your use of DEFCAD is subject to various United States and international laws, including but not limited to the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR). By uploading any materials, you agree to comply with all domestic and international laws that apply to export-controlled information and software. In furtherance of these restrictions, you certify and/or represent and warrant the following regarding the files being submitted to DEFCAD for publication by DEFCAD, Inc.:

- You are the author of the files, or you are submitting the files with the author's permission.
- These files are not submitted for an improper or unlawful purpose.
- The files do not concern chemical, biological, or nuclear weapons or missiles.
- The files do not contain classified national security information (i.e., SECRET, TOP SECRET) on DEFCAD.
- You are not in Cuba, Iran, Syria, Sudan, North Korea, the Crimea Region of the Ukraine or any other country to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not an agent of Cuba, Iran, Syria, Sudan, North Korea or any other country or a party to which the United States prohibits certain activities, transactions, and the provision of services.
- You are not listed on the U.S. Department of Treasury's Specially Designated Nationals List or other U.S. Government list of persons with whom transactions are restricted or

prohibited, as available at https://www.export.gov/csl-search and at http://sam.gov/portal/SAM.

## 2.1 Contributor Certificate of Origin

## Contributor Certificate of Origin Version 1.0

By making a contribution to DEFCAD, I certify that:

a. The contribution was created in whole or in part by me and I have the right to submit it under the open-source license indicated in the file; or

b. The contribution is based upon previous work that, to the best of my knowledge, is covered under an appropriate open-source license and I have the right under that license to submit that work with modifications, whether created in whole or in part by me, under the same open-source license (unless I am permitted to submit under a different license), as indicated in the file; or

c. The contribution was provided directly to me by some other person who certified (a), (b) or (c) and I have not modified it.

d. I understand and agree that this project and the contribution are public and that a record of the contribution (including all personal information I submit with it, including my sign-off) is maintained indefinitely and may be redistributed consistent with this project or the open-source license(s) involved.

## 2.2 Intellectual Property Rights

By uploading any material to DEFCAD, including but not limited to CAD models, you grant to DEFCAD an irrevocable, perpetual, fully-paid, worldwide non-exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing. You represent and warrant that any content you submit is an original work by you, or that you own or control 100% of the rights in and to your content and the rights granted to DEFCAD in this license, and such rights are and shall be free and clear of any and all claims, rights and obligations; and that you have the right to grant to DEFCAD the

rights granted to us in this license, you do not require the consent of any third party and that there is no contract with any third party that could in any way interfere with DEFCAD's rights under this license or require any payment to be made to anyone by DEFCAD.

## 3.0 Intellectual Property Use and Ownership

You acknowledge and agree that:

- All uses on this Website of the terms "sell," "sale," "resell," "resale," "purchase," "price" and the like mean the purchase or sale of a license.
- Each product marketed on this Website is made available solely for license, not sale, to you and other prospective customers under the terms, conditions, and restrictions of the license agreement.
- You will comply with all terms and conditions of the specific license agreement for any product or service you obtain through this Website, including, but not limited to, all confidentiality obligations and restrictions on resale, use, reverse engineering, copying, making, modifying, improving, sublicensing and transfer of those licensed products.
- You will not cause, induce or permit others' noncompliance with the terms and conditions of any of these product license agreements.
- You do not and will not have or acquire any ownership of these intellectual property rights in or to the products made available through the Website, or of any intellectual property rights relating to those products.

## 3.1 DMCA/Copyright Complaints

DEFCAD complies with the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512 (the "DMCA"). Upon receipt of a valid Notification of Claimed Infringement, we will promptly remove any infringing content and will, under appropriate circumstances, terminate the privileges of any user who uses DEFCAD to unlawfully infringe copyrighted material without a license, express consent, valid defense or fair use exemption to do so. If you believe that your copyrighted work has been infringed by any content appearing on DEFCAD, please let us know by submitting a written notice that contains all of the following information:

- Your name, address, telephone number, and e-mail address;
- A description of the copyrighted work that you claim has been infringed;
- The exact URL or web address where the material is located;
- A statement by you that you have a good faith belief that the disputed use has not been authorized by you, your agent, or the law;
- Your electronic or physical signature or the electronic or physical signature of the person authorized to act on your behalf; and
- A statement by you made under penalty of perjury, that the information in your notice is accurate, that you are the copyright owner or authorized to act on the copyright owner's behalf.

