**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MATTHEW LAROSIERE and JOHN ELIK**

**Plaintiff,**

**vs.** **Case No.: 6:26-cv-02173-JSS-LHP**

**CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED and DD FOUNDATION, LLC**

**Defendants.**
_________________________________/

## NOTICE OF LIMITED APPEARANCE AS LEAD COUNSEL

PLEASE TAKE NOTICE that Leia V. Leitner, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance as Counsel on behalf of Defendants, **Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed**, for the special limited purpose of filing a motion to dismiss for lack of personal jurisdiction and failure to state a claim; or, in the alternative, to compel arbitration, or to transfer venue, to respond to Plaintiffs' **Matthew Larosiere and John Elik's** Complaint, *see generally, e.g.,* Doc. 1.; motion to strike immaterial, impertinent, and scandalous allegations from the Complaint to Fed. R. Civ. P. 12(f); and, motion to stay discovery resolution of defendants' motion to Compel Arbitration, in the above-captioned action.

DATED this **17th** day of November 2026.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP.**

By: *s/Leia V. Leitner*
Leia V. Leitner
Florida Bar No.: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Limited Appearance on behalf of Defendants, Cody Rutledge Wilson DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **17th** day of November, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*/s/ Leia V. Leitner*
Leia V. Leitner