**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MATTHEW LAROSIERE and JOHN ELIK**

**Plaintiff,**

**vs.** **Case No.: 6:26-cv-02173-JSS-LHP**

**CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED and DD FOUNDATION, LLC**

**Defendants.**
**_______________________________________/**

---

**DEFENDANTS' CODY RUTLEDGE WILSON, DEFCAD, INC. AND DEFENSE DISTRIBUTED'S NOTICE OF PENDENCY OF OTHER ACTIONS**

---

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

___X___ IS related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below.

- *Defense Distributed, et. al. v. John Elik, Case No. 9:25-cv-81197, filed in the U.S. District Court for the Southern District of Florida, West Palm Beach Division.*

- *Defense Distributed, et. al. v. John Elik, Case No. 26-12667, filed in the U.S. Court of Appeals for the Eleventh Circuit.*

- *Defense Distributed, et. al. v. John Elik, Case No. 26-13661, filed in the U.S. Court of Appeals for the Eleventh Circuit.*

- *Defense Distributed, et. al. v. John Elik, Case No. 26-12808, filed in the U.S. Court of Appeals for the Eleventh Circuit.*

- *Larosiere v. Wilson, et. al., Case No. 6:2026-cv-0213, filed in the U.S. District Court for the Middle District of Florida, Orlando Division.*

- *Larosiere v. Wilson, et. al., Case No. 6:2024-cv-01629, filed in the U.S. District Court for the Middle District of Florida, Orlando Division.*

- *Defense Distributed, et. al. v. Elik, et. al., Case No. 9:2025-cv-81197, filed in the U.S. District Court for the Middle District of Florida, Orlando Division.*

_______ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

The parties further certify that they will serve a copy of this Notice of Related Action upon each party no later than fourteen (14) days after appearance of the party.

Date: **November 17, 2026**

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP.**

By: *s/ Leia V. Leitner*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Alyssa.Heitman@wilsonelser.com

*Limited Appearance on behalf of*
*Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and*
*Defense Distributed*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of November, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*/s/ Leia V. Leitner*
Leia V. Leitner