**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,
v. Case No. 6:26-cv-02173-JSS-LHP
CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,
Defendants.
_______________________________________/

**PLAINTIFF JOHN ELIK'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT DD FOUNDATION LLC**

Under Federal Rules of Civil Procedure 26 and 36, Plaintiff John Elik requests that Defendant DD Foundation LLC admit the truth of the matters below and serve a written response, signed by You or Your attorney, within thirty (30) days after service.

**DEFINITIONS**

The definitions in Plaintiff John Elik's First Request for Production to Defendant DD Foundation LLC, served October 25, 2026 (the "First RFP"), apply to these requests, including the definitions of "You," "Other Defendants," "Plaintiffs," "Works," "August 2026 Postings," "Legio," "Legio Member," "Sites," and "Florida Legio Member." "Defendant" means any of Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, or DD Foundation LLC.

**INSTRUCTIONS**

1. A matter is admitted unless, within the time for response, You serve a written answer or objection addressed to it. Fed. R. Civ. P. 36(a)(3).
2. If You do not admit a matter, specifically deny it or state in detail why You cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter. If good faith requires that You qualify an answer or deny only part of a matter, specify the part admitted and qualify or deny the rest. Fed. R. Civ. P. 36(a)(4).
3. You may assert lack of knowledge or information as a reason for failing to admit or deny only if You state that You have made reasonable inquiry and that the information You know or can readily obtain is insufficient to enable You to admit or deny. Fed. R. Civ. P. 36(a)(4). Information You can readily obtain includes information held by Your members, managers, officers, and agents, and records maintained for You by an Other Defendant or a third party.
4. State the grounds for any objection. You may not object solely on the ground that a request presents a genuine issue for trial. Fed. R. Civ. P. 36(a)(5).
5. If You fail to admit a matter that is later proved, Plaintiff will seek the reasonable expenses, including attorney's fees, incurred in making that proof. Fed. R. Civ. P. 37(c)(2).

## REQUESTS FOR ADMISSION

### A. Ownership and Operation of Legio

**Request for Admission No. 1:** Admit that You own and operate the DD LEGIO membership service offered through ddlegio.com.

**RESPONSE:**

**Request for Admission No. 2:** Admit that You are the contracting party with Legio Members under the DD LEGIO Terms of Service, version 1.5, attached as Exhibit A to Document 23-1.

**RESPONSE:**

**Request for Admission No. 3:** Admit that You receive payments for Legio memberships.

**RESPONSE:**

**Request for Admission No. 4:** Admit that persons employed or engaged by Defense Distributed perform services for Legio.

**RESPONSE:**

**Request for Admission No. 5:** Admit that Cody Rutledge Wilson is a manager or officer of DD Foundation LLC.

**RESPONSE:**

**Request for Admission No. 6:** Admit that Cody Rutledge Wilson has authority to direct Your operations.

**RESPONSE:**

**Request for Admission No. 7:** Admit that You have no employees.

**RESPONSE:**

**Request for Admission No. 8:** Admit that You do not maintain any office other than the office address at 8403 Cross Park Drive Ste 3E, Austin, Texas.

**RESPONSE:**

**Request for Admission No. 9:** Admit that, since January 1, 2021, You have transferred funds to Defense Distributed.

**RESPONSE:**

**Request for Admission No. 10:** Admit that, since January 1, 2021, You have transferred funds to DEFCAD, Inc.

**RESPONSE:**

**Request for Admission No. 11:** Admit that, since January 1, 2021, You have received funds from DEFCAD, Inc.

**RESPONSE:**

**Request for Admission No. 12:** Admit that no minutes exist of any meeting of Your members or managers held since January 1, 2021.

**RESPONSE:**

**B. Connection Between Legio and DEFCAD**

**Request for Admission No. 13:** Admit that a paid Legio membership was required to download each August 2026 Posting from defcad.com.

**RESPONSE:**

**Request for Admission No. 14:** Admit that Legio membership status is communicated to DEFCAD, Inc. or defcad.com to determine whether a user may download files from defcad.com.

**RESPONSE:**

**Request for Admission No. 15:** Admit that Legio Members could download each August 2026 Posting while it was available on defcad.com.

**RESPONSE:**

**C. Florida Members and Records**

**Request for Admission No. 16:** Admit that, since January 1, 2021, at least one Legio Member has had a Florida billing address.

**RESPONSE:**

**Request for Admission No. 17:** Admit that, since January 1, 2021, You have received payments for Legio memberships from persons with Florida billing addresses.

**RESPONSE:**

**Request for Admission No. 18:** Admit that You have not prevented persons located in Florida from purchasing Legio memberships.

**RESPONSE:**

**Request for Admission No. 19:** Admit that You, or a person acting on Your behalf, have sent promotional communications concerning Legio to persons located in Florida.

**RESPONSE:**

**Request for Admission No. 20:** Admit that ddlegio.com and defcad.com record the client IP addresses of users who access them.