Any Notification of Claimed Infringement or other complaint regarding copyrighted material appearing on DEFCAD must be submitted, in writing, to our designated DMCA agent:

Cody R. Wilson
DEFCAD
1101 W 34th St. #340
Austin, TX 78705
Phone: (501) 743-9680
Email: crw@defcad.com

Repeat infringer policy: This site takes copyright law seriously. In addition to removing infringing content when appropriate, we will block access to the site by any user who we determine to be a repeat infringer. For the purposes of this policy, a "repeat infringer" is defined as any person who is deemed to have uploaded infringing content three (3) or more times within a period of six (6) months.

## 4.0 General Terms

## 4.1 Privacy Policy

Our Privacy Policy, https://defcad.com/privacy, governs the processing of all data collected from you in connection with your purchase of Company products through the Website.

## 4.2 Force Majeure

We will not be liable or responsible to you, nor be deemed to have defaulted or breached these Terms, for any failure or delay in our performance under these Terms when and to the extent such failure or delay is caused by or results from acts or circumstances beyond our reasonable control, including, without limitation, acts of God, flood, fire, earthquake, explosion, governmental actions, war, invasion or hostilities (whether war is declared or not), terrorist threats or acts, riot or other civil unrest, national emergency, revolution, insurrection, epidemic, lockouts, strikes or other labor disputes (whether or not relating to our workforce), or restraints or delays affecting carriers or inability or delay in obtaining supplies of adequate or suitable materials, materials or telecommunication breakdown or power outage.

## 4.3 Governing Law and Jurisdiction

All matters arising out of or relating to these Terms are governed by and construed in accordance with the internal laws of the State of Texas without giving effect to any choice or conflict of law provision or rule that would cause the application of the laws of any jurisdiction other than those of the State of Arkansas.

## 4.4 Dispute Resolution and Binding Arbitration

ANY CLAIM, DISPUTE OR CONTROVERSY ARISING FROM OR RELATED IN ANY WAY TO THESE TERMS OR ANY PROVISIONS HEREIN SHALL BE RESOLVED BY BINDING ARBITRATION. UNLESS BOTH PARTIES AGREE OTHERWISE, AND REGARDLESS OF THE AMOUNT N DISPUTE, THE PARTIES EXPRESSLY AGREE THE ARBITRATION SHALL BE CONDUCTED BY THE AMERICAN ARBITRATION ASSOCIATION ("AAA"), IN AUSTIN, TEXAS, PURSUANT TO THE AAA'S RULES OF EXPEDITED COMMERCIAL ARBITRATION.

## 4.5 No Waivers

The failure by us to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any right or provision will be effective only if in writing and signed by a duly authorized representative of the Company.

## 4.6 Notices

To You. We may provide any notice to you under these Terms by: (i) sending a message to the e-mail address you provide or (ii) by posting to the Website. Notices sent by e-mail will be effective when we send the e-mail and notices we provide by posting will be effective upon posting. It is your responsibility to keep your e-mail address current.

To Us. To give us notice under these Terms, you must contact us as by personal delivery, overnight courier or registered or certified mail to: 2320 Donley Drive Ste. C Austin, TX 78758. We may update the mailing address for notices to us by posting a notice on the Website. Notices provided by personal delivery will be effective immediately. Notices provided by registered or certified mail will be effective three business days after they are sent.