**RESPONSE:**

**Request for Admission No. 21:** Admit that records exist identifying the accounts that downloaded each August 2026 Posting.

**RESPONSE:**

**Request for Admission No. 22:** Admit that You have the legal right to obtain from DEFCAD, Inc., on request, records of downloads from defcad.com by Legio Members.

**RESPONSE:**

**Request for Admission No. 23:** Admit that You or DEFCAD, Inc. use location information to restrict access to the Sites, or to downloads from them, by persons located in particular States.

**RESPONSE:**

**D. The Alleged Assent to Terms**

**Request for Admission No. 24:** Admit that Cody Rutledge Wilson did not personally observe any visit by either Plaintiff to defcad.com or ddlegio.com in August 2026.

**RESPONSE:**

**Request for Admission No. 25:** Admit that You have no record that John Elik clicked, selected, or otherwise affirmatively indicated agreement to the DEFCAD Terms of Service.

**RESPONSE:**

**Request for Admission No. 26:** Admit that You have no record that John Elik agreed to the DD LEGIO Terms of Service.

**RESPONSE:**

**Request for Admission No. 27:** Admit that John Elik has never held a Legio membership.

**RESPONSE:**

**Request for Admission No. 28:** Admit that You have no record that Matthew Larosiere clicked, selected, or otherwise affirmatively indicated agreement to the DEFCAD Terms of Service.

**RESPONSE:**

**Request for Admission No. 29:** Admit that You have no record that Matthew Larosiere agreed to the DD LEGIO Terms of Service.

**RESPONSE:**

**Request for Admission No. 30:** Admit that Matthew Larosiere has never held a Legio membership.

**RESPONSE:**

**Request for Admission No. 31:** Admit that Matthew Larosiere is affiliated with Zermay Law.

**RESPONSE:**

**Request for Admission No. 32:** Admit that Matthew Larosiere is an associate of Zermay Law, as that term is used in the DEFCAD Terms of Service, version 3.5, attached as Exhibit B to Document 23-1.

**RESPONSE:**

**Request for Admission No. 33:** Admit that the DEFCAD Terms of Service, version 3.5, state that access to or use of defcad.com by attorneys, employees, agents, and associates of Zermay Law is "expressly forbidden" and that "no permission to access is granted" to them.

**RESPONSE:**

**Request for Admission No. 34:** Admit that the provision of the DEFCAD Terms of Service described in the preceding request was in effect throughout August 2026.

**RESPONSE:**

**Request for Admission No. 35:** Admit that, in August 2026, a visitor could view project pages on defcad.com without clicking a button, checkbox, or link indicating agreement to the DEFCAD Terms of Service.

**RESPONSE:**

**Request for Admission No. 36:** Admit that You have no screenshot, image, or other capture of the notice described in paragraph 12 of Document 23-1 as it appeared on defcad.com in August 2026.

**RESPONSE:**

**Request for Admission No. 37:** Admit that You have no screenshot, image, or other capture of the notice described in paragraph 11 of Document 23-1 as it appeared on ddlegio.com in August 2026.

**RESPONSE:**

**Request for Admission No. 38:** Admit that the dispute-resolution or arbitration provision of the DD LEGIO Terms of Service has been changed at least once since January 1, 2021.

**RESPONSE:**

**E. The Accounts and the Works**

**Request for Admission No. 39:** Admit that the TexasRanger account on defcad.com is controlled by an employee or agent of a Defendant.

**RESPONSE:**

**Request for Admission No. 40:** Admit that the ThirdEyeAgent account on defcad.com is controlled by an employee or agent of a Defendant.

**RESPONSE:**

**Request for Admission No. 41:** Admit that, after August 4, 2022, John Elik could not log in to the IvanTheTroll account on defcad.com.

**RESPONSE:**

**Request for Admission No. 42:** Admit that, after August 4, 2022, persons other than John Elik associated projects with the IvanTheTroll account on defcad.com.

**RESPONSE:**

**Request for Admission No. 43:** Admit that John Elik did not authorize the reproduction or distribution of any of the Elik Works, as defined in paragraph 76 of the Complaint, in the August 2026 Postings.

**RESPONSE:**

**Request for Admission No. 44:** Admit that Matthew Larosiere did not authorize the reproduction or distribution of any of the Larosiere Works, as defined in paragraph 64 of the Complaint, in the August 2026 Postings.

**RESPONSE:**

Dated: October 25, 2026

Respectfully submitted,

*/s/ Matthew Larosiere*
**Matthew Larosiere, Esq.**
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Circle
Lake Worth, Florida 33467
Telephone: (561) 452-7575
Email: larosieremm@gmail.com
Counsel for Plaintiff John Elik

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2026, I served a true and correct copy of the foregoing by U.S. Mail, with a courtesy copy by email, on:

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
cf@chadflores.law
Counsel for Defendant DD Foundation LLC

Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
zach@zermaylaw.com
Lead Counsel for Plaintiffs

/s/ Matthew Larosiere
Matthew Larosiere