## 4.7 Legal Advice

The Second Amendment of the United States Constitution provides: "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed." Despite this broad and understandable injunction, there remain many different local, state, and federal laws governing and/or limiting the possession, use, and manufacturing of firearms and firearm parts – especially by 3D printers and similar devices. These laws vary widely from jurisdiction to jurisdiction. Laws also can and frequently do change. Due to the wide variety of laws that may apply, DEFCAD is unable to provide legal advice, and nothing in these Terms should be interpreted as providing legal advice, to our users regarding their specific rights, duties, and potential legal liabilities. Each user of DEFCAD is solely responsible for ensuring that they understand, and are in full compliance with, all local, state, and federal laws which may apply to their use of this website and/or the possession and/or creation of physical firearm parts using models obtained from this site.

## 4.8 Disclaimer of Warranties

Products and services offered by DEFCAD are provided "AS-IS" and without any warranties, express or implied. Any and all warranties, including implied warranties of merchantability or fitness for a particular purpose, are expressly disclaimed. There are no warranties which extend beyond the description on the face hereof.

## 4.9 Indemnification

You agree to indemnify and hold DEFCAD harmless from any claim, cause of action, demand or damages related to or arising out of: (a) content that you post or transmit via DEFCAD (including but not limited to CAD models, physical parts created therefrom, and any content that a third-party deems defamatory or otherwise harmful or offensive); (b) activity that occurs through or by use of your account (including, without limitation, all content posted or transmitted and your interactions with others); (c) your use of or reliance on any user content; and (d) your violation of these Terms. This indemnification obligation includes payment of any attorneys' fees and costs incurred by DEFCAD. We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and you agree to cooperate with our defense of such claims.

## 4.10 No Third-Party Beneficiaries

These terms constitute a legal agreement between you and DEFCAD. These terms are not intended to be, and shall not be, enforceable by any third party/parties.

## 4.11 Severability

If any provision of these Terms is invalid, illegal, void or unenforceable, then that provision will be deemed severed from these Terms and will not affect the validity or enforceability of the remaining provisions of these Terms.

## 4.12 Entire Agreement

These Terms constitute the entire agreement between you and DEFCAD. These Terms supersede any prior written or oral agreement. If any provision of these Terms is found by a court of competent jurisdiction to be unenforceable, all other provisions remain in full force and effect.

## 4.13 Notice of Availability of Parent Control Protections

Federal law, specifically 47 U.S.C. § 230(d), requires the provider of an "interactive computer service" (such as a website) to "notify [each] customer that parental control protections (such as computer hardware, software, or filtering services) are commercially available that may assist the customer in limiting access to material that is harmful to minors." Pursuant to this requirement, if you are a parent and you are interested in obtaining commercial tools to help you limit access to material that is harmful to minors, you can find a list of such tools here: PCMag.com – The Best Parental Control Software for 2020. NOTE – DEFCAD has no relationship with either PCMag.com or with any of the software vendors mentioned in this article. We do not endorse or recommend any specific parental control software, product, or service.

## DEFCAD is owned and operated by:

DEFCAD, Inc.
2320 Donley Drive, Ste. C
Austin, TX 78758

General inquiries: support@defcad.com

## Never miss 3D2A news

DEFCAD directly to your inbox.
Tune in to our monthly newsletter featuring the latest guncad has to offer.

Subscribe

By subscribing, you agree to receive marketing emails from DEFCAD.
Unsubscribe anytime. See our privacy policy.




## DEFCAD

The world's largest 3D gun library.

**Company**

About

Contact

Pricing

**Resources**

FAQ

Learn

Open Source

**Legal**

Privacy Policy

Terms of Service

Terms of Purchase

The files shown on this site are only available to U.S. Persons, as defined at 22 C.F.R. 120.15. DEFCAD files and other hardware are not available to persons outside the United States or to residents of and persons in the states of New Jersey and California who do not possess a Federal Firearms License.

Since Jan. 1 2021, no warrants have been served to defcad.com principals or employees. No searches or seizures have been performed on defcad.com.

Docusign Envelope ID: 47A1344D-6611-88A6-8021-A0C3E77E2723


2026 DEFCAD, Inc. All rights reversed. *Habent sua fata libelli et balli.*