**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

Case No. 6:26-cv-02173-JSS-LHP

MATTHEW LAROSIERE and JOHN ELIK,

Plaintiffs,

v.

CODY RUTLEDGE WILSON; DEFCAD, INC.;

DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,

Defendants.

_______________________________________________/

# PLAINTIFF JOHN ELIK'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT DD FOUNDATION LLC

Plaintiff John Elik requests that Defendant DD Foundation LLC produce the documents and electronically stored information described below pursuant to Federal Rules of Civil Procedure 26 and 34.

Within thirty (30) days after service of these requests, see Fed. R. Civ. P. 34(b)(2)(A), serve a written response to each request and complete production of the responsive documents and electronically stored information. Produce responsive materials electronically to undersigned counsel at larosieremm@gmail.com, by email or by a secure file-transfer link sent to that address, unless the parties agree otherwise in writing or the Court orders otherwise. If You contend that production cannot be completed by that date, Your response must state the specific date by which production will be completed. See Fed. R. Civ. P. 34(b)(2)(B).

## DEFINITIONS

1. "**You**," "**Your**," and "**Foundation**" mean DD Foundation LLC. These requests seek materials within its possession, custody, or control, including materials it has the legal right to obtain on demand. This includes responsive business records maintained for Foundation by another person or entity when those records are within Foundation's possession, custody, or control.

2. **"Other Defendants"** means Cody Rutledge Wilson, DEFCAD, Inc., and Defense Distributed. **"Other Defendant"** means any one of them.

3. **"Plaintiffs"** means Matthew Larosiere and John Elik. References to either Plaintiff include references identifying that person by a name, username, handle, or nickname, including Fuddbuster or Fuddbusters for Larosiere and IvanTheTroll for Elik.

4. **"Complaint"** means the complaint filed as Document 1 in this action.

5. **"Works"** means the literary work and photographs specifically identified as infringed in paragraphs 64–99 of the Complaint. The term does not encompass other works merely because they appear within the same copyright registrations.

6. **"August 2026 Postings"** means the seven postings identified in paragraphs 70–71 and 83–87 of the Complaint: the SF5 Repeat Posting, 10/22 Repeat Posting, 3011 Posting, 3011DS Posting, PV3 Posting, PCD Posting, and UBAR Posting.

7. **"Accused Postings"** means the August 2026 Postings and the five removed postings identified in paragraphs 93–97 of the Complaint, insofar as those postings contain the Works.

8. **"Legio"** means the DD LEGIO membership service operated through ddlegio.com, which You own and operate (Doc. 23-1 ¶ 4). **"Sites"** means ddlegio.com and defcad.com, including the account, authentication, payment, and file-delivery systems used to provide their services.

9. **"Legio Member"** means a person or entity that held a Legio membership at any time during the period covered by the applicable request, whether that membership is presently active, expired, canceled, suspended, or otherwise inactive.

10. **“Florida Legio Member”** means a Legio Member satisfying at least one of the following criteria during the period covered by the applicable request:

a. Records within Your possession, custody, or control associate the member or membership with a Florida billing, shipping, residential, or mailing address, or with a Florida state of residence;

b. Records associate the member or membership with access to either Site from a client IP address falling within a range listed in Schedule A;

c. Existing geolocation records identify access to either Site by the member or membership as originating in Florida; or

d. Identity, age, or eligibility verification records associate the member or membership with a Florida address or with Florida-issued identification.

Each criterion applies independently. A member need not satisfy more than one criterion. A later change in address or membership status does not exclude a member who satisfied a criterion during the applicable period.

11. **“Schedule A”** means the accompanying electronic schedule titled **Schedule_A_IP_Address_Ranges.xlsx**, also provided in CSV format as **Schedule_A_IP_Address_Ranges.csv**. Schedule A lists IPv4 and IPv6 address ranges that publicly available IP-geolocation databases associate with Florida. Each range includes its first and last addresses. IP addresses are to be compared using their complete numeric values. Schedule A is used only to define the scope of these requests.

12. **“Documents and communications”** has the full meaning of “documents or electronically stored information” in Federal Rule of Civil Procedure 34(a)(1)(A), and includes paper records and electronically stored information, including emails, messages, attachments, account records, database entries, transaction records, logs, reports, and recorded communications.

13. Unless a request states otherwise, the **requested period** is **January 1, 2021 through the date of Your response**. An agreement entered before that period is responsive if it remained effective during the period.

14. **“Including”** means including without limitation.

15. **“Concerning”** means relating to, referring to, describing, evidencing, or constituting.

## PRODUCTION INSTRUCTIONS

1. Produce existing documents and data sufficient to establish the information requested. Where a request seeks information about **each** member, event, transaction, agreement, or decision, the production should account for each responsive item.

2. A preexisting list or report is not required when responsive information is maintained in databases or other electronic records. Produce the responsive records or an export of the responsive data. A narrative prepared for the response does not substitute for responsive underlying records.

3. Produce database, log, and other tabular data in CSV or native spreadsheet format. Preserve responsive account, transaction, session, event, posting, package, and file identifiers; timestamps and their time zones; and fields needed to connect related records. Include existing field definitions needed to interpret the production.

4. Produce emails and messages in a reasonably usable form preserving senders, recipients, dates, attachments, and available thread relationships. Produce responsive source code and configuration files in native text format.

5. A document responsive to more than one request need be produced only once. Produce documents as they are kept in the usual course of business or organized and labeled to correspond to the requests. See Fed. R. Civ. P. 34(b)(2)(E)(i).

6. For each request, state that You will produce the requested materials or state with specificity the grounds for objecting, and state whether any responsive materials are being withheld on the basis of that objection. An objection to part of a request must specify the part, and You must produce the rest. See Fed. R. Civ. P. 34(b)(2)(B)–(C). If no responsive materials are located after a reasonable search, state that in the response.

7. If You withhold any responsive material under a claim of privilege or work-product protection, serve a privilege log at the same time as Your written response. The log must comply with Rule 26(b)(5)(A) and the Standing Order of Magistrate Judge Hoffman Price Regarding Privilege Logs (No. 6:19-mc-32-Orl-LRH).

8. If You contend that responsive materials are not within Your possession, custody, or control—for example, because they are held by an Other Defendant, a payment processor, a hosting or analytics provider, or another third party—identify in Your response each person or entity You believe holds them, describe the categories of material held, and state whether You have the legal right to obtain them on demand.

9. Confidentiality is not a ground for withholding responsive materials. Plaintiff will treat materials You designate as confidential as attorneys' eyes only until the parties agree to a confidentiality order or the Court rules otherwise.

10. If any responsive document or data once existed but has been lost, discarded, deleted, overwritten, or destroyed, identify it, state the date and circumstances of its loss or destruction, and identify each person with knowledge of those circumstances.

11. Each request is to be construed independently, and no request limits the scope of any other. You must supplement Your responses and production as required by Rule 26(e).

## REQUESTS FOR PRODUCTION

**Request No. 1 — Florida Legio Members**

Produce documents and communications sufficient to identify each Florida Legio Member, including the member's name, username, account identifier, associated email address, membership start and end dates, and membership status.

Include records sufficient to show the Florida address, client IP address, or existing geolocation information qualifying the member under the definition above, together with the applicable dates and identifiers connecting that information to the member.

**Request No. 2 — Views by Florida Legio Members**

Produce documents and communications sufficient to identify each Florida Legio Member who viewed a Work, a preview of a Work, or an Accused Posting containing a Work.

The production should identify the member or account, the item viewed, the date and time of each recorded view, and the associated client IP address or session identifier where maintained. Preserve existing distinctions between posting-page views, previews, and access to individual files.

This request covers each Accused Posting from its first publication through the date of Your response.

**Request No. 3 — Downloads by Florida Legio Members**

Produce documents and communications sufficient to identify each Florida Legio Member who downloaded a Work or a package containing a Work through an Accused Posting.

The production should identify the member or account, the downloaded file or package, the date and time of each recorded download, and the associated client IP address or session identifier where maintained. Preserve existing distinctions between attempted and completed downloads.

This request covers each Accused Posting from its first publication through the date of Your response.

**Request No. 4 — Total Views**

Produce documents and communications sufficient to show the total recorded views of each Work and each Accused Posting containing a Work, without geographic restriction, from its first publication through the date of Your response.

Produce existing counters, analytics reports, or underlying event data sufficient to determine those totals and the periods they cover. Preserve existing distinctions between total view events, unique viewers, posting-page views, previews, and individual-file access. Include records of any manual adjustment, reset, or other change to a displayed view counter, and documents sufficient to identify the persons who made or directed it.

**Request No. 5 — Total Downloads**

Produce documents and communications sufficient to show the total recorded downloads of each Work or package containing a Work through an Accused Posting, without geographic restriction, from its first publication through the date of Your response.

Produce existing counters, analytics reports, or underlying event data sufficient to determine those totals and the periods they cover. Preserve existing distinctions between download events, unique downloading accounts, and attempted or completed downloads. Include records of any manual adjustment, reset, or other change to a displayed download counter, and documents sufficient to identify the persons who made or directed it.

**Request No. 6 — Communications and Decisions Concerning the Works**

Produce all documents and communications concerning Your knowledge of the ownership of the Works, any claimed authorization to use them, and Your receipt or handling of notices concerning Plaintiffs' rights in them, including any tracking or compilation of Plaintiffs' copyright registrations or claims.

Produce all documents and communications concerning Your participation in, instructions concerning, or communications with any Other Defendant about acquiring, copying, uploading, publishing, distributing, attributing, licensing, promoting, monetizing, retaining, removing, or republishing the Works, and documents sufficient to identify the persons responsible for those actions and decisions.

**Request No. 7 — Florida Operations**

Produce documents and communications sufficient to show Your business activities directed to or conducted in Florida, including:

a. Soliciting or advertising to Florida customers;

b. Enrolling, billing, or providing Legio membership benefits or associated DEFCAD access to Florida customers;

c. Receiving revenue from Florida customers; and

d. Using Florida offices, personnel, agents, contractors, or property in those activities.

Include communications sufficient to show the arrangements, instructions, and decisions governing those activities and the persons or entities carrying them out.

**Request No. 8 — Communications Concerning Plaintiffs**

Produce all documents and communications concerning either Plaintiff that concern any of the following subjects:

Plaintiffs' ownership claims or permissions; their website accounts or asserted acceptance of terms; their affiliation with or participation in the Sites or membership business; Elik's request to delete the IvanTheTroll account; Plaintiffs' access to the Sites; and publications or promotional communications concerning either Plaintiff, including the August 23, 2026 newsletter described in paragraph 60 of the Complaint.

This request covers **January 1, 2020 through the date of Your response**.

**Request No. 9 — The August 2026 Postings**

Produce all documents and communications concerning the origin, purpose, preparation, approval, publication, attribution, licensing, promotion, retention, removal, or restoration of each August 2026 Posting.

Include documents sufficient to identify the persons who selected or supplied the Works, prepared or uploaded the packages, selected the creator or contributor designations, approved publication, or directed those activities, and the persons who created, controlled, or used the ThirdEyeAgent and TexasRanger accounts

identified in paragraph 39 of the Complaint, including account records and login histories for those accounts.

This request covers **April 1, 2026 through the date of Your response**.

**Request No. 10 — Foundation Meetings and Governance Actions**

Produce documents and communications sufficient to show the proceedings, participants, and decisions of each meeting of Your members, managers, directors, or other governing body, including complete copies of existing minutes and their incorporated attachments, and records of the appointment, removal, or replacement of any member, manager, or officer.

Include written consents, resolutions, and other records memorializing governance actions taken without a meeting.

This request covers **Your formation through the date of Your response**.

**Request No. 11 — Financial Dealings with Other Defendants**

Produce documents and communications sufficient to show each payment, transfer, loan, advance, contribution, distribution, reimbursement, or allocation of income or expenses between You and any Other Defendant.

The production should show the date, amount, source, recipient, stated purpose, and accounting treatment of each transaction. Include transactions made on an Other Defendant's behalf or through a third party for an Other Defendant's benefit.

Produce contemporaneous transaction and accounting records sufficient to verify those dealings, including responsive ledger entries, account-statement entries, transfer confirmations, invoices, and settlement or distribution records.

**Request No. 12 — Plaintiffs' Personal Acceptance of Terms**

For each Plaintiff separately, produce all documents and communications on which You rely or may rely to contend that the Plaintiff personally accepted any Legio or DEFCAD terms that bind him, including documents sufficient to show whether, when, and how that acceptance occurred.

The production should show:

a. The complete version of the terms allegedly accepted, including incorporated documents upon which You rely;

b. The date and time of the alleged acceptance;

c. The notice allegedly presented to that Plaintiff;

d. The account, session, device, or client IP address associated with the alleged acceptance;

e. The act or conduct You contend constituted acceptance; and

f. The records connecting that act or conduct to the Plaintiff personally.

Include records distinguishing conduct by the Plaintiff from conduct by an employee, administrator, or other person using or controlling the account. If You rely on a generally applicable notice process, produce records sufficient to show its application to the particular visit or activity attributed to that Plaintiff. This request includes the records underlying paragraphs 14–16 of Document 23-1.

**This request has no date limitation.**

**Request No. 13 — Agreements with Other Defendants**

Produce documents and communications sufficient to show the complete terms of each agreement between You and any Other Defendant, including complete copies of written agreements and their amendments, supplements, renewals, and terminations.

For any oral or other unwritten agreement, produce documents and communications sufficient to show its parties, terms, effective dates, and subsequent modifications.

**Request No. 14 — Payments Associated with Florida Legio Memberships**

Produce documents and communications sufficient to show each charge, payment, renewal payment, refund, reversal, or chargeback associated with a Florida Legio Member's membership.

The production should identify the member or account, transaction date, amount, transaction identifier, membership period or benefit purchased, payment processor, and recipient of the funds.

This request includes responsive records concerning payments processed or received by another person or entity when those records are within Your possession, custody, or control.

**Request No. 15 — Collection and Distribution of Legio Payments**

Produce documents and communications sufficient to identify each merchant, payment-processing, bank, or other account used to collect, receive, hold, or distribute Legio membership payments.

The production should identify the account holder, financial institution or processor, account or merchant identifier (the last four digits of a financial-account number suffice), authorized users, and dates of use.

Include documents and communications sufficient to show the arrangements governing collection and distribution of those payments, including processor agreements, settlement instructions, revenue-sharing arrangements, and instructions directing payments to an Other Defendant.

**Request No. 16 — Connection Between Legio Membership and DEFCAD Access**

Produce documents and communications sufficient to show how Legio enrollment, payment, verification, or membership status is communicated to or used by DEFCAD to grant, continue, restrict, or terminate access to content or downloads.

Include records sufficient to show the account identifiers linking the services; the data exchanged; the persons or entities responsible for the exchange; and the rules or configurations governing access based on membership status.

Include records showing the application of those arrangements to access to or downloads from the Accused Postings.

**Request No. 17 — Member Location and Eligibility Records**

Produce documents and communications sufficient to show what address, client IP, geolocation, or verification information is collected, received, retained, or used in providing Legio memberships or associated DEFCAD access, and where that information is maintained.

Include records sufficient to show how that information is used to determine geographic eligibility or enforce state-based access restrictions, and the persons or entities performing those functions.

For each Florida Legio Member, produce the retained location information, verification status, and eligibility determinations sufficient to show how those processes were applied to that member.

**Request No. 18 — Persons Operating Legio**

Produce documents and communications sufficient to identify the persons and entities responsible for Legio enrollment, billing, payment processing, member verification, account administration, customer support, website maintenance, and communication of membership status to DEFCAD.

The production should show each person's or entity's responsibilities, authority, dates of involvement, and relationship to You or an Other Defendant, including the arrangements under which employees or contractors of an Other Defendant perform those functions for You.

**Request No. 19 — Website Notices and Acceptance Process**

Produce documents and communications sufficient to show the implementation and operation of the notice and acceptance processes described in paragraphs 11–16 of Cody Rutledge Wilson's declaration filed as Document 23-1.

Include the notice text and presentation; linked terms; relevant deployed code and configuration; conditions triggering or suppressing the notice; actions required to proceed; treatment of returning visitors, direct links, and logged-in or logged-out users; and records of deployment or changes.

The production should show how the process operated from **January 1, 2026 through October 15, 2026**, and on any additional date on which You contend either Plaintiff accepted terms binding him in this action.

Also produce each version of the Legio Terms of Service and DEFCAD Terms of Service in effect at any time from January 1, 2021 through October 15, 2026, with documents sufficient to show the dates during which each version was in effect. See Doc. 23-1 ¶ 10.

**Request No. 20 — Handling of Notices and Support Communications**

Produce all documents and communications concerning the receipt, routing, review, response, and disposition of notices, complaints, or support communications concerning Plaintiffs, the Works, or the August 2026 Postings received through support@ddlegio.com or another Legio support or contact channel.

Include records identifying the persons who received or handled each matter, the persons to whom it was forwarded, and resulting instructions or actions concerning membership, account access, publication, removal, restoration, or attribution.

**Request No. 21 — Creation and Control of the IvanTheTroll Account**

Produce all documents and communications concerning the creation, administration, and control of the IvanTheTroll account described in paragraphs 149–164 of the Complaint, including the account's complete account record and its login, access, and change histories.

Include records sufficient to identify who created the account; who received or used its credentials; changes to its email address, credentials, permissions, or access; the receipt and handling of Elik's August 4, 2022 deletion instruction; and the persons who subsequently operated the account, attributed content to it, or authorized its continued public presentation.

Include records sufficient to distinguish activity performed by Elik from activity performed by administrators or other users, and to show Your participation in or communications concerning that activity.

This request covers **January 1, 2020 through the date of Your response**.

**Request No. 22 — Foundation's Separate Existence and Finances**

Produce documents sufficient to show:

a. Your members, managers, and officers, and each change in them;

b. Each bank, payment-processing, cryptocurrency, or other financial account held in Your name, and its authorized signatories or users (the last four digits of a financial-account number suffice);

c. Your employees and contractors, Your payroll, and any personnel provided to You by an Other Defendant;

d. Each office or other premises You use, and the person or entity that pays for it; and

e. Your capitalization, capital contributions, revenues, expenses, and distributions, including Your general ledger and any balance sheets, income statements, or other financial statements.

**Request No. 23 — Legio Revenue**

Produce documents sufficient to show, by month, (a) the gross Legio membership revenue received by You or by any person on Your behalf; (b) the number of new, renewing, canceled, and active Legio memberships; and (c) the portion of that revenue paid, transferred, or allocated to any Other Defendant.

Respectfully submitted,

*/s/ Matthew Larosiere*
**Matthew Larosiere, Esq.**
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Cir
Lake Worth, FL 33467
Telephone: (561) 452-7575
Email: larosieremm@gmail.com
Counsel for Plaintiff John Elik

## CERTIFICATE OF SERVICE

I certify that on October 25, 2026, I served a true and correct copy of the foregoing, together with Schedule A in .xlsx and .csv format on an enclosed USB flash drive, by U.S. Mail, with a courtesy copy by email, on:

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
cf@chadflores.law
Counsel for Defendant DD Foundation LLC

Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
zach@zermaylaw.com
Lead Counsel for Plaintiffs

*/s/ Matthew Larosiere*
Matthew Larosiere

## SCHEDULE A — IP ADDRESS RANGES

Provided electronically with these requests as **Schedule_A_IP_Address_Ranges.xlsx** and **Schedule_A_IP_Address_Ranges.csv**.

**Schedule A — IPv6**

| First address (inclusive) |
|---|
| 2001:410:6000:: |
| 2001:428:b26:: |
| 2001:428:7400:: |
| 2001:428:7402:102:: |
| 2001:428:e700:: |
| 2001:438:3d:: |
| 2001:450:10:: |
| 2001:450:b0:: |
| 2001:450:100:: |
| 2001:450:130:: |
| 2001:450:200:: |
| 2001:450:230:: |
| 2001:450:270:: |
| 2001:450:2b0:: |
| 2001:450:2e0:: |
| 2001:450:310:: |
| 2001:450:330:: |
| 2001:450:370:: |
| 2001:450:3a0:: |
| 2001:450:410:: |
| 2001:450:450:: |
| 2001:450:4a0:: |
| 2001:450:4e0:: |
| 2001:450:580:: |
| 2001:450:5c0:: |
| 2001:450:6a0:: |
| 2001:450:6c0:: |
| 2001:450:7a0:: |
| 2001:450:7d0:: |
| 2001:450:7f0:: |
| 2001:450:860:: |
| 2001:450:940:: |
| 2001:450:990:: |
| 2001:450:a60:: |
| 2001:450:a90:: |
| 2001:450:ad0:: |
| 2001:450:af0:: |
| 2001:450:b30:: |
| 2001:450:b90:: |
| 2001:450:bd0:: |
| 2001:450:c00:: |
| 2001:450:c40:: |
| 2001:450:c60:: |
| 2001:450:ca0:: |
| 2001:450:cc0:: |
| 2001:450:ce0:: |
| 2001:450:d00:: |
| 2001:450:dd0:: |
| 2001:450:e00:: |
| 2001:450:e60:: |
| 2001:450:e90:: |
| 2001:450:eb0:: |
| 2001:450:f90:: |
| 2001:450:fd0:: |
| 2001:450:1000:: |
| 2001:450:1020:: |
| 2001:450:1060:: |
| 2001:450:10c0:: |
| 2001:450:1100:: |
| 2001:450:1140:: |
| 2001:450:1160:: |
| 2001:450:1190:: |
| 2001:450:11e0:: |
| 2001:450:1220:: |
| 2001:450:1250:: |
| 2001:450:1290:: |
| 2001:450:12b0:: |
| 2001:450:1300:: |
| 2001:450:1390:: |
| 2001:450:1450:: |
| 2001:450:1480:: |
| 2001:450:1530:: |
| 2001:450:1580:: |
| 2001:450:1c80:: |
| 2001:450:1ce0:: |
| 2001:450:1d00:: |
| 2001:450:1d30:: |
| 2001:450:1d60:: |
| 2001:450:1d90:: |
| 2001:450:1db0:: |
| 2001:450:1e00:: |
| 2001:450:1e20:: |
| 2001:450:1e50:: |
| 2001:450:1eb0:: |
| 2001:450:1ee0:: |
| 2001:450:1f10:: |
| 2001:450:1f50:: |
| 2001:450:1f80:: |
| 2001:450:1fb0:: |
| 2001:450:1fd0:: |
| 2001:450:2008:: |
| 2001:450:2020:: |
| 2001:450:2050:: |
| 2001:450:2080:: |
| 2001:450:20b0:: |
| 2001:450:20d0:: |
| 2001:450:20f0:: |
| 2001:450:2140:: |
| 2001:450:2160:: |
| 2001:450:21a0:: |
| 2001:450:21e0:: |
| 2001:450:2200:: |
| 2001:450:2260:: |
| 2001:450:2290:: |
| 2001:450:22d0:: |
| 2001:450:2320:: |
| 2001:450:2340:: |
| 2001:450:2390:: |
| 2001:450:23d0:: |
| 2001:450:2410:: |
| 2001:450:2430:: |
| 2001:450:2460:: |
| 2001:450:24a0:: |
| 2001:450:2520:: |
| 2001:450:2540:: |
| 2001:450:2590:: |
| 2001:450:25b0:: |
| 2001:450:25d0:: |
| 2001:450:2630:: |
| 2001:450:2670:: |
| 2001:450:2690:: |
| 2001:450:26c0:: |
| 2001:450:26e0:: |
| 2001:450:2750:: |
| 2001:450:2770:: |
| 2001:450:27e0:: |
| 2001:450:2820:: |
| 2001:450:2850:: |
| 2001:450:28b0:: |
| 2001:450:2920:: |
| 2001:450:2980:: |
| 2001:450:2a20:: |
| 2001:450:2a70:: |
| 2001:450:2aa0:: |
| 2001:450:2b00:: |
| 2001:450:2b30:: |
| 2001:450:2b60:: |
| 2001:450:2b80:: |
| 2001:450:2bf0:: |
| 2001:450:2c50:: |
| 2001:450:2cd0:: |
| 2001:450:2d00:: |
| 2001:450:2d50:: |
| 2001:450:2d80:: |
| 2001:450:2da0:: |
| 2001:450:2e20:: |
| 2001:450:2e60:: |
| 2001:450:2ec0:: |
| 2001:450:2f00:: |
| 2001:450:2f30:: |
| 2001:450:2fc0:: |
| 2001:450:2ff0:: |
| 2001:450:3080:: |
| 2001:450:30c0:: |
| 2001:450:30f0:: |
| 2001:450:3110:: |
| 2001:450:3130:: |
| 2001:450:3160:: |
| 2001:450:3190:: |
| 2001:450:31d0:: |
| 2001:450:31f0:: |
| 2001:450:3220:: |
| 2001:450:3260:: |
| 2001:450:32a0:: |
| 2001:450:3300:: |
| 2001:450:3340:: |
| 2001:450:3370:: |
| 2001:450:33c0:: |
| 2001:450:33e0:: |
| 2001:450:3420:: |
| 2001:450:3470:: |
| 2001:450:34b0:: |
| 2001:450:34f0:: |
| 2001:450:3530:: |
| 2001:450:3570:: |
| 2001:450:3590:: |
| 2001:450:35c0:: |
| 2001:450:35f0:: |
| 2001:450:3620:: |
| 2001:450:3650:: |
| 2001:450:3670:: |
| 2001:450:36a0:: |
| 2001:450:36d0:: |
| 2001:450:3710:: |
| 2001:450:3740:: |
| 2001:450:3760:: |
| 2001:450:37c0:: |
| 2001:450:37f0:: |
| 2001:450:3850:: |
| 2001:450:38a0:: |
| 2001:450:38d0:: |
| 2001:450:3930:: |
| 2001:450:3950:: |
| 2001:450:3970:: |
| 2001:450:3990:: |
| 2001:450:39e0:: |
| 2001:450:3a60:: |
| 2001:450:3aa0:: |
| 2001:450:3ae0:: |
| 2001:450:3b10:: |
| 2001:450:3b40:: |
| 2001:450:3b60:: |
| 2001:450:3ba0:: |
| 2001:450:3bc0:: |
| 2001:450:3bf0:: |
| 2001:450:3c30:: |
| 2001:450:3c70:: |
| 2001:450:3ca0:: |
| 2001:450:3cf0:: |
| 2001:450:3d40:: |
| 2001:450:3d60:: |
| 2001:450:3da0:: |
| 2001:450:3de0:: |
| 2001:450:3e60:: |
| 2001:450:3e80:: |
| 2001:450:3eb0:: |
| 2001:450:3f00:: |
| 2001:450:3f40:: |
| 2001:450:3fc0:: |
| 2001:450:3fe0:: |
| 2001:450:4060:: |
| 2001:450:40f0:: |
| 2001:450:4140:: |
| 2001:450:4170:: |
| 2001:450:41a0:: |
| 2001:450:41c0:: |
| 2001:450:41f0:: |
| 2001:450:4210:: |
| 2001:450:4240:: |
| 2001:450:4480:: |
| 2001:450:44b0:: |
| 2001:450:4500:: |
| 2001:450:4530:: |
| 2001:450:4580:: |
| 2001:450:45a0:: |
| 2001:450:4610:: |
| 2001:450:46c0:: |
| 2001:450:4720:: |
| 2001:450:4770:: |
| 2001:450:4800:: |
| 2001:450:4820:: |
| 2001:450:4860:: |
| 2001:450:4880:: |
| 2001:450:48a0:: |
| 2001:450:48c0:: |
| 2001:450:4920:: |
| 2001:450:4950:: |
| 2001:450:4970:: |
| 2001:450:49f0:: |
| 2001:450:4a40:: |
| 2001:450:4a70:: |
| 2001:450:4ab0:: |
| 2001:450:4af0:: |
| 2001:450:4b20:: |
| 2001:450:4b60:: |
| 2001:450:4ba0:: |
| 2001:450:4bc0:: |
| 2001:450:4c10:: |
| 2001:450:4c30:: |
| 2001:450:4c80:: |
| 2001:450:4cd0:: |
| 2001:450:4d00:: |
| 2001:450:4d70:: |
| 2001:450:4d90:: |
| 2001:450:4db0:: |
| 2001:450:4df0:: |
| 2001:450:4e10:: |
| 2001:450:4e30:: |
| 2001:450:4ea0:: |
| 2001:450:5420:: |
| 2001:450:5440:: |
| 2001:450:5510:: |
| 2001:450:5560:: |
| 2001:450:55b0:: |
| 2001:450:55f0:: |
| 2001:450:5660:: |
| 2001:450:56e0:: |
| 2001:450:5710:: |
| 2001:450:5770:: |
| 2001:450:57a0:: |
| 2001:450:57f0:: |
| 2001:450:58a0:: |
| 2001:450:5920:: |
| 2001:450:5970:: |
| 2001:450:59b0:: |
| 2001:450:59e0:: |
| 2001:450:5a30:: |
| 2001:450:5a50:: |
| 2001:450:5a70:: |
| 2001:450:5aa0:: |
| 2001:450:5ad0:: |
| 2001:450:5b00:: |
| 2001:450:5b30:: |
| 2001:450:5b80:: |
| 2001:450:5bb0:: |
| 2001:450:5be0:: |
| 2001:450:5c00:: |
| 2001:450:5c40:: |
| 2001:450:5d00:: |
| 2001:450:5d60:: |
| 2001:450:5de0:: |
| 2001:450:5e10:: |
| 2001:450:67f0:: |
| 2001:450:6870:: |
| 2001:450:68f0:: |
| 2001:450:6940:: |
| 2001:450:6980:: |
| 2001:450:6ac0:: |
| 2001:450:6b50:: |
| 2001:450:6bf0:: |
| 2001:450:6c10:: |
| 2001:450:6c30:: |
| 2001:450:6c50:: |
| 2001:450:6c80:: |
| 2001:450:6cd0:: |
| 2001:450:6d20:: |
| 2001:450:6d80:: |
| 2001:450:6db0:: |
| 2001:450:6e30:: |
| 2001:450:6e70:: |
| 2001:450:6e90:: |
| 2001:450:6eb0:: |
| 2001:450:6f00:: |
| 2001:450:6f20:: |
| 2001:450:6f50:: |
| 2001:450:6f80:: |
| 2001:450:6fa0:: |
| 2001:450:7070:: |
| 2001:450:7680:: |
| 2001:450:76a0:: |
| 2001:450:76c0:: |
| 2001:450:7730:: |
| 2001:450:78e0:: |
| 2001:450:7900:: |
| 2001:450:7950:: |
| 2001:450:7970:: |
| 2001:450:79e0:: |
| 2001:450:7a00:: |
| 2001:450:7a20:: |
| 2001:450:7a50:: |
| 2001:450:7a80:: |
| 2001:450:7ad0:: |
| 2001:450:7af0:: |
| 2001:450:7b40:: |
| 2001:450:7b90:: |
| 2001:450:7bb0:: |
| 2001:450:7c00:: |
| 2001:450:7c30:: |
| 2001:450:7c50:: |
| 2001:450:7c90:: |
| 2001:450:7cb0:: |
| 2001:450:7cd0:: |
| 2001:450:7d10:: |
| 2001:450:7d30:: |
| 2001:450:7d90:: |
| 2001:450:7e10:: |
| 2001:450:7e30:: |
| 2001:450:7ee0:: |
| 2001:450:7f70:: |
| 2001:450:8470:: |
| 2001:450:84b0:: |
| 2001:450:8640:: |
| 2001:450:8700:: |
| 2001:450:8850:: |
| 2001:450:8870:: |
| 2001:450:88b0:: |
| 2001:450:88d0:: |
| 2001:450:8950:: |
| 2001:450:89d0:: |
| 2001:450:8a00:: |
| 2001:450:8a60:: |
| 2001:450:8aa0:: |
| 2001:450:8ae0:: |
| 2001:450:8b00:: |
| 2001:450:8b20:: |
| 2001:450:8c00:: |
| 2001:450:8c40:: |
| 2001:450:91b0:: |
| 2001:450:9230:: |
| 2001:450:9270:: |
| 2001:450:9290:: |
| 2001:450:92e0:: |
| 2001:450:9340:: |
| 2001:450:9370:: |
| 2001:450:9430:: |
| 2001:450:94b0:: |
| 2001:450:94f0:: |
| 2001:450:9560:: |
| 2001:450:95a0:: |
| 2001:450:95c0:: |
| 2001:450:9610:: |
| 2001:450:9630:: |
| 2001:450:9650:: |
| 2001:450:9690:: |
| 2001:450:96c0:: |
| 2001:450:9700:: |
| 2001:450:9750:: |
| 2001:450:97b0:: |
| 2001:450:9800:: |
| 2001:450:9820:: |
| 2001:450:9850:: |
| 2001:450:9890:: |
| 2001:450:9990:: |
| 2001:450:99f0:: |
| 2001:450:9a20:: |
| 2001:450:a4a0:: |
| 2001:450:a510:: |
| 2001:450:a530:: |
| 2001:450:a560:: |
| 2001:450:a5c0:: |
| 2001:450:a5f0:: |
| 2001:450:a630:: |
| 2001:450:a670:: |
| 2001:450:a6b0:: |
| 2001:450:a6f0:: |
| 2001:450:a750:: |
| 2001:450:a790:: |
| 2001:450:a7b0:: |
| 2001:450:a810:: |
| 2001:450:a890:: |
| 2001:450:a8e0:: |
| 2001:450:a910:: |
| 2001:450:a950:: |
| 2001:450:a970:: |
| 2001:450:a9b0:: |
| 2001:450:aa00:: |
| 2001:450:aa20:: |
| 2001:450:aa90:: |
| 2001:450:aab0:: |
| 2001:450:aae0:: |
| 2001:450:ab50:: |
| 2001:450:ab80:: |
| 2001:450:aba0:: |
| 2001:450:abc0:: |
| 2001:450:abe0:: |
| 2001:450:ac30:: |
| 2001:450:ac70:: |
| 2001:450:aca0:: |
| 2001:450:ace0:: |
| 2001:450:ad10:: |
| 2001:450:ad50:: |
| 2001:450:add0:: |
| 2001:450:ae30:: |
| 2001:450:aeb0:: |
| 2001:450:aef0:: |
| 2001:450:af30:: |
| 2001:450:af70:: |
| 2001:450:af90:: |
| 2001:450:afc0:: |
| 2001:450:aff0:: |
| 2001:450:b010:: |
| 2001:450:b030:: |
| 2001:450:b060:: |
| 2001:450:b090:: |
| 2001:450:b0d0:: |
| 2001:450:b100:: |
| 2001:450:b150:: |
| 2001:450:b1e0:: |
| 2001:450:b250:: |
| 2001:450:b2f0:: |
| 2001:450:b330:: |
| 2001:450:b360:: |
| 2001:450:b3b0:: |
| 2001:450:b3e0:: |
| 2001:450:b430:: |
| 2001:450:b480:: |
| 2001:450:b4a0:: |
| 2001:450:b4d0:: |
| 2001:450:b510:: |
| 2001:450:b530:: |
| 2001:450:b550:: |
| 2001:450:b570:: |
| 2001:450:b590:: |
| 2001:450:b5b0:: |
| 2001:450:b5e0:: |
| 2001:450:b600:: |
| 2001:450:b670:: |
| 2001:450:b6b0:: |
| 2001:450:b700:: |
| 2001:450:b740:: |
| 2001:450:b7a0:: |
| 2001:450:b7d0:: |
| 2001:450:b820:: |
| 2001:450:b860:: |
| 2001:450:b8b0:: |
| 2001:450:b8d0:: |
| 2001:450:b930:: |
| 2001:450:b950:: |
| 2001:450:b9b0:: |
| 2001:450:b9e0:: |
| 2001:450:ba10:: |
| 2001:450:ba30:: |
| 2001:450:ba70:: |
| 2001:450:baa0:: |
| 2001:450:bac0:: |
| 2001:450:bb10:: |
| 2001:450:bb40:: |
| 2001:450:bb60:: |
| 2001:450:bba0:: |
| 2001:450:bc20:: |
| 2001:450:bc80:: |
| 2001:450:bcc0:: |
| 2001:450:bce0:: |
| 2001:450:bd90:: |
| 2001:450:bdc0:: |
| 2001:450:be60:: |
| 2001:450:be80:: |
| 2001:450:bed0:: |
| 2001:450:bf00:: |
| 2001:450:bf80:: |
| 2001:450:bfc0:: |
| 2001:450:c010:: |
| 2001:450:c030:: |
| 2001:450:c090:: |
| 2001:450:c0c0:: |
| 2001:450:c100:: |
| 2001:450:c130:: |
| 2001:450:c160:: |
| 2001:450:c180:: |
| 2001:450:c1a0:: |
| 2001:450:c210:: |
| 2001:450:c230:: |
| 2001:450:c270:: |
| 2001:450:c290:: |
| 2001:450:c2f0:: |
| 2001:450:c340:: |
| 2001:450:c380:: |
| 2001:450:c3a0:: |
| 2001:450:c3e0:: |
| 2001:450:c4b0:: |
| 2001:450:c520:: |
| 2001:450:c560:: |
| 2001:450:c590:: |
| 2001:450:c5c0:: |
| 2001:450:c610:: |
| 2001:450:c640:: |
| 2001:450:c690:: |
| 2001:450:c6b0:: |
| 2001:450:c720:: |
| 2001:450:c760:: |
| 2001:450:c790:: |
| 2001:450:c7c0:: |
| 2001:450:c810:: |
| 2001:450:c8b0:: |
| 2001:450:c8d0:: |
| 2001:450:c910:: |
| 2001:450:c950:: |
| 2001:450:c970:: |
| 2001:450:c990:: |
| 2001:450:c9d0:: |
| 2001:450:ca10:: |
| 2001:450:ca30:: |
| 2001:450:ca50:: |
| 2001:450:ca70:: |
| 2001:450:ca90:: |
| 2001:450:cb00:: |
| 2001:450:cb30:: |
| 2001:450:cb60:: |
| 2001:450:cbb0:: |
| 2001:450:cbf0:: |
| 2001:450:cc80:: |
| 2001:450:cca0:: |
| 2001:450:ccc0:: |
| 2001:450:cd30:: |
| 2001:450:cd70:: |
| 2001:450:cdb0:: |
| 2001:450:ce20:: |
| 2001:450:ce70:: |
| 2001:450:cec0:: |
| 2001:450:cef0:: |
| 2001:450:cf30:: |
| 2001:450:cfa0:: |
| 2001:450:cfc0:: |
| 2001:450:d030:: |
| 2001:450:d090:: |
| 2001:450:d0d0:: |
| 2001:450:d0f0:: |
| 2001:450:d110:: |
| 2001:450:d140:: |
| 2001:450:d160:: |
| 2001:450:d1a0:: |
| 2001:450:d210:: |
| 2001:450:d240:: |
| 2001:450:d290:: |
| 2001:450:d2b0:: |
| 2001:450:d2f0:: |
| 2001:450:d310:: |
| 2001:450:d330:: |

2001:450:d3a0::
2001:450:d3c0::
2001:450:d3e0::
2001:450:d430::
2001:450:d480::
2001:450:d4a0::
2001:450:d500::
2001:450:d530::
2001:450:d570::
2001:450:d590::
2001:450:d5b0::
2001:450:d5f0::
2001:450:d6b0::
2001:450:d6d0::
2001:450:d740::
2001:450:d760::
2001:450:d7b0::
2001:450:d7f0::
2001:450:d8f0::
2001:450:d930::
2001:450:d950::
2001:450:d980::
2001:450:d9c0::
2001:450:da00::
2001:450:da30::
2001:450:daa0::
2001:450:dac0::
2001:450:db20::
2001:450:db80::
2001:450:dba0::
2001:450:dbd0::
2001:450:dca0::
2001:450:dcf0::
2001:450:dd10::
2001:450:dd40::
2001:450:dd90::
2001:450:ddc0::

2001:450:ddf0::
2001:450:de10::
2001:450:de60::
2001:450:ded0::
2001:450:df10::
2001:450:df50::
2001:450:df80::
2001:450:dfc0::
2001:450:e030::
2001:450:e080::
2001:450:e110::
2001:450:e140::
2001:450:e180::
2001:450:e4e0::
2001:450:e500::
2001:450:e530::
2001:450:e590::
2001:450:e5b0::
2001:450:e620::
2001:450:e680::
2001:450:e6e0::
2001:450:e720::
2001:450:e760::
2001:450:e780::
2001:450:e7f0::
2001:450:e840::
2001:450:e8a0::
2001:450:e8c0::
2001:450:e900::
2001:450:e940::
2001:450:e970::
2001:450:e9a0::
2001:450:e9e0::
2001:450:ea00::
2001:450:ea30::
2001:450:ea60::
2001:450:ea80::

2001:450:eae0::
2001:450:eb10::
2001:450:eb50::
2001:450:eb80::
2001:450:eba0::
2001:450:ebc0::
2001:450:ebe0::
2001:450:ec10::
2001:450:ec30::
2001:450:eca0::
2001:450:ecc0::
2001:450:ed20::
2001:450:ed50::
2001:450:ed70::
2001:450:edc0::
2001:450:ede0::
2001:450:ee00::
2001:450:ee60::
2001:450:ee80::
2001:450:eea0::
2001:450:f700::
2001:450:f780::
2001:450:f7c0::
2001:450:f7e0::
2001:450:f820::
2001:450:f860::
2001:450:f8b0::
2001:450:f910::
2001:450:f930::
2001:450:f960::
2001:450:f990::
2001:450:f9c0::
2001:450:f9e0::
2001:450:fa00::
2001:450:fa50::
2001:450:fa70::
2001:450:faa0::

2001:450:fad0::
2001:450:fb10::
2001:450:fb30::
2001:450:fb80::
2001:450:fba0::
2001:450:fbc0::
2001:450:fbf0::
2001:450:fc10::
2001:450:fc50::
2001:450:fc90::
2001:450:fcc0::
2001:450:fd00::
2001:450:fd80::
2001:450:fdb0::
2001:450:fe00::
2001:450:fe40::
2001:450:fe80::
2001:450:fec0::
2001:450:fef0::
2001:450:ff10::
2001:450:ff60::
2001:450:ff90::
2001:450:ffc0::
2001:460:b90::
2001:460:2830::
2001:460:4af0::
2001:460:4ed0::
2001:460:5660::
2001:460:7430::
2001:460:8ab0::
2001:460:8ca0::
2001:460:8d50::
2001:460:9f10::
2001:460:c050::
2001:460:e5e0::
2001:460:e6a0::
2001:460:faa0::

2001:468:700::
2001:468:1600::
2001:468:2f09::
2001:470:4::
2001:470:10::
2001:470:5f::
2001:470:80::
2001:470:87::
2001:470:9d::
2001:470:133::
2001:470:174::
2001:470:178::
2001:470:1a0::
2001:470:1cb::
2001:470:1ea::
2001:470:251::
2001:470:2b0::
2001:470:2f8::
2001:470:305::
2001:470:340::
2001:470:37b::
2001:470:3b3::
2001:470:3bd::
2001:470:3c4::
2001:470:3f9::
2001:470:4c1::
2001:470:528::
2001:470:56c::
2001:470:593::
2001:470:1f0c::
2001:470:20af::
2001:470:2851::
2001:470:285b::
2001:470:287f::
2001:470:289d::
2001:470:28c0::
2001:470:30f6::

2001:470:3893::
2001:470:38cb::
2001:470:38f1::
2001:470:39fa::
2001:470:4078::
2001:470:40cd::
2001:470:40d0::
2001:470:4206::
2001:470:42d0::
2001:470:49c4::
2001:470:522a::
2001:470:5245::
2001:470:53b2::
2001:470:5871::
2001:470:60c9::
2001:470:6202::
2001:470:681f::
2001:470:6955::
2001:470:6b3b::
2001:470:720e::
2001:470:73c0::
2001:470:76fb::
2001:470:788c::
2001:470:789b::
2001:470:7d86::
2001:470:8111::
2001:470:8159::
2001:470:817c::
2001:470:81de::
2001:470:82ba::
2001:470:8819::
2001:470:881b::
2001:470:8839::
2001:470:889e::
2001:470:88ee::
2001:470:88ff::
2001:470:8901::

2001:470:8904::
2001:470:8b42::
2001:470:8b67::
2001:470:8b8f::
2001:470:8cfe::
2001:470:8d14::
2001:470:99c5::
2001:470:b013::
2001:470:b103::
2001:470:b12a::
2001:470:b282::
2001:470:b2a9::
2001:470:b457::
2001:470:b5ad::
2001:470:b6b8::
2001:470:b856::
2001:470:b860::
2001:470:b8d3::
2001:470:b94c::
2001:470:b97b::
2001:470:b98c::
2001:470:ba1e::
2001:470:bab4::
2001:470:bae1::
2001:470:bbce::
2001:470:c11d::
2001:470:c188::
2001:470:c2af::
2001:470:c932::
2001:470:ca37::
2001:470:d800::
2001:470:d804::
2001:470:d80c::
2001:470:d80f::
2001:470:d811::
2001:470:d814::
2001:470:d818::

2001:470:d822::
2001:470:d825::
2001:470:d828::
2001:470:d82e::
2001:470:d831::
2001:470:d833::
2001:470:d845::
2001:470:d84a::
2001:470:d84d::
2001:470:d850::
2001:470:d854::
2001:470:d857::
2001:470:d85e::
2001:470:d863::
2001:470:d867::
2001:470:d86b::
2001:470:d86d::
2001:470:d870::
2001:470:d87a::
2001:470:d87f::
2001:470:d882::
2001:470:d886::
2001:470:d891::
2001:470:d893::
2001:470:d896::
2001:470:d89b::
2001:470:d89e::
2001:470:d8a3::
2001:470:d8b8::
2001:470:d8bf::
2001:470:d8c9::
2001:470:d8d2::
2001:470:d8da::
2001:470:d8e8::
2001:470:d8f5::
2001:470:d8fd::
2001:470:d901::

2001:470:d905::
2001:470:d90a::
2001:470:d90e::
2001:470:d916::
2001:470:d91e::
2001:470:d92e::
2001:470:d93d::
2001:470:d93f::
2001:470:d945::
2001:470:d952::
2001:470:d955::
2001:470:d95b::
2001:470:d95e::
2001:470:d965::
2001:470:d96d::
2001:470:d974::
2001:470:d977::
2001:470:d97c::
2001:470:d980::
2001:470:d983::
2001:470:d985::
2001:470:d99c::
2001:470:d9a4::
2001:470:d9af::
2001:470:d9b3::
2001:470:d9b8::
2001:470:d9bd::
2001:470:d9c8::
2001:470:d9cf::
2001:470:d9d3::
2001:470:d9d6::
2001:470:d9dd::
2001:470:d9e2::
2001:470:d9fa::
2001:470:da20::
2001:470:da2f::
2001:470:da33::

2001:470:da3b::
2001:470:da50::
2001:470:da72::
2001:470:da79::
2001:470:da7b::
2001:470:da84::
2001:470:da8d::
2001:470:da94::
2001:470:da97::
2001:470:da9b::
2001:470:daa7::
2001:470:daab::
2001:470:daad::
2001:470:dab7::
2001:470:dab9::
2001:470:dabf::
2001:470:dad2::
2001:470:dae0::
2001:470:daef::
2001:470:daff::
2001:470:db0a::
2001:470:db10::
2001:470:db18::
2001:470:db1d::
2001:470:db20::
2001:470:db24::
2001:470:db26::
2001:470:db32::
2001:470:db37::
2001:470:db3c::
2001:470:db40::
2001:470:db42::
2001:470:db49::
2001:470:db4c::
2001:470:db54::
2001:470:db57::
2001:470:db5c::

2001:470:db73::
2001:470:db77::
2001:470:db7c::
2001:470:db83::
2001:470:db86::
2001:470:db91::
2001:470:dba3::
2001:470:dbb7::
2001:470:dbba::
2001:470:dbcc::
2001:470:dbdb::
2001:470:dbe0::
2001:470:dbe3::
2001:470:dbe6::
2001:470:dbf2::
2001:470:e018::
2001:470:e020::
2001:470:e033::
2001:470:e08a::
2001:470:e0e2::
2001:470:e11e::
2001:470:e19c::
2001:470:e1ca::
2001:470:e1cf::
2001:470:e201::
2001:470:e213::
2001:470:e22b::
2001:470:e23d::
2001:470:e281::
2001:470:e28e::
2001:470:e345::
2001:470:e351::
2001:470:e373::
2001:470:e3fa::
2001:470:e5cc::
2001:470:e5d1::
2001:470:e806::

2001:470:e82a::
2001:470:e94f::
2001:470:e9fd::
2001:470:ea08::
2001:470:eae0::
2001:470:eb4b::
2001:470:eb53::
2001:470:ed58::
2001:470:ee74::
2001:470:eeb1::
2001:470:eef7::
2001:470:f06e::
2001:470:f0a5::
2001:470:f0c3::
2001:470:f148::
2001:470:f18c::
2001:470:f19a::
2001:470:f47a::
2001:470:f480::
2001:470:f491::
2001:470:f520::
2001:470:f543::
2001:470:f572::
2001:470:f5a8::
2001:470:f6ea::
2001:470:f93b::
2001:470:f97a::
2001:470:f9f8::
2001:470:fcb0::
2001:470:febb::
2001:500:9f::
2001:500:120::
2001:500:124::
2001:500:133::
2001:500:205::
2001:504:95::
2001:520::

2001:538::
2001:550:1d05::
2001:550:2205::
2001:550:2601::
2001:550:2605::
2001:550:2900::
2001:550:2904::
2001:550:2906::
2001:550:3700::
2001:550:3b00::
2001:550:4000::
2001:550:4606::
2001:550:6c01::
2001:550:6c04::
2001:558:70::
2001:558:190::
2001:558:240::
2001:558:250::
2001:558:2d0::
2001:558:310::
2001:558:101c::
2001:558:1034::
2001:558:10f0::
2001:558:1608::
2001:558:4012::
2001:558:4032::
2001:558:4092::
2001:558:40a0::
2001:558:40c0::
2001:558:4fdf::
2001:558:4fe2::
2001:558:4fe4::
2001:558:4fec::
2001:558:4fef::
2001:558:500b::
2001:558:500f::
2001:558:5012::

2001:558:5014::
2001:558:5017::
2001:558:6004::
2001:558:600b::
2001:558:6015::
2001:558:6024::
2001:558:6030::
2001:558:6043::
2001:558:7010::
2001:558:800c::
2001:558:800f::
2001:558:8013::
2001:558:8018::
2001:558:801b::
2001:558:801e::
2001:558:8021::
2001:558:8023::
2001:558:8027::
2001:558:9008::
2001:558:900f::
2001:558:9012::
2001:558:a015::
2001:558:a017::
2001:558:a01c::
2001:558:a020::
2001:558:a026::
2001:558:f78c::
2001:558:fc14::
2001:558:fe08::
2001:558:fe28::
2001:558:fe38::
2001:559:89::
2001:559:ac::
2001:559:ea::
2001:559:116::
2001:559:135::
2001:559:140::

2001:559:160::
2001:559:164::
2001:559:166::
2001:559:168::
2001:559:18b::
2001:559:195::
2001:559:1ac::
2001:559:1af::
2001:559:1cb::
2001:559:1cd::
2001:559:1eb::
2001:559:205::
2001:559:232::
2001:559:281::
2001:559:28b::
2001:559:2a0::
2001:559:2a3::
2001:559:2cf::
2001:559:2f8::
2001:559:307::
2001:559:386::
2001:559:3d0::
2001:559:3e6::
2001:559:401::
2001:559:430::
2001:559:463::
2001:559:478::
2001:559:47f::
2001:559:4d4::
2001:559:4d7::
2001:559:4ed::
2001:559:4f8::
2001:559:514::
2001:559:554::
2001:559:55c::
2001:559:5ae::
2001:559:71c::

2001:559:731::
2001:559:77e::
2001:559:7c7::
2001:559:7c9::
2001:559:804f::
2001:559:8075::
2001:559:8077::
2001:559:80fa::
2001:559:8106::
2001:559:8112::
2001:559:815b::
2001:559:81d1::
2001:559:821d::
2001:559:830d::
2001:559:8320::
2001:559:8332::
2001:559:8334::
2001:559:8337::
2001:559:8425::
2001:559:8462::
2001:559:846c::
2001:559:84c1::
2001:559:84c6::
2001:559:84ed::
2001:559:84ef::
2001:559:8502::
2001:559:852b::
2001:559:8568::
2001:559:856b::
2001:559:85af::
2001:559:85be::
2001:559:85d6::
2001:559:864f::
2001:559:8651::
2001:559:86c9::
2001:559:870f::
2001:559:8750::

2001:559:8762::
2001:559:878c::
2001:559:8795::
2001:559:8797::
2001:559:87d4::
2001:559:87da::
2001:559:900e::
2001:559:c02f::
2001:559:c03b::
2001:559:c03e::
2001:559:c0b9::
2001:559:c0d0::
2001:559:c0d9::
2001:559:c0e2::
2001:559:c111::
2001:559:c115::
2001:559:c119::
2001:559:c136::
2001:559:c164::
2001:559:c16c::
2001:559:c16e::
2001:559:c193::
2001:559:c1ac::
2001:559:c1af::
2001:559:c1b3::
2001:559:c1f5::
2001:559:c202::
2001:559:c22b::
2001:559:c245::
2001:559:c25b::
2001:559:c3ce::
2001:559:c427::
2001:559:c440::
2001:559:c47a::
2001:559:c4b9::
2001:559:c4c3::
2001:559:c4ea::

2001:559:c4f0::
2001:559:c501::
2001:559:c507::
2001:559:c51b::
2001:559:c520::
2001:559:c52c::
2001:559:c557::
2001:559:c55e::
2001:55c:7000::
2001:55c:9000::
2001:55c:e000::
2001:55d:1000::
2001:55d:5000::
2001:55d:c000::
2001:579:18c8::
2001:579:1934::
2001:579:2418::
2001:579:2420::
2001:579:243e::
2001:579:2470::
2001:5a0:40::
2001:5a0:3800::
2001:5a0:3810::
2001:5b0:2640::
2001:5b0:2672::
2001:5b0:2a6d::
2001:5b0:2d74::
2001:5b0:48c4::
2001:5b0:48c6::
2001:5b0:48e3::
2001:5b0:9020::
2001:5b0:9060::
2001:5b0:9071::
2001:5b0:9074::
2001:5b0:9076::
2001:5b0:90a0::
2001:5b0:90a4::

2001:5b0:90a7::
2001:5b0:90d0::
2001:5b0:90f0::
2001:5b0:9110::
2001:5b0:9130::
2001:5b0:9134::
2001:5b0:9150::
2001:5b0:9340::
2001:5b0:9915::
2001:5b0:ad13::
2001:5b0:baf1::
2001:5b8::
2001:5b8:3::
2001:b28:f23d::
2001:13b0:4000::
2001:13b0:4300::
2001:13b0:4800::
2001:13b0:5200::
2001:13b0:5900::
2001:13b0:6e00::
2001:13b4:c000::
2001:1820::
2001:1820:c::
2001:1890:c03::
2001:1890:120b::
2001:1890:120d::
2001:1890:1255:200::
2001:1890:1262:300::
2001:1890:1272::
2001:1890:12b6:3::
2001:1890:12ca::
2001:1890:12df::
2001:1890:12e6::
2001:1890:1306::
2001:1890:130f::
2001:1890:1326::
2001:1890:1350:900::

2001:1890:1357::
2001:1890:1382:300::
2001:1890:1386::
2001:1890:13a0::
2001:1890:13c6::
2001:1890:13c8:300::
2001:1890:13de::
2001:1890:1430::
2001:1890:144d::
2001:1890:1461::
2001:1890:146c::
2001:1890:1479::
2001:1890:1487::
2001:1890:149d::
2001:1890:14b6:100::
2001:1890:14d7:c00::
2001:1890:14e0:500::
2001:1890:1503:e00::
2001:1890:150b::
2001:1890:150d::
2001:1890:1521:500::
2001:1890:1530::
2001:1890:1586::
2001:1890:159e:1b00::
2001:1890:15b0::
2001:1890:1602:200::
2001:1890:161d:200::
2001:1890:1633::
2001:1890:1645::
2001:1890:166a::
2001:1890:168b::
2001:1890:16ae::
2001:1890:16bb::
2001:1890:16e5::
2001:1890:16fd::
2001:1890:16ff::
2001:1890:1709:400::

2001:1890:1729::
2001:1890:173b:700::
2001:1890:1743::
2001:1890:174b::
2001:1890:1796:200::
2001:1890:17a5::
2001:1890:17e5::
2001:1890:1807::
2001:1890:182d:100::
2001:1890:1847:d00::
2001:1890:185b::
2001:1890:189f::
2001:1890:18a5::
2001:1890:18c3:200::
2001:1890:18e5::
2001:1890:18f2::
2001:1890:1903::
2001:1890:1931::
2001:1890:1938:200::
2001:1890:196c:100::
2001:1890:1987:300::
2001:1890:19af::
2001:1890:19b2:600::
2001:1890:19b6::
2001:1890:1a7d:a00::
2001:1890:1a9d:700::
2001:1890:1af3:1600::
2001:1890:1b32:900::
2001:1890:1b76:5200::
2001:1890:1b99:a600::
2001:1890:1ba0::
2001:1890:1ba3::
2001:1890:1bc3::
2001:1890:1bc5:100::
2001:1890:1bcd:900::
2001:1890:1bd5::
2001:1890:1bde::

2001:1890:1c12::
2001:1890:1c1d::
2001:1890:1d22::
2001:1890:1d2a::
2001:1890:1d38::
2001:1890:1d4f::
2001:1890:1e11::
2001:1890:1e1e::
2001:1890:1e2a::
2001:1890:1e2d::
2001:1890:1e30::
2001:1890:1e37::
2001:1890:1e39::
2001:1890:1e64::
2001:1890:1e6c::
2001:1890:1e82::
2001:1890:1e90::
2001:1890:1ea1::
2001:1890:1eb0::
2001:1890:1eb9::
2001:1890:1ec5::
2001:1890:1ed0::
2001:1890:1ee2::
2001:1890:1eea::
2001:1890:1f09::
2001:1890:1f7a::
2001:1890:1f94::
2001:1890:1fb6::
2001:1890:1fbf::
2001:1890:1fcb::
2001:1890:1fcd::
2001:1890:1fd3::
2001:1890:1fe3::
2001:1890:1ffb::
2001:1890:2004::
2001:1890:2017::
2001:1890:2023::

2001:1890:202d::
2001:1890:203e::
2001:1890:2047::
2001:1900:20::
2001:1900:40::
2001:1900:80::
2001:1900:a0::
2001:1900:c0::
2001:1900:e0::
2001:1900:120::
2001:1900:160::
2001:1900:1c0::
2001:1900:230::
2001:1900:260::
2001:1900:290::
2001:1900:2e0::
2001:1900:320::
2001:1900:340::
2001:1900:400::
2001:1900:460::
2001:1900:490::
2001:1900:4b0::
2001:1900:520::
2001:1900:570::
2001:1900:5b0::
2001:1900:5e0::
2001:1900:600::
2001:1900:620::
2001:1900:6b0::
2001:1900:6f0::
2001:1900:710::
2001:1900:760::
2001:1900:7b0::
2001:1900:800::
2001:1900:830::
2001:1900:8b0::
2001:1900:900::

2001:1900:930::
2001:1900:9a0::
2001:1900:9e0::
2001:1900:a10::
2001:1900:a80::
2001:1900:aa0::
2001:1900:ac0::
2001:1900:ae0::
2001:1900:b10::
2001:1900:b30::
2001:1900:b50::
2001:1900:bb0::
2001:1900:c20::
2001:1900:c60::
2001:1900:cd0::
2001:1900:d00::
2001:1900:d50::
2001:1900:d90::
2001:1900:dc0::
2001:1900:df0::
2001:1900:e10::
2001:1900:e80::
2001:1900:f10::
2001:1900:f60::
2001:1900:1010::
2001:1900:1030::
2001:1900:1080::
2001:1900:10b0::
2001:1900:10d0::
2001:1900:1100::
2001:1900:1130::
2001:1900:1180::
2001:1900:11e0::
2001:1900:1210::
2001:1900:1240::
2001:1900:1260::
2001:1900:1290::

2001:1900:12f0::
2001:1900:1350::
2001:1900:1380::
2001:1900:13a0::
2001:1900:13f0::
2001:1900:1440::
2001:1900:1480::
2001:1900:14d0::
2001:1900:1510::
2001:1900:1540::
2001:1900:1590::
2001:1900:15b0::
2001:1900:1600::
2001:1900:1640::
2001:1900:1670::
2001:1900:16e0::
2001:1900:1740::
2001:1900:1760::
2001:1900:1780::
2001:1900:17b0::
2001:1900:17f0::
2001:1900:1840::
2001:1900:1880::
2001:1900:18a0::
2001:1900:18e0::
2001:1900:1900::
2001:1900:1920::
2001:1900:1960::
2001:1900:1980::
2001:1900:19b0::
2001:1900:19f0::
2001:1900:1a30::
2001:1900:1a70::
2001:1900:1aa0::
2001:1900:1af0::
2001:1900:1b20::
2001:1900:1b40::

2001:1900:1b70::
2001:1900:1b90::
2001:1900:1bb0::
2001:1900:1bd0::
2001:1900:1c20::
2001:1900:1c80::
2001:1900:1ce0::
2001:1900:1d20::
2001:1900:1d40::
2001:1900:1d80::
2001:1900:1db0::
2001:1900:1e00::
2001:1900:1e60::
2001:1900:1ed0::
2001:1900:1ef0::
2001:1900:1f20::
2001:1900:1f60::
2001:1900:1f80::
2001:1900:1fa0::
2001:1900:1fd0::
2001:1900:2010::
2001:1900:2040::
2001:1900:20c0::
2001:1900:20f0::
2001:1900:2110::
2001:1900:2150::
2001:1900:21c0::
2001:1900:2201::
2001:1900:220b::
2001:1900:220f::
2001:1900:2219::
2001:1900:2250::
2001:1900:225a::
2001:1900:225e::
2001:1900:2270::
2001:1900:2276::
2001:1900:228a::

2001:1900:2290::
2001:1900:22b0::
2001:1900:22f0::
2001:1900:2330::
2001:1900:2332:b00::
2001:1900:2334:100::
2001:1900:2336::
2001:1900:2338:200::
2001:1900:233d:300::
2001:1900:233f:300::
2001:1900:2350::
2001:1900:2380::
2001:1900:23a0::
2001:1900:23c0::
2001:1900:23e0::
2001:1900:2480::
2001:1900:24c0::
2001:1900:24f0::
2001:1900:2530::
2001:1900:2590::
2001:1900:25b0::
2001:1900:2610::
2001:1900:2680::
2001:1900:26a0::
2001:1900:26e0::
2001:1900:2720::
2001:1900:2750::
2001:1900:2780::
2001:1900:27b0::
2001:1900:27e0::
2001:1900:2830::
2001:1900:2880::
2001:1900:28f0::
2001:1900:2920::
2001:1900:2940::
2001:1900:2a20::
2001:1900:2a70::

2001:1900:2a90::
2001:1900:2ab0::
2001:1900:2ad0::
2001:1900:2b20::
2001:1900:2c30::
2001:1900:2c60::
2001:1900:2cc0::
2001:1900:2d30::
2001:1900:2d60::
2001:1900:2d80::
2001:1900:2dc0::
2001:1900:2e20::
2001:1900:2e40::
2001:1900:2e80::
2001:1900:2f30::
2001:1900:2fb0::
2001:1900:3000::
2001:1900:3007::
2001:1900:3013::
2001:1900:3050::
2001:1900:3090::
2001:1900:3130::
2001:1900:31a0::
2001:1900:31f0::
2001:1900:3240::
2001:1900:3280::
2001:1900:32b0::
2001:1900:32f0::
2001:1900:3320::
2001:1900:3370::
2001:1900:33a0::
2001:1900:3400::
2001:1900:3490::
2001:1900:34e0::
2001:1900:3530::
2001:1900:3550::
2001:1900:3570::

2001:1900:3590::
2001:1900:3600::
2001:1900:3630::
2001:1900:3660::
2001:1900:3680::
2001:1900:3700::
2001:1900:37c0::
2001:1900:3800::
2001:1900:3850::
2001:1900:3870::
2001:1900:3890::
2001:1900:3900::
2001:1900:3920::
2001:1900:3980::
2001:1900:39a0::
2001:1900:39c0::
2001:1900:3a50::
2001:1900:3a80::
2001:1900:3b00::
2001:1900:3b40::
2001:1900:3b60::
2001:1900:3bc0::
2001:1900:3c20::
2001:1900:3c40::
2001:1900:3cb0::
2001:1900:3cd0::
2001:1900:3d40::
2001:1900:3d80::
2001:1900:3de0::
2001:1900:3e20::
2001:1900:3e40::
2001:1900:3e70::
2001:1900:3e90::
2001:1900:3ed0::
2001:1900:3f10::
2001:1900:3f40::
2001:1900:3f60::

2001:1900:5500::
2001:1900:5800::
2001:1900:5b00::
2001:1900:6100::
2001:1900:6300::
2001:1900:6600::
2001:1900:6800::
2001:1900:6d00::
2001:1900:7100::
2001:1900:7700::
2001:1900:7940::
2001:1900:7970::
2001:1900:7990::
2001:1900:79c0::
2001:1900:7a00::
2001:1900:7b10::
2001:1900:7b40::
2001:1900:7b90::
2001:1900:7bc0::
2001:1900:7bf0::
2001:1900:7d00::
2001:1900:7f00::
2001:1900:8200::
2001:1900:8600::
2001:1900:8800::
2001:1900:8830::
2001:1900:8850::
2001:1900:88b0::
2001:1900:88f0::
2001:1900:8920::
2001:1900:8960::
2001:1900:8980::
2001:1900:89d0::
2001:1900:89f0::
2001:1900:8a20::
2001:1900:8a60::
2001:1900:8ab0::

2001:1900:8b00::
2001:1900:8b40::
2001:1900:8bc0::
2001:1900:8be0::
2001:1900:8c10::
2001:1900:8c50::
2001:1900:8cf0::
2001:1900:8d10::
2001:1900:8d50::
2001:1900:8d70::
2001:1900:8de0::
2001:1900:8e20::
2001:1900:8ed0::
2001:1900:8f30::
2001:1900:8f60::
2001:1900:8f90::
2001:1900:8fb0::
2001:1900:8fe0::
2001:1900:9010::
2001:1900:9050::
2001:1900:9120::
2001:1900:9140::
2001:1900:9170::
2001:1900:91a0::
2001:1900:91d0::
2001:1900:9230::
2001:1900:9250::
2001:1900:9270::
2001:1900:92a0::
2001:1900:92c0::
2001:1900:92e0::
2001:1900:9330::
2001:1900:9360::
2001:1900:93b0::
2001:1900:93f0::
2001:1900:9450::
2001:1900:94c0::

2001:1900:9500::
2001:1900:9540::
2001:1900:9570::
2001:1900:9590::
2001:1900:95e0::
2001:1900:9620::
2001:1900:9680::
2001:1900:96d0::
2001:1900:96f0::
2001:1900:9750::
2001:1900:9770::
2001:1900:97b0::
2001:1900:97d0::
2001:1900:9820::
2001:1900:9850::
2001:1900:9890::
2001:1900:9910::
2001:1900:9940::
2001:1900:9960::
2001:1900:9980::
2001:1900:99b0::
2001:1900:99e0::
2001:1900:9a00::
2001:1900:9aa0::
2001:1900:9b00::
2001:1900:9b80::
2001:1900:9c00::
2001:1900:9c50::
2001:1900:9cc0::
2001:1900:9d00::
2001:1900:9d30::
2001:1900:9d60::
2001:1900:9db0::
2001:1900:9df0::
2001:1900:9e30::
2001:1900:9e90::
2001:1900:9ed0::

2001:1900:9f30::
2001:1900:9f60::
2001:1900:9f80::
2001:1900:9fc0::
2001:1900:9fe0::
2001:1900:a010::
2001:1900:a050::
2001:1900:a0c0::
2001:1900:a0f0::
2001:1900:a130::
2001:1900:a150::
2001:1900:a190::
2001:1900:a2c0::
2001:1900:a3c0::
2001:1900:a440::
2001:1900:a470::
2001:1900:a490::
2001:1900:a520::
2001:1900:a560::
2001:1900:a5e0::
2001:1900:a620::
2001:1900:a690::
2001:1900:a6e0::
2001:1900:a720::
2001:1900:a750::
2001:1900:a780::
2001:1900:a7f0::
2001:1900:a880::
2001:1900:a8b0::
2001:1900:a930::
2001:1900:a960::
2001:1900:aa20::
2001:1900:ab30::
2001:1900:ab60::
2001:1900:aba0::
2001:1900:ac40::
2001:1900:ac70::

2001:1900:acf0::
2001:1900:ad40::
2001:1900:ad80::
2001:1900:ade0::
2001:1900:ae00::
2001:1900:ae30::
2001:1900:ae70::
2001:1900:aee0::
2001:1900:af50::
2001:1900:af70::
2001:1900:afc0::
2001:1900:b000::
2001:1900:b020::
2001:1900:b040::
2001:1900:b060::
2001:1900:b190::
2001:1900:b1d0::
2001:1900:b220::
2001:1900:b250::
2001:1900:b290::
2001:1900:b2c0::
2001:1900:b2f0::
2001:1900:b310::
2001:1900:b330::
2001:1900:b3a0::
2001:1900:b3f0::
2001:1900:b440::
2001:1900:b4e0::
2001:1900:b500::
2001:1900:b540::
2001:1900:b560::
2001:1900:b5c0::
2001:1900:b630::
2001:1900:b650::
2001:1900:b6c0::
2001:1900:b710::
2001:1900:b760::

2001:1900:b780::
2001:1900:b810::
2001:1900:b850::
2001:1900:b870::
2001:1900:b8e0::
2001:1900:b910::
2001:1900:b970::
2001:1900:b9b0::
2001:1900:b9d0::
2001:1900:ba10::
2001:1900:ba30::
2001:1900:ba60::
2001:1900:ba80::
2001:1900:bae0::
2001:1900:bb10::
2001:1900:bb70::
2001:1900:bba0::
2001:1900:bbd0::
2001:1900:bc00::
2001:1900:bc80::
2001:1900:bcd0::
2001:1900:bd50::
2001:1900:bd80::
2001:1900:be10::
2001:1900:be50::
2001:1900:bea0::
2001:1900:bf40::
2001:1900:bfb0::
2001:1900:c000::
2001:1900:c020::
2001:1900:c060::
2001:1900:c080::
2001:1900:c0c0::
2001:1900:c0f0::
2001:1900:c160::
2001:1900:c180::
2001:1900:c1d0::

2001:1900:c2a0::
2001:1900:c2c0::
2001:1900:c2f0::
2001:1900:c320::
2001:1900:c340::
2001:1900:c390::
2001:1900:c440::
2001:1900:c460::
2001:1900:c480::
2001:1900:c4e0::
2001:1900:c510::
2001:1900:c530::
2001:1900:c570::
2001:1900:c590::
2001:1900:c5b0::
2001:1900:c5f0::
2001:1900:c610::
2001:1900:c660::
2001:1900:c6a0::
2001:1900:c6c0::
2001:1900:c6e0::
2001:1900:c720::
2001:1900:c760::
2001:1900:c780::
2001:1900:c800::
2001:1900:c830::
2001:1900:c8d0::
2001:1900:c910::
2001:1900:c960::
2001:1900:c990::
2001:1900:c9c0::
2001:1900:ca90::
2001:1900:cad0::
2001:1900:cb20::
2001:1900:cb60::
2001:1900:cba0::
2001:1900:cc50::

2001:1900:cc80::
2001:1900:cca0::
2001:1900:cce0::
2001:1900:cd20::
2001:1900:cd50::
2001:1900:cd80::
2001:1900:cda0::
2001:1900:ce30::
2001:1900:ce80::
2001:1900:cee0::
2001:1900:cf30::
2001:1900:cf70::
2001:1900:d000::
2001:1900:d020::
2001:1900:d040::
2001:1900:d060::
2001:1900:d110::
2001:1900:d240::
2001:1900:d2b0::
2001:1900:d300::
2001:1900:d330::
2001:1900:d360::
2001:1900:d380::
2001:1900:d3f0::
2001:1900:d4d0::
2001:1900:d500::
2001:1900:d550::
2001:1900:d5e0::
2001:1900:d630::
2001:1900:d660::
2001:1900:d6c0::
2001:1900:d730::
2001:1900:d760::
2001:1900:d790::
2001:1900:d7d0::
2001:1900:d810::
2001:1900:d850::

2001:1900:d870::
2001:1900:d8a0::
2001:1900:d8f0::
2001:1900:d930::
2001:1900:d960::
2001:1900:d980::
2001:1900:d9d0::
2001:1900:da30::
2001:1900:da50::
2001:1900:da70::
2001:1900:daa0::
2001:1900:dad0::
2001:1900:daf0::
2001:1900:db60::
2001:1900:dba0::
2001:1900:dbc0::
2001:1900:dc00::
2001:1900:dc70::
2001:1900:dc90::
2001:1900:dcd0::
2001:1900:dd10::
2001:1900:dd30::
2001:1900:dd80::
2001:1900:dde0::
2001:1900:de20::
2001:1900:de40::
2001:1900:deb0::
2001:1900:dee0::
2001:1900:df20::
2001:1900:df40::
2001:1900:df80::
2001:1900:dfa0::
2001:1900:dff0::
2001:1900:e040::
2001:1900:e070::
2001:1900:e0c0::
2001:1900:e0e0::

2001:1900:e130::
2001:1900:e1b0::
2001:1900:e280::
2001:1900:e2c0::
2001:1900:e350::
2001:1900:e3d0::
2001:1900:e490::
2001:1900:e4b0::
2001:1900:e500::
2001:1900:e520::
2001:1900:e550::
2001:1900:e600::
2001:1900:e620::
2001:1900:e640::
2001:1900:e660::
2001:1900:e6a0::
2001:1900:e760::
2001:1900:e7b0::
2001:1900:e7e0::
2001:1900:e830::
2001:1900:e850::
2001:1900:e880::
2001:1900:e8a0::
2001:1900:e8d0::
2001:1900:e920::
2001:1900:e940::
2001:1900:e980::
2001:1900:e9c0::
2001:1900:ea00::
2001:1900:ea30::
2001:1900:ea50::
2001:1900:ea70::
2001:1900:eaa0::
2001:1900:eaf0::
2001:1900:eb20::
2001:1900:eb50::
2001:1900:ebd0::

2001:1900:ec00::
2001:1900:ec30::
2001:1900:ec90::
2001:1900:ecc0::
2001:1900:ed00::
2001:1900:ed50::
2001:1900:ed80::
2001:1900:edc0::
2001:1900:ee30::
2001:1900:eeb0::
2001:1900:eee0::
2001:1900:ef50::
2001:1900:efb0::
2001:1900:eff0::
2001:1900:f020::
2001:1900:f040::
2001:1900:f080::
2001:1900:f0e0::
2001:1900:f1a0::
2001:1900:f1e0::
2001:1900:f220::
2001:1900:f250::
2001:1900:f2a0::
2001:1900:f300::
2001:1900:f350::
2001:1900:f370::
2001:1900:f390::
2001:1900:f3c0::
2001:1900:f3f0::
2001:1900:f410::
2001:1900:f430::
2001:1900:f470::
2001:1900:f4a0::
2001:1900:f4f0::
2001:1900:f510::
2001:1900:f550::
2001:1900:f5c0::

2001:1900:f5f0::
2001:1900:f620::
2001:1900:f670::
2001:1900:f690::
2001:1900:f720::
2001:1900:f740::
2001:1900:f770::
2001:1900:f7d0::
2001:1900:f800::
2001:1900:f850::
2001:1900:f870::
2001:1900:f8a0::
2001:1900:f930::
2001:1900:f980::
2001:1900:f9b0::
2001:1900:f9d0::
2001:1900:fa00::
2001:1900:fa40::
2001:1900:fa60::
2001:1900:fad0::
2001:1900:fb20::
2001:1900:fb60::
2001:1900:fb90::
2001:1900:fbb0::
2001:1900:fbd0::
2001:1900:fbf0::
2001:1900:fc40::
2001:1900:fc70::
2001:1900:fcb0::
2001:1900:fce0::
2001:1900:fdc0::
2001:1900:fde0::
2001:1900:fe50::
2001:1900:fe70::
2001:1900:feb0::
2001:1900:ff10::
2001:1900:ff50::

2001:1900:ff90::
2001:1900:ffe0::
2001:1978:1b00::
2001:19e0:1000::
2001:19f0:400::
2001:19f0:a09::
2001:19f0:1800::
2001:19f0:4c00::
2001:19f0:7800::
2001:19f0:8400::
2001:19f0:8c00::
2001:19f0:a000::
2001:19f0:bc00::
2001:19f0:c400::
2001:19f0:cc00::
2001:19f0:f0f0:1::
2001:19f0:fc00:40::
2001:3500::
2001:3786:b4b4::
2001:4870:d0::
2001:4870:130::
2001:4870:270::
2001:4870:2a0::
2001:4870:3c0::
2001:4870:400::
2001:4870:420::
2001:4870:460::
2001:4870:520::
2001:4870:570::
2001:4870:5b0::
2001:4870:670::
2001:4870:6a0::
2001:4870:6e0::
2001:4870:7e0::
2001:4870:830::
2001:4870:870::
2001:4870:8a0::

2001:4870:ab0::
2001:4870:b00::
2001:4870:ba0::
2001:4870:c90::
2001:4870:de0::
2001:4870:e50::
2001:4870:e70::
2001:4870:1030::
2001:4870:10a0::
2001:4870:10d0::
2001:4870:1120::
2001:4870:1160::
2001:4870:1190::
2001:4870:1230::
2001:4870:12d0::
2001:4870:12f0::
2001:4870:1320::
2001:4870:1360::
2001:4870:13e0::
2001:4870:1400::
2001:4870:14f0::
2001:4870:1510::
2001:4870:15d0::
2001:4870:1600::
2001:4870:1670::
2001:4870:16b0::
2001:4870:16f0::
2001:4870:1770::
2001:4870:17a0::
2001:4870:1850::
2001:4870:18a0::
2001:4870:1920::
2001:4870:19e0::
2001:4870:1a20::
2001:4870:1a60::
2001:4870:1a80::
2001:4870:1ac0::

2001:4870:1af0::
2001:4870:1b10::
2001:4870:24f0::
2001:4870:2510::
2001:4870:2540::
2001:4870:2590::
2001:4870:25f0::
2001:4870:2620::
2001:4870:2650::
2001:4870:2670::
2001:4870:26d0::
2001:4870:2720::
2001:4870:2770::
2001:4870:27c0::
2001:4870:27f0::
2001:4870:2820::
2001:4870:2840::
2001:4870:2860::
2001:4870:2880::
2001:4870:28d0::
2001:4870:2940::
2001:4870:29d0::
2001:4870:2ac0::
2001:4870:2b30::
2001:4870:2b70::
2001:4870:2be0::
2001:4870:2c30::
2001:4870:2c90::
2001:4870:2d10::
2001:4870:2e00::
2001:4870:2e30::
2001:4870:2e50::
2001:4870:3b50::
2001:4870:3c20::
2001:4870:3d80::
2001:4870:3da0::
2001:4870:3e00::

2001:4870:3e60::
2001:4870:3ec0::
2001:4870:3ee0::
2001:4870:3f60::
2001:4870:3f90::
2001:4870:3fc0::
2001:4870:4000::
2001:4870:4040::
2001:4870:4100::
2001:4870:4190::
2001:4870:41e0::
2001:4870:4220::
2001:4870:4280::
2001:4870:4300::
2001:4870:4330::
2001:4870:4460::
2001:4870:44c0::
2001:4870:44e0::
2001:4870:4510::
2001:4870:4550::
2001:4870:45b0::
2001:4870:5190::
2001:4870:51e0::
2001:4870:5230::
2001:4870:52a0::
2001:4870:52e0::
2001:4870:5340::
2001:4870:5370::
2001:4870:53e0::
2001:4870:5420::
2001:4870:5490::
2001:4870:5540::
2001:4870:55a0::
2001:4870:55c0::
2001:4870:5640::
2001:4870:5690::
2001:4870:56c0::

2001:4870:5720::
2001:4870:5760::
2001:4870:57d0::
2001:4870:5830::
2001:4870:58a0::
2001:4870:58f0::
2001:4870:5930::
2001:4870:5960::
2001:4870:5980::
2001:4870:5a10::
2001:4870:5ae0::
2001:4870:6420::
2001:4870:6490::
2001:4870:64c0::
2001:4870:6590::
2001:4870:6610::
2001:4870:6630::
2001:4870:6830::
2001:4870:68a0::
2001:4870:68c0::
2001:4870:68f0::
2001:4870:69f0::
2001:4870:6a80::
2001:4870:6ab0::
2001:4870:6b10::
2001:4870:6b30::
2001:4870:6b50::
2001:4870:6bc0::
2001:4870:6ca0::
2001:4870:6ce0::
2001:4870:6d10::
2001:4870:6d40::
2001:4870:6d60::
2001:4870:6d90::
2001:4870:6dc0::
2001:4870:6ea0::
2001:4870:6ee0::

2001:4870:6f20::
2001:4870:6f40::
2001:4870:6f60::
2001:4870:6fa0::
2001:4870:7020::
2001:4870:7ae0::
2001:4870:7b00::
2001:4870:7b40::
2001:4870:7b60::
2001:4870:7c00::
2001:4870:7ce0::
2001:4870:7d50::
2001:4870:7da0::
2001:4870:7df0::
2001:4870:7e10::
2001:4870:7e90::
2001:4870:7ee0::
2001:4870:7f10::
2001:4870:7fc0::
2001:4870:8000::
2001:4870:8030::
2001:4870:8050::
2001:4870:81f0::
2001:4870:8220::
2001:4870:8250::
2001:4870:8270::
2001:4870:82f0::
2001:4870:8310::
2001:4870:83b0::
2001:4870:83d0::
2001:4870:8410::
2001:4870:8480::
2001:4870:8510::
2001:4870:85c0::
2001:4870:8620::
2001:4870:8650::
2001:4870:86c0::

2001:4870:87a0::
2001:4870:8810::
2001:4870:88a0::
2001:4870:88f0::
2001:4870:8970::
2001:4870:89f0::
2001:4870:8af0::
2001:4870:9360::
2001:4870:9410::
2001:4870:9430::
2001:4870:9560::
2001:4870:9580::
2001:4870:9920::
2001:4870:a0a0::
2001:4870:a100::
2001:4870:a160::
2001:4870:a180::
2001:4870:a1b0::
2001:4870:a210::
2001:4870:a2d0::
2001:4870:a300::
2001:4870:a330::
2001:4870:a3f0::
2001:4870:a440::
2001:4870:a4a0::
2001:4870:a4c0::
2001:4870:a4e0::
2001:4870:a520::
2001:4870:a550::
2001:4870:a5c0::
2001:4870:a5f0::
2001:4870:a620::
2001:4870:a6e0::
2001:4870:a7d0::
2001:4870:a810::
2001:4870:a8a0::
2001:4870:a8d0::

2001:4870:a980::
2001:4870:a9d0::
2001:4870:a9f0::
2001:4870:aad0::
2001:4870:ab40::
2001:4870:ab90::
2001:4870:ace0::
2001:4870:ad40::
2001:4870:ad90::
2001:4870:adc0::
2001:4870:ae20::
2001:4870:ae90::
2001:4870:aed0::
2001:4870:af80::
2001:4870:afa0::
2001:4870:aff0::
2001:4870:b0e0::
2001:4870:b280::
2001:4870:b2d0::
2001:4870:b3a0::
2001:4870:b3e0::
2001:4870:b440::
2001:4870:b470::
2001:4870:b490::
2001:4870:b4d0::
2001:4870:b510::
2001:4870:b5c0::
2001:4870:b5e0::
2001:4870:b680::
2001:4870:b6c0::
2001:4870:b6f0::
2001:4870:b740::
2001:4870:b770::
2001:4870:b810::
2001:4870:b890::
2001:4870:b930::
2001:4870:b980::

2001:4870:b9c0::
2001:4870:ba00::
2001:4870:ba40::
2001:4870:ba80::
2001:4870:baa0::
2001:4870:bad0::
2001:4870:bc10::
2001:4870:bc30::
2001:4870:bc50::
2001:4870:bd20::
2001:4870:bd90::
2001:4870:c780::
2001:4870:c7a0::
2001:4870:c7d0::
2001:4870:c7f0::
2001:4870:c970::
2001:4870:cb00::
2001:4870:cb30::
2001:4870:cb60::
2001:4870:cba0::
2001:4870:cc00::
2001:4870:cc80::
2001:4870:ccc0::
2001:4870:cde0::
2001:4870:ce10::
2001:4870:ce50::
2001:4870:ce80::
2001:4870:cec0::
2001:4870:cef0::
2001:4870:cf60::
2001:4870:cf80::
2001:4870:cfa0::
2001:4870:d040::
2001:4870:d0a0::
2001:4870:d100::
2001:4870:dca0::
2001:4870:dcc0::

2001:4870:dd60::
2001:4870:ddb0::
2001:4870:ddd0::
2001:4870:de70::
2001:4870:de90::
2001:4870:e020::
2001:4870:e0a0::
2001:4870:e110::
2001:4870:e150::
2001:4870:e180::
2001:4870:e290::
2001:4870:e350::
2001:4870:e430::
2001:4870:e4c0::
2001:4870:e540::
2001:4870:e5c0::
2001:4870:e5e0::
2001:4870:e600::
2001:4870:e660::
2001:4870:e790::
2001:4870:e7f0::
2001:4870:e890::
2001:4870:e9a0::
2001:4870:e9d0::
2001:4870:f290::
2001:4870:f2c0::
2001:4870:f2f0::
2001:4870:f310::
2001:4870:f360::
2001:4870:f380::
2001:4870:f420::
2001:4870:f440::
2001:4870:f4a0::
2001:4870:f4d0::
2001:4870:f530::
2001:4870:f580::
2001:4870:f610::

2001:4870:f660::
2001:4870:f6a0::
2001:4870:f6c0::
2001:4870:f6f0::
2001:4870:f710::
2001:4870:f770::
2001:4870:f800::
2001:4870:f980::
2001:4870:f9e0::
2001:4870:fa90::
2001:4870:fb10::
2001:4870:fb60::
2001:4870:fb90::
2001:4870:fc40::
2001:4870:fca0::
2001:4870:fcd0::
2001:4871:f0::
2001:4871:290::
2001:4871:2c0::
2001:4871:3e0::
2001:4871:590::
2001:4871:5d0::
2001:4871:660::
2001:4871:800::
2001:4871:830::
2001:4871:b40::
2001:4871:dd0::
2001:4871:e30::
2001:4871:e50::
2001:4871:f10::
2001:4871:f40::
2001:4871:16e0::
2001:4871:1700::
2001:4871:1760::
2001:4871:28f0::
2001:4871:2930::
2001:4871:2a60::

2001:4871:2ad0::
2001:4871:2b20::
2001:4871:2b50::
2001:4871:2be0::
2001:4871:3e20::
2001:4871:3e50::
2001:4871:3e80::
2001:4871:3ea0::
2001:4871:3f00::
2001:4871:3f50::
2001:4871:3fa0::
2001:4871:4010::
2001:4871:4080::
2001:4871:4170::
2001:4871:58d0::
2001:4871:5960::
2001:4871:5a00::
2001:4871:5ad0::
2001:4871:5af0::
2001:4871:5c10::
2001:4871:5c30::
2001:4871:5c90::
2001:4871:5d40::
2001:4871:5d70::
2001:4871:5d90::
2001:4871:5db0::
2001:4871:5dd0::
2001:4871:5df0::
2001:4871:5e30::
2001:4871:5e70::
2001:4871:5ec0::
2001:4871:5f50::
2001:4871:6690::
2001:4871:66d0::
2001:4871:6700::
2001:4871:6720::
2001:4871:6740::

2001:4871:67a0::
2001:4871:6890::
2001:4871:6a70::
2001:4871:6b90::
2001:4871:6bb0::
2001:4871:6bd0::
2001:4871:6c20::
2001:4871:6c80::
2001:4871:6ca0::
2001:4871:6cc0::
2001:4871:6d20::
2001:4871:6d90::
2001:4871:6dc0::
2001:4871:6df0::
2001:4871:6e70::
2001:4871:6ea0::
2001:4871:6ef0::
2001:4871:7030::
2001:4871:7080::
2001:4871:70c0::
2001:4871:70e0::
2001:4871:7120::
2001:4871:7210::
2001:4871:7230::
2001:4871:73a0::
2001:4871:7d80::
2001:4871:7dc0::
2001:4871:7e50::
2001:4871:7ee0::
2001:4871:7f00::
2001:4871:7f40::
2001:4871:7fc0::
2001:4871:8060::
2001:4871:80b0::
2001:4871:8150::
2001:4871:81c0::
2001:4871:8380::

2001:4871:8fe0::
2001:4871:9040::
2001:4871:9070::
2001:4871:9250::
2001:4871:9270::
2001:4871:93b0::
2001:4871:93e0::
2001:4871:9460::
2001:4871:94f0::
2001:4871:9520::
2001:4871:9550::
2001:4871:9580::
2001:4871:95e0::
2001:4871:9640::
2001:4871:a670::
2001:4871:a730::
2001:4871:b420::
2001:4871:b450::
2001:4871:b480::
2001:4871:b4f0::
2001:4871:b5a0::
2001:4871:b620::
2001:4871:b680::
2001:4871:b6c0::
2001:4871:b760::
2001:4871:b880::
2001:4871:b8d0::
2001:4871:b910::
2001:4871:b950::
2001:4871:b980::
2001:4871:b9a0::
2001:4871:b9c0::
2001:4871:ba00::
2001:4871:c780::
2001:4871:c880::
2001:4871:c8a0::
2001:4871:c8d0::

2001:4871:c940::
2001:4871:c980::
2001:4871:c9b0::
2001:4871:ca00::
2001:4871:ca50::
2001:4871:cab0::
2001:4871:cae0::
2001:4871:cb30::
2001:4871:cbb0::
2001:4871:cc10::
2001:4871:ccb0::
2001:4871:cec0::
2001:4871:cf80::
2001:4871:cfd0::
2001:4871:d0b0::
2001:4871:d160::
2001:4871:d270::
2001:4871:dd50::
2001:4871:ddb0::
2001:4871:de90::
2001:4871:dec0::
2001:4871:df00::
2001:4871:df20::
2001:4871:df70::
2001:4871:dff0::
2001:4871:e010::
2001:4871:e0b0::
2001:4871:e110::
2001:4871:e1a0::
2001:4871:e1f0::
2001:4871:e270::
2001:4871:e2a0::
2001:4871:e2f0::
2001:4871:e340::
2001:4871:e370::
2001:4871:e390::
2001:4871:e4a0::

2001:4871:e4d0::
2001:4871:e560::
2001:4871:e580::
2001:4871:e5a0::
2001:4871:e5e0::
2001:4871:e6b0::
2001:4871:e700::
2001:4871:e7c0::
2001:4871:e820::
2001:4871:e840::
2001:4871:ee90::
2001:4871:eec0::
2001:4871:ef90::
2001:4871:f080::
2001:4871:f0e0::
2001:4871:f120::
2001:4871:f150::
2001:4871:f170::
2001:4871:f220::
2001:4871:f2b0::
2001:4871:f3b0::
2001:4871:f3e0::
2001:4871:f420::
2001:4871:f490::
2001:4871:f4b0::
2001:4871:f6c0::
2001:4871:f6e0::
2001:4871:f7d0::
2001:4871:f810::
2001:4871:f870::
2001:4871:f8a0::
2001:4871:f900::
2001:4878:38::
2001:4878:173::
2001:4878:2038::
2001:4878:4038::
2001:4878:8038::

2001:4878:a038::
2001:4878:aaf0::
2001:4878:b038::
2001:4878:c038::
2001:4878:dab0::
2001:4960::
2001:49f0::
2001:49f0:2002::
2001:49f0:2921::
2001:49f0:d004::
2001:49f0:d010::
2001:49f0:d026::
2001:49f0:d047::
2001:49f0:d064::
2001:49f0:d073::
2001:49f0:d09a::
2001:49f0:d0af::
2001:49f0:d0ca::
2001:49f0:d0d4::
2001:49f0:d0e5::
2001:49f0:d0f2::
2001:49f0:d0f7::
2001:49f0:d0fd::
2001:49f0:d10b::
2001:49f0:d110::
2001:49f0:d113::
2001:49f0:d11c::
2001:49f0:d11e::
2001:49f0:d120::
2001:49f0:d123::
2001:49f0:d126::
2001:49f0:d133::
2001:49f0:d135::
2001:49f0:d138::
2001:49f0:d13b::
2001:49f0:d141::
2001:49f0:d143::

2001:5014:200::
2001:5014:500::
2003:3c2:2000::
2400:52e0:1a02::
2400:bb40:1000::
2400:bb40:2004::
2400:bb40:2008::
2400:bb40:4444::
2400:cb00:17::
2400:cb00:103::
2400:cb00:155::
2400:cb00:160::
2400:cb00:363::
2400:cb00:368::
2400:cb00:980::
2400:cb00:1047::
2400:cb00:1281::
2400:cb00:a111::
2400:cb00:a1c4::
2400:cb00:a671::
2400:cb00:a6d2::
2400:cb00:a9b1::
2400:cb00:b701::
2400:cb00:b705::
2400:cb00:b708::
2400:cb00:b711::
2400:cb00:b715::
2400:cb00:b719::
2400:cb00:dce4::
2400:cb00:dd51::
2400:cb00:dd56::
2400:cb00:dd59::
2400:cb00:dee3::
2400:cb00:df42::
2400:cb00:e0f1::
2400:cb00:e171::
2400:cb00:e175::

2400:cb00:e179::
2400:cb00:e1a3::
2400:cb00:f012::
2400:cb00:f015::
2400:cb00:f017::
2400:cb00:f019::
2401:b60:39::
2401:b60:40::
2401:b60:ff00::
2401:c60:1100::
2401:8360:f::
2401:c740::
2401:c740:3::
2402:5ac0:ff03::
2402:6880:3000::
2402:9e80:207::
2402:cf80:107::
2402:cf80:10f::
2402:d0c0:15::
2402:e580:73f2::
2402:e580:73f8::
2403:7c40::
2403:a280:3001::
2404:2280:1a7::
2404:2f40:f000::
2404:ff40:4000::
2405:e880:deaf::
2406:ef80::
2406:ef80:6::
2406:ef80:200::
2407:e8c0:1b::
2407:e8c0:4600::
2600:1:c100::
2600:1:d100::
2600:2:8f00::
2600:2:9300::
2600:6:ff81::

2600:300:20e8:7::
2600:380:4c00::
2600:380:4f00::
2600:380:9400::
2600:380:ec00::
2600:381::
2600:381:4700::
2600:381:4a38::
2600:381:5080::
2600:381:5720::
2600:381:5750::
2600:381:6400::
2600:381:6a00::
2600:381:7648::
2600:381:7680::
2600:381:aa98::
2600:381:ad00::
2600:381:c250::
2600:381:c280::
2600:381:e1c8::
2600:381:e500::
2600:381:e760::
2600:381:ec00::
2600:381:ef10::
2600:381:ef70::
2600:381:f198::
2600:381:f200::
2600:382:b00::
2600:382:b80::
2600:382:1040::
2600:382:10c5::
2600:382:10c7::
2600:382:10c9::
2600:382:10ce::
2600:382:10d1::
2600:382:11a0::
2600:382:11d2::

2600:382:11d4::
2600:382:1240::
2600:382:12a0::
2600:382:28f1::
2600:382:28f3::
2600:382:28f7::
2600:382:28f9::
2600:382:28fe::
2600:382:3ba0::
2600:382:3c00::
2600:382:3dc0::
2600:382:3dd2::
2600:382:4e40::
2600:382:4f00::
2600:382:5090::
2600:382:55c0::
2600:382:5900::
2600:382:6040::
2600:382:6045::
2600:382:71c2::
2600:382:9b80::
2600:382:9d20::
2600:382:a718::
2600:382:a730::
2600:382:a780::
2600:382:af00::
2600:382:afd0::
2600:382:aff0::
2600:382:b9e0::
2600:382:b9e9::
2600:382:bac0::
2600:382:bcc0::
2600:382:bf20::
2600:382:bf60::
2600:382:d200::
2600:383:10::
2600:383:16::

2600:383:505::
2600:383:509::
2600:383:900::
2600:383:e00::
2600:383:2c40::
2600:383:2d00::
2600:387:9::
2600:387:580::
2600:387:2180::
2600:387:2400::
2600:387:3f00::
2600:804:110::
2600:804:400::
2600:804:420::
2600:804:440::
2600:804:800::
2600:805:1000::
2600:c0a:3024::
2600:c0b:2010::
2600:1004:b04c::
2600:1005:a120::
2600:1005:b0c1::
2600:1005:b119::
2600:1005:b11b::
2600:1005:b180::
2600:1005:b248::
2600:1005:b27b::
2600:1005:b31b::
2600:1005:b31e::
2600:1006::
2600:1006:70::
2600:1006:1f0::
2600:1006:560::
2600:1006:700::
2600:1006:7f0::
2600:1006:810::
2600:1006:830::

2600:1006:890::
2600:1006:9e0::
2600:1006:ce0::
2600:1006:14a0::
2600:1006:1790::
2600:1006:1d60::
2600:1006:2750::
2600:1006:28c0::
2600:1006:2b20::
2600:1006:2d10::
2600:1006:3ae0::
2600:1006:3df0::
2600:1006:4670::
2600:1006:4920::
2600:1006:4950::
2600:1006:4bf0::
2600:1006:5150::
2600:1006:51d0::
2600:1006:5350::
2600:1006:5740::
2600:1006:57a0::
2600:1006:57c0::
2600:1006:58f0::
2600:1006:61b0::
2600:1006:6240::
2600:1006:63d0::
2600:1006:6a20::
2600:1006:6f80::
2600:1006:72d0::
2600:1006:7670::
2600:1006:7780::
2600:1006:7b50::
2600:1006:8120::
2600:1006:8350::
2600:1006:84b0::
2600:1006:8760::
2600:1006:8ab0::

2600:1006:8b60::
2600:1006:9070::
2600:1006:99b0::
2600:1006:9f00::
2600:1006:a024::
2600:1006:a026::
2600:1006:a028::
2600:1006:a131::
2600:1006:a137::
2600:1006:a140::
2600:1006:a3c0::
2600:1006:a460::
2600:1006:a550::
2600:1006:a7e0::
2600:1006:ad40::
2600:1006:adb0::
2600:1006:ae10::
2600:1006:afe0::
2600:1006:b164::
2600:1006:b390::
2600:1006:b4f0::
2600:1006:b630::
2600:1006:bc50::
2600:1006:bdb0::
2600:1006:be00::
2600:1006:c3f0::
2600:1006:cd30::
2600:1006:cdf0::
2600:1006:ce60::
2600:1006:d070::
2600:1006:d1d0::
2600:1006:d250::
2600:1006:d3e0::
2600:1006:d4b0::
2600:1006:d680::
2600:1006:d790::
2600:1006:d9c0::

2600:1006:da20::
2600:1006:db90::
2600:1006:dc00::
2600:1006:dd00::
2600:1006:dd40::
2600:1006:e160::
2600:1006:e2a0::
2600:1006:e360::
2600:1006:e3b0::
2600:1006:e490::
2600:1006:f280::
2600:1006:f8d0::
2600:1006:f9a0::
2600:100c:b0fb::
2600:100c:b31a::
2600:100c:b31e::
2600:100d:b10c::
2600:100d:b113::
2600:100d:b11b::
2600:100d:b122::
2600:100d:b133::
2600:100d:b137::
2600:100d:b13c::
2600:100d:b147::
2600:100d:b14f::
2600:100d:b153::
2600:100d:b161::
2600:100d:b163::
2600:100d:b166::
2600:100d:b16d:4000::
2600:100d:b172::
2600:100d:b177::
2600:100d:b17a::
2600:100d:b17c::
2600:100d:b188:4000::
2600:100d:b18a::
2600:100d:b1a8::

2600:100d:b228::
2600:100d:b22b::
2600:100d:b22d::
2600:100d:b22f::
2600:1100::
2600:1101:400a::
2600:1104:1::
2600:1108:8009::
2600:110e:800b::
2600:1403:4000::
2600:1403:5400::
2600:1403:6400::
2600:1403:6c00::
2600:1403:8400::
2600:1403:9400::
2600:1403:9c00::
2600:1403:a400::
2600:1403:ac00::
2600:1403:c400::
2600:1403:cc00::
2600:1403:d400::
2600:1403:dc00::
2600:1419:8200::
2600:1488:4015::
2600:1488:5fc3::
2600:1488:a200::
2600:1700:390::
2600:1700:3f0::
2600:1700:3f9::
2600:1700:4a0::
2600:1700:a80::
2600:1700:c30::
2600:1700:c50::
2600:1700:c70::
2600:1700:cb0::
2600:1700:cf0::
2600:1700:d30::

2600:1700:d80::
2600:1700:1030::
2600:1700:1170::
2600:1700:13a0::
2600:1700:14e0::
2600:1700:1540::
2600:1700:1580::
2600:1700:1600::
2600:1700:1670::
2600:1700:16d0::
2600:1700:17c0::
2600:1700:17e0::
2600:1700:1840::
2600:1700:1890::
2600:1700:1900::
2600:1700:1950::
2600:1700:1990::
2600:1700:19d0::
2600:1700:1a30::
2600:1700:1b90::
2600:1700:1c20::
2600:1700:1c80::
2600:1700:1ce0::
2600:1700:1d10::
2600:1700:1da0::
2600:1700:1dc0::
2600:1700:1df0::
2600:1700:1e70::
2600:1700:1ec0::
2600:1700:1f40::
2600:1700:2030::
2600:1700:2080::
2600:1700:2110::
2600:1700:2160::
2600:1700:21a0::
2600:1700:2340::
2600:1700:23c0::

2600:1700:2450::
2600:1700:24e0::
2600:1700:2510::
2600:1700:2560::
2600:1700:2610::
2600:1700:2790::
2600:1700:27e0::
2600:1700:2820::
2600:1700:29e0::
2600:1700:2a20::
2600:1700:2a60::
2600:1700:2ab0::
2600:1700:2b70::
2600:1700:2c20::
2600:1700:2c70::
2600:1700:2db0::
2600:1700:2e50::
2600:1700:2e80::
2600:1700:2f90::
2600:1700:31f0::
2600:1700:3260::
2600:1700:32b0::
2600:1700:32f0::
2600:1700:3330::
2600:1700:3390::
2600:1700:3410::
2600:1700:3470::
2600:1700:36a0::
2600:1700:36c0::
2600:1700:36e0::
2600:1700:3760::
2600:1700:3830::
2600:1700:3870::
2600:1700:38e0::
2600:1700:3960::
2600:1700:3990::
2600:1700:39b0::

2600:1700:3a00::
2600:1700:3a80::
2600:1700:3ad0::
2600:1700:3be0::
2600:1700:3c90::
2600:1700:3d30::
2600:1700:3d50::
2600:1700:3db0::
2600:1700:3e00::
2600:1700:3fc0::
2600:1700:4010::
2600:1700:40a0::
2600:1700:4110::
2600:1700:4130::
2600:1700:4190::
2600:1700:41d0::
2600:1700:43d0::
2600:1700:4400::
2600:1700:4600::
2600:1700:4650::
2600:1700:4790::
2600:1700:4800::
2600:1700:4890::
2600:1700:4930::
2600:1700:4a40::
2600:1700:4a90::
2600:1700:4ad0::
2600:1700:4b00::
2600:1700:4bb0::
2600:1700:4c00::
2600:1700:4c80::
2600:1700:4cb0::
2600:1700:4e40::
2600:1700:4f60::
2600:1700:4ff0::
2600:1700:5080::
2600:1700:5120::

2600:1700:5150::
2600:1700:5210::
2600:1700:52d0::
2600:1700:5560::
2600:1700:5580::
2600:1700:5600::
2600:1700:5660::
2600:1700:5690::
2600:1700:5790::
2600:1700:57d0::
2600:1700:5800::
2600:1700:5830::
2600:1700:58b0::
2600:1700:5980::
2600:1700:5a10::
2600:1700:5ad0::
2600:1700:5af0::
2600:1700:5b40::
2600:1700:5be0::
2600:1700:5c70::
2600:1700:5dd0::
2600:1700:5e80::
2600:1700:5ec0::
2600:1700:6070::
2600:1700:60e0::
2600:1700:6130::
2600:1700:6160::
2600:1700:62c0::
2600:1700:62e0::
2600:1700:6320::
2600:1700:6380::
2600:1700:63d0::
2600:1700:64b0::
2600:1700:6540::
2600:1700:6740::
2600:1700:6770::
2600:1700:6820::

2600:1700:6a30::
2600:1700:6b80::
2600:1700:6d70::
2600:1700:6e50::
2600:1700:6f10::
2600:1700:6fc0::
2600:1700:74a0::
2600:1700:7580::
2600:1700:75b0::
2600:1700:7610::
2600:1700:7670::
2600:1700:7730::
2600:1700:7850::
2600:1700:7870::
2600:1700:7890::
2600:1700:79a0::
2600:1700:7a70::
2600:1700:7b70::
2600:1700:7bb0::
2600:1700:7d30::
2600:1700:7e30::
2600:1700:7e70::
2600:1700:7e90::
2600:1700:7ec0::
2600:1700:7fa0::
2600:1700:8010::
2600:1700:8060::
2600:1700:80c0::
2600:1700:8140::
2600:1700:8180::
2600:1700:8230::
2600:1700:82c0::
2600:1700:82e0::
2600:1700:8320::
2600:1700:8340::
2600:1700:8560::
2600:1700:85f0::

2600:1700:86f0::
2600:1700:8760::
2600:1700:87e0::
2600:1700:8930::
2600:1700:89a0::
2600:1700:8ab0::
2600:1700:8ce0::
2600:1700:8d30::
2600:1700:8d60::
2600:1700:8fe0::
2600:1700:9070::
2600:1700:90e0::
2600:1700:91c0::
2600:1700:9560::
2600:1700:9690::
2600:1700:9be0::
2600:1700:9c10::
2600:1700:a180::
2600:1700:a1d0::
2600:1700:a290::
2600:1700:a2e0::
2600:1700:a310::
2600:1700:a400::
2600:1700:a4d0::
2600:1700:a4f0::
2600:1700:a660::
2600:1700:a8c0::
2600:1700:a9d0::
2600:1700:ab20::
2600:1700:ac00::
2600:1700:ac90::
2600:1700:ace0::
2600:1700:ae50::
2600:1700:b2b0::
2600:1700:b330::
2600:1700:b420::
2600:1700:b4e0::

2600:1700:b570::
2600:1700:b800::
2600:1700:b820::
2600:1700:b860::
2600:1700:b8a0::
2600:1700:b9b0::
2600:1700:ba20::
2600:1700:bc70::
2600:1700:bdb0::
2600:1700:be80::
2600:1700:bfb0::
2600:1700:c0e0::
2600:1700:c180::
2600:1700:c240::
2600:1700:c290::
2600:1700:c400::
2600:1700:c4f0::
2600:1700:c5f0::
2600:1700:c6e0::
2600:1700:c7b0::
2600:1700:c8d0::
2600:1700:c970::
2600:1700:cac0::
2600:1700:caf0::
2600:1700:cbe0::
2600:1700:d260::
2600:1700:d400::
2600:1700:dda0::
2600:1700:df20::
2600:1700:df70::
2600:1700:e380::
2600:1700:e3a0::
2600:1700:e4b0::
2600:1700:e590::
2600:1700:e5c0::
2600:1700:e610::
2600:1700:e660::

2600:1700:e6c0::
2600:1700:e710::
2600:1700:e740::
2600:1700:e770::
2600:1700:e9c0::
2600:1700:ea90::
2600:1700:eb00::
2600:1700:ec00::
2600:1700:ec40::
2600:1700:ecb0::
2600:1700:ed60::
2600:1700:ed80::
2600:1700:eda0::
2600:1700:ee10::
2600:1700:ee90::
2600:1700:ef20::
2600:1700:ef70::
2600:1700:efe0::
2600:1700:f020::
2600:1700:f140::
2600:1700:f170::
2600:1700:f200::
2600:1700:f230::
2600:1700:f2d0::
2600:1700:f360::
2600:1700:f430::
2600:1700:f580::
2600:1700:f5f0::
2600:1700:f6d0::
2600:1700:f820::
2600:1700:f880::
2600:1700:f9a0::
2600:1700:fab0::
2600:1700:faf0::
2600:1700:fb30::
2600:1700:fb70::
2600:1700:fba0::

2600:1700:fc60::
2600:1700:fcc0::
2600:1700:fd70::
2600:1700:feb0::
2600:1700:fef0::
2600:1701:405::
2600:1701:410::
2600:1701:424::
2600:1701:428::
2600:1701:42b::
2600:1701:43c::
2600:1701:440::
2600:1701:448::
2600:1701:45c::
2600:1701:47c::
2600:1701:480::
2600:1701:488::
2600:1701:490::
2600:1701:494::
2600:1701:4a0::
2600:1701:4b0::
2600:1701:4d8::
2600:1701:500::
2600:1701:514::
2600:1701:594::
2600:1702:130::
2600:1702:2f0::
2600:1702:470::
2600:1702:510::
2600:1702:540::
2600:1702:650::
2600:1702:690::
2600:1702:790::
2600:1702:7f0::
2600:1702:880::
2600:1702:990::
2600:1702:b70::

2600:1702:cb0::
2600:1702:e50::
2600:1702:e70::
2600:1702:ea0::
2600:1702:ef0::
2600:1702:1040::
2600:1702:11c0::
2600:1702:12c0::
2600:1702:12f0::
2600:1702:1370::
2600:1702:1400::
2600:1702:1460::
2600:1702:1480::
2600:1702:1530::
2600:1702:1570::
2600:1702:15b0::
2600:1702:1680::
2600:1702:16f0::
2600:1702:1770::
2600:1702:1860::
2600:1702:18a0::
2600:1702:18e0::
2600:1702:1920::
2600:1702:19e0::
2600:1702:1a70::
2600:1702:1af0::
2600:1702:1b80::
2600:1702:1c80::
2600:1702:1d20::
2600:1702:1f00::
2600:1702:1fa0::
2600:1702:2060::
2600:1702:2150::
2600:1702:21e0::
2600:1702:2370::
2600:1702:23c0::
2600:1702:2440::

2600:1702:27a0::
2600:1702:2b70::
2600:1702:2bb0::
2600:1702:2c50::
2600:1702:2c70::
2600:1702:2d00::
2600:1702:2d30::
2600:1702:2df0::
2600:1702:2e50::
2600:1702:2ea0::
2600:1702:2ee0::
2600:1702:2f60::
2600:1702:3050::
2600:1702:3140::
2600:1702:3350::
2600:1702:3440::
2600:1702:34d0::
2600:1702:38b0::
2600:1702:39e0::
2600:1702:3a10::
2600:1702:3db0::
2600:1702:4070::
2600:1702:40c0::
2600:1702:4200::
2600:1702:4470::
2600:1702:4600::
2600:1702:4680::
2600:1702:47e0::
2600:1702:4810::
2600:1702:4980::
2600:1702:4a10::
2600:1702:4a30::
2600:1702:4aa0::
2600:1702:4ae0::
2600:1702:4fe0::
2600:1702:5040::
2600:1702:50b0::

2600:1702:50d0::
2600:1702:5370::
2600:1702:5600::
2600:1702:5960::
2600:1702:59d0::
2600:1702:5a00::
2600:1702:5a80::
2600:1702:5ae0::
2600:1702:5b60::
2600:1702:5ca0::
2600:1702:5d70::
2600:1702:5dd0::
2600:1702:5e10::
2600:1702:5e50::
2600:1702:5f50::
2600:1702:5f80::
2600:1702:5fd0::
2600:1702:6020::
2600:1702:60e0::
2600:1702:6110::
2600:1702:61b0::
2600:1702:61e0::
2600:1702:6210::
2600:1702:6290::
2600:1702:62c0::
2600:1702:6310::
2600:1702:6350::
2600:1702:6390::
2600:1702:63d0::
2600:1702:6410::
2600:1702:6430::
2600:1702:6450::
2600:1702:6500::
2600:1702:6530::
2600:1702:6570::
2600:1702:65a0::
2600:1702:6730::

2600:1702:6760::
2600:1702:6830::
2600:1702:6980::
2600:1702:69c0::
2600:1702:6ae0::
2600:1702:6b90::
2600:1702:6bb0::
2600:1702:6c00::
2600:1702:6c40::
2600:1702:6c70::
2600:1702:6cc0::
2600:1702:6cf0::
2600:1702:6d50::
2600:1702:6f50::
2600:1702:7170::
2600:1702:72f0::
2600:1702:7320::
2600:1702:7460::
2600:1702:78c0::
2600:1702:7940::
2600:1702:79d0::
2600:1702:7a10::
2600:1702:7a60::
2600:1702:7ac0::
2600:1702:7b10::
2600:1702:7ba0::
2600:1702:7c20::
2600:1702:7d60::
2600:1702:7da0::
2600:1702:7fe0::
2600:1702:8180::
2600:1702:82e0::
2600:1702:8310::
2600:1702:8530::
2600:1702:8620::
2600:1702:8800::
2600:1702:8890::

2600:1702:8900::
2600:1702:89f0::
2600:1702:8a70::
2600:1702:8ac0::
2600:1702:8d90::
2600:1702:8f70::
2600:1702:9000::
2600:1702:9030::
2600:1702:9070::
2600:1702:9090::
2600:1702:90e0::
2600:1702:9170::
2600:1702:91b0::
2600:1702:92c0::
2600:1702:9380::
2600:1702:93a0::
2600:1702:9560::
2600:1702:95e0::
2600:1702:9660::
2600:1702:96b0::
2600:1702:9730::
2600:1702:9750::
2600:1702:9810::
2600:1702:9850::
2600:1702:98c0::
2600:1702:9970::
2600:1702:9a40::
2600:1702:9a60::
2600:1f11:4000::
2600:1f1a:8000::
2600:1f21:4000::
2600:1f2a:8000::
2600:1f6a:1400::
2600:1f6a:a800::
2600:2c01::
2600:3300::
2600:331d::

2600:3320::
2600:3360::
2600:3393::
2600:3395::
2600:33a0::
2600:3c0f:28::
2600:5000:8800::
2600:5000:8810::
2600:5000:8821::
2600:5800:1ba7::
2600:5800:229d::
2600:5800:29f4::
2600:5800:33ec::
2600:5800:3d57::
2600:5800:ff98::
2600:5801:140::
2600:5801:214::
2600:5801:225::
2600:5801:246::
2600:5801:27b::
2600:5801:285::
2600:5801:2ad::
2600:5801:2b2::
2600:5801:2c9::
2600:5801:311::
2600:5801:322::
2600:5801:331::
2600:5801:353::
2600:5801:35e::
2600:5801:361::
2600:5801:38d::
2600:5801:38f::
2600:5801:3a8::
2600:5801:3ae::
2600:5801:3b1::
2600:5801:3b3::
2600:5801:3e7::

2600:5801:210f::
2600:5801:2137::
2600:5801:213c::
2600:5801:2155::
2600:5801:216b::
2600:5801:2207::
2600:5801:2231::
2600:5801:2254::
2600:5801:225f::
2600:5801:2269::
2600:5801:226b::
2600:5801:226e::
2600:5801:410c::
2600:5801:4116::
2600:5801:411f::
2600:5801:417f::
2600:5801:504a::
2600:5801:504e::
2600:5801:5056::
2600:5801:505a::
2600:5801:507b::
2600:5801:5098::
2600:5801:50a4::
2600:5801:5434::
2600:5801:5449::
2600:5801:544d::
2600:5801:5454::
2600:5801:546e::
2600:5801:5475::
2600:5801:5604::
2600:5801:562e::
2600:5801:5631::
2600:5801:5634::
2600:5801:563b::
2600:5801:563d::
2600:5801:a00b::
2600:5801:a055::

2600:5801:a060::
2600:5801:c12a::
2600:5801:c143::
2600:5801:c147::
2600:5801:c15b::
2600:5c01:317c::
2600:5c01:5d7a::
2600:5c01:e33c::
2600:6001:1138::
2600:6c20:105::
2600:6c20:217::
2600:6c20:518::
2600:6c20:53e::
2600:6c20:714::
2600:6c20:8a9::
2600:6c20:8c4::
2600:6c20:a09::
2600:6c20:a91::
2600:6c20:aac::
2600:6c20:c3c::
2600:6c20:e04::
2600:6c21:417::
2600:6c21:4cb::
2600:6c21:bb4::
2600:6c21:e03::
2600:6c21:e82::
2600:6c22:20a::
2600:6c2e:260::
2600:6c2e:813::
2600:6c7f:9390::
2600:6c7f:93e0::
2600:70ff:9000::
2600:70ff:901c::
2600:70ff:904e::
2600:70ff:9050::
2600:70ff:9180::
2600:70ff:9400::

2600:70ff:9700::
2600:70ff:a480::
2600:70ff:aa2c::
2600:70ff:b145::
2600:70ff:b22d::
2600:70ff:b266::
2600:70ff:b880::
2600:70ff:b882::
2600:70ff:c049::
2600:70ff:c914::
2600:70ff:d003::
2600:70ff:d01a::
2600:70ff:d068::
2600:70ff:d071::
2600:70ff:d0c0::
2600:70ff:d843::
2600:70ff:d8aa::
2600:70ff:f178::
2600:70ff:f848::
2600:70ff:f852::
2600:8807:800c::
2600:8807:801f::
2600:8807:8100::
2600:8807:8305::
2600:8807:8384::
2600:8807:8388::
2600:8807:838b::
2600:8807:8442::
2600:8807:8445::
2600:8807:8486::
2600:8807:84c0::
2600:8807:84c9::
2600:8807:8541::
2600:8807:8584::
2600:8807:8588::
2600:8807:868a::
2600:8807:8704::

2600:8807:8743::
2600:8807:8782::
2600:8807:8785::
2600:8807:8787::
2600:8807:8800::
2600:8807:8807::
2600:8807:880d::
2600:8807:882b::
2600:8807:8880::
2600:8807:8886::
2600:8807:8888::
2600:8807:888a::
2600:8807:888d::
2600:8807:8893::
2600:8807:8898::
2600:8807:889b::
2600:8807:889d::
2600:8807:88c2::
2600:8807:88cc::
2600:8807:88db::
2600:8807:8981::
2600:8807:9080::
2600:8807:9083::
2600:8807:9100::
2600:8807:9143::
2600:8807:9280::
2600:8807:9283::
2600:8807:9321::
2600:8807:9340::
2600:8807:9343::
2600:8807:9346::
2600:8807:9351::
2600:8807:93c2::
2600:8807:9840::
2600:8807:9900::
2600:8807:9903::
2600:8807:c042::

2600:8807:c183::
2600:8807:c186::
2600:8807:c188::
2600:8807:c195::
2600:8807:c200::
2600:8807:c209::
2600:8807:c20d::
2600:8807:c2c0::
2600:8807:c2c2::
2600:8807:c2c5::
2600:8807:c2c7::
2600:8807:c2ca::
2600:8807:c2d1::
2600:8807:c2d3::
2600:8807:c2d6::
2600:8807:c2df::
2600:8807:c304::
2600:8807:c30b::
2600:8807:c319::
2600:8807:c604::
2600:8807:c607::
2600:8807:c60b::
2600:8807:c60e::
2600:8807:c611::
2600:8807:c6a1::
2600:8807:c720::
2600:8807:c7e0::
2600:8807:c887::
2600:8807:c88d::
2600:8807:c940::
2600:8807:c943::
2600:8807:c948::
2600:8807:c94b::
2600:8807:c94f::
2600:8807:c980::
2600:8807:c986::
2600:8807:c98a::

2600:8807:c98f::
2600:8807:c997::
2600:8807:c99b::
2600:8807:ca00::
2600:8807:ca05::
2600:9000:1215::
2600:9000:1e0d::
2600:9000:1ebf::
2600:9000:2029::
2600:9000:2033::
2600:9000:2037::
2600:9c04::
2600:e400::
2600:e40c::
2600:f0fb:e900::
2601:c4:c430::
2601:340:4000::
2601:341:4203::
2601:341:4205::
2601:341:4301::
2601:342:e000::
2601:343:1000::
2601:343:3800::
2601:343:4101::
2601:343:5000::
2601:344:8000::
2601:345:7800::
2601:345:9800::
2601:346::
2601:346:c000::
2601:347:8001::
2601:347:b800::
2601:348:7000::
2601:4c0:4000::
2601:4c0:4269::
2601:4c0:4284::
2601:4c0:4313::

2601:4c0:4379::
2601:4c0:4384::
2601:4c0:4421::
2601:4c0:4456::
2601:4c0:449f::
2601:4c0:4503::
2601:4c0:451c::
2601:4c0:452b::
2601:4c0:4618::
2601:4c0:4629::
2601:4c0:462f::
2601:4c0:4632::
2601:4c0:464a::
2601:4c0:46aa::
2601:4c0:46dc::
2601:4c0:4761::
2601:4c0:47a4::
2601:4c0:47e2::
2601:4c0:4848::
2601:4c0:4852::
2601:4c0:4864::
2601:4c0:486c::
2601:4c0:48fb::
2601:4c0:4914::
2601:4c0:4963::
2601:4c0:49b9::
2601:4c0:49c4::
2601:4c0:49f9::
2601:4c0:49ff::
2601:4c0:4a10::
2601:4c0:4a6e::
2601:4c0:4ad0::
2601:4c0:4ad8::
2601:4c0:4af6::
2601:4c0:4b0d::
2601:4c0:4b3c::
2601:4c0:4bce::

2601:4c0:4c47::
2601:4c0:4c52::
2601:4c0:4c68::
2601:4c0:4c8f::
2601:4c0:4d74::
2601:4c0:4d76::
2601:4c0:4d8c::
2601:4c0:4df8::
2601:4c0:4e6f::
2601:4c0:4ed0::
2601:4c0:4ede::
2601:4c0:4f15::
2601:4c0:4f34::
2601:4c0:4f3e::
2601:4c0:4f65::
2601:4c0:4f69::
2601:4c0:4fce::
2601:4c0:4fd3::
2601:4c0:4fed::
2601:4c0:502b::
2601:4c0:5045::
2601:4c0:5064::
2601:4c0:5099::
2601:4c0:509e::
2601:4c0:50a3::
2601:4c0:50a5::
2601:4c0:50a9::
2601:4c0:5129::
2601:4c0:513b::
2601:4c0:5155::
2601:4c0:5198::
2601:4c0:51f3::
2601:4c0:51f9::
2601:4c0:5274::
2601:4c0:529d::
2601:4c0:52b8::
2601:4c0:52e2::

2601:4c0:52ef::
2601:4c0:531d::
2601:4c0:5343::
2601:4c0:5361::
2601:4c0:537b::
2601:4c0:5437::
2601:4c0:5455::
2601:4c0:5502::
2601:4c0:555a::
2601:4c0:5563::
2601:4c0:5566::
2601:4c0:556b::
2601:4c0:557e::
2601:4c0:55ec::
2601:4c0:5693::
2601:4c0:56ba::
2601:4c0:573a::
2601:4c0:574a::
2601:4c0:576b::
2601:4c0:57ce::
2601:4c0:57f9::
2601:4c0:5808::
2601:4c0:5845::
2601:4c0:5874::
2601:4c0:59f6::
2601:4c0:5a78::
2601:4c0:5ae6::
2601:4c0:5b8c::
2601:4c0:5b98::
2601:4c0:5c5b::
2601:4c0:5c72::
2601:4c0:5c74::
2601:4c0:5c91::
2601:4c0:5cfb::
2601:4c0:5cff::
2601:4c0:5dde::
2601:4c0:5e04::

2601:4c0:5e09::
2601:4c0:5e11::
2601:4c0:5e9b::
2601:4c0:5ed6::
2601:4c0:5f02::
2601:4c0:5f29::
2601:4c0:6016::
2601:4c0:60ce::
2601:4c0:60e0::
2601:4c0:6162::
2601:4c0:6172::
2601:4c0:6175::
2601:4c0:61b9::
2601:4c0:61c5::
2601:4c0:6244::
2601:4c0:628b::
2601:4c0:62a7::
2601:4c0:62e7::
2601:4c0:6317::
2601:4c0:63c8::
2601:4c0:641c::
2601:4c0:6458::
2601:4c0:6494::
2601:4c0:64a0::
2601:4c0:64c5::
2601:4c0:6585::
2601:4c0:659f::
2601:4c0:65e0::
2601:4c0:6646::
2601:4c0:66bb::
2601:4c0:66e8::
2601:4c0:6750::
2601:4c0:677e::
2601:4c0:67b9::
2601:4c0:6800::
2601:4c0:680d::
2601:4c0:6821::

2601:4c0:6891::
2601:4c0:689d::
2601:4c0:68bd::
2601:4c0:68d8::
2601:4c0:68e3::
2601:4c0:68e8::
2601:4c0:695a::
2601:4c0:6969::
2601:4c0:6980::
2601:4c0:6996::
2601:4c0:69f2::
2601:4c0:69f4::
2601:4c0:6a22::
2601:4c0:6a47::
2601:4c0:6a50::
2601:4c0:6a9a::
2601:4c0:6ad1::
2601:4c0:6aed::
2601:4c0:6b17::
2601:4c0:6b94::
2601:4c0:6b9c::
2601:4c0:6b9f::
2601:4c0:6bc2::
2601:4c0:6be5::
2601:4c0:6c20::
2601:4c0:6c4f::
2601:4c0:6c8d::
2601:4c0:6c8f::
2601:4c0:6ca1::
2601:4c0:6cfd::
2601:4c0:6d16::
2601:4c0:6d77::
2601:4c0:6dd5::
2601:4c0:6e04::
2601:4c0:6e16::
2601:4c0:6e1c::
2601:4c0:6e3c::

2601:4c0:6e48::
2601:4c0:6f1b::
2601:4c0:6f25::
2601:4c0:6f7b::
2601:4c0:6f7d::
2601:4c0:6fd5::
2601:4c0:6fe8::
2601:4c0:6feb::
2601:4c0:6ff6::
2601:4c0:7010::
2601:4c0:7042::
2601:4c0:70b7::
2601:4c0:7115::
2601:4c0:7126::
2601:4c0:715a::
2601:4c0:7166::
2601:4c0:719d::
2601:4c0:721d::
2601:4c0:7274::
2601:4c0:72b4::
2601:4c0:72ba::
2601:4c0:731c::
2601:4c0:7324::
2601:4c0:7370::
2601:4c0:7381::
2601:4c0:73b8::
2601:4c0:73fb::
2601:4c0:740d::
2601:4c0:745e::
2601:4c0:7498::
2601:4c0:74cf::
2601:4c0:74da::
2601:4c0:7543::
2601:4c0:755f::
2601:4c0:7611::
2601:4c0:76ba::
2601:4c0:76dd::

2601:4c0:770e::
2601:4c0:7755::
2601:4c0:7798::
2601:4c0:7847::
2601:4c0:7861::
2601:4c0:7889::
2601:4c0:78b5::
2601:4c0:78ed::
2601:4c0:78f0::
2601:4c0:7904::
2601:4c0:795b::
2601:4c0:797a::
2601:4c0:79e2::
2601:4c0:7a02::
2601:4c0:7a21::
2601:4c0:7a4f::
2601:4c0:7ad5::
2601:4c0:7bc9::
2601:4c0:7be1::
2601:4c0:7c52::
2601:4c0:7c9f::
2601:4c0:7d0d::
2601:4c0:7d12::
2601:4c0:7e55::
2601:4c0:7eee::
2601:4c0:7f0c::
2601:4c0:7fa2::
2601:4c0:7fd7::
2601:4c0:7fed::
2601:4c0:800d::
2601:4c0:8034::
2601:4c0:8044::
2601:4c0:806b::
2601:4c0:80b5::
2601:4c0:80d5::
2601:4c0:80eb::
2601:4c0:80f1::

2601:4c0:80fc::
2601:4c0:8112::
2601:4c0:811e::
2601:4c0:81a9::
2601:4c0:81ae::
2601:4c0:824a::
2601:4c0:8280::
2601:4c0:8294::
2601:4c0:82c8::
2601:4c0:82e0::
2601:4c0:82fe::
2601:4c0:8313::
2601:4c0:8323::
2601:4c0:8350::
2601:4c0:83a9::
2601:4c0:842a::
2601:4c0:8519::
2601:4c0:8535::
2601:4c0:858f::
2601:4c0:859d::
2601:4c0:85e0::
2601:4c0:8617::
2601:4c0:8645::
2601:4c0:86a1::
2601:4c0:86ed::
2601:4c0:87ab::
2601:4c0:87bd::
2601:4c0:8899::
2601:4c0:88cd::
2601:4c0:8929::
2601:4c0:8944::
2601:4c0:8946::
2601:4c0:8a09::
2601:4c0:8a72::
2601:4c0:8a7b::
2601:4c0:8b91::
2601:4c0:8c2b::

2601:4c0:8c4c::
2601:4c0:8caa::
2601:4c0:8d06::
2601:4c0:8d0e::
2601:4c0:8d37::
2601:4c0:8d4d::
2601:4c0:8d5b::
2601:4c0:8d91::
2601:4c0:8e2d::
2601:4c0:8e42::
2601:4c0:8f27::
2601:4c0:8fae::
2601:4c0:8fc2::
2601:4c0:901a::
2601:4c0:9030::
2601:4c0:9032::
2601:4c0:9052::
2601:4c0:90ed::
2601:4c0:910f::
2601:4c0:9163::
2601:4c0:91ad::
2601:4c0:91b3::
2601:4c0:91f5::
2601:4c0:92af::
2601:4c0:932e::
2601:4c0:9349::
2601:4c0:9392::
2601:4c0:93ec::
2601:4c0:9461::
2601:4c0:949f::
2601:4c0:94a6::
2601:4c0:94ae::
2601:4c0:94e3::
2601:4c0:9557::
2601:4c0:955e::
2601:4c0:9565::
2601:4c0:956b::

2601:4c0:9693::
2601:4c0:96eb::
2601:4c0:96ee::
2601:4c0:972f::
2601:4c0:97fc::
2601:4c0:9816::
2601:4c0:9846::
2601:4c0:9960::
2601:4c0:99ce::
2601:4c0:9a12::
2601:4c0:9ad2::
2601:4c0:9b0d::
2601:4c0:9b29::
2601:4c0:9b41::
2601:4c0:9bcd::
2601:4c0:9c13::
2601:4c0:9c38::
2601:4c0:9c66::
2601:4c0:9c72::
2601:4c0:9cad::
2601:4c0:9ccb::
2601:4c0:9cd7::
2601:4c0:9d26::
2601:4c0:9d59::
2601:4c0:9d61::
2601:4c0:9dc8::
2601:4c0:9e18::
2601:4c0:9e6a::
2601:4c0:9e77::
2601:4c0:9fd5::
2601:4c0:9ffa::
2601:4c0:a04c::
2601:4c0:a064::
2601:4c0:a06e::
2601:4c0:a070::
2601:4c0:a08d::
2601:4c0:a0e5::

2601:4c0:a109::
2601:4c0:a18d::
2601:4c0:a1e5::
2601:4c0:a27f::
2601:4c0:a295::
2601:4c0:a375::
2601:4c0:a3cd::
2601:4c0:a3dc::
2601:4c0:a3ef::
2601:4c0:a3f7::
2601:4c0:a41b::
2601:4c0:a498::
2601:4c0:a4cb::
2601:4c0:a591::
2601:4c0:a5ad::
2601:4c0:a5e3::
2601:4c0:a5fd::
2601:4c0:a698::
2601:4c0:a6ce::
2601:4c0:a73c::
2601:4c0:a740::
2601:4c0:a760::
2601:4c0:a7d3::
2601:4c0:a86d::
2601:4c0:a895::
2601:4c0:a8ab::
2601:4c0:a8d7::
2601:4c0:a8f3::
2601:4c0:a96c::
2601:4c0:a9b1::
2601:4c0:a9d4::
2601:4c0:a9fb::
2601:4c0:aa07::
2601:4c0:aa20::
2601:4c0:aa92::
2601:4c0:aab6::
2601:4c0:aad1::

2601:4c0:ab88::
2601:4c0:aba4::
2601:4c0:ac99::
2601:4c0:ad23::
2601:4c0:ae09::
2601:4c0:ae2f::
2601:4c0:ae53::
2601:4c0:ae8a::
2601:4c0:aeca::
2601:4c0:aeeb::
2601:4c0:af12::
2601:4c0:af37::
2601:4c0:af78::
2601:4c0:afe6::
2601:4c0:aff0::
2601:4c0:afff::
2601:4c0:b03b::
2601:4c0:b04f::
2601:4c0:b071::
2601:4c0:b0f9::
2601:4c0:b160::
2601:4c0:b1ff::
2601:4c0:b219::
2601:4c0:b24c::
2601:4c0:b2e4::
2601:4c0:b30f::
2601:4c0:b37a::
2601:4c0:b3d5::
2601:4c0:b42e::
2601:4c0:b4bf::
2601:4c0:b4e4::
2601:4c0:b4f5::
2601:4c0:b524::
2601:4c0:b541::
2601:4c0:b54b::
2601:4c0:b5ab::
2601:4c0:b640::

2601:4c0:b6e2::
2601:4c0:b73a::
2601:4c0:b76a::
2601:4c0:b7b7::
2601:4c0:b7f8::
2601:4c0:b815::
2601:4c0:b827::
2601:4c0:b844::
2601:4c0:b8f2::
2601:4c0:b8fe::
2601:4c0:b906::
2601:4c0:b939::
2601:4c0:b968::
2601:4c0:ba2b::
2601:4c0:ba42::
2601:4c0:ba4a::
2601:4c0:baac::
2601:4c0:bace::
2601:4c0:baf6::
2601:4c0:bb21::
2601:4c0:bb28::
2601:4c0:bb31::
2601:4c0:bb4a::
2601:4c0:bb4e::
2601:4c0:bb5d::
2601:4c0:bb61::
2601:4c0:bb64::
2601:4c0:bc22::
2601:4c0:bc30::
2601:4c0:bcdc::
2601:4c0:bd25::
2601:4c0:bd2e::
2601:4c0:bd43::
2601:4c0:bd45::
2601:4c0:bd5d::
2601:4c0:bdab::
2601:4c0:bdb8::

2601:4c0:bdf0::
2601:4c0:be25::
2601:4c0:be50::
2601:4c0:be7e::
2601:4c0:bebe::
2601:4c0:becb::
2601:4c0:bf03::
2601:4c0:bf2c::
2601:4c0:bf9b::
2601:4c0:bfd3::
2601:4c0:c007::
2601:4c0:c024::
2601:4c0:c03d::
2601:4c0:c04f::
2601:4c0:c056::
2601:4c0:c07e::
2601:4c0:c089::
2601:4c0:c08e::
2601:4c0:c098::
2601:4c0:c0aa::
2601:4c0:c0b7::
2601:4c0:c0ba::
2601:4c0:c0eb::
2601:4c0:c0ee::
2601:4c0:c0f6::
2601:4c0:c0fd::
2601:4c1::
2601:4c1:ca00::
2601:4c1:ca80::
2601:4c1:cb00::
2601:4c1:cb80::
2601:4c1:cb82::
2601:4c1:cc7f::
2601:4c2::
2601:4c2:c101::
2601:4c4:800::
2601:4c4:c800::

2601:4c4:e000::
2601:580::
2601:583:d000::
2601:585:f000::
2601:586:1e27::
2601:586:2482::
2601:586:37c3::
2601:586:39ea::
2601:586:5dab::
2601:586:6e7a::
2601:586:70a6::
2601:586:7af1::
2601:586:8003::
2601:586:8045::
2601:586:80f5::
2601:586:812e::
2601:586:8133::
2601:586:817e::
2601:586:8219::
2601:586:8220::
2601:586:8247::
2601:586:826a::
2601:586:826c::
2601:586:8271::
2601:586:82b1::
2601:586:8612::
2601:586:8628::
2601:586:8646::
2601:586:8649::
2601:586:866e::
2601:586:8685::
2601:586:8693::
2601:586:8744::
2601:586:87fa::
2601:586:8820::
2601:586:8822::
2601:586:8862::

2601:586:889f::
2601:586:88f9::
2601:586:88fc::
2601:586:89c0::
2601:586:8a05::
2601:586:8a20::
2601:586:8a66::
2601:586:8b26::
2601:586:8b4f::
2601:586:8b81::
2601:586:8bce::
2601:586:8bf1::
2601:586:8c66::
2601:586:8c68::
2601:586:8c89::
2601:586:8c92::
2601:586:8cd6::
2601:586:8cd9::
2601:586:8d2c::
2601:586:8d4b::
2601:586:8d81::
2601:586:8e36::
2601:586:8e3d::
2601:586:8e4a::
2601:586:8e55::
2601:586:8e94::
2601:586:8e9b::
2601:586:8ea9::
2601:586:8eb0::
2601:586:8eb6::
2601:586:8eba::
2601:586:8eef::
2601:586:8fbe::
2601:586:8fff::
2601:586:900b::
2601:586:9046::
2601:586:9083::

2601:586:908d::
2601:586:90e4::
2601:586:9139::
2601:586:9141::
2601:586:9175::
2601:586:91a8::
2601:586:91d2::
2601:586:9222::
2601:586:922b::
2601:586:924d::
2601:586:9259::
2601:586:93bd::
2601:586:93c3::
2601:586:93d0::
2601:586:93e5::
2601:586:9426::
2601:586:9434::
2601:586:9439::
2601:586:9486::
2601:586:948b::
2601:586:94fe::
2601:586:9586::
2601:586:95c5::
2601:586:95dd::
2601:586:95df::
2601:586:95f8::
2601:586:9649::
2601:586:9673::
2601:586:96a3::
2601:586:972b::
2601:586:9767::
2601:586:97a5::
2601:586:98a7::
2601:586:991c::
2601:586:9948::
2601:586:994d::
2601:586:9964::

2601:586:9976::
2601:586:99d6::
2601:586:99e9::
2601:586:99f3::
2601:586:9a1a::
2601:586:9a25::
2601:586:9b5e::
2601:586:9b84::
2601:586:9bb1::
2601:586:9bc4::
2601:586:9bc8::
2601:586:9bf1::
2601:586:9c57::
2601:586:9ce7::
2601:586:9ced::
2601:586:9cfb::
2601:586:9d27::
2601:586:9d33::
2601:586:9d50::
2601:586:9dd9::
2601:586:9e18::
2601:586:9e5a::
2601:586:9f27::
2601:586:9f3e::
2601:586:9f6b::
2601:586:9f77::
2601:586:a05b::
2601:586:a08a::
2601:586:a08c::
2601:586:a0ad::
2601:586:a0f0::
2601:586:a10a::
2601:586:a15a::
2601:586:a19d::
2601:586:a1a6::
2601:586:a1b4::
2601:586:a1f0::

2601:586:a271::
2601:586:a2b9::
2601:586:a2cd::
2601:586:a30e::
2601:586:a31d::
2601:586:a3be::
2601:586:a3c3::
2601:586:a460::
2601:586:a46e::
2601:586:a488::
2601:586:a4d7::
2601:586:a533::
2601:586:a53f::
2601:586:a571::
2601:586:a657::
2601:586:a687::
2601:586:a6c9::
2601:586:a710::
2601:586:a719::
2601:586:a740::
2601:586:a77a::
2601:586:a7e4::
2601:586:a7eb::
2601:586:a7f0::
2601:586:a7f9::
2601:586:a828::
2601:586:a87f::
2601:586:a88a::
2601:586:a8be::
2601:586:a8d2::
2601:586:a8f7::
2601:586:a8f9::
2601:586:a90b::
2601:586:a94a::
2601:586:a978::
2601:586:a9e6::
2601:586:a9ee::

2601:586:aa03::
2601:586:aa27::
2601:586:aa2a::
2601:586:aaa6::
2601:586:aac7::
2601:586:aaca::
2601:586:aae9::
2601:586:ab55::
2601:586:abc6::
2601:586:ac12::
2601:586:ac2e::
2601:586:ac3e::
2601:586:ac43::
2601:586:ac83::
2601:586:ad13::
2601:586:ad1c::
2601:586:ad31::
2601:586:ad39::
2601:586:ad42::
2601:586:ad4b::
2601:586:ad5d::
2601:586:ad7a::
2601:586:ad89::
2601:586:ae21::
2601:586:ae49::
2601:586:ae4c::
2601:586:ae7f::
2601:586:ae84::
2601:586:aea7::
2601:586:aebc::
2601:586:aeeb::
2601:586:af0d::
2601:586:b01a::
2601:586:b024::
2601:586:b03a::
2601:586:b080::
2601:586:b0a4::

2601:586:b0cc::
2601:586:b0e0::
2601:586:b144::
2601:586:b1b7::
2601:586:b1bc::
2601:586:b1d0::
2601:586:b1d4::
2601:586:b225::
2601:586:b251::
2601:586:b264::
2601:586:b2a2::
2601:586:b2ec::
2601:586:b39d::
2601:586:b53c::
2601:586:b548::
2601:586:b56d::
2601:586:b571::
2601:586:b599::
2601:586:b5ab::
2601:586:b5af::
2601:586:b5c5::
2601:586:b5d5::
2601:586:b5f0::
2601:586:b651::
2601:586:b685::
2601:586:b68d::
2601:586:b77c::
2601:586:b836::
2601:586:b852::
2601:586:b8a5::
2601:586:b92b::
2601:586:b978::
2601:586:b985::
2601:586:b9b5::
2601:586:b9bd::
2601:586:ba16::
2601:586:ba75::

2601:586:ba9a::
2601:586:baa6::
2601:586:babe::
2601:586:bb23::
2601:586:bb76::
2601:586:bb92::
2601:586:bba2::
2601:586:bbc2::
2601:586:bbc5::
2601:586:bc18::
2601:586:bc53::
2601:586:bc58::
2601:586:bd1e::
2601:586:bd2d::
2601:586:bd3d::
2601:586:bd4d::
2601:586:bd8c::
2601:586:bda0::
2601:586:bdee::
2601:586:bdf3::
2601:586:bea7::
2601:586:bef8::
2601:586:bf12::
2601:586:bf2b::
2601:586:bf45::
2601:586:bf4d::
2601:586:bf66::
2601:586:bfb4::
2601:586:bfba::
2601:586:d038::
2601:586:d072::
2601:586:d0c0::
2601:586:dac3::
2601:586:e644::
2601:58a:4000::
2601:58c:a800::
2601:58d:3800::

2601:58d:a800::
2601:58f:5800::
2601:598:b800::
2601:599:a800::
2601:59c:2800::
2601:59c:5000::
2601:59c:b000::
2601:59d:6800::
2601:59d:7800::
2601:59d:c000::
2601:59e:b000::
2601:59f:1800::
2601:5a0:7800::
2601:5a0:a800::
2601:5a0:e000::
2601:5a4:a000::
2601:5a7:e800::
2601:5a9:b800::
2601:5aa:5000::
2601:5aa:d800::
2601:5ab:800::
2601:5ab:e000::
2601:5ac:6800::
2601:5af:6800::
2601:5b4:8000::
2601:5b4:f800::
2601:5b5:b000::
2601:5b7:6000::
2601:5b7:e000::
2601:5b8:1800::
2601:5ba:c800::
2601:5bb:6800::
2601:5bc:2800::
2601:5bc:7000::
2601:5be:5800::
2601:6c0::
2601:6c0:1800::

2601:6c2:8800::
2601:6c5:4800::
2601:6c6:8000::
2601:6c7::
2601:6c7:f000::
2601:6c9:3800::
2601:6c9:4800::
2601:6c9:e000::
2601:6ca:5800::
2601:6ca:b800::
2601:6cc:6800::
2601:6cd:c800::
2601:6ce:5000::
2601:6ce:6800::
2601:6cf:2000::
2601:6cf:8000::
2601:6d4::
2601:6d5:2000::
2601:6d6:e800::
2601:6d7:3000::
2601:6d7:4800::
2601:6d7:7000::
2601:6d8:e000::
2601:6d9:1000::
2601:6da:e000::
2601:6db:4800::
2601:6dc:4000::
2601:6dc:7000::
2601:6de:2800::
2601:6e1:d000::
2601:6e2:a800::
2601:6e3:1800::
2601:6e3:7800::
2601:6e3:9000::
2601:6e4:1000::
2601:6e6:8000::
2601:6e7:6000::

2601:6e9:4800::
2601:6e9:9000::
2601:6ea:3800::
2601:6ea:d000::
2601:6ee:f000::
2601:6f0:1000::
2601:6f2:1800::
2601:6f2:2800::
2601:6f2:d800::
2601:6f3:4000::
2601:6f3:d000::
2601:6f4:4800::
2601:6f4:6000::
2601:6f6:5000::
2601:6f6:8800::
2601:6f7:a000::
2601:6f8:7800::
2601:6fa:4800::
2601:6fa:a000::
2601:6fa:c000::
2601:6fa:f800::
2601:6fb:6800::
2601:6fc:c800::
2601:6fe::
2601:6ff:2800::
2601:6ff:bae0::
2601:6ff:bce0::
2601:6ff:bda0::
2601:6ff:bf00::
2601:6ff:d000::
2601:6ff:e000::
2601:704:7000::
2601:706:4000::
2601:706:6800::
2601:706:9000::
2601:707:6000::
2601:708:f000::

2601:709:e800::
2601:70a:1800::
2601:70c:2800::
2601:70c:a000::
2601:70d:4000::
2601:710:4800::
2601:711:8800::
2601:712:7000::
2601:713:2000::
2601:714:4800::
2601:716:7800::
2601:717:b000::
2601:718:a000::
2601:719:3000::
2601:719:6000::
2601:719:8800::
2601:71a:4800::
2601:71a:f800::
2601:71b:d800::
2601:71c:4000::
2601:71d:2000::
2601:71d:d000::
2601:71e:7000::
2601:71f:1000::
2601:71f:2800::
2601:71f:a800::
2601:721:4000::
2601:722:d000::
2601:723:a800::
2601:724:f000::
2601:725::
2601:725:9800::
2601:726:1800::
2601:726:b000::
2601:727:4000::
2601:72a:c800::
2601:72b:800::

2601:72b:6000::
2601:72b:8800::
2601:72c:e000::
2601:72e:d000::
2601:72f:7000::
2601:730:4800::
2601:732:1800::
2601:734:1000::
2601:734:4800::
2601:735:6000::
2601:736:3000::
2601:737:800::
2601:737:1800::
2601:738:a000::
2601:738:d800::
2601:738:f800::
2601:739:6800::
2601:739:8000::
2601:73a:1000::
2601:73a:d000::
2601:73b:a000::
2601:73d:800::
2601:73d:5000::
2601:73d:6800::
2601:73d:e800::
2601:73e:d800::
2601:73f:3800::
2601:73f:9000::
2601:740:9000::
2601:740:a000::
2601:741:1000::
2601:741:3000::
2601:741:4800::
2601:741:5800::
2601:741:8800::
2601:741:a800::
2601:741:c201::

2601:741:c281::
2601:742::
2601:742:203::
2601:742:8800::
2601:742:c000::
2601:742:c181::
2601:742:f000::
2601:743:204::
2601:880::
2601:881:c800::
2601:883:6800::
2601:884:e000::
2601:885:8000::
2601:885:d000::
2601:887::
2601:888:e000::
2601:889:4000::
2601:889:5800::
2601:88a:e000::
2601:88b:9800::
2601:88b:e000::
2601:88c:3000::
2601:88c:7800::
2601:88e:6000::
2601:88e:7000::
2601:890:e000::
2601:891:9000::
2601:891:c800::
2601:892:4800::
2601:892:5800::
2601:892:6800::
2601:893:1800::
2601:893:9000::
2601:893:f000::
2601:894:9800::
2601:894:c800::
2601:895:4000::

2601:895:a800::
2601:896:4000::
2601:897:c000::
2601:89a:6800::
2601:89b:c000::
2601:89b:e000::
2601:89c:9000::
2601:89c:d800::
2601:89f:1800::
2601:8a0:2000::
2601:8a0:9800::
2601:8a2:1000::
2601:8a4:5800::
2601:8a4:b800::
2601:8a6:3800::
2601:8a6:8800::
2601:8a7:e000::
2601:8a9:800::
2601:8a9:d800::
2601:8aa::
2601:8aa:f000::
2601:8ab:b000::
2601:8ac:4000::
2601:8ad:5800::
2601:8af:1800::
2601:8b0:2000::
2601:8b0:6800::
2601:8b0:d800::
2601:8b0:e800::
2601:8b1:5800::
2601:8b2:2000::
2601:8b5:3800::
2601:8b5:7000::
2601:8b6:b800::
2601:8b7:a800::
2601:8ba::
2601:8ba:8800::

2601:8bc:c000::
2601:8bc:d000::
2601:8bf:9000::
2601:901:3000::
2601:901:4800::
2601:901:7000::
2601:901:8800::
2601:902:4000::
2601:902:4201::
2601:902:4302::
2601:902:6800::
2601:2060::
2601:2080::
2601:20e0::
2601:8000::
2601:b002::
2601:b019:ff08::
2601:b030::
2601:f000::
2602:0:1200::
2602:0:2500::
2602:0:2700::
2602:0:2c00::
2602:0:3900::
2602:0:3b00::
2602:0:4c00::
2602:0:7200::
2602:0:8a00::
2602:0:ab00::
2602:0:af00::
2602:0:b900::
2602:1:1500::
2602:1:1c00::
2602:1:2400::
2602:1:2700::
2602:1:2b00::
2602:1:3000::

2602:1:3600::
2602:1:3f00::
2602:1:4300::
2602:1:4a00::
2602:1:e800::
2602:1:ef00::
2602:1:f100::
2602:1:fa00::
2602:2:a00::
2602:2:b000::
2602:2:ca00::
2602:2:ec00::
2602:2:f400::
2602:2:fe00::
2602:3:100::
2602:3:1000::
2602:3:3600::
2602:3:4100::
2602:3:a500::
2602:3:c100::
2602:3:d900::
2602:3:f000::
2602:4:f00::
2602:4:2400::
2602:4:2600::
2602:4:2800::
2602:4:3b00::
2602:4:f400::
2602:4:f800::
2602:5:3b00::
2602:5:4400::
2602:5:4c00::
2602:5:6500::
2602:5:7200::
2602:5:7400::
2602:5:7a00::
2602:6::

2602:6:8f00::
2602:6:9a00::
2602:6:bd00::
2602:6:c200::
2602:6:c500::
2602:6:c800::
2602:6:f200::
2602:6:f400::
2602:6:f800::
2602:7:2d00::
2602:7:3b00::
2602:7:3e00::
2602:7:4100::
2602:7:8400::
2602:7:9000::
2602:7:9600::
2602:7:ab00::
2602:8:8400::
2602:8:9b00::
2602:8:b100::
2602:8:ba00::
2602:8:d000::
2602:8:e100::
2602:8:ef00::
2602:8:fb00::
2602:9:800::
2602:9:a00::
2602:9:1a00::
2602:9:2a00::
2602:9:3300::
2602:9:4c00::
2602:9:5200::
2602:9:5500::
2602:9:5a00::
2602:9:6100::
2602:9:7000::
2602:9:7200::

2602:9:7800::
2602:9:7c00::
2602:9:8600::
2602:9:9900::
2602:9:9f00::
2602:9:a500::
2602:9:ac00::
2602:9:ba00::
2602:9:cd00::
2602:9:e300::
2602:9:e900::
2602:9:ee00::
2602:9:f300::
2602:9:f500::
2602:9:f800::
2602:9:fd00::
2602:a:a00::
2602:a:5e00::
2602:a:7700::
2602:a:7a00::
2602:a:9100::
2602:a:9b00::
2602:a:9d00::
2602:a:a100::
2602:a:a400::
2602:a:e400::
2602:a:ff00::
2602:b:100::
2602:b:e00::
2602:b:6f00::
2602:b:7500::
2602:b:9000::
2602:b:a600::
2602:b:ca00::
2602:b:e800::
2602:b:ef00::
2602:b:f100::

2602:c:2100::
2602:c:3f00::
2602:c:4300::
2602:c:5200::
2602:c:5f00::
2602:c:6300::
2602:c:7d00::
2602:c:8400::
2602:c:8c00::
2602:c:a100::
2602:c:a800::
2602:c:b500::
2602:c:ba00::
2602:c:be00::
2602:c:c400::
2602:c:cd00::
2602:c:d600::
2602:c:da00::
2602:c:e700::
2602:c:e900::
2602:c:eb00::
2602:c:f000::
2602:c:fc00::
2602:d:b00::
2602:d:e00::
2602:d:1000::
2602:d:2100::
2602:d:2600::
2602:d:2a00::
2602:d:3100::
2602:d:3700::
2602:d:4100::
2602:d:4300::
2602:d:7900::
2602:d:8600::
2602:d:8a00::
2602:d:9100::

2602:d:9900::
2602:d:9e00::
2602:d:aa00::
2602:d:b200::
2602:d:b800::
2602:d:bc00::
2602:d:be00::
2602:d:c700::
2602:d:d800::
2602:d:e400::
2602:d:e900::
2602:d:ef00::
2602:e:b00::
2602:e:4d00::
2602:e:5100::
2602:e:6d00::
2602:e:7f00::
2602:e:8d00::
2602:e:9a00::
2602:e:c600::
2602:e:e700::
2602:e:f400::
2602:e:fd00::
2602:f:600::
2602:f:2000::
2602:f:2700::
2602:f:2a00::
2602:f:3100::
2602:f:3b00::
2602:f:4b00::
2602:f:5500::
2602:f:6e00::
2602:f:7b00::
2602:f:8200::
2602:10:400::
2602:10:1200::
2602:10:2a00::

2602:10:3500::
2602:10:3e00::
2602:10:5200::
2602:10:5700::
2602:10:5b00::
2602:10:6000::
2602:10:6400::
2602:10:6c00::
2602:10:6f00::
2602:10:7600::
2602:10:8000::
2602:10:8c00::
2602:10:9100::
2602:10:ae00::
2602:10:b100::
2602:10:b600::
2602:10:bc00::
2602:11:300::
2602:11:700::
2602:11:1100::
2602:11:1800::
2602:11:1c00::
2602:11:1f00::
2602:11:3300::
2602:11:4700::
2602:11:4d00::
2602:11:5700::
2602:11:5d00::
2602:11:6000::
2602:11:6800::
2602:11:6e00::
2602:11:7500::
2602:11:7900::
2602:11:7d00::
2602:11:8600::
2602:11:9200::
2602:11:9700::

2602:11:9f00::
2602:11:a500::
2602:11:b100::
2602:11:c400::
2602:11:d600::
2602:11:f100::
2602:12:2300::
2602:12:2600::
2602:12:2c00::
2602:12:4100::
2602:12:4800::
2602:12:4b00::
2602:12:5600::
2602:12:5e00::
2602:12:6100::
2602:12:6400::
2602:12:6600::
2602:12:6b00::
2602:12:7000::
2602:12:7400::
2602:12:7700::
2602:12:7e00::
2602:12:8200::
2602:12:8800::
2602:12:8e00::
2602:12:a200::
2602:12:c400::
2602:12:d300::
2602:12:d500::
2602:12:dd00::
2602:12:e600::
2602:13:c00::
2602:13:6200::
2602:13:8500::
2602:13:ab00::
2602:13:cb00::
2602:13:d700::

2602:13:e500::
2602:13:e900::
2602:13:ef00::
2602:14:1200::
2602:14:1400::
2602:14:1f00::
2602:14:2300::
2602:14:2d00::
2602:14:3400::
2602:14:4500::
2602:14:4a00::
2602:14:4d00::
2602:14:e800::
2602:14:f500::
2602:15:1100::
2602:15:2000::
2602:15:3a00::
2602:15:3d00::
2602:15:5000::
2602:15:5700::
2602:15:6c00::
2602:15:7000::
2602:15:7d00::
2602:15:8000::
2602:15:8300::
2602:15:8f00::
2602:15:9900::
2602:16:c00::
2602:16:e00::
2602:16:7000::
2602:16:7e00::
2602:16:8500::
2602:16:8e00::
2602:16:9c00::
2602:16:a200::
2602:16:a800::
2602:16:b600::

2602:16:ba00::
2602:16:bd00::
2602:16:c300::
2602:16:c500::
2602:16:c700::
2602:16:ce00::
2602:16:d000::
2602:16:d200::
2602:16:d600::
2602:16:d900::
2602:16:e000::
2602:16:e500::
2602:16:ea00::
2602:16:ed00::
2602:16:f100::
2602:16:fe00::
2602:17:500::
2602:17:1100::
2602:17:1500::
2602:17:1a00::
2602:17:2200::
2602:17:2a00::
2602:17:2c00::
2602:17:3600::
2602:17:4600::
2602:17:5300::
2602:17:5f00::
2602:17:6500::
2602:17:6c00::
2602:17:7300::
2602:17:7700::
2602:18:2f00::
2602:18:5100::
2602:18:6a00::
2602:18:7300::
2602:18:8e00::
2602:18:9200::

2602:18:9c00::
2602:18:a200::
2602:18:ae00::
2602:18:bf00::
2602:18:c100::
2602:18:c900::
2602:18:f500::
2602:18:fd00::
2602:19:b00::
2602:19:1600::
2602:19:3500::
2602:19:3800::
2602:19:4200::
2602:19:4500::
2602:19:4f00::
2602:19:5800::
2602:19:7600::
2602:19:7f00::
2602:19:8600::
2602:19:8e00::
2602:19:9000::
2602:19:9800::
2602:19:9b00::
2602:19:ac00::
2602:19:b200::
2602:19:b800::
2602:19:ba00::
2602:19:c000::
2602:19:c200::
2602:19:c400::
2602:19:cc00::
2602:19:d100::
2602:19:f300::
2602:19:ff00::
2602:1a:300::
2602:1a:1300::
2602:1a:1900::

2602:1a:1b00::
2602:1a:2300::
2602:1a:2a00::
2602:1a:3d00::
2602:1a:5300::
2602:1a:5700::
2602:1a:6600::
2602:1a:b400::
2602:1b:900::
2602:1b:9000::
2602:1b:9300::
2602:1b:9f00::
2602:1b:a200::
2602:1b:ac00::
2602:1b:b700::
2602:1b:c000::
2602:1b:c700::
2602:1b:d900::
2602:1c:e00::
2602:1c:3600::
2602:1c:6900::
2602:1c:8c00::
2602:1c:c900::
2602:1d:1600::
2602:1d:2900::
2602:1d:3100::
2602:1d:3800::
2602:1d:4600::
2602:1d:4900::
2602:1d:4d00::
2602:1d:5b00::
2602:1d:6100::
2602:1d:7e00::
2602:1d:8000::
2602:1d:8500::
2602:1d:a000::
2602:1d:a800::

2602:1d:ae00::
2602:1e:4100::
2602:1e:4c00::
2602:1e:4f00::
2602:1e:6a00::
2602:1e:b600::
2602:1e:f400::
2602:1f:4d00::
2602:1f:d100::
2602:1f:ec00::
2602:1f:f900::
2602:1f:fb00::
2602:20:2700::
2602:20:2d00::
2602:20:2f00::
2602:20:6900::
2602:20:6b00::
2602:20:7100::
2602:20:9500::
2602:20:c600::
2602:21:5700::
2602:21:7a00::
2602:21:8500::
2602:21:ab00::
2602:21:c000::
2602:21:e200::
2602:21:ec00::
2602:21:f300::
2602:22:2000::
2602:22:5300::
2602:22:5a00::
2602:22:6500::
2602:22:7200::
2602:22:7d00::
2602:22:8300::
2602:22:9500::
2602:22:9800::

2602:22:9d00::
2602:22:b500::
2602:22:b700::
2602:22:ce00::
2602:22:d200::
2602:22:e500::
2602:22:e700::
2602:22:f200::
2602:22:fa00::
2602:23:700::
2602:23:3e00::
2602:23:4200::
2602:23:4c00::
2602:23:4f00::
2602:23:6e00::
2602:23:8400::
2602:23:8900::
2602:23:be00::
2602:23:e900::
2602:24:600::
2602:24:5b00::
2602:24:6500::
2602:24:6700::
2602:24:7200::
2602:24:8e00::
2602:24:9700::
2602:24:9c00::
2602:24:a200::
2602:24:aa00::
2602:24:ac00::
2602:24:ae00::
2602:24:cc00::
2602:24:cf00::
2602:24:df00::
2602:24:eb00::
2602:24:ed00::
2602:24:fb00::

2602:25:a700::
2602:25:ac00::
2602:25:b200::
2602:25:ba00::
2602:25:c000::
2602:25:d000::
2602:25:d500::
2602:25:e900::
2602:26:500::
2602:26:d00::
2602:26:1c00::
2602:26:1f00::
2602:26:2200::
2602:26:3f00::
2602:26:4a00::
2602:26:4d00::
2602:26:ca00::
2602:26:d700::
2602:26:e400::
2602:26:f000::
2602:26:f900::
2602:27:1100::
2602:27:8200::
2602:27:9300::
2602:27:aa00::
2602:27:bf00::
2602:27:ed00::
2602:28:300::
2602:28:e00::
2602:28:2100::
2602:28:2b00::
2602:28:3f00::
2602:28:4800::
2602:28:4a00::
2602:28:5500::
2602:28:5d00::
2602:28:6600::

2602:28:6f00::
2602:28:7500::
2602:28:7900::
2602:28:8100::
2602:28:8c00::
2602:28:8f00::
2602:28:9100::
2602:28:e200::
2602:28:ea00::
2602:28:ef00::
2602:28:f800::
2602:28:fe00::
2602:29:1300::
2602:29:1c00::
2602:29:3b00::
2602:29:4400::
2602:29:5e00::
2602:29:6500::
2602:29:8200::
2602:29:9c00::
2602:29:a500::
2602:29:b700::
2602:29:b900::
2602:2a:2100::
2602:2a:2f00::
2602:2a:3900::
2602:2a:4500::
2602:2a:5500::
2602:2a:6000::
2602:2a:6d00::
2602:2a:7800::
2602:2a:8400::
2602:2b:e00::
2602:2b:1d00::
2602:2b:2600::
2602:2b:2d00::
2602:2b:4c00::

2602:2b:4f00::
2602:2b:5800::
2602:2b:5f00::
2602:2b:6300::
2602:2b:6e00::
2602:2b:7100::
2602:2b:7500::
2602:2b:8600::
2602:2b:8b00::
2602:2b:9000::
2602:2b:9d00::
2602:2b:b000::
2602:2b:b400::
2602:2b:bf00::
2602:2b:d400::
2602:2b:d900::
2602:2b:e400::
2602:2b:e800::
2602:2b:ed00::
2602:2b:f100::
2602:2c:700::
2602:2c:5f00::
2602:2c:6300::
2602:2c:6900::
2602:2c:7a00::
2602:2c:9000::
2602:2c:ab00::
2602:2c:af00::
2602:2c:d200::
2602:2c:d900::
2602:2c:e200::
2602:2c:f200::
2602:2d:2300::
2602:2d:5400::
2602:2d:6300::
2602:2e:800::
2602:2e:b00::

2602:2e:5f00::
2602:2e:6400::
2602:2e:7300::
2602:2e:7900::
2602:2e:8000::
2602:2e:9a00::
2602:2e:9d00::
2602:2e:9f00::
2602:2e:a900::
2602:2e:b000::
2602:2e:bb00::
2602:2e:bd00::
2602:2e:c100::
2602:2e:c400::
2602:2e:d000::
2602:2e:d400::
2602:2e:fe00::
2602:2f:3600::
2602:2f:4100::
2602:2f:4800::
2602:2f:6600::
2602:2f:8600::
2602:2f:9900::
2602:2f:ca00::
2602:2f:d300::
2602:2f:d900::
2602:30:8100::
2602:30:8400::
2602:30:9300::
2602:30:ae00::
2602:30:b300::
2602:30:bd00::
2602:30:bf00::
2602:30:c300::
2602:30:c800::
2602:30:ca00::
2602:30:cd00::

2602:30:eb00::
2602:31:2700::
2602:31:2900::
2602:31:6b00::
2602:32:400::
2602:32:1c00::
2602:32:2e00::
2602:32:4000::
2602:32:5300::
2602:32:5500::
2602:32:5a00::
2602:32:6400::
2602:32:7000::
2602:32:7400::
2602:32:7800::
2602:32:7e00::
2602:32:a700::
2602:32:c700::
2602:33:c00::
2602:33:4800::
2602:33:5c00::
2602:33:6b00::
2602:33:6d00::
2602:33:6f00::
2602:33:7200::
2602:33:7e00::
2602:33:9000::
2602:33:9400::
2602:33:9700::
2602:33:9f00::
2602:33:a800::
2602:33:e300::
2602:33:f800::
2602:34:700::
2602:34:1500::
2602:34:4500::
2602:34:5e00::

2602:34:6b00::
2602:34:7b00::
2602:34:9600::
2602:34:a200::
2602:34:b000::
2602:34:b200::
2602:34:c000::
2602:34:c800::
2602:34:ca00::
2602:34:d100::
2602:34:d500::
2602:34:e500::
2602:35:900::
2602:35:7a00::
2602:35:8700::
2602:35:9d00::
2602:35:a300::
2602:35:a600::
2602:35:b100::
2602:35:be00::
2602:35:c800::
2602:35:ca00::
2602:35:cf00::
2602:35:da00::
2602:35:e000::
2602:35:e200::
2602:35:e400::
2602:35:eb00::
2602:35:f200::
2602:36:1200::
2602:36:1400::
2602:36:1900::
2602:36:1f00::
2602:36:2600::
2602:36:2a00::
2602:36:2c00::
2602:36:5e00::

2602:36:6000::
2602:36:6600::
2602:36:6900::
2602:36:6e00::
2602:36:8300::
2602:36:8b00::
2602:36:8f00::
2602:36:ac00::
2602:37:f00::
2602:37:9c00::
2602:37:d700::
2602:37:ea00::
2602:37:fa00::
2602:38::
2602:38:600::
2602:38:1800::
2602:38:2400::
2602:38:2700::
2602:38:5e00::
2602:38:9f00::
2602:39:300::
2602:39:b00::
2602:39:4800::
2602:39:4d00::
2602:39:5e00::
2602:39:6100::
2602:39:a600::
2602:39:b300::
2602:39:c300::
2602:39:ca00::
2602:39:f300::
2602:39:fc00::
2602:3a:3200::
2602:3a:3f00::
2602:3a:8200::
2602:3a:9300::
2602:3a:a300::

2602:3a:a700::
2602:3a:b600::
2602:3a:b800::
2602:3a:cf00::
2602:3a:d700::
2602:3a:e400::
2602:3a:ef00::
2602:3b:300::
2602:3b:1a00::
2602:3b:2300::
2602:3b:2c00::
2602:3b:3000::
2602:3b:3500::
2602:3b:4e00::
2602:3b:5d00::
2602:3b:6100::
2602:3b:6300::
2602:3b:6b00::
2602:3b:6d00::
2602:3b:8a00::
2602:3b:9400::
2602:3b:9700::
2602:3b:9900::
2602:3b:9c00::
2602:3b:a300::
2602:3b:a600::
2602:3b:a800::
2602:3b:b500::
2602:3b:b800::
2602:3b:cf00::
2602:3c:3200::
2602:3c:c300::
2602:3c:cc00::
2602:3c:ce00::
2602:3c:e900::
2602:3c:fb00::
2602:3d:800::

2602:3d:1200::
2602:3d:1500::
2602:3d:1900::
2602:3d:1f00::
2602:3d:2600::
2602:3d:3600::
2602:3d:4300::
2602:3d:6200::
2602:3d:6c00::
2602:3d:7e00::
2602:3d:8400::
2602:3d:be00::
2602:3d:ec00::
2602:3d:fb00::
2602:3e:700::
2602:3e:4600::
2602:3e:4800::
2602:3e:5300::
2602:3e:5f00::
2602:3e:6500::
2602:3e:6a00::
2602:3e:7300::
2602:3e:7e00::
2602:3e:8400::
2602:3e:bb00::
2602:3f:a00::
2602:3f:f00::
2602:3f:aa00::
2602:3f:af00::
2602:3f:c400::
2602:3f:c700::
2602:3f:c900::
2602:3f:d100::
2602:3f:d500::
2602:3f:d800::
2602:3f:de00::
2602:3f:e100::

2602:3f:f400::
2602:3f:fb00::
2602:3f:ff00::
2602:40:200::
2602:40:1900::
2602:40:1e00::
2602:40:2e00::
2602:40:5800::
2602:40:9800::
2602:41:600::
2602:41:900::
2602:41:d00::
2602:41:5800::
2602:41:7e00::
2602:41:8b00::
2602:41:9000::
2602:41:9600::
2602:41:a600::
2602:41:c400::
2602:42:8d00::
2602:42:a900::
2602:42:ad00::
2602:42:b800::
2602:42:bb00::
2602:42:ed00::
2602:42:f100::
2602:42:f600::
2602:43:1200::
2602:43:1e00::
2602:43:2100::
2602:43:2800::
2602:43:2a00::
2602:43:5600::
2602:44:1c00::
2602:44:3600::
2602:44:a100::
2602:44:a400::

2602:44:b200::
2602:44:bd00::
2602:44:c100::
2602:44:e300::
2602:44:ef00::
2602:45:2100::
2602:45:2900::
2602:45:4800::
2602:45:6100::
2602:46:2a00::
2602:46:3700::
2602:46:3b00::
2602:46:3e00::
2602:46:6f00::
2602:46:7300::
2602:46:7900::
2602:47:a600::
2602:47:aa00::
2602:47:b100::
2602:47:b600::
2602:47:bc00::
2602:47:c200::
2602:47:cf00::
2602:47:d200::
2602:47:eb00::
2602:47:f100::
2602:47:f900::
2602:47:fb00::
2602:48:c00::
2602:48:1000::
2602:48:8700::
2602:48:9e00::
2602:48:b400::
2602:48:b700::
2602:48:bf00::
2602:48:ca00::
2602:48:d100::

2602:48:eb00::
2602:48:ee00::
2602:48:f900::
2602:48:fb00::
2602:49:300::
2602:49:800::
2602:49:1d00::
2602:49:3400::
2602:49:3a00::
2602:49:5100::
2602:49:5500::
2602:49:6100::
2602:49:7400::
2602:49:8e00::
2602:49:9c00::
2602:49:a800::
2602:49:f800::
2602:4a:100::
2602:4a:1400::
2602:4a:1900::
2602:4a:1d00::
2602:4a:2500::
2602:4a:2900::
2602:4a:3600::
2602:4a:3f00::
2602:4a:4a00::
2602:4a:5100::
2602:4a:6a00::
2602:4a:7300::
2602:4a:7700::
2602:4a:8000::
2602:4a:8700::
2602:4a:9100::
2602:4a:a300::
2602:4b:9d00::
2602:4b:a100::
2602:4b:a500::

2602:4b:a800::
2602:4b:b900::
2602:4b:d200::
2602:4b:d900::
2602:4b:ed00::
2602:4c:2300::
2602:4c:6e00::
2602:4c:9400::
2602:4c:9600::
2602:4c:9a00::
2602:4c:9e00::
2602:4c:a700::
2602:4c:b200::
2602:4c:bc00::
2602:4c:cb00::
2602:4c:e500::
2602:4d:1d00::
2602:4d:3200::
2602:4d:3500::
2602:4d:6400::
2602:4e:3800::
2602:4e:5200::
2602:4e:8800::
2602:4e:8d00::
2602:4e:9200::
2602:4e:a400::
2602:4e:c500::
2602:4e:da00::
2602:4e:e900::
2602:4f:d00::
2602:4f:1600::
2602:4f:9800::
2602:4f:9f00::
2602:4f:a300::
2602:4f:ab00::
2602:4f:af00::
2602:4f:b100::

2602:4f:c500::
2602:4f:ca00::
2602:4f:cc00::
2602:4f:ce00::
2602:4f:d300::
2602:4f:e600::
2602:50:1100::
2602:50:2400::
2602:50:2e00::
2602:50:6a00::
2602:50:7a00::
2602:50:ae00::
2602:50:ba00::
2602:50:c500::
2602:50:d100::
2602:50:d600::
2602:50:d800::
2602:50:da00::
2602:50:e000::
2602:50:e800::
2602:50:ea00::
2602:50:f300::
2602:51:1e00::
2602:51:6800::
2602:51:7a00::
2602:51:7d00::
2602:51:8d00::
2602:51:8f00::
2602:51:9500::
2602:51:a500::
2602:51:a800::
2602:51:f800::
2602:52:3300::
2602:52:4b00::
2602:52:6200::
2602:52:6e00::
2602:52:7100::

2602:52:7700::
2602:52:f500::
2602:53:4900::
2602:53:4b00::
2602:53:5900::
2602:53:5f00::
2602:53:6300::
2602:53:6800::
2602:53:7f00::
2602:53:8700::
2602:53:9400::
2602:53:9f00::
2602:53:b300::
2602:53:ba00::
2602:53:c200::
2602:53:c500::
2602:54:6800::
2602:54:6d00::
2602:54:7000::
2602:54:8100::
2602:54:9800::
2602:54:9b00::
2602:54:a900::
2602:54:b400::
2602:54:be00::
2602:54:cb00::
2602:54:d000::
2602:54:d200::
2602:54:e900::
2602:54:ed00::
2602:54:f900::
2602:55:1d00::
2602:55:2000::
2602:55:2500::
2602:55:3d00::
2602:55:4600::
2602:55:4c00::

2602:55:4e00::
2602:55:5600::
2602:55:7200::
2602:55:7f00::
2602:56:1100::
2602:56:1600::
2602:56:1c00::
2602:56:1f00::
2602:56:2600::
2602:56:4500::
2602:56:7e00::
2602:56:8c00::
2602:56:a900::
2602:56:cb00::
2602:57:200::
2602:57:c00::
2602:57:1200::
2602:57:2400::
2602:57:2f00::
2602:57:3400::
2602:57:3800::
2602:57:3d00::
2602:57:4900::
2602:57:5c00::
2602:57:6800::
2602:57:8400::
2602:57:8800::
2602:57:9a00::
2602:57:9d00::
2602:57:c100::
2602:57:c500::
2602:57:d000::
2602:57:d300::
2602:58:e00::
2602:58:5900::
2602:58:5e00::
2602:58:6400::

2602:58:6600::
2602:58:8500::
2602:58:8700::
2602:58:a000::
2602:58:a200::
2602:58:ad00::
2602:58:b500::
2602:58:c800::
2602:58:ce00::
2602:58:dc00::
2602:58:e500::
2602:58:e700::
2602:58:f400::
2602:58:fd00::
2602:59:1800::
2602:59:1d00::
2602:59:2800::
2602:59:2c00::
2602:59:3c00::
2602:59:3f00::
2602:59:4100::
2602:59:5200::
2602:59:7a00::
2602:59:7e00::
2602:59:8a00::
2602:59:8d00::
2602:59:d700::
2602:59:ef00::
2602:59:f300::
2602:59:fe00::
2602:5a::
2602:5a:7500::
2602:5a:a500::
2602:5a:b600::
2602:5b:900::
2602:5b:3800::
2602:5b:4300::

2602:5b:4a00::
2602:5b:5300::
2602:5b:5900::
2602:5b:6200::
2602:5b:6400::
2602:5b:6600::
2602:5b:7900::
2602:5b:7c00::
2602:5b:9500::
2602:5b:9800::
2602:5b:a000::
2602:5b:a700::
2602:5b:ac00::
2602:5b:db00::
2602:5b:e100::
2602:5c:e00::
2602:5c:2000::
2602:5c:3f00::
2602:5c:4a00::
2602:5c:7d00::
2602:5c:a300::
2602:5c:d300::
2602:5c:e600::
2602:5c:e900::
2602:5d:5600::
2602:5d:b000::
2602:5d:b300::
2602:5d:e800::
2602:5d:f900::
2602:5e:1100::
2602:5e:2700::
2602:5e:3000::
2602:5e:3500::
2602:5e:3700::
2602:5e:4a00::
2602:5e:5300::
2602:5f:400::

2602:5f:f00::
2602:5f:2500::
2602:5f:3500::
2602:5f:3d00::
2602:5f:4100::
2602:5f:5200::
2602:5f:5b00::
2602:5f:6c00::
2602:5f:6e00::
2602:5f:7d00::
2602:5f:9d00::
2602:5f:ab00::
2602:5f:ef00::
2602:5f:fb00::
2602:5f:ff00::
2602:60:e000::
2602:60:e400::
2602:60:ec00::
2602:60:f100::
2602:60:fe00::
2602:61:7500::
2602:61:7f00::
2602:61:8400::
2602:61:a100::
2602:61:f400::
2602:62:4100::
2602:62:6200::
2602:62:6800::
2602:62:7500::
2602:62:8b00::
2602:62:8e00::
2602:63::
2602:63:a00::
2602:63:6500::
2602:63:7b00::
2602:63:a500::
2602:63:a700::

2602:63:a900::
2602:63:b000::
2602:63:b400::
2602:63:b900::
2602:63:c100::
2602:63:d400::
2602:63:d800::
2602:64:a00::
2602:64:4900::
2602:64:5400::
2602:64:6000::
2602:64:6500::
2602:64:6900::
2602:64:7100::
2602:64:7a00::
2602:64:7e00::
2602:64:8500::
2602:64:8b00::
2602:65:8700::
2602:65:ac00::
2602:65:b800::
2602:65:bc00::
2602:65:bf00::
2602:65:d600::
2602:65:da00::
2602:66:6a00::
2602:66:6f00::
2602:66:7300::
2602:66:7c00::
2602:66:8500::
2602:66:9600::
2602:66:9f00::
2602:66:a600::
2602:66:a900::
2602:66:af00::
2602:66:b900::
2602:66:cf00::

2602:67:4b00::
2602:67:5400::
2602:67:6100::
2602:67:7400::
2602:67:b500::
2602:67:ba00::
2602:67:c800::
2602:67:ce00::
2602:67:d400::
2602:67:d800::
2602:67:ea00::
2602:67:ed00::
2602:67:ff00::
2602:68:f00::
2602:68:1900::
2602:68:a500::
2602:69:1600::
2602:69:3300::
2602:69:3600::
2602:69:3b00::
2602:69:4100::
2602:69:5500::
2602:69:5a00::
2602:69:6200::
2602:69:6d00::
2602:69:7800::
2602:69:7a00::
2602:69:7e00::
2602:69:8100::
2602:69:8800::
2602:69:9200::
2602:69:9c00::
2602:69:a100::
2602:69:a500::
2602:69:b100::
2602:69:b600::
2602:69:b900::

2602:6a:100::
2602:6a:600::
2602:6a:4900::
2602:6a:4c00::
2602:6a:5100::
2602:6a:7300::
2602:6b:800::
2602:6b:c00::
2602:6b:5200::
2602:6b:5800::
2602:6b:5e00::
2602:6b:7200::
2602:6b:7900::
2602:6b:8100::
2602:6b:8f00::
2602:6b:9500::
2602:6b:9700::
2602:6b:9900::
2602:6b:9e00::
2602:6b:a800::
2602:6b:ac00::
2602:6b:af00::
2602:6b:b100::
2602:6b:b500::
2602:6b:c000::
2602:6b:c200::
2602:6c:9b00::
2602:6c:a900::
2602:6c:c100::
2602:6d:7000::
2602:6d:7900::
2602:6d:8600::
2602:6d:8f00::
2602:6e:2700::
2602:6e:8e00::
2602:6e:9600::
2602:6e:9f00::

2602:6e:ab00::
2602:6e:b000::
2602:6e:bf00::
2602:6e:c300::
2602:6e:c500::
2602:6e:ce00::
2602:6e:dc00::
2602:6f:d800::
2602:70:400::
2602:70:600::
2602:70:3500::
2602:70:4100::
2602:70:5800::
2602:70:6600::
2602:70:7600::
2602:70:8f00::
2602:71:8e00::
2602:71:9900::
2602:71:9e00::
2602:71:a100::
2602:71:a800::
2602:71:ae00::
2602:71:e400::
2602:71:ef00::
2602:72:1200::
2602:72:1a00::
2602:72:2400::
2602:72:2700::
2602:72:3a00::
2602:73:1900::
2602:73:2900::
2602:73:3300::
2602:73:5a00::
2602:73:6000::
2602:73:8700::
2602:73:a400::
2602:73:ac00::

2602:73:b200::
2602:73:c600::
2602:74:4200::
2602:74:4600::
2602:74:5000::
2602:74:5b00::
2602:74:6500::
2602:74:6d00::
2602:75:a00::
2602:75:1600::
2602:75:1800::
2602:75:3000::
2602:75:3800::
2602:75:3e00::
2602:75:7500::
2602:75:8c00::
2602:75:a900::
2602:75:ae00::
2602:75:b400::
2602:75:bc00::
2602:75:c200::
2602:76:3800::
2602:76:5400::
2602:76:6500::
2602:77:1200::
2602:77:1f00::
2602:77:2600::
2602:77:2a00::
2602:77:2c00::
2602:77:3500::
2602:77:3c00::
2602:77:3e00::
2602:77:6700::
2602:77:6c00::
2602:77:7e00::
2602:77:9400::
2602:77:9600::

2602:77:9b00::
2602:77:a200::
2602:77:a600::
2602:78:2600::
2602:78:2900::
2602:78:3c00::
2602:78:4100::
2602:78:5a00::
2602:78:6100::
2602:78:8500::
2602:78:8900::
2602:78:9100::
2602:78:9a00::
2602:78:d900::
2602:78:df00::
2602:78:e700::
2602:78:f100::
2602:78:f400::
2602:78:fd00::
2602:79:100::
2602:79:1700::
2602:79:1b00::
2602:79:1e00::
2602:79:2900::
2602:79:3200::
2602:79:3a00::
2602:79:5000::
2602:79:5d00::
2602:79:e900::
2602:79:ec00::
2602:79:fb00::
2602:79:fe00::
2602:7a:1200::
2602:7a:1700::
2602:7a:3200::
2602:7b:3d00::
2602:7b:3f00::

2602:7b:7100::
2602:7b:7900::
2602:7b:7e00::
2602:7b:8000::
2602:7b:8900::
2602:7b:8c00::
2602:7b:b000::
2602:7b:bd00::
2602:7b:e400::
2602:7b:f600::
2602:7b:ff00::
2602:7c:1100::
2602:7c:1f00::
2602:7c:2600::
2602:7c:2c00::
2602:7c:7300::
2602:7c:9100::
2602:7c:b900::
2602:7c:bd00::
2602:7c:c300::
2602:7c:e700::
2602:7c:f100::
2602:7c:f500::
2602:7d:1e00::
2602:7d:2400::
2602:7d:3400::
2602:7d:4400::
2602:7d:d900::
2602:7d:f500::
2602:7e:1100::
2602:7e:3a00::
2602:7e:4000::
2602:7e:e900::
2602:7e:ed00::
2602:7e:f000::
2602:7e:fb00::
2602:7f:1300::

2602:7f:1700::
2602:7f:2a00::
2602:7f:2f00::
2602:7f:4c00::
2602:7f:5400::
2602:7f:6600::
2602:7f:6a00::
2602:7f:7100::
2602:7f:7900::
2602:7f:8700::
2602:7f:8900::
2602:7f:9d00::
2602:7f:a000::
2602:7f:a400::
2602:7f:a800::
2602:7f:ae00::
2602:7f:c200::
2602:80:300::
2602:80:e00::
2602:80:2300::
2602:80:3400::
2602:80:5600::
2602:80:5800::
2602:80:5c00::
2602:80:6b00::
2602:80:7200::
2602:80:ab00::
2602:80:b300::
2602:80:d400::
2602:80:da00::
2602:80:f600::
2602:81:200::
2602:81:900::
2602:81:d00::
2602:81:1700::
2602:81:3700::
2602:81:4200::

2602:81:6c00::
2602:81:7f00::
2602:81:8400::
2602:81:9000::
2602:81:9200::
2602:81:9600::
2602:81:a300::
2602:81:b600::
2602:81:b900::
2602:81:c600::
2602:82:8a00::
2602:82:be00::
2602:82:c200::
2602:82:c500::
2602:82:d200::
2602:82:d600::
2602:82:e100::
2602:82:e500::
2602:82:e700::
2602:82:e900::
2602:82:ed00::
2602:82:ef00::
2602:82:f700::
2602:83:1400::
2602:83:1a00::
2602:83:6600::
2602:84:7e00::
2602:84:8900::
2602:84:9d00::
2602:84:a800::
2602:84:b300::
2602:84:d600::
2602:84:e000::
2602:84:e200::
2602:85:1b00::
2602:85:3a00::
2602:85:4700::

2602:85:5000::
2602:85:6400::
2602:85:7500::
2602:85:ee00::
2602:86:3600::
2602:86:4a00::
2602:86:5000::
2602:86:5500::
2602:86:6100::
2602:86:6700::
2602:87:7700::
2602:87:a000::
2602:87:a600::
2602:87:ac00::
2602:87:be00::
2602:88:2d00::
2602:88:4700::
2602:88:5a00::
2602:88:7100::
2602:88:7700::
2602:88:a500::
2602:88:b600::
2602:88:bb00::
2602:89:e00::
2602:89:2800::
2602:89:3000::
2602:89:3600::
2602:89:4600::
2602:89:4a00::
2602:89:4c00::
2602:89:7600::
2602:89:8700::
2602:89:9800::
2602:89:9e00::
2602:89:b200::
2602:89:c100::
2602:89:d300::

2602:89:dc00::
2602:89:eb00::
2602:89:f400::
2602:8a:b00::
2602:8a:1100::
2602:8a:2e00::
2602:8a:4b00::
2602:8a:5300::
2602:8a:6500::
2602:8a:7f00::
2602:8a:8300::
2602:8a:8f00::
2602:8a:9400::
2602:8a:ae00::
2602:8a:bd00::
2602:8a:c100::
2602:8a:c300::
2602:8a:d200::
2602:8a:e500::
2602:8a:ea00::
2602:8b:300::
2602:8b:1500::
2602:8b:1700::
2602:8b:1900::
2602:8b:1d00::
2602:8b:1f00::
2602:8b:2a00::
2602:8b:2c00::
2602:8b:4f00::
2602:8b:5e00::
2602:8b:6500::
2602:8b:9a00::
2602:8b:e400::
2602:8b:f100::
2602:8b:fe00::
2602:8c:300::
2602:8c:900::

2602:8c:b00::
2602:8c:1b00::
2602:8c:1d00::
2602:8c:2100::
2602:8c:2b00::
2602:8c:3600::
2602:8c:3800::
2602:8c:5e00::
2602:8c:6200::
2602:8c:7000::
2602:8c:7900::
2602:8c:8200::
2602:8d:700::
2602:8d:6b00::
2602:8d:8700::
2602:8d:8c00::
2602:8d:8f00::
2602:8d:a100::
2602:8e:4a00::
2602:8e:6c00::
2602:8f:100::
2602:8f:1b00::
2602:8f:2600::
2602:8f:fb00::
2602:90:600::
2602:90:5d00::
2602:90:5f00::
2602:90:6500::
2602:90:7f00::
2602:90:8900::
2602:90:9600::
2602:91:1500::
2602:91:3800::
2602:91:3d00::
2602:91:4800::
2602:91:5400::
2602:91:5a00::

2602:91:5f00::
2602:91:6900::
2602:91:6c00::
2602:91:8100::
2602:91:9600::
2602:92:200::
2602:92:700::
2602:92:4c00::
2602:92:6800::
2602:92:6d00::
2602:92:7500::
2602:92:7700::
2602:92:8f00::
2602:92:9600::
2602:92:9800::
2602:93:600::
2602:93:800::
2602:93:1000::
2602:93:3900::
2602:93:3b00::
2602:93:4500::
2602:93:4800::
2602:93:5000::
2602:93:6200::
2602:93:6400::
2602:93:6700::
2602:93:6900::
2602:93:6b00::
2602:93:7700::
2602:93:7a00::
2602:93:7f00::
2602:93:8700::
2602:93:8f00::
2602:94:2000::
2602:94:2e00::
2602:94:3000::
2602:94:3200::

2602:94:3500::
2602:94:3f00::
2602:94:4b00::
2602:94:4f00::
2602:94:5300::
2602:94:5f00::
2602:95:1b00::
2602:95:3200::
2602:95:3f00::
2602:95:4300::
2602:95:5000::
2602:95:5c00::
2602:95:6e00::
2602:95:8200::
2602:95:8e00::
2602:95:9400::
2602:95:9600::
2602:95:9b00::
2602:95:9d00::
2602:96:1800::
2602:96:9800::
2602:96:d300::
2602:96:d800::
2602:96:ee00::
2602:96:f100::
2602:96:f600::
2602:97:1d00::
2602:97:2100::
2602:97:2800::
2602:97:3000::
2602:98:5500::
2602:98:5700::
2602:98:5f00::
2602:98:6e00::
2602:98:8200::
2602:98:8800::
2602:98:8e00::

2602:98:9a00::
2602:99:f00::
2602:99:dc00::
2602:9a:6f00::
2602:9a:7b00::
2602:9a:9400::
2602:9a:9d00::
2602:9a:c300::
2602:9a:dc00::
2602:9b:800::
2602:9b:e00::
2602:9b:6e00::
2602:9b:8000::
2602:9b:8f00::
2602:9b:9500::
2602:9b:a000::
2602:9b:a600::
2602:9b:aa00::
2602:9b:b500::
2602:9b:bc00::
2602:9b:cf00::
2602:9b:d100::
2602:9b:e000::
2602:9b:ed00::
2602:9b:ff00::
2602:9c:100::
2602:9c:1700::
2602:9c:1e00::
2602:9c:2100::
2602:9c:3800::
2602:9c:3c00::
2602:9c:4f00::
2602:9c:6000::
2602:9c:8100::
2602:9c:9a00::
2602:9c:f000::
2602:9d:800::

2602:9d:1000::
2602:9d:1b00::
2602:9d:2300::
2602:9d:2a00::
2602:9d:3100::
2602:9d:3800::
2602:9d:6800::
2602:9d:7300::
2602:9d:7d00::
2602:9d:8100::
2602:9e:d00::
2602:9e:4f00::
2602:9e:5800::
2602:9e:7200::
2602:9e:7a00::
2602:9e:7d00::
2602:9e:8600::
2602:9e:8c00::
2602:9e:9300::
2602:9e:9e00::
2602:9e:aa00::
2602:9e:ac00::
2602:9e:b000::
2602:9e:b900::
2602:9e:c900::
2602:9e:ce00::
2602:9e:db00::
2602:9e:e000::
2602:9e:e900::
2602:9f:2000::
2602:9f:3000::
2602:9f:3c00::
2602:9f:bc00::
2602:9f:c500::
2602:9f:cd00::
2602:9f:d500::
2602:9f:e700::

2602:9f:f400::
2602:9f:f600::
2602:9f:fa00::
2602:a0:300::
2602:a0:1700::
2602:a0:2300::
2602:a0:3300::
2602:a0:3800::
2602:a0:4700::
2602:a0:5500::
2602:a0:5700::
2602:a0:6e00::
2602:a1:400::
2602:a1:800::
2602:a1:a00::
2602:a1:1400::
2602:a1:1f00::
2602:a1:2e00::
2602:a1:4000::
2602:a1:4500::
2602:a1:5700::
2602:a1:6500::
2602:a1:6900::
2602:a1:6e00::
2602:a1:8200::
2602:a1:9600::
2602:a1:9900::
2602:a1:a200::
2602:a1:b500::
2602:a1:ca00::
2602:a1:d500::
2602:a1:dc00::
2602:a2:400::
2602:a2:2800::
2602:a2:3800::
2602:a2:3c00::
2602:a2:e000::

2602:a2:e800::
2602:a2:ef00::
2602:a2:f600::
2602:a2:ff00::
2602:a3:100::
2602:a3:1200::
2602:a3:1f00::
2602:a3:2700::
2602:a3:3e00::
2602:a3:4400::
2602:a3:4600::
2602:a3:4900::
2602:a3:4e00::
2602:a3:5200::
2602:a3:6000::
2602:a3:8600::
2602:a3:b400::
2602:a3:b700::
2602:a4:1300::
2602:a4:1e00::
2602:a4:2200::
2602:a4:2900::
2602:a4:3500::
2602:a4:3b00::
2602:a4:4300::
2602:a4:4e00::
2602:a4:5200::
2602:a4:5a00::
2602:a5:a00::
2602:a5:7b00::
2602:a5:8500::
2602:a5:9800::
2602:a5:9d00::
2602:a5:a100::
2602:a5:a700::
2602:a5:a900::
2602:a5:ad00::

2602:a5:ba00::
2602:a5:ca00::
2602:a5:d000::
2602:a5:d800::
2602:a5:e000::
2602:a5:e300::
2602:a5:e700::
2602:a6:f00::
2602:a6:2b00::
2602:a6:4d00::
2602:a6:8a00::
2602:a6:f300::
2602:a7:1900::
2602:a7:2100::
2602:a7:2d00::
2602:a7:3200::
2602:a7:3a00::
2602:a7:6800::
2602:a7:6c00::
2602:a7:9d00::
2602:a7:a200::
2602:a7:ad00::
2602:a8:100::
2602:a8:7400::
2602:a8:7c00::
2602:a8:8900::
2602:a8:9100::
2602:a8:9900::
2602:a8:a500::
2602:a8:a700::
2602:a8:b200::
2602:a8:b700::
2602:a8:bb00::
2602:a8:c300::
2602:a9:8200::
2602:a9:9e00::
2602:a9:c200::

2602:aa:700::
2602:aa:4b00::
2602:aa:4e00::
2602:aa:5300::
2602:aa:5a00::
2602:aa:5c00::
2602:aa:5e00::
2602:aa:6300::
2602:aa:6d00::
2602:aa:7a00::
2602:aa:7c00::
2602:aa:8200::
2602:aa:8900::
2602:aa:8d00::
2602:aa:8f00::
2602:ab:800::
2602:ab:6e00::
2602:ab:8c00::
2602:ab:8f00::
2602:ab:9100::
2602:ab:9800::
2602:ab:a300::
2602:ab:a600::
2602:ab:ac00::
2602:ab:b300::
2602:ab:c000::
2602:ab:d400::
2602:ab:d900::
2602:ab:dc00::
2602:ab:e200::
2602:ac:d00::
2602:ad:e00::
2602:ad:1600::
2602:ad:2a00::
2602:ad:3200::
2602:ad:3b00::
2602:ad:3d00::

2602:ad:4c00::
2602:ad:5600::
2602:ad:5c00::
2602:ad:6200::
2602:ad:6400::
2602:ad:7800::
2602:ad:7c00::
2602:ad:7f00::
2602:ad:8200::
2602:ad:a100::
2602:ad:b700::
2602:ad:b900::
2602:ad:bd00::
2602:ad:cc00::
2602:ad:d900::
2602:ad:dc00::
2602:ad:e600::
2602:ad:ef00::
2602:ae:9e00::
2602:ae:b400::
2602:ae:b600::
2602:ae:c200::
2602:ae:c600::
2602:ae:d700::
2602:ae:f700::
2602:af:600::
2602:af:3600::
2602:af:3800::
2602:af:4500::
2602:af:4c00::
2602:af:4f00::
2602:af:7600::
2602:b0:1a00::
2602:b0:1d00::
2602:b0:2300::
2602:b0:3400::
2602:b0:4500::

2602:b0:5a00::
2602:b0:5f00::
2602:b0:6a00::
2602:b0:7600::
2602:b0:7b00::
2602:b0:7e00::
2602:b0:8200::
2602:b0:d500::
2602:b0:d900::
2602:b0:e300::
2602:b0:e500::
2602:b0:ea00::
2602:b0:fa00::
2602:b1:200::
2602:b1:500::
2602:b1:1600::
2602:b1:1900::
2602:b1:1c00::
2602:b1:2000::
2602:b1:2200::
2602:b1:2600::
2602:b1:3200::
2602:b1:3d00::
2602:b1:4500::
2602:b1:4700::
2602:b1:5100::
2602:b1:5c00::
2602:b1:6400::
2602:b1:6b00::
2602:b1:b900::
2602:b1:bc00::
2602:b1:c500::
2602:b1:d000::
2602:b1:e600::
2602:b1:f700::
2602:b1:ff00::
2602:b2:a00::

2602:b2:2900::
2602:b2:3a00::
2602:b2:5f00::
2602:b2:7600::
2602:b2:7b00::
2602:b2:8000::
2602:b2:9600::
2602:b2:c900::
2602:b2:cb00::
2602:b2:d400::
2602:b2:db00::
2602:b2:e800::
2602:b2:f000::
2602:b2:ff00::
2602:b3:f00::
2602:b3:1500::
2602:b3:4500::
2602:b3:5c00::
2602:b3:af00::
2602:b3:ba00::
2602:b3:c800::
2602:b3:d500::
2602:b3:e700::
2602:b3:f800::
2602:b4:1100::
2602:b4:1300::
2602:b4:2400::
2602:b4:2900::
2602:b4:2e00::
2602:b5::
2602:b5:900::
2602:b5:f00::
2602:b5:1400::
2602:b5:1900::
2602:b5:4400::
2602:b5:4900::
2602:b5:4d00::

2602:b5:5100::
2602:b5:5900::
2602:b5:5b00::
2602:b5:6200::
2602:b5:6a00::
2602:b5:8900::
2602:b5:9500::
2602:b5:9a00::
2602:b5:a800::
2602:b5:b900::
2602:b5:d200::
2602:b5:d500::
2602:b5:dd00::
2602:b5:e500::
2602:b5:ef00::
2602:b5:f600::
2602:b5:f900::
2602:b6:1100::
2602:b6:1a00::
2602:b6:3500::
2602:b7:700::
2602:b7:f00::
2602:b7:4a00::
2602:b7:4c00::
2602:b7:5000::
2602:b7:5b00::
2602:b7:6f00::
2602:b7:8d00::
2602:b7:9500::
2602:b7:9800::
2602:b7:ae00::
2602:b7:b100::
2602:b7:b300::
2602:b7:ba00::
2602:b7:bd00::
2602:b7:bf00::
2602:b7:d700::

2602:b7:e300::
2602:b8:c300::
2602:b8:c800::
2602:b8:e100::
2602:b8:e900::
2602:b8:f500::
2602:b9:d00::
2602:b9:1300::
2602:b9:3400::
2602:b9:3a00::
2602:b9:3d00::
2602:b9:5300::
2602:b9:6100::
2602:b9:8b00::
2602:b9:9500::
2602:b9:bb00::
2602:b9:be00::
2602:b9:c400::
2602:b9:e900::
2602:b9:f100::
2602:ba:a00::
2602:ba:1100::
2602:ba:1e00::
2602:ba:2400::
2602:ba:af00::
2602:ba:b100::
2602:ba:ba00::
2602:ba:bd00::
2602:ba:c900::
2602:ba:dc00::
2602:ba:eb00::
2602:bb:e00::
2602:bb:2200::
2602:bb:3c00::
2602:bb:3e00::
2602:bb:5500::
2602:bb:ce00::

2602:bb:d400::
2602:bb:de00::
2602:bb:ed00::
2602:bb:fa00::
2602:bc:3700::
2602:bc:3b00::
2602:bc:3d00::
2602:bc:5500::
2602:bc:6500::
2602:bc:6a00::
2602:bc:6f00::
2602:bc:7a00::
2602:bc:7e00::
2602:bc:8100::
2602:bc:9300::
2602:bc:a000::
2602:bc:ab00::
2602:bc:ae00::
2602:bc:b200::
2602:bc:bd00::
2602:bc:bf00::
2602:bc:cc00::
2602:bc:f600::
2602:bd:1700::
2602:bd:9200::
2602:bd:9600::
2602:bd:9d00::
2602:bd:c700::
2602:bd:cc00::
2602:bd:d000::
2602:bd:d400::
2602:bd:dc00::
2602:bd:e300::
2602:bd:e700::
2602:bd:f600::
2602:bd:ff00::
2602:be:1300::

2602:be:1f00::
2602:be:2a00::
2602:be:2c00::
2602:be:3a00::
2602:be:3c00::
2602:be:4800::
2602:be:4c00::
2602:be:5000::
2602:be:5500::
2602:bf:a00::
2602:bf:6400::
2602:bf:7600::
2602:bf:8000::
2602:bf:8b00::
2602:bf:ae00::
2602:bf:b400::
2602:bf:b800::
2602:bf:bc00::
2602:bf:c300::
2602:bf:df00::
2602:c0:b00::
2602:c0:5000::
2602:c0:6600::
2602:c0:6f00::
2602:c0:8700::
2602:c0:8e00::
2602:c0:9c00::
2602:c0:af00::
2602:c0:c200::
2602:c0:cd00::
2602:c0:ea00::
2602:c1::
2602:c1:600::
2602:c1:d00::
2602:c1:2200::
2602:c1:3500::
2602:c1:3700::

2602:c1:3c00::
2602:c1:5600::
2602:c1:6800::
2602:c1:7600::
2602:c1:8b00::
2602:c1:8e00::
2602:c1:9200::
2602:c1:a000::
2602:c1:b300::
2602:c1:b600::
2602:c1:c300::
2602:c1:c600::
2602:c1:cf00::
2602:c1:db00::
2602:c1:ee00::
2602:c1:f100::
2602:c1:fc00::
2602:c2:1100::
2602:c2:1b00::
2602:c2:2200::
2602:c2:2500::
2602:c2:3300::
2602:c2:4700::
2602:c2:4f00::
2602:c2:5400::
2602:c2:5900::
2602:c2:5c00::
2602:c2:7100::
2602:c2:7d00::
2602:c2:8400::
2602:c2:8800::
2602:c2:9000::
2602:c2:ae00::
2602:c3:700::
2602:c3:2c00::
2602:c3:6900::
2602:c3:7600::

2602:c3:8700::
2602:c3:cb00::
2602:c3:d000::
2602:c3:df00::
2602:c3:e400::
2602:c4:200::
2602:c4:1100::
2602:c4:2e00::
2602:c4:3300::
2602:c4:4000::
2602:c4:4a00::
2602:c4:4e00::
2602:c4:5500::
2602:c4:5c00::
2602:c4:6100::
2602:c4:6a00::
2602:c4:7b00::
2602:c4:7e00::
2602:c4:8300::
2602:c4:8900::
2602:c4:9100::
2602:c4:b900::
2602:c4:d500::
2602:c4:de00::
2602:c4:e500::
2602:c4:f900::
2602:c4:fc00::
2602:c5::
2602:c5:f00::
2602:c5:1600::
2602:c5:2400::
2602:c5:2800::
2602:c5:3900::
2602:c5:4400::
2602:c5:5600::
2602:c5:5800::
2602:c5:5b00::

2602:c5:6900::
2602:c5:7100::
2602:c5:7300::
2602:c5:9500::
2602:c5:a100::
2602:c5:ae00::
2602:c5:b100::
2602:c5:ec00::
2602:c6:800::
2602:c6:a00::
2602:c6:1000::
2602:c6:1200::
2602:c6:3d00::
2602:c6:4500::
2602:c6:5a00::
2602:c6:6000::
2602:c6:7500::
2602:c6:8f00::
2602:c6:9b00::
2602:c6:9d00::
2602:c6:a300::
2602:c6:c800::
2602:c6:d300::
2602:c6:db00::
2602:c7:a000::
2602:c7:a300::
2602:c7:aa00::
2602:c7:af00::
2602:c7:b300::
2602:c7:ba00::
2602:c7:c700::
2602:c7:cd00::
2602:c7:d100::
2602:c7:ef00::
2602:c7:f700::
2602:c7:ff00::
2602:c8:1c00::

2602:c8:2900::
2602:c8:3100::
2602:c8:3500::
2602:c8:4300::
2602:c8:4600::
2602:c8:4f00::
2602:c8:b400::
2602:c8:bd00::
2602:c8:c500::
2602:c8:db00::
2602:c8:f800::
2602:c9:c00::
2602:c9:2f00::
2602:c9:3100::
2602:c9:3800::
2602:c9:4000::
2602:c9:9200::
2602:c9:9500::
2602:c9:a000::
2602:c9:aa00::
2602:c9:ad00::
2602:c9:b000::
2602:c9:b600::
2602:c9:c500::
2602:c9:d000::
2602:c9:d900::
2602:c9:ec00::
2602:c9:f300::
2602:c9:fa00::
2602:ca:b00::
2602:ca:d00::
2602:ca:1300::
2602:ca:1800::
2602:ca:2200::
2602:ca:2900::
2602:ca:3e00::
2602:ca:4b00::

2602:ca:5300::
2602:ca:5d00::
2602:ca:6300::
2602:ca:6800::
2602:ca:7e00::
2602:ca:9100::
2602:ca:9800::
2602:ca:9e00::
2602:ca:ac00::
2602:ca:c200::
2602:ca:c600::
2602:ca:cc00::
2602:ca:cf00::
2602:ca:f600::
2602:ca:f900::
2602:ca:fd00::
2602:cb:100::
2602:cb:400::
2602:cb:b00::
2602:cb:1100::
2602:cb:2800::
2602:cb:2f00::
2602:cb:4400::
2602:cb:5c00::
2602:cb:6900::
2602:cb:7f00::
2602:cb:8100::
2602:cb:8800::
2602:cb:9f00::
2602:cb:bd00::
2602:cb:f500::
2602:cb:f900::
2602:cb:fc00::
2602:cc:3300::
2602:cc:3b00::
2602:cc:3d00::
2602:cc:4500::

2602:cc:4e00::
2602:cc:5300::
2602:cc:5600::
2602:cc:5e00::
2602:cc:6e00::
2602:cc:7b00::
2602:cc:8b00::
2602:cc:9900::
2602:cc:9b00::
2602:cc:a500::
2602:cc:a700::
2602:cc:ae00::
2602:cc:b400::
2602:cc:bf00::
2602:cc:c400::
2602:cd:200::
2602:cd:d00::
2602:cd:1200::
2602:cd:1500::
2602:cd:1800::
2602:cd:1a00::
2602:cd:2d00::
2602:cd:3900::
2602:cd:3e00::
2602:cd:4300::
2602:cd:4500::
2602:cd:4900::
2602:cd:4c00::
2602:cd:6100::
2602:cd:6600::
2602:cd:6900::
2602:cd:8600::
2602:cd:a300::
2602:cd:b300::
2602:cd:db00::
2602:cd:e600::
2602:cd:f100::

2602:cd:f300::
2602:cd:f800::
2602:ce:1000::
2602:ce:1400::
2602:ce:2600::
2602:ce:2e00::
2602:ce:3a00::
2602:ce:4f00::
2602:ce:5300::
2602:ce:5900::
2602:ce:6200::
2602:ce:6a00::
2602:ce:7500::
2602:ce:7f00::
2602:ce:8600::
2602:ce:9200::
2602:ce:9900::
2602:ce:b400::
2602:ce:ba00::
2602:ce:ca00::
2602:ce:d400::
2602:ce:d900::
2602:ce:e500::
2602:ce:f100::
2602:ce:f800::
2602:ce:fb00::
2602:cf:800::
2602:cf:2800::
2602:cf:3900::
2602:cf:3f00::
2602:cf:4c00::
2602:cf:5900::
2602:cf:5e00::
2602:cf:7000::
2602:cf:7400::
2602:cf:7c00::
2602:cf:8700::

2602:cf:9900::
2602:cf:a100::
2602:cf:a800::
2602:cf:ac00::
2602:cf:b100::
2602:cf:bf00::
2602:cf:ca00::
2602:cf:d500::
2602:d0:1100::
2602:d0:1700::
2602:d0:1b00::
2602:d0:1d00::
2602:d0:2b00::
2602:d0:7100::
2602:d0:7600::
2602:d0:7d00::
2602:d0:8700::
2602:d0:8e00::
2602:d0:a000::
2602:d0:b000::
2602:d0:ba00::
2602:d0:c400::
2602:d0:c600::
2602:d0:db00::
2602:d0:de00::
2602:d1:b00::
2602:d1:1200::
2602:d1:5d00::
2602:d1:6d00::
2602:d1:7000::
2602:d1:7e00::
2602:d1:8200::
2602:d1:8600::
2602:d1:8900::
2602:d1:a300::
2602:d1:af00::
2602:d1:b100::

2602:d1:c800::
2602:d1:d700::
2602:d1:d900::
2602:d1:db00::
2602:d1:e200::
2602:d1:e900::
2602:d2::
2602:d2:800::
2602:d2:1700::
2602:d2:8200::
2602:d2:a200::
2602:d2:a900::
2602:d2:bc00::
2602:d2:ca00::
2602:d2:cf00::
2602:d2:dc00::
2602:d2:df00::
2602:d2:e800::
2602:d2:ff00::
2602:d3:1800::
2602:d3:1c00::
2602:d3:2300::
2602:d3:3500::
2602:d3:3900::
2602:d3:4500::
2602:d3:4c00::
2602:d3:4e00::
2602:d3:5000::
2602:d3:5d00::
2602:d4:500::
2602:d4:a00::
2602:d4:2900::
2602:d4:2d00::
2602:d4:2f00::
2602:d4:3d00::
2602:d4:5000::
2602:d4:5200::

2602:d4:5700::
2602:d4:6200::
2602:d4:7400::
2602:d4:7600::
2602:d4:7900::
2602:d4:7c00::
2602:d4:7f00::
2602:d4:9100::
2602:d4:9400::
2602:d4:cc00::
2602:d4:d200::
2602:d4:d400::
2602:d5:2100::
2602:d5:2800::
2602:d5:2c00::
2602:d5:3c00::
2602:d5:4100::
2602:d5:4f00::
2602:d6:300::
2602:d6:800::
2602:d6:1700::
2602:d6:1900::
2602:d6:2700::
2602:d6:3000::
2602:d6:3600::
2602:d6:4000::
2602:d6:4200::
2602:d6:4400::
2602:d6:5300::
2602:d6:5e00::
2602:d6:6700::
2602:d6:6c00::
2602:d6:6f00::
2602:d6:7300::
2602:d6:8300::
2602:d6:9300::
2602:d6:9f00::

2602:d6:a300::
2602:d6:b500::
2602:d6:b900::
2602:d6:c400::
2602:d6:d400::
2602:d6:da00::
2602:d7::
2602:d7:a00::
2602:d7:6500::
2602:d7:8c00::
2602:d7:9700::
2602:d7:ad00::
2602:d7:b200::
2602:d7:c900::
2602:d7:cc00::
2602:d7:ee00::
2602:d8:1000::
2602:d8:1a00::
2602:d8:2b00::
2602:d8:3b00::
2602:d8:3d00::
2602:d9:b00::
2602:d9:e00::
2602:d9:2400::
2602:d9:3d00::
2602:d9:4300::
2602:d9:4900::
2602:d9:4f00::
2602:d9:5200::
2602:d9:5a00::
2602:d9:5d00::
2602:d9:6200::
2602:d9:7100::
2602:d9:7400::
2602:d9:8100::
2602:d9:8700::
2602:d9:8900::

2602:d9:a700::
2602:d9:c400::
2602:d9:d500::
2602:d9:e300::
2602:d9:e500::
2602:d9:ec00::
2602:d9:f600::
2602:d9:fb00::
2602:da:400::
2602:da:800::
2602:da:1a00::
2602:da:2000::
2602:da:2800::
2602:da:3c00::
2602:da:4600::
2602:da:4c00::
2602:da:5100::
2602:da:5d00::
2602:da:6c00::
2602:da:7200::
2602:da:8000::
2602:da:8500::
2602:da:8700::
2602:da:8a00::
2602:da:9000::
2602:da:a000::
2602:da:a800::
2602:da:b200::
2602:da:c400::
2602:da:ca00::
2602:da:de00::
2602:da:e700::
2602:db:1200::
2602:db:3a00::
2602:db:4200::
2602:db:4e00::
2602:db:8300::

2602:db:ac00::
2602:db:bb00::
2602:db:cb00::
2602:db:db00::
2602:db:de00::
2602:db:e900::
2602:db:ef00::
2602:dc::
2602:dc:1400::
2602:dc:2200::
2602:dc:2700::
2602:dc:2900::
2602:dc:2b00::
2602:dc:2d00::
2602:dc:3300::
2602:dc:3b00::
2602:dc:4900::
2602:dc:5100::
2602:dc:5a00::
2602:dc:7500::
2602:dc:7800::
2602:dc:8800::
2602:dc:9200::
2602:dc:c400::
2602:dc:e300::
2602:dd:c00::
2602:dd:3700::
2602:dd:4600::
2602:dd:5200::
2602:dd:5900::
2602:dd:5e00::
2602:dd:7000::
2602:dd:7400::
2602:dd:8800::
2602:dd:9d00::
2602:dd:9f00::
2602:dd:ac00::

2602:dd:b400::
2602:dd:b700::
2602:dd:c200::
2602:dd:ca00::
2602:dd:d400::
2602:dd:d900::
2602:dd:dd00::
2602:dd:e300::
2602:dd:f600::
2602:de:2000::
2602:de:2600::
2602:de:3900::
2602:de:6600::
2602:de:6900::
2602:de:7300::
2602:de:8c00::
2602:de:ce00::
2602:de:e300::
2602:de:e700::
2602:de:ed00::
2602:de:fd00::
2602:de:ff00::
2602:df:1400::
2602:df:2e00::
2602:df:3800::
2602:df:4700::
2602:df:5a00::
2602:df:6c00::
2602:df:7200::
2602:df:8000::
2602:df:8200::
2602:df:8c00::
2602:df:e300::
2602:df:fd00::
2602:e0:1d00::
2602:e0:2500::
2602:e0:2a00::

2602:e0:3600::
2602:e0:3800::
2602:e0:3b00::
2602:e0:3d00::
2602:e0:4000::
2602:e0:4400::
2602:e0:4900::
2602:e0:4d00::
2602:e0:5400::
2602:e0:5600::
2602:e0:5a00::
2602:e0:6500::
2602:e0:7700::
2602:e0:7900::
2602:e0:8c00::
2602:e0:9000::
2602:e0:9200::
2602:e0:a400::
2602:e0:b800::
2602:e0:bb00::
2602:e0:fd00::
2602:e1:1f00::
2602:e1:2500::
2602:e1:2e00::
2602:e1:3600::
2602:e1:4200::
2602:e1:4600::
2602:e1:4900::
2602:e1:4b00::
2602:e1:5400::
2602:e1:5b00::
2602:e1:6900::
2602:e1:6e00::
2602:e1:7b00::
2602:e1:8200::
2602:e1:8700::
2602:e1:8f00::

2602:e1:9200::
2602:e1:9500::
2602:e1:9700::
2602:e1:9b00::
2602:e1:ad00::
2602:e1:b000::
2602:e1:b900::
2602:e2:800::
2602:e2:b00::
2602:e2:d00::
2602:e2:5100::
2602:e2:5f00::
2602:e2:7600::
2602:e2:7800::
2602:e2:7b00::
2602:e2:8100::
2602:e2:8900::
2602:e2:8c00::
2602:e2:9300::
2602:e2:9d00::
2602:e2:c200::
2602:e2:cf00::
2602:e2:e800::
2602:e2:ec00::
2602:e2:f800::
2602:e2:fb00::
2602:e3:200::
2602:e3:400::
2602:e3:1000::
2602:e3:1a00::
2602:e3:1f00::
2602:e3:3500::
2602:e3:4400::
2602:e3:5600::
2602:e3:5b00::
2602:e3:5d00::
2602:e3:6300::

2602:e3:8d00::
2602:e3:9900::
2602:e3:a500::
2602:e3:ab00::
2602:e3:b200::
2602:e3:b900::
2602:e3:bf00::
2602:e3:c700::
2602:e3:d400::
2602:e3:e900::
2602:e3:f100::
2602:e3:fe00::
2602:e4:1e00::
2602:e4:2d00::
2602:e4:3100::
2602:e4:3600::
2602:e4:6e00::
2602:e4:9100::
2602:e4:a000::
2602:e4:b000::
2602:e4:bd00::
2602:e4:bf00::
2602:e4:c200::
2602:e4:c400::
2602:e4:cb00::
2602:e4:cf00::
2602:e4:de00::
2602:e4:e900::
2602:e4:ed00::
2602:e4:f300::
2602:e4:f700::
2602:e4:fa00::
2602:e5:f00::
2602:e5:1400::
2602:e5:b200::
2602:e5:ec00::
2602:e5:f600::

2602:e5:fa00::
2602:e6:800::
2602:e6:1200::
2602:e6:1400::
2602:e6:1700::
2602:e6:1b00::
2602:e6:1e00::
2602:e6:2a00::
2602:e6:2c00::
2602:e6:2f00::
2602:e6:3700::
2602:e6:5b00::
2602:e6:6000::
2602:e6:6600::
2602:e7:3f00::
2602:e7:4400::
2602:e7:4b00::
2602:e7:5f00::
2602:e7:8300::
2602:e7:8c00::
2602:e7:9500::
2602:e7:9b00::
2602:e7:9d00::
2602:e7:a000::
2602:e7:ad00::
2602:e7:c300::
2602:e7:c800::
2602:e7:e000::
2602:e7:e500::
2602:e7:ea00::
2602:e7:f500::
2602:e7:ff00::
2602:e8:f00::
2602:e8:1a00::
2602:e8:2b00::
2602:e8:3000::
2602:e8:3300::

2602:e8:5a00::
2602:e8:d600::
2602:e8:ee00::
2602:e9:400::
2602:e9:800::
2602:e9:3800::
2602:e9:3f00::
2602:e9:4200::
2602:e9:5500::
2602:e9:5700::
2602:e9:6600::
2602:e9:6900::
2602:e9:8300::
2602:e9:8800::
2602:e9:9a00::
2602:e9:a500::
2602:e9:a800::
2602:e9:aa00::
2602:e9:ae00::
2602:e9:c500::
2602:e9:cd00::
2602:e9:d300::
2602:e9:e400::
2602:ea:800::
2602:ea:1300::
2602:ea:2600::
2602:ea:4500::
2602:ea:4700::
2602:ea:5100::
2602:ea:6300::
2602:ea:6800::
2602:ea:6b00::
2602:ea:7000::
2602:ea:7200::
2602:ea:7700::
2602:ea:7900::
2602:ea:7d00::

2602:ea:8100::
2602:ea:8500::
2602:ea:8700::
2602:ea:8a00::
2602:ea:9a00::
2602:ea:9d00::
2602:ea:a200::
2602:ea:ad00::
2602:ea:b600::
2602:ea:bf00::
2602:ea:c400::
2602:ea:c800::
2602:ea:d400::
2602:ea:d800::
2602:ea:de00::
2602:ea:e100::
2602:ea:e400::
2602:ea:e900::
2602:eb::
2602:eb:700::
2602:eb:4400::
2602:eb:4d00::
2602:eb:5300::
2602:eb:5900::
2602:eb:5d00::
2602:eb:8000::
2602:eb:8400::
2602:eb:8b00::
2602:eb:8f00::
2602:eb:9300::
2602:eb:a400::
2602:eb:ad00::
2602:eb:bf00::
2602:eb:c300::
2602:eb:d200::
2602:eb:df00::
2602:eb:ef00::

2602:ec:2f00::
2602:ec:3300::
2602:ec:3f00::
2602:ec:4100::
2602:ec:4400::
2602:ec:4d00::
2602:ec:4f00::
2602:ec:6800::
2602:ec:7800::
2602:ec:7b00::
2602:ec:7e00::
2602:ec:8800::
2602:ec:9300::
2602:ec:9c00::
2602:ec:a300::
2602:ec:a600::
2602:ec:aa00::
2602:ec:ac00::
2602:ec:b600::
2602:ec:be00::
2602:ec:cd00::
2602:ec:e000::
2602:ed:700::
2602:ed:900::
2602:ed:4100::
2602:ed:8700::
2602:ed:a100::
2602:ed:b900::
2602:ed:cd00::
2602:ed:df00::
2602:ed:e500::
2602:ed:f200::
2602:ee:300::
2602:ee:3600::
2602:ee:4300::
2602:ee:d700::
2602:ee:e300::

2602:ef:800::
2602:ef:b00::
2602:ef:1700::
2602:ef:1b00::
2602:ef:2b00::
2602:ef:4d00::
2602:ef:5000::
2602:ef:5600::
2602:ef:5e00::
2602:ef:6c00::
2602:ef:7100::
2602:ef:7800::
2602:ef:8000::
2602:ef:8300::
2602:ef:8900::
2602:ef:9a00::
2602:ef:a400::
2602:ef:aa00::
2602:ef:c100::
2602:ef:c700::
2602:ef:d100::
2602:f0:4500::
2602:f0:5e00::
2602:f0:6900::
2602:f0:6e00::
2602:f0:8d00::
2602:f0:9800::
2602:f0:9d00::
2602:f1:2c00::
2602:f1:3b00::
2602:f1:4100::
2602:f1:4400::
2602:f1:4600::
2602:f1:4a00::
2602:f1:5400::
2602:f1:6300::
2602:f1:8700::

2602:f1:9000::
2602:f1:9500::
2602:f1:d000::
2602:f1:d800::
2602:f1:dc00::
2602:f1:eb00::
2602:f2:2b00::
2602:f2:a900::
2602:f2:ac00::
2602:f2:bc00::
2602:f2:c900::
2602:f2:d400::
2602:f2:db00::
2602:f2:ed00::
2602:f3:2100::
2602:f3:2d00::
2602:f3:4900::
2602:f3:5000::
2602:f3:5200::
2602:f3:5600::
2602:f3:5a00::
2602:f3:a400::
2602:f3:ab00::
2602:f3:b000::
2602:f3:b500::
2602:f3:bf00::
2602:f3:c100::
2602:f3:c300::
2602:f3:cc00::
2602:f3:d100::
2602:f3:d500::
2602:f3:d800::
2602:f3:dd00::
2602:f3:ed00::
2602:f3:f200::
2602:f3:f800::
2602:f4::

2602:f4:500::
2602:f4:b00::
2602:f4:1d00::
2602:f4:1f00::
2602:f4:2900::
2602:f4:3f00::
2602:f4:4300::
2602:f4:4b00::
2602:f4:5300::
2602:f4:6100::
2602:f4:6300::
2602:f4:6b00::
2602:f4:8300::
2602:f4:b900::
2602:f4:fa00::
2602:f5:700::
2602:f5:2000::
2602:f5:2c00::
2602:f5:3700::
2602:f5:4900::
2602:f5:4d00::
2602:f5:5e00::
2602:f5:6e00::
2602:f5:7b00::
2602:f5:8200::
2602:f5:8b00::
2602:f5:8f00::
2602:f5:9100::
2602:f5:9500::
2602:f5:9b00::
2602:f5:a000::
2602:f5:be00::
2602:f5:c800::
2602:f5:e900::
2602:f6:500::
2602:f6:d00::
2602:f6:3800::

2602:f6:4100::
2602:f6:4600::
2602:f6:4d00::
2602:f6:5400::
2602:f6:6200::
2602:f6:8100::
2602:f6:8500::
2602:f6:8f00::
2602:f6:9f00::
2602:f6:a800::
2602:f6:af00::
2602:f6:b300::
2602:f6:b600::
2602:f6:c900::
2602:f6:cb00::
2602:f6:d700::
2602:f6:db00::
2602:f6:de00::
2602:f7::
2602:f7:600::
2602:f7:4a00::
2602:f7:5800::
2602:f7:6d00::
2602:f7:7300::
2602:f7:7d00::
2602:107:4831::
2602:107:7100::
2602:107:e700::
2602:107:e702::
2602:107:e790::
2602:107:e7e0::
2602:2a9:d0::
2602:2af:0:5::
2602:2af:101::
2602:2c1::
2602:2c1:2::
2602:2c1:20::

2602:2c1:390::
2602:2de::
2602:2ed::
2602:302:da0b:4000::
2602:306:1b4::
2602:801:2000::
2602:802:e000::
2602:803:1000::
2602:807:5000::
2602:807:7000::
2602:80c:3000::
2602:80c:8000::
2602:80d:100a::
2602:80f:5000::
2602:80f:b000::
2602:810:5000::
2602:810:5008::
2602:812:5000::
2602:816:1000::
2602:817:1002::
2602:817:7000::
2602:819:9000::
2602:81b:5000::
2602:81b:6002::
2602:81e:2::
2602:81e:4000::
2602:f2fa::
2602:f320::
2602:f322::
2602:f323::
2602:f334::
2602:f373::
2602:f379::
2602:f3a9::
2602:f3cd::
2602:f3cf::
2602:f408::

2602:f423::
2602:f453::
2602:f467::
2602:f478::
2602:f48e::
2602:f4a8:1::
2602:f4a8:36::
2602:f4a8:3a::
2602:f4a8:905::
2602:f4a8:99a::
2602:f4dc::
2602:f4e4::
2602:f4f4::
2602:f525:17::
2602:f525:21::
2602:f527::
2602:f52d::
2602:f534::
2602:f54c::
2602:f5bb::
2602:f5c1:1::
2602:f5c1:a::
2602:f5c1:14::
2602:f5c1:1a::
2602:f5c1:1c::
2602:f5c1:22::
2602:f5c1:24::
2602:f5c1:30::
2602:f5c1:34::
2602:f5c1:3b::
2602:f5c1:3f::
2602:f5c1:50::
2602:f5ca::
2602:f5ca:10::
2602:f5e3::
2602:f5e5::
2602:f654::

2602:f655::
2602:f655:c0::
2602:f69b::
2602:f6cc::
2602:f6d7::
2602:f722::
2602:f746::
2602:f756:8::
2602:f759::
2602:f75c::
2602:f779::
2602:f789::
2602:f7aa:100::
2602:f7b5:1::
2602:f7eb::
2602:f7ed::
2602:f7f5::
2602:f7f8:6::
2602:f7f8:a::
2602:f7fc::
2602:f805:11b::
2602:f805:123::
2602:f805:12b::
2602:f805:138::
2602:f805:14b::
2602:f808::
2602:f80d::
2602:f82e::
2602:f83f::
2602:f868::
2602:f880::
2602:f899::
2602:f899:fe::
2602:f8b3::
2602:f910::
2602:f926::
2602:f93d:b6::

2602:f978::
2602:f9a0::
2602:f9a1::
2602:f9b8::
2602:f9d0::
2602:f9d0:800::
2602:f9e0::
2602:f9f3:1000::
2602:f9f3:4000::
2602:fa02:1d::
2602:fa02:42::
2602:fa02:67::
2602:fa02:8c::
2602:fa02:b1::
2602:fa02:d6::
2602:fa02:fb::
2602:fa02:109::
2602:fa02:11a::
2602:fa02:1a0::
2602:fa02:1b1::
2602:fa02:237::
2602:fa02:248::
2602:fa02:2ce::
2602:fa02:2df::
2602:fa02:365::
2602:fa02:376::
2602:fa02:3fc::
2602:fa07::
2602:fa0e::
2602:fa1b::
2602:fa1d:800::
2602:fa1d:f00::
2602:fa3c:6::
2602:fa3c:12::
2602:fa43:28::
2602:fa58::
2602:fa59:4::

2602:fa60::
2602:fa6c::
2602:fa81::
2602:fa87:1::
2602:fa87:8::
2602:fa8a:2::
2602:fa91:10::
2602:faa4::
2602:faa8:90::
2602:faa9:ffff::
2602:fab0:2a::
2602:fab3::
2602:fac9::
2602:fad4:5::
2602:fad4:e::
2602:fadd::
2602:fafd:fb2::
2602:fafd:fe0::
2602:fb00::
2602:fb00:da::
2602:fb00:e2::
2602:fb00:e9::
2602:fb00:ee::
2602:fb0e::
2602:fb15::
2602:fb1a::
2602:fb1d::
2602:fb34::
2602:fb3f:2::
2602:fb54:1600::
2602:fb5a::
2602:fb5a:20::
2602:fb5e::
2602:fb83::
2602:fb8c::
2602:fbaf:22d::
2602:fbaf:810::

2602:fbaf:835::
2602:fbb2::
2602:fbc0:1::
2602:fbd9:2::
2602:fbd9:110::
2602:fbe0::
2602:fbe6::
2602:fbf7::
2602:fbfe::
2602:fc12::
2602:fc16:3::
2602:fc19:101::
2602:fc24:21::
2602:fc2a::
2602:fc2a:2::
2602:fc2a:7::
2602:fc2d::
2602:fc48::
2602:fc4b::
2602:fc67::
2602:fc6f::
2602:fc83::
2602:fc8c::
2602:fc8e::
2602:fca6::
2602:fcc0::
2602:fcc0:1114::
2602:fcc0:2224::
2602:fcc0:3335::
2602:fcc0:4446::
2602:fcc0:5557::
2602:fcc0:6667::
2602:fcc0:7778::
2602:fd06::
2602:fd14::
2602:fd2e::
2602:fd3c::

2602:fdb9::
2602:fdec::
2602:fded::
2602:fdf2::
2602:fdfd::
2602:fe12:7::
2602:fe12:20::
2602:fe12:22::
2602:fe3b::
2602:fe3e::
2602:fe41::
2602:fe54:2000::
2602:fe59::
2602:fe66::
2602:fe78::
2602:fe7e::
2602:fe80::
2602:fe82::
2602:fe8a::
2602:feb7::
2602:fecc::
2602:fed2:7050::
2602:fed2:7084::
2602:fed2:7188::
2602:fed9:200::
2602:fef4:400::
2602:fef4:500::
2602:feff::
2602:ff01::
2602:ff09::
2602:ff0e::
2602:ff16:17::
2602:ff34::
2602:ff3f::
2602:ff43::
2602:ff50::
2602:ff60:100::

2602:ff62:2::
2602:ff6b::
2602:ff86::
2602:ff86:3::
2602:ff91::
2602:ff96::
2602:ff96:4::
2602:ff96:9::
2602:ff96:11::
2602:ff96:14::
2602:ffa7::
2602:ffa9:72::
2602:ffa9:d30::
2602:ffa9:f13::
2602:ffa9:f23::
2602:ffbf::
2602:ffc5::
2602:ffc5:1f::
2602:ffc5:21::
2602:ffc5:80::
2602:ffc5:107::
2602:ffc5:10d::
2602:ffc5:140::
2602:ffc5:156::
2602:ffc5:15c::
2602:ffc5:161::
2602:ffc5:165::
2602:ffc5:16c::
2602:ffc5:172::
2602:ffc5:184::
2602:ffc5:191::
2602:ffc5:204::
2602:ffc5:301::
2602:ffc5:700::
2602:ffc5:ce0::
2602:ffc5:d20::
2602:ffc8:5::

2602:ffc8:3d40::
2602:ffd1:6::
2602:fff6::
2602:fff6:e::
2602:fff9::
2602:fff9:f00:1::
2603:4:1016::
2603:4:1019::
2603:2340::
2603:24c0::
2603:2580::
2603:26c0::
2603:26c1:4040::
2603:26c1:40c0::
2603:26c1:4180::
2603:26c1:4260::
2603:26c1:43a0::
2603:26c1:43e0::
2603:26c1:44c0::
2603:26c1:4a00::
2603:26c1:4be0::
2603:26c1:4cc0::
2603:26c1:4fc0::
2603:26c1:5240::
2603:26c1:5aa0::
2603:26c1:5d40::
2603:26c1:6100::
2603:26c1:6200::
2603:26c1:62a0::
2603:26c1:6340::
2603:26c1:65a0::
2603:26c1:6660::
2603:26c1:6760::
2603:26c1:68a0::
2603:26c1:6ae0::
2603:26c1:6fc0::
2603:26c1:7120::

2603:26c1:7480::
2603:26c1:7ca0::
2603:26c1:7e20::
2603:26c2:4100::
2603:26c2:44c0::
2603:26c2:4940::
2603:26c2:4a20::
2603:26c2:4ec0::
2603:26c2:5720::
2603:26c2:5800::
2603:26c2:5be0::
2603:26c2:5de0::
2603:26c2:68c0::
2603:26c2:72e0::
2603:26c2:79e0::
2603:26c2:7e00::
2603:26c2:7f80::
2603:26c2:82a0::
2603:26c2:8480::
2603:26c2:84c0::
2603:26c2:8520::
2603:26c2:8b00::
2603:26c2:8c60::
2603:26c2:9380::
2603:26c2:9cc0::
2603:26c2:9dc0::
2603:26c2:9f00::
2603:26c2:a060::
2603:26c2:a5c0::
2603:26c2:aa40::
2603:26c2:abe0::
2603:26c2:ae60::
2603:26c2:b100::
2603:26c2:b540::
2603:26c2:b700::
2603:26c2:b800::
2603:26c2:bca0::

2603:26c5:100::
2603:26c5:140::
2603:26c5:400::
2603:26c5:700::
2603:26c5:ba0::
2603:26c5:1760::
2603:26c5:1a80::
2603:26c5:1c80::
2603:26c5:1d40::
2603:26c5:1da0::
2603:26c5:1f80::
2603:26c5:2700::
2603:26c5:27e0::
2603:26c5:2920::
2603:26c5:2a20::
2603:26c5:2b00::
2603:26c5:2b40::
2603:26c5:2cc0::
2603:26c5:2ec0::
2603:26c5:2f80::
2603:26c5:3340::
2603:26c5:3700::
2603:26c5:3a80::
2603:26c5:3b60::
2603:26c5:3e40::
2603:26c5:8180::
2603:26c5:8420::
2603:26c5:87c0::
2603:26c5:8a60::
2603:26c5:8ea0::
2603:26c5:9080::
2603:26c5:9220::
2603:26c5:92e0::
2603:26c5:93a0::
2603:26c5:95e0::
2603:26c5:9700::
2603:26c5:9f00::

2603:26c5:a480::
2603:26c5:b6e0::
2603:26c5:c7a0::
2603:26c5:cd80::
2603:26c5:d560::
2603:26c5:d620::
2603:26c5:d6e0::
2603:26c5:d9e0::
2603:26c5:e2e0::
2603:26c5:e980::
2603:26c5:f1a0::
2603:26c5:fac0::
2603:26c5:fc60::
2603:26c5:fcc0::
2603:26c5:fe20::
2603:26c5:ff20::
2603:26c6:7c0::
2603:26c6:c20::
2603:26c6:d20::
2603:26c6:16e0::
2603:26c6:1a80::
2603:26c6:1dc0::
2603:26c6:1e40::
2603:26c6:2dc0::
2603:26c6:2fe0::
2603:26c6:3680::
2603:26c6:42e0::
2603:26c6:4340::
2603:26c6:45a0::
2603:26c6:48a0::
2603:26c6:4a60::
2603:26c6:4ca0::
2603:26c6:50e0::
2603:26c6:5120::
2603:26c6:5160::
2603:26c6:55e0::
2603:26c6:5c40::

2603:26c6:63e0::
2603:26c6:6640::
2603:26c6:67e0::
2603:26c6:6940::
2603:26c6:6b00::
2603:26c6:7280::
2603:26c6:7460::
2603:26c6:75a0::
2603:26c6:7640::
2603:26c6:78a0::
2603:26c6:7900::
2603:26c6:7b80::
2603:26c6:8060::
2603:26c6:87c0::
2603:26c6:88c0::
2603:26c6:8a80::
2603:26c6:8bc0::
2603:26c6:8d00::
2603:26c6:9060::
2603:26c6:90a0::
2603:26c6:9340::
2603:26c6:9620::
2603:26c6:97e0::
2603:26c6:9c00::
2603:26c6:9d40::
2603:26c6:a100::
2603:26c6:a160::
2603:26c6:a460::
2603:26c6:a7e0::
2603:26c6:a860::
2603:26c6:a9e0::
2603:26c6:b280::
2603:26c6:b540::
2603:26c6:b600::
2603:26c6:b8c0::
2603:26c6:b960::
2603:26c6:bb60::

2603:26c6:c360::
2603:26c6:d160::
2603:26c6:d1e0::
2603:26c6:d800::
2603:26c6:d940::
2603:26c6:dc40::
2603:26c6:dfe0::
2603:26c6:eda0::
2603:26c6:f0a0::
2603:26c6:f420::
2603:26c6:f680::
2603:26c6:f700::
2603:26c6:faa0::
2603:26c6:fd40::
2603:26c6:fdc0::
2603:26c6:ffa0::
2603:26c7:80::
2603:26c7:2e0::
2603:26c7:460::
2603:26c7:5c0::
2603:26c7:7a0::
2603:26c7:a40::
2603:26c7:d80::
2603:26c7:1280::
2603:26c7:1960::
2603:26c7:19a0::
2603:26c7:1a60::
2603:26c7:1ea0::
2603:26c7:1f80::
2603:26c7:2380::
2603:26c7:26a0::
2603:26c7:2960::
2603:26c7:2a00::
2603:26c7:2b00::
2603:26c7:2d80::
2603:26c7:2fc0::
2603:26c7:3040::

2603:26c7:31a0::
2603:26c7:3240::
2603:26c7:3420::
2603:26c7:34c0::
2603:26c7:3660::
2603:26c7:36e0::
2603:26c7:37e0::
2603:26c7:3a20::
2603:26c7:3de0::
2603:26c7:3e20::
2603:26c7:3e60::
2603:26c7:44e0::
2603:26c7:5040::
2603:26c7:5400::
2603:26c7:5540::
2603:26c7:5660::
2603:26c7:5f40::
2603:26c7:6560::
2603:26c7:6e40::
2603:26c7:7240::
2603:26c7:7400::
2603:26c7:7560::
2603:26c7:7760::
2603:26c7:78c0::
2603:26c7:7980::
2603:26c7:8460::
2603:26c7:8700::
2603:26c7:87e0::
2603:26c7:8a00::
2603:26c7:8f00::
2603:26c7:9300::
2603:26c7:9860::
2603:26c7:a0e0::
2603:26c7:a320::
2603:26c7:a4a0::
2603:26c7:a700::
2603:26c7:ad40::

2603:26c7:af80::
2603:26c7:b640::
2603:26c7:b780::
2603:26c7:ba80::
2603:26c7:c540::
2603:26c7:c820::
2603:26c7:cbc0::
2603:26c7:cd60::
2603:26c7:d0e0::
2603:26c7:d580::
2603:26c7:d6a0::
2603:26c7:d800::
2603:26c7:dd20::
2603:26c7:de20::
2603:26c7:dea0::
2603:26c7:e9c0::
2603:26c7:f200::
2603:26c7:f360::
2603:26c7:f400::
2603:26c7:f520::
2603:26c7:f740::
2603:26c7:f860::
2603:26c7:fa00::
2603:26c7:fa60::
2603:26c8:1c0::
2603:26c8:bc0::
2603:26c8:c20::
2603:26c8:c80::
2603:26c8:de0::
2603:26c8:1180::
2603:26c8:1200::
2603:26c8:1720::
2603:26c8:1a20::
2603:26c8:22a0::
2603:26c8:2480::
2603:26c8:2600::
2603:26c8:26e0::

2603:26c8:2b80::
2603:26c8:2dc0::
2603:26c8:2e20::
2603:26c8:2ec0::
2603:26c8:2f00::
2603:26c8:2f40::
2603:26c8:30a0::
2603:26c8:3240::
2603:26c8:3280::
2603:26c8:3320::
2603:26c8:33a0::
2603:26c8:3920::
2603:26c8:3ec0::
2603:26c8:3fa0::
2603:26c8:4020::
2603:26c8:4400::
2603:26c8:46a0::
2603:26c8:4ba0::
2603:26c8:4ca0::
2603:26c8:4e20::
2603:26c8:5900::
2603:26c8:5b00::
2603:26c8:5ca0::
2603:26c8:5d20::
2603:26c8:61a0::
2603:26c8:66e0::
2603:26c8:67c0::
2603:26c8:68a0::
2603:26c8:69a0::
2603:26c8:6b80::
2603:26c8:6be0::
2603:26c8:6ea0::
2603:26c8:7400::
2603:26c8:75a0::
2603:26c8:7620::
2603:26c8:7760::
2603:26c8:7840::

2603:26c8:7d40::
2603:26c8:8160::
2603:26c8:8460::
2603:26c8:8620::
2603:26c8:8a60::
2603:26c8:8ba0::
2603:26c8:8be0::
2603:26c8:8c80::
2603:26c8:8cc0::
2603:26c8:8e00::
2603:26c8:9080::
2603:26c8:9780::
2603:26c8:9a40::
2603:26c8:9f40::
2603:26c8:a3c0::
2603:26c8:a4c0::
2603:26c8:a7a0::
2603:26c8:aa60::
2603:26c8:af40::
2603:26c8:b4a0::
2603:26c8:b8c0::
2603:26c8:c240::
2603:26c8:c3e0::
2603:26c8:c700::
2603:26c8:c7c0::
2603:26c8:ca20::
2603:26c8:d300::
2603:26c8:d3c0::
2603:26c8:d620::
2603:26c8:d800::
2603:26c8:e0c0::
2603:26c8:e120::
2603:26c8:e1c0::
2603:26c8:e280::
2603:26c8:e7a0::
2603:26c8:ec20::
2603:26c8:ee20::

2603:26c8:f1e0::
2603:26c8:f220::
2603:26c8:f940::
2603:26c8:fc00::
2603:26c9:220::
2603:26c9:620::
2603:26c9:8a0::
2603:26c9:9a0::
2603:26c9:b40::
2603:26c9:d00::
2603:26c9:fc0::
2603:26c9:1960::
2603:26c9:1ac0::
2603:26c9:1bc0::
2603:26c9:1ca0::
2603:26c9:1da0::
2603:26c9:1ec0::
2603:26c9:2040::
2603:26c9:22e0::
2603:26c9:2420::
2603:26c9:2f80::
2603:26c9:3080::
2603:26c9:30c0::
2603:26c9:3800::
2603:26c9:3880::
2603:26c9:3be0::
2603:26c9:4200::
2603:26c9:47e0::
2603:26c9:4ba0::
2603:26c9:4e40::
2603:26c9:50e0::
2603:26c9:5340::
2603:26c9:5380::
2603:26c9:5800::
2603:26c9:5900::
2603:26c9:5aa0::
2603:26c9:5b60::

2603:26c9:5bc0::
2603:26c9:5e60::
2603:26c9:61a0::
2603:26c9:6340::
2603:26c9:6380::
2603:26c9:6420::
2603:26c9:68c0::
2603:26c9:6d20::
2603:26c9:7060::
2603:26c9:7520::
2603:26c9:7560::
2603:26c9:76e0::
2603:26c9:77c0::
2603:26c9:7a20::
2603:26c9:7d00::
2603:26c9:7fe0::
2603:26c9:82a0::
2603:26c9:87c0::
2603:26c9:8ae0::
2603:26c9:8b40::
2603:26c9:8d60::
2603:26c9:9660::
2603:26c9:97a0::
2603:26c9:9a20::
2603:26c9:9c60::
2603:26c9:a120::
2603:26c9:a5a0::
2603:26c9:a7e0::
2603:26c9:ada0::
2603:26c9:af60::
2603:26c9:b0a0::
2603:26c9:b4c0::
2603:26c9:b6e0::
2603:26c9:bbe0::
2603:26c9:bfe0::
2603:26c9:c080::
2603:26c9:c3e0::

2603:26c9:c7c0::
2603:26c9:cd00::
2603:26c9:d480::
2603:26c9:d660::
2603:26c9:dc00::
2603:26c9:dd80::
2603:26c9:e4e0::
2603:26c9:e840::
2603:26c9:efc0::
2603:26c9:f0c0::
2603:26c9:f1e0::
2603:26c9:f300::
2603:26c9:f9a0::
2603:26c9:fc40::
2603:26c9:ff00::
2603:26ca:140::
2603:26ca:6a0::
2603:26ca:aa0::
2603:26ca:ee0::
2603:26ca:1200::
2603:26ca:13c0::
2603:26ca:1460::
2603:26ca:1700::
2603:26ca:1c80::
2603:26ca:1f00::
2603:26ca:21e0::
2603:26ca:30c0::
2603:26ca:3460::
2603:26ca:3680::
2603:26ca:3b60::
2603:26ca:4700::
2603:26ca:4f40::
2603:26ca:5020::
2603:26ca:5520::
2603:26ca:56e0::
2603:26ca:5de0::
2603:26ca:62c0::

2603:26ca:6420::
2603:26ca:6740::
2603:26ca:69c0::
2603:26ca:6ac0::
2603:26ca:6bc0::
2603:26ca:6d40::
2603:26ca:7be0::
2603:26ca:7d20::
2603:26ca:8080::
2603:26ca:8220::
2603:26ca:8260::
2603:26ca:8660::
2603:26ca:8800::
2603:26ca:89c0::
2603:26ca:8c00::
2603:26ca:9480::
2603:26ca:9700::
2603:26ca:9960::
2603:26ca:9b60::
2603:26ca:9f20::
2603:26ca:a060::
2603:26ca:a5a0::
2603:26ca:a8e0::
2603:26ca:a920::
2603:26ca:a980::
2603:26ca:aaa0::
2603:26ca:ab20::
2603:26ca:b960::
2603:26ca:ba80::
2603:26ca:c2e0::
2603:26ca:c780::
2603:26ca:ca60::
2603:26ca:cb40::
2603:26ca:d020::
2603:26ca:d2e0::
2603:26ca:d780::
2603:26ca:dfa0::

2603:26ca:e0e0::
2603:26ca:e620::
2603:26ca:e960::
2603:26ca:eac0::
2603:26ca:eba0::
2603:26ca:ecc0::
2603:26ca:ed60::
2603:26ca:ee60::
2603:26ca:f5c0::
2603:26cb:5c0::
2603:26cb:900::
2603:26cb:b60::
2603:26cb:1620::
2603:26cb:1700::
2603:26cb:19a0::
2603:26cb:1a00::
2603:26cb:1b60::
2603:26cb:1c20::
2603:26cb:2080::
2603:26cb:2680::
2603:26cb:2960::
2603:26cb:29a0::
2603:26cb:2b80::
2603:26cb:2ca0::
2603:26cb:30a0::
2603:26cb:3560::
2603:26cb:36e0::
2603:26cb:3c40::
2603:26cb:4820::
2603:26cb:4b00::
2603:26cb:4d80::
2603:26cb:50a0::
2603:26cb:5460::
2603:26cb:59c0::
2603:26cb:5fc0::
2603:26cb:6360::
2603:26cb:6440::

2603:26cb:6bc0::
2603:26cb:6ca0::
2603:26cb:6e00::
2603:26cb:6f00::
2603:26cb:7060::
2603:26cb:72c0::
2603:26cb:7980::
2603:26cb:7aa0::
2603:26cb:7b00::
2603:26cb:7ee0::
2603:26cb:84e0::
2603:26cb:8880::
2603:26cb:8b00::
2603:26cb:8c00::
2603:26cb:9260::
2603:26cb:9340::
2603:26cb:9560::
2603:26cb:a5c0::
2603:26cb:a8a0::
2603:26cb:b0a0::
2603:26cb:b160::
2603:26cb:b600::
2603:26cb:b740::
2603:26cb:be80::
2603:26cb:bfa0::
2603:26cb:c100::
2603:26cb:c340::
2603:26cb:c420::
2603:26cb:d160::
2603:26cb:d2c0::
2603:26cb:d460::
2603:26cb:d880::
2603:26cb:d940::
2603:26cb:ddc0::
2603:26cb:e440::
2603:26cb:e840::
2603:26cb:eae0::

2603:26cb:ed00::
2603:26cb:ee40::
2603:26cb:f000::
2603:26cb:f040::
2603:26cb:f0a0::
2603:26cb:f160::
2603:26cb:f300::
2603:26cb:f540::
2603:26cb:f880::
2603:26cc:60::
2603:26cc:320::
2603:26cc:620::
2603:26cc:780::
2603:26cc:860::
2603:26cc:a00::
2603:26cc:1040::
2603:26cc:1b80::
2603:26cc:1c20::
2603:26cc:1d80::
2603:26cc:2100::
2603:26cc:2480::
2603:26cc:2700::
2603:26cc:2a00::
2603:26cc:2ca0::
2603:26cc:2fc0::
2603:26cc:32e0::
2603:26cc:3320::
2603:26cc:3400::
2603:26cc:3500::
2603:26cc:35a0::
2603:26cc:3700::
2603:26cc:37c0::
2603:26cc:3940::
2603:26cc:41c0::
2603:26cc:4d20::
2603:26cc:5080::
2603:26cc:52a0::

2603:26cc:5560::
2603:26cc:5760::
2603:26cc:5c20::
2603:26cc:6060::
2603:26cc:61c0::
2603:26cc:65c0::
2603:26cc:6960::
2603:26cc:6dc0::
2603:26cc:6fc0::
2603:26cc:7740::
2603:26cc:7f00::
2603:26cc:7f60::
2603:26cc:8220::
2603:26cc:8460::
2603:26cc:8520::
2603:26cc:8700::
2603:26cc:87c0::
2603:26cc:89a0::
2603:26cc:8a20::
2603:26cc:8a80::
2603:26cc:9260::
2603:26cc:9360::
2603:26cc:9560::
2603:26cc:96c0::
2603:26cc:9ac0::
2603:26cc:9e40::
2603:26cc:9fa0::
2603:26cc:a320::
2603:26cc:a3c0::
2603:26cc:a640::
2603:26cc:a700::
2603:26cc:aa60::
2603:26cc:ad60::
2603:26cc:b960::
2603:26cc:bb60::
2603:26cc:bba0::
2603:26cc:c2a0::

2603:26cc:c680::
2603:26cc:c7e0::
2603:26cc:d860::
2603:26cc:d9e0::
2603:26cc:db20::
2603:26cc:e020::
2603:26cc:e0a0::
2603:26cc:e600::
2603:26cc:e6c0::
2603:26cc:ebc0::
2603:26cc:ef40::
2603:26cc:f2c0::
2603:26cc:f420::
2603:26cc:f640::
2603:26cc:f7e0::
2603:26cc:f820::
2603:26cd:20::
2603:26cd:3a0::
2603:26cd:4c0::
2603:26cd:860::
2603:26cd:cc0::
2603:26cd:12c0::
2603:26cd:13a0::
2603:26cd:1ac0::
2603:26cd:1da0::
2603:26cd:1f00::
2603:26cd:1f80::
2603:26cd:2260::
2603:26cd:2420::
2603:26cd:2660::
2603:26cd:2ca0::
2603:26cd:2f40::
2603:26cd:3580::
2603:26cd:3660::
2603:26cd:37c0::
2603:26cd:3ac0::
2603:26cd:3e80::

2603:26cd:3fc0::
2603:26cd:41c0::
2603:26cd:4320::
2603:26cd:43a0::
2603:26cd:46a0::
2603:26cd:47a0::
2603:26cd:47e0::
2603:26cd:4b00::
2603:26cd:4d60::
2603:26cd:4e80::
2603:26cd:5340::
2603:26cd:5bc0::
2603:26cd:5ec0::
2603:26cd:6280::
2603:26cd:6940::
2603:26cd:6b80::
2603:26cd:6bc0::
2603:26cd:7480::
2603:26cd:7580::
2603:26cd:75e0::
2603:26cd:7780::
2603:26cd:7800::
2603:26cd:78a0::
2603:26cd:7c40::
2603:26cd:8320::
2603:26cd:8580::
2603:26cd:85c0::
2603:26cd:9300::
2603:26cd:9760::
2603:26cd:9920::
2603:26cd:9b00::
2603:26cd:9c60::
2603:26cd:9da0::
2603:26cd:a480::
2603:26cd:a7e0::
2603:26cd:ab40::
2603:26cd:b3c0::

2603:26cd:b420::
2603:26cd:c820::
2603:26cd:c880::
2603:26cd:cbc0::
2603:26cd:d1c0::
2603:26cd:d500::
2603:26cd:d880::
2603:26cd:e020::
2603:26cd:e1e0::
2603:26cd:e480::
2603:26cd:e980::
2603:26cd:ece0::
2603:26cd:f280::
2603:26cd:fa60::
2603:26cd:ff00::
2603:26ce:140::
2603:26ce:900::
2603:26ce:940::
2603:26ce:de0::
2603:26ce:f00::
2603:26ce:1020::
2603:26ce:1660::
2603:26ce:16a0::
2603:26ce:1860::
2603:26ce:1ae0::
2603:26ce:1b80::
2603:26ce:2420::
2603:26ce:25a0::
2603:26ce:2b00::
2603:26ce:2e80::
2603:26ce:3bc0::
2603:26ce:3c60::
2603:26ce:46c0::
2603:26ce:49c0::
2603:26ce:4d60::
2603:26ce:5a00::
2603:26ce:5aa0::

2603:26ce:5ce0::
2603:26ce:5f80::
2603:26ce:6280::
2603:26ce:64e0::
2603:26ce:6620::
2603:26ce:6f60::
2603:26ce:77e0::
2603:26ce:7820::
2603:26ce:79c0::
2603:26ce:8f40::
2603:26ce:92e0::
2603:26ce:95c0::
2603:26ce:9600::
2603:26ce:9800::
2603:26ce:9860::
2603:26ce:9d60::
2603:26ce:a5a0::
2603:26ce:ad00::
2603:26ce:ad60::
2603:26ce:aec0::
2603:26ce:b4c0::
2603:26ce:bba0::
2603:26ce:bc40::
2603:26ce:bd00::
2603:26ce:c640::
2603:26ce:ca80::
2603:26ce:cee0::
2603:26ce:e140::
2603:26ce:e740::
2603:26ce:e920::
2603:26ce:eae0::
2603:26ce:ec20::
2603:26ce:eda0::
2603:26ce:ee20::
2603:26ce:f140::
2603:26ce:f1a0::
2603:26ce:f640::

2603:26ce:fb20::
2603:26ce:fc00::
2603:26cf:5c0::
2603:26cf:680::
2603:26cf:720::
2603:26cf:8a0::
2603:26cf:a80::
2603:26cf:1260::
2603:26cf:1620::
2603:26cf:1920::
2603:26cf:1c60::
2603:26cf:1f40::
2603:26cf:2220::
2603:26cf:2a40::
2603:26cf:2ca0::
2603:26cf:2dc0::
2603:26cf:2e00::
2603:26cf:3240::
2603:26cf:3480::
2603:26cf:35c0::
2603:26cf:36a0::
2603:26cf:3a40::
2603:26cf:3da0::
2603:26cf:4180::
2603:26cf:4c00::
2603:26cf:50e0::
2603:26cf:5460::
2603:26cf:5660::
2603:26cf:5b00::
2603:26cf:60e0::
2603:26cf:61e0::
2603:26cf:6260::
2603:26cf:6d60::
2603:26cf:6de0::
2603:26cf:6fa0::
2603:26cf:78c0::
2603:26cf:7940::

2603:26cf:7fe0::
2603:26cf:8680::
2603:26cf:86c0::
2603:26cf:88a0::
2603:26cf:9120::
2603:26cf:91c0::
2603:26cf:93c0::
2603:26cf:94c0::
2603:26cf:95e0::
2603:26cf:97a0::
2603:26cf:9a40::
2603:26cf:a440::
2603:26cf:a5e0::
2603:26cf:a760::
2603:26cf:a8e0::
2603:26cf:ac20::
2603:26cf:ace0::
2603:26cf:b6e0::
2603:26cf:ba80::
2603:26cf:bbe0::
2603:26cf:c800::
2603:26cf:c840::
2603:26cf:c940::
2603:26cf:ca20::
2603:26cf:ca80::
2603:26cf:cb40::
2603:26cf:d1c0::
2603:26cf:d340::
2603:26cf:e080::
2603:26cf:e1e0::
2603:26cf:e4a0::
2603:26cf:e520::
2603:26cf:e640::
2603:26cf:e6c0::
2603:26cf:e720::
2603:26cf:ec80::
2603:26cf:eda0::

2603:26cf:eec0::
2603:26cf:ef80::
2603:26cf:f2a0::
2603:26cf:f460::
2603:26cf:f6a0::
2603:26cf:f760::
2603:26d0:180::
2603:26d0:2a0::
2603:26d0:300::
2603:26d0:b20::
2603:26d0:e60::
2603:26d0:1b60::
2603:26d0:22e0::
2603:26d0:24a0::
2603:26d0:2b80::
2603:26d0:2d60::
2603:26d0:3240::
2603:26d0:32a0::
2603:26d0:34a0::
2603:26d0:36a0::
2603:26d0:38a0::
2603:26d0:3a60::
2603:26d0:3cc0::
2603:26d0:3f60::
2603:26d0:4120::
2603:26d0:47e0::
2603:26d0:4ae0::
2603:26d0:4be0::
2603:26d0:4f60::
2603:26d0:5180::
2603:26d0:5300::
2603:26d0:5780::
2603:26d0:5de0::
2603:26d0:61e0::
2603:26d0:6260::
2603:26d0:64c0::
2603:26d0:68c0::

2603:26d0:6ac0::
2603:26d0:6ba0::
2603:26d0:6c20::
2603:26d0:6c60::
2603:26d0:7120::
2603:26d0:73a0::
2603:26d0:74c0::
2603:26d0:7500::
2603:26d0:7560::
2603:26d0:7d80::
2603:26d0:7e40::
2603:26d0:84c0::
2603:26d0:87a0::
2603:26d0:9760::
2603:26d0:99a0::
2603:26d0:9a00::
2603:26d0:9bc0::
2603:26d0:a120::
2603:26d0:a400::
2603:26d0:a8a0::
2603:26d0:aa20::
2603:26d0:aae0::
2603:26d0:aba0::
2603:26d0:ad00::
2603:26d0:ada0::
2603:26d0:b140::
2603:26d0:b460::
2603:26d0:b540::
2603:26d0:b740::
2603:26d0:b7a0::
2603:26d0:bac0::
2603:26d0:bd60::
2603:26d0:bf00::
2603:26d0:c4e0::
2603:26d0:c9a0::
2603:26d0:c9e0::
2603:26d0:ce80::

2603:26d0:d1a0::
2603:26d0:d300::
2603:26d0:d3c0::
2603:26d0:dae0::
2603:26d0:dea0::
2603:26d0:e860::
2603:26d0:fc40::
2603:26d0:ffc0::
2603:26d1::
2603:26d1:2c0::
2603:26d1:480::
2603:26d1:6c0::
2603:26d1:980::
2603:26d1:b20::
2603:26d1:d20::
2603:26d1:1340::
2603:26d1:14e0::
2603:26d1:1640::
2603:26d1:1820::
2603:26d1:1f80::
2603:26d1:1fc0::
2603:26d1:2900::
2603:26d1:2a00::
2603:26d1:2e20::
2603:26d1:3860::
2603:26d1:3940::
2603:26d1:3a00::
2603:26d1:3ea0::
2603:26d1:4180::
2603:26d1:4500::
2603:26d1:4720::
2603:26d1:4860::
2603:26d1:4960::
2603:26d1:5360::
2603:26d1:56e0::
2603:26d1:58a0::
2603:26d1:5a80::

2603:26d1:6000::
2603:26d1:6280::
2603:26d1:6400::
2603:26d1:6960::
2603:26d1:69c0::
2603:26d1:6e40::
2603:26d1:75a0::
2603:26d1:7b20::
2603:26d1:7e20::
2603:26d1:8060::
2603:26d1:8580::
2603:26d1:8640::
2603:26d1:86c0::
2603:26d1:8740::
2603:26d1:8d80::
2603:26d1:8ec0::
2603:26d1:9040::
2603:26d1:95c0::
2603:26d1:b1e0::
2603:26d1:b2a0::
2603:26d1:b400::
2603:26d1:b680::
2603:26d1:bac0::
2603:26d1:bb80::
2603:26d1:bda0::
2603:26d1:bec0::
2603:26d1:c2c0::
2603:26d1:c380::
2603:26d1:c3e0::
2603:26d1:c500::
2603:26d1:c980::
2603:26d1:ce60::
2603:26d1:cf80::
2603:26d1:d2a0::
2603:26d1:d920::
2603:26d1:e020::
2603:26d1:e140::

2603:26d1:e360::
2603:26d1:e800::
2603:26d1:e860::
2603:26d1:f5c0::
2603:26d1:f640::
2603:26d1:f680::
2603:26d1:f860::
2603:26d1:fa60::
2603:26d1:fb60::
2603:26d2:c0::
2603:26d2:140::
2603:26d2:5c0::
2603:26d2:6e0::
2603:26d2:f20::
2603:26d2:13c0::
2603:26d2:1580::
2603:26d2:22a0::
2603:26d2:2620::
2603:26d2:29c0::
2603:26d2:2ac0::
2603:26d2:2d20::
2603:26d2:3160::
2603:26d2:3280::
2603:26d2:32c0::
2603:26d2:4060::
2603:26d2:40e0::
2603:26d2:41c0::
2603:26d2:4580::
2603:26d2:4860::
2603:26d2:5120::
2603:26d2:51c0::
2603:26d2:5260::
2603:26d2:5340::
2603:26d2:57a0::
2603:26d2:6100::
2603:26d2:6140::
2603:26d2:61a0::

2603:26d2:6260::
2603:26d2:6300::
2603:26d2:63e0::
2603:26d2:6720::
2603:26d2:69a0::
2603:26d2:6c60::
2603:26d2:7260::
2603:26d2:7440::
2603:26d2:76a0::
2603:26d2:7ae0::
2603:26d2:7c20::
2603:26d2:8320::
2603:26d2:8480::
2603:26d2:85a0::
2603:26d2:8680::
2603:26d2:8980::
2603:26d2:8e20::
2603:26d2:9040::
2603:26d2:9260::
2603:26d2:93a0::
2603:26d2:a780::
2603:26d2:aa00::
2603:26d2:ac80::
2603:26d2:ad80::
2603:26d2:ade0::
2603:26d2:b180::
2603:26d2:b7c0::
2603:26d2:b8c0::
2603:26d2:b920::
2603:26d2:bae0::
2603:26d2:c420::
2603:26d2:c500::
2603:26d2:c620::
2603:26d2:c8e0::
2603:26d2:c9e0::
2603:26d2:d1a0::
2603:26d2:d280::

2603:26d2:d400::
2603:26d2:d7e0::
2603:26d2:dce0::
2603:26d2:de20::
2603:26d2:e080::
2603:26d2:e200::
2603:26d2:e2e0::
2603:26d2:e3c0::
2603:26d2:ea60::
2603:26d2:eb80::
2603:26d2:eda0::
2603:26d2:f2a0::
2603:26d2:f400::
2603:26d2:f5c0::
2603:26d2:fbe0::
2603:26d2:ffa0::
2603:26d3::
2603:26d3:a0::
2603:26d3:2a0::
2603:26d3:300::
2603:26d3:460::
2603:26d3:560::
2603:26d3:c00::
2603:26d3:d40::
2603:26d3:dc0::
2603:26d3:11a0::
2603:26d3:1440::
2603:26d3:1500::
2603:26d3:1760::
2603:26d3:1840::
2603:26d3:1940::
2603:26d3:2140::
2603:26d3:2e40::
2603:26d3:2e80::
2603:26d3:2f00::
2603:26d3:2fa0::
2603:26d3:30c0::

2603:26d3:3100::
2603:26d3:3600::
2603:26d3:3ba0::
2603:26d3:3c80::
2603:26d3:3e20::
2603:26d3:43a0::
2603:26d3:4680::
2603:26d3:4ba0::
2603:26d3:5140::
2603:26d3:5a00::
2603:26d3:5ca0::
2603:26d3:5fc0::
2603:26d3:6040::
2603:26d3:68a0::
2603:26d3:6900::
2603:26d3:6940::
2603:26d3:7460::
2603:26d3:7ca0::
2603:26d3:7fc0::
2603:26d3:8360::
2603:26d3:8920::
2603:26d3:8f20::
2603:26d3:8fa0::
2603:26d3:9420::
2603:26d3:99c0::
2603:26d3:9ca0::
2603:26d3:9ec0::
2603:26d3:a2c0::
2603:26d3:a320::
2603:26d3:a4c0::
2603:26d3:a560::
2603:26d3:aae0::
2603:26d3:adc0::
2603:26d3:b2a0::
2603:26d3:b460::
2603:26d3:b960::
2603:26d3:bae0::

2603:26d3:c040::
2603:26d3:c4e0::
2603:26d3:c7a0::
2603:26d3:cc80::
2603:26d3:d8e0::
2603:26d3:dba0::
2603:26d3:dea0::
2603:26d3:e3a0::
2603:26d3:e6a0::
2603:26d3:ef80::
2603:26d3:f3e0::
2603:26d3:fa40::
2603:26d3:ff80::
2603:26d3:ffe0::
2603:26d4:1a0::
2603:26d4:200::
2603:26d4:8c0::
2603:26d4:b40::
2603:26d4:d80::
2603:26d4:ea0::
2603:26d4:ee0::
2603:26d4:1240::
2603:26d4:15a0::
2603:26d4:1880::
2603:26d4:1960::
2603:26d4:2240::
2603:26d4:2440::
2603:26d4:2720::
2603:26d4:2c40::
2603:26d4:35c0::
2603:26d4:3a00::
2603:26d4:3aa0::
2603:26d4:3c60::
2603:26d4:3e80::
2603:26d4:41c0::
2603:26d4:4a80::
2603:26d4:52a0::

2603:26d4:5960::
2603:26d4:5cc0::
2603:26d4:5fa0::
2603:26d4:62e0::
2603:26d4:6660::
2603:26d4:66a0::
2603:26d4:6a80::
2603:26d4:6cc0::
2603:26d4:7120::
2603:26d4:7220::
2603:26d4:72c0::
2603:26d4:73e0::
2603:26d4:7680::
2603:26d4:76e0::
2603:26d4:7780::
2603:26d4:7a00::
2603:26d4:7a60::
2603:26d4:7b60::
2603:26d4:80c0::
2603:26d4:8340::
2603:26d4:8460::
2603:26d4:8580::
2603:26d4:89c0::
2603:26d4:8b80::
2603:26d4:8d60::
2603:26d4:8fc0::
2603:26d4:9200::
2603:26d4:99e0::
2603:26d4:9a40::
2603:26d4:9aa0::
2603:26d4:9e00::
2603:26d4:a1c0::
2603:26d4:a480::
2603:26d4:a640::
2603:26d4:a6e0::
2603:26d4:a860::
2603:26d4:a8e0::

2603:26d4:a9a0::
2603:26d4:ac40::
2603:26d4:aca0::
2603:26d4:b5e0::
2603:26d4:b980::
2603:26d4:c100::
2603:26d4:c400::
2603:26d4:cb00::
2603:26d4:cc40::
2603:26d4:cc80::
2603:26d4:cd40::
2603:26d4:d1c0::
2603:26d4:d400::
2603:26d4:d860::
2603:26d4:d920::
2603:26d4:dca0::
2603:26d4:e380::
2603:26d4:e3e0::
2603:26d4:e580::
2603:26d4:e5c0::
2603:26d4:ec60::
2603:26d4:ecc0::
2603:26d4:ee80::
2603:26d4:f0a0::
2603:26d4:f1c0::
2603:26d4:fce0::
2603:26d4:fee0::
2603:26d5:20::
2603:26d5:7a0::
2603:26d5:e00::
2603:26d5:1000::
2603:26d5:1040::
2603:26d5:10e0::
2603:26d5:1440::
2603:26d5:1480::
2603:26d5:1540::
2603:26d5:19e0::

2603:26d5:2340::
2603:26d5:29a0::
2603:26d5:3480::
2603:26d5:3680::
2603:26d5:3ca0::
2603:26d5:40e0::
2603:26d5:4380::
2603:26d5:49e0::
2603:26d5:4c20::
2603:26d5:4f60::
2603:26d5:50c0::
2603:26d5:5860::
2603:26d5:58c0::
2603:26d5:5c40::
2603:26d5:60a0::
2603:26d5:6400::
2603:26d5:6720::
2603:26d5:6ae0::
2603:26d5:7740::
2603:26d5:79e0::
2603:26d5:7f20::
2603:26d5:8220::
2603:26d5:85e0::
2603:26d5:8780::
2603:26d5:8860::
2603:26d5:8960::
2603:26d5:8d60::
2603:26d5:8f60::
2603:26d5:9140::
2603:26d5:9500::
2603:26d5:99a0::
2603:26d5:99e0::
2603:26d5:9a40::
2603:26d5:9aa0::
2603:26d5:9cc0::
2603:26d5:a860::
2603:26d5:aa00::

2603:26d5:ac00::
2603:26d5:b0e0::
2603:26d5:b260::
2603:26d5:b6e0::
2603:26d5:b720::
2603:26d5:bb80::
2603:26d5:bc20::
2603:26d5:bc80::
2603:26d5:bec0::
2603:26d5:c0e0::
2603:26d5:c3c0::
2603:26d5:c520::
2603:26d5:cb80::
2603:26d5:cc20::
2603:26d5:cca0::
2603:26d5:d3e0::
2603:26d5:d6a0::
2603:26d5:d7c0::
2603:26d5:d800::
2603:26d5:da40::
2603:26d5:e280::
2603:26d5:e460::
2603:26d5:e520::
2603:26d5:e580::
2603:26d5:f000::
2603:26d5:f500::
2603:26d5:f9a0::
2603:26d5:f9e0::
2603:26d5:fae0::
2603:26d5:fb60::
2603:26d5:fe20::
2603:26d5:ffa0::
2603:26d6:20::
2603:26d6:5a0::
2603:26d6:7a0::
2603:26d6:940::
2603:26d6:ba0::

2603:26d6:e20::
2603:26d6:1080::
2603:26d6:1400::
2603:26d6:1940::
2603:26d6:1ea0::
2603:26d6:2260::
2603:26d6:23e0::
2603:26d6:2440::
2603:26d6:2600::
2603:26d6:26e0::
2603:26d6:2a00::
2603:26d6:2e20::
2603:26d6:30c0::
2603:26d6:32e0::
2603:26d6:34a0::
2603:26d6:3a00::
2603:26d6:3d60::
2603:26d6:4080::
2603:26d6:4240::
2603:26d6:4940::
2603:26d6:59a0::
2603:26d6:5a20::
2603:26d6:5d60::
2603:26d6:5f40::
2603:26d6:6260::
2603:26d6:6a80::
2603:26d6:7280::
2603:26d6:7740::
2603:26d6:82a0::
2603:26d6:84e0::
2603:26d6:85e0::
2603:26d6:8aa0::
2603:26d6:9100::
2603:26d6:9180::
2603:26d6:95a0::
2603:26d6:97e0::
2603:26d6:9ae0::

2603:26d6:9fe0::
2603:26d6:a300::
2603:26d6:a920::
2603:26d6:a9c0::
2603:26d6:ab40::
2603:26d6:ac00::
2603:26d6:b140::
2603:26d6:b2c0::
2603:26d6:cf40::
2603:26d6:d120::
2603:26d6:d940::
2603:26d6:db80::
2603:26d6:dbc0::
2603:26d6:dcc0::
2603:26d6:e520::
2603:26d6:e6a0::
2603:26d6:ea00::
2603:26d6:ed40::
2603:26d6:f1e0::
2603:26d6:f300::
2603:26d6:f540::
2603:26d6:fc40::
2603:26d6:fe60::
2603:26d7:1c0::
2603:26d7:460::
2603:26d7:c00::
2603:26d7:e60::
2603:26d7:13e0::
2603:26d7:1920::
2603:26d7:1b80::
2603:26d7:1c60::
2603:26d7:1e80::
2603:26d7:2320::
2603:26d7:2660::
2603:26d7:27a0::
2603:26d7:2b20::
2603:26d7:30c0::

2603:26d7:3220::
2603:26d7:35a0::
2603:26d7:3aa0::
2603:26d7:3dc0::
2603:26d7:40c0::
2603:26d7:45c0::
2603:26d7:48c0::
2603:26d7:5040::
2603:26d7:5200::
2603:26d7:54a0::
2603:26d7:55a0::
2603:26d7:5b60::
2603:26d7:5ec0::
2603:26d7:61a0::
2603:26d7:61e0::
2603:26d7:62e0::
2603:26d7:6560::
2603:26d7:7c20::
2603:26d7:7d40::
2603:26d7:8320::
2603:26d7:8640::
2603:26d7:8800::
2603:26d7:8c20::
2603:26d7:92a0::
2603:26d7:9460::
2603:26d7:95c0::
2603:26d7:9920::
2603:26d7:9b80::
2603:26d7:a7a0::
2603:26d7:ae40::
2603:26d7:ae80::
2603:26d7:af00::
2603:26d7:af80::
2603:26d7:b0e0::
2603:26d7:b2e0::
2603:26d7:b580::
2603:26d7:b840::

2603:26d7:c240::
2603:26d7:c320::
2603:26d7:c840::
2603:26d7:cb00::
2603:26d7:cfa0::
2603:26d7:d3a0::
2603:26d7:da20::
2603:26d7:dbc0::
2603:26d7:dec0::
2603:26d7:df60::
2603:26d7:e300::
2603:26d7:e8e0::
2603:26d7:ea00::
2603:26d7:eb40::
2603:26d7:ed00::
2603:26d7:f300::
2603:26d7:fa80::
2603:26d7:fb00::
2603:26d7:fc00::
2603:26d7:ff40::
2603:26d8:2e0::
2603:26d8:500::
2603:26d8:fa0::
2603:26d8:11e0::
2603:26d8:1480::
2603:26d8:1580::
2603:26d8:1680::
2603:26d8:18e0::
2603:26d8:1a20::
2603:26d8:1d40::
2603:26d8:1fe0::
2603:26d8:2120::
2603:26d8:2200::
2603:26d8:2680::
2603:26d8:2c20::
2603:26d8:2d80::
2603:26d8:2fe0::

2603:26d8:3460::
2603:26d8:3620::
2603:26d8:3fc0::
2603:26d8:4180::
2603:26d8:4260::
2603:26d8:44c0::
2603:26d8:4680::
2603:26d8:4920::
2603:26d8:4aa0::
2603:26d8:4d80::
2603:26d8:5700::
2603:26d8:57a0::
2603:26d8:5840::
2603:26d8:58c0::
2603:26d8:5980::
2603:26d8:5d20::
2603:26d8:6060::
2603:26d8:6140::
2603:26d8:6200::
2603:26d8:62a0::
2603:26d8:66e0::
2603:26d8:6a60::
2603:26d8:6d00::
2603:26d8:7380::
2603:26d8:7420::
2603:26d8:74e0::
2603:26d8:75a0::
2603:26d8:76a0::
2603:26d8:7ac0::
2603:26d8:7b60::
2603:26d8:7cc0::
2603:26d8:8020::
2603:26d8:8800::
2603:26d8:8ac0::
2603:26d8:8ba0::
2603:26d8:8cc0::
2603:26d8:8d20::

2603:26d8:8d80::
2603:26d8:8f40::
2603:26d8:9ac0::
2603:26d8:9b00::
2603:26d8:a540::
2603:26d8:a600::
2603:26d8:a8e0::
2603:26d8:a9c0::
2603:26d8:ac60::
2603:26d8:af60::
2603:26d8:bb60::
2603:26d8:bec0::
2603:26d8:c700::
2603:26d8:c800::
2603:26d8:c8c0::
2603:26d8:d020::
2603:26d8:d360::
2603:26d8:d400::
2603:26d8:d4a0::
2603:26d8:d560::
2603:26d8:d9e0::
2603:26d8:da80::
2603:26d8:dda0::
2603:26d8:e260::
2603:26d8:e300::
2603:26d8:e340::
2603:26d8:e480::
2603:26d8:e8c0::
2603:26d8:e9c0::
2603:26d8:ecc0::
2603:26d8:f300::
2603:26d8:f700::
2603:26d8:f940::
2603:26d8:fda0::
2603:26d8:ff60::
2603:26d9:b40::
2603:26d9:15e0::

2603:26d9:1800::
2603:26d9:1a20::
2603:26d9:1ec0::
2603:26d9:2260::
2603:26d9:24e0::
2603:26d9:25e0::
2603:26d9:2ba0::
2603:26d9:32a0::
2603:26d9:3880::
2603:26d9:39a0::
2603:26d9:3f40::
2603:26d9:41a0::
2603:26d9:4260::
2603:26d9:42c0::
2603:26d9:4320::
2603:26d9:4740::
2603:26d9:4b40::
2603:26d9:4fe0::
2603:26d9:5560::
2603:26d9:5ac0::
2603:26d9:6120::
2603:26d9:6400::
2603:26d9:6480::
2603:26d9:6720::
2603:26d9:6a00::
2603:26d9:6b40::
2603:26d9:70a0::
2603:26d9:7400::
2603:26d9:75e0::
2603:26d9:7760::
2603:26d9:7a20::
2603:26d9:83a0::
2603:26d9:8820::
2603:26d9:8c20::
2603:26d9:8c80::
2603:26d9:9060::
2603:26d9:9ba0::

2603:26d9:a320::
2603:26d9:a380::
2603:26d9:a7c0::
2603:26d9:a9a0::
2603:26d9:af40::
2603:26d9:b080::
2603:26d9:b300::
2603:26d9:b720::
2603:26d9:b920::
2603:26d9:bde0::
2603:26d9:c720::
2603:26d9:c880::
2603:26d9:c920::
2603:26d9:ca20::
2603:26d9:cb60::
2603:26d9:cdc0::
2603:26d9:d420::
2603:26d9:d460::
2603:26d9:d5c0::
2603:26d9:d6e0::
2603:26d9:d7c0::
2603:26d9:e420::
2603:26d9:e860::
2603:26d9:ec40::
2603:26d9:ed20::
2603:26d9:ef40::
2603:26d9:f0c0::
2603:26d9:f260::
2603:26d9:f2c0::
2603:26d9:fd60::
2603:26da:80::
2603:26da:c0::
2603:26da:200::
2603:26da:aa0::
2603:26da:f20::
2603:26da:1080::
2603:26da:10e0::

2603:26da:1800::
2603:26da:1860::
2603:26da:1b80::
2603:26da:1ea0::
2603:26da:2840::
2603:26da:2a40::
2603:26da:2d20::
2603:26da:3340::
2603:26da:35e0::
2603:26da:3a00::
2603:26da:4200::
2603:26da:4440::
2603:26da:4ea0::
2603:26da:5180::
2603:26da:5340::
2603:26da:5a60::
2603:26da:5b40::
2603:26da:5e00::
2603:26da:5ea0::
2603:26da:5f00::
2603:26da:64e0::
2603:26da:6580::
2603:26da:6800::
2603:26da:6c20::
2603:26da:6dc0::
2603:26da:6fc0::
2603:26da:7280::
2603:26da:7660::
2603:26da:7740::
2603:26da:7800::
2603:26da:7a60::
2603:26da:7c40::
2603:26da:7e00::
2603:26da:81c0::
2603:26da:8860::
2603:26da:8d80::
2603:26da:8fc0::

2603:26da:9220::
2603:26da:9ae0::
2603:26da:9b40::
2603:26da:a020::
2603:26da:a2a0::
2603:26da:a7c0::
2603:26da:ade0::
2603:26da:b300::
2603:26da:b360::
2603:26da:b3e0::
2603:26da:b4e0::
2603:26da:b780::
2603:26da:b8c0::
2603:26da:bb40::
2603:26da:c960::
2603:26da:ca00::
2603:26da:ca60::
2603:26da:cae0::
2603:26da:cce0::
2603:26da:cf00::
2603:26da:d500::
2603:26da:d7e0::
2603:26da:d840::
2603:26da:dbe0::
2603:26da:dd20::
2603:26da:e260::
2603:26da:e300::
2603:26da:e340::
2603:26da:e760::
2603:26da:e880::
2603:26da:ea20::
2603:26da:eaa0::
2603:26da:f080::
2603:26da:f720::
2603:26da:f780::
2603:26da:fbe0::
2603:26da:fd60::

2603:26db:1e0::
2603:26db:400::
2603:26db:900::
2603:26db:bc0::
2603:26db:12a0::
2603:26db:1a00::
2603:26db:1b80::
2603:26db:1e00::
2603:26db:1f80::
2603:26db:2760::
2603:26db:2b20::
2603:26db:2e00::
2603:26db:2fa0::
2603:26db:3260::
2603:26db:3340::
2603:26db:3580::
2603:26db:3660::
2603:26db:37c0::
2603:26db:3cc0::
2603:26db:41e0::
2603:26db:4640::
2603:26db:48c0::
2603:26db:4920::
2603:26db:4a60::
2603:26db:4ba0::
2603:26db:4d60::
2603:26db:4fe0::
2603:26db:5040::
2603:26db:5d80::
2603:26db:5e00::
2603:26db:62c0::
2603:26db:6500::
2603:26db:65c0::
2603:26db:66a0::
2603:26db:66e0::
2603:26db:6b40::
2603:26db:74e0::

2603:26db:7520::
2603:26db:7f00::
2603:26db:7fe0::
2603:26db:80e0::
2603:26db:8620::
2603:26db:8980::
2603:26db:8f40::
2603:26db:9600::
2603:26db:9c00::
2603:26db:9d60::
2603:26db:9ec0::
2603:26db:9f20::
2603:26db:aa60::
2603:26db:aca0::
2603:26db:b1c0::
2603:26db:b300::
2603:26db:b5e0::
2603:26db:bd60::
2603:26db:bea0::
2603:26db:c160::
2603:26db:c1a0::
2603:26db:c1e0::
2603:26db:c640::
2603:26db:c980::
2603:26db:cd80::
2603:26db:cde0::
2603:26db:d0a0::
2603:26db:d440::
2603:26db:d720::
2603:26db:d880::
2603:26db:d8e0::
2603:26db:e000::
2603:26db:e0c0::
2603:26db:e820::
2603:26db:e8a0::
2603:26db:eba0::
2603:26db:f620::

2603:26db:f740::
2603:26db:f9a0::
2603:26db:fb80::
2603:26db:fce0::
2603:26dc:c0::
2603:26dc:3c0::
2603:26dc:640::
2603:26dc:f60::
2603:26dc:1220::
2603:26dc:1a60::
2603:26dc:26e0::
2603:26dc:2900::
2603:26dc:2c80::
2603:26dc:2de0::
2603:26dc:3060::
2603:26dc:3520::
2603:26dc:35a0::
2603:26dc:3b20::
2603:26dc:3c20::
2603:26dc:3f20::
2603:26dc:4200::
2603:26dc:4bc0::
2603:26dc:4d20::
2603:26dc:4e00::
2603:26dc:4f20::
2603:26dc:51a0::
2603:26dc:5260::
2603:26dc:5400::
2603:26dc:5480::
2603:26dc:55e0::
2603:26dc:56e0::
2603:26dc:5a80::
2603:26dc:5fa0::
2603:26dc:6560::
2603:26dc:6740::
2603:26dc:6c20::
2603:26dc:6d40::

2603:26dc:6e80::
2603:26dc:7120::
2603:26dc:7300::
2603:26dc:74c0::
2603:26dc:7a80::
2603:26dc:7b80::
2603:26dc:7d40::
2603:26dc:7e60::
2603:26dc:7f60::
2603:26dc:8040::
2603:26dc:80a0::
2603:26dc:81c0::
2603:26dc:85c0::
2603:26dc:86a0::
2603:26dc:8900::
2603:26dc:8dc0::
2603:26dc:8fc0::
2603:26dc:9020::
2603:26dc:9380::
2603:26dc:9480::
2603:26dc:9700::
2603:26dc:97e0::
2603:26dc:9ac0::
2603:26dc:a1e0::
2603:26dc:a260::
2603:26dc:a3c0::
2603:26dc:a440::
2603:26dc:a8a0::
2603:26dc:aac0::
2603:26dc:aca0::
2603:26dc:ae60::
2603:26dc:b500::
2603:26dc:b5e0::
2603:26dc:b880::
2603:26dc:c320::
2603:26dc:c7c0::
2603:26dc:ce40::

2603:26dc:d640::
2603:26dc:d780::
2603:26dc:dd20::
2603:26dc:dee0::
2603:26dc:eee0::
2603:26dc:f6a0::
2603:26dc:f980::
2603:26dc:fa40::
2603:26dc:fbc0::
2603:26dc:fca0::
2603:26dc:fe00::
2603:26dd:100::
2603:26dd:ce0::
2603:26dd:d60::
2603:26dd:1560::
2603:26dd:1620::
2603:26dd:1c40::
2603:26dd:21a0::
2603:26dd:2260::
2603:26dd:26e0::
2603:26dd:2aa0::
2603:26dd:31e0::
2603:26dd:3f60::
2603:26dd:4440::
2603:26dd:44a0::
2603:26dd:4720::
2603:26dd:4d00::
2603:26dd:4d60::
2603:26dd:5160::
2603:26dd:5600::
2603:26dd:58e0::
2603:26dd:60a0::
2603:26dd:6140::
2603:26dd:6520::
2603:26dd:69a0::
2603:26dd:69e0::
2603:26dd:6d40::

2603:26dd:6de0::
2603:26dd:70a0::
2603:26dd:7be0::
2603:26dd:7fe0::
2603:26dd:8160::
2603:26dd:8460::
2603:26dd:8820::
2603:26dd:8a40::
2603:26dd:8a80::
2603:26dd:93c0::
2603:26dd:9400::
2603:26dd:94e0::
2603:26dd:9620::
2603:26dd:9880::
2603:26dd:9ac0::
2603:26dd:a160::
2603:26dd:a1a0::
2603:26dd:a2c0::
2603:26dd:ab60::
2603:26dd:aec0::
2603:26dd:afa0::
2603:26dd:b380::
2603:26dd:b580::
2603:26dd:b7a0::
2603:26dd:bb80::
2603:26dd:c0a0::
2603:26dd:c1c0::
2603:26dd:c240::
2603:26dd:c340::
2603:26dd:c500::
2603:26dd:ccc0::
2603:26dd:ce80::
2603:26dd:d160::
2603:26dd:d440::
2603:26dd:d720::
2603:26dd:daa0::
2603:26dd:dc60::

2603:26dd:e220::
2603:26dd:e460::
2603:26dd:ea00::
2603:26dd:eb00::
2603:26dd:f600::
2603:26dd:f8e0::
2603:26dd:f920::
2603:26dd:fa40::
2603:26dd:fce0::
2603:26de:60::
2603:26de:2e0::
2603:26de:820::
2603:26de:900::
2603:26de:9e0::
2603:26de:ca0::
2603:26de:e20::
2603:26de:f40::
2603:26de:1660::
2603:26de:18e0::
2603:26de:19a0::
2603:26de:2340::
2603:26de:2460::
2603:26de:26c0::
2603:26de:2820::
2603:26de:2a40::
2603:26de:2ac0::
2603:26de:2cc0::
2603:26de:2e60::
2603:26de:31a0::
2603:26de:32a0::
2603:26de:3480::
2603:26de:3680::
2603:26de:3760::
2603:26de:3c80::
2603:26de:3d60::
2603:26de:41c0::
2603:26de:4220::

2603:26de:4560::
2603:26de:4960::
2603:26de:4c40::
2603:26de:4e80::
2603:26de:51a0::
2603:26de:55e0::
2603:26de:5640::
2603:26de:56a0::
2603:26de:5980::
2603:26de:5f40::
2603:26de:6160::
2603:26de:61a0::
2603:26de:61e0::
2603:26de:6600::
2603:26de:67c0::
2603:26de:6c00::
2603:26de:7840::
2603:26de:7b20::
2603:26de:7c00::
2603:26de:8300::
2603:26de:8800::
2603:26de:89e0::
2603:26de:9080::
2603:26de:9500::
2603:26de:9600::
2603:26de:9cc0::
2603:26de:ab80::
2603:26de:ac00::
2603:26de:b1c0::
2603:26de:ba40::
2603:26de:be80::
2603:26de:bf20::
2603:26de:c020::
2603:26de:c4c0::
2603:26de:c520::
2603:26de:c660::
2603:26de:cdc0::

2603:26de:cf40::
2603:26de:d1e0::
2603:26de:d540::
2603:26de:d820::
2603:26de:dc80::
2603:26de:dd00::
2603:26de:e040::
2603:26de:e160::
2603:26de:e4a0::
2603:26de:e880::
2603:26de:e940::
2603:26de:ee80::
2603:26de:f1c0::
2603:26de:f3a0::
2603:26de:f660::
2603:26de:f800::
2603:26de:fa00::
2603:26de:fb00::
2603:26de:fea0::
2603:26df:e0::
2603:26df:400::
2603:26df:d60::
2603:26df:e60::
2603:26df:f40::
2603:26df:11a0::
2603:26df:11e0::
2603:26df:17a0::
2603:26df:18e0::
2603:26df:19a0::
2603:26df:19e0::
2603:26df:2040::
2603:26df:2400::
2603:26df:2660::
2603:26df:2b60::
2603:26df:2d40::
2603:26df:3120::
2603:26df:3240::

2603:26df:33a0::
2603:26df:34a0::
2603:26df:3740::
2603:26df:3a40::
2603:26df:3d00::
2603:26df:40e0::
2603:26df:5200::
2603:26df:5340::
2603:26df:56a0::
2603:26df:5800::
2603:26df:5880::
2603:26df:6420::
2603:26df:64a0::
2603:26df:6540::
2603:26df:6800::
2603:26df:6f00::
2603:26df:7100::
2603:26df:7700::
2603:26df:7a80::
2603:26df:7e80::
2603:26df:8160::
2603:26df:8bc0::
2603:26df:8ca0::
2603:26df:9000::
2603:26df:9760::
2603:26df:9800::
2603:26df:a200::
2603:26df:a280::
2603:26df:ab80::
2603:26df:ae80::
2603:26df:b580::
2603:26df:b700::
2603:26df:ba80::
2603:26df:bb40::
2603:26df:c5a0::
2603:26df:c6e0::
2603:26df:cac0::

2603:26df:cb80::
2603:26df:dce0::
2603:26df:dd60::
2603:26df:e6c0::
2603:26df:e8e0::
2603:26df:ed00::
2603:26df:ed40::
2603:26df:ede0::
2603:26df:f540::
2603:26df:f760::
2603:26df:fc40::
2603:26e0:3c0::
2603:26e0:420::
2603:26e0:9e0::
2603:26e0:e00::
2603:26e0:ee0::
2603:26e0:f40::
2603:26e0:1260::
2603:26e0:1500::
2603:26e0:1a20::
2603:26e0:1dc0::
2603:26e0:1ee0::
2603:26e0:2100::
2603:26e0:21a0::
2603:26e0:23a0::
2603:26e0:2640::
2603:26e0:26c0::
2603:26e0:28c0::
2603:26e0:2b60::
2603:26e0:30a0::
2603:26e0:30e0::
2603:26e0:3160::
2603:26e0:3340::
2603:26e0:38c0::
2603:26e0:3b60::
2603:26e0:4000::
2603:26e0:4060::

2603:26e0:40c0::
2603:26e0:41a0::
2603:26e0:4b40::
2603:26e0:4de0::
2603:26e0:4f80::
2603:26e0:4fe0::
2603:26e0:5060::
2603:26e0:5320::
2603:26e0:5880::
2603:26e0:5ea0::
2603:26e0:6320::
2603:26e0:6700::
2603:26e0:6d20::
2603:26e0:6de0::
2603:26e0:70a0::
2603:26e0:7540::
2603:26e0:7b80::
2603:26e0:8080::
2603:26e0:8300::
2603:26e0:85c0::
2603:26e0:8720::
2603:26e0:8a60::
2603:26e0:8dc0::
2603:26e0:9040::
2603:26e0:93a0::
2603:26e0:98c0::
2603:26e0:afe0::
2603:26e0:b520::
2603:26e0:b600::
2603:26e0:b6e0::
2603:26e0:bee0::
2603:26e0:c260::
2603:26e0:c2e0::
2603:26e0:d060::
2603:26e0:d0c0::
2603:26e0:d5a0::
2603:26e0:dce0::

2603:26e0:e120::
2603:26e0:e340::
2603:26e0:e480::
2603:26e0:e580::
2603:26e0:e6e0::
2603:26e0:ebe0::
2603:26e0:f9c0::
2603:26e0:fa20::
2603:26e1:260::
2603:26e1:2c0::
2603:26e1:7a0::
2603:26e1:c40::
2603:26e1:e00::
2603:26e1:1060::
2603:26e1:1140::
2603:26e1:1580::
2603:26e1:1700::
2603:26e1:1760::
2603:26e1:1a80::
2603:26e1:25c0::
2603:26e1:2700::
2603:26e1:2fe0::
2603:26e1:31e0::
2603:26e1:3500::
2603:26e1:3720::
2603:26e1:3cc0::
2603:26e1:3dc0::
2603:26e1:40c0::
2603:26e1:4960::
2603:26e1:49e0::
2603:26e1:4a40::
2603:26e1:4b60::
2603:26e1:4bc0::
2603:26e1:4e80::
2603:26e1:50e0::
2603:26e1:5600::
2603:26e1:58a0::

2603:26e1:6220::
2603:26e1:6320::
2603:26e1:63e0::
2603:26e1:6520::
2603:26e1:6840::
2603:26e1:6880::
2603:26e1:68e0::
2603:26e1:6940::
2603:26e1:6ea0::
2603:26e1:6ee0::
2603:26e1:71a0::
2603:26e1:7360::
2603:26e1:7a80::
2603:26e1:7c60::
2603:26e1:8140::
2603:26e1:82a0::
2603:26e1:8700::
2603:26e1:8800::
2603:26e1:8da0::
2603:26e1:9240::
2603:26e1:9600::
2603:26e1:96e0::
2603:26e1:9940::
2603:26e1:9a00::
2603:26e1:9fc0::
2603:26e1:a5a0::
2603:26e1:a7a0::
2603:26e1:b1e0::
2603:26e1:b2e0::
2603:26e1:b5a0::
2603:26e1:b860::
2603:26e1:b960::
2603:26e1:b9c0::
2603:26e1:ba80::
2603:26e1:bd60::
2603:26e1:c160::
2603:26e1:c5e0::

2603:26e1:c640::
2603:26e1:c7a0::
2603:26e1:c8e0::
2603:26e1:c9c0::
2603:26e1:d1e0::
2603:26e1:d500::
2603:26e1:d700::
2603:26e1:d740::
2603:26e1:e160::
2603:26e1:e1e0::
2603:26e1:e500::
2603:26e1:e7c0::
2603:26e1:e940::
2603:26e1:ed60::
2603:26e1:efc0::
2603:26e1:f1e0::
2603:26e1:f420::
2603:26e1:f7a0::
2603:26e1:fde0::
2603:26e1:fea0::
2603:26e2::
2603:26e2:160::
2603:26e2:320::
2603:26e2:460::
2603:26e2:800::
2603:26e2:980::
2603:26e2:d40::
2603:26e2:de0::
2603:26e2:1020::
2603:26e2:1180::
2603:26e2:1340::
2603:26e2:17e0::
2603:26e2:2600::
2603:26e2:2660::
2603:26e2:2740::
2603:26e2:2960::
2603:26e2:2ec0::

2603:26e2:3560::
2603:26e2:3860::
2603:26e2:3a60::
2603:26e2:3b60::
2603:26e2:3e40::
2603:26e2:3ee0::
2603:26e2:4bc0::
2603:26e2:4d40::
2603:26e2:4fc0::
2603:26e2:5380::
2603:26e2:54a0::
2603:26e2:55a0::
2603:26e2:5780::
2603:26e2:5800::
2603:26e2:5bc0::
2603:26e2:5f40::
2603:26e2:5fa0::
2603:26e2:6220::
2603:26e2:65a0::
2603:26e2:67e0::
2603:26e2:6880::
2603:26e2:6980::
2603:26e2:6e80::
2603:26e2:6f80::
2603:26e2:7140::
2603:26e2:7640::
2603:26e2:7980::
2603:26e2:80e0::
2603:26e2:8240::
2603:26e2:92a0::
2603:26e2:95c0::
2603:26e2:9600::
2603:26e2:9be0::
2603:26e2:9e00::
2603:26e2:a540::
2603:26e2:a6e0::
2603:26e2:a8a0::

2603:26e2:a940::
2603:26e2:aec0::
2603:26e2:b180::
2603:26e2:b640::
2603:26e2:c5c0::
2603:26e2:ce80::
2603:26e2:d640::
2603:26e2:d9c0::
2603:26e2:da20::
2603:26e2:dae0::
2603:26e2:de00::
2603:26e2:dfa0::
2603:26e2:e060::
2603:26e2:e1e0::
2603:26e2:e960::
2603:26e2:eda0::
2603:26e2:ef00::
2603:26e2:f400::
2603:26e2:f4c0::
2603:26e2:f5a0::
2603:26e2:f860::
2603:26e2:f900::
2603:26e2:ff00::
2603:26e3:880::
2603:26e3:b00::
2603:26e3:d40::
2603:26e3:ea0::
2603:26e3:f40::
2603:26e3:18a0::
2603:26e3:2200::
2603:26e3:2340::
2603:26e3:2700::
2603:26e3:2940::
2603:26e3:2a00::
2603:26e3:2ba0::
2603:26e3:2be0::
2603:26e3:3600::

2603:26e3:36c0::
2603:26e3:3ea0::
2603:26e3:4540::
2603:26e3:4640::
2603:26e3:4a20::
2603:26e3:4c00::
2603:26e3:4c80::
2603:26e3:4e00::
2603:26e3:4f00::
2603:26e3:5180::
2603:26e3:5200::
2603:26e3:5620::
2603:26e3:56c0::
2603:26e3:5840::
2603:26e3:5f20::
2603:26e3:6060::
2603:26e3:6280::
2603:26e3:6400::
2603:26e3:6980::
2603:26e3:69e0::
2603:26e3:6a60::
2603:26e3:6b00::
2603:26e3:6f40::
2603:26e3:6f80::
2603:26e3:6fe0::
2603:26e3:7060::
2603:26e3:7600::
2603:26e3:7700::
2603:26e3:7ae0::
2603:26e3:7e40::
2603:26e3:8860::
2603:26e3:89c0::
2603:26e3:9320::
2603:26e3:9400::
2603:26e3:9780::
2603:26e3:9b80::
2603:26e3:9f20::

2603:26e3:a060::
2603:26e3:a180::
2603:26e3:a4a0::
2603:26e3:a520::
2603:26e3:a620::
2603:26e3:a820::
2603:26e3:b080::
2603:26e3:bce0::
2603:26e3:bfa0::
2603:26e3:c280::
2603:26e3:c720::
2603:26e3:c780::
2603:26e3:ca80::
2603:26e3:ce00::
2603:26e3:d6a0::
2603:26e3:d960::
2603:26e3:daa0::
2603:26e3:dc80::
2603:26e3:e8e0::
2603:26e3:ece0::
2603:26e3:ed20::
2603:26e3:ee00::
2603:26e3:f7e0::
2603:26e3:fc00::
2603:26e3:fc60::
2603:26e4:1c0::
2603:26e4:500::
2603:26e4:740::
2603:26e4:b00::
2603:26e4:e00::
2603:26e4:e60::
2603:26e4:12a0::
2603:26e4:1380::
2603:26e4:18a0::
2603:26e4:2180::
2603:26e4:2320::
2603:26e4:26a0::

2603:26e4:2700::
2603:26e4:28c0::
2603:26e4:29c0::
2603:26e4:2ee0::
2603:26e4:2fe0::
2603:26e4:3060::
2603:26e4:3180::
2603:26e4:3260::
2603:26e4:3460::
2603:26e4:3600::
2603:26e4:36a0::
2603:26e4:4080::
2603:26e4:4260::
2603:26e4:4620::
2603:26e4:4920::
2603:26e4:4980::
2603:26e4:4a80::
2603:26e4:4e20::
2603:26e4:53e0::
2603:26e4:5b80::
2603:26e4:5d00::
2603:26e4:6120::
2603:26e4:6600::
2603:26e4:6640::
2603:26e4:68e0::
2603:26e4:6920::
2603:26e4:6a40::
2603:26e4:6ce0::
2603:26e4:6e40::
2603:26e4:6fc0::
2603:26e4:78e0::
2603:26e4:7bc0::
2603:26e4:7d40::
2603:26e4:8f00::
2603:26e4:9240::
2603:26e4:9640::
2603:26e4:98a0::

2603:26e4:9a40::
2603:26e4:a020::
2603:26e4:a080::
2603:26e4:a160::
2603:26e4:a6c0::
2603:26e4:a8e0::
2603:26e4:a940::
2603:26e4:abe0::
2603:26e4:aec0::
2603:26e4:af20::
2603:26e4:b220::
2603:26e4:b340::
2603:26e4:b3a0::
2603:26e4:b420::
2603:26e4:b4e0::
2603:26e4:bbc0::
2603:26e4:c080::
2603:26e4:c4a0::
2603:26e4:c680::
2603:26e4:c780::
2603:26e4:cbe0::
2603:26e4:cd00::
2603:26e4:d1a0::
2603:26e4:d420::
2603:26e4:d620::
2603:26e4:d6a0::
2603:26e4:d860::
2603:26e4:db20::
2603:26e4:ddc0::
2603:26e4:e200::
2603:26e4:e320::
2603:26e4:e4c0::
2603:26e4:e880::
2603:26e4:f720::
2603:26e4:fb60::
2603:26e4:fd80::
2603:26e4:ffe0::

2603:26e5:1a0::
2603:26e5:a20::
2603:26e5:f40::
2603:26e5:1340::
2603:26e5:16e0::
2603:26e5:19a0::
2603:26e5:1a00::
2603:26e5:1fe0::
2603:26e5:2480::
2603:26e5:2600::
2603:26e5:3500::
2603:26e5:3b40::
2603:26e5:3f40::
2603:26e5:4240::
2603:26e5:48e0::
2603:26e5:4ae0::
2603:26e5:4c20::
2603:26e5:4f40::
2603:26e5:4fc0::
2603:26e5:5020::
2603:26e5:5180::
2603:26e5:53e0::
2603:26e5:5600::
2603:26e5:57c0::
2603:26e5:5c20::
2603:26e5:5dc0::
2603:26e5:61a0::
2603:26e5:61e0::
2603:26e5:6460::
2603:26e5:65e0::
2603:26e5:6be0::
2603:26e5:6d40::
2603:26e5:6ee0::
2603:26e5:71c0::
2603:26e5:7420::
2603:26e5:7620::
2603:26e5:8120::

2603:26e5:8260::
2603:26e5:8400::
2603:26e5:8880::
2603:26e5:8f60::
2603:26e5:90e0::
2603:26e5:9320::
2603:26e5:9400::
2603:26e5:9460::
2603:26e5:9560::
2603:26e5:98e0::
2603:26e5:9c40::
2603:26e5:a020::
2603:26e5:acc0::
2603:26e5:aee0::
2603:26e5:b180::
2603:26e5:b340::
2603:26e5:b440::
2603:26e5:b760::
2603:26e5:b9a0::
2603:26e5:c480::
2603:26e5:c5a0::
2603:26e5:c660::
2603:26e5:d4e0::
2603:26e5:e1c0::
2603:26e5:e560::
2603:26e5:e680::
2603:26e5:e980::
2603:26e5:ec00::
2603:26e5:ee80::
2603:26e5:f120::
2603:26e5:f660::
2603:26e5:fec0::
2603:26e5:ffc0::
2603:26e6:180::
2603:26e6:1c0::
2603:26e6:b00::
2603:26e6:d40::

2603:26e6:e00::
2603:26e6:1280::
2603:26e6:1380::
2603:26e6:1440::
2603:26e6:1720::
2603:26e6:19a0::
2603:26e6:1d60::
2603:26e6:1f20::
2603:26e6:24e0::
2603:26e6:2600::
2603:26e6:2a40::
2603:26e6:32c0::
2603:26e6:3520::
2603:26e6:3580::
2603:26e6:3860::
2603:26e6:3a20::
2603:26e6:3c80::
2603:26e6:3cc0::
2603:26e6:4200::
2603:26e6:4360::
2603:26e6:4960::
2603:26e6:5000::
2603:26e6:52c0::
2603:26e6:5380::
2603:26e6:5420::
2603:26e6:5500::
2603:26e6:5540::
2603:26e6:55e0::
2603:26e6:5a40::
2603:26e6:5ba0::
2603:26e6:5c60::
2603:26e6:5d00::
2603:26e6:5e80::
2603:26e6:5f00::
2603:26e6:6380::
2603:26e6:6960::
2603:26e6:6fa0::

2603:26e6:72a0::
2603:26e6:7320::
2603:26e6:7520::
2603:26e6:77e0::
2603:26e6:7c60::
2603:26e6:8580::
2603:26e6:8740::
2603:26e6:8fe0::
2603:26e6:92a0::
2603:26e6:93a0::
2603:26e6:9660::
2603:26e6:a460::
2603:26e6:a640::
2603:26e6:aa20::
2603:26e6:ac40::
2603:26e6:b240::
2603:26e6:b2c0::
2603:26e6:b3c0::
2603:26e6:b440::
2603:26e6:bc20::
2603:26e6:bd40::
2603:26e6:be20::
2603:26e6:be60::
2603:26e6:c060::
2603:26e6:c120::
2603:26e6:c220::
2603:26e6:c3e0::
2603:26e6:c740::
2603:26e6:c7e0::
2603:26e6:cca0::
2603:26e6:d0c0::
2603:26e6:d800::
2603:26e6:d880::
2603:26e6:d8e0::
2603:26e6:df60::
2603:26e6:e140::
2603:26e6:e1e0::

2603:26e6:e260::
2603:26e6:e480::
2603:26e6:e540::
2603:26e6:e620::
2603:26e6:e6c0::
2603:26e6:e8a0::
2603:26e6:ea20::
2603:26e6:ec20::
2603:26e6:ed00::
2603:26e6:ed60::
2603:26e6:ee20::
2603:26e6:f0e0::
2603:26e6:ffa0::
2603:26e7:380::
2603:26e7:f00::
2603:26e7:fc0::
2603:26e7:1420::
2603:26e7:1620::
2603:26e7:1740::
2603:26e7:19a0::
2603:26e7:1a00::
2603:26e7:1ac0::
2603:26e7:26c0::
2603:26e7:29a0::
2603:26e7:2f00::
2603:26e7:31c0::
2603:26e7:3240::
2603:26e7:35e0::
2603:26e7:39a0::
2603:26e7:3b00::
2603:26e7:3dc0::
2603:26e7:4060::
2603:26e7:4c60::
2603:26e7:50a0::
2603:26e7:5140::
2603:26e7:55c0::
2603:26e7:5ea0::

2603:26e7:6100::
2603:26e7:64e0::
2603:26e7:6520::
2603:26e7:6580::
2603:26e7:6600::
2603:26e7:6740::
2603:26e7:6b20::
2603:26e7:6de0::
2603:26e7:72e0::
2603:26e7:75e0::
2603:26e7:7680::
2603:26e7:7840::
2603:26e7:79a0::
2603:26e7:7c20::
2603:26e7:7f60::
2603:26e7:8640::
2603:26e7:86a0::
2603:26e7:8760::
2603:26e7:8c20::
2603:26e7:8ee0::
2603:26e7:8fa0::
2603:26e7:9440::
2603:26e7:94a0::
2603:26e7:9520::
2603:26e7:96a0::
2603:26e7:9820::
2603:26e7:9c00::
2603:26e7:9dc0::
2603:26e7:9f20::
2603:26e7:a140::
2603:26e7:a520::
2603:26e7:a660::
2603:26e7:a6e0::
2603:26e7:a820::
2603:26e7:a880::
2603:26e7:a940::
2603:26e7:b120::

2603:26e7:b980::
2603:26e7:ba00::
2603:26e7:bba0::
2603:26e7:bec0::
2603:26e7:c200::
2603:26e7:c340::
2603:26e7:ce00::
2603:26e7:d0a0::
2603:26e7:d100::
2603:26e7:d5a0::
2603:26e7:d640::
2603:26e7:d7e0::
2603:26e7:d940::
2603:26e7:da00::
2603:26e7:dd20::
2603:26e7:dd60::
2603:26e7:e0a0::
2603:26e7:e220::
2603:26e7:e880::
2603:26e7:ec80::
2603:26e7:ece0::
2603:26e7:ef40::
2603:26e7:f0e0::
2603:26e7:f960::
2603:26e7:fd00::
2603:26e8::
2603:26e8:180::
2603:26e8:200::
2603:26e8:520::
2603:26e8:640::
2603:26e8:7e0::
2603:26e8:1600::
2603:26e8:1760::
2603:26e8:17e0::
2603:26e8:2980::
2603:26e8:3540::
2603:26e8:3680::

2603:26e8:3d00::
2603:26e8:4080::
2603:26e8:44e0::
2603:26e8:4900::
2603:26e8:4c80::
2603:26e8:4d40::
2603:26e8:5040::
2603:26e8:52c0::
2603:26e8:5f20::
2603:26e8:6040::
2603:26e8:60a0::
2603:26e8:61c0::
2603:26e8:64e0::
2603:26e8:6540::
2603:26e8:6800::
2603:26e8:68c0::
2603:26e8:6ec0::
2603:26e8:7180::
2603:26e8:71e0::
2603:26e8:7660::
2603:26e8:7760::
2603:26e8:7a40::
2603:26e8:7bc0::
2603:26e8:7ce0::
2603:26e8:8080::
2603:26e8:8140::
2603:26e8:8260::
2603:26e8:8300::
2603:26e8:8540::
2603:26e8:85a0::
2603:26e8:8dc0::
2603:26e8:9940::
2603:26e8:9b20::
2603:26e8:a100::
2603:26e8:a320::
2603:26e8:a3a0::
2603:26e8:a5e0::

2603:26e8:b340::
2603:26e8:b420::
2603:26e8:b840::
2603:26e8:b8c0::
2603:26e8:c3c0::
2603:26e8:c920::
2603:26e8:ca40::
2603:26e8:cae0::
2603:26e8:d800::
2603:26e8:e2c0::
2603:26e8:e640::
2603:26e8:e820::
2603:26e8:ea60::
2603:26e8:ec80::
2603:26e8:efe0::
2603:26e8:f340::
2603:26e8:f480::
2603:26e8:f4c0::
2603:26e8:f640::
2603:26e8:f720::
2603:26e8:f980::
2603:26e8:fb40::
2603:26e8:ff80::
2603:26e9:2e0::
2603:26e9:440::
2603:26e9:7a0::
2603:26e9:820::
2603:26e9:9c0::
2603:26e9:d20::
2603:26e9:da0::
2603:26e9:1380::
2603:26e9:1a20::
2603:26e9:2000::
2603:26e9:22e0::
2603:26e9:2420::
2603:26e9:2ba0::
2603:26e9:2c60::

2603:26e9:2da0::
2603:26e9:3520::
2603:26e9:3720::
2603:26e9:3a40::
2603:26e9:3fe0::
2603:26e9:4240::
2603:26e9:4880::
2603:26e9:4960::
2603:26e9:4b00::
2603:26e9:4d80::
2603:26e9:5200::
2603:26e9:5560::
2603:26e9:55e0::
2603:26e9:5900::
2603:26e9:5b40::
2603:26e9:5ca0::
2603:26e9:6700::
2603:26e9:70a0::
2603:26e9:7620::
2603:26e9:7a60::
2603:26e9:7d20::
2603:26e9:7ee0::
2603:26e9:84a0::
2603:26e9:8660::
2603:26e9:87e0::
2603:26e9:8ce0::
2603:26e9:90a0::
2603:26e9:9140::
2603:26e9:92c0::
2603:26e9:96a0::
2603:26e9:9bc0::
2603:26e9:9c80::
2603:26e9:9d80::
2603:26e9:9ea0::
2603:26e9:ae80::
2603:26e9:aee0::
2603:26e9:b000::

2603:26e9:b0a0::
2603:26e9:b260::
2603:26e9:b4e0::
2603:26e9:b600::
2603:26e9:ba60::
2603:26e9:c060::
2603:26e9:c160::
2603:26e9:c280::
2603:26e9:c9c0::
2603:26e9:caa0::
2603:26e9:cd00::
2603:26e9:d180::
2603:26e9:e960::
2603:26e9:eb80::
2603:26e9:ee40::
2603:26e9:f060::
2603:26e9:f2e0::
2603:26e9:f6a0::
2603:26e9:f7e0::
2603:26e9:f8e0::
2603:26e9:fea0::
2603:26ea:a00::
2603:26ea:c00::
2603:26ea:10c0::
2603:26ea:1320::
2603:26ea:1460::
2603:26ea:1c20::
2603:26ea:1d40::
2603:26ea:1fa0::
2603:26ea:2180::
2603:26ea:21c0::
2603:26ea:2360::
2603:26ea:2c00::
2603:26ea:2ca0::
2603:26ea:2fa0::
2603:26ea:3100::
2603:26ea:3140::

2603:26ea:3600::
2603:26ea:3b20::
2603:26ea:3c40::
2603:26ea:3ea0::
2603:26ea:3f40::
2603:26ea:4460::
2603:26ea:4740::
2603:26ea:47e0::
2603:26ea:4940::
2603:26ea:4e60::
2603:26ea:51a0::
2603:26ea:54e0::
2603:26ea:5e40::
2603:26ea:6b80::
2603:26ea:6e00::
2603:26ea:6fa0::
2603:26ea:72c0::
2603:26ea:7360::
2603:26ea:7900::
2603:26ea:7e40::
2603:26ea:7f20::
2603:26ea:8180::
2603:26ea:8420::
2603:26ea:8640::
2603:26ea:8840::
2603:26ea:8a40::
2603:26ea:9140::
2603:26ea:9300::
2603:26ea:9480::
2603:26ea:9520::
2603:26ea:96e0::
2603:26ea:9da0::
2603:26ea:a0a0::
2603:26ea:abc0::
2603:26ea:b1c0::
2603:26ea:b240::
2603:26ea:b360::

2603:26ea:b460::
2603:26ea:b8a0::
2603:26ea:bee0::
2603:26ea:c080::
2603:26ea:c2c0::
2603:26ea:c860::
2603:26ea:c9a0::
2603:26ea:ce00::
2603:26ea:cf20::
2603:26ea:d7c0::
2603:26ea:d860::
2603:26ea:da20::
2603:26ea:dc20::
2603:26ea:e040::
2603:26ea:e9e0::
2603:26ea:eb80::
2603:26ea:ec00::
2603:26ea:ecc0::
2603:26ea:f660::
2603:26ea:f820::
2603:26ea:fb00::
2603:26eb:220::
2603:26eb:620::
2603:26eb:6e0::
2603:26eb:720::
2603:26eb:aa0::
2603:26eb:11c0::
2603:26eb:1ac0::
2603:26eb:1c00::
2603:26eb:1c60::
2603:26eb:2700::
2603:26eb:2920::
2603:26eb:2c40::
2603:26eb:2c80::
2603:26eb:2d20::
2603:26eb:3320::
2603:26eb:3540::

2603:26eb:3900::
2603:26eb:3b00::
2603:26eb:3fe0::
2603:26eb:4120::
2603:26eb:4600::
2603:26eb:4ae0::
2603:26eb:4ce0::
2603:26eb:4e00::
2603:26eb:4fa0::
2603:26eb:51c0::
2603:26eb:5240::
2603:26eb:5680::
2603:26eb:58c0::
2603:26eb:5900::
2603:26eb:5980::
2603:26eb:5f80::
2603:26eb:6e20::
2603:26eb:6ee0::
2603:26eb:7460::
2603:26eb:7d00::
2603:26eb:8040::
2603:26eb:8080::
2603:26eb:8780::
2603:26eb:8900::
2603:26eb:8d60::
2603:26eb:9040::
2603:26eb:9320::
2603:26eb:96e0::
2603:26eb:99c0::
2603:26eb:9a60::
2603:26eb:9de0::
2603:26eb:a120::
2603:26eb:ab20::
2603:26eb:ad80::
2603:26eb:b080::
2603:26eb:b3a0::
2603:26eb:b900::

2603:26eb:b960::
2603:26eb:bb60::
2603:26eb:bc00::
2603:26eb:bf40::
2603:26eb:bfa0::
2603:26eb:c220::
2603:26eb:c2a0::
2603:26eb:c640::
2603:26eb:c6a0::
2603:26eb:c720::
2603:26eb:d780::
2603:26eb:d960::
2603:26eb:dac0::
2603:26eb:e320::
2603:26eb:e4a0::
2603:26eb:e700::
2603:26eb:e8a0::
2603:26eb:e9e0::
2603:26eb:ee60::
2603:26eb:f4c0::
2603:26eb:f7a0::
2603:26eb:fa60::
2603:26eb:fc60::
2603:26eb:fdc0::
2603:26eb:fe60::
2603:26ec:60::
2603:26ec:640::
2603:26ec:12e0::
2603:26ec:1920::
2603:26ec:1be0::
2603:26ec:1da0::
2603:26ec:2e80::
2603:26ec:4280::
2603:26ec:4880::
2603:26ec:4980::
2603:26ec:4a80::
2603:26ec:4d00::

2603:26ec:4f60::
2603:26ec:5960::
2603:26ec:5b00::
2603:26ec:5b80::
2603:26ec:5cc0::
2603:26ec:5d80::
2603:26ec:6100::
2603:26ec:6320::
2603:26ec:6640::
2603:26ec:6740::
2603:26ec:6980::
2603:26ec:6d60::
2603:26ec:6ea0::
2603:26ec:78e0::
2603:26ec:7a60::
2603:26ec:7f20::
2603:26ec:7fe0::
2603:26ec:8540::
2603:26ec:8ac0::
2603:26ec:8b00::
2603:26ec:8c40::
2603:26ec:92a0::
2603:26ec:9780::
2603:26ec:a9a0::
2603:26ec:abe0::
2603:26ec:ad60::
2603:26ec:b340::
2603:26ec:b3e0::
2603:26ec:b560::
2603:26ec:c140::
2603:26ec:c6a0::
2603:26ec:c6e0::
2603:26ec:c720::
2603:26ec:caa0::
2603:26ec:d2a0::
2603:26ec:d640::
2603:26ec:da00::

2603:26ec:db20::
2603:26ec:dfa0::
2603:26ec:e160::
2603:26ec:f480::
2603:26ec:f5c0::
2603:26ec:f7a0::
2603:26ec:ffc0::
2603:26ed:240::
2603:26ed:920::
2603:26ed:a40::
2603:26ed:d00::
2603:26ed:ea0::
2603:26ed:10a0::
2603:26ed:1300::
2603:26ed:13c0::
2603:26ed:15e0::
2603:26ed:1620::
2603:26ed:1680::
2603:26ed:19e0::
2603:26ed:1e20::
2603:26ed:1f80::
2603:26ed:25a0::
2603:26ed:2a20::
2603:26ed:2b40::
2603:26ed:2ba0::
2603:26ed:2c40::
2603:26ed:3320::
2603:26ed:38a0::
2603:26ed:39a0::
2603:26ed:3a20::
2603:26ed:3d60::
2603:26ed:3f20::
2603:26ed:4540::
2603:26ed:4660::
2603:26ed:46c0::
2603:26ed:47e0::
2603:26ed:4cc0::

2603:26ed:5220::
2603:26ed:5340::
2603:26ed:5680::
2603:26ed:5a60::
2603:26ed:5ce0::
2603:26ed:5d80::
2603:26ed:6020::
2603:26ed:6280::
2603:26ed:64c0::
2603:26ed:6600::
2603:26ed:6700::
2603:26ed:6ac0::
2603:26ed:6c80::
2603:26ed:6f80::
2603:26ed:7200::
2603:26ed:7440::
2603:26ed:7660::
2603:26ed:7720::
2603:26ed:7b80::
2603:26ed:7dc0::
2603:26ed:7ea0::
2603:26ed:7fc0::
2603:26ed:8140::
2603:26ed:86c0::
2603:26ed:8b40::
2603:26ed:91a0::
2603:26ed:9460::
2603:26ed:94c0::
2603:26ed:9740::
2603:26ed:9780::
2603:26ed:9800::
2603:26ed:9900::
2603:26ed:9980::
2603:26ed:99c0::
2603:26ed:9ae0::
2603:26ed:9b40::
2603:26ed:a0a0::

2603:26ed:a200::
2603:26ed:a5c0::
2603:26ed:a860::
2603:26ed:aa60::
2603:26ed:abc0::
2603:26ed:ac60::
2603:26ed:af80::
2603:26ed:b2c0::
2603:26ed:b380::
2603:26ed:bc00::
2603:26ed:c000::
2603:26ed:c300::
2603:26ed:cc00::
2603:26ed:cd00::
2603:26ed:d420::
2603:26ed:d7c0::
2603:26ed:da80::
2603:26ed:db40::
2603:26ed:de40::
2603:26ed:e4e0::
2603:26ed:e980::
2603:26ed:ea00::
2603:26ed:eb40::
2603:26ed:f3c0::
2603:26ed:f840::
2603:26ed:fd00::
2603:26ee:260::
2603:26ee:7c0::
2603:26ee:e80::
2603:26ee:1540::
2603:26ee:15c0::
2603:26ee:1b40::
2603:26ee:2560::
2603:26ee:2ce0::
2603:26ee:33c0::
2603:26ee:3680::
2603:26ee:41e0::

2603:26ee:4700::
2603:26ee:4bc0::
2603:26ee:4f20::
2603:26ee:5140::
2603:26ee:5860::
2603:26ee:59a0::
2603:26ee:5c20::
2603:26ee:60c0::
2603:26ee:61e0::
2603:26ee:6640::
2603:26ee:6820::
2603:26ee:69a0::
2603:26ee:70a0::
2603:26ee:7180::
2603:26ee:78a0::
2603:26ee:78e0::
2603:26ee:8220::
2603:26ee:8260::
2603:26ee:87e0::
2603:26ee:8d00::
2603:26ee:8fa0::
2603:26ee:90a0::
2603:26ee:9300::
2603:26ee:9660::
2603:26ee:9a60::
2603:26ee:9ac0::
2603:26ee:a940::
2603:26ee:a9a0::
2603:26ee:adc0::
2603:26ee:af40::
2603:26ee:b180::
2603:26ee:b4c0::
2603:26ee:b580::
2603:26ee:c500::
2603:26ee:cde0::
2603:26ee:d240::
2603:26ee:d540::

2603:26ee:db20::
2603:26ee:e780::
2603:26ee:eca0::
2603:26ee:ef40::
2603:26ee:f500::
2603:26ee:f7e0::
2603:26ee:f8a0::
2603:26ee:ff80::
2603:26ef:80::
2603:26ef:1e0::
2603:26ef:280::
2603:26ef:660::
2603:26ef:6e0::
2603:26ef:8e0::
2603:26ef:cc0::
2603:26ef:e20::
2603:26ef:11c0::
2603:26ef:1600::
2603:26ef:1880::
2603:26ef:19e0::
2603:26ef:1b40::
2603:26ef:1c40::
2603:26ef:1ce0::
2603:26ef:1da0::
2603:26ef:1e80::
2603:26ef:2540::
2603:26ef:2780::
2603:26ef:2980::
2603:26ef:2a40::
2603:26ef:2c20::
2603:26ef:2dc0::
2603:26ef:30e0::
2603:26ef:3640::
2603:26ef:5040::
2603:26ef:5540::
2603:26ef:58a0::
2603:26ef:5aa0::

2603:26ef:5d00::
2603:26ef:61c0::
2603:26ef:6360::
2603:26ef:6780::
2603:26ef:6be0::
2603:26ef:6c40::
2603:26ef:6ec0::
2603:26ef:7120::
2603:26ef:73a0::
2603:26ef:8240::
2603:26ef:83a0::
2603:26ef:8520::
2603:26ef:8860::
2603:26ef:8e00::
2603:26ef:91c0::
2603:26ef:9300::
2603:26ef:9360::
2603:26ef:98a0::
2603:26ef:9960::
2603:26ef:9b00::
2603:26ef:9fc0::
2603:26ef:a100::
2603:26ef:a260::
2603:26ef:a4a0::
2603:26ef:a5a0::
2603:26ef:a940::
2603:26ef:a9c0::
2603:26ef:af80::
2603:26ef:b000::
2603:26ef:b0e0::
2603:26ef:b300::
2603:26ef:b360::
2603:26ef:b460::
2603:26ef:b5a0::
2603:26ef:bb00::
2603:26ef:bca0::
2603:26ef:c0a0::

2603:26ef:c340::
2603:26ef:c700::
2603:26ef:c980::
2603:26ef:d1a0::
2603:26ef:d820::
2603:26ef:e340::
2603:26ef:e380::
2603:26ef:e560::
2603:26ef:e5e0::
2603:26ef:e6a0::
2603:26ef:eba0::
2603:26ef:ec80::
2603:26ef:f480::
2603:26ef:f5c0::
2603:26ef:f6a0::
2603:26ef:f720::
2603:26ef:fdc0::
2603:26f0:660::
2603:26f0:980::
2603:26f0:b80::
2603:26f0:d40::
2603:26f0:e60::
2603:26f0:ec0::
2603:26f0:11a0::
2603:26f0:1800::
2603:26f0:1940::
2603:26f0:1c60::
2603:26f0:1d60::
2603:26f0:1de0::
2603:26f0:1f80::
2603:26f0:20c0::
2603:26f0:27c0::
2603:26f0:2a60::
2603:26f0:2f20::
2603:26f0:2f60::
2603:26f0:3380::
2603:26f0:3a60::

2603:26f0:3ae0::
2603:26f0:3e20::
2603:26f0:4220::
2603:26f0:4600::
2603:26f0:4940::
2603:26f0:4f60::
2603:26f0:5680::
2603:26f0:5d60::
2603:26f0:6020::
2603:26f0:61e0::
2603:26f0:6240::
2603:26f0:6460::
2603:26f0:6760::
2603:26f0:67e0::
2603:26f0:6920::
2603:26f0:69a0::
2603:26f0:6ac0::
2603:26f0:6d20::
2603:26f0:70a0::
2603:26f0:7820::
2603:26f0:78e0::
2603:26f0:7940::
2603:26f0:7a00::
2603:26f0:7fe0::
2603:26f0:8560::
2603:26f0:8d40::
2603:26f0:8f80::
2603:26f0:8fe0::
2603:26f0:9020::
2603:26f0:9180::
2603:26f0:9480::
2603:26f0:98c0::
2603:26f0:9c80::
2603:26f0:a260::
2603:26f0:a300::
2603:26f0:ac60::
2603:26f0:ae60::

2603:26f0:b220::
2603:26f0:b6a0::
2603:26f0:bce0::
2603:26f0:c3e0::
2603:26f0:c5e0::
2603:26f0:c7c0::
2603:26f0:ccc0::
2603:26f0:d3e0::
2603:26f0:d480::
2603:26f0:d720::
2603:26f0:e240::
2603:26f0:e420::
2603:26f0:efa0::
2603:26f0:f080::
2603:26f0:f180::
2603:26f0:f280::
2603:26f0:f340::
2603:26f0:f3a0::
2603:26f0:f940::
2603:26f0:fec0::
2603:26f1:860::
2603:26f1:ae0::
2603:26f1:f00::
2603:26f1:16c0::
2603:26f1:1860::
2603:26f1:18c0::
2603:26f1:1b40::
2603:26f1:24e0::
2603:26f1:2d40::
2603:26f1:2de0::
2603:26f1:3220::
2603:26f1:3780::
2603:26f1:39e0::
2603:26f1:3d80::
2603:26f1:3e00::
2603:26f1:47c0::
2603:26f1:4800::

2603:26f1:5180::
2603:26f1:5480::
2603:26f1:5900::
2603:26f1:5940::
2603:26f1:5fe0::
2603:26f1:6020::
2603:26f1:6100::
2603:26f1:6340::
2603:26f1:6de0::
2603:26f1:72c0::
2603:26f1:7980::
2603:26f1:7c60::
2603:26f1:8180::
2603:26f1:84c0::
2603:26f1:8500::
2603:26f1:85e0::
2603:26f1:8cc0::
2603:26f1:8f60::
2603:26f1:9200::
2603:26f1:9260::
2603:26f1:9ac0::
2603:26f1:a1c0::
2603:26f1:a3e0::
2603:26f1:a6a0::
2603:26f1:a720::
2603:26f1:a840::
2603:26f1:a980::
2603:26f1:aaa0::
2603:26f1:ac00::
2603:26f1:ad00::
2603:26f1:ae80::
2603:26f1:b180::
2603:26f1:b400::
2603:26f1:bf40::
2603:26f1:c200::
2603:26f1:c540::
2603:26f1:c740::

2603:26f1:c780::
2603:26f1:cfe0::
2603:26f1:d9c0::
2603:26f1:e0e0::
2603:26f1:e4a0::
2603:26f1:e6e0::
2603:26f1:e8a0::
2603:26f1:eda0::
2603:26f1:fb60::
2603:26f2:140::
2603:26f2:540::
2603:26f2:640::
2603:26f2:d40::
2603:26f2:10e0::
2603:26f2:1140::
2603:26f2:1860::
2603:26f2:1980::
2603:26f2:1aa0::
2603:26f2:1b40::
2603:26f2:1c60::
2603:26f2:2840::
2603:26f2:2b60::
2603:26f2:3b00::
2603:26f2:3b40::
2603:26f2:3c60::
2603:26f2:4100::
2603:26f2:4360::
2603:26f2:44c0::
2603:26f2:54e0::
2603:26f2:5800::
2603:26f2:5b60::
2603:26f2:6500::
2603:26f2:6600::
2603:26f2:68c0::
2603:26f2:6980::
2603:26f2:6e00::
2603:26f2:8560::

2603:26f2:87c0::
2603:26f2:8d60::
2603:26f2:9340::
2603:26f2:9500::
2603:26f2:95e0::
2603:26f2:9a80::
2603:26f2:9ce0::
2603:26f2:a000::
2603:26f2:aae0::
2603:26f2:aea0::
2603:26f2:b340::
2603:26f2:be40::
2603:26f2:c100::
2603:26f2:c320::
2603:26f2:c6c0::
2603:26f2:d220::
2603:26f2:d300::
2603:26f2:d680::
2603:26f2:d760::
2603:26f2:d840::
2603:26f2:dd60::
2603:26f2:dfc0::
2603:26f2:e000::
2603:26f2:e100::
2603:26f2:e160::
2603:26f2:e280::
2603:26f2:e860::
2603:26f2:e980::
2603:26f2:f0c0::
2603:26f2:f180::
2603:26f2:f840::
2603:26f2:f920::
2603:26f2:fd20::
2603:26f3:440::
2603:26f3:6e0::
2603:26f3:760::
2603:26f3:820::

2603:26f3:b40::
2603:26f3:1060::
2603:26f3:1340::
2603:26f3:1660::
2603:26f3:1800::
2603:26f3:1b00::
2603:26f3:1b40::
2603:26f3:1e20::
2603:26f3:2520::
2603:26f3:2620::
2603:26f3:2940::
2603:26f3:2b20::
2603:26f3:2e80::
2603:26f3:3060::
2603:26f3:33c0::
2603:26f3:34a0::
2603:26f3:3640::
2603:26f3:3900::
2603:26f3:39e0::
2603:26f3:3ca0::
2603:26f3:3fe0::
2603:26f3:4280::
2603:26f3:4520::
2603:26f3:4660::
2603:26f3:4ae0::
2603:26f3:4ea0::
2603:26f3:4fe0::
2603:26f3:50e0::
2603:26f3:5140::
2603:26f3:51e0::
2603:26f3:54a0::
2603:26f3:5520::
2603:26f3:62a0::
2603:26f3:6400::
2603:26f3:6760::
2603:26f3:6900::
2603:26f3:6ae0::

2603:26f3:72c0::
2603:26f3:7400::
2603:26f3:77e0::
2603:26f3:7d60::
2603:26f3:7e80::
2603:26f3:8200::
2603:26f3:8760::
2603:26f3:8820::
2603:26f3:8a80::
2603:26f3:9140::
2603:26f3:9320::
2603:26f3:9540::
2603:26f3:9c00::
2603:26f3:9e20::
2603:26f3:a720::
2603:26f3:ab00::
2603:26f3:ace0::
2603:26f3:b180::
2603:26f3:b6e0::
2603:26f3:b740::
2603:26f3:ba80::
2603:26f3:c160::
2603:26f3:c6a0::
2603:26f3:c980::
2603:26f3:d040::
2603:26f3:d100::
2603:26f3:d180::
2603:26f3:d3e0::
2603:26f3:d5c0::
2603:26f3:d9a0::
2603:26f3:dcc0::
2603:26f3:dfa0::
2603:26f3:e580::
2603:26f3:e6c0::
2603:26f3:eba0::
2603:26f3:ed40::
2603:26f3:f460::

2603:26f3:fd40::
2603:26f4:1c0::
2603:26f4:3a0::
2603:26f4:a20::
2603:26f4:ba0::
2603:26f4:c20::
2603:26f4:d00::
2603:26f4:dc0::
2603:26f4:f00::
2603:26f4:1120::
2603:26f4:11c0::
2603:26f4:12a0::
2603:26f4:1300::
2603:26f4:14a0::
2603:26f4:14e0::
2603:26f4:1600::
2603:26f4:1be0::
2603:26f4:1d80::
2603:26f4:1f20::
2603:26f4:2300::
2603:26f4:2480::
2603:26f4:2660::
2603:26f4:2ce0::
2603:26f4:47e0::
2603:26f4:4840::
2603:26f4:4a60::
2603:26f4:4c40::
2603:26f4:4dc0::
2603:26f4:4fc0::
2603:26f4:5520::
2603:26f4:5560::
2603:26f4:5dc0::
2603:26f4:69e0::
2603:26f4:7720::
2603:26f4:7d60::
2603:26f4:7de0::
2603:26f4:80e0::

2603:26f4:85c0::
2603:26f4:87e0::
2603:26f4:89e0::
2603:26f4:8a40::
2603:26f4:8d20::
2603:26f4:8da0::
2603:26f4:8f80::
2603:26f4:91e0::
2603:26f4:95c0::
2603:26f4:97e0::
2603:26f4:9ae0::
2603:26f4:9b20::
2603:26f4:9fa0::
2603:26f4:a360::
2603:26f4:a3c0::
2603:26f4:a460::
2603:26f4:a540::
2603:26f4:ab20::
2603:26f4:ad80::
2603:26f4:b460::
2603:26f4:b640::
2603:26f4:b740::
2603:26f4:b7e0::
2603:26f4:b8c0::
2603:26f4:bb80::
2603:26f4:bd00::
2603:26f4:bfa0::
2603:26f4:c0a0::
2603:26f4:cb20::
2603:26f4:d3a0::
2603:26f4:d5c0::
2603:26f4:d6a0::
2603:26f4:d6e0::
2603:26f4:d880::
2603:26f4:d940::
2603:26f4:da40::
2603:26f4:e6a0::

2603:26f4:e760::
2603:26f4:ef00::
2603:26f4:f0a0::
2603:26f4:f280::
2603:26f4:f620::
2603:26f4:fe80::
2603:26f5:600::
2603:26f5:1400::
2603:26f5:14e0::
2603:26f5:1720::
2603:26f5:1f00::
2603:26f5:1fc0::
2603:26f5:2300::
2603:26f5:2980::
2603:26f5:3280::
2603:26f5:34e0::
2603:26f5:3d20::
2603:26f5:40e0::
2603:26f5:4940::
2603:26f5:4ce0::
2603:26f5:5120::
2603:26f5:54a0::
2603:26f5:5a00::
2603:26f5:5aa0::
2603:26f5:60c0::
2603:26f5:6100::
2603:26f5:75c0::
2603:26f5:77e0::
2603:26f5:79e0::
2603:26f5:7ea0::
2603:26f5:7f40::
2603:26f5:8160::
2603:26f5:8200::
2603:26f5:8240::
2603:26f5:82a0::
2603:26f5:8340::
2603:26f5:83c0::

2603:26f5:89e0::
2603:26f5:8ca0::
2603:26f5:8d60::
2603:26f5:8ea0::
2603:26f5:9560::
2603:26f5:96a0::
2603:26f5:9d20::
2603:26f5:9e40::
2603:26f5:a080::
2603:26f5:a2e0::
2603:26f5:a4c0::
2603:26f5:a580::
2603:26f5:a6e0::
2603:26f5:b580::
2603:26f5:b940::
2603:26f5:b9e0::
2603:26f5:baa0::
2603:26f5:bbe0::
2603:26f5:bdc0::
2603:26f5:c0a0::
2603:26f5:c3a0::
2603:26f5:cda0::
2603:26f5:cde0::
2603:26f5:d0e0::
2603:26f5:d4e0::
2603:26f5:d680::
2603:26f5:daa0::
2603:26f5:dca0::
2603:26f5:dde0::
2603:26f5:dec0::
2603:26f5:e360::
2603:26f5:e3e0::
2603:26f5:ea20::
2603:26f5:eac0::
2603:26f5:ed40::
2603:26f5:ee60::
2603:26f5:efa0::

2603:26f5:f3a0::
2603:26f5:fe20::
2603:26f6:4e0::
2603:26f6:aa0::
2603:26f6:c00::
2603:26f6:c60::
2603:26f6:d20::
2603:26f6:d80::
2603:26f6:ea0::
2603:26f6:1500::
2603:26f6:2180::
2603:26f6:28e0::
2603:26f6:2aa0::
2603:26f6:2e80::
2603:26f6:2f00::
2603:26f6:31e0::
2603:26f6:3480::
2603:26f6:3700::
2603:26f6:3760::
2603:26f6:3e20::
2603:26f6:4180::
2603:26f6:43a0::
2603:26f6:4500::
2603:26f6:4820::
2603:26f6:4a20::
2603:26f6:4ec0::
2603:26f6:4f80::
2603:26f6:5000::
2603:26f6:5180::
2603:26f6:5780::
2603:26f6:5860::
2603:26f6:5ce0::
2603:26f6:6320::
2603:26f6:65a0::
2603:26f6:6800::
2603:26f6:69e0::
2603:26f6:6b40::

2603:26f6:6e80::
2603:26f6:6fc0::
2603:26f6:71c0::
2603:26f6:7300::
2603:26f6:7780::
2603:26f6:7840::
2603:26f6:79e0::
2603:26f6:7aa0::
2603:26f6:7da0::
2603:26f6:7ea0::
2603:26f6:7fc0::
2603:26f6:85e0::
2603:26f6:86a0::
2603:26f6:87c0::
2603:26f6:97a0::
2603:26f6:98e0::
2603:26f6:9cc0::
2603:26f6:9f60::
2603:26f6:a120::
2603:26f6:a280::
2603:26f6:a400::
2603:26f6:ad60::
2603:26f6:b0c0::
2603:26f6:b120::
2603:26f6:b1a0::
2603:26f6:b400::
2603:26f6:b4e0::
2603:26f6:b6e0::
2603:26f6:c4e0::
2603:26f6:c5e0::
2603:26f6:cc00::
2603:26f6:d140::
2603:26f6:e660::
2603:26f6:e780::
2603:26f6:f000::
2603:26f6:f0e0::
2603:26f6:f260::

2603:26f6:f360::
2603:26f6:f480::
2603:26f6:f5c0::
2603:26f6:ffc0::
2603:26f7:880::
2603:26f7:f20::
2603:26f7:14c0::
2603:26f7:15a0::
2603:26f7:1660::
2603:26f7:1880::
2603:26f7:1a00::
2603:26f7:1aa0::
2603:26f7:2840::
2603:26f7:2960::
2603:26f7:2ba0::
2603:26f7:2c20::
2603:26f7:3480::
2603:26f7:3540::
2603:26f7:3740::
2603:26f7:3f00::
2603:26f7:4220::
2603:26f7:42e0::
2603:26f7:4340::
2603:26f7:43a0::
2603:26f7:43e0::
2603:26f7:44a0::
2603:26f7:4a60::
2603:26f7:5080::
2603:26f7:50c0::
2603:26f7:5460::
2603:26f7:5600::
2603:26f7:5780::
2603:26f7:5c60::
2603:26f7:6220::
2603:26f7:6300::
2603:26f7:6c60::
2603:26f7:6d80::

2603:26f7:6f60::
2603:26f7:6fe0::
2603:26f7:71e0::
2603:26f7:7c60::
2603:26f7:8180::
2603:26f7:8280::
2603:26f7:8340::
2603:26f7:8560::
2603:26f7:88a0::
2603:26f7:89e0::
2603:26f7:8a20::
2603:26f7:8b20::
2603:26f7:9220::
2603:26f7:9700::
2603:26f7:9940::
2603:26f7:99c0::
2603:26f7:9b80::
2603:26f7:a280::
2603:26f7:a340::
2603:26f7:a660::
2603:26f7:a900::
2603:26f7:abe0::
2603:26f7:acc0::
2603:26f7:af60::
2603:26f7:b920::
2603:26f7:bec0::
2603:26f7:c780::
2603:26f7:c800::
2603:26f7:cac0::
2603:26f7:cea0::
2603:26f7:cf80::
2603:26f7:d000::
2603:26f7:d7c0::
2603:26f7:e0a0::
2603:26f7:e400::
2603:26f7:e680::
2603:26f7:e760::

2603:26f7:e8e0::
2603:26f7:eb60::
2603:26f7:ef80::
2603:26f7:f020::
2603:26f7:f2c0::
2603:26f7:fd00::
2603:26f8:b80::
2603:26f8:d20::
2603:26f8:fc0::
2603:26f8:1a00::
2603:26f8:2120::
2603:26f8:21e0::
2603:26f8:25c0::
2603:26f8:2980::
2603:26f8:3080::
2603:26f8:3780::
2603:26f8:37e0::
2603:26f8:39e0::
2603:26f8:3b60::
2603:26f8:3ba0::
2603:26f8:3c60::
2603:26f8:4600::
2603:26f8:49a0::
2603:26f8:4bc0::
2603:26f8:4e00::
2603:26f8:4f00::
2603:26f8:5020::
2603:26f8:5e60::
2603:26f8:6060::
2603:26f8:6820::
2603:26f8:6bc0::
2603:26f8:6c60::
2603:26f8:6f20::
2603:26f8:7600::
2603:26f8:7840::
2603:26f8:78c0::
2603:26f8:7a20::

2603:26f8:7bc0::
2603:26f8:7fa0::
2603:26f8:8280::
2603:26f8:89c0::
2603:26f8:8e00::
2603:26f8:9080::
2603:26f8:9240::
2603:26f8:a120::
2603:26f8:a840::
2603:26f8:be20::
2603:26f8:c320::
2603:26f8:c820::
2603:26f8:c900::
2603:26f8:cbc0::
2603:26f8:cd60::
2603:26f8:cdc0::
2603:26f8:cfe0::
2603:26f8:d860::
2603:26f8:dca0::
2603:26f8:e0a0::
2603:26f8:e2e0::
2603:26f8:e700::
2603:26f8:ea20::
2603:26f8:ee80::
2603:26f8:f100::
2603:26f8:f340::
2603:26f8:f9c0::
2603:26f8:fa00::
2603:26f8:fba0::
2603:26f8:fce0::
2603:26f9:20::
2603:26f9:300::
2603:26f9:b80::
2603:26f9:e60::
2603:26f9:f20::
2603:26f9:1500::
2603:26f9:1700::

2603:26f9:17a0::
2603:26f9:1ee0::
2603:26f9:1f60::
2603:26f9:28e0::
2603:26f9:2a40::
2603:26f9:2aa0::
2603:26f9:3b20::
2603:26f9:3d40::
2603:26f9:3da0::
2603:26f9:4240::
2603:26f9:4720::
2603:26f9:4a20::
2603:26f9:4e60::
2603:26f9:5160::
2603:26f9:51a0::
2603:26f9:55c0::
2603:26f9:5900::
2603:26f9:5b00::
2603:26f9:5c00::
2603:26f9:65a0::
2603:26f9:6860::
2603:26f9:70c0::
2603:26f9:75c0::
2603:26f9:7700::
2603:26f9:7920::
2603:26f9:7c60::
2603:26f9:81a0::
2603:26f9:8240::
2603:26f9:8280::
2603:26f9:8840::
2603:26f9:8a60::
2603:26f9:8dc0::
2603:26f9:8ee0::
2603:26f9:9240::
2603:26f9:9cc0::
2603:26f9:9dc0::
2603:26f9:a880::

2603:26f9:a9c0::
2603:26f9:aa60::
2603:26f9:ab00::
2603:26f9:b120::
2603:26f9:b220::
2603:26f9:b3a0::
2603:26f9:b840::
2603:26f9:bf60::
2603:26f9:c1a0::
2603:26f9:c460::
2603:26f9:c8a0::
2603:26f9:ca80::
2603:26f9:d340::
2603:26f9:d940::
2603:26f9:d9a0::
2603:26f9:daa0::
2603:26f9:db20::
2603:26f9:de40::
2603:26f9:e1c0::
2603:26f9:e6a0::
2603:26f9:e740::
2603:26f9:eaa0::
2603:26f9:eee0::
2603:26f9:fcc0::
2603:26f9:fde0::
2603:26fa:20::
2603:26fa:5e0::
2603:26fa:800::
2603:26fa:b80::
2603:26fa:1480::
2603:26fa:1ec0::
2603:26fa:2320::
2603:26fa:2700::
2603:26fa:33e0::
2603:26fa:36a0::
2603:26fa:37c0::
2603:26fa:3bc0::

2603:26fa:42a0::
2603:26fa:4320::
2603:26fa:4360::
2603:26fa:4520::
2603:26fa:46e0::
2603:26fa:4fe0::
2603:26fa:5100::
2603:26fa:57a0::
2603:26fa:5d20::
2603:26fa:6080::
2603:26fa:6820::
2603:26fa:6a40::
2603:26fa:6a80::
2603:26fa:6e60::
2603:26fa:6ea0::
2603:26fa:7020::
2603:26fa:73a0::
2603:26fa:74c0::
2603:26fa:7c00::
2603:26fa:7d00::
2603:26fa:7de0::
2603:26fa:8980::
2603:26fa:97a0::
2603:26fa:9e20::
2603:26fa:a040::
2603:26fa:a4e0::
2603:26fa:a960::
2603:26fa:abc0::
2603:26fa:b5a0::
2603:26fa:b760::
2603:26fa:b8a0::
2603:26fa:bca0::
2603:26fa:c320::
2603:26fa:c500::
2603:26fa:c980::
2603:26fa:cbe0::
2603:26fa:cd60::

2603:26fa:ce80::
2603:26fa:d3c0::
2603:26fa:d460::
2603:26fa:d680::
2603:26fa:da00::
2603:26fa:dbe0::
2603:26fa:dc20::
2603:26fa:dd20::
2603:26fa:e080::
2603:26fa:e1a0::
2603:26fa:e700::
2603:26fa:e880::
2603:26fa:ece0::
2603:26fa:ee40::
2603:26fa:f260::
2603:26fb::
2603:26fb:2a0::
2603:26fb:680::
2603:26fb:d40::
2603:26fb:fa0::
2603:26fb:fe0::
2603:26fb:1020::
2603:26fb:17a0::
2603:26fb:1a20::
2603:26fb:1e40::
2603:26fb:20a0::
2603:26fb:2100::
2603:26fb:25e0::
2603:26fb:2be0::
2603:26fb:30c0::
2603:26fb:3200::
2603:26fb:3560::
2603:26fb:3780::
2603:26fb:3c40::
2603:26fb:3f60::
2603:26fb:41c0::
2603:26fb:4400::

2603:26fb:60c0::
2603:26fb:61a0::
2603:26fb:6300::
2603:26fb:6840::
2603:26fb:6e40::
2603:26fb:6ec0::
2603:26fb:7260::
2603:26fb:7640::
2603:26fb:7900::
2603:26fb:7b00::
2603:26fb:7c00::
2603:26fb:7cc0::
2603:26fb:7dc0::
2603:26fb:82c0::
2603:26fb:89c0::
2603:26fb:8f00::
2603:26fb:9120::
2603:26fb:a080::
2603:26fb:a540::
2603:26fb:a800::
2603:26fb:a8a0::
2603:26fb:aaa0::
2603:26fb:ab20::
2603:26fb:ab60::
2603:26fb:abc0::
2603:26fb:b060::
2603:26fb:b640::
2603:26fb:b740::
2603:26fb:bbc0::
2603:26fb:be00::
2603:26fb:bfa0::
2603:26fb:c200::
2603:26fb:c320::
2603:26fb:cd80::
2603:26fb:ce40::
2603:26fb:d080::
2603:26fb:d120::

2603:26fb:d740::
2603:26fb:dc40::
2603:26fb:ddc0::
2603:26fb:de60::
2603:26fb:e3c0::
2603:26fb:e640::
2603:26fb:eb20::
2603:26fb:f380::
2603:26fb:f940::
2603:26fb:fb80::
2603:26fb:fdc0::
2603:26fc:320::
2603:26fc:700::
2603:26fc:a80::
2603:26fc:ce0::
2603:26fc:10e0::
2603:26fc:1a00::
2603:26fc:1ce0::
2603:26fc:2260::
2603:26fc:2640::
2603:26fc:26a0::
2603:26fc:2740::
2603:26fc:2ae0::
2603:26fc:2be0::
2603:26fc:2fe0::
2603:26fc:30c0::
2603:26fc:31e0::
2603:26fc:3400::
2603:26fc:3540::
2603:26fc:3780::
2603:26fc:3a40::
2603:26fc:3a80::
2603:26fc:3d00::
2603:26fc:40e0::
2603:26fc:4380::
2603:26fc:45e0::
2603:26fc:5480::

2603:26fc:5760::
2603:26fc:5ac0::
2603:26fc:5c60::
2603:26fc:60c0::
2603:26fc:6280::
2603:26fc:6680::
2603:26fc:6aa0::
2603:26fc:6de0::
2603:26fc:6e60::
2603:26fc:7720::
2603:26fc:77c0::
2603:26fc:7bc0::
2603:26fc:8060::
2603:26fc:8160::
2603:26fc:8280::
2603:26fc:8300::
2603:26fc:8860::
2603:26fc:8940::
2603:26fc:89c0::
2603:26fc:8c60::
2603:26fc:91a0::
2603:26fc:9540::
2603:26fc:9da0::
2603:26fc:a040::
2603:26fc:a260::
2603:26fc:a7c0::
2603:26fc:a960::
2603:26fc:ad80::
2603:26fc:b1a0::
2603:26fc:b260::
2603:26fc:b3e0::
2603:26fc:b4a0::
2603:26fc:b820::
2603:26fc:ba60::
2603:26fc:c100::
2603:26fc:c2c0::
2603:26fc:c540::

2603:26fc:c9e0::
2603:26fc:cb20::
2603:26fc:cfc0::
2603:26fc:d360::
2603:26fc:d400::
2603:26fc:e6e0::
2603:26fc:e800::
2603:26fc:e980::
2603:26fc:f160::
2603:26fc:faa0::
2603:26fc:fb40::
2603:26fc:fd80::
2603:26fd:220::
2603:26fd:13c0::
2603:26fd:1500::
2603:26fd:1e40::
2603:26fd:2500::
2603:26fd:2980::
2603:26fd:2a20::
2603:26fd:2b00::
2603:26fd:3300::
2603:26fd:3620::
2603:26fd:39c0::
2603:26fd:3ee0::
2603:26fd:3fe0::
2603:26fd:42c0::
2603:26fd:4b20::
2603:26fd:4ba0::
2603:26fd:5620::
2603:26fd:5740::
2603:26fd:5820::
2603:26fd:59a0::
2603:26fd:5ba0::
2603:26fd:5f40::
2603:26fd:60e0::
2603:26fd:6260::
2603:26fd:6600::

2603:26fd:69a0::
2603:26fd:6ae0::
2603:26fd:6d40::
2603:26fd:6e40::
2603:26fd:6ec0::
2603:26fd:7020::
2603:26fd:74a0::
2603:26fd:7620::
2603:26fd:7840::
2603:26fd:7a60::
2603:26fd:80a0::
2603:26fd:8300::
2603:26fd:85e0::
2603:26fd:86a0::
2603:26fd:8bc0::
2603:26fd:8e40::
2603:26fd:91e0::
2603:26fd:94c0::
2603:26fd:99e0::
2603:26fd:9f20::
2603:26fd:a1e0::
2603:26fd:a4e0::
2603:26fd:a5c0::
2603:26fd:a760::
2603:26fd:a860::
2603:26fd:a8a0::
2603:26fd:ace0::
2603:26fd:b540::
2603:26fd:b840::
2603:26fd:bc60::
2603:26fd:bde0::
2603:26fd:be80::
2603:26fd:c0c0::
2603:26fd:cfa0::
2603:26fd:d580::
2603:26fd:d6e0::
2603:26fd:da20::

2603:26fd:f140::
2603:26fd:f560::
2603:26fe:360::
2603:26fe:4e0::
2603:26fe:820::
2603:26fe:b60::
2603:26fe:19c0::
2603:26fe:1c00::
2603:26fe:1d00::
2603:26fe:1f40::
2603:26fe:2140::
2603:26fe:2560::
2603:26fe:2640::
2603:26fe:2720::
2603:26fe:2c00::
2603:26fe:3340::
2603:26fe:39a0::
2603:26fe:41a0::
2603:26fe:4780::
2603:26fe:4ce0::
2603:26fe:4e60::
2603:26fe:4ee0::
2603:26fe:5a00::
2603:26fe:5b00::
2603:26fe:5ba0::
2603:26fe:6480::
2603:26fe:66e0::
2603:26fe:7020::
2603:26fe:71a0::
2603:26fe:7800::
2603:26fe:7d00::
2603:26fe:86a0::
2603:26fe:8900::
2603:26fe:9240::
2603:26fe:9760::
2603:26fe:97c0::
2603:26fe:9b00::

2603:26fe:9e00::
2603:26fe:a200::
2603:26fe:a2c0::
2603:26fe:a6e0::
2603:26fe:ac20::
2603:26fe:b340::
2603:26fe:ba60::
2603:26fe:bf00::
2603:26fe:c120::
2603:26fe:c800::
2603:26fe:c920::
2603:26fe:cac0::
2603:26fe:d1c0::
2603:26fe:d300::
2603:26fe:da60::
2603:26fe:de60::
2603:26fe:e280::
2603:26fe:e4a0::
2603:26fe:ebe0::
2603:26fe:ed60::
2603:26fe:f1a0::
2603:26fe:f2a0::
2603:26fe:f6c0::
2603:26fe:f720::
2603:26fe:f900::
2603:26fe:fa20::
2603:26fe:fc80::
2603:26fe:fe00::
2603:26ff:100::
2603:26ff:240::
2603:26ff:5a0::
2603:26ff:ae0::
2603:26ff:e80::
2603:26ff:10e0::
2603:26ff:1380::
2603:26ff:14c0::
2603:26ff:1660::

2603:26ff:21a0::
2603:26ff:2200::
2603:26ff:2580::
2603:26ff:2a00::
2603:26ff:2cc0::
2603:26ff:2dc0::
2603:26ff:35a0::
2603:26ff:3720::
2603:26ff:3840::
2603:26ff:39c0::
2603:26ff:3ba0::
2603:26ff:3d00::
2603:26ff:4140::
2603:26ff:4700::
2603:26ff:4fa0::
2603:26ff:5260::
2603:26ff:5ce0::
2603:26ff:6520::
2603:26ff:6720::
2603:26ff:6a00::
2603:26ff:6bc0::
2603:26ff:6c20::
2603:26ff:6f00::
2603:26ff:73c0::
2603:26ff:74a0::
2603:26ff:7da0::
2603:26ff:7e80::
2603:26ff:8780::
2603:26ff:8940::
2603:26ff:89e0::
2603:26ff:8b20::
2603:26ff:8f60::
2603:26ff:91a0::
2603:26ff:9240::
2603:26ff:98c0::
2603:26ff:a2a0::
2603:26ff:a440::

2603:26ff:a560::
2603:26ff:a840::
2603:26ff:a9c0::
2603:26ff:ab40::
2603:26ff:ab80::
2603:26ff:ace0::
2603:26ff:b240::
2603:26ff:b340::
2603:26ff:b3a0::
2603:26ff:b3e0::
2603:26ff:b460::
2603:26ff:b500::
2603:26ff:b8e0::
2603:26ff:bac0::
2603:26ff:bde0::
2603:26ff:bee0::
2603:26ff:c140::
2603:26ff:c500::
2603:26ff:ca00::
2603:26ff:cd40::
2603:26ff:d000::
2603:26ff:e1c0::
2603:26ff:e680::
2603:26ff:e760::
2603:26ff:fae0::
2603:2880::
2603:2880:500::
2603:2880:860::
2603:2880:ba0::
2603:2880:e40::
2603:2880:1600::
2603:2880:1ac0::
2603:2880:1ea0::
2603:2880:2e60::
2603:2880:3240::
2603:2880:32e0::
2603:2880:3500::

2603:2881:140::
2603:2881:2e0::
2603:2881:3a0::
2603:2881:440::
2603:2881:6e0::
2603:2881:720::
2603:2881:cc0::
2603:2881:d80::
2603:2881:1a60::
2603:2881:1f80::
2603:2881:2920::
2603:2881:2c80::
2603:2881:3440::
2603:2881:3620::
2603:2881:3680::
2603:2881:3b40::
2603:2881:3e60::
2603:2881:8140::
2603:2881:89e0::
2603:2881:9120::
2603:2881:91e0::
2603:2881:9520::
2603:2881:96c0::
2603:2881:9860::
2603:2881:9c00::
2603:2881:9e00::
2603:2881:a240::
2603:2881:a6e0::
2603:2881:b0a0::
2603:2881:b100::
2603:2881:b340::
2603:2881:b500::
2603:2881:b5c0::
2603:2881:b700::
2603:2881:b860::
2603:2881:b8c0::
2603:2881:ba80::

2603:2881:bb00::
2603:2882:d140::
2603:2882:d1c0::
2603:2882:d240::
2603:2882:d3e0::
2603:2882:dbc0::
2603:2882:e3e0::
2603:2882:eb00::
2603:2882:eba0::
2603:2882:f1e0::
2603:2882:f2c0::
2603:2882:faa0::
2603:2883:860::
2603:2883:9e0::
2603:2883:b60::
2603:2883:1820::
2603:2883:1940::
2603:2883:1ba0::
2603:2883:1da0::
2603:2883:2460::
2603:2883:25a0::
2603:2883:2940::
2603:2883:2ce0::
2603:2883:2d80::
2603:2883:3f40::
2603:2884:580::
2603:2884:a20::
2603:2884:c00::
2603:2884:ee0::
2603:2884:1260::
2603:2884:12c0::
2603:2884:1400::
2603:2884:1c20::
2603:2884:1fa0::
2603:2884:22a0::
2603:2884:29e0::
2603:2884:2a60::

2603:2884:32c0::
2603:2884:33a0::
2603:2884:3500::
2603:2884:35a0::
2603:2884:37c0::
2603:2884:38a0::
2603:2884:3920::
2603:2884:39e0::
2603:2884:3be0::
2603:2884:4000::
2603:2884:4260::
2603:2884:4740::
2603:2884:48e0::
2603:2884:49a0::
2603:2884:4ae0::
2603:2884:4d20::
2603:2884:4ec0::
2603:2884:50c0::
2603:2884:51e0::
2603:2884:5300::
2603:2884:5600::
2603:2884:5800::
2603:2884:5b40::
2603:2884:6580::
2603:2884:7080::
2603:2884:7a00::
2603:2884:8460::
2603:2884:8800::
2603:2884:8920::
2603:2884:8a60::
2603:2884:8d60::
2603:2884:91e0::
2603:2884:93a0::
2603:2884:93e0::
2603:2884:9520::
2603:2884:9560::
2603:2884:9a80::

2603:2884:9d20::
2603:2884:a000::
2603:2884:a280::
2603:2884:a340::
2603:2884:a5c0::
2603:2884:aa00::
2603:2884:af00::
2603:2884:b2a0::
2603:2884:b3e0::
2603:2884:bd80::
2603:2884:c160::
2603:2884:c220::
2603:2884:cc60::
2603:2884:cda0::
2603:2884:cf20::
2603:2884:d2e0::
2603:2884:d360::
2603:2884:d400::
2603:2884:d7a0::
2603:2884:d920::
2603:2884:d960::
2603:2884:e2a0::
2603:2884:e7a0::
2603:2884:f080::
2603:2884:f140::
2603:2884:f1a0::
2603:2884:fca0::
2603:2884:fda0::
2603:2884:fec0::
2603:2885:560::
2603:2885:8a0::
2603:2885:bc0::
2603:2885:11e0::
2603:2885:1740::
2603:2885:2080::
2603:2885:24e0::
2603:2885:2a80::

2603:2885:2cc0::
2603:2885:31a0::
2603:2885:3bc0::
2603:2885:4100::
2603:2885:4460::
2603:2885:49e0::
2603:2885:5380::
2603:2885:5660::
2603:2885:5780::
2603:2885:6360::
2603:2885:63c0::
2603:2885:6720::
2603:2885:67a0::
2603:2885:6a00::
2603:2885:6e40::
2603:2885:7180::
2603:2885:7460::
2603:2885:7880::
2603:2885:7b20::
2603:2885:7f40::
2603:2885:82c0::
2603:2885:8960::
2603:2885:8be0::
2603:2885:9c20::
2603:2885:9da0::
2603:2885:a2c0::
2603:2885:a320::
2603:2885:a360::
2603:2885:a600::
2603:2885:a760::
2603:2885:a960::
2603:2885:aa40::
2603:2885:acc0::
2603:2885:ae80::
2603:2885:afc0::
2603:2885:b500::
2603:2885:b6a0::

2603:2885:b9c0::
2603:2885:bc60::
2603:2885:bce0::
2603:2885:c5e0::
2603:2885:c700::
2603:2885:c9c0::
2603:2885:d140::
2603:2885:d180::
2603:2885:d220::
2603:2885:d360::
2603:2885:d860::
2603:2885:dae0::
2603:2885:dfc0::
2603:2885:e600::
2603:2885:e760::
2603:2885:e800::
2603:2885:f240::
2603:2885:f320::
2603:2885:f700::
2603:2885:f8e0::
2603:2885:fa00::
2603:2885:fbc0::
2603:2886:360::
2603:2886:440::
2603:2886:760::
2603:2886:a60::
2603:2886:b20::
2603:2886:c40::
2603:2886:d40::
2603:2886:ea0::
2603:2886:10a0::
2603:2886:1420::
2603:2886:1b40::
2603:2886:20e0::
2603:2886:2640::
2603:2886:2b00::
2603:2886:3260::

2603:2886:3300::
2603:2886:33c0::
2603:2886:3740::
2603:2886:38c0::
2603:2886:3960::
2603:2886:3a40::
2603:2886:4000::
2603:2886:46a0::
2603:2886:4920::
2603:2886:4b20::
2603:2886:4fc0::
2603:2886:5860::
2603:2886:59c0::
2603:2886:5e00::
2603:2886:5e80::
2603:2886:5f40::
2603:2886:6000::
2603:2886:6060::
2603:2886:6340::
2603:2886:67e0::
2603:2886:68a0::
2603:2886:6a80::
2603:2886:6b60::
2603:2886:6be0::
2603:2886:6dc0::
2603:2886:7120::
2603:2886:7560::
2603:2886:7ae0::
2603:2886:7fe0::
2603:2886:83a0::
2603:2886:84a0::
2603:2886:89a0::
2603:2886:9240::
2603:2886:93e0::
2603:2886:9800::
2603:2886:9860::
2603:2886:98c0::

2603:2886:9a60::
2603:2886:9ee0::
2603:2886:a280::
2603:2886:a360::
2603:2886:af20::
2603:2886:b1e0::
2603:2886:b8a0::
2603:2886:bde0::
2603:2886:c040::
2603:2886:c3e0::
2603:2886:cae0::
2603:2886:cb40::
2603:2886:cc40::
2603:2886:d040::
2603:2886:d180::
2603:2886:d380::
2603:2886:d500::
2603:2886:d560::
2603:2886:d620::
2603:2886:d6c0::
2603:2886:da80::
2603:2886:db60::
2603:2886:dbe0::
2603:2886:de40::
2603:2886:dfe0::
2603:2886:e0a0::
2603:2886:e4c0::
2603:2886:ec00::
2603:2886:ef40::
2603:2886:f1c0::
2603:2886:f240::
2603:2886:f2c0::
2603:2886:f380::
2603:2886:f500::
2603:2886:f640::
2603:2886:f780::
2603:2886:f8e0::

2603:2886:fa00::
2603:2886:fc80::
2603:2886:fea0::
2603:2886:ff40::
2603:2887:680::
2603:2887:7c0::
2603:2887:8a0::
2603:2887:900::
2603:2887:1680::
2603:2887:1aa0::
2603:2887:1d60::
2603:2887:1e40::
2603:2887:2120::
2603:2887:2280::
2603:2887:2620::
2603:2887:2b20::
2603:2887:3120::
2603:2887:33c0::
2603:2887:3660::
2603:2887:37c0::
2603:2887:38c0::
2603:2887:3a00::
2603:2887:3a60::
2603:2887:3e00::
2603:2887:3f40::
2603:2887:49c0::
2603:2887:4be0::
2603:2887:4c80::
2603:2887:5300::
2603:2887:5a80::
2603:2887:5ee0::
2603:2887:5fc0::
2603:2887:60e0::
2603:2887:65e0::
2603:2887:6f60::
2603:2887:7080::
2603:2887:78a0::

2603:2887:7b60::
2603:2887:8460::
2603:2887:8b20::
2603:2887:8fe0::
2603:2887:9120::
2603:2887:9400::
2603:2887:95a0::
2603:2887:9660::
2603:2887:96e0::
2603:2887:9780::
2603:2887:9f00::
2603:2887:a0c0::
2603:2887:a120::
2603:2887:a340::
2603:2887:a920::
2603:2887:ace0::
2603:2887:b300::
2603:2887:b3c0::
2603:2887:b520::
2603:2887:b8e0::
2603:2887:b9a0::
2603:2887:ba20::
2603:2887:cc20::
2603:2887:d140::
2603:2887:df60::
2603:2887:e2c0::
2603:2887:edc0::
2603:2887:f640::
2603:2887:f6c0::
2603:2887:f980::
2603:2887:fb60::
2603:2887:fbe0::
2603:2887:fcc0::
2603:2887:fe00::
2603:2887:ffe0::
2603:2888:e20::
2603:2888:1100::

2603:2888:1f80::
2603:2888:2100::
2603:2888:2140::
2603:2888:2ba0::
2603:2888:3420::
2603:2888:38e0::
2603:2888:3940::
2603:2888:3a20::
2603:2888:3de0::
2603:2888:4000::
2603:2888:4100::
2603:2888:4700::
2603:2888:49a0::
2603:2888:4ba0::
2603:2888:50c0::
2603:2888:5460::
2603:2888:56e0::
2603:2888:5ca0::
2603:2888:5ee0::
2603:2888:61e0::
2603:2888:6640::
2603:2888:6dc0::
2603:2888:6e80::
2603:2888:6f80::
2603:2888:7320::
2603:2888:7360::
2603:2888:7740::
2603:2888:77a0::
2603:2888:7ec0::
2603:2888:8120::
2603:2888:8e20::
2603:2888:8ec0::
2603:2888:8f00::
2603:2888:9020::
2603:2888:91a0::
2603:2888:9a40::
2603:2888:9f40::

2603:2888:a120::
2603:2888:a2a0::
2603:2888:a3c0::
2603:2888:a6c0::
2603:2888:a780::
2603:2888:a7e0::
2603:2888:a8c0::
2603:2888:ad00::
2603:2888:adc0::
2603:2888:af40::
2603:2888:b000::
2603:2888:b180::
2603:2888:b220::
2603:2888:b260::
2603:2888:b4c0::
2603:2888:b660::
2603:2888:b720::
2603:2888:bbc0::
2603:2888:be40::
2603:2888:bfc0::
2603:2888:cc20::
2603:2888:d2a0::
2603:2888:d9e0::
2603:2888:db80::
2603:2888:dcc0::
2603:2888:e0c0::
2603:2888:e2a0::
2603:2888:e6c0::
2603:2888:eba0::
2603:2888:ee40::
2603:2888:eee0::
2603:2888:f2c0::
2603:2889:160::
2603:2889:520::
2603:2889:640::
2603:2889:780::
2603:2889:9c0::

2603:2889:c20::
2603:2889:f40::
2603:2889:14e0::
2603:2889:1600::
2603:2889:1680::
2603:2889:1b40::
2603:2889:1bc0::
2603:2889:1cc0::
2603:2889:1dc0::
2603:2889:2000::
2603:2889:20a0::
2603:2889:2220::
2603:2889:2300::
2603:2889:2500::
2603:2889:2980::
2603:2889:2a40::
2603:2889:2d20::
2603:2889:2fc0::
2603:2889:3520::
2603:2889:5260::
2603:2889:5560::
2603:2889:5760::
2603:2889:58a0::
2603:2889:5a60::
2603:2889:5e20::
2603:2889:6380::
2603:2889:6460::
2603:2889:6880::
2603:2889:73e0::
2603:2889:8300::
2603:2889:8b00::
2603:2889:9060::
2603:2889:90a0::
2603:2889:9200::
2603:2889:9480::
2603:2889:9c00::
2603:2889:9dc0::

2603:2889:9f60::
2603:2889:a4a0::
2603:2889:a540::
2603:2889:b1c0::
2603:2889:b280::
2603:2889:b860::
2603:2889:bce0::
2603:2889:c100::
2603:2889:c1a0::
2603:2889:c5e0::
2603:2889:c780::
2603:2889:cbe0::
2603:2889:ce20::
2603:2889:cf60::
2603:2889:d7e0::
2603:2889:d8a0::
2603:2889:dee0::
2603:2889:e0c0::
2603:2889:e360::
2603:2889:e400::
2603:2889:e7e0::
2603:2889:ea20::
2603:2889:ecc0::
2603:2889:ef00::
2603:2889:f120::
2603:2889:f3c0::
2603:2889:f500::
2603:2889:f740::
2603:2889:f9a0::
2603:288a:700::
2603:288a:980::
2603:288a:f20::
2603:288a:10a0::
2603:288a:1500::
2603:288a:1600::
2603:288a:1700::
2603:288a:19a0::

2603:288a:1bc0::
2603:288a:1ca0::
2603:288a:1f60::
2603:288a:2040::
2603:288a:2360::
2603:288a:24e0::
2603:288a:2740::
2603:288a:2900::
2603:288a:2d40::
2603:288a:2d80::
2603:288a:2de0::
2603:288a:3160::
2603:288a:3240::
2603:288a:3360::
2603:288a:34c0::
2603:288a:3640::
2603:288a:3b80::
2603:288a:3c00::
2603:288a:3ce0::
2603:288a:3de0::
2603:288a:4540::
2603:288a:4740::
2603:288a:48a0::
2603:288a:5340::
2603:288a:5a80::
2603:288a:5c20::
2603:288a:5f40::
2603:288a:62a0::
2603:288a:6500::
2603:288a:65e0::
2603:288a:6780::
2603:288a:6940::
2603:288a:6a80::
2603:288a:6ba0::
2603:288a:6e40::
2603:288a:6f40::
2603:288a:7080::

2603:288a:7280::
2603:288a:7340::
2603:288a:7ee0::
2603:288a:8000::
2603:288a:80a0::
2603:288a:8680::
2603:288a:8c60::
2603:288a:8f20::
2603:288a:90c0::
2603:288a:9340::
2603:288a:93c0::
2603:288a:9a20::
2603:288a:9e40::
2603:288a:a0c0::
2603:288a:a280::
2603:288a:a340::
2603:288a:a8e0::
2603:288a:aa80::
2603:288a:ab20::
2603:288a:aec0::
2603:288a:af60::
2603:288a:b720::
2603:288a:b9a0::
2603:288a:bc00::
2603:288a:c4c0::
2603:288a:c780::
2603:288a:d6c0::
2603:288a:d780::
2603:288a:d9a0::
2603:288a:dfe0::
2603:288a:e260::
2603:288a:e5c0::
2603:288a:ee40::
2603:288a:f200::
2603:288a:f6e0::
2603:288a:fe60::
2603:288b:40::

2603:288b:260::
2603:288b:360::
2603:288b:480::
2603:288b:a80::
2603:288b:f00::
2603:288b:10c0::
2603:288b:1140::
2603:288b:1580::
2603:288b:1aa0::
2603:288b:1b20::
2603:288b:1c80::
2603:288b:2340::
2603:288b:2940::
2603:288b:2aa0::
2603:288b:32c0::
2603:288b:3720::
2603:288b:4aa0::
2603:288b:4e40::
2603:288b:51c0::
2603:288b:54c0::
2603:288b:5a00::
2603:288b:5a60::
2603:288b:5d00::
2603:288b:5fc0::
2603:288b:6020::
2603:288b:6100::
2603:288b:62a0::
2603:288b:6420::
2603:288b:6900::
2603:288b:6bc0::
2603:288b:6d40::
2603:288b:7880::
2603:288b:7920::
2603:288b:79c0::
2603:288b:7a00::
2603:288b:7e80::
2603:288b:7f20::

2603:288b:81a0::
2603:288b:8300::
2603:288b:8680::
2603:288b:91e0::
2603:288b:9660::
2603:288b:9700::
2603:288b:9b60::
2603:288b:9d40::
2603:288b:a1e0::
2603:288b:a320::
2603:288b:a700::
2603:288b:aac0::
2603:288b:ac00::
2603:288b:ace0::
2603:288b:afa0::
2603:288b:b180::
2603:288b:bc40::
2603:288b:c2c0::
2603:288b:c860::
2603:288b:cae0::
2603:288b:cec0::
2603:288b:cf00::
2603:288b:cfc0::
2603:288b:d080::
2603:288b:d540::
2603:288b:d800::
2603:288b:dc80::
2603:288b:e5c0::
2603:288b:e800::
2603:288b:e940::
2603:288b:ea40::
2603:288b:ed40::
2603:288b:f1a0::
2603:288b:f720::
2603:288b:f760::
2603:288b:f7e0::
2603:288b:fa20::

2603:288b:ff00::
2603:288b:ff80::
2603:288c:360::
2603:288c:6c0::
2603:288c:9c0::
2603:288c:a60::
2603:288c:cc0::
2603:288c:1080::
2603:288c:19a0::
2603:288c:21a0::
2603:288c:2340::
2603:288c:2460::
2603:288c:2620::
2603:288c:2960::
2603:288c:2c60::
2603:288c:2d80::
2603:288c:2dc0::
2603:288c:30a0::
2603:288c:3120::
2603:288c:32c0::
2603:288c:37a0::
2603:288c:37e0::
2603:288c:3b60::
2603:288c:4200::
2603:288c:4360::
2603:288c:4e40::
2603:288c:5320::
2603:288c:53e0::
2603:288c:54e0::
2603:288c:5580::
2603:288c:56c0::
2603:288c:5b00::
2603:288c:5c20::
2603:288c:6940::
2603:288c:6c40::
2603:288c:6f80::
2603:288c:7220::

2603:288c:73a0::
2603:288c:73e0::
2603:288c:74e0::
2603:288c:75c0::
2603:288c:7740::
2603:288c:7be0::
2603:288c:7da0::
2603:288c:88a0::
2603:288c:8cc0::
2603:288c:94a0::
2603:288c:9580::
2603:288c:99a0::
2603:288c:9ac0::
2603:288c:9ea0::
2603:288c:a200::
2603:288c:a3e0::
2603:288c:a920::
2603:288c:ae00::
2603:288c:bfe0::
2603:288c:c060::
2603:288c:c0a0::
2603:288c:c0e0::
2603:288c:c1e0::
2603:288c:c960::
2603:288c:cc20::
2603:288c:d000::
2603:288c:d040::
2603:288c:d2a0::
2603:288c:d3c0::
2603:288c:d740::
2603:288c:dae0::
2603:288c:dd80::
2603:288c:e0a0::
2603:288c:e3e0::
2603:288c:e5a0::
2603:288c:e8e0::
2603:288c:ec80::

2603:288c:f4e0::
2603:288c:f9e0::
2603:288d:80::
2603:288d:220::
2603:288d:360::
2603:288d:4e0::
2603:288d:6c0::
2603:288d:e40::
2603:288d:10e0::
2603:288d:1300::
2603:288d:14e0::
2603:288d:2000::
2603:288d:2100::
2603:288d:22a0::
2603:288d:2560::
2603:288d:2680::
2603:288d:2760::
2603:288d:2820::
2603:288d:2860::
2603:288d:2f60::
2603:288d:33c0::
2603:288d:34c0::
2603:288d:3a40::
2603:288d:3b20::
2603:288d:3d00::
2603:288d:3ec0::
2603:288d:4180::
2603:288d:4500::
2603:288d:4c60::
2603:288d:5460::
2603:288d:5840::
2603:288d:5ae0::
2603:288d:6120::
2603:288d:62a0::
2603:288d:63c0::
2603:288d:6b80::
2603:288d:6c80::

2603:288d:7160::
2603:288d:71c0::
2603:288d:7340::
2603:288d:7560::
2603:288d:76a0::
2603:288d:77c0::
2603:288d:79e0::
2603:288d:7bc0::
2603:288d:7ee0::
2603:288d:8020::
2603:288d:8a20::
2603:288d:8c00::
2603:288d:8e60::
2603:288d:8f80::
2603:288d:9100::
2603:288d:9140::
2603:288d:91e0::
2603:288d:9300::
2603:288d:9520::
2603:288d:99a0::
2603:288d:a0a0::
2603:288d:a6e0::
2603:288d:a960::
2603:288d:aec0::
2603:288d:b080::
2603:288d:b6e0::
2603:288d:be80::
2603:288d:bf60::
2603:288d:c2e0::
2603:288d:c380::
2603:288d:c6c0::
2603:288d:c760::
2603:288d:c820::
2603:288d:c9a0::
2603:288d:c9e0::
2603:288d:cb20::
2603:288d:cca0::

2603:288d:d480::
2603:288d:d6a0::
2603:288d:d7a0::
2603:288d:d900::
2603:288d:dac0::
2603:288d:db60::
2603:288d:dda0::
2603:288d:e2a0::
2603:288d:e4a0::
2603:288d:e840::
2603:288d:ee00::
2603:288d:f0c0::
2603:288d:f100::
2603:288d:f660::
2603:288d:f780::
2603:288d:f960::
2603:288d:fa20::
2603:288d:fb80::
2603:288d:fc20::
2603:288e:180::
2603:288e:540::
2603:288e:720::
2603:288e:a20::
2603:288e:d20::
2603:288e:16c0::
2603:288e:17a0::
2603:288e:1a60::
2603:288e:1b80::
2603:288e:1c80::
2603:288e:1f40::
2603:288e:1fe0::
2603:288e:2340::
2603:288e:29e0::
2603:288e:2d00::
2603:288e:3840::
2603:288e:3960::
2603:288e:3b80::

2603:288e:3da0::
2603:288e:3f20::
2603:288e:4100::
2603:288e:46a0::
2603:288e:4740::
2603:288e:5740::
2603:288e:58e0::
2603:288e:5d20::
2603:288e:5fe0::
2603:288e:6380::
2603:288e:6600::
2603:288e:67a0::
2603:288e:68c0::
2603:288e:7180::
2603:288e:7360::
2603:288e:7ae0::
2603:288e:7c00::
2603:288e:7da0::
2603:288e:8120::
2603:288e:8280::
2603:288e:8580::
2603:288e:8720::
2603:288e:8880::
2603:288e:89c0::
2603:288e:8a40::
2603:288e:91e0::
2603:288e:9fa0::
2603:288e:a7e0::
2603:288e:ad40::
2603:288e:b0e0::
2603:288e:b3a0::
2603:288e:c2e0::
2603:288e:c600::
2603:288e:c6e0::
2603:288e:c820::
2603:288e:c9c0::
2603:288e:caa0::

2603:288e:cf20::
2603:288e:d680::
2603:288e:d840::
2603:288e:d8a0::
2603:288e:da40::
2603:288e:e2a0::
2603:288e:e3c0::
2603:288e:eb20::
2603:288e:f3a0::
2603:288e:fee0::
2603:288f:4c0::
2603:288f:560::
2603:288f:1500::
2603:288f:1760::
2603:288f:1b40::
2603:288f:1de0::
2603:288f:2580::
2603:288f:27e0::
2603:288f:29e0::
2603:288f:2ac0::
2603:288f:2be0::
2603:288f:2ec0::
2603:288f:2fe0::
2603:288f:36a0::
2603:288f:41c0::
2603:288f:4780::
2603:288f:4840::
2603:288f:55e0::
2603:288f:5760::
2603:288f:5840::
2603:288f:5d20::
2603:288f:5e00::
2603:288f:6160::
2603:288f:65e0::
2603:288f:6660::
2603:288f:6b60::
2603:288f:6f20::

2603:288f:70c0::
2603:288f:79c0::
2603:288f:7f40::
2603:288f:8460::
2603:288f:85e0::
2603:288f:86c0::
2603:288f:8740::
2603:288f:8f60::
2603:288f:9360::
2603:288f:9720::
2603:288f:9e00::
2603:288f:9ec0::
2603:288f:a880::
2603:288f:ade0::
2603:288f:b4c0::
2603:288f:b9e0::
2603:288f:bfa0::
2603:288f:d140::
2603:288f:d920::
2603:288f:dc40::
2603:288f:dd00::
2603:288f:df80::
2603:288f:e220::
2603:288f:e360::
2603:288f:eb80::
2603:288f:ed20::
2603:288f:ef00::
2603:288f:f140::
2603:288f:f340::
2603:288f:fc40::
2603:288f:fea0::
2603:288f:ffa0::
2603:2890:a80::
2603:2890:e20::
2603:2890:1100::
2603:2890:11a0::
2603:2890:1660::

2603:2890:16e0::
2603:2890:1ae0::
2603:2890:1ec0::
2603:2890:21a0::
2603:2890:2940::
2603:2890:2d40::
2603:2890:2e60::
2603:2890:3360::
2603:2890:3920::
2603:2890:3aa0::
2603:2890:3e00::
2603:2890:4b40::
2603:2890:4e00::
2603:2890:5120::
2603:2890:5440::
2603:2890:54c0::
2603:2890:5b40::
2603:2890:5d80::
2603:2890:5dc0::
2603:2890:60c0::
2603:2890:6180::
2603:2890:6300::
2603:2890:6a80::
2603:2890:71e0::
2603:2890:78e0::
2603:2890:7b40::
2603:2890:7d00::
2603:2890:7f80::
2603:2890:8560::
2603:2890:8720::
2603:2890:8920::
2603:2890:8cc0::
2603:2890:8f00::
2603:2890:8f40::
2603:2890:8fe0::
2603:2890:9660::
2603:2890:99e0::

2603:2890:9fa0::
2603:2890:a3c0::
2603:2890:a640::
2603:2890:a800::
2603:2890:af80::
2603:2890:b040::
2603:2890:b360::
2603:2890:b400::
2603:2890:b700::
2603:2890:bb00::
2603:2890:bbc0::
2603:2890:bcc0::
2603:2890:c400::
2603:2890:c660::
2603:2890:c920::
2603:2890:d020::
2603:2890:d7a0::
2603:2890:da60::
2603:2890:e280::
2603:2890:e520::
2603:2890:e560::
2603:2890:e6a0::
2603:2890:e7a0::
2603:2890:eda0::
2603:2890:f1a0::
2603:2890:f340::
2603:2890:f500::
2603:2890:fa40::
2603:2890:ff60::
2603:2891:60::
2603:2891:2e0::
2603:2891:3a0::
2603:2891:5c0::
2603:2891:bc0::
2603:2891:c80::
2603:2891:15c0::
2603:2891:16c0::

2603:2891:17c0::
2603:2891:1e20::
2603:2891:2040::
2603:2891:20c0::
2603:2891:2260::
2603:2891:2780::
2603:2891:2b40::
2603:2891:2c00::
2603:2891:2ca0::
2603:2891:2ee0::
2603:2891:30a0::
2603:2891:3800::
2603:2891:44e0::
2603:2891:4640::
2603:2891:4840::
2603:2891:4940::
2603:2891:4ee0::
2603:2891:51a0::
2603:2891:52e0::
2603:2891:5da0::
2603:2891:6020::
2603:2891:6400::
2603:2891:68c0::
2603:2891:7220::
2603:2891:7320::
2603:2891:7420::
2603:2891:7580::
2603:2891:7720::
2603:2891:77c0::
2603:2891:78c0::
2603:2891:7a40::
2603:2891:7d40::
2603:2891:8500::
2603:2891:9020::
2603:2891:9200::
2603:2891:9320::
2603:2891:9420::

2603:2891:9500::
2603:2891:9c80::
2603:2891:9ce0::
2603:2891:a4c0::
2603:2891:a7a0::
2603:2891:ab20::
2603:2891:aca0::
2603:2891:b000::
2603:2891:b780::
2603:2891:b7c0::
2603:2891:bd40::
2603:2891:c220::
2603:2891:c3c0::
2603:2891:c460::
2603:2891:c500::
2603:2891:c700::
2603:2891:c980::
2603:2891:ca00::
2603:2891:ca60::
2603:2891:cb20::
2603:2891:cdc0::
2603:2891:d080::
2603:2891:d260::
2603:2891:d7a0::
2603:2891:db60::
2603:2891:df20::
2603:2891:e600::
2603:2891:e740::
2603:2891:e840::
2603:2891:e940::
2603:2891:f8a0::
2603:2891:fb80::
2603:2891:fce0::
2603:2891:fe60::
2603:2892:6c0::
2603:2892:860::
2603:2892:ee0::

2603:2892:11a0::
2603:2892:1500::
2603:2892:1960::
2603:2892:1a80::
2603:2892:1be0::
2603:2892:22a0::
2603:2892:2480::
2603:2892:2640::
2603:2892:27e0::
2603:2892:28e0::
2603:2892:2aa0::
2603:2892:2c20::
2603:2892:31a0::
2603:2892:34a0::
2603:2892:3700::
2603:2892:3980::
2603:2892:42a0::
2603:2892:4a00::
2603:2892:4ba0::
2603:2892:4f40::
2603:2892:50a0::
2603:2892:5d00::
2603:2892:5ec0::
2603:2892:6940::
2603:2892:7240::
2603:2892:7860::
2603:2892:79a0::
2603:2892:79e0::
2603:2892:7bc0::
2603:2892:7c40::
2603:2892:7ce0::
2603:2892:8140::
2603:2892:86e0::
2603:2892:8740::
2603:2892:89c0::
2603:2892:8b00::
2603:2892:8c20::

2603:2892:8d80::
2603:2892:9020::
2603:2892:9160::
2603:2892:91e0::
2603:2892:9380::
2603:2892:97e0::
2603:2892:9820::
2603:2892:98a0::
2603:2892:9aa0::
2603:2892:a040::
2603:2892:a320::
2603:2892:af60::
2603:2892:b440::
2603:2892:b760::
2603:2892:bea0::
2603:2892:c2c0::
2603:2892:c340::
2603:2892:c460::
2603:2892:c520::
2603:2892:c5e0::
2603:2892:c7e0::
2603:2892:cb40::
2603:2892:cbe0::
2603:2892:d0e0::
2603:2892:d2e0::
2603:2892:d8c0::
2603:2892:dac0::
2603:2892:db40::
2603:2892:e2a0::
2603:2892:e7c0::
2603:2892:ea00::
2603:2892:eb80::
2603:2892:f000::
2603:2892:f1a0::
2603:2892:f9e0::
2603:2892:fe80::
2603:2892:fec0::

2603:2893:660::
2603:2893:7c0::
2603:2893:ac0::
2603:2893:b40::
2603:2893:ec0::
2603:2893:f00::
2603:2893:1aa0::
2603:2893:1bc0::
2603:2893:2320::
2603:2893:24c0::
2603:2893:2680::
2603:2893:2e60::
2603:2893:35a0::
2603:2893:3600::
2603:2893:3c80::
2603:2893:3f80::
2603:2893:4040::
2603:2893:4440::
2603:2893:45e0::
2603:2893:48e0::
2603:2893:4dc0::
2603:2893:4ee0::
2603:2893:4fc0::
2603:2893:52e0::
2603:2893:5840::
2603:2893:58c0::
2603:2893:5940::
2603:2893:5e00::
2603:2893:60c0::
2603:2893:6120::
2603:2893:6d80::
2603:2893:7000::
2603:2893:71c0::
2603:2893:7300::
2603:2893:7be0::
2603:2893:84a0::
2603:2893:85e0::

2603:2893:8960::
2603:2893:89e0::
2603:2893:8d00::
2603:2893:8e20::
2603:2893:9840::
2603:2893:9960::
2603:2893:9a80::
2603:2893:9b60::
2603:2893:9fa0::
2603:2893:a340::
2603:2893:a6c0::
2603:2893:a7e0::
2603:2893:a880::
2603:2893:a8c0::
2603:2893:b060::
2603:2893:b300::
2603:2893:b4e0::
2603:2893:bc00::
2603:2893:be00::
2603:2893:bec0::
2603:2893:c020::
2603:2893:c7c0::
2603:2893:cb40::
2603:2893:ccc0::
2603:2893:ce20::
2603:2893:d340::
2603:2893:d680::
2603:2894:4c0::
2603:2894:6e0::
2603:2894:720::
2603:2894:ae0::
2603:2894:da0::
2603:2894:1120::
2603:2894:1440::
2603:2894:1480::
2603:2894:1740::
2603:2894:1da0::

2603:2894:2000::
2603:2894:20a0::
2603:2894:20e0::
2603:2894:2120::
2603:2894:2460::
2603:2894:2d00::
2603:2894:2f80::
2603:2894:3180::
2603:2894:3e20::
2603:2894:40a0::
2603:2894:4620::
2603:2894:47a0::
2603:2894:4fa0::
2603:2894:5960::
2603:2894:5c40::
2603:2894:5ea0::
2603:2894:6220::
2603:2894:64a0::
2603:2894:6560::
2603:2894:6620::
2603:2894:6bc0::
2603:2894:6e00::
2603:2894:6f00::
2603:2894:6fa0::
2603:2894:75a0::
2603:2894:77e0::
2603:2894:78e0::
2603:2894:7da0::
2603:2894:7e60::
2603:2894:91e0::
2603:2894:98c0::
2603:2894:9a40::
2603:2894:9ac0::
2603:2894:9ce0::
2603:2894:9f20::
2603:2894:a480::
2603:2894:a560::

2603:2894:aa20::
2603:2894:aa80::
2603:2894:aac0::
2603:2894:ab20::
2603:2894:afa0::
2603:2894:b060::
2603:2894:b0c0::
2603:2894:b400::
2603:2894:b8c0::
2603:2894:bce0::
2603:2894:bfe0::
2603:2894:c120::
2603:2894:c1e0::
2603:2894:c2a0::
2603:2894:c420::
2603:2894:c700::
2603:2894:c8a0::
2603:2894:c920::
2603:2894:cbc0::
2603:2894:d7e0::
2603:2894:dd40::
2603:2894:e3e0::
2603:2894:ec00::
2603:2894:ec80::
2603:2894:f400::
2603:2894:f6c0::
2603:2894:fa80::
2603:2894:fc20::
2603:2894:fd20::
2603:2894:ff00::
2603:2894:ffa0::
2603:2895:b40::
2603:2895:f20::
2603:2895:1560::
2603:2895:1a40::
2603:2895:1d20::
2603:2895:1e60::

2603:2895:1ec0::
2603:2895:1fc0::
2603:2895:2260::
2603:2895:2480::
2603:2895:28e0::
2603:2895:2ca0::
2603:2895:2fe0::
2603:2895:35a0::
2603:2895:3760::
2603:2895:3900::
2603:2895:3940::
2603:2895:3b80::
2603:2895:3da0::
2603:2895:4020::
2603:2895:4ac0::
2603:2895:4dc0::
2603:2895:4f00::
2603:2895:5140::
2603:2895:5280::
2603:2895:59a0::
2603:2895:5c20::
2603:2895:6080::
2603:2895:61a0::
2603:2895:6720::
2603:2895:6840::
2603:2895:6de0::
2603:2895:7340::
2603:2895:7460::
2603:2895:74e0::
2603:2895:7a00::
2603:2895:7c40::
2603:2895:8000::
2603:2895:8880::
2603:2895:88e0::
2603:2895:8ac0::
2603:2895:9020::
2603:2895:91c0::

2603:2895:9280::
2603:2895:93e0::
2603:2895:96c0::
2603:2895:9a00::
2603:2895:9b60::
2603:2895:a160::
2603:2895:a660::
2603:2895:a760::
2603:2895:b020::
2603:2895:b900::
2603:2895:b9e0::
2603:2895:c180::
2603:2895:c300::
2603:2895:c380::
2603:2895:c3e0::
2603:2895:c800::
2603:2895:cac0::
2603:2895:d5a0::
2603:2895:dd00::
2603:2895:df80::
2603:2895:e4e0::
2603:2895:e560::
2603:2895:e5e0::
2603:2895:e900::
2603:2895:eb40::
2603:2895:ec00::
2603:2895:edc0::
2603:2895:efa0::
2603:2895:f380::
2603:2895:f440::
2603:2895:f480::
2603:2895:fb60::
2603:2896::
2603:2896:60::
2603:2896:100::
2603:2896:280::
2603:2896:580::

2603:2896:760::
2603:2896:860::
2603:2896:1160::
2603:2896:12c0::
2603:2896:19a0::
2603:2896:1be0::
2603:2896:1cc0::
2603:2896:21a0::
2603:2896:2320::
2603:2896:2640::
2603:2896:29a0::
2603:2896:3420::
2603:2896:39e0::
2603:2896:3a60::
2603:2896:3c40::
2603:2896:3ee0::
2603:2896:40c0::
2603:2896:42c0::
2603:2896:4560::
2603:2896:4780::
2603:2896:4820::
2603:2896:4ca0::
2603:2896:4dc0::
2603:2896:4ee0::
2603:2896:5240::
2603:2896:5700::
2603:2896:5860::
2603:2896:59a0::
2603:2896:5a60::
2603:2896:5ea0::
2603:2896:5fa0::
2603:2896:6020::
2603:2896:6140::
2603:2896:61c0::
2603:2896:6320::
2603:2896:63a0::
2603:2896:6520::

2603:2896:65a0::
2603:2896:6820::
2603:2896:7160::
2603:2896:7420::
2603:2896:75e0::
2603:2896:79c0::
2603:2896:7be0::
2603:2896:7c20::
2603:2896:7f40::
2603:2896:8180::
2603:2896:8200::
2603:2896:8360::
2603:2896:85a0::
2603:2896:8680::
2603:2896:8ee0::
2603:2896:9220::
2603:2896:9360::
2603:2896:95a0::
2603:2896:9a40::
2603:2896:a080::
2603:2896:a620::
2603:2896:af60::
2603:2896:b080::
2603:2896:b160::
2603:2896:b620::
2603:2896:ba60::
2603:2896:bce0::
2603:2896:bda0::
2603:2896:c580::
2603:2896:ce80::
2603:2896:d0e0::
2603:2896:d2e0::
2603:2896:d3a0::
2603:2896:d4a0::
2603:2896:d520::
2603:2896:d5a0::
2603:2896:d8c0::

2603:2896:d9c0::
2603:2896:daa0::
2603:2896:dc00::
2603:2896:e0e0::
2603:2896:e440::
2603:2896:e580::
2603:2896:e7a0::
2603:2896:e8a0::
2603:2896:ef60::
2603:2896:f1c0::
2603:2896:f8c0::
2603:2896:fd00::
2603:2896:ffc0::
2603:2897:160::
2603:2897:940::
2603:2897:980::
2603:2897:e80::
2603:2897:1080::
2603:2897:10c0::
2603:2897:15a0::
2603:2897:1720::
2603:2897:1c40::
2603:2897:2180::
2603:2897:2a20::
2603:2897:2ca0::
2603:2897:2d20::
2603:2897:32e0::
2603:2897:36c0::
2603:2897:3800::
2603:2897:4020::
2603:2897:43a0::
2603:2897:4720::
2603:2897:48c0::
2603:2897:4be0::
2603:2897:4ca0::
2603:2897:4de0::
2603:2897:4e80::

2603:2897:5220::
2603:2897:5280::
2603:2897:52c0::
2603:2897:5740::
2603:2897:5a00::
2603:2897:5f20::
2603:2897:6320::
2603:2897:66c0::
2603:2897:6980::
2603:2897:7000::
2603:2897:7260::
2603:2897:7360::
2603:2897:77e0::
2603:2897:7820::
2603:2897:8200::
2603:2897:9e20::
2603:2897:9ea0::
2603:2897:a000::
2603:2897:a160::
2603:2897:a2a0::
2603:2897:a480::
2603:2897:a980::
2603:2897:ad20::
2603:2897:b3e0::
2603:2897:b640::
2603:2897:b900::
2603:2897:baa0::
2603:2897:c040::
2603:2897:c300::
2603:2897:c920::
2603:2897:c980::
2603:2897:ca80::
2603:2897:ccc0::
2603:2897:ce80::
2603:2897:cf20::
2603:2897:cfa0::
2603:2897:cfe0::

2603:2897:d060::
2603:2897:d3e0::
2603:2897:d420::
2603:2897:d980::
2603:2897:da00::
2603:2897:dae0::
2603:2897:db20::
2603:2897:dc20::
2603:2897:df40::
2603:2897:e1c0::
2603:2897:e660::
2603:2897:e7e0::
2603:2897:e9a0::
2603:2897:eb40::
2603:2897:f160::
2603:2897:f280::
2603:2897:f520::
2603:2897:fb60::
2603:2897:fcc0::
2603:2898:100::
2603:2898:2c0::
2603:2898:760::
2603:2898:800::
2603:2898:960::
2603:2898:c20::
2603:2898:1660::
2603:2898:1ac0::
2603:2898:1b40::
2603:2898:1d40::
2603:2898:1dc0::
2603:2898:2180::
2603:2898:25c0::
2603:2898:2880::
2603:2898:2940::
2603:2898:2e20::
2603:2898:30c0::
2603:2898:35e0::

2603:2898:3ae0::
2603:2898:3da0::
2603:2898:3de0::
2603:2898:40c0::
2603:2898:4200::
2603:2898:4500::
2603:2898:4580::
2603:2898:4980::
2603:2898:5440::
2603:2898:5740::
2603:2898:5a80::
2603:2898:5b20::
2603:2898:5ba0::
2603:2898:5d00::
2603:2898:6580::
2603:2898:6c80::
2603:2898:6d20::
2603:2898:74e0::
2603:2898:7560::
2603:2898:75a0::
2603:2898:75e0::
2603:2898:78c0::
2603:2898:7a20::
2603:2898:8080::
2603:2898:8360::
2603:2898:8600::
2603:2898:86a0::
2603:2898:8cc0::
2603:2898:8d00::
2603:2898:8d80::
2603:2898:8ee0::
2603:2898:9400::
2603:2898:94c0::
2603:2898:9540::
2603:2898:96a0::
2603:2898:9ec0::
2603:2898:a100::

2603:2898:a5a0::
2603:2898:a6a0::
2603:2898:a880::
2603:2898:abe0::
2603:2898:ad60::
2603:2898:ade0::
2603:2898:b020::
2603:2898:b100::
2603:2898:c100::
2603:2898:c2c0::
2603:2898:c760::
2603:2898:c880::
2603:2898:d4a0::
2603:2898:d600::
2603:2898:d960::
2603:2898:e5c0::
2603:2898:e6c0::
2603:2898:e900::
2603:2898:f0a0::
2603:2898:f3c0::
2603:2898:f860::
2603:2898:fce0::
2603:2899:7e0::
2603:2899:b80::
2603:2899:be0::
2603:2899:1160::
2603:2899:2080::
2603:2899:2300::
2603:2899:27a0::
2603:2899:28e0::
2603:2899:29a0::
2603:2899:2a40::
2603:2899:2ce0::
2603:2899:2f60::
2603:2899:3220::
2603:2899:32e0::
2603:2899:3960::

2603:2899:3a80::
2603:2899:3ba0::
2603:2899:3f00::
2603:2899:41a0::
2603:2899:4220::
2603:2899:4440::
2603:2899:44e0::
2603:2899:45c0::
2603:2899:4620::
2603:2899:4700::
2603:2899:4d80::
2603:2899:4f60::
2603:2899:5140::
2603:2899:5180::
2603:2899:5340::
2603:2899:56e0::
2603:2899:5780::
2603:2899:5d60::
2603:2899:5f60::
2603:2899:61e0::
2603:2899:6e00::
2603:2899:70a0::
2603:2899:77a0::
2603:2899:7a20::
2603:2899:7f00::
2603:2899:85c0::
2603:2899:8840::
2603:2899:8880::
2603:2899:8ba0::
2603:2899:9080::
2603:2899:9960::
2603:2899:9ce0::
2603:2899:a1e0::
2603:2899:a2c0::
2603:2899:a3e0::
2603:2899:b000::
2603:2899:b340::

2603:2899:b4e0::
2603:2899:bd60::
2603:2899:c200::
2603:2899:c920::
2603:2899:ccc0::
2603:2899:d220::
2603:2899:d3a0::
2603:2899:e020::
2603:2899:ec80::
2603:2899:f0e0::
2603:2899:f220::
2603:2899:f380::
2603:2899:f440::
2603:2899:fa80::
2603:2899:ffc0::
2603:289a:20::
2603:289a:e0::
2603:289a:960::
2603:289a:b20::
2603:289a:c00::
2603:289a:e60::
2603:289a:11e0::
2603:289a:1260::
2603:289a:1ae0::
2603:289a:1e20::
2603:289a:2060::
2603:289a:2280::
2603:289a:27c0::
2603:289a:2c40::
2603:289a:2f60::
2603:289a:3020::
2603:289a:3240::
2603:289a:3440::
2603:289a:3d80::
2603:289a:3f40::
2603:289a:3f80::
2603:289a:4140::

2603:289a:41c0::
2603:289a:4340::
2603:289a:46c0::
2603:289a:47c0::
2603:289a:4860::
2603:289a:4fe0::
2603:289a:59c0::
2603:289a:5b40::
2603:289a:6240::
2603:289a:6380::
2603:289a:63e0::
2603:289a:6700::
2603:289a:6b00::
2603:289a:6be0::
2603:289a:6d00::
2603:289a:6f20::
2603:289a:7020::
2603:289a:76a0::
2603:289a:77c0::
2603:289a:7c80::
2603:289a:80c0::
2603:289a:8780::
2603:289a:8b80::
2603:289a:8c40::
2603:289a:8ca0::
2603:289a:8ea0::
2603:289a:9ae0::
2603:289a:a3c0::
2603:289a:a500::
2603:289a:a920::
2603:289a:aac0::
2603:289a:ab00::
2603:289a:b0c0::
2603:289a:b840::
2603:289a:b9c0::
2603:289a:bf60::
2603:289a:bfa0::

2603:289a:cc20::
2603:289a:cf40::
2603:289a:d160::
2603:289a:d920::
2603:289a:d9c0::
2603:289a:e1a0::
2603:289a:e500::
2603:289a:e5a0::
2603:289a:f220::
2603:289a:f8e0::
2603:289a:fa20::
2603:289a:fb40::
2603:289a:fda0::
2603:289a:fea0::
2603:289a:fee0::
2603:289b:500::
2603:289b:620::
2603:289b:800::
2603:289b:a60::
2603:289b:ba0::
2603:289b:ea0::
2603:289b:ee0::
2603:289b:1120::
2603:289b:1c20::
2603:289b:1fc0::
2603:289b:25a0::
2603:289b:27e0::
2603:289b:3160::
2603:289b:3720::
2603:289b:38c0::
2603:289b:3c80::
2603:289b:3d80::
2603:289b:45c0::
2603:289b:4640::
2603:289b:4860::
2603:289b:4bc0::
2603:289b:5520::

2603:289b:5580::
2603:289b:5de0::
2603:289b:5e60::
2603:289b:6320::
2603:289b:6840::
2603:289b:69a0::
2603:289b:6be0::
2603:289b:6d40::
2603:289b:6dc0::
2603:289b:6fa0::
2603:289b:7000::
2603:289b:7100::
2603:289b:71e0::
2603:289b:7b00::
2603:289b:7bc0::
2603:289b:7d80::
2603:289b:8da0::
2603:289b:8ee0::
2603:289b:8fa0::
2603:289b:90c0::
2603:289b:95c0::
2603:289b:97a0::
2603:289b:9920::
2603:289b:9f00::
2603:289b:9fe0::
2603:289b:a4e0::
2603:289b:a520::
2603:289b:a740::
2603:289b:a800::
2603:289b:afe0::
2603:289b:b1e0::
2603:289b:b700::
2603:289b:c080::
2603:289b:c100::
2603:289b:c300::
2603:289b:c340::
2603:289b:c720::

2603:289b:c7e0::
2603:289b:caa0::
2603:289b:cb40::
2603:289b:ccc0::
2603:289b:d0e0::
2603:289b:d2a0::
2603:289b:d480::
2603:289b:d880::
2603:289b:e260::
2603:289b:e500::
2603:289b:e8e0::
2603:289b:eae0::
2603:289b:f980::
2603:289b:fb00::
2603:289b:fbe0::
2603:289b:fe60::
2603:289b:ffe0::
2603:289c:8e0::
2603:289c:a40::
2603:289c:fe0::
2603:289c:1540::
2603:289c:1840::
2603:289c:1d60::
2603:289c:2960::
2603:289c:2a00::
2603:289c:2a60::
2603:289c:2c40::
2603:289c:2e00::
2603:289c:3000::
2603:289c:3040::
2603:289c:38a0::
2603:289c:3900::
2603:289c:3aa0::
2603:289c:3ba0::
2603:289c:3c00::
2603:289c:4680::
2603:289c:48e0::

2603:289c:4940::
2603:289c:4ae0::
2603:289c:5340::
2603:289c:5600::
2603:289c:57e0::
2603:289c:5860::
2603:289c:5e00::
2603:289c:5e40::
2603:289c:6240::
2603:289c:67c0::
2603:289c:7580::
2603:289c:7620::
2603:289c:7c60::
2603:289c:7d80::
2603:289c:7fa0::
2603:289c:8240::
2603:289c:8540::
2603:289c:8800::
2603:289c:8b20::
2603:289c:8cc0::
2603:289c:8e80::
2603:289c:9b60::
2603:289c:a160::
2603:289c:a380::
2603:289c:a580::
2603:289c:aa20::
2603:289c:aa80::
2603:289c:ae40::
2603:289c:aea0::
2603:289c:ba20::
2603:289c:be60::
2603:289c:c440::
2603:289c:c500::
2603:289c:c6c0::
2603:289c:ca80::
2603:289c:d200::
2603:289c:d300::

2603:289c:d740::
2603:289c:dd00::
2603:289c:e300::
2603:289c:ed80::
2603:289c:f4c0::
2603:289c:f860::
2603:289c:faa0::
2603:289d:c0::
2603:289d:2e0::
2603:289d:500::
2603:289d:780::
2603:289d:1280::
2603:289d:1300::
2603:289d:1880::
2603:289d:1a40::
2603:289d:1d00::
2603:289d:1e00::
2603:289d:2080::
2603:289d:2440::
2603:289d:2a40::
2603:289d:2c40::
2603:289d:3020::
2603:289d:3160::
2603:289d:3600::
2603:289d:3be0::
2603:289d:3d00::
2603:289d:42c0::
2603:289d:4440::
2603:289d:4de0::
2603:289d:5a00::
2603:289d:5a40::
2603:289d:5b60::
2603:289d:5dc0::
2603:289d:5ec0::
2603:289d:6640::
2603:289d:6720::
2603:289d:6c40::

2603:289d:6ca0::
2603:289d:6dc0::
2603:289d:6e20::
2603:289d:7000::
2603:289d:70a0::
2603:289d:7680::
2603:289d:7d60::
2603:289d:8320::
2603:289d:85c0::
2603:289d:8700::
2603:289d:8840::
2603:289d:88c0::
2603:289d:89e0::
2603:289d:8a80::
2603:289d:8f00::
2603:289d:9300::
2603:289d:95e0::
2603:289d:97c0::
2603:289d:98e0::
2603:289d:99e0::
2603:289d:9b60::
2603:289d:9da0::
2603:289d:a000::
2603:289d:a060::
2603:289d:a4a0::
2603:289d:ab00::
2603:289d:b280::
2603:289d:b400::
2603:289d:b4e0::
2603:289d:c140::
2603:289d:c180::
2603:289d:c740::
2603:289d:ca00::
2603:289d:d140::
2603:289d:d640::
2603:289d:d8a0::
2603:289d:d900::

2603:289d:dd60::
2603:289d:dda0::
2603:289d:dfc0::
2603:289d:e1c0::
2603:289d:e260::
2603:289d:e320::
2603:289d:e380::
2603:289d:e620::
2603:289d:ed60::
2603:289d:f840::
2603:289d:fa40::
2603:289e:a0::
2603:289e:380::
2603:289e:940::
2603:289e:980::
2603:289e:b60::
2603:289e:e00::
2603:289e:10c0::
2603:289e:1580::
2603:289e:19e0::
2603:289e:1c60::
2603:289e:1d20::
2603:289e:2040::
2603:289e:2220::
2603:289e:25c0::
2603:289e:3160::
2603:289e:32e0::
2603:289e:33c0::
2603:289e:3520::
2603:289e:35c0::
2603:289e:3840::
2603:289e:3920::
2603:289e:3fe0::
2603:289e:4180::
2603:289e:4440::
2603:289e:4800::
2603:289e:4a20::

2603:289e:4a60::
2603:289e:4f60::
2603:289e:50c0::
2603:289e:5460::
2603:289e:5620::
2603:289e:56c0::
2603:289e:5c80::
2603:289e:6ee0::
2603:289e:6f60::
2603:289e:7380::
2603:289e:7440::
2603:289e:77a0::
2603:289e:7fa0::
2603:289e:8800::
2603:289e:89a0::
2603:289e:9300::
2603:289e:9380::
2603:289e:9560::
2603:289e:9720::
2603:289e:9d20::
2603:289e:9fa0::
2603:289e:a060::
2603:289e:abc0::
2603:289e:ae00::
2603:289e:ae80::
2603:289e:aec0::
2603:289e:b780::
2603:289e:b880::
2603:289e:bc40::
2603:289e:c1a0::
2603:289e:c320::
2603:289e:c520::
2603:289e:c720::
2603:289e:c7e0::
2603:289e:c880::
2603:289e:ca60::
2603:289e:cc60::

2603:289e:ce60::
2603:289e:d080::
2603:289e:d2e0::
2603:289e:d440::
2603:289e:d680::
2603:289e:d700::
2603:289e:dfa0::
2603:289e:e9a0::
2603:289e:ea40::
2603:289e:f860::
2603:289e:f980::
2603:289f:8c0::
2603:289f:960::
2603:289f:d60::
2603:289f:1080::
2603:289f:12a0::
2603:289f:1780::
2603:289f:1ae0::
2603:289f:1f60::
2603:289f:2720::
2603:289f:27c0::
2603:289f:2820::
2603:289f:2d20::
2603:289f:2d60::
2603:289f:3100::
2603:289f:33a0::
2603:289f:3520::
2603:289f:3620::
2603:289f:4540::
2603:289f:4780::
2603:289f:4b60::
2603:289f:5420::
2603:289f:5500::
2603:289f:5760::
2603:289f:58e0::
2603:289f:5de0::
2603:289f:5f20::

2603:289f:6140::
2603:289f:62c0::
2603:289f:73a0::
2603:289f:74e0::
2603:289f:7520::
2603:289f:7a20::
2603:289f:8480::
2603:289f:8620::
2603:289f:8a60::
2603:289f:8dc0::
2603:289f:8f00::
2603:289f:9100::
2603:289f:91e0::
2603:289f:92e0::
2603:289f:93e0::
2603:289f:9420::
2603:289f:9680::
2603:289f:9d20::
2603:289f:a340::
2603:289f:a520::
2603:289f:a620::
2603:289f:ab40::
2603:289f:ac00::
2603:289f:b440::
2603:289f:c0a0::
2603:289f:ca80::
2603:289f:cd40::
2603:289f:d680::
2603:289f:d6c0::
2603:289f:d700::
2603:289f:dc20::
2603:289f:dc80::
2603:289f:e440::
2603:289f:e560::
2603:289f:e5c0::
2603:289f:e920::
2603:289f:ec20::

2603:289f:f200::
2603:289f:f740::
2603:289f:f860::
2603:289f:fce0::
2603:289f:fd80::
2603:289f:fee0::
2603:289f:ff40::
2603:28a0:1c0::
2603:28a0:200::
2603:28a0:2c0::
2603:28a0:760::
2603:28a0:9e0::
2603:28a0:1580::
2603:28a0:1a00::
2603:28a0:1c40::
2603:28a0:1ca0::
2603:28a0:1d20::
2603:28a0:21e0::
2603:28a0:2900::
2603:28a0:2a80::
2603:28a0:2e80::
2603:28a0:36e0::
2603:28a0:3b00::
2603:28a0:3ba0::
2603:28a0:3ce0::
2603:28a0:4060::
2603:28a0:46c0::
2603:28a0:4880::
2603:28a0:48c0::
2603:28a0:4d60::
2603:28a0:5120::
2603:28a0:55a0::
2603:28a0:5600::
2603:28a0:5a40::
2603:28a0:5aa0::
2603:28a0:6000::
2603:28a0:6620::

2603:28a0:6900::
2603:28a0:6940::
2603:28a0:6cc0::
2603:28a0:6da0::
2603:28a0:6e80::
2603:28a0:6f60::
2603:28a0:7100::
2603:28a0:72e0::
2603:28a0:7500::
2603:28a0:7860::
2603:28a0:7da0::
2603:28a0:8620::
2603:28a0:87c0::
2603:28a0:8ae0::
2603:28a0:8b20::
2603:28a0:8ce0::
2603:28a0:8d60::
2603:28a0:8fa0::
2603:28a0:90a0::
2603:28a0:9760::
2603:28a0:9a60::
2603:28a0:9e00::
2603:28a0:9fc0::
2603:28a0:a1c0::
2603:28a0:a860::
2603:28a0:aac0::
2603:28a0:ac40::
2603:28a0:b080::
2603:28a0:b0e0::
2603:28a0:b4e0::
2603:28a0:b600::
2603:28a0:b880::
2603:28a0:ba60::
2603:28a0:be40::
2603:28a0:c0a0::
2603:28a0:c1c0::
2603:28a0:c7c0::

2603:28a0:cb60::
2603:28a0:d0c0::
2603:28a0:d4c0::
2603:28a0:d540::
2603:28a0:d600::
2603:28a0:d980::
2603:28a0:e160::
2603:28a0:e420::
2603:28a0:e580::
2603:28a0:e8a0::
2603:28a0:f080::
2603:28a0:f160::
2603:28a0:f220::
2603:28a0:f2e0::
2603:28a0:f3a0::
2603:28a0:f480::
2603:28a0:f580::
2603:28a0:f8c0::
2603:28a0:fa80::
2603:28a0:fc80::
2603:28a0:fd60::
2603:28a0:ffa0::
2603:28a1:580::
2603:28a1:ac0::
2603:28a1:d20::
2603:28a1:1060::
2603:28a1:10e0::
2603:28a1:1160::
2603:28a1:12c0::
2603:28a1:1500::
2603:28a1:1a00::
2603:28a1:1b00::
2603:28a1:2760::
2603:28a1:28c0::
2603:28a1:2b40::
2603:28a1:2ee0::
2603:28a1:3080::

2603:28a1:33c0::
2603:28a1:3400::
2603:28a1:3a40::
2603:28a1:3b40::
2603:28a1:3ee0::
2603:28a1:3f60::
2603:28a1:3fa0::
2603:28a1:4940::
2603:28a1:4ca0::
2603:28a1:5260::
2603:28a1:59c0::
2603:28a1:62e0::
2603:28a1:65a0::
2603:28a1:6660::
2603:28a1:6840::
2603:28a1:69a0::
2603:28a1:6ca0::
2603:28a1:70a0::
2603:28a1:7300::
2603:28a1:7640::
2603:28a1:7800::
2603:28a1:81c0::
2603:28a1:8880::
2603:28a1:8a80::
2603:28a1:8b20::
2603:28a1:9220::
2603:28a1:9780::
2603:28a1:a040::
2603:28a1:a580::
2603:28a1:a760::
2603:28a1:b0c0::
2603:28a1:b200::
2603:28a1:b500::
2603:28a1:b7a0::
2603:28a1:bc40::
2603:28a1:c220::
2603:28a1:c740::

2603:28a1:c8a0::
2603:28a1:cd60::
2603:28a1:d140::
2603:28a1:d3a0::
2603:28a1:d6c0::
2603:28a1:d720::
2603:28a1:d880::
2603:28a1:dd20::
2603:28a1:de80::
2603:28a1:e320::
2603:28a1:e7c0::
2603:28a1:eba0::
2603:28a1:f1c0::
2603:28a1:f4a0::
2603:28a1:f860::
2603:28a1:fe00::
2603:28a2:320::
2603:28a2:6c0::
2603:28a2:b00::
2603:28a2:c80::
2603:28a2:dc0::
2603:28a2:15e0::
2603:28a2:1800::
2603:28a2:1a60::
2603:28a2:1fc0::
2603:28a2:20c0::
2603:28a2:2940::
2603:28a2:2ac0::
2603:28a2:2c40::
2603:28a2:2d20::
2603:28a2:2f20::
2603:28a2:32e0::
2603:28a2:38c0::
2603:28a2:39e0::
2603:28a2:3be0::
2603:28a2:3d80::
2603:28a2:4260::

2603:28a2:4440::
2603:28a2:4820::
2603:28a2:4ca0::
2603:28a2:4e20::
2603:28a2:4f40::
2603:28a2:52a0::
2603:28a2:5880::
2603:28a2:6660::
2603:28a2:6a60::
2603:28a2:6de0::
2603:28a2:7420::
2603:28a2:7480::
2603:28a2:7500::
2603:28a2:79a0::
2603:28a2:8540::
2603:28a2:85a0::
2603:28a2:8a40::
2603:28a2:8d20::
2603:28a2:8de0::
2603:28a2:9000::
2603:28a2:9520::
2603:28a2:9760::
2603:28a2:9800::
2603:28a2:9c20::
2603:28a2:9c80::
2603:28a2:a220::
2603:28a2:a320::
2603:28a2:a380::
2603:28a2:a620::
2603:28a2:b740::
2603:28a2:bd00::
2603:28a2:c040::
2603:28a2:c0e0::
2603:28a2:cc40::
2603:28a2:cec0::
2603:28a2:d280::
2603:28a2:d340::

2603:28a2:d3a0::
2603:28a2:d680::
2603:28a2:d780::
2603:28a2:dbe0::
2603:28a2:dec0::
2603:28a2:e900::
2603:28a2:eb40::
2603:28a2:ec40::
2603:28a2:ecc0::
2603:28a2:edc0::
2603:28a2:ef00::
2603:28a2:f440::
2603:28a2:f7c0::
2603:28a2:fa60::
2603:28a2:fb00::
2603:28a2:fe00::
2603:28a2:ff00::
2603:28a2:ff80::
2603:28a3:c0::
2603:28a3:2e0::
2603:28a3:360::
2603:28a3:c40::
2603:28a3:da0::
2603:28a3:e00::
2603:28a3:15c0::
2603:28a3:1720::
2603:28a3:1c40::
2603:28a3:1fa0::
2603:28a3:2180::
2603:28a3:24e0::
2603:28a3:29a0::
2603:28a3:2ba0::
2603:28a3:2c60::
2603:28a3:2ec0::
2603:28a3:2fa0::
2603:28a3:3560::
2603:28a3:36e0::

2603:28a3:37c0::
2603:28a3:3ac0::
2603:28a3:3e60::
2603:28a3:4860::
2603:28a3:4da0::
2603:28a3:5200::
2603:28a3:5340::
2603:28a3:54a0::
2603:28a3:5500::
2603:28a3:55c0::
2603:28a3:5700::
2603:28a3:5bc0::
2603:28a3:6400::
2603:28a3:6620::
2603:28a3:6a80::
2603:28a3:6e00::
2603:28a3:7020::
2603:28a3:73a0::
2603:28a3:73e0::
2603:28a3:7560::
2603:28a3:8e40::
2603:28a3:9020::
2603:28a3:9440::
2603:28a3:95e0::
2603:28a3:9860::
2603:28a3:9a40::
2603:28a3:9ac0::
2603:28a3:9bc0::
2603:28a3:a280::
2603:28a3:a640::
2603:28a3:a820::
2603:28a3:aca0::
2603:28a3:aea0::
2603:28a3:b200::
2603:28a3:b560::
2603:28a3:b800::
2603:28a3:ba20::

2603:28a3:bc60::
2603:28a3:bd00::
2603:28a3:bee0::
2603:28a3:bfc0::
2603:28a3:c1a0::
2603:28a3:c8c0::
2603:28a3:cb60::
2603:28a3:cdc0::
2603:28a3:cf20::
2603:28a3:d4a0::
2603:28a3:d560::
2603:28a3:dd80::
2603:28a3:de80::
2603:28a3:e040::
2603:28a3:e180::
2603:28a3:e4c0::
2603:28a3:e6c0::
2603:28a3:e7a0::
2603:28a3:ec80::
2603:28a3:f7a0::
2603:28a3:faa0::
2603:28a4:2e0::
2603:28a4:6a0::
2603:28a4:6e0::
2603:28a4:980::
2603:28a4:1060::
2603:28a4:13e0::
2603:28a4:1580::
2603:28a4:1f20::
2603:28a4:2220::
2603:28a4:24c0::
2603:28a4:2620::
2603:28a4:2760::
2603:28a4:2b60::
2603:28a4:2bc0::
2603:28a4:3020::
2603:28a4:3180::

2603:28a4:34e0::
2603:28a4:3640::
2603:28a4:3920::
2603:28a4:39e0::
2603:28a4:3b40::
2603:28a4:3c80::
2603:28a4:3cc0::
2603:28a4:3d60::
2603:28a4:4180::
2603:28a4:4200::
2603:28a4:42e0::
2603:28a4:4760::
2603:28a4:47e0::
2603:28a4:4be0::
2603:28a4:52e0::
2603:28a4:5400::
2603:28a4:5540::
2603:28a4:57a0::
2603:28a4:5960::
2603:28a4:5fc0::
2603:28a4:6360::
2603:28a4:6420::
2603:28a4:6600::
2603:28a4:6680::
2603:28a4:69c0::
2603:28a4:6b40::
2603:28a4:6c20::
2603:28a4:6ca0::
2603:28a4:6d00::
2603:28a4:72c0::
2603:28a4:74a0::
2603:28a4:7820::
2603:28a4:7ee0::
2603:28a4:8120::
2603:28a4:82a0::
2603:28a4:8400::
2603:28a4:8500::

2603:28a4:8e20::
2603:28a4:94c0::
2603:28a4:98e0::
2603:28a4:99a0::
2603:28a4:9e60::
2603:28a4:a2e0::
2603:28a4:a920::
2603:28a4:ad00::
2603:28a4:b040::
2603:28a4:b240::
2603:28a4:b560::
2603:28a4:b800::
2603:28a4:baa0::
2603:28a4:bc40::
2603:28a4:c260::
2603:28a4:c3c0::
2603:28a4:c440::
2603:28a4:c5c0::
2603:28a4:c7a0::
2603:28a4:c9c0::
2603:28a4:cb00::
2603:28a4:cd60::
2603:28a4:cec0::
2603:28a4:cfe0::
2603:28a4:d2c0::
2603:28a4:d5a0::
2603:28a4:d660::
2603:28a4:d740::
2603:28a4:da00::
2603:28a4:de20::
2603:28a4:e0c0::
2603:28a4:e5a0::
2603:28a4:e620::
2603:28a4:e8a0::
2603:28a4:e8e0::
2603:28a4:e9a0::
2603:28a4:ea40::

2603:28a4:f080::
2603:28a4:fce0::
2603:28a5:20::
2603:28a5:200::
2603:28a5:620::
2603:28a5:be0::
2603:28a5:de0::
2603:28a5:f40::
2603:28a5:1ae0::
2603:28a5:1c60::
2603:28a5:1cc0::
2603:28a5:2040::
2603:28a5:20c0::
2603:28a5:2300::
2603:28a5:2500::
2603:28a5:2660::
2603:28a5:2820::
2603:28a5:3280::
2603:28a5:36a0::
2603:28a5:37c0::
2603:28a5:3bc0::
2603:28a5:3f00::
2603:28a5:4180::
2603:28a5:4400::
2603:28a5:44e0::
2603:28a5:4d00::
2603:28a5:5560::
2603:28a5:5680::
2603:28a5:57c0::
2603:28a5:5820::
2603:28a5:5dc0::
2603:28a5:5e20::
2603:28a5:5ec0::
2603:28a5:5f60::
2603:28a5:63c0::
2603:28a5:6800::
2603:28a5:7020::

2603:28a5:7320::
2603:28a5:75e0::
2603:28a5:76e0::
2603:28a5:7940::
2603:28a5:7ba0::
2603:28a5:7da0::
2603:28a5:82c0::
2603:28a5:8360::
2603:28a5:8d00::
2603:28a5:8d40::
2603:28a5:8f80::
2603:28a5:9280::
2603:28a5:92e0::
2603:28a5:94c0::
2603:28a5:9680::
2603:28a5:9e80::
2603:28a5:a0a0::
2603:28a5:a580::
2603:28a5:ab40::
2603:28a5:b160::
2603:28a5:b480::
2603:28a5:bc60::
2603:28a5:bca0::
2603:28a5:be40::
2603:28a5:bec0::
2603:28a5:bf80::
2603:28a5:c1e0::
2603:28a5:c240::
2603:28a5:c840::
2603:28a5:cb60::
2603:28a5:cba0::
2603:28a5:ccc0::
2603:28a5:cf00::
2603:28a5:d220::
2603:28a5:d460::
2603:28a5:d720::
2603:28a5:d8c0::

2603:28a5:dae0::
2603:28a5:dbc0::
2603:28a5:df40::
2603:28a5:e080::
2603:28a5:e4e0::
2603:28a5:e5a0::
2603:28a5:e660::
2603:28a5:e960::
2603:28a5:e9e0::
2603:28a5:f0e0::
2603:28a5:f160::
2603:28a5:f640::
2603:28a5:f720::
2603:28a5:f9c0::
2603:28a5:fb40::
2603:28a5:fc60::
2603:28a5:fd40::
2603:28a5:fdc0::
2603:28a6:40::
2603:28a6:360::
2603:28a6:c80::
2603:28a6:e00::
2603:28a6:ec0::
2603:28a6:10e0::
2603:28a6:1ac0::
2603:28a6:20a0::
2603:28a6:23a0::
2603:28a6:2500::
2603:28a6:2820::
2603:28a6:28a0::
2603:28a6:2a60::
2603:28a6:2e40::
2603:28a6:3100::
2603:28a6:3580::
2603:28a6:36e0::
2603:28a6:3900::
2603:28a6:39e0::

2603:28a6:3a20::
2603:28a6:3c80::
2603:28a6:3d60::
2603:28a6:4660::
2603:28a6:4760::
2603:28a6:4ca0::
2603:28a6:4d00::
2603:28a6:4dc0::
2603:28a6:5440::
2603:28a6:56a0::
2603:28a6:5720::
2603:28a6:5820::
2603:28a6:5a60::
2603:28a6:5ee0::
2603:28a6:63c0::
2603:28a6:66e0::
2603:28a6:6800::
2603:28a6:6d00::
2603:28a6:7040::
2603:28a6:74e0::
2603:28a6:7560::
2603:28a6:7820::
2603:28a6:78a0::
2603:28a6:7a80::
2603:28a6:7c60::
2603:28a6:7da0::
2603:28a6:7f00::
2603:28a6:7fe0::
2603:28a6:81e0::
2603:28a6:83e0::
2603:28a6:8600::
2603:28a6:86c0::
2603:28a6:8940::
2603:28a6:8d00::
2603:28a6:90e0::
2603:28a6:9220::
2603:28a6:9360::

2603:28a6:9460::
2603:28a6:9660::
2603:28a6:9760::
2603:28a6:9800::
2603:28a6:9900::
2603:28a6:9e40::
2603:28a6:a1e0::
2603:28a6:a480::
2603:28a6:a6c0::
2603:28a6:aa40::
2603:28a6:ad00::
2603:28a6:ae40::
2603:28a6:b1a0::
2603:28a6:b8e0::
2603:28a6:b9a0::
2603:28a6:ba00::
2603:28a6:c3e0::
2603:28a6:c5e0::
2603:28a6:cb60::
2603:28a6:cce0::
2603:28a6:d380::
2603:28a6:d400::
2603:28a6:d440::
2603:28a6:dae0::
2603:28a6:dd80::
2603:28a6:dec0::
2603:28a6:e480::
2603:28a6:e860::
2603:28a6:eac0::
2603:28a6:eba0::
2603:28a6:eca0::
2603:28a6:ee20::
2603:28a6:f140::
2603:28a6:f4c0::
2603:28a6:f7a0::
2603:28a6:f840::
2603:28a7:100::

2603:28a7:8c0::
2603:28a7:1080::
2603:28a7:10e0::
2603:28a7:1180::
2603:28a7:1340::
2603:28a7:1940::
2603:28a7:1b40::
2603:28a7:1ce0::
2603:28a7:1e60::
2603:28a7:2360::
2603:28a7:2400::
2603:28a7:2800::
2603:28a7:2e60::
2603:28a7:3600::
2603:28a7:38c0::
2603:28a7:3aa0::
2603:28a7:3e20::
2603:28a7:3fc0::
2603:28a7:4420::
2603:28a7:44e0::
2603:28a7:46e0::
2603:28a7:49c0::
2603:28a7:5100::
2603:28a7:5680::
2603:28a7:5a40::
2603:28a7:5c60::
2603:28a7:61a0::
2603:28a7:66e0::
2603:28a7:7120::
2603:28a7:7520::
2603:28a7:7660::
2603:28a7:7b60::
2603:28a7:85c0::
2603:28a7:8e20::
2603:28a7:8f40::
2603:28a7:9280::
2603:28a7:9440::

2603:28a7:9c00::
2603:28a7:9e20::
2603:28a7:a520::
2603:28a7:a620::
2603:28a7:a760::
2603:28a7:ac80::
2603:28a7:ad80::
2603:28a7:aec0::
2603:28a7:af80::
2603:28a7:b0c0::
2603:28a7:b140::
2603:28a7:b840::
2603:28a7:be00::
2603:28a7:c040::
2603:28a7:c080::
2603:28a7:c2c0::
2603:28a7:c460::
2603:28a7:ce00::
2603:28a7:cf00::
2603:28a7:d520::
2603:28a7:d7c0::
2603:28a7:dd60::
2603:28a7:dfe0::
2603:28a7:e0c0::
2603:28a7:e240::
2603:28a7:e880::
2603:28a7:ea40::
2603:28a7:eac0::
2603:28a7:ef40::
2603:28a7:f020::
2603:28a7:f4e0::
2603:28a7:fa40::
2603:28a7:fde0::
2603:28a8:80::
2603:28a8:400::
2603:28a8:540::
2603:28a8:f40::

2603:28a8:f80::
2603:28a8:1180::
2603:28a8:1200::
2603:28a8:1560::
2603:28a8:2100::
2603:28a8:28e0::
2603:28a8:31a0::
2603:28a8:36a0::
2603:28a8:37e0::
2603:28a8:3860::
2603:28a8:3c60::
2603:28a8:4020::
2603:28a8:5440::
2603:28a8:5760::
2603:28a8:5f20::
2603:28a8:68a0::
2603:28a8:6bc0::
2603:28a8:6fe0::
2603:28a8:7140::
2603:28a8:79e0::
2603:28a8:7a20::
2603:28a8:7b80::
2603:28a8:7c60::
2603:28a8:7da0::
2603:28a8:7fa0::
2603:28a8:8140::
2603:28a8:8320::
2603:28a8:8660::
2603:28a8:8ba0::
2603:28a8:8d40::
2603:28a8:8f00::
2603:28a8:9860::
2603:28a8:98a0::
2603:28a8:9da0::
2603:28a8:a080::
2603:28a8:a780::
2603:28a8:a7e0::

2603:28a8:a820::
2603:28a8:b900::
2603:28a8:bd40::
2603:28a8:bf40::
2603:28a8:bf80::
2603:28a8:c3e0::
2603:28a8:c580::
2603:28a8:ce80::
2603:28a8:cf40::
2603:28a8:cfa0::
2603:28a8:d340::
2603:28a8:d400::
2603:28a8:d480::
2603:28a8:d840::
2603:28a8:dde0::
2603:28a8:df80::
2603:28a8:e2e0::
2603:28a8:e440::
2603:28a8:eba0::
2603:28a8:ec80::
2603:28a8:f4a0::
2603:28a8:f880::
2603:28a8:fa60::
2603:28a8:fb20::
2603:28a8:fe20::
2603:28a8:ffc0::
2603:28a9:820::
2603:28a9:a20::
2603:28a9:f20::
2603:28a9:16c0::
2603:28a9:2040::
2603:28a9:21e0::
2603:28a9:2560::
2603:28a9:27c0::
2603:28a9:3220::
2603:28a9:3520::
2603:28a9:3720::

2603:28a9:3840::
2603:28a9:38a0::
2603:28a9:3a20::
2603:28a9:3bc0::
2603:28a9:44c0::
2603:28a9:4ea0::
2603:28a9:5020::
2603:28a9:51c0::
2603:28a9:5280::
2603:28a9:59e0::
2603:28a9:5d40::
2603:28a9:5de0::
2603:28a9:6180::
2603:28a9:64e0::
2603:28a9:6c20::
2603:28a9:7340::
2603:28a9:7440::
2603:28a9:7800::
2603:28a9:7a60::
2603:28a9:7d80::
2603:28a9:7f40::
2603:28a9:7fc0::
2603:28a9:8080::
2603:28a9:81c0::
2603:28a9:82c0::
2603:28a9:8340::
2603:28a9:8500::
2603:28a9:8620::
2603:28a9:8720::
2603:28a9:89a0::
2603:28a9:8aa0::
2603:28a9:8ae0::
2603:28a9:96e0::
2603:28a9:9ba0::
2603:28a9:9ee0::
2603:28a9:a460::
2603:28a9:a7e0::

2603:28a9:aa40::
2603:28a9:abc0::
2603:28a9:ad80::
2603:28a9:b000::
2603:28a9:b5c0::
2603:28a9:b980::
2603:28a9:c1c0::
2603:28a9:c240::
2603:28a9:c720::
2603:28a9:d420::
2603:28a9:d5e0::
2603:28a9:d9a0::
2603:28a9:da60::
2603:28a9:dc20::
2603:28a9:dd40::
2603:28a9:de60::
2603:28a9:df00::
2603:28a9:eb60::
2603:28a9:efc0::
2603:28a9:f3a0::
2603:28a9:f6c0::
2603:28a9:fc60::
2603:28aa:ae0::
2603:28aa:c20::
2603:28aa:ca0::
2603:28aa:e60::
2603:28aa:1000::
2603:28aa:1ae0::
2603:28aa:1b20::
2603:28aa:1c40::
2603:28aa:28e0::
2603:28aa:30a0::
2603:28aa:34c0::
2603:28aa:3560::
2603:28aa:3da0::
2603:28aa:40a0::
2603:28aa:44c0::

2603:28aa:4900::
2603:28aa:4ea0::
2603:28aa:5840::
2603:28aa:6840::
2603:28aa:6ca0::
2603:28aa:6e00::
2603:28aa:6ea0::
2603:28aa:7540::
2603:28aa:77e0::
2603:28aa:8440::
2603:28aa:86c0::
2603:28aa:8880::
2603:28aa:8d00::
2603:28aa:8e20::
2603:28aa:90a0::
2603:28aa:90e0::
2603:28aa:9300::
2603:28aa:96c0::
2603:28aa:9740::
2603:28aa:a1e0::
2603:28aa:a400::
2603:28aa:ad40::
2603:28aa:adc0::
2603:28aa:af20::
2603:28aa:b220::
2603:28aa:c2e0::
2603:28aa:cb20::
2603:28aa:ccc0::
2603:28aa:ce80::
2603:28aa:cfa0::
2603:28aa:d1c0::
2603:28aa:d420::
2603:28aa:e0a0::
2603:28aa:e820::
2603:28aa:e9a0::
2603:28aa:ebc0::
2603:28aa:f820::

2603:28aa:ff40::
2603:28ab:120::
2603:28ab:220::
2603:28ab:5c0::
2603:28ab:c80::
2603:28ab:10a0::
2603:28ab:11a0::
2603:28ab:20c0::
2603:28ab:2320::
2603:28ab:25a0::
2603:28ab:3300::
2603:28ab:34a0::
2603:28ab:3820::
2603:28ab:4020::
2603:28ab:4920::
2603:28ab:49a0::
2603:28ab:4a20::
2603:28ab:4c40::
2603:28ab:52c0::
2603:28ab:5720::
2603:28ab:5a20::
2603:28ab:5bc0::
2603:28ab:65e0::
2603:28ab:6ea0::
2603:28ab:70a0::
2603:28ab:7860::
2603:28ab:7a40::
2603:28ab:7ae0::
2603:28ab:7ca0::
2603:28ab:8000::
2603:28ab:80c0::
2603:28ab:8240::
2603:28ab:83e0::
2603:28ab:87c0::
2603:28ab:8b80::
2603:28ab:8dc0::
2603:28ab:9040::

2603:28ab:96c0::
2603:28ab:9ea0::
2603:28ab:a480::
2603:28ab:a840::
2603:28ab:a920::
2603:28ab:ac40::
2603:28ab:aca0::
2603:28ab:aee0::
2603:28ab:b560::
2603:28ab:b860::
2603:28ab:b8c0::
2603:28ab:ba40::
2603:28ab:be40::
2603:28ab:c460::
2603:28ab:c580::
2603:28ab:c600::
2603:28ab:c820::
2603:28ab:d280::
2603:28ab:da40::
2603:28ab:dac0::
2603:28ab:df00::
2603:28ab:df40::
2603:28ab:e480::
2603:28ab:e6a0::
2603:28ab:ea60::
2603:28ab:eaa0::
2603:28ab:ec40::
2603:28ab:eca0::
2603:28ab:eec0::
2603:28ab:f5a0::
2603:28ab:fc80::
2603:28ac::
2603:28ac:180::
2603:28ac:2c0::
2603:28ac:5e0::
2603:28ac:ae0::
2603:28ac:1120::

2603:28ac:1180::
2603:28ac:1340::
2603:28ac:1500::
2603:28ac:17c0::
2603:28ac:18c0::
2603:28ac:1bc0::
2603:28ac:2060::
2603:28ac:2600::
2603:28ac:2b40::
2603:28ac:3380::
2603:28ac:33e0::
2603:28ac:3660::
2603:28ac:39e0::
2603:28ac:3e80::
2603:28ac:40e0::
2603:28ac:41a0::
2603:28ac:4540::
2603:28ac:46c0::
2603:28ac:4820::
2603:28ac:4860::
2603:28ac:4920::
2603:28ac:4de0::
2603:28ac:4f20::
2603:28ac:4fc0::
2603:28ac:55c0::
2603:28ac:5600::
2603:28ac:59c0::
2603:28ac:5a60::
2603:28ac:5ac0::
2603:28ac:5c00::
2603:28ac:6220::
2603:28ac:62c0::
2603:28ac:6a60::
2603:28ac:6aa0::
2603:28ac:6c80::
2603:28ac:6d40::
2603:28ac:6fe0::

2603:28ac:72e0::
2603:28ac:7560::
2603:28ac:7600::
2603:28ac:7820::
2603:28ac:7920::
2603:28ac:7c00::
2603:28ac:7e00::
2603:28ac:7fa0::
2603:28ac:8380::
2603:28ac:9280::
2603:28ac:9920::
2603:28ac:9ac0::
2603:28ac:a2c0::
2603:28ac:a380::
2603:28ac:a4a0::
2603:28ac:ab00::
2603:28ac:adc0::
2603:28ac:afe0::
2603:28ac:b3a0::
2603:28ac:b7e0::
2603:28ac:bbe0::
2603:28ac:bce0::
2603:28ac:bde0::
2603:28ac:bf60::
2603:28ac:c000::
2603:28ac:c380::
2603:28ac:c620::
2603:28ac:c6c0::
2603:28ac:cea0::
2603:28ac:d540::
2603:28ac:dda0::
2603:28ac:e200::
2603:28ac:f680::
2603:28ac:f900::
2603:28ac:fa60::
2603:28ac:fac0::
2603:28ac:fec0::

2603:28ad:380::
2603:28ad:1780::
2603:28ad:1ac0::
2603:28ad:1b40::
2603:28ad:1b80::
2603:28ad:1d60::
2603:28ad:1e80::
2603:28ad:2400::
2603:28ad:29c0::
2603:28ad:2ac0::
2603:28ad:2b20::
2603:28ad:2d00::
2603:28ad:2e60::
2603:28ad:3200::
2603:28ad:4200::
2603:28ad:4340::
2603:28ad:4c40::
2603:28ad:4ce0::
2603:28ad:5120::
2603:28ad:53a0::
2603:28ad:5580::
2603:28ad:56c0::
2603:28ad:5740::
2603:28ad:57c0::
2603:28ad:58a0::
2603:28ad:5920::
2603:28ad:5ac0::
2603:28ad:6780::
2603:28ad:6a80::
2603:28ad:6de0::
2603:28ad:7000::
2603:28ad:77e0::
2603:28ad:7b40::
2603:28ad:7ba0::
2603:28ad:83c0::
2603:28ad:8420::
2603:28ad:84e0::

2603:28ad:86c0::
2603:28ad:8720::
2603:28ad:8860::
2603:28ad:8ce0::
2603:28ad:9300::
2603:28ad:a0e0::
2603:28ad:a480::
2603:28ad:a540::
2603:28ad:a9e0::
2603:28ad:ac00::
2603:28ad:b000::
2603:28ad:b420::
2603:28ad:b720::
2603:28ad:bd20::
2603:28ad:bee0::
2603:28ad:ca20::
2603:28ad:cce0::
2603:28ad:ce80::
2603:28ad:d4a0::
2603:28ad:daa0::
2603:28ad:dba0::
2603:28ad:de40::
2603:28ad:e240::
2603:28ad:ea00::
2603:28ad:eb80::
2603:28ad:ec20::
2603:28ad:ee80::
2603:28ad:f7a0::
2603:28ad:fae0::
2603:28ad:fc00::
2603:28ad:fe00::
2603:28ad:fe40::
2603:28ae:20::
2603:28ae:180::
2603:28ae:240::
2603:28ae:620::
2603:28ae:dc0::

2603:28ae:1120::
2603:28ae:1420::
2603:28ae:1de0::
2603:28ae:2300::
2603:28ae:23e0::
2603:28ae:2460::
2603:28ae:24e0::
2603:28ae:2820::
2603:28ae:2f40::
2603:28ae:30e0::
2603:28ae:3260::
2603:28ae:33e0::
2603:28ae:3920::
2603:28ae:3b80::
2603:28ae:3e20::
2603:28ae:41a0::
2603:28ae:4400::
2603:28ae:4600::
2603:28ae:4660::
2603:28ae:4f80::
2603:28ae:4fe0::
2603:28ae:56a0::
2603:28ae:5da0::
2603:28ae:5fa0::
2603:28ae:63e0::
2603:28ae:6580::
2603:28ae:66e0::
2603:28ae:67a0::
2603:28ae:6940::
2603:28ae:7020::
2603:28ae:7560::
2603:28ae:7860::
2603:28ae:7a40::
2603:28ae:83e0::
2603:28ae:84c0::
2603:28ae:8940::
2603:28ae:8980::

2603:28ae:8b20::
2603:28ae:8bc0::
2603:28ae:97c0::
2603:28ae:a300::
2603:28ae:a3e0::
2603:28ae:a660::
2603:28ae:a9a0::
2603:28ae:aa60::
2603:28ae:b020::
2603:28ae:c5e0::
2603:28ae:c9c0::
2603:28ae:ca00::
2603:28ae:ca80::
2603:28ae:cf20::
2603:28ae:d1e0::
2603:28ae:d2a0::
2603:28ae:d7a0::
2603:28ae:eca0::
2603:28ae:ed20::
2603:28ae:ee60::
2603:28ae:ef00::
2603:28ae:f480::
2603:28ae:f760::
2603:28ae:f7c0::
2603:28ae:f820::
2603:28ae:f980::
2603:28af:c0::
2603:28af:1a0::
2603:28af:440::
2603:28af:c40::
2603:28af:d20::
2603:28af:f80::
2603:28af:11e0::
2603:28af:1260::
2603:28af:1340::
2603:28af:18e0::
2603:28af:1aa0::

2603:28af:1da0::
2603:28af:2040::
2603:28af:2680::
2603:28af:29c0::
2603:28af:2a00::
2603:28af:2a40::
2603:28af:2bc0::
2603:28af:2d80::
2603:28af:2f00::
2603:28af:2fa0::
2603:28af:31c0::
2603:28af:32a0::
2603:28af:3520::
2603:28af:36e0::
2603:28af:38a0::
2603:28af:3a20::
2603:28af:3ce0::
2603:28af:3d60::
2603:28af:3de0::
2603:28af:3ec0::
2603:28af:3f80::
2603:28af:3fe0::
2603:28af:5480::
2603:28af:5540::
2603:28af:57c0::
2603:28af:5880::
2603:28af:5aa0::
2603:28af:5ae0::
2603:28af:6200::
2603:28af:6540::
2603:28af:66a0::
2603:28af:6aa0::
2603:28af:6ec0::
2603:28af:7040::
2603:28af:71c0::
2603:28af:72e0::
2603:28af:7400::

2603:28af:76a0::
2603:28af:79a0::
2603:28af:7fe0::
2603:28af:8120::
2603:28af:87a0::
2603:28af:90a0::
2603:28af:91a0::
2603:28af:9500::
2603:28af:9a00::
2603:28af:a120::
2603:28af:a1c0::
2603:28af:a960::
2603:28af:b340::
2603:28af:b500::
2603:28af:b660::
2603:28af:bc40::
2603:28af:bf80::
2603:28af:c040::
2603:28af:c0e0::
2603:28af:c300::
2603:28af:c4a0::
2603:28af:cba0::
2603:28af:d180::
2603:28af:d8a0::
2603:28af:d920::
2603:28af:dbe0::
2603:28af:e600::
2603:28af:e9e0::
2603:28af:eae0::
2603:28af:eb80::
2603:28af:efa0::
2603:28af:f0e0::
2603:28af:f4e0::
2603:28af:f560::
2603:28af:f620::
2603:28af:fa40::
2603:28af:fca0::

2603:28af:fdc0::
2603:28af:ff20::
2603:28b0:340::
2603:28b0:8e0::
2603:28b0:940::
2603:28b0:9c0::
2603:28b0:de0::
2603:28b0:fc0::
2603:28b0:10c0::
2603:28b0:14e0::
2603:28b0:1580::
2603:28b0:1b20::
2603:28b0:1c00::
2603:28b0:2580::
2603:28b0:2700::
2603:28b0:28a0::
2603:28b0:2b20::
2603:28b0:3fa0::
2603:28b0:4660::
2603:28b0:4dc0::
2603:28b0:4fa0::
2603:28b0:6080::
2603:28b0:66e0::
2603:28b0:68c0::
2603:28b0:69a0::
2603:28b0:6be0::
2603:28b0:7100::
2603:28b0:71e0::
2603:28b0:7260::
2603:28b0:72e0::
2603:28b0:7640::
2603:28b0:7700::
2603:28b0:77a0::
2603:28b0:7800::
2603:28b0:7c80::
2603:28b0:7fa0::
2603:28b0:8380::

2603:28b0:8460::
2603:28b0:8600::
2603:28b0:8d20::
2603:28b0:91a0::
2603:28b0:9780::
2603:28b0:9a80::
2603:28b0:a140::
2603:28b0:a360::
2603:28b0:a3a0::
2603:28b0:a9c0::
2603:28b0:ac40::
2603:28b0:ace0::
2603:28b0:b160::
2603:28b0:b5c0::
2603:28b0:c040::
2603:28b0:c1c0::
2603:28b0:c4c0::
2603:28b0:d0e0::
2603:28b0:d4c0::
2603:28b0:d8a0::
2603:28b0:df60::
2603:28b0:e260::
2603:28b0:e400::
2603:28b0:e440::
2603:28b0:e7a0::
2603:28b0:e900::
2603:28b0:ece0::
2603:28b0:ed60::
2603:28b0:f320::
2603:28b0:f700::
2603:28b0:fbc0::
2603:28b0:fc00::
2603:28b1:300::
2603:28b1:560::
2603:28b1:740::
2603:28b1:a40::
2603:28b1:dc0::

2603:28b1:11a0::
2603:28b1:12e0::
2603:28b1:15a0::
2603:28b1:16e0::
2603:28b1:1900::
2603:28b1:1c60::
2603:28b1:28a0::
2603:28b1:2ce0::
2603:28b1:2fc0::
2603:28b1:3420::
2603:28b1:3640::
2603:28b1:3760::
2603:28b1:3900::
2603:28b1:3ce0::
2603:28b1:3d40::
2603:28b1:3f60::
2603:28b1:4e20::
2603:28b1:5060::
2603:28b1:54c0::
2603:28b1:57c0::
2603:28b1:59c0::
2603:28b1:5a20::
2603:28b1:5b20::
2603:28b1:6440::
2603:28b1:65e0::
2603:28b1:6760::
2603:28b1:6a60::
2603:28b1:7680::
2603:28b1:7980::
2603:28b1:7c60::
2603:28b1:7d00::
2603:28b1:7ea0::
2603:28b1:81e0::
2603:28b1:83c0::
2603:28b1:85c0::
2603:28b1:8b60::
2603:28b1:8e00::

2603:28b1:96a0::
2603:28b1:9960::
2603:28b1:a300::
2603:28b1:a700::
2603:28b1:a820::
2603:28b1:ada0::
2603:28b1:afa0::
2603:28b1:afe0::
2603:28b1:b100::
2603:28b1:b380::
2603:28b1:b420::
2603:28b1:b7c0::
2603:28b1:bac0::
2603:28b1:c020::
2603:28b1:c3e0::
2603:28b1:c640::
2603:28b1:cec0::
2603:28b1:cf60::
2603:28b1:d2e0::
2603:28b1:d380::
2603:28b1:d680::
2603:28b1:d820::
2603:28b1:e3e0::
2603:28b1:e780::
2603:28b1:e8a0::
2603:28b1:e8e0::
2603:28b1:eae0::
2603:28b1:ed00::
2603:28b1:f320::
2603:28b1:fa60::
2603:28b1:fd40::
2603:28b1:fea0::
2603:28b2:1c0::
2603:28b2:2c0::
2603:28b2:560::
2603:28b2:780::
2603:28b2:d20::

2603:28b2:f20::
2603:28b2:1140::
2603:28b2:2280::
2603:28b2:2520::
2603:28b2:2740::
2603:28b2:27e0::
2603:28b2:2b80::
2603:28b2:2d40::
2603:28b2:2f20::
2603:28b2:3800::
2603:28b2:38e0::
2603:28b2:3940::
2603:28b2:3dc0::
2603:28b2:40c0::
2603:28b2:4520::
2603:28b2:4680::
2603:28b2:4700::
2603:28b2:48a0::
2603:28b2:4900::
2603:28b2:4ee0::
2603:28b2:5220::
2603:28b2:5440::
2603:28b2:5b80::
2603:28b2:64c0::
2603:28b2:6a00::
2603:28b2:6ec0::
2603:28b2:6f40::
2603:28b2:7300::
2603:28b2:73e0::
2603:28b2:7580::
2603:28b2:78c0::
2603:28b2:7a40::
2603:28b2:7c20::
2603:28b2:7c60::
2603:28b2:80a0::
2603:28b2:8160::
2603:28b2:8340::

2603:28b2:8480::
2603:28b2:84e0::
2603:28b2:8640::
2603:28b2:8dc0::
2603:28b2:8e40::
2603:28b2:8fe0::
2603:28b2:9200::
2603:28b2:9700::
2603:28b2:9ac0::
2603:28b2:9f40::
2603:28b2:a100::
2603:28b2:ab00::
2603:28b2:b060::
2603:28b2:b0a0::
2603:28b2:b180::
2603:28b2:b400::
2603:28b2:b6a0::
2603:28b2:b820::
2603:28b2:b9c0::
2603:28b2:baa0::
2603:28b2:bee0::
2603:28b2:c1a0::
2603:28b2:c580::
2603:28b2:c7c0::
2603:28b2:c940::
2603:28b2:d120::
2603:28b2:d7c0::
2603:28b2:d9c0::
2603:28b2:dce0::
2603:28b2:df20::
2603:28b2:dfc0::
2603:28b2:e120::
2603:28b2:e340::
2603:28b2:e4c0::
2603:28b2:e5e0::
2603:28b2:e980::
2603:28b2:ec00::

2603:28b2:f040::
2603:28b2:f080::
2603:28b2:f400::
2603:28b2:f620::
2603:28b2:f800::
2603:28b2:faa0::
2603:28b2:fdc0::
2603:28b3:a0::
2603:28b3:2a0::
2603:28b3:860::
2603:28b3:ba0::
2603:28b3:ec0::
2603:28b3:1000::
2603:28b3:10a0::
2603:28b3:1100::
2603:28b3:15a0::
2603:28b3:16a0::
2603:28b3:1820::
2603:28b3:1ac0::
2603:28b3:1fc0::
2603:28b3:2040::
2603:28b3:2160::
2603:28b3:2220::
2603:28b3:2320::
2603:28b3:24e0::
2603:28b3:2640::
2603:28b3:2940::
2603:28b3:2da0::
2603:28b3:2fa0::
2603:28b3:3120::
2603:28b3:3380::
2603:28b3:3800::
2603:28b3:39c0::
2603:28b3:3dc0::
2603:28b3:4280::
2603:28b3:44a0::
2603:28b3:4720::

2603:28b3:4880::
2603:28b3:5900::
2603:28b3:5de0::
2603:28b3:6000::
2603:28b3:6140::
2603:28b3:6320::
2603:28b3:6960::
2603:28b3:71e0::
2603:28b3:7820::
2603:28b3:7ba0::
2603:28b3:7c80::
2603:28b3:8120::
2603:28b3:8440::
2603:28b3:8940::
2603:28b3:8d80::
2603:28b3:8ee0::
2603:28b3:94a0::
2603:28b3:9760::
2603:28b3:9a60::
2603:28b3:9e40::
2603:28b3:a280::
2603:28b3:a560::
2603:28b3:aa20::
2603:28b3:ad20::
2603:28b3:b060::
2603:28b3:b2e0::
2603:28b3:b5a0::
2603:28b3:b740::
2603:28b3:c100::
2603:28b3:c180::
2603:28b3:c500::
2603:28b3:c700::
2603:28b3:c8e0::
2603:28b3:ca40::
2603:28b3:cc00::
2603:28b3:cd00::
2603:28b3:d060::

2603:28b3:d0e0::
2603:28b3:d160::
2603:28b3:d560::
2603:28b3:db80::
2603:28b3:dbc0::
2603:28b3:dd00::
2603:28b3:e3e0::
2603:28b3:e520::
2603:28b3:e600::
2603:28b3:e860::
2603:28b3:e8a0::
2603:28b3:ea40::
2603:28b3:ebe0::
2603:28b3:ee80::
2603:28b3:f0a0::
2603:28b3:f2c0::
2603:28b3:f400::
2603:28b3:f4c0::
2603:28b3:f800::
2603:28b3:f8e0::
2603:28b3:fa40::
2603:28b3:fae0::
2603:28b3:fda0::
2603:28b4:a0::
2603:28b4:540::
2603:28b4:15a0::
2603:28b4:1640::
2603:28b4:16c0::
2603:28b4:1700::
2603:28b4:1900::
2603:28b4:1ae0::
2603:28b4:20c0::
2603:28b4:2200::
2603:28b4:22c0::
2603:28b4:2880::
2603:28b4:2d80::
2603:28b4:3380::

2603:28b4:3500::
2603:28b4:35a0::
2603:28b4:3de0::
2603:28b4:4380::
2603:28b4:44c0::
2603:28b4:45c0::
2603:28b4:48c0::
2603:28b4:4ac0::
2603:28b4:4ce0::
2603:28b4:4de0::
2603:28b4:4fe0::
2603:28b4:50c0::
2603:28b4:53a0::
2603:28b4:5480::
2603:28b4:5560::
2603:28b4:56e0::
2603:28b4:5b80::
2603:28b4:5d60::
2603:28b4:64e0::
2603:28b4:6600::
2603:28b4:6880::
2603:28b4:6cc0::
2603:28b4:6ee0::
2603:28b4:6f40::
2603:28b4:70c0::
2603:28b4:7140::
2603:28b4:72c0::
2603:28b4:7c00::
2603:28b4:7ee0::
2603:28b4:80e0::
2603:28b4:8120::
2603:28b4:82e0::
2603:28b4:8c80::
2603:28b4:8d80::
2603:28b4:9400::
2603:28b4:9740::
2603:28b4:97e0::

2603:28b4:9ac0::
2603:28b4:9dc0::
2603:28b4:9e20::
2603:28b4:9f00::
2603:28b4:a2c0::
2603:28b4:a5e0::
2603:28b4:a620::
2603:28b4:aa20::
2603:28b4:b060::
2603:28b4:b180::
2603:28b4:b260::
2603:28b4:b800::
2603:28b4:bc20::
2603:28b4:bee0::
2603:28b4:c040::
2603:28b4:c420::
2603:28b4:cf40::
2603:28b4:d0c0::
2603:28b4:d3a0::
2603:28b4:d480::
2603:28b4:d820::
2603:28b4:d980::
2603:28b4:df20::
2603:28b4:e200::
2603:28b4:e440::
2603:28b4:e6a0::
2603:28b4:eca0::
2603:28b4:ef40::
2603:28b4:f100::
2603:28b4:f1e0::
2603:28b4:f440::
2603:28b4:f820::
2603:28b4:f880::
2603:28b4:faa0::
2603:28b4:fb00::
2603:28b4:fee0::
2603:28b5:5c0::

2603:28b5:e00::
2603:28b5:11c0::
2603:28b5:1a00::
2603:28b5:1aa0::
2603:28b5:1da0::
2603:28b5:1ee0::
2603:28b5:1f80::
2603:28b5:2120::
2603:28b5:22a0::
2603:28b5:34e0::
2603:28b5:36a0::
2603:28b5:3820::
2603:28b5:39c0::
2603:28b5:3f60::
2603:28b5:40e0::
2603:28b5:4400::
2603:28b5:44c0::
2603:28b5:4680::
2603:28b5:4aa0::
2603:28b5:50a0::
2603:28b5:5420::
2603:28b5:5660::
2603:28b5:5e40::
2603:28b5:5f80::
2603:28b5:6500::
2603:28b5:6840::
2603:28b5:6960::
2603:28b5:6ce0::
2603:28b5:7660::
2603:28b5:7960::
2603:28b5:7a80::
2603:28b5:7b40::
2603:28b5:8220::
2603:28b5:8500::
2603:28b5:8880::
2603:28b5:8920::
2603:28b5:8e00::

2603:28b5:8fa0::
2603:28b5:90c0::
2603:28b5:9220::
2603:28b5:9560::
2603:28b5:9740::
2603:28b5:9860::
2603:28b5:9980::
2603:28b5:99e0::
2603:28b5:a100::
2603:28b5:a760::
2603:28b5:a920::
2603:28b5:ae80::
2603:28b5:afe0::
2603:28b5:b440::
2603:28b5:b7e0::
2603:28b5:bac0::
2603:28b5:bc00::
2603:28b5:bd60::
2603:28b5:c280::
2603:28b5:c7c0::
2603:28b5:cba0::
2603:28b5:d000::
2603:28b5:d080::
2603:28b5:d340::
2603:28b5:d460::
2603:28b5:d620::
2603:28b5:d8e0::
2603:28b5:dce0::
2603:28b5:df00::
2603:28b5:df80::
2603:28b5:e420::
2603:28b5:e600::
2603:28b5:e960::
2603:28b5:eb00::
2603:28b5:ee00::
2603:28b5:f1c0::
2603:28b5:f380::

2603:28b5:f440::
2603:28b5:f820::
2603:28b5:fbc0::
2603:28b5:fc60::
2603:28b5:ffc0::
2603:28b6:80::
2603:28b6:1c0::
2603:28b6:580::
2603:28b6:660::
2603:28b6:6c0::
2603:28b6:740::
2603:28b6:7e0::
2603:28b6:980::
2603:28b6:b40::
2603:28b6:d20::
2603:28b6:1020::
2603:28b6:11c0::
2603:28b6:1460::
2603:28b6:1720::
2603:28b6:1780::
2603:28b6:1800::
2603:28b6:1dc0::
2603:28b6:21e0::
2603:28b6:2380::
2603:28b6:23e0::
2603:28b6:2600::
2603:28b6:28a0::
2603:28b6:2a40::
2603:28b6:2ea0::
2603:28b6:3040::
2603:28b6:3940::
2603:28b6:3b60::
2603:28b6:41c0::
2603:28b6:42c0::
2603:28b6:43e0::
2603:28b6:4740::
2603:28b6:48c0::

2603:28b6:54c0::
2603:28b6:5b40::
2603:28b6:5ec0::
2603:28b6:5f20::
2603:28b6:5fa0::
2603:28b6:6000::
2603:28b6:62c0::
2603:28b6:63a0::
2603:28b6:6ee0::
2603:28b6:70a0::
2603:28b6:7240::
2603:28b6:7660::
2603:28b6:8a40::
2603:28b6:8ae0::
2603:28b6:8c60::
2603:28b6:90e0::
2603:28b6:91c0::
2603:28b6:9280::
2603:28b6:9480::
2603:28b6:9f60::
2603:28b6:ab00::
2603:28b6:ac20::
2603:28b6:acc0::
2603:28b6:af60::
2603:28b6:b020::
2603:28b6:b340::
2603:28b6:b3c0::
2603:28b6:b460::
2603:28b6:ba80::
2603:28b6:c000::
2603:28b6:c1e0::
2603:28b6:c6e0::
2603:28b6:c9e0::
2603:28b6:cd20::
2603:28b6:ce40::
2603:28b6:cfe0::
2603:28b6:d940::

2603:28b6:db00::
2603:28b6:dc60::
2603:28b6:e360::
2603:28b6:e5a0::
2603:28b6:e8c0::
2603:28b6:f080::
2603:28b6:f300::
2603:28b6:f5a0::
2603:28b6:f6e0::
2603:28b6:f9c0::
2603:28b6:fb60::
2603:28b6:ffe0::
2603:28b7:660::
2603:28b7:6c0::
2603:28b7:7a0::
2603:28b7:c40::
2603:28b7:da0::
2603:28b7:1020::
2603:28b7:11c0::
2603:28b7:1820::
2603:28b7:1880::
2603:28b7:1aa0::
2603:28b7:1c60::
2603:28b7:1f00::
2603:28b7:2060::
2603:28b7:29c0::
2603:28b7:3920::
2603:28b7:3b20::
2603:28b7:3c40::
2603:28b7:40a0::
2603:28b7:43e0::
2603:28b7:4b60::
2603:28b7:4ba0::
2603:28b7:4ee0::
2603:28b7:5440::
2603:28b7:5640::
2603:28b7:5a00::

2603:28b7:66c0::
2603:28b7:6de0::
2603:28b7:70e0::
2603:28b7:7220::
2603:28b7:7480::
2603:28b7:7520::
2603:28b7:7900::
2603:28b7:79c0::
2603:28b7:7d40::
2603:28b7:7da0::
2603:28b7:7e00::
2603:28b7:80a0::
2603:28b7:a4a0::
2603:28b7:a680::
2603:28b7:b5c0::
2603:28b7:b800::
2603:28b7:ba60::
2603:28b7:bc60::
2603:28b7:be20::
2603:28b7:c520::
2603:28b7:c580::
2603:28b7:c680::
2603:28b7:cb40::
2603:28b7:cda0::
2603:28b7:ce00::
2603:28b7:ce40::
2603:28b7:cf20::
2603:28b7:d100::
2603:28b7:d5a0::
2603:28b7:da00::
2603:28b7:dee0::
2603:28b7:eb00::
2603:28b7:ece0::
2603:28b7:f600::
2603:28b7:f720::
2603:28b7:f840::
2603:28b8:a0::

2603:28b8:c20::
2603:28b8:f00::
2603:28b8:1440::
2603:28b8:17c0::
2603:28b8:1e00::
2603:28b8:2080::
2603:28b8:2540::
2603:28b8:25e0::
2603:28b8:2a20::
2603:28b8:2b20::
2603:28b8:2da0::
2603:28b8:3440::
2603:28b8:3a60::
2603:28b8:40e0::
2603:28b8:42a0::
2603:28b8:4520::
2603:28b8:4620::
2603:28b8:50a0::
2603:28b8:5c40::
2603:28b8:5d20::
2603:28b8:6660::
2603:28b8:67a0::
2603:28b8:67e0::
2603:28b8:6920::
2603:28b8:6bc0::
2603:28b8:6de0::
2603:28b8:7340::
2603:28b8:7660::
2603:28b8:79c0::
2603:28b8:7aa0::
2603:28b8:7d20::
2603:28b8:8260::
2603:28b8:8340::
2603:28b8:8940::
2603:28b8:9420::
2603:28b8:95a0::
2603:28b8:9860::

2603:28b8:9da0::
2603:28b8:9f40::
2603:28b8:a440::
2603:28b8:a480::
2603:28b8:a5c0::
2603:28b8:a980::
2603:28b8:aaa0::
2603:28b8:ab40::
2603:28b8:aca0::
2603:28b8:b380::
2603:28b8:b460::
2603:28b8:b6a0::
2603:28b8:bac0::
2603:28b8:c360::
2603:28b8:cac0::
2603:28b8:cba0::
2603:28b8:cda0::
2603:28b8:d200::
2603:28b8:d520::
2603:28b8:d920::
2603:28b8:db20::
2603:28b8:e680::
2603:28b8:ee00::
2603:28b8:f400::
2603:28b8:fb60::
2603:28b9:1c0::
2603:28b9:17e0::
2603:28b9:1860::
2603:28b9:2020::
2603:28b9:2240::
2603:28b9:23a0::
2603:28b9:25c0::
2603:28b9:2720::
2603:28b9:2880::
2603:28b9:2a80::
2603:28b9:2ae0::
2603:28b9:2c00::

2603:28b9:2da0::
2603:28b9:3260::
2603:28b9:33e0::
2603:28b9:3560::
2603:28b9:3720::
2603:28b9:3a40::
2603:28b9:3ac0::
2603:28b9:3ca0::
2603:28b9:4120::
2603:28b9:4940::
2603:28b9:4c40::
2603:28b9:4ec0::
2603:28b9:4f80::
2603:28b9:5180::
2603:28b9:52a0::
2603:28b9:53a0::
2603:28b9:5900::
2603:28b9:5b00::
2603:28b9:6220::
2603:28b9:6b60::
2603:28b9:6dc0::
2603:28b9:6e00::
2603:28b9:6e40::
2603:28b9:6ea0::
2603:28b9:6f60::
2603:28b9:7260::
2603:28b9:7580::
2603:28b9:7800::
2603:28b9:7a00::
2603:28b9:7e60::
2603:28b9:7fe0::
2603:28b9:8120::
2603:28b9:86c0::
2603:28b9:8700::
2603:28b9:8880::
2603:28b9:8c20::
2603:28b9:8cc0::

2603:28b9:8d80::
2603:28b9:8e40::
2603:28b9:9d40::
2603:28b9:a0e0::
2603:28b9:a200::
2603:28b9:a8c0::
2603:28b9:a900::
2603:28b9:aea0::
2603:28b9:afa0::
2603:28b9:ba00::
2603:28b9:bb60::
2603:28b9:bce0::
2603:28b9:c600::
2603:28b9:c680::
2603:28b9:c720::
2603:28b9:cb60::
2603:28b9:cd60::
2603:28b9:d940::
2603:28b9:dd80::
2603:28b9:de60::
2603:28b9:df60::
2603:28b9:e800::
2603:28b9:eb00::
2603:28b9:f300::
2603:28b9:f340::
2603:28b9:f580::
2603:28b9:f680::
2603:28b9:f840::
2603:28b9:fb60::
2603:28b9:fe00::
2603:28ba:100::
2603:28ba:6a0::
2603:28ba:740::
2603:28ba:820::
2603:28ba:aa0::
2603:28ba:d20::
2603:28ba:d60::

2603:28ba:f80::
2603:28ba:17e0::
2603:28ba:1880::
2603:28ba:2460::
2603:28ba:2c20::
2603:28ba:2d60::
2603:28ba:2de0::
2603:28ba:32e0::
2603:28ba:38e0::
2603:28ba:3940::
2603:28ba:3980::
2603:28ba:39e0::
2603:28ba:3c60::
2603:28ba:3e80::
2603:28ba:4380::
2603:28ba:4420::
2603:28ba:4c80::
2603:28ba:4f40::
2603:28ba:53c0::
2603:28ba:5a60::
2603:28ba:5b60::
2603:28ba:5ee0::
2603:28ba:61c0::
2603:28ba:64c0::
2603:28ba:6f20::
2603:28ba:70c0::
2603:28ba:7260::
2603:28ba:7440::
2603:28ba:8480::
2603:28ba:8500::
2603:28ba:8880::
2603:28ba:8ae0::
2603:28ba:9340::
2603:28ba:9400::
2603:28ba:99c0::
2603:28ba:9a60::
2603:28ba:9ea0::

2603:28ba:a200::
2603:28ba:a3c0::
2603:28ba:aa60::
2603:28ba:ace0::
2603:28ba:b0e0::
2603:28ba:b1c0::
2603:28ba:b400::
2603:28ba:b680::
2603:28ba:b740::
2603:28ba:bda0::
2603:28ba:bfc0::
2603:28ba:c260::
2603:28ba:c620::
2603:28ba:c7a0::
2603:28ba:ce60::
2603:28ba:d600::
2603:28ba:d9a0::
2603:28ba:dac0::
2603:28ba:dd00::
2603:28ba:ebc0::
2603:28ba:efa0::
2603:28ba:f540::
2603:28ba:f9c0::
2603:28ba:fa40::
2603:28ba:fd40::
2603:28bb:c0::
2603:28bb:4e0::
2603:28bb:8a0::
2603:28bb:ac0::
2603:28bb:d80::
2603:28bb:de0::
2603:28bb:1280::
2603:28bb:14c0::
2603:28bb:1720::
2603:28bb:1b20::
2603:28bb:1de0::
2603:28bb:1f80::

2603:28bb:1fc0::
2603:28bb:2480::
2603:28bb:29c0::
2603:28bb:2c40::
2603:28bb:40c0::
2603:28bb:4140::
2603:28bb:4180::
2603:28bb:42a0::
2603:28bb:43a0::
2603:28bb:4480::
2603:28bb:44c0::
2603:28bb:4960::
2603:28bb:4ba0::
2603:28bb:4da0::
2603:28bb:5300::
2603:28bb:5340::
2603:28bb:5640::
2603:28bb:5880::
2603:28bb:5ac0::
2603:28bb:5c00::
2603:28bb:60c0::
2603:28bb:67e0::
2603:28bb:6aa0::
2603:28bb:6c80::
2603:28bb:6fc0::
2603:28bb:77a0::
2603:28bb:79c0::
2603:28bb:7d60::
2603:28bb:8040::
2603:28bb:8520::
2603:28bb:8700::
2603:28bb:8860::
2603:28bb:8e60::
2603:28bb:91a0::
2603:28bb:95e0::
2603:28bb:9b40::
2603:28bb:9fe0::

2603:28bb:a120::
2603:28bb:a3a0::
2603:28bb:a560::
2603:28bb:a5c0::
2603:28bb:aa60::
2603:28bb:ae40::
2603:28bb:b080::
2603:28bb:b720::
2603:28bb:b7c0::
2603:28bb:bbc0::
2603:28bb:bda0::
2603:28bb:c080::
2603:28bb:d160::
2603:28bb:da20::
2603:28bb:dea0::
2603:28bb:e120::
2603:28bb:e460::
2603:28bb:e700::
2603:28bb:eb40::
2603:28bb:ec80::
2603:28bb:eda0::
2603:28bb:f200::
2603:28bb:f2c0::
2603:28bb:f860::
2603:28bb:f8a0::
2603:28bb:fa60::
2603:28bb:fb40::
2603:28bb:fc60::
2603:28bc:40::
2603:28bc:80::
2603:28bc:1c0::
2603:28bc:a20::
2603:28bc:a80::
2603:28bc:bc0::
2603:28bc:d00::
2603:28bc:ec0::
2603:28bc:1240::

2603:28bc:16e0::
2603:28bc:1b00::
2603:28bc:1d00::
2603:28bc:1d40::
2603:28bc:23c0::
2603:28bc:2a80::
2603:28bc:2ce0::
2603:28bc:2ec0::
2603:28bc:3300::
2603:28bc:3480::
2603:28bc:3820::
2603:28bc:3c20::
2603:28bc:3d20::
2603:28bc:4000::
2603:28bc:40e0::
2603:28bc:45a0::
2603:28bc:4640::
2603:28bc:4f40::
2603:28bc:5400::
2603:28bc:55e0::
2603:28bc:5840::
2603:28bc:5f80::
2603:28bc:6880::
2603:28bc:6c40::
2603:28bc:6d60::
2603:28bc:74c0::
2603:28bc:7a40::
2603:28bc:8180::
2603:28bc:84c0::
2603:28bc:8820::
2603:28bc:88e0::
2603:28bc:8e00::
2603:28bc:8fe0::
2603:28bc:97c0::
2603:28bc:9b80::
2603:28bc:9e40::
2603:28bc:9f60::

2603:28bc:a020::
2603:28bc:a1e0::
2603:28bc:a460::
2603:28bc:a7e0::
2603:28bc:a8e0::
2603:28bc:a940::
2603:28bc:ab00::
2603:28bc:ae20::
2603:28bc:afc0::
2603:28bc:b0a0::
2603:28bc:b820::
2603:28bc:bcc0::
2603:28bc:bd00::
2603:28bc:be80::
2603:28bc:bee0::
2603:28bc:c7e0::
2603:28bc:c9e0::
2603:28bc:cf00::
2603:28bc:d280::
2603:28bc:d300::
2603:28bc:d480::
2603:28bc:d680::
2603:28bc:d740::
2603:28bc:d820::
2603:28bc:e1e0::
2603:28bc:e360::
2603:28bc:eae0::
2603:28bc:ece0::
2603:28bc:ef60::
2603:28bc:f0a0::
2603:28bc:f380::
2603:28bc:f760::
2603:28bc:f900::
2603:28bc:fc60::
2603:28bd:600::
2603:28bd:6c0::
2603:28bd:c80::

2603:28bd:fa0::
2603:28bd:1100::
2603:28bd:12c0::
2603:28bd:1620::
2603:28bd:1720::
2603:28bd:1900::
2603:28bd:1b80::
2603:28bd:2000::
2603:28bd:22e0::
2603:28bd:2ce0::
2603:28bd:2e20::
2603:28bd:3020::
2603:28bd:30a0::
2603:28bd:3260::
2603:28bd:3420::
2603:28bd:3700::
2603:28bd:3a40::
2603:28bd:3b80::
2603:28bd:3c20::
2603:28bd:3ca0::
2603:28bd:3ee0::
2603:28bd:3f80::
2603:28bd:4320::
2603:28bd:4680::
2603:28bd:4980::
2603:28bd:4a00::
2603:28bd:4ac0::
2603:28bd:4c20::
2603:28bd:4d80::
2603:28bd:4ec0::
2603:28bd:5360::
2603:28bd:55c0::
2603:28bd:5700::
2603:28bd:5760::
2603:28bd:5840::
2603:28bd:59e0::
2603:28bd:62e0::

2603:28bd:7000::
2603:28bd:7240::
2603:28bd:7380::
2603:28bd:76a0::
2603:28bd:7c80::
2603:28bd:7da0::
2603:28bd:7e20::
2603:28bd:7ee0::
2603:28bd:7fe0::
2603:28bd:82a0::
2603:28bd:83c0::
2603:28bd:85a0::
2603:28bd:8700::
2603:28bd:8bc0::
2603:28bd:8c60::
2603:28bd:8ec0::
2603:28bd:8f40::
2603:28bd:9860::
2603:28bd:98a0::
2603:28bd:9b80::
2603:28bd:9de0::
2603:28bd:9ec0::
2603:28bd:a0e0::
2603:28bd:a280::
2603:28bd:a8c0::
2603:28bd:ab00::
2603:28bd:ab80::
2603:28bd:acc0::
2603:28bd:b0a0::
2603:28bd:b4a0::
2603:28bd:b520::
2603:28bd:b7a0::
2603:28bd:b880::
2603:28bd:bbe0::
2603:28bd:bc60::
2603:28bd:bee0::
2603:28bd:bfc0::

2603:28bd:c000::
2603:28bd:c0c0::
2603:28bd:c340::
2603:28bd:c440::
2603:28bd:cc00::
2603:28bd:d080::
2603:28bd:d420::
2603:28bd:d540::
2603:28bd:e420::
2603:28bd:ec20::
2603:28bd:ed40::
2603:28bd:f0e0::
2603:28bd:f440::
2603:28bd:f780::
2603:28bd:ff40::
2603:28be:560::
2603:28be:a60::
2603:28be:1180::
2603:28be:14e0::
2603:28be:1940::
2603:28be:1de0::
2603:28be:2300::
2603:28be:23c0::
2603:28be:2480::
2603:28be:29a0::
2603:28be:2b20::
2603:28be:2b80::
2603:28be:2e00::
2603:28be:2e80::
2603:28be:36c0::
2603:28be:38a0::
2603:28be:39e0::
2603:28be:3f40::
2603:28be:4080::
2603:28be:4140::
2603:28be:42e0::
2603:28be:4aa0::

2603:28be:4dc0::
2603:28be:5100::
2603:28be:5480::
2603:28be:5560::
2603:28be:55e0::
2603:28be:5ea0::
2603:28be:6340::
2603:28be:67c0::
2603:28be:7040::
2603:28be:70a0::
2603:28be:72a0::
2603:28be:7380::
2603:28be:7460::
2603:28be:7520::
2603:28be:79a0::
2603:28be:7d20::
2603:28be:8160::
2603:28be:8360::
2603:28be:87c0::
2603:28be:8e20::
2603:28be:8ee0::
2603:28be:90a0::
2603:28be:92c0::
2603:28be:9e60::
2603:28be:a4a0::
2603:28be:a720::
2603:28be:a8a0::
2603:28be:a9e0::
2603:28be:ae20::
2603:28be:b420::
2603:28be:b780::
2603:28be:be40::
2603:28be:c020::
2603:28be:c100::
2603:28be:c440::
2603:28be:c8c0::
2603:28be:d680::

2603:28be:dda0::
2603:28be:dfa0::
2603:28be:e3c0::
2603:28be:e620::
2603:28be:e7a0::
2603:28be:eac0::
2603:28be:eb40::
2603:28be:f8a0::
2603:28be:fee0::
2603:28bf:60::
2603:28bf:260::
2603:28bf:5a0::
2603:28bf:820::
2603:28bf:8e0::
2603:28bf:9c0::
2603:28bf:cc0::
2603:28bf:1060::
2603:28bf:1be0::
2603:28bf:1c20::
2603:28bf:1cc0::
2603:28bf:1e00::
2603:28bf:1e60::
2603:28bf:2520::
2603:28bf:26a0::
2603:28bf:2da0::
2603:28bf:2f60::
2603:28bf:3020::
2603:28bf:3100::
2603:28bf:3180::
2603:28bf:3280::
2603:28bf:35e0::
2603:28bf:38a0::
2603:28bf:3f80::
2603:28bf:4080::
2603:28bf:4140::
2603:28bf:4200::
2603:28bf:4280::

2603:28bf:4560::
2603:28bf:4a40::
2603:28bf:4b00::
2603:28bf:4bc0::
2603:28bf:4ca0::
2603:28bf:5360::
2603:28bf:5680::
2603:28bf:5880::
2603:28bf:5c40::
2603:28bf:5f60::
2603:28bf:62e0::
2603:28bf:63e0::
2603:28bf:6bc0::
2603:28bf:6c00::
2603:28bf:6f20::
2603:28bf:6f60::
2603:28bf:7240::
2603:28bf:75e0::
2603:28bf:78c0::
2603:28bf:7c80::
2603:28bf:7fc0::
2603:28bf:8000::
2603:28bf:8380::
2603:28bf:8820::
2603:28bf:8860::
2603:28bf:88c0::
2603:28bf:8d20::
2603:28bf:8ea0::
2603:28bf:8f20::
2603:28bf:9680::
2603:28bf:9860::
2603:28bf:9d60::
2603:28bf:a520::
2603:28bf:ac00::
2603:28bf:b200::
2603:28bf:b400::
2603:28bf:b5c0::

2603:28bf:b6e0::
2603:28bf:b800::
2603:28bf:bd40::
2603:28bf:bea0::
2603:28bf:c380::
2603:28bf:c4c0::
2603:28bf:c6a0::
2603:28bf:c8a0::
2603:28bf:c920::
2603:28bf:cc00::
2603:28bf:ce40::
2603:28bf:d620::
2603:28bf:d7c0::
2603:28bf:dbe0::
2603:28bf:df60::
2603:28bf:e060::
2603:28bf:efe0::
2603:28bf:f020::
2603:28bf:f100::
2603:28bf:f540::
2603:28bf:f680::
2603:28bf:f740::
2603:2900:220::
2603:2900:800::
2603:2900:920::
2603:2900:a00::
2603:2900:ba0::
2603:2900:d40::
2603:2900:dc0::
2603:2900:1080::
2603:2900:1600::
2603:2900:1640::
2603:2900:1d40::
2603:2900:1f40::
2603:2900:2080::
2603:2900:2240::
2603:2900:2280::

2603:2900:2440::
2603:2900:2700::
2603:2900:2740::
2603:2900:2c60::
2603:2900:2cc0::
2603:2900:2fe0::
2603:2900:32a0::
2603:2900:3620::
2603:2900:3840::
2603:2900:38a0::
2603:2900:39e0::
2603:2900:4040::
2603:2900:40a0::
2603:2900:4520::
2603:2900:4760::
2603:2900:49a0::
2603:2900:4ce0::
2603:2900:4d60::
2603:2900:50e0::
2603:2900:5120::
2603:2900:5180::
2603:2900:54a0::
2603:2900:55c0::
2603:2900:5be0::
2603:2900:5c40::
2603:2900:6220::
2603:2900:6920::
2603:2900:6960::
2603:2900:6ac0::
2603:2900:70c0::
2603:2900:7220::
2603:2900:7740::
2603:2900:7880::
2603:2900:7960::
2603:2900:7b60::
2603:2900:7d60::
2603:2900:c0e0::

2603:2900:c480::
2603:2900:c580::
2603:2900:c880::
2603:2900:ccc0::
2603:2900:cde0::
2603:2900:d0a0::
2603:2900:d220::
2603:2900:d340::
2603:2900:d7a0::
2603:2900:da40::
2603:2900:db60::
2603:2900:dde0::
2603:2900:e540::
2603:2900:e7e0::
2603:2900:e8a0::
2603:2900:eac0::
2603:2900:eda0::
2603:2900:f0c0::
2603:2900:f260::
2603:2900:f380::
2603:2900:f540::
2603:2900:f620::
2603:2901:740::
2603:2901:800::
2603:2901:960::
2603:2901:f80::
2603:2901:1460::
2603:2901:1580::
2603:2901:16c0::
2603:2901:1740::
2603:2901:1a20::
2603:2901:1ba0::
2603:2901:1d40::
2603:2901:1f60::
2603:2901:2160::
2603:2901:2260::
2603:2901:26e0::

2603:2901:2900::
2603:2901:2960::
2603:2901:2a40::
2603:2901:2a80::
2603:2901:2b60::
2603:2901:3140::
2603:2901:3420::
2603:2901:3860::
2603:2901:3f40::
2603:2901:4000::
2603:2901:43a0::
2603:2901:49e0::
2603:2901:4aa0::
2603:2901:4c00::
2603:2901:4d20::
2603:2901:4f40::
2603:2901:51c0::
2603:2901:52e0::
2603:2901:56a0::
2603:2901:58a0::
2603:2901:5c80::
2603:2901:6220::
2603:2901:6320::
2603:2901:6ba0::
2603:2901:6d20::
2603:2901:6e40::
2603:2901:6f80::
2603:2901:7140::
2603:2901:7320::
2603:2901:7380::
2603:2901:7520::
2603:2901:7780::
2603:2901:78a0::
2603:2901:7a00::
2603:2901:7bc0::
2603:2901:7e60::
2603:2901:7fc0::

2603:2901:c080::
2603:2901:c0e0::
2603:2901:c2a0::
2603:2901:c3e0::
2603:2901:d180::
2603:2901:d240::
2603:2901:d440::
2603:2901:d8c0::
2603:2901:d920::
2603:2901:d9a0::
2603:2901:db80::
2603:2901:dc60::
2603:2901:dec0::
2603:2901:e3c0::
2603:2901:e4a0::
2603:2901:e640::
2603:2901:ecc0::
2603:2901:eee0::
2603:2901:f1c0::
2603:2901:f5a0::
2603:2901:f800::
2603:2901:f8a0::
2603:2902:580::
2603:2902:760::
2603:2902:920::
2603:2902:d20::
2603:2902:1060::
2603:2902:1120::
2603:2902:1280::
2603:2902:13e0::
2603:2902:15e0::
2603:2902:1760::
2603:2902:19c0::
2603:2902:1be0::
2603:2902:1cc0::
2603:2902:20c0::
2603:2902:2220::

2603:2902:23e0::
2603:2902:27a0::
2603:2902:2b00::
2603:2902:2d80::
2603:2902:3140::
2603:2902:3f40::
2603:2902:3fe0::
2603:2902:4120::
2603:2902:4280::
2603:2902:4380::
2603:2902:44a0::
2603:2902:4620::
2603:2902:49c0::
2603:2902:4a00::
2603:2902:4a60::
2603:2902:50a0::
2603:2902:5340::
2603:2902:5500::
2603:2902:56e0::
2603:2902:5940::
2603:2902:5aa0::
2603:2902:5be0::
2603:2902:66c0::
2603:2902:6820::
2603:2902:6900::
2603:2902:6960::
2603:2902:6c20::
2603:2902:6d60::
2603:2902:6e20::
2603:2902:7060::
2603:2902:73e0::
2603:2902:7760::
2603:2902:7840::
2603:2902:7da0::
2603:2903:200::
2603:2903:7c0::
2603:2903:aa0::

2603:2903:ea0::
2603:2903:fa0::
2603:2903:1020::
2603:2903:1080::
2603:2903:14e0::
2603:2903:1ba0::
2603:2903:1f60::
2603:2903:2040::
2603:2903:2080::
2603:2903:2500::
2603:2903:2c60::
2603:2903:2d60::
2603:2903:3840::
2603:2903:3c00::
2603:2903:3c60::
2603:2903:3d60::
2603:2903:3dc0::
2603:2903:3ee0::
2603:2903:44a0::
2603:2903:6960::
2603:3010::
2603:3012::
2603:3017::
2603:3017:410::
2603:3017:416::
2603:3017:41b::
2603:3017:44a::
2603:3017:44c::
2603:3017:4a2::
2603:3017:4af::
2603:3017:82c::
2603:3017:860::
2603:3017:891::
2603:3017:8cd::
2603:3017:913::
2603:3017:923::
2603:3017:928::

2603:3017:92f::
2603:3017:948::
2603:3017:965::
2603:3017:978::
2603:3017:981::
2603:3017:989::
2603:3017:9a8::
2603:3017:9c6::
2603:3017:9d0::
2603:3017:9ee::
2603:3017:1436::
2603:3017:1439::
2603:3017:144e::
2603:3017:1450::
2603:3017:145b::
2603:3017:1470::
2603:3017:149b::
2603:3017:149f::
2603:3017:14df::
2603:3017:14f2::
2603:3017:1611::
2603:3017:1615::
2603:3017:1631::
2603:3017:1666::
2603:3017:166d::
2603:3017:1679::
2603:3017:1691::
2603:3017:16c3::
2603:3017:16c7::
2603:3017:16d5::
2603:3017:16ea::
2603:3017:16f2::
2603:3017:1738::
2603:3017:174e::
2603:3017:1756::
2603:3017:176e::
2603:3017:1784::

2603:3017:1798::
2603:3017:17a2::
2603:3017:17ab::
2603:3017:17dc::
2603:3017:17f2::
2603:3017:17fb::
2603:3017:1823::
2603:3017:1836::
2603:3017:183b::
2603:3017:184e::
2603:3017:185a::
2603:3017:1871::
2603:3017:1897::
2603:3017:189d::
2603:3017:18fb::
2603:3017:190a::
2603:3017:191a::
2603:3017:1924::
2603:3017:1986::
2603:3017:19a8::
2603:3017:19de::
2603:3017:19f2::
2603:3017:1a0a::
2603:3017:1a0d::
2603:3017:1a28::
2603:3017:1a3a::
2603:3017:1a3e::
2603:3017:1a49::
2603:3017:1a52::
2603:3017:1a57::
2603:3017:1a69::
2603:3017:1a9d::
2603:3017:1ab1::
2603:3017:1ad0::
2603:3017:1af4::
2603:3017:1b16::
2603:3017:1b32::

2603:3017:1b4e::
2603:3017:1b6f::
2603:3017:1b72::
2603:3017:1b7b::
2603:3017:1b92::
2603:3017:1b9b::
2603:3017:1ba8::
2603:3017:1bcb::
2603:3017:1bda::
2603:3017:1be6::
2603:3017:1bea::
2603:3017:1bf4::
2603:3017:1c04::
2603:3017:1c1b::
2603:3017:1c2f::
2603:3017:1c32::
2603:3017:1c38::
2603:3017:1c7c::
2603:3017:1cde::
2603:3017:1d05::
2603:3017:1d17::
2603:3017:1d38::
2603:3017:1d61::
2603:3017:1dc5::
2603:3017:1dcc::
2603:3017:1dd2::
2603:3017:1ddc::
2603:3017:1ddf::
2603:3017:1e59::
2603:3017:1e68::
2603:3017:1e79::
2603:3017:1e7b::
2603:3017:1eaa::
2603:3017:1eb6::
2603:3017:1eb9::
2603:3017:1f0c::
2603:3017:1f56::

2603:3017:1f5a::
2603:3017:1f9b::
2603:3017:1ff1::
2603:3017:2000::
2603:3017:2003::
2603:3017:2039::
2603:3017:203c::
2603:3017:2085::
2603:3017:2097::
2603:3017:20ec::
2603:3017:20ef::
2603:3017:210d::
2603:3017:211d::
2603:3017:2166::
2603:3017:216f::
2603:3017:2193::
2603:3017:21a0::
2603:3017:21c2::
2603:3017:21d1::
2603:3017:2207::
2603:3017:221c::
2603:3017:226a::
2603:3017:227d::
2603:3017:227f::
2603:3017:2281::
2603:3017:228f::
2603:3017:2293::
2603:3017:229d::
2603:3017:229f::
2603:3017:22af::
2603:3017:22b7::
2603:3017:2324::
2603:3017:233c::
2603:3017:235c::
2603:3017:2361::
2603:3017:236a::
2603:3017:2371::

2603:3017:2389::
2603:3017:2390::
2603:3017:2395::
2603:3017:23ab::
2603:3017:23c4::
2603:3017:23ef::
2603:3017:240a::
2603:3017:241b::
2603:3017:2421::
2603:3017:242e::
2603:3017:2497::
2603:3017:249f::
2603:3017:24c1::
2603:3017:24e2::
2603:3017:24f2::
2603:3017:24f5::
2603:3017:24fc::
2603:3017:2532::
2603:3017:2548::
2603:3017:254c::
2603:3017:2550::
2603:3017:2595::
2603:3017:25a7::
2603:3017:25bf::
2603:3017:25de::
2603:3017:25ec::
2603:3017:2608::
2603:3017:261f::
2603:3017:263c::
2603:3017:2647::
2603:3017:265a::
2603:3017:2664::
2603:3017:26a4::
2603:3017:26a8::
2603:3017:26b4::
2603:3017:26be::
2603:3017:26e5::

2603:3017:26eb::
2603:3017:270f::
2603:3017:2730::
2603:3017:2738::
2603:3017:275c::
2603:3017:2771::
2603:3017:27ac::
2603:3017:2817::
2603:3017:2821::
2603:3017:284a::
2603:3017:285c::
2603:3017:2861::
2603:3017:289b::
2603:3017:28b2::
2603:3017:28ca::
2603:3017:28e1::
2603:3017:28ef::
2603:3017:28f8::
2603:3017:28ff::
2603:3017:2908::
2603:3017:2914::
2603:3017:291f::
2603:3017:2922::
2603:3017:292a::
2603:3017:2934::
2603:3017:296f::
2603:3017:29a8::
2603:3017:29c0::
2603:3017:29eb::
2603:3017:29ff::
2603:3017:2a2d::
2603:3017:2a4e::
2603:3017:2a74::
2603:3017:2aa7::
2603:3017:2abe::
2603:3017:2ae5::
2603:3017:2af0::

2603:3017:2b09::
2603:3017:2b2c::
2603:3017:2b42::
2603:3017:2b52::
2603:3017:2b6f::
2603:3017:2b84::
2603:3017:2b92::
2603:3017:2ba4::
2603:3017:2bc7::
2603:3017:2bf9::
2603:3017:2c11::
2603:3017:2c14::
2603:3017:2c2e::
2603:3017:2c43::
2603:3017:2c62::
2603:3017:2c8b::
2603:3017:2c96::
2603:3017:2ca1::
2603:3017:2ce3::
2603:3017:2ce7::
2603:3017:2cfd::
2603:3017:2d20::
2603:3017:2d25::
2603:3017:2d38::
2603:3017:2d6f::
2603:3017:2d7c::
2603:3017:2d87::
2603:3017:2d95::
2603:3017:2daa::
2603:3017:2dac::
2603:3017:2daf::
2603:3017:2dc1::
2603:3017:2de2::
2603:3017:2dfd::
2603:3017:2e0e::
2603:3017:2e18::
2603:3017:2e31::

2603:3017:2e62::
2603:3017:2e65::
2603:3017:2e73::
2603:3017:2e9e::
2603:3017:2ecd::
2603:3017:2ee0::
2603:3017:2ee2::
2603:3017:2ef8::
2603:3017:2f4f::
2603:3017:2f56::
2603:3017:2f63::
2603:3017:2f82::
2603:3017:2f8a::
2603:3017:2ff6::
2603:3017:3042::
2603:3017:306c::
2603:3017:3079::
2603:3017:30a4::
2603:3017:30af::
2603:3017:30b5::
2603:3017:30b8::
2603:3017:30db::
2603:3017:30e4::
2603:3017:30f3::
2603:3017:30f9::
2603:3017:30fc::
2603:3017:3112::
2603:3017:3124::
2603:3017:3133::
2603:3017:3141::
2603:3017:3176::
2603:3017:3183::
2603:3017:31be::
2603:3017:31ca::
2603:3017:31d2::
2603:3017:31f5::
2603:3017:3208::

2603:3017:3223::
2603:3017:322c::
2603:3017:3247::
2603:3017:324f::
2603:3017:325b::
2603:3017:3265::
2603:3017:3276::
2603:3017:327c::
2603:3017:3282::
2603:3017:3284::
2603:3017:3286::
2603:3017:3291::
2603:3017:3295::
2603:3017:32ad::
2603:3017:32b6::
2603:3017:32bf::
2603:3017:32c5::
2603:3017:32ca::
2603:3017:32cc::
2603:3017:32dd::
2603:3017:32ee::
2603:3017:32f6::
2603:3017:3304::
2603:3017:3315::
2603:3017:3317::
2603:3017:3343::
2603:3017:3362::
2603:3017:3376::
2603:3017:3379::
2603:3017:338b::
2603:3017:3399::
2603:3017:33a6::
2603:3017:33ae::
2603:3017:33ce::
2603:3017:33ff::
2603:3017:3449::
2603:3017:344f::

2603:3017:3466::
2603:3017:3485::
2603:3017:349a::
2603:3017:3536::
2603:3017:353c::
2603:3017:3547::
2603:3017:3558::
2603:3017:3585::
2603:3017:3607::
2603:3017:360b::
2603:3017:3629::
2603:3017:363b::
2603:3017:3659::
2603:3017:3674::
2603:3017:369d::
2603:3017:36be::
2603:3017:36c8::
2603:3017:36ed::
2603:3017:36fc::
2603:3017:3746::
2603:3017:3794::
2603:3017:379e::
2603:3017:37aa::
2603:3017:380a::
2603:3017:387c::
2603:3017:3892::
2603:3017:38aa::
2603:3017:38bb::
2603:3017:38d7::
2603:3017:3918::
2603:3017:393e::
2603:3017:394c::
2603:3017:3981::
2603:3017:3997::
2603:3017:39ab::
2603:3017:39c6::
2603:3017:39e5::

2603:3017:39f8::
2603:3017:3a21::
2603:3017:3a2a::
2603:3017:3a41::
2603:3017:3a5f::
2603:3017:3a7a::
2603:3017:3abf::
2603:3017:3adf::
2603:3017:3ae7::
2603:3017:3b6b::
2603:3017:3b94::
2603:3017:3b98::
2603:3017:3bb6::
2603:3017:3bcb::
2603:3017:3bcf::
2603:3017:3bd4::
2603:3017:3c01::
2603:3017:3c24::
2603:3017:3c2a::
2603:3017:3c3a::
2603:3017:3c43::
2603:3017:3c4e::
2603:3017:3c6f::
2603:3017:3c85::
2603:3017:3ca4::
2603:3017:3caa::
2603:3017:3cba::
2603:3017:3cd3::
2603:3017:3cd8::
2603:3017:3ce5::
2603:3017:3cfd::
2603:3017:3d0a::
2603:3017:3d11::
2603:3017:3d1c::
2603:3017:3d2d::
2603:3017:3d49::
2603:3017:3d4d::

2603:3017:3d64::
2603:3017:3d6b::
2603:3017:3d9b::
2603:3017:3daa::
2603:3017:3db0::
2603:3017:3dbb::
2603:3017:3dbe::
2603:3017:3dd0::
2603:3017:3ddc::
2603:3017:3dde::
2603:3017:3df4::
2603:3017:3dfc::
2603:3017:3e37::
2603:3017:3e3f::
2603:3017:3e46::
2603:3017:3e4d::
2603:3017:3e7b::
2603:3017:3eb5::
2603:3017:3ee6::
2603:3017:3eec::
2603:3017:3ef4::
2603:3017:3ef6::
2603:3017:3f4b::
2603:3017:3f5f::
2603:3017:3f6e::
2603:3017:3f73::
2603:3017:3f78::
2603:3017:3fb6::
2603:3017:3fca::
2603:3017:3fed::
2603:3017:4023::
2603:3017:4061::
2603:3017:4074::
2603:3017:4077::
2603:3017:4085::
2603:3017:4097::
2603:3017:409a::

2603:3017:40a5::
2603:3017:40b8::
2603:3017:40c9::
2603:3017:40e5::
2603:3017:40ff::
2603:3017:410a::
2603:3017:4113::
2603:3017:4120::
2603:3017:4130::
2603:3017:415c::
2603:3017:416e::
2603:3017:417e::
2603:3017:4197::
2603:3017:419a::
2603:3017:41c1::
2603:3017:41c7::
2603:3017:41f1::
2603:3017:41fe::
2603:3017:4227::
2603:3017:423b::
2603:3017:424f::
2603:3017:4253::
2603:3017:4272::
2603:3017:4276::
2603:3017:42a6::
2603:3017:42b6::
2603:3017:42c0::
2603:3017:42d4::
2603:3017:42df::
2603:3017:431f::
2603:3017:4365::
2603:3017:4373::
2603:3017:439a::
2603:3017:43aa::
2603:3017:43ae::
2603:3017:43c1::
2603:3017:43f5::

2603:3017:4411::
2603:3017:445b::
2603:3017:4473::
2603:3017:44e1::
2603:3017:4511::
2603:3017:451d::
2603:3017:4527::
2603:3017:454e::
2603:3017:455c::
2603:3017:4566::
2603:3017:4583::
2603:3017:4595::
2603:3017:459b::
2603:3017:45c4::
2603:3017:45d8::
2603:3017:45e2::
2603:3017:4672::
2603:3017:4690::
2603:3017:46e7::
2603:3017:46fe::
2603:3017:4767::
2603:3017:4788::
2603:3017:4792::
2603:3017:47a1::
2603:3017:47ba::
2603:3017:47f0::
2603:3017:4813::
2603:3017:4851::
2603:3017:485b::
2603:3017:4877::
2603:3017:487d::
2603:3017:48e0::
2603:3017:48e9::
2603:3017:491a::
2603:3017:494f::
2603:3017:4968::
2603:3017:4974::

2603:3017:49bd::
2603:3017:4a35::
2603:3017:4a38::
2603:3017:4a54::
2603:3017:4a6c::
2603:3017:4aa3::
2603:3017:4ac4::
2603:3017:4aed::
2603:3017:4b34::
2603:3017:4b47::
2603:3017:4b6c::
2603:3017:4b90::
2603:3017:4bba::
2603:3017:4bc1::
2603:3017:4be5::
2603:3017:4bf7::
2603:3017:4bfa::
2603:3017:4c1f::
2603:3017:4c30::
2603:3017:4c53::
2603:3017:4c68::
2603:3017:4ca6::
2603:3017:4cbc::
2603:3017:4d0a::
2603:3017:4d0e::
2603:3017:4d11::
2603:3017:4d52::
2603:3017:4d61::
2603:3017:4d6f::
2603:3017:4d7c::
2603:3017:4d9d::
2603:3017:4db9::
2603:3017:4dc0::
2603:3017:4de3::
2603:3017:4df5::
2603:3017:4e01::
2603:3017:4e0b::

2603:3017:4e43::
2603:3017:4e62::
2603:3017:4e6c::
2603:3017:4e87::
2603:3017:4ea4::
2603:3017:4ec1::
2603:3017:4ec4::
2603:3017:4ed2::
2603:3017:4edc::
2603:3017:4ee3::
2603:3017:4ef8::
2603:3017:4f25::
2603:3017:4f36::
2603:3017:4f3c::
2603:3017:4fd5::
2603:3017:4ff6::
2603:3017:5011::
2603:3017:5024::
2603:3017:5043::
2603:3017:5047::
2603:3017:5055::
2603:3017:5099::
2603:3017:50b2::
2603:3017:50c3::
2603:3017:50d3::
2603:3017:50de::
2603:3017:50fd::
2603:3017:510c::
2603:3017:5122::
2603:3017:5136::
2603:3017:5152::
2603:3017:518f::
2603:3017:519c::
2603:3017:51aa::
2603:3017:51d6::
2603:3017:51e1::
2603:3017:51e4::

2603:3017:51eb::
2603:3017:51f9::
2603:3017:5216::
2603:3017:5221::
2603:3017:5250::
2603:3017:525e::
2603:3017:5283::
2603:3017:5288::
2603:3017:528e::
2603:3017:5292::
2603:3017:52a7::
2603:3017:52f9::
2603:3017:531c::
2603:3017:534a::
2603:3017:539f::
2603:3017:53bf::
2603:3017:53c5::
2603:3017:53d2::
2603:3017:53db::
2603:3017:53dd::
2603:3017:53fc::
2603:3017:5405::
2603:3017:540d::
2603:3017:5410::
2603:3017:541a::
2603:3017:546d::
2603:3017:54b4::
2603:3017:54d1::
2603:3017:54ee::
2603:3017:5503::
2603:3017:5520::
2603:3017:5554::
2603:3017:555b::
2603:3017:556c::
2603:3017:5570::
2603:3017:557d::
2603:3017:5580::

2603:3017:559e::
2603:3017:55af::
2603:3017:55c1::
2603:3017:55c5::
2603:3017:55d8::
2603:3017:55db::
2603:3017:5612::
2603:3017:5619::
2603:3017:5621::
2603:3017:562a::
2603:3017:5632::
2603:3017:5647::
2603:3017:564d::
2603:3017:5652::
2603:3017:5656::
2603:3017:5663::
2603:3017:5669::
2603:3017:5681::
2603:3017:568b::
2603:3017:56a7::
2603:3017:56b1::
2603:3017:56ca::
2603:3017:56d7::
2603:3017:56e1::
2603:3017:56e6::
2603:3017:56e8::
2603:3017:5726::
2603:3017:5735::
2603:3017:57a8::
2603:3017:57ae::
2603:3017:57be::
2603:3017:57d0::
2603:3017:57d4::
2603:3017:5826::
2603:3017:583d::
2603:3017:5859::
2603:3017:5865::

2603:3017:58a5::
2603:3017:58ad::
2603:3017:58c5::
2603:3017:58c8::
2603:3017:58cc::
2603:3017:590a::
2603:3017:5942::
2603:3017:5953::
2603:3017:5955::
2603:3017:5962::
2603:3017:59c3::
2603:3017:59e9::
2603:3017:59fc::
2603:3017:59fe::
2603:3017:5a0a::
2603:3017:5a11::
2603:3017:5a15::
2603:3017:5a3b::
2603:3017:5a49::
2603:3017:5a6a::
2603:3017:5a9f::
2603:3017:5aac::
2603:3017:5ab7::
2603:3017:5ad0::
2603:3017:5af4::
2603:3017:5afd::
2603:3017:5b04::
2603:3017:5b11::
2603:3017:5b26::
2603:3017:5b29::
2603:3017:5b2f::
2603:3017:5b48::
2603:3017:5b4b::
2603:3017:5b70::
2603:3017:5b74::
2603:3017:5b9a::
2603:3017:5bec::

2603:3017:5bf9::
2603:3017:5c19::
2603:3017:5c1d::
2603:3017:5c29::
2603:3017:5c43::
2603:3017:5c9c::
2603:3017:5cd4::
2603:3017:5cd6::
2603:3017:5d16::
2603:3017:5d37::
2603:3017:5d54::
2603:3017:5db3::
2603:3017:5dd2::
2603:3017:5dde::
2603:3017:5de4::
2603:3017:5e0b::
2603:3017:5e43::
2603:3017:5e6a::
2603:3017:5e6e::
2603:3017:5e7a::
2603:3017:5e82::
2603:3017:5e99::
2603:3017:5ec2::
2603:3017:5eec::
2603:3017:5f03::
2603:3017:5f0d::
2603:3017:5f19::
2603:3017:5f2e::
2603:3017:5f35::
2603:3017:5f3b::
2603:3017:5f55::
2603:3017:5f5d::
2603:3017:5f67::
2603:3017:5f6d::
2603:3017:5fe1::
2603:3017:5fe5::
2603:3017:5fed::

2603:3017:601c::
2603:3017:6037::
2603:3017:6045::
2603:3017:605f::
2603:3017:6064::
2603:3017:6099::
2603:3017:60ac::
2603:3017:60ba::
2603:3017:60be::
2603:3017:60c0::
2603:3017:60d5::
2603:3017:60f6::
2603:3017:6105::
2603:3017:6118::
2603:3017:6124::
2603:3017:6128::
2603:3017:6134::
2603:3017:613e::
2603:3017:6156::
2603:3017:617d::
2603:3017:618a::
2603:3017:6199::
2603:3017:61aa::
2603:3017:61be::
2603:3017:61e1::
2603:3017:61e9::
2603:3017:61f8::
2603:3017:6214::
2603:3017:6245::
2603:3017:6249::
2603:3017:627f::
2603:3017:628d::
2603:3017:6295::
2603:3017:62b7::
2603:3017:62c6::
2603:3017:62ca::
2603:3017:632e::

2603:3017:633a::
2603:3017:634d::
2603:3017:6350::
2603:3017:6353::
2603:3017:6393::
2603:3017:6395::
2603:3017:63dd::
2603:3017:63e1::
2603:3017:63f3::
2603:3017:6408::
2603:3017:6411::
2603:3017:643b::
2603:3017:6459::
2603:3017:6475::
2603:3017:649b::
2603:3017:64a0::
2603:3017:64a3::
2603:3017:64ae::
2603:3017:64db::
2603:3017:64e1::
2603:3017:6509::
2603:3017:656a::
2603:3017:65c4::
2603:3017:65cb::
2603:3017:65d7::
2603:3017:65d9::
2603:3017:65f9::
2603:3017:6605::
2603:3017:660b::
2603:3017:6622::
2603:3017:662c::
2603:3017:662f::
2603:3017:6636::
2603:3017:663b::
2603:3017:666d::
2603:3017:666f::
2603:3017:6693::

2603:3017:66a5::
2603:3017:66d6::
2603:3017:6728::
2603:3017:6733::
2603:3017:6762::
2603:3017:677f::
2603:3017:678d::
2603:3017:679c::
2603:3017:679f::
2603:3017:6817::
2603:3017:6822::
2603:3017:6860::
2603:3017:686f::
2603:3017:68a1::
2603:3017:68ad::
2603:3017:68ce::
2603:3017:68de::
2603:3017:6919::
2603:3017:6922::
2603:3017:6966::
2603:3017:6986::
2603:3017:698e::
2603:3017:6993::
2603:3017:69cb::
2603:3017:69ce::
2603:3017:6a0a::
2603:3017:6a1a::
2603:3017:6a27::
2603:3017:6a4e::
2603:3017:6a51::
2603:3017:6a6a::
2603:3017:6a7c::
2603:3017:6a81::
2603:3017:6a91::
2603:3017:6b3c::
2603:3017:6bc1::
2603:3017:6bcd::

2603:3017:6c10::
2603:3017:6c1f::
2603:3017:6c38::
2603:3017:6c46::
2603:3017:6c4c::
2603:3017:6c96::
2603:3017:6ca5::
2603:3017:6cc6::
2603:3017:6ccb::
2603:3017:6ce7::
2603:3017:6d01::
2603:3017:6d0c::
2603:3017:6d32::
2603:3017:6d4a::
2603:3017:6d5f::
2603:3017:6d6c::
2603:3017:6d75::
2603:3017:6d88::
2603:3017:6d8e::
2603:3017:6dc2::
2603:3017:6e0f::
2603:3017:6e29::
2603:3017:6e2c::
2603:3017:6e38::
2603:3017:6e4d::
2603:3017:6e53::
2603:3017:6e7f::
2603:3017:6ef1::
2603:3017:6f28::
2603:3017:6f4e::
2603:3017:6f6f::
2603:3017:6f82::
2603:3017:6f98::
2603:3017:6fad::
2603:3017:6fd1::
2603:3017:7018::
2603:3017:7034::

2603:3017:7045::
2603:3017:7063::
2603:3017:7069::
2603:3017:7070::
2603:3017:7081::
2603:3017:708b::
2603:3017:709d::
2603:3017:70db::
2603:3017:710d::
2603:3017:7115::
2603:3017:711f::
2603:3017:714d::
2603:3017:7173::
2603:3017:717c::
2603:3017:7184::
2603:3017:718f::
2603:3017:71b3::
2603:3017:71b9::
2603:3017:71d0::
2603:3017:71ea::
2603:3017:7200::
2603:3017:7212::
2603:3017:7242::
2603:3017:7258::
2603:3017:72a0::
2603:3017:72b0::
2603:3017:72b5::
2603:3017:72c2::
2603:3017:72ce::
2603:3017:72e5::
2603:3017:72fa::
2603:3017:7301::
2603:3017:7310::
2603:3017:7313::
2603:3017:7332::
2603:3017:7349::
2603:3017:7368::

2603:3017:7371::
2603:3017:737f::
2603:3017:73b1::
2603:3017:73e2::
2603:3017:7433::
2603:3017:743f::
2603:3017:745c::
2603:3017:7468::
2603:3017:7474::
2603:3017:749a::
2603:3017:74a4::
2603:3017:74ab::
2603:3017:74eb::
2603:3017:7504::
2603:3017:7514::
2603:3017:751a::
2603:3017:7520::
2603:3017:752a::
2603:3017:7543::
2603:3017:7556::
2603:3017:7590::
2603:3017:7592::
2603:3017:7596::
2603:3017:75b0::
2603:3017:75b4::
2603:3017:75bc::
2603:3017:75cd::
2603:3017:760b::
2603:3017:7613::
2603:3017:7625::
2603:3017:7628::
2603:3017:7638::
2603:3017:7641::
2603:3017:766d::
2603:3017:768f::
2603:3017:76a0::
2603:3017:76a3::

2603:3017:76b0::
2603:3017:76be::
2603:3017:76cf::
2603:3017:7724::
2603:3017:772f::
2603:3017:7731::
2603:3017:7733::
2603:3017:773c::
2603:3017:7746::
2603:3017:7761::
2603:3017:7766::
2603:3017:7773::
2603:3017:7777::
2603:3017:7799::
2603:3017:779c::
2603:3017:77a5::
2603:3017:77c9::
2603:3017:77de::
2603:3017:77ea::
2603:3017:7807::
2603:3017:780f::
2603:3017:781f::
2603:3017:782e::
2603:3017:783d::
2603:3017:7851::
2603:3017:785b::
2603:3017:78f4::
2603:3017:7918::
2603:3017:797b::
2603:3017:7983::
2603:3017:7991::
2603:3017:799b::
2603:3017:79b4::
2603:3017:79b9::
2603:3017:79ce::
2603:3017:7a0e::
2603:3017:7a41::

2603:3017:7a5b::
2603:3017:7a83::
2603:3017:7a96::
2603:3017:7ab1::
2603:3017:7ab9::
2603:3017:7abe::
2603:3017:7ae2::
2603:3017:7b27::
2603:3017:7b54::
2603:3017:7ba8::
2603:3017:7bb6::
2603:3017:7bd0::
2603:3017:7bd4::
2603:3017:7bec::
2603:3017:7c27::
2603:3017:7c2a::
2603:3017:7c3d::
2603:3017:7c51::
2603:3017:7c5a::
2603:3017:7c5e::
2603:3017:7c66::
2603:3017:7c6e::
2603:3017:7c7f::
2603:3017:7c8b::
2603:3017:7c90::
2603:3017:7c9b::
2603:3017:7cb1::
2603:3017:7ceb::
2603:3017:7cf7::
2603:3017:7d38::
2603:3017:7d4b::
2603:3017:7d70::
2603:3017:7d77::
2603:3017:7df1::
2603:3017:7e1d::
2603:3017:7e63::
2603:3017:7e72::

2603:3017:7e78::
2603:3017:7eaf::
2603:3017:7ebb::
2603:3017:7ece::
2603:3017:7ed7::
2603:3017:7ed9::
2603:3017:7f2c::
2603:3017:7f38::
2603:3017:7f4a::
2603:3017:7f73::
2603:3017:7f82::
2603:3017:7f8d::
2603:3017:7fc9::
2603:3017:7ff0::
2603:3017:7ff3::
2603:3017:8012::
2603:3017:801e::
2603:3017:8031::
2603:3017:805b::
2603:3017:807e::
2603:3017:80bd::
2603:3017:8109::
2603:3017:8132::
2603:3017:813e::
2603:3017:815c::
2603:3017:816b::
2603:3017:817c::
2603:3017:8195::
2603:3017:8197::
2603:3017:81c3::
2603:3017:81d2::
2603:3017:81eb::
2603:3017:8238::
2603:3017:8261::
2603:3017:827f::
2603:3017:8285::
2603:3017:8298::

2603:3017:82c2::
2603:3017:82cf::
2603:3017:82d5::
2603:3017:82f8::
2603:3017:82fd::
2603:3017:832d::
2603:3017:8385::
2603:3017:8387::
2603:3017:83c7::
2603:3017:83d4::
2603:3017:83d8::
2603:3017:83e9::
2603:3017:8406::
2603:3017:841f::
2603:3017:842e::
2603:3017:844a::
2603:3017:844c::
2603:3017:845a::
2603:3017:8460::
2603:3017:846d::
2603:3017:8477::
2603:3017:848a::
2603:3017:84a7::
2603:3017:84bc::
2603:3017:84c2::
2603:3017:84cc::
2603:3017:84e0::
2603:3017:84e7::
2603:3017:84f0::
2603:3017:850c::
2603:3017:851a::
2603:3017:851d::
2603:3017:853a::
2603:3017:8551::
2603:3017:855b::
2603:3017:859e::
2603:3017:85bf::

2603:3017:85f9::
2603:3017:85fd::
2603:3017:8601::
2603:3017:8619::
2603:3017:8620::
2603:3017:8629::
2603:3017:865a::
2603:3017:8691::
2603:3017:86be::
2603:3017:86de::
2603:3017:8703::
2603:3017:8724::
2603:3017:8735::
2603:3017:8740::
2603:3017:8749::
2603:3017:8750::
2603:3017:8757::
2603:3017:876d::
2603:3017:8791::
2603:3017:8794::
2603:3017:87a1::
2603:3017:87a9::
2603:3017:87ae::
2603:3017:87b2::
2603:3017:87e7::
2603:3017:87f3::
2603:3017:8840::
2603:3017:8843::
2603:3017:8853::
2603:3017:8875::
2603:3017:8890::
2603:3017:889c::
2603:3017:88ac::
2603:3017:893d::
2603:3017:895b::
2603:3017:896a::
2603:3017:896c::

2603:3017:89b9::
2603:3017:89da::
2603:3017:8a06::
2603:3017:8a22::
2603:3017:8a35::
2603:3017:8a49::
2603:3017:8a76::
2603:3017:8a84::
2603:3017:8a8a::
2603:3017:8a95::
2603:3017:8aa8::
2603:3017:8ac0::
2603:3017:8b3d::
2603:3017:8b43::
2603:3017:8b56::
2603:3017:8b84::
2603:3017:8b91::
2603:3017:8bdc::
2603:3017:8be5::
2603:3017:8bf0::
2603:3017:8c03::
2603:3017:8c2b::
2603:3017:8c30::
2603:3017:8c3b::
2603:3017:8c3d::
2603:3017:8caa::
2603:3017:8cba::
2603:3017:8cc7::
2603:3017:8cdd::
2603:3017:8d13::
2603:3017:8d16::
2603:3017:8d1d::
2603:3017:8d41::
2603:3017:8d48::
2603:3017:8d55::
2603:3017:8d5f::
2603:3017:8d7a::

2603:3017:8d95::
2603:3017:8da6::
2603:3017:8db3::
2603:3017:8db5::
2603:3017:8dda::
2603:3017:8e1c::
2603:3017:8e22::
2603:3017:8e41::
2603:3017:8e55::
2603:3017:8e60::
2603:3017:8ea9::
2603:3017:8eac::
2603:3017:8eb3::
2603:3017:8ed1::
2603:3017:8f06::
2603:3017:8f14::
2603:3017:8f22::
2603:3017:8f28::
2603:3017:8f4a::
2603:3017:8f5e::
2603:3017:8f6e::
2603:3017:8fad::
2603:3017:8fb0::
2603:3017:8fc2::
2603:3017:8fd6::
2603:3017:8fef::
2603:3017:9002::
2603:3017:9016::
2603:3017:9022::
2603:3017:902d::
2603:3017:903e::
2603:3017:904b::
2603:3017:907f::
2603:3017:908f::
2603:3017:909c::
2603:3017:90af::
2603:3017:90c2::

2603:3017:90c7::
2603:3017:90ca::
2603:3017:9114::
2603:3017:911a::
2603:3017:9125::
2603:3017:9136::
2603:3017:9149::
2603:3017:9182::
2603:3017:9188::
2603:3017:9190::
2603:3017:91b7::
2603:3017:91de::
2603:3017:91ee::
2603:3017:9219::
2603:3017:922a::
2603:3017:923c::
2603:3017:9247::
2603:3017:9259::
2603:3017:92b2::
2603:3017:92bf::
2603:3017:92c4::
2603:3017:933c::
2603:3017:9348::
2603:3017:9359::
2603:3017:9363::
2603:3017:938c::
2603:3017:9392::
2603:3017:93ab::
2603:3017:93b0::
2603:3017:93ee::
2603:3017:93f8::
2603:3017:93fb::
2603:3017:940e::
2603:3017:9414::
2603:3017:942d::
2603:3017:9454::
2603:3017:9468::

2603:3017:9489::
2603:3017:94bd::
2603:3017:94c5::
2603:3017:94ce::
2603:3017:9510::
2603:3017:953b::
2603:3017:9550::
2603:3017:9565::
2603:3017:9579::
2603:3017:957d::
2603:3017:957f::
2603:3017:9597::
2603:3017:95a2::
2603:3017:95b5::
2603:3017:95bc::
2603:3017:9601::
2603:3017:962c::
2603:3017:9666::
2603:3017:967f::
2603:3017:9682::
2603:3017:9690::
2603:3017:96a0::
2603:3017:96b2::
2603:3017:96b9::
2603:3017:96c1::
2603:3017:96ec::
2603:3017:96ef::
2603:3017:96fd::
2603:3017:9721::
2603:3017:9754::
2603:3017:9756::
2603:3017:9760::
2603:3017:9764::
2603:3017:976f::
2603:3017:9777::
2603:3017:97ba::
2603:3017:97c5::

2603:3017:97d6::
2603:3017:97e3::
2603:3017:97e6::
2603:3017:982a::
2603:3017:9865::
2603:3017:987c::
2603:3017:9880::
2603:3017:988c::
2603:3017:98b0::
2603:3017:98b2::
2603:3017:98ea::
2603:3017:9916::
2603:3017:992e::
2603:3017:9940::
2603:3017:994a::
2603:3017:9987::
2603:3017:99a0::
2603:3017:99b3::
2603:3017:99b6::
2603:3017:99bd::
2603:3017:99d8::
2603:3017:99e0::
2603:3017:99eb::
2603:3017:9a03::
2603:3017:9a1b::
2603:3017:9a5d::
2603:3017:9a6c::
2603:3017:9aa2::
2603:3017:9aa7::
2603:3017:9ac2::
2603:3017:9af9::
2603:3017:9b14::
2603:3017:9b18::
2603:3017:9b1c::
2603:3017:9b22::
2603:3017:9b49::
2603:3017:9b68::

2603:3017:9b74::
2603:3017:9b7c::
2603:3017:9ba0::
2603:3017:9bd5::
2603:3017:9bf5::
2603:3017:9c3d::
2603:3017:9c75::
2603:3017:9c7c::
2603:3017:9c8a::
2603:3017:9ca0::
2603:3017:9ca8::
2603:3017:9cb2::
2603:3017:9cbd::
2603:3017:9d17::
2603:3017:9d1a::
2603:3017:9d54::
2603:3017:9d5e::
2603:3017:9d8a::
2603:3017:9d90::
2603:3017:9df9::
2603:3017:9e47::
2603:3017:9e5a::
2603:3017:9e60::
2603:3017:9e88::
2603:3017:9e94::
2603:3017:9ea7::
2603:3017:9ec6::
2603:3017:9edb::
2603:3017:9ee9::
2603:3017:9f05::
2603:3017:9f07::
2603:3017:9f0f::
2603:3017:9f60::
2603:3017:9f63::
2603:3017:9f7a::
2603:3017:9f8e::
2603:3017:9f9e::

2603:3017:9fc5::
2603:3017:9fd5::
2603:3017:9ff7::
2603:3017:a041::
2603:3017:a04b::
2603:3017:a084::
2603:3017:a088::
2603:3017:a0bc::
2603:3017:a0e2::
2603:3017:a0e9::
2603:3017:a0eb::
2603:3017:a0fc::
2603:3017:a107::
2603:3017:a10b::
2603:3017:a110::
2603:3017:a151::
2603:3017:a15d::
2603:3017:a198::
2603:3017:a1a0::
2603:3017:a1ab::
2603:3017:a1b0::
2603:3017:a1b9::
2603:3017:a1e7::
2603:3017:a1ea::
2603:3017:a21b::
2603:3017:a228::
2603:3017:a255::
2603:3017:a262::
2603:3017:a282::
2603:3017:a29c::
2603:3017:a2ac::
2603:3017:a2e7::
2603:3017:a2f3::
2603:3017:a2fb::
2603:3017:a312::
2603:3017:a315::
2603:3017:a332::

2603:3017:a33b::
2603:3017:a350::
2603:3017:a372::
2603:3017:a3c3::
2603:3017:a3c7::
2603:3017:a3d5::
2603:3017:a437::
2603:3017:a445::
2603:3017:a44e::
2603:3017:a45a::
2603:3017:a4a5::
2603:3017:a4b5::
2603:3017:a4de::
2603:3017:a4f8::
2603:3017:a4fd::
2603:3017:a52c::
2603:3017:a530::
2603:3017:a558::
2603:3017:a567::
2603:3017:a582::
2603:3017:a59c::
2603:3017:a5be::
2603:3017:a5dd::
2603:3017:a5ef::
2603:3017:a5f4::
2603:3017:a5f7::
2603:3017:a61a::
2603:3017:a69d::
2603:3017:a6a6::
2603:3017:a6ac::
2603:3017:a6b0::
2603:3017:a6b2::
2603:3017:a6c9::
2603:3017:a6cf::
2603:3017:a6de::
2603:3017:a6e6::
2603:3017:a6f2::

2603:3017:a705::
2603:3017:a731::
2603:3017:a79f::
2603:3017:a7b3::
2603:3017:a7c9::
2603:3017:a7d2::
2603:3017:a7f3::
2603:3017:a80d::
2603:3017:a826::
2603:3017:a850::
2603:3017:a8fe::
2603:3017:a905::
2603:3017:a907::
2603:3017:a916::
2603:3017:a918::
2603:3017:a920::
2603:3017:a92c::
2603:3017:a938::
2603:3017:a944::
2603:3017:a96a::
2603:3017:a96d::
2603:3017:a977::
2603:3017:a995::
2603:3017:a9a0::
2603:3017:a9a3::
2603:3017:a9b2::
2603:3017:a9ca::
2603:3017:aa08::
2603:3017:aa12::
2603:3017:aa15::
2603:3017:aa54::
2603:3017:aa6d::
2603:3017:aa7c::
2603:3017:aa7e::
2603:3017:aa97::
2603:3017:aaa5::
2603:3017:aad0::

2603:3017:ab05::
2603:3017:ab3a::
2603:3017:ab42::
2603:3017:ab7c::
2603:3017:ab8c::
2603:3017:abb4::
2603:3017:abbf::
2603:3017:abc7::
2603:3017:abdc::
2603:3017:abf6::
2603:3017:abfe::
2603:3017:ac07::
2603:3017:ac16::
2603:3017:ac21::
2603:3017:ac25::
2603:3017:ac50::
2603:3017:ac69::
2603:3017:ac75::
2603:3017:ac80::
2603:3017:ac84::
2603:3017:ac8a::
2603:3017:acff::
2603:3017:ad0c::
2603:3017:ad1d::
2603:3017:ad25::
2603:3017:ad7a::
2603:3017:ad8b::
2603:3017:ad8e::
2603:3017:ad95::
2603:3017:adb3::
2603:3017:adbc::
2603:3017:adc0::
2603:3017:adc2::
2603:3017:addb::
2603:3017:adde::
2603:3017:ade6::
2603:3017:adf1::

2603:3017:adf4::
2603:3017:adfe::
2603:3017:ae0e::
2603:3017:ae3a::
2603:3017:ae87::
2603:3017:ae8d::
2603:3017:ae99::
2603:3017:ae9b::
2603:3017:aea1::
2603:3017:aea5::
2603:3017:aead::
2603:3017:aeb8::
2603:3017:aee4::
2603:3017:af17::
2603:3017:af25::
2603:3017:af67::
2603:3017:af72::
2603:3017:af74::
2603:3017:af8d::
2603:3017:afe4::
2603:3017:b009::
2603:3017:b00e::
2603:3017:b030::
2603:3017:b03b::
2603:3017:b043::
2603:3017:b047::
2603:3017:b059::
2603:3017:b069::
2603:3017:b06d::
2603:3017:b074::
2603:3017:b077::
2603:3017:b093::
2603:3017:b0a3::
2603:3017:b0be::
2603:3017:b0cc::
2603:3017:b0dd::
2603:3017:b0eb::

2603:3017:b187::
2603:3017:b1a2::
2603:3017:b1b6::
2603:3017:b1bc::
2603:3017:b1ee::
2603:3017:b1f4::
2603:3017:b1f6::
2603:3017:b25e::
2603:3017:b265::
2603:3017:b287::
2603:3017:b2a5::
2603:3017:b2ae::
2603:3017:b2db::
2603:3017:b2ee::
2603:3017:b313::
2603:3017:b347::
2603:3017:b356::
2603:3017:b365::
2603:3017:b39f::
2603:3017:b3a3::
2603:3017:b416::
2603:3017:b47e::
2603:3017:b48b::
2603:3017:b48d::
2603:3017:b497::
2603:3017:b4bf::
2603:3017:b4da::
2603:3017:b505::
2603:3017:b516::
2603:3017:b529::
2603:3017:b53b::
2603:3017:b548::
2603:3017:b54c::
2603:3017:b599::
2603:3017:b5b2::
2603:3017:b5be::
2603:3017:b5f5::

2603:3017:b60f::
2603:3017:b63b::
2603:3017:b669::
2603:3017:b681::
2603:3017:b69a::
2603:3017:b6a5::
2603:3017:b6b1::
2603:3017:b6b5::
2603:3017:b6c8::
2603:3017:b6ce::
2603:3017:b6df::
2603:3017:b70b::
2603:3017:b72f::
2603:3017:b73b::
2603:3017:b75d::
2603:3017:b779::
2603:3017:b79d::
2603:3017:b7eb::
2603:3017:b7fa::
2603:3017:b817::
2603:3017:b843::
2603:3017:b890::
2603:3017:b89f::
2603:3017:b8ba::
2603:3017:b8cf::
2603:3017:b8d1::
2603:3017:b8f4::
2603:3017:b8ff::
2603:3017:b923::
2603:3017:b928::
2603:3017:b931::
2603:3017:b964::
2603:3017:b971::
2603:3017:b985::
2603:3017:b98b::
2603:3017:b9ba::
2603:3017:b9e7::

2603:3017:b9f1::
2603:3017:ba08::
2603:3017:ba32::
2603:3017:ba5f::
2603:3017:ba65::
2603:3017:ba67::
2603:3017:ba73::
2603:3017:ba9d::
2603:3017:baeb::
2603:3017:bb00::
2603:3017:bb0c::
2603:3017:bb1f::
2603:3017:bb24::
2603:3017:bb27::
2603:3017:bb78::
2603:3017:bb8e::
2603:3017:bb9e::
2603:3017:bbae::
2603:3017:bbf8::
2603:3017:bbfa::
2603:3017:bc2f::
2603:3017:bc3e::
2603:3017:bc6b::
2603:3017:bc6d::
2603:3017:bc7e::
2603:3017:bc88::
2603:3017:bc8d::
2603:3017:bc91::
2603:3017:bca2::
2603:3017:bcb3::
2603:3017:bcc1::
2603:3017:bcd5::
2603:3017:bcf0::
2603:3017:bd02::
2603:3017:bd16::
2603:3017:bd23::
2603:3017:bd36::

2603:3017:bd45::
2603:3017:bd50::
2603:3017:bd53::
2603:3017:bd9e::
2603:3017:bdad::
2603:3017:bdd9::
2603:3017:be01::
2603:3017:be05::
2603:3017:be0b::
2603:3017:be39::
2603:3017:be4b::
2603:3017:be8c::
2603:3017:becd::
2603:3017:bed5::
2603:3017:bee9::
2603:3017:bf39::
2603:3017:bf74::
2603:3017:bf76::
2603:3017:bf91::
2603:3017:bf93::
2603:3017:bfda::
2603:3017:bfe3::
2603:3017:bfea::
2603:3017:bff0::
2603:3017:bff4::
2603:3017:c024::
2603:3017:c04d::
2603:3017:c065::
2603:3017:c087::
2603:3017:c0a2::
2603:3017:c0a6::
2603:3017:c0ab::
2603:3017:c0bc::
2603:3017:c0e7::
2603:3017:c0f8::
2603:3017:c109::
2603:3017:c10c::

2603:3017:c11b::
2603:3017:c137::
2603:3017:c143::
2603:3017:c157::
2603:3017:c16a::
2603:3017:c17f::
2603:3017:c182::
2603:3017:c196::
2603:3017:c1a8::
2603:3017:c1ab::
2603:3017:c1b5::
2603:3017:c1be::
2603:3017:c1c5::
2603:3017:c1d9::
2603:3017:c1ea::
2603:3017:c20a::
2603:3017:c213::
2603:3017:c216::
2603:3017:c230::
2603:3017:c242::
2603:3017:c27f::
2603:3017:c28a::
2603:3017:c295::
2603:3017:c2a0::
2603:3017:c2ac::
2603:3017:c2c4::
2603:3017:c2ce::
2603:3017:c31a::
2603:3017:c345::
2603:3017:c349::
2603:3017:c3be::
2603:3017:c3cb::
2603:3017:c3dd::
2603:3017:c3f7::
2603:3017:c412::
2603:3017:c41f::
2603:3017:c428::

2603:3017:c447::
2603:3017:c464::
2603:3017:c47d::
2603:3017:c481::
2603:3017:c4d2::
2603:3017:c52c::
2603:3017:c539::
2603:3017:c53b::
2603:3017:c569::
2603:3017:c5a7::
2603:3017:c5e7::
2603:3017:c5ed::
2603:3017:c5f0::
2603:3017:c636::
2603:3017:c648::
2603:3017:c652::
2603:3017:c65e::
2603:3017:c673::
2603:3017:c685::
2603:3017:c6b0::
2603:3017:c6b6::
2603:3017:c6ba::
2603:3017:c6d6::
2603:3017:c6e2::
2603:3017:c6e9::
2603:3017:c717::
2603:3017:c726::
2603:3017:c768::
2603:3017:c797::
2603:3017:c7a7::
2603:3017:c7b2::
2603:3017:c7eb::
2603:3017:c7f6::
2603:3017:c816::
2603:3017:c821::
2603:3017:c841::
2603:3017:c849::

2603:3017:c85c::
2603:3017:c868::
2603:3017:c8a1::
2603:3017:c8c2::
2603:3017:c8d3::
2603:3017:c8da::
2603:3017:c8e6::
2603:3017:c8eb::
2603:3017:c8ef::
2603:3017:c8fb::
2603:3017:c906::
2603:3017:c958::
2603:3017:c95a::
2603:3017:c979::
2603:3017:c97c::
2603:3017:c982::
2603:3017:c9a4::
2603:3017:c9b1::
2603:3017:c9b4::
2603:3017:c9c6::
2603:3017:c9f2::
2603:3017:ca06::
2603:3017:ca15::
2603:3017:ca28::
2603:3017:ca54::
2603:3017:ca56::
2603:3017:ca7c::
2603:3017:ca98::
2603:3017:ca9d::
2603:3017:caa2::
2603:3017:caa7::
2603:3017:cac6::
2603:3017:cb18::
2603:3017:cb46::
2603:3017:cb48::
2603:3017:cb6a::
2603:3017:cb76::

2603:3017:cb8a::
2603:3017:cbb2::
2603:3017:cbd5::
2603:3017:cc1c::
2603:3017:cc4b::
2603:3017:cc67::
2603:3017:cc6b::
2603:3017:cc81::
2603:3017:cc89::
2603:3017:cca0::
2603:3017:ccb5::
2603:3017:ccdf::
2603:3017:cce2::
2603:3017:ccea::
2603:3017:ccfe::
2603:3017:cd04::
2603:3017:cd59::
2603:3017:cd5c::
2603:3017:cd61::
2603:3017:cd68::
2603:3017:cd85::
2603:3017:cdc2::
2603:3017:cdc4::
2603:3017:ce10::
2603:3017:ce2f::
2603:3017:ce37::
2603:3017:ce60::
2603:3017:ce75::
2603:3017:ce95::
2603:3017:ce9a::
2603:3017:cea4::
2603:3017:cec1::
2603:3017:cecb::
2603:3017:cee6::
2603:3017:cf01::
2603:3017:cf07::
2603:3017:cf15::

2603:3017:cf22::
2603:3017:cf24::
2603:3017:cf2e::
2603:3017:cf87::
2603:3017:cfa4::
2603:3017:cfba::
2603:3017:cff6::
2603:3017:cfff::
2603:3017:d012::
2603:3017:d01f::
2603:3017:d032::
2603:3017:d041::
2603:3017:d076::
2603:3017:d091::
2603:3017:d0a2::
2603:3017:d0af::
2603:3017:d0e2::
2603:3017:d10f::
2603:3017:d145::
2603:3017:d161::
2603:3017:d164::
2603:3017:d170::
2603:3017:d18c::
2603:3017:d1cc::
2603:3017:d1d6::
2603:3017:d1e5::
2603:3017:d20d::
2603:3017:d212::
2603:3017:d216::
2603:3017:d234::
2603:3017:d238::
2603:3017:d24d::
2603:3017:d281::
2603:3017:d2a2::
2603:3017:d2a4::
2603:3017:d2e2::
2603:3017:d2e8::

2603:3017:d2f2::
2603:3017:d2fc::
2603:3017:d30d::
2603:3017:d330::
2603:3017:d33e::
2603:3017:d36d::
2603:3017:d37a::
2603:3017:d382::
2603:3017:d38f::
2603:3017:d394::
2603:3017:d3b1::
2603:3017:d3c8::
2603:3017:d3dc::
2603:3017:d3e9::
2603:3017:d3fd::
2603:3017:d422::
2603:3017:d424::
2603:3017:d427::
2603:3017:d42b::
2603:3017:d43f::
2603:3017:d464::
2603:3017:d47d::
2603:3017:d48b::
2603:3017:d48d::
2603:3017:d4af::
2603:3017:d4c8::
2603:3017:d4dd::
2603:3017:d4eb::
2603:3017:d4ed::
2603:3017:d500::
2603:3017:d508::
2603:3017:d50a::
2603:3017:d51a::
2603:3017:d53d::
2603:3017:d546::
2603:3017:d555::
2603:3017:d55c::

2603:3017:d570::
2603:3017:d5aa::
2603:3017:d619::
2603:3017:d61c::
2603:3017:d62c::
2603:3017:d62e::
2603:3017:d644::
2603:3017:d67f::
2603:3017:d693::
2603:3017:d6a2::
2603:3017:d6a5::
2603:3017:d6b4::
2603:3017:d6c2::
2603:3017:d6c4::
2603:3017:d6c9::
2603:3017:d6ec::
2603:3017:d6ee::
2603:3017:d738::
2603:3017:d741::
2603:3017:d75d::
2603:3017:d76f::
2603:3017:d785::
2603:3017:d7aa::
2603:3017:d7af::
2603:3017:d7bd::
2603:3017:d7e1::
2603:3017:d7f9::
2603:3017:d800::
2603:3017:d80e::
2603:3017:d839::
2603:3017:d84d::
2603:3017:d851::
2603:3017:d85d::
2603:3017:d86a::
2603:3017:d870::
2603:3017:d87e::
2603:3017:d894::

2603:3017:d8a2::
2603:3017:d8ae::
2603:3017:d8b7::
2603:3017:d8c2::
2603:3017:d8ce::
2603:3017:d8d9::
2603:3017:d8eb::
2603:3017:d8ed::
2603:3017:d905::
2603:3017:d90f::
2603:3017:d93b::
2603:3017:d93f::
2603:3017:d957::
2603:3017:d990::
2603:3017:d9aa::
2603:3017:d9af::
2603:3017:d9ba::
2603:3017:d9bd::
2603:3017:da00::
2603:3017:da0c::
2603:3017:da15::
2603:3017:da17::
2603:3017:da2c::
2603:3017:da30::
2603:3017:da68::
2603:3017:da6f::
2603:3017:da7f::
2603:3017:daa3::
2603:3017:dab1::
2603:3017:dab4::
2603:3017:dab7::
2603:3017:dabe::
2603:3017:dac1::
2603:3017:daf6::
2603:3017:db22::
2603:3017:db64::
2603:3017:db6c::

2603:3017:db6f::
2603:3017:db79::
2603:3017:dba9::
2603:3017:dbae::
2603:3017:dbec::
2603:3017:dc2b::
2603:3017:dc4a::
2603:3017:dc70::
2603:3017:dc77::
2603:3017:dc8a::
2603:3017:dc8c::
2603:3017:dcad::
2603:3017:dcc6::
2603:3017:dcea::
2603:3017:dcec::
2603:3017:dcfb::
2603:3017:dd12::
2603:3017:dd21::
2603:3017:dd61::
2603:3017:dd79::
2603:3017:dd8c::
2603:3017:ddd0::
2603:3017:ddd5::
2603:3017:dddb::
2603:3017:dde4::
2603:3017:dde8::
2603:3017:de0c::
2603:3017:de29::
2603:3017:de36::
2603:3017:de55::
2603:3017:de5a::
2603:3017:defb::
2603:3017:df09::
2603:3017:df0d::
2603:3017:df1d::
2603:3017:df2a::
2603:3017:df2f::

2603:3017:df6e::
2603:3017:df77::
2603:3017:df9c::
2603:3017:dfaf::
2603:3017:dfc3::
2603:3017:dfed::
2603:3017:e006::
2603:3017:e00e::
2603:3017:e013::
2603:3017:e01a::
2603:3017:e03d::
2603:3017:e041::
2603:3017:e04a::
2603:3017:e060::
2603:3017:e08b::
2603:3017:e09c::
2603:3017:e0c3::
2603:3017:e0d2::
2603:3017:e0e4::
2603:3017:e0fa::
2603:3017:e103::
2603:3017:e11e::
2603:3017:e125::
2603:3017:e129::
2603:3017:e130::
2603:3017:e139::
2603:3017:e158::
2603:3017:e15a::
2603:3017:e184::
2603:3017:e1d7::
2603:3017:e1eb::
2603:3017:e1ed::
2603:3017:e221::
2603:3017:e224::
2603:3017:e230::
2603:3017:e241::
2603:3017:e25d::

2603:3017:e272::
2603:3017:e282::
2603:3017:e296::
2603:3017:e2a0::
2603:3017:e2a6::
2603:3017:e2b3::
2603:3017:e2d9::
2603:3017:e2db::
2603:3017:e30d::
2603:3017:e312::
2603:3017:e316::
2603:3017:e332::
2603:3017:e33c::
2603:3017:e34a::
2603:3017:e357::
2603:3017:e35a::
2603:3017:e367::
2603:3017:e36e::
2603:3017:e37d::
2603:3017:e380::
2603:3017:e385::
2603:3017:e3c9::
2603:3017:e42e::
2603:3017:e44c::
2603:3017:e44e::
2603:3017:e454::
2603:3017:e466::
2603:3017:e48b::
2603:3017:e4a3::
2603:3017:e4d6::
2603:3017:e4f9::
2603:3017:e515::
2603:3017:e52f::
2603:3017:e593::
2603:3017:e5e4::
2603:3017:e5fb::
2603:3017:e610::

2603:3017:e616::
2603:3017:e634::
2603:3017:e647::
2603:3017:e66d::
2603:3017:e682::
2603:3017:e6aa::
2603:3017:e6b8::
2603:3017:e6cd::
2603:3017:e6d8::
2603:3017:e6f5::
2603:3017:e707::
2603:3017:e738::
2603:3017:e76d::
2603:3017:e791::
2603:3017:e7b5::
2603:3017:e7e1::
2603:3017:e7e4::
2603:3017:e7ee::
2603:3017:e805::
2603:3017:e878::
2603:3017:e8ad::
2603:3017:e8b0::
2603:3017:e8c0::
2603:3017:e8d7::
2603:3017:e8d9::
2603:3017:e8df::
2603:3017:e929::
2603:3017:e92f::
2603:3017:e963::
2603:3017:e966::
2603:3017:e980::
2603:3017:e993::
2603:3017:e999::
2603:3017:e9b6::
2603:3017:e9e0::
2603:3017:ea05::
2603:3017:ea0a::

2603:3017:ea25::
2603:3017:ea29::
2603:3017:ea49::
2603:3017:ea4b::
2603:3017:ea4e::
2603:3017:ea6e::
2603:3017:eabb::
2603:3017:eac7::
2603:3017:eac9::
2603:3017:eada::
2603:3017:eae8::
2603:3017:eaf9::
2603:3017:eb08::
2603:3017:eb1f::
2603:3017:eb35::
2603:3017:eb49::
2603:3017:eb62::
2603:3017:eb64::
2603:3017:eb74::
2603:3017:eb7f::
2603:3017:eb9e::
2603:3017:ebaf::
2603:3017:ec27::
2603:3017:ec46::
2603:3017:ec57::
2603:3017:ec80::
2603:3017:ec84::
2603:3017:ec94::
2603:3017:ec97::
2603:3017:ecb6::
2603:3017:ecc1::
2603:3017:ecc4::
2603:3017:ece7::
2603:3017:ecfd::
2603:3017:ed19::
2603:3017:ed2b::
2603:3017:ed32::

2603:3017:ed51::
2603:3017:ed53::
2603:3017:ed64::
2603:3017:ed71::
2603:3017:ed93::
2603:3017:ed9f::
2603:3017:edb5::
2603:3017:edb9::
2603:3017:edcc::
2603:3017:ede8::
2603:3017:edf0::
2603:3017:ee2d::
2603:3017:ee5d::
2603:3017:ee97::
2603:3017:eea2::
2603:3017:eeb4::
2603:3017:eeec::
2603:3017:eeef::
2603:3017:eefd::
2603:3017:ef06::
2603:3017:ef23::
2603:3017:ef33::
2603:3017:ef41::
2603:3017:ef4e::
2603:3017:ef52::
2603:3017:ef81::
2603:3017:efc6::
2603:3017:efd6::
2603:3017:f001::
2603:3017:f005::
2603:3017:f017::
2603:3017:f033::
2603:3017:f065::
2603:3017:f06c::
2603:3017:f08a::
2603:3017:f093::
2603:3017:f0bb::

2603:3017:f0bd::
2603:3017:f0c3::
2603:3017:f0f6::
2603:3017:f10c::
2603:3017:f112::
2603:3017:f155::
2603:3017:f1af::
2603:3017:f1c6::
2603:3017:f212::
2603:3017:f23a::
2603:3017:f25e::
2603:3017:f26c::
2603:3017:f279::
2603:3017:f287::
2603:3017:f2a4::
2603:3017:f2c9::
2603:3017:f2cb::
2603:3017:f2f5::
2603:3017:f2f9::
2603:3017:f308::
2603:3017:f315::
2603:3017:f341::
2603:3017:f355::
2603:3017:f38e::
2603:3017:f391::
2603:3017:f3b7::
2603:3017:f3d2::
2603:3017:f3d8::
2603:3017:f3e9::
2603:3017:f3f0::
2603:3017:f421::
2603:3017:f424::
2603:3017:f430::
2603:3017:f44d::
2603:3017:f456::
2603:3017:f460::
2603:3017:f473::

2603:3017:f481::
2603:3017:f49f::
2603:3017:f4af::
2603:3017:f512::
2603:3017:f523::
2603:3017:f546::
2603:3017:f551::
2603:3017:f588::
2603:3017:f599::
2603:3017:f5a8::
2603:3017:f5ab::
2603:3017:f5af::
2603:3017:f5bc::
2603:3017:f5d5::
2603:3017:f5fe::
2603:3017:f644::
2603:3017:f65b::
2603:3017:f67f::
2603:3017:f691::
2603:3017:f69d::
2603:3017:f6a1::
2603:3017:f6a4::
2603:3017:f6ab::
2603:3017:f6d1::
2603:3017:f6ea::
2603:3017:f722::
2603:3017:f726::
2603:3017:f74d::
2603:3017:f7c3::
2603:3017:f7fb::
2603:3017:f80b::
2603:3017:f840::
2603:3017:f894::
2603:3017:f8d0::
2603:3017:f8e8::
2603:3017:f8f6::
2603:3017:f8f8::

2603:3017:f8fb::
2603:3017:f93c::
2603:3017:f978::
2603:3017:f9a0::
2603:3017:f9cd::
2603:3017:fa00::
2603:3017:fa0a::
2603:3017:fa51::
2603:3017:fa57::
2603:3017:fa85::
2603:3017:fa9a::
2603:3017:faa4::
2603:3017:fac6::
2603:3017:fad7::
2603:3017:fadc::
2603:3017:fb06::
2603:3017:fb0c::
2603:3017:fb0f::
2603:3017:fb1a::
2603:3017:fb39::
2603:3017:fb44::
2603:3017:fb46::
2603:3017:fb73::
2603:3017:fb77::
2603:3017:fb99::
2603:3017:fbad::
2603:3017:fbc2::
2603:3017:fbf5::
2603:3017:fbfd::
2603:3017:fc22::
2603:3017:fc2c::
2603:3017:fc35::
2603:3017:fc49::
2603:3017:fc4e::
2603:3017:fc54::
2603:3017:fc6c::
2603:3017:fc6f::

2603:3017:fc9a::
2603:3017:fc9c::
2603:3017:fce3::
2603:3017:fcfe::
2603:3017:fd20::
2603:3017:fd2a::
2603:3017:fd3c::
2603:3017:fd5e::
2603:3017:fd6d::
2603:3017:fd77::
2603:3017:fd97::
2603:3017:fdb9::
2603:3017:fdcb::
2603:3017:fde5::
2603:3017:fdf3::
2603:3017:fdf8::
2603:3017:fe3a::
2603:3017:fe56::
2603:3017:fe72::
2603:3017:fe7b::
2603:3017:fe85::
2603:3017:fe87::
2603:3017:fe89::
2603:3017:fe93::
2603:3017:fea3::
2603:3017:fea6::
2603:3017:fead::
2603:3017:feb7::
2603:3017:fedb::
2603:3017:fefc::
2603:3017:ff00::
2603:3017:ff2d::
2603:3017:ff42::
2603:3017:ff58::
2603:3017:ff64::
2603:3017:ff6b::
2603:3017:ff6f::

2603:3017:ff85::
2603:3017:ffe9::
2603:3017:ffeb::
2603:3017:ffff::
2603:301c:10::
2603:301c:3f::
2603:301c:6f::
2603:301c:74::
2603:301c:f1::
2603:301c:1cb::
2603:301c:300::
2603:301c:304::
2603:301c:30c::
2603:301c:30f::
2603:301c:313::
2603:301c:322::
2603:301c:327::
2603:301c:330::
2603:301c:332::
2603:301c:33a::
2603:301c:346::
2603:301c:348::
2603:301c:34a::
2603:301c:351::
2603:301c:353::
2603:301c:355::
2603:301c:35d::
2603:301c:36d::
2603:301c:370::
2603:301c:373::
2603:301c:37a::
2603:301c:399::
2603:301c:3b7::
2603:301c:3bd::
2603:301c:3c3::
2603:301c:3cf::
2603:301c:3da::

2603:301c:3dc::
2603:301c:3de::
2603:301c:3e2::
2603:301c:3fe::
2603:301c:405::
2603:301c:419::
2603:301c:421::
2603:301c:425::
2603:301c:427::
2603:301c:433::
2603:301c:44c::
2603:301c:457::
2603:301c:459::
2603:301c:46c::
2603:301c:47b::
2603:301c:47f::
2603:301c:482::
2603:301c:488::
2603:301c:492::
2603:301c:4a5::
2603:301c:4a7::
2603:301c:4c2::
2603:301c:4c5::
2603:301c:4d2::
2603:301c:4d9::
2603:301c:4de::
2603:301c:4e8::
2603:301c:4f1::
2603:301c:606::
2603:301c:60a::
2603:301c:61a::
2603:301c:620::
2603:301c:626::
2603:301c:629::
2603:301c:62d::
2603:301c:638::
2603:301c:645::

2603:301c:64b::
2603:301c:64f::
2603:301c:658::
2603:301c:662::
2603:301c:66c::
2603:301c:66f::
2603:301c:672::
2603:301c:677::
2603:301c:684::
2603:301c:694::
2603:301c:699::
2603:301c:6a0::
2603:301c:6bd::
2603:301c:6c0::
2603:301c:6ed::
2603:301c:6f0::
2603:301c:700::
2603:301c:754::
2603:301c:758::
2603:301c:75b::
2603:301c:76b::
2603:301c:857::
2603:301c:8f4::
2603:301c:904::
2603:301c:934::
2603:301c:944::
2603:301c:94c::
2603:301c:958::
2603:301c:95e::
2603:301c:968::
2603:301c:9b4::
2603:301c:9bc::
2603:301c:9c0::
2603:301c:9cc::
2603:301c:9d4::
2603:301c:a00::
2603:301c:a64::

2603:301c:ac8::
2603:301c:aee::
2603:301c:afb::
2603:301c:b22::
2603:301c:b26::
2603:301c:bad::
2603:301c:beb::
2603:301c:bed::
2603:301c:c00::
2603:301c:d5f::
2603:301c:d61::
2603:301c:dc8::
2603:301c:dcc::
2603:301c:e32::
2603:301c:ec0::
2603:301c:f10::
2603:301c:f41::
2603:301c:f68::
2603:301c:f71::
2603:301c:f82::
2603:301c:f92::
2603:301c:fb9::
2603:301c:1063::
2603:301c:1078::
2603:301c:1087::
2603:301c:10b6::
2603:301c:10eb::
2603:3020::
2603:3020:139::
2603:3020:14a::
2603:3020:14c::
2603:3020:193::
2603:3020:1c1::
2603:3020:1c5::
2603:3020:1ca::
2603:3020:1f2::
2603:3020:246::

2603:3020:250::
2603:3020:267::
2603:3020:2ad::
2603:3020:2fd::
2603:3020:32e::
2603:3020:369::
2603:3020:37d::
2603:3020:3ca::
2603:3020:3eb::
2603:3020:703::
2603:3020:739::
2603:3020:741::
2603:3020:74a::
2603:3020:7ab::
2603:3020:7b0::
2603:3020:7f7::
2603:3020:a26::
2603:3020:a32::
2603:3020:a39::
2603:3020:a4a::
2603:3020:a8b::
2603:3020:ada::
2603:3020:adc::
2603:3020:b05::
2603:3020:b3c::
2603:3020:bd0::
2603:3020:bf5::
2603:3020:bff::
2603:3020:c54::
2603:3020:cc1::
2603:3020:d49::
2603:3020:d4c::
2603:3020:d55::
2603:3020:dbd::
2603:3020:e30::
2603:3020:e56::
2603:3020:1039::

2603:3020:1061::
2603:3020:1076::
2603:3020:109a::
2603:3020:10d7::
2603:3020:10e0::
2603:3020:10f6::
2603:3020:1206::
2603:3020:123b::
2603:3020:12de::
2603:3020:132b::
2603:3020:1340::
2603:3020:134b::
2603:3020:138c::
2603:3020:1410::
2603:3020:1474::
2603:3020:147d::
2603:3020:1496::
2603:3020:14c1::
2603:3020:14de::
2603:3020:1607::
2603:3020:1613::
2603:3020:1628::
2603:3020:16cd::
2603:3020:195a::
2603:3020:19d3::
2603:3020:201a::
2603:3020:20b4::
2603:3020:20bd::
2603:3020:2143::
2603:3020:2175::
2603:3020:2201::
2603:3020:22ab::
2603:3020:2323::
2603:3020:2337::
2603:3020:23b4::
2603:3020:266b::
2603:3020:2687::

2603:3020:26aa::
2603:3020:26c4::
2603:3020:26fa::
2603:3020:2729::
2603:3020:272c::
2603:3020:27cc::
2603:3020:2d26::
2603:3020:2dfa::
2603:3020:2e15::
2603:3020:2e22::
2603:3020:2e38::
2603:3020:313e::
2603:3020:3148::
2603:3020:314f::
2603:3020:3187::
2603:3020:31d4::
2603:3020:31da::
2603:3020:31f8::
2603:3020:336c::
2603:3020:336f::
2603:3020:339d::
2603:3020:343d::
2603:3020:3467::
2603:3020:3494::
2603:3020:34b8::
2603:3020:34d2::
2603:3020:34d9::
2603:3020:34e8::
2603:3020:3555::
2603:3020:358d::
2603:3020:35c1::
2603:3020:3668::
2603:3020:36c8::
2603:3020:36d4::
2603:3020:36d6::
2603:3020:370e::
2603:3020:374f::

2603:3020:3795::
2603:3020:37f4::
2603:3020:37fb::
2603:3020:3807::
2603:3020:384a::
2603:3020:3868::
2603:3020:3871::
2603:3020:3898::
2603:3020:38f5::
2603:3020:3917::
2603:3020:395e::
2603:3020:3980::
2603:3020:3984::
2603:3020:39e7::
2603:3020:3a3d::
2603:3020:3a79::
2603:3020:3a8a::
2603:3020:3a9c::
2603:3020:3aca::
2603:3020:3b04::
2603:3020:3b07::
2603:3020:3b2d::
2603:3020:3b3e::
2603:3020:3b73::
2603:3020:3bda::
2603:3020:3c03::
2603:3020:3c19::
2603:3020:3d13::
2603:3020:3d36::
2603:3020:3d8e::
2603:3020:3e1b::
2603:3020:3e6f::
2603:3020:3e79::
2603:3020:3e80::
2603:3020:3ea1::
2603:3020:3ebd::
2603:3020:3ec8::

2603:3020:3eee::
2603:3020:3f06::
2603:3020:3f9e::
2603:3020:3fba::
2603:3020:4024::
2603:3020:402a::
2603:3020:4031::
2603:3020:404e::
2603:3020:4057::
2603:3020:40a3::
2603:3020:4118::
2603:3020:4161::
2603:3020:4171::
2603:3020:4173::
2603:3020:418d::
2603:3020:41b4::
2603:3020:41c2::
2603:3020:4247::
2603:3020:424a::
2603:3020:4275::
2603:3020:4287::
2603:3020:42ba::
2603:3020:42d1::
2603:3020:4302::
2603:3020:4322::
2603:3020:4336::
2603:3020:4367::
2603:3020:43f6::
2603:3020:4492::
2603:3020:44cb::
2603:3020:44f0::
2603:3020:4500::
2603:3020:4517::
2603:3020:4544::
2603:3020:4549::
2603:3020:45dd::
2603:3020:45ee::

2603:3020:4603::
2603:3020:4605::
2603:3020:464c::
2603:3020:46b8::
2603:3020:46e1::
2603:3020:474a::
2603:3020:4756::
2603:3020:4779::
2603:3020:478c::
2603:3020:47c9::
2603:3020:4837::
2603:3020:4896::
2603:3020:4932::
2603:3020:49a6::
2603:3020:49c2::
2603:3020:49ca::
2603:3020:49cd::
2603:3020:49d2::
2603:3020:4a0a::
2603:3020:4a32::
2603:3020:4a35::
2603:3020:4a51::
2603:3020:4a59::
2603:3020:4a5e::
2603:3020:4a98::
2603:3020:4adc::
2603:3020:4ae0::
2603:3020:4b06::
2603:3020:4b0c::
2603:3020:4b1a::
2603:3020:4b2a::
2603:3020:4b8b::
2603:3020:4bc4::
2603:3020:4bd4::
2603:3020:4beb::
2603:3020:4bed::
2603:3020:4c0a::

2603:3020:4c77::
2603:3020:4e16::
2603:3020:4e53::
2603:3020:4e5e::
2603:3020:4e66::
2603:3020:4ea1::
2603:3020:4eb2::
2603:3020:4eb8::
2603:3020:4f51::
2603:3020:4fe7::
2603:3020:5037::
2603:3020:5058::
2603:3020:5076::
2603:3020:5108::
2603:3020:5137::
2603:3020:5177::
2603:3020:519b::
2603:3020:51a9::
2603:3020:51bc::
2603:3020:51cf::
2603:3020:51d7::
2603:3020:521e::
2603:3020:524f::
2603:3020:5252::
2603:3020:52d4::
2603:3020:52e5::
2603:3020:5308::
2603:3020:5310::
2603:3020:537e::
2603:3020:5399::
2603:3020:53c3::
2603:3020:53cd::
2603:3020:53fd::
2603:3020:541e::
2603:3020:542a::
2603:3020:5448::
2603:3020:544f::

2603:3020:5461::
2603:3020:547f::
2603:3020:548a::
2603:3020:54d0::
2603:3020:552f::
2603:3020:5543::
2603:3020:558c::
2603:3020:55b7::
2603:3020:55c8::
2603:3020:55d8::
2603:3020:5649::
2603:3020:564e::
2603:3020:56cf::
2603:3020:56e3::
2603:3020:5730::
2603:3020:5761::
2603:3020:5795::
2603:3020:57dd::
2603:3020:5836::
2603:3020:5867::
2603:3020:5871::
2603:3020:58a5::
2603:3020:58c9::
2603:3020:58df::
2603:3020:5912::
2603:3020:599a::
2603:3020:59a2::
2603:3020:59aa::
2603:3020:59bc::
2603:3020:5a19::
2603:3020:5aa4::
2603:3020:5af6::
2603:3020:5b42::
2603:3020:5b85::
2603:3020:5bb6::
2603:3020:5bed::
2603:3020:5c21::

2603:3020:5c36::
2603:3020:5c6c::
2603:3020:5c9b::
2603:3020:5cbd::
2603:3020:5cfe::
2603:3020:5d00::
2603:3020:5d10::
2603:3020:5d16::
2603:3020:5d27::
2603:3020:5d57::
2603:3020:5e04::
2603:3020:5e3b::
2603:3020:5e40::
2603:3020:5ee4::
2603:3020:5f3e::
2603:3020:5f70::
2603:3020:5f83::
2603:3020:5f86::
2603:3020:5f95::
2603:3020:5f9f::
2603:3020:5fd5::
2603:3020:600e::
2603:3020:6016::
2603:3020:6029::
2603:3020:6039::
2603:3020:60af::
2603:3020:6131::
2603:3020:6237::
2603:3020:623b::
2603:3020:623f::
2603:3020:630a::
2603:3020:635c::
2603:3020:63b6::
2603:3020:6411::
2603:3020:64af::
2603:3020:64c5::
2603:3020:652d::

2603:3020:657d::
2603:3020:65c5::
2603:3020:65d9::
2603:3020:6629::
2603:3020:6638::
2603:3020:66dd::
2603:3020:66e9::
2603:3020:66ef::
2603:3020:6705::
2603:3020:678f::
2603:3020:67cd::
2603:3020:67d1::
2603:3020:67de::
2603:3020:67f9::
2603:3020:6825::
2603:3020:686c::
2603:3020:6874::
2603:3020:687f::
2603:3020:68c5::
2603:3020:68fa::
2603:3020:6901::
2603:3020:6905::
2603:3020:6922::
2603:3020:694c::
2603:3020:6967::
2603:3020:69b9::
2603:3020:6a10::
2603:3020:6a1f::
2603:3020:6a5d::
2603:3020:6a6f::
2603:3020:6a8e::
2603:3020:6a96::
2603:3020:6a99::
2603:3020:6a9e::
2603:3020:6b56::
2603:3020:6b84::
2603:3020:6b9d::

2603:3020:6bbe::
2603:3020:6bf6::
2603:3020:6c02::
2603:3020:6c89::
2603:3020:6d44::
2603:3020:6d97::
2603:3020:6dd8::
2603:3020:6e6b::
2603:3020:6e7f::
2603:3020:6e9c::
2603:3020:6ec4::
2603:3020:6f24::
2603:3020:6f2e::
2603:3020:6f6a::
2603:3020:6f75::
2603:3020:6f78::
2603:3020:6f7b::
2603:3020:6f87::
2603:3020:6f98::
2603:3020:6fdd::
2603:3020:7005::
2603:3020:700e::
2603:3020:7099::
2603:3020:70c0::
2603:3020:70d9::
2603:3020:711c::
2603:3020:7200::
2603:3020:7233::
2603:3020:724b::
2603:3020:7273::
2603:3020:72ba::
2603:3020:7310::
2603:3020:7365::
2603:3020:73b2::
2603:3020:7409::
2603:3020:744b::
2603:3020:74e8::

2603:3020:755c::
2603:3020:7560::
2603:3020:756d::
2603:3020:7588::
2603:3020:75a6::
2603:3020:75c0::
2603:3020:75d1::
2603:3020:75f4::
2603:3020:75fc::
2603:3020:7628::
2603:3020:762f::
2603:3020:7665::
2603:3020:76c8::
2603:3020:772c::
2603:3020:7737::
2603:3020:7748::
2603:3020:776d::
2603:3020:77b1::
2603:3020:77c7::
2603:3020:77e1::
2603:3020:77f6::
2603:3020:7876::
2603:3020:787e::
2603:3020:7882::
2603:3020:78b3::
2603:3020:78c8::
2603:3020:78cb::
2603:3020:78da::
2603:3020:78e4::
2603:3020:7959::
2603:3020:79b1::
2603:3020:79b6::
2603:3020:79d2::
2603:3020:79d8::
2603:3020:7a1c::
2603:3020:7a22::
2603:3020:7a3f::

2603:3020:7a6f::
2603:3020:7aac::
2603:3020:7b19::
2603:3020:7b40::
2603:3020:7b76::
2603:3020:7b79::
2603:3020:7b9a::
2603:3020:7bb4::
2603:3020:7c0b::
2603:3020:7cb6::
2603:3020:7ce0::
2603:3020:7d00::
2603:3020:7d46::
2603:3020:7d72::
2603:3020:7d91::
2603:3020:7dc5::
2603:3020:7e24::
2603:3020:7e9d::
2603:3020:7ea2::
2603:3020:7eca::
2603:3020:7f27::
2603:3020:7f86::
2603:3020:7fef::
2603:3020:802f::
2603:3020:80c1::
2603:3020:80c4::
2603:3020:80c8::
2603:3020:813d::
2603:3020:8218::
2603:3020:8243::
2603:3020:8272::
2603:3020:830b::
2603:3020:8318::
2603:3020:831f::
2603:3020:8348::
2603:3020:8361::
2603:3020:8367::

2603:3020:8392::
2603:3020:83af::
2603:3020:83f4::
2603:3020:842a::
2603:3020:8435::
2603:3020:8499::
2603:3020:84b7::
2603:3020:84ee::
2603:3020:84f9::
2603:3020:84ff::
2603:3020:8513::
2603:3020:851b::
2603:3020:8550::
2603:3020:855a::
2603:3020:856e::
2603:3020:8598::
2603:3020:85ad::
2603:3020:85c4::
2603:3020:85c9::
2603:3020:85cc::
2603:3020:85d7::
2603:3020:8629::
2603:3020:8649::
2603:3020:8669::
2603:3020:8694::
2603:3020:86b0::
2603:3020:86c5::
2603:3020:8710::
2603:3020:87a1::
2603:3020:87a5::
2603:3020:87f8::
2603:3020:8818::
2603:3020:881b::
2603:3020:882c::
2603:3020:8838::
2603:3020:883c::
2603:3020:8872::

2603:3020:88d3::
2603:3020:8907::
2603:3020:892d::
2603:3020:8961::
2603:3020:89ad::
2603:3020:8a1b::
2603:3020:8a2b::
2603:3020:8b27::
2603:3020:8b2e::
2603:3020:8b50::
2603:3020:8be5::
2603:3020:8c3e::
2603:3020:8d1b::
2603:3020:8daa::
2603:3020:8dd2::
2603:3020:8ddf::
2603:3020:8de7::
2603:3020:8de9::
2603:3020:8e0c::
2603:3020:8e17::
2603:3020:8e80::
2603:3020:8f0d::
2603:3020:8f26::
2603:3020:8f3b::
2603:3020:8f3f::
2603:3020:8f68::
2603:3020:8f6c::
2603:3020:8fd9::
2603:3020:9001::
2603:3020:9061::
2603:3020:9081::
2603:3020:90b9::
2603:3020:90d2::
2603:3020:9138::
2603:3020:9141::
2603:3020:91aa::
2603:3020:9262::

2603:3020:9275::
2603:3020:92fc::
2603:3020:934b::
2603:3020:9377::
2603:3020:93a6::
2603:3020:93d7::
2603:3020:93f9::
2603:3020:943b::
2603:3020:94a5::
2603:3020:9511::
2603:3020:954e::
2603:3020:9554::
2603:3020:955d::
2603:3020:9567::
2603:3020:957c::
2603:3020:95a7::
2603:3020:95b4::
2603:3020:95c5::
2603:3020:95dd::
2603:3020:9660::
2603:3020:969e::
2603:3020:96aa::
2603:3020:9737::
2603:3020:97ac::
2603:3020:981e::
2603:3020:983f::
2603:3020:9860::
2603:3020:9865::
2603:3020:991d::
2603:3020:9a2c::
2603:3020:9a42::
2603:3020:9aad::
2603:3020:9ac0::
2603:3020:9af1::
2603:3020:9b49::
2603:3020:9b51::
2603:3020:9b79::

2603:3020:9b9d::
2603:3020:9bb6::
2603:3020:9bfb::
2603:3020:9c09::
2603:3020:9c82::
2603:3020:9c8c::
2603:3020:9d05::
2603:3020:9d10::
2603:3020:9d24::
2603:3020:9d2e::
2603:3020:9da3::
2603:3020:9e6a::
2603:3020:9e92::
2603:3020:9eb4::
2603:3020:9f01::
2603:3020:9f3b::
2603:3020:9f40::
2603:3020:9f62::
2603:3020:9f9e::
2603:3020:a067::
2603:3020:a06c::
2603:3020:a096::
2603:3020:a09a::
2603:3020:a0a5::
2603:3020:a0cd::
2603:3020:a0e4::
2603:3020:a201::
2603:3020:a21c::
2603:3020:a234::
2603:3020:a24a::
2603:3020:a2b3::
2603:3020:a33c::
2603:3020:a34c::
2603:3020:a3bf::
2603:3020:a450::
2603:3020:a4c5::
2603:3020:a507::

2603:3020:a509::
2603:3020:a527::
2603:3020:a536::
2603:3020:a543::
2603:3020:a546::
2603:3020:a55e::
2603:3020:a597::
2603:3020:a5cf::
2603:3020:a632::
2603:3020:a634::
2603:3020:a63f::
2603:3020:a648::
2603:3020:a663::
2603:3020:a67b::
2603:3020:a6a6::
2603:3020:a731::
2603:3020:a743::
2603:3020:a755::
2603:3020:a7a5::
2603:3020:a7e6::
2603:3020:a803::
2603:3020:a80c::
2603:3020:a83f::
2603:3020:a852::
2603:3020:a85e::
2603:3020:a862::
2603:3020:a896::
2603:3020:a8a2::
2603:3020:a94d::
2603:3020:a96d::
2603:3020:a97c::
2603:3020:a98d::
2603:3020:a9cc::
2603:3020:a9df::
2603:3020:a9e2::
2603:3020:aa3d::
2603:3020:aaba::

2603:3020:aaee::
2603:3020:ab03::
2603:3020:abab::
2603:3020:ac30::
2603:3020:ac87::
2603:3020:acae::
2603:3020:acda::
2603:3020:acde::
2603:3020:ad3f::
2603:3020:ad56::
2603:3020:ad84::
2603:3020:ad9e::
2603:3020:ae89::
2603:3020:aec6::
2603:3020:aed1::
2603:3020:aeed::
2603:3020:af74::
2603:3020:afca::
2603:3020:afdd::
2603:3020:aff0::
2603:3020:aff2::
2603:3020:b02d::
2603:3020:b037::
2603:3020:b057::
2603:3020:b0a3::
2603:3020:b0d2::
2603:3020:b0d6::
2603:3020:b0dc::
2603:3020:b0f3::
2603:3020:b124::
2603:3020:b1be::
2603:3020:b1ee::
2603:3020:b21a::
2603:3020:b284::
2603:3020:b290::
2603:3020:b2a9::
2603:3020:b2f3::

2603:3020:b2fa::
2603:3020:b33c::
2603:3020:b352::
2603:3020:b387::
2603:3020:b397::
2603:3020:b3af::
2603:3020:b492::
2603:3020:b4a3::
2603:3020:b4c5::
2603:3020:b4cf::
2603:3020:b4d6::
2603:3020:b4e1::
2603:3020:b4e7::
2603:3020:b5b1::
2603:3020:b5f3::
2603:3020:b5ff::
2603:3020:b62b::
2603:3020:b6b4::
2603:3020:b6cc::
2603:3020:b6da::
2603:3020:b6ec::
2603:3020:b716::
2603:3020:b71a::
2603:3020:b768::
2603:3020:b7b7::
2603:3020:b7f5::
2603:3020:b82f::
2603:3020:b840::
2603:3020:b874::
2603:3020:b884::
2603:3020:b8d0::
2603:3020:b968::
2603:3020:b96c::
2603:3020:b9b7::
2603:3020:b9fa::
2603:3020:ba3a::
2603:3020:ba43::

2603:3020:baad::
2603:3020:bab1::
2603:3020:bb16::
2603:3020:bb29::
2603:3020:bb51::
2603:3020:bb6b::
2603:3020:bb82::
2603:3020:bc0a::
2603:3020:bc25::
2603:3020:bc3d::
2603:3020:bc4a::
2603:3020:bc53::
2603:3020:bcb9::
2603:3020:bcc7::
2603:3020:bd1a::
2603:3020:bd6c::
2603:3020:bd88::
2603:3020:bde5::
2603:3020:be08::
2603:3020:be10::
2603:3020:be58::
2603:3020:bebc::
2603:3020:bf15::
2603:3020:bf1b::
2603:3020:bfb3::
2603:3020:bfea::
2603:3020:c07f::
2603:3020:c084::
2603:3020:c096::
2603:3020:c0fa::
2603:3020:c122::
2603:3020:c137::
2603:3020:c1ba::
2603:3020:c1d4::
2603:3020:c1dc::
2603:3020:c215::
2603:3020:c252::

2603:3020:c2e1::
2603:3020:c338::
2603:3020:c33f::
2603:3020:c341::
2603:3020:c369::
2603:3020:c3d0::
2603:3020:c3e6::
2603:3020:c3eb::
2603:3020:c3f8::
2603:3020:c464::
2603:3020:c47f::
2603:3020:c4ab::
2603:3020:c4d7::
2603:3020:c589::
2603:3020:c60d::
2603:3020:c618::
2603:3020:c651::
2603:3020:c660::
2603:3020:c676::
2603:3020:c786::
2603:3020:c7b4::
2603:3020:c7d7::
2603:3020:c7fc::
2603:3020:c83f::
2603:3020:c844::
2603:3020:c852::
2603:3020:c856::
2603:3020:c861::
2603:3020:c889::
2603:3020:c8c1::
2603:3020:c8d4::
2603:3020:c90f::
2603:3020:c953::
2603:3020:c982::
2603:3020:c9e6::
2603:3020:ca8b::
2603:3020:caa7::

2603:3020:caae::
2603:3020:caca::
2603:3020:cae4::
2603:3020:cb33::
2603:3020:cb55::
2603:3020:cb61::
2603:3020:cb83::
2603:3020:cbb6::
2603:3020:cbc7::
2603:3020:cc23::
2603:3020:cc29::
2603:3020:cc3c::
2603:3020:ccca::
2603:3020:cd0f::
2603:3020:cd30::
2603:3020:cd39::
2603:3020:cd42::
2603:3020:cdae::
2603:3020:cdb5::
2603:3020:cdb8::
2603:3020:ce65::
2603:3020:cea5::
2603:3020:ceab::
2603:3020:ceb9::
2603:3020:ceca::
2603:3020:cecd::
2603:3020:ced9::
2603:3020:cedc::
2603:3020:cef9::
2603:3020:cf8e::
2603:3020:cfc0::
2603:3020:cfe6::
2603:3020:cfec::
2603:3020:d03a::
2603:3020:d0b9::
2603:3020:d0d2::
2603:3020:d0d6::

2603:3020:d136::
2603:3020:d138::
2603:3020:d146::
2603:3020:d15f::
2603:3020:d182::
2603:3020:d194::
2603:3020:d19e::
2603:3020:d23c::
2603:3020:d23f::
2603:3020:d2c4::
2603:3020:d32e::
2603:3020:d36f::
2603:3020:d377::
2603:3020:d392::
2603:3020:d3c8::
2603:3020:d3fd::
2603:3020:d410::
2603:3020:d435::
2603:3020:d44c::
2603:3020:d479::
2603:3020:d489::
2603:3020:d4c7::
2603:3020:d4ed::
2603:3020:d52a::
2603:3020:d585::
2603:3020:d604::
2603:3020:d60a::
2603:3020:d631::
2603:3020:d64c::
2603:3020:d682::
2603:3020:d6bc::
2603:3020:d6f1::
2603:3020:d6fa::
2603:3020:d738::
2603:3020:d757::
2603:3020:d770::
2603:3020:d772::

2603:3020:d78d::
2603:3020:d7b3::
2603:3020:d7b7::
2603:3020:d7c0::
2603:3020:d84b::
2603:3020:d89e::
2603:3020:d8a6::
2603:3020:d8c1::
2603:3020:d928::
2603:3020:d9bd::
2603:3020:d9db::
2603:3020:da0d::
2603:3020:da41::
2603:3020:da48::
2603:3020:da7d::
2603:3020:da7f::
2603:3020:da8c::
2603:3020:daee::
2603:3020:db42::
2603:3020:db50::
2603:3020:db59::
2603:3020:db63::
2603:3020:db6c::
2603:3020:db75::
2603:3020:db8f::
2603:3020:dc4c::
2603:3020:dc50::
2603:3020:dc5b::
2603:3020:dcd5::
2603:3020:dd33::
2603:3020:ddb1::
2603:3020:ddb4::
2603:3020:dddf::
2603:3020:de0e::
2603:3020:de4b::
2603:3020:de69::
2603:3020:dee2::

2603:3020:df42::
2603:3020:df4c::
2603:3020:df6f::
2603:3020:dfde::
2603:3020:dff6::
2603:3020:e034::
2603:3020:e041::
2603:3020:e07e::
2603:3020:e089::
2603:3020:e0f2::
2603:3020:e10c::
2603:3020:e128::
2603:3020:e18d::
2603:3020:e206::
2603:3020:e272::
2603:3020:e27b::
2603:3020:e29f::
2603:3020:e2a7::
2603:3020:e2ab::
2603:3020:e313::
2603:3020:e316::
2603:3020:e33d::
2603:3020:e3c5::
2603:3020:e3d1::
2603:3020:e3ee::
2603:3020:e3fd::
2603:3020:e405::
2603:3020:e40b::
2603:3020:e45b::
2603:3020:e4b4::
2603:3020:e4c6::
2603:3020:e4ed::
2603:3020:e4f8::
2603:3020:e534::
2603:3020:e576::
2603:3020:e5e2::
2603:3020:e5ef::

2603:3020:e639::
2603:3020:e682::
2603:3020:e6ce::
2603:3020:e6fe::
2603:3020:e712::
2603:3020:e71a::
2603:3020:e7b3::
2603:3020:e7c6::
2603:3020:e7f6::
2603:3020:e827::
2603:3020:e84f::
2603:3020:e866::
2603:3020:e8a8::
2603:3020:e8cf::
2603:3020:e950::
2603:3020:e9d7::
2603:3020:e9da::
2603:3020:e9df::
2603:3020:ea00::
2603:3020:ea0b::
2603:3020:ea45::
2603:3020:ea65::
2603:3020:ea9a::
2603:3020:eaa5::
2603:3020:eae8::
2603:3020:eaeb::
2603:3020:eaf9::
2603:3020:eb24::
2603:3020:eb38::
2603:3020:eb56::
2603:3020:eb6a::
2603:3020:ebaa::
2603:3020:ec12::
2603:3020:ec16::
2603:3020:ec58::
2603:3020:ec71::
2603:3020:ec90::

2603:3020:ecb0::
2603:3020:eced::
2603:3020:eda6::
2603:3020:edc8::
2603:3020:eddb::
2603:3020:eddd::
2603:3020:ee50::
2603:3020:eefd::
2603:3020:ef42::
2603:3020:ef51::
2603:3020:ef90::
2603:3020:efd2::
2603:3020:f028::
2603:3020:f04c::
2603:3020:f06d::
2603:3020:f078::
2603:3020:f0c6::
2603:3020:f0c9::
2603:3020:f0de::
2603:3020:f140::
2603:3020:f1f9::
2603:3020:f221::
2603:3020:f23d::
2603:3020:f269::
2603:3020:f293::
2603:3020:f2da::
2603:3020:f392::
2603:3020:f399::
2603:3020:f3ee::
2603:3020:f3ff::
2603:3020:f416::
2603:3020:f427::
2603:3020:f42a::
2603:3020:f45e::
2603:3020:f46a::
2603:3020:f48a::
2603:3020:f4f8::

2603:3020:f508::
2603:3020:f531::
2603:3020:f55d::
2603:3020:f5a9::
2603:3020:f5d2::
2603:3020:f5f3::
2603:3020:f623::
2603:3020:f650::
2603:3020:f675::
2603:3020:f681::
2603:3020:f684::
2603:3020:f6f7::
2603:3020:f78f::
2603:3020:f810::
2603:3020:f83b::
2603:3020:f851::
2603:3020:f93c::
2603:3020:f953::
2603:3020:f981::
2603:3020:f983::
2603:3020:f9a8::
2603:3020:f9b1::
2603:3020:f9ff::
2603:3020:fa06::
2603:3020:fa0a::
2603:3020:fa62::
2603:3020:faca::
2603:3020:fad2::
2603:3020:fb07::
2603:3020:fb30::
2603:3020:fb34::
2603:3020:fb3c::
2603:3020:fbdd::
2603:3020:fc08::
2603:3020:fc26::
2603:3020:fc36::
2603:3020:fddd::

2603:3020:fdfc::
2603:3020:fe4a::
2603:3020:fe9b::
2603:3020:fea6::
2603:3020:fec0::
2603:3020:fee6::
2603:3020:ff53::
2603:3020:ffad::
2603:3020:ffc8::
2603:3020:ffd5::
2603:3027::
2603:3099::
2603:309e::
2603:30a2::
2603:30a6::
2603:5000:30::
2603:5000:1030::
2603:5000:2030::
2603:5000:3030::
2603:5000:4030::
2603:9000::
2603:9000:a900::
2603:9000:be00::
2603:9000:ff00::
2603:9001::
2603:9001:a00::
2603:9001:a400::
2603:9002:f0::
2603:9002:100::
2603:9002:200::
2603:9002:500::
2603:9003:200::
2603:9004:c00::
2603:9007:200::
2603:9007:341::
2603:900b::
2603:900b:5600::

2603:900b:f000::
2603:900e::
2603:900e:8900::
2603:900e:8e00::
2603:900e:9300::
2603:900e:aa00::
2603:900e:af00::
2603:900e:b400::
2603:900e:b800::
2603:900e:c000::
2603:900e:c400::
2603:900e:ce00::
2603:900e:d700::
2603:900e:e200::
2603:900e:f600::
2603:900e:fa00::
2603:900e:fe00::
2603:900f:100::
2603:900f:500::
2603:900f:c00::
2603:900f:e00::
2603:900f:1200::
2603:900f:1600::
2603:900f:1800::
2603:900f:2200::
2603:900f:2700::
2603:900f:2900::
2603:900f:2c00::
2603:900f:3000::
2603:900f:3900::
2603:900f:3d00::
2603:900f:4000::
2603:900f:4500::
2603:900f:4800::
2603:900f:4b00::
2603:900f:5100::
2603:900f:5600::
2603:900f:5d00::
2603:900f:6000::
2603:900f:6300::
2603:900f:6500::
2603:900f:6a00::
2603:900f:6c00::
2603:900f:7200::
2603:900f:7900::
2603:900f:7e00::
2603:900f:8300::
2603:900f:8800::
2603:900f:8b00::
2603:900f:8d00::
2603:900f:9200::
2603:900f:9400::
2603:900f:9700::
2603:900f:9c00::
2603:900f:9f00::
2603:900f:a100::
2603:900f:a400::
2603:900f:a700::
2603:900f:ac00::
2603:900f:b200::
2603:900f:b400::
2603:900f:b800::
2603:900f:bc00::
2603:900f:be00::
2603:900f:c100::
2603:900f:c800::
2603:900f:ca00::
2603:900f:cc00::
2603:900f:d100::
2603:900f:d800::
2603:900f:da00::
2603:900f:dc00::
2603:900f:e000::
2603:900f:e600::
2603:900f:f000::
2603:900f:f600::
2603:900f:fd00::
2603:903e::
2603:903e:6::
2603:903e:b::
2603:90c8:a00::
2603:90f4:300::
2603:90f4:1200::
2603:90fb:20::
2603:c0d8:2110::
2603:f000::
2604:200:2::
2604:200:8::
2604:200:f::
2604:200:11::
2604:200:19::
2604:200:1500::
2604:240:1::
2604:600::
2604:880::
2604:880:4::
2604:880:7::
2604:880:b::
2604:880:13::
2604:880:28::
2604:880:33::
2604:880:3a::
2604:880:42::
2604:880:4d::
2604:880:50::
2604:880:55::
2604:880:70::
2604:880:73::
2604:880:400::
2604:8e0::
2604:980:3000::
2604:980:e02c::
2604:a60::
2604:ba0::
2604:ba0:3::
2604:be0::
2604:be0:ffe6::
2604:c20:2e::
2604:c20:34::
2604:c20:38::
2604:c20:401a::
2604:e40::
2604:11c0::
2604:11c0:300::
2604:11c0:500::
2604:11c0:700::
2604:12c0::
2604:1360::
2604:1380:110::
2604:13a0:9000::
2604:13a0:9002::
2604:16e0::
2604:18c0::
2604:19a0:2::
2604:1a00:33::
2604:1a00:44::
2604:1a00:d9::
2604:1a00:de::
2604:1a00:e5::
2604:1a80::
2604:1ee0::
2604:22e0::
2604:23e0::
2604:24c0::
2604:26a0::
2604:26a0:30::
2604:26a0:34::
2604:26a0:5100::
2604:26a0:6003::
2604:26e0:100::
2604:2920::
2604:2d80:c81::
2604:2d80:c83::
2604:2d80:c85::
2604:2d80:c87::
2604:2d80:2000::
2604:2d80:888d::
2604:2d80:8e80::
2604:2d80:8e83::
2604:2d80:8e86::
2604:2d80:8e8c::
2604:2d80:8f0a::
2604:2d80:9488::
2604:2d80:948b::
2604:2d80:9507::
2604:2d80:b205::
2604:2d80:b207::
2604:2d80:b283::
2604:2d80:b507::
2604:2d80:b50c::
2604:2d80:b803::
2604:2d80:b809::
2604:2d81:3e80::
2604:2dc0:304::
2604:2e8a:1450::
2604:2e8b:1823::
2604:2ec0::
2604:2ec0:800::
2604:2ec0:8000::
2604:30c0::
2604:3300::
2604:4500::
2604:4500:5::
2604:4500:b::
2604:4500:e::
2604:4500:16::
2604:4500:22::
2604:4500:25::
2604:4500:900::
2604:4500:d00::
2604:4500:1a00::
2604:4580::
2604:4580:60::
2604:4600:a000::
2604:4600:aa04::
2604:4cc0:11::
2604:4d00::
2604:5400:4000::
2604:5500:800::
2604:5500:4000::
2604:6340:300::
2604:6340:4000::
2604:7340::
2604:7800::
2604:7b00:20f8::
2604:7c00::
2604:7c00:600::
2604:8200::
2604:8380:2000::
2604:8380:2a00::
2604:8380:2c00::
2604:8380:3100::
2604:8380:3700::
2604:86c0:1000::
2604:8800:2::
2604:8800:54::
2604:8800:62::
2604:8800:65::
2604:8800:69::
2604:8800:72::
2604:9040::
2604:9140::
2604:9900::
2604:9900:3::
2604:9900:5::
2604:9900:7::
2604:9900:b::
2604:9900:e::
2604:9cc0:400::
2604:9cc0:1400::
2604:9d40::
2604:9d40:105::
2604:9d40:110::
2604:9d40:1f9::
2604:9d40:1338::
2604:9d40:2100::
2604:9d40:4100::
2604:9d40:6100::
2604:9d40:8100::
2604:9d40:a100::
2604:9d40:c100::
2604:a140:2000::
2604:a140:2401::
2604:a140:2800::
2604:a140:2e06::
2604:a340::
2604:a440::
2604:a440:2::
2604:a440:ffff::
2604:a480::
2604:b5c0::
2604:b8c0::
2604:bc40::
2604:bc40:221::
2604:bc40:301::
2604:bc40:6001::
2604:bc80:8000:a::
2604:c000::
2604:c200:1630::
2604:c700::
2604:cac0:4::
2604:cb00:23::
2604:cb00:31::
2604:cb00:2300::
2604:cb00:3100::
2604:cd00:4000::
2604:ce40::
2604:d400::
2604:d440::
2604:e280:8800::
2604:e280:88a0::
2604:e280:88b0::
2604:e280:88c0::
2604:e280:88d0::
2604:e280:88e0::
2604:e283:2::
2604:e283:c0::
2604:e283:ca::
2604:e283:de::
2604:e283:e2::
2604:e28c:400::
2604:e28d:8000::
2604:e28d:9400::
2604:e28d:bc00::
2604:e28d:c400::
2604:e7c0:1::
2604:f240::
2604:f400:6::
2604:f440:11::
2604:f440:2c::
2604:f440:400::
2604:f780::
2604:fc80:1000::
2605:140::
2605:340:f0b3::
2605:340:f0b6::
2605:340:f0c8::
2605:380:53::
2605:5c0:40::
2605:7c0:3000::
2605:900::
2605:bc0:1::
2605:10c0::
2605:1280::
2605:2080:4000::
2605:2200::
2605:2480::
2605:2bc0::
2605:2bc0:396::
2605:2d00::
2605:2d40::
2605:30c0:f000::
2605:3380:4901::
2605:3380:4904::
2605:3380:49e3::
2605:3380:49e6::
2605:3380:49fc::
2605:3440::
2605:3780::
2605:3ac0:5000::
2605:3b80:11::
2605:3e80:1300::
2605:4300:2200::
2605:4300:3800::
2605:4440::
2605:4740::
2605:4840::
2605:4840:4::
2605:4c40:243::
2605:4d80::
2605:4f40::
2605:5140::
2605:55c0::
2605:5740::
2605:58c0::
2605:59c0:1000::
2605:59c0:1700::
2605:59c1:2400::
2605:59c7:f005::
2605:59c7:f080::
2605:59c7:f0c0::
2605:59ca:4c00::
2605:5a00::
2605:5cc0::
2605:6100::
2605:6200::
2605:6400:40::
2605:6400:1004::
2605:6404::
2605:6440:1000::
2605:65c0::
2605:6c80:a::
2605:6c80:18::
2605:7900:1::
2605:7b80:2000::
2605:7b80:2008::
2605:8080::
2605:8400:200::
2605:8680:ffff::
2605:8800::
2605:9140::
2605:92c0::
2605:9640::
2605:9880:240::
2605:9880:340::
2605:9880:400::
2605:9a80::
2605:a401::
2605:a401:8::
2605:a401:a::
2605:a401:8000::
2605:a401:8102::
2605:a401:8106::
2605:a401:8111::
2605:a401:8113::
2605:a401:8115::
2605:a401:8117::
2605:a401:811a::
2605:a401:8120::
2605:a401:8122::
2605:a401:8126::
2605:a401:812b::
2605:a401:8130::
2605:a401:8134::
2605:a401:8136::
2605:a401:8139::
2605:a401:813e::
2605:a401:8141::
2605:a401:8144::
2605:a401:8149::
2605:a401:814f::
2605:a401:8160::
2605:a401:8162::
2605:a401:8165::
2605:a401:8168::
2605:a401:816a::
2605:a401:8174::
2605:a401:8176::
2605:a401:817a::
2605:a401:817e::
2605:a401:8187::
2605:a401:818c::
2605:a401:8195::
2605:a401:819b::
2605:a401:819d::
2605:a401:81a0::
2605:a401:81a2::
2605:a401:81a7::
2605:a401:81a9::
2605:a401:81b4::
2605:a401:81b7::
2605:a401:81ba::
2605:a401:81bf::
2605:a401:81cc::
2605:a401:81d0::
2605:a401:81d4::
2605:a401:81dd::
2605:a401:81e4::
2605:a401:81ec::
2605:a401:81ef::
2605:a401:81f2::
2605:a401:81f8::
2605:a401:81fb::
2605:a401:81ff::
2605:a401:8206::
2605:a401:8208::
2605:a401:820a::
2605:a401:820d::
2605:a401:8211::
2605:a401:8214::
2605:a401:8219::
2605:a401:821c::
2605:a401:8226::
2605:a401:822c::
2605:a401:8231::
2605:a401:8235::
2605:a401:823d::
2605:a401:823f::
2605:a401:8245::
2605:a401:8250::
2605:a401:8253::
2605:a401:8257::
2605:a401:825b::
2605:a401:825f::
2605:a401:8261::
2605:a401:8264::
2605:a401:826c::
2605:a401:8277::
2605:a401:827d::
2605:a401:827f::
2605:a401:8283::
2605:a401:8286::
2605:a401:828e::
2605:a401:8291::
2605:a401:8294::
2605:a401:829d::
2605:a401:82a3::
2605:a401:82a6::
2605:a401:82a8::
2605:a401:82b5::
2605:a401:82ba::
2605:a401:82bf::
2605:a401:82c8::
2605:a401:82cb::
2605:a401:82d2::
2605:a401:82d4::
2605:a401:82d6::
2605:a401:82db::
2605:a401:82dd::
2605:a401:82e2::
2605:a401:82e9::
2605:a401:82ed::
2605:a401:82f3::
2605:a401:82f6::
2605:a401:82ff::
2605:a401:8635::
2605:a401:8702::
2605:a401:8706::
2605:a401:870a::
2605:a401:870c::
2605:a401:870e::
2605:a401:8712::
2605:a401:8719::
2605:a401:871e::
2605:a401:8720::
2605:a401:8733::
2605:a401:8737::
2605:a401:8743::
2605:a401:874b::
2605:a401:874d::
2605:a401:8754::
2605:a401:8757::
2605:a401:8759::
2605:a401:875d::
2605:a401:8768::
2605:a401:876c::
2605:a401:876e::
2605:a401:8777::
2605:a401:877f::
2605:a401:8784::
2605:a401:8787::
2605:a401:878a::
2605:a401:878e::
2605:a401:87aa::
2605:a401:87ad::
2605:a401:87b3::
2605:a401:87ba::
2605:a401:87bf::
2605:a401:87c6::
2605:a401:87d4::
2605:a401:87d8::
2605:a401:87dc::
2605:a401:87df::
2605:a401:87e1::
2605:a401:87e4::
2605:a401:87ec::
2605:a401:87f1::
2605:a401:88b7::
2605:a401:8a02::
2605:a401:8a06::
2605:a401:8a08::
2605:a401:8a10::
2605:a401:8a13::
2605:a401:8a16::
2605:a401:8a1b::
2605:a401:8a22::
2605:a401:8a28::
2605:a401:8a2c::
2605:a401:8a33::
2605:a401:8a36::
2605:a401:8a38::
2605:a401:8a3a::
2605:a401:8a45::
2605:a401:8a4e::
2605:a401:8a50::
2605:a401:8a54::
2605:a401:8a57::
2605:a401:8a5a::
2605:a401:8a5e::
2605:a401:8a63::
2605:a401:8a69::
2605:a401:8a6d::
2605:a401:8a78::
2605:a401:8a7a::
2605:a401:8a7c::
2605:a401:8a80::
2605:a401:8a86::
2605:a401:8a93::
2605:a401:8a95::
2605:a401:8a98::
2605:a401:8ab1::
2605:a401:8ab3::
2605:a401:8ab7::
2605:a401:8abb::
2605:a401:8abd::
2605:a401:8ac0::
2605:a401:8ac4::
2605:a401:8ad6::
2605:a401:8adb::
2605:a401:8aed::
2605:a401:8c93::
2605:a401:8cb7::
2605:a401:8d08::
2605:a401:8e3e::
2605:a401:8e9f::
2605:a401:8f02::
2605:a401:8f27::
2605:a401:8f2d::
2605:a401:8f41::
2605:a401:8f44::
2605:a401:8f51::
2605:a401:8f56::
2605:a401:8f59::
2605:a401:8f61::
2605:a401:8f67::
2605:a401:8f6b::
2605:a401:8f85::
2605:a401:8f9b::
2605:a401:8f9d::
2605:a401:8fa2::
2605:a401:8fa5::
2605:a401:8fac::
2605:a401:8fb7::
2605:a401:8fbf::
2605:a401:8fc3::
2605:a401:8fcd::
2605:a401:8fd5::
2605:a401:8fe1::
2605:a401:8fe6::
2605:a401:8ff2::
2605:a404:6::
2605:a404:8::

2605:a404:f::
2605:a404:12::
2605:a404:14::
2605:a404:17::
2605:a404:1d::
2605:a404:2d::
2605:a404:30::
2605:a404:35::
2605:a404:38::
2605:a404:3c::
2605:a404:3f::
2605:a404:4f::
2605:a404:51::
2605:a404:55::
2605:a404:5b::
2605:a404:5e::
2605:a404:60::
2605:a404:66::
2605:a404:6c::
2605:a404:71::
2605:a404:7d::
2605:a404:8b::
2605:a404:95::
2605:a404:9a::
2605:a404:a0::
2605:a404:a2::
2605:a404:a4::
2605:a404:a6::
2605:a404:a9::
2605:a404:ab::
2605:a404:ad::
2605:a404:b3::
2605:a404:b7::
2605:a404:bc::
2605:a404:c3::
2605:a404:ce::
2605:a404:d7::
2605:a404:db::
2605:a404:df::
2605:a404:e4::
2605:a404:ea::
2605:a404:ec::
2605:a404:f6::
2605:a404:f8::
2605:a404:fc::
2605:a404:ff::
2605:a404:404::
2605:a404:40a::
2605:a404:40e::
2605:a404:413::
2605:a404:417::
2605:a404:419::
2605:a404:424::
2605:a404:42b::
2605:a404:430::
2605:a404:432::
2605:a404:437::
2605:a404:43a::
2605:a404:442::
2605:a404:445::
2605:a404:447::
2605:a404:44d::
2605:a404:450::
2605:a404:456::
2605:a404:45a::
2605:a404:45f::
2605:a404:461::
2605:a404:466::
2605:a404:470::
2605:a404:473::
2605:a404:475::
2605:a404:47f::
2605:a404:484::
2605:a404:486::
2605:a404:48d::
2605:a404:494::
2605:a404:4a6::
2605:a404:4ae::
2605:a404:4b0::
2605:a404:4b5::
2605:a404:4b9::
2605:a404:4bf::
2605:a404:4c5::
2605:a404:4c7::
2605:a404:4ca::
2605:a404:4cc::
2605:a404:4d2::
2605:a404:4d6::
2605:a404:4d8::
2605:a404:4dd::
2605:a404:4e0::
2605:a404:4e3::
2605:a404:4e7::
2605:a404:4e9::
2605:a404:4f0::
2605:a404:4f2::
2605:a404:4f4::
2605:a404:4f8::
2605:a404:4fb::
2605:a404:500::
2605:a404:502::
2605:a404:504::
2605:a404:506::
2605:a404:508::
2605:a404:50a::
2605:a404:50c::
2605:a404:511::
2605:a404:518::
2605:a404:522::
2605:a404:525::
2605:a404:52b::
2605:a404:543::
2605:a404:546::
2605:a404:553::
2605:a404:555::
2605:a404:559::
2605:a404:56a::
2605:a404:570::
2605:a404:577::
2605:a404:589::
2605:a404:5a4::
2605:a404:5ab::
2605:a404:5b1::
2605:a404:5bc::
2605:a404:5bf::
2605:a404:5c6::
2605:a404:5cd::
2605:a404:5d1::
2605:a404:5d4::
2605:a404:5da::
2605:a404:5e0::
2605:a404:5e3::
2605:a404:5ea::
2605:a404:5ec::
2605:a404:5f0::
2605:a404:5f2::
2605:a404:603::
2605:a404:605::
2605:a404:607::
2605:a404:60a::
2605:a404:60e::
2605:a404:611::
2605:a404:61d::
2605:a404:61f::
2605:a404:62c::
2605:a404:633::
2605:a404:635::
2605:a404:637::

2605:a404:63e::
2605:a404:649::
2605:a404:64c::
2605:a404:651::
2605:a404:65a::
2605:a404:65e::
2605:a404:661::
2605:a404:663::
2605:a404:672::
2605:a404:676::
2605:a404:67a::
2605:a404:683::
2605:a404:689::
2605:a404:68b::
2605:a404:68d::
2605:a404:692::
2605:a404:698::
2605:a404:69b::
2605:a404:6a1::
2605:a404:6a3::
2605:a404:6a5::
2605:a404:6a9::
2605:a404:6af::
2605:a404:6b2::
2605:a404:6b6::
2605:a404:6c1::
2605:a404:6c6::
2605:a404:6c8::
2605:a404:6cc::
2605:a404:6d4::
2605:a404:6da::
2605:a404:6e3::
2605:a404:6e5::
2605:a404:6f5::
2605:a404:6fa::
2605:a404:700::
2605:a404:7bd::
2605:a404:801::
2605:a404:806::
2605:a404:809::
2605:a404:80d::
2605:a404:812::
2605:a404:81a::
2605:a404:81d::
2605:a404:81f::
2605:a404:822::
2605:a404:827::
2605:a404:82d::
2605:a404:831::
2605:a404:834::
2605:a404:838::
2605:a404:83d::
2605:a404:842::
2605:a404:844::
2605:a404:846::
2605:a404:84a::
2605:a404:84c::
2605:a404:84e::
2605:a404:852::
2605:a404:854::
2605:a404:856::
2605:a404:85a::
2605:a404:85c::
2605:a404:860::
2605:a404:86b::
2605:a404:86f::
2605:a404:875::
2605:a404:87b::
2605:a404:880::
2605:a404:883::
2605:a404:887::
2605:a404:893::
2605:a404:89b::
2605:a404:8a2::
2605:a404:8aa::
2605:a404:8b0::
2605:a404:8b2::
2605:a404:8b8::
2605:a404:8c2::
2605:a404:8c7::
2605:a404:8cc::
2605:a404:8d5::
2605:a404:8de::
2605:a404:8e4::
2605:a404:8e7::
2605:a404:8ef::
2605:a404:8f1::
2605:a404:a22::
2605:a404:a34::
2605:a404:afc::
2605:a404:b0c::
2605:a404:b1f::
2605:a404:b26::
2605:a404:b39::
2605:a404:b3f::
2605:a404:b48::
2605:a404:b51::
2605:a404:b55::
2605:a404:b5d::
2605:a404:b62::
2605:a404:b6e::
2605:a404:b74::
2605:a404:b7c::
2605:a404:b85::
2605:a404:b92::
2605:a404:b94::
2605:a404:b9c::
2605:a404:ba2::
2605:a404:ba7::
2605:a404:bad::
2605:a404:bb4::
2605:a404:bbb::
2605:a404:bc8::
2605:a404:bcd::
2605:a404:be1::
2605:a404:be5::
2605:a404:bef::
2605:a404:bf5::
2605:a404:bfa::
2605:a404:d01::
2605:a404:d0a::
2605:a404:d14::
2605:a404:d23::
2605:a404:d33::
2605:a404:d35::
2605:a404:d3d::
2605:a404:d41::
2605:a404:d48::
2605:a404:d4b::
2605:a404:d61::
2605:a404:d68::
2605:a404:d72::
2605:a404:d7c::
2605:a404:d7e::
2605:a404:d80::
2605:a404:d88::
2605:a404:d8c::
2605:a404:d91::
2605:a404:d94::
2605:a404:d96::
2605:a404:da6::
2605:a404:da9::
2605:a404:dac::
2605:a404:db9::
2605:a404:dbe::
2605:a404:dc9::
2605:a404:dd8::
2605:a404:ddc::

2605:a404:de4::
2605:a404:de7::
2605:a404:df1::
2605:a404:dfc::
2605:a404:dfe::
2605:a404:e18::
2605:a404:e1b::
2605:a404:e26::
2605:a404:e2d::
2605:a404:e33::
2605:a404:e36::
2605:a404:e39::
2605:a404:e43::
2605:a404:e4c::
2605:a404:e54::
2605:a404:e5a::
2605:a404:e5d::
2605:a404:e5f::
2605:a404:e69::
2605:a404:e74::
2605:a404:e84::
2605:a404:e90::
2605:a404:e92::
2605:a404:e97::
2605:a404:ea3::
2605:a404:eab::
2605:a404:eaf::
2605:a404:eb5::
2605:a404:eca::
2605:a404:ed8::
2605:a404:edf::
2605:a404:ee3::
2605:a404:eee::
2605:a404:ef9::
2605:a404:efd::
2605:a404:f10::
2605:a404:f13::
2605:a404:f2c::
2605:a404:f3d::
2605:a404:f41::
2605:a404:f45::
2605:a404:f48::
2605:a404:f61::
2605:a404:f6e::
2605:a404:f71::
2605:a404:f7d::
2605:a404:f81::
2605:a404:f88::
2605:a404:f91::
2605:a404:f93::
2605:a404:fa1::
2605:a404:fac::
2605:a404:faf::
2605:a404:fb8::
2605:a404:fc5::
2605:a404:fc9::
2605:a404:fd4::
2605:a404:fe1::
2605:a404:fe4::
2605:a404:fec::
2605:a404:ff4::
2605:a404:1101::
2605:a404:1106::
2605:a404:1116::
2605:a404:1119::
2605:a404:111e::
2605:a404:1125::
2605:a404:112f::
2605:a404:1131::
2605:a404:1139::
2605:a404:1166::
2605:a404:1168::
2605:a404:1171::
2605:a404:1175::
2605:a404:118f::
2605:a404:1193::
2605:a404:1199::
2605:a404:119b::
2605:a404:11a2::
2605:a404:11a7::
2605:a404:11aa::
2605:a404:11ac::
2605:a404:11b1::
2605:a404:11b3::
2605:a404:11b5::
2605:a404:11b8::
2605:a404:11ba::
2605:a404:11ce::
2605:a404:11d1::
2605:a404:11d6::
2605:a404:11d9::
2605:a404:11db::
2605:a404:11df::
2605:a404:1200::
2605:a404:1203::
2605:a404:1205::
2605:a404:1209::
2605:a404:120f::
2605:a404:1221::
2605:a404:122a::
2605:a404:1236::
2605:a404:124c::
2605:a404:1261::
2605:a404:126a::
2605:a404:126f::
2605:a404:1286::
2605:a404:1292::
2605:a404:129b::
2605:a404:12a2::
2605:a404:12b1::
2605:a404:12b6::
2605:a404:12bc::
2605:a404:12cd::
2605:a404:12cf::
2605:a404:12d6::
2605:a404:12e2::
2605:a404:12ea::
2605:a404:1300::
2605:a404:1501::
2605:a404:1509::
2605:a404:1512::
2605:a404:1515::
2605:a404:151a::
2605:a404:1520::
2605:a404:1529::
2605:a404:153d::
2605:a404:1542::
2605:a404:154e::
2605:a404:1551::
2605:a404:1581::
2605:a404:1589::
2605:a404:158c::
2605:a404:158f::
2605:a404:1594::
2605:a404:1599::
2605:a404:159d::
2605:a404:15a3::
2605:a404:15a5::
2605:a404:15a9::
2605:a404:15b1::
2605:a404:15b4::
2605:a404:15b9::
2605:a404:15c2::
2605:a404:15c6::
2605:a404:15c9::
2605:a404:15cd::
2605:a404:15d1::
2605:a404:15d4::

2605:a404:15df::
2605:a404:1600::
2605:a404:1701::
2605:a404:171a::
2605:a404:171d::
2605:a404:1721::
2605:a404:1724::
2605:a404:172f::
2605:a404:1733::
2605:a404:174c::
2605:a404:1781::
2605:a404:1784::
2605:a404:1791::
2605:a404:1795::
2605:a404:179a::
2605:a404:179c::
2605:a404:17c0::
2605:a404:17c2::
2605:a404:17c8::
2605:a404:17cb::
2605:a404:17ce::
2605:a404:17e1::
2605:a404:17e9::
2605:a404:1800::
2605:a404:1804::
2605:a404:1808::
2605:a404:180c::
2605:a404:1816::
2605:a404:181d::
2605:a404:1821::
2605:a404:1825::
2605:a404:1827::
2605:a404:182b::
2605:a404:1831::
2605:a404:1835::
2605:a404:183e::
2605:a404:1846::
2605:a404:184e::
2605:a404:1855::
2605:a404:185a::
2605:a404:1861::
2605:a404:1863::
2605:a404:1871::
2605:a404:1876::
2605:a404:187a::
2605:a404:1886::
2605:a404:1895::
2605:a404:189b::
2605:a404:18a0::
2605:a404:18a5::
2605:a404:18ab::
2605:a404:18b0::
2605:a404:18b9::
2605:a404:18be::
2605:a404:18dd::
2605:a404:1900::
2605:a404:1abc::
2605:a404:1d00::
2605:a404:2000::
2605:a404:2219::
2605:a404:2367::
2605:a404:23cc::
2605:a404:24b3::
2605:a404:2629::
2605:a404:264e::
2605:a404:2a1a::
2605:a404:2b45::
2605:a404:2ba0::
2605:a404:2dae::
2605:a404:2e02::
2605:a404:2e07::
2605:a404:2e09::
2605:a404:2e18::
2605:a404:2e47::
2605:a404:2e4b::
2605:a404:2e54::
2605:a404:2e63::
2605:a404:2e72::
2605:a404:2e78::
2605:a404:2e80::
2605:a404:2e8a::
2605:a404:2e96::
2605:a404:2e9e::
2605:a404:2ea3::
2605:a404:2ea5::
2605:a404:3100::
2605:a404:3700::
2605:a404:3900::
2605:a404:3c00::
2605:a404:3e00::
2605:a404:4300::
2605:a404:4600::
2605:a404:4900::
2605:a404:4c00::
2605:a404:4f00::
2605:a404:5100::
2605:a404:5600::
2605:a404:5800::
2605:a404:5d00::
2605:a404:6200::
2605:a404:6500::
2605:a404:6700::
2605:a404:6900::
2605:a404:6b00::
2605:a404:6d00::
2605:a404:7300::
2605:a404:7500::
2605:a404:7c00::
2605:a404:8200::
2605:a404:8500::
2605:a404:8900::
2605:a404:8d00::
2605:a404:8f00::
2605:a404:9100::
2605:a404:9500::
2605:a404:9c00::
2605:a404:9f00::
2605:a404:a100::
2605:a404:a300::
2605:a404:a500::
2605:a404:a800::
2605:a404:ac00::
2605:a404:b100::
2605:a404:b500::
2605:a404:b900::
2605:a404:bd00::
2605:a404:bf00::
2605:a404:c500::
2605:a404:c800::
2605:a404:d000::
2605:a404:d200::
2605:a404:d600::
2605:a404:d800::
2605:a404:e000::
2605:a404:e200::
2605:a404:ec00::
2605:a404:ee00::
2605:a404:f400::
2605:a404:fc00::
2605:a404:fe00::
2605:a40a::
2605:a40a:6::
2605:a40a:8::
2605:a40a:c::
2605:a40a:13::
2605:a40a:16::
2605:a40a:19::
2605:a40a:1e::

2605:a40a:21::
2605:a40a:27::
2605:a40a:2f::
2605:a40a:34::
2605:a40a:3f::
2605:a40a:47::
2605:a40a:49::
2605:a40a:4b::
2605:a40a:54::
2605:a40a:56::
2605:a40a:59::
2605:a40a:5b::
2605:a40a:63::
2605:a40a:68::
2605:a40a:6e::
2605:a40a:75::
2605:a40a:78::
2605:a40a:7e::
2605:a40a:85::
2605:a40a:88::
2605:a40a:8d::
2605:a40a:8f::
2605:a40a:93::
2605:a40a:99::
2605:a40a:9d::
2605:a40a:a0::
2605:a40a:c2::
2605:a40a:c5::
2605:a40a:cb::
2605:a40a:cf::
2605:a40a:e9::
2605:a40a:fa::
2605:a40a:110::
2605:a40a:125::
2605:a40a:186::
2605:a40a:1b3::
2605:a40a:1b6::
2605:a40a:214::
2605:a40a:22d::
2605:a40a:23f::
2605:a40a:283::
2605:a40a:304::
2605:a40a:42e::
2605:a40a:485::
2605:a40a:4ca::
2605:a40a:501::
2605:a40a:52d::
2605:a40a:587::
2605:a40a:592::
2605:a40a:5c7::
2605:a40a:682::
2605:a7c0:16::
2605:a900:1005::
2605:ad80:10::
2605:ad80:14::
2605:ad80:a0::
2605:ad80:c0::
2605:ad80:ffee::
2605:af40:2::
2605:b240::
2605:b540::
2605:c1c0::
2605:c4c0::
2605:cf40::
2605:d100::
2605:d100:b000::
2605:db00::
2605:dcc0::
2605:dd40:fb6::
2605:dd40:5215::
2605:dd40:8206::
2605:e700::
2605:eac0::
2605:ed00:492b::
2605:ed00:8218::
2605:ef80:400b::
2605:ef80:c02c::
2605:f300::
2605:f500:109::
2605:f800::
2605:f940::
2605:fb80:e200::
2605:fbc0::
2606:40:2043::
2606:40:2061::
2606:40:2141::
2606:40:214e::
2606:5c0::
2606:15c0::
2606:1980:4::
2606:1a40:100c::
2606:1d40::
2606:2040::
2606:2040:4000::
2606:2400::
2606:2400:55::
2606:2ac0:8001::
2606:3080::
2606:31c0::
2606:3440:1::
2606:3480::
2606:3680::
2606:3a80:1300::
2606:3a80:2400::
2606:3b80::
2606:3bc0::
2606:3d40::
2606:3d40:4::
2606:3d40:b::
2606:3d40:e::
2606:3d40:11::
2606:3d40:16::
2606:3d40:1b::
2606:3d40:3401::
2606:3d40:3703::
2606:3d40:3706::
2606:3d40:3b01::
2606:3d40:3c01::
2606:3d40:4001::
2606:3d40:4c01::
2606:3d40:5201::
2606:3d40:5d03::
2606:3d40:5d07::
2606:4700:a1::
2606:4700:4048::
2606:4d80:1300::
2606:4d80:1306::
2606:4d80:1308::
2606:4d80:130c::
2606:4f80::
2606:5000:600::
2606:5000:e00::
2606:5000:1600::
2606:5000:1e00::
2606:5000:2e00::
2606:5000:3100::
2606:5000:3a00::
2606:5000:3e00::
2606:5000:4200::
2606:5000:5000::
2606:5000:5400::
2606:5000:5900::
2606:5000:5e00::
2606:5000:6100::
2606:5000:f300::
2606:53c0::
2606:54c0:6b10::
2606:55c0::
2606:6340::
2606:65c0:20::
2606:6840::
2606:6c00:208::
2606:6f00::
2606:7140:400::2
2606:7fc0::
2606:7fc0:ffff::
2606:8180:4000::
2606:82c0:3000::
2606:82c0:e003::
2606:84c0::
2606:9840::
2606:9a00::
2606:9c00::
2606:9cc0::
2606:a540::
2606:a5c0:1::
2606:ad40::
2606:ae40::
2606:b440::
2606:bd00::
2606:c7c0:120::
2606:cf40::
2606:d140::
2606:d3c0::
2606:d940::
2606:e480:300::
2606:e5c0::
2606:ed00::
2606:ed00:2::
2606:ed00:5::
2606:f100:40fc::
2606:f188:5::
2606:f240:5::
2606:fc40:40::
2606:fe80::
2606:fe80:20::
2606:fe80:60::
2607:700::
2607:700:1200::
2607:700:1600::
2607:740:3a::
2607:740:3d::
2607:740:81::
2607:9c0::
2607:14c0::
2607:1640::
2607:1640:53::
2607:1640:58::
2607:1640:63::
2607:1640:76::
2607:1640:146::
2607:1640:244::
2607:1640:99a::
2607:1640:1038::
2607:1680::
2607:1740::
2607:1740:3000::
2607:1880:1400::
2607:1fc0::
2607:2040:100::
2607:2040:126::
2607:2100::
2607:2440::
2607:2ec0:1000::
2607:2ec0:5000::
2607:2ec0:a000::
2607:3200::
2607:3200:2::
2607:3200:10::
2607:3200:12::
2607:3800::
2607:3940::
2607:3c40:1000::
2607:3c40:10f4::
2607:3c40:1100::
2607:3c40:11f4::
2607:3c40:11fc::
2607:3c40:2000::
2607:3d04:8000::
2607:3d04:c000::
2607:3d07:4000::
2607:3d07:6000::
2607:3d0a:1000::
2607:3d0a:1800::
2607:3d0a:6800::
2607:3d0a:9000::
2607:3d0a:9800::
2607:3d0a:e800::
2607:3d0d:9000::
2607:3d0d:9800::
2607:3d0d:e800::
2607:3d0d:ec00::
2607:3f40:ff30::
2607:49c0::
2607:4c80::
2607:4d00:8000::
2607:4e00::
2607:5000::
2607:53c0::
2607:5400::
2607:5580::
2607:5b00::
2607:5cc0::
2607:61c0::
2607:61c0:5::
2607:61c0:600::
2607:61c0:1300::
2607:61c0:1500::
2607:66c0::
2607:66c0:f04::
2607:66c0:f06::
2607:6940::
2607:69c0:7fff::
2607:6b80:64::
2607:6b80:6d::
2607:6c40:2c00::
2607:6c40:6040::
2607:6c40:6400::
2607:6c40:6800::
2607:6c40:c420::
2607:6c40:c440::
2607:6c40:c800::
2607:6c40:d400::
2607:6c40:dc00::
2607:6c40:e400::
2607:6c40:e420::
2607:6c40:ec00::
2607:6c40:ec20::
2607:6c40:f000::
2607:6c40:f400::
2607:6c40:f460::
2607:6c40:f800::
2607:7400::
2607:7d40::
2607:7d40:5000::
2607:8000::
2607:8040::
2607:8180::
2607:8f40::
2607:91c0::
2607:9540:f::
2607:9540:3f::
2607:9840::
2607:9840:5::
2607:9b40::
2607:a100::
2607:a100:1fd9::
2607:a2c0:800::
2607:a540::
2607:a540:300::
2607:a540:a400::
2607:a680:4::
2607:a740::
2607:b3c0:20::
2607:b840::
2607:b840:2400::
2607:b840:3200::
2607:b840:3a00::
2607:b940:8::
2607:c240::
2607:c300::
2607:c340::
2607:c9c0:110::
2607:c9c0:410::
2607:cc00:20::
2607:cfc0::
2607:d400::
2607:d400:3::
2607:dec0::
2607:e2c0::
2607:e2c0:8::
2607:e4c0:2::
2607:e580::
2607:ec80:1000::
2607:f098::
2607:f098:200::
2607:f098:400::
2607:f098:900::
2607:f098:c00::
2607:f098:1000::
2607:f098:2200::
2607:f098:2400::
2607:f098:2600::
2607:f098:2a00::
2607:f098:3400::
2607:f098:3600::
2607:f098:4000::
2607:f098:4900::
2607:f098:4f00::
2607:f098:5300::
2607:f098:5700::
2607:f098:5a00::
2607:f098:5e00::
2607:f098:6300::
2607:f098:6c00::
2607:f098:7000::
2607:f098:7600::
2607:f098:7c00::
2607:f098:7e00::
2607:f098:8500::
2607:f098:8a00::
2607:f098:9100::
2607:f098:9300::
2607:f098:9a00::
2607:f098:a800::
2607:f098:ab00::
2607:f098:b300::
2607:f098:b700::
2607:f098:b900::
2607:f098:c000::
2607:f098:c400::
2607:f098:c700::
2607:f098:ca00::
2607:f098:cc00::
2607:f098:d200::
2607:f098:d400::
2607:f098:db00::
2607:f098:de00::
2607:f098:e200::
2607:f098:e400::
2607:f098:e600::
2607:f098:e900::
2607:f098:ec00::
2607:f098:f000::
2607:f098:f300::
2607:f098:f700::
2607:f098:f900::
2607:f110::
2607:f110:2::
2607:f110:83::
2607:f110:140::
2607:f110:a000::
2607:f110:fffd::
2607:f110:ffff::
2607:f128:1::
2607:f128:42::
2607:f128:4b::
2607:f138::
2607:f170::
2607:f170:60::
2607:f170:140::
2607:f170:180::
2607:f170:8000:7::
2607:f178:1::
2607:f178:6::
2607:f178:11::
2607:f208:8::
2607:f2c8::
2607:f368:f::
2607:f368:4500::
2607:f3b8::
2607:f3c8::
2607:f3f0::
2607:f3f0:2::
2607:f3f0:1000::
2607:f3f0:1300::
2607:f3f0:1500::
2607:f3f0:1800::
2607:f3f0:1f00::
2607:f3f0:2300::
2607:f3f0:3200::
2607:f408::
2607:f408:2::
2607:f408:18::
2607:f408:1012::
2607:f408:1018::
2607:f438::
2607:f4c8::
2607:f528::
2607:f5b6::
2607:f5d8::
2607:f5d8:11::
2607:f5e0::
2607:f6f0:a000::
2607:f710:36::
2607:f740:17::
2607:f740:27::
2607:f740:57::
2607:f740:e614::
2607:f750:700::
2607:f750:70b::
2607:f750:70d::
2607:f750:9012::
2607:f750:9016::
2607:f750:901a::
2607:f750:9021::
2607:f750:9033::
2607:f750:9040::
2607:f750:9051::
2607:f750:9054::
2607:f750:905e::
2607:f750:9075::
2607:f750:907a::
2607:f750:907c::
2607:f750:907e::
2607:f750:9100::
2607:f758:4200::
2607:f758:4300::
2607:f758:5200::
2607:f758:c200::
2607:f7a0:e::
2607:f7a0:1b::
2607:f7e8::
2607:f828::
2607:f998:80::
2607:f9a8::
2607:f9a8:700::
2607:f9a8:900::
2607:f9a8:1002::
2607:f9a8:1004::
2607:f9a8:1006::
2607:f9a8:100e::
2607:f9a8:1012::
2607:f9a8:1016::
2607:f9a8:1018:200::
2607:f9a8:101c:200::
2607:f9a8:1022::
2607:f9a8:1028:200::
2607:f9a8:102c:200::
2607:f9a8:1030:200::
2607:f9a8:1034:200::
2607:f9a8:1038:200::
2607:f9a8:103c:200::
2607:f9a8:1042::
2607:f9a8:1044:200::
2607:f9a8:1048:200::
2607:f9a8:104c:200::
2607:f9a8:1050:200::
2607:f9a8:1054:200::
2607:f9a8:1058:200::
2607:f9a8:1060:200::
2607:f9a8:1064:200::
2607:f9a8:1068:200::
2607:f9a8:106c:200::
2607:f9a8:1070:200::
2607:f9a8:1074:200::
2607:f9a8:1078:200::
2607:f9a8:107c:200::
2607:f9a8:1086::
2607:f9a8:108a::
2607:f9a8:1092::
2607:f9a8:1098:200::
2607:f9a8:10a2::
2607:f9a8:10a8:200::
2607:f9a8:10b0:200::
2607:f9a8:10b4:100::
2607:f9a8:10b8:200::
2607:f9a8:10c2::
2607:f9a8:10c8:200::
2607:f9a8:10d0:200::
2607:f9a8:10d4:200::
2607:f9a8:10d8:200::
2607:f9a8:10e0:200::
2607:f9a8:10e4:200::
2607:f9a8:10f0:200::
2607:f9a8:10f4:200::
2607:f9a8:10f8:200::
2607:f9a8:3600::
2607:f9a8:3e00::
2607:f9a8:7300::
2607:f9a8:f700::
2607:fb58:a000::
2607:fb90:100::
2607:fb90:380::
2607:fb90:3a0::
2607:fb90:3e0::
2607:fb90:880::
2607:fb90:8c0::
2607:fb90:8f0::
2607:fb90:950::
2607:fb90:9a0::
2607:fb90:9e0::
2607:fb90:a50::
2607:fb90:aa0::
2607:fb90:ae0::
2607:fb90:b70::
2607:fb90:ba0::
2607:fb90:be0::
2607:fb90:c70::
2607:fb90:cc0::
2607:fb90:ce0::
2607:fb90:d50::
2607:fb90:db0::
2607:fb90:df0::
2607:fb90:1040::
2607:fb90:10e0::
2607:fb90:1350::
2607:fb90:13a0::
2607:fb90:13e0::
2607:fb90:1850::
2607:fb90:18a0::
2607:fb90:18e0::
2607:fb90:1a40::
2607:fb90:1b50::
2607:fb90:1bb0::
2607:fb90:1be0::
2607:fb90:1d50::
2607:fb90:1de0::
2607:fb90:1ea0::
2607:fb90:1ee0::
2607:fb90:2050::
2607:fb90:20a0::
2607:fb90:20e0::
2607:fb90:2380::
2607:fb90:2398::
2607:fb90:239b::
2607:fb90:239f::
2607:fb90:23a3::
2607:fb90:23a7::
2607:fb90:23ab::
2607:fb90:23b0::
2607:fb90:23e0::
2607:fb90:2500::
2607:fb90:2834::
2607:fb90:2890::
2607:fb90:28f0::
2607:fb90:2950::
2607:fb90:29a0::
2607:fb90:29e0::
2607:fb90:2a40::
2607:fb90:2af0::
2607:fb90:2b50::
2607:fb90:2ba0::
2607:fb90:2be0::
2607:fb90:2e50::
2607:fb90:2ea0::
2607:fb90:2ee0::
2607:fb90:30f0::
2607:fb90:3140::
2607:fb90:32c0::
2607:fb90:3660::
2607:fb90:38c0::
2607:fb90:3a60::
2607:fb90:3b90::
2607:fb90:3e00::
2607:fb90:3e07::
2607:fb90:3e0e::
2607:fb90:3e13::
2607:fb90:3e1a::
2607:fb90:3e1c::
2607:fb90:3e1f::
2607:fb90:3e21::

2607:fb90:3e25::
2607:fb90:3e28::
2607:fb90:3e2a::
2607:fb90:3e31::
2607:fb90:3e38::
2607:fb90:3e46::
2607:fb90:3e51::
2607:fb90:3e57::
2607:fb90:3e5f::
2607:fb90:3e87::
2607:fb90:3e8e::
2607:fb90:3e91::
2607:fb90:3e94::
2607:fb90:3e9c::
2607:fb90:3ea3::
2607:fb90:3ea9::
2607:fb90:3ead::
2607:fb90:3ed6::
2607:fb90:3f61::
2607:fb90:4000::
2607:fb90:4209::
2607:fb90:4287::
2607:fb90:4289::
2607:fb90:4410::
2607:fb90:4470::
2607:fb90:44d0::
2607:fb90:4610::
2607:fb90:4670::
2607:fb90:46d0::
2607:fb90:4930::
2607:fb90:4b30::
2607:fb90:4bc0::
2607:fb90:4c10::
2607:fb90:4c70::
2607:fb90:4cd0::
2607:fb90:4d20::
2607:fb90:4e10::

2607:fb90:4e70::
2607:fb90:4ef0::
2607:fb90:5027::
2607:fb90:50c0::
2607:fb90:50cb::
2607:fb90:516c::
2607:fb90:5170::
2607:fb90:5178::
2607:fb90:518d::
2607:fb90:5191::
2607:fb90:5197::
2607:fb90:519a::
2607:fb90:519d::
2607:fb90:51a1::
2607:fb90:51aa::
2607:fb90:51af::
2607:fb90:51b7::
2607:fb90:51ba::
2607:fb90:5210::
2607:fb90:5270::
2607:fb90:52d0::
2607:fb90:5410::
2607:fb90:5470::
2607:fb90:54e0::
2607:fb90:5610::
2607:fb90:5920::
2607:fb90:5a10::
2607:fb90:5a70::
2607:fb90:5b20::
2607:fb90:5dc0::
2607:fb90:6010::
2607:fb90:6070::
2607:fb90:60d0::
2607:fb90:6130::
2607:fb90:615e::
2607:fb90:6363::
2607:fb90:6374::

2607:fb90:637e::
2607:fb90:6390::
2607:fb90:6393::
2607:fb90:639b::
2607:fb90:639e::
2607:fb90:63ac::
2607:fb90:63af::
2607:fb90:63b1::
2607:fb90:63b7::
2607:fb90:6520::
2607:fb90:6610::
2607:fb90:66f0::
2607:fb90:6730::
2607:fb90:6920::
2607:fb90:7010::
2607:fb90:7070::
2607:fb90:70d0::
2607:fb90:7210::
2607:fb90:7270::
2607:fb90:72c0::
2607:fb90:752b::
2607:fb90:7563::
2607:fb90:75e2::
2607:fb90:75fa::
2607:fb90:7630::
2607:fb90:7900::
2607:fb90:7963::
2607:fb90:7cd0::
2607:fb90:7d30::
2607:fb90:7d90::
2607:fb90:7df0::
2607:fb90:7ef0::
2607:fb90:8410::
2607:fb90:8470::
2607:fb90:84d0::
2607:fb90:8520::
2607:fb90:8610::

2607:fb90:8810::
2607:fb90:8950::
2607:fb90:8a9b::
2607:fb90:8c00::
2607:fb90:9000::
2607:fb90:9410::
2607:fb90:9470::
2607:fb90:94d0::
2607:fb90:9530::
2607:fb90:9590::
2607:fb90:95e0::
2607:fb90:9720::
2607:fb90:9810::
2607:fb90:9870::
2607:fb90:98f0::
2607:fb90:a306::
2607:fb90:a410::
2607:fb90:a470::
2607:fb90:a4d0::
2607:fb90:a4f0::
2607:fb90:a6b6::
2607:fb90:a6be::
2607:fb90:a730::
2607:fb90:a960::
2607:fb90:aba0::
2607:fb90:ae90::
2607:fb90:b090::
2607:fb90:b4c0::
2607:fb90:b6f0::
2607:fb90:b980::
2607:fb90:bad0::
2607:fb90:bc00::
2607:fb90:be00::
2607:fb90:be08::
2607:fb90:be14:c000::
2607:fb90:be19::
2607:fb90:be1e::

2607:fb90:be20::
2607:fb90:be28::
2607:fb90:be88::
2607:fb90:be8d::
2607:fb90:be92::
2607:fb90:be97::
2607:fb90:be9c::
2607:fb90:be9f::
2607:fb90:bea2::
2607:fb90:bea4::
2607:fb90:bea9::
2607:fb90:beac::
2607:fb90:beaf::
2607:fb90:becd::
2607:fb90:c000::
2607:fb90:c102:fff1::
2607:fb90:c105:fff1::
2607:fb90:c10b:fff1::
2607:fb90:c10d:fff1::
2607:fb90:c110:fff1::
2607:fb90:c112:fff1::
2607:fb90:c115:fff1::
2607:fb90:c117:fff1::
2607:fb90:c11a:fff1::
2607:fb90:c11c:fff1::
2607:fb90:c11f:fff1::
2607:fb90:c122:fff1::
2607:fb90:c124:fff1::
2607:fb90:c127:fff1::
2607:fb90:c129:fff1::
2607:fb90:c12c:fff1::
2607:fb90:c12f:fff1::
2607:fb90:c131:fff1::
2607:fb90:c135:fff1::
2607:fb90:c139:fff1::
2607:fb90:c13f::
2607:fb90:c142:fff1::

2607:fb90:c144:fff1::
2607:fb90:c147:4ce::
2607:fb90:c14c:fff1::
2607:fb90:c14e:fff1::
2607:fb90:c152:fff1::
2607:fb90:c154:fff1::
2607:fb90:c156:fff1::
2607:fb90:c15a:fff1::
2607:fb90:c15c:fff1::
2607:fb90:c210::
2607:fb90:c270::
2607:fb90:c320::
2607:fb90:c860::
2607:fb90:caa0::
2607:fb90:cca0::
2607:fb90:ce70::
2607:fb90:d0d0::
2607:fb90:d2d0::
2607:fb90:d4d0::
2607:fb90:d503::
2607:fb90:d50d::
2607:fb90:d511::
2607:fb90:d51f::
2607:fb90:d523::
2607:fb90:d528::
2607:fb90:d53f::
2607:fb90:d541::
2607:fb90:d54c::
2607:fb90:d55f::
2607:fb90:d58f::
2607:fb90:d5a0::
2607:fb90:d5a5::
2607:fb90:d5a9::
2607:fb90:d5ab::
2607:fb90:d5b2::
2607:fb90:d5cb::
2607:fb90:d5d5::

2607:fb90:d5d7::
2607:fb90:d630::
2607:fb90:d710::
2607:fb90:d72d::
2607:fb90:d78e::
2607:fb90:d792::
2607:fb90:d7a1::
2607:fb90:d8a0::
2607:fb90:dad0::
2607:fb90:dca0::
2607:fb90:dea0::
2607:fb90:e200::
2607:fb90:e400::
2607:fb90:e5d0::
2607:fb90:e7d0::
2607:fb90:eb40::
2607:fb90:ef00::
2607:fb90:ef23::
2607:fb90:f1a0::
2607:fb90:f390::
2607:fb90:f500::
2607:fb90:f670::
2607:fb90:f770::
2607:fb90:fb10::
2607:fb90:fc20::
2607:fb90:ff40::
2607:fb91:a4::
2607:fb91:c00::
2607:fb91:ca6::
2607:fb91:ce6::
2607:fb91:cef::
2607:fb91:f42::
2607:fb91:fc8::
2607:fb91:1800::
2607:fb91:181f::
2607:fb91:18e2::
2607:fb91:2800::

2607:fb91:3800::
2607:fb91:4e84::
2607:fb91:5200::
2607:fb91:528e:fbbf:8000::
2607:fb91:5291::
2607:fb91:8b21::
2607:fb91:8c00::
2607:fb91:8c80::
2607:fb92:900::
2607:fb92:1c00::
2607:fbb8::
2607:fbb8:2000::
2607:fbe0::
2607:fc48:430::
2607:fcd8::
2607:fdc0:940::
2607:fe20::
2607:fe50::
2607:fe60::
2607:feb8::
2607:fef8::
2607:ff18::
2607:ff18:81::
2607:ff18:a000::
2607:ff28:4::
2607:ff50::
2607:ff50:30::
2607:ff68:10::
2608:120::
2608:120:3::
2608:120:d::
2610:a1:3010::
2610:b0:41c2::
2610:128:9500::
2620:0:15e::
2620:0:1c0::
2620:0:360::

2620:0:600::
2620:0:6b0::
2620:0:920::
2620:0:c13::
2620:0:c30::
2620:0:ce0::
2620:0:1601::
2620:0:1606::
2620:0:2e40::
2620:0:5090::
2620:0:d500::
2620:4:a000::
2620:5:4000::
2620:6:4000::
2620:7:e000::
2620:b:c000::
2620:e:4000::
2620:11:48::
2620:11:52::
2620:11:62::
2620:11:72::
2620:11:a000::
2620:12:6000::
2620:16:2000::
2620:16:a000::
2620:17:4000::
2620:1b:e000::
2620:1c:6000::
2620:1d::
2620:1d:8000::
2620:1f:e000::
2620:20:a000::
2620:23:2001::
2620:26:a000::
2620:33:8000::
2620:36::
2620:36:e000::

2620:39:2000::
2620:3d:a000::
2620:3d:e000::
2620:3f:a000::
2620:42:2000::
2620:4d:4007::
2620:52:10::
2620:56:c000::
2620:5b::
2620:5c:2000::
2620:5e:a000::
2620:5e:a002::
2620:5f:2000::
2620:5f:6000::
2620:62:2000::
2620:70:e000::
2620:71:c000::
2620:74:2a::
2620:74:48::
2620:74:5f::
2620:74:7b::
2620:74:82::
2620:74:a6::
2620:74:aa::
2620:75:a000::
2620:76:8000::
2620:77:a000::
2620:79:6000::
2620:7a:c000::
2620:7b:2000::
2620:81:c000::
2620:83:2000::
2620:85:6000::
2620:85:a000::
2620:8d:a000::
2620:8f:e000::
2620:90:8000::

2620:91:8000::
2620:98:a002::
2620:9b:2000::
2620:9e:8000::
2620:a4:c040::
2620:a5:2000::
2620:ab:8000::
2620:ac:a000::
2620:af::
2620:b0:e000::
2620:b1::
2620:b4:6000::
2620:b7:e000::
2620:ba:4000::
2620:ba:e000::
2620:c1::
2620:c9:c000::
2620:cc:6000::
2620:db:e000::
2620:dc:8::
2620:dd:a000::
2620:e3:4000::
2620:e5:c000::
2620:ec::
2620:ef:c000::
2620:100:601d::
2620:101:a000::
2620:104::
2620:104:20::
2620:105:5000::
2620:107:9064::
2620:10b:c000::
2620:111:8000::
2620:111:8006::
2620:111:8008::
2620:111:800e::
2620:111:d002::

2620:114:b000::
2620:115:c00e::
2620:117:1000::
2620:119:13::
2620:11a:a03d::
2620:11a:a064::
2620:11a:d000::
2620:11b:e060::
2620:11b:e0a0::
2620:11b:e0c0::
2620:11d:1000::
2620:124::
2620:125:3000::
2620:125:b000::
2620:126:9000::
2620:127:3000::
2620:129:8000::
2620:129:e000::
2620:12d:a000::
2620:12d:d000::
2620:12e:1000::
2620:12e:1002::
2620:130:3000::
2620:130:e000::
2620:131:104b::
2620:134:a001::
2620:134:c000::
2620:134:c005::
2620:135:1000::
2620:135:3000::
2620:137:5000::
2620:137:c000::
2620:138:3010::
2620:138:3019::
2620:138:7000::
2620:139:b000::
2620:139:f000::

2620:13a:1000::
2620:13a:b001::
2620:13d:1000::
2620:13d:2060::
2620:13d:2062::
2620:13e:c000::
2620:149:9c7::
2620:149:a18::
2620:149:1366::
2620:149:1502::
2620:149:1c1c::
2620:149:1c69::
2620:149:1cf5::
2620:149:7000::
2620:14f::
2620:171:13::
2620:171:68::
2620:171:dd::
2620:171:fc::
2620:17b:5::
2620:1d1::
2631:80:2::
2631:9020:1000::
2631:9024:1000::
2800:1e0:2000::
2800:3d0:1000::
2800:3d0:1008:2::
2800:3d0:1028:100::
2800:3d0:1042::
2800:3d0:1044:200::
2800:3d0:1048:200::
2800:3d0:1050:200::
2800:3d0:1054:200::
2800:3d0:1058:8200::
2800:3d0:105a:200::
2800:3d0:105c:200::
2800:3d0:1060:200::

2800:3d0:1068:200::
2800:3d0:106c:200::
2800:3d0:1074:200::
2800:3d0:1078:200::
2800:3d0:107c:200::
2800:3d0:1080:800::
2800:3d0:10a0:100::
2800:3d0:10b0:200::
2800:3d0:10c1::
2800:3d0:10d0:200::
2800:3d0:10d8:100::
2800:3d0:10e8:200::
2800:3d0:10ec:200::
2800:3d0:111e::
2800:3d0:11c0::
2800:3d0:1200:200::
2800:3d0:1208:200::
2800:3d0:1210:200::
2800:3d0:1220:200::
2800:3d0:1230:100::
2800:ba0::
2800:ba0:4::
2800:ba0:10::
2800:ba0:12::
2801:162:1::
2801:162:4::
2801:1d1:1::
2801:1f0:401b::
2801:1f0:401d::
2801:1f0:4024::
2802:0:4c::
2803:1c80:b000::
2803:2320:40::
2803:4900::
2803:5c80:6001::
2803:bc00::
2803:d000::

2803:d8e0::
2803:fd80::
2a00:11c0:2c::
2a00:11c0:179a::
2a00:79e0:2c05::
2a00:79e1:f81::
2a00:79e1:48a6::
2a00:86c0:122::
2a00:86c0:2030::
2a00:86c0:2102::
2a00:86c0:800b::
2a00:86c0:8032::
2a00:aea0:200::
2a00:aea0:214::
2a00:d1a0:2::
2a00:f820:6::
2a01:298:fd::
2a01:5b0:2e::
2a01:7e04::
2a01:8840:c::
2a01:a860:3::
2a01:ad00:5::
2a01:b747:1c::
2a01:b747:f5::
2a01:b747:186::
2a02:b48:810a::
2a02:26f7:be::
2a02:26f7:126::
2a02:26f7:b214::
2a02:26f7:b25d:4000::
2a02:26f7:b388::
2a02:26f7:b38b:4000::
2a02:26f7:b440::
2a02:26f7:b4c2::
2a02:26f7:b502::
2a02:26f7:b542::
2a02:26f7:bd00::

2a02:26f7:bd01:4001::
2a02:26f7:bd05:4001::
2a02:26f7:bd09::
2a02:26f7:bd0d::
2a02:26f7:bd11::
2a02:26f7:bd14:4c8e::
2a02:26f7:bd41::
2a02:26f7:bd44:4a04::
2a02:26f7:bd49::
2a02:26f7:bd4d::
2a02:26f7:bd51::
2a02:26f7:bd81::
2a02:26f7:bd85::
2a02:26f7:bd89::
2a02:26f7:bd8d::
2a02:26f7:bdc1::
2a02:26f7:bdc3::
2a02:26f7:bdc4:4805::
2a02:26f7:bdc7::
2a02:26f7:bdc9::
2a02:26f7:bdca:4001::
2a02:26f7:bdcd::
2a02:26f7:bdd1::
2a02:26f7:bdd5::
2a02:26f7:be01::
2a02:26f7:be04:d560::
2a02:26f7:be09::
2a02:26f7:be0c:d560::
2a02:26f7:be11::
2a02:26f7:be41::
2a02:26f7:be44:4555::
2a02:26f7:be49::
2a02:26f7:be4d::
2a02:26f7:be51::
2a02:26f7:be81::
2a02:26f7:be84:43dc::
2a02:26f7:be89::

| |
|---|
| 2a02:26f7:be8d:: |
| 2a02:26f7:be90:43dc:: |
| 2a02:26f7:bec1:: |
| 2a02:26f7:bec3:: |
| 2a02:26f7:bec4:42cf:: |
| 2a02:26f7:bec9:: |
| 2a02:26f7:becd:: |
| 2a02:26f7:bed1:: |
| 2a02:26f7:bf02:: |
| 2a02:26f7:bfc4:: |
| 2a02:26f7:c042:: |
| 2a02:26f7:cc82:: |
| 2a02:26f7:e6c2:: |
| 2a02:26f7:e706:: |
| 2a02:26f7:e742:: |
| 2a02:26f7:e782:: |
| 2a02:26f7:e7c2:: |
| 2a02:26f7:e804:: |
| 2a02:26f7:e842:: |
| 2a02:26f7:e882:: |
| 2a02:26f7:e8c2:: |
| 2a02:26f7:e942:: |
| 2a02:26f7:e982:: |
| 2a02:26f7:e9c2:: |
| 2a02:26f7:ea42:: |
| 2a02:26f7:ea82:: |
| 2a02:26f7:eb42:: |
| 2a02:26f7:ebc2:: |
| 2a02:26f7:f6e8:: |
| 2a02:26f7:f702:: |
| 2a02:26f7:f743:: |
| 2a02:26f7:f783:: |
| 2a02:26f7:f803:: |
| 2a02:26f7:f842:: |
| 2a02:26f7:f882:: |
| 2a02:2892:53:: |
| 2a02:6ea0:1c00:: |
| 2a02:6ea0:cc00:: |
| 2a02:c6c1:f:: |
| 2a02:e982:56:: |
| 2a02:fe80:17:: |
| 2a03:1980:d2ff:: |
| 2a03:1980:d4ff:: |
| 2a03:2880:f02c:: |
| 2a03:2880:f12c:: |
| 2a03:2880:f22c:: |
| 2a03:2880:f332:: |
| 2a03:2880:f351:: |
| 2a03:2880:f362:: |
| 2a03:2880:f818:: |
| 2a03:2887:ff00:: |
| 2a03:2887:ff0a:: |
| 2a03:2887:ff20:: |
| 2a03:2887:ff27:: |
| 2a03:2887:ff64:: |
| 2a03:5180:4:: |
| 2a03:5180:b:: |
| 2a03:5840:13f:: |
| 2a03:83e0:e42:: |
| 2a03:83e0:f42:: |
| 2a03:83e0:1142:: |
| 2a03:83e0:1242:: |
| 2a03:90c0:c0:: |
| 2a03:90c0:510:: |
| 2a03:90c0:7c0:: |
| 2a03:9d40:600:: |
| 2a03:9fa0:: |
| 2a03:b8c0:30:: |
| 2a04:e00:5:: |
| 2a04:2f00:ff03:: |
| 2a04:4e40:1c31:: |
| 2a04:4e40:5e31:: |
| 2a04:4e40:6800:: |
| 2a04:4e40:6810:: |
| 2a04:4e40:6820:: |
| 2a04:4e40:6840:: |
| 2a04:4e40:6850:: |
| 2a04:4e40:68f0:: |
| 2a04:4e40:6c00:: |
| 2a04:4e40:6c10:: |
| 2a04:4e40:6c40:: |
| 2a04:4e40:6cf0:: |
| 2a04:4e40:7100:: |
| 2a04:4e40:7110:: |
| 2a04:4e40:7140:: |
| 2a04:4e40:7c00:: |
| 2a04:4e41:4c:: |
| 2a04:4e41:50:: |
| 2a04:4e41:601:: |
| 2a04:4e41:a01:: |
| 2a04:4e41:2a01:: |
| 2a04:4e41:3001:: |
| 2a04:4e41:3201:: |
| 2a04:4e41:3401:: |
| 2a04:4e41:3602:: |
| 2a04:4e41:3a02:: |
| 2a04:4e41:3a17:: |
| 2a04:4e41:3a3c:: |
| 2a04:4e41:3e01:: |
| 2a04:4e41:4401:: |
| 2a04:4e41:4a01:: |
| 2a04:4e41:7001:: |
| 2a04:4e41:7201:: |
| 2a04:4e42:3c:: |
| 2a04:4e42:57:: |
| 2a04:4e42:8f:: |
| 2a04:4e44:: |
| 2a04:4e44:101:: |
| 2a04:4e44:201:: |
| 2a04:4e44:301:: |
| 2a04:4e44:410:: |
| 2a04:4e44:501:: |
| 2a04:4e44:610:: |
| 2a04:b880:1:: |
| 2a04:c300:1000:: |
| 2a04:e4c0:76:: |
| 2a04:e4c0:94:: |
| 2a04:e4c4:41:: |
| 2a04:e802:b:: |
| 2a05:fc0:: |
| 2a05:9405:: |
| 2a05:dfc1:5f10:: |
| 2a05:dfc1:6bf3:: |
| 2a05:dfc4:171a:: |
| 2a05:dfc4:2126:: |
| 2a05:dfc4:2833:: |
| 2a06:1180:10:: |
| 2a06:35c4:100:: |
| 2a06:9801:1200:: |
| 2a06:9801:1202:: |
| 2a06:98c0:1c64:: |
| 2a06:98c0:1c68:: |
| 2a06:98c0:1c8d:: |
| 2a06:98c0:1c8f:: |
| 2a06:98c0:1c93:: |
| 2a06:9f81:290a:: |
| 2a06:9f81:2911:: |
| 2a06:a005:2ac0:: |
| 2a06:a180:a0:: |
| 2a06:de05:6035:: |
| 2a06:de05:6048:: |
| 2a06:de05:612b:: |
| 2a06:de05:61a0:: |
| 2a06:de05:6347:: |
| 2a06:de05:6372:: |
| 2a06:de05:63d2:: |
| 2a06:e480:: |
| 2a06:e881:140e:: |
| 2a06:e881:160e:: |
| 2a06:f880:: |
| 2a07:3b80:: |
| 2a07:3b80:4:: |
| 2a07:4cc1:: |
| 2a07:4cc6:: |
| 2a07:7800:11:: |
| 2a07:8080:2:: |
| 2a07:8086:: |
| 2a07:b8c1:27:: |
| 2a07:f6c1:: |
| 2a07:f6c5:: |
| 2a09:e06:: |
| 2a09:1d82:: |
| 2a09:2900:3000:: |
| 2a09:2900:8400:: |
| 2a09:43c0:: |
| 2a09:a702:a7:: |
| 2a09:bac0:17:: |
| 2a09:bac0:103:: |
| 2a09:bac0:155:: |
| 2a09:bac0:160:: |
| 2a09:bac2:6b10:: |
| 2a09:bac3:6b10:: |
| 2a09:bac5:6c10:: |
| 2a09:bac6:6c10:: |
| 2a09:bac6:d6d8:: |
| 2a09:bac6:d7c8:: |
| 2a09:bac6:dad8:: |
| 2a09:e683:8:: |
| 2a0a:1800:1a:: |
| 2a0a:2842:463:: |
| 2a0a:2d00:10:: |
| 2a0a:6040:98ff:: |
| 2a0a:6044:b340:: |
| 2a0a:8c45:: |
| 2a0b:21c1:6030:: |
| 2a0b:4343:51:: |
| 2a0c:2204:: |
| 2a0c:7881:100:: |
| 2a0c:7886:e4:: |
| 2a0c:8a47:8000:: |
| 2a0c:8fc3:8000:: |
| 2a0c:e680:5:: |
| 2a0d:6c2:30:: |
| 2a0d:5600:6:: |
| 2a0d:5600:a:: |
| 2a0d:5600:48:: |
| 2a0d:5600:5a:: |
| 2a0d:5600:62:: |
| 2a0d:5600:72:: |
| 2a0d:5600:106:: |
| 2a0d:5600:140:: |
| 2a0d:5600:202:: |
| 2a0d:5600:232:: |
| 2a0d:5600:2fc:: |
| 2a0d:6904:: |
| 2a0d:71c2:: |
| 2a0d:75c2:: |
| 2a0d:75c5:: |
| 2a0d:bf04:: |
| 2a0d:cd04:: |
| 2a0d:e5c0:: |
| 2a0e:15c0:6:: |
| 2a0e:1a83:1:: |
| 2a0e:46c4:: |
| 2a0e:46c4:10e:: |
| 2a0e:46c4:113:: |
| 2a0e:46c4:201:: |
| 2a0e:46c4:1200:: |
| 2a0e:46c4:1700:: |
| 2a0e:46c4:1820:: |
| 2a0e:46c4:2a00:: |
| 2a0e:46c4:2c31:: |
| 2a0e:46c4:2c50:: |
| 2a0e:46c4:2f00:: |
| 2a0e:46c4:6000:: |
| 2a0e:46c4:8000:: |
| 2a0e:6901:800:: |
| 2a0e:6902:5000:: |
| 2a0e:6c04:: |
| 2a0e:8f02:1024:: |
| 2a0e:8f02:102f:: |
| 2a0e:acc0:ac85:: |
| 2a0e:acc0:ad06:: |
| 2a0e:b107:432:: |
| 2a0e:b107:930:: |
| 2a0e:b107:934:: |
| 2a0e:b107:938:: |
| 2a0e:b107:93d:: |
| 2a0e:e380:c000:: |
| 2a0f:1200:100:: |
| 2a0f:1f80:: |
| 2a0f:2746:4000:: |
| 2a0f:2746:7000:: |
| 2a0f:2d82:100:: |
| 2a0f:31c3:100:: |
| 2a0f:4cc0:: |
| 2a0f:6280:cd0d:: |
| 2a0f:6280:cd3f:: |
| 2a0f:6280:cda2:: |
| 2a0f:6280:cdd6:: |
| 2a0f:6280:cdff:: |
| 2a0f:6280:ce0a:: |
| 2a0f:6280:ce39:: |
| 2a0f:6280:cf4f:: |
| 2a0f:85c1:264:: |
| 2a0f:85c1:c49:: |
| 2a0f:85c1:d61:: |
| 2a0f:9400:7727:: |
| 2a0f:9407:3000:: |
| 2a0f:d484:: |
| 2a0f:df46:100:: |
| 2a0f:e001:: |
| 2a0f:e1c0:acab:: |
| 2a0f:e202:fc06:: |
| 2a0f:e383:4000:: |
| 2a0f:e383:7000:: |
| 2a0f:e6c2:100:: |
| 2a0f:e7c4:22:: |
| 2a0f:e842:100:: |
| 2a0f:e940:: |
| 2a0f:ea43:10:: |
| 2a10:500:9900:: |
| 2a10:1d86:: |
| 2a10:3c82:4000:: |
| 2a10:fa80:18:: |
| 2a11:146:: |
| 2a11:840:65:: |
| 2a11:2cc0:14:: |
| 2a11:2ec0:: |
| 2a11:3b43:: |
| 2a11:49c0:: |
| 2a11:6cc0:: |
| 2a11:7244:: |
| 2a11:9a40:: |
| 2a11:a580:841e:: |
| 2a11:a580:842c:: |
| 2a11:a580:8433:: |
| 2a11:a580:844d:: |
| 2a11:a580:8454:: |
| 2a11:a580:8462:: |
| 2a11:a580:8464:: |
| 2a11:a580:846f:: |
| 2a11:a580:8489:: |
| 2a11:a580:848e:: |
| 2a11:a580:84ad:: |
| 2a11:a580:84af:: |
| 2a11:a580:84b4:: |
| 2a11:a580:84bc:: |
| 2a11:a580:84e1:: |
| 2a11:a580:84e9:: |
| 2a11:b840:: |
| 2a11:c006:: |
| 2a12:83:: |
| 2a12:686:: |
| 2a12:783:: |
| 2a12:b40:1:: |
| 2a12:3a80:: |
| 2a12:3a84:: |
| 2a12:5e80:: |
| 2a12:6000:: |
| 2a12:7600:: |
| 2a12:7700:: |
| 2a12:ac43:acab:: |
| 2a12:ad00:: |
| 2a12:bec4:12a8:: |
| 2a12:bec4:12ac:: |
| 2a12:dd47:80c0:: |
| 2a12:ecc4:2213:: |
| 2a13:240:8300:: |
| 2a13:240:f200:: |
| 2a13:18c0:200:: |
| 2a13:18c6:99:: |
| 2a13:7400:: |
| 2a13:8c86:140:: |
| 2a13:9282:100:: |
| 2a13:9500:3d:: |
| 2a13:9500:f3:: |
| 2a13:9f00:: |
| 2a13:a5c3:2580:: |
| 2a13:b9c0:: |
| 2a13:c900:55:: |
| 2a13:d080:: |
| 2a13:e102:10:: |
| 2a13:f580:3:: |
| 2a14:1b84:2000:: |
| 2a14:1ec7:f7ff:: |
| 2a14:35c2:: |
| 2a14:7580:ffee:: |
| 2a14:7581:300:: |
| 2a14:7581:303:: |
| 2a14:7581:c01:: |
| 2a14:7581:c07:: |
| 2a14:7581:9f68:: |
| 2a14:7583:f800:: |
| 2a14:7584:e000:: |
| 2a14:7584:e320:: |
| 2a14:7584:e3b0:: |
| 2a14:7584:e3c1:: |
| 2a14:7584:e3c3:: |
| 2a14:7584:e3c6:: |
| 2a14:7584:e3c9:: |
| 2a14:7584:e3cb:: |
| 2a14:7584:e3dc:: |
| 2a14:7584:e3df:: |
| 2a14:7584:e3f0:: |
| 2a14:7584:e3f9:: |
| 2a14:7584:e407:: |
| 2a14:7584:e411:: |
| 2a14:7584:e416:: |
| 2a14:7584:e429:: |
| 2a14:7584:e600:: |
| 2a14:7584:e700:: |
| 2a14:7584:e970:: |
| 2a14:7584:ff00:: |
| 2a14:78c0:: |
| 2a14:ae00:105:: |
| 2a14:dd80:1023:: |
| 2c0f:ef78:5:: |
| 2c0f:ef78:9:: |
| 2c0f:ef78:c:: |

| Last address (inclusive) |
|---|
| 2001:410:60ff:ffff:ffff:ffff:ffff |
| 2001:428:b26:ffff:ffff:ffff:ffff |
| 2001:428:7400:ffff:ffff:ffff:ffff |
| 2001:428:7402:2ff:ffff:ffff:ffff |
| 2001:428:e7ff:ffff:ffff:ffff:ffff |
| 2001:438:3d:ffff:ffff:ffff:ffff |
| 2001:450:1f:ffff:ffff:ffff:ffff |
| 2001:450:cf:ffff:ffff:ffff:ffff |
| 2001:450:10f:ffff:ffff:ffff:ffff |
| 2001:450:13f:ffff:ffff:ffff:ffff |
| 2001:450:20f:ffff:ffff:ffff:ffff |
| 2001:450:24f:ffff:ffff:ffff:ffff |
| 2001:450:28f:ffff:ffff:ffff:ffff |
| 2001:450:2cf:ffff:ffff:ffff:ffff |
| 2001:450:2ef:ffff:ffff:ffff:ffff |
| 2001:450:31f:ffff:ffff:ffff:ffff |
| 2001:450:35f:ffff:ffff:ffff:ffff |
| 2001:450:38f:ffff:ffff:ffff:ffff |
| 2001:450:3cf:ffff:ffff:ffff:ffff |
| 2001:450:41f:ffff:ffff:ffff:ffff |
| 2001:450:45f:ffff:ffff:ffff:ffff |
| 2001:450:4bf:ffff:ffff:ffff:ffff |
| 2001:450:4ef:ffff:ffff:ffff:ffff |
| 2001:450:58f:ffff:ffff:ffff:ffff |
| 2001:450:5cf:ffff:ffff:ffff:ffff |
| 2001:450:6af:ffff:ffff:ffff:ffff |
| 2001:450:6ef:ffff:ffff:ffff:ffff |
| 2001:450:7bf:ffff:ffff:ffff:ffff |
| 2001:450:7df:ffff:ffff:ffff:ffff |
| 2001:450:7ff:ffff:ffff:ffff:ffff |
| 2001:450:86f:ffff:ffff:ffff:ffff |
| 2001:450:95f:ffff:ffff:ffff:ffff |
| 2001:450:99f:ffff:ffff:ffff:ffff |
| 2001:450:a6f:ffff:ffff:ffff:ffff |
| 2001:450:abf:ffff:ffff:ffff:ffff |
| 2001:450:adf:ffff:ffff:ffff:ffff |
| 2001:450:b1f:ffff:ffff:ffff:ffff |
| 2001:450:b3f:ffff:ffff:ffff:ffff |
| 2001:450:baf:ffff:ffff:ffff:ffff |
| 2001:450:bef:ffff:ffff:ffff:ffff |
| 2001:450:c1f:ffff:ffff:ffff:ffff |
| 2001:450:c4f:ffff:ffff:ffff:ffff |
| 2001:450:c6f:ffff:ffff:ffff:ffff |
| 2001:450:caf:ffff:ffff:ffff:ffff |
| 2001:450:ccf:ffff:ffff:ffff:ffff |
| 2001:450:cef:ffff:ffff:ffff:ffff |
| 2001:450:d3f:ffff:ffff:ffff:ffff |
| 2001:450:ddf:ffff:ffff:ffff:ffff |
| 2001:450:e0f:ffff:ffff:ffff:ffff |
| 2001:450:e6f:ffff:ffff:ffff:ffff |
| 2001:450:e9f:ffff:ffff:ffff:ffff |
| 2001:450:ebf:ffff:ffff:ffff:ffff |
| 2001:450:f9f:ffff:ffff:ffff:ffff |
| 2001:450:fef:ffff:ffff:ffff:ffff |
| 2001:450:100f:ffff:ffff:ffff:ffff |
| 2001:450:104f:ffff:ffff:ffff:ffff |
| 2001:450:10af:ffff:ffff:ffff:ffff |
| 2001:450:10df:ffff:ffff:ffff:ffff |
| 2001:450:112f:ffff:ffff:ffff:ffff |
| 2001:450:114f:ffff:ffff:ffff:ffff |
| 2001:450:117f:ffff:ffff:ffff:ffff |
| 2001:450:119f:ffff:ffff:ffff:ffff |
| 2001:450:11ff:ffff:ffff:ffff:ffff |
| 2001:450:123f:ffff:ffff:ffff:ffff |
| 2001:450:127f:ffff:ffff:ffff:ffff |
| 2001:450:129f:ffff:ffff:ffff:ffff |
| 2001:450:12df:ffff:ffff:ffff:ffff |
| 2001:450:130f:ffff:ffff:ffff:ffff |
| 2001:450:13bf:ffff:ffff:ffff:ffff |
| 2001:450:145f:ffff:ffff:ffff:ffff |
| 2001:450:148f:ffff:ffff:ffff:ffff |
| 2001:450:153f:ffff:ffff:ffff:ffff |
| 2001:450:159f:ffff:ffff:ffff:ffff |
| 2001:450:1c8f:ffff:ffff:ffff:ffff |
| 2001:450:1cef:ffff:ffff:ffff:ffff |
| 2001:450:1d0f:ffff:ffff:ffff:ffff |
| 2001:450:1d4f:ffff:ffff:ffff:ffff |
| 2001:450:1d6f:ffff:ffff:ffff:ffff |
| 2001:450:1d9f:ffff:ffff:ffff:ffff |
| 2001:450:1ddf:ffff:ffff:ffff:ffff |
| 2001:450:1e0f:ffff:ffff:ffff:ffff |
| 2001:450:1e3f:ffff:ffff:ffff:ffff |
| 2001:450:1e6f:ffff:ffff:ffff:ffff |
| 2001:450:1ebf:ffff:ffff:ffff:ffff |
| 2001:450:1eff:ffff:ffff:ffff:ffff |
| 2001:450:1f2f:ffff:ffff:ffff:ffff |
| 2001:450:1f5f:ffff:ffff:ffff:ffff |
| 2001:450:1f8f:ffff:ffff:ffff:ffff |
| 2001:450:1fbf:ffff:ffff:ffff:ffff |
| 2001:450:2006:ffff:ffff:ffff:ffff |
| 2001:450:200f:ffff:ffff:ffff:ffff |
| 2001:450:202f:ffff:ffff:ffff:ffff |
| 2001:450:205f:ffff:ffff:ffff:ffff |
| 2001:450:209f:ffff:ffff:ffff:ffff |
| 2001:450:20bf:ffff:ffff:ffff:ffff |
| 2001:450:20df:ffff:ffff:ffff:ffff |
| 2001:450:210f:ffff:ffff:ffff:ffff |
| 2001:450:214f:ffff:ffff:ffff:ffff |
| 2001:450:217f:ffff:ffff:ffff:ffff |
| 2001:450:21cf:ffff:ffff:ffff:ffff |
| 2001:450:21ef:ffff:ffff:ffff:ffff |
| 2001:450:224f:ffff:ffff:ffff:ffff |
| 2001:450:227f:ffff:ffff:ffff:ffff |
| 2001:450:22af:ffff:ffff:ffff:ffff |
| 2001:450:22ef:ffff:ffff:ffff:ffff |
| 2001:450:232f:ffff:ffff:ffff:ffff |
| 2001:450:234f:ffff:ffff:ffff:ffff |
| 2001:450:23bf:ffff:ffff:ffff:ffff |
| 2001:450:23ef:ffff:ffff:ffff:ffff |
| 2001:450:241f:ffff:ffff:ffff:ffff |
| 2001:450:243f:ffff:ffff:ffff:ffff |
| 2001:450:247f:ffff:ffff:ffff:ffff |
| 2001:450:24bf:ffff:ffff:ffff:ffff |
| 2001:450:252f:ffff:ffff:ffff:ffff |
| 2001:450:254f:ffff:ffff:ffff:ffff |
| 2001:450:259f:ffff:ffff:ffff:ffff |
| 2001:450:25bf:ffff:ffff:ffff:ffff |
| 2001:450:25ef:ffff:ffff:ffff:ffff |
| 2001:450:265f:ffff:ffff:ffff:ffff |
| 2001:450:267f:ffff:ffff:ffff:ffff |
| 2001:450:26af:ffff:ffff:ffff:ffff |
| 2001:450:26cf:ffff:ffff:ffff:ffff |
| 2001:450:26ff:ffff:ffff:ffff:ffff |
| 2001:450:275f:ffff:ffff:ffff:ffff |
| 2001:450:278f:ffff:ffff:ffff:ffff |
| 2001:450:280f:ffff:ffff:ffff:ffff |
| 2001:450:282f:ffff:ffff:ffff:ffff |
| 2001:450:287f:ffff:ffff:ffff:ffff |
| 2001:450:290f:ffff:ffff:ffff:ffff |
| 2001:450:294f:ffff:ffff:ffff:ffff |
| 2001:450:29ff:ffff:ffff:ffff:ffff |
| 2001:450:2a2f:ffff:ffff:ffff:ffff |
| 2001:450:2a7f:ffff:ffff:ffff:ffff |
| 2001:450:2abf:ffff:ffff:ffff:ffff |
| 2001:450:2b0f:ffff:ffff:ffff:ffff |
| 2001:450:2b3f:ffff:ffff:ffff:ffff |
| 2001:450:2b6f:ffff:ffff:ffff:ffff |
| 2001:450:2bbf:ffff:ffff:ffff:ffff |
| 2001:450:2c0f:ffff:ffff:ffff:ffff |
| 2001:450:2c7f:ffff:ffff:ffff:ffff |
| 2001:450:2cdf:ffff:ffff:ffff:ffff |
| 2001:450:2d2f:ffff:ffff:ffff:ffff |
| 2001:450:2d6f:ffff:ffff:ffff:ffff |
| 2001:450:2d8f:ffff:ffff:ffff:ffff |
| 2001:450:2daf:ffff:ffff:ffff:ffff |
| 2001:450:2e4f:ffff:ffff:ffff:ffff |
| 2001:450:2e6f:ffff:ffff:ffff:ffff |
| 2001:450:2eef:ffff:ffff:ffff:ffff |
| 2001:450:2f0f:ffff:ffff:ffff:ffff |
| 2001:450:2f3f:ffff:ffff:ffff:ffff |
| 2001:450:2fcf:ffff:ffff:ffff:ffff |
| 2001:450:300f:ffff:ffff:ffff:ffff |
| 2001:450:308f:ffff:ffff:ffff:ffff |
| 2001:450:30cf:ffff:ffff:ffff:ffff |
| 2001:450:30ff:ffff:ffff:ffff:ffff |
| 2001:450:311f:ffff:ffff:ffff:ffff |
| 2001:450:313f:ffff:ffff:ffff:ffff |
| 2001:450:317f:ffff:ffff:ffff:ffff |
| 2001:450:31af:ffff:ffff:ffff:ffff |
| 2001:450:31df:ffff:ffff:ffff:ffff |
| 2001:450:31ff:ffff:ffff:ffff:ffff |
| 2001:450:324f:ffff:ffff:ffff:ffff |
| 2001:450:328f:ffff:ffff:ffff:ffff |
| 2001:450:32df:ffff:ffff:ffff:ffff |
| 2001:450:332f:ffff:ffff:ffff:ffff |
| 2001:450:334f:ffff:ffff:ffff:ffff |
| 2001:450:339f:ffff:ffff:ffff:ffff |
| 2001:450:33cf:ffff:ffff:ffff:ffff |
| 2001:450:340f:ffff:ffff:ffff:ffff |
| 2001:450:344f:ffff:ffff:ffff:ffff |
| 2001:450:348f:ffff:ffff:ffff:ffff |
| 2001:450:34cf:ffff:ffff:ffff:ffff |
| 2001:450:350f:ffff:ffff:ffff:ffff |
| 2001:450:354f:ffff:ffff:ffff:ffff |
| 2001:450:357f:ffff:ffff:ffff:ffff |
| 2001:450:35af:ffff:ffff:ffff:ffff |
| 2001:450:35cf:ffff:ffff:ffff:ffff |
| 2001:450:35ff:ffff:ffff:ffff:ffff |
| 2001:450:362f:ffff:ffff:ffff:ffff |
| 2001:450:365f:ffff:ffff:ffff:ffff |
| 2001:450:367f:ffff:ffff:ffff:ffff |
| 2001:450:36af:ffff:ffff:ffff:ffff |
| 2001:450:36df:ffff:ffff:ffff:ffff |
| 2001:450:372f:ffff:ffff:ffff:ffff |
| 2001:450:374f:ffff:ffff:ffff:ffff |
| 2001:450:37af:ffff:ffff:ffff:ffff |
| 2001:450:37df:ffff:ffff:ffff:ffff |
| 2001:450:382f:ffff:ffff:ffff:ffff |
| 2001:450:386f:ffff:ffff:ffff:ffff |
| 2001:450:38af:ffff:ffff:ffff:ffff |
| 2001:450:38df:ffff:ffff:ffff:ffff |
| 2001:450:393f:ffff:ffff:ffff:ffff |
| 2001:450:395f:ffff:ffff:ffff:ffff |
| 2001:450:397f:ffff:ffff:ffff:ffff |
| 2001:450:39af:ffff:ffff:ffff:ffff |
| 2001:450:3a2f:ffff:ffff:ffff:ffff |
| 2001:450:3a7f:ffff:ffff:ffff:ffff |
| 2001:450:3aaf:ffff:ffff:ffff:ffff |
| 2001:450:3aff:ffff:ffff:ffff:ffff |
| 2001:450:3b1f:ffff:ffff:ffff:ffff |
| 2001:450:3b4f:ffff:ffff:ffff:ffff |
| 2001:450:3b7f:ffff:ffff:ffff:ffff |
| 2001:450:3baf:ffff:ffff:ffff:ffff |
| 2001:450:3bcf:ffff:ffff:ffff:ffff |
| 2001:450:3bff:ffff:ffff:ffff:ffff |
| 2001:450:3c3f:ffff:ffff:ffff:ffff |
| 2001:450:3c7f:ffff:ffff:ffff:ffff |
| 2001:450:3caf:ffff:ffff:ffff:ffff |
| 2001:450:3d0f:ffff:ffff:ffff:ffff |
| 2001:450:3d4f:ffff:ffff:ffff:ffff |
| 2001:450:3d6f:ffff:ffff:ffff:ffff |
| 2001:450:3daf:ffff:ffff:ffff:ffff |
| 2001:450:3def:ffff:ffff:ffff:ffff |
| 2001:450:3e6f:ffff:ffff:ffff:ffff |
| 2001:450:3e8f:ffff:ffff:ffff:ffff |
| 2001:450:3ecf:ffff:ffff:ffff:ffff |
| 2001:450:3f0f:ffff:ffff:ffff:ffff |
| 2001:450:3f7f:ffff:ffff:ffff:ffff |

2001:450:3fcf:ffff:ffff:ffff:ffff:ffff
2001:450:3fef:ffff:ffff:ffff:ffff:ffff
2001:450:407f:ffff:ffff:ffff:ffff:ffff
2001:450:411f:ffff:ffff:ffff:ffff:ffff
2001:450:414f:ffff:ffff:ffff:ffff:ffff
2001:450:417f:ffff:ffff:ffff:ffff:ffff
2001:450:41af:ffff:ffff:ffff:ffff:ffff
2001:450:41df:ffff:ffff:ffff:ffff:ffff
2001:450:41ff:ffff:ffff:ffff:ffff:ffff
2001:450:422f:ffff:ffff:ffff:ffff:ffff
2001:450:425f:ffff:ffff:ffff:ffff:ffff
2001:450:449f:ffff:ffff:ffff:ffff:ffff
2001:450:44df:ffff:ffff:ffff:ffff:ffff
2001:450:451f:ffff:ffff:ffff:ffff:ffff
2001:450:456f:ffff:ffff:ffff:ffff:ffff
2001:450:458f:ffff:ffff:ffff:ffff:ffff
2001:450:45bf:ffff:ffff:ffff:ffff:ffff
2001:450:465f:ffff:ffff:ffff:ffff:ffff
2001:450:46cf:ffff:ffff:ffff:ffff:ffff
2001:450:474f:ffff:ffff:ffff:ffff:ffff
2001:450:477f:ffff:ffff:ffff:ffff:ffff
2001:450:480f:ffff:ffff:ffff:ffff:ffff
2001:450:482f:ffff:ffff:ffff:ffff:ffff
2001:450:486f:ffff:ffff:ffff:ffff:ffff
2001:450:488f:ffff:ffff:ffff:ffff:ffff
2001:450:48af:ffff:ffff:ffff:ffff:ffff
2001:450:490f:ffff:ffff:ffff:ffff:ffff
2001:450:493f:ffff:ffff:ffff:ffff:ffff
2001:450:495f:ffff:ffff:ffff:ffff:ffff
2001:450:49bf:ffff:ffff:ffff:ffff:ffff
2001:450:4a0f:ffff:ffff:ffff:ffff:ffff
2001:450:4a4f:ffff:ffff:ffff:ffff:ffff
2001:450:4a9f:ffff:ffff:ffff:ffff:ffff
2001:450:4acf:ffff:ffff:ffff:ffff:ffff
2001:450:4b0f:ffff:ffff:ffff:ffff:ffff
2001:450:4b2f:ffff:ffff:ffff:ffff:ffff
2001:450:4b6f:ffff:ffff:ffff:ffff:ffff

2001:450:4baf:ffff:ffff:ffff:ffff:ffff
2001:450:4bcf:ffff:ffff:ffff:ffff:ffff
2001:450:4c1f:ffff:ffff:ffff:ffff:ffff
2001:450:4c4f:ffff:ffff:ffff:ffff:ffff
2001:450:4c8f:ffff:ffff:ffff:ffff:ffff
2001:450:4cdf:ffff:ffff:ffff:ffff:ffff
2001:450:4d1f:ffff:ffff:ffff:ffff:ffff
2001:450:4d7f:ffff:ffff:ffff:ffff:ffff
2001:450:4d9f:ffff:ffff:ffff:ffff:ffff
2001:450:4dcf:ffff:ffff:ffff:ffff:ffff
2001:450:4dff:ffff:ffff:ffff:ffff:ffff
2001:450:4e1f:ffff:ffff:ffff:ffff:ffff
2001:450:4e3f:ffff:ffff:ffff:ffff:ffff
2001:450:4eaf:ffff:ffff:ffff:ffff:ffff
2001:450:542f:ffff:ffff:ffff:ffff:ffff
2001:450:544f:ffff:ffff:ffff:ffff:ffff
2001:450:551f:ffff:ffff:ffff:ffff:ffff
2001:450:559f:ffff:ffff:ffff:ffff:ffff
2001:450:55df:ffff:ffff:ffff:ffff:ffff
2001:450:561f:ffff:ffff:ffff:ffff:ffff
2001:450:56af:ffff:ffff:ffff:ffff:ffff
2001:450:56ef:ffff:ffff:ffff:ffff:ffff
2001:450:573f:ffff:ffff:ffff:ffff:ffff
2001:450:578f:ffff:ffff:ffff:ffff:ffff
2001:450:57cf:ffff:ffff:ffff:ffff:ffff
2001:450:586f:ffff:ffff:ffff:ffff:ffff
2001:450:590f:ffff:ffff:ffff:ffff:ffff
2001:450:593f:ffff:ffff:ffff:ffff:ffff
2001:450:597f:ffff:ffff:ffff:ffff:ffff
2001:450:59bf:ffff:ffff:ffff:ffff:ffff
2001:450:5a0f:ffff:ffff:ffff:ffff:ffff
2001:450:5a3f:ffff:ffff:ffff:ffff:ffff
2001:450:5a5f:ffff:ffff:ffff:ffff:ffff
2001:450:5a7f:ffff:ffff:ffff:ffff:ffff
2001:450:5aaf:ffff:ffff:ffff:ffff:ffff
2001:450:5adf:ffff:ffff:ffff:ffff:ffff
2001:450:5b0f:ffff:ffff:ffff:ffff:ffff

2001:450:5b6f:ffff:ffff:ffff:ffff:ffff
2001:450:5b8f:ffff:ffff:ffff:ffff:ffff
2001:450:5bbf:ffff:ffff:ffff:ffff:ffff
2001:450:5bef:ffff:ffff:ffff:ffff:ffff
2001:450:5c2f:ffff:ffff:ffff:ffff:ffff
2001:450:5c6f:ffff:ffff:ffff:ffff:ffff
2001:450:5d0f:ffff:ffff:ffff:ffff:ffff
2001:450:5d6f:ffff:ffff:ffff:ffff:ffff
2001:450:5dff:ffff:ffff:ffff:ffff:ffff
2001:450:5e1f:ffff:ffff:ffff:ffff:ffff
2001:450:67ff:ffff:ffff:ffff:ffff:ffff
2001:450:687f:ffff:ffff:ffff:ffff:ffff
2001:450:690f:ffff:ffff:ffff:ffff:ffff
2001:450:694f:ffff:ffff:ffff:ffff:ffff
2001:450:699f:ffff:ffff:ffff:ffff:ffff
2001:450:6acf:ffff:ffff:ffff:ffff:ffff
2001:450:6b5f:ffff:ffff:ffff:ffff:ffff
2001:450:6bff:ffff:ffff:ffff:ffff:ffff
2001:450:6c1f:ffff:ffff:ffff:ffff:ffff
2001:450:6c3f:ffff:ffff:ffff:ffff:ffff
2001:450:6c6f:ffff:ffff:ffff:ffff:ffff
2001:450:6cbf:ffff:ffff:ffff:ffff:ffff
2001:450:6cff:ffff:ffff:ffff:ffff:ffff
2001:450:6d6f:ffff:ffff:ffff:ffff:ffff
2001:450:6d8f:ffff:ffff:ffff:ffff:ffff
2001:450:6e1f:ffff:ffff:ffff:ffff:ffff
2001:450:6e3f:ffff:ffff:ffff:ffff:ffff
2001:450:6e7f:ffff:ffff:ffff:ffff:ffff
2001:450:6e9f:ffff:ffff:ffff:ffff:ffff
2001:450:6ebf:ffff:ffff:ffff:ffff:ffff
2001:450:6f0f:ffff:ffff:ffff:ffff:ffff
2001:450:6f2f:ffff:ffff:ffff:ffff:ffff
2001:450:6f5f:ffff:ffff:ffff:ffff:ffff
2001:450:6f8f:ffff:ffff:ffff:ffff:ffff
2001:450:6faf:ffff:ffff:ffff:ffff:ffff
2001:450:708f:ffff:ffff:ffff:ffff:ffff
2001:450:768f:ffff:ffff:ffff:ffff:ffff

2001:450:76af:ffff:ffff:ffff:ffff:ffff
2001:450:76cf:ffff:ffff:ffff:ffff:ffff
2001:450:774f:ffff:ffff:ffff:ffff:ffff
2001:450:78ef:ffff:ffff:ffff:ffff:ffff
2001:450:791f:ffff:ffff:ffff:ffff:ffff
2001:450:795f:ffff:ffff:ffff:ffff:ffff
2001:450:79cf:ffff:ffff:ffff:ffff:ffff
2001:450:79ef:ffff:ffff:ffff:ffff:ffff
2001:450:7a0f:ffff:ffff:ffff:ffff:ffff
2001:450:7a3f:ffff:ffff:ffff:ffff:ffff
2001:450:7a5f:ffff:ffff:ffff:ffff:ffff
2001:450:7a9f:ffff:ffff:ffff:ffff:ffff
2001:450:7adf:ffff:ffff:ffff:ffff:ffff
2001:450:7aff:ffff:ffff:ffff:ffff:ffff
2001:450:7b7f:ffff:ffff:ffff:ffff:ffff
2001:450:7b9f:ffff:ffff:ffff:ffff:ffff
2001:450:7bbf:ffff:ffff:ffff:ffff:ffff
2001:450:7c1f:ffff:ffff:ffff:ffff:ffff
2001:450:7c3f:ffff:ffff:ffff:ffff:ffff
2001:450:7c7f:ffff:ffff:ffff:ffff:ffff
2001:450:7c9f:ffff:ffff:ffff:ffff:ffff
2001:450:7cbf:ffff:ffff:ffff:ffff:ffff
2001:450:7cdf:ffff:ffff:ffff:ffff:ffff
2001:450:7d1f:ffff:ffff:ffff:ffff:ffff
2001:450:7d3f:ffff:ffff:ffff:ffff:ffff
2001:450:7d9f:ffff:ffff:ffff:ffff:ffff
2001:450:7e1f:ffff:ffff:ffff:ffff:ffff
2001:450:7e3f:ffff:ffff:ffff:ffff:ffff
2001:450:7eef:ffff:ffff:ffff:ffff:ffff
2001:450:7f7f:ffff:ffff:ffff:ffff:ffff
2001:450:847f:ffff:ffff:ffff:ffff:ffff
2001:450:84bf:ffff:ffff:ffff:ffff:ffff
2001:450:864f:ffff:ffff:ffff:ffff:ffff
2001:450:870f:ffff:ffff:ffff:ffff:ffff
2001:450:885f:ffff:ffff:ffff:ffff:ffff
2001:450:887f:ffff:ffff:ffff:ffff:ffff
2001:450:88bf:ffff:ffff:ffff:ffff:ffff

2001:450:88df:ffff:ffff:ffff:ffff:ffff
2001:450:895f:ffff:ffff:ffff:ffff:ffff
2001:450:89df:ffff:ffff:ffff:ffff:ffff
2001:450:8a0f:ffff:ffff:ffff:ffff:ffff
2001:450:8a6f:ffff:ffff:ffff:ffff:ffff
2001:450:8aaf:ffff:ffff:ffff:ffff:ffff
2001:450:8aef:ffff:ffff:ffff:ffff:ffff
2001:450:8b0f:ffff:ffff:ffff:ffff:ffff
2001:450:8b2f:ffff:ffff:ffff:ffff:ffff
2001:450:8c0f:ffff:ffff:ffff:ffff:ffff
2001:450:8c4f:ffff:ffff:ffff:ffff:ffff
2001:450:91bf:ffff:ffff:ffff:ffff:ffff
2001:450:924f:ffff:ffff:ffff:ffff:ffff
2001:450:927f:ffff:ffff:ffff:ffff:ffff
2001:450:929f:ffff:ffff:ffff:ffff:ffff
2001:450:92ef:ffff:ffff:ffff:ffff:ffff
2001:450:935f:ffff:ffff:ffff:ffff:ffff
2001:450:937f:ffff:ffff:ffff:ffff:ffff
2001:450:947f:ffff:ffff:ffff:ffff:ffff
2001:450:94df:ffff:ffff:ffff:ffff:ffff
2001:450:954f:ffff:ffff:ffff:ffff:ffff
2001:450:958f:ffff:ffff:ffff:ffff:ffff
2001:450:95af:ffff:ffff:ffff:ffff:ffff
2001:450:95df:ffff:ffff:ffff:ffff:ffff
2001:450:961f:ffff:ffff:ffff:ffff:ffff
2001:450:963f:ffff:ffff:ffff:ffff:ffff
2001:450:966f:ffff:ffff:ffff:ffff:ffff
2001:450:969f:ffff:ffff:ffff:ffff:ffff
2001:450:96df:ffff:ffff:ffff:ffff:ffff
2001:450:971f:ffff:ffff:ffff:ffff:ffff
2001:450:975f:ffff:ffff:ffff:ffff:ffff
2001:450:97cf:ffff:ffff:ffff:ffff:ffff
2001:450:980f:ffff:ffff:ffff:ffff:ffff
2001:450:983f:ffff:ffff:ffff:ffff:ffff
2001:450:985f:ffff:ffff:ffff:ffff:ffff
2001:450:989f:ffff:ffff:ffff:ffff:ffff
2001:450:999f:ffff:ffff:ffff:ffff:ffff

2001:450:99ff:ffff:ffff:ffff:ffff:ffff
2001:450:9a2f:ffff:ffff:ffff:ffff:ffff
2001:450:a4bf:ffff:ffff:ffff:ffff:ffff
2001:450:a51f:ffff:ffff:ffff:ffff:ffff
2001:450:a53f:ffff:ffff:ffff:ffff:ffff
2001:450:a57f:ffff:ffff:ffff:ffff:ffff
2001:450:a5df:ffff:ffff:ffff:ffff:ffff
2001:450:a60f:ffff:ffff:ffff:ffff:ffff
2001:450:a65f:ffff:ffff:ffff:ffff:ffff
2001:450:a68f:ffff:ffff:ffff:ffff:ffff
2001:450:a6df:ffff:ffff:ffff:ffff:ffff
2001:450:a71f:ffff:ffff:ffff:ffff:ffff
2001:450:a77f:ffff:ffff:ffff:ffff:ffff
2001:450:a79f:ffff:ffff:ffff:ffff:ffff
2001:450:a7ef:ffff:ffff:ffff:ffff:ffff
2001:450:a81f:ffff:ffff:ffff:ffff:ffff
2001:450:a8af:ffff:ffff:ffff:ffff:ffff
2001:450:a8ef:ffff:ffff:ffff:ffff:ffff
2001:450:a91f:ffff:ffff:ffff:ffff:ffff
2001:450:a95f:ffff:ffff:ffff:ffff:ffff
2001:450:a97f:ffff:ffff:ffff:ffff:ffff
2001:450:a9cf:ffff:ffff:ffff:ffff:ffff
2001:450:aa0f:ffff:ffff:ffff:ffff:ffff
2001:450:aa2f:ffff:ffff:ffff:ffff:ffff
2001:450:aa9f:ffff:ffff:ffff:ffff:ffff
2001:450:aabf:ffff:ffff:ffff:ffff:ffff
2001:450:aaff:ffff:ffff:ffff:ffff:ffff
2001:450:ab5f:ffff:ffff:ffff:ffff:ffff
2001:450:ab8f:ffff:ffff:ffff:ffff:ffff
2001:450:abaf:ffff:ffff:ffff:ffff:ffff
2001:450:abcf:ffff:ffff:ffff:ffff:ffff
2001:450:abef:ffff:ffff:ffff:ffff:ffff
2001:450:ac4f:ffff:ffff:ffff:ffff:ffff
2001:450:ac7f:ffff:ffff:ffff:ffff:ffff
2001:450:acaf:ffff:ffff:ffff:ffff:ffff
2001:450:acff:ffff:ffff:ffff:ffff:ffff
2001:450:ad3f:ffff:ffff:ffff:ffff:ffff

2001:450:adaf:ffff:ffff:ffff:ffff:ffff
2001:450:ae0f:ffff:ffff:ffff:ffff:ffff
2001:450:ae6f:ffff:ffff:ffff:ffff:ffff
2001:450:aebf:ffff:ffff:ffff:ffff:ffff
2001:450:af1f:ffff:ffff:ffff:ffff:ffff
2001:450:af3f:ffff:ffff:ffff:ffff:ffff
2001:450:af7f:ffff:ffff:ffff:ffff:ffff
2001:450:afaf:ffff:ffff:ffff:ffff:ffff
2001:450:afcf:ffff:ffff:ffff:ffff:ffff
2001:450:afff:ffff:ffff:ffff:ffff:ffff
2001:450:b01f:ffff:ffff:ffff:ffff:ffff
2001:450:b04f:ffff:ffff:ffff:ffff:ffff
2001:450:b07f:ffff:ffff:ffff:ffff:ffff
2001:450:b0af:ffff:ffff:ffff:ffff:ffff
2001:450:b0df:ffff:ffff:ffff:ffff:ffff
2001:450:b11f:ffff:ffff:ffff:ffff:ffff
2001:450:b16f:ffff:ffff:ffff:ffff:ffff
2001:450:b1ff:ffff:ffff:ffff:ffff:ffff
2001:450:b25f:ffff:ffff:ffff:ffff:ffff
2001:450:b2ff:ffff:ffff:ffff:ffff:ffff
2001:450:b34f:ffff:ffff:ffff:ffff:ffff
2001:450:b37f:ffff:ffff:ffff:ffff:ffff
2001:450:b3bf:ffff:ffff:ffff:ffff:ffff
2001:450:b3ef:ffff:ffff:ffff:ffff:ffff
2001:450:b44f:ffff:ffff:ffff:ffff:ffff
2001:450:b48f:ffff:ffff:ffff:ffff:ffff
2001:450:b4bf:ffff:ffff:ffff:ffff:ffff
2001:450:b4ef:ffff:ffff:ffff:ffff:ffff
2001:450:b51f:ffff:ffff:ffff:ffff:ffff
2001:450:b53f:ffff:ffff:ffff:ffff:ffff
2001:450:b55f:ffff:ffff:ffff:ffff:ffff
2001:450:b57f:ffff:ffff:ffff:ffff:ffff
2001:450:b59f:ffff:ffff:ffff:ffff:ffff
2001:450:b5bf:ffff:ffff:ffff:ffff:ffff
2001:450:b5ef:ffff:ffff:ffff:ffff:ffff
2001:450:b60f:ffff:ffff:ffff:ffff:ffff
2001:450:b67f:ffff:ffff:ffff:ffff:ffff

2001:450:b6bf:ffff:ffff:ffff:ffff:ffff
2001:450:b70f:ffff:ffff:ffff:ffff:ffff
2001:450:b77f:ffff:ffff:ffff:ffff:ffff
2001:450:b7af:ffff:ffff:ffff:ffff:ffff
2001:450:b7ef:ffff:ffff:ffff:ffff:ffff
2001:450:b82f:ffff:ffff:ffff:ffff:ffff
2001:450:b86f:ffff:ffff:ffff:ffff:ffff
2001:450:b8bf:ffff:ffff:ffff:ffff:ffff
2001:450:b8df:ffff:ffff:ffff:ffff:ffff
2001:450:b93f:ffff:ffff:ffff:ffff:ffff
2001:450:b96f:ffff:ffff:ffff:ffff:ffff
2001:450:b9cf:ffff:ffff:ffff:ffff:ffff
2001:450:b9ef:ffff:ffff:ffff:ffff:ffff
2001:450:ba1f:ffff:ffff:ffff:ffff:ffff
2001:450:ba3f:ffff:ffff:ffff:ffff:ffff
2001:450:ba8f:ffff:ffff:ffff:ffff:ffff
2001:450:baaf:ffff:ffff:ffff:ffff:ffff
2001:450:baff:ffff:ffff:ffff:ffff:ffff
2001:450:bb2f:ffff:ffff:ffff:ffff:ffff
2001:450:bb4f:ffff:ffff:ffff:ffff:ffff
2001:450:bb6f:ffff:ffff:ffff:ffff:ffff
2001:450:bbbf:ffff:ffff:ffff:ffff:ffff
2001:450:bc3f:ffff:ffff:ffff:ffff:ffff
2001:450:bcaf:ffff:ffff:ffff:ffff:ffff
2001:450:bccf:ffff:ffff:ffff:ffff:ffff
2001:450:bd3f:ffff:ffff:ffff:ffff:ffff
2001:450:bdaf:ffff:ffff:ffff:ffff:ffff
2001:450:bdef:ffff:ffff:ffff:ffff:ffff
2001:450:be6f:ffff:ffff:ffff:ffff:ffff
2001:450:bebf:ffff:ffff:ffff:ffff:ffff
2001:450:bedf:ffff:ffff:ffff:ffff:ffff
2001:450:bf4f:ffff:ffff:ffff:ffff:ffff
2001:450:bf8f:ffff:ffff:ffff:ffff:ffff
2001:450:bfcf:ffff:ffff:ffff:ffff:ffff
2001:450:c01f:ffff:ffff:ffff:ffff:ffff
2001:450:c05f:ffff:ffff:ffff:ffff:ffff
2001:450:c09f:ffff:ffff:ffff:ffff:ffff

2001:450:c0cf:ffff:ffff:ffff:ffff:ffff
2001:450:c11f:ffff:ffff:ffff:ffff:ffff
2001:450:c14f:ffff:ffff:ffff:ffff:ffff
2001:450:c16f:ffff:ffff:ffff:ffff:ffff
2001:450:c18f:ffff:ffff:ffff:ffff:ffff
2001:450:c1bf:ffff:ffff:ffff:ffff:ffff
2001:450:c21f:ffff:ffff:ffff:ffff:ffff
2001:450:c23f:ffff:ffff:ffff:ffff:ffff
2001:450:c27f:ffff:ffff:ffff:ffff:ffff
2001:450:c2af:ffff:ffff:ffff:ffff:ffff
2001:450:c2ff:ffff:ffff:ffff:ffff:ffff
2001:450:c34f:ffff:ffff:ffff:ffff:ffff
2001:450:c38f:ffff:ffff:ffff:ffff:ffff
2001:450:c3af:ffff:ffff:ffff:ffff:ffff
2001:450:c3ff:ffff:ffff:ffff:ffff:ffff
2001:450:c4cf:ffff:ffff:ffff:ffff:ffff
2001:450:c53f:ffff:ffff:ffff:ffff:ffff
2001:450:c56f:ffff:ffff:ffff:ffff:ffff
2001:450:c5af:ffff:ffff:ffff:ffff:ffff
2001:450:c5cf:ffff:ffff:ffff:ffff:ffff
2001:450:c61f:ffff:ffff:ffff:ffff:ffff
2001:450:c65f:ffff:ffff:ffff:ffff:ffff
2001:450:c69f:ffff:ffff:ffff:ffff:ffff
2001:450:c6bf:ffff:ffff:ffff:ffff:ffff
2001:450:c73f:ffff:ffff:ffff:ffff:ffff
2001:450:c76f:ffff:ffff:ffff:ffff:ffff
2001:450:c79f:ffff:ffff:ffff:ffff:ffff
2001:450:c7ef:ffff:ffff:ffff:ffff:ffff
2001:450:c81f:ffff:ffff:ffff:ffff:ffff
2001:450:c8bf:ffff:ffff:ffff:ffff:ffff
2001:450:c8ef:ffff:ffff:ffff:ffff:ffff
2001:450:c91f:ffff:ffff:ffff:ffff:ffff
2001:450:c95f:ffff:ffff:ffff:ffff:ffff
2001:450:c97f:ffff:ffff:ffff:ffff:ffff
2001:450:c9af:ffff:ffff:ffff:ffff:ffff
2001:450:c9df:ffff:ffff:ffff:ffff:ffff
2001:450:ca1f:ffff:ffff:ffff:ffff:ffff

2001:450:ca3f:ffff:ffff:ffff:ffff:ffff
2001:450:ca5f:ffff:ffff:ffff:ffff:ffff
2001:450:ca7f:ffff:ffff:ffff:ffff:ffff
2001:450:caaf:ffff:ffff:ffff:ffff:ffff
2001:450:cb1f:ffff:ffff:ffff:ffff:ffff
2001:450:cb3f:ffff:ffff:ffff:ffff:ffff
2001:450:cb7f:ffff:ffff:ffff:ffff:ffff
2001:450:cbcf:ffff:ffff:ffff:ffff:ffff
2001:450:cbff:ffff:ffff:ffff:ffff:ffff
2001:450:cc8f:ffff:ffff:ffff:ffff:ffff
2001:450:ccaf:ffff:ffff:ffff:ffff:ffff
2001:450:cccf:ffff:ffff:ffff:ffff:ffff
2001:450:cd3f:ffff:ffff:ffff:ffff:ffff
2001:450:cd7f:ffff:ffff:ffff:ffff:ffff
2001:450:cdbf:ffff:ffff:ffff:ffff:ffff
2001:450:ce4f:ffff:ffff:ffff:ffff:ffff
2001:450:ce8f:ffff:ffff:ffff:ffff:ffff
2001:450:cecf:ffff:ffff:ffff:ffff:ffff
2001:450:ceff:ffff:ffff:ffff:ffff:ffff
2001:450:cf3f:ffff:ffff:ffff:ffff:ffff
2001:450:cfaf:ffff:ffff:ffff:ffff:ffff
2001:450:cfdf:ffff:ffff:ffff:ffff:ffff
2001:450:d04f:ffff:ffff:ffff:ffff:ffff
2001:450:d0bf:ffff:ffff:ffff:ffff:ffff
2001:450:d0df:ffff:ffff:ffff:ffff:ffff
2001:450:d0ff:ffff:ffff:ffff:ffff:ffff
2001:450:d12f:ffff:ffff:ffff:ffff:ffff
2001:450:d14f:ffff:ffff:ffff:ffff:ffff
2001:450:d18f:ffff:ffff:ffff:ffff:ffff
2001:450:d1bf:ffff:ffff:ffff:ffff:ffff
2001:450:d21f:ffff:ffff:ffff:ffff:ffff
2001:450:d25f:ffff:ffff:ffff:ffff:ffff
2001:450:d29f:ffff:ffff:ffff:ffff:ffff
2001:450:d2bf:ffff:ffff:ffff:ffff:ffff
2001:450:d2ff:ffff:ffff:ffff:ffff:ffff
2001:450:d31f:ffff:ffff:ffff:ffff:ffff
2001:450:d33f:ffff:ffff:ffff:ffff:ffff

2001:450:d3af:ffff:ffff:ffff:ffff:ffff
2001:450:d3cf:ffff:ffff:ffff:ffff:ffff
2001:450:d3ef:ffff:ffff:ffff:ffff:ffff
2001:450:d44f:ffff:ffff:ffff:ffff:ffff
2001:450:d48f:ffff:ffff:ffff:ffff:ffff
2001:450:d4cf:ffff:ffff:ffff:ffff:ffff
2001:450:d50f:ffff:ffff:ffff:ffff:ffff
2001:450:d53f:ffff:ffff:ffff:ffff:ffff
2001:450:d57f:ffff:ffff:ffff:ffff:ffff
2001:450:d59f:ffff:ffff:ffff:ffff:ffff
2001:450:d5bf:ffff:ffff:ffff:ffff:ffff
2001:450:d64f:ffff:ffff:ffff:ffff:ffff
2001:450:d6bf:ffff:ffff:ffff:ffff:ffff
2001:450:d6ef:ffff:ffff:ffff:ffff:ffff
2001:450:d74f:ffff:ffff:ffff:ffff:ffff
2001:450:d76f:ffff:ffff:ffff:ffff:ffff
2001:450:d7bf:ffff:ffff:ffff:ffff:ffff
2001:450:d80f:ffff:ffff:ffff:ffff:ffff
2001:450:d90f:ffff:ffff:ffff:ffff:ffff
2001:450:d93f:ffff:ffff:ffff:ffff:ffff
2001:450:d95f:ffff:ffff:ffff:ffff:ffff
2001:450:d99f:ffff:ffff:ffff:ffff:ffff
2001:450:d9cf:ffff:ffff:ffff:ffff:ffff
2001:450:da0f:ffff:ffff:ffff:ffff:ffff
2001:450:da3f:ffff:ffff:ffff:ffff:ffff
2001:450:daaf:ffff:ffff:ffff:ffff:ffff
2001:450:dacf:ffff:ffff:ffff:ffff:ffff
2001:450:db3f:ffff:ffff:ffff:ffff:ffff
2001:450:db8f:ffff:ffff:ffff:ffff:ffff
2001:450:dbbf:ffff:ffff:ffff:ffff:ffff
2001:450:dbdf:ffff:ffff:ffff:ffff:ffff
2001:450:dcaf:ffff:ffff:ffff:ffff:ffff
2001:450:dcff:ffff:ffff:ffff:ffff:ffff
2001:450:dd2f:ffff:ffff:ffff:ffff:ffff
2001:450:dd6f:ffff:ffff:ffff:ffff:ffff
2001:450:dd9f:ffff:ffff:ffff:ffff:ffff
2001:450:ddcf:ffff:ffff:ffff:ffff:ffff

2001:450:ddff:ffff:ffff:ffff:ffff:ffff
2001:450:de1f:ffff:ffff:ffff:ffff:ffff
2001:450:de6f:ffff:ffff:ffff:ffff:ffff
2001:450:dedf:ffff:ffff:ffff:ffff:ffff
2001:450:df3f:ffff:ffff:ffff:ffff:ffff
2001:450:df6f:ffff:ffff:ffff:ffff:ffff
2001:450:dfaf:ffff:ffff:ffff:ffff:ffff
2001:450:dfef:ffff:ffff:ffff:ffff:ffff
2001:450:e03f:ffff:ffff:ffff:ffff:ffff
2001:450:e0bf:ffff:ffff:ffff:ffff:ffff
2001:450:e11f:ffff:ffff:ffff:ffff:ffff
2001:450:e14f:ffff:ffff:ffff:ffff:ffff
2001:450:e18f:ffff:ffff:ffff:ffff:ffff
2001:450:e4ef:ffff:ffff:ffff:ffff:ffff
2001:450:e50f:ffff:ffff:ffff:ffff:ffff
2001:450:e56f:ffff:ffff:ffff:ffff:ffff
2001:450:e59f:ffff:ffff:ffff:ffff:ffff
2001:450:e5df:ffff:ffff:ffff:ffff:ffff
2001:450:e63f:ffff:ffff:ffff:ffff:ffff
2001:450:e6cf:ffff:ffff:ffff:ffff:ffff
2001:450:e6ff:ffff:ffff:ffff:ffff:ffff
2001:450:e73f:ffff:ffff:ffff:ffff:ffff
2001:450:e76f:ffff:ffff:ffff:ffff:ffff
2001:450:e78f:ffff:ffff:ffff:ffff:ffff
2001:450:e82f:ffff:ffff:ffff:ffff:ffff
2001:450:e87f:ffff:ffff:ffff:ffff:ffff
2001:450:e8af:ffff:ffff:ffff:ffff:ffff
2001:450:e8cf:ffff:ffff:ffff:ffff:ffff
2001:450:e90f:ffff:ffff:ffff:ffff:ffff
2001:450:e94f:ffff:ffff:ffff:ffff:ffff
2001:450:e98f:ffff:ffff:ffff:ffff:ffff
2001:450:e9bf:ffff:ffff:ffff:ffff:ffff
2001:450:e9ef:ffff:ffff:ffff:ffff:ffff
2001:450:ea0f:ffff:ffff:ffff:ffff:ffff
2001:450:ea4f:ffff:ffff:ffff:ffff:ffff
2001:450:ea6f:ffff:ffff:ffff:ffff:ffff
2001:450:eaaf:ffff:ffff:ffff:ffff:ffff

2001:450:eaef:ffff:ffff:ffff:ffff:ffff
2001:450:eb1f:ffff:ffff:ffff:ffff:ffff
2001:450:eb6f:ffff:ffff:ffff:ffff:ffff
2001:450:eb8f:ffff:ffff:ffff:ffff:ffff
2001:450:ebaf:ffff:ffff:ffff:ffff:ffff
2001:450:ebcf:ffff:ffff:ffff:ffff:ffff
2001:450:ebef:ffff:ffff:ffff:ffff:ffff
2001:450:ec1f:ffff:ffff:ffff:ffff:ffff
2001:450:ec7f:ffff:ffff:ffff:ffff:ffff
2001:450:ecaf:ffff:ffff:ffff:ffff:ffff
2001:450:eccf:ffff:ffff:ffff:ffff:ffff
2001:450:ed2f:ffff:ffff:ffff:ffff:ffff
2001:450:ed5f:ffff:ffff:ffff:ffff:ffff
2001:450:ed8f:ffff:ffff:ffff:ffff:ffff
2001:450:edcf:ffff:ffff:ffff:ffff:ffff
2001:450:edef:ffff:ffff:ffff:ffff:ffff
2001:450:ee3f:ffff:ffff:ffff:ffff:ffff
2001:450:ee6f:ffff:ffff:ffff:ffff:ffff
2001:450:ee8f:ffff:ffff:ffff:ffff:ffff
2001:450:eeaf:ffff:ffff:ffff:ffff:ffff
2001:450:f70f:ffff:ffff:ffff:ffff:ffff
2001:450:f78f:ffff:ffff:ffff:ffff:ffff
2001:450:f7cf:ffff:ffff:ffff:ffff:ffff
2001:450:f7ff:ffff:ffff:ffff:ffff:ffff
2001:450:f84f:ffff:ffff:ffff:ffff:ffff
2001:450:f88f:ffff:ffff:ffff:ffff:ffff
2001:450:f8cf:ffff:ffff:ffff:ffff:ffff
2001:450:f91f:ffff:ffff:ffff:ffff:ffff
2001:450:f94f:ffff:ffff:ffff:ffff:ffff
2001:450:f96f:ffff:ffff:ffff:ffff:ffff
2001:450:f9af:ffff:ffff:ffff:ffff:ffff
2001:450:f9cf:ffff:ffff:ffff:ffff:ffff
2001:450:f9ef:ffff:ffff:ffff:ffff:ffff
2001:450:fa0f:ffff:ffff:ffff:ffff:ffff
2001:450:fa5f:ffff:ffff:ffff:ffff:ffff
2001:450:fa7f:ffff:ffff:ffff:ffff:ffff
2001:450:faaf:ffff:ffff:ffff:ffff:ffff

2001:450:faef:ffff:ffff:ffff:ffff:ffff
2001:450:fb1f:ffff:ffff:ffff:ffff:ffff
2001:450:fb4f:ffff:ffff:ffff:ffff:ffff
2001:450:fb8f:ffff:ffff:ffff:ffff:ffff
2001:450:fbaf:ffff:ffff:ffff:ffff:ffff
2001:450:fbdf:ffff:ffff:ffff:ffff:ffff
2001:450:fbff:ffff:ffff:ffff:ffff:ffff
2001:450:fc2f:ffff:ffff:ffff:ffff:ffff
2001:450:fc6f:ffff:ffff:ffff:ffff:ffff
2001:450:fc9f:ffff:ffff:ffff:ffff:ffff
2001:450:fcdf:ffff:ffff:ffff:ffff:ffff
2001:450:fd0f:ffff:ffff:ffff:ffff:ffff
2001:450:fd9f:ffff:ffff:ffff:ffff:ffff
2001:450:fdef:ffff:ffff:ffff:ffff:ffff
2001:450:fe0f:ffff:ffff:ffff:ffff:ffff
2001:450:fe5f:ffff:ffff:ffff:ffff:ffff
2001:450:fe8f:ffff:ffff:ffff:ffff:ffff
2001:450:fecf:ffff:ffff:ffff:ffff:ffff
2001:450:feff:ffff:ffff:ffff:ffff:ffff
2001:450:ff4f:ffff:ffff:ffff:ffff:ffff
2001:450:ff6f:ffff:ffff:ffff:ffff:ffff
2001:450:ff9f:ffff:ffff:ffff:ffff:ffff
2001:450:ffdf:ffff:ffff:ffff:ffff:ffff
2001:460:b9f:ffff:ffff:ffff:ffff:ffff
2001:460:283f:ffff:ffff:ffff:ffff:ffff
2001:460:4aff:ffff:ffff:ffff:ffff:ffff
2001:460:4edf:ffff:ffff:ffff:ffff:ffff
2001:460:566f:ffff:ffff:ffff:ffff:ffff
2001:460:743f:ffff:ffff:ffff:ffff:ffff
2001:460:8abf:ffff:ffff:ffff:ffff:ffff
2001:460:8caf:ffff:ffff:ffff:ffff:ffff
2001:460:8d5f:ffff:ffff:ffff:ffff:ffff
2001:460:9f1f:ffff:ffff:ffff:ffff:ffff
2001:460:c05f:ffff:ffff:ffff:ffff:ffff
2001:460:e5ef:ffff:ffff:ffff:ffff:ffff
2001:460:e6af:ffff:ffff:ffff:ffff:ffff
2001:460:faaf:ffff:ffff:ffff:ffff:ffff

2001:468:7ff:ffff:ffff:ffff:ffff:ffff
2001:468:16ff:ffff:ffff:ffff:ffff:ffff
2001:468:2f09:ffff:ffff:ffff:ffff:ffff
2001:470:5:ffff:ffff:ffff:ffff:ffff
2001:470:10:ffff:ffff:ffff:ffff:ffff
2001:470:60:ffff:ffff:ffff:ffff:ffff
2001:470:81:ffff:ffff:ffff:ffff:ffff
2001:470:87:ffff:ffff:ffff:ffff:ffff
2001:470:9d:ffff:ffff:ffff:ffff:ffff
2001:470:133:ffff:ffff:ffff:ffff:ffff
2001:470:174:ffff:ffff:ffff:ffff:ffff
2001:470:178:ffff:ffff:ffff:ffff:ffff
2001:470:1a0:ffff:ffff:ffff:ffff:ffff
2001:470:1cb:ffff:ffff:ffff:ffff:ffff
2001:470:1ea:ffff:ffff:ffff:ffff:ffff
2001:470:251:ffff:ffff:ffff:ffff:ffff
2001:470:2b0:ffff:ffff:ffff:ffff:ffff
2001:470:2f8:ffff:ffff:ffff:ffff:ffff
2001:470:305:ffff:ffff:ffff:ffff:ffff
2001:470:340:ffff:ffff:ffff:ffff:ffff
2001:470:37b:ffff:ffff:ffff:ffff:ffff
2001:470:3b3:ffff:ffff:ffff:ffff:ffff
2001:470:3bd:ffff:ffff:ffff:ffff:ffff
2001:470:3c4:ffff:ffff:ffff:ffff:ffff
2001:470:3f9:ffff:ffff:ffff:ffff:ffff
2001:470:4c1:ffff:ffff:ffff:ffff:ffff
2001:470:528:ffff:ffff:ffff:ffff:ffff
2001:470:56c:ffff:ffff:ffff:ffff:ffff
2001:470:593:ffff:ffff:ffff:ffff:ffff
2001:470:1f0d:ffff:ffff:ffff:ffff:ffff
2001:470:20af:ffff:ffff:ffff:ffff:ffff
2001:470:2851:ffff:ffff:ffff:ffff:ffff
2001:470:285b:ffff:ffff:ffff:ffff:ffff
2001:470:287f:ffff:ffff:ffff:ffff:ffff
2001:470:289d:ffff:ffff:ffff:ffff:ffff
2001:470:28c0:ffff:ffff:ffff:ffff:ffff
2001:470:3086:ffff:ffff:ffff:ffff:ffff

2001:470:3893:ffff:ffff:ffff:ffff:ffff
2001:470:38cb:ffff:ffff:ffff:ffff:ffff
2001:470:38f1:ffff:ffff:ffff:ffff:ffff
2001:470:39fa:ffff:ffff:ffff:ffff:ffff
2001:470:4078:ffff:ffff:ffff:ffff:ffff
2001:470:40cd:ffff:ffff:ffff:ffff:ffff
2001:470:40d0:ffff:ffff:ffff:ffff:ffff
2001:470:4206:ffff:ffff:ffff:ffff:ffff
2001:470:42d0:ffff:ffff:ffff:ffff:ffff
2001:470:49c4:ffff:ffff:ffff:ffff:ffff
2001:470:522a:ffff:ffff:ffff:ffff:ffff
2001:470:5245:ffff:ffff:ffff:ffff:ffff
2001:470:53b2:ffff:ffff:ffff:ffff:ffff
2001:470:5871:ffff:ffff:ffff:ffff:ffff
2001:470:60c9:ffff:ffff:ffff:ffff:ffff
2001:470:6202:ffff:ffff:ffff:ffff:ffff
2001:470:681f:ffff:ffff:ffff:ffff:ffff
2001:470:6955:ffff:ffff:ffff:ffff:ffff
2001:470:6b3b:ffff:ffff:ffff:ffff:ffff
2001:470:720e:ffff:ffff:ffff:ffff:ffff
2001:470:73c0:ffff:ffff:ffff:ffff:ffff
2001:470:768b:ffff:ffff:ffff:ffff:ffff
2001:470:788c:ffff:ffff:ffff:ffff:ffff
2001:470:789b:ffff:ffff:ffff:ffff:ffff
2001:470:7d86:ffff:ffff:ffff:ffff:ffff
2001:470:8111:ffff:ffff:ffff:ffff:ffff
2001:470:8159:ffff:ffff:ffff:ffff:ffff
2001:470:817c:ffff:ffff:ffff:ffff:ffff
2001:470:81de:ffff:ffff:ffff:ffff:ffff
2001:470:82ba:ffff:ffff:ffff:ffff:ffff
2001:470:8819:ffff:ffff:ffff:ffff:ffff
2001:470:881b:ffff:ffff:ffff:ffff:ffff
2001:470:8839:ffff:ffff:ffff:ffff:ffff
2001:470:889e:ffff:ffff:ffff:ffff:ffff
2001:470:88ee:ffff:ffff:ffff:ffff:ffff
2001:470:88ff:ffff:ffff:ffff:ffff:ffff
2001:470:8901:ffff:ffff:ffff:ffff:ffff

2001:470:8904:ffff:ffff:ffff:ffff:ffff
2001:470:8b42:ffff:ffff:ffff:ffff:ffff
2001:470:8b67:ffff:ffff:ffff:ffff:ffff
2001:470:8b8f:ffff:ffff:ffff:ffff:ffff
2001:470:8cfe:ffff:ffff:ffff:ffff:ffff
2001:470:8d14:ffff:ffff:ffff:ffff:ffff
2001:470:99c5:ffff:ffff:ffff:ffff:ffff
2001:470:b013:ffff:ffff:ffff:ffff:ffff
2001:470:b103:ffff:ffff:ffff:ffff:ffff
2001:470:b12a:ffff:ffff:ffff:ffff:ffff
2001:470:b282:ffff:ffff:ffff:ffff:ffff
2001:470:b2a9:ffff:ffff:ffff:ffff:ffff
2001:470:b457:ffff:ffff:ffff:ffff:ffff
2001:470:b5ad:ffff:ffff:ffff:ffff:ffff
2001:470:b6b8:ffff:ffff:ffff:ffff:ffff
2001:470:b856:ffff:ffff:ffff:ffff:ffff
2001:470:b860:ffff:ffff:ffff:ffff:ffff
2001:470:b8d3:ffff:ffff:ffff:ffff:ffff
2001:470:b94c:ffff:ffff:ffff:ffff:ffff
2001:470:b97b:ffff:ffff:ffff:ffff:ffff
2001:470:b98c:ffff:ffff:ffff:ffff:ffff
2001:470:ba1e:ffff:ffff:ffff:ffff:ffff
2001:470:bab4:ffff:ffff:ffff:ffff:ffff
2001:470:bae1:ffff:ffff:ffff:ffff:ffff
2001:470:bbce:ffff:ffff:ffff:ffff:ffff
2001:470:c11d:ffff:ffff:ffff:ffff:ffff
2001:470:c188:ffff:ffff:ffff:ffff:ffff
2001:470:c2af:ffff:ffff:ffff:ffff:ffff
2001:470:c932:ffff:ffff:ffff:ffff:ffff
2001:470:ca37:ffff:ffff:ffff:ffff:ffff
2001:470:d800:ffff:ffff:ffff:ffff:ffff
2001:470:d804:ffff:ffff:ffff:ffff:ffff
2001:470:d80c:ffff:ffff:ffff:ffff:ffff
2001:470:d80f:ffff:ffff:ffff:ffff:ffff
2001:470:d812:ffff:ffff:ffff:ffff:ffff
2001:470:d814:ffff:ffff:ffff:ffff:ffff
2001:470:d81c:ffff:ffff:ffff:ffff:ffff

2001:470:d822:ffff:ffff:ffff:ffff:ffff
2001:470:d825:ffff:ffff:ffff:ffff:ffff
2001:470:d828:ffff:ffff:ffff:ffff:ffff
2001:470:d82e:ffff:ffff:ffff:ffff:ffff
2001:470:d831:ffff:ffff:ffff:ffff:ffff
2001:470:d834:ffff:ffff:ffff:ffff:ffff
2001:470:d845:ffff:ffff:ffff:ffff:ffff
2001:470:d84b:ffff:ffff:ffff:ffff:ffff
2001:470:d84d:ffff:ffff:ffff:ffff:ffff
2001:470:d851:ffff:ffff:ffff:ffff:ffff
2001:470:d854:ffff:ffff:ffff:ffff:ffff
2001:470:d857:ffff:ffff:ffff:ffff:ffff
2001:470:d85e:ffff:ffff:ffff:ffff:ffff
2001:470:d863:ffff:ffff:ffff:ffff:ffff
2001:470:d868:ffff:ffff:ffff:ffff:ffff
2001:470:d86b:ffff:ffff:ffff:ffff:ffff
2001:470:d86d:ffff:ffff:ffff:ffff:ffff
2001:470:d870:ffff:ffff:ffff:ffff:ffff
2001:470:d87a:ffff:ffff:ffff:ffff:ffff
2001:470:d87f:ffff:ffff:ffff:ffff:ffff
2001:470:d882:ffff:ffff:ffff:ffff:ffff
2001:470:d886:ffff:ffff:ffff:ffff:ffff
2001:470:d891:ffff:ffff:ffff:ffff:ffff
2001:470:d893:ffff:ffff:ffff:ffff:ffff
2001:470:d896:ffff:ffff:ffff:ffff:ffff
2001:470:d89b:ffff:ffff:ffff:ffff:ffff
2001:470:d89e:ffff:ffff:ffff:ffff:ffff
2001:470:d8a4:ffff:ffff:ffff:ffff:ffff
2001:470:d8b8:ffff:ffff:ffff:ffff:ffff
2001:470:d8bf:ffff:ffff:ffff:ffff:ffff
2001:470:d8c9:ffff:ffff:ffff:ffff:ffff
2001:470:d8d2:ffff:ffff:ffff:ffff:ffff
2001:470:d8da:ffff:ffff:ffff:ffff:ffff
2001:470:d8e9:ffff:ffff:ffff:ffff:ffff
2001:470:d8f8:ffff:ffff:ffff:ffff:ffff
2001:470:d8fd:ffff:ffff:ffff:ffff:ffff
2001:470:d901:ffff:ffff:ffff:ffff:ffff

2001:470:d905:ffff:ffff:ffff:ffff:ffff
2001:470:d90a:ffff:ffff:ffff:ffff:ffff
2001:470:d90e:ffff:ffff:ffff:ffff:ffff
2001:470:d91b:ffff:ffff:ffff:ffff:ffff
2001:470:d929:ffff:ffff:ffff:ffff:ffff
2001:470:d92f:ffff:ffff:ffff:ffff:ffff
2001:470:d93d:ffff:ffff:ffff:ffff:ffff
2001:470:d93f:ffff:ffff:ffff:ffff:ffff
2001:470:d945:ffff:ffff:ffff:ffff:ffff
2001:470:d952:ffff:ffff:ffff:ffff:ffff
2001:470:d955:ffff:ffff:ffff:ffff:ffff
2001:470:d95b:ffff:ffff:ffff:ffff:ffff
2001:470:d95e:ffff:ffff:ffff:ffff:ffff
2001:470:d965:ffff:ffff:ffff:ffff:ffff
2001:470:d96f:ffff:ffff:ffff:ffff:ffff
2001:470:d974:ffff:ffff:ffff:ffff:ffff
2001:470:d977:ffff:ffff:ffff:ffff:ffff
2001:470:d97c:ffff:ffff:ffff:ffff:ffff
2001:470:d980:ffff:ffff:ffff:ffff:ffff
2001:470:d983:ffff:ffff:ffff:ffff:ffff
2001:470:d985:ffff:ffff:ffff:ffff:ffff
2001:470:d99c:ffff:ffff:ffff:ffff:ffff
2001:470:d9a5:ffff:ffff:ffff:ffff:ffff
2001:470:d9af:ffff:ffff:ffff:ffff:ffff
2001:470:d9b3:ffff:ffff:ffff:ffff:ffff
2001:470:d9b8:ffff:ffff:ffff:ffff:ffff
2001:470:d9bd:ffff:ffff:ffff:ffff:ffff
2001:470:d9c8:ffff:ffff:ffff:ffff:ffff
2001:470:d9cf:ffff:ffff:ffff:ffff:ffff
2001:470:d9d3:ffff:ffff:ffff:ffff:ffff
2001:470:d9d6:ffff:ffff:ffff:ffff:ffff
2001:470:d9de:ffff:ffff:ffff:ffff:ffff
2001:470:d9e2:ffff:ffff:ffff:ffff:ffff
2001:470:d9fa:ffff:ffff:ffff:ffff:ffff
2001:470:da20:ffff:ffff:ffff:ffff:ffff
2001:470:da30:ffff:ffff:ffff:ffff:ffff
2001:470:da33:ffff:ffff:ffff:ffff:ffff

2001:470:da3b:ffff:ffff:ffff:ffff:ffff
2001:470:da52:ffff:ffff:ffff:ffff:ffff
2001:470:da72:ffff:ffff:ffff:ffff:ffff
2001:470:da79:ffff:ffff:ffff:ffff:ffff
2001:470:da7c:ffff:ffff:ffff:ffff:ffff
2001:470:da84:ffff:ffff:ffff:ffff:ffff
2001:470:da8d:ffff:ffff:ffff:ffff:ffff
2001:470:da94:ffff:ffff:ffff:ffff:ffff
2001:470:da98:ffff:ffff:ffff:ffff:ffff
2001:470:daa3:ffff:ffff:ffff:ffff:ffff
2001:470:daa9:ffff:ffff:ffff:ffff:ffff
2001:470:daab:ffff:ffff:ffff:ffff:ffff
2001:470:dab5:ffff:ffff:ffff:ffff:ffff
2001:470:dab7:ffff:ffff:ffff:ffff:ffff
2001:470:dabd:ffff:ffff:ffff:ffff:ffff
2001:470:dad0:ffff:ffff:ffff:ffff:ffff
2001:470:dade:ffff:ffff:ffff:ffff:ffff
2001:470:daeb:ffff:ffff:ffff:ffff:ffff
2001:470:dafc:ffff:ffff:ffff:ffff:ffff
2001:470:db08:ffff:ffff:ffff:ffff:ffff
2001:470:db0e:ffff:ffff:ffff:ffff:ffff
2001:470:db16:ffff:ffff:ffff:ffff:ffff
2001:470:db1b:ffff:ffff:ffff:ffff:ffff
2001:470:db1e:ffff:ffff:ffff:ffff:ffff
2001:470:db22:ffff:ffff:ffff:ffff:ffff
2001:470:db24:ffff:ffff:ffff:ffff:ffff
2001:470:db2f:ffff:ffff:ffff:ffff:ffff
2001:470:db35:ffff:ffff:ffff:ffff:ffff
2001:470:db3a:ffff:ffff:ffff:ffff:ffff
2001:470:db3e:ffff:ffff:ffff:ffff:ffff
2001:470:db40:ffff:ffff:ffff:ffff:ffff
2001:470:db43:ffff:ffff:ffff:ffff:ffff
2001:470:db4a:ffff:ffff:ffff:ffff:ffff
2001:470:db4c:ffff:ffff:ffff:ffff:ffff
2001:470:db54:ffff:ffff:ffff:ffff:ffff
2001:470:db5a:ffff:ffff:ffff:ffff:ffff
2001:470:db71:ffff:ffff:ffff:ffff:ffff

2001:470:db75:ffff:ffff:ffff:ffff:ffff
2001:470:db7a:ffff:ffff:ffff:ffff:ffff
2001:470:db81:ffff:ffff:ffff:ffff:ffff
2001:470:db84:ffff:ffff:ffff:ffff:ffff
2001:470:db8e:ffff:ffff:ffff:ffff:ffff
2001:470:dba1:ffff:ffff:ffff:ffff:ffff
2001:470:dbb5:ffff:ffff:ffff:ffff:ffff
2001:470:dbb7:ffff:ffff:ffff:ffff:ffff
2001:470:dbca:ffff:ffff:ffff:ffff:ffff
2001:470:dbd9:ffff:ffff:ffff:ffff:ffff
2001:470:dbde:ffff:ffff:ffff:ffff:ffff
2001:470:dbe0:ffff:ffff:ffff:ffff:ffff
2001:470:dbe4:ffff:ffff:ffff:ffff:ffff
2001:470:dbf0:ffff:ffff:ffff:ffff:ffff
2001:470:dbff:ffff:ffff:ffff:ffff:ffff
2001:470:e018:ffff:ffff:ffff:ffff:ffff
2001:470:e020:ffff:ffff:ffff:ffff:ffff
2001:470:e033:ffff:ffff:ffff:ffff:ffff
2001:470:e08a:ffff:ffff:ffff:ffff:ffff
2001:470:e0e2:ffff:ffff:ffff:ffff:ffff
2001:470:e11e:ffff:ffff:ffff:ffff:ffff
2001:470:e19c:ffff:ffff:ffff:ffff:ffff
2001:470:e1ca:ffff:ffff:ffff:ffff:ffff
2001:470:e1cf:ffff:ffff:ffff:ffff:ffff
2001:470:e201:ffff:ffff:ffff:ffff:ffff
2001:470:e213:ffff:ffff:ffff:ffff:ffff
2001:470:e22b:ffff:ffff:ffff:ffff:ffff
2001:470:e23d:ffff:ffff:ffff:ffff:ffff
2001:470:e281:ffff:ffff:ffff:ffff:ffff
2001:470:e28e:ffff:ffff:ffff:ffff:ffff
2001:470:e345:ffff:ffff:ffff:ffff:ffff
2001:470:e351:ffff:ffff:ffff:ffff:ffff
2001:470:e373:ffff:ffff:ffff:ffff:ffff
2001:470:e3fa:ffff:ffff:ffff:ffff:ffff
2001:470:e5cc:ffff:ffff:ffff:ffff:ffff
2001:470:e5d1:ffff:ffff:ffff:ffff:ffff
2001:470:e806:ffff:ffff:ffff:ffff:ffff

2001:470:e82a:ffff:ffff:ffff:ffff:ffff
2001:470:e94f:ffff:ffff:ffff:ffff:ffff
2001:470:e9fd:ffff:ffff:ffff:ffff:ffff
2001:470:ea08:ffff:ffff:ffff:ffff:ffff
2001:470:eae1:ffff:ffff:ffff:ffff:ffff
2001:470:eb4c:ffff:ffff:ffff:ffff:ffff
2001:470:eb53:ffff:ffff:ffff:ffff:ffff
2001:470:ed58:ffff:ffff:ffff:ffff:ffff
2001:470:ee74:ffff:ffff:ffff:ffff:ffff
2001:470:eeb1:ffff:ffff:ffff:ffff:ffff
2001:470:eef7:ffff:ffff:ffff:ffff:ffff
2001:470:f06e:ffff:ffff:ffff:ffff:ffff
2001:470:f0a5:ffff:ffff:ffff:ffff:ffff
2001:470:f0c3:ffff:ffff:ffff:ffff:ffff
2001:470:f148:ffff:ffff:ffff:ffff:ffff
2001:470:f18c:ffff:ffff:ffff:ffff:ffff
2001:470:f19a:ffff:ffff:ffff:ffff:ffff
2001:470:f47a:ffff:ffff:ffff:ffff:ffff
2001:470:f480:ffff:ffff:ffff:ffff:ffff
2001:470:f491:ffff:ffff:ffff:ffff:ffff
2001:470:f520:ffff:ffff:ffff:ffff:ffff
2001:470:f543:ffff:ffff:ffff:ffff:ffff
2001:470:f572:ffff:ffff:ffff:ffff:ffff
2001:470:f5a8:ffff:ffff:ffff:ffff:ffff
2001:470:f6ea:ffff:ffff:ffff:ffff:ffff
2001:470:f93b:ffff:ffff:ffff:ffff:ffff
2001:470:f97a:ffff:ffff:ffff:ffff:ffff
2001:470:f9f8:ffff:ffff:ffff:ffff:ffff
2001:470:fcb0:ffff:ffff:ffff:ffff:ffff
2001:470:febb:ffff:ffff:ffff:ffff:ffff
2001:500:9f:ffff:ffff:ffff:ffff:ffff
2001:500:120:ffff:ffff:ffff:ffff:ffff
2001:500:124:ffff:ffff:ffff:ffff:ffff
2001:500:133:ffff:ffff:ffff:ffff:ffff
2001:500:206:ffff:ffff:ffff:ffff:ffff
2001:504:95:ffff:ffff:ffff:ffff:ffff
2001:520:ffff:ffff:ffff:ffff:ffff:ffff

2001:538:ffff:ffff:ffff:ffff:ffff:ffff
2001:550:1d05:ffff:ffff:ffff:ffff:ffff
2001:550:2205:ffff:ffff:ffff:ffff:ffff
2001:550:2603:ffff:ffff:ffff:ffff:ffff
2001:550:2605:ffff:ffff:ffff:ffff:ffff
2001:550:2901:ffff:ffff:ffff:ffff:ffff
2001:550:2904:ffff:ffff:ffff:ffff:ffff
2001:550:2906:ffff:ffff:ffff:ffff:ffff
2001:550:3706:ffff:ffff:ffff:ffff:ffff
2001:550:3b00:ffff:ffff:ffff:ffff:ffff
2001:550:4001:ffff:ffff:ffff:ffff:ffff
2001:550:4606:ffff:ffff:ffff:ffff:ffff
2001:550:6c02:ffff:ffff:ffff:ffff:ffff
2001:550:6c05:ffff:ffff:ffff:ffff:ffff
2001:558:7f:ffff:ffff:ffff:ffff:ffff
2001:558:193:ffff:ffff:ffff:ffff:ffff
2001:558:243:ffff:ffff:ffff:ffff:ffff
2001:558:25f:ffff:ffff:ffff:ffff:ffff
2001:558:2df:ffff:ffff:ffff:ffff:ffff
2001:558:31f:ffff:ffff:ffff:ffff:ffff
2001:558:101f:ffff:ffff:ffff:ffff:ffff
2001:558:103f:ffff:ffff:ffff:ffff:ffff
2001:558:10f3:ffff:ffff:ffff:ffff:ffff
2001:558:160f:ffff:ffff:ffff:ffff:ffff
2001:558:4012:ffff:ffff:ffff:ffff:ffff
2001:558:4032:ffff:ffff:ffff:ffff:ffff
2001:558:4092:ffff:ffff:ffff:ffff:ffff
2001:558:40a0:ffff:ffff:ffff:ffff:ffff
2001:558:40c2:ffff:ffff:ffff:ffff:ffff
2001:558:4fdf:ffff:ffff:ffff:ffff:ffff
2001:558:4fe2:ffff:ffff:ffff:ffff:ffff
2001:558:4fe4:ffff:ffff:ffff:ffff:ffff
2001:558:4fec:ffff:ffff:ffff:ffff:ffff
2001:558:4fef:ffff:ffff:ffff:ffff:ffff
2001:558:500b:ffff:ffff:ffff:ffff:ffff
2001:558:500f:ffff:ffff:ffff:ffff:ffff
2001:558:5012:ffff:ffff:ffff:ffff:ffff

2001:558:5014:ffff:ffff:ffff:ffff:ffff
2001:558:5017:ffff:ffff:ffff:ffff:ffff
2001:558:6004:ffff:ffff:ffff:ffff:ffff
2001:558:600b:ffff:ffff:ffff:ffff:ffff
2001:558:6015:ffff:ffff:ffff:ffff:ffff
2001:558:6024:ffff:ffff:ffff:ffff:ffff
2001:558:6030:ffff:ffff:ffff:ffff:ffff
2001:558:6043:ffff:ffff:ffff:ffff:ffff
2001:558:7013:ffff:ffff:ffff:ffff:ffff
2001:558:800d:ffff:ffff:ffff:ffff:ffff
2001:558:8011:ffff:ffff:ffff:ffff:ffff
2001:558:8013:ffff:ffff:ffff:ffff:ffff
2001:558:8019:ffff:ffff:ffff:ffff:ffff
2001:558:801b:ffff:ffff:ffff:ffff:ffff
2001:558:801e:ffff:ffff:ffff:ffff:ffff
2001:558:8021:ffff:ffff:ffff:ffff:ffff
2001:558:8025:ffff:ffff:ffff:ffff:ffff
2001:558:8027:ffff:ffff:ffff:ffff:ffff
2001:558:9008:ffff:ffff:ffff:ffff:ffff
2001:558:900f:ffff:ffff:ffff:ffff:ffff
2001:558:9012:ffff:ffff:ffff:ffff:ffff
2001:558:a015:ffff:ffff:ffff:ffff:ffff
2001:558:a017:ffff:ffff:ffff:ffff:ffff
2001:558:a01c:ffff:ffff:ffff:ffff:ffff
2001:558:a020:ffff:ffff:ffff:ffff:ffff
2001:558:a026:ffff:ffff:ffff:ffff:ffff
2001:558:f78f:ffff:ffff:ffff:ffff:ffff
2001:558:fc17:ffff:ffff:ffff:ffff:ffff
2001:558:fe0b:ffff:ffff:ffff:ffff:ffff
2001:558:fe2b:ffff:ffff:ffff:ffff:ffff
2001:558:fe3b:ffff:ffff:ffff:ffff:ffff
2001:559:89:ffff:ffff:ffff:ffff:ffff
2001:559:ad:ffff:ffff:ffff:ffff:ffff
2001:559:ea:ffff:ffff:ffff:ffff:ffff
2001:559:116:ffff:ffff:ffff:ffff:ffff
2001:559:135:ffff:ffff:ffff:ffff:ffff
2001:559:142:ffff:ffff:ffff:ffff:ffff

2001:559:161:ffff:ffff:ffff:ffff:ffff
2001:559:164:ffff:ffff:ffff:ffff:ffff
2001:559:166:ffff:ffff:ffff:ffff:ffff
2001:559:169:ffff:ffff:ffff:ffff:ffff
2001:559:18b:ffff:ffff:ffff:ffff:ffff
2001:559:195:ffff:ffff:ffff:ffff:ffff
2001:559:1ac:ffff:ffff:ffff:ffff:ffff
2001:559:1af:ffff:ffff:ffff:ffff:ffff
2001:559:1cb:ffff:ffff:ffff:ffff:ffff
2001:559:1cd:ffff:ffff:ffff:ffff:ffff
2001:559:1ec:ffff:ffff:ffff:ffff:ffff
2001:559:205:ffff:ffff:ffff:ffff:ffff
2001:559:233:ffff:ffff:ffff:ffff:ffff
2001:559:281:ffff:ffff:ffff:ffff:ffff
2001:559:28b:ffff:ffff:ffff:ffff:ffff
2001:559:2a1:ffff:ffff:ffff:ffff:ffff
2001:559:2a3:ffff:ffff:ffff:ffff:ffff
2001:559:2cf:ffff:ffff:ffff:ffff:ffff
2001:559:2fb:ffff:ffff:ffff:ffff:ffff
2001:559:307:ffff:ffff:ffff:ffff:ffff
2001:559:386:ffff:ffff:ffff:ffff:ffff
2001:559:3d0:ffff:ffff:ffff:ffff:ffff
2001:559:3e6:ffff:ffff:ffff:ffff:ffff
2001:559:401:ffff:ffff:ffff:ffff:ffff
2001:559:430:ffff:ffff:ffff:ffff:ffff
2001:559:463:ffff:ffff:ffff:ffff:ffff
2001:559:47b:ffff:ffff:ffff:ffff:ffff
2001:559:47f:ffff:ffff:ffff:ffff:ffff
2001:559:4d4:ffff:ffff:ffff:ffff:ffff
2001:559:4d7:ffff:ffff:ffff:ffff:ffff
2001:559:4ef:ffff:ffff:ffff:ffff:ffff
2001:559:4f8:ffff:ffff:ffff:ffff:ffff
2001:559:516:ffff:ffff:ffff:ffff:ffff
2001:559:555:ffff:ffff:ffff:ffff:ffff
2001:559:55f:ffff:ffff:ffff:ffff:ffff
2001:559:5af:ffff:ffff:ffff:ffff:ffff
2001:559:71c:ffff:ffff:ffff:ffff:ffff

2001:559:731:ffff:ffff:ffff:ffff:ffff
2001:559:77e:ffff:ffff:ffff:ffff:ffff
2001:559:7c7:ffff:ffff:ffff:ffff:ffff
2001:559:7c9:ffff:ffff:ffff:ffff:ffff
2001:559:804f:ffff:ffff:ffff:ffff:ffff
2001:559:8075:ffff:ffff:ffff:ffff:ffff
2001:559:8077:ffff:ffff:ffff:ffff:ffff
2001:559:80fa:ffff:ffff:ffff:ffff:ffff
2001:559:8106:ffff:ffff:ffff:ffff:ffff
2001:559:8112:ffff:ffff:ffff:ffff:ffff
2001:559:815b:ffff:ffff:ffff:ffff:ffff
2001:559:81d3:ffff:ffff:ffff:ffff:ffff
2001:559:821d:ffff:ffff:ffff:ffff:ffff
2001:559:830d:ffff:ffff:ffff:ffff:ffff
2001:559:8321:ffff:ffff:ffff:ffff:ffff
2001:559:8332:ffff:ffff:ffff:ffff:ffff
2001:559:8334:ffff:ffff:ffff:ffff:ffff
2001:559:8337:ffff:ffff:ffff:ffff:ffff
2001:559:8425:ffff:ffff:ffff:ffff:ffff
2001:559:8462:ffff:ffff:ffff:ffff:ffff
2001:559:846d:ffff:ffff:ffff:ffff:ffff
2001:559:84c1:ffff:ffff:ffff:ffff:ffff
2001:559:84c6:ffff:ffff:ffff:ffff:ffff
2001:559:84ed:ffff:ffff:ffff:ffff:ffff
2001:559:84ef:ffff:ffff:ffff:ffff:ffff
2001:559:8502:ffff:ffff:ffff:ffff:ffff
2001:559:852b:ffff:ffff:ffff:ffff:ffff
2001:559:8569:ffff:ffff:ffff:ffff:ffff
2001:559:856b:ffff:ffff:ffff:ffff:ffff
2001:559:85af:ffff:ffff:ffff:ffff:ffff
2001:559:85bf:ffff:ffff:ffff:ffff:ffff
2001:559:85d6:ffff:ffff:ffff:ffff:ffff
2001:559:864f:ffff:ffff:ffff:ffff:ffff
2001:559:8651:ffff:ffff:ffff:ffff:ffff
2001:559:86c9:ffff:ffff:ffff:ffff:ffff
2001:559:870f:ffff:ffff:ffff:ffff:ffff
2001:559:8751:ffff:ffff:ffff:ffff:ffff

2001:559:8762:ffff:ffff:ffff:ffff:ffff
2001:559:878c:ffff:ffff:ffff:ffff:ffff
2001:559:8795:ffff:ffff:ffff:ffff:ffff
2001:559:8799:ffff:ffff:ffff:ffff:ffff
2001:559:87d5:ffff:ffff:ffff:ffff:ffff
2001:559:87da:ffff:ffff:ffff:ffff:ffff
2001:559:900e:ffff:ffff:ffff:ffff:ffff
2001:559:c030:ffff:ffff:ffff:ffff:ffff
2001:559:c03c:ffff:ffff:ffff:ffff:ffff
2001:559:c03f:ffff:ffff:ffff:ffff:ffff
2001:559:c0ba:ffff:ffff:ffff:ffff:ffff
2001:559:c0d3:ffff:ffff:ffff:ffff:ffff
2001:559:c0d9:ffff:ffff:ffff:ffff:ffff
2001:559:c0e2:ffff:ffff:ffff:ffff:ffff
2001:559:c111:ffff:ffff:ffff:ffff:ffff
2001:559:c115:ffff:ffff:ffff:ffff:ffff
2001:559:c119:ffff:ffff:ffff:ffff:ffff
2001:559:c136:ffff:ffff:ffff:ffff:ffff
2001:559:c165:ffff:ffff:ffff:ffff:ffff
2001:559:c16c:ffff:ffff:ffff:ffff:ffff
2001:559:c16f:ffff:ffff:ffff:ffff:ffff
2001:559:c193:ffff:ffff:ffff:ffff:ffff
2001:559:c1ac:ffff:ffff:ffff:ffff:ffff
2001:559:c1af:ffff:ffff:ffff:ffff:ffff
2001:559:c1b3:ffff:ffff:ffff:ffff:ffff
2001:559:c1f5:ffff:ffff:ffff:ffff:ffff
2001:559:c202:ffff:ffff:ffff:ffff:ffff
2001:559:c22b:ffff:ffff:ffff:ffff:ffff
2001:559:c246:ffff:ffff:ffff:ffff:ffff
2001:559:c25f:ffff:ffff:ffff:ffff:ffff
2001:559:c3ce:ffff:ffff:ffff:ffff:ffff
2001:559:c427:ffff:ffff:ffff:ffff:ffff
2001:559:c440:ffff:ffff:ffff:ffff:ffff
2001:559:c47b:ffff:ffff:ffff:ffff:ffff
2001:559:c4b9:ffff:ffff:ffff:ffff:ffff
2001:559:c4c3:ffff:ffff:ffff:ffff:ffff
2001:559:c4ea:ffff:ffff:ffff:ffff:ffff

2001:559:c4f2:ffff:ffff:ffff:ffff:ffff
2001:559:c501:ffff:ffff:ffff:ffff:ffff
2001:559:c507:ffff:ffff:ffff:ffff:ffff
2001:559:c51b:ffff:ffff:ffff:ffff:ffff
2001:559:c521:ffff:ffff:ffff:ffff:ffff
2001:559:c52e:ffff:ffff:ffff:ffff:ffff
2001:559:c557:ffff:ffff:ffff:ffff:ffff
2001:559:c55e:ffff:ffff:ffff:ffff:ffff
2001:55c:7fff:ffff:ffff:ffff:ffff:ffff
2001:55c:9fff:ffff:ffff:ffff:ffff:ffff
2001:55c:efff:ffff:ffff:ffff:ffff:ffff
2001:55d:1fff:ffff:ffff:ffff:ffff:ffff
2001:55d:5fff:ffff:ffff:ffff:ffff:ffff
2001:55d:cfff:ffff:ffff:ffff:ffff:ffff
2001:579:18c8:ffff:ffff:ffff:ffff:ffff
2001:579:1934:ffff:ffff:ffff:ffff:ffff
2001:579:2418:ffff:ffff:ffff:ffff:ffff
2001:579:2420:ffff:ffff:ffff:ffff:ffff
2001:579:243e:ffff:ffff:ffff:ffff:ffff
2001:579:2470:ffff:ffff:ffff:ffff:ffff
2001:5a0:40:3ff:ffff:ffff:ffff:ffff
2001:5a0:3806:ffff:ffff:ffff:ffff:ffff
2001:5a0:381f:ffff:ffff:ffff:ffff:ffff
2001:5b0:2640:ffff:ffff:ffff:ffff:ffff
2001:5b0:2672:ffff:ffff:ffff:ffff:ffff
2001:5b0:2a6d:ffff:ffff:ffff:ffff:ffff
2001:5b0:2d74:ffff:ffff:ffff:ffff:ffff
2001:5b0:48c4:ffff:ffff:ffff:ffff:ffff
2001:5b0:48c6:ffff:ffff:ffff:ffff:ffff
2001:5b0:48e3:ffff:ffff:ffff:ffff:ffff
2001:5b0:902f:ffff:ffff:ffff:ffff:ffff
2001:5b0:906f:ffff:ffff:ffff:ffff:ffff
2001:5b0:9072:ffff:ffff:ffff:ffff:ffff
2001:5b0:9074:ffff:ffff:ffff:ffff:ffff
2001:5b0:907f:ffff:ffff:ffff:ffff:ffff
2001:5b0:90a2:ffff:ffff:ffff:ffff:ffff
2001:5b0:90a5:ffff:ffff:ffff:ffff:ffff

2001:5b0:90bf:ffff:ffff:ffff:ffff:ffff
2001:5b0:90df:ffff:ffff:ffff:ffff:ffff
2001:5b0:90ff:ffff:ffff:ffff:ffff:ffff
2001:5b0:9110:ffff:ffff:ffff:ffff:ffff
2001:5b0:9132:ffff:ffff:ffff:ffff:ffff
2001:5b0:913f:ffff:ffff:ffff:ffff:ffff
2001:5b0:915f:ffff:ffff:ffff:ffff:ffff
2001:5b0:934f:ffff:ffff:ffff:ffff:ffff
2001:5b0:9915:ffff:ffff:ffff:ffff:ffff
2001:5b0:ad13:ffff:ffff:ffff:ffff:ffff
2001:5b0:baf1:ffff:ffff:ffff:ffff:ffff
2001:5b8:1:ffff:ffff:ffff:ffff:ffff
2001:5b8:ffff:ffff:ffff:ffff:ffff:ffff
2001:b28:f23d:ffff:ffff:ffff:ffff:ffff
2001:13b0:40ff:ffff:ffff:ffff:ffff:ffff
2001:13b0:44ff:ffff:ffff:ffff:ffff:ffff
2001:13b0:48ff:ffff:ffff:ffff:ffff:ffff
2001:13b0:52ff:ffff:ffff:ffff:ffff:ffff
2001:13b0:59ff:ffff:ffff:ffff:ffff:ffff
2001:13b0:6eff:ffff:ffff:ffff:ffff:ffff
2001:13b4:ffff:ffff:ffff:ffff:ffff:ffff
2001:1820:a:ffff:ffff:ffff:ffff:ffff
2001:1820:ffff:ffff:ffff:ffff:ffff:ffff
2001:1890:c03:ffff:ffff:ffff:ffff:ffff
2001:1890:120b:ffff:ffff:ffff:ffff:ffff
2001:1890:120d:ffff:ffff:ffff:ffff:ffff
2001:1890:1255:feff:ffff:ffff:ffff:ffff
2001:1890:1262:eeff:ffff:ffff:ffff:ffff
2001:1890:1272:ffff:ffff:ffff:ffff:ffff
2001:1890:12b6:fdff:ffff:ffff:ffff:ffff
2001:1890:12ca:ffff:ffff:ffff:ffff:ffff
2001:1890:12e0:2bff:ffff:ffff:ffff:ffff
2001:1890:12e6:ffff:ffff:ffff:ffff:ffff
2001:1890:1306:ffff:ffff:ffff:ffff:ffff
2001:1890:130f:ffff:ffff:ffff:ffff:ffff
2001:1890:1326:ffff:ffff:ffff:ffff:ffff
2001:1890:1350:f4ff:ffff:ffff:ffff:ffff

2001:1890:1357:ffff:ffff:ffff:ffff:ffff
2001:1890:1382:ffff:ffff:ffff:ffff:ffff
2001:1890:1386:faff:ffff:ffff:ffff:ffff
2001:1890:13a1:ffff:ffff:ffff:ffff:ffff
2001:1890:13c6:ffff:ffff:ffff:ffff:ffff
2001:1890:13c8:ffff:ffff:ffff:ffff:ffff
2001:1890:13de:ffff:ffff:ffff:ffff:ffff
2001:1890:1430:ffff:ffff:ffff:ffff:ffff
2001:1890:144e:ffff:ffff:ffff:ffff:ffff
2001:1890:1461:ffff:ffff:ffff:ffff:ffff
2001:1890:146c:ffff:ffff:ffff:ffff:ffff
2001:1890:147a:ffff:ffff:ffff:ffff:ffff
2001:1890:1487:ffff:ffff:ffff:ffff:ffff
2001:1890:149d:ffff:ffff:ffff:ffff:ffff
2001:1890:14b6:e8ff:ffff:ffff:ffff:ffff
2001:1890:14d7:ffff:ffff:ffff:ffff:ffff
2001:1890:14e0:ffff:ffff:ffff:ffff:ffff
2001:1890:1503:fbff:ffff:ffff:ffff:ffff
2001:1890:150b:ffff:ffff:ffff:ffff:ffff
2001:1890:150d:ffff:ffff:ffff:ffff:ffff
2001:1890:1521:eaff:ffff:ffff:ffff:ffff
2001:1890:1530:ffff:ffff:ffff:ffff:ffff
2001:1890:1586:eeff:ffff:ffff:ffff:ffff
2001:1890:159e:f6ff:ffff:ffff:ffff:ffff
2001:1890:15b0:ffff:ffff:ffff:ffff:ffff
2001:1890:1602:ffff:ffff:ffff:ffff:ffff
2001:1890:161d:ffff:ffff:ffff:ffff:ffff
2001:1890:1633:ffff:ffff:ffff:ffff:ffff
2001:1890:1645:f9ff:ffff:ffff:ffff:ffff
2001:1890:166a:ffff:ffff:ffff:ffff:ffff
2001:1890:168b:ffff:ffff:ffff:ffff:ffff
2001:1890:16ae:7cff:ffff:ffff:ffff:ffff
2001:1890:16bb:ffff:ffff:ffff:ffff:ffff
2001:1890:16e5:ffff:ffff:ffff:ffff:ffff
2001:1890:16fd:ffff:ffff:ffff:ffff:ffff
2001:1890:16ff:feff:ffff:ffff:ffff:ffff
2001:1890:1709:ffff:ffff:ffff:ffff:ffff

2001:1890:1729:feff:ffff:ffff:ffff:ffff
2001:1890:173b:cbff:ffff:ffff:ffff:ffff
2001:1890:1743:ffff:ffff:ffff:ffff:ffff
2001:1890:174b:ffff:ffff:ffff:ffff:ffff
2001:1890:1796:fdff:ffff:ffff:ffff:ffff
2001:1890:17a5:feff:ffff:ffff:ffff:ffff
2001:1890:17e5:ffff:ffff:ffff:ffff:ffff
2001:1890:1807:ffff:ffff:ffff:ffff:ffff
2001:1890:182d:ffff:ffff:ffff:ffff:ffff
2001:1890:1847:feff:ffff:ffff:ffff:ffff
2001:1890:185b:ffff:ffff:ffff:ffff:ffff
2001:1890:189f:ffff:ffff:ffff:ffff:ffff
2001:1890:18a5:ffff:ffff:ffff:ffff:ffff
2001:1890:18c3:ffff:ffff:ffff:ffff:ffff
2001:1890:18e5:ffff:ffff:ffff:ffff:ffff
2001:1890:18f2:ffff:ffff:ffff:ffff:ffff
2001:1890:1903:ffff:ffff:ffff:ffff:ffff
2001:1890:1931:fff:ffff:ffff:ffff:ffff
2001:1890:1938:ffff:ffff:ffff:ffff:ffff
2001:1890:196c:f9ff:ffff:ffff:ffff:ffff
2001:1890:1987:ffff:ffff:ffff:ffff:ffff
2001:1890:19af:ffff:ffff:ffff:ffff:ffff
2001:1890:19b2:ffff:ffff:ffff:ffff:ffff
2001:1890:19b6:ffff:ffff:ffff:ffff:ffff
2001:1890:1a7d:ffff:ffff:ffff:ffff:ffff
2001:1890:1a9d:f0ff:ffff:ffff:ffff:ffff
2001:1890:1af3:eeff:ffff:ffff:ffff:ffff
2001:1890:1b32:f5ff:ffff:ffff:ffff:ffff
2001:1890:1b76:ffff:ffff:ffff:ffff:ffff
2001:1890:1b99:ffff:ffff:ffff:ffff:ffff
2001:1890:1ba0:ffff:ffff:ffff:ffff:ffff
2001:1890:1ba3:ffff:ffff:ffff:ffff:ffff
2001:1890:1bc3:ffff:ffff:ffff:ffff:ffff
2001:1890:1bc5:fcff:ffff:ffff:ffff:ffff
2001:1890:1bce:27ff:ffff:ffff:ffff:ffff
2001:1890:1bd5:ffff:ffff:ffff:ffff:ffff
2001:1890:1bde:4fff:ffff:ffff:ffff:ffff

2001:1890:1c12:ffff:ffff:ffff:ffff:ffff
2001:1890:1c1d:ffff:ffff:ffff:ffff:ffff
2001:1890:1d22:ffff:ffff:ffff:ffff:ffff
2001:1890:1d2a:ffff:ffff:ffff:ffff:ffff
2001:1890:1d38:ffff:ffff:ffff:ffff:ffff
2001:1890:1d4f:ffff:ffff:ffff:ffff:ffff
2001:1890:1e11:dbff:ffff:ffff:ffff:ffff
2001:1890:1e1e:ffff:ffff:ffff:ffff:ffff
2001:1890:1e2a:ffff:ffff:ffff:ffff:ffff
2001:1890:1e2d:ffff:ffff:ffff:ffff:ffff
2001:1890:1e30:ffff:ffff:ffff:ffff:ffff
2001:1890:1e37:ffff:ffff:ffff:ffff:ffff
2001:1890:1e39:ffff:ffff:ffff:ffff:ffff
2001:1890:1e64:ffff:ffff:ffff:ffff:ffff
2001:1890:1e6c:ffff:ffff:ffff:ffff:ffff
2001:1890:1e83:ffff:ffff:ffff:ffff:ffff
2001:1890:1e90:ffff:ffff:ffff:ffff:ffff
2001:1890:1ea1:ffff:ffff:ffff:ffff:ffff
2001:1890:1eb0:ffff:ffff:ffff:ffff:ffff
2001:1890:1eb9:ffff:ffff:ffff:ffff:ffff
2001:1890:1ec5:ffff:ffff:ffff:ffff:ffff
2001:1890:1ed0:ffff:ffff:ffff:ffff:ffff
2001:1890:1ee2:ffff:ffff:ffff:ffff:ffff
2001:1890:1eea:ffff:ffff:ffff:ffff:ffff
2001:1890:1f09:ffff:ffff:ffff:ffff:ffff
2001:1890:1f7a:ffff:ffff:ffff:ffff:ffff
2001:1890:1f94:ffff:ffff:ffff:ffff:ffff
2001:1890:1fb6:ffff:ffff:ffff:ffff:ffff
2001:1890:1fbf:ffff:ffff:ffff:ffff:ffff
2001:1890:1fcb:ffff:ffff:ffff:ffff:ffff
2001:1890:1fce:ffff:ffff:ffff:ffff:ffff
2001:1890:1fd3:a0ff:ffff:ffff:ffff:ffff
2001:1890:1fe3:ffff:ffff:ffff:ffff:ffff
2001:1890:1ffb:ffff:ffff:ffff:ffff:ffff
2001:1890:2004:ffff:ffff:ffff:ffff:ffff
2001:1890:2017:ffff:ffff:ffff:ffff:ffff
2001:1890:2023:ffff:ffff:ffff:ffff:ffff

2001:1890:202d:ffff:ffff:ffff:ffff:ffff
2001:1890:203e:ffff:ffff:ffff:ffff:ffff
2001:1890:2047:ffff:ffff:ffff:ffff:ffff
2001:1900:2f:ffff:ffff:ffff:ffff:ffff
2001:1900:4f:ffff:ffff:ffff:ffff:ffff
2001:1900:8f:ffff:ffff:ffff:ffff:ffff
2001:1900:af:ffff:ffff:ffff:ffff:ffff
2001:1900:cf:ffff:ffff:ffff:ffff:ffff
2001:1900:ef:ffff:ffff:ffff:ffff:ffff
2001:1900:12f:ffff:ffff:ffff:ffff:ffff
2001:1900:16f:ffff:ffff:ffff:ffff:ffff
2001:1900:1cf:ffff:ffff:ffff:ffff:ffff
2001:1900:23f:ffff:ffff:ffff:ffff:ffff
2001:1900:27f:ffff:ffff:ffff:ffff:ffff
2001:1900:2af:ffff:ffff:ffff:ffff:ffff
2001:1900:2ff:ffff:ffff:ffff:ffff:ffff
2001:1900:32f:ffff:ffff:ffff:ffff:ffff
2001:1900:35f:ffff:ffff:ffff:ffff:ffff
2001:1900:42f:ffff:ffff:ffff:ffff:ffff
2001:1900:47f:ffff:ffff:ffff:ffff:ffff
2001:1900:49f:ffff:ffff:ffff:ffff:ffff
2001:1900:4cf:ffff:ffff:ffff:ffff:ffff
2001:1900:52f:ffff:ffff:ffff:ffff:ffff
2001:1900:57f:ffff:ffff:ffff:ffff:ffff
2001:1900:5cf:ffff:ffff:ffff:ffff:ffff
2001:1900:5ef:ffff:ffff:ffff:ffff:ffff
2001:1900:60f:ffff:ffff:ffff:ffff:ffff
2001:1900:63f:ffff:ffff:ffff:ffff:ffff
2001:1900:6cf:ffff:ffff:ffff:ffff:ffff
2001:1900:6ff:ffff:ffff:ffff:ffff:ffff
2001:1900:71f:ffff:ffff:ffff:ffff:ffff
2001:1900:76f:ffff:ffff:ffff:ffff:ffff
2001:1900:7bf:ffff:ffff:ffff:ffff:ffff
2001:1900:80f:ffff:ffff:ffff:ffff:ffff
2001:1900:85f:ffff:ffff:ffff:ffff:ffff
2001:1900:8cf:ffff:ffff:ffff:ffff:ffff
2001:1900:90f:ffff:ffff:ffff:ffff:ffff

2001:1900:96f:ffff:ffff:ffff:ffff:ffff
2001:1900:9af:ffff:ffff:ffff:ffff:ffff
2001:1900:9ff:ffff:ffff:ffff:ffff:ffff
2001:1900:a1f:ffff:ffff:ffff:ffff:ffff
2001:1900:a8f:ffff:ffff:ffff:ffff:ffff
2001:1900:aaf:ffff:ffff:ffff:ffff:ffff
2001:1900:acf:ffff:ffff:ffff:ffff:ffff
2001:1900:aef:ffff:ffff:ffff:ffff:ffff
2001:1900:b1f:ffff:ffff:ffff:ffff:ffff
2001:1900:b3f:ffff:ffff:ffff:ffff:ffff
2001:1900:b6f:ffff:ffff:ffff:ffff:ffff
2001:1900:bbf:ffff:ffff:ffff:ffff:ffff
2001:1900:c2f:ffff:ffff:ffff:ffff:ffff
2001:1900:c7f:ffff:ffff:ffff:ffff:ffff
2001:1900:cdf:ffff:ffff:ffff:ffff:ffff
2001:1900:d1f:ffff:ffff:ffff:ffff:ffff
2001:1900:d5f:ffff:ffff:ffff:ffff:ffff
2001:1900:daf:ffff:ffff:ffff:ffff:ffff
2001:1900:dcf:ffff:ffff:ffff:ffff:ffff
2001:1900:dff:ffff:ffff:ffff:ffff:ffff
2001:1900:e1f:ffff:ffff:ffff:ffff:ffff
2001:1900:e8f:ffff:ffff:ffff:ffff:ffff
2001:1900:f1f:ffff:ffff:ffff:ffff:ffff
2001:1900:f6f:ffff:ffff:ffff:ffff:ffff
2001:1900:101f:ffff:ffff:ffff:ffff:ffff
2001:1900:106f:ffff:ffff:ffff:ffff:ffff
2001:1900:108f:ffff:ffff:ffff:ffff:ffff
2001:1900:10bf:ffff:ffff:ffff:ffff:ffff
2001:1900:10df:ffff:ffff:ffff:ffff:ffff
2001:1900:110f:ffff:ffff:ffff:ffff:ffff
2001:1900:115f:ffff:ffff:ffff:ffff:ffff
2001:1900:11af:ffff:ffff:ffff:ffff:ffff
2001:1900:11ef:ffff:ffff:ffff:ffff:ffff
2001:1900:121f:ffff:ffff:ffff:ffff:ffff
2001:1900:124f:ffff:ffff:ffff:ffff:ffff
2001:1900:127f:ffff:ffff:ffff:ffff:ffff
2001:1900:12df:ffff:ffff:ffff:ffff:ffff

2001:1900:131f:ffff:ffff:ffff:ffff:ffff
2001:1900:135f:ffff:ffff:ffff:ffff:ffff
2001:1900:138f:ffff:ffff:ffff:ffff:ffff
2001:1900:13af:ffff:ffff:ffff:ffff:ffff
2001:1900:13ff:ffff:ffff:ffff:ffff:ffff
2001:1900:145f:ffff:ffff:ffff:ffff:ffff
2001:1900:148f:ffff:ffff:ffff:ffff:ffff
2001:1900:14df:ffff:ffff:ffff:ffff:ffff
2001:1900:152f:ffff:ffff:ffff:ffff:ffff
2001:1900:154f:ffff:ffff:ffff:ffff:ffff
2001:1900:159f:ffff:ffff:ffff:ffff:ffff
2001:1900:15cf:ffff:ffff:ffff:ffff:ffff
2001:1900:162f:ffff:ffff:ffff:ffff:ffff
2001:1900:164f:ffff:ffff:ffff:ffff:ffff
2001:1900:169f:ffff:ffff:ffff:ffff:ffff
2001:1900:16ff:ffff:ffff:ffff:ffff:ffff
2001:1900:174f:ffff:ffff:ffff:ffff:ffff
2001:1900:176f:ffff:ffff:ffff:ffff:ffff
2001:1900:179f:ffff:ffff:ffff:ffff:ffff
2001:1900:17bf:ffff:ffff:ffff:ffff:ffff
2001:1900:182f:ffff:ffff:ffff:ffff:ffff
2001:1900:185f:ffff:ffff:ffff:ffff:ffff
2001:1900:188f:ffff:ffff:ffff:ffff:ffff
2001:1900:18cf:ffff:ffff:ffff:ffff:ffff
2001:1900:18ef:ffff:ffff:ffff:ffff:ffff
2001:1900:190f:ffff:ffff:ffff:ffff:ffff
2001:1900:193f:ffff:ffff:ffff:ffff:ffff
2001:1900:196f:ffff:ffff:ffff:ffff:ffff
2001:1900:198f:ffff:ffff:ffff:ffff:ffff
2001:1900:19bf:ffff:ffff:ffff:ffff:ffff
2001:1900:19ff:ffff:ffff:ffff:ffff:ffff
2001:1900:1a4f:ffff:ffff:ffff:ffff:ffff
2001:1900:1a7f:ffff:ffff:ffff:ffff:ffff
2001:1900:1adf:ffff:ffff:ffff:ffff:ffff
2001:1900:1aff:ffff:ffff:ffff:ffff:ffff
2001:1900:1b2f:ffff:ffff:ffff:ffff:ffff
2001:1900:1b4f:ffff:ffff:ffff:ffff:ffff

2001:1900:1b7f:ffff:ffff:ffff:ffff:ffff
2001:1900:1b9f:ffff:ffff:ffff:ffff:ffff
2001:1900:1bbf:ffff:ffff:ffff:ffff:ffff
2001:1900:1bdf:ffff:ffff:ffff:ffff:ffff
2001:1900:1c3f:ffff:ffff:ffff:ffff:ffff
2001:1900:1cbf:ffff:ffff:ffff:ffff:ffff
2001:1900:1cef:ffff:ffff:ffff:ffff:ffff
2001:1900:1d2f:ffff:ffff:ffff:ffff:ffff
2001:1900:1d5f:ffff:ffff:ffff:ffff:ffff
2001:1900:1d8f:ffff:ffff:ffff:ffff:ffff
2001:1900:1ddf:ffff:ffff:ffff:ffff:ffff
2001:1900:1e3f:ffff:ffff:ffff:ffff:ffff
2001:1900:1e8f:ffff:ffff:ffff:ffff:ffff
2001:1900:1edf:ffff:ffff:ffff:ffff:ffff
2001:1900:1f0f:ffff:ffff:ffff:ffff:ffff
2001:1900:1f2f:ffff:ffff:ffff:ffff:ffff
2001:1900:1f6f:ffff:ffff:ffff:ffff:ffff
2001:1900:1f8f:ffff:ffff:ffff:ffff:ffff
2001:1900:1faf:ffff:ffff:ffff:ffff:ffff
2001:1900:1fef:ffff:ffff:ffff:ffff:ffff
2001:1900:201f:ffff:ffff:ffff:ffff:ffff
2001:1900:206f:ffff:ffff:ffff:ffff:ffff
2001:1900:20cf:ffff:ffff:ffff:ffff:ffff
2001:1900:20ff:ffff:ffff:ffff:ffff:ffff
2001:1900:213f:ffff:ffff:ffff:ffff:ffff
2001:1900:216f:ffff:ffff:ffff:ffff:ffff
2001:1900:21ef:ffff:ffff:ffff:ffff:ffff
2001:1900:2209:ffff:ffff:ffff:ffff:ffff
2001:1900:220d:ffff:ffff:ffff:ffff:ffff
2001:1900:220f:ffff:ffff:ffff:ffff:ffff
2001:1900:2219:ffff:ffff:ffff:ffff:ffff
2001:1900:2258:ffff:ffff:ffff:ffff:ffff
2001:1900:225c:ffff:ffff:ffff:ffff:ffff
2001:1900:225f:ffff:ffff:ffff:ffff:ffff
2001:1900:2274:ffff:ffff:ffff:ffff:ffff
2001:1900:227f:ffff:ffff:ffff:ffff:ffff
2001:1900:228a:ffff:ffff:ffff:ffff:ffff

2001:1900:229f:ffff:ffff:ffff:ffff:ffff
2001:1900:22cf:ffff:ffff:ffff:ffff:ffff
2001:1900:22ff:ffff:ffff:ffff:ffff:ffff
2001:1900:2331:ff:ffff:ffff:ffff:ffff
2001:1900:2333:ff:ffff:ffff:ffff:ffff
2001:1900:2334:ffff:ffff:ffff:ffff:ffff
2001:1900:2336:ffff:ffff:ffff:ffff:ffff
2001:1900:2338:ffff:ffff:ffff:ffff:ffff
2001:1900:233d:ffff:ffff:ffff:ffff:ffff
2001:1900:233f:fdff:ffff:ffff:ffff:ffff
2001:1900:235f:ffff:ffff:ffff:ffff:ffff
2001:1900:238f:ffff:ffff:ffff:ffff:ffff
2001:1900:23af:ffff:ffff:ffff:ffff:ffff
2001:1900:23cf:ffff:ffff:ffff:ffff:ffff
2001:1900:241f:ffff:ffff:ffff:ffff:ffff
2001:1900:249f:ffff:ffff:ffff:ffff:ffff
2001:1900:24df:ffff:ffff:ffff:ffff:ffff
2001:1900:24ff:ffff:ffff:ffff:ffff:ffff
2001:1900:257f:ffff:ffff:ffff:ffff:ffff
2001:1900:259f:ffff:ffff:ffff:ffff:ffff
2001:1900:25bf:ffff:ffff:ffff:ffff:ffff
2001:1900:263f:ffff:ffff:ffff:ffff:ffff
2001:1900:268f:ffff:ffff:ffff:ffff:ffff
2001:1900:26af:ffff:ffff:ffff:ffff:ffff
2001:1900:26ef:ffff:ffff:ffff:ffff:ffff
2001:1900:272f:ffff:ffff:ffff:ffff:ffff
2001:1900:275f:ffff:ffff:ffff:ffff:ffff
2001:1900:278f:ffff:ffff:ffff:ffff:ffff
2001:1900:27bf:ffff:ffff:ffff:ffff:ffff
2001:1900:27ef:ffff:ffff:ffff:ffff:ffff
2001:1900:283f:ffff:ffff:ffff:ffff:ffff
2001:1900:289f:ffff:ffff:ffff:ffff:ffff
2001:1900:28ff:ffff:ffff:ffff:ffff:ffff
2001:1900:292f:ffff:ffff:ffff:ffff:ffff
2001:1900:294f:ffff:ffff:ffff:ffff:ffff
2001:1900:2a2f:ffff:ffff:ffff:ffff:ffff
2001:1900:2a7f:ffff:ffff:ffff:ffff:ffff

2001:1900:2a9f:ffff:ffff:ffff:ffff:ffff
2001:1900:2abf:ffff:ffff:ffff:ffff:ffff
2001:1900:2aff:ffff:ffff:ffff:ffff:ffff
2001:1900:2b3f:ffff:ffff:ffff:ffff:ffff
2001:1900:2c4f:ffff:ffff:ffff:ffff:ffff
2001:1900:2c7f:ffff:ffff:ffff:ffff:ffff
2001:1900:2cdf:ffff:ffff:ffff:ffff:ffff
2001:1900:2d4f:ffff:ffff:ffff:ffff:ffff
2001:1900:2d6f:ffff:ffff:ffff:ffff:ffff
2001:1900:2d8f:ffff:ffff:ffff:ffff:ffff
2001:1900:2dff:ffff:ffff:ffff:ffff:ffff
2001:1900:2e2f:ffff:ffff:ffff:ffff:ffff
2001:1900:2e5f:ffff:ffff:ffff:ffff:ffff
2001:1900:2e8f:ffff:ffff:ffff:ffff:ffff
2001:1900:2f5f:ffff:ffff:ffff:ffff:ffff
2001:1900:2fbf:ffff:ffff:ffff:ffff:ffff
2001:1900:3005:ffff:ffff:ffff:ffff:ffff
2001:1900:3011:ffff:ffff:ffff:ffff:ffff
2001:1900:302f:ffff:ffff:ffff:ffff:ffff
2001:1900:306f:ffff:ffff:ffff:ffff:ffff
2001:1900:30cf:ffff:ffff:ffff:ffff:ffff
2001:1900:317f:ffff:ffff:ffff:ffff:ffff
2001:1900:31af:ffff:ffff:ffff:ffff:ffff
2001:1900:321f:ffff:ffff:ffff:ffff:ffff
2001:1900:326f:ffff:ffff:ffff:ffff:ffff
2001:1900:328f:ffff:ffff:ffff:ffff:ffff
2001:1900:32bf:ffff:ffff:ffff:ffff:ffff
2001:1900:330f:ffff:ffff:ffff:ffff:ffff
2001:1900:332f:ffff:ffff:ffff:ffff:ffff
2001:1900:337f:ffff:ffff:ffff:ffff:ffff
2001:1900:33af:ffff:ffff:ffff:ffff:ffff
2001:1900:340f:ffff:ffff:ffff:ffff:ffff
2001:1900:349f:ffff:ffff:ffff:ffff:ffff
2001:1900:34ef:ffff:ffff:ffff:ffff:ffff
2001:1900:353f:ffff:ffff:ffff:ffff:ffff
2001:1900:355f:ffff:ffff:ffff:ffff:ffff
2001:1900:357f:ffff:ffff:ffff:ffff:ffff

2001:1900:359f:ffff:ffff:ffff:ffff:ffff
2001:1900:361f:ffff:ffff:ffff:ffff:ffff
2001:1900:363f:ffff:ffff:ffff:ffff:ffff
2001:1900:366f:ffff:ffff:ffff:ffff:ffff
2001:1900:368f:ffff:ffff:ffff:ffff:ffff
2001:1900:370f:ffff:ffff:ffff:ffff:ffff
2001:1900:37cf:ffff:ffff:ffff:ffff:ffff
2001:1900:380f:ffff:ffff:ffff:ffff:ffff
2001:1900:385f:ffff:ffff:ffff:ffff:ffff
2001:1900:387f:ffff:ffff:ffff:ffff:ffff
2001:1900:389f:ffff:ffff:ffff:ffff:ffff
2001:1900:390f:ffff:ffff:ffff:ffff:ffff
2001:1900:394f:ffff:ffff:ffff:ffff:ffff
2001:1900:398f:ffff:ffff:ffff:ffff:ffff
2001:1900:39af:ffff:ffff:ffff:ffff:ffff
2001:1900:39df:ffff:ffff:ffff:ffff:ffff
2001:1900:3a5f:ffff:ffff:ffff:ffff:ffff
2001:1900:3a8f:ffff:ffff:ffff:ffff:ffff
2001:1900:3b1f:ffff:ffff:ffff:ffff:ffff
2001:1900:3b4f:ffff:ffff:ffff:ffff:ffff
2001:1900:3b9f:ffff:ffff:ffff:ffff:ffff
2001:1900:3bdf:ffff:ffff:ffff:ffff:ffff
2001:1900:3c2f:ffff:ffff:ffff:ffff:ffff
2001:1900:3c4f:ffff:ffff:ffff:ffff:ffff
2001:1900:3cbf:ffff:ffff:ffff:ffff:ffff
2001:1900:3cdf:ffff:ffff:ffff:ffff:ffff
2001:1900:3d4f:ffff:ffff:ffff:ffff:ffff
2001:1900:3d8f:ffff:ffff:ffff:ffff:ffff
2001:1900:3dff:ffff:ffff:ffff:ffff:ffff
2001:1900:3e2f:ffff:ffff:ffff:ffff:ffff
2001:1900:3e5f:ffff:ffff:ffff:ffff:ffff
2001:1900:3e7f:ffff:ffff:ffff:ffff:ffff
2001:1900:3e9f:ffff:ffff:ffff:ffff:ffff
2001:1900:3edf:ffff:ffff:ffff:ffff:ffff
2001:1900:3f1f:ffff:ffff:ffff:ffff:ffff
2001:1900:3f4f:ffff:ffff:ffff:ffff:ffff
2001:1900:3f7f:ffff:ffff:ffff:ffff:ffff

2001:1900:56ff:ffff:ffff:ffff:ffff:ffff
2001:1900:59ff:ffff:ffff:ffff:ffff:ffff
2001:1900:5fff:ffff:ffff:ffff:ffff:ffff
2001:1900:61ff:ffff:ffff:ffff:ffff:ffff
2001:1900:63ff:ffff:ffff:ffff:ffff:ffff
2001:1900:66ff:ffff:ffff:ffff:ffff:ffff
2001:1900:6aff:ffff:ffff:ffff:ffff:ffff
2001:1900:6dff:ffff:ffff:ffff:ffff:ffff
2001:1900:74ff:ffff:ffff:ffff:ffff:ffff
2001:1900:77ff:ffff:ffff:ffff:ffff:ffff
2001:1900:794f:ffff:ffff:ffff:ffff:ffff
2001:1900:797f:ffff:ffff:ffff:ffff:ffff
2001:1900:79af:ffff:ffff:ffff:ffff:ffff
2001:1900:79cf:ffff:ffff:ffff:ffff:ffff
2001:1900:7aff:ffff:ffff:ffff:ffff:ffff
2001:1900:7b1f:ffff:ffff:ffff:ffff:ffff
2001:1900:7b4f:ffff:ffff:ffff:ffff:ffff
2001:1900:7b9f:ffff:ffff:ffff:ffff:ffff
2001:1900:7bcf:ffff:ffff:ffff:ffff:ffff
2001:1900:7bff:ffff:ffff:ffff:ffff:ffff
2001:1900:7dff:ffff:ffff:ffff:ffff:ffff
2001:1900:80ff:ffff:ffff:ffff:ffff:ffff
2001:1900:82ff:ffff:ffff:ffff:ffff:ffff
2001:1900:86ff:ffff:ffff:ffff:ffff:ffff
2001:1900:880f:ffff:ffff:ffff:ffff:ffff
2001:1900:883f:ffff:ffff:ffff:ffff:ffff
2001:1900:886f:ffff:ffff:ffff:ffff:ffff
2001:1900:88bf:ffff:ffff:ffff:ffff:ffff
2001:1900:890f:ffff:ffff:ffff:ffff:ffff
2001:1900:894f:ffff:ffff:ffff:ffff:ffff
2001:1900:896f:ffff:ffff:ffff:ffff:ffff
2001:1900:89af:ffff:ffff:ffff:ffff:ffff
2001:1900:89df:ffff:ffff:ffff:ffff:ffff
2001:1900:89ff:ffff:ffff:ffff:ffff:ffff
2001:1900:8a2f:ffff:ffff:ffff:ffff:ffff
2001:1900:8a8f:ffff:ffff:ffff:ffff:ffff
2001:1900:8adf:ffff:ffff:ffff:ffff:ffff

2001:1900:8b2f:ffff:ffff:ffff:ffff:ffff
2001:1900:8b5f:ffff:ffff:ffff:ffff:ffff
2001:1900:8bcf:ffff:ffff:ffff:ffff:ffff
2001:1900:8bff:ffff:ffff:ffff:ffff:ffff
2001:1900:8c2f:ffff:ffff:ffff:ffff:ffff
2001:1900:8c6f:ffff:ffff:ffff:ffff:ffff
2001:1900:8cff:ffff:ffff:ffff:ffff:ffff
2001:1900:8d1f:ffff:ffff:ffff:ffff:ffff
2001:1900:8d5f:ffff:ffff:ffff:ffff:ffff
2001:1900:8daf:ffff:ffff:ffff:ffff:ffff
2001:1900:8def:ffff:ffff:ffff:ffff:ffff
2001:1900:8e2f:ffff:ffff:ffff:ffff:ffff
2001:1900:8edf:ffff:ffff:ffff:ffff:ffff
2001:1900:8f3f:ffff:ffff:ffff:ffff:ffff
2001:1900:8f6f:ffff:ffff:ffff:ffff:ffff
2001:1900:8f9f:ffff:ffff:ffff:ffff:ffff
2001:1900:8fbf:ffff:ffff:ffff:ffff:ffff
2001:1900:8fef:ffff:ffff:ffff:ffff:ffff
2001:1900:901f:ffff:ffff:ffff:ffff:ffff
2001:1900:90bf:ffff:ffff:ffff:ffff:ffff
2001:1900:912f:ffff:ffff:ffff:ffff:ffff
2001:1900:914f:ffff:ffff:ffff:ffff:ffff
2001:1900:918f:ffff:ffff:ffff:ffff:ffff
2001:1900:91af:ffff:ffff:ffff:ffff:ffff
2001:1900:91ff:ffff:ffff:ffff:ffff:ffff
2001:1900:923f:ffff:ffff:ffff:ffff:ffff
2001:1900:925f:ffff:ffff:ffff:ffff:ffff
2001:1900:927f:ffff:ffff:ffff:ffff:ffff
2001:1900:92af:ffff:ffff:ffff:ffff:ffff
2001:1900:92cf:ffff:ffff:ffff:ffff:ffff
2001:1900:92ef:ffff:ffff:ffff:ffff:ffff
2001:1900:933f:ffff:ffff:ffff:ffff:ffff
2001:1900:938f:ffff:ffff:ffff:ffff:ffff
2001:1900:93bf:ffff:ffff:ffff:ffff:ffff
2001:1900:93ff:ffff:ffff:ffff:ffff:ffff
2001:1900:949f:ffff:ffff:ffff:ffff:ffff
2001:1900:94df:ffff:ffff:ffff:ffff:ffff

2001:1900:950f:ffff:ffff:ffff:ffff:ffff
2001:1900:954f:ffff:ffff:ffff:ffff:ffff
2001:1900:957f:ffff:ffff:ffff:ffff:ffff
2001:1900:95cf:ffff:ffff:ffff:ffff:ffff
2001:1900:95ef:ffff:ffff:ffff:ffff:ffff
2001:1900:962f:ffff:ffff:ffff:ffff:ffff
2001:1900:968f:ffff:ffff:ffff:ffff:ffff
2001:1900:96df:ffff:ffff:ffff:ffff:ffff
2001:1900:96ff:ffff:ffff:ffff:ffff:ffff
2001:1900:975f:ffff:ffff:ffff:ffff:ffff
2001:1900:978f:ffff:ffff:ffff:ffff:ffff
2001:1900:97bf:ffff:ffff:ffff:ffff:ffff
2001:1900:97df:ffff:ffff:ffff:ffff:ffff
2001:1900:982f:ffff:ffff:ffff:ffff:ffff
2001:1900:985f:ffff:ffff:ffff:ffff:ffff
2001:1900:98af:ffff:ffff:ffff:ffff:ffff
2001:1900:991f:ffff:ffff:ffff:ffff:ffff
2001:1900:994f:ffff:ffff:ffff:ffff:ffff
2001:1900:996f:ffff:ffff:ffff:ffff:ffff
2001:1900:998f:ffff:ffff:ffff:ffff:ffff
2001:1900:99cf:ffff:ffff:ffff:ffff:ffff
2001:1900:99ef:ffff:ffff:ffff:ffff:ffff
2001:1900:9a3f:ffff:ffff:ffff:ffff:ffff
2001:1900:9aaf:ffff:ffff:ffff:ffff:ffff
2001:1900:9b2f:ffff:ffff:ffff:ffff:ffff
2001:1900:9b8f:ffff:ffff:ffff:ffff:ffff
2001:1900:9c0f:ffff:ffff:ffff:ffff:ffff
2001:1900:9c8f:ffff:ffff:ffff:ffff:ffff
2001:1900:9cdf:ffff:ffff:ffff:ffff:ffff
2001:1900:9d1f:ffff:ffff:ffff:ffff:ffff
2001:1900:9d3f:ffff:ffff:ffff:ffff:ffff
2001:1900:9d6f:ffff:ffff:ffff:ffff:ffff
2001:1900:9dbf:ffff:ffff:ffff:ffff:ffff
2001:1900:9dff:ffff:ffff:ffff:ffff:ffff
2001:1900:9e5f:ffff:ffff:ffff:ffff:ffff
2001:1900:9eaf:ffff:ffff:ffff:ffff:ffff
2001:1900:9edf:ffff:ffff:ffff:ffff:ffff

2001:1900:9f3f:ffff:ffff:ffff:ffff:ffff
2001:1900:9f6f:ffff:ffff:ffff:ffff:ffff
2001:1900:9f9f:ffff:ffff:ffff:ffff:ffff
2001:1900:9fcf:ffff:ffff:ffff:ffff:ffff
2001:1900:9fef:ffff:ffff:ffff:ffff:ffff
2001:1900:a03f:ffff:ffff:ffff:ffff:ffff
2001:1900:a06f:ffff:ffff:ffff:ffff:ffff
2001:1900:a0df:ffff:ffff:ffff:ffff:ffff
2001:1900:a10f:ffff:ffff:ffff:ffff:ffff
2001:1900:a13f:ffff:ffff:ffff:ffff:ffff
2001:1900:a17f:ffff:ffff:ffff:ffff:ffff
2001:1900:a19f:ffff:ffff:ffff:ffff:ffff
2001:1900:a2cf:ffff:ffff:ffff:ffff:ffff
2001:1900:a3ef:ffff:ffff:ffff:ffff:ffff
2001:1900:a45f:ffff:ffff:ffff:ffff:ffff
2001:1900:a47f:ffff:ffff:ffff:ffff:ffff
2001:1900:a4af:ffff:ffff:ffff:ffff:ffff
2001:1900:a53f:ffff:ffff:ffff:ffff:ffff
2001:1900:a57f:ffff:ffff:ffff:ffff:ffff
2001:1900:a5ff:ffff:ffff:ffff:ffff:ffff
2001:1900:a62f:ffff:ffff:ffff:ffff:ffff
2001:1900:a6bf:ffff:ffff:ffff:ffff:ffff
2001:1900:a70f:ffff:ffff:ffff:ffff:ffff
2001:1900:a72f:ffff:ffff:ffff:ffff:ffff
2001:1900:a75f:ffff:ffff:ffff:ffff:ffff
2001:1900:a78f:ffff:ffff:ffff:ffff:ffff
2001:1900:a7ff:ffff:ffff:ffff:ffff:ffff
2001:1900:a88f:ffff:ffff:ffff:ffff:ffff
2001:1900:a8cf:ffff:ffff:ffff:ffff:ffff
2001:1900:a93f:ffff:ffff:ffff:ffff:ffff
2001:1900:a97f:ffff:ffff:ffff:ffff:ffff
2001:1900:aa2f:ffff:ffff:ffff:ffff:ffff
2001:1900:ab3f:ffff:ffff:ffff:ffff:ffff
2001:1900:ab6f:ffff:ffff:ffff:ffff:ffff
2001:1900:abaf:ffff:ffff:ffff:ffff:ffff
2001:1900:ac4f:ffff:ffff:ffff:ffff:ffff
2001:1900:ac7f:ffff:ffff:ffff:ffff:ffff

2001:1900:ad0f:ffff:ffff:ffff:ffff:ffff
2001:1900:ad4f:ffff:ffff:ffff:ffff:ffff
2001:1900:ad9f:ffff:ffff:ffff:ffff:ffff
2001:1900:adef:ffff:ffff:ffff:ffff:ffff
2001:1900:ae0f:ffff:ffff:ffff:ffff:ffff
2001:1900:ae3f:ffff:ffff:ffff:ffff:ffff
2001:1900:ae7f:ffff:ffff:ffff:ffff:ffff
2001:1900:aeef:ffff:ffff:ffff:ffff:ffff
2001:1900:af5f:ffff:ffff:ffff:ffff:ffff
2001:1900:af8f:ffff:ffff:ffff:ffff:ffff
2001:1900:afcf:ffff:ffff:ffff:ffff:ffff
2001:1900:b00f:ffff:ffff:ffff:ffff:ffff
2001:1900:b02f:ffff:ffff:ffff:ffff:ffff
2001:1900:b04f:ffff:ffff:ffff:ffff:ffff
2001:1900:b06f:ffff:ffff:ffff:ffff:ffff
2001:1900:b19f:ffff:ffff:ffff:ffff:ffff
2001:1900:b1df:ffff:ffff:ffff:ffff:ffff
2001:1900:b22f:ffff:ffff:ffff:ffff:ffff
2001:1900:b25f:ffff:ffff:ffff:ffff:ffff
2001:1900:b29f:ffff:ffff:ffff:ffff:ffff
2001:1900:b2cf:ffff:ffff:ffff:ffff:ffff
2001:1900:b2ff:ffff:ffff:ffff:ffff:ffff
2001:1900:b31f:ffff:ffff:ffff:ffff:ffff
2001:1900:b36f:ffff:ffff:ffff:ffff:ffff
2001:1900:b3af:ffff:ffff:ffff:ffff:ffff
2001:1900:b3ff:ffff:ffff:ffff:ffff:ffff
2001:1900:b46f:ffff:ffff:ffff:ffff:ffff
2001:1900:b4ef:ffff:ffff:ffff:ffff:ffff
2001:1900:b50f:ffff:ffff:ffff:ffff:ffff
2001:1900:b54f:ffff:ffff:ffff:ffff:ffff
2001:1900:b57f:ffff:ffff:ffff:ffff:ffff
2001:1900:b5cf:ffff:ffff:ffff:ffff:ffff
2001:1900:b63f:ffff:ffff:ffff:ffff:ffff
2001:1900:b66f:ffff:ffff:ffff:ffff:ffff
2001:1900:b6cf:ffff:ffff:ffff:ffff:ffff
2001:1900:b71f:ffff:ffff:ffff:ffff:ffff
2001:1900:b76f:ffff:ffff:ffff:ffff:ffff

2001:1900:b78f:ffff:ffff:ffff:ffff:ffff
2001:1900:b81f:ffff:ffff:ffff:ffff:ffff
2001:1900:b85f:ffff:ffff:ffff:ffff:ffff
2001:1900:b88f:ffff:ffff:ffff:ffff:ffff
2001:1900:b8ef:ffff:ffff:ffff:ffff:ffff
2001:1900:b91f:ffff:ffff:ffff:ffff:ffff
2001:1900:b98f:ffff:ffff:ffff:ffff:ffff
2001:1900:b9bf:ffff:ffff:ffff:ffff:ffff
2001:1900:b9ef:ffff:ffff:ffff:ffff:ffff
2001:1900:ba1f:ffff:ffff:ffff:ffff:ffff
2001:1900:ba4f:ffff:ffff:ffff:ffff:ffff
2001:1900:ba6f:ffff:ffff:ffff:ffff:ffff
2001:1900:ba8f:ffff:ffff:ffff:ffff:ffff
2001:1900:baef:ffff:ffff:ffff:ffff:ffff
2001:1900:bb2f:ffff:ffff:ffff:ffff:ffff
2001:1900:bb8f:ffff:ffff:ffff:ffff:ffff
2001:1900:bbaf:ffff:ffff:ffff:ffff:ffff
2001:1900:bbdf:ffff:ffff:ffff:ffff:ffff
2001:1900:bc1f:ffff:ffff:ffff:ffff:ffff
2001:1900:bc9f:ffff:ffff:ffff:ffff:ffff
2001:1900:bcef:ffff:ffff:ffff:ffff:ffff
2001:1900:bd5f:ffff:ffff:ffff:ffff:ffff
2001:1900:bd9f:ffff:ffff:ffff:ffff:ffff
2001:1900:be1f:ffff:ffff:ffff:ffff:ffff
2001:1900:be6f:ffff:ffff:ffff:ffff:ffff
2001:1900:beaf:ffff:ffff:ffff:ffff:ffff
2001:1900:bf4f:ffff:ffff:ffff:ffff:ffff
2001:1900:bfbf:ffff:ffff:ffff:ffff:ffff
2001:1900:c00f:ffff:ffff:ffff:ffff:ffff
2001:1900:c03f:ffff:ffff:ffff:ffff:ffff
2001:1900:c06f:ffff:ffff:ffff:ffff:ffff
2001:1900:c08f:ffff:ffff:ffff:ffff:ffff
2001:1900:c0df:ffff:ffff:ffff:ffff:ffff
2001:1900:c10f:ffff:ffff:ffff:ffff:ffff
2001:1900:c16f:ffff:ffff:ffff:ffff:ffff
2001:1900:c19f:ffff:ffff:ffff:ffff:ffff
2001:1900:c1df:ffff:ffff:ffff:ffff:ffff

2001:1900:c2af:ffff:ffff:ffff:ffff:ffff
2001:1900:c2cf:ffff:ffff:ffff:ffff:ffff
2001:1900:c2ff:ffff:ffff:ffff:ffff:ffff
2001:1900:c32f:ffff:ffff:ffff:ffff:ffff
2001:1900:c34f:ffff:ffff:ffff:ffff:ffff
2001:1900:c39f:ffff:ffff:ffff:ffff:ffff
2001:1900:c44f:ffff:ffff:ffff:ffff:ffff
2001:1900:c46f:ffff:ffff:ffff:ffff:ffff
2001:1900:c48f:ffff:ffff:ffff:ffff:ffff
2001:1900:c4ef:ffff:ffff:ffff:ffff:ffff
2001:1900:c51f:ffff:ffff:ffff:ffff:ffff
2001:1900:c53f:ffff:ffff:ffff:ffff:ffff
2001:1900:c57f:ffff:ffff:ffff:ffff:ffff
2001:1900:c59f:ffff:ffff:ffff:ffff:ffff
2001:1900:c5bf:ffff:ffff:ffff:ffff:ffff
2001:1900:c5ff:ffff:ffff:ffff:ffff:ffff
2001:1900:c61f:ffff:ffff:ffff:ffff:ffff
2001:1900:c66f:ffff:ffff:ffff:ffff:ffff
2001:1900:c6af:ffff:ffff:ffff:ffff:ffff
2001:1900:c6cf:ffff:ffff:ffff:ffff:ffff
2001:1900:c6ef:ffff:ffff:ffff:ffff:ffff
2001:1900:c73f:ffff:ffff:ffff:ffff:ffff
2001:1900:c76f:ffff:ffff:ffff:ffff:ffff
2001:1900:c79f:ffff:ffff:ffff:ffff:ffff
2001:1900:c81f:ffff:ffff:ffff:ffff:ffff
2001:1900:c83f:ffff:ffff:ffff:ffff:ffff
2001:1900:c8ef:ffff:ffff:ffff:ffff:ffff
2001:1900:c93f:ffff:ffff:ffff:ffff:ffff
2001:1900:c96f:ffff:ffff:ffff:ffff:ffff
2001:1900:c99f:ffff:ffff:ffff:ffff:ffff
2001:1900:c9cf:ffff:ffff:ffff:ffff:ffff
2001:1900:ca9f:ffff:ffff:ffff:ffff:ffff
2001:1900:cadf:ffff:ffff:ffff:ffff:ffff
2001:1900:cb3f:ffff:ffff:ffff:ffff:ffff
2001:1900:cb6f:ffff:ffff:ffff:ffff:ffff
2001:1900:cbaf:ffff:ffff:ffff:ffff:ffff
2001:1900:cc5f:ffff:ffff:ffff:ffff:ffff

2001:1900:cc8f:ffff:ffff:ffff:ffff:ffff
2001:1900:ccaf:ffff:ffff:ffff:ffff:ffff
2001:1900:ccef:ffff:ffff:ffff:ffff:ffff
2001:1900:cd2f:ffff:ffff:ffff:ffff:ffff
2001:1900:cd5f:ffff:ffff:ffff:ffff:ffff
2001:1900:cd8f:ffff:ffff:ffff:ffff:ffff
2001:1900:cdaf:ffff:ffff:ffff:ffff:ffff
2001:1900:ce5f:ffff:ffff:ffff:ffff:ffff
2001:1900:ce8f:ffff:ffff:ffff:ffff:ffff
2001:1900:ceff:ffff:ffff:ffff:ffff:ffff
2001:1900:cf4f:ffff:ffff:ffff:ffff:ffff
2001:1900:cf8f:ffff:ffff:ffff:ffff:ffff
2001:1900:d00f:ffff:ffff:ffff:ffff:ffff
2001:1900:d02f:ffff:ffff:ffff:ffff:ffff
2001:1900:d04f:ffff:ffff:ffff:ffff:ffff
2001:1900:d06f:ffff:ffff:ffff:ffff:ffff
2001:1900:d13f:ffff:ffff:ffff:ffff:ffff
2001:1900:d24f:ffff:ffff:ffff:ffff:ffff
2001:1900:d2bf:ffff:ffff:ffff:ffff:ffff
2001:1900:d31f:ffff:ffff:ffff:ffff:ffff
2001:1900:d33f:ffff:ffff:ffff:ffff:ffff
2001:1900:d36f:ffff:ffff:ffff:ffff:ffff
2001:1900:d3bf:ffff:ffff:ffff:ffff:ffff
2001:1900:d3ff:ffff:ffff:ffff:ffff:ffff
2001:1900:d4df:ffff:ffff:ffff:ffff:ffff
2001:1900:d50f:ffff:ffff:ffff:ffff:ffff
2001:1900:d57f:ffff:ffff:ffff:ffff:ffff
2001:1900:d5ef:ffff:ffff:ffff:ffff:ffff
2001:1900:d63f:ffff:ffff:ffff:ffff:ffff
2001:1900:d66f:ffff:ffff:ffff:ffff:ffff
2001:1900:d6cf:ffff:ffff:ffff:ffff:ffff
2001:1900:d74f:ffff:ffff:ffff:ffff:ffff
2001:1900:d76f:ffff:ffff:ffff:ffff:ffff
2001:1900:d79f:ffff:ffff:ffff:ffff:ffff
2001:1900:d7df:ffff:ffff:ffff:ffff:ffff
2001:1900:d83f:ffff:ffff:ffff:ffff:ffff
2001:1900:d85f:ffff:ffff:ffff:ffff:ffff

2001:1900:d87f:ffff:ffff:ffff:ffff:ffff
2001:1900:d8af:ffff:ffff:ffff:ffff:ffff
2001:1900:d90f:ffff:ffff:ffff:ffff:ffff
2001:1900:d93f:ffff:ffff:ffff:ffff:ffff
2001:1900:d96f:ffff:ffff:ffff:ffff:ffff
2001:1900:d98f:ffff:ffff:ffff:ffff:ffff
2001:1900:d9df:ffff:ffff:ffff:ffff:ffff
2001:1900:da3f:ffff:ffff:ffff:ffff:ffff
2001:1900:da5f:ffff:ffff:ffff:ffff:ffff
2001:1900:da8f:ffff:ffff:ffff:ffff:ffff
2001:1900:dabf:ffff:ffff:ffff:ffff:ffff
2001:1900:dadf:ffff:ffff:ffff:ffff:ffff
2001:1900:daff:ffff:ffff:ffff:ffff:ffff
2001:1900:db6f:ffff:ffff:ffff:ffff:ffff
2001:1900:dbaf:ffff:ffff:ffff:ffff:ffff
2001:1900:dbcf:ffff:ffff:ffff:ffff:ffff
2001:1900:dc0f:ffff:ffff:ffff:ffff:ffff
2001:1900:dc7f:ffff:ffff:ffff:ffff:ffff
2001:1900:dc9f:ffff:ffff:ffff:ffff:ffff
2001:1900:dcdf:ffff:ffff:ffff:ffff:ffff
2001:1900:dd1f:ffff:ffff:ffff:ffff:ffff
2001:1900:dd3f:ffff:ffff:ffff:ffff:ffff
2001:1900:dd8f:ffff:ffff:ffff:ffff:ffff
2001:1900:ddff:ffff:ffff:ffff:ffff:ffff
2001:1900:de2f:ffff:ffff:ffff:ffff:ffff
2001:1900:de4f:ffff:ffff:ffff:ffff:ffff
2001:1900:debf:ffff:ffff:ffff:ffff:ffff
2001:1900:deef:ffff:ffff:ffff:ffff:ffff
2001:1900:df2f:ffff:ffff:ffff:ffff:ffff
2001:1900:df4f:ffff:ffff:ffff:ffff:ffff
2001:1900:df8f:ffff:ffff:ffff:ffff:ffff
2001:1900:dfaf:ffff:ffff:ffff:ffff:ffff
2001:1900:dfff:ffff:ffff:ffff:ffff:ffff
2001:1900:e05f:ffff:ffff:ffff:ffff:ffff
2001:1900:e07f:ffff:ffff:ffff:ffff:ffff
2001:1900:e0cf:ffff:ffff:ffff:ffff:ffff
2001:1900:e0ef:ffff:ffff:ffff:ffff:ffff

2001:1900:e14f:ffff:ffff:ffff:ffff:ffff
2001:1900:e1bf:ffff:ffff:ffff:ffff:ffff
2001:1900:e28f:ffff:ffff:ffff:ffff:ffff
2001:1900:e2df:ffff:ffff:ffff:ffff:ffff
2001:1900:e38f:ffff:ffff:ffff:ffff:ffff
2001:1900:e3df:ffff:ffff:ffff:ffff:ffff
2001:1900:e49f:ffff:ffff:ffff:ffff:ffff
2001:1900:e4cf:ffff:ffff:ffff:ffff:ffff
2001:1900:e50f:ffff:ffff:ffff:ffff:ffff
2001:1900:e53f:ffff:ffff:ffff:ffff:ffff
2001:1900:e56f:ffff:ffff:ffff:ffff:ffff
2001:1900:e60f:ffff:ffff:ffff:ffff:ffff
2001:1900:e62f:ffff:ffff:ffff:ffff:ffff
2001:1900:e64f:ffff:ffff:ffff:ffff:ffff
2001:1900:e67f:ffff:ffff:ffff:ffff:ffff
2001:1900:e6af:ffff:ffff:ffff:ffff:ffff
2001:1900:e77f:ffff:ffff:ffff:ffff:ffff
2001:1900:e7bf:ffff:ffff:ffff:ffff:ffff
2001:1900:e7ef:ffff:ffff:ffff:ffff:ffff
2001:1900:e83f:ffff:ffff:ffff:ffff:ffff
2001:1900:e86f:ffff:ffff:ffff:ffff:ffff
2001:1900:e88f:ffff:ffff:ffff:ffff:ffff
2001:1900:e8af:ffff:ffff:ffff:ffff:ffff
2001:1900:e8ef:ffff:ffff:ffff:ffff:ffff
2001:1900:e92f:ffff:ffff:ffff:ffff:ffff
2001:1900:e95f:ffff:ffff:ffff:ffff:ffff
2001:1900:e99f:ffff:ffff:ffff:ffff:ffff
2001:1900:e9cf:ffff:ffff:ffff:ffff:ffff
2001:1900:ea0f:ffff:ffff:ffff:ffff:ffff
2001:1900:ea3f:ffff:ffff:ffff:ffff:ffff
2001:1900:ea5f:ffff:ffff:ffff:ffff:ffff
2001:1900:ea8f:ffff:ffff:ffff:ffff:ffff
2001:1900:eaaf:ffff:ffff:ffff:ffff:ffff
2001:1900:eb0f:ffff:ffff:ffff:ffff:ffff
2001:1900:eb2f:ffff:ffff:ffff:ffff:ffff
2001:1900:eb5f:ffff:ffff:ffff:ffff:ffff
2001:1900:ebdf:ffff:ffff:ffff:ffff:ffff

2001:1900:ec0f:ffff:ffff:ffff:ffff:ffff
2001:1900:ec3f:ffff:ffff:ffff:ffff:ffff
2001:1900:ec9f:ffff:ffff:ffff:ffff:ffff
2001:1900:ecdf:ffff:ffff:ffff:ffff:ffff
2001:1900:ed1f:ffff:ffff:ffff:ffff:ffff
2001:1900:ed5f:ffff:ffff:ffff:ffff:ffff
2001:1900:ed8f:ffff:ffff:ffff:ffff:ffff
2001:1900:eddf:ffff:ffff:ffff:ffff:ffff
2001:1900:ee7f:ffff:ffff:ffff:ffff:ffff
2001:1900:eecf:ffff:ffff:ffff:ffff:ffff
2001:1900:eeef:ffff:ffff:ffff:ffff:ffff
2001:1900:ef5f:ffff:ffff:ffff:ffff:ffff
2001:1900:efcf:ffff:ffff:ffff:ffff:ffff
2001:1900:efff:ffff:ffff:ffff:ffff:ffff
2001:1900:f02f:ffff:ffff:ffff:ffff:ffff
2001:1900:f06f:ffff:ffff:ffff:ffff:ffff
2001:1900:f0af:ffff:ffff:ffff:ffff:ffff
2001:1900:f0ef:ffff:ffff:ffff:ffff:ffff
2001:1900:f1af:ffff:ffff:ffff:ffff:ffff
2001:1900:f1ff:ffff:ffff:ffff:ffff:ffff
2001:1900:f22f:ffff:ffff:ffff:ffff:ffff
2001:1900:f25f:ffff:ffff:ffff:ffff:ffff
2001:1900:f2af:ffff:ffff:ffff:ffff:ffff
2001:1900:f30f:ffff:ffff:ffff:ffff:ffff
2001:1900:f35f:ffff:ffff:ffff:ffff:ffff
2001:1900:f37f:ffff:ffff:ffff:ffff:ffff
2001:1900:f39f:ffff:ffff:ffff:ffff:ffff
2001:1900:f3cf:ffff:ffff:ffff:ffff:ffff
2001:1900:f3ff:ffff:ffff:ffff:ffff:ffff
2001:1900:f41f:ffff:ffff:ffff:ffff:ffff
2001:1900:f43f:ffff:ffff:ffff:ffff:ffff
2001:1900:f47f:ffff:ffff:ffff:ffff:ffff
2001:1900:f4bf:ffff:ffff:ffff:ffff:ffff
2001:1900:f4ff:ffff:ffff:ffff:ffff:ffff
2001:1900:f51f:ffff:ffff:ffff:ffff:ffff
2001:1900:f55f:ffff:ffff:ffff:ffff:ffff
2001:1900:f5cf:ffff:ffff:ffff:ffff:ffff

2001:1900:f60f:ffff:ffff:ffff:ffff:ffff
2001:1900:f62f:ffff:ffff:ffff:ffff:ffff
2001:1900:f67f:ffff:ffff:ffff:ffff:ffff
2001:1900:f69f:ffff:ffff:ffff:ffff:ffff
2001:1900:f72f:ffff:ffff:ffff:ffff:ffff
2001:1900:f75f:ffff:ffff:ffff:ffff:ffff
2001:1900:f77f:ffff:ffff:ffff:ffff:ffff
2001:1900:f7ef:ffff:ffff:ffff:ffff:ffff
2001:1900:f80f:ffff:ffff:ffff:ffff:ffff
2001:1900:f85f:ffff:ffff:ffff:ffff:ffff
2001:1900:f88f:ffff:ffff:ffff:ffff:ffff
2001:1900:f8bf:ffff:ffff:ffff:ffff:ffff
2001:1900:f93f:ffff:ffff:ffff:ffff:ffff
2001:1900:f99f:ffff:ffff:ffff:ffff:ffff
2001:1900:f9bf:ffff:ffff:ffff:ffff:ffff
2001:1900:f9df:ffff:ffff:ffff:ffff:ffff
2001:1900:fa1f:ffff:ffff:ffff:ffff:ffff
2001:1900:fa4f:ffff:ffff:ffff:ffff:ffff
2001:1900:fa7f:ffff:ffff:ffff:ffff:ffff
2001:1900:fadf:ffff:ffff:ffff:ffff:ffff
2001:1900:fb4f:ffff:ffff:ffff:ffff:ffff
2001:1900:fb6f:ffff:ffff:ffff:ffff:ffff
2001:1900:fb9f:ffff:ffff:ffff:ffff:ffff
2001:1900:fbbf:ffff:ffff:ffff:ffff:ffff
2001:1900:fbdf:ffff:ffff:ffff:ffff:ffff
2001:1900:fc0f:ffff:ffff:ffff:ffff:ffff
2001:1900:fc4f:ffff:ffff:ffff:ffff:ffff
2001:1900:fc8f:ffff:ffff:ffff:ffff:ffff
2001:1900:fcbf:ffff:ffff:ffff:ffff:ffff
2001:1900:fd1f:ffff:ffff:ffff:ffff:ffff
2001:1900:fdcf:ffff:ffff:ffff:ffff:ffff
2001:1900:fdff:ffff:ffff:ffff:ffff:ffff
2001:1900:fe5f:ffff:ffff:ffff:ffff:ffff
2001:1900:fe8f:ffff:ffff:ffff:ffff:ffff
2001:1900:fecf:ffff:ffff:ffff:ffff:ffff
2001:1900:ff2f:ffff:ffff:ffff:ffff:ffff
2001:1900:ff5f:ffff:ffff:ffff:ffff:ffff

2001:1900:ffbf:ffff:ffff:ffff:ffff:ffff
2001:1900:ffef:ffff:ffff:ffff:ffff:ffff
2001:1978:1cff:ffff:ffff:ffff:ffff:ffff
2001:19e0:fffe:ffff:ffff:ffff:ffff:ffff
2001:19f0:a07:ffff:ffff:ffff:ffff:ffff
2001:19f0:ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:3ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:4ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:7ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:87ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:93ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:a7ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:bfff:ffff:ffff:ffff:ffff:ffff
2001:19f0:c7ff:ffff:ffff:ffff:ffff:ffff
2001:19f0:f0ef:ffff:ffff:ffff:ffff:ffff
2001:19f0:fbff:ffff:ffff:ffff:ffff:ffff
2001:19f0:ffff:beee:ffff:ffff:ffff:ffff
2001:3507:ffff:ffff:ffff:ffff:ffff:ffff
2001:3786:b4b4:ffff:ffff:ffff:ffff:ffff
2001:4870:ef:ffff:ffff:ffff:ffff:ffff
2001:4870:13f:ffff:ffff:ffff:ffff:ffff
2001:4870:28f:ffff:ffff:ffff:ffff:ffff
2001:4870:2bf:ffff:ffff:ffff:ffff:ffff
2001:4870:3cf:ffff:ffff:ffff:ffff:ffff
2001:4870:40f:ffff:ffff:ffff:ffff:ffff
2001:4870:42f:ffff:ffff:ffff:ffff:ffff
2001:4870:46f:ffff:ffff:ffff:ffff:ffff
2001:4870:52f:ffff:ffff:ffff:ffff:ffff
2001:4870:57f:ffff:ffff:ffff:ffff:ffff
2001:4870:5bf:ffff:ffff:ffff:ffff:ffff
2001:4870:67f:ffff:ffff:ffff:ffff:ffff
2001:4870:6af:ffff:ffff:ffff:ffff:ffff
2001:4870:6ef:ffff:ffff:ffff:ffff:ffff
2001:4870:7ef:ffff:ffff:ffff:ffff:ffff
2001:4870:83f:ffff:ffff:ffff:ffff:ffff
2001:4870:87f:ffff:ffff:ffff:ffff:ffff
2001:4870:8af:ffff:ffff:ffff:ffff:ffff

2001:4870:abf:ffff:ffff:ffff:ffff:ffff
2001:4870:b0f:ffff:ffff:ffff:ffff:ffff
2001:4870:baf:ffff:ffff:ffff:ffff:ffff
2001:4870:caf:ffff:ffff:ffff:ffff:ffff
2001:4870:dff:ffff:ffff:ffff:ffff:ffff
2001:4870:e5f:ffff:ffff:ffff:ffff:ffff
2001:4870:e7f:ffff:ffff:ffff:ffff:ffff
2001:4870:103f:ffff:ffff:ffff:ffff:ffff
2001:4870:10af:ffff:ffff:ffff:ffff:ffff
2001:4870:10df:ffff:ffff:ffff:ffff:ffff
2001:4870:112f:ffff:ffff:ffff:ffff:ffff
2001:4870:116f:ffff:ffff:ffff:ffff:ffff
2001:4870:119f:ffff:ffff:ffff:ffff:ffff
2001:4870:123f:ffff:ffff:ffff:ffff:ffff
2001:4870:12df:ffff:ffff:ffff:ffff:ffff
2001:4870:130f:ffff:ffff:ffff:ffff:ffff
2001:4870:132f:ffff:ffff:ffff:ffff:ffff
2001:4870:136f:ffff:ffff:ffff:ffff:ffff
2001:4870:13ef:ffff:ffff:ffff:ffff:ffff
2001:4870:140f:ffff:ffff:ffff:ffff:ffff
2001:4870:14ff:ffff:ffff:ffff:ffff:ffff
2001:4870:151f:ffff:ffff:ffff:ffff:ffff
2001:4870:15df:ffff:ffff:ffff:ffff:ffff
2001:4870:161f:ffff:ffff:ffff:ffff:ffff
2001:4870:167f:ffff:ffff:ffff:ffff:ffff
2001:4870:16cf:ffff:ffff:ffff:ffff:ffff
2001:4870:16ff:ffff:ffff:ffff:ffff:ffff
2001:4870:178f:ffff:ffff:ffff:ffff:ffff
2001:4870:17bf:ffff:ffff:ffff:ffff:ffff
2001:4870:185f:ffff:ffff:ffff:ffff:ffff
2001:4870:18af:ffff:ffff:ffff:ffff:ffff
2001:4870:194f:ffff:ffff:ffff:ffff:ffff
2001:4870:19ff:ffff:ffff:ffff:ffff:ffff
2001:4870:1a2f:ffff:ffff:ffff:ffff:ffff
2001:4870:1a6f:ffff:ffff:ffff:ffff:ffff
2001:4870:1a8f:ffff:ffff:ffff:ffff:ffff
2001:4870:1acf:ffff:ffff:ffff:ffff:ffff

2001:4870:1aff:ffff:ffff:ffff:ffff:ffff
2001:4870:1b1f:ffff:ffff:ffff:ffff:ffff
2001:4870:24ff:ffff:ffff:ffff:ffff:ffff
2001:4870:251f:ffff:ffff:ffff:ffff:ffff
2001:4870:256f:ffff:ffff:ffff:ffff:ffff
2001:4870:259f:ffff:ffff:ffff:ffff:ffff
2001:4870:25ff:ffff:ffff:ffff:ffff:ffff
2001:4870:262f:ffff:ffff:ffff:ffff:ffff
2001:4870:265f:ffff:ffff:ffff:ffff:ffff
2001:4870:268f:ffff:ffff:ffff:ffff:ffff
2001:4870:26cf:ffff:ffff:ffff:ffff:ffff
2001:4870:272f:ffff:ffff:ffff:ffff:ffff
2001:4870:278f:ffff:ffff:ffff:ffff:ffff
2001:4870:27cf:ffff:ffff:ffff:ffff:ffff
2001:4870:280f:ffff:ffff:ffff:ffff:ffff
2001:4870:282f:ffff:ffff:ffff:ffff:ffff
2001:4870:284f:ffff:ffff:ffff:ffff:ffff
2001:4870:286f:ffff:ffff:ffff:ffff:ffff
2001:4870:288f:ffff:ffff:ffff:ffff:ffff
2001:4870:28ff:ffff:ffff:ffff:ffff:ffff
2001:4870:294f:ffff:ffff:ffff:ffff:ffff
2001:4870:29df:ffff:ffff:ffff:ffff:ffff
2001:4870:2acf:ffff:ffff:ffff:ffff:ffff
2001:4870:2b4f:ffff:ffff:ffff:ffff:ffff
2001:4870:2b6f:ffff:ffff:ffff:ffff:ffff
2001:4870:2c0f:ffff:ffff:ffff:ffff:ffff
2001:4870:2c4f:ffff:ffff:ffff:ffff:ffff
2001:4870:2c9f:ffff:ffff:ffff:ffff:ffff
2001:4870:2d1f:ffff:ffff:ffff:ffff:ffff
2001:4870:2e0f:ffff:ffff:ffff:ffff:ffff
2001:4870:2e3f:ffff:ffff:ffff:ffff:ffff
2001:4870:2e5f:ffff:ffff:ffff:ffff:ffff
2001:4870:3b6f:ffff:ffff:ffff:ffff:ffff
2001:4870:3c2f:ffff:ffff:ffff:ffff:ffff
2001:4870:3d8f:ffff:ffff:ffff:ffff:ffff
2001:4870:3daf:ffff:ffff:ffff:ffff:ffff
2001:4870:3e0f:ffff:ffff:ffff:ffff:ffff

2001:4870:3e6f:ffff:ffff:ffff:ffff:ffff
2001:4870:3ecf:ffff:ffff:ffff:ffff:ffff
2001:4870:3eef:ffff:ffff:ffff:ffff:ffff
2001:4870:3f6f:ffff:ffff:ffff:ffff:ffff
2001:4870:3f9f:ffff:ffff:ffff:ffff:ffff
2001:4870:3fcf:ffff:ffff:ffff:ffff:ffff
2001:4870:400f:ffff:ffff:ffff:ffff:ffff
2001:4870:404f:ffff:ffff:ffff:ffff:ffff
2001:4870:410f:ffff:ffff:ffff:ffff:ffff
2001:4870:41af:ffff:ffff:ffff:ffff:ffff
2001:4870:41ef:ffff:ffff:ffff:ffff:ffff
2001:4870:422f:ffff:ffff:ffff:ffff:ffff
2001:4870:428f:ffff:ffff:ffff:ffff:ffff
2001:4870:430f:ffff:ffff:ffff:ffff:ffff
2001:4870:434f:ffff:ffff:ffff:ffff:ffff
2001:4870:446f:ffff:ffff:ffff:ffff:ffff
2001:4870:44cf:ffff:ffff:ffff:ffff:ffff
2001:4870:44ef:ffff:ffff:ffff:ffff:ffff
2001:4870:451f:ffff:ffff:ffff:ffff:ffff
2001:4870:455f:ffff:ffff:ffff:ffff:ffff
2001:4870:45bf:ffff:ffff:ffff:ffff:ffff
2001:4870:51af:ffff:ffff:ffff:ffff:ffff
2001:4870:51ef:ffff:ffff:ffff:ffff:ffff
2001:4870:523f:ffff:ffff:ffff:ffff:ffff
2001:4870:52bf:ffff:ffff:ffff:ffff:ffff
2001:4870:52ef:ffff:ffff:ffff:ffff:ffff
2001:4870:534f:ffff:ffff:ffff:ffff:ffff
2001:4870:537f:ffff:ffff:ffff:ffff:ffff
2001:4870:53ff:ffff:ffff:ffff:ffff:ffff
2001:4870:542f:ffff:ffff:ffff:ffff:ffff
2001:4870:549f:ffff:ffff:ffff:ffff:ffff
2001:4870:554f:ffff:ffff:ffff:ffff:ffff
2001:4870:55af:ffff:ffff:ffff:ffff:ffff
2001:4870:55cf:ffff:ffff:ffff:ffff:ffff
2001:4870:564f:ffff:ffff:ffff:ffff:ffff
2001:4870:569f:ffff:ffff:ffff:ffff:ffff
2001:4870:56cf:ffff:ffff:ffff:ffff:ffff

2001:4870:572f:ffff:ffff:ffff:ffff:ffff
2001:4870:576f:ffff:ffff:ffff:ffff:ffff
2001:4870:57df:ffff:ffff:ffff:ffff:ffff
2001:4870:583f:ffff:ffff:ffff:ffff:ffff
2001:4870:58af:ffff:ffff:ffff:ffff:ffff
2001:4870:58ff:ffff:ffff:ffff:ffff:ffff
2001:4870:593f:ffff:ffff:ffff:ffff:ffff
2001:4870:596f:ffff:ffff:ffff:ffff:ffff
2001:4870:598f:ffff:ffff:ffff:ffff:ffff
2001:4870:5a2f:ffff:ffff:ffff:ffff:ffff
2001:4870:5aef:ffff:ffff:ffff:ffff:ffff
2001:4870:642f:ffff:ffff:ffff:ffff:ffff
2001:4870:649f:ffff:ffff:ffff:ffff:ffff
2001:4870:64cf:ffff:ffff:ffff:ffff:ffff
2001:4870:659f:ffff:ffff:ffff:ffff:ffff
2001:4870:661f:ffff:ffff:ffff:ffff:ffff
2001:4870:663f:ffff:ffff:ffff:ffff:ffff
2001:4870:684f:ffff:ffff:ffff:ffff:ffff
2001:4870:68af:ffff:ffff:ffff:ffff:ffff
2001:4870:68cf:ffff:ffff:ffff:ffff:ffff
2001:4870:68ff:ffff:ffff:ffff:ffff:ffff
2001:4870:69ff:ffff:ffff:ffff:ffff:ffff
2001:4870:6a8f:ffff:ffff:ffff:ffff:ffff
2001:4870:6acf:ffff:ffff:ffff:ffff:ffff
2001:4870:6b1f:ffff:ffff:ffff:ffff:ffff
2001:4870:6b3f:ffff:ffff:ffff:ffff:ffff
2001:4870:6b5f:ffff:ffff:ffff:ffff:ffff
2001:4870:6bdf:ffff:ffff:ffff:ffff:ffff
2001:4870:6caf:ffff:ffff:ffff:ffff:ffff
2001:4870:6cef:ffff:ffff:ffff:ffff:ffff
2001:4870:6d2f:ffff:ffff:ffff:ffff:ffff
2001:4870:6d4f:ffff:ffff:ffff:ffff:ffff
2001:4870:6d6f:ffff:ffff:ffff:ffff:ffff
2001:4870:6d9f:ffff:ffff:ffff:ffff:ffff
2001:4870:6dcf:ffff:ffff:ffff:ffff:ffff
2001:4870:6eaf:ffff:ffff:ffff:ffff:ffff
2001:4870:6eff:ffff:ffff:ffff:ffff:ffff

2001:4870:6f2f:ffff:ffff:ffff:ffff:ffff
2001:4870:6f4f:ffff:ffff:ffff:ffff:ffff
2001:4870:6f6f:ffff:ffff:ffff:ffff:ffff
2001:4870:6faf:ffff:ffff:ffff:ffff:ffff
2001:4870:702f:ffff:ffff:ffff:ffff:ffff
2001:4870:7aef:ffff:ffff:ffff:ffff:ffff
2001:4870:7b0f:ffff:ffff:ffff:ffff:ffff
2001:4870:7b4f:ffff:ffff:ffff:ffff:ffff
2001:4870:7b6f:ffff:ffff:ffff:ffff:ffff
2001:4870:7c0f:ffff:ffff:ffff:ffff:ffff
2001:4870:7cef:ffff:ffff:ffff:ffff:ffff
2001:4870:7d5f:ffff:ffff:ffff:ffff:ffff
2001:4870:7daf:ffff:ffff:ffff:ffff:ffff
2001:4870:7dff:ffff:ffff:ffff:ffff:ffff
2001:4870:7e1f:ffff:ffff:ffff:ffff:ffff
2001:4870:7e9f:ffff:ffff:ffff:ffff:ffff
2001:4870:7eef:ffff:ffff:ffff:ffff:ffff
2001:4870:7f1f:ffff:ffff:ffff:ffff:ffff
2001:4870:7fdf:ffff:ffff:ffff:ffff:ffff
2001:4870:800f:ffff:ffff:ffff:ffff:ffff
2001:4870:803f:ffff:ffff:ffff:ffff:ffff
2001:4870:805f:ffff:ffff:ffff:ffff:ffff
2001:4870:81ff:ffff:ffff:ffff:ffff:ffff
2001:4870:823f:ffff:ffff:ffff:ffff:ffff
2001:4870:825f:ffff:ffff:ffff:ffff:ffff
2001:4870:827f:ffff:ffff:ffff:ffff:ffff
2001:4870:82ff:ffff:ffff:ffff:ffff:ffff
2001:4870:831f:ffff:ffff:ffff:ffff:ffff
2001:4870:83bf:ffff:ffff:ffff:ffff:ffff
2001:4870:83df:ffff:ffff:ffff:ffff:ffff
2001:4870:841f:ffff:ffff:ffff:ffff:ffff
2001:4870:848f:ffff:ffff:ffff:ffff:ffff
2001:4870:851f:ffff:ffff:ffff:ffff:ffff
2001:4870:85cf:ffff:ffff:ffff:ffff:ffff
2001:4870:862f:ffff:ffff:ffff:ffff:ffff
2001:4870:865f:ffff:ffff:ffff:ffff:ffff
2001:4870:86cf:ffff:ffff:ffff:ffff:ffff

2001:4870:87af:ffff:ffff:ffff:ffff:ffff
2001:4870:881f:ffff:ffff:ffff:ffff:ffff
2001:4870:88af:ffff:ffff:ffff:ffff:ffff
2001:4870:88ff:ffff:ffff:ffff:ffff:ffff
2001:4870:898f:ffff:ffff:ffff:ffff:ffff
2001:4870:8a0f:ffff:ffff:ffff:ffff:ffff
2001:4870:8aff:ffff:ffff:ffff:ffff:ffff
2001:4870:938f:ffff:ffff:ffff:ffff:ffff
2001:4870:941f:ffff:ffff:ffff:ffff:ffff
2001:4870:943f:ffff:ffff:ffff:ffff:ffff
2001:4870:956f:ffff:ffff:ffff:ffff:ffff
2001:4870:958f:ffff:ffff:ffff:ffff:ffff
2001:4870:992f:ffff:ffff:ffff:ffff:ffff
2001:4870:a0af:ffff:ffff:ffff:ffff:ffff
2001:4870:a10f:ffff:ffff:ffff:ffff:ffff
2001:4870:a16f:ffff:ffff:ffff:ffff:ffff
2001:4870:a19f:ffff:ffff:ffff:ffff:ffff
2001:4870:a1bf:ffff:ffff:ffff:ffff:ffff
2001:4870:a21f:ffff:ffff:ffff:ffff:ffff
2001:4870:a2df:ffff:ffff:ffff:ffff:ffff
2001:4870:a30f:ffff:ffff:ffff:ffff:ffff
2001:4870:a33f:ffff:ffff:ffff:ffff:ffff
2001:4870:a3ff:ffff:ffff:ffff:ffff:ffff
2001:4870:a44f:ffff:ffff:ffff:ffff:ffff
2001:4870:a4af:ffff:ffff:ffff:ffff:ffff
2001:4870:a4cf:ffff:ffff:ffff:ffff:ffff
2001:4870:a4ef:ffff:ffff:ffff:ffff:ffff
2001:4870:a52f:ffff:ffff:ffff:ffff:ffff
2001:4870:a55f:ffff:ffff:ffff:ffff:ffff
2001:4870:a5cf:ffff:ffff:ffff:ffff:ffff
2001:4870:a60f:ffff:ffff:ffff:ffff:ffff
2001:4870:a62f:ffff:ffff:ffff:ffff:ffff
2001:4870:a6ef:ffff:ffff:ffff:ffff:ffff
2001:4870:a7df:ffff:ffff:ffff:ffff:ffff
2001:4870:a81f:ffff:ffff:ffff:ffff:ffff
2001:4870:a8af:ffff:ffff:ffff:ffff:ffff
2001:4870:a8df:ffff:ffff:ffff:ffff:ffff

2001:4870:a98f:ffff:ffff:ffff:ffff:ffff
2001:4870:a9df:ffff:ffff:ffff:ffff:ffff
2001:4870:a9ff:ffff:ffff:ffff:ffff:ffff
2001:4870:aadf:ffff:ffff:ffff:ffff:ffff
2001:4870:ab4f:ffff:ffff:ffff:ffff:ffff
2001:4870:abbf:ffff:ffff:ffff:ffff:ffff
2001:4870:acff:ffff:ffff:ffff:ffff:ffff
2001:4870:ad4f:ffff:ffff:ffff:ffff:ffff
2001:4870:adaf:ffff:ffff:ffff:ffff:ffff
2001:4870:adcf:ffff:ffff:ffff:ffff:ffff
2001:4870:ae2f:ffff:ffff:ffff:ffff:ffff
2001:4870:ae9f:ffff:ffff:ffff:ffff:ffff
2001:4870:af1f:ffff:ffff:ffff:ffff:ffff
2001:4870:af8f:ffff:ffff:ffff:ffff:ffff
2001:4870:afaf:ffff:ffff:ffff:ffff:ffff
2001:4870:afff:ffff:ffff:ffff:ffff:ffff
2001:4870:b0ef:ffff:ffff:ffff:ffff:ffff
2001:4870:b28f:ffff:ffff:ffff:ffff:ffff
2001:4870:b2df:ffff:ffff:ffff:ffff:ffff
2001:4870:b3af:ffff:ffff:ffff:ffff:ffff
2001:4870:b3ff:ffff:ffff:ffff:ffff:ffff
2001:4870:b44f:ffff:ffff:ffff:ffff:ffff
2001:4870:b47f:ffff:ffff:ffff:ffff:ffff
2001:4870:b49f:ffff:ffff:ffff:ffff:ffff
2001:4870:b4ef:ffff:ffff:ffff:ffff:ffff
2001:4870:b52f:ffff:ffff:ffff:ffff:ffff
2001:4870:b5cf:ffff:ffff:ffff:ffff:ffff
2001:4870:b5ef:ffff:ffff:ffff:ffff:ffff
2001:4870:b6af:ffff:ffff:ffff:ffff:ffff
2001:4870:b6cf:ffff:ffff:ffff:ffff:ffff
2001:4870:b6ff:ffff:ffff:ffff:ffff:ffff
2001:4870:b74f:ffff:ffff:ffff:ffff:ffff
2001:4870:b78f:ffff:ffff:ffff:ffff:ffff
2001:4870:b82f:ffff:ffff:ffff:ffff:ffff
2001:4870:b8af:ffff:ffff:ffff:ffff:ffff
2001:4870:b93f:ffff:ffff:ffff:ffff:ffff
2001:4870:b98f:ffff:ffff:ffff:ffff:ffff

2001:4870:b9df:ffff:ffff:ffff:ffff:ffff
2001:4870:ba0f:ffff:ffff:ffff:ffff:ffff
2001:4870:ba4f:ffff:ffff:ffff:ffff:ffff
2001:4870:ba8f:ffff:ffff:ffff:ffff:ffff
2001:4870:babf:ffff:ffff:ffff:ffff:ffff
2001:4870:badf:ffff:ffff:ffff:ffff:ffff
2001:4870:bc1f:ffff:ffff:ffff:ffff:ffff
2001:4870:bc3f:ffff:ffff:ffff:ffff:ffff
2001:4870:bc5f:ffff:ffff:ffff:ffff:ffff
2001:4870:bd2f:ffff:ffff:ffff:ffff:ffff
2001:4870:bd9f:ffff:ffff:ffff:ffff:ffff
2001:4870:c78f:ffff:ffff:ffff:ffff:ffff
2001:4870:c7af:ffff:ffff:ffff:ffff:ffff
2001:4870:c7df:ffff:ffff:ffff:ffff:ffff
2001:4870:c80f:ffff:ffff:ffff:ffff:ffff
2001:4870:c97f:ffff:ffff:ffff:ffff:ffff
2001:4870:cb1f:ffff:ffff:ffff:ffff:ffff
2001:4870:cb3f:ffff:ffff:ffff:ffff:ffff
2001:4870:cb6f:ffff:ffff:ffff:ffff:ffff
2001:4870:cbaf:ffff:ffff:ffff:ffff:ffff
2001:4870:cc0f:ffff:ffff:ffff:ffff:ffff
2001:4870:cc8f:ffff:ffff:ffff:ffff:ffff
2001:4870:cccf:ffff:ffff:ffff:ffff:ffff
2001:4870:cdef:ffff:ffff:ffff:ffff:ffff
2001:4870:ce1f:ffff:ffff:ffff:ffff:ffff
2001:4870:ce5f:ffff:ffff:ffff:ffff:ffff
2001:4870:ce8f:ffff:ffff:ffff:ffff:ffff
2001:4870:cecf:ffff:ffff:ffff:ffff:ffff
2001:4870:ceff:ffff:ffff:ffff:ffff:ffff
2001:4870:cf6f:ffff:ffff:ffff:ffff:ffff
2001:4870:cf8f:ffff:ffff:ffff:ffff:ffff
2001:4870:cfaf:ffff:ffff:ffff:ffff:ffff
2001:4870:d06f:ffff:ffff:ffff:ffff:ffff
2001:4870:d0af:ffff:ffff:ffff:ffff:ffff
2001:4870:d10f:ffff:ffff:ffff:ffff:ffff
2001:4870:dcaf:ffff:ffff:ffff:ffff:ffff
2001:4870:dcdf:ffff:ffff:ffff:ffff:ffff

2001:4870:dd7f:ffff:ffff:ffff:ffff:ffff
2001:4870:ddbf:ffff:ffff:ffff:ffff:ffff
2001:4870:dddf:ffff:ffff:ffff:ffff:ffff
2001:4870:de7f:ffff:ffff:ffff:ffff:ffff
2001:4870:de9f:ffff:ffff:ffff:ffff:ffff
2001:4870:e02f:ffff:ffff:ffff:ffff:ffff
2001:4870:e0bf:ffff:ffff:ffff:ffff:ffff
2001:4870:e12f:ffff:ffff:ffff:ffff:ffff
2001:4870:e15f:ffff:ffff:ffff:ffff:ffff
2001:4870:e18f:ffff:ffff:ffff:ffff:ffff
2001:4870:e29f:ffff:ffff:ffff:ffff:ffff
2001:4870:e35f:ffff:ffff:ffff:ffff:ffff
2001:4870:e44f:ffff:ffff:ffff:ffff:ffff
2001:4870:e4cf:ffff:ffff:ffff:ffff:ffff
2001:4870:e55f:ffff:ffff:ffff:ffff:ffff
2001:4870:e5cf:ffff:ffff:ffff:ffff:ffff
2001:4870:e5ef:ffff:ffff:ffff:ffff:ffff
2001:4870:e60f:ffff:ffff:ffff:ffff:ffff
2001:4870:e66f:ffff:ffff:ffff:ffff:ffff
2001:4870:e79f:ffff:ffff:ffff:ffff:ffff
2001:4870:e7ff:ffff:ffff:ffff:ffff:ffff
2001:4870:e89f:ffff:ffff:ffff:ffff:ffff
2001:4870:e9af:ffff:ffff:ffff:ffff:ffff
2001:4870:e9df:ffff:ffff:ffff:ffff:ffff
2001:4870:f29f:ffff:ffff:ffff:ffff:ffff
2001:4870:f2df:ffff:ffff:ffff:ffff:ffff
2001:4870:f2ff:ffff:ffff:ffff:ffff:ffff
2001:4870:f31f:ffff:ffff:ffff:ffff:ffff
2001:4870:f36f:ffff:ffff:ffff:ffff:ffff
2001:4870:f3af:ffff:ffff:ffff:ffff:ffff
2001:4870:f42f:ffff:ffff:ffff:ffff:ffff
2001:4870:f44f:ffff:ffff:ffff:ffff:ffff
2001:4870:f4af:ffff:ffff:ffff:ffff:ffff
2001:4870:f4df:ffff:ffff:ffff:ffff:ffff
2001:4870:f53f:ffff:ffff:ffff:ffff:ffff
2001:4870:f5bf:ffff:ffff:ffff:ffff:ffff
2001:4870:f61f:ffff:ffff:ffff:ffff:ffff

2001:4870:f67f:ffff:ffff:ffff:ffff:ffff
2001:4870:f6af:ffff:ffff:ffff:ffff:ffff
2001:4870:f6cf:ffff:ffff:ffff:ffff:ffff
2001:4870:f6ff:ffff:ffff:ffff:ffff:ffff
2001:4870:f72f:ffff:ffff:ffff:ffff:ffff
2001:4870:f78f:ffff:ffff:ffff:ffff:ffff
2001:4870:f80f:ffff:ffff:ffff:ffff:ffff
2001:4870:f99f:ffff:ffff:ffff:ffff:ffff
2001:4870:f9ff:ffff:ffff:ffff:ffff:ffff
2001:4870:fa9f:ffff:ffff:ffff:ffff:ffff
2001:4870:fb1f:ffff:ffff:ffff:ffff:ffff
2001:4870:fb6f:ffff:ffff:ffff:ffff:ffff
2001:4870:fbaf:ffff:ffff:ffff:ffff:ffff
2001:4870:fc4f:ffff:ffff:ffff:ffff:ffff
2001:4870:fcbf:ffff:ffff:ffff:ffff:ffff
2001:4870:fcdf:ffff:ffff:ffff:ffff:ffff
2001:4871:ff:ffff:ffff:ffff:ffff:ffff
2001:4871:29f:ffff:ffff:ffff:ffff:ffff
2001:4871:2df:ffff:ffff:ffff:ffff:ffff
2001:4871:3ef:ffff:ffff:ffff:ffff:ffff
2001:4871:5af:ffff:ffff:ffff:ffff:ffff
2001:4871:5df:ffff:ffff:ffff:ffff:ffff
2001:4871:66f:ffff:ffff:ffff:ffff:ffff
2001:4871:81f:ffff:ffff:ffff:ffff:ffff
2001:4871:83f:ffff:ffff:ffff:ffff:ffff
2001:4871:b4f:ffff:ffff:ffff:ffff:ffff
2001:4871:ddf:ffff:ffff:ffff:ffff:ffff
2001:4871:e3f:ffff:ffff:ffff:ffff:ffff
2001:4871:e6f:ffff:ffff:ffff:ffff:ffff
2001:4871:f1f:ffff:ffff:ffff:ffff:ffff
2001:4871:f4f:ffff:ffff:ffff:ffff:ffff
2001:4871:16ef:ffff:ffff:ffff:ffff:ffff
2001:4871:170f:ffff:ffff:ffff:ffff:ffff
2001:4871:176f:ffff:ffff:ffff:ffff:ffff
2001:4871:28ff:ffff:ffff:ffff:ffff:ffff
2001:4871:293f:ffff:ffff:ffff:ffff:ffff
2001:4871:2a7f:ffff:ffff:ffff:ffff:ffff

2001:4871:2aff:ffff:ffff:ffff:ffff:ffff
2001:4871:2b2f:ffff:ffff:ffff:ffff:ffff
2001:4871:2b5f:ffff:ffff:ffff:ffff:ffff
2001:4871:2bef:ffff:ffff:ffff:ffff:ffff
2001:4871:3e2f:ffff:ffff:ffff:ffff:ffff
2001:4871:3e5f:ffff:ffff:ffff:ffff:ffff
2001:4871:3e8f:ffff:ffff:ffff:ffff:ffff
2001:4871:3eaf:ffff:ffff:ffff:ffff:ffff
2001:4871:3f0f:ffff:ffff:ffff:ffff:ffff
2001:4871:3f5f:ffff:ffff:ffff:ffff:ffff
2001:4871:3faf:ffff:ffff:ffff:ffff:ffff
2001:4871:401f:ffff:ffff:ffff:ffff:ffff
2001:4871:408f:ffff:ffff:ffff:ffff:ffff
2001:4871:417f:ffff:ffff:ffff:ffff:ffff
2001:4871:58ef:ffff:ffff:ffff:ffff:ffff
2001:4871:597f:ffff:ffff:ffff:ffff:ffff
2001:4871:5a0f:ffff:ffff:ffff:ffff:ffff
2001:4871:5adf:ffff:ffff:ffff:ffff:ffff
2001:4871:5aff:ffff:ffff:ffff:ffff:ffff
2001:4871:5c1f:ffff:ffff:ffff:ffff:ffff
2001:4871:5c3f:ffff:ffff:ffff:ffff:ffff
2001:4871:5c9f:ffff:ffff:ffff:ffff:ffff
2001:4871:5d4f:ffff:ffff:ffff:ffff:ffff
2001:4871:5d7f:ffff:ffff:ffff:ffff:ffff
2001:4871:5d9f:ffff:ffff:ffff:ffff:ffff
2001:4871:5dbf:ffff:ffff:ffff:ffff:ffff
2001:4871:5ddf:ffff:ffff:ffff:ffff:ffff
2001:4871:5dff:ffff:ffff:ffff:ffff:ffff
2001:4871:5e3f:ffff:ffff:ffff:ffff:ffff
2001:4871:5e8f:ffff:ffff:ffff:ffff:ffff
2001:4871:5eff:ffff:ffff:ffff:ffff:ffff
2001:4871:5f5f:ffff:ffff:ffff:ffff:ffff
2001:4871:669f:ffff:ffff:ffff:ffff:ffff
2001:4871:66ef:ffff:ffff:ffff:ffff:ffff
2001:4871:670f:ffff:ffff:ffff:ffff:ffff
2001:4871:672f:ffff:ffff:ffff:ffff:ffff
2001:4871:674f:ffff:ffff:ffff:ffff:ffff

2001:4871:67af:ffff:ffff:ffff:ffff:ffff
2001:4871:689f:ffff:ffff:ffff:ffff:ffff
2001:4871:6a7f:ffff:ffff:ffff:ffff:ffff
2001:4871:6b9f:ffff:ffff:ffff:ffff:ffff
2001:4871:6bbf:ffff:ffff:ffff:ffff:ffff
2001:4871:6bdf:ffff:ffff:ffff:ffff:ffff
2001:4871:6c3f:ffff:ffff:ffff:ffff:ffff
2001:4871:6c8f:ffff:ffff:ffff:ffff:ffff
2001:4871:6caf:ffff:ffff:ffff:ffff:ffff
2001:4871:6cdf:ffff:ffff:ffff:ffff:ffff
2001:4871:6d2f:ffff:ffff:ffff:ffff:ffff
2001:4871:6d9f:ffff:ffff:ffff:ffff:ffff
2001:4871:6dcf:ffff:ffff:ffff:ffff:ffff
2001:4871:6e0f:ffff:ffff:ffff:ffff:ffff
2001:4871:6e7f:ffff:ffff:ffff:ffff:ffff
2001:4871:6eaf:ffff:ffff:ffff:ffff:ffff
2001:4871:6eff:ffff:ffff:ffff:ffff:ffff
2001:4871:704f:ffff:ffff:ffff:ffff:ffff
2001:4871:708f:ffff:ffff:ffff:ffff:ffff
2001:4871:70cf:ffff:ffff:ffff:ffff:ffff
2001:4871:70ef:ffff:ffff:ffff:ffff:ffff
2001:4871:712f:ffff:ffff:ffff:ffff:ffff
2001:4871:721f:ffff:ffff:ffff:ffff:ffff
2001:4871:723f:ffff:ffff:ffff:ffff:ffff
2001:4871:73af:ffff:ffff:ffff:ffff:ffff
2001:4871:7d8f:ffff:ffff:ffff:ffff:ffff
2001:4871:7dcf:ffff:ffff:ffff:ffff:ffff
2001:4871:7e5f:ffff:ffff:ffff:ffff:ffff
2001:4871:7eef:ffff:ffff:ffff:ffff:ffff
2001:4871:7f0f:ffff:ffff:ffff:ffff:ffff
2001:4871:7f5f:ffff:ffff:ffff:ffff:ffff
2001:4871:7fdf:ffff:ffff:ffff:ffff:ffff
2001:4871:808f:ffff:ffff:ffff:ffff:ffff
2001:4871:80ef:ffff:ffff:ffff:ffff:ffff
2001:4871:815f:ffff:ffff:ffff:ffff:ffff
2001:4871:81cf:ffff:ffff:ffff:ffff:ffff
2001:4871:838f:ffff:ffff:ffff:ffff:ffff

2001:4871:8fef:ffff:ffff:ffff:ffff:ffff
2001:4871:904f:ffff:ffff:ffff:ffff:ffff
2001:4871:907f:ffff:ffff:ffff:ffff:ffff
2001:4871:925f:ffff:ffff:ffff:ffff:ffff
2001:4871:927f:ffff:ffff:ffff:ffff:ffff
2001:4871:93bf:ffff:ffff:ffff:ffff:ffff
2001:4871:93ef:ffff:ffff:ffff:ffff:ffff
2001:4871:947f:ffff:ffff:ffff:ffff:ffff
2001:4871:94ff:ffff:ffff:ffff:ffff:ffff
2001:4871:952f:ffff:ffff:ffff:ffff:ffff
2001:4871:955f:ffff:ffff:ffff:ffff:ffff
2001:4871:958f:ffff:ffff:ffff:ffff:ffff
2001:4871:95ef:ffff:ffff:ffff:ffff:ffff
2001:4871:964f:ffff:ffff:ffff:ffff:ffff
2001:4871:a67f:ffff:ffff:ffff:ffff:ffff
2001:4871:a73f:ffff:ffff:ffff:ffff:ffff
2001:4871:b42f:ffff:ffff:ffff:ffff:ffff
2001:4871:b45f:ffff:ffff:ffff:ffff:ffff
2001:4871:b48f:ffff:ffff:ffff:ffff:ffff
2001:4871:b4ff:ffff:ffff:ffff:ffff:ffff
2001:4871:b5af:ffff:ffff:ffff:ffff:ffff
2001:4871:b62f:ffff:ffff:ffff:ffff:ffff
2001:4871:b68f:ffff:ffff:ffff:ffff:ffff
2001:4871:b6cf:ffff:ffff:ffff:ffff:ffff
2001:4871:b76f:ffff:ffff:ffff:ffff:ffff
2001:4871:b88f:ffff:ffff:ffff:ffff:ffff
2001:4871:b8ef:ffff:ffff:ffff:ffff:ffff
2001:4871:b91f:ffff:ffff:ffff:ffff:ffff
2001:4871:b95f:ffff:ffff:ffff:ffff:ffff
2001:4871:b98f:ffff:ffff:ffff:ffff:ffff
2001:4871:b9af:ffff:ffff:ffff:ffff:ffff
2001:4871:b9cf:ffff:ffff:ffff:ffff:ffff
2001:4871:ba0f:ffff:ffff:ffff:ffff:ffff
2001:4871:c78f:ffff:ffff:ffff:ffff:ffff
2001:4871:c88f:ffff:ffff:ffff:ffff:ffff
2001:4871:c8af:ffff:ffff:ffff:ffff:ffff
2001:4871:c8df:ffff:ffff:ffff:ffff:ffff

2001:4871:c95f:ffff:ffff:ffff:ffff:ffff
2001:4871:c98f:ffff:ffff:ffff:ffff:ffff
2001:4871:c9bf:ffff:ffff:ffff:ffff:ffff
2001:4871:ca1f:ffff:ffff:ffff:ffff:ffff
2001:4871:ca6f:ffff:ffff:ffff:ffff:ffff
2001:4871:cabf:ffff:ffff:ffff:ffff:ffff
2001:4871:caef:ffff:ffff:ffff:ffff:ffff
2001:4871:cb3f:ffff:ffff:ffff:ffff:ffff
2001:4871:cbcf:ffff:ffff:ffff:ffff:ffff
2001:4871:cc1f:ffff:ffff:ffff:ffff:ffff
2001:4871:ccbf:ffff:ffff:ffff:ffff:ffff
2001:4871:cecf:ffff:ffff:ffff:ffff:ffff
2001:4871:cf8f:ffff:ffff:ffff:ffff:ffff
2001:4871:cfdf:ffff:ffff:ffff:ffff:ffff
2001:4871:d0bf:ffff:ffff:ffff:ffff:ffff
2001:4871:d16f:ffff:ffff:ffff:ffff:ffff
2001:4871:d27f:ffff:ffff:ffff:ffff:ffff
2001:4871:dd5f:ffff:ffff:ffff:ffff:ffff
2001:4871:ddbf:ffff:ffff:ffff:ffff:ffff
2001:4871:deaf:ffff:ffff:ffff:ffff:ffff
2001:4871:decf:ffff:ffff:ffff:ffff:ffff
2001:4871:df0f:ffff:ffff:ffff:ffff:ffff
2001:4871:df2f:ffff:ffff:ffff:ffff:ffff
2001:4871:df7f:ffff:ffff:ffff:ffff:ffff
2001:4871:dfff:ffff:ffff:ffff:ffff:ffff
2001:4871:e02f:ffff:ffff:ffff:ffff:ffff
2001:4871:e0cf:ffff:ffff:ffff:ffff:ffff
2001:4871:e11f:ffff:ffff:ffff:ffff:ffff
2001:4871:e1af:ffff:ffff:ffff:ffff:ffff
2001:4871:e20f:ffff:ffff:ffff:ffff:ffff
2001:4871:e27f:ffff:ffff:ffff:ffff:ffff
2001:4871:e2bf:ffff:ffff:ffff:ffff:ffff
2001:4871:e2ff:ffff:ffff:ffff:ffff:ffff
2001:4871:e34f:ffff:ffff:ffff:ffff:ffff
2001:4871:e37f:ffff:ffff:ffff:ffff:ffff
2001:4871:e39f:ffff:ffff:ffff:ffff:ffff
2001:4871:e4af:ffff:ffff:ffff:ffff:ffff

2001:4871:e4ef:ffff:ffff:ffff:ffff:ffff
2001:4871:e56f:ffff:ffff:ffff:ffff:ffff
2001:4871:e58f:ffff:ffff:ffff:ffff:ffff
2001:4871:e5bf:ffff:ffff:ffff:ffff:ffff
2001:4871:e5ff:ffff:ffff:ffff:ffff:ffff
2001:4871:e6bf:ffff:ffff:ffff:ffff:ffff
2001:4871:e70f:ffff:ffff:ffff:ffff:ffff
2001:4871:e7cf:ffff:ffff:ffff:ffff:ffff
2001:4871:e82f:ffff:ffff:ffff:ffff:ffff
2001:4871:e85f:ffff:ffff:ffff:ffff:ffff
2001:4871:ee9f:ffff:ffff:ffff:ffff:ffff
2001:4871:eecf:ffff:ffff:ffff:ffff:ffff
2001:4871:ef9f:ffff:ffff:ffff:ffff:ffff
2001:4871:f08f:ffff:ffff:ffff:ffff:ffff
2001:4871:f0ef:ffff:ffff:ffff:ffff:ffff
2001:4871:f12f:ffff:ffff:ffff:ffff:ffff
2001:4871:f15f:ffff:ffff:ffff:ffff:ffff
2001:4871:f17f:ffff:ffff:ffff:ffff:ffff
2001:4871:f22f:ffff:ffff:ffff:ffff:ffff
2001:4871:f2bf:ffff:ffff:ffff:ffff:ffff
2001:4871:f3bf:ffff:ffff:ffff:ffff:ffff
2001:4871:f3ef:ffff:ffff:ffff:ffff:ffff
2001:4871:f44f:ffff:ffff:ffff:ffff:ffff
2001:4871:f49f:ffff:ffff:ffff:ffff:ffff
2001:4871:f4bf:ffff:ffff:ffff:ffff:ffff
2001:4871:f6cf:ffff:ffff:ffff:ffff:ffff
2001:4871:f6ef:ffff:ffff:ffff:ffff:ffff
2001:4871:f7df:ffff:ffff:ffff:ffff:ffff
2001:4871:f81f:ffff:ffff:ffff:ffff:ffff
2001:4871:f87f:ffff:ffff:ffff:ffff:ffff
2001:4871:f8bf:ffff:ffff:ffff:ffff:ffff
2001:4871:f90f:ffff:ffff:ffff:ffff:ffff
2001:4878:38:ffff:ffff:ffff:ffff:ffff
2001:4878:173:ffff:ffff:ffff:ffff:ffff
2001:4878:2038:ffff:ffff:ffff:ffff:ffff
2001:4878:4038:ffff:ffff:ffff:ffff:ffff
2001:4878:8038:ffff:ffff:ffff:ffff:ffff

2001:4878:a038:ffff:ffff:ffff:ffff:ffff
2001:4878:aaf9:ffff:ffff:ffff:ffff:ffff
2001:4878:b038:ffff:ffff:ffff:ffff:ffff
2001:4878:c038:ffff:ffff:ffff:ffff:ffff
2001:4878:dab9:ffff:ffff:ffff:ffff:ffff
2001:4960:ffff:ffff:ffff:ffff:ffff:ffff
2001:49f0:2000:ffff:ffff:ffff:ffff:ffff
2001:49f0:291f:ffff:ffff:ffff:ffff:ffff
2001:49f0:d001:ffff:ffff:ffff:ffff:ffff
2001:49f0:d004:ffff:ffff:ffff:ffff:ffff
2001:49f0:d010:ffff:ffff:ffff:ffff:ffff
2001:49f0:d026:ffff:ffff:ffff:ffff:ffff
2001:49f0:d047:ffff:ffff:ffff:ffff:ffff
2001:49f0:d064:ffff:ffff:ffff:ffff:ffff
2001:49f0:d073:ffff:ffff:ffff:ffff:ffff
2001:49f0:d09b:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0af:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0d0:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0d4:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0e5:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0f2:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0f8:ffff:ffff:ffff:ffff:ffff
2001:49f0:d0fe:ffff:ffff:ffff:ffff:ffff
2001:49f0:d10c:ffff:ffff:ffff:ffff:ffff
2001:49f0:d111:ffff:ffff:ffff:ffff:ffff
2001:49f0:d11a:ffff:ffff:ffff:ffff:ffff
2001:49f0:d11c:ffff:ffff:ffff:ffff:ffff
2001:49f0:d11e:ffff:ffff:ffff:ffff:ffff
2001:49f0:d121:ffff:ffff:ffff:ffff:ffff
2001:49f0:d124:ffff:ffff:ffff:ffff:ffff
2001:49f0:d128:ffff:ffff:ffff:ffff:ffff
2001:49f0:d133:ffff:ffff:ffff:ffff:ffff
2001:49f0:d136:ffff:ffff:ffff:ffff:ffff
2001:49f0:d139:ffff:ffff:ffff:ffff:ffff
2001:49f0:d13b:ffff:ffff:ffff:ffff:ffff
2001:49f0:d141:ffff:ffff:ffff:ffff:ffff
2001:49f0:ffff:ffff:ffff:ffff:ffff:ffff

2001:5014:20f:ffff:ffff:ffff:ffff:ffff
2001:5014:50f:ffff:ffff:ffff:ffff:ffff
2003:3c2:2fff:ffff:ffff:ffff:ffff:ffff
2400:52e0:1a02:ffff:ffff:ffff:ffff:ffff
2400:bb40:11ff:ffff:ffff:ffff:ffff:ffff
2400:bb40:2004:ffff:ffff:ffff:ffff:ffff
2400:bb40:2008:ffff:ffff:ffff:ffff:ffff
2400:bb40:4444:ffff:ffff:ffff:ffff:ffff
2400:cb00:17:ffff:ffff:ffff:ffff:ffff
2400:cb00:103:ffff:ffff:ffff:ffff:ffff
2400:cb00:155:ffff:ffff:ffff:ffff:ffff
2400:cb00:160:ffff:ffff:ffff:ffff:ffff
2400:cb00:363:ffff:ffff:ffff:ffff:ffff
2400:cb00:369:ffff:ffff:ffff:ffff:ffff
2400:cb00:981:ffff:ffff:ffff:ffff:ffff
2400:cb00:1047:ffff:ffff:ffff:ffff:ffff
2400:cb00:1282:ffff:ffff:ffff:ffff:ffff
2400:cb00:a119:ffff:ffff:ffff:ffff:ffff
2400:cb00:a1c4:ffff:ffff:ffff:ffff:ffff
2400:cb00:a671:ffff:ffff:ffff:ffff:ffff
2400:cb00:a6d2:ffff:ffff:ffff:ffff:ffff
2400:cb00:a9b1:ffff:ffff:ffff:ffff:ffff
2400:cb00:b701:ffff:ffff:ffff:ffff:ffff
2400:cb00:b705:ffff:ffff:ffff:ffff:ffff
2400:cb00:b70a:ffff:ffff:ffff:ffff:ffff
2400:cb00:b711:ffff:ffff:ffff:ffff:ffff
2400:cb00:b715:ffff:ffff:ffff:ffff:ffff
2400:cb00:b71a:ffff:ffff:ffff:ffff:ffff
2400:cb00:dce4:ffff:ffff:ffff:ffff:ffff
2400:cb00:dd52:ffff:ffff:ffff:ffff:ffff
2400:cb00:dd56:ffff:ffff:ffff:ffff:ffff
2400:cb00:dd59:ffff:ffff:ffff:ffff:ffff
2400:cb00:dee3:ffff:ffff:ffff:ffff:ffff
2400:cb00:df42:ffff:ffff:ffff:ffff:ffff
2400:cb00:e0f1:ffff:ffff:ffff:ffff:ffff
2400:cb00:e172:ffff:ffff:ffff:ffff:ffff
2400:cb00:e175:ffff:ffff:ffff:ffff:ffff

2400:cb00:e17a:ffff:ffff:ffff:ffff:ffff
2400:cb00:e1a3:ffff:ffff:ffff:ffff:ffff
2400:cb00:f013:ffff:ffff:ffff:ffff:ffff
2400:cb00:f015:ffff:ffff:ffff:ffff:ffff
2400:cb00:f017:ffff:ffff:ffff:ffff:ffff
2400:cb00:f019:ffff:ffff:ffff:ffff:ffff
2401:b60:39:ffff:ffff:ffff:ffff:ffff
2401:b60:41:ffff:ffff:ffff:ffff:ffff
2401:b60:ff7f:ffff:ffff:ffff:ffff:ffff
2401:c60:11ff:ffff:ffff:ffff:ffff:ffff
2401:8360:f:ffff:ffff:ffff:ffff:ffff
2401:c740:0:ffff:ffff:ffff:ffff:ffff
2401:c740:ffff:ffff:ffff:ffff:ffff:ffff
2402:5ac0:ff03:ffff:ffff:ffff:ffff:ffff
2402:6880:3000:ffff:ffff:ffff:ffff:ffff
2402:9e80:207:ffff:ffff:ffff:ffff:ffff
2402:cf80:107:ffff:ffff:ffff:ffff:ffff
2402:cf80:10f:ffff:ffff:ffff:ffff:ffff
2402:d0c0:15:ffff:ffff:ffff:ffff:ffff
2402:e580:73f2:ffff:ffff:ffff:ffff:ffff
2402:e580:73f8:ffff:ffff:ffff:ffff:ffff
2403:7c40:ffff:ffff:ffff:ffff:ffff:ffff
2403:a280:3fff:ffff:ffff:ffff:ffff:ffff
2404:2280:1a7:ffff:ffff:ffff:ffff:ffff
2404:2f40:f000:ffff:ffff:ffff:ffff:ffff
2404:ff40:4fff:ffff:ffff:ffff:ffff:ffff
2405:e880:deaf:ffff:ffff:ffff:ffff:ffff
2406:ef80:0:ffff:ffff:ffff:ffff:ffff
2406:ef80:ff:ffff:ffff:ffff:ffff:ffff
2406:ef80:ffff:ffff:ffff:ffff:ffff:ffff
2407:e8c0:1b:ffff:ffff:ffff:ffff:ffff
2407:e8c0:46ff:ffff:ffff:ffff:ffff:ffff
2600:1:c2ff:ffff:ffff:ffff:ffff:ffff
2600:1:d2ff:ffff:ffff:ffff:ffff:ffff
2600:2:8fff:ffff:ffff:ffff:ffff:ffff
2600:2:93ff:ffff:ffff:ffff:ffff:ffff
2600:6:ff82:ffff:ffff:ffff:ffff:ffff

2600:300:20e8:3c0d:ffff:ffff:ffff:ffff
2600:380:4dff:ffff:ffff:ffff:ffff:ffff
2600:380:4fff:ffff:ffff:ffff:ffff:ffff
2600:380:95ff:ffff:ffff:ffff:ffff:ffff
2600:380:ec0f:ffff:ffff:ffff:ffff:ffff
2600:381:1ff:ffff:ffff:ffff:ffff:ffff
2600:381:47ff:ffff:ffff:ffff:ffff:ffff
2600:381:4a3f:ffff:ffff:ffff:ffff:ffff
2600:381:50ff:ffff:ffff:ffff:ffff:ffff
2600:381:5727:ffff:ffff:ffff:ffff:ffff
2600:381:5757:ffff:ffff:ffff:ffff:ffff
2600:381:657f:ffff:ffff:ffff:ffff:ffff
2600:381:6b7f:ffff:ffff:ffff:ffff:ffff
2600:381:764f:ffff:ffff:ffff:ffff:ffff
2600:381:76ff:ffff:ffff:ffff:ffff:ffff
2600:381:aa9f:ffff:ffff:ffff:ffff:ffff
2600:381:ae7f:ffff:ffff:ffff:ffff:ffff
2600:381:c257:ffff:ffff:ffff:ffff:ffff
2600:381:c3ff:ffff:ffff:ffff:ffff:ffff
2600:381:e1df:ffff:ffff:ffff:ffff:ffff
2600:381:e67f:ffff:ffff:ffff:ffff:ffff
2600:381:e777:ffff:ffff:ffff:ffff:ffff
2600:381:ed7f:ffff:ffff:ffff:ffff:ffff
2600:381:ef1f:ffff:ffff:ffff:ffff:ffff
2600:381:ef7f:ffff:ffff:ffff:ffff:ffff
2600:381:f1af:ffff:ffff:ffff:ffff:ffff
2600:381:f37f:ffff:ffff:ffff:ffff:ffff
2600:382:b57:ffff:ffff:ffff:ffff:ffff
2600:382:cff:ffff:ffff:ffff:ffff:ffff
2600:382:104f:ffff:ffff:ffff:ffff:ffff
2600:382:10c5:ffff:ffff:ffff:ffff:ffff
2600:382:10c7:ffff:ffff:ffff:ffff:ffff
2600:382:10c9:ffff:ffff:ffff:ffff:ffff
2600:382:10cf:ffff:ffff:ffff:ffff:ffff
2600:382:10d1:ffff:ffff:ffff:ffff:ffff
2600:382:11af:ffff:ffff:ffff:ffff:ffff
2600:382:11d2:ffff:ffff:ffff:ffff:ffff

2600:382:11d4:ffff:ffff:ffff:ffff:ffff
2600:382:124f:ffff:ffff:ffff:ffff:ffff
2600:382:12bf:ffff:ffff:ffff:ffff:ffff
2600:382:28f1:ffff:ffff:ffff:ffff:ffff
2600:382:28f4:ffff:ffff:ffff:ffff:ffff
2600:382:28f7:ffff:ffff:ffff:ffff:ffff
2600:382:28f9:ffff:ffff:ffff:ffff:ffff
2600:382:28fe:ffff:ffff:ffff:ffff:ffff
2600:382:3bc7:ffff:ffff:ffff:ffff:ffff
2600:382:3d7f:ffff:ffff:ffff:ffff:ffff
2600:382:3dd0:ffff:ffff:ffff:ffff:ffff
2600:382:3ddf:ffff:ffff:ffff:ffff:ffff
2600:382:4e7f:ffff:ffff:ffff:ffff:ffff
2600:382:4fff:ffff:ffff:ffff:ffff:ffff
2600:382:509f:ffff:ffff:ffff:ffff:ffff
2600:382:55ff:ffff:ffff:ffff:ffff:ffff
2600:382:59ff:ffff:ffff:ffff:ffff:ffff
2600:382:6043:ffff:ffff:ffff:ffff:ffff
2600:382:604f:ffff:ffff:ffff:ffff:ffff
2600:382:71c2:ffff:ffff:ffff:ffff:ffff
2600:382:9d17:ffff:ffff:ffff:ffff:ffff
2600:382:9d2f:ffff:ffff:ffff:ffff:ffff
2600:382:a71f:ffff:ffff:ffff:ffff:ffff
2600:382:a74f:ffff:ffff:ffff:ffff:ffff
2600:382:a8ff:ffff:ffff:ffff:ffff:ffff
2600:382:af1f:ffff:ffff:ffff:ffff:ffff
2600:382:afdf:ffff:ffff:ffff:ffff:ffff
2600:382:afff:ffff:ffff:ffff:ffff:ffff
2600:382:b9e7:ffff:ffff:ffff:ffff:ffff
2600:382:b9ef:ffff:ffff:ffff:ffff:ffff
2600:382:bacf:ffff:ffff:ffff:ffff:ffff
2600:382:bccf:ffff:ffff:ffff:ffff:ffff
2600:382:bf2f:ffff:ffff:ffff:ffff:ffff
2600:382:bf6f:ffff:ffff:ffff:ffff:ffff
2600:382:d2ff:ffff:ffff:ffff:ffff:ffff
2600:383:10:ffff:ffff:ffff:ffff:ffff
2600:383:16:ffff:ffff:ffff:ffff:ffff

2600:383:507:ffff:ffff:ffff:ffff:ffff
2600:383:509:ffff:ffff:ffff:ffff:ffff
2600:383:9ff:ffff:ffff:ffff:ffff:ffff
2600:383:eff:ffff:ffff:ffff:ffff:ffff
2600:383:2c7f:ffff:ffff:ffff:ffff:ffff
2600:383:2dff:ffff:ffff:ffff:ffff:ffff
2600:387:9:ffff:ffff:ffff:ffff:ffff
2600:387:6ff:ffff:ffff:ffff:ffff:ffff
2600:387:21ff:ffff:ffff:ffff:ffff:ffff
2600:387:247f:ffff:ffff:ffff:ffff:ffff
2600:387:3fff:ffff:ffff:ffff:ffff:ffff
2600:804:11f:ffff:ffff:ffff:ffff:ffff
2600:804:400:ffff:ffff:ffff:ffff:ffff
2600:804:42f:ffff:ffff:ffff:ffff:ffff
2600:804:440:ffff:ffff:ffff:ffff:ffff
2600:804:80f:ffff:ffff:ffff:ffff:ffff
2600:805:100f:ffff:ffff:ffff:ffff:ffff
2600:c0a:3024:ffff:ffff:ffff:ffff:ffff
2600:c0b:2010:ffff:ffff:ffff:ffff:ffff
2600:1004:b04c:ffff:ffff:ffff:ffff:ffff
2600:1005:a120:ffff:ffff:ffff:ffff:ffff
2600:1005:b0c1:ffff:ffff:ffff:ffff:ffff
2600:1005:b119:ffff:ffff:ffff:ffff:ffff
2600:1005:b11b:ffff:ffff:ffff:ffff:ffff
2600:1005:b180:ffff:ffff:ffff:ffff:ffff
2600:1005:b248:ffff:ffff:ffff:ffff:ffff
2600:1005:b27d:ffff:ffff:ffff:ffff:ffff
2600:1005:b31b:ffff:ffff:ffff:ffff:ffff
2600:1005:b31e:ffff:ffff:ffff:ffff:ffff
2600:1006:5f:ffff:ffff:ffff:ffff:ffff
2600:1006:1df:ffff:ffff:ffff:ffff:ffff
2600:1006:54f:ffff:ffff:ffff:ffff:ffff
2600:1006:6ef:ffff:ffff:ffff:ffff:ffff
2600:1006:7df:ffff:ffff:ffff:ffff:ffff
2600:1006:7ff:ffff:ffff:ffff:ffff:ffff
2600:1006:81f:ffff:ffff:ffff:ffff:ffff
2600:1006:87f:ffff:ffff:ffff:ffff:ffff

2600:1006:9cf:ffff:ffff:ffff:ffff:ffff
2600:1006:ccf:ffff:ffff:ffff:ffff:ffff
2600:1006:148f:ffff:ffff:ffff:ffff:ffff
2600:1006:177f:ffff:ffff:ffff:ffff:ffff
2600:1006:1d4f:ffff:ffff:ffff:ffff:ffff
2600:1006:273f:ffff:ffff:ffff:ffff:ffff
2600:1006:28af:ffff:ffff:ffff:ffff:ffff
2600:1006:2b0f:ffff:ffff:ffff:ffff:ffff
2600:1006:2cff:ffff:ffff:ffff:ffff:ffff
2600:1006:3acf:ffff:ffff:ffff:ffff:ffff
2600:1006:3ddf:ffff:ffff:ffff:ffff:ffff
2600:1006:465f:ffff:ffff:ffff:ffff:ffff
2600:1006:490f:ffff:ffff:ffff:ffff:ffff
2600:1006:493f:ffff:ffff:ffff:ffff:ffff
2600:1006:4bdf:ffff:ffff:ffff:ffff:ffff
2600:1006:513f:ffff:ffff:ffff:ffff:ffff
2600:1006:51bf:ffff:ffff:ffff:ffff:ffff
2600:1006:533f:ffff:ffff:ffff:ffff:ffff
2600:1006:572f:ffff:ffff:ffff:ffff:ffff
2600:1006:578f:ffff:ffff:ffff:ffff:ffff
2600:1006:57af:ffff:ffff:ffff:ffff:ffff
2600:1006:58df:ffff:ffff:ffff:ffff:ffff
2600:1006:619f:ffff:ffff:ffff:ffff:ffff
2600:1006:622f:ffff:ffff:ffff:ffff:ffff
2600:1006:63bf:ffff:ffff:ffff:ffff:ffff
2600:1006:6a0f:ffff:ffff:ffff:ffff:ffff
2600:1006:6f6f:ffff:ffff:ffff:ffff:ffff
2600:1006:72bf:ffff:ffff:ffff:ffff:ffff
2600:1006:765f:ffff:ffff:ffff:ffff:ffff
2600:1006:776f:ffff:ffff:ffff:ffff:ffff
2600:1006:7b3f:ffff:ffff:ffff:ffff:ffff
2600:1006:810f:ffff:ffff:ffff:ffff:ffff
2600:1006:833f:ffff:ffff:ffff:ffff:ffff
2600:1006:849f:ffff:ffff:ffff:ffff:ffff
2600:1006:874f:ffff:ffff:ffff:ffff:ffff
2600:1006:8a9f:ffff:ffff:ffff:ffff:ffff
2600:1006:8b4f:ffff:ffff:ffff:ffff:ffff

2600:1006:905f:ffff:ffff:ffff:ffff:ffff
2600:1006:999f:ffff:ffff:ffff:ffff:ffff
2600:1006:9eef:ffff:ffff:ffff:ffff:ffff
2600:1006:a022:ffff:ffff:ffff:ffff:ffff
2600:1006:a024:ffff:ffff:ffff:ffff:ffff
2600:1006:a026:ffff:ffff:ffff:ffff:ffff
2600:1006:a12f:ffff:ffff:ffff:ffff:ffff
2600:1006:a135:ffff:ffff:ffff:ffff:ffff
2600:1006:a137:ffff:ffff:ffff:ffff:ffff
2600:1006:a3af:ffff:ffff:ffff:ffff:ffff
2600:1006:a44f:ffff:ffff:ffff:ffff:ffff
2600:1006:a53f:ffff:ffff:ffff:ffff:ffff
2600:1006:a7cf:ffff:ffff:ffff:ffff:ffff
2600:1006:ad2f:ffff:ffff:ffff:ffff:ffff
2600:1006:ad9f:ffff:ffff:ffff:ffff:ffff
2600:1006:adff:ffff:ffff:ffff:ffff:ffff
2600:1006:afcf:ffff:ffff:ffff:ffff:ffff
2600:1006:b162:ffff:ffff:ffff:ffff:ffff
2600:1006:b36f:ffff:ffff:ffff:ffff:ffff
2600:1006:b4df:ffff:ffff:ffff:ffff:ffff
2600:1006:b61f:ffff:ffff:ffff:ffff:ffff
2600:1006:bc3f:ffff:ffff:ffff:ffff:ffff
2600:1006:bd9f:ffff:ffff:ffff:ffff:ffff
2600:1006:bdef:ffff:ffff:ffff:ffff:ffff
2600:1006:c3df:ffff:ffff:ffff:ffff:ffff
2600:1006:cd1f:ffff:ffff:ffff:ffff:ffff
2600:1006:cddf:ffff:ffff:ffff:ffff:ffff
2600:1006:ce4f:ffff:ffff:ffff:ffff:ffff
2600:1006:d05f:ffff:ffff:ffff:ffff:ffff
2600:1006:d1bf:ffff:ffff:ffff:ffff:ffff
2600:1006:d23f:ffff:ffff:ffff:ffff:ffff
2600:1006:d3cf:ffff:ffff:ffff:ffff:ffff
2600:1006:d49f:ffff:ffff:ffff:ffff:ffff
2600:1006:d66f:ffff:ffff:ffff:ffff:ffff
2600:1006:d77f:ffff:ffff:ffff:ffff:ffff
2600:1006:d9af:ffff:ffff:ffff:ffff:ffff
2600:1006:d9ff:ffff:ffff:ffff:ffff:ffff

2600:1006:db7f:ffff:ffff:ffff:ffff:ffff
2600:1006:dbef:ffff:ffff:ffff:ffff:ffff
2600:1006:dcef:ffff:ffff:ffff:ffff:ffff
2600:1006:dd2f:ffff:ffff:ffff:ffff:ffff
2600:1006:e14f:ffff:ffff:ffff:ffff:ffff
2600:1006:e28f:ffff:ffff:ffff:ffff:ffff
2600:1006:e34f:ffff:ffff:ffff:ffff:ffff
2600:1006:e39f:ffff:ffff:ffff:ffff:ffff
2600:1006:e47f:ffff:ffff:ffff:ffff:ffff
2600:1006:f26f:ffff:ffff:ffff:ffff:ffff
2600:1006:f8bf:ffff:ffff:ffff:ffff:ffff
2600:1006:f98f:ffff:ffff:ffff:ffff:ffff
2600:1006:ffff:ffff:ffff:ffff:ffff:ffff
2600:100c:b0fc:ffff:ffff:ffff:ffff:ffff
2600:100c:b31c:ffff:ffff:ffff:ffff:ffff
2600:100c:b31e:ffff:ffff:ffff:ffff:ffff
2600:100d:b10c:ffff:ffff:ffff:ffff:ffff
2600:100d:b113:ffff:ffff:ffff:ffff:ffff
2600:100d:b11b:ffff:ffff:ffff:ffff:ffff
2600:100d:b122:ffff:ffff:ffff:ffff:ffff
2600:100d:b133:ffff:ffff:ffff:ffff:ffff
2600:100d:b137:ffff:ffff:ffff:ffff:ffff
2600:100d:b13c:ffff:ffff:ffff:ffff:ffff
2600:100d:b147:ffff:ffff:ffff:ffff:ffff
2600:100d:b14f:ffff:ffff:ffff:ffff:ffff
2600:100d:b153:ffff:ffff:ffff:ffff:ffff
2600:100d:b161:ffff:ffff:ffff:ffff:ffff
2600:100d:b163:ffff:ffff:ffff:ffff:ffff
2600:100d:b166:ffff:ffff:ffff:ffff:ffff
2600:100d:b16d:f7ff:ffff:ffff:ffff:ffff
2600:100d:b172:ffff:ffff:ffff:ffff:ffff
2600:100d:b177:ffff:ffff:ffff:ffff:ffff
2600:100d:b17a:ffff:ffff:ffff:ffff:ffff
2600:100d:b17c:ffff:ffff:ffff:ffff:ffff
2600:100d:b188:ffff:ffff:ffff:ffff:ffff
2600:100d:b18a:ffff:ffff:ffff:ffff:ffff
2600:100d:b1a9:ffff:ffff:ffff:ffff:ffff

2600:100d:b228:ffff:ffff:ffff:ffff:ffff
2600:100d:b22b:ffff:ffff:ffff:ffff:ffff
2600:100d:b22d:ffff:ffff:ffff:ffff:ffff
2600:100d:b22f:ffff:ffff:ffff:ffff:ffff
2600:1101:4008:ffff:ffff:ffff:ffff:ffff
2600:1103:ffff:ffff:ffff:ffff:ffff:ffff
2600:1108:8007:ffff:ffff:ffff:ffff:ffff
2600:110e:8009:ffff:ffff:ffff:ffff:ffff
2600:110f:ffff:ffff:ffff:ffff:ffff:ffff
2600:1403:4000:ffff:ffff:ffff:ffff:ffff
2600:1403:5400:ffff:ffff:ffff:ffff:ffff
2600:1403:6400:ffff:ffff:ffff:ffff:ffff
2600:1403:6c00:ffff:ffff:ffff:ffff:ffff
2600:1403:8400:ffff:ffff:ffff:ffff:ffff
2600:1403:9400:ffff:ffff:ffff:ffff:ffff
2600:1403:9c00:ffff:ffff:ffff:ffff:ffff
2600:1403:a400:ffff:ffff:ffff:ffff:ffff
2600:1403:ac00:ffff:ffff:ffff:ffff:ffff
2600:1403:c400:ffff:ffff:ffff:ffff:ffff
2600:1403:cc00:ffff:ffff:ffff:ffff:ffff
2600:1403:d400:ffff:ffff:ffff:ffff:ffff
2600:1403:dc00:ffff:ffff:ffff:ffff:ffff
2600:1419:8200:ffff:ffff:ffff:ffff:ffff
2600:1488:4015:ffff:ffff:ffff:ffff:ffff
2600:1488:5fc3:ffff:ffff:ffff:ffff:ffff
2600:1488:a200:ffff:ffff:ffff:ffff:ffff
2600:1700:3df:ffff:ffff:ffff:ffff:ffff
2600:1700:3f7:ffff:ffff:ffff:ffff:ffff
2600:1700:3ff:ffff:ffff:ffff:ffff:ffff
2600:1700:4af:ffff:ffff:ffff:ffff:ffff
2600:1700:a8f:ffff:ffff:ffff:ffff:ffff
2600:1700:c3f:ffff:ffff:ffff:ffff:ffff
2600:1700:c5f:ffff:ffff:ffff:ffff:ffff
2600:1700:c7f:ffff:ffff:ffff:ffff:ffff
2600:1700:cbf:ffff:ffff:ffff:ffff:ffff
2600:1700:cff:ffff:ffff:ffff:ffff:ffff
2600:1700:d3f:ffff:ffff:ffff:ffff:ffff

2600:1700:d8f:ffff:ffff:ffff:ffff:ffff
2600:1700:103f:ffff:ffff:ffff:ffff:ffff
2600:1700:117f:ffff:ffff:ffff:ffff:ffff
2600:1700:13af:ffff:ffff:ffff:ffff:ffff
2600:1700:14ef:ffff:ffff:ffff:ffff:ffff
2600:1700:154f:ffff:ffff:ffff:ffff:ffff
2600:1700:15af:ffff:ffff:ffff:ffff:ffff
2600:1700:161f:ffff:ffff:ffff:ffff:ffff
2600:1700:167f:ffff:ffff:ffff:ffff:ffff
2600:1700:16df:ffff:ffff:ffff:ffff:ffff
2600:1700:17cf:ffff:ffff:ffff:ffff:ffff
2600:1700:17ef:ffff:ffff:ffff:ffff:ffff
2600:1700:184f:ffff:ffff:ffff:ffff:ffff
2600:1700:189f:ffff:ffff:ffff:ffff:ffff
2600:1700:190f:ffff:ffff:ffff:ffff:ffff
2600:1700:195f:ffff:ffff:ffff:ffff:ffff
2600:1700:199f:ffff:ffff:ffff:ffff:ffff
2600:1700:19df:ffff:ffff:ffff:ffff:ffff
2600:1700:1a3f:ffff:ffff:ffff:ffff:ffff
2600:1700:1b9f:ffff:ffff:ffff:ffff:ffff
2600:1700:1c2f:ffff:ffff:ffff:ffff:ffff
2600:1700:1c8f:ffff:ffff:ffff:ffff:ffff
2600:1700:1cff:ffff:ffff:ffff:ffff:ffff
2600:1700:1d2f:ffff:ffff:ffff:ffff:ffff
2600:1700:1daf:ffff:ffff:ffff:ffff:ffff
2600:1700:1dcf:ffff:ffff:ffff:ffff:ffff
2600:1700:1dff:ffff:ffff:ffff:ffff:ffff
2600:1700:1e7f:ffff:ffff:ffff:ffff:ffff
2600:1700:1edf:ffff:ffff:ffff:ffff:ffff
2600:1700:1f4f:ffff:ffff:ffff:ffff:ffff
2600:1700:203f:ffff:ffff:ffff:ffff:ffff
2600:1700:208f:ffff:ffff:ffff:ffff:ffff
2600:1700:211f:ffff:ffff:ffff:ffff:ffff
2600:1700:216f:ffff:ffff:ffff:ffff:ffff
2600:1700:21bf:ffff:ffff:ffff:ffff:ffff
2600:1700:235f:ffff:ffff:ffff:ffff:ffff
2600:1700:23cf:ffff:ffff:ffff:ffff:ffff

2600:1700:246f:ffff:ffff:ffff:ffff:ffff
2600:1700:24ff:ffff:ffff:ffff:ffff:ffff
2600:1700:254f:ffff:ffff:ffff:ffff:ffff
2600:1700:256f:ffff:ffff:ffff:ffff:ffff
2600:1700:261f:ffff:ffff:ffff:ffff:ffff
2600:1700:279f:ffff:ffff:ffff:ffff:ffff
2600:1700:27ef:ffff:ffff:ffff:ffff:ffff
2600:1700:282f:ffff:ffff:ffff:ffff:ffff
2600:1700:29ef:ffff:ffff:ffff:ffff:ffff
2600:1700:2a2f:ffff:ffff:ffff:ffff:ffff
2600:1700:2a7f:ffff:ffff:ffff:ffff:ffff
2600:1700:2abf:ffff:ffff:ffff:ffff:ffff
2600:1700:2b7f:ffff:ffff:ffff:ffff:ffff
2600:1700:2c2f:ffff:ffff:ffff:ffff:ffff
2600:1700:2c7f:ffff:ffff:ffff:ffff:ffff
2600:1700:2dbf:ffff:ffff:ffff:ffff:ffff
2600:1700:2e5f:ffff:ffff:ffff:ffff:ffff
2600:1700:2e8f:ffff:ffff:ffff:ffff:ffff
2600:1700:2f9f:ffff:ffff:ffff:ffff:ffff
2600:1700:31ff:ffff:ffff:ffff:ffff:ffff
2600:1700:326f:ffff:ffff:ffff:ffff:ffff
2600:1700:32bf:ffff:ffff:ffff:ffff:ffff
2600:1700:32ff:ffff:ffff:ffff:ffff:ffff
2600:1700:333f:ffff:ffff:ffff:ffff:ffff
2600:1700:339f:ffff:ffff:ffff:ffff:ffff
2600:1700:341f:ffff:ffff:ffff:ffff:ffff
2600:1700:347f:ffff:ffff:ffff:ffff:ffff
2600:1700:36af:ffff:ffff:ffff:ffff:ffff
2600:1700:36cf:ffff:ffff:ffff:ffff:ffff
2600:1700:36ef:ffff:ffff:ffff:ffff:ffff
2600:1700:376f:ffff:ffff:ffff:ffff:ffff
2600:1700:384f:ffff:ffff:ffff:ffff:ffff
2600:1700:389f:ffff:ffff:ffff:ffff:ffff
2600:1700:38ef:ffff:ffff:ffff:ffff:ffff
2600:1700:397f:ffff:ffff:ffff:ffff:ffff
2600:1700:399f:ffff:ffff:ffff:ffff:ffff
2600:1700:39bf:ffff:ffff:ffff:ffff:ffff

2600:1700:3a0f:ffff:ffff:ffff:ffff:ffff
2600:1700:3a8f:ffff:ffff:ffff:ffff:ffff
2600:1700:3adf:ffff:ffff:ffff:ffff:ffff
2600:1700:3bef:ffff:ffff:ffff:ffff:ffff
2600:1700:3cbf:ffff:ffff:ffff:ffff:ffff
2600:1700:3d3f:ffff:ffff:ffff:ffff:ffff
2600:1700:3d6f:ffff:ffff:ffff:ffff:ffff
2600:1700:3dcf:ffff:ffff:ffff:ffff:ffff
2600:1700:3e0f:ffff:ffff:ffff:ffff:ffff
2600:1700:3fcf:ffff:ffff:ffff:ffff:ffff
2600:1700:401f:ffff:ffff:ffff:ffff:ffff
2600:1700:40ef:ffff:ffff:ffff:ffff:ffff
2600:1700:411f:ffff:ffff:ffff:ffff:ffff
2600:1700:413f:ffff:ffff:ffff:ffff:ffff
2600:1700:419f:ffff:ffff:ffff:ffff:ffff
2600:1700:41ef:ffff:ffff:ffff:ffff:ffff
2600:1700:43df:ffff:ffff:ffff:ffff:ffff
2600:1700:441f:ffff:ffff:ffff:ffff:ffff
2600:1700:461f:ffff:ffff:ffff:ffff:ffff
2600:1700:465f:ffff:ffff:ffff:ffff:ffff
2600:1700:479f:ffff:ffff:ffff:ffff:ffff
2600:1700:480f:ffff:ffff:ffff:ffff:ffff
2600:1700:489f:ffff:ffff:ffff:ffff:ffff
2600:1700:493f:ffff:ffff:ffff:ffff:ffff
2600:1700:4a4f:ffff:ffff:ffff:ffff:ffff
2600:1700:4aaf:ffff:ffff:ffff:ffff:ffff
2600:1700:4adf:ffff:ffff:ffff:ffff:ffff
2600:1700:4b0f:ffff:ffff:ffff:ffff:ffff
2600:1700:4bbf:ffff:ffff:ffff:ffff:ffff
2600:1700:4c0f:ffff:ffff:ffff:ffff:ffff
2600:1700:4c8f:ffff:ffff:ffff:ffff:ffff
2600:1700:4cbf:ffff:ffff:ffff:ffff:ffff
2600:1700:4e4f:ffff:ffff:ffff:ffff:ffff
2600:1700:4f6f:ffff:ffff:ffff:ffff:ffff
2600:1700:4fff:ffff:ffff:ffff:ffff:ffff
2600:1700:508f:ffff:ffff:ffff:ffff:ffff
2600:1700:512f:ffff:ffff:ffff:ffff:ffff

2600:1700:515f:ffff:ffff:ffff:ffff:ffff
2600:1700:523f:ffff:ffff:ffff:ffff:ffff
2600:1700:52df:ffff:ffff:ffff:ffff:ffff
2600:1700:556f:ffff:ffff:ffff:ffff:ffff
2600:1700:558f:ffff:ffff:ffff:ffff:ffff
2600:1700:561f:ffff:ffff:ffff:ffff:ffff
2600:1700:566f:ffff:ffff:ffff:ffff:ffff
2600:1700:569f:ffff:ffff:ffff:ffff:ffff
2600:1700:579f:ffff:ffff:ffff:ffff:ffff
2600:1700:57ef:ffff:ffff:ffff:ffff:ffff
2600:1700:580f:ffff:ffff:ffff:ffff:ffff
2600:1700:583f:ffff:ffff:ffff:ffff:ffff
2600:1700:58bf:ffff:ffff:ffff:ffff:ffff
2600:1700:599f:ffff:ffff:ffff:ffff:ffff
2600:1700:5a1f:ffff:ffff:ffff:ffff:ffff
2600:1700:5adf:ffff:ffff:ffff:ffff:ffff
2600:1700:5aff:ffff:ffff:ffff:ffff:ffff
2600:1700:5b4f:ffff:ffff:ffff:ffff:ffff
2600:1700:5bef:ffff:ffff:ffff:ffff:ffff
2600:1700:5c7f:ffff:ffff:ffff:ffff:ffff
2600:1700:5ddf:ffff:ffff:ffff:ffff:ffff
2600:1700:5e8f:ffff:ffff:ffff:ffff:ffff
2600:1700:5ecf:ffff:ffff:ffff:ffff:ffff
2600:1700:607f:ffff:ffff:ffff:ffff:ffff
2600:1700:60ff:ffff:ffff:ffff:ffff:ffff
2600:1700:614f:ffff:ffff:ffff:ffff:ffff
2600:1700:616f:ffff:ffff:ffff:ffff:ffff
2600:1700:62cf:ffff:ffff:ffff:ffff:ffff
2600:1700:62ef:ffff:ffff:ffff:ffff:ffff
2600:1700:632f:ffff:ffff:ffff:ffff:ffff
2600:1700:638f:ffff:ffff:ffff:ffff:ffff
2600:1700:63df:ffff:ffff:ffff:ffff:ffff
2600:1700:64bf:ffff:ffff:ffff:ffff:ffff
2600:1700:654f:ffff:ffff:ffff:ffff:ffff
2600:1700:674f:ffff:ffff:ffff:ffff:ffff
2600:1700:677f:ffff:ffff:ffff:ffff:ffff
2600:1700:682f:ffff:ffff:ffff:ffff:ffff

2600:1700:6a3f:ffff:ffff:ffff:ffff:ffff
2600:1700:6b8f:ffff:ffff:ffff:ffff:ffff
2600:1700:6d7f:ffff:ffff:ffff:ffff:ffff
2600:1700:6e5f:ffff:ffff:ffff:ffff:ffff
2600:1700:6f1f:ffff:ffff:ffff:ffff:ffff
2600:1700:6fcf:ffff:ffff:ffff:ffff:ffff
2600:1700:74af:ffff:ffff:ffff:ffff:ffff
2600:1700:758f:ffff:ffff:ffff:ffff:ffff
2600:1700:75df:ffff:ffff:ffff:ffff:ffff
2600:1700:761f:ffff:ffff:ffff:ffff:ffff
2600:1700:767f:ffff:ffff:ffff:ffff:ffff
2600:1700:774f:ffff:ffff:ffff:ffff:ffff
2600:1700:785f:ffff:ffff:ffff:ffff:ffff
2600:1700:787f:ffff:ffff:ffff:ffff:ffff
2600:1700:789f:ffff:ffff:ffff:ffff:ffff
2600:1700:79af:ffff:ffff:ffff:ffff:ffff
2600:1700:7a7f:ffff:ffff:ffff:ffff:ffff
2600:1700:7b7f:ffff:ffff:ffff:ffff:ffff
2600:1700:7bbf:ffff:ffff:ffff:ffff:ffff
2600:1700:7d3f:ffff:ffff:ffff:ffff:ffff
2600:1700:7e3f:ffff:ffff:ffff:ffff:ffff
2600:1700:7e7f:ffff:ffff:ffff:ffff:ffff
2600:1700:7eaf:ffff:ffff:ffff:ffff:ffff
2600:1700:7ecf:ffff:ffff:ffff:ffff:ffff
2600:1700:7faf:ffff:ffff:ffff:ffff:ffff
2600:1700:801f:ffff:ffff:ffff:ffff:ffff
2600:1700:806f:ffff:ffff:ffff:ffff:ffff
2600:1700:80cf:ffff:ffff:ffff:ffff:ffff
2600:1700:814f:ffff:ffff:ffff:ffff:ffff
2600:1700:818f:ffff:ffff:ffff:ffff:ffff
2600:1700:823f:ffff:ffff:ffff:ffff:ffff
2600:1700:82cf:ffff:ffff:ffff:ffff:ffff
2600:1700:82ff:ffff:ffff:ffff:ffff:ffff
2600:1700:832f:ffff:ffff:ffff:ffff:ffff
2600:1700:834f:ffff:ffff:ffff:ffff:ffff
2600:1700:856f:ffff:ffff:ffff:ffff:ffff
2600:1700:85ff:ffff:ffff:ffff:ffff:ffff

2600:1700:86ff:ffff:ffff:ffff:ffff:ffff
2600:1700:876f:ffff:ffff:ffff:ffff:ffff
2600:1700:87ef:ffff:ffff:ffff:ffff:ffff
2600:1700:893f:ffff:ffff:ffff:ffff:ffff
2600:1700:89af:ffff:ffff:ffff:ffff:ffff
2600:1700:8acf:ffff:ffff:ffff:ffff:ffff
2600:1700:8cef:ffff:ffff:ffff:ffff:ffff
2600:1700:8d3f:ffff:ffff:ffff:ffff:ffff
2600:1700:8d6f:ffff:ffff:ffff:ffff:ffff
2600:1700:8fef:ffff:ffff:ffff:ffff:ffff
2600:1700:907f:ffff:ffff:ffff:ffff:ffff
2600:1700:90ff:ffff:ffff:ffff:ffff:ffff
2600:1700:91cf:ffff:ffff:ffff:ffff:ffff
2600:1700:956f:ffff:ffff:ffff:ffff:ffff
2600:1700:969f:ffff:ffff:ffff:ffff:ffff
2600:1700:9bff:ffff:ffff:ffff:ffff:ffff
2600:1700:9c1f:ffff:ffff:ffff:ffff:ffff
2600:1700:a18f:ffff:ffff:ffff:ffff:ffff
2600:1700:a1df:ffff:ffff:ffff:ffff:ffff
2600:1700:a29f:ffff:ffff:ffff:ffff:ffff
2600:1700:a2ef:ffff:ffff:ffff:ffff:ffff
2600:1700:a31f:ffff:ffff:ffff:ffff:ffff
2600:1700:a40f:ffff:ffff:ffff:ffff:ffff
2600:1700:a4df:ffff:ffff:ffff:ffff:ffff
2600:1700:a4ff:ffff:ffff:ffff:ffff:ffff
2600:1700:a66f:ffff:ffff:ffff:ffff:ffff
2600:1700:a8cf:ffff:ffff:ffff:ffff:ffff
2600:1700:a9df:ffff:ffff:ffff:ffff:ffff
2600:1700:ab2f:ffff:ffff:ffff:ffff:ffff
2600:1700:ac1f:ffff:ffff:ffff:ffff:ffff
2600:1700:ac9f:ffff:ffff:ffff:ffff:ffff
2600:1700:acef:ffff:ffff:ffff:ffff:ffff
2600:1700:ae6f:ffff:ffff:ffff:ffff:ffff
2600:1700:b2bf:ffff:ffff:ffff:ffff:ffff
2600:1700:b33f:ffff:ffff:ffff:ffff:ffff
2600:1700:b42f:ffff:ffff:ffff:ffff:ffff
2600:1700:b4ff:ffff:ffff:ffff:ffff:ffff

2600:1700:b57f:ffff:ffff:ffff:ffff:ffff
2600:1700:b80f:ffff:ffff:ffff:ffff:ffff
2600:1700:b82f:ffff:ffff:ffff:ffff:ffff
2600:1700:b86f:ffff:ffff:ffff:ffff:ffff
2600:1700:b8af:ffff:ffff:ffff:ffff:ffff
2600:1700:b9df:ffff:ffff:ffff:ffff:ffff
2600:1700:ba3f:ffff:ffff:ffff:ffff:ffff
2600:1700:bc7f:ffff:ffff:ffff:ffff:ffff
2600:1700:bdbf:ffff:ffff:ffff:ffff:ffff
2600:1700:be8f:ffff:ffff:ffff:ffff:ffff
2600:1700:bfbf:ffff:ffff:ffff:ffff:ffff
2600:1700:c0ef:ffff:ffff:ffff:ffff:ffff
2600:1700:c18f:ffff:ffff:ffff:ffff:ffff
2600:1700:c25f:ffff:ffff:ffff:ffff:ffff
2600:1700:c29f:ffff:ffff:ffff:ffff:ffff
2600:1700:c40f:ffff:ffff:ffff:ffff:ffff
2600:1700:c4ff:ffff:ffff:ffff:ffff:ffff
2600:1700:c5ff:ffff:ffff:ffff:ffff:ffff
2600:1700:c6ef:ffff:ffff:ffff:ffff:ffff
2600:1700:c7bf:ffff:ffff:ffff:ffff:ffff
2600:1700:c8ef:ffff:ffff:ffff:ffff:ffff
2600:1700:c97f:ffff:ffff:ffff:ffff:ffff
2600:1700:cacf:ffff:ffff:ffff:ffff:ffff
2600:1700:caff:ffff:ffff:ffff:ffff:ffff
2600:1700:cbef:ffff:ffff:ffff:ffff:ffff
2600:1700:d26f:ffff:ffff:ffff:ffff:ffff
2600:1700:d40f:ffff:ffff:ffff:ffff:ffff
2600:1700:ddaf:ffff:ffff:ffff:ffff:ffff
2600:1700:df2f:ffff:ffff:ffff:ffff:ffff
2600:1700:df7f:ffff:ffff:ffff:ffff:ffff
2600:1700:e38f:ffff:ffff:ffff:ffff:ffff
2600:1700:e3af:ffff:ffff:ffff:ffff:ffff
2600:1700:e4bf:ffff:ffff:ffff:ffff:ffff
2600:1700:e59f:ffff:ffff:ffff:ffff:ffff
2600:1700:e5cf:ffff:ffff:ffff:ffff:ffff
2600:1700:e61f:ffff:ffff:ffff:ffff:ffff
2600:1700:e66f:ffff:ffff:ffff:ffff:ffff

2600:1700:e6cf:ffff:ffff:ffff:ffff:ffff
2600:1700:e71f:ffff:ffff:ffff:ffff:ffff
2600:1700:e74f:ffff:ffff:ffff:ffff:ffff
2600:1700:e77f:ffff:ffff:ffff:ffff:ffff
2600:1700:e9cf:ffff:ffff:ffff:ffff:ffff
2600:1700:ea9f:ffff:ffff:ffff:ffff:ffff
2600:1700:eb0f:ffff:ffff:ffff:ffff:ffff
2600:1700:ec1f:ffff:ffff:ffff:ffff:ffff
2600:1700:ec4f:ffff:ffff:ffff:ffff:ffff
2600:1700:ecdf:ffff:ffff:ffff:ffff:ffff
2600:1700:ed6f:ffff:ffff:ffff:ffff:ffff
2600:1700:ed8f:ffff:ffff:ffff:ffff:ffff
2600:1700:edaf:ffff:ffff:ffff:ffff:ffff
2600:1700:ee1f:ffff:ffff:ffff:ffff:ffff
2600:1700:ee9f:ffff:ffff:ffff:ffff:ffff
2600:1700:ef2f:ffff:ffff:ffff:ffff:ffff
2600:1700:ef7f:ffff:ffff:ffff:ffff:ffff
2600:1700:efef:ffff:ffff:ffff:ffff:ffff
2600:1700:f02f:ffff:ffff:ffff:ffff:ffff
2600:1700:f14f:ffff:ffff:ffff:ffff:ffff
2600:1700:f17f:ffff:ffff:ffff:ffff:ffff
2600:1700:f20f:ffff:ffff:ffff:ffff:ffff
2600:1700:f23f:ffff:ffff:ffff:ffff:ffff
2600:1700:f2cf:ffff:ffff:ffff:ffff:ffff
2600:1700:f37f:ffff:ffff:ffff:ffff:ffff
2600:1700:f43f:ffff:ffff:ffff:ffff:ffff
2600:1700:f58f:ffff:ffff:ffff:ffff:ffff
2600:1700:f5ff:ffff:ffff:ffff:ffff:ffff
2600:1700:f6cf:ffff:ffff:ffff:ffff:ffff
2600:1700:f82f:ffff:ffff:ffff:ffff:ffff
2600:1700:f89f:ffff:ffff:ffff:ffff:ffff
2600:1700:f9af:ffff:ffff:ffff:ffff:ffff
2600:1700:fabf:ffff:ffff:ffff:ffff:ffff
2600:1700:faff:ffff:ffff:ffff:ffff:ffff
2600:1700:fb3f:ffff:ffff:ffff:ffff:ffff
2600:1700:fb8f:ffff:ffff:ffff:ffff:ffff
2600:1700:fbaf:ffff:ffff:ffff:ffff:ffff

2600:1700:fc6f:ffff:ffff:ffff:ffff:ffff
2600:1700:fcdf:ffff:ffff:ffff:ffff:ffff
2600:1700:fd7f:ffff:ffff:ffff:ffff:ffff
2600:1700:febf:ffff:ffff:ffff:ffff:ffff
2600:1700:ff0f:ffff:ffff:ffff:ffff:ffff
2600:1701:407f:ffff:ffff:ffff:ffff:ffff
2600:1701:410f:ffff:ffff:ffff:ffff:ffff
2600:1701:424f:ffff:ffff:ffff:ffff:ffff
2600:1701:428f:ffff:ffff:ffff:ffff:ffff
2600:1701:42bf:ffff:ffff:ffff:ffff:ffff
2600:1701:43cf:ffff:ffff:ffff:ffff:ffff
2600:1701:442f:ffff:ffff:ffff:ffff:ffff
2600:1701:448f:ffff:ffff:ffff:ffff:ffff
2600:1701:45cf:ffff:ffff:ffff:ffff:ffff
2600:1701:47cf:ffff:ffff:ffff:ffff:ffff
2600:1701:480f:ffff:ffff:ffff:ffff:ffff
2600:1701:488f:ffff:ffff:ffff:ffff:ffff
2600:1701:490f:ffff:ffff:ffff:ffff:ffff
2600:1701:494f:ffff:ffff:ffff:ffff:ffff
2600:1701:4a0f:ffff:ffff:ffff:ffff:ffff
2600:1701:4b0f:ffff:ffff:ffff:ffff:ffff
2600:1701:4d8f:ffff:ffff:ffff:ffff:ffff
2600:1701:500f:ffff:ffff:ffff:ffff:ffff
2600:1701:514f:ffff:ffff:ffff:ffff:ffff
2600:1701:594f:ffff:ffff:ffff:ffff:ffff
2600:1702:13f:ffff:ffff:ffff:ffff:ffff
2600:1702:30f:ffff:ffff:ffff:ffff:ffff
2600:1702:48f:ffff:ffff:ffff:ffff:ffff
2600:1702:51f:ffff:ffff:ffff:ffff:ffff
2600:1702:54f:ffff:ffff:ffff:ffff:ffff
2600:1702:65f:ffff:ffff:ffff:ffff:ffff
2600:1702:69f:ffff:ffff:ffff:ffff:ffff
2600:1702:79f:ffff:ffff:ffff:ffff:ffff
2600:1702:7ff:ffff:ffff:ffff:ffff:ffff
2600:1702:88f:ffff:ffff:ffff:ffff:ffff
2600:1702:99f:ffff:ffff:ffff:ffff:ffff
2600:1702:b7f:ffff:ffff:ffff:ffff:ffff

2600:1702:cbf:ffff:ffff:ffff:ffff:ffff
2600:1702:e5f:ffff:ffff:ffff:ffff:ffff
2600:1702:e7f:ffff:ffff:ffff:ffff:ffff
2600:1702:eaf:ffff:ffff:ffff:ffff:ffff
2600:1702:f0f:ffff:ffff:ffff:ffff:ffff
2600:1702:104f:ffff:ffff:ffff:ffff:ffff
2600:1702:11cf:ffff:ffff:ffff:ffff:ffff
2600:1702:12df:ffff:ffff:ffff:ffff:ffff
2600:1702:131f:ffff:ffff:ffff:ffff:ffff
2600:1702:137f:ffff:ffff:ffff:ffff:ffff
2600:1702:140f:ffff:ffff:ffff:ffff:ffff
2600:1702:146f:ffff:ffff:ffff:ffff:ffff
2600:1702:149f:ffff:ffff:ffff:ffff:ffff
2600:1702:154f:ffff:ffff:ffff:ffff:ffff
2600:1702:157f:ffff:ffff:ffff:ffff:ffff
2600:1702:15bf:ffff:ffff:ffff:ffff:ffff
2600:1702:168f:ffff:ffff:ffff:ffff:ffff
2600:1702:16ff:ffff:ffff:ffff:ffff:ffff
2600:1702:177f:ffff:ffff:ffff:ffff:ffff
2600:1702:186f:ffff:ffff:ffff:ffff:ffff
2600:1702:18af:ffff:ffff:ffff:ffff:ffff
2600:1702:18ef:ffff:ffff:ffff:ffff:ffff
2600:1702:193f:ffff:ffff:ffff:ffff:ffff
2600:1702:19ff:ffff:ffff:ffff:ffff:ffff
2600:1702:1a7f:ffff:ffff:ffff:ffff:ffff
2600:1702:1b0f:ffff:ffff:ffff:ffff:ffff
2600:1702:1b8f:ffff:ffff:ffff:ffff:ffff
2600:1702:1c8f:ffff:ffff:ffff:ffff:ffff
2600:1702:1d2f:ffff:ffff:ffff:ffff:ffff
2600:1702:1f3f:ffff:ffff:ffff:ffff:ffff
2600:1702:1fbf:ffff:ffff:ffff:ffff:ffff
2600:1702:207f:ffff:ffff:ffff:ffff:ffff
2600:1702:215f:ffff:ffff:ffff:ffff:ffff
2600:1702:21ef:ffff:ffff:ffff:ffff:ffff
2600:1702:237f:ffff:ffff:ffff:ffff:ffff
2600:1702:23df:ffff:ffff:ffff:ffff:ffff
2600:1702:244f:ffff:ffff:ffff:ffff:ffff

2600:1702:27af:ffff:ffff:ffff:ffff:ffff
2600:1702:2b7f:ffff:ffff:ffff:ffff:ffff
2600:1702:2bcf:ffff:ffff:ffff:ffff:ffff
2600:1702:2c5f:ffff:ffff:ffff:ffff:ffff
2600:1702:2c7f:ffff:ffff:ffff:ffff:ffff
2600:1702:2d0f:ffff:ffff:ffff:ffff:ffff
2600:1702:2d6f:ffff:ffff:ffff:ffff:ffff
2600:1702:2dff:ffff:ffff:ffff:ffff:ffff
2600:1702:2e7f:ffff:ffff:ffff:ffff:ffff
2600:1702:2ebf:ffff:ffff:ffff:ffff:ffff
2600:1702:2eef:ffff:ffff:ffff:ffff:ffff
2600:1702:2f6f:ffff:ffff:ffff:ffff:ffff
2600:1702:305f:ffff:ffff:ffff:ffff:ffff
2600:1702:314f:ffff:ffff:ffff:ffff:ffff
2600:1702:335f:ffff:ffff:ffff:ffff:ffff
2600:1702:344f:ffff:ffff:ffff:ffff:ffff
2600:1702:34df:ffff:ffff:ffff:ffff:ffff
2600:1702:38bf:ffff:ffff:ffff:ffff:ffff
2600:1702:39ef:ffff:ffff:ffff:ffff:ffff
2600:1702:3a1f:ffff:ffff:ffff:ffff:ffff
2600:1702:3dbf:ffff:ffff:ffff:ffff:ffff
2600:1702:407f:ffff:ffff:ffff:ffff:ffff
2600:1702:40ef:ffff:ffff:ffff:ffff:ffff
2600:1702:421f:ffff:ffff:ffff:ffff:ffff
2600:1702:447f:ffff:ffff:ffff:ffff:ffff
2600:1702:460f:ffff:ffff:ffff:ffff:ffff
2600:1702:468f:ffff:ffff:ffff:ffff:ffff
2600:1702:47ef:ffff:ffff:ffff:ffff:ffff
2600:1702:482f:ffff:ffff:ffff:ffff:ffff
2600:1702:498f:ffff:ffff:ffff:ffff:ffff
2600:1702:4a1f:ffff:ffff:ffff:ffff:ffff
2600:1702:4a4f:ffff:ffff:ffff:ffff:ffff
2600:1702:4aaf:ffff:ffff:ffff:ffff:ffff
2600:1702:4aef:ffff:ffff:ffff:ffff:ffff
2600:1702:4fef:ffff:ffff:ffff:ffff:ffff
2600:1702:504f:ffff:ffff:ffff:ffff:ffff
2600:1702:50bf:ffff:ffff:ffff:ffff:ffff

2600:1702:50df:ffff:ffff:ffff:ffff:ffff
2600:1702:537f:ffff:ffff:ffff:ffff:ffff
2600:1702:560f:ffff:ffff:ffff:ffff:ffff
2600:1702:596f:ffff:ffff:ffff:ffff:ffff
2600:1702:59df:ffff:ffff:ffff:ffff:ffff
2600:1702:5a0f:ffff:ffff:ffff:ffff:ffff
2600:1702:5a8f:ffff:ffff:ffff:ffff:ffff
2600:1702:5aff:ffff:ffff:ffff:ffff:ffff
2600:1702:5b6f:ffff:ffff:ffff:ffff:ffff
2600:1702:5ccf:ffff:ffff:ffff:ffff:ffff
2600:1702:5d8f:ffff:ffff:ffff:ffff:ffff
2600:1702:5dcf:ffff:ffff:ffff:ffff:ffff
2600:1702:5e1f:ffff:ffff:ffff:ffff:ffff
2600:1702:5e5f:ffff:ffff:ffff:ffff:ffff
2600:1702:5f5f:ffff:ffff:ffff:ffff:ffff
2600:1702:5f8f:ffff:ffff:ffff:ffff:ffff
2600:1702:5fff:ffff:ffff:ffff:ffff:ffff
2600:1702:603f:ffff:ffff:ffff:ffff:ffff
2600:1702:60ef:ffff:ffff:ffff:ffff:ffff
2600:1702:614f:ffff:ffff:ffff:ffff:ffff
2600:1702:61cf:ffff:ffff:ffff:ffff:ffff
2600:1702:61ff:ffff:ffff:ffff:ffff:ffff
2600:1702:621f:ffff:ffff:ffff:ffff:ffff
2600:1702:629f:ffff:ffff:ffff:ffff:ffff
2600:1702:62cf:ffff:ffff:ffff:ffff:ffff
2600:1702:631f:ffff:ffff:ffff:ffff:ffff
2600:1702:635f:ffff:ffff:ffff:ffff:ffff
2600:1702:63af:ffff:ffff:ffff:ffff:ffff
2600:1702:63df:ffff:ffff:ffff:ffff:ffff
2600:1702:641f:ffff:ffff:ffff:ffff:ffff
2600:1702:643f:ffff:ffff:ffff:ffff:ffff
2600:1702:648f:ffff:ffff:ffff:ffff:ffff
2600:1702:650f:ffff:ffff:ffff:ffff:ffff
2600:1702:653f:ffff:ffff:ffff:ffff:ffff
2600:1702:657f:ffff:ffff:ffff:ffff:ffff
2600:1702:65af:ffff:ffff:ffff:ffff:ffff
2600:1702:674f:ffff:ffff:ffff:ffff:ffff

2600:1702:676f:ffff:ffff:ffff:ffff:ffff
2600:1702:683f:ffff:ffff:ffff:ffff:ffff
2600:1702:698f:ffff:ffff:ffff:ffff:ffff
2600:1702:69cf:ffff:ffff:ffff:ffff:ffff
2600:1702:6aef:ffff:ffff:ffff:ffff:ffff
2600:1702:6b9f:ffff:ffff:ffff:ffff:ffff
2600:1702:6bbf:ffff:ffff:ffff:ffff:ffff
2600:1702:6c1f:ffff:ffff:ffff:ffff:ffff
2600:1702:6c4f:ffff:ffff:ffff:ffff:ffff
2600:1702:6c7f:ffff:ffff:ffff:ffff:ffff
2600:1702:6cdf:ffff:ffff:ffff:ffff:ffff
2600:1702:6cff:ffff:ffff:ffff:ffff:ffff
2600:1702:6d5f:ffff:ffff:ffff:ffff:ffff
2600:1702:6f6f:ffff:ffff:ffff:ffff:ffff
2600:1702:717f:ffff:ffff:ffff:ffff:ffff
2600:1702:72ff:ffff:ffff:ffff:ffff:ffff
2600:1702:732f:ffff:ffff:ffff:ffff:ffff
2600:1702:746f:ffff:ffff:ffff:ffff:ffff
2600:1702:78cf:ffff:ffff:ffff:ffff:ffff
2600:1702:794f:ffff:ffff:ffff:ffff:ffff
2600:1702:79ef:ffff:ffff:ffff:ffff:ffff
2600:1702:7a1f:ffff:ffff:ffff:ffff:ffff
2600:1702:7a6f:ffff:ffff:ffff:ffff:ffff
2600:1702:7adf:ffff:ffff:ffff:ffff:ffff
2600:1702:7b1f:ffff:ffff:ffff:ffff:ffff
2600:1702:7bbf:ffff:ffff:ffff:ffff:ffff
2600:1702:7c2f:ffff:ffff:ffff:ffff:ffff
2600:1702:7d6f:ffff:ffff:ffff:ffff:ffff
2600:1702:7dbf:ffff:ffff:ffff:ffff:ffff
2600:1702:7fef:ffff:ffff:ffff:ffff:ffff
2600:1702:818f:ffff:ffff:ffff:ffff:ffff
2600:1702:82ef:ffff:ffff:ffff:ffff:ffff
2600:1702:831f:ffff:ffff:ffff:ffff:ffff
2600:1702:853f:ffff:ffff:ffff:ffff:ffff
2600:1702:862f:ffff:ffff:ffff:ffff:ffff
2600:1702:880f:ffff:ffff:ffff:ffff:ffff
2600:1702:889f:ffff:ffff:ffff:ffff:ffff

2600:1702:890f:ffff:ffff:ffff:ffff:ffff
2600:1702:89ff:ffff:ffff:ffff:ffff:ffff
2600:1702:8a8f:ffff:ffff:ffff:ffff:ffff
2600:1702:8acf:ffff:ffff:ffff:ffff:ffff
2600:1702:8d9f:ffff:ffff:ffff:ffff:ffff
2600:1702:8f7f:ffff:ffff:ffff:ffff:ffff
2600:1702:900f:ffff:ffff:ffff:ffff:ffff
2600:1702:903f:ffff:ffff:ffff:ffff:ffff
2600:1702:907f:ffff:ffff:ffff:ffff:ffff
2600:1702:909f:ffff:ffff:ffff:ffff:ffff
2600:1702:90ef:ffff:ffff:ffff:ffff:ffff
2600:1702:917f:ffff:ffff:ffff:ffff:ffff
2600:1702:91bf:ffff:ffff:ffff:ffff:ffff
2600:1702:92cf:ffff:ffff:ffff:ffff:ffff
2600:1702:938f:ffff:ffff:ffff:ffff:ffff
2600:1702:93af:ffff:ffff:ffff:ffff:ffff
2600:1702:956f:ffff:ffff:ffff:ffff:ffff
2600:1702:95ef:ffff:ffff:ffff:ffff:ffff
2600:1702:966f:ffff:ffff:ffff:ffff:ffff
2600:1702:96bf:ffff:ffff:ffff:ffff:ffff
2600:1702:973f:ffff:ffff:ffff:ffff:ffff
2600:1702:975f:ffff:ffff:ffff:ffff:ffff
2600:1702:981f:ffff:ffff:ffff:ffff:ffff
2600:1702:985f:ffff:ffff:ffff:ffff:ffff
2600:1702:98cf:ffff:ffff:ffff:ffff:ffff
2600:1702:997f:ffff:ffff:ffff:ffff:ffff
2600:1702:9a4f:ffff:ffff:ffff:ffff:ffff
2600:1702:9a8f:ffff:ffff:ffff:ffff:ffff
2600:1f11:4fff:ffff:ffff:ffff:ffff:ffff
2600:1f1a:8fff:ffff:ffff:ffff:ffff:ffff
2600:1f21:4fff:ffff:ffff:ffff:ffff:ffff
2600:1f2a:8fff:ffff:ffff:ffff:ffff:ffff
2600:1f6a:1403:ffff:ffff:ffff:ffff:ffff
2600:1f6a:a803:ffff:ffff:ffff:ffff:ffff
2600:2c01:ffff:ffff:ffff:ffff:ffff:ffff
2600:3310:ffff:ffff:ffff:ffff:ffff:ffff
2600:331d:ffff:ffff:ffff:ffff:ffff:ffff

2600:333f:ffff:ffff:ffff:ffff:ffff:ffff
2600:338f:ffff:ffff:ffff:ffff:ffff:ffff
2600:3393:ffff:ffff:ffff:ffff:ffff:ffff
2600:3395:ffff:ffff:ffff:ffff:ffff:ffff
2600:33ff:ffff:ffff:ffff:ffff:ffff:ffff
2600:3c0f:28ff:ffff:ffff:ffff:ffff:ffff
2600:5000:8800:1fff:ffff:ffff:ffff:ffff
2600:5000:8811:ffff:ffff:ffff:ffff:ffff
2600:5000:8822:ffff:ffff:ffff:ffff:ffff
2600:5800:1ba7:ffff:ffff:ffff:ffff:ffff
2600:5800:229d:ffff:ffff:ffff:ffff:ffff
2600:5800:29f4:ffff:ffff:ffff:ffff:ffff
2600:5800:33ec:ffff:ffff:ffff:ffff:ffff
2600:5800:3d57:ffff:ffff:ffff:ffff:ffff
2600:5800:ff98:ffff:ffff:ffff:ffff:ffff
2600:5801:140:ffff:ffff:ffff:ffff:ffff
2600:5801:214:ffff:ffff:ffff:ffff:ffff
2600:5801:225:ffff:ffff:ffff:ffff:ffff
2600:5801:246:ffff:ffff:ffff:ffff:ffff
2600:5801:27b:ffff:ffff:ffff:ffff:ffff
2600:5801:285:ffff:ffff:ffff:ffff:ffff
2600:5801:2ad:ffff:ffff:ffff:ffff:ffff
2600:5801:2b2:ffff:ffff:ffff:ffff:ffff
2600:5801:2c9:ffff:ffff:ffff:ffff:ffff
2600:5801:311:ffff:ffff:ffff:ffff:ffff
2600:5801:322:ffff:ffff:ffff:ffff:ffff
2600:5801:331:ffff:ffff:ffff:ffff:ffff
2600:5801:353:ffff:ffff:ffff:ffff:ffff
2600:5801:35e:ffff:ffff:ffff:ffff:ffff
2600:5801:362:ffff:ffff:ffff:ffff:ffff
2600:5801:38d:ffff:ffff:ffff:ffff:ffff
2600:5801:390:ffff:ffff:ffff:ffff:ffff
2600:5801:3a8:ffff:ffff:ffff:ffff:ffff
2600:5801:3ae:ffff:ffff:ffff:ffff:ffff
2600:5801:3b1:ffff:ffff:ffff:ffff:ffff
2600:5801:3b3:ffff:ffff:ffff:ffff:ffff
2600:5801:3e7:ffff:ffff:ffff:ffff:ffff

2600:5801:210f:ffff:ffff:ffff:ffff:ffff
2600:5801:2137:ffff:ffff:ffff:ffff:ffff
2600:5801:213c:ffff:ffff:ffff:ffff:ffff
2600:5801:2155:ffff:ffff:ffff:ffff:ffff
2600:5801:216b:ffff:ffff:ffff:ffff:ffff
2600:5801:2207:ffff:ffff:ffff:ffff:ffff
2600:5801:2231:ffff:ffff:ffff:ffff:ffff
2600:5801:2254:ffff:ffff:ffff:ffff:ffff
2600:5801:225f:ffff:ffff:ffff:ffff:ffff
2600:5801:2269:ffff:ffff:ffff:ffff:ffff
2600:5801:226b:ffff:ffff:ffff:ffff:ffff
2600:5801:226e:ffff:ffff:ffff:ffff:ffff
2600:5801:410c:ffff:ffff:ffff:ffff:ffff
2600:5801:4116:ffff:ffff:ffff:ffff:ffff
2600:5801:411f:ffff:ffff:ffff:ffff:ffff
2600:5801:417f:ffff:ffff:ffff:ffff:ffff
2600:5801:504a:ffff:ffff:ffff:ffff:ffff
2600:5801:504e:ffff:ffff:ffff:ffff:ffff
2600:5801:5056:ffff:ffff:ffff:ffff:ffff
2600:5801:505a:ffff:ffff:ffff:ffff:ffff
2600:5801:507b:ffff:ffff:ffff:ffff:ffff
2600:5801:5098:ffff:ffff:ffff:ffff:ffff
2600:5801:50a4:ffff:ffff:ffff:ffff:ffff
2600:5801:5435:ffff:ffff:ffff:ffff:ffff
2600:5801:5449:ffff:ffff:ffff:ffff:ffff
2600:5801:544c:ffff:ffff:ffff:ffff:ffff
2600:5801:5454:ffff:ffff:ffff:ffff:ffff
2600:5801:546e:ffff:ffff:ffff:ffff:ffff
2600:5801:5475:ffff:ffff:ffff:ffff:ffff
2600:5801:5604:ffff:ffff:ffff:ffff:ffff
2600:5801:562e:ffff:ffff:ffff:ffff:ffff
2600:5801:5631:ffff:ffff:ffff:ffff:ffff
2600:5801:5634:ffff:ffff:ffff:ffff:ffff
2600:5801:563b:ffff:ffff:ffff:ffff:ffff
2600:5801:563c:ffff:ffff:ffff:ffff:ffff
2600:5801:a00b:ffff:ffff:ffff:ffff:ffff
2600:5801:a055:ffff:ffff:ffff:ffff:ffff

2600:5801:a060:ffff:ffff:ffff:ffff:ffff
2600:5801:c12a:ffff:ffff:ffff:ffff:ffff
2600:5801:c143:ffff:ffff:ffff:ffff:ffff
2600:5801:c147:ffff:ffff:ffff:ffff:ffff
2600:5801:c15c:ffff:ffff:ffff:ffff:ffff
2600:5c01:317c:ffff:ffff:ffff:ffff:ffff
2600:5c01:5d7a:ffff:ffff:ffff:ffff:ffff
2600:5c01:e33c:ffff:ffff:ffff:ffff:ffff
2600:6001:1138:ffff:ffff:ffff:ffff:ffff
2600:6c20:105:ffff:ffff:ffff:ffff:ffff
2600:6c20:217:ffff:ffff:ffff:ffff:ffff
2600:6c20:518:ffff:ffff:ffff:ffff:ffff
2600:6c20:53e:ffff:ffff:ffff:ffff:ffff
2600:6c20:714:ffff:ffff:ffff:ffff:ffff
2600:6c20:8a9:ffff:ffff:ffff:ffff:ffff
2600:6c20:8c4:ffff:ffff:ffff:ffff:ffff
2600:6c20:a09:ffff:ffff:ffff:ffff:ffff
2600:6c20:a91:ffff:ffff:ffff:ffff:ffff
2600:6c20:aac:ffff:ffff:ffff:ffff:ffff
2600:6c20:c3c:ffff:ffff:ffff:ffff:ffff
2600:6c20:e04:ffff:ffff:ffff:ffff:ffff
2600:6c21:417:ffff:ffff:ffff:ffff:ffff
2600:6c21:4cb:ffff:ffff:ffff:ffff:ffff
2600:6c21:bb4:ffff:ffff:ffff:ffff:ffff
2600:6c21:e03:ffff:ffff:ffff:ffff:ffff
2600:6c21:e82:ffff:ffff:ffff:ffff:ffff
2600:6c22:20a:ffff:ffff:ffff:ffff:ffff
2600:6c2e:260:ffff:ffff:ffff:ffff:ffff
2600:6c2e:813:ffff:ffff:ffff:ffff:ffff
2600:6c7f:939f:ffff:ffff:ffff:ffff:ffff
2600:6c7f:93ef:ffff:ffff:ffff:ffff:ffff
2600:70ff:901a:ffff:ffff:ffff:ffff:ffff
2600:70ff:904c:ffff:ffff:ffff:ffff:ffff
2600:70ff:904e:ffff:ffff:ffff:ffff:ffff
2600:70ff:907f:ffff:ffff:ffff:ffff:ffff
2600:70ff:937f:ffff:ffff:ffff:ffff:ffff
2600:70ff:967f:ffff:ffff:ffff:ffff:ffff

2600:70ff:97ff:ffff:ffff:ffff:ffff:ffff
2600:70ff:a480:ffff:ffff:ffff:ffff:ffff
2600:70ff:aa2c:ffff:ffff:ffff:ffff:ffff
2600:70ff:b145:ffff:ffff:ffff:ffff:ffff
2600:70ff:b22d:ffff:ffff:ffff:ffff:ffff
2600:70ff:b266:ffff:ffff:ffff:ffff:ffff
2600:70ff:b880:ffff:ffff:ffff:ffff:ffff
2600:70ff:b883:ffff:ffff:ffff:ffff:ffff
2600:70ff:c049:ffff:ffff:ffff:ffff:ffff
2600:70ff:c914:ffff:ffff:ffff:ffff:ffff
2600:70ff:d003:ffff:ffff:ffff:ffff:ffff
2600:70ff:d01a:ffff:ffff:ffff:ffff:ffff
2600:70ff:d068:ffff:ffff:ffff:ffff:ffff
2600:70ff:d071:ffff:ffff:ffff:ffff:ffff
2600:70ff:d0c0:ffff:ffff:ffff:ffff:ffff
2600:70ff:d843:ffff:ffff:ffff:ffff:ffff
2600:70ff:d8aa:ffff:ffff:ffff:ffff:ffff
2600:70ff:f178:ffff:ffff:ffff:ffff:ffff
2600:70ff:f848:ffff:ffff:ffff:ffff:ffff
2600:70ff:f852:ffff:ffff:ffff:ffff:ffff
2600:8807:800c:ffff:ffff:ffff:ffff:ffff
2600:8807:8011:ffff:ffff:ffff:ffff:ffff
2600:8807:8101:ffff:ffff:ffff:ffff:ffff
2600:8807:8305:ffff:ffff:ffff:ffff:ffff
2600:8807:8385:ffff:ffff:ffff:ffff:ffff
2600:8807:8388:ffff:ffff:ffff:ffff:ffff
2600:8807:838c:ffff:ffff:ffff:ffff:ffff
2600:8807:8442:ffff:ffff:ffff:ffff:ffff
2600:8807:8445:ffff:ffff:ffff:ffff:ffff
2600:8807:8486:ffff:ffff:ffff:ffff:ffff
2600:8807:84c1:ffff:ffff:ffff:ffff:ffff
2600:8807:84c9:ffff:ffff:ffff:ffff:ffff
2600:8807:8541:ffff:ffff:ffff:ffff:ffff
2600:8807:8584:ffff:ffff:ffff:ffff:ffff
2600:8807:8588:ffff:ffff:ffff:ffff:ffff
2600:8807:868a:ffff:ffff:ffff:ffff:ffff
2600:8807:8704:ffff:ffff:ffff:ffff:ffff

2600:8807:8744:ffff:ffff:ffff:ffff:ffff
2600:8807:8782:ffff:ffff:ffff:ffff:ffff
2600:8807:8785:ffff:ffff:ffff:ffff:ffff
2600:8807:8787:ffff:ffff:ffff:ffff:ffff
2600:8807:8800:ffff:ffff:ffff:ffff:ffff
2600:8807:8809:ffff:ffff:ffff:ffff:ffff
2600:8807:880e:ffff:ffff:ffff:ffff:ffff
2600:8807:882b:ffff:ffff:ffff:ffff:ffff
2600:8807:8880:ffff:ffff:ffff:ffff:ffff
2600:8807:8886:ffff:ffff:ffff:ffff:ffff
2600:8807:8888:ffff:ffff:ffff:ffff:ffff
2600:8807:888a:ffff:ffff:ffff:ffff:ffff
2600:8807:8890:ffff:ffff:ffff:ffff:ffff
2600:8807:8893:ffff:ffff:ffff:ffff:ffff
2600:8807:8898:ffff:ffff:ffff:ffff:ffff
2600:8807:889b:ffff:ffff:ffff:ffff:ffff
2600:8807:889d:ffff:ffff:ffff:ffff:ffff
2600:8807:88c2:ffff:ffff:ffff:ffff:ffff
2600:8807:88cc:ffff:ffff:ffff:ffff:ffff
2600:8807:88db:ffff:ffff:ffff:ffff:ffff
2600:8807:8981:ffff:ffff:ffff:ffff:ffff
2600:8807:9080:ffff:ffff:ffff:ffff:ffff
2600:8807:9083:ffff:ffff:ffff:ffff:ffff
2600:8807:9100:ffff:ffff:ffff:ffff:ffff
2600:8807:9143:ffff:ffff:ffff:ffff:ffff
2600:8807:9280:ffff:ffff:ffff:ffff:ffff
2600:8807:9283:ffff:ffff:ffff:ffff:ffff
2600:8807:9322:ffff:ffff:ffff:ffff:ffff
2600:8807:9341:ffff:ffff:ffff:ffff:ffff
2600:8807:9343:ffff:ffff:ffff:ffff:ffff
2600:8807:9347:ffff:ffff:ffff:ffff:ffff
2600:8807:9351:ffff:ffff:ffff:ffff:ffff
2600:8807:93c2:ffff:ffff:ffff:ffff:ffff
2600:8807:9840:ffff:ffff:ffff:ffff:ffff
2600:8807:9901:ffff:ffff:ffff:ffff:ffff
2600:8807:9903:ffff:ffff:ffff:ffff:ffff
2600:8807:c042:ffff:ffff:ffff:ffff:ffff

2600:8807:c183:ffff:ffff:ffff:ffff:ffff
2600:8807:c186:ffff:ffff:ffff:ffff:ffff
2600:8807:c188:ffff:ffff:ffff:ffff:ffff
2600:8807:c195:ffff:ffff:ffff:ffff:ffff
2600:8807:c200:ffff:ffff:ffff:ffff:ffff
2600:8807:c20a:ffff:ffff:ffff:ffff:ffff
2600:8807:c20d:ffff:ffff:ffff:ffff:ffff
2600:8807:c2c0:ffff:ffff:ffff:ffff:ffff
2600:8807:c2c2:ffff:ffff:ffff:ffff:ffff
2600:8807:c2c5:ffff:ffff:ffff:ffff:ffff
2600:8807:c2c8:ffff:ffff:ffff:ffff:ffff
2600:8807:c2ca:ffff:ffff:ffff:ffff:ffff
2600:8807:c2d1:ffff:ffff:ffff:ffff:ffff
2600:8807:c2d3:ffff:ffff:ffff:ffff:ffff
2600:8807:c2d6:ffff:ffff:ffff:ffff:ffff
2600:8807:c2df:ffff:ffff:ffff:ffff:ffff
2600:8807:c305:ffff:ffff:ffff:ffff:ffff
2600:8807:c30c:ffff:ffff:ffff:ffff:ffff
2600:8807:c319:ffff:ffff:ffff:ffff:ffff
2600:8807:c604:ffff:ffff:ffff:ffff:ffff
2600:8807:c608:ffff:ffff:ffff:ffff:ffff
2600:8807:c60b:ffff:ffff:ffff:ffff:ffff
2600:8807:c60e:ffff:ffff:ffff:ffff:ffff
2600:8807:c611:ffff:ffff:ffff:ffff:ffff
2600:8807:c6a1:ffff:ffff:ffff:ffff:ffff
2600:8807:c720:ffff:ffff:ffff:ffff:ffff
2600:8807:c7e0:ffff:ffff:ffff:ffff:ffff
2600:8807:c887:ffff:ffff:ffff:ffff:ffff
2600:8807:c88d:ffff:ffff:ffff:ffff:ffff
2600:8807:c940:ffff:ffff:ffff:ffff:ffff
2600:8807:c943:ffff:ffff:ffff:ffff:ffff
2600:8807:c948:ffff:ffff:ffff:ffff:ffff
2600:8807:c94b:ffff:ffff:ffff:ffff:ffff
2600:8807:c94f:ffff:ffff:ffff:ffff:ffff
2600:8807:c981:ffff:ffff:ffff:ffff:ffff
2600:8807:c986:ffff:ffff:ffff:ffff:ffff
2600:8807:c98a:ffff:ffff:ffff:ffff:ffff

2600:8807:c98f:ffff:ffff:ffff:ffff:ffff
2600:8807:c997:ffff:ffff:ffff:ffff:ffff
2600:8807:c99b:ffff:ffff:ffff:ffff:ffff
2600:8807:ca00:ffff:ffff:ffff:ffff:ffff
2600:8807:ca05:ffff:ffff:ffff:ffff:ffff
2600:9000:1215:ffff:ffff:ffff:ffff:ffff
2600:9000:1e0d:ffff:ffff:ffff:ffff:ffff
2600:9000:1ebf:ffff:ffff:ffff:ffff:ffff
2600:9000:2029:ffff:ffff:ffff:ffff:ffff
2600:9000:2033:ffff:ffff:ffff:ffff:ffff
2600:9000:2037:ffff:ffff:ffff:ffff:ffff
2600:9c04:ffff:ffff:ffff:ffff:ffff:ffff
2600:e409:ffff:ffff:ffff:ffff:ffff:ffff
2600:e40f:ffff:ffff:ffff:ffff:ffff:ffff
2600:f0fb:e9ff:ffff:ffff:ffff:ffff:ffff
2601:c4:c431:ffff:ffff:ffff:ffff:ffff
2601:341:41ff:ffff:ffff:ffff:ffff:ffff
2601:341:4203:ffff:ffff:ffff:ffff:ffff
2601:341:42ff:ffff:ffff:ffff:ffff:ffff
2601:342:d7ff:ffff:ffff:ffff:ffff:ffff
2601:343:7ff:ffff:ffff:ffff:ffff:ffff
2601:343:2fff:ffff:ffff:ffff:ffff:ffff
2601:343:40ff:ffff:ffff:ffff:ffff:ffff
2601:343:47ff:ffff:ffff:ffff:ffff:ffff
2601:344:77ff:ffff:ffff:ffff:ffff:ffff
2601:345:6fff:ffff:ffff:ffff:ffff:ffff
2601:345:8fff:ffff:ffff:ffff:ffff:ffff
2601:345:bfff:ffff:ffff:ffff:ffff:ffff
2601:346:7fff:ffff:ffff:ffff:ffff:ffff
2601:347:7fff:ffff:ffff:ffff:ffff:ffff
2601:347:afff:ffff:ffff:ffff:ffff:ffff
2601:348:67ff:ffff:ffff:ffff:ffff:ffff
2601:348:bfff:ffff:ffff:ffff:ffff:ffff
2601:4c0:4267:ffff:ffff:ffff:ffff:ffff
2601:4c0:4282:ffff:ffff:ffff:ffff:ffff
2601:4c0:4311:ffff:ffff:ffff:ffff:ffff
2601:4c0:4377:ffff:ffff:ffff:ffff:ffff

2601:4c0:4382:ffff:ffff:ffff:ffff:ffff
2601:4c0:441f:ffff:ffff:ffff:ffff:ffff
2601:4c0:4454:ffff:ffff:ffff:ffff:ffff
2601:4c0:449d:ffff:ffff:ffff:ffff:ffff
2601:4c0:4501:ffff:ffff:ffff:ffff:ffff
2601:4c0:451a:ffff:ffff:ffff:ffff:ffff
2601:4c0:4529:ffff:ffff:ffff:ffff:ffff
2601:4c0:4616:ffff:ffff:ffff:ffff:ffff
2601:4c0:4627:ffff:ffff:ffff:ffff:ffff
2601:4c0:462d:ffff:ffff:ffff:ffff:ffff
2601:4c0:4630:ffff:ffff:ffff:ffff:ffff
2601:4c0:4648:ffff:ffff:ffff:ffff:ffff
2601:4c0:46a8:ffff:ffff:ffff:ffff:ffff
2601:4c0:46da:ffff:ffff:ffff:ffff:ffff
2601:4c0:475f:ffff:ffff:ffff:ffff:ffff
2601:4c0:47a2:ffff:ffff:ffff:ffff:ffff
2601:4c0:47e0:ffff:ffff:ffff:ffff:ffff
2601:4c0:4846:ffff:ffff:ffff:ffff:ffff
2601:4c0:4850:ffff:ffff:ffff:ffff:ffff
2601:4c0:4862:ffff:ffff:ffff:ffff:ffff
2601:4c0:486a:ffff:ffff:ffff:ffff:ffff
2601:4c0:48f9:ffff:ffff:ffff:ffff:ffff
2601:4c0:4912:ffff:ffff:ffff:ffff:ffff
2601:4c0:4961:ffff:ffff:ffff:ffff:ffff
2601:4c0:49b7:ffff:ffff:ffff:ffff:ffff
2601:4c0:49c2:ffff:ffff:ffff:ffff:ffff
2601:4c0:49f7:ffff:ffff:ffff:ffff:ffff
2601:4c0:49fd:ffff:ffff:ffff:ffff:ffff
2601:4c0:4a0e:ffff:ffff:ffff:ffff:ffff
2601:4c0:4a6c:ffff:ffff:ffff:ffff:ffff
2601:4c0:4ace:ffff:ffff:ffff:ffff:ffff
2601:4c0:4ad6:ffff:ffff:ffff:ffff:ffff
2601:4c0:4af4:ffff:ffff:ffff:ffff:ffff
2601:4c0:4b0b:ffff:ffff:ffff:ffff:ffff
2601:4c0:4b3a:ffff:ffff:ffff:ffff:ffff
2601:4c0:4bcc:ffff:ffff:ffff:ffff:ffff
2601:4c0:4c45:ffff:ffff:ffff:ffff:ffff

2601:4c0:4c50:ffff:ffff:ffff:ffff:ffff
2601:4c0:4c66:ffff:ffff:ffff:ffff:ffff
2601:4c0:4c8d:ffff:ffff:ffff:ffff:ffff
2601:4c0:4d72:ffff:ffff:ffff:ffff:ffff
2601:4c0:4d74:ffff:ffff:ffff:ffff:ffff
2601:4c0:4d8a:ffff:ffff:ffff:ffff:ffff
2601:4c0:4df6:ffff:ffff:ffff:ffff:ffff
2601:4c0:4e6d:ffff:ffff:ffff:ffff:ffff
2601:4c0:4ece:ffff:ffff:ffff:ffff:ffff
2601:4c0:4edc:ffff:ffff:ffff:ffff:ffff
2601:4c0:4f13:ffff:ffff:ffff:ffff:ffff
2601:4c0:4f32:ffff:ffff:ffff:ffff:ffff
2601:4c0:4f3c:ffff:ffff:ffff:ffff:ffff
2601:4c0:4f63:ffff:ffff:ffff:ffff:ffff
2601:4c0:4f67:ffff:ffff:ffff:ffff:ffff
2601:4c0:4fcc:ffff:ffff:ffff:ffff:ffff
2601:4c0:4fd1:ffff:ffff:ffff:ffff:ffff
2601:4c0:4feb:ffff:ffff:ffff:ffff:ffff
2601:4c0:5029:ffff:ffff:ffff:ffff:ffff
2601:4c0:5043:ffff:ffff:ffff:ffff:ffff
2601:4c0:5062:ffff:ffff:ffff:ffff:ffff
2601:4c0:5097:ffff:ffff:ffff:ffff:ffff
2601:4c0:509c:ffff:ffff:ffff:ffff:ffff
2601:4c0:50a1:ffff:ffff:ffff:ffff:ffff
2601:4c0:50a3:ffff:ffff:ffff:ffff:ffff
2601:4c0:50a7:ffff:ffff:ffff:ffff:ffff
2601:4c0:5127:ffff:ffff:ffff:ffff:ffff
2601:4c0:5139:ffff:ffff:ffff:ffff:ffff
2601:4c0:5153:ffff:ffff:ffff:ffff:ffff
2601:4c0:5196:ffff:ffff:ffff:ffff:ffff
2601:4c0:51f1:ffff:ffff:ffff:ffff:ffff
2601:4c0:51f7:ffff:ffff:ffff:ffff:ffff
2601:4c0:5272:ffff:ffff:ffff:ffff:ffff
2601:4c0:529b:ffff:ffff:ffff:ffff:ffff
2601:4c0:52b6:ffff:ffff:ffff:ffff:ffff
2601:4c0:52e0:ffff:ffff:ffff:ffff:ffff
2601:4c0:52ed:ffff:ffff:ffff:ffff:ffff

2601:4c0:531b:ffff:ffff:ffff:ffff:ffff
2601:4c0:5341:ffff:ffff:ffff:ffff:ffff
2601:4c0:535f:ffff:ffff:ffff:ffff:ffff
2601:4c0:5379:ffff:ffff:ffff:ffff:ffff
2601:4c0:5435:ffff:ffff:ffff:ffff:ffff
2601:4c0:5453:ffff:ffff:ffff:ffff:ffff
2601:4c0:5500:ffff:ffff:ffff:ffff:ffff
2601:4c0:5558:ffff:ffff:ffff:ffff:ffff
2601:4c0:5561:ffff:ffff:ffff:ffff:ffff
2601:4c0:5564:ffff:ffff:ffff:ffff:ffff
2601:4c0:5569:ffff:ffff:ffff:ffff:ffff
2601:4c0:557c:ffff:ffff:ffff:ffff:ffff
2601:4c0:55ea:ffff:ffff:ffff:ffff:ffff
2601:4c0:5691:ffff:ffff:ffff:ffff:ffff
2601:4c0:56b8:ffff:ffff:ffff:ffff:ffff
2601:4c0:5738:ffff:ffff:ffff:ffff:ffff
2601:4c0:5748:ffff:ffff:ffff:ffff:ffff
2601:4c0:5769:ffff:ffff:ffff:ffff:ffff
2601:4c0:57cc:ffff:ffff:ffff:ffff:ffff
2601:4c0:57f7:ffff:ffff:ffff:ffff:ffff
2601:4c0:5806:ffff:ffff:ffff:ffff:ffff
2601:4c0:5843:ffff:ffff:ffff:ffff:ffff
2601:4c0:5872:ffff:ffff:ffff:ffff:ffff
2601:4c0:59f4:ffff:ffff:ffff:ffff:ffff
2601:4c0:5a76:ffff:ffff:ffff:ffff:ffff
2601:4c0:5ae4:ffff:ffff:ffff:ffff:ffff
2601:4c0:5b8a:ffff:ffff:ffff:ffff:ffff
2601:4c0:5b96:ffff:ffff:ffff:ffff:ffff
2601:4c0:5c59:ffff:ffff:ffff:ffff:ffff
2601:4c0:5c70:ffff:ffff:ffff:ffff:ffff
2601:4c0:5c72:ffff:ffff:ffff:ffff:ffff
2601:4c0:5c8f:ffff:ffff:ffff:ffff:ffff
2601:4c0:5cf9:ffff:ffff:ffff:ffff:ffff
2601:4c0:5cfd:ffff:ffff:ffff:ffff:ffff
2601:4c0:5ddc:ffff:ffff:ffff:ffff:ffff
2601:4c0:5e02:ffff:ffff:ffff:ffff:ffff
2601:4c0:5e07:ffff:ffff:ffff:ffff:ffff

2601:4c0:5e0f:ffff:ffff:ffff:ffff:ffff
2601:4c0:5e98:ffff:ffff:ffff:ffff:ffff
2601:4c0:5ed3:ffff:ffff:ffff:ffff:ffff
2601:4c0:5f00:ffff:ffff:ffff:ffff:ffff
2601:4c0:5f27:ffff:ffff:ffff:ffff:ffff
2601:4c0:6014:ffff:ffff:ffff:ffff:ffff
2601:4c0:60cc:ffff:ffff:ffff:ffff:ffff
2601:4c0:60de:ffff:ffff:ffff:ffff:ffff
2601:4c0:6160:ffff:ffff:ffff:ffff:ffff
2601:4c0:6170:ffff:ffff:ffff:ffff:ffff
2601:4c0:6173:ffff:ffff:ffff:ffff:ffff
2601:4c0:61b7:ffff:ffff:ffff:ffff:ffff
2601:4c0:61c3:ffff:ffff:ffff:ffff:ffff
2601:4c0:6242:ffff:ffff:ffff:ffff:ffff
2601:4c0:6289:ffff:ffff:ffff:ffff:ffff
2601:4c0:62a5:ffff:ffff:ffff:ffff:ffff
2601:4c0:62e5:ffff:ffff:ffff:ffff:ffff
2601:4c0:6315:ffff:ffff:ffff:ffff:ffff
2601:4c0:63c6:ffff:ffff:ffff:ffff:ffff
2601:4c0:641a:ffff:ffff:ffff:ffff:ffff
2601:4c0:6456:ffff:ffff:ffff:ffff:ffff
2601:4c0:6492:ffff:ffff:ffff:ffff:ffff
2601:4c0:649e:ffff:ffff:ffff:ffff:ffff
2601:4c0:64c3:ffff:ffff:ffff:ffff:ffff
2601:4c0:6583:ffff:ffff:ffff:ffff:ffff
2601:4c0:659d:ffff:ffff:ffff:ffff:ffff
2601:4c0:65de:ffff:ffff:ffff:ffff:ffff
2601:4c0:6644:ffff:ffff:ffff:ffff:ffff
2601:4c0:66b9:ffff:ffff:ffff:ffff:ffff
2601:4c0:66e6:ffff:ffff:ffff:ffff:ffff
2601:4c0:674e:ffff:ffff:ffff:ffff:ffff
2601:4c0:677c:ffff:ffff:ffff:ffff:ffff
2601:4c0:67b7:ffff:ffff:ffff:ffff:ffff
2601:4c0:67fe:ffff:ffff:ffff:ffff:ffff
2601:4c0:680b:ffff:ffff:ffff:ffff:ffff
2601:4c0:681f:ffff:ffff:ffff:ffff:ffff
2601:4c0:688f:ffff:ffff:ffff:ffff:ffff

2601:4c0:689b:ffff:ffff:ffff:ffff:ffff
2601:4c0:68bb:ffff:ffff:ffff:ffff:ffff
2601:4c0:68d6:ffff:ffff:ffff:ffff:ffff
2601:4c0:68e1:ffff:ffff:ffff:ffff:ffff
2601:4c0:68e6:ffff:ffff:ffff:ffff:ffff
2601:4c0:6958:ffff:ffff:ffff:ffff:ffff
2601:4c0:6967:ffff:ffff:ffff:ffff:ffff
2601:4c0:697e:ffff:ffff:ffff:ffff:ffff
2601:4c0:6994:ffff:ffff:ffff:ffff:ffff
2601:4c0:69f0:ffff:ffff:ffff:ffff:ffff
2601:4c0:69f2:ffff:ffff:ffff:ffff:ffff
2601:4c0:6a20:ffff:ffff:ffff:ffff:ffff
2601:4c0:6a45:ffff:ffff:ffff:ffff:ffff
2601:4c0:6a4e:ffff:ffff:ffff:ffff:ffff
2601:4c0:6a98:ffff:ffff:ffff:ffff:ffff
2601:4c0:6acf:ffff:ffff:ffff:ffff:ffff
2601:4c0:6aeb:ffff:ffff:ffff:ffff:ffff
2601:4c0:6b15:ffff:ffff:ffff:ffff:ffff
2601:4c0:6b91:ffff:ffff:ffff:ffff:ffff
2601:4c0:6b9a:ffff:ffff:ffff:ffff:ffff
2601:4c0:6b9d:ffff:ffff:ffff:ffff:ffff
2601:4c0:6bc0:ffff:ffff:ffff:ffff:ffff
2601:4c0:6be3:ffff:ffff:ffff:ffff:ffff
2601:4c0:6c1e:ffff:ffff:ffff:ffff:ffff
2601:4c0:6c4d:ffff:ffff:ffff:ffff:ffff
2601:4c0:6c8b:ffff:ffff:ffff:ffff:ffff
2601:4c0:6c8d:ffff:ffff:ffff:ffff:ffff
2601:4c0:6c9f:ffff:ffff:ffff:ffff:ffff
2601:4c0:6cfa:ffff:ffff:ffff:ffff:ffff
2601:4c0:6d14:ffff:ffff:ffff:ffff:ffff
2601:4c0:6d75:ffff:ffff:ffff:ffff:ffff
2601:4c0:6dd3:ffff:ffff:ffff:ffff:ffff
2601:4c0:6e02:ffff:ffff:ffff:ffff:ffff
2601:4c0:6e14:ffff:ffff:ffff:ffff:ffff
2601:4c0:6e1a:ffff:ffff:ffff:ffff:ffff
2601:4c0:6e3a:ffff:ffff:ffff:ffff:ffff
2601:4c0:6e46:ffff:ffff:ffff:ffff:ffff

2601:4c0:6f19:ffff:ffff:ffff:ffff:ffff
2601:4c0:6f23:ffff:ffff:ffff:ffff:ffff
2601:4c0:6f79:ffff:ffff:ffff:ffff:ffff
2601:4c0:6f7b:ffff:ffff:ffff:ffff:ffff
2601:4c0:6fa3:ffff:ffff:ffff:ffff:ffff
2601:4c0:6fe6:ffff:ffff:ffff:ffff:ffff
2601:4c0:6fe9:ffff:ffff:ffff:ffff:ffff
2601:4c0:6ff4:ffff:ffff:ffff:ffff:ffff
2601:4c0:700e:ffff:ffff:ffff:ffff:ffff
2601:4c0:7040:ffff:ffff:ffff:ffff:ffff
2601:4c0:70b5:ffff:ffff:ffff:ffff:ffff
2601:4c0:7113:ffff:ffff:ffff:ffff:ffff
2601:4c0:7124:ffff:ffff:ffff:ffff:ffff
2601:4c0:7158:ffff:ffff:ffff:ffff:ffff
2601:4c0:7164:ffff:ffff:ffff:ffff:ffff
2601:4c0:719b:ffff:ffff:ffff:ffff:ffff
2601:4c0:721b:ffff:ffff:ffff:ffff:ffff
2601:4c0:7272:ffff:ffff:ffff:ffff:ffff
2601:4c0:72b2:ffff:ffff:ffff:ffff:ffff
2601:4c0:72b8:ffff:ffff:ffff:ffff:ffff
2601:4c0:731a:ffff:ffff:ffff:ffff:ffff
2601:4c0:7322:ffff:ffff:ffff:ffff:ffff
2601:4c0:736e:ffff:ffff:ffff:ffff:ffff
2601:4c0:737f:ffff:ffff:ffff:ffff:ffff
2601:4c0:73b6:ffff:ffff:ffff:ffff:ffff
2601:4c0:73f9:ffff:ffff:ffff:ffff:ffff
2601:4c0:740a:ffff:ffff:ffff:ffff:ffff
2601:4c0:745c:ffff:ffff:ffff:ffff:ffff
2601:4c0:7496:ffff:ffff:ffff:ffff:ffff
2601:4c0:74cd:ffff:ffff:ffff:ffff:ffff
2601:4c0:74d8:ffff:ffff:ffff:ffff:ffff
2601:4c0:7541:ffff:ffff:ffff:ffff:ffff
2601:4c0:755d:ffff:ffff:ffff:ffff:ffff
2601:4c0:760f:ffff:ffff:ffff:ffff:ffff
2601:4c0:76b8:ffff:ffff:ffff:ffff:ffff
2601:4c0:76db:ffff:ffff:ffff:ffff:ffff
2601:4c0:770c:ffff:ffff:ffff:ffff:ffff

2601:4c0:7753:ffff:ffff:ffff:ffff:ffff
2601:4c0:7796:ffff:ffff:ffff:ffff:ffff
2601:4c0:7845:ffff:ffff:ffff:ffff:ffff
2601:4c0:785f:ffff:ffff:ffff:ffff:ffff
2601:4c0:7887:ffff:ffff:ffff:ffff:ffff
2601:4c0:78b3:ffff:ffff:ffff:ffff:ffff
2601:4c0:78eb:ffff:ffff:ffff:ffff:ffff
2601:4c0:78ee:ffff:ffff:ffff:ffff:ffff
2601:4c0:7902:ffff:ffff:ffff:ffff:ffff
2601:4c0:7959:ffff:ffff:ffff:ffff:ffff
2601:4c0:7978:ffff:ffff:ffff:ffff:ffff
2601:4c0:79e0:ffff:ffff:ffff:ffff:ffff
2601:4c0:79ff:ffff:ffff:ffff:ffff:ffff
2601:4c0:7a1f:ffff:ffff:ffff:ffff:ffff
2601:4c0:7a4d:ffff:ffff:ffff:ffff:ffff
2601:4c0:7ad3:ffff:ffff:ffff:ffff:ffff
2601:4c0:7bc7:ffff:ffff:ffff:ffff:ffff
2601:4c0:7bdf:ffff:ffff:ffff:ffff:ffff
2601:4c0:7c50:ffff:ffff:ffff:ffff:ffff
2601:4c0:7c9d:ffff:ffff:ffff:ffff:ffff
2601:4c0:7d0b:ffff:ffff:ffff:ffff:ffff
2601:4c0:7d10:ffff:ffff:ffff:ffff:ffff
2601:4c0:7e53:ffff:ffff:ffff:ffff:ffff
2601:4c0:7eec:ffff:ffff:ffff:ffff:ffff
2601:4c0:7f0a:ffff:ffff:ffff:ffff:ffff
2601:4c0:7fa0:ffff:ffff:ffff:ffff:ffff
2601:4c0:7fd5:ffff:ffff:ffff:ffff:ffff
2601:4c0:7feb:ffff:ffff:ffff:ffff:ffff
2601:4c0:800b:ffff:ffff:ffff:ffff:ffff
2601:4c0:8032:ffff:ffff:ffff:ffff:ffff
2601:4c0:8042:ffff:ffff:ffff:ffff:ffff
2601:4c0:8069:ffff:ffff:ffff:ffff:ffff
2601:4c0:80b3:ffff:ffff:ffff:ffff:ffff
2601:4c0:80d3:ffff:ffff:ffff:ffff:ffff
2601:4c0:80e9:ffff:ffff:ffff:ffff:ffff
2601:4c0:80ef:ffff:ffff:ffff:ffff:ffff
2601:4c0:80fa:ffff:ffff:ffff:ffff:ffff

2601:4c0:8110:ffff:ffff:ffff:ffff:ffff
2601:4c0:811c:ffff:ffff:ffff:ffff:ffff
2601:4c0:81a7:ffff:ffff:ffff:ffff:ffff
2601:4c0:81ac:ffff:ffff:ffff:ffff:ffff
2601:4c0:8248:ffff:ffff:ffff:ffff:ffff
2601:4c0:827e:ffff:ffff:ffff:ffff:ffff
2601:4c0:8292:ffff:ffff:ffff:ffff:ffff
2601:4c0:82c6:ffff:ffff:ffff:ffff:ffff
2601:4c0:82de:ffff:ffff:ffff:ffff:ffff
2601:4c0:82fc:ffff:ffff:ffff:ffff:ffff
2601:4c0:8311:ffff:ffff:ffff:ffff:ffff
2601:4c0:8321:ffff:ffff:ffff:ffff:ffff
2601:4c0:834e:ffff:ffff:ffff:ffff:ffff
2601:4c0:83a7:ffff:ffff:ffff:ffff:ffff
2601:4c0:8428:ffff:ffff:ffff:ffff:ffff
2601:4c0:8517:ffff:ffff:ffff:ffff:ffff
2601:4c0:8533:ffff:ffff:ffff:ffff:ffff
2601:4c0:858d:ffff:ffff:ffff:ffff:ffff
2601:4c0:859a:ffff:ffff:ffff:ffff:ffff
2601:4c0:85de:ffff:ffff:ffff:ffff:ffff
2601:4c0:8615:ffff:ffff:ffff:ffff:ffff
2601:4c0:8643:ffff:ffff:ffff:ffff:ffff
2601:4c0:869f:ffff:ffff:ffff:ffff:ffff
2601:4c0:86eb:ffff:ffff:ffff:ffff:ffff
2601:4c0:87a9:ffff:ffff:ffff:ffff:ffff
2601:4c0:87bb:ffff:ffff:ffff:ffff:ffff
2601:4c0:8896:ffff:ffff:ffff:ffff:ffff
2601:4c0:88cb:ffff:ffff:ffff:ffff:ffff
2601:4c0:8927:ffff:ffff:ffff:ffff:ffff
2601:4c0:8942:ffff:ffff:ffff:ffff:ffff
2601:4c0:8944:ffff:ffff:ffff:ffff:ffff
2601:4c0:8a07:ffff:ffff:ffff:ffff:ffff
2601:4c0:8a70:ffff:ffff:ffff:ffff:ffff
2601:4c0:8a79:ffff:ffff:ffff:ffff:ffff
2601:4c0:8b8f:ffff:ffff:ffff:ffff:ffff
2601:4c0:8c29:ffff:ffff:ffff:ffff:ffff
2601:4c0:8c4a:ffff:ffff:ffff:ffff:ffff

2601:4c0:8ca8:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d04:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d0c:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d35:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d4b:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d59:ffff:ffff:ffff:ffff:ffff
2601:4c0:8d8f:ffff:ffff:ffff:ffff:ffff
2601:4c0:8e2b:ffff:ffff:ffff:ffff:ffff
2601:4c0:8e40:ffff:ffff:ffff:ffff:ffff
2601:4c0:8f25:ffff:ffff:ffff:ffff:ffff
2601:4c0:8fac:ffff:ffff:ffff:ffff:ffff
2601:4c0:8fc0:ffff:ffff:ffff:ffff:ffff
2601:4c0:9018:ffff:ffff:ffff:ffff:ffff
2601:4c0:902e:ffff:ffff:ffff:ffff:ffff
2601:4c0:9030:ffff:ffff:ffff:ffff:ffff
2601:4c0:9050:ffff:ffff:ffff:ffff:ffff
2601:4c0:90eb:ffff:ffff:ffff:ffff:ffff
2601:4c0:910d:ffff:ffff:ffff:ffff:ffff
2601:4c0:9161:ffff:ffff:ffff:ffff:ffff
2601:4c0:91ab:ffff:ffff:ffff:ffff:ffff
2601:4c0:91b1:ffff:ffff:ffff:ffff:ffff
2601:4c0:91f3:ffff:ffff:ffff:ffff:ffff
2601:4c0:92ad:ffff:ffff:ffff:ffff:ffff
2601:4c0:932c:ffff:ffff:ffff:ffff:ffff
2601:4c0:9347:ffff:ffff:ffff:ffff:ffff
2601:4c0:9390:ffff:ffff:ffff:ffff:ffff
2601:4c0:93ea:ffff:ffff:ffff:ffff:ffff
2601:4c0:945f:ffff:ffff:ffff:ffff:ffff
2601:4c0:949d:ffff:ffff:ffff:ffff:ffff
2601:4c0:94a4:ffff:ffff:ffff:ffff:ffff
2601:4c0:94ac:ffff:ffff:ffff:ffff:ffff
2601:4c0:94e1:ffff:ffff:ffff:ffff:ffff
2601:4c0:9555:ffff:ffff:ffff:ffff:ffff
2601:4c0:955c:ffff:ffff:ffff:ffff:ffff
2601:4c0:9563:ffff:ffff:ffff:ffff:ffff
2601:4c0:9569:ffff:ffff:ffff:ffff:ffff
2601:4c0:9691:ffff:ffff:ffff:ffff:ffff

2601:4c0:96e9:ffff:ffff:ffff:ffff:ffff
2601:4c0:96ec:ffff:ffff:ffff:ffff:ffff
2601:4c0:972d:ffff:ffff:ffff:ffff:ffff
2601:4c0:97fa:ffff:ffff:ffff:ffff:ffff
2601:4c0:9814:ffff:ffff:ffff:ffff:ffff
2601:4c0:9844:ffff:ffff:ffff:ffff:ffff
2601:4c0:995e:ffff:ffff:ffff:ffff:ffff
2601:4c0:99cc:ffff:ffff:ffff:ffff:ffff
2601:4c0:9a10:ffff:ffff:ffff:ffff:ffff
2601:4c0:9ad0:ffff:ffff:ffff:ffff:ffff
2601:4c0:9b0b:ffff:ffff:ffff:ffff:ffff
2601:4c0:9b27:ffff:ffff:ffff:ffff:ffff
2601:4c0:9b3f:ffff:ffff:ffff:ffff:ffff
2601:4c0:9bcb:ffff:ffff:ffff:ffff:ffff
2601:4c0:9c11:ffff:ffff:ffff:ffff:ffff
2601:4c0:9c36:ffff:ffff:ffff:ffff:ffff
2601:4c0:9c64:ffff:ffff:ffff:ffff:ffff
2601:4c0:9c70:ffff:ffff:ffff:ffff:ffff
2601:4c0:9cab:ffff:ffff:ffff:ffff:ffff
2601:4c0:9cc9:ffff:ffff:ffff:ffff:ffff
2601:4c0:9cd5:ffff:ffff:ffff:ffff:ffff
2601:4c0:9d24:ffff:ffff:ffff:ffff:ffff
2601:4c0:9d57:ffff:ffff:ffff:ffff:ffff
2601:4c0:9d5f:ffff:ffff:ffff:ffff:ffff
2601:4c0:9dc6:ffff:ffff:ffff:ffff:ffff
2601:4c0:9e16:ffff:ffff:ffff:ffff:ffff
2601:4c0:9e68:ffff:ffff:ffff:ffff:ffff
2601:4c0:9e75:ffff:ffff:ffff:ffff:ffff
2601:4c0:9fd3:ffff:ffff:ffff:ffff:ffff
2601:4c0:9ff8:ffff:ffff:ffff:ffff:ffff
2601:4c0:a04a:ffff:ffff:ffff:ffff:ffff
2601:4c0:a062:ffff:ffff:ffff:ffff:ffff
2601:4c0:a06c:ffff:ffff:ffff:ffff:ffff
2601:4c0:a06e:ffff:ffff:ffff:ffff:ffff
2601:4c0:a08b:ffff:ffff:ffff:ffff:ffff
2601:4c0:a0e3:ffff:ffff:ffff:ffff:ffff
2601:4c0:a107:ffff:ffff:ffff:ffff:ffff

2601:4c0:a18b:ffff:ffff:ffff:ffff:ffff
2601:4c0:a1e3:ffff:ffff:ffff:ffff:ffff
2601:4c0:a27d:ffff:ffff:ffff:ffff:ffff
2601:4c0:a293:ffff:ffff:ffff:ffff:ffff
2601:4c0:a373:ffff:ffff:ffff:ffff:ffff
2601:4c0:a3cb:ffff:ffff:ffff:ffff:ffff
2601:4c0:a3da:ffff:ffff:ffff:ffff:ffff
2601:4c0:a3ed:ffff:ffff:ffff:ffff:ffff
2601:4c0:a3f4:ffff:ffff:ffff:ffff:ffff
2601:4c0:a419:ffff:ffff:ffff:ffff:ffff
2601:4c0:a496:ffff:ffff:ffff:ffff:ffff
2601:4c0:a4c9:ffff:ffff:ffff:ffff:ffff
2601:4c0:a58f:ffff:ffff:ffff:ffff:ffff
2601:4c0:a5ab:ffff:ffff:ffff:ffff:ffff
2601:4c0:a5e1:ffff:ffff:ffff:ffff:ffff
2601:4c0:a5fa:ffff:ffff:ffff:ffff:ffff
2601:4c0:a696:ffff:ffff:ffff:ffff:ffff
2601:4c0:a6cc:ffff:ffff:ffff:ffff:ffff
2601:4c0:a73a:ffff:ffff:ffff:ffff:ffff
2601:4c0:a73e:ffff:ffff:ffff:ffff:ffff
2601:4c0:a75e:ffff:ffff:ffff:ffff:ffff
2601:4c0:a7d1:ffff:ffff:ffff:ffff:ffff
2601:4c0:a86b:ffff:ffff:ffff:ffff:ffff
2601:4c0:a893:ffff:ffff:ffff:ffff:ffff
2601:4c0:a8a9:ffff:ffff:ffff:ffff:ffff
2601:4c0:a8d5:ffff:ffff:ffff:ffff:ffff
2601:4c0:a8f1:ffff:ffff:ffff:ffff:ffff
2601:4c0:a969:ffff:ffff:ffff:ffff:ffff
2601:4c0:a9af:ffff:ffff:ffff:ffff:ffff
2601:4c0:a9d2:ffff:ffff:ffff:ffff:ffff
2601:4c0:a9f9:ffff:ffff:ffff:ffff:ffff
2601:4c0:aa05:ffff:ffff:ffff:ffff:ffff
2601:4c0:aa1d:ffff:ffff:ffff:ffff:ffff
2601:4c0:aa90:ffff:ffff:ffff:ffff:ffff
2601:4c0:aab4:ffff:ffff:ffff:ffff:ffff
2601:4c0:aacf:ffff:ffff:ffff:ffff:ffff
2601:4c0:ab86:ffff:ffff:ffff:ffff:ffff

2601:4c0:aba2:ffff:ffff:ffff:ffff:ffff
2601:4c0:ac97:ffff:ffff:ffff:ffff:ffff
2601:4c0:ad21:ffff:ffff:ffff:ffff:ffff
2601:4c0:ae07:ffff:ffff:ffff:ffff:ffff
2601:4c0:ae2d:ffff:ffff:ffff:ffff:ffff
2601:4c0:ae51:ffff:ffff:ffff:ffff:ffff
2601:4c0:ae88:ffff:ffff:ffff:ffff:ffff
2601:4c0:aec8:ffff:ffff:ffff:ffff:ffff
2601:4c0:aee9:ffff:ffff:ffff:ffff:ffff
2601:4c0:af10:ffff:ffff:ffff:ffff:ffff
2601:4c0:af35:ffff:ffff:ffff:ffff:ffff
2601:4c0:af76:ffff:ffff:ffff:ffff:ffff
2601:4c0:afe4:ffff:ffff:ffff:ffff:ffff
2601:4c0:afee:ffff:ffff:ffff:ffff:ffff
2601:4c0:affd:ffff:ffff:ffff:ffff:ffff
2601:4c0:b039:ffff:ffff:ffff:ffff:ffff
2601:4c0:b04d:ffff:ffff:ffff:ffff:ffff
2601:4c0:b06f:ffff:ffff:ffff:ffff:ffff
2601:4c0:b0f7:ffff:ffff:ffff:ffff:ffff
2601:4c0:b15e:ffff:ffff:ffff:ffff:ffff
2601:4c0:b1fd:ffff:ffff:ffff:ffff:ffff
2601:4c0:b217:ffff:ffff:ffff:ffff:ffff
2601:4c0:b24a:ffff:ffff:ffff:ffff:ffff
2601:4c0:b2e2:ffff:ffff:ffff:ffff:ffff
2601:4c0:b30d:ffff:ffff:ffff:ffff:ffff
2601:4c0:b378:ffff:ffff:ffff:ffff:ffff
2601:4c0:b3d3:ffff:ffff:ffff:ffff:ffff
2601:4c0:b42c:ffff:ffff:ffff:ffff:ffff
2601:4c0:b4bd:ffff:ffff:ffff:ffff:ffff
2601:4c0:b4e2:ffff:ffff:ffff:ffff:ffff
2601:4c0:b4f3:ffff:ffff:ffff:ffff:ffff
2601:4c0:b522:ffff:ffff:ffff:ffff:ffff
2601:4c0:b53f:ffff:ffff:ffff:ffff:ffff
2601:4c0:b549:ffff:ffff:ffff:ffff:ffff
2601:4c0:b5a9:ffff:ffff:ffff:ffff:ffff
2601:4c0:b63e:ffff:ffff:ffff:ffff:ffff
2601:4c0:b6e0:ffff:ffff:ffff:ffff:ffff

2601:4c0:b738:ffff:ffff:ffff:ffff:ffff
2601:4c0:b768:ffff:ffff:ffff:ffff:ffff
2601:4c0:b7b5:ffff:ffff:ffff:ffff:ffff
2601:4c0:b7f6:ffff:ffff:ffff:ffff:ffff
2601:4c0:b813:ffff:ffff:ffff:ffff:ffff
2601:4c0:b825:ffff:ffff:ffff:ffff:ffff
2601:4c0:b842:ffff:ffff:ffff:ffff:ffff
2601:4c0:b8f0:ffff:ffff:ffff:ffff:ffff
2601:4c0:b8fc:ffff:ffff:ffff:ffff:ffff
2601:4c0:b904:ffff:ffff:ffff:ffff:ffff
2601:4c0:b937:ffff:ffff:ffff:ffff:ffff
2601:4c0:b966:ffff:ffff:ffff:ffff:ffff
2601:4c0:ba29:ffff:ffff:ffff:ffff:ffff
2601:4c0:ba40:ffff:ffff:ffff:ffff:ffff
2601:4c0:ba48:ffff:ffff:ffff:ffff:ffff
2601:4c0:baaa:ffff:ffff:ffff:ffff:ffff
2601:4c0:bacc:ffff:ffff:ffff:ffff:ffff
2601:4c0:baf4:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb1f:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb25:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb2f:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb48:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb4c:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb5b:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb5f:ffff:ffff:ffff:ffff:ffff
2601:4c0:bb62:ffff:ffff:ffff:ffff:ffff
2601:4c0:bc20:ffff:ffff:ffff:ffff:ffff
2601:4c0:bc2e:ffff:ffff:ffff:ffff:ffff
2601:4c0:bcda:ffff:ffff:ffff:ffff:ffff
2601:4c0:bd22:ffff:ffff:ffff:ffff:ffff
2601:4c0:bd2c:ffff:ffff:ffff:ffff:ffff
2601:4c0:bd41:ffff:ffff:ffff:ffff:ffff
2601:4c0:bd43:ffff:ffff:ffff:ffff:ffff
2601:4c0:bd5b:ffff:ffff:ffff:ffff:ffff
2601:4c0:bda9:ffff:ffff:ffff:ffff:ffff
2601:4c0:bdb6:ffff:ffff:ffff:ffff:ffff
2601:4c0:bdee:ffff:ffff:ffff:ffff:ffff

2601:4c0:be23:ffff:ffff:ffff:ffff:ffff
2601:4c0:be4e:ffff:ffff:ffff:ffff:ffff
2601:4c0:be7c:ffff:ffff:ffff:ffff:ffff
2601:4c0:bebc:ffff:ffff:ffff:ffff:ffff
2601:4c0:bec9:ffff:ffff:ffff:ffff:ffff
2601:4c0:bf01:ffff:ffff:ffff:ffff:ffff
2601:4c0:bf2a:ffff:ffff:ffff:ffff:ffff
2601:4c0:bf99:ffff:ffff:ffff:ffff:ffff
2601:4c0:bfd1:ffff:ffff:ffff:ffff:ffff
2601:4c0:c005:ffff:ffff:ffff:ffff:ffff
2601:4c0:c022:ffff:ffff:ffff:ffff:ffff
2601:4c0:c03b:ffff:ffff:ffff:ffff:ffff
2601:4c0:c04d:ffff:ffff:ffff:ffff:ffff
2601:4c0:c054:ffff:ffff:ffff:ffff:ffff
2601:4c0:c07c:ffff:ffff:ffff:ffff:ffff
2601:4c0:c087:ffff:ffff:ffff:ffff:ffff
2601:4c0:c08c:ffff:ffff:ffff:ffff:ffff
2601:4c0:c096:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0a8:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0b5:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0b8:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0e9:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0ec:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0f4:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0fb:ffff:ffff:ffff:ffff:ffff
2601:4c0:c0ff:ffff:ffff:ffff:ffff:ffff
2601:4c1:c7ff:ffff:ffff:ffff:ffff:ffff
2601:4c1:ca00:ffff:ffff:ffff:ffff:ffff
2601:4c1:ca80:ffff:ffff:ffff:ffff:ffff
2601:4c1:cb01:ffff:ffff:ffff:ffff:ffff
2601:4c1:cb80:ffff:ffff:ffff:ffff:ffff
2601:4c1:cb82:ffff:ffff:ffff:ffff:ffff
2601:4c1:cc80:ffff:ffff:ffff:ffff:ffff
2601:4c2:c0ff:ffff:ffff:ffff:ffff:ffff
2601:4c3:bfff:ffff:ffff:ffff:ffff:ffff
2601:4c4:3fff:ffff:ffff:ffff:ffff:ffff
2601:4c4:d7ff:ffff:ffff:ffff:ffff:ffff

2601:4c4:ffff:ffff:ffff:ffff:ffff:ffff
2601:583:c7ff:ffff:ffff:ffff:ffff:ffff
2601:585:e7ff:ffff:ffff:ffff:ffff:ffff
2601:586:1e25:ffff:ffff:ffff:ffff:ffff
2601:586:2480:ffff:ffff:ffff:ffff:ffff
2601:586:37c1:ffff:ffff:ffff:ffff:ffff
2601:586:39e8:ffff:ffff:ffff:ffff:ffff
2601:586:5da9:ffff:ffff:ffff:ffff:ffff
2601:586:6e78:ffff:ffff:ffff:ffff:ffff
2601:586:70a4:ffff:ffff:ffff:ffff:ffff
2601:586:7aef:ffff:ffff:ffff:ffff:ffff
2601:586:8001:ffff:ffff:ffff:ffff:ffff
2601:586:8043:ffff:ffff:ffff:ffff:ffff
2601:586:80f3:ffff:ffff:ffff:ffff:ffff
2601:586:812c:ffff:ffff:ffff:ffff:ffff
2601:586:8131:ffff:ffff:ffff:ffff:ffff
2601:586:817c:ffff:ffff:ffff:ffff:ffff
2601:586:8217:ffff:ffff:ffff:ffff:ffff
2601:586:821e:ffff:ffff:ffff:ffff:ffff
2601:586:8245:ffff:ffff:ffff:ffff:ffff
2601:586:8268:ffff:ffff:ffff:ffff:ffff
2601:586:826a:ffff:ffff:ffff:ffff:ffff
2601:586:826f:ffff:ffff:ffff:ffff:ffff
2601:586:82af:ffff:ffff:ffff:ffff:ffff
2601:586:8610:ffff:ffff:ffff:ffff:ffff
2601:586:8626:ffff:ffff:ffff:ffff:ffff
2601:586:8644:ffff:ffff:ffff:ffff:ffff
2601:586:8647:ffff:ffff:ffff:ffff:ffff
2601:586:866c:ffff:ffff:ffff:ffff:ffff
2601:586:8683:ffff:ffff:ffff:ffff:ffff
2601:586:8691:ffff:ffff:ffff:ffff:ffff
2601:586:8742:ffff:ffff:ffff:ffff:ffff
2601:586:878b:ffff:ffff:ffff:ffff:ffff
2601:586:881e:ffff:ffff:ffff:ffff:ffff
2601:586:8820:ffff:ffff:ffff:ffff:ffff
2601:586:8860:ffff:ffff:ffff:ffff:ffff
2601:586:889d:ffff:ffff:ffff:ffff:ffff

2601:586:88f7:ffff:ffff:ffff:ffff:ffff
2601:586:88fa:ffff:ffff:ffff:ffff:ffff
2601:586:89be:ffff:ffff:ffff:ffff:ffff
2601:586:8a03:ffff:ffff:ffff:ffff:ffff
2601:586:8a1e:ffff:ffff:ffff:ffff:ffff
2601:586:8a64:ffff:ffff:ffff:ffff:ffff
2601:586:8b23:ffff:ffff:ffff:ffff:ffff
2601:586:8b4d:ffff:ffff:ffff:ffff:ffff
2601:586:8b7f:ffff:ffff:ffff:ffff:ffff
2601:586:8bcc:ffff:ffff:ffff:ffff:ffff
2601:586:8bee:ffff:ffff:ffff:ffff:ffff
2601:586:8c64:ffff:ffff:ffff:ffff:ffff
2601:586:8c66:ffff:ffff:ffff:ffff:ffff
2601:586:8c87:ffff:ffff:ffff:ffff:ffff
2601:586:8c90:ffff:ffff:ffff:ffff:ffff
2601:586:8cd4:ffff:ffff:ffff:ffff:ffff
2601:586:8cd7:ffff:ffff:ffff:ffff:ffff
2601:586:8d2a:ffff:ffff:ffff:ffff:ffff
2601:586:8d49:ffff:ffff:ffff:ffff:ffff
2601:586:8d7f:ffff:ffff:ffff:ffff:ffff
2601:586:8e34:ffff:ffff:ffff:ffff:ffff
2601:586:8e3b:ffff:ffff:ffff:ffff:ffff
2601:586:8e48:ffff:ffff:ffff:ffff:ffff
2601:586:8e53:ffff:ffff:ffff:ffff:ffff
2601:586:8e92:ffff:ffff:ffff:ffff:ffff
2601:586:8e99:ffff:ffff:ffff:ffff:ffff
2601:586:8ea7:ffff:ffff:ffff:ffff:ffff
2601:586:8eae:ffff:ffff:ffff:ffff:ffff
2601:586:8eb4:ffff:ffff:ffff:ffff:ffff
2601:586:8eb8:ffff:ffff:ffff:ffff:ffff
2601:586:8eed:ffff:ffff:ffff:ffff:ffff
2601:586:8f0c:ffff:ffff:ffff:ffff:ffff
2601:586:8f0d:ffff:ffff:ffff:ffff:ffff
2601:586:9009:ffff:ffff:ffff:ffff:ffff
2601:586:9044:ffff:ffff:ffff:ffff:ffff
2601:586:9081:ffff:ffff:ffff:ffff:ffff
2601:586:908b:ffff:ffff:ffff:ffff:ffff

2601:586:90e2:ffff:ffff:ffff:ffff:ffff
2601:586:9137:ffff:ffff:ffff:ffff:ffff
2601:586:913f:ffff:ffff:ffff:ffff:ffff
2601:586:9173:ffff:ffff:ffff:ffff:ffff
2601:586:91a6:ffff:ffff:ffff:ffff:ffff
2601:586:91d0:ffff:ffff:ffff:ffff:ffff
2601:586:9220:ffff:ffff:ffff:ffff:ffff
2601:586:9229:ffff:ffff:ffff:ffff:ffff
2601:586:924b:ffff:ffff:ffff:ffff:ffff
2601:586:9257:ffff:ffff:ffff:ffff:ffff
2601:586:93ba:ffff:ffff:ffff:ffff:ffff
2601:586:93c1:ffff:ffff:ffff:ffff:ffff
2601:586:93ce:ffff:ffff:ffff:ffff:ffff
2601:586:93e3:ffff:ffff:ffff:ffff:ffff
2601:586:9424:ffff:ffff:ffff:ffff:ffff
2601:586:9432:ffff:ffff:ffff:ffff:ffff
2601:586:9437:ffff:ffff:ffff:ffff:ffff
2601:586:9484:ffff:ffff:ffff:ffff:ffff
2601:586:9489:ffff:ffff:ffff:ffff:ffff
2601:586:94fc:ffff:ffff:ffff:ffff:ffff
2601:586:9584:ffff:ffff:ffff:ffff:ffff
2601:586:95c3:ffff:ffff:ffff:ffff:ffff
2601:586:95db:ffff:ffff:ffff:ffff:ffff
2601:586:95dd:ffff:ffff:ffff:ffff:ffff
2601:586:95f6:ffff:ffff:ffff:ffff:ffff
2601:586:9647:ffff:ffff:ffff:ffff:ffff
2601:586:9671:ffff:ffff:ffff:ffff:ffff
2601:586:96a1:ffff:ffff:ffff:ffff:ffff
2601:586:9729:ffff:ffff:ffff:ffff:ffff
2601:586:9765:ffff:ffff:ffff:ffff:ffff
2601:586:97a3:ffff:ffff:ffff:ffff:ffff
2601:586:98a5:ffff:ffff:ffff:ffff:ffff
2601:586:991a:ffff:ffff:ffff:ffff:ffff
2601:586:9946:ffff:ffff:ffff:ffff:ffff
2601:586:994b:ffff:ffff:ffff:ffff:ffff
2601:586:9962:ffff:ffff:ffff:ffff:ffff
2601:586:9974:ffff:ffff:ffff:ffff:ffff

2601:586:99d4:ffff:ffff:ffff:ffff:ffff
2601:586:99e7:ffff:ffff:ffff:ffff:ffff
2601:586:99f1:ffff:ffff:ffff:ffff:ffff
2601:586:9a18:ffff:ffff:ffff:ffff:ffff
2601:586:9a23:ffff:ffff:ffff:ffff:ffff
2601:586:9b5c:ffff:ffff:ffff:ffff:ffff
2601:586:9b82:ffff:ffff:ffff:ffff:ffff
2601:586:9baf:ffff:ffff:ffff:ffff:ffff
2601:586:9bc2:ffff:ffff:ffff:ffff:ffff
2601:586:9bc6:ffff:ffff:ffff:ffff:ffff
2601:586:9bef:ffff:ffff:ffff:ffff:ffff
2601:586:9c55:ffff:ffff:ffff:ffff:ffff
2601:586:9ce5:ffff:ffff:ffff:ffff:ffff
2601:586:9ceb:ffff:ffff:ffff:ffff:ffff
2601:586:9cf9:ffff:ffff:ffff:ffff:ffff
2601:586:9d25:ffff:ffff:ffff:ffff:ffff
2601:586:9d31:ffff:ffff:ffff:ffff:ffff
2601:586:9d4e:ffff:ffff:ffff:ffff:ffff
2601:586:9dd7:ffff:ffff:ffff:ffff:ffff
2601:586:9e16:ffff:ffff:ffff:ffff:ffff
2601:586:9e58:ffff:ffff:ffff:ffff:ffff
2601:586:9f25:ffff:ffff:ffff:ffff:ffff
2601:586:9f3c:ffff:ffff:ffff:ffff:ffff
2601:586:9f69:ffff:ffff:ffff:ffff:ffff
2601:586:9f75:ffff:ffff:ffff:ffff:ffff
2601:586:a059:ffff:ffff:ffff:ffff:ffff
2601:586:a088:ffff:ffff:ffff:ffff:ffff
2601:586:a08a:ffff:ffff:ffff:ffff:ffff
2601:586:a0ab:ffff:ffff:ffff:ffff:ffff
2601:586:a0ee:ffff:ffff:ffff:ffff:ffff
2601:586:a108:ffff:ffff:ffff:ffff:ffff
2601:586:a158:ffff:ffff:ffff:ffff:ffff
2601:586:a19b:ffff:ffff:ffff:ffff:ffff
2601:586:a1a4:ffff:ffff:ffff:ffff:ffff
2601:586:a1b2:ffff:ffff:ffff:ffff:ffff
2601:586:a1ee:ffff:ffff:ffff:ffff:ffff
2601:586:a26f:ffff:ffff:ffff:ffff:ffff

2601:586:a2b7:ffff:ffff:ffff:ffff:ffff
2601:586:a2cb:ffff:ffff:ffff:ffff:ffff
2601:586:a30c:ffff:ffff:ffff:ffff:ffff
2601:586:a31b:ffff:ffff:ffff:ffff:ffff
2601:586:a3bc:ffff:ffff:ffff:ffff:ffff
2601:586:a3bf:ffff:ffff:ffff:ffff:ffff
2601:586:a45e:ffff:ffff:ffff:ffff:ffff
2601:586:a46c:ffff:ffff:ffff:ffff:ffff
2601:586:a486:ffff:ffff:ffff:ffff:ffff
2601:586:a4d5:ffff:ffff:ffff:ffff:ffff
2601:586:a531:ffff:ffff:ffff:ffff:ffff
2601:586:a53d:ffff:ffff:ffff:ffff:ffff
2601:586:a56f:ffff:ffff:ffff:ffff:ffff
2601:586:a655:ffff:ffff:ffff:ffff:ffff
2601:586:a685:ffff:ffff:ffff:ffff:ffff
2601:586:a6c7:ffff:ffff:ffff:ffff:ffff
2601:586:a70e:ffff:ffff:ffff:ffff:ffff
2601:586:a716:ffff:ffff:ffff:ffff:ffff
2601:586:a73e:ffff:ffff:ffff:ffff:ffff
2601:586:a778:ffff:ffff:ffff:ffff:ffff
2601:586:a7e2:ffff:ffff:ffff:ffff:ffff
2601:586:a7e9:ffff:ffff:ffff:ffff:ffff
2601:586:a7ee:ffff:ffff:ffff:ffff:ffff
2601:586:a7f7:ffff:ffff:ffff:ffff:ffff
2601:586:a826:ffff:ffff:ffff:ffff:ffff
2601:586:a87d:ffff:ffff:ffff:ffff:ffff
2601:586:a888:ffff:ffff:ffff:ffff:ffff
2601:586:a8bc:ffff:ffff:ffff:ffff:ffff
2601:586:a8d0:ffff:ffff:ffff:ffff:ffff
2601:586:a8f5:ffff:ffff:ffff:ffff:ffff
2601:586:a8f7:ffff:ffff:ffff:ffff:ffff
2601:586:a909:ffff:ffff:ffff:ffff:ffff
2601:586:a948:ffff:ffff:ffff:ffff:ffff
2601:586:a976:ffff:ffff:ffff:ffff:ffff
2601:586:a9e4:ffff:ffff:ffff:ffff:ffff
2601:586:a9ec:ffff:ffff:ffff:ffff:ffff
2601:586:aa01:ffff:ffff:ffff:ffff:ffff

2601:586:aa25:ffff:ffff:ffff:ffff:ffff
2601:586:aa28:ffff:ffff:ffff:ffff:ffff
2601:586:aaa4:ffff:ffff:ffff:ffff:ffff
2601:586:aac5:ffff:ffff:ffff:ffff:ffff
2601:586:aac8:ffff:ffff:ffff:ffff:ffff
2601:586:aae7:ffff:ffff:ffff:ffff:ffff
2601:586:ab53:ffff:ffff:ffff:ffff:ffff
2601:586:abc4:ffff:ffff:ffff:ffff:ffff
2601:586:ac10:ffff:ffff:ffff:ffff:ffff
2601:586:ac2c:ffff:ffff:ffff:ffff:ffff
2601:586:ac3c:ffff:ffff:ffff:ffff:ffff
2601:586:ac41:ffff:ffff:ffff:ffff:ffff
2601:586:ac81:ffff:ffff:ffff:ffff:ffff
2601:586:ad11:ffff:ffff:ffff:ffff:ffff
2601:586:ad1a:ffff:ffff:ffff:ffff:ffff
2601:586:ad2f:ffff:ffff:ffff:ffff:ffff
2601:586:ad37:ffff:ffff:ffff:ffff:ffff
2601:586:ad40:ffff:ffff:ffff:ffff:ffff
2601:586:ad49:ffff:ffff:ffff:ffff:ffff
2601:586:ad5b:ffff:ffff:ffff:ffff:ffff
2601:586:ad78:ffff:ffff:ffff:ffff:ffff
2601:586:ad87:ffff:ffff:ffff:ffff:ffff
2601:586:ae1f:ffff:ffff:ffff:ffff:ffff
2601:586:ae47:ffff:ffff:ffff:ffff:ffff
2601:586:ae4a:ffff:ffff:ffff:ffff:ffff
2601:586:ae7d:ffff:ffff:ffff:ffff:ffff
2601:586:ae82:ffff:ffff:ffff:ffff:ffff
2601:586:aea5:ffff:ffff:ffff:ffff:ffff
2601:586:aeba:ffff:ffff:ffff:ffff:ffff
2601:586:aee8:ffff:ffff:ffff:ffff:ffff
2601:586:af0b:ffff:ffff:ffff:ffff:ffff
2601:586:b018:ffff:ffff:ffff:ffff:ffff
2601:586:b022:ffff:ffff:ffff:ffff:ffff
2601:586:b038:ffff:ffff:ffff:ffff:ffff
2601:586:b07e:ffff:ffff:ffff:ffff:ffff
2601:586:b0a2:ffff:ffff:ffff:ffff:ffff
2601:586:b0ca:ffff:ffff:ffff:ffff:ffff

2601:586:b0de:ffff:ffff:ffff:ffff:ffff
2601:586:b142:ffff:ffff:ffff:ffff:ffff
2601:586:b1b5:ffff:ffff:ffff:ffff:ffff
2601:586:b1ba:ffff:ffff:ffff:ffff:ffff
2601:586:b1ce:ffff:ffff:ffff:ffff:ffff
2601:586:b1d2:ffff:ffff:ffff:ffff:ffff
2601:586:b223:ffff:ffff:ffff:ffff:ffff
2601:586:b24f:ffff:ffff:ffff:ffff:ffff
2601:586:b262:ffff:ffff:ffff:ffff:ffff
2601:586:b29f:ffff:ffff:ffff:ffff:ffff
2601:586:b2ea:ffff:ffff:ffff:ffff:ffff
2601:586:b39b:ffff:ffff:ffff:ffff:ffff
2601:586:b53a:ffff:ffff:ffff:ffff:ffff
2601:586:b546:ffff:ffff:ffff:ffff:ffff
2601:586:b56b:ffff:ffff:ffff:ffff:ffff
2601:586:b56f:ffff:ffff:ffff:ffff:ffff
2601:586:b597:ffff:ffff:ffff:ffff:ffff
2601:586:b5a9:ffff:ffff:ffff:ffff:ffff
2601:586:b5ad:ffff:ffff:ffff:ffff:ffff
2601:586:b5c3:ffff:ffff:ffff:ffff:ffff
2601:586:b5d3:ffff:ffff:ffff:ffff:ffff
2601:586:b5ee:ffff:ffff:ffff:ffff:ffff
2601:586:b64f:ffff:ffff:ffff:ffff:ffff
2601:586:b683:ffff:ffff:ffff:ffff:ffff
2601:586:b68b:ffff:ffff:ffff:ffff:ffff
2601:586:b77a:ffff:ffff:ffff:ffff:ffff
2601:586:b834:ffff:ffff:ffff:ffff:ffff
2601:586:b850:ffff:ffff:ffff:ffff:ffff
2601:586:b8a3:ffff:ffff:ffff:ffff:ffff
2601:586:b929:ffff:ffff:ffff:ffff:ffff
2601:586:b976:ffff:ffff:ffff:ffff:ffff
2601:586:b983:ffff:ffff:ffff:ffff:ffff
2601:586:b9b3:ffff:ffff:ffff:ffff:ffff
2601:586:b9bb:ffff:ffff:ffff:ffff:ffff
2601:586:ba14:ffff:ffff:ffff:ffff:ffff
2601:586:ba73:ffff:ffff:ffff:ffff:ffff
2601:586:ba98:ffff:ffff:ffff:ffff:ffff

2601:586:baa4:ffff:ffff:ffff:ffff:ffff
2601:586:babc:ffff:ffff:ffff:ffff:ffff
2601:586:bb21:ffff:ffff:ffff:ffff:ffff
2601:586:bb74:ffff:ffff:ffff:ffff:ffff
2601:586:bb90:ffff:ffff:ffff:ffff:ffff
2601:586:bba0:ffff:ffff:ffff:ffff:ffff
2601:586:bbc0:ffff:ffff:ffff:ffff:ffff
2601:586:bbc3:ffff:ffff:ffff:ffff:ffff
2601:586:bc16:ffff:ffff:ffff:ffff:ffff
2601:586:bc51:ffff:ffff:ffff:ffff:ffff
2601:586:bc56:ffff:ffff:ffff:ffff:ffff
2601:586:bd1c:ffff:ffff:ffff:ffff:ffff
2601:586:bd2b:ffff:ffff:ffff:ffff:ffff
2601:586:bd3b:ffff:ffff:ffff:ffff:ffff
2601:586:bd4b:ffff:ffff:ffff:ffff:ffff
2601:586:bd8a:ffff:ffff:ffff:ffff:ffff
2601:586:bd9e:ffff:ffff:ffff:ffff:ffff
2601:586:bdec:ffff:ffff:ffff:ffff:ffff
2601:586:bdf1:ffff:ffff:ffff:ffff:ffff
2601:586:bea5:ffff:ffff:ffff:ffff:ffff
2601:586:bef6:ffff:ffff:ffff:ffff:ffff
2601:586:bf10:ffff:ffff:ffff:ffff:ffff
2601:586:bf29:ffff:ffff:ffff:ffff:ffff
2601:586:bf43:ffff:ffff:ffff:ffff:ffff
2601:586:bf4b:ffff:ffff:ffff:ffff:ffff
2601:586:bf64:ffff:ffff:ffff:ffff:ffff
2601:586:bfb2:ffff:ffff:ffff:ffff:ffff
2601:586:bfb8:ffff:ffff:ffff:ffff:ffff
2601:586:d030:ffff:ffff:ffff:ffff:ffff
2601:586:d070:ffff:ffff:ffff:ffff:ffff
2601:586:d0be:ffff:ffff:ffff:ffff:ffff
2601:586:dac1:ffff:ffff:ffff:ffff:ffff
2601:586:e642:ffff:ffff:ffff:ffff:ffff
2601:58a:37ff:ffff:ffff:ffff:ffff:ffff
2601:58c:9fff:ffff:ffff:ffff:ffff:ffff
2601:58d:2fff:ffff:ffff:ffff:ffff:ffff
2601:58d:9fff:ffff:ffff:ffff:ffff:ffff

2601:58f:4fff:ffff:ffff:ffff:ffff:ffff
2601:598:afff:ffff:ffff:ffff:ffff:ffff
2601:599:9fff:ffff:ffff:ffff:ffff:ffff
2601:59c:1fff:ffff:ffff:ffff:ffff:ffff
2601:59c:47ff:ffff:ffff:ffff:ffff:ffff
2601:59c:a7ff:ffff:ffff:ffff:ffff:ffff
2601:59d:5fff:ffff:ffff:ffff:ffff:ffff
2601:59d:6fff:ffff:ffff:ffff:ffff:ffff
2601:59d:b7ff:ffff:ffff:ffff:ffff:ffff
2601:59e:a7ff:ffff:ffff:ffff:ffff:ffff
2601:59f:fff:ffff:ffff:ffff:ffff:ffff
2601:5a0:6fff:ffff:ffff:ffff:ffff:ffff
2601:5a0:9fff:ffff:ffff:ffff:ffff:ffff
2601:5a0:d7ff:ffff:ffff:ffff:ffff:ffff
2601:5a4:97ff:ffff:ffff:ffff:ffff:ffff
2601:5a7:dfff:ffff:ffff:ffff:ffff:ffff
2601:5a9:afff:ffff:ffff:ffff:ffff:ffff
2601:5aa:47ff:ffff:ffff:ffff:ffff:ffff
2601:5aa:cfff:ffff:ffff:ffff:ffff:ffff
2601:5aa:ffff:ffff:ffff:ffff:ffff:ffff
2601:5ab:d7ff:ffff:ffff:ffff:ffff:ffff
2601:5ac:5fff:ffff:ffff:ffff:ffff:ffff
2601:5af:5fff:ffff:ffff:ffff:ffff:ffff
2601:5b4:77ff:ffff:ffff:ffff:ffff:ffff
2601:5b4:efff:ffff:ffff:ffff:ffff:ffff
2601:5b5:a7ff:ffff:ffff:ffff:ffff:ffff
2601:5b7:57ff:ffff:ffff:ffff:ffff:ffff
2601:5b7:d7ff:ffff:ffff:ffff:ffff:ffff
2601:5b8:fff:ffff:ffff:ffff:ffff:ffff
2601:5ba:bfff:ffff:ffff:ffff:ffff:ffff
2601:5bb:5fff:ffff:ffff:ffff:ffff:ffff
2601:5bc:1fff:ffff:ffff:ffff:ffff:ffff
2601:5bc:5fff:ffff:ffff:ffff:ffff:ffff
2601:5be:4fff:ffff:ffff:ffff:ffff:ffff
2601:5bf:ffff:ffff:ffff:ffff:ffff:ffff
2601:6c0:fff:ffff:ffff:ffff:ffff:ffff
2601:6c2:7fff:ffff:ffff:ffff:ffff:ffff

2601:6c5:3fff:ffff:ffff:ffff:ffff:ffff
2601:6c6:77ff:ffff:ffff:ffff:ffff:ffff
2601:6c6:efff:ffff:ffff:ffff:ffff:ffff
2601:6c7:e7ff:ffff:ffff:ffff:ffff:ffff
2601:6c9:2fff:ffff:ffff:ffff:ffff:ffff
2601:6c9:3fff:ffff:ffff:ffff:ffff:ffff
2601:6c9:d7ff:ffff:ffff:ffff:ffff:ffff
2601:6ca:4fff:ffff:ffff:ffff:ffff:ffff
2601:6ca:afff:ffff:ffff:ffff:ffff:ffff
2601:6cc:5fff:ffff:ffff:ffff:ffff:ffff
2601:6cd:bfff:ffff:ffff:ffff:ffff:ffff
2601:6ce:47ff:ffff:ffff:ffff:ffff:ffff
2601:6ce:5fff:ffff:ffff:ffff:ffff:ffff
2601:6cf:fff:ffff:ffff:ffff:ffff:ffff
2601:6cf:77ff:ffff:ffff:ffff:ffff:ffff
2601:6d3:f7ff:ffff:ffff:ffff:ffff:ffff
2601:6d5:17ff:ffff:ffff:ffff:ffff:ffff
2601:6d6:dfff:ffff:ffff:ffff:ffff:ffff
2601:6d7:27ff:ffff:ffff:ffff:ffff:ffff
2601:6d7:3fff:ffff:ffff:ffff:ffff:ffff
2601:6d7:67ff:ffff:ffff:ffff:ffff:ffff
2601:6d8:d7ff:ffff:ffff:ffff:ffff:ffff
2601:6d9:7ff:ffff:ffff:ffff:ffff:ffff
2601:6da:d7ff:ffff:ffff:ffff:ffff:ffff
2601:6db:3fff:ffff:ffff:ffff:ffff:ffff
2601:6dc:37ff:ffff:ffff:ffff:ffff:ffff
2601:6dc:67ff:ffff:ffff:ffff:ffff:ffff
2601:6de:1fff:ffff:ffff:ffff:ffff:ffff
2601:6e1:c7ff:ffff:ffff:ffff:ffff:ffff
2601:6e2:9fff:ffff:ffff:ffff:ffff:ffff
2601:6e3:fff:ffff:ffff:ffff:ffff:ffff
2601:6e3:5fff:ffff:ffff:ffff:ffff:ffff
2601:6e3:87ff:ffff:ffff:ffff:ffff:ffff
2601:6e4:7ff:ffff:ffff:ffff:ffff:ffff
2601:6e6:77ff:ffff:ffff:ffff:ffff:ffff
2601:6e7:57ff:ffff:ffff:ffff:ffff:ffff
2601:6e9:3fff:ffff:ffff:ffff:ffff:ffff

2601:6e9:87ff:ffff:ffff:ffff:ffff:ffff
2601:6ea:2fff:ffff:ffff:ffff:ffff:ffff
2601:6ea:c7ff:ffff:ffff:ffff:ffff:ffff
2601:6ee:e7ff:ffff:ffff:ffff:ffff:ffff
2601:6f0:7ff:ffff:ffff:ffff:ffff:ffff
2601:6f2:fff:ffff:ffff:ffff:ffff:ffff
2601:6f2:1fff:ffff:ffff:ffff:ffff:ffff
2601:6f2:cfff:ffff:ffff:ffff:ffff:ffff
2601:6f3:37ff:ffff:ffff:ffff:ffff:ffff
2601:6f3:c7ff:ffff:ffff:ffff:ffff:ffff
2601:6f4:3fff:ffff:ffff:ffff:ffff:ffff
2601:6f4:57ff:ffff:ffff:ffff:ffff:ffff
2601:6f6:47ff:ffff:ffff:ffff:ffff:ffff
2601:6f6:7fff:ffff:ffff:ffff:ffff:ffff
2601:6f7:97ff:ffff:ffff:ffff:ffff:ffff
2601:6f8:6fff:ffff:ffff:ffff:ffff:ffff
2601:6fa:3fff:ffff:ffff:ffff:ffff:ffff
2601:6fa:97ff:ffff:ffff:ffff:ffff:ffff
2601:6fa:b7ff:ffff:ffff:ffff:ffff:ffff
2601:6fa:efff:ffff:ffff:ffff:ffff:ffff
2601:6fb:5fff:ffff:ffff:ffff:ffff:ffff
2601:6fc:bfff:ffff:ffff:ffff:ffff:ffff
2601:6fd:f7ff:ffff:ffff:ffff:ffff:ffff
2601:6ff:1fff:ffff:ffff:ffff:ffff:ffff
2601:6ff:babf:ffff:ffff:ffff:ffff:ffff
2601:6ff:bcbf:ffff:ffff:ffff:ffff:ffff
2601:6ff:bd7f:ffff:ffff:ffff:ffff:ffff
2601:6ff:bedf:ffff:ffff:ffff:ffff:ffff
2601:6ff:c7ff:ffff:ffff:ffff:ffff:ffff
2601:6ff:d7ff:ffff:ffff:ffff:ffff:ffff
2601:704:67ff:ffff:ffff:ffff:ffff:ffff
2601:706:37ff:ffff:ffff:ffff:ffff:ffff
2601:706:5fff:ffff:ffff:ffff:ffff:ffff
2601:706:87ff:ffff:ffff:ffff:ffff:ffff
2601:707:57ff:ffff:ffff:ffff:ffff:ffff
2601:708:e7ff:ffff:ffff:ffff:ffff:ffff
2601:709:dfff:ffff:ffff:ffff:ffff:ffff

2601:70a:7ff:ffff:ffff:ffff:ffff:ffff
2601:70c:1fff:ffff:ffff:ffff:ffff:ffff
2601:70c:8fff:ffff:ffff:ffff:ffff:ffff
2601:70d:37ff:ffff:ffff:ffff:ffff:ffff
2601:710:3fff:ffff:ffff:ffff:ffff:ffff
2601:711:7fff:ffff:ffff:ffff:ffff:ffff
2601:712:5fff:ffff:ffff:ffff:ffff:ffff
2601:713:fff:ffff:ffff:ffff:ffff:ffff
2601:714:3fff:ffff:ffff:ffff:ffff:ffff
2601:716:6fff:ffff:ffff:ffff:ffff:ffff
2601:717:a7ff:ffff:ffff:ffff:ffff:ffff
2601:718:97ff:ffff:ffff:ffff:ffff:ffff
2601:719:27ff:ffff:ffff:ffff:ffff:ffff
2601:719:57ff:ffff:ffff:ffff:ffff:ffff
2601:719:7fff:ffff:ffff:ffff:ffff:ffff
2601:71a:3fff:ffff:ffff:ffff:ffff:ffff
2601:71a:efff:ffff:ffff:ffff:ffff:ffff
2601:71b:cfff:ffff:ffff:ffff:ffff:ffff
2601:71c:37ff:ffff:ffff:ffff:ffff:ffff
2601:71d:fff:ffff:ffff:ffff:ffff:ffff
2601:71d:bfff:ffff:ffff:ffff:ffff:ffff
2601:71e:67ff:ffff:ffff:ffff:ffff:ffff
2601:71f:7ff:ffff:ffff:ffff:ffff:ffff
2601:71f:1fff:ffff:ffff:ffff:ffff:ffff
2601:71f:9fff:ffff:ffff:ffff:ffff:ffff
2601:721:37ff:ffff:ffff:ffff:ffff:ffff
2601:722:c7ff:ffff:ffff:ffff:ffff:ffff
2601:723:9fff:ffff:ffff:ffff:ffff:ffff
2601:724:e7ff:ffff:ffff:ffff:ffff:ffff
2601:724:f7ff:ffff:ffff:ffff:ffff:ffff
2601:725:8fff:ffff:ffff:ffff:ffff:ffff
2601:726:fff:ffff:ffff:ffff:ffff:ffff
2601:726:a7ff:ffff:ffff:ffff:ffff:ffff
2601:727:37ff:ffff:ffff:ffff:ffff:ffff
2601:72a:bfff:ffff:ffff:ffff:ffff:ffff
2601:72a:ffff:ffff:ffff:ffff:ffff:ffff
2601:72b:57ff:ffff:ffff:ffff:ffff:ffff

2601:72b:7fff:ffff:ffff:ffff:ffff:ffff
2601:72c:d7ff:ffff:ffff:ffff:ffff:ffff
2601:72e:c7ff:ffff:ffff:ffff:ffff:ffff
2601:72f:67ff:ffff:ffff:ffff:ffff:ffff
2601:730:3fff:ffff:ffff:ffff:ffff:ffff
2601:732:fff:ffff:ffff:ffff:ffff:ffff
2601:734:7ff:ffff:ffff:ffff:ffff:ffff
2601:734:3fff:ffff:ffff:ffff:ffff:ffff
2601:735:57ff:ffff:ffff:ffff:ffff:ffff
2601:736:1fff:ffff:ffff:ffff:ffff:ffff
2601:736:ffff:ffff:ffff:ffff:ffff:ffff
2601:737:fff:ffff:ffff:ffff:ffff:ffff
2601:738:97ff:ffff:ffff:ffff:ffff:ffff
2601:738:cfff:ffff:ffff:ffff:ffff:ffff
2601:738:efff:ffff:ffff:ffff:ffff:ffff
2601:739:5fff:ffff:ffff:ffff:ffff:ffff
2601:739:77ff:ffff:ffff:ffff:ffff:ffff
2601:73a:7ff:ffff:ffff:ffff:ffff:ffff
2601:73a:c7ff:ffff:ffff:ffff:ffff:ffff
2601:73b:8fff:ffff:ffff:ffff:ffff:ffff
2601:73c:ffff:ffff:ffff:ffff:ffff:ffff
2601:73d:47ff:ffff:ffff:ffff:ffff:ffff
2601:73d:5fff:ffff:ffff:ffff:ffff:ffff
2601:73d:dfff:ffff:ffff:ffff:ffff:ffff
2601:73e:cfff:ffff:ffff:ffff:ffff:ffff
2601:73f:2fff:ffff:ffff:ffff:ffff:ffff
2601:73f:87ff:ffff:ffff:ffff:ffff:ffff
2601:73f:ffff:ffff:ffff:ffff:ffff:ffff
2601:740:97ff:ffff:ffff:ffff:ffff:ffff
2601:740:bfff:ffff:ffff:ffff:ffff:ffff
2601:741:27ff:ffff:ffff:ffff:ffff:ffff
2601:741:3fff:ffff:ffff:ffff:ffff:ffff
2601:741:4fff:ffff:ffff:ffff:ffff:ffff
2601:741:7fff:ffff:ffff:ffff:ffff:ffff
2601:741:9fff:ffff:ffff:ffff:ffff:ffff
2601:741:c1ff:ffff:ffff:ffff:ffff:ffff
2601:741:c27f:ffff:ffff:ffff:ffff:ffff

2601:741:f7ff:ffff:ffff:ffff:ffff:ffff
2601:742:1ff:ffff:ffff:ffff:ffff:ffff
2601:742:3fff:ffff:ffff:ffff:ffff:ffff
2601:742:b7ff:ffff:ffff:ffff:ffff:ffff
2601:742:c17f:ffff:ffff:ffff:ffff:ffff
2601:742:e7ff:ffff:ffff:ffff:ffff:ffff
2601:743:1ff:ffff:ffff:ffff:ffff:ffff
2601:743:7fff:ffff:ffff:ffff:ffff:ffff
2601:881:bfff:ffff:ffff:ffff:ffff:ffff
2601:883:5fff:ffff:ffff:ffff:ffff:ffff
2601:884:d7ff:ffff:ffff:ffff:ffff:ffff
2601:885:77ff:ffff:ffff:ffff:ffff:ffff
2601:885:c7ff:ffff:ffff:ffff:ffff:ffff
2601:886:f7ff:ffff:ffff:ffff:ffff:ffff
2601:888:d7ff:ffff:ffff:ffff:ffff:ffff
2601:889:37ff:ffff:ffff:ffff:ffff:ffff
2601:889:4fff:ffff:ffff:ffff:ffff:ffff
2601:88a:d7ff:ffff:ffff:ffff:ffff:ffff
2601:88b:8fff:ffff:ffff:ffff:ffff:ffff
2601:88b:d7ff:ffff:ffff:ffff:ffff:ffff
2601:88c:27ff:ffff:ffff:ffff:ffff:ffff
2601:88c:6fff:ffff:ffff:ffff:ffff:ffff
2601:88e:57ff:ffff:ffff:ffff:ffff:ffff
2601:88e:67ff:ffff:ffff:ffff:ffff:ffff
2601:890:d7ff:ffff:ffff:ffff:ffff:ffff
2601:891:87ff:ffff:ffff:ffff:ffff:ffff
2601:891:bfff:ffff:ffff:ffff:ffff:ffff
2601:892:3fff:ffff:ffff:ffff:ffff:ffff
2601:892:4fff:ffff:ffff:ffff:ffff:ffff
2601:892:5fff:ffff:ffff:ffff:ffff:ffff
2601:893:fff:ffff:ffff:ffff:ffff:ffff
2601:893:87ff:ffff:ffff:ffff:ffff:ffff
2601:893:e7ff:ffff:ffff:ffff:ffff:ffff
2601:894:8fff:ffff:ffff:ffff:ffff:ffff
2601:894:bfff:ffff:ffff:ffff:ffff:ffff
2601:895:37ff:ffff:ffff:ffff:ffff:ffff
2601:895:9fff:ffff:ffff:ffff:ffff:ffff

2601:896:37ff:ffff:ffff:ffff:ffff:ffff
2601:897:b7ff:ffff:ffff:ffff:ffff:ffff
2601:89a:5fff:ffff:ffff:ffff:ffff:ffff
2601:89b:b7ff:ffff:ffff:ffff:ffff:ffff
2601:89b:d7ff:ffff:ffff:ffff:ffff:ffff
2601:89c:87ff:ffff:ffff:ffff:ffff:ffff
2601:89c:cfff:ffff:ffff:ffff:ffff:ffff
2601:89f:fff:ffff:ffff:ffff:ffff:ffff
2601:8a0:17ff:ffff:ffff:ffff:ffff:ffff
2601:8a0:8fff:ffff:ffff:ffff:ffff:ffff
2601:8a2:7ff:ffff:ffff:ffff:ffff:ffff
2601:8a4:4fff:ffff:ffff:ffff:ffff:ffff
2601:8a4:afff:ffff:ffff:ffff:ffff:ffff
2601:8a6:2fff:ffff:ffff:ffff:ffff:ffff
2601:8a6:7fff:ffff:ffff:ffff:ffff:ffff
2601:8a7:cfff:ffff:ffff:ffff:ffff:ffff
2601:8a8:ffff:ffff:ffff:ffff:ffff:ffff
2601:8a9:cfff:ffff:ffff:ffff:ffff:ffff
2601:8a9:f7ff:ffff:ffff:ffff:ffff:ffff
2601:8aa:e7ff:ffff:ffff:ffff:ffff:ffff
2601:8ab:a7ff:ffff:ffff:ffff:ffff:ffff
2601:8ac:37ff:ffff:ffff:ffff:ffff:ffff
2601:8ad:4fff:ffff:ffff:ffff:ffff:ffff
2601:8af:fff:ffff:ffff:ffff:ffff:ffff
2601:8b0:17ff:ffff:ffff:ffff:ffff:ffff
2601:8b0:5fff:ffff:ffff:ffff:ffff:ffff
2601:8b0:cfff:ffff:ffff:ffff:ffff:ffff
2601:8b0:dfff:ffff:ffff:ffff:ffff:ffff
2601:8b1:4fff:ffff:ffff:ffff:ffff:ffff
2601:8b2:17ff:ffff:ffff:ffff:ffff:ffff
2601:8b5:2fff:ffff:ffff:ffff:ffff:ffff
2601:8b5:67ff:ffff:ffff:ffff:ffff:ffff
2601:8b6:afff:ffff:ffff:ffff:ffff:ffff
2601:8b7:9fff:ffff:ffff:ffff:ffff:ffff
2601:8b9:f7ff:ffff:ffff:ffff:ffff:ffff
2601:8ba:7fff:ffff:ffff:ffff:ffff:ffff
2601:8bc:b7ff:ffff:ffff:ffff:ffff:ffff

2601:8bc:c7ff:ffff:ffff:ffff:ffff:ffff
2601:8bf:87ff:ffff:ffff:ffff:ffff:ffff
2601:8bf:ffff:ffff:ffff:ffff:ffff:ffff
2601:901:37ff:ffff:ffff:ffff:ffff:ffff
2601:901:4fff:ffff:ffff:ffff:ffff:ffff
2601:901:77ff:ffff:ffff:ffff:ffff:ffff
2601:901:8fff:ffff:ffff:ffff:ffff:ffff
2601:902:41ff:ffff:ffff:ffff:ffff:ffff
2601:902:42ff:ffff:ffff:ffff:ffff:ffff
2601:902:47ff:ffff:ffff:ffff:ffff:ffff
2601:902:6fff:ffff:ffff:ffff:ffff:ffff
2601:2067:ffff:ffff:ffff:ffff:ffff:ffff
2601:2087:ffff:ffff:ffff:ffff:ffff:ffff
2601:20e7:ffff:ffff:ffff:ffff:ffff:ffff
2601:80ff:ffff:ffff:ffff:ffff:ffff:ffff
2601:b002:ffff:ffff:ffff:ffff:ffff:ffff
2601:b019:ff08:ffff:ffff:ffff:ffff:ffff
2601:b034:ffff:ffff:ffff:ffff:ffff:ffff
2601:f0ff:ffff:ffff:ffff:ffff:ffff:ffff
2602:0:12ff:ffff:ffff:ffff:ffff:ffff
2602:0:25ff:ffff:ffff:ffff:ffff:ffff
2602:0:2aff:ffff:ffff:ffff:ffff:ffff
2602:0:2cff:ffff:ffff:ffff:ffff:ffff
2602:0:39ff:ffff:ffff:ffff:ffff:ffff
2602:0:3bff:ffff:ffff:ffff:ffff:ffff
2602:0:4cff:ffff:ffff:ffff:ffff:ffff
2602:0:72ff:ffff:ffff:ffff:ffff:ffff
2602:0:8aff:ffff:ffff:ffff:ffff:ffff
2602:0:abff:ffff:ffff:ffff:ffff:ffff
2602:0:afff:ffff:ffff:ffff:ffff:ffff
2602:0:b9ff:ffff:ffff:ffff:ffff:ffff
2602:1:15ff:ffff:ffff:ffff:ffff:ffff
2602:1:1cff:ffff:ffff:ffff:ffff:ffff
2602:1:24ff:ffff:ffff:ffff:ffff:ffff
2602:1:27ff:ffff:ffff:ffff:ffff:ffff
2602:1:2bff:ffff:ffff:ffff:ffff:ffff
2602:1:30ff:ffff:ffff:ffff:ffff:ffff

2602:1:36ff:ffff:ffff:ffff:ffff:ffff
2602:1:3fff:ffff:ffff:ffff:ffff:ffff
2602:1:43ff:ffff:ffff:ffff:ffff:ffff
2602:1:4aff:ffff:ffff:ffff:ffff:ffff
2602:1:e9ff:ffff:ffff:ffff:ffff:ffff
2602:1:efff:ffff:ffff:ffff:ffff:ffff
2602:1:f1ff:ffff:ffff:ffff:ffff:ffff
2602:1:faff:ffff:ffff:ffff:ffff:ffff
2602:2:aff:ffff:ffff:ffff:ffff:ffff
2602:2:b0ff:ffff:ffff:ffff:ffff:ffff
2602:2:caff:ffff:ffff:ffff:ffff:ffff
2602:2:ecff:ffff:ffff:ffff:ffff:ffff
2602:2:f4ff:ffff:ffff:ffff:ffff:ffff
2602:2:feff:ffff:ffff:ffff:ffff:ffff
2602:3:1ff:ffff:ffff:ffff:ffff:ffff
2602:3:10ff:ffff:ffff:ffff:ffff:ffff
2602:3:36ff:ffff:ffff:ffff:ffff:ffff
2602:3:41ff:ffff:ffff:ffff:ffff:ffff
2602:3:a5ff:ffff:ffff:ffff:ffff:ffff
2602:3:c1ff:ffff:ffff:ffff:ffff:ffff
2602:3:d9ff:ffff:ffff:ffff:ffff:ffff
2602:3:f0ff:ffff:ffff:ffff:ffff:ffff
2602:4:fff:ffff:ffff:ffff:ffff:ffff
2602:4:24ff:ffff:ffff:ffff:ffff:ffff
2602:4:26ff:ffff:ffff:ffff:ffff:ffff
2602:4:28ff:ffff:ffff:ffff:ffff:ffff
2602:4:3cff:ffff:ffff:ffff:ffff:ffff
2602:4:f4ff:ffff:ffff:ffff:ffff:ffff
2602:4:f8ff:ffff:ffff:ffff:ffff:ffff
2602:5:3cff:ffff:ffff:ffff:ffff:ffff
2602:5:44ff:ffff:ffff:ffff:ffff:ffff
2602:5:4cff:ffff:ffff:ffff:ffff:ffff
2602:5:66ff:ffff:ffff:ffff:ffff:ffff
2602:5:72ff:ffff:ffff:ffff:ffff:ffff
2602:5:74ff:ffff:ffff:ffff:ffff:ffff
2602:5:7aff:ffff:ffff:ffff:ffff:ffff
2602:6:ff:ffff:ffff:ffff:ffff:ffff

2602:6:8fff:ffff:ffff:ffff:ffff:ffff
2602:6:9aff:ffff:ffff:ffff:ffff:ffff
2602:6:bdff:ffff:ffff:ffff:ffff:ffff
2602:6:c2ff:ffff:ffff:ffff:ffff:ffff
2602:6:c5ff:ffff:ffff:ffff:ffff:ffff
2602:6:c8ff:ffff:ffff:ffff:ffff:ffff
2602:6:f2ff:ffff:ffff:ffff:ffff:ffff
2602:6:f4ff:ffff:ffff:ffff:ffff:ffff
2602:6:f8ff:ffff:ffff:ffff:ffff:ffff
2602:7:2dff:ffff:ffff:ffff:ffff:ffff
2602:7:3bff:ffff:ffff:ffff:ffff:ffff
2602:7:3eff:ffff:ffff:ffff:ffff:ffff
2602:7:41ff:ffff:ffff:ffff:ffff:ffff
2602:7:84ff:ffff:ffff:ffff:ffff:ffff
2602:7:90ff:ffff:ffff:ffff:ffff:ffff
2602:7:96ff:ffff:ffff:ffff:ffff:ffff
2602:7:abff:ffff:ffff:ffff:ffff:ffff
2602:8:44ff:ffff:ffff:ffff:ffff:ffff
2602:8:9bff:ffff:ffff:ffff:ffff:ffff
2602:8:b1ff:ffff:ffff:ffff:ffff:ffff
2602:8:baff:ffff:ffff:ffff:ffff:ffff
2602:8:d0ff:ffff:ffff:ffff:ffff:ffff
2602:8:e1ff:ffff:ffff:ffff:ffff:ffff
2602:8:efff:ffff:ffff:ffff:ffff:ffff
2602:8:fbff:ffff:ffff:ffff:ffff:ffff
2602:9:8ff:ffff:ffff:ffff:ffff:ffff
2602:9:aff:ffff:ffff:ffff:ffff:ffff
2602:9:1aff:ffff:ffff:ffff:ffff:ffff
2602:9:2aff:ffff:ffff:ffff:ffff:ffff
2602:9:33ff:ffff:ffff:ffff:ffff:ffff
2602:9:4cff:ffff:ffff:ffff:ffff:ffff
2602:9:53ff:ffff:ffff:ffff:ffff:ffff
2602:9:55ff:ffff:ffff:ffff:ffff:ffff
2602:9:5aff:ffff:ffff:ffff:ffff:ffff
2602:9:61ff:ffff:ffff:ffff:ffff:ffff
2602:9:70ff:ffff:ffff:ffff:ffff:ffff
2602:9:72ff:ffff:ffff:ffff:ffff:ffff

2602:9:78ff:ffff:ffff:ffff:ffff:ffff
2602:9:7cff:ffff:ffff:ffff:ffff:ffff
2602:9:86ff:ffff:ffff:ffff:ffff:ffff
2602:9:99ff:ffff:ffff:ffff:ffff:ffff
2602:9:9fff:ffff:ffff:ffff:ffff:ffff
2602:9:a5ff:ffff:ffff:ffff:ffff:ffff
2602:9:adff:ffff:ffff:ffff:ffff:ffff
2602:9:baff:ffff:ffff:ffff:ffff:ffff
2602:9:cdff:ffff:ffff:ffff:ffff:ffff
2602:9:e3ff:ffff:ffff:ffff:ffff:ffff
2602:9:e9ff:ffff:ffff:ffff:ffff:ffff
2602:9:eeff:ffff:ffff:ffff:ffff:ffff
2602:9:f3ff:ffff:ffff:ffff:ffff:ffff
2602:9:f5ff:ffff:ffff:ffff:ffff:ffff
2602:9:f8ff:ffff:ffff:ffff:ffff:ffff
2602:9:fdff:ffff:ffff:ffff:ffff:ffff
2602:a:aff:ffff:ffff:ffff:ffff:ffff
2602:a:5fff:ffff:ffff:ffff:ffff:ffff
2602:a:77ff:ffff:ffff:ffff:ffff:ffff
2602:a:7aff:ffff:ffff:ffff:ffff:ffff
2602:a:91ff:ffff:ffff:ffff:ffff:ffff
2602:a:9bff:ffff:ffff:ffff:ffff:ffff
2602:a:9dff:ffff:ffff:ffff:ffff:ffff
2602:a:a1ff:ffff:ffff:ffff:ffff:ffff
2602:a:a4ff:ffff:ffff:ffff:ffff:ffff
2602:a:e4ff:ffff:ffff:ffff:ffff:ffff
2602:a:ffff:ffff:ffff:ffff:ffff:ffff
2602:b:1ff:ffff:ffff:ffff:ffff:ffff
2602:b:eff:ffff:ffff:ffff:ffff:ffff
2602:b:6fff:ffff:ffff:ffff:ffff:ffff
2602:b:75ff:ffff:ffff:ffff:ffff:ffff
2602:b:90ff:ffff:ffff:ffff:ffff:ffff
2602:b:a6ff:ffff:ffff:ffff:ffff:ffff
2602:b:caff:ffff:ffff:ffff:ffff:ffff
2602:b:e8ff:ffff:ffff:ffff:ffff:ffff
2602:b:efff:ffff:ffff:ffff:ffff:ffff
2602:b:f1ff:ffff:ffff:ffff:ffff:ffff

2602:c:21ff:ffff:ffff:ffff:ffff:ffff
2602:c:3fff:ffff:ffff:ffff:ffff:ffff
2602:c:43ff:ffff:ffff:ffff:ffff:ffff
2602:c:52ff:ffff:ffff:ffff:ffff:ffff
2602:c:5fff:ffff:ffff:ffff:ffff:ffff
2602:c:63ff:ffff:ffff:ffff:ffff:ffff
2602:c:7dff:ffff:ffff:ffff:ffff:ffff
2602:c:84ff:ffff:ffff:ffff:ffff:ffff
2602:c:8cff:ffff:ffff:ffff:ffff:ffff
2602:c:a1ff:ffff:ffff:ffff:ffff:ffff
2602:c:a8ff:ffff:ffff:ffff:ffff:ffff
2602:c:b5ff:ffff:ffff:ffff:ffff:ffff
2602:c:baff:ffff:ffff:ffff:ffff:ffff
2602:c:beff:ffff:ffff:ffff:ffff:ffff
2602:c:c5ff:ffff:ffff:ffff:ffff:ffff
2602:c:cdff:ffff:ffff:ffff:ffff:ffff
2602:c:d6ff:ffff:ffff:ffff:ffff:ffff
2602:c:daff:ffff:ffff:ffff:ffff:ffff
2602:c:e7ff:ffff:ffff:ffff:ffff:ffff
2602:c:e9ff:ffff:ffff:ffff:ffff:ffff
2602:c:ebff:ffff:ffff:ffff:ffff:ffff
2602:c:f0ff:ffff:ffff:ffff:ffff:ffff
2602:c:fcff:ffff:ffff:ffff:ffff:ffff
2602:d:bff:ffff:ffff:ffff:ffff:ffff
2602:d:eff:ffff:ffff:ffff:ffff:ffff
2602:d:10ff:ffff:ffff:ffff:ffff:ffff
2602:d:21ff:ffff:ffff:ffff:ffff:ffff
2602:d:26ff:ffff:ffff:ffff:ffff:ffff
2602:d:2aff:ffff:ffff:ffff:ffff:ffff
2602:d:31ff:ffff:ffff:ffff:ffff:ffff
2602:d:37ff:ffff:ffff:ffff:ffff:ffff
2602:d:41ff:ffff:ffff:ffff:ffff:ffff
2602:d:43ff:ffff:ffff:ffff:ffff:ffff
2602:d:79ff:ffff:ffff:ffff:ffff:ffff
2602:d:86ff:ffff:ffff:ffff:ffff:ffff
2602:d:8aff:ffff:ffff:ffff:ffff:ffff
2602:d:91ff:ffff:ffff:ffff:ffff:ffff

2602:d:99ff:ffff:ffff:ffff:ffff:ffff
2602:d:9eff:ffff:ffff:ffff:ffff:ffff
2602:d:aaff:ffff:ffff:ffff:ffff:ffff
2602:d:b2ff:ffff:ffff:ffff:ffff:ffff
2602:d:b8ff:ffff:ffff:ffff:ffff:ffff
2602:d:bcff:ffff:ffff:ffff:ffff:ffff
2602:d:beff:ffff:ffff:ffff:ffff:ffff
2602:d:c7ff:ffff:ffff:ffff:ffff:ffff
2602:d:d8ff:ffff:ffff:ffff:ffff:ffff
2602:d:e5ff:ffff:ffff:ffff:ffff:ffff
2602:d:e9ff:ffff:ffff:ffff:ffff:ffff
2602:d:efff:ffff:ffff:ffff:ffff:ffff
2602:e:bff:ffff:ffff:ffff:ffff:ffff
2602:e:4dff:ffff:ffff:ffff:ffff:ffff
2602:e:51ff:ffff:ffff:ffff:ffff:ffff
2602:e:6dff:ffff:ffff:ffff:ffff:ffff
2602:e:7fff:ffff:ffff:ffff:ffff:ffff
2602:e:8dff:ffff:ffff:ffff:ffff:ffff
2602:e:9aff:ffff:ffff:ffff:ffff:ffff
2602:e:c6ff:ffff:ffff:ffff:ffff:ffff
2602:e:e7ff:ffff:ffff:ffff:ffff:ffff
2602:e:f4ff:ffff:ffff:ffff:ffff:ffff
2602:e:fdff:ffff:ffff:ffff:ffff:ffff
2602:f:6ff:ffff:ffff:ffff:ffff:ffff
2602:f:20ff:ffff:ffff:ffff:ffff:ffff
2602:f:27ff:ffff:ffff:ffff:ffff:ffff
2602:f:2bff:ffff:ffff:ffff:ffff:ffff
2602:f:31ff:ffff:ffff:ffff:ffff:ffff
2602:f:3bff:ffff:ffff:ffff:ffff:ffff
2602:f:4bff:ffff:ffff:ffff:ffff:ffff
2602:f:55ff:ffff:ffff:ffff:ffff:ffff
2602:f:6fff:ffff:ffff:ffff:ffff:ffff
2602:f:7bff:ffff:ffff:ffff:ffff:ffff
2602:f:82ff:ffff:ffff:ffff:ffff:ffff
2602:10:4ff:ffff:ffff:ffff:ffff:ffff
2602:10:12ff:ffff:ffff:ffff:ffff:ffff
2602:10:2aff:ffff:ffff:ffff:ffff:ffff

2602:10:35ff:ffff:ffff:ffff:ffff:ffff
2602:10:3eff:ffff:ffff:ffff:ffff:ffff
2602:10:52ff:ffff:ffff:ffff:ffff:ffff
2602:10:57ff:ffff:ffff:ffff:ffff:ffff
2602:10:5eff:ffff:ffff:ffff:ffff:ffff
2602:10:60ff:ffff:ffff:ffff:ffff:ffff
2602:10:64ff:ffff:ffff:ffff:ffff:ffff
2602:10:6cff:ffff:ffff:ffff:ffff:ffff
2602:10:6fff:ffff:ffff:ffff:ffff:ffff
2602:10:77ff:ffff:ffff:ffff:ffff:ffff
2602:10:80ff:ffff:ffff:ffff:ffff:ffff
2602:10:8cff:ffff:ffff:ffff:ffff:ffff
2602:10:91ff:ffff:ffff:ffff:ffff:ffff
2602:10:aeff:ffff:ffff:ffff:ffff:ffff
2602:10:b1ff:ffff:ffff:ffff:ffff:ffff
2602:10:b7ff:ffff:ffff:ffff:ffff:ffff
2602:10:bcff:ffff:ffff:ffff:ffff:ffff
2602:11:3fff:ffff:ffff:ffff:ffff:ffff
2602:11:7fff:ffff:ffff:ffff:ffff:ffff
2602:11:12ff:ffff:ffff:ffff:ffff:ffff
2602:11:18ff:ffff:ffff:ffff:ffff:ffff
2602:11:1dff:ffff:ffff:ffff:ffff:ffff
2602:11:1fff:ffff:ffff:ffff:ffff:ffff
2602:11:35ff:ffff:ffff:ffff:ffff:ffff
2602:11:47ff:ffff:ffff:ffff:ffff:ffff
2602:11:4dff:ffff:ffff:ffff:ffff:ffff
2602:11:57ff:ffff:ffff:ffff:ffff:ffff
2602:11:5dff:ffff:ffff:ffff:ffff:ffff
2602:11:60ff:ffff:ffff:ffff:ffff:ffff
2602:11:68ff:ffff:ffff:ffff:ffff:ffff
2602:11:6eff:ffff:ffff:ffff:ffff:ffff
2602:11:75ff:ffff:ffff:ffff:ffff:ffff
2602:11:79ff:ffff:ffff:ffff:ffff:ffff
2602:11:7dff:ffff:ffff:ffff:ffff:ffff
2602:11:86ff:ffff:ffff:ffff:ffff:ffff
2602:11:92ff:ffff:ffff:ffff:ffff:ffff
2602:11:97ff:ffff:ffff:ffff:ffff:ffff

2602:11:9fff:ffff:ffff:ffff:ffff:ffff
2602:11:a5ff:ffff:ffff:ffff:ffff:ffff
2602:11:b1ff:ffff:ffff:ffff:ffff:ffff
2602:11:c5ff:ffff:ffff:ffff:ffff:ffff
2602:11:d6ff:ffff:ffff:ffff:ffff:ffff
2602:11:f1ff:ffff:ffff:ffff:ffff:ffff
2602:12:23ff:ffff:ffff:ffff:ffff:ffff
2602:12:26ff:ffff:ffff:ffff:ffff:ffff
2602:12:2cff:ffff:ffff:ffff:ffff:ffff
2602:12:41ff:ffff:ffff:ffff:ffff:ffff
2602:12:48ff:ffff:ffff:ffff:ffff:ffff
2602:12:4bff:ffff:ffff:ffff:ffff:ffff
2602:12:56ff:ffff:ffff:ffff:ffff:ffff
2602:12:5fff:ffff:ffff:ffff:ffff:ffff
2602:12:61ff:ffff:ffff:ffff:ffff:ffff
2602:12:64ff:ffff:ffff:ffff:ffff:ffff
2602:12:66ff:ffff:ffff:ffff:ffff:ffff
2602:12:6bff:ffff:ffff:ffff:ffff:ffff
2602:12:70ff:ffff:ffff:ffff:ffff:ffff
2602:12:75ff:ffff:ffff:ffff:ffff:ffff
2602:12:77ff:ffff:ffff:ffff:ffff:ffff
2602:12:7eff:ffff:ffff:ffff:ffff:ffff
2602:12:82ff:ffff:ffff:ffff:ffff:ffff
2602:12:88ff:ffff:ffff:ffff:ffff:ffff
2602:12:8eff:ffff:ffff:ffff:ffff:ffff
2602:12:a2ff:ffff:ffff:ffff:ffff:ffff
2602:12:c4ff:ffff:ffff:ffff:ffff:ffff
2602:12:d3ff:ffff:ffff:ffff:ffff:ffff
2602:12:d5ff:ffff:ffff:ffff:ffff:ffff
2602:12:ddff:ffff:ffff:ffff:ffff:ffff
2602:12:e6ff:ffff:ffff:ffff:ffff:ffff
2602:13:cff:ffff:ffff:ffff:ffff:ffff
2602:13:62ff:ffff:ffff:ffff:ffff:ffff
2602:13:85ff:ffff:ffff:ffff:ffff:ffff
2602:13:abff:ffff:ffff:ffff:ffff:ffff
2602:13:cbff:ffff:ffff:ffff:ffff:ffff
2602:13:d7ff:ffff:ffff:ffff:ffff:ffff

2602:13:e5ff:ffff:ffff:ffff:ffff:ffff
2602:13:e9ff:ffff:ffff:ffff:ffff:ffff
2602:13:efff:ffff:ffff:ffff:ffff:ffff
2602:14:12ff:ffff:ffff:ffff:ffff:ffff
2602:14:14ff:ffff:ffff:ffff:ffff:ffff
2602:14:1fff:ffff:ffff:ffff:ffff:ffff
2602:14:23ff:ffff:ffff:ffff:ffff:ffff
2602:14:2dff:ffff:ffff:ffff:ffff:ffff
2602:14:35ff:ffff:ffff:ffff:ffff:ffff
2602:14:45ff:ffff:ffff:ffff:ffff:ffff
2602:14:4aff:ffff:ffff:ffff:ffff:ffff
2602:14:4dff:ffff:ffff:ffff:ffff:ffff
2602:14:e8ff:ffff:ffff:ffff:ffff:ffff
2602:14:f5ff:ffff:ffff:ffff:ffff:ffff
2602:15:11ff:ffff:ffff:ffff:ffff:ffff
2602:15:20ff:ffff:ffff:ffff:ffff:ffff
2602:15:3aff:ffff:ffff:ffff:ffff:ffff
2602:15:3dff:ffff:ffff:ffff:ffff:ffff
2602:15:51ff:ffff:ffff:ffff:ffff:ffff
2602:15:57ff:ffff:ffff:ffff:ffff:ffff
2602:15:6cff:ffff:ffff:ffff:ffff:ffff
2602:15:70ff:ffff:ffff:ffff:ffff:ffff
2602:15:7dff:ffff:ffff:ffff:ffff:ffff
2602:15:81ff:ffff:ffff:ffff:ffff:ffff
2602:15:83ff:ffff:ffff:ffff:ffff:ffff
2602:15:8fff:ffff:ffff:ffff:ffff:ffff
2602:15:99ff:ffff:ffff:ffff:ffff:ffff
2602:16:cff:ffff:ffff:ffff:ffff:ffff
2602:16:eff:ffff:ffff:ffff:ffff:ffff
2602:16:70ff:ffff:ffff:ffff:ffff:ffff
2602:16:7eff:ffff:ffff:ffff:ffff:ffff
2602:16:85ff:ffff:ffff:ffff:ffff:ffff
2602:16:8eff:ffff:ffff:ffff:ffff:ffff
2602:16:9cff:ffff:ffff:ffff:ffff:ffff
2602:16:a2ff:ffff:ffff:ffff:ffff:ffff
2602:16:a9ff:ffff:ffff:ffff:ffff:ffff
2602:16:b6ff:ffff:ffff:ffff:ffff:ffff

2602:16:baff:ffff:ffff:ffff:ffff:ffff
2602:16:bdff:ffff:ffff:ffff:ffff:ffff
2602:16:c3ff:ffff:ffff:ffff:ffff:ffff
2602:16:c5ff:ffff:ffff:ffff:ffff:ffff
2602:16:c7ff:ffff:ffff:ffff:ffff:ffff
2602:16:ceff:ffff:ffff:ffff:ffff:ffff
2602:16:d0ff:ffff:ffff:ffff:ffff:ffff
2602:16:d2ff:ffff:ffff:ffff:ffff:ffff
2602:16:d7ff:ffff:ffff:ffff:ffff:ffff
2602:16:d9ff:ffff:ffff:ffff:ffff:ffff
2602:16:e0ff:ffff:ffff:ffff:ffff:ffff
2602:16:e5ff:ffff:ffff:ffff:ffff:ffff
2602:16:ebff:ffff:ffff:ffff:ffff:ffff
2602:16:edff:ffff:ffff:ffff:ffff:ffff
2602:16:f1ff:ffff:ffff:ffff:ffff:ffff
2602:16:feff:ffff:ffff:ffff:ffff:ffff
2602:17:5ff:ffff:ffff:ffff:ffff:ffff
2602:17:11ff:ffff:ffff:ffff:ffff:ffff
2602:17:16ff:ffff:ffff:ffff:ffff:ffff
2602:17:1cff:ffff:ffff:ffff:ffff:ffff
2602:17:22ff:ffff:ffff:ffff:ffff:ffff
2602:17:2aff:ffff:ffff:ffff:ffff:ffff
2602:17:2cff:ffff:ffff:ffff:ffff:ffff
2602:17:36ff:ffff:ffff:ffff:ffff:ffff
2602:17:46ff:ffff:ffff:ffff:ffff:ffff
2602:17:53ff:ffff:ffff:ffff:ffff:ffff
2602:17:5fff:ffff:ffff:ffff:ffff:ffff
2602:17:65ff:ffff:ffff:ffff:ffff:ffff
2602:17:6cff:ffff:ffff:ffff:ffff:ffff
2602:17:73ff:ffff:ffff:ffff:ffff:ffff
2602:17:77ff:ffff:ffff:ffff:ffff:ffff
2602:18:2fff:ffff:ffff:ffff:ffff:ffff
2602:18:51ff:ffff:ffff:ffff:ffff:ffff
2602:18:6aff:ffff:ffff:ffff:ffff:ffff
2602:18:73ff:ffff:ffff:ffff:ffff:ffff
2602:18:8eff:ffff:ffff:ffff:ffff:ffff
2602:18:92ff:ffff:ffff:ffff:ffff:ffff

2602:18:9dff:ffff:ffff:ffff:ffff:ffff
2602:18:a2ff:ffff:ffff:ffff:ffff:ffff
2602:18:aeff:ffff:ffff:ffff:ffff:ffff
2602:18:bfff:ffff:ffff:ffff:ffff:ffff
2602:18:c1ff:ffff:ffff:ffff:ffff:ffff
2602:18:c9ff:ffff:ffff:ffff:ffff:ffff
2602:18:f6ff:ffff:ffff:ffff:ffff:ffff
2602:18:fdff:ffff:ffff:ffff:ffff:ffff
2602:19:bff:ffff:ffff:ffff:ffff:ffff
2602:19:16ff:ffff:ffff:ffff:ffff:ffff
2602:19:35ff:ffff:ffff:ffff:ffff:ffff
2602:19:38ff:ffff:ffff:ffff:ffff:ffff
2602:19:42ff:ffff:ffff:ffff:ffff:ffff
2602:19:45ff:ffff:ffff:ffff:ffff:ffff
2602:19:4fff:ffff:ffff:ffff:ffff:ffff
2602:19:58ff:ffff:ffff:ffff:ffff:ffff
2602:19:76ff:ffff:ffff:ffff:ffff:ffff
2602:19:7fff:ffff:ffff:ffff:ffff:ffff
2602:19:86ff:ffff:ffff:ffff:ffff:ffff
2602:19:8eff:ffff:ffff:ffff:ffff:ffff
2602:19:90ff:ffff:ffff:ffff:ffff:ffff
2602:19:98ff:ffff:ffff:ffff:ffff:ffff
2602:19:9bff:ffff:ffff:ffff:ffff:ffff
2602:19:acff:ffff:ffff:ffff:ffff:ffff
2602:19:b2ff:ffff:ffff:ffff:ffff:ffff
2602:19:b8ff:ffff:ffff:ffff:ffff:ffff
2602:19:bbff:ffff:ffff:ffff:ffff:ffff
2602:19:c0ff:ffff:ffff:ffff:ffff:ffff
2602:19:c2ff:ffff:ffff:ffff:ffff:ffff
2602:19:c4ff:ffff:ffff:ffff:ffff:ffff
2602:19:ccff:ffff:ffff:ffff:ffff:ffff
2602:19:d1ff:ffff:ffff:ffff:ffff:ffff
2602:19:f3ff:ffff:ffff:ffff:ffff:ffff
2602:19:ffff:ffff:ffff:ffff:ffff:ffff
2602:1a:3ff:ffff:ffff:ffff:ffff:ffff
2602:1a:13ff:ffff:ffff:ffff:ffff:ffff
2602:1a:19ff:ffff:ffff:ffff:ffff:ffff

2602:1a:1bff:ffff:ffff:ffff:ffff:ffff
2602:1a:23ff:ffff:ffff:ffff:ffff:ffff
2602:1a:2aff:ffff:ffff:ffff:ffff:ffff
2602:1a:3dff:ffff:ffff:ffff:ffff:ffff
2602:1a:53ff:ffff:ffff:ffff:ffff:ffff
2602:1a:57ff:ffff:ffff:ffff:ffff:ffff
2602:1a:66ff:ffff:ffff:ffff:ffff:ffff
2602:1a:b4ff:ffff:ffff:ffff:ffff:ffff
2602:1b:9ff:ffff:ffff:ffff:ffff:ffff
2602:1b:90ff:ffff:ffff:ffff:ffff:ffff
2602:1b:93ff:ffff:ffff:ffff:ffff:ffff
2602:1b:9fff:ffff:ffff:ffff:ffff:ffff
2602:1b:a2ff:ffff:ffff:ffff:ffff:ffff
2602:1b:acff:ffff:ffff:ffff:ffff:ffff
2602:1b:b7ff:ffff:ffff:ffff:ffff:ffff
2602:1b:c0ff:ffff:ffff:ffff:ffff:ffff
2602:1b:c7ff:ffff:ffff:ffff:ffff:ffff
2602:1b:d9ff:ffff:ffff:ffff:ffff:ffff
2602:1c:eff:ffff:ffff:ffff:ffff:ffff
2602:1c:36ff:ffff:ffff:ffff:ffff:ffff
2602:1c:69ff:ffff:ffff:ffff:ffff:ffff
2602:1c:8cff:ffff:ffff:ffff:ffff:ffff
2602:1c:caff:ffff:ffff:ffff:ffff:ffff
2602:1d:16ff:ffff:ffff:ffff:ffff:ffff
2602:1d:29ff:ffff:ffff:ffff:ffff:ffff
2602:1d:31ff:ffff:ffff:ffff:ffff:ffff
2602:1d:38ff:ffff:ffff:ffff:ffff:ffff
2602:1d:46ff:ffff:ffff:ffff:ffff:ffff
2602:1d:49ff:ffff:ffff:ffff:ffff:ffff
2602:1d:4dff:ffff:ffff:ffff:ffff:ffff
2602:1d:5bff:ffff:ffff:ffff:ffff:ffff
2602:1d:61ff:ffff:ffff:ffff:ffff:ffff
2602:1d:7eff:ffff:ffff:ffff:ffff:ffff
2602:1d:80ff:ffff:ffff:ffff:ffff:ffff
2602:1d:85ff:ffff:ffff:ffff:ffff:ffff
2602:1d:a0ff:ffff:ffff:ffff:ffff:ffff
2602:1d:a8ff:ffff:ffff:ffff:ffff:ffff

2602:1d:aeff:ffff:ffff:ffff:ffff:ffff
2602:1e:41ff:ffff:ffff:ffff:ffff:ffff
2602:1e:4cff:ffff:ffff:ffff:ffff:ffff
2602:1e:4fff:ffff:ffff:ffff:ffff:ffff
2602:1e:6aff:ffff:ffff:ffff:ffff:ffff
2602:1e:b6ff:ffff:ffff:ffff:ffff:ffff
2602:1e:f4ff:ffff:ffff:ffff:ffff:ffff
2602:1f:4dff:ffff:ffff:ffff:ffff:ffff
2602:1f:d1ff:ffff:ffff:ffff:ffff:ffff
2602:1f:ecff:ffff:ffff:ffff:ffff:ffff
2602:1f:f9ff:ffff:ffff:ffff:ffff:ffff
2602:1f:fbff:ffff:ffff:ffff:ffff:ffff
2602:20:27ff:ffff:ffff:ffff:ffff:ffff
2602:20:2dff:ffff:ffff:ffff:ffff:ffff
2602:20:2fff:ffff:ffff:ffff:ffff:ffff
2602:20:69ff:ffff:ffff:ffff:ffff:ffff
2602:20:6bff:ffff:ffff:ffff:ffff:ffff
2602:20:71ff:ffff:ffff:ffff:ffff:ffff
2602:20:95ff:ffff:ffff:ffff:ffff:ffff
2602:20:c6ff:ffff:ffff:ffff:ffff:ffff
2602:21:57ff:ffff:ffff:ffff:ffff:ffff
2602:21:7aff:ffff:ffff:ffff:ffff:ffff
2602:21:85ff:ffff:ffff:ffff:ffff:ffff
2602:21:abff:ffff:ffff:ffff:ffff:ffff
2602:21:c0ff:ffff:ffff:ffff:ffff:ffff
2602:21:e2ff:ffff:ffff:ffff:ffff:ffff
2602:21:ecff:ffff:ffff:ffff:ffff:ffff
2602:21:f3ff:ffff:ffff:ffff:ffff:ffff
2602:22:20ff:ffff:ffff:ffff:ffff:ffff
2602:22:53ff:ffff:ffff:ffff:ffff:ffff
2602:22:5aff:ffff:ffff:ffff:ffff:ffff
2602:22:65ff:ffff:ffff:ffff:ffff:ffff
2602:22:72ff:ffff:ffff:ffff:ffff:ffff
2602:22:7dff:ffff:ffff:ffff:ffff:ffff
2602:22:83ff:ffff:ffff:ffff:ffff:ffff
2602:22:95ff:ffff:ffff:ffff:ffff:ffff
2602:22:98ff:ffff:ffff:ffff:ffff:ffff

2602:22:9dff:ffff:ffff:ffff:ffff:ffff
2602:22:b5ff:ffff:ffff:ffff:ffff:ffff
2602:22:b7ff:ffff:ffff:ffff:ffff:ffff
2602:22:ceff:ffff:ffff:ffff:ffff:ffff
2602:22:d2ff:ffff:ffff:ffff:ffff:ffff
2602:22:e5ff:ffff:ffff:ffff:ffff:ffff
2602:22:e7ff:ffff:ffff:ffff:ffff:ffff
2602:22:f2ff:ffff:ffff:ffff:ffff:ffff
2602:22:faff:ffff:ffff:ffff:ffff:ffff
2602:23:7ff:ffff:ffff:ffff:ffff:ffff
2602:23:3eff:ffff:ffff:ffff:ffff:ffff
2602:23:42ff:ffff:ffff:ffff:ffff:ffff
2602:23:4cff:ffff:ffff:ffff:ffff:ffff
2602:23:4fff:ffff:ffff:ffff:ffff:ffff
2602:23:6eff:ffff:ffff:ffff:ffff:ffff
2602:23:84ff:ffff:ffff:ffff:ffff:ffff
2602:23:89ff:ffff:ffff:ffff:ffff:ffff
2602:23:beff:ffff:ffff:ffff:ffff:ffff
2602:23:e9ff:ffff:ffff:ffff:ffff:ffff
2602:24:7ff:ffff:ffff:ffff:ffff:ffff
2602:24:5bff:ffff:ffff:ffff:ffff:ffff
2602:24:65ff:ffff:ffff:ffff:ffff:ffff
2602:24:67ff:ffff:ffff:ffff:ffff:ffff
2602:24:72ff:ffff:ffff:ffff:ffff:ffff
2602:24:8eff:ffff:ffff:ffff:ffff:ffff
2602:24:97ff:ffff:ffff:ffff:ffff:ffff
2602:24:9cff:ffff:ffff:ffff:ffff:ffff
2602:24:a2ff:ffff:ffff:ffff:ffff:ffff
2602:24:aaff:ffff:ffff:ffff:ffff:ffff
2602:24:acff:ffff:ffff:ffff:ffff:ffff
2602:24:aeff:ffff:ffff:ffff:ffff:ffff
2602:24:ccff:ffff:ffff:ffff:ffff:ffff
2602:24:cfff:ffff:ffff:ffff:ffff:ffff
2602:24:dfff:ffff:ffff:ffff:ffff:ffff
2602:24:ebff:ffff:ffff:ffff:ffff:ffff
2602:24:edff:ffff:ffff:ffff:ffff:ffff
2602:24:fcff:ffff:ffff:ffff:ffff:ffff

2602:25:a7ff:ffff:ffff:ffff:ffff:ffff
2602:25:acff:ffff:ffff:ffff:ffff:ffff
2602:25:b2ff:ffff:ffff:ffff:ffff:ffff
2602:25:baff:ffff:ffff:ffff:ffff:ffff
2602:25:c0ff:ffff:ffff:ffff:ffff:ffff
2602:25:d0ff:ffff:ffff:ffff:ffff:ffff
2602:25:d5ff:ffff:ffff:ffff:ffff:ffff
2602:25:e9ff:ffff:ffff:ffff:ffff:ffff
2602:26:5ff:ffff:ffff:ffff:ffff:ffff
2602:26:dff:ffff:ffff:ffff:ffff:ffff
2602:26:1cff:ffff:ffff:ffff:ffff:ffff
2602:26:1fff:ffff:ffff:ffff:ffff:ffff
2602:26:22ff:ffff:ffff:ffff:ffff:ffff
2602:26:3fff:ffff:ffff:ffff:ffff:ffff
2602:26:4aff:ffff:ffff:ffff:ffff:ffff
2602:26:4dff:ffff:ffff:ffff:ffff:ffff
2602:26:caff:ffff:ffff:ffff:ffff:ffff
2602:26:d7ff:ffff:ffff:ffff:ffff:ffff
2602:26:e4ff:ffff:ffff:ffff:ffff:ffff
2602:26:f0ff:ffff:ffff:ffff:ffff:ffff
2602:26:f9ff:ffff:ffff:ffff:ffff:ffff
2602:27:11ff:ffff:ffff:ffff:ffff:ffff
2602:27:82ff:ffff:ffff:ffff:ffff:ffff
2602:27:93ff:ffff:ffff:ffff:ffff:ffff
2602:27:aaff:ffff:ffff:ffff:ffff:ffff
2602:27:bfff:ffff:ffff:ffff:ffff:ffff
2602:27:edff:ffff:ffff:ffff:ffff:ffff
2602:28:3ff:ffff:ffff:ffff:ffff:ffff
2602:28:eff:ffff:ffff:ffff:ffff:ffff
2602:28:21ff:ffff:ffff:ffff:ffff:ffff
2602:28:2bff:ffff:ffff:ffff:ffff:ffff
2602:28:40ff:ffff:ffff:ffff:ffff:ffff
2602:28:48ff:ffff:ffff:ffff:ffff:ffff
2602:28:4aff:ffff:ffff:ffff:ffff:ffff
2602:28:55ff:ffff:ffff:ffff:ffff:ffff
2602:28:5dff:ffff:ffff:ffff:ffff:ffff
2602:28:66ff:ffff:ffff:ffff:ffff:ffff

2602:28:6fff:ffff:ffff:ffff:ffff:ffff
2602:28:75ff:ffff:ffff:ffff:ffff:ffff
2602:28:79ff:ffff:ffff:ffff:ffff:ffff
2602:28:81ff:ffff:ffff:ffff:ffff:ffff
2602:28:8cff:ffff:ffff:ffff:ffff:ffff
2602:28:8fff:ffff:ffff:ffff:ffff:ffff
2602:28:91ff:ffff:ffff:ffff:ffff:ffff
2602:28:e2ff:ffff:ffff:ffff:ffff:ffff
2602:28:edff:ffff:ffff:ffff:ffff:ffff
2602:28:efff:ffff:ffff:ffff:ffff:ffff
2602:28:f8ff:ffff:ffff:ffff:ffff:ffff
2602:28:feff:ffff:ffff:ffff:ffff:ffff
2602:29:13ff:ffff:ffff:ffff:ffff:ffff
2602:29:1cff:ffff:ffff:ffff:ffff:ffff
2602:29:3bff:ffff:ffff:ffff:ffff:ffff
2602:29:44ff:ffff:ffff:ffff:ffff:ffff
2602:29:5eff:ffff:ffff:ffff:ffff:ffff
2602:29:65ff:ffff:ffff:ffff:ffff:ffff
2602:29:82ff:ffff:ffff:ffff:ffff:ffff
2602:29:9cff:ffff:ffff:ffff:ffff:ffff
2602:29:a6ff:ffff:ffff:ffff:ffff:ffff
2602:29:b7ff:ffff:ffff:ffff:ffff:ffff
2602:29:b9ff:ffff:ffff:ffff:ffff:ffff
2602:2a:21ff:ffff:ffff:ffff:ffff:ffff
2602:2a:2fff:ffff:ffff:ffff:ffff:ffff
2602:2a:39ff:ffff:ffff:ffff:ffff:ffff
2602:2a:45ff:ffff:ffff:ffff:ffff:ffff
2602:2a:55ff:ffff:ffff:ffff:ffff:ffff
2602:2a:60ff:ffff:ffff:ffff:ffff:ffff
2602:2a:6dff:ffff:ffff:ffff:ffff:ffff
2602:2a:78ff:ffff:ffff:ffff:ffff:ffff
2602:2a:84ff:ffff:ffff:ffff:ffff:ffff
2602:2b:eff:ffff:ffff:ffff:ffff:ffff
2602:2b:1dff:ffff:ffff:ffff:ffff:ffff
2602:2b:26ff:ffff:ffff:ffff:ffff:ffff
2602:2b:2dff:ffff:ffff:ffff:ffff:ffff
2602:2b:4cff:ffff:ffff:ffff:ffff:ffff

2602:2b:4fff:ffff:ffff:ffff:ffff:ffff
2602:2b:58ff:ffff:ffff:ffff:ffff:ffff
2602:2b:5fff:ffff:ffff:ffff:ffff:ffff
2602:2b:63ff:ffff:ffff:ffff:ffff:ffff
2602:2b:6eff:ffff:ffff:ffff:ffff:ffff
2602:2b:71ff:ffff:ffff:ffff:ffff:ffff
2602:2b:75ff:ffff:ffff:ffff:ffff:ffff
2602:2b:86ff:ffff:ffff:ffff:ffff:ffff
2602:2b:8bff:ffff:ffff:ffff:ffff:ffff
2602:2b:90ff:ffff:ffff:ffff:ffff:ffff
2602:2b:9dff:ffff:ffff:ffff:ffff:ffff
2602:2b:b0ff:ffff:ffff:ffff:ffff:ffff
2602:2b:b4ff:ffff:ffff:ffff:ffff:ffff
2602:2b:bfff:ffff:ffff:ffff:ffff:ffff
2602:2b:d4ff:ffff:ffff:ffff:ffff:ffff
2602:2b:d9ff:ffff:ffff:ffff:ffff:ffff
2602:2b:e4ff:ffff:ffff:ffff:ffff:ffff
2602:2b:e8ff:ffff:ffff:ffff:ffff:ffff
2602:2b:edff:ffff:ffff:ffff:ffff:ffff
2602:2b:f1ff:ffff:ffff:ffff:ffff:ffff
2602:2c:7ff:ffff:ffff:ffff:ffff:ffff
2602:2c:5fff:ffff:ffff:ffff:ffff:ffff
2602:2c:64ff:ffff:ffff:ffff:ffff:ffff
2602:2c:69ff:ffff:ffff:ffff:ffff:ffff
2602:2c:7aff:ffff:ffff:ffff:ffff:ffff
2602:2c:90ff:ffff:ffff:ffff:ffff:ffff
2602:2c:abff:ffff:ffff:ffff:ffff:ffff
2602:2c:afff:ffff:ffff:ffff:ffff:ffff
2602:2c:d2ff:ffff:ffff:ffff:ffff:ffff
2602:2c:d9ff:ffff:ffff:ffff:ffff:ffff
2602:2c:e2ff:ffff:ffff:ffff:ffff:ffff
2602:2c:f2ff:ffff:ffff:ffff:ffff:ffff
2602:2d:23ff:ffff:ffff:ffff:ffff:ffff
2602:2d:54ff:ffff:ffff:ffff:ffff:ffff
2602:2d:63ff:ffff:ffff:ffff:ffff:ffff
2602:2e:8ff:ffff:ffff:ffff:ffff:ffff
2602:2e:bff:ffff:ffff:ffff:ffff:ffff

2602:2e:5fff:ffff:ffff:ffff:ffff:ffff
2602:2e:64ff:ffff:ffff:ffff:ffff:ffff
2602:2e:73ff:ffff:ffff:ffff:ffff:ffff
2602:2e:79ff:ffff:ffff:ffff:ffff:ffff
2602:2e:80ff:ffff:ffff:ffff:ffff:ffff
2602:2e:9aff:ffff:ffff:ffff:ffff:ffff
2602:2e:9dff:ffff:ffff:ffff:ffff:ffff
2602:2e:9fff:ffff:ffff:ffff:ffff:ffff
2602:2e:a9ff:ffff:ffff:ffff:ffff:ffff
2602:2e:b0ff:ffff:ffff:ffff:ffff:ffff
2602:2e:bbff:ffff:ffff:ffff:ffff:ffff
2602:2e:bdff:ffff:ffff:ffff:ffff:ffff
2602:2e:c1ff:ffff:ffff:ffff:ffff:ffff
2602:2e:c4ff:ffff:ffff:ffff:ffff:ffff
2602:2e:d1ff:ffff:ffff:ffff:ffff:ffff
2602:2e:d4ff:ffff:ffff:ffff:ffff:ffff
2602:2e:feff:ffff:ffff:ffff:ffff:ffff
2602:2f:36ff:ffff:ffff:ffff:ffff:ffff
2602:2f:42ff:ffff:ffff:ffff:ffff:ffff
2602:2f:48ff:ffff:ffff:ffff:ffff:ffff
2602:2f:66ff:ffff:ffff:ffff:ffff:ffff
2602:2f:86ff:ffff:ffff:ffff:ffff:ffff
2602:2f:99ff:ffff:ffff:ffff:ffff:ffff
2602:2f:caff:ffff:ffff:ffff:ffff:ffff
2602:2f:d3ff:ffff:ffff:ffff:ffff:ffff
2602:2f:d9ff:ffff:ffff:ffff:ffff:ffff
2602:30:81ff:ffff:ffff:ffff:ffff:ffff
2602:30:84ff:ffff:ffff:ffff:ffff:ffff
2602:30:93ff:ffff:ffff:ffff:ffff:ffff
2602:30:aeff:ffff:ffff:ffff:ffff:ffff
2602:30:b3ff:ffff:ffff:ffff:ffff:ffff
2602:30:bdff:ffff:ffff:ffff:ffff:ffff
2602:30:bfff:ffff:ffff:ffff:ffff:ffff
2602:30:c4ff:ffff:ffff:ffff:ffff:ffff
2602:30:c8ff:ffff:ffff:ffff:ffff:ffff
2602:30:cbff:ffff:ffff:ffff:ffff:ffff
2602:30:cdff:ffff:ffff:ffff:ffff:ffff

2602:30:ebff:ffff:ffff:ffff:ffff:ffff
2602:31:27ff:ffff:ffff:ffff:ffff:ffff
2602:31:29ff:ffff:ffff:ffff:ffff:ffff
2602:31:6bff:ffff:ffff:ffff:ffff:ffff
2602:32:4ff:ffff:ffff:ffff:ffff:ffff
2602:32:1cff:ffff:ffff:ffff:ffff:ffff
2602:32:2eff:ffff:ffff:ffff:ffff:ffff
2602:32:41ff:ffff:ffff:ffff:ffff:ffff
2602:32:53ff:ffff:ffff:ffff:ffff:ffff
2602:32:55ff:ffff:ffff:ffff:ffff:ffff
2602:32:5aff:ffff:ffff:ffff:ffff:ffff
2602:32:64ff:ffff:ffff:ffff:ffff:ffff
2602:32:70ff:ffff:ffff:ffff:ffff:ffff
2602:32:74ff:ffff:ffff:ffff:ffff:ffff
2602:32:78ff:ffff:ffff:ffff:ffff:ffff
2602:32:7eff:ffff:ffff:ffff:ffff:ffff
2602:32:a7ff:ffff:ffff:ffff:ffff:ffff
2602:32:c7ff:ffff:ffff:ffff:ffff:ffff
2602:33:cff:ffff:ffff:ffff:ffff:ffff
2602:33:48ff:ffff:ffff:ffff:ffff:ffff
2602:33:5cff:ffff:ffff:ffff:ffff:ffff
2602:33:6bff:ffff:ffff:ffff:ffff:ffff
2602:33:6dff:ffff:ffff:ffff:ffff:ffff
2602:33:70ff:ffff:ffff:ffff:ffff:ffff
2602:33:72ff:ffff:ffff:ffff:ffff:ffff
2602:33:7eff:ffff:ffff:ffff:ffff:ffff
2602:33:90ff:ffff:ffff:ffff:ffff:ffff
2602:33:94ff:ffff:ffff:ffff:ffff:ffff
2602:33:98ff:ffff:ffff:ffff:ffff:ffff
2602:33:9fff:ffff:ffff:ffff:ffff:ffff
2602:33:a8ff:ffff:ffff:ffff:ffff:ffff
2602:33:e3ff:ffff:ffff:ffff:ffff:ffff
2602:33:f8ff:ffff:ffff:ffff:ffff:ffff
2602:34:7ff:ffff:ffff:ffff:ffff:ffff
2602:34:15ff:ffff:ffff:ffff:ffff:ffff
2602:34:45ff:ffff:ffff:ffff:ffff:ffff
2602:34:5eff:ffff:ffff:ffff:ffff:ffff

2602:34:6bff:ffff:ffff:ffff:ffff:ffff
2602:34:7bff:ffff:ffff:ffff:ffff:ffff
2602:34:96ff:ffff:ffff:ffff:ffff:ffff
2602:34:a2ff:ffff:ffff:ffff:ffff:ffff
2602:34:b0ff:ffff:ffff:ffff:ffff:ffff
2602:34:b2ff:ffff:ffff:ffff:ffff:ffff
2602:34:c0ff:ffff:ffff:ffff:ffff:ffff
2602:34:c8ff:ffff:ffff:ffff:ffff:ffff
2602:34:caff:ffff:ffff:ffff:ffff:ffff
2602:34:d1ff:ffff:ffff:ffff:ffff:ffff
2602:34:d5ff:ffff:ffff:ffff:ffff:ffff
2602:34:e5ff:ffff:ffff:ffff:ffff:ffff
2602:35:9ff:ffff:ffff:ffff:ffff:ffff
2602:35:7aff:ffff:ffff:ffff:ffff:ffff
2602:35:87ff:ffff:ffff:ffff:ffff:ffff
2602:35:9dff:ffff:ffff:ffff:ffff:ffff
2602:35:a4ff:ffff:ffff:ffff:ffff:ffff
2602:35:a6ff:ffff:ffff:ffff:ffff:ffff
2602:35:b1ff:ffff:ffff:ffff:ffff:ffff
2602:35:beff:ffff:ffff:ffff:ffff:ffff
2602:35:c8ff:ffff:ffff:ffff:ffff:ffff
2602:35:caff:ffff:ffff:ffff:ffff:ffff
2602:35:cfff:ffff:ffff:ffff:ffff:ffff
2602:35:daff:ffff:ffff:ffff:ffff:ffff
2602:35:e0ff:ffff:ffff:ffff:ffff:ffff
2602:35:e2ff:ffff:ffff:ffff:ffff:ffff
2602:35:e4ff:ffff:ffff:ffff:ffff:ffff
2602:35:ebff:ffff:ffff:ffff:ffff:ffff
2602:35:f2ff:ffff:ffff:ffff:ffff:ffff
2602:36:12ff:ffff:ffff:ffff:ffff:ffff
2602:36:14ff:ffff:ffff:ffff:ffff:ffff
2602:36:19ff:ffff:ffff:ffff:ffff:ffff
2602:36:1fff:ffff:ffff:ffff:ffff:ffff
2602:36:26ff:ffff:ffff:ffff:ffff:ffff
2602:36:2aff:ffff:ffff:ffff:ffff:ffff
2602:36:2cff:ffff:ffff:ffff:ffff:ffff
2602:36:5eff:ffff:ffff:ffff:ffff:ffff

2602:36:60ff:ffff:ffff:ffff:ffff:ffff
2602:36:66ff:ffff:ffff:ffff:ffff:ffff
2602:36:69ff:ffff:ffff:ffff:ffff:ffff
2602:36:6eff:ffff:ffff:ffff:ffff:ffff
2602:36:83ff:ffff:ffff:ffff:ffff:ffff
2602:36:8bff:ffff:ffff:ffff:ffff:ffff
2602:36:8fff:ffff:ffff:ffff:ffff:ffff
2602:36:acff:ffff:ffff:ffff:ffff:ffff
2602:37:ff:ffff:ffff:ffff:ffff:ffff
2602:37:9cff:ffff:ffff:ffff:ffff:ffff
2602:37:d7ff:ffff:ffff:ffff:ffff:ffff
2602:37:eaff:ffff:ffff:ffff:ffff:ffff
2602:37:faff:ffff:ffff:ffff:ffff:ffff
2602:38:ff:ffff:ffff:ffff:ffff:ffff
2602:38:6ff:ffff:ffff:ffff:ffff:ffff
2602:38:18ff:ffff:ffff:ffff:ffff:ffff
2602:38:24ff:ffff:ffff:ffff:ffff:ffff
2602:38:27ff:ffff:ffff:ffff:ffff:ffff
2602:38:5eff:ffff:ffff:ffff:ffff:ffff
2602:38:9fff:ffff:ffff:ffff:ffff:ffff
2602:39:3ff:ffff:ffff:ffff:ffff:ffff
2602:39:bff:ffff:ffff:ffff:ffff:ffff
2602:39:48ff:ffff:ffff:ffff:ffff:ffff
2602:39:4dff:ffff:ffff:ffff:ffff:ffff
2602:39:5eff:ffff:ffff:ffff:ffff:ffff
2602:39:62ff:ffff:ffff:ffff:ffff:ffff
2602:39:a7ff:ffff:ffff:ffff:ffff:ffff
2602:39:b3ff:ffff:ffff:ffff:ffff:ffff
2602:39:c3ff:ffff:ffff:ffff:ffff:ffff
2602:39:caff:ffff:ffff:ffff:ffff:ffff
2602:39:f3ff:ffff:ffff:ffff:ffff:ffff
2602:39:fcff:ffff:ffff:ffff:ffff:ffff
2602:3a:32ff:ffff:ffff:ffff:ffff:ffff
2602:3a:3fff:ffff:ffff:ffff:ffff:ffff
2602:3a:83ff:ffff:ffff:ffff:ffff:ffff
2602:3a:93ff:ffff:ffff:ffff:ffff:ffff
2602:3a:a3ff:ffff:ffff:ffff:ffff:ffff

2602:3a:a7ff:ffff:ffff:ffff:ffff:ffff
2602:3a:b6ff:ffff:ffff:ffff:ffff:ffff
2602:3a:b8ff:ffff:ffff:ffff:ffff:ffff
2602:3a:cfff:ffff:ffff:ffff:ffff:ffff
2602:3a:d7ff:ffff:ffff:ffff:ffff:ffff
2602:3a:e4ff:ffff:ffff:ffff:ffff:ffff
2602:3a:efff:ffff:ffff:ffff:ffff:ffff
2602:3b:4ff:ffff:ffff:ffff:ffff:ffff
2602:3b:1aff:ffff:ffff:ffff:ffff:ffff
2602:3b:23ff:ffff:ffff:ffff:ffff:ffff
2602:3b:2cff:ffff:ffff:ffff:ffff:ffff
2602:3b:31ff:ffff:ffff:ffff:ffff:ffff
2602:3b:35ff:ffff:ffff:ffff:ffff:ffff
2602:3b:4fff:ffff:ffff:ffff:ffff:ffff
2602:3b:5dff:ffff:ffff:ffff:ffff:ffff
2602:3b:61ff:ffff:ffff:ffff:ffff:ffff
2602:3b:63ff:ffff:ffff:ffff:ffff:ffff
2602:3b:6bff:ffff:ffff:ffff:ffff:ffff
2602:3b:6dff:ffff:ffff:ffff:ffff:ffff
2602:3b:8aff:ffff:ffff:ffff:ffff:ffff
2602:3b:94ff:ffff:ffff:ffff:ffff:ffff
2602:3b:97ff:ffff:ffff:ffff:ffff:ffff
2602:3b:99ff:ffff:ffff:ffff:ffff:ffff
2602:3b:9cff:ffff:ffff:ffff:ffff:ffff
2602:3b:a3ff:ffff:ffff:ffff:ffff:ffff
2602:3b:a6ff:ffff:ffff:ffff:ffff:ffff
2602:3b:a9ff:ffff:ffff:ffff:ffff:ffff
2602:3b:b5ff:ffff:ffff:ffff:ffff:ffff
2602:3b:b9ff:ffff:ffff:ffff:ffff:ffff
2602:3b:cfff:ffff:ffff:ffff:ffff:ffff
2602:3c:32ff:ffff:ffff:ffff:ffff:ffff
2602:3c:c3ff:ffff:ffff:ffff:ffff:ffff
2602:3c:ccff:ffff:ffff:ffff:ffff:ffff
2602:3c:cfff:ffff:ffff:ffff:ffff:ffff
2602:3c:e9ff:ffff:ffff:ffff:ffff:ffff
2602:3c:fbff:ffff:ffff:ffff:ffff:ffff
2602:3d:8ff:ffff:ffff:ffff:ffff:ffff

2602:3d:12ff:ffff:ffff:ffff:ffff:ffff
2602:3d:15ff:ffff:ffff:ffff:ffff:ffff
2602:3d:19ff:ffff:ffff:ffff:ffff:ffff
2602:3d:20ff:ffff:ffff:ffff:ffff:ffff
2602:3d:26ff:ffff:ffff:ffff:ffff:ffff
2602:3d:36ff:ffff:ffff:ffff:ffff:ffff
2602:3d:43ff:ffff:ffff:ffff:ffff:ffff
2602:3d:62ff:ffff:ffff:ffff:ffff:ffff
2602:3d:6cff:ffff:ffff:ffff:ffff:ffff
2602:3d:7eff:ffff:ffff:ffff:ffff:ffff
2602:3d:84ff:ffff:ffff:ffff:ffff:ffff
2602:3d:beff:ffff:ffff:ffff:ffff:ffff
2602:3d:ecff:ffff:ffff:ffff:ffff:ffff
2602:3d:fbff:ffff:ffff:ffff:ffff:ffff
2602:3e:7ff:ffff:ffff:ffff:ffff:ffff
2602:3e:46ff:ffff:ffff:ffff:ffff:ffff
2602:3e:48ff:ffff:ffff:ffff:ffff:ffff
2602:3e:53ff:ffff:ffff:ffff:ffff:ffff
2602:3e:5fff:ffff:ffff:ffff:ffff:ffff
2602:3e:65ff:ffff:ffff:ffff:ffff:ffff
2602:3e:6aff:ffff:ffff:ffff:ffff:ffff
2602:3e:73ff:ffff:ffff:ffff:ffff:ffff
2602:3e:7eff:ffff:ffff:ffff:ffff:ffff
2602:3e:84ff:ffff:ffff:ffff:ffff:ffff
2602:3e:bbff:ffff:ffff:ffff:ffff:ffff
2602:3f:aff:ffff:ffff:ffff:ffff:ffff
2602:3f:fff:ffff:ffff:ffff:ffff:ffff
2602:3f:aaff:ffff:ffff:ffff:ffff:ffff
2602:3f:afff:ffff:ffff:ffff:ffff:ffff
2602:3f:c4ff:ffff:ffff:ffff:ffff:ffff
2602:3f:c7ff:ffff:ffff:ffff:ffff:ffff
2602:3f:c9ff:ffff:ffff:ffff:ffff:ffff
2602:3f:d1ff:ffff:ffff:ffff:ffff:ffff
2602:3f:d5ff:ffff:ffff:ffff:ffff:ffff
2602:3f:d8ff:ffff:ffff:ffff:ffff:ffff
2602:3f:deff:ffff:ffff:ffff:ffff:ffff
2602:3f:e1ff:ffff:ffff:ffff:ffff:ffff

2602:3f:f4ff:ffff:ffff:ffff:ffff:ffff
2602:3f:fbff:ffff:ffff:ffff:ffff:ffff
2602:3f:ffff:ffff:ffff:ffff:ffff:ffff
2602:40:2ff:ffff:ffff:ffff:ffff:ffff
2602:40:19ff:ffff:ffff:ffff:ffff:ffff
2602:40:1eff:ffff:ffff:ffff:ffff:ffff
2602:40:2eff:ffff:ffff:ffff:ffff:ffff
2602:40:58ff:ffff:ffff:ffff:ffff:ffff
2602:40:98ff:ffff:ffff:ffff:ffff:ffff
2602:41:6ff:ffff:ffff:ffff:ffff:ffff
2602:41:9ff:ffff:ffff:ffff:ffff:ffff
2602:41:dff:ffff:ffff:ffff:ffff:ffff
2602:41:58ff:ffff:ffff:ffff:ffff:ffff
2602:41:7eff:ffff:ffff:ffff:ffff:ffff
2602:41:8bff:ffff:ffff:ffff:ffff:ffff
2602:41:90ff:ffff:ffff:ffff:ffff:ffff
2602:41:96ff:ffff:ffff:ffff:ffff:ffff
2602:41:a7ff:ffff:ffff:ffff:ffff:ffff
2602:41:c4ff:ffff:ffff:ffff:ffff:ffff
2602:42:8dff:ffff:ffff:ffff:ffff:ffff
2602:42:a9ff:ffff:ffff:ffff:ffff:ffff
2602:42:adff:ffff:ffff:ffff:ffff:ffff
2602:42:b8ff:ffff:ffff:ffff:ffff:ffff
2602:42:bbff:ffff:ffff:ffff:ffff:ffff
2602:42:edff:ffff:ffff:ffff:ffff:ffff
2602:42:f1ff:ffff:ffff:ffff:ffff:ffff
2602:42:f6ff:ffff:ffff:ffff:ffff:ffff
2602:43:12ff:ffff:ffff:ffff:ffff:ffff
2602:43:1eff:ffff:ffff:ffff:ffff:ffff
2602:43:22ff:ffff:ffff:ffff:ffff:ffff
2602:43:28ff:ffff:ffff:ffff:ffff:ffff
2602:43:2aff:ffff:ffff:ffff:ffff:ffff
2602:43:56ff:ffff:ffff:ffff:ffff:ffff
2602:44:1cff:ffff:ffff:ffff:ffff:ffff
2602:44:36ff:ffff:ffff:ffff:ffff:ffff
2602:44:a1ff:ffff:ffff:ffff:ffff:ffff
2602:44:a4ff:ffff:ffff:ffff:ffff:ffff

2602:44:b2ff:ffff:ffff:ffff:ffff:ffff
2602:44:bdff:ffff:ffff:ffff:ffff:ffff
2602:44:c1ff:ffff:ffff:ffff:ffff:ffff
2602:44:e3ff:ffff:ffff:ffff:ffff:ffff
2602:44:efff:ffff:ffff:ffff:ffff:ffff
2602:45:21ff:ffff:ffff:ffff:ffff:ffff
2602:45:2aff:ffff:ffff:ffff:ffff:ffff
2602:45:48ff:ffff:ffff:ffff:ffff:ffff
2602:45:61ff:ffff:ffff:ffff:ffff:ffff
2602:46:2aff:ffff:ffff:ffff:ffff:ffff
2602:46:37ff:ffff:ffff:ffff:ffff:ffff
2602:46:3bff:ffff:ffff:ffff:ffff:ffff
2602:46:3eff:ffff:ffff:ffff:ffff:ffff
2602:46:6fff:ffff:ffff:ffff:ffff:ffff
2602:46:73ff:ffff:ffff:ffff:ffff:ffff
2602:46:79ff:ffff:ffff:ffff:ffff:ffff
2602:47:a6ff:ffff:ffff:ffff:ffff:ffff
2602:47:abff:ffff:ffff:ffff:ffff:ffff
2602:47:b1ff:ffff:ffff:ffff:ffff:ffff
2602:47:b6ff:ffff:ffff:ffff:ffff:ffff
2602:47:bcff:ffff:ffff:ffff:ffff:ffff
2602:47:c2ff:ffff:ffff:ffff:ffff:ffff
2602:47:cfff:ffff:ffff:ffff:ffff:ffff
2602:47:d4ff:ffff:ffff:ffff:ffff:ffff
2602:47:ebff:ffff:ffff:ffff:ffff:ffff
2602:47:f1ff:ffff:ffff:ffff:ffff:ffff
2602:47:f9ff:ffff:ffff:ffff:ffff:ffff
2602:47:fcff:ffff:ffff:ffff:ffff:ffff
2602:48:dff:ffff:ffff:ffff:ffff:ffff
2602:48:11ff:ffff:ffff:ffff:ffff:ffff
2602:48:87ff:ffff:ffff:ffff:ffff:ffff
2602:48:9eff:ffff:ffff:ffff:ffff:ffff
2602:48:b4ff:ffff:ffff:ffff:ffff:ffff
2602:48:b7ff:ffff:ffff:ffff:ffff:ffff
2602:48:bfff:ffff:ffff:ffff:ffff:ffff
2602:48:caff:ffff:ffff:ffff:ffff:ffff
2602:48:d3ff:ffff:ffff:ffff:ffff:ffff

2602:48:ecff:ffff:ffff:ffff:ffff:ffff
2602:48:eeff:ffff:ffff:ffff:ffff:ffff
2602:48:f9ff:ffff:ffff:ffff:ffff:ffff
2602:48:fbff:ffff:ffff:ffff:ffff:ffff
2602:49:3ff:ffff:ffff:ffff:ffff:ffff
2602:49:8ff:ffff:ffff:ffff:ffff:ffff
2602:49:1dff:ffff:ffff:ffff:ffff:ffff
2602:49:34ff:ffff:ffff:ffff:ffff:ffff
2602:49:3aff:ffff:ffff:ffff:ffff:ffff
2602:49:51ff:ffff:ffff:ffff:ffff:ffff
2602:49:56ff:ffff:ffff:ffff:ffff:ffff
2602:49:61ff:ffff:ffff:ffff:ffff:ffff
2602:49:74ff:ffff:ffff:ffff:ffff:ffff
2602:49:8eff:ffff:ffff:ffff:ffff:ffff
2602:49:9cff:ffff:ffff:ffff:ffff:ffff
2602:49:a8ff:ffff:ffff:ffff:ffff:ffff
2602:49:f8ff:ffff:ffff:ffff:ffff:ffff
2602:4a:1ff:ffff:ffff:ffff:ffff:ffff
2602:4a:14ff:ffff:ffff:ffff:ffff:ffff
2602:4a:19ff:ffff:ffff:ffff:ffff:ffff
2602:4a:1eff:ffff:ffff:ffff:ffff:ffff
2602:4a:25ff:ffff:ffff:ffff:ffff:ffff
2602:4a:29ff:ffff:ffff:ffff:ffff:ffff
2602:4a:36ff:ffff:ffff:ffff:ffff:ffff
2602:4a:3fff:ffff:ffff:ffff:ffff:ffff
2602:4a:4aff:ffff:ffff:ffff:ffff:ffff
2602:4a:52ff:ffff:ffff:ffff:ffff:ffff
2602:4a:6aff:ffff:ffff:ffff:ffff:ffff
2602:4a:73ff:ffff:ffff:ffff:ffff:ffff
2602:4a:79ff:ffff:ffff:ffff:ffff:ffff
2602:4a:80ff:ffff:ffff:ffff:ffff:ffff
2602:4a:87ff:ffff:ffff:ffff:ffff:ffff
2602:4a:91ff:ffff:ffff:ffff:ffff:ffff
2602:4a:a3ff:ffff:ffff:ffff:ffff:ffff
2602:4b:9dff:ffff:ffff:ffff:ffff:ffff
2602:4b:a1ff:ffff:ffff:ffff:ffff:ffff
2602:4b:a6ff:ffff:ffff:ffff:ffff:ffff

2602:4b:a8ff:ffff:ffff:ffff:ffff:ffff
2602:4b:b9ff:ffff:ffff:ffff:ffff:ffff
2602:4b:d2ff:ffff:ffff:ffff:ffff:ffff
2602:4b:d9ff:ffff:ffff:ffff:ffff:ffff
2602:4b:edff:ffff:ffff:ffff:ffff:ffff
2602:4c:23ff:ffff:ffff:ffff:ffff:ffff
2602:4c:6eff:ffff:ffff:ffff:ffff:ffff
2602:4c:94ff:ffff:ffff:ffff:ffff:ffff
2602:4c:96ff:ffff:ffff:ffff:ffff:ffff
2602:4c:9aff:ffff:ffff:ffff:ffff:ffff
2602:4c:9eff:ffff:ffff:ffff:ffff:ffff
2602:4c:a7ff:ffff:ffff:ffff:ffff:ffff
2602:4c:b2ff:ffff:ffff:ffff:ffff:ffff
2602:4c:bcff:ffff:ffff:ffff:ffff:ffff
2602:4c:ccff:ffff:ffff:ffff:ffff:ffff
2602:4c:e5ff:ffff:ffff:ffff:ffff:ffff
2602:4d:1dff:ffff:ffff:ffff:ffff:ffff
2602:4d:32ff:ffff:ffff:ffff:ffff:ffff
2602:4d:35ff:ffff:ffff:ffff:ffff:ffff
2602:4d:64ff:ffff:ffff:ffff:ffff:ffff
2602:4e:38ff:ffff:ffff:ffff:ffff:ffff
2602:4e:52ff:ffff:ffff:ffff:ffff:ffff
2602:4e:88ff:ffff:ffff:ffff:ffff:ffff
2602:4e:8dff:ffff:ffff:ffff:ffff:ffff
2602:4e:92ff:ffff:ffff:ffff:ffff:ffff
2602:4e:a4ff:ffff:ffff:ffff:ffff:ffff
2602:4e:c5ff:ffff:ffff:ffff:ffff:ffff
2602:4e:daff:ffff:ffff:ffff:ffff:ffff
2602:4e:e9ff:ffff:ffff:ffff:ffff:ffff
2602:4f:dff:ffff:ffff:ffff:ffff:ffff
2602:4f:16ff:ffff:ffff:ffff:ffff:ffff
2602:4f:99ff:ffff:ffff:ffff:ffff:ffff
2602:4f:9fff:ffff:ffff:ffff:ffff:ffff
2602:4f:a3ff:ffff:ffff:ffff:ffff:ffff
2602:4f:acff:ffff:ffff:ffff:ffff:ffff
2602:4f:afff:ffff:ffff:ffff:ffff:ffff
2602:4f:b1ff:ffff:ffff:ffff:ffff:ffff

2602:4f:c5ff:ffff:ffff:ffff:ffff:ffff
2602:4f:caff:ffff:ffff:ffff:ffff:ffff
2602:4f:ccff:ffff:ffff:ffff:ffff:ffff
2602:4f:ceff:ffff:ffff:ffff:ffff:ffff
2602:4f:d3ff:ffff:ffff:ffff:ffff:ffff
2602:4f:e6ff:ffff:ffff:ffff:ffff:ffff
2602:50:11ff:ffff:ffff:ffff:ffff:ffff
2602:50:24ff:ffff:ffff:ffff:ffff:ffff
2602:50:2eff:ffff:ffff:ffff:ffff:ffff
2602:50:6aff:ffff:ffff:ffff:ffff:ffff
2602:50:7aff:ffff:ffff:ffff:ffff:ffff
2602:50:aeff:ffff:ffff:ffff:ffff:ffff
2602:50:baff:ffff:ffff:ffff:ffff:ffff
2602:50:c5ff:ffff:ffff:ffff:ffff:ffff
2602:50:d1ff:ffff:ffff:ffff:ffff:ffff
2602:50:d6ff:ffff:ffff:ffff:ffff:ffff
2602:50:d8ff:ffff:ffff:ffff:ffff:ffff
2602:50:daff:ffff:ffff:ffff:ffff:ffff
2602:50:e0ff:ffff:ffff:ffff:ffff:ffff
2602:50:e8ff:ffff:ffff:ffff:ffff:ffff
2602:50:ebff:ffff:ffff:ffff:ffff:ffff
2602:50:f3ff:ffff:ffff:ffff:ffff:ffff
2602:51:1eff:ffff:ffff:ffff:ffff:ffff
2602:51:68ff:ffff:ffff:ffff:ffff:ffff
2602:51:7aff:ffff:ffff:ffff:ffff:ffff
2602:51:7dff:ffff:ffff:ffff:ffff:ffff
2602:51:8dff:ffff:ffff:ffff:ffff:ffff
2602:51:8fff:ffff:ffff:ffff:ffff:ffff
2602:51:95ff:ffff:ffff:ffff:ffff:ffff
2602:51:a6ff:ffff:ffff:ffff:ffff:ffff
2602:51:a8ff:ffff:ffff:ffff:ffff:ffff
2602:51:f8ff:ffff:ffff:ffff:ffff:ffff
2602:52:34ff:ffff:ffff:ffff:ffff:ffff
2602:52:4cff:ffff:ffff:ffff:ffff:ffff
2602:52:63ff:ffff:ffff:ffff:ffff:ffff
2602:52:6eff:ffff:ffff:ffff:ffff:ffff
2602:52:72ff:ffff:ffff:ffff:ffff:ffff

2602:52:77ff:ffff:ffff:ffff:ffff:ffff
2602:52:f5ff:ffff:ffff:ffff:ffff:ffff
2602:53:49ff:ffff:ffff:ffff:ffff:ffff
2602:53:4bff:ffff:ffff:ffff:ffff:ffff
2602:53:59ff:ffff:ffff:ffff:ffff:ffff
2602:53:5fff:ffff:ffff:ffff:ffff:ffff
2602:53:63ff:ffff:ffff:ffff:ffff:ffff
2602:53:68ff:ffff:ffff:ffff:ffff:ffff
2602:53:80ff:ffff:ffff:ffff:ffff:ffff
2602:53:87ff:ffff:ffff:ffff:ffff:ffff
2602:53:94ff:ffff:ffff:ffff:ffff:ffff
2602:53:9fff:ffff:ffff:ffff:ffff:ffff
2602:53:b4ff:ffff:ffff:ffff:ffff:ffff
2602:53:baff:ffff:ffff:ffff:ffff:ffff
2602:53:c2ff:ffff:ffff:ffff:ffff:ffff
2602:53:c5ff:ffff:ffff:ffff:ffff:ffff
2602:54:68ff:ffff:ffff:ffff:ffff:ffff
2602:54:6dff:ffff:ffff:ffff:ffff:ffff
2602:54:70ff:ffff:ffff:ffff:ffff:ffff
2602:54:81ff:ffff:ffff:ffff:ffff:ffff
2602:54:98ff:ffff:ffff:ffff:ffff:ffff
2602:54:9bff:ffff:ffff:ffff:ffff:ffff
2602:54:a9ff:ffff:ffff:ffff:ffff:ffff
2602:54:b4ff:ffff:ffff:ffff:ffff:ffff
2602:54:bfff:ffff:ffff:ffff:ffff:ffff
2602:54:cbff:ffff:ffff:ffff:ffff:ffff
2602:54:d0ff:ffff:ffff:ffff:ffff:ffff
2602:54:d3ff:ffff:ffff:ffff:ffff:ffff
2602:54:e9ff:ffff:ffff:ffff:ffff:ffff
2602:54:edff:ffff:ffff:ffff:ffff:ffff
2602:54:f9ff:ffff:ffff:ffff:ffff:ffff
2602:55:1dff:ffff:ffff:ffff:ffff:ffff
2602:55:20ff:ffff:ffff:ffff:ffff:ffff
2602:55:25ff:ffff:ffff:ffff:ffff:ffff
2602:55:3dff:ffff:ffff:ffff:ffff:ffff
2602:55:46ff:ffff:ffff:ffff:ffff:ffff
2602:55:4cff:ffff:ffff:ffff:ffff:ffff

2602:55:4eff:ffff:ffff:ffff:ffff:ffff
2602:55:56ff:ffff:ffff:ffff:ffff:ffff
2602:55:72ff:ffff:ffff:ffff:ffff:ffff
2602:55:7fff:ffff:ffff:ffff:ffff:ffff
2602:56:11ff:ffff:ffff:ffff:ffff:ffff
2602:56:16ff:ffff:ffff:ffff:ffff:ffff
2602:56:1cff:ffff:ffff:ffff:ffff:ffff
2602:56:1fff:ffff:ffff:ffff:ffff:ffff
2602:56:26ff:ffff:ffff:ffff:ffff:ffff
2602:56:45ff:ffff:ffff:ffff:ffff:ffff
2602:56:7eff:ffff:ffff:ffff:ffff:ffff
2602:56:8cff:ffff:ffff:ffff:ffff:ffff
2602:56:a9ff:ffff:ffff:ffff:ffff:ffff
2602:56:cbff:ffff:ffff:ffff:ffff:ffff
2602:57:2ff:ffff:ffff:ffff:ffff:ffff
2602:57:cff:ffff:ffff:ffff:ffff:ffff
2602:57:12ff:ffff:ffff:ffff:ffff:ffff
2602:57:24ff:ffff:ffff:ffff:ffff:ffff
2602:57:2fff:ffff:ffff:ffff:ffff:ffff
2602:57:34ff:ffff:ffff:ffff:ffff:ffff
2602:57:38ff:ffff:ffff:ffff:ffff:ffff
2602:57:3dff:ffff:ffff:ffff:ffff:ffff
2602:57:49ff:ffff:ffff:ffff:ffff:ffff
2602:57:5cff:ffff:ffff:ffff:ffff:ffff
2602:57:68ff:ffff:ffff:ffff:ffff:ffff
2602:57:84ff:ffff:ffff:ffff:ffff:ffff
2602:57:88ff:ffff:ffff:ffff:ffff:ffff
2602:57:9bff:ffff:ffff:ffff:ffff:ffff
2602:57:9dff:ffff:ffff:ffff:ffff:ffff
2602:57:c1ff:ffff:ffff:ffff:ffff:ffff
2602:57:c5ff:ffff:ffff:ffff:ffff:ffff
2602:57:d0ff:ffff:ffff:ffff:ffff:ffff
2602:57:d3ff:ffff:ffff:ffff:ffff:ffff
2602:58:eff:ffff:ffff:ffff:ffff:ffff
2602:58:59ff:ffff:ffff:ffff:ffff:ffff
2602:58:5eff:ffff:ffff:ffff:ffff:ffff
2602:58:64ff:ffff:ffff:ffff:ffff:ffff

2602:58:66ff:ffff:ffff:ffff:ffff:ffff
2602:58:85ff:ffff:ffff:ffff:ffff:ffff
2602:58:87ff:ffff:ffff:ffff:ffff:ffff
2602:58:a0ff:ffff:ffff:ffff:ffff:ffff
2602:58:a2ff:ffff:ffff:ffff:ffff:ffff
2602:58:adff:ffff:ffff:ffff:ffff:ffff
2602:58:b5ff:ffff:ffff:ffff:ffff:ffff
2602:58:c8ff:ffff:ffff:ffff:ffff:ffff
2602:58:ceff:ffff:ffff:ffff:ffff:ffff
2602:58:dcff:ffff:ffff:ffff:ffff:ffff
2602:58:e5ff:ffff:ffff:ffff:ffff:ffff
2602:58:e8ff:ffff:ffff:ffff:ffff:ffff
2602:58:f4ff:ffff:ffff:ffff:ffff:ffff
2602:58:fdff:ffff:ffff:ffff:ffff:ffff
2602:59:18ff:ffff:ffff:ffff:ffff:ffff
2602:59:1dff:ffff:ffff:ffff:ffff:ffff
2602:59:28ff:ffff:ffff:ffff:ffff:ffff
2602:59:2cff:ffff:ffff:ffff:ffff:ffff
2602:59:3cff:ffff:ffff:ffff:ffff:ffff
2602:59:3fff:ffff:ffff:ffff:ffff:ffff
2602:59:41ff:ffff:ffff:ffff:ffff:ffff
2602:59:52ff:ffff:ffff:ffff:ffff:ffff
2602:59:7cff:ffff:ffff:ffff:ffff:ffff
2602:59:7eff:ffff:ffff:ffff:ffff:ffff
2602:59:8aff:ffff:ffff:ffff:ffff:ffff
2602:59:8dff:ffff:ffff:ffff:ffff:ffff
2602:59:d7ff:ffff:ffff:ffff:ffff:ffff
2602:59:efff:ffff:ffff:ffff:ffff:ffff
2602:59:f3ff:ffff:ffff:ffff:ffff:ffff
2602:59:feff:ffff:ffff:ffff:ffff:ffff
2602:5a:ff:ffff:ffff:ffff:ffff:ffff
2602:5a:75ff:ffff:ffff:ffff:ffff:ffff
2602:5a:a5ff:ffff:ffff:ffff:ffff:ffff
2602:5a:b6ff:ffff:ffff:ffff:ffff:ffff
2602:5b:9ff:ffff:ffff:ffff:ffff:ffff
2602:5b:38ff:ffff:ffff:ffff:ffff:ffff
2602:5b:43ff:ffff:ffff:ffff:ffff:ffff

2602:5b:4aff:ffff:ffff:ffff:ffff:ffff
2602:5b:53ff:ffff:ffff:ffff:ffff:ffff
2602:5b:59ff:ffff:ffff:ffff:ffff:ffff
2602:5b:62ff:ffff:ffff:ffff:ffff:ffff
2602:5b:64ff:ffff:ffff:ffff:ffff:ffff
2602:5b:66ff:ffff:ffff:ffff:ffff:ffff
2602:5b:79ff:ffff:ffff:ffff:ffff:ffff
2602:5b:7cff:ffff:ffff:ffff:ffff:ffff
2602:5b:95ff:ffff:ffff:ffff:ffff:ffff
2602:5b:98ff:ffff:ffff:ffff:ffff:ffff
2602:5b:a0ff:ffff:ffff:ffff:ffff:ffff
2602:5b:a7ff:ffff:ffff:ffff:ffff:ffff
2602:5b:acff:ffff:ffff:ffff:ffff:ffff
2602:5b:dbff:ffff:ffff:ffff:ffff:ffff
2602:5b:e1ff:ffff:ffff:ffff:ffff:ffff
2602:5c:eff:ffff:ffff:ffff:ffff:ffff
2602:5c:20ff:ffff:ffff:ffff:ffff:ffff
2602:5c:3fff:ffff:ffff:ffff:ffff:ffff
2602:5c:4aff:ffff:ffff:ffff:ffff:ffff
2602:5c:7dff:ffff:ffff:ffff:ffff:ffff
2602:5c:a3ff:ffff:ffff:ffff:ffff:ffff
2602:5c:d3ff:ffff:ffff:ffff:ffff:ffff
2602:5c:e6ff:ffff:ffff:ffff:ffff:ffff
2602:5c:eaff:ffff:ffff:ffff:ffff:ffff
2602:5d:56ff:ffff:ffff:ffff:ffff:ffff
2602:5d:b0ff:ffff:ffff:ffff:ffff:ffff
2602:5d:b3ff:ffff:ffff:ffff:ffff:ffff
2602:5d:e8ff:ffff:ffff:ffff:ffff:ffff
2602:5d:f9ff:ffff:ffff:ffff:ffff:ffff
2602:5e:11ff:ffff:ffff:ffff:ffff:ffff
2602:5e:28ff:ffff:ffff:ffff:ffff:ffff
2602:5e:30ff:ffff:ffff:ffff:ffff:ffff
2602:5e:35ff:ffff:ffff:ffff:ffff:ffff
2602:5e:37ff:ffff:ffff:ffff:ffff:ffff
2602:5e:4aff:ffff:ffff:ffff:ffff:ffff
2602:5e:53ff:ffff:ffff:ffff:ffff:ffff
2602:5f:4ff:ffff:ffff:ffff:ffff:ffff

2602:5f:fff:ffff:ffff:ffff:ffff:ffff
2602:5f:25ff:ffff:ffff:ffff:ffff:ffff
2602:5f:35ff:ffff:ffff:ffff:ffff:ffff
2602:5f:3dff:ffff:ffff:ffff:ffff:ffff
2602:5f:41ff:ffff:ffff:ffff:ffff:ffff
2602:5f:52ff:ffff:ffff:ffff:ffff:ffff
2602:5f:5bff:ffff:ffff:ffff:ffff:ffff
2602:5f:6cff:ffff:ffff:ffff:ffff:ffff
2602:5f:6eff:ffff:ffff:ffff:ffff:ffff
2602:5f:7dff:ffff:ffff:ffff:ffff:ffff
2602:5f:9dff:ffff:ffff:ffff:ffff:ffff
2602:5f:abff:ffff:ffff:ffff:ffff:ffff
2602:5f:efff:ffff:ffff:ffff:ffff:ffff
2602:5f:fbff:ffff:ffff:ffff:ffff:ffff
2602:5f:ffff:ffff:ffff:ffff:ffff:ffff
2602:60:e0ff:ffff:ffff:ffff:ffff:ffff
2602:60:e4ff:ffff:ffff:ffff:ffff:ffff
2602:60:ecff:ffff:ffff:ffff:ffff:ffff
2602:60:f1ff:ffff:ffff:ffff:ffff:ffff
2602:60:feff:ffff:ffff:ffff:ffff:ffff
2602:61:75ff:ffff:ffff:ffff:ffff:ffff
2602:61:7fff:ffff:ffff:ffff:ffff:ffff
2602:61:84ff:ffff:ffff:ffff:ffff:ffff
2602:61:a1ff:ffff:ffff:ffff:ffff:ffff
2602:61:f4ff:ffff:ffff:ffff:ffff:ffff
2602:62:41ff:ffff:ffff:ffff:ffff:ffff
2602:62:62ff:ffff:ffff:ffff:ffff:ffff
2602:62:69ff:ffff:ffff:ffff:ffff:ffff
2602:62:75ff:ffff:ffff:ffff:ffff:ffff
2602:62:8bff:ffff:ffff:ffff:ffff:ffff
2602:62:8eff:ffff:ffff:ffff:ffff:ffff
2602:63:ff:ffff:ffff:ffff:ffff:ffff
2602:63:aff:ffff:ffff:ffff:ffff:ffff
2602:63:65ff:ffff:ffff:ffff:ffff:ffff
2602:63:7bff:ffff:ffff:ffff:ffff:ffff
2602:63:a5ff:ffff:ffff:ffff:ffff:ffff
2602:63:a7ff:ffff:ffff:ffff:ffff:ffff

2602:63:a9ff:ffff:ffff:ffff:ffff:ffff
2602:63:b0ff:ffff:ffff:ffff:ffff:ffff
2602:63:b4ff:ffff:ffff:ffff:ffff:ffff
2602:63:b9ff:ffff:ffff:ffff:ffff:ffff
2602:63:c2ff:ffff:ffff:ffff:ffff:ffff
2602:63:d4ff:ffff:ffff:ffff:ffff:ffff
2602:63:d8ff:ffff:ffff:ffff:ffff:ffff
2602:64:aff:ffff:ffff:ffff:ffff:ffff
2602:64:49ff:ffff:ffff:ffff:ffff:ffff
2602:64:54ff:ffff:ffff:ffff:ffff:ffff
2602:64:60ff:ffff:ffff:ffff:ffff:ffff
2602:64:65ff:ffff:ffff:ffff:ffff:ffff
2602:64:69ff:ffff:ffff:ffff:ffff:ffff
2602:64:72ff:ffff:ffff:ffff:ffff:ffff
2602:64:7aff:ffff:ffff:ffff:ffff:ffff
2602:64:7eff:ffff:ffff:ffff:ffff:ffff
2602:64:85ff:ffff:ffff:ffff:ffff:ffff
2602:64:8bff:ffff:ffff:ffff:ffff:ffff
2602:65:87ff:ffff:ffff:ffff:ffff:ffff
2602:65:acff:ffff:ffff:ffff:ffff:ffff
2602:65:b8ff:ffff:ffff:ffff:ffff:ffff
2602:65:bcff:ffff:ffff:ffff:ffff:ffff
2602:65:bfff:ffff:ffff:ffff:ffff:ffff
2602:65:d6ff:ffff:ffff:ffff:ffff:ffff
2602:65:dbff:ffff:ffff:ffff:ffff:ffff
2602:66:6aff:ffff:ffff:ffff:ffff:ffff
2602:66:6fff:ffff:ffff:ffff:ffff:ffff
2602:66:73ff:ffff:ffff:ffff:ffff:ffff
2602:66:7cff:ffff:ffff:ffff:ffff:ffff
2602:66:85ff:ffff:ffff:ffff:ffff:ffff
2602:66:96ff:ffff:ffff:ffff:ffff:ffff
2602:66:9fff:ffff:ffff:ffff:ffff:ffff
2602:66:a6ff:ffff:ffff:ffff:ffff:ffff
2602:66:a9ff:ffff:ffff:ffff:ffff:ffff
2602:66:b0ff:ffff:ffff:ffff:ffff:ffff
2602:66:b9ff:ffff:ffff:ffff:ffff:ffff
2602:66:cfff:ffff:ffff:ffff:ffff:ffff

2602:67:4bff:ffff:ffff:ffff:ffff:ffff
2602:67:54ff:ffff:ffff:ffff:ffff:ffff
2602:67:61ff:ffff:ffff:ffff:ffff:ffff
2602:67:74ff:ffff:ffff:ffff:ffff:ffff
2602:67:b5ff:ffff:ffff:ffff:ffff:ffff
2602:67:baff:ffff:ffff:ffff:ffff:ffff
2602:67:c8ff:ffff:ffff:ffff:ffff:ffff
2602:67:cfff:ffff:ffff:ffff:ffff:ffff
2602:67:d4ff:ffff:ffff:ffff:ffff:ffff
2602:67:d8ff:ffff:ffff:ffff:ffff:ffff
2602:67:eaff:ffff:ffff:ffff:ffff:ffff
2602:67:edff:ffff:ffff:ffff:ffff:ffff
2602:67:ffff:ffff:ffff:ffff:ffff:ffff
2602:68:fff:ffff:ffff:ffff:ffff:ffff
2602:68:19ff:ffff:ffff:ffff:ffff:ffff
2602:68:a5ff:ffff:ffff:ffff:ffff:ffff
2602:69:17ff:ffff:ffff:ffff:ffff:ffff
2602:69:33ff:ffff:ffff:ffff:ffff:ffff
2602:69:36ff:ffff:ffff:ffff:ffff:ffff
2602:69:3bff:ffff:ffff:ffff:ffff:ffff
2602:69:41ff:ffff:ffff:ffff:ffff:ffff
2602:69:55ff:ffff:ffff:ffff:ffff:ffff
2602:69:5bff:ffff:ffff:ffff:ffff:ffff
2602:69:62ff:ffff:ffff:ffff:ffff:ffff
2602:69:6dff:ffff:ffff:ffff:ffff:ffff
2602:69:78ff:ffff:ffff:ffff:ffff:ffff
2602:69:7aff:ffff:ffff:ffff:ffff:ffff
2602:69:7eff:ffff:ffff:ffff:ffff:ffff
2602:69:81ff:ffff:ffff:ffff:ffff:ffff
2602:69:88ff:ffff:ffff:ffff:ffff:ffff
2602:69:92ff:ffff:ffff:ffff:ffff:ffff
2602:69:9cff:ffff:ffff:ffff:ffff:ffff
2602:69:a1ff:ffff:ffff:ffff:ffff:ffff
2602:69:a7ff:ffff:ffff:ffff:ffff:ffff
2602:69:b2ff:ffff:ffff:ffff:ffff:ffff
2602:69:b6ff:ffff:ffff:ffff:ffff:ffff
2602:69:b9ff:ffff:ffff:ffff:ffff:ffff

2602:6a:1ff:ffff:ffff:ffff:ffff:ffff
2602:6a:6ff:ffff:ffff:ffff:ffff:ffff
2602:6a:49ff:ffff:ffff:ffff:ffff:ffff
2602:6a:4cff:ffff:ffff:ffff:ffff:ffff
2602:6a:51ff:ffff:ffff:ffff:ffff:ffff
2602:6a:73ff:ffff:ffff:ffff:ffff:ffff
2602:6b:9ff:ffff:ffff:ffff:ffff:ffff
2602:6b:cff:ffff:ffff:ffff:ffff:ffff
2602:6b:52ff:ffff:ffff:ffff:ffff:ffff
2602:6b:58ff:ffff:ffff:ffff:ffff:ffff
2602:6b:5eff:ffff:ffff:ffff:ffff:ffff
2602:6b:73ff:ffff:ffff:ffff:ffff:ffff
2602:6b:79ff:ffff:ffff:ffff:ffff:ffff
2602:6b:81ff:ffff:ffff:ffff:ffff:ffff
2602:6b:8fff:ffff:ffff:ffff:ffff:ffff
2602:6b:95ff:ffff:ffff:ffff:ffff:ffff
2602:6b:97ff:ffff:ffff:ffff:ffff:ffff
2602:6b:99ff:ffff:ffff:ffff:ffff:ffff
2602:6b:9eff:ffff:ffff:ffff:ffff:ffff
2602:6b:a8ff:ffff:ffff:ffff:ffff:ffff
2602:6b:adff:ffff:ffff:ffff:ffff:ffff
2602:6b:afff:ffff:ffff:ffff:ffff:ffff
2602:6b:b1ff:ffff:ffff:ffff:ffff:ffff
2602:6b:b5ff:ffff:ffff:ffff:ffff:ffff
2602:6b:c0ff:ffff:ffff:ffff:ffff:ffff
2602:6b:c2ff:ffff:ffff:ffff:ffff:ffff
2602:6c:9bff:ffff:ffff:ffff:ffff:ffff
2602:6c:a9ff:ffff:ffff:ffff:ffff:ffff
2602:6c:c1ff:ffff:ffff:ffff:ffff:ffff
2602:6d:70ff:ffff:ffff:ffff:ffff:ffff
2602:6d:79ff:ffff:ffff:ffff:ffff:ffff
2602:6d:86ff:ffff:ffff:ffff:ffff:ffff
2602:6d:8fff:ffff:ffff:ffff:ffff:ffff
2602:6e:27ff:ffff:ffff:ffff:ffff:ffff
2602:6e:8fff:ffff:ffff:ffff:ffff:ffff
2602:6e:96ff:ffff:ffff:ffff:ffff:ffff
2602:6e:9fff:ffff:ffff:ffff:ffff:ffff

2602:6e:abff:ffff:ffff:ffff:ffff:ffff
2602:6e:b0ff:ffff:ffff:ffff:ffff:ffff
2602:6e:bfff:ffff:ffff:ffff:ffff:ffff
2602:6e:c3ff:ffff:ffff:ffff:ffff:ffff
2602:6e:c5ff:ffff:ffff:ffff:ffff:ffff
2602:6e:ceff:ffff:ffff:ffff:ffff:ffff
2602:6e:dcff:ffff:ffff:ffff:ffff:ffff
2602:6f:d8ff:ffff:ffff:ffff:ffff:ffff
2602:70:4fff:ffff:ffff:ffff:ffff:ffff
2602:70:6fff:ffff:ffff:ffff:ffff:ffff
2602:70:35ff:ffff:ffff:ffff:ffff:ffff
2602:70:41ff:ffff:ffff:ffff:ffff:ffff
2602:70:58ff:ffff:ffff:ffff:ffff:ffff
2602:70:66ff:ffff:ffff:ffff:ffff:ffff
2602:70:77ff:ffff:ffff:ffff:ffff:ffff
2602:70:8fff:ffff:ffff:ffff:ffff:ffff
2602:71:8eff:ffff:ffff:ffff:ffff:ffff
2602:71:99ff:ffff:ffff:ffff:ffff:ffff
2602:71:9eff:ffff:ffff:ffff:ffff:ffff
2602:71:a2ff:ffff:ffff:ffff:ffff:ffff
2602:71:a8ff:ffff:ffff:ffff:ffff:ffff
2602:71:aeff:ffff:ffff:ffff:ffff:ffff
2602:71:e4ff:ffff:ffff:ffff:ffff:ffff
2602:71:efff:ffff:ffff:ffff:ffff:ffff
2602:72:12ff:ffff:ffff:ffff:ffff:ffff
2602:72:1aff:ffff:ffff:ffff:ffff:ffff
2602:72:24ff:ffff:ffff:ffff:ffff:ffff
2602:72:27ff:ffff:ffff:ffff:ffff:ffff
2602:72:3bff:ffff:ffff:ffff:ffff:ffff
2602:73:19ff:ffff:ffff:ffff:ffff:ffff
2602:73:29ff:ffff:ffff:ffff:ffff:ffff
2602:73:33ff:ffff:ffff:ffff:ffff:ffff
2602:73:5aff:ffff:ffff:ffff:ffff:ffff
2602:73:60ff:ffff:ffff:ffff:ffff:ffff
2602:73:87ff:ffff:ffff:ffff:ffff:ffff
2602:73:a4ff:ffff:ffff:ffff:ffff:ffff
2602:73:acff:ffff:ffff:ffff:ffff:ffff

2602:73:b2ff:ffff:ffff:ffff:ffff:ffff
2602:73:c6ff:ffff:ffff:ffff:ffff:ffff
2602:74:42ff:ffff:ffff:ffff:ffff:ffff
2602:74:46ff:ffff:ffff:ffff:ffff:ffff
2602:74:50ff:ffff:ffff:ffff:ffff:ffff
2602:74:5bff:ffff:ffff:ffff:ffff:ffff
2602:74:65ff:ffff:ffff:ffff:ffff:ffff
2602:74:6dff:ffff:ffff:ffff:ffff:ffff
2602:75:aff:ffff:ffff:ffff:ffff:ffff
2602:75:16ff:ffff:ffff:ffff:ffff:ffff
2602:75:18ff:ffff:ffff:ffff:ffff:ffff
2602:75:30ff:ffff:ffff:ffff:ffff:ffff
2602:75:38ff:ffff:ffff:ffff:ffff:ffff
2602:75:3eff:ffff:ffff:ffff:ffff:ffff
2602:75:75ff:ffff:ffff:ffff:ffff:ffff
2602:75:8cff:ffff:ffff:ffff:ffff:ffff
2602:75:a9ff:ffff:ffff:ffff:ffff:ffff
2602:75:aeff:ffff:ffff:ffff:ffff:ffff
2602:75:b4ff:ffff:ffff:ffff:ffff:ffff
2602:75:bcff:ffff:ffff:ffff:ffff:ffff
2602:75:c2ff:ffff:ffff:ffff:ffff:ffff
2602:76:38ff:ffff:ffff:ffff:ffff:ffff
2602:76:54ff:ffff:ffff:ffff:ffff:ffff
2602:76:65ff:ffff:ffff:ffff:ffff:ffff
2602:77:12ff:ffff:ffff:ffff:ffff:ffff
2602:77:1fff:ffff:ffff:ffff:ffff:ffff
2602:77:26ff:ffff:ffff:ffff:ffff:ffff
2602:77:2aff:ffff:ffff:ffff:ffff:ffff
2602:77:2cff:ffff:ffff:ffff:ffff:ffff
2602:77:35ff:ffff:ffff:ffff:ffff:ffff
2602:77:3cff:ffff:ffff:ffff:ffff:ffff
2602:77:3fff:ffff:ffff:ffff:ffff:ffff
2602:77:68ff:ffff:ffff:ffff:ffff:ffff
2602:77:6dff:ffff:ffff:ffff:ffff:ffff
2602:77:7eff:ffff:ffff:ffff:ffff:ffff
2602:77:94ff:ffff:ffff:ffff:ffff:ffff
2602:77:96ff:ffff:ffff:ffff:ffff:ffff

2602:77:9bff:ffff:ffff:ffff:ffff:ffff
2602:77:a2ff:ffff:ffff:ffff:ffff:ffff
2602:77:a6ff:ffff:ffff:ffff:ffff:ffff
2602:78:26ff:ffff:ffff:ffff:ffff:ffff
2602:78:29ff:ffff:ffff:ffff:ffff:ffff
2602:78:3cff:ffff:ffff:ffff:ffff:ffff
2602:78:41ff:ffff:ffff:ffff:ffff:ffff
2602:78:5aff:ffff:ffff:ffff:ffff:ffff
2602:78:61ff:ffff:ffff:ffff:ffff:ffff
2602:78:85ff:ffff:ffff:ffff:ffff:ffff
2602:78:89ff:ffff:ffff:ffff:ffff:ffff
2602:78:92ff:ffff:ffff:ffff:ffff:ffff
2602:78:9aff:ffff:ffff:ffff:ffff:ffff
2602:78:d9ff:ffff:ffff:ffff:ffff:ffff
2602:78:dfff:ffff:ffff:ffff:ffff:ffff
2602:78:e7ff:ffff:ffff:ffff:ffff:ffff
2602:78:f1ff:ffff:ffff:ffff:ffff:ffff
2602:78:f5ff:ffff:ffff:ffff:ffff:ffff
2602:78:fdff:ffff:ffff:ffff:ffff:ffff
2602:79:1fff:ffff:ffff:ffff:ffff:ffff
2602:79:17ff:ffff:ffff:ffff:ffff:ffff
2602:79:1bff:ffff:ffff:ffff:ffff:ffff
2602:79:1eff:ffff:ffff:ffff:ffff:ffff
2602:79:29ff:ffff:ffff:ffff:ffff:ffff
2602:79:32ff:ffff:ffff:ffff:ffff:ffff
2602:79:3aff:ffff:ffff:ffff:ffff:ffff
2602:79:50ff:ffff:ffff:ffff:ffff:ffff
2602:79:5dff:ffff:ffff:ffff:ffff:ffff
2602:79:e9ff:ffff:ffff:ffff:ffff:ffff
2602:79:ecff:ffff:ffff:ffff:ffff:ffff
2602:79:fbff:ffff:ffff:ffff:ffff:ffff
2602:79:feff:ffff:ffff:ffff:ffff:ffff
2602:7a:12ff:ffff:ffff:ffff:ffff:ffff
2602:7a:17ff:ffff:ffff:ffff:ffff:ffff
2602:7a:32ff:ffff:ffff:ffff:ffff:ffff
2602:7b:3dff:ffff:ffff:ffff:ffff:ffff
2602:7b:3fff:ffff:ffff:ffff:ffff:ffff

2602:7b:71ff:ffff:ffff:ffff:ffff:ffff
2602:7b:79ff:ffff:ffff:ffff:ffff:ffff
2602:7b:7eff:ffff:ffff:ffff:ffff:ffff
2602:7b:80ff:ffff:ffff:ffff:ffff:ffff
2602:7b:89ff:ffff:ffff:ffff:ffff:ffff
2602:7b:8cff:ffff:ffff:ffff:ffff:ffff
2602:7b:b0ff:ffff:ffff:ffff:ffff:ffff
2602:7b:bdff:ffff:ffff:ffff:ffff:ffff
2602:7b:e4ff:ffff:ffff:ffff:ffff:ffff
2602:7b:f7ff:ffff:ffff:ffff:ffff:ffff
2602:7b:fbff:ffff:ffff:ffff:ffff:ffff
2602:7c:11ff:ffff:ffff:ffff:ffff:ffff
2602:7c:1fff:ffff:ffff:ffff:ffff:ffff
2602:7c:26ff:ffff:ffff:ffff:ffff:ffff
2602:7c:2cff:ffff:ffff:ffff:ffff:ffff
2602:7c:73ff:ffff:ffff:ffff:ffff:ffff
2602:7c:91ff:ffff:ffff:ffff:ffff:ffff
2602:7c:baff:ffff:ffff:ffff:ffff:ffff
2602:7c:bdff:ffff:ffff:ffff:ffff:ffff
2602:7c:c3ff:ffff:ffff:ffff:ffff:ffff
2602:7c:e7ff:ffff:ffff:ffff:ffff:ffff
2602:7c:f1ff:ffff:ffff:ffff:ffff:ffff
2602:7c:f5ff:ffff:ffff:ffff:ffff:ffff
2602:7d:1eff:ffff:ffff:ffff:ffff:ffff
2602:7d:24ff:ffff:ffff:ffff:ffff:ffff
2602:7d:34ff:ffff:ffff:ffff:ffff:ffff
2602:7d:45ff:ffff:ffff:ffff:ffff:ffff
2602:7d:d9ff:ffff:ffff:ffff:ffff:ffff
2602:7d:f5ff:ffff:ffff:ffff:ffff:ffff
2602:7e:11ff:ffff:ffff:ffff:ffff:ffff
2602:7e:3aff:ffff:ffff:ffff:ffff:ffff
2602:7e:40ff:ffff:ffff:ffff:ffff:ffff
2602:7e:e9ff:ffff:ffff:ffff:ffff:ffff
2602:7e:eeff:ffff:ffff:ffff:ffff:ffff
2602:7e:f0ff:ffff:ffff:ffff:ffff:ffff
2602:7e:fbff:ffff:ffff:ffff:ffff:ffff
2602:7f:13ff:ffff:ffff:ffff:ffff:ffff

2602:7f:17ff:ffff:ffff:ffff:ffff:ffff
2602:7f:2aff:ffff:ffff:ffff:ffff:ffff
2602:7f:2fff:ffff:ffff:ffff:ffff:ffff
2602:7f:4cff:ffff:ffff:ffff:ffff:ffff
2602:7f:54ff:ffff:ffff:ffff:ffff:ffff
2602:7f:66ff:ffff:ffff:ffff:ffff:ffff
2602:7f:6aff:ffff:ffff:ffff:ffff:ffff
2602:7f:71ff:ffff:ffff:ffff:ffff:ffff
2602:7f:79ff:ffff:ffff:ffff:ffff:ffff
2602:7f:87ff:ffff:ffff:ffff:ffff:ffff
2602:7f:89ff:ffff:ffff:ffff:ffff:ffff
2602:7f:9dff:ffff:ffff:ffff:ffff:ffff
2602:7f:a1ff:ffff:ffff:ffff:ffff:ffff
2602:7f:a4ff:ffff:ffff:ffff:ffff:ffff
2602:7f:a8ff:ffff:ffff:ffff:ffff:ffff
2602:7f:aeff:ffff:ffff:ffff:ffff:ffff
2602:7f:c2ff:ffff:ffff:ffff:ffff:ffff
2602:80:3fff:ffff:ffff:ffff:ffff:ffff
2602:80:afff:ffff:ffff:ffff:ffff:ffff
2602:80:23ff:ffff:ffff:ffff:ffff:ffff
2602:80:34ff:ffff:ffff:ffff:ffff:ffff
2602:80:56ff:ffff:ffff:ffff:ffff:ffff
2602:80:58ff:ffff:ffff:ffff:ffff:ffff
2602:80:5cff:ffff:ffff:ffff:ffff:ffff
2602:80:6bff:ffff:ffff:ffff:ffff:ffff
2602:80:72ff:ffff:ffff:ffff:ffff:ffff
2602:80:abff:ffff:ffff:ffff:ffff:ffff
2602:80:b3ff:ffff:ffff:ffff:ffff:ffff
2602:80:d4ff:ffff:ffff:ffff:ffff:ffff
2602:80:daff:ffff:ffff:ffff:ffff:ffff
2602:80:f6ff:ffff:ffff:ffff:ffff:ffff
2602:81:2fff:ffff:ffff:ffff:ffff:ffff
2602:81:9fff:ffff:ffff:ffff:ffff:ffff
2602:81:dfff:ffff:ffff:ffff:ffff:ffff
2602:81:17ff:ffff:ffff:ffff:ffff:ffff
2602:81:37ff:ffff:ffff:ffff:ffff:ffff
2602:81:43ff:ffff:ffff:ffff:ffff:ffff

2602:81:6cff:ffff:ffff:ffff:ffff:ffff
2602:81:7fff:ffff:ffff:ffff:ffff:ffff
2602:81:85ff:ffff:ffff:ffff:ffff:ffff
2602:81:90ff:ffff:ffff:ffff:ffff:ffff
2602:81:92ff:ffff:ffff:ffff:ffff:ffff
2602:81:96ff:ffff:ffff:ffff:ffff:ffff
2602:81:a3ff:ffff:ffff:ffff:ffff:ffff
2602:81:b6ff:ffff:ffff:ffff:ffff:ffff
2602:81:b9ff:ffff:ffff:ffff:ffff:ffff
2602:81:c6ff:ffff:ffff:ffff:ffff:ffff
2602:82:8aff:ffff:ffff:ffff:ffff:ffff
2602:82:beff:ffff:ffff:ffff:ffff:ffff
2602:82:c2ff:ffff:ffff:ffff:ffff:ffff
2602:82:c7ff:ffff:ffff:ffff:ffff:ffff
2602:82:d3ff:ffff:ffff:ffff:ffff:ffff
2602:82:d6ff:ffff:ffff:ffff:ffff:ffff
2602:82:e1ff:ffff:ffff:ffff:ffff:ffff
2602:82:e5ff:ffff:ffff:ffff:ffff:ffff
2602:82:e7ff:ffff:ffff:ffff:ffff:ffff
2602:82:e9ff:ffff:ffff:ffff:ffff:ffff
2602:82:edff:ffff:ffff:ffff:ffff:ffff
2602:82:f0ff:ffff:ffff:ffff:ffff:ffff
2602:82:f7ff:ffff:ffff:ffff:ffff:ffff
2602:83:14ff:ffff:ffff:ffff:ffff:ffff
2602:83:1aff:ffff:ffff:ffff:ffff:ffff
2602:83:66ff:ffff:ffff:ffff:ffff:ffff
2602:84:7fff:ffff:ffff:ffff:ffff:ffff
2602:84:89ff:ffff:ffff:ffff:ffff:ffff
2602:84:9dff:ffff:ffff:ffff:ffff:ffff
2602:84:a8ff:ffff:ffff:ffff:ffff:ffff
2602:84:b3ff:ffff:ffff:ffff:ffff:ffff
2602:84:d6ff:ffff:ffff:ffff:ffff:ffff
2602:84:e0ff:ffff:ffff:ffff:ffff:ffff
2602:84:e2ff:ffff:ffff:ffff:ffff:ffff
2602:85:1bff:ffff:ffff:ffff:ffff:ffff
2602:85:3aff:ffff:ffff:ffff:ffff:ffff
2602:85:47ff:ffff:ffff:ffff:ffff:ffff

2602:85:50ff:ffff:ffff:ffff:ffff:ffff
2602:85:65ff:ffff:ffff:ffff:ffff:ffff
2602:85:75ff:ffff:ffff:ffff:ffff:ffff
2602:85:efff:ffff:ffff:ffff:ffff:ffff
2602:86:36ff:ffff:ffff:ffff:ffff:ffff
2602:86:4aff:ffff:ffff:ffff:ffff:ffff
2602:86:50ff:ffff:ffff:ffff:ffff:ffff
2602:86:55ff:ffff:ffff:ffff:ffff:ffff
2602:86:61ff:ffff:ffff:ffff:ffff:ffff
2602:86:67ff:ffff:ffff:ffff:ffff:ffff
2602:87:77ff:ffff:ffff:ffff:ffff:ffff
2602:87:a0ff:ffff:ffff:ffff:ffff:ffff
2602:87:a6ff:ffff:ffff:ffff:ffff:ffff
2602:87:acff:ffff:ffff:ffff:ffff:ffff
2602:87:beff:ffff:ffff:ffff:ffff:ffff
2602:88:2dff:ffff:ffff:ffff:ffff:ffff
2602:88:47ff:ffff:ffff:ffff:ffff:ffff
2602:88:5aff:ffff:ffff:ffff:ffff:ffff
2602:88:71ff:ffff:ffff:ffff:ffff:ffff
2602:88:77ff:ffff:ffff:ffff:ffff:ffff
2602:88:a5ff:ffff:ffff:ffff:ffff:ffff
2602:88:b6ff:ffff:ffff:ffff:ffff:ffff
2602:88:bbff:ffff:ffff:ffff:ffff:ffff
2602:89:eff:ffff:ffff:ffff:ffff:ffff
2602:89:28ff:ffff:ffff:ffff:ffff:ffff
2602:89:30ff:ffff:ffff:ffff:ffff:ffff
2602:89:36ff:ffff:ffff:ffff:ffff:ffff
2602:89:46ff:ffff:ffff:ffff:ffff:ffff
2602:89:4aff:ffff:ffff:ffff:ffff:ffff
2602:89:4cff:ffff:ffff:ffff:ffff:ffff
2602:89:76ff:ffff:ffff:ffff:ffff:ffff
2602:89:87ff:ffff:ffff:ffff:ffff:ffff
2602:89:98ff:ffff:ffff:ffff:ffff:ffff
2602:89:9eff:ffff:ffff:ffff:ffff:ffff
2602:89:b2ff:ffff:ffff:ffff:ffff:ffff
2602:89:c1ff:ffff:ffff:ffff:ffff:ffff
2602:89:d3ff:ffff:ffff:ffff:ffff:ffff

2602:89:dcff:ffff:ffff:ffff:ffff:ffff
2602:89:ebff:ffff:ffff:ffff:ffff:ffff
2602:89:f4ff:ffff:ffff:ffff:ffff:ffff
2602:8a:bff:ffff:ffff:ffff:ffff:ffff
2602:8a:11ff:ffff:ffff:ffff:ffff:ffff
2602:8a:2eff:ffff:ffff:ffff:ffff:ffff
2602:8a:4bff:ffff:ffff:ffff:ffff:ffff
2602:8a:53ff:ffff:ffff:ffff:ffff:ffff
2602:8a:65ff:ffff:ffff:ffff:ffff:ffff
2602:8a:7fff:ffff:ffff:ffff:ffff:ffff
2602:8a:83ff:ffff:ffff:ffff:ffff:ffff
2602:8a:8fff:ffff:ffff:ffff:ffff:ffff
2602:8a:94ff:ffff:ffff:ffff:ffff:ffff
2602:8a:aeff:ffff:ffff:ffff:ffff:ffff
2602:8a:bdff:ffff:ffff:ffff:ffff:ffff
2602:8a:c1ff:ffff:ffff:ffff:ffff:ffff
2602:8a:c3ff:ffff:ffff:ffff:ffff:ffff
2602:8a:d2ff:ffff:ffff:ffff:ffff:ffff
2602:8a:e5ff:ffff:ffff:ffff:ffff:ffff
2602:8a:eaff:ffff:ffff:ffff:ffff:ffff
2602:8b:3ff:ffff:ffff:ffff:ffff:ffff
2602:8b:15ff:ffff:ffff:ffff:ffff:ffff
2602:8b:17ff:ffff:ffff:ffff:ffff:ffff
2602:8b:19ff:ffff:ffff:ffff:ffff:ffff
2602:8b:1dff:ffff:ffff:ffff:ffff:ffff
2602:8b:1fff:ffff:ffff:ffff:ffff:ffff
2602:8b:2aff:ffff:ffff:ffff:ffff:ffff
2602:8b:2cff:ffff:ffff:ffff:ffff:ffff
2602:8b:4fff:ffff:ffff:ffff:ffff:ffff
2602:8b:5eff:ffff:ffff:ffff:ffff:ffff
2602:8b:65ff:ffff:ffff:ffff:ffff:ffff
2602:8b:9aff:ffff:ffff:ffff:ffff:ffff
2602:8b:e4ff:ffff:ffff:ffff:ffff:ffff
2602:8b:f1ff:ffff:ffff:ffff:ffff:ffff
2602:8b:feff:ffff:ffff:ffff:ffff:ffff
2602:8c:3ff:ffff:ffff:ffff:ffff:ffff
2602:8c:9ff:ffff:ffff:ffff:ffff:ffff

2602:8c:bff:ffff:ffff:ffff:ffff:ffff
2602:8c:1bff:ffff:ffff:ffff:ffff:ffff
2602:8c:1eff:ffff:ffff:ffff:ffff:ffff
2602:8c:21ff:ffff:ffff:ffff:ffff:ffff
2602:8c:2cff:ffff:ffff:ffff:ffff:ffff
2602:8c:36ff:ffff:ffff:ffff:ffff:ffff
2602:8c:38ff:ffff:ffff:ffff:ffff:ffff
2602:8c:5eff:ffff:ffff:ffff:ffff:ffff
2602:8c:63ff:ffff:ffff:ffff:ffff:ffff
2602:8c:71ff:ffff:ffff:ffff:ffff:ffff
2602:8c:7aff:ffff:ffff:ffff:ffff:ffff
2602:8c:82ff:ffff:ffff:ffff:ffff:ffff
2602:8d:7ff:ffff:ffff:ffff:ffff:ffff
2602:8d:6bff:ffff:ffff:ffff:ffff:ffff
2602:8d:87ff:ffff:ffff:ffff:ffff:ffff
2602:8d:8cff:ffff:ffff:ffff:ffff:ffff
2602:8d:8fff:ffff:ffff:ffff:ffff:ffff
2602:8d:a1ff:ffff:ffff:ffff:ffff:ffff
2602:8e:4aff:ffff:ffff:ffff:ffff:ffff
2602:8e:6cff:ffff:ffff:ffff:ffff:ffff
2602:8f:2ff:ffff:ffff:ffff:ffff:ffff
2602:8f:1bff:ffff:ffff:ffff:ffff:ffff
2602:8f:26ff:ffff:ffff:ffff:ffff:ffff
2602:8f:fbff:ffff:ffff:ffff:ffff:ffff
2602:90:6ff:ffff:ffff:ffff:ffff:ffff
2602:90:5dff:ffff:ffff:ffff:ffff:ffff
2602:90:5fff:ffff:ffff:ffff:ffff:ffff
2602:90:65ff:ffff:ffff:ffff:ffff:ffff
2602:90:7fff:ffff:ffff:ffff:ffff:ffff
2602:90:89ff:ffff:ffff:ffff:ffff:ffff
2602:90:98ff:ffff:ffff:ffff:ffff:ffff
2602:91:15ff:ffff:ffff:ffff:ffff:ffff
2602:91:38ff:ffff:ffff:ffff:ffff:ffff
2602:91:3dff:ffff:ffff:ffff:ffff:ffff
2602:91:48ff:ffff:ffff:ffff:ffff:ffff
2602:91:54ff:ffff:ffff:ffff:ffff:ffff
2602:91:5aff:ffff:ffff:ffff:ffff:ffff

2602:91:5fff:ffff:ffff:ffff:ffff:ffff
2602:91:69ff:ffff:ffff:ffff:ffff:ffff
2602:91:6cff:ffff:ffff:ffff:ffff:ffff
2602:91:81ff:ffff:ffff:ffff:ffff:ffff
2602:91:96ff:ffff:ffff:ffff:ffff:ffff
2602:92:2ff:ffff:ffff:ffff:ffff:ffff
2602:92:7ff:ffff:ffff:ffff:ffff:ffff
2602:92:4cff:ffff:ffff:ffff:ffff:ffff
2602:92:69ff:ffff:ffff:ffff:ffff:ffff
2602:92:6dff:ffff:ffff:ffff:ffff:ffff
2602:92:75ff:ffff:ffff:ffff:ffff:ffff
2602:92:77ff:ffff:ffff:ffff:ffff:ffff
2602:92:8fff:ffff:ffff:ffff:ffff:ffff
2602:92:96ff:ffff:ffff:ffff:ffff:ffff
2602:92:98ff:ffff:ffff:ffff:ffff:ffff
2602:93:6ff:ffff:ffff:ffff:ffff:ffff
2602:93:8ff:ffff:ffff:ffff:ffff:ffff
2602:93:10ff:ffff:ffff:ffff:ffff:ffff
2602:93:39ff:ffff:ffff:ffff:ffff:ffff
2602:93:3bff:ffff:ffff:ffff:ffff:ffff
2602:93:45ff:ffff:ffff:ffff:ffff:ffff
2602:93:48ff:ffff:ffff:ffff:ffff:ffff
2602:93:50ff:ffff:ffff:ffff:ffff:ffff
2602:93:62ff:ffff:ffff:ffff:ffff:ffff
2602:93:64ff:ffff:ffff:ffff:ffff:ffff
2602:93:67ff:ffff:ffff:ffff:ffff:ffff
2602:93:69ff:ffff:ffff:ffff:ffff:ffff
2602:93:6bff:ffff:ffff:ffff:ffff:ffff
2602:93:77ff:ffff:ffff:ffff:ffff:ffff
2602:93:7aff:ffff:ffff:ffff:ffff:ffff
2602:93:7fff:ffff:ffff:ffff:ffff:ffff
2602:93:87ff:ffff:ffff:ffff:ffff:ffff
2602:93:8fff:ffff:ffff:ffff:ffff:ffff
2602:94:20ff:ffff:ffff:ffff:ffff:ffff
2602:94:2eff:ffff:ffff:ffff:ffff:ffff
2602:94:30ff:ffff:ffff:ffff:ffff:ffff
2602:94:32ff:ffff:ffff:ffff:ffff:ffff

2602:94:36ff:ffff:ffff:ffff:ffff:ffff
2602:94:3fff:ffff:ffff:ffff:ffff:ffff
2602:94:4bff:ffff:ffff:ffff:ffff:ffff
2602:94:4fff:ffff:ffff:ffff:ffff:ffff
2602:94:53ff:ffff:ffff:ffff:ffff:ffff
2602:94:5fff:ffff:ffff:ffff:ffff:ffff
2602:95:1bff:ffff:ffff:ffff:ffff:ffff
2602:95:32ff:ffff:ffff:ffff:ffff:ffff
2602:95:3fff:ffff:ffff:ffff:ffff:ffff
2602:95:43ff:ffff:ffff:ffff:ffff:ffff
2602:95:50ff:ffff:ffff:ffff:ffff:ffff
2602:95:5cff:ffff:ffff:ffff:ffff:ffff
2602:95:6eff:ffff:ffff:ffff:ffff:ffff
2602:95:82ff:ffff:ffff:ffff:ffff:ffff
2602:95:8eff:ffff:ffff:ffff:ffff:ffff
2602:95:94ff:ffff:ffff:ffff:ffff:ffff
2602:95:96ff:ffff:ffff:ffff:ffff:ffff
2602:95:9bff:ffff:ffff:ffff:ffff:ffff
2602:95:9dff:ffff:ffff:ffff:ffff:ffff
2602:96:18ff:ffff:ffff:ffff:ffff:ffff
2602:96:98ff:ffff:ffff:ffff:ffff:ffff
2602:96:d3ff:ffff:ffff:ffff:ffff:ffff
2602:96:d8ff:ffff:ffff:ffff:ffff:ffff
2602:96:eeff:ffff:ffff:ffff:ffff:ffff
2602:96:f2ff:ffff:ffff:ffff:ffff:ffff
2602:96:f6ff:ffff:ffff:ffff:ffff:ffff
2602:97:1dff:ffff:ffff:ffff:ffff:ffff
2602:97:21ff:ffff:ffff:ffff:ffff:ffff
2602:97:28ff:ffff:ffff:ffff:ffff:ffff
2602:97:30ff:ffff:ffff:ffff:ffff:ffff
2602:98:55ff:ffff:ffff:ffff:ffff:ffff
2602:98:57ff:ffff:ffff:ffff:ffff:ffff
2602:98:5fff:ffff:ffff:ffff:ffff:ffff
2602:98:6eff:ffff:ffff:ffff:ffff:ffff
2602:98:82ff:ffff:ffff:ffff:ffff:ffff
2602:98:8aff:ffff:ffff:ffff:ffff:ffff
2602:98:8eff:ffff:ffff:ffff:ffff:ffff

2602:98:9aff:ffff:ffff:ffff:ffff:ffff
2602:99:fff:ffff:ffff:ffff:ffff:ffff
2602:99:dcff:ffff:ffff:ffff:ffff:ffff
2602:9a:6fff:ffff:ffff:ffff:ffff:ffff
2602:9a:7bff:ffff:ffff:ffff:ffff:ffff
2602:9a:94ff:ffff:ffff:ffff:ffff:ffff
2602:9a:9dff:ffff:ffff:ffff:ffff:ffff
2602:9a:c3ff:ffff:ffff:ffff:ffff:ffff
2602:9a:dcff:ffff:ffff:ffff:ffff:ffff
2602:9b:8ff:ffff:ffff:ffff:ffff:ffff
2602:9b:eff:ffff:ffff:ffff:ffff:ffff
2602:9b:6eff:ffff:ffff:ffff:ffff:ffff
2602:9b:81ff:ffff:ffff:ffff:ffff:ffff
2602:9b:8fff:ffff:ffff:ffff:ffff:ffff
2602:9b:95ff:ffff:ffff:ffff:ffff:ffff
2602:9b:a0ff:ffff:ffff:ffff:ffff:ffff
2602:9b:a6ff:ffff:ffff:ffff:ffff:ffff
2602:9b:aaff:ffff:ffff:ffff:ffff:ffff
2602:9b:b5ff:ffff:ffff:ffff:ffff:ffff
2602:9b:bcff:ffff:ffff:ffff:ffff:ffff
2602:9b:cfff:ffff:ffff:ffff:ffff:ffff
2602:9b:d1ff:ffff:ffff:ffff:ffff:ffff
2602:9b:e0ff:ffff:ffff:ffff:ffff:ffff
2602:9b:edff:ffff:ffff:ffff:ffff:ffff
2602:9b:ffff:ffff:ffff:ffff:ffff:ffff
2602:9c:1ff:ffff:ffff:ffff:ffff:ffff
2602:9c:17ff:ffff:ffff:ffff:ffff:ffff
2602:9c:1eff:ffff:ffff:ffff:ffff:ffff
2602:9c:21ff:ffff:ffff:ffff:ffff:ffff
2602:9c:38ff:ffff:ffff:ffff:ffff:ffff
2602:9c:3cff:ffff:ffff:ffff:ffff:ffff
2602:9c:4fff:ffff:ffff:ffff:ffff:ffff
2602:9c:60ff:ffff:ffff:ffff:ffff:ffff
2602:9c:81ff:ffff:ffff:ffff:ffff:ffff
2602:9c:9aff:ffff:ffff:ffff:ffff:ffff
2602:9c:f0ff:ffff:ffff:ffff:ffff:ffff
2602:9d:8ff:ffff:ffff:ffff:ffff:ffff

2602:9d:10ff:ffff:ffff:ffff:ffff:ffff
2602:9d:1bff:ffff:ffff:ffff:ffff:ffff
2602:9d:23ff:ffff:ffff:ffff:ffff:ffff
2602:9d:2aff:ffff:ffff:ffff:ffff:ffff
2602:9d:31ff:ffff:ffff:ffff:ffff:ffff
2602:9d:3aff:ffff:ffff:ffff:ffff:ffff
2602:9d:68ff:ffff:ffff:ffff:ffff:ffff
2602:9d:73ff:ffff:ffff:ffff:ffff:ffff
2602:9d:7dff:ffff:ffff:ffff:ffff:ffff
2602:9d:81ff:ffff:ffff:ffff:ffff:ffff
2602:9e:dff:ffff:ffff:ffff:ffff:ffff
2602:9e:4fff:ffff:ffff:ffff:ffff:ffff
2602:9e:58ff:ffff:ffff:ffff:ffff:ffff
2602:9e:72ff:ffff:ffff:ffff:ffff:ffff
2602:9e:7aff:ffff:ffff:ffff:ffff:ffff
2602:9e:7dff:ffff:ffff:ffff:ffff:ffff
2602:9e:86ff:ffff:ffff:ffff:ffff:ffff
2602:9e:8dff:ffff:ffff:ffff:ffff:ffff
2602:9e:93ff:ffff:ffff:ffff:ffff:ffff
2602:9e:9eff:ffff:ffff:ffff:ffff:ffff
2602:9e:aaff:ffff:ffff:ffff:ffff:ffff
2602:9e:acff:ffff:ffff:ffff:ffff:ffff
2602:9e:b0ff:ffff:ffff:ffff:ffff:ffff
2602:9e:b9ff:ffff:ffff:ffff:ffff:ffff
2602:9e:c9ff:ffff:ffff:ffff:ffff:ffff
2602:9e:ceff:ffff:ffff:ffff:ffff:ffff
2602:9e:dbff:ffff:ffff:ffff:ffff:ffff
2602:9e:e0ff:ffff:ffff:ffff:ffff:ffff
2602:9e:e9ff:ffff:ffff:ffff:ffff:ffff
2602:9f:20ff:ffff:ffff:ffff:ffff:ffff
2602:9f:30ff:ffff:ffff:ffff:ffff:ffff
2602:9f:3cff:ffff:ffff:ffff:ffff:ffff
2602:9f:bcff:ffff:ffff:ffff:ffff:ffff
2602:9f:c5ff:ffff:ffff:ffff:ffff:ffff
2602:9f:cdff:ffff:ffff:ffff:ffff:ffff
2602:9f:d5ff:ffff:ffff:ffff:ffff:ffff
2602:9f:e8ff:ffff:ffff:ffff:ffff:ffff

2602:9f:f4ff:ffff:ffff:ffff:ffff:ffff
2602:9f:f6ff:ffff:ffff:ffff:ffff:ffff
2602:9f:faff:ffff:ffff:ffff:ffff:ffff
2602:a0:3ff:ffff:ffff:ffff:ffff:ffff
2602:a0:17ff:ffff:ffff:ffff:ffff:ffff
2602:a0:23ff:ffff:ffff:ffff:ffff:ffff
2602:a0:33ff:ffff:ffff:ffff:ffff:ffff
2602:a0:38ff:ffff:ffff:ffff:ffff:ffff
2602:a0:47ff:ffff:ffff:ffff:ffff:ffff
2602:a0:55ff:ffff:ffff:ffff:ffff:ffff
2602:a0:57ff:ffff:ffff:ffff:ffff:ffff
2602:a0:6eff:ffff:ffff:ffff:ffff:ffff
2602:a1:4ff:ffff:ffff:ffff:ffff:ffff
2602:a1:8ff:ffff:ffff:ffff:ffff:ffff
2602:a1:bff:ffff:ffff:ffff:ffff:ffff
2602:a1:14ff:ffff:ffff:ffff:ffff:ffff
2602:a1:1fff:ffff:ffff:ffff:ffff:ffff
2602:a1:2eff:ffff:ffff:ffff:ffff:ffff
2602:a1:40ff:ffff:ffff:ffff:ffff:ffff
2602:a1:46ff:ffff:ffff:ffff:ffff:ffff
2602:a1:57ff:ffff:ffff:ffff:ffff:ffff
2602:a1:65ff:ffff:ffff:ffff:ffff:ffff
2602:a1:6aff:ffff:ffff:ffff:ffff:ffff
2602:a1:6eff:ffff:ffff:ffff:ffff:ffff
2602:a1:82ff:ffff:ffff:ffff:ffff:ffff
2602:a1:96ff:ffff:ffff:ffff:ffff:ffff
2602:a1:99ff:ffff:ffff:ffff:ffff:ffff
2602:a1:a2ff:ffff:ffff:ffff:ffff:ffff
2602:a1:b5ff:ffff:ffff:ffff:ffff:ffff
2602:a1:caff:ffff:ffff:ffff:ffff:ffff
2602:a1:d5ff:ffff:ffff:ffff:ffff:ffff
2602:a1:dcff:ffff:ffff:ffff:ffff:ffff
2602:a2:4ff:ffff:ffff:ffff:ffff:ffff
2602:a2:28ff:ffff:ffff:ffff:ffff:ffff
2602:a2:38ff:ffff:ffff:ffff:ffff:ffff
2602:a2:3cff:ffff:ffff:ffff:ffff:ffff
2602:a2:e0ff:ffff:ffff:ffff:ffff:ffff

2602:a2:eaff:ffff:ffff:ffff:ffff:ffff
2602:a2:efff:ffff:ffff:ffff:ffff:ffff
2602:a2:f6ff:ffff:ffff:ffff:ffff:ffff
2602:a2:ffff:ffff:ffff:ffff:ffff:ffff
2602:a3:1ff:ffff:ffff:ffff:ffff:ffff
2602:a3:13ff:ffff:ffff:ffff:ffff:ffff
2602:a3:1fff:ffff:ffff:ffff:ffff:ffff
2602:a3:28ff:ffff:ffff:ffff:ffff:ffff
2602:a3:3fff:ffff:ffff:ffff:ffff:ffff
2602:a3:44ff:ffff:ffff:ffff:ffff:ffff
2602:a3:46ff:ffff:ffff:ffff:ffff:ffff
2602:a3:49ff:ffff:ffff:ffff:ffff:ffff
2602:a3:4eff:ffff:ffff:ffff:ffff:ffff
2602:a3:52ff:ffff:ffff:ffff:ffff:ffff
2602:a3:60ff:ffff:ffff:ffff:ffff:ffff
2602:a3:86ff:ffff:ffff:ffff:ffff:ffff
2602:a3:b4ff:ffff:ffff:ffff:ffff:ffff
2602:a3:b7ff:ffff:ffff:ffff:ffff:ffff
2602:a4:13ff:ffff:ffff:ffff:ffff:ffff
2602:a4:1eff:ffff:ffff:ffff:ffff:ffff
2602:a4:22ff:ffff:ffff:ffff:ffff:ffff
2602:a4:29ff:ffff:ffff:ffff:ffff:ffff
2602:a4:35ff:ffff:ffff:ffff:ffff:ffff
2602:a4:3bff:ffff:ffff:ffff:ffff:ffff
2602:a4:45ff:ffff:ffff:ffff:ffff:ffff
2602:a4:50ff:ffff:ffff:ffff:ffff:ffff
2602:a4:54ff:ffff:ffff:ffff:ffff:ffff
2602:a4:5aff:ffff:ffff:ffff:ffff:ffff
2602:a5:aff:ffff:ffff:ffff:ffff:ffff
2602:a5:7cff:ffff:ffff:ffff:ffff:ffff
2602:a5:85ff:ffff:ffff:ffff:ffff:ffff
2602:a5:99ff:ffff:ffff:ffff:ffff:ffff
2602:a5:9dff:ffff:ffff:ffff:ffff:ffff
2602:a5:a1ff:ffff:ffff:ffff:ffff:ffff
2602:a5:a7ff:ffff:ffff:ffff:ffff:ffff
2602:a5:a9ff:ffff:ffff:ffff:ffff:ffff
2602:a5:adff:ffff:ffff:ffff:ffff:ffff

2602:a5:bcff:ffff:ffff:ffff:ffff:ffff
2602:a5:caff:ffff:ffff:ffff:ffff:ffff
2602:a5:d0ff:ffff:ffff:ffff:ffff:ffff
2602:a5:d8ff:ffff:ffff:ffff:ffff:ffff
2602:a5:e0ff:ffff:ffff:ffff:ffff:ffff
2602:a5:e3ff:ffff:ffff:ffff:ffff:ffff
2602:a5:e7ff:ffff:ffff:ffff:ffff:ffff
2602:a6:ff:ffff:ffff:ffff:ffff:ffff
2602:a6:2bff:ffff:ffff:ffff:ffff:ffff
2602:a6:4eff:ffff:ffff:ffff:ffff:ffff
2602:a6:8aff:ffff:ffff:ffff:ffff:ffff
2602:a6:f3ff:ffff:ffff:ffff:ffff:ffff
2602:a7:19ff:ffff:ffff:ffff:ffff:ffff
2602:a7:21ff:ffff:ffff:ffff:ffff:ffff
2602:a7:2dff:ffff:ffff:ffff:ffff:ffff
2602:a7:32ff:ffff:ffff:ffff:ffff:ffff
2602:a7:3aff:ffff:ffff:ffff:ffff:ffff
2602:a7:68ff:ffff:ffff:ffff:ffff:ffff
2602:a7:6cff:ffff:ffff:ffff:ffff:ffff
2602:a7:9dff:ffff:ffff:ffff:ffff:ffff
2602:a7:a2ff:ffff:ffff:ffff:ffff:ffff
2602:a7:adff:ffff:ffff:ffff:ffff:ffff
2602:a8:1ff:ffff:ffff:ffff:ffff:ffff
2602:a8:75ff:ffff:ffff:ffff:ffff:ffff
2602:a8:7cff:ffff:ffff:ffff:ffff:ffff
2602:a8:89ff:ffff:ffff:ffff:ffff:ffff
2602:a8:91ff:ffff:ffff:ffff:ffff:ffff
2602:a8:99ff:ffff:ffff:ffff:ffff:ffff
2602:a8:a5ff:ffff:ffff:ffff:ffff:ffff
2602:a8:a7ff:ffff:ffff:ffff:ffff:ffff
2602:a8:b2ff:ffff:ffff:ffff:ffff:ffff
2602:a8:b7ff:ffff:ffff:ffff:ffff:ffff
2602:a8:bbff:ffff:ffff:ffff:ffff:ffff
2602:a8:c3ff:ffff:ffff:ffff:ffff:ffff
2602:a9:82ff:ffff:ffff:ffff:ffff:ffff
2602:a9:9fff:ffff:ffff:ffff:ffff:ffff
2602:a9:c2ff:ffff:ffff:ffff:ffff:ffff

2602:aa:7ff:ffff:ffff:ffff:ffff:ffff
2602:aa:4bff:ffff:ffff:ffff:ffff:ffff
2602:aa:4fff:ffff:ffff:ffff:ffff:ffff
2602:aa:54ff:ffff:ffff:ffff:ffff:ffff
2602:aa:5aff:ffff:ffff:ffff:ffff:ffff
2602:aa:5cff:ffff:ffff:ffff:ffff:ffff
2602:aa:5eff:ffff:ffff:ffff:ffff:ffff
2602:aa:63ff:ffff:ffff:ffff:ffff:ffff
2602:aa:6dff:ffff:ffff:ffff:ffff:ffff
2602:aa:7aff:ffff:ffff:ffff:ffff:ffff
2602:aa:7cff:ffff:ffff:ffff:ffff:ffff
2602:aa:82ff:ffff:ffff:ffff:ffff:ffff
2602:aa:89ff:ffff:ffff:ffff:ffff:ffff
2602:aa:8dff:ffff:ffff:ffff:ffff:ffff
2602:aa:8fff:ffff:ffff:ffff:ffff:ffff
2602:ab:8ff:ffff:ffff:ffff:ffff:ffff
2602:ab:6eff:ffff:ffff:ffff:ffff:ffff
2602:ab:8cff:ffff:ffff:ffff:ffff:ffff
2602:ab:8fff:ffff:ffff:ffff:ffff:ffff
2602:ab:91ff:ffff:ffff:ffff:ffff:ffff
2602:ab:98ff:ffff:ffff:ffff:ffff:ffff
2602:ab:a4ff:ffff:ffff:ffff:ffff:ffff
2602:ab:a6ff:ffff:ffff:ffff:ffff:ffff
2602:ab:acff:ffff:ffff:ffff:ffff:ffff
2602:ab:b3ff:ffff:ffff:ffff:ffff:ffff
2602:ab:c0ff:ffff:ffff:ffff:ffff:ffff
2602:ab:d4ff:ffff:ffff:ffff:ffff:ffff
2602:ab:d9ff:ffff:ffff:ffff:ffff:ffff
2602:ab:dcff:ffff:ffff:ffff:ffff:ffff
2602:ab:e2ff:ffff:ffff:ffff:ffff:ffff
2602:ac:dff:ffff:ffff:ffff:ffff:ffff
2602:ad:eff:ffff:ffff:ffff:ffff:ffff
2602:ad:16ff:ffff:ffff:ffff:ffff:ffff
2602:ad:2aff:ffff:ffff:ffff:ffff:ffff
2602:ad:32ff:ffff:ffff:ffff:ffff:ffff
2602:ad:3bff:ffff:ffff:ffff:ffff:ffff
2602:ad:3dff:ffff:ffff:ffff:ffff:ffff

2602:ad:4cff:ffff:ffff:ffff:ffff:ffff
2602:ad:56ff:ffff:ffff:ffff:ffff:ffff
2602:ad:5dff:ffff:ffff:ffff:ffff:ffff
2602:ad:62ff:ffff:ffff:ffff:ffff:ffff
2602:ad:64ff:ffff:ffff:ffff:ffff:ffff
2602:ad:78ff:ffff:ffff:ffff:ffff:ffff
2602:ad:7cff:ffff:ffff:ffff:ffff:ffff
2602:ad:7fff:ffff:ffff:ffff:ffff:ffff
2602:ad:82ff:ffff:ffff:ffff:ffff:ffff
2602:ad:a1ff:ffff:ffff:ffff:ffff:ffff
2602:ad:b7ff:ffff:ffff:ffff:ffff:ffff
2602:ad:baff:ffff:ffff:ffff:ffff:ffff
2602:ad:bdff:ffff:ffff:ffff:ffff:ffff
2602:ad:ccff:ffff:ffff:ffff:ffff:ffff
2602:ad:d9ff:ffff:ffff:ffff:ffff:ffff
2602:ad:dcff:ffff:ffff:ffff:ffff:ffff
2602:ad:e6ff:ffff:ffff:ffff:ffff:ffff
2602:ad:efff:ffff:ffff:ffff:ffff:ffff
2602:ae:9eff:ffff:ffff:ffff:ffff:ffff
2602:ae:b4ff:ffff:ffff:ffff:ffff:ffff
2602:ae:b6ff:ffff:ffff:ffff:ffff:ffff
2602:ae:c2ff:ffff:ffff:ffff:ffff:ffff
2602:ae:c6ff:ffff:ffff:ffff:ffff:ffff
2602:ae:d7ff:ffff:ffff:ffff:ffff:ffff
2602:ae:f7ff:ffff:ffff:ffff:ffff:ffff
2602:af:6ff:ffff:ffff:ffff:ffff:ffff
2602:af:36ff:ffff:ffff:ffff:ffff:ffff
2602:af:38ff:ffff:ffff:ffff:ffff:ffff
2602:af:45ff:ffff:ffff:ffff:ffff:ffff
2602:af:4cff:ffff:ffff:ffff:ffff:ffff
2602:af:4fff:ffff:ffff:ffff:ffff:ffff
2602:af:76ff:ffff:ffff:ffff:ffff:ffff
2602:b0:1aff:ffff:ffff:ffff:ffff:ffff
2602:b0:1dff:ffff:ffff:ffff:ffff:ffff
2602:b0:23ff:ffff:ffff:ffff:ffff:ffff
2602:b0:34ff:ffff:ffff:ffff:ffff:ffff
2602:b0:45ff:ffff:ffff:ffff:ffff:ffff

2602:b0:5bff:ffff:ffff:ffff:ffff:ffff
2602:b0:60ff:ffff:ffff:ffff:ffff:ffff
2602:b0:6aff:ffff:ffff:ffff:ffff:ffff
2602:b0:77ff:ffff:ffff:ffff:ffff:ffff
2602:b0:7bff:ffff:ffff:ffff:ffff:ffff
2602:b0:7eff:ffff:ffff:ffff:ffff:ffff
2602:b0:82ff:ffff:ffff:ffff:ffff:ffff
2602:b0:d5ff:ffff:ffff:ffff:ffff:ffff
2602:b0:d9ff:ffff:ffff:ffff:ffff:ffff
2602:b0:e3ff:ffff:ffff:ffff:ffff:ffff
2602:b0:e5ff:ffff:ffff:ffff:ffff:ffff
2602:b0:eaff:ffff:ffff:ffff:ffff:ffff
2602:b0:faff:ffff:ffff:ffff:ffff:ffff
2602:b1:2ff:ffff:ffff:ffff:ffff:ffff
2602:b1:5ff:ffff:ffff:ffff:ffff:ffff
2602:b1:16ff:ffff:ffff:ffff:ffff:ffff
2602:b1:19ff:ffff:ffff:ffff:ffff:ffff
2602:b1:1cff:ffff:ffff:ffff:ffff:ffff
2602:b1:20ff:ffff:ffff:ffff:ffff:ffff
2602:b1:22ff:ffff:ffff:ffff:ffff:ffff
2602:b1:26ff:ffff:ffff:ffff:ffff:ffff
2602:b1:32ff:ffff:ffff:ffff:ffff:ffff
2602:b1:3dff:ffff:ffff:ffff:ffff:ffff
2602:b1:45ff:ffff:ffff:ffff:ffff:ffff
2602:b1:47ff:ffff:ffff:ffff:ffff:ffff
2602:b1:51ff:ffff:ffff:ffff:ffff:ffff
2602:b1:5cff:ffff:ffff:ffff:ffff:ffff
2602:b1:64ff:ffff:ffff:ffff:ffff:ffff
2602:b1:6bff:ffff:ffff:ffff:ffff:ffff
2602:b1:b9ff:ffff:ffff:ffff:ffff:ffff
2602:b1:bcff:ffff:ffff:ffff:ffff:ffff
2602:b1:c5ff:ffff:ffff:ffff:ffff:ffff
2602:b1:d0ff:ffff:ffff:ffff:ffff:ffff
2602:b1:e7ff:ffff:ffff:ffff:ffff:ffff
2602:b1:f7ff:ffff:ffff:ffff:ffff:ffff
2602:b1:ffff:ffff:ffff:ffff:ffff:ffff
2602:b2:aff:ffff:ffff:ffff:ffff:ffff

2602:b2:29ff:ffff:ffff:ffff:ffff:ffff
2602:b2:3dff:ffff:ffff:ffff:ffff:ffff
2602:b2:5fff:ffff:ffff:ffff:ffff:ffff
2602:b2:76ff:ffff:ffff:ffff:ffff:ffff
2602:b2:7cff:ffff:ffff:ffff:ffff:ffff
2602:b2:80ff:ffff:ffff:ffff:ffff:ffff
2602:b2:96ff:ffff:ffff:ffff:ffff:ffff
2602:b2:c9ff:ffff:ffff:ffff:ffff:ffff
2602:b2:ccff:ffff:ffff:ffff:ffff:ffff
2602:b2:d4ff:ffff:ffff:ffff:ffff:ffff
2602:b2:dbff:ffff:ffff:ffff:ffff:ffff
2602:b2:e8ff:ffff:ffff:ffff:ffff:ffff
2602:b2:f0ff:ffff:ffff:ffff:ffff:ffff
2602:b2:ffff:ffff:ffff:ffff:ffff:ffff
2602:b3:fff:ffff:ffff:ffff:ffff:ffff
2602:b3:15ff:ffff:ffff:ffff:ffff:ffff
2602:b3:45ff:ffff:ffff:ffff:ffff:ffff
2602:b3:5cff:ffff:ffff:ffff:ffff:ffff
2602:b3:afff:ffff:ffff:ffff:ffff:ffff
2602:b3:baff:ffff:ffff:ffff:ffff:ffff
2602:b3:c8ff:ffff:ffff:ffff:ffff:ffff
2602:b3:d5ff:ffff:ffff:ffff:ffff:ffff
2602:b3:e7ff:ffff:ffff:ffff:ffff:ffff
2602:b3:f8ff:ffff:ffff:ffff:ffff:ffff
2602:b4:11ff:ffff:ffff:ffff:ffff:ffff
2602:b4:14ff:ffff:ffff:ffff:ffff:ffff
2602:b4:24ff:ffff:ffff:ffff:ffff:ffff
2602:b4:29ff:ffff:ffff:ffff:ffff:ffff
2602:b4:2eff:ffff:ffff:ffff:ffff:ffff
2602:b5:ff:ffff:ffff:ffff:ffff:ffff
2602:b5:9ff:ffff:ffff:ffff:ffff:ffff
2602:b5:fff:ffff:ffff:ffff:ffff:ffff
2602:b5:14ff:ffff:ffff:ffff:ffff:ffff
2602:b5:19ff:ffff:ffff:ffff:ffff:ffff
2602:b5:44ff:ffff:ffff:ffff:ffff:ffff
2602:b5:49ff:ffff:ffff:ffff:ffff:ffff
2602:b5:4dff:ffff:ffff:ffff:ffff:ffff

2602:b5:51ff:ffff:ffff:ffff:ffff:ffff
2602:b5:59ff:ffff:ffff:ffff:ffff:ffff
2602:b5:5bff:ffff:ffff:ffff:ffff:ffff
2602:b5:63ff:ffff:ffff:ffff:ffff:ffff
2602:b5:6aff:ffff:ffff:ffff:ffff:ffff
2602:b5:89ff:ffff:ffff:ffff:ffff:ffff
2602:b5:95ff:ffff:ffff:ffff:ffff:ffff
2602:b5:9aff:ffff:ffff:ffff:ffff:ffff
2602:b5:a8ff:ffff:ffff:ffff:ffff:ffff
2602:b5:b9ff:ffff:ffff:ffff:ffff:ffff
2602:b5:d2ff:ffff:ffff:ffff:ffff:ffff
2602:b5:d5ff:ffff:ffff:ffff:ffff:ffff
2602:b5:ddff:ffff:ffff:ffff:ffff:ffff
2602:b5:e5ff:ffff:ffff:ffff:ffff:ffff
2602:b5:efff:ffff:ffff:ffff:ffff:ffff
2602:b5:f6ff:ffff:ffff:ffff:ffff:ffff
2602:b5:f9ff:ffff:ffff:ffff:ffff:ffff
2602:b6:11ff:ffff:ffff:ffff:ffff:ffff
2602:b6:1aff:ffff:ffff:ffff:ffff:ffff
2602:b6:35ff:ffff:ffff:ffff:ffff:ffff
2602:b7:7ff:ffff:ffff:ffff:ffff:ffff
2602:b7:fff:ffff:ffff:ffff:ffff:ffff
2602:b7:4aff:ffff:ffff:ffff:ffff:ffff
2602:b7:4cff:ffff:ffff:ffff:ffff:ffff
2602:b7:50ff:ffff:ffff:ffff:ffff:ffff
2602:b7:5bff:ffff:ffff:ffff:ffff:ffff
2602:b7:6fff:ffff:ffff:ffff:ffff:ffff
2602:b7:8dff:ffff:ffff:ffff:ffff:ffff
2602:b7:95ff:ffff:ffff:ffff:ffff:ffff
2602:b7:98ff:ffff:ffff:ffff:ffff:ffff
2602:b7:afff:ffff:ffff:ffff:ffff:ffff
2602:b7:b1ff:ffff:ffff:ffff:ffff:ffff
2602:b7:b3ff:ffff:ffff:ffff:ffff:ffff
2602:b7:baff:ffff:ffff:ffff:ffff:ffff
2602:b7:bdff:ffff:ffff:ffff:ffff:ffff
2602:b7:bfff:ffff:ffff:ffff:ffff:ffff
2602:b7:d8ff:ffff:ffff:ffff:ffff:ffff

2602:b7:e3ff:ffff:ffff:ffff:ffff:ffff
2602:b8:c3ff:ffff:ffff:ffff:ffff:ffff
2602:b8:c8ff:ffff:ffff:ffff:ffff:ffff
2602:b8:e1ff:ffff:ffff:ffff:ffff:ffff
2602:b8:e9ff:ffff:ffff:ffff:ffff:ffff
2602:b8:f5ff:ffff:ffff:ffff:ffff:ffff
2602:b9:aff:ffff:ffff:ffff:ffff:ffff
2602:b9:13ff:ffff:ffff:ffff:ffff:ffff
2602:b9:34ff:ffff:ffff:ffff:ffff:ffff
2602:b9:3aff:ffff:ffff:ffff:ffff:ffff
2602:b9:3dff:ffff:ffff:ffff:ffff:ffff
2602:b9:53ff:ffff:ffff:ffff:ffff:ffff
2602:b9:61ff:ffff:ffff:ffff:ffff:ffff
2602:b9:8bff:ffff:ffff:ffff:ffff:ffff
2602:b9:95ff:ffff:ffff:ffff:ffff:ffff
2602:b9:bbff:ffff:ffff:ffff:ffff:ffff
2602:b9:beff:ffff:ffff:ffff:ffff:ffff
2602:b9:c4ff:ffff:ffff:ffff:ffff:ffff
2602:b9:e9ff:ffff:ffff:ffff:ffff:ffff
2602:b9:f1ff:ffff:ffff:ffff:ffff:ffff
2602:ba:aff:ffff:ffff:ffff:ffff:ffff
2602:ba:11ff:ffff:ffff:ffff:ffff:ffff
2602:ba:1eff:ffff:ffff:ffff:ffff:ffff
2602:ba:24ff:ffff:ffff:ffff:ffff:ffff
2602:ba:afff:ffff:ffff:ffff:ffff:ffff
2602:ba:b1ff:ffff:ffff:ffff:ffff:ffff
2602:ba:baff:ffff:ffff:ffff:ffff:ffff
2602:ba:bdff:ffff:ffff:ffff:ffff:ffff
2602:ba:c9ff:ffff:ffff:ffff:ffff:ffff
2602:ba:dcff:ffff:ffff:ffff:ffff:ffff
2602:ba:ebff:ffff:ffff:ffff:ffff:ffff
2602:bb:eff:ffff:ffff:ffff:ffff:ffff
2602:bb:22ff:ffff:ffff:ffff:ffff:ffff
2602:bb:3cff:ffff:ffff:ffff:ffff:ffff
2602:bb:3eff:ffff:ffff:ffff:ffff:ffff
2602:bb:55ff:ffff:ffff:ffff:ffff:ffff
2602:bb:ceff:ffff:ffff:ffff:ffff:ffff

2602:bb:d4ff:ffff:ffff:ffff:ffff:ffff
2602:bb:deff:ffff:ffff:ffff:ffff:ffff
2602:bb:edff:ffff:ffff:ffff:ffff:ffff
2602:bb:faff:ffff:ffff:ffff:ffff:ffff
2602:bc:37ff:ffff:ffff:ffff:ffff:ffff
2602:bc:3bff:ffff:ffff:ffff:ffff:ffff
2602:bc:3dff:ffff:ffff:ffff:ffff:ffff
2602:bc:55ff:ffff:ffff:ffff:ffff:ffff
2602:bc:65ff:ffff:ffff:ffff:ffff:ffff
2602:bc:6aff:ffff:ffff:ffff:ffff:ffff
2602:bc:6fff:ffff:ffff:ffff:ffff:ffff
2602:bc:7aff:ffff:ffff:ffff:ffff:ffff
2602:bc:7eff:ffff:ffff:ffff:ffff:ffff
2602:bc:81ff:ffff:ffff:ffff:ffff:ffff
2602:bc:93ff:ffff:ffff:ffff:ffff:ffff
2602:bc:a0ff:ffff:ffff:ffff:ffff:ffff
2602:bc:abff:ffff:ffff:ffff:ffff:ffff
2602:bc:aeff:ffff:ffff:ffff:ffff:ffff
2602:bc:b2ff:ffff:ffff:ffff:ffff:ffff
2602:bc:bdff:ffff:ffff:ffff:ffff:ffff
2602:bc:bfff:ffff:ffff:ffff:ffff:ffff
2602:bc:ccff:ffff:ffff:ffff:ffff:ffff
2602:bc:f6ff:ffff:ffff:ffff:ffff:ffff
2602:bd:17ff:ffff:ffff:ffff:ffff:ffff
2602:bd:93ff:ffff:ffff:ffff:ffff:ffff
2602:bd:96ff:ffff:ffff:ffff:ffff:ffff
2602:bd:9dff:ffff:ffff:ffff:ffff:ffff
2602:bd:c7ff:ffff:ffff:ffff:ffff:ffff
2602:bd:ccff:ffff:ffff:ffff:ffff:ffff
2602:bd:d1ff:ffff:ffff:ffff:ffff:ffff
2602:bd:d4ff:ffff:ffff:ffff:ffff:ffff
2602:bd:dcff:ffff:ffff:ffff:ffff:ffff
2602:bd:e5ff:ffff:ffff:ffff:ffff:ffff
2602:bd:e7ff:ffff:ffff:ffff:ffff:ffff
2602:bd:f6ff:ffff:ffff:ffff:ffff:ffff
2602:bd:ffff:ffff:ffff:ffff:ffff:ffff
2602:be:13ff:ffff:ffff:ffff:ffff:ffff

2602:be:1ff:ffff:ffff:ffff:ffff:ffff
2602:be:2aff:ffff:ffff:ffff:ffff:ffff
2602:be:2cff:ffff:ffff:ffff:ffff:ffff
2602:be:3aff:ffff:ffff:ffff:ffff:ffff
2602:be:3cff:ffff:ffff:ffff:ffff:ffff
2602:be:48ff:ffff:ffff:ffff:ffff:ffff
2602:be:4cff:ffff:ffff:ffff:ffff:ffff
2602:be:50ff:ffff:ffff:ffff:ffff:ffff
2602:be:55ff:ffff:ffff:ffff:ffff:ffff
2602:bf:aff:ffff:ffff:ffff:ffff:ffff
2602:bf:64ff:ffff:ffff:ffff:ffff:ffff
2602:bf:76ff:ffff:ffff:ffff:ffff:ffff
2602:bf:81ff:ffff:ffff:ffff:ffff:ffff
2602:bf:8bff:ffff:ffff:ffff:ffff:ffff
2602:bf:aeff:ffff:ffff:ffff:ffff:ffff
2602:bf:b4ff:ffff:ffff:ffff:ffff:ffff
2602:bf:b8ff:ffff:ffff:ffff:ffff:ffff
2602:bf:bcff:ffff:ffff:ffff:ffff:ffff
2602:bf:c3ff:ffff:ffff:ffff:ffff:ffff
2602:bf:dff:ffff:ffff:ffff:ffff:ffff
2602:c0:bff:ffff:ffff:ffff:ffff:ffff
2602:c0:50ff:ffff:ffff:ffff:ffff:ffff
2602:c0:66ff:ffff:ffff:ffff:ffff:ffff
2602:c0:6fff:ffff:ffff:ffff:ffff:ffff
2602:c0:87ff:ffff:ffff:ffff:ffff:ffff
2602:c0:8eff:ffff:ffff:ffff:ffff:ffff
2602:c0:9cff:ffff:ffff:ffff:ffff:ffff
2602:c0:aff:ffff:ffff:ffff:ffff:ffff
2602:c0:c2ff:ffff:ffff:ffff:ffff:ffff
2602:c0:cdff:ffff:ffff:ffff:ffff:ffff
2602:c0:eaff:ffff:ffff:ffff:ffff:ffff
2602:c1:fff:ffff:ffff:ffff:ffff:ffff
2602:c1:6fff:ffff:ffff:ffff:ffff:ffff
2602:c1:dff:ffff:ffff:ffff:ffff:ffff
2602:c1:22ff:ffff:ffff:ffff:ffff:ffff
2602:c1:35ff:ffff:ffff:ffff:ffff:ffff
2602:c1:37ff:ffff:ffff:ffff:ffff:ffff

2602:c1:3cff:ffff:ffff:ffff:ffff:ffff
2602:c1:57ff:ffff:ffff:ffff:ffff:ffff
2602:c1:68ff:ffff:ffff:ffff:ffff:ffff
2602:c1:76ff:ffff:ffff:ffff:ffff:ffff
2602:c1:8bff:ffff:ffff:ffff:ffff:ffff
2602:c1:8eff:ffff:ffff:ffff:ffff:ffff
2602:c1:92ff:ffff:ffff:ffff:ffff:ffff
2602:c1:a0ff:ffff:ffff:ffff:ffff:ffff
2602:c1:b3ff:ffff:ffff:ffff:ffff:ffff
2602:c1:b6ff:ffff:ffff:ffff:ffff:ffff
2602:c1:c4ff:ffff:ffff:ffff:ffff:ffff
2602:c1:c6ff:ffff:ffff:ffff:ffff:ffff
2602:c1:cfff:ffff:ffff:ffff:ffff:ffff
2602:c1:dbff:ffff:ffff:ffff:ffff:ffff
2602:c1:eeff:ffff:ffff:ffff:ffff:ffff
2602:c1:f1ff:ffff:ffff:ffff:ffff:ffff
2602:c1:fcff:ffff:ffff:ffff:ffff:ffff
2602:c2:11ff:ffff:ffff:ffff:ffff:ffff
2602:c2:1bff:ffff:ffff:ffff:ffff:ffff
2602:c2:22ff:ffff:ffff:ffff:ffff:ffff
2602:c2:25ff:ffff:ffff:ffff:ffff:ffff
2602:c2:33ff:ffff:ffff:ffff:ffff:ffff
2602:c2:47ff:ffff:ffff:ffff:ffff:ffff
2602:c2:4fff:ffff:ffff:ffff:ffff:ffff
2602:c2:54ff:ffff:ffff:ffff:ffff:ffff
2602:c2:59ff:ffff:ffff:ffff:ffff:ffff
2602:c2:5cff:ffff:ffff:ffff:ffff:ffff
2602:c2:71ff:ffff:ffff:ffff:ffff:ffff
2602:c2:7dff:ffff:ffff:ffff:ffff:ffff
2602:c2:84ff:ffff:ffff:ffff:ffff:ffff
2602:c2:88ff:ffff:ffff:ffff:ffff:ffff
2602:c2:90ff:ffff:ffff:ffff:ffff:ffff
2602:c2:aeff:ffff:ffff:ffff:ffff:ffff
2602:c3:8ff:ffff:ffff:ffff:ffff:ffff
2602:c3:2cff:ffff:ffff:ffff:ffff:ffff
2602:c3:69ff:ffff:ffff:ffff:ffff:ffff
2602:c3:76ff:ffff:ffff:ffff:ffff:ffff

2602:c3:87ff:ffff:ffff:ffff:ffff:ffff
2602:c3:cbff:ffff:ffff:ffff:ffff:ffff
2602:c3:d0ff:ffff:ffff:ffff:ffff:ffff
2602:c3:dfff:ffff:ffff:ffff:ffff:ffff
2602:c3:e4ff:ffff:ffff:ffff:ffff:ffff
2602:c4:2ff:ffff:ffff:ffff:ffff:ffff
2602:c4:11ff:ffff:ffff:ffff:ffff:ffff
2602:c4:2eff:ffff:ffff:ffff:ffff:ffff
2602:c4:33ff:ffff:ffff:ffff:ffff:ffff
2602:c4:40ff:ffff:ffff:ffff:ffff:ffff
2602:c4:4aff:ffff:ffff:ffff:ffff:ffff
2602:c4:4eff:ffff:ffff:ffff:ffff:ffff
2602:c4:55ff:ffff:ffff:ffff:ffff:ffff
2602:c4:5cff:ffff:ffff:ffff:ffff:ffff
2602:c4:61ff:ffff:ffff:ffff:ffff:ffff
2602:c4:6aff:ffff:ffff:ffff:ffff:ffff
2602:c4:7cff:ffff:ffff:ffff:ffff:ffff
2602:c4:7eff:ffff:ffff:ffff:ffff:ffff
2602:c4:83ff:ffff:ffff:ffff:ffff:ffff
2602:c4:89ff:ffff:ffff:ffff:ffff:ffff
2602:c4:91ff:ffff:ffff:ffff:ffff:ffff
2602:c4:b9ff:ffff:ffff:ffff:ffff:ffff
2602:c4:d5ff:ffff:ffff:ffff:ffff:ffff
2602:c4:deff:ffff:ffff:ffff:ffff:ffff
2602:c4:e5ff:ffff:ffff:ffff:ffff:ffff
2602:c4:f9ff:ffff:ffff:ffff:ffff:ffff
2602:c4:fcff:ffff:ffff:ffff:ffff:ffff
2602:c5:ff:ffff:ffff:ffff:ffff:ffff
2602:c5:fff:ffff:ffff:ffff:ffff:ffff
2602:c5:16ff:ffff:ffff:ffff:ffff:ffff
2602:c5:24ff:ffff:ffff:ffff:ffff:ffff
2602:c5:28ff:ffff:ffff:ffff:ffff:ffff
2602:c5:39ff:ffff:ffff:ffff:ffff:ffff
2602:c5:44ff:ffff:ffff:ffff:ffff:ffff
2602:c5:56ff:ffff:ffff:ffff:ffff:ffff
2602:c5:58ff:ffff:ffff:ffff:ffff:ffff
2602:c5:5bff:ffff:ffff:ffff:ffff:ffff

2602:c5:69ff:ffff:ffff:ffff:ffff:ffff
2602:c5:71ff:ffff:ffff:ffff:ffff:ffff
2602:c5:74ff:ffff:ffff:ffff:ffff:ffff
2602:c5:95ff:ffff:ffff:ffff:ffff:ffff
2602:c5:a1ff:ffff:ffff:ffff:ffff:ffff
2602:c5:aeff:ffff:ffff:ffff:ffff:ffff
2602:c5:b2ff:ffff:ffff:ffff:ffff:ffff
2602:c5:ecff:ffff:ffff:ffff:ffff:ffff
2602:c6:8ff:ffff:ffff:ffff:ffff:ffff
2602:c6:aff:ffff:ffff:ffff:ffff:ffff
2602:c6:10ff:ffff:ffff:ffff:ffff:ffff
2602:c6:12ff:ffff:ffff:ffff:ffff:ffff
2602:c6:3dff:ffff:ffff:ffff:ffff:ffff
2602:c6:45ff:ffff:ffff:ffff:ffff:ffff
2602:c6:5bff:ffff:ffff:ffff:ffff:ffff
2602:c6:60ff:ffff:ffff:ffff:ffff:ffff
2602:c6:75ff:ffff:ffff:ffff:ffff:ffff
2602:c6:8fff:ffff:ffff:ffff:ffff:ffff
2602:c6:9bff:ffff:ffff:ffff:ffff:ffff
2602:c6:9dff:ffff:ffff:ffff:ffff:ffff
2602:c6:a3ff:ffff:ffff:ffff:ffff:ffff
2602:c6:c8ff:ffff:ffff:ffff:ffff:ffff
2602:c6:d3ff:ffff:ffff:ffff:ffff:ffff
2602:c6:dcff:ffff:ffff:ffff:ffff:ffff
2602:c7:a0ff:ffff:ffff:ffff:ffff:ffff
2602:c7:a3ff:ffff:ffff:ffff:ffff:ffff
2602:c7:aaff:ffff:ffff:ffff:ffff:ffff
2602:c7:afff:ffff:ffff:ffff:ffff:ffff
2602:c7:b3ff:ffff:ffff:ffff:ffff:ffff
2602:c7:baff:ffff:ffff:ffff:ffff:ffff
2602:c7:c7ff:ffff:ffff:ffff:ffff:ffff
2602:c7:cdff:ffff:ffff:ffff:ffff:ffff
2602:c7:d1ff:ffff:ffff:ffff:ffff:ffff
2602:c7:eeff:ffff:ffff:ffff:ffff:ffff
2602:c7:f6ff:ffff:ffff:ffff:ffff:ffff
2602:c7:ffff:ffff:ffff:ffff:ffff:ffff
2602:c8:1cff:ffff:ffff:ffff:ffff:ffff

2602:c8:29ff:ffff:ffff:ffff:ffff:ffff
2602:c8:31ff:ffff:ffff:ffff:ffff:ffff
2602:c8:35ff:ffff:ffff:ffff:ffff:ffff
2602:c8:43ff:ffff:ffff:ffff:ffff:ffff
2602:c8:46ff:ffff:ffff:ffff:ffff:ffff
2602:c8:4fff:ffff:ffff:ffff:ffff:ffff
2602:c8:b4ff:ffff:ffff:ffff:ffff:ffff
2602:c8:bdff:ffff:ffff:ffff:ffff:ffff
2602:c8:c5ff:ffff:ffff:ffff:ffff:ffff
2602:c8:dbff:ffff:ffff:ffff:ffff:ffff
2602:c8:f8ff:ffff:ffff:ffff:ffff:ffff
2602:c9:cff:ffff:ffff:ffff:ffff:ffff
2602:c9:2fff:ffff:ffff:ffff:ffff:ffff
2602:c9:31ff:ffff:ffff:ffff:ffff:ffff
2602:c9:38ff:ffff:ffff:ffff:ffff:ffff
2602:c9:41ff:ffff:ffff:ffff:ffff:ffff
2602:c9:92ff:ffff:ffff:ffff:ffff:ffff
2602:c9:95ff:ffff:ffff:ffff:ffff:ffff
2602:c9:a0ff:ffff:ffff:ffff:ffff:ffff
2602:c9:aaff:ffff:ffff:ffff:ffff:ffff
2602:c9:adff:ffff:ffff:ffff:ffff:ffff
2602:c9:b0ff:ffff:ffff:ffff:ffff:ffff
2602:c9:b6ff:ffff:ffff:ffff:ffff:ffff
2602:c9:c5ff:ffff:ffff:ffff:ffff:ffff
2602:c9:d0ff:ffff:ffff:ffff:ffff:ffff
2602:c9:d9ff:ffff:ffff:ffff:ffff:ffff
2602:c9:ecff:ffff:ffff:ffff:ffff:ffff
2602:c9:f3ff:ffff:ffff:ffff:ffff:ffff
2602:c9:faff:ffff:ffff:ffff:ffff:ffff
2602:ca:bff:ffff:ffff:ffff:ffff:ffff
2602:ca:dff:ffff:ffff:ffff:ffff:ffff
2602:ca:13ff:ffff:ffff:ffff:ffff:ffff
2602:ca:18ff:ffff:ffff:ffff:ffff:ffff
2602:ca:22ff:ffff:ffff:ffff:ffff:ffff
2602:ca:29ff:ffff:ffff:ffff:ffff:ffff
2602:ca:3fff:ffff:ffff:ffff:ffff:ffff
2602:ca:4bff:ffff:ffff:ffff:ffff:ffff

2602:ca:53ff:ffff:ffff:ffff:ffff:ffff
2602:ca:5dff:ffff:ffff:ffff:ffff:ffff
2602:ca:63ff:ffff:ffff:ffff:ffff:ffff
2602:ca:68ff:ffff:ffff:ffff:ffff:ffff
2602:ca:7fff:ffff:ffff:ffff:ffff:ffff
2602:ca:92ff:ffff:ffff:ffff:ffff:ffff
2602:ca:98ff:ffff:ffff:ffff:ffff:ffff
2602:ca:9eff:ffff:ffff:ffff:ffff:ffff
2602:ca:acff:ffff:ffff:ffff:ffff:ffff
2602:ca:c3ff:ffff:ffff:ffff:ffff:ffff
2602:ca:c6ff:ffff:ffff:ffff:ffff:ffff
2602:ca:ccff:ffff:ffff:ffff:ffff:ffff
2602:ca:cfff:ffff:ffff:ffff:ffff:ffff
2602:ca:f6ff:ffff:ffff:ffff:ffff:ffff
2602:ca:f9ff:ffff:ffff:ffff:ffff:ffff
2602:ca:fdff:ffff:ffff:ffff:ffff:ffff
2602:cb:1ff:ffff:ffff:ffff:ffff:ffff
2602:cb:5ff:ffff:ffff:ffff:ffff:ffff
2602:cb:bff:ffff:ffff:ffff:ffff:ffff
2602:cb:12ff:ffff:ffff:ffff:ffff:ffff
2602:cb:28ff:ffff:ffff:ffff:ffff:ffff
2602:cb:2fff:ffff:ffff:ffff:ffff:ffff
2602:cb:44ff:ffff:ffff:ffff:ffff:ffff
2602:cb:5cff:ffff:ffff:ffff:ffff:ffff
2602:cb:69ff:ffff:ffff:ffff:ffff:ffff
2602:cb:7fff:ffff:ffff:ffff:ffff:ffff
2602:cb:81ff:ffff:ffff:ffff:ffff:ffff
2602:cb:88ff:ffff:ffff:ffff:ffff:ffff
2602:cb:9fff:ffff:ffff:ffff:ffff:ffff
2602:cb:bdff:ffff:ffff:ffff:ffff:ffff
2602:cb:f5ff:ffff:ffff:ffff:ffff:ffff
2602:cb:f9ff:ffff:ffff:ffff:ffff:ffff
2602:cb:fcff:ffff:ffff:ffff:ffff:ffff
2602:cc:33ff:ffff:ffff:ffff:ffff:ffff
2602:cc:3bff:ffff:ffff:ffff:ffff:ffff
2602:cc:3eff:ffff:ffff:ffff:ffff:ffff
2602:cc:45ff:ffff:ffff:ffff:ffff:ffff

2602:cc:4eff:ffff:ffff:ffff:ffff:ffff
2602:cc:53ff:ffff:ffff:ffff:ffff:ffff
2602:cc:56ff:ffff:ffff:ffff:ffff:ffff
2602:cc:5eff:ffff:ffff:ffff:ffff:ffff
2602:cc:6eff:ffff:ffff:ffff:ffff:ffff
2602:cc:7bff:ffff:ffff:ffff:ffff:ffff
2602:cc:8cff:ffff:ffff:ffff:ffff:ffff
2602:cc:99ff:ffff:ffff:ffff:ffff:ffff
2602:cc:9bff:ffff:ffff:ffff:ffff:ffff
2602:cc:a5ff:ffff:ffff:ffff:ffff:ffff
2602:cc:a7ff:ffff:ffff:ffff:ffff:ffff
2602:cc:aeff:ffff:ffff:ffff:ffff:ffff
2602:cc:b4ff:ffff:ffff:ffff:ffff:ffff
2602:cc:bfff:ffff:ffff:ffff:ffff:ffff
2602:cc:c4ff:ffff:ffff:ffff:ffff:ffff
2602:cd:3ff:ffff:ffff:ffff:ffff:ffff
2602:cd:dff:ffff:ffff:ffff:ffff:ffff
2602:cd:12ff:ffff:ffff:ffff:ffff:ffff
2602:cd:15ff:ffff:ffff:ffff:ffff:ffff
2602:cd:18ff:ffff:ffff:ffff:ffff:ffff
2602:cd:1aff:ffff:ffff:ffff:ffff:ffff
2602:cd:2dff:ffff:ffff:ffff:ffff:ffff
2602:cd:39ff:ffff:ffff:ffff:ffff:ffff
2602:cd:3eff:ffff:ffff:ffff:ffff:ffff
2602:cd:43ff:ffff:ffff:ffff:ffff:ffff
2602:cd:45ff:ffff:ffff:ffff:ffff:ffff
2602:cd:49ff:ffff:ffff:ffff:ffff:ffff
2602:cd:4cff:ffff:ffff:ffff:ffff:ffff
2602:cd:62ff:ffff:ffff:ffff:ffff:ffff
2602:cd:67ff:ffff:ffff:ffff:ffff:ffff
2602:cd:69ff:ffff:ffff:ffff:ffff:ffff
2602:cd:87ff:ffff:ffff:ffff:ffff:ffff
2602:cd:a3ff:ffff:ffff:ffff:ffff:ffff
2602:cd:b4ff:ffff:ffff:ffff:ffff:ffff
2602:cd:dbff:ffff:ffff:ffff:ffff:ffff
2602:cd:e6ff:ffff:ffff:ffff:ffff:ffff
2602:cd:f1ff:ffff:ffff:ffff:ffff:ffff

2602:cd:f3ff:ffff:ffff:ffff:ffff:ffff
2602:cd:f8ff:ffff:ffff:ffff:ffff:ffff
2602:ce:10ff:ffff:ffff:ffff:ffff:ffff
2602:ce:14ff:ffff:ffff:ffff:ffff:ffff
2602:ce:26ff:ffff:ffff:ffff:ffff:ffff
2602:ce:2fff:ffff:ffff:ffff:ffff:ffff
2602:ce:3aff:ffff:ffff:ffff:ffff:ffff
2602:ce:4fff:ffff:ffff:ffff:ffff:ffff
2602:ce:54ff:ffff:ffff:ffff:ffff:ffff
2602:ce:59ff:ffff:ffff:ffff:ffff:ffff
2602:ce:62ff:ffff:ffff:ffff:ffff:ffff
2602:ce:6aff:ffff:ffff:ffff:ffff:ffff
2602:ce:76ff:ffff:ffff:ffff:ffff:ffff
2602:ce:7fff:ffff:ffff:ffff:ffff:ffff
2602:ce:88ff:ffff:ffff:ffff:ffff:ffff
2602:ce:92ff:ffff:ffff:ffff:ffff:ffff
2602:ce:9aff:ffff:ffff:ffff:ffff:ffff
2602:ce:b4ff:ffff:ffff:ffff:ffff:ffff
2602:ce:baff:ffff:ffff:ffff:ffff:ffff
2602:ce:caff:ffff:ffff:ffff:ffff:ffff
2602:ce:d4ff:ffff:ffff:ffff:ffff:ffff
2602:ce:d9ff:ffff:ffff:ffff:ffff:ffff
2602:ce:e5ff:ffff:ffff:ffff:ffff:ffff
2602:ce:f1ff:ffff:ffff:ffff:ffff:ffff
2602:ce:f8ff:ffff:ffff:ffff:ffff:ffff
2602:ce:fbff:ffff:ffff:ffff:ffff:ffff
2602:cf:8ff:ffff:ffff:ffff:ffff:ffff
2602:cf:28ff:ffff:ffff:ffff:ffff:ffff
2602:cf:39ff:ffff:ffff:ffff:ffff:ffff
2602:cf:3fff:ffff:ffff:ffff:ffff:ffff
2602:cf:4cff:ffff:ffff:ffff:ffff:ffff
2602:cf:59ff:ffff:ffff:ffff:ffff:ffff
2602:cf:5eff:ffff:ffff:ffff:ffff:ffff
2602:cf:70ff:ffff:ffff:ffff:ffff:ffff
2602:cf:74ff:ffff:ffff:ffff:ffff:ffff
2602:cf:7cff:ffff:ffff:ffff:ffff:ffff
2602:cf:89ff:ffff:ffff:ffff:ffff:ffff

2602:cf:99ff:ffff:ffff:ffff:ffff:ffff
2602:cf:a1ff:ffff:ffff:ffff:ffff:ffff
2602:cf:a8ff:ffff:ffff:ffff:ffff:ffff
2602:cf:adff:ffff:ffff:ffff:ffff:ffff
2602:cf:b1ff:ffff:ffff:ffff:ffff:ffff
2602:cf:bfff:ffff:ffff:ffff:ffff:ffff
2602:cf:caff:ffff:ffff:ffff:ffff:ffff
2602:cf:d5ff:ffff:ffff:ffff:ffff:ffff
2602:d0:11ff:ffff:ffff:ffff:ffff:ffff
2602:d0:17ff:ffff:ffff:ffff:ffff:ffff
2602:d0:1bff:ffff:ffff:ffff:ffff:ffff
2602:d0:1eff:ffff:ffff:ffff:ffff:ffff
2602:d0:2bff:ffff:ffff:ffff:ffff:ffff
2602:d0:71ff:ffff:ffff:ffff:ffff:ffff
2602:d0:76ff:ffff:ffff:ffff:ffff:ffff
2602:d0:7eff:ffff:ffff:ffff:ffff:ffff
2602:d0:87ff:ffff:ffff:ffff:ffff:ffff
2602:d0:8fff:ffff:ffff:ffff:ffff:ffff
2602:d0:a0ff:ffff:ffff:ffff:ffff:ffff
2602:d0:b0ff:ffff:ffff:ffff:ffff:ffff
2602:d0:baff:ffff:ffff:ffff:ffff:ffff
2602:d0:c4ff:ffff:ffff:ffff:ffff:ffff
2602:d0:c6ff:ffff:ffff:ffff:ffff:ffff
2602:d0:dbff:ffff:ffff:ffff:ffff:ffff
2602:d0:deff:ffff:ffff:ffff:ffff:ffff
2602:d1:bff:ffff:ffff:ffff:ffff:ffff
2602:d1:12ff:ffff:ffff:ffff:ffff:ffff
2602:d1:5dff:ffff:ffff:ffff:ffff:ffff
2602:d1:6dff:ffff:ffff:ffff:ffff:ffff
2602:d1:70ff:ffff:ffff:ffff:ffff:ffff
2602:d1:7eff:ffff:ffff:ffff:ffff:ffff
2602:d1:82ff:ffff:ffff:ffff:ffff:ffff
2602:d1:86ff:ffff:ffff:ffff:ffff:ffff
2602:d1:89ff:ffff:ffff:ffff:ffff:ffff
2602:d1:a3ff:ffff:ffff:ffff:ffff:ffff
2602:d1:afff:ffff:ffff:ffff:ffff:ffff
2602:d1:b1ff:ffff:ffff:ffff:ffff:ffff

2602:d1:c8ff:ffff:ffff:ffff:ffff:ffff
2602:d1:d7ff:ffff:ffff:ffff:ffff:ffff
2602:d1:d9ff:ffff:ffff:ffff:ffff:ffff
2602:d1:dbff:ffff:ffff:ffff:ffff:ffff
2602:d1:e2ff:ffff:ffff:ffff:ffff:ffff
2602:d1:e9ff:ffff:ffff:ffff:ffff:ffff
2602:d2:fff:ffff:ffff:ffff:ffff:ffff
2602:d2:8fff:ffff:ffff:ffff:ffff:ffff
2602:d2:17ff:ffff:ffff:ffff:ffff:ffff
2602:d2:82ff:ffff:ffff:ffff:ffff:ffff
2602:d2:a3ff:ffff:ffff:ffff:ffff:ffff
2602:d2:a9ff:ffff:ffff:ffff:ffff:ffff
2602:d2:bcff:ffff:ffff:ffff:ffff:ffff
2602:d2:caff:ffff:ffff:ffff:ffff:ffff
2602:d2:cfff:ffff:ffff:ffff:ffff:ffff
2602:d2:dcff:ffff:ffff:ffff:ffff:ffff
2602:d2:dfff:ffff:ffff:ffff:ffff:ffff
2602:d2:e9ff:ffff:ffff:ffff:ffff:ffff
2602:d2:ffff:ffff:ffff:ffff:ffff:ffff
2602:d3:18ff:ffff:ffff:ffff:ffff:ffff
2602:d3:1cff:ffff:ffff:ffff:ffff:ffff
2602:d3:23ff:ffff:ffff:ffff:ffff:ffff
2602:d3:35ff:ffff:ffff:ffff:ffff:ffff
2602:d3:3aff:ffff:ffff:ffff:ffff:ffff
2602:d3:45ff:ffff:ffff:ffff:ffff:ffff
2602:d3:4cff:ffff:ffff:ffff:ffff:ffff
2602:d3:4eff:ffff:ffff:ffff:ffff:ffff
2602:d3:50ff:ffff:ffff:ffff:ffff:ffff
2602:d3:5dff:ffff:ffff:ffff:ffff:ffff
2602:d4:5ff:ffff:ffff:ffff:ffff:ffff
2602:d4:aff:ffff:ffff:ffff:ffff:ffff
2602:d4:29ff:ffff:ffff:ffff:ffff:ffff
2602:d4:2dff:ffff:ffff:ffff:ffff:ffff
2602:d4:2fff:ffff:ffff:ffff:ffff:ffff
2602:d4:3dff:ffff:ffff:ffff:ffff:ffff
2602:d4:50ff:ffff:ffff:ffff:ffff:ffff
2602:d4:52ff:ffff:ffff:ffff:ffff:ffff

2602:d4:59ff:ffff:ffff:ffff:ffff:ffff
2602:d4:62ff:ffff:ffff:ffff:ffff:ffff
2602:d4:74ff:ffff:ffff:ffff:ffff:ffff
2602:d4:76ff:ffff:ffff:ffff:ffff:ffff
2602:d4:79ff:ffff:ffff:ffff:ffff:ffff
2602:d4:7cff:ffff:ffff:ffff:ffff:ffff
2602:d4:7fff:ffff:ffff:ffff:ffff:ffff
2602:d4:91ff:ffff:ffff:ffff:ffff:ffff
2602:d4:94ff:ffff:ffff:ffff:ffff:ffff
2602:d4:ccff:ffff:ffff:ffff:ffff:ffff
2602:d4:d2ff:ffff:ffff:ffff:ffff:ffff
2602:d4:d4ff:ffff:ffff:ffff:ffff:ffff
2602:d5:21ff:ffff:ffff:ffff:ffff:ffff
2602:d5:28ff:ffff:ffff:ffff:ffff:ffff
2602:d5:2cff:ffff:ffff:ffff:ffff:ffff
2602:d5:3cff:ffff:ffff:ffff:ffff:ffff
2602:d5:41ff:ffff:ffff:ffff:ffff:ffff
2602:d5:4fff:ffff:ffff:ffff:ffff:ffff
2602:d6:3ff:ffff:ffff:ffff:ffff:ffff
2602:d6:9ff:ffff:ffff:ffff:ffff:ffff
2602:d6:17ff:ffff:ffff:ffff:ffff:ffff
2602:d6:19ff:ffff:ffff:ffff:ffff:ffff
2602:d6:27ff:ffff:ffff:ffff:ffff:ffff
2602:d6:30ff:ffff:ffff:ffff:ffff:ffff
2602:d6:36ff:ffff:ffff:ffff:ffff:ffff
2602:d6:40ff:ffff:ffff:ffff:ffff:ffff
2602:d6:42ff:ffff:ffff:ffff:ffff:ffff
2602:d6:44ff:ffff:ffff:ffff:ffff:ffff
2602:d6:53ff:ffff:ffff:ffff:ffff:ffff
2602:d6:5eff:ffff:ffff:ffff:ffff:ffff
2602:d6:67ff:ffff:ffff:ffff:ffff:ffff
2602:d6:6cff:ffff:ffff:ffff:ffff:ffff
2602:d6:6fff:ffff:ffff:ffff:ffff:ffff
2602:d6:73ff:ffff:ffff:ffff:ffff:ffff
2602:d6:83ff:ffff:ffff:ffff:ffff:ffff
2602:d6:93ff:ffff:ffff:ffff:ffff:ffff
2602:d6:9fff:ffff:ffff:ffff:ffff:ffff

2602:d6:a3ff:ffff:ffff:ffff:ffff:ffff
2602:d6:b5ff:ffff:ffff:ffff:ffff:ffff
2602:d6:baff:ffff:ffff:ffff:ffff:ffff
2602:d6:c4ff:ffff:ffff:ffff:ffff:ffff
2602:d6:d6ff:ffff:ffff:ffff:ffff:ffff
2602:d6:daff:ffff:ffff:ffff:ffff:ffff
2602:d7:fff:ffff:ffff:ffff:ffff:ffff
2602:d7:cff:ffff:ffff:ffff:ffff:ffff
2602:d7:65ff:ffff:ffff:ffff:ffff:ffff
2602:d7:8cff:ffff:ffff:ffff:ffff:ffff
2602:d7:97ff:ffff:ffff:ffff:ffff:ffff
2602:d7:adff:ffff:ffff:ffff:ffff:ffff
2602:d7:b2ff:ffff:ffff:ffff:ffff:ffff
2602:d7:c9ff:ffff:ffff:ffff:ffff:ffff
2602:d7:ccff:ffff:ffff:ffff:ffff:ffff
2602:d7:eeff:ffff:ffff:ffff:ffff:ffff
2602:d8:10ff:ffff:ffff:ffff:ffff:ffff
2602:d8:1aff:ffff:ffff:ffff:ffff:ffff
2602:d8:2cff:ffff:ffff:ffff:ffff:ffff
2602:d8:3aff:ffff:ffff:ffff:ffff:ffff
2602:d8:3dff:ffff:ffff:ffff:ffff:ffff
2602:d9:bff:ffff:ffff:ffff:ffff:ffff
2602:d9:eff:ffff:ffff:ffff:ffff:ffff
2602:d9:24ff:ffff:ffff:ffff:ffff:ffff
2602:d9:3dff:ffff:ffff:ffff:ffff:ffff
2602:d9:43ff:ffff:ffff:ffff:ffff:ffff
2602:d9:49ff:ffff:ffff:ffff:ffff:ffff
2602:d9:4fff:ffff:ffff:ffff:ffff:ffff
2602:d9:52ff:ffff:ffff:ffff:ffff:ffff
2602:d9:5aff:ffff:ffff:ffff:ffff:ffff
2602:d9:5dff:ffff:ffff:ffff:ffff:ffff
2602:d9:62ff:ffff:ffff:ffff:ffff:ffff
2602:d9:71ff:ffff:ffff:ffff:ffff:ffff
2602:d9:74ff:ffff:ffff:ffff:ffff:ffff
2602:d9:81ff:ffff:ffff:ffff:ffff:ffff
2602:d9:87ff:ffff:ffff:ffff:ffff:ffff
2602:d9:89ff:ffff:ffff:ffff:ffff:ffff

2602:d9:a7ff:ffff:ffff:ffff:ffff:ffff
2602:d9:c4ff:ffff:ffff:ffff:ffff:ffff
2602:d9:d5ff:ffff:ffff:ffff:ffff:ffff
2602:d9:e3ff:ffff:ffff:ffff:ffff:ffff
2602:d9:e5ff:ffff:ffff:ffff:ffff:ffff
2602:d9:ecff:ffff:ffff:ffff:ffff:ffff
2602:d9:f6ff:ffff:ffff:ffff:ffff:ffff
2602:d9:fbff:ffff:ffff:ffff:ffff:ffff
2602:da:4ff:ffff:ffff:ffff:ffff:ffff
2602:da:8ff:ffff:ffff:ffff:ffff:ffff
2602:da:1aff:ffff:ffff:ffff:ffff:ffff
2602:da:20ff:ffff:ffff:ffff:ffff:ffff
2602:da:28ff:ffff:ffff:ffff:ffff:ffff
2602:da:3cff:ffff:ffff:ffff:ffff:ffff
2602:da:46ff:ffff:ffff:ffff:ffff:ffff
2602:da:4cff:ffff:ffff:ffff:ffff:ffff
2602:da:51ff:ffff:ffff:ffff:ffff:ffff
2602:da:5dff:ffff:ffff:ffff:ffff:ffff
2602:da:6dff:ffff:ffff:ffff:ffff:ffff
2602:da:72ff:ffff:ffff:ffff:ffff:ffff
2602:da:81ff:ffff:ffff:ffff:ffff:ffff
2602:da:85ff:ffff:ffff:ffff:ffff:ffff
2602:da:87ff:ffff:ffff:ffff:ffff:ffff
2602:da:8aff:ffff:ffff:ffff:ffff:ffff
2602:da:90ff:ffff:ffff:ffff:ffff:ffff
2602:da:a1ff:ffff:ffff:ffff:ffff:ffff
2602:da:a8ff:ffff:ffff:ffff:ffff:ffff
2602:da:b2ff:ffff:ffff:ffff:ffff:ffff
2602:da:c4ff:ffff:ffff:ffff:ffff:ffff
2602:da:caff:ffff:ffff:ffff:ffff:ffff
2602:da:deff:ffff:ffff:ffff:ffff:ffff
2602:da:e7ff:ffff:ffff:ffff:ffff:ffff
2602:db:12ff:ffff:ffff:ffff:ffff:ffff
2602:db:3bff:ffff:ffff:ffff:ffff:ffff
2602:db:42ff:ffff:ffff:ffff:ffff:ffff
2602:db:4eff:ffff:ffff:ffff:ffff:ffff
2602:db:83ff:ffff:ffff:ffff:ffff:ffff

2602:db:acff:ffff:ffff:ffff:ffff:ffff
2602:db:bbff:ffff:ffff:ffff:ffff:ffff
2602:db:cbff:ffff:ffff:ffff:ffff:ffff
2602:db:dbff:ffff:ffff:ffff:ffff:ffff
2602:db:deff:ffff:ffff:ffff:ffff:ffff
2602:db:e9ff:ffff:ffff:ffff:ffff:ffff
2602:db:f0ff:ffff:ffff:ffff:ffff:ffff
2602:dc:fff:ffff:ffff:ffff:ffff:ffff
2602:dc:14ff:ffff:ffff:ffff:ffff:ffff
2602:dc:22ff:ffff:ffff:ffff:ffff:ffff
2602:dc:27ff:ffff:ffff:ffff:ffff:ffff
2602:dc:29ff:ffff:ffff:ffff:ffff:ffff
2602:dc:2bff:ffff:ffff:ffff:ffff:ffff
2602:dc:2dff:ffff:ffff:ffff:ffff:ffff
2602:dc:33ff:ffff:ffff:ffff:ffff:ffff
2602:dc:3bff:ffff:ffff:ffff:ffff:ffff
2602:dc:49ff:ffff:ffff:ffff:ffff:ffff
2602:dc:51ff:ffff:ffff:ffff:ffff:ffff
2602:dc:5aff:ffff:ffff:ffff:ffff:ffff
2602:dc:75ff:ffff:ffff:ffff:ffff:ffff
2602:dc:78ff:ffff:ffff:ffff:ffff:ffff
2602:dc:88ff:ffff:ffff:ffff:ffff:ffff
2602:dc:92ff:ffff:ffff:ffff:ffff:ffff
2602:dc:c4ff:ffff:ffff:ffff:ffff:ffff
2602:dc:e3ff:ffff:ffff:ffff:ffff:ffff
2602:dd:cff:ffff:ffff:ffff:ffff:ffff
2602:dd:37ff:ffff:ffff:ffff:ffff:ffff
2602:dd:46ff:ffff:ffff:ffff:ffff:ffff
2602:dd:52ff:ffff:ffff:ffff:ffff:ffff
2602:dd:59ff:ffff:ffff:ffff:ffff:ffff
2602:dd:5eff:ffff:ffff:ffff:ffff:ffff
2602:dd:70ff:ffff:ffff:ffff:ffff:ffff
2602:dd:74ff:ffff:ffff:ffff:ffff:ffff
2602:dd:88ff:ffff:ffff:ffff:ffff:ffff
2602:dd:9dff:ffff:ffff:ffff:ffff:ffff
2602:dd:9fff:ffff:ffff:ffff:ffff:ffff
2602:dd:acff:ffff:ffff:ffff:ffff:ffff

2602:dd:b4ff:ffff:ffff:ffff:ffff:ffff
2602:dd:b7ff:ffff:ffff:ffff:ffff:ffff
2602:dd:c2ff:ffff:ffff:ffff:ffff:ffff
2602:dd:caff:ffff:ffff:ffff:ffff:ffff
2602:dd:d4ff:ffff:ffff:ffff:ffff:ffff
2602:dd:d9ff:ffff:ffff:ffff:ffff:ffff
2602:dd:ddff:ffff:ffff:ffff:ffff:ffff
2602:dd:e3ff:ffff:ffff:ffff:ffff:ffff
2602:dd:f6ff:ffff:ffff:ffff:ffff:ffff
2602:de:20ff:ffff:ffff:ffff:ffff:ffff
2602:de:26ff:ffff:ffff:ffff:ffff:ffff
2602:de:39ff:ffff:ffff:ffff:ffff:ffff
2602:de:66ff:ffff:ffff:ffff:ffff:ffff
2602:de:69ff:ffff:ffff:ffff:ffff:ffff
2602:de:73ff:ffff:ffff:ffff:ffff:ffff
2602:de:8cff:ffff:ffff:ffff:ffff:ffff
2602:de:ceff:ffff:ffff:ffff:ffff:ffff
2602:de:e3ff:ffff:ffff:ffff:ffff:ffff
2602:de:e7ff:ffff:ffff:ffff:ffff:ffff
2602:de:edff:ffff:ffff:ffff:ffff:ffff
2602:de:fdff:ffff:ffff:ffff:ffff:ffff
2602:de:ffff:ffff:ffff:ffff:ffff:ffff
2602:df:16ff:ffff:ffff:ffff:ffff:ffff
2602:df:30ff:ffff:ffff:ffff:ffff:ffff
2602:df:38ff:ffff:ffff:ffff:ffff:ffff
2602:df:48ff:ffff:ffff:ffff:ffff:ffff
2602:df:5bff:ffff:ffff:ffff:ffff:ffff
2602:df:6cff:ffff:ffff:ffff:ffff:ffff
2602:df:72ff:ffff:ffff:ffff:ffff:ffff
2602:df:80ff:ffff:ffff:ffff:ffff:ffff
2602:df:82ff:ffff:ffff:ffff:ffff:ffff
2602:df:8cff:ffff:ffff:ffff:ffff:ffff
2602:df:e4ff:ffff:ffff:ffff:ffff:ffff
2602:df:fdff:ffff:ffff:ffff:ffff:ffff
2602:e0:1dff:ffff:ffff:ffff:ffff:ffff
2602:e0:25ff:ffff:ffff:ffff:ffff:ffff
2602:e0:2aff:ffff:ffff:ffff:ffff:ffff

2602:e0:36ff:ffff:ffff:ffff:ffff:ffff
2602:e0:38ff:ffff:ffff:ffff:ffff:ffff
2602:e0:3bff:ffff:ffff:ffff:ffff:ffff
2602:e0:3dff:ffff:ffff:ffff:ffff:ffff
2602:e0:40ff:ffff:ffff:ffff:ffff:ffff
2602:e0:44ff:ffff:ffff:ffff:ffff:ffff
2602:e0:49ff:ffff:ffff:ffff:ffff:ffff
2602:e0:4dff:ffff:ffff:ffff:ffff:ffff
2602:e0:54ff:ffff:ffff:ffff:ffff:ffff
2602:e0:56ff:ffff:ffff:ffff:ffff:ffff
2602:e0:5aff:ffff:ffff:ffff:ffff:ffff
2602:e0:65ff:ffff:ffff:ffff:ffff:ffff
2602:e0:77ff:ffff:ffff:ffff:ffff:ffff
2602:e0:79ff:ffff:ffff:ffff:ffff:ffff
2602:e0:8cff:ffff:ffff:ffff:ffff:ffff
2602:e0:90ff:ffff:ffff:ffff:ffff:ffff
2602:e0:92ff:ffff:ffff:ffff:ffff:ffff
2602:e0:a4ff:ffff:ffff:ffff:ffff:ffff
2602:e0:b8ff:ffff:ffff:ffff:ffff:ffff
2602:e0:bbff:ffff:ffff:ffff:ffff:ffff
2602:e0:fdff:ffff:ffff:ffff:ffff:ffff
2602:e1:1fff:ffff:ffff:ffff:ffff:ffff
2602:e1:25ff:ffff:ffff:ffff:ffff:ffff
2602:e1:2eff:ffff:ffff:ffff:ffff:ffff
2602:e1:36ff:ffff:ffff:ffff:ffff:ffff
2602:e1:42ff:ffff:ffff:ffff:ffff:ffff
2602:e1:47ff:ffff:ffff:ffff:ffff:ffff
2602:e1:49ff:ffff:ffff:ffff:ffff:ffff
2602:e1:4bff:ffff:ffff:ffff:ffff:ffff
2602:e1:54ff:ffff:ffff:ffff:ffff:ffff
2602:e1:5bff:ffff:ffff:ffff:ffff:ffff
2602:e1:69ff:ffff:ffff:ffff:ffff:ffff
2602:e1:6eff:ffff:ffff:ffff:ffff:ffff
2602:e1:7cff:ffff:ffff:ffff:ffff:ffff
2602:e1:82ff:ffff:ffff:ffff:ffff:ffff
2602:e1:88ff:ffff:ffff:ffff:ffff:ffff
2602:e1:8fff:ffff:ffff:ffff:ffff:ffff

2602:e1:92ff:ffff:ffff:ffff:ffff:ffff
2602:e1:95ff:ffff:ffff:ffff:ffff:ffff
2602:e1:97ff:ffff:ffff:ffff:ffff:ffff
2602:e1:9bff:ffff:ffff:ffff:ffff:ffff
2602:e1:adff:ffff:ffff:ffff:ffff:ffff
2602:e1:b0ff:ffff:ffff:ffff:ffff:ffff
2602:e1:b9ff:ffff:ffff:ffff:ffff:ffff
2602:e2:8ff:ffff:ffff:ffff:ffff:ffff
2602:e2:bff:ffff:ffff:ffff:ffff:ffff
2602:e2:dff:ffff:ffff:ffff:ffff:ffff
2602:e2:51ff:ffff:ffff:ffff:ffff:ffff
2602:e2:5fff:ffff:ffff:ffff:ffff:ffff
2602:e2:76ff:ffff:ffff:ffff:ffff:ffff
2602:e2:78ff:ffff:ffff:ffff:ffff:ffff
2602:e2:7bff:ffff:ffff:ffff:ffff:ffff
2602:e2:82ff:ffff:ffff:ffff:ffff:ffff
2602:e2:89ff:ffff:ffff:ffff:ffff:ffff
2602:e2:8cff:ffff:ffff:ffff:ffff:ffff
2602:e2:93ff:ffff:ffff:ffff:ffff:ffff
2602:e2:9eff:ffff:ffff:ffff:ffff:ffff
2602:e2:c2ff:ffff:ffff:ffff:ffff:ffff
2602:e2:cfff:ffff:ffff:ffff:ffff:ffff
2602:e2:e8ff:ffff:ffff:ffff:ffff:ffff
2602:e2:ecff:ffff:ffff:ffff:ffff:ffff
2602:e2:f8ff:ffff:ffff:ffff:ffff:ffff
2602:e2:fbff:ffff:ffff:ffff:ffff:ffff
2602:e3:2ff:ffff:ffff:ffff:ffff:ffff
2602:e3:4ff:ffff:ffff:ffff:ffff:ffff
2602:e3:11ff:ffff:ffff:ffff:ffff:ffff
2602:e3:1aff:ffff:ffff:ffff:ffff:ffff
2602:e3:1fff:ffff:ffff:ffff:ffff:ffff
2602:e3:35ff:ffff:ffff:ffff:ffff:ffff
2602:e3:44ff:ffff:ffff:ffff:ffff:ffff
2602:e3:56ff:ffff:ffff:ffff:ffff:ffff
2602:e3:5bff:ffff:ffff:ffff:ffff:ffff
2602:e3:5eff:ffff:ffff:ffff:ffff:ffff
2602:e3:63ff:ffff:ffff:ffff:ffff:ffff

2602:e3:8dff:ffff:ffff:ffff:ffff:ffff
2602:e3:99ff:ffff:ffff:ffff:ffff:ffff
2602:e3:a5ff:ffff:ffff:ffff:ffff:ffff
2602:e3:abff:ffff:ffff:ffff:ffff:ffff
2602:e3:b2ff:ffff:ffff:ffff:ffff:ffff
2602:e3:b9ff:ffff:ffff:ffff:ffff:ffff
2602:e3:bfff:ffff:ffff:ffff:ffff:ffff
2602:e3:c7ff:ffff:ffff:ffff:ffff:ffff
2602:e3:d4ff:ffff:ffff:ffff:ffff:ffff
2602:e3:e9ff:ffff:ffff:ffff:ffff:ffff
2602:e3:f1ff:ffff:ffff:ffff:ffff:ffff
2602:e3:feff:ffff:ffff:ffff:ffff:ffff
2602:e4:1eff:ffff:ffff:ffff:ffff:ffff
2602:e4:2dff:ffff:ffff:ffff:ffff:ffff
2602:e4:31ff:ffff:ffff:ffff:ffff:ffff
2602:e4:36ff:ffff:ffff:ffff:ffff:ffff
2602:e4:6eff:ffff:ffff:ffff:ffff:ffff
2602:e4:91ff:ffff:ffff:ffff:ffff:ffff
2602:e4:a0ff:ffff:ffff:ffff:ffff:ffff
2602:e4:b1ff:ffff:ffff:ffff:ffff:ffff
2602:e4:bdff:ffff:ffff:ffff:ffff:ffff
2602:e4:bfff:ffff:ffff:ffff:ffff:ffff
2602:e4:c2ff:ffff:ffff:ffff:ffff:ffff
2602:e4:c4ff:ffff:ffff:ffff:ffff:ffff
2602:e4:cbff:ffff:ffff:ffff:ffff:ffff
2602:e4:cfff:ffff:ffff:ffff:ffff:ffff
2602:e4:deff:ffff:ffff:ffff:ffff:ffff
2602:e4:e9ff:ffff:ffff:ffff:ffff:ffff
2602:e4:edff:ffff:ffff:ffff:ffff:ffff
2602:e4:f4ff:ffff:ffff:ffff:ffff:ffff
2602:e4:f7ff:ffff:ffff:ffff:ffff:ffff
2602:e4:faff:ffff:ffff:ffff:ffff:ffff
2602:e5:10ff:ffff:ffff:ffff:ffff:ffff
2602:e5:14ff:ffff:ffff:ffff:ffff:ffff
2602:e5:b2ff:ffff:ffff:ffff:ffff:ffff
2602:e5:ecff:ffff:ffff:ffff:ffff:ffff
2602:e5:f6ff:ffff:ffff:ffff:ffff:ffff

2602:e5:faff:ffff:ffff:ffff:ffff:ffff
2602:e6:8ff:ffff:ffff:ffff:ffff:ffff
2602:e6:12ff:ffff:ffff:ffff:ffff:ffff
2602:e6:14ff:ffff:ffff:ffff:ffff:ffff
2602:e6:17ff:ffff:ffff:ffff:ffff:ffff
2602:e6:1bff:ffff:ffff:ffff:ffff:ffff
2602:e6:1fff:ffff:ffff:ffff:ffff:ffff
2602:e6:2aff:ffff:ffff:ffff:ffff:ffff
2602:e6:2cff:ffff:ffff:ffff:ffff:ffff
2602:e6:2fff:ffff:ffff:ffff:ffff:ffff
2602:e6:37ff:ffff:ffff:ffff:ffff:ffff
2602:e6:5bff:ffff:ffff:ffff:ffff:ffff
2602:e6:60ff:ffff:ffff:ffff:ffff:ffff
2602:e6:67ff:ffff:ffff:ffff:ffff:ffff
2602:e7:3fff:ffff:ffff:ffff:ffff:ffff
2602:e7:44ff:ffff:ffff:ffff:ffff:ffff
2602:e7:4bff:ffff:ffff:ffff:ffff:ffff
2602:e7:5fff:ffff:ffff:ffff:ffff:ffff
2602:e7:83ff:ffff:ffff:ffff:ffff:ffff
2602:e7:8cff:ffff:ffff:ffff:ffff:ffff
2602:e7:95ff:ffff:ffff:ffff:ffff:ffff
2602:e7:9bff:ffff:ffff:ffff:ffff:ffff
2602:e7:9dff:ffff:ffff:ffff:ffff:ffff
2602:e7:a0ff:ffff:ffff:ffff:ffff:ffff
2602:e7:adff:ffff:ffff:ffff:ffff:ffff
2602:e7:c4ff:ffff:ffff:ffff:ffff:ffff
2602:e7:c8ff:ffff:ffff:ffff:ffff:ffff
2602:e7:e0ff:ffff:ffff:ffff:ffff:ffff
2602:e7:e5ff:ffff:ffff:ffff:ffff:ffff
2602:e7:eaff:ffff:ffff:ffff:ffff:ffff
2602:e7:f5ff:ffff:ffff:ffff:ffff:ffff
2602:e7:ffff:ffff:ffff:ffff:ffff:ffff
2602:e8:fff:ffff:ffff:ffff:ffff:ffff
2602:e8:1aff:ffff:ffff:ffff:ffff:ffff
2602:e8:2bff:ffff:ffff:ffff:ffff:ffff
2602:e8:31ff:ffff:ffff:ffff:ffff:ffff
2602:e8:33ff:ffff:ffff:ffff:ffff:ffff

2602:e8:5aff:ffff:ffff:ffff:ffff:ffff
2602:e8:d6ff:ffff:ffff:ffff:ffff:ffff
2602:e8:eeff:ffff:ffff:ffff:ffff:ffff
2602:e9:5ff:ffff:ffff:ffff:ffff:ffff
2602:e9:8ff:ffff:ffff:ffff:ffff:ffff
2602:e9:38ff:ffff:ffff:ffff:ffff:ffff
2602:e9:3fff:ffff:ffff:ffff:ffff:ffff
2602:e9:42ff:ffff:ffff:ffff:ffff:ffff
2602:e9:55ff:ffff:ffff:ffff:ffff:ffff
2602:e9:57ff:ffff:ffff:ffff:ffff:ffff
2602:e9:66ff:ffff:ffff:ffff:ffff:ffff
2602:e9:69ff:ffff:ffff:ffff:ffff:ffff
2602:e9:83ff:ffff:ffff:ffff:ffff:ffff
2602:e9:88ff:ffff:ffff:ffff:ffff:ffff
2602:e9:9aff:ffff:ffff:ffff:ffff:ffff
2602:e9:a5ff:ffff:ffff:ffff:ffff:ffff
2602:e9:a8ff:ffff:ffff:ffff:ffff:ffff
2602:e9:aaff:ffff:ffff:ffff:ffff:ffff
2602:e9:aeff:ffff:ffff:ffff:ffff:ffff
2602:e9:c5ff:ffff:ffff:ffff:ffff:ffff
2602:e9:cdff:ffff:ffff:ffff:ffff:ffff
2602:e9:d3ff:ffff:ffff:ffff:ffff:ffff
2602:e9:e4ff:ffff:ffff:ffff:ffff:ffff
2602:ea:8ff:ffff:ffff:ffff:ffff:ffff
2602:ea:13ff:ffff:ffff:ffff:ffff:ffff
2602:ea:26ff:ffff:ffff:ffff:ffff:ffff
2602:ea:45ff:ffff:ffff:ffff:ffff:ffff
2602:ea:47ff:ffff:ffff:ffff:ffff:ffff
2602:ea:51ff:ffff:ffff:ffff:ffff:ffff
2602:ea:63ff:ffff:ffff:ffff:ffff:ffff
2602:ea:68ff:ffff:ffff:ffff:ffff:ffff
2602:ea:6dff:ffff:ffff:ffff:ffff:ffff
2602:ea:70ff:ffff:ffff:ffff:ffff:ffff
2602:ea:72ff:ffff:ffff:ffff:ffff:ffff
2602:ea:77ff:ffff:ffff:ffff:ffff:ffff
2602:ea:7aff:ffff:ffff:ffff:ffff:ffff
2602:ea:7eff:ffff:ffff:ffff:ffff:ffff

2602:ea:81ff:ffff:ffff:ffff:ffff:ffff
2602:ea:85ff:ffff:ffff:ffff:ffff:ffff
2602:ea:87ff:ffff:ffff:ffff:ffff:ffff
2602:ea:8aff:ffff:ffff:ffff:ffff:ffff
2602:ea:9aff:ffff:ffff:ffff:ffff:ffff
2602:ea:9dff:ffff:ffff:ffff:ffff:ffff
2602:ea:a2ff:ffff:ffff:ffff:ffff:ffff
2602:ea:afff:ffff:ffff:ffff:ffff:ffff
2602:ea:b6ff:ffff:ffff:ffff:ffff:ffff
2602:ea:bfff:ffff:ffff:ffff:ffff:ffff
2602:ea:c4ff:ffff:ffff:ffff:ffff:ffff
2602:ea:c8ff:ffff:ffff:ffff:ffff:ffff
2602:ea:d4ff:ffff:ffff:ffff:ffff:ffff
2602:ea:d8ff:ffff:ffff:ffff:ffff:ffff
2602:ea:deff:ffff:ffff:ffff:ffff:ffff
2602:ea:e1ff:ffff:ffff:ffff:ffff:ffff
2602:ea:e4ff:ffff:ffff:ffff:ffff:ffff
2602:ea:e9ff:ffff:ffff:ffff:ffff:ffff
2602:eb:ff:ffff:ffff:ffff:ffff:ffff
2602:eb:7ff:ffff:ffff:ffff:ffff:ffff
2602:eb:44ff:ffff:ffff:ffff:ffff:ffff
2602:eb:4dff:ffff:ffff:ffff:ffff:ffff
2602:eb:53ff:ffff:ffff:ffff:ffff:ffff
2602:eb:59ff:ffff:ffff:ffff:ffff:ffff
2602:eb:5eff:ffff:ffff:ffff:ffff:ffff
2602:eb:80ff:ffff:ffff:ffff:ffff:ffff
2602:eb:84ff:ffff:ffff:ffff:ffff:ffff
2602:eb:8bff:ffff:ffff:ffff:ffff:ffff
2602:eb:8fff:ffff:ffff:ffff:ffff:ffff
2602:eb:93ff:ffff:ffff:ffff:ffff:ffff
2602:eb:a4ff:ffff:ffff:ffff:ffff:ffff
2602:eb:adff:ffff:ffff:ffff:ffff:ffff
2602:eb:bfff:ffff:ffff:ffff:ffff:ffff
2602:eb:c3ff:ffff:ffff:ffff:ffff:ffff
2602:eb:d2ff:ffff:ffff:ffff:ffff:ffff
2602:eb:dfff:ffff:ffff:ffff:ffff:ffff
2602:eb:efff:ffff:ffff:ffff:ffff:ffff

2602:ec:2fff:ffff:ffff:ffff:ffff:ffff
2602:ec:33ff:ffff:ffff:ffff:ffff:ffff
2602:ec:3fff:ffff:ffff:ffff:ffff:ffff
2602:ec:41ff:ffff:ffff:ffff:ffff:ffff
2602:ec:44ff:ffff:ffff:ffff:ffff:ffff
2602:ec:4dff:ffff:ffff:ffff:ffff:ffff
2602:ec:4fff:ffff:ffff:ffff:ffff:ffff
2602:ec:68ff:ffff:ffff:ffff:ffff:ffff
2602:ec:78ff:ffff:ffff:ffff:ffff:ffff
2602:ec:7bff:ffff:ffff:ffff:ffff:ffff
2602:ec:7eff:ffff:ffff:ffff:ffff:ffff
2602:ec:88ff:ffff:ffff:ffff:ffff:ffff
2602:ec:95ff:ffff:ffff:ffff:ffff:ffff
2602:ec:9cff:ffff:ffff:ffff:ffff:ffff
2602:ec:a3ff:ffff:ffff:ffff:ffff:ffff
2602:ec:a6ff:ffff:ffff:ffff:ffff:ffff
2602:ec:aaff:ffff:ffff:ffff:ffff:ffff
2602:ec:acff:ffff:ffff:ffff:ffff:ffff
2602:ec:b6ff:ffff:ffff:ffff:ffff:ffff
2602:ec:beff:ffff:ffff:ffff:ffff:ffff
2602:ec:cdff:ffff:ffff:ffff:ffff:ffff
2602:ec:e0ff:ffff:ffff:ffff:ffff:ffff
2602:ed:7ff:ffff:ffff:ffff:ffff:ffff
2602:ed:9ff:ffff:ffff:ffff:ffff:ffff
2602:ed:41ff:ffff:ffff:ffff:ffff:ffff
2602:ed:89ff:ffff:ffff:ffff:ffff:ffff
2602:ed:a1ff:ffff:ffff:ffff:ffff:ffff
2602:ed:b9ff:ffff:ffff:ffff:ffff:ffff
2602:ed:ceff:ffff:ffff:ffff:ffff:ffff
2602:ed:dfff:ffff:ffff:ffff:ffff:ffff
2602:ed:e5ff:ffff:ffff:ffff:ffff:ffff
2602:ed:f2ff:ffff:ffff:ffff:ffff:ffff
2602:ee:3ff:ffff:ffff:ffff:ffff:ffff
2602:ee:36ff:ffff:ffff:ffff:ffff:ffff
2602:ee:43ff:ffff:ffff:ffff:ffff:ffff
2602:ee:d8ff:ffff:ffff:ffff:ffff:ffff
2602:ee:e3ff:ffff:ffff:ffff:ffff:ffff

2602:ef:8ff:ffff:ffff:ffff:ffff:ffff
2602:ef:bff:ffff:ffff:ffff:ffff:ffff
2602:ef:17ff:ffff:ffff:ffff:ffff:ffff
2602:ef:1bff:ffff:ffff:ffff:ffff:ffff
2602:ef:2bff:ffff:ffff:ffff:ffff:ffff
2602:ef:4dff:ffff:ffff:ffff:ffff:ffff
2602:ef:50ff:ffff:ffff:ffff:ffff:ffff
2602:ef:56ff:ffff:ffff:ffff:ffff:ffff
2602:ef:5eff:ffff:ffff:ffff:ffff:ffff
2602:ef:6dff:ffff:ffff:ffff:ffff:ffff
2602:ef:72ff:ffff:ffff:ffff:ffff:ffff
2602:ef:78ff:ffff:ffff:ffff:ffff:ffff
2602:ef:80ff:ffff:ffff:ffff:ffff:ffff
2602:ef:83ff:ffff:ffff:ffff:ffff:ffff
2602:ef:89ff:ffff:ffff:ffff:ffff:ffff
2602:ef:9aff:ffff:ffff:ffff:ffff:ffff
2602:ef:a4ff:ffff:ffff:ffff:ffff:ffff
2602:ef:aaff:ffff:ffff:ffff:ffff:ffff
2602:ef:c1ff:ffff:ffff:ffff:ffff:ffff
2602:ef:c8ff:ffff:ffff:ffff:ffff:ffff
2602:ef:d1ff:ffff:ffff:ffff:ffff:ffff
2602:f0:45ff:ffff:ffff:ffff:ffff:ffff
2602:f0:5fff:ffff:ffff:ffff:ffff:ffff
2602:f0:69ff:ffff:ffff:ffff:ffff:ffff
2602:f0:6eff:ffff:ffff:ffff:ffff:ffff
2602:f0:8dff:ffff:ffff:ffff:ffff:ffff
2602:f0:98ff:ffff:ffff:ffff:ffff:ffff
2602:f0:9dff:ffff:ffff:ffff:ffff:ffff
2602:f1:2cff:ffff:ffff:ffff:ffff:ffff
2602:f1:3bff:ffff:ffff:ffff:ffff:ffff
2602:f1:41ff:ffff:ffff:ffff:ffff:ffff
2602:f1:44ff:ffff:ffff:ffff:ffff:ffff
2602:f1:46ff:ffff:ffff:ffff:ffff:ffff
2602:f1:4aff:ffff:ffff:ffff:ffff:ffff
2602:f1:54ff:ffff:ffff:ffff:ffff:ffff
2602:f1:63ff:ffff:ffff:ffff:ffff:ffff
2602:f1:87ff:ffff:ffff:ffff:ffff:ffff

2602:f1:90ff:ffff:ffff:ffff:ffff:ffff
2602:f1:95ff:ffff:ffff:ffff:ffff:ffff
2602:f1:a0ff:ffff:ffff:ffff:ffff:ffff
2602:f1:dbff:ffff:ffff:ffff:ffff:ffff
2602:f1:dcff:ffff:ffff:ffff:ffff:ffff
2602:f1:ebff:ffff:ffff:ffff:ffff:ffff
2602:f2:2bff:ffff:ffff:ffff:ffff:ffff
2602:f2:aaff:ffff:ffff:ffff:ffff:ffff
2602:f2:acff:ffff:ffff:ffff:ffff:ffff
2602:f2:bcff:ffff:ffff:ffff:ffff:ffff
2602:f2:c9ff:ffff:ffff:ffff:ffff:ffff
2602:f2:d4ff:ffff:ffff:ffff:ffff:ffff
2602:f2:dbff:ffff:ffff:ffff:ffff:ffff
2602:f2:eeff:ffff:ffff:ffff:ffff:ffff
2602:f3:21ff:ffff:ffff:ffff:ffff:ffff
2602:f3:2dff:ffff:ffff:ffff:ffff:ffff
2602:f3:49ff:ffff:ffff:ffff:ffff:ffff
2602:f3:50ff:ffff:ffff:ffff:ffff:ffff
2602:f3:52ff:ffff:ffff:ffff:ffff:ffff
2602:f3:57ff:ffff:ffff:ffff:ffff:ffff
2602:f3:5aff:ffff:ffff:ffff:ffff:ffff
2602:f3:a4ff:ffff:ffff:ffff:ffff:ffff
2602:f3:acff:ffff:ffff:ffff:ffff:ffff
2602:f3:b0ff:ffff:ffff:ffff:ffff:ffff
2602:f3:b5ff:ffff:ffff:ffff:ffff:ffff
2602:f3:bfff:ffff:ffff:ffff:ffff:ffff
2602:f3:c1ff:ffff:ffff:ffff:ffff:ffff
2602:f3:c3ff:ffff:ffff:ffff:ffff:ffff
2602:f3:ccff:ffff:ffff:ffff:ffff:ffff
2602:f3:d1ff:ffff:ffff:ffff:ffff:ffff
2602:f3:d5ff:ffff:ffff:ffff:ffff:ffff
2602:f3:d8ff:ffff:ffff:ffff:ffff:ffff
2602:f3:ddff:ffff:ffff:ffff:ffff:ffff
2602:f3:eeff:ffff:ffff:ffff:ffff:ffff
2602:f3:f2ff:ffff:ffff:ffff:ffff:ffff
2602:f3:f8ff:ffff:ffff:ffff:ffff:ffff
2602:f4:ff:ffff:ffff:ffff:ffff:ffff

2602:f4:5ff:ffff:ffff:ffff:ffff:ffff
2602:f4:bff:ffff:ffff:ffff:ffff:ffff
2602:f4:1dff:ffff:ffff:ffff:ffff:ffff
2602:f4:1fff:ffff:ffff:ffff:ffff:ffff
2602:f4:29ff:ffff:ffff:ffff:ffff:ffff
2602:f4:3fff:ffff:ffff:ffff:ffff:ffff
2602:f4:43ff:ffff:ffff:ffff:ffff:ffff
2602:f4:4bff:ffff:ffff:ffff:ffff:ffff
2602:f4:53ff:ffff:ffff:ffff:ffff:ffff
2602:f4:61ff:ffff:ffff:ffff:ffff:ffff
2602:f4:63ff:ffff:ffff:ffff:ffff:ffff
2602:f4:6bff:ffff:ffff:ffff:ffff:ffff
2602:f4:83ff:ffff:ffff:ffff:ffff:ffff
2602:f4:b9ff:ffff:ffff:ffff:ffff:ffff
2602:f4:faff:ffff:ffff:ffff:ffff:ffff
2602:f5:7ff:ffff:ffff:ffff:ffff:ffff
2602:f5:20ff:ffff:ffff:ffff:ffff:ffff
2602:f5:2cff:ffff:ffff:ffff:ffff:ffff
2602:f5:37ff:ffff:ffff:ffff:ffff:ffff
2602:f5:4aff:ffff:ffff:ffff:ffff:ffff
2602:f5:4dff:ffff:ffff:ffff:ffff:ffff
2602:f5:5eff:ffff:ffff:ffff:ffff:ffff
2602:f5:6eff:ffff:ffff:ffff:ffff:ffff
2602:f5:7bff:ffff:ffff:ffff:ffff:ffff
2602:f5:82ff:ffff:ffff:ffff:ffff:ffff
2602:f5:8bff:ffff:ffff:ffff:ffff:ffff
2602:f5:8fff:ffff:ffff:ffff:ffff:ffff
2602:f5:92ff:ffff:ffff:ffff:ffff:ffff
2602:f5:96ff:ffff:ffff:ffff:ffff:ffff
2602:f5:9eff:ffff:ffff:ffff:ffff:ffff
2602:f5:a1ff:ffff:ffff:ffff:ffff:ffff
2602:f5:beff:ffff:ffff:ffff:ffff:ffff
2602:f5:c8ff:ffff:ffff:ffff:ffff:ffff
2602:f5:e9ff:ffff:ffff:ffff:ffff:ffff
2602:f6:5ff:ffff:ffff:ffff:ffff:ffff
2602:f6:dff:ffff:ffff:ffff:ffff:ffff
2602:f6:38ff:ffff:ffff:ffff:ffff:ffff

2602:f6:41ff:ffff:ffff:ffff:ffff:ffff
2602:f6:46ff:ffff:ffff:ffff:ffff:ffff
2602:f6:4dff:ffff:ffff:ffff:ffff:ffff
2602:f6:55ff:ffff:ffff:ffff:ffff:ffff
2602:f6:62ff:ffff:ffff:ffff:ffff:ffff
2602:f6:81ff:ffff:ffff:ffff:ffff:ffff
2602:f6:85ff:ffff:ffff:ffff:ffff:ffff
2602:f6:8fff:ffff:ffff:ffff:ffff:ffff
2602:f6:a1ff:ffff:ffff:ffff:ffff:ffff
2602:f6:a8ff:ffff:ffff:ffff:ffff:ffff
2602:f6:afff:ffff:ffff:ffff:ffff:ffff
2602:f6:b3ff:ffff:ffff:ffff:ffff:ffff
2602:f6:b6ff:ffff:ffff:ffff:ffff:ffff
2602:f6:c9ff:ffff:ffff:ffff:ffff:ffff
2602:f6:cbff:ffff:ffff:ffff:ffff:ffff
2602:f6:d8ff:ffff:ffff:ffff:ffff:ffff
2602:f6:dbff:ffff:ffff:ffff:ffff:ffff
2602:f6:deff:ffff:ffff:ffff:ffff:ffff
2602:f7:fff:ffff:ffff:ffff:ffff:ffff
2602:f7:6ff:ffff:ffff:ffff:ffff:ffff
2602:f7:4aff:ffff:ffff:ffff:ffff:ffff
2602:f7:58ff:ffff:ffff:ffff:ffff:ffff
2602:f7:6eff:ffff:ffff:ffff:ffff:ffff
2602:f7:73ff:ffff:ffff:ffff:ffff:ffff
2602:f7:7dff:ffff:ffff:ffff:ffff:ffff
2602:107:4831:a:ffff:ffff:ffff:ffff
2602:107:71ff:ffff:ffff:ffff:ffff:ffff
2602:107:e700:ffff:ffff:ffff:ffff:ffff
2602:107:e70f:ffff:ffff:ffff:ffff:ffff
2602:107:e79f:ffff:ffff:ffff:ffff:ffff
2602:107:e7ff:ffff:ffff:ffff:ffff:ffff
2602:2a9:ef:ffff:ffff:ffff:ffff:ffff
2602:2af:ff:ffff:ffff:ffff:ffff:ffff
2602:2af:fff:ffff:ffff:ffff:ffff:ffff
2602:2c1:0:ffff:ffff:ffff:ffff:ffff
2602:2c1:f:ffff:ffff:ffff:ffff:ffff
2602:2c1:387:ffff:ffff:ffff:ffff:ffff

2602:2c1:fff:ffff:ffff:ffff:ffff:ffff
2602:2de:fff:ffff:ffff:ffff:ffff:ffff
2602:2ed:1:ffff:ffff:ffff:ffff:ffff
2602:302:da0b:efff:ffff:ffff:ffff:ffff
2602:306:1b4:ffff:ffff:ffff:ffff:ffff
2602:801:2fff:ffff:ffff:ffff:ffff:ffff
2602:802:e0ff:ffff:ffff:ffff:ffff:ffff
2602:803:100f:ffff:ffff:ffff:ffff:ffff
2602:807:50ff:ffff:ffff:ffff:ffff:ffff
2602:807:70ff:ffff:ffff:ffff:ffff:ffff
2602:80c:30ff:ffff:ffff:ffff:ffff:ffff
2602:80c:800f:ffff:ffff:ffff:ffff:ffff
2602:80d:100a:ffff:ffff:ffff:ffff:ffff
2602:80f:500f:ffff:ffff:ffff:ffff:ffff
2602:80f:b0ff:ffff:ffff:ffff:ffff:ffff
2602:810:5000:ffff:ffff:ffff:ffff:ffff
2602:810:500f:ffff:ffff:ffff:ffff:ffff
2602:812:5001:ffff:ffff:ffff:ffff:ffff
2602:816:100f:ffff:ffff:ffff:ffff:ffff
2602:817:1002:ffff:ffff:ffff:ffff:ffff
2602:817:70ff:ffff:ffff:ffff:ffff:ffff
2602:819:90ff:ffff:ffff:ffff:ffff:ffff
2602:81b:500f:ffff:ffff:ffff:ffff:ffff
2602:81b:600f:ffff:ffff:ffff:ffff:ffff
2602:81e:fff:ffff:ffff:ffff:ffff:ffff
2602:81e:400f:ffff:ffff:ffff:ffff:ffff
2602:f2fa:ff:ffff:ffff:ffff:ffff:ffff
2602:f320:fff:ffff:ffff:ffff:ffff:ffff
2602:f322:ff:ffff:ffff:ffff:ffff:ffff
2602:f323:ff:ffff:ffff:ffff:ffff:ffff
2602:f334:fff:ffff:ffff:ffff:ffff:ffff
2602:f373:fff:ffff:ffff:ffff:ffff:ffff
2602:f379:fff:ffff:ffff:ffff:ffff:ffff
2602:f3a9:fff:ffff:ffff:ffff:ffff:ffff
2602:f3cd:fff:ffff:ffff:ffff:ffff:ffff
2602:f3cf:ff:ffff:ffff:ffff:ffff:ffff
2602:f408:ff:ffff:ffff:ffff:ffff:ffff

2602:f423:ff:ffff:ffff:ffff:ffff:ffff
2602:f453:fff:ffff:ffff:ffff:ffff:ffff
2602:f467:fff:ffff:ffff:ffff:ffff:ffff
2602:f478:ff:ffff:ffff:ffff:ffff:ffff
2602:f48e:ff:ffff:ffff:ffff:ffff:ffff
2602:f4a8:2f:ffff:ffff:ffff:ffff:ffff
2602:f4a8:38:ffff:ffff:ffff:ffff:ffff
2602:f4a8:900:ffff:ffff:ffff:ffff:ffff
2602:f4a8:998:ffff:ffff:ffff:ffff:ffff
2602:f4a8:fff:ffff:ffff:ffff:ffff:ffff
2602:f4dc:1:ffff:ffff:ffff:ffff:ffff
2602:f4e4:ff:ffff:ffff:ffff:ffff:ffff
2602:f4f4:ff:ffff:ffff:ffff:ffff:ffff
2602:f525:17:ffff:ffff:ffff:ffff:ffff
2602:f525:21:ffff:ffff:ffff:ffff:ffff
2602:f527:ff:ffff:ffff:ffff:ffff:ffff
2602:f52d:ff:ffff:ffff:ffff:ffff:ffff
2602:f534:ff:ffff:ffff:ffff:ffff:ffff
2602:f54c:ff:ffff:ffff:ffff:ffff:ffff
2602:f5bb:fff:ffff:ffff:ffff:ffff:ffff
2602:f5c1:1:ffff:ffff:ffff:ffff:ffff
2602:f5c1:a:ffff:ffff:ffff:ffff:ffff
2602:f5c1:18:ffff:ffff:ffff:ffff:ffff
2602:f5c1:1a:ffff:ffff:ffff:ffff:ffff
2602:f5c1:20:ffff:ffff:ffff:ffff:ffff
2602:f5c1:22:ffff:ffff:ffff:ffff:ffff
2602:f5c1:2c:ffff:ffff:ffff:ffff:ffff
2602:f5c1:31:ffff:ffff:ffff:ffff:ffff
2602:f5c1:37:ffff:ffff:ffff:ffff:ffff
2602:f5c1:3b:ffff:ffff:ffff:ffff:ffff
2602:f5c1:3f:ffff:ffff:ffff:ffff:ffff
2602:f5c1:ff:ffff:ffff:ffff:ffff:ffff
2602:f5ca:e:ffff:ffff:ffff:ffff:ffff
2602:f5ca:ff:ffff:ffff:ffff:ffff:ffff
2602:f5e3:fff:ffff:ffff:ffff:ffff:ffff
2602:f5e5:ff:ffff:ffff:ffff:ffff:ffff
2602:f654:ff:ffff:ffff:ffff:ffff:ffff

2602:f655:7f:ffff:ffff:ffff:ffff:ffff
2602:f655:ff:ffff:ffff:ffff:ffff:ffff
2602:f69b:ff:ffff:ffff:ffff:ffff:ffff
2602:f6cc:ff:ffff:ffff:ffff:ffff:ffff
2602:f6d7:ff:ffff:ffff:ffff:ffff:ffff
2602:f722:ff:ffff:ffff:ffff:ffff:ffff
2602:f746:ff:ffff:ffff:ffff:ffff:ffff
2602:f756:8:ffff:ffff:ffff:ffff:ffff
2602:f759:ff:ffff:ffff:ffff:ffff:ffff
2602:f75c:ff:ffff:ffff:ffff:ffff:ffff
2602:f779:ff:ffff:ffff:ffff:ffff:ffff
2602:f789:ff:ffff:ffff:ffff:ffff:ffff
2602:f7aa:ff:ffff:ffff:ffff:ffff:ffff
2602:f7b5:fe:ffff:ffff:ffff:ffff:ffff
2602:f7eb:ff:ffff:ffff:ffff:ffff:ffff
2602:f7ed:ff:ffff:ffff:ffff:ffff:ffff
2602:f7f5:ff:ffff:ffff:ffff:ffff:ffff
2602:f7f8:6:ffff:ffff:ffff:ffff:ffff
2602:f7fb:b:ffff:ffff:ffff:ffff:ffff
2602:f7fc:ff:ffff:ffff:ffff:ffff:ffff
2602:f805:11b:ffff:ffff:ffff:ffff:ffff
2602:f805:123:ffff:ffff:ffff:ffff:ffff
2602:f805:12b:ffff:ffff:ffff:ffff:ffff
2602:f805:138:ffff:ffff:ffff:ffff:ffff
2602:f805:14c:ffff:ffff:ffff:ffff:ffff
2602:f808:ff:ffff:ffff:ffff:ffff:ffff
2602:f80d:ff:ffff:ffff:ffff:ffff:ffff
2602:f82e:ff:ffff:ffff:ffff:ffff:ffff
2602:f83f:ff:ffff:ffff:ffff:ffff:ffff
2602:f868:ff:ffff:ffff:ffff:ffff:ffff
2602:f880:ff:ffff:ffff:ffff:ffff:ffff
2602:f899:fc:ffff:ffff:ffff:ffff:ffff
2602:f899:fe:ffff:ffff:ffff:ffff:ffff
2602:f8b3:ff:ffff:ffff:ffff:ffff:ffff
2602:f910:ff:ffff:ffff:ffff:ffff:ffff
2602:f926:ff:ffff:ffff:ffff:ffff:ffff
2602:f93d:b7:ffff:ffff:ffff:ffff:ffff

2602:f978:ff:ffff:ffff:ffff:ffff:ffff
2602:f9a0:ff:ffff:ffff:ffff:ffff:ffff
2602:f9a1:ff:ffff:ffff:ffff:ffff:ffff
2602:f9b8:ff:ffff:ffff:ffff:ffff:ffff
2602:f9d0:3ff:ffff:ffff:ffff:ffff:ffff
2602:f9d0:bff:ffff:ffff:ffff:ffff:ffff
2602:f9e0:ff:ffff:ffff:ffff:ffff:ffff
2602:f9f3:1ff:ffff:ffff:ffff:ffff:ffff
2602:f9f3:4ff:ffff:ffff:ffff:ffff:ffff
2602:fa02:1d:ffff:ffff:ffff:ffff:ffff
2602:fa02:42:ffff:ffff:ffff:ffff:ffff
2602:fa02:67:ffff:ffff:ffff:ffff:ffff
2602:fa02:8c:ffff:ffff:ffff:ffff:ffff
2602:fa02:b1:ffff:ffff:ffff:ffff:ffff
2602:fa02:d6:ffff:ffff:ffff:ffff:ffff
2602:fa02:fb:ffff:ffff:ffff:ffff:ffff
2602:fa02:109:ffff:ffff:ffff:ffff:ffff
2602:fa02:11b:ffff:ffff:ffff:ffff:ffff
2602:fa02:1a0:ffff:ffff:ffff:ffff:ffff
2602:fa02:1b2:ffff:ffff:ffff:ffff:ffff
2602:fa02:237:ffff:ffff:ffff:ffff:ffff
2602:fa02:249:ffff:ffff:ffff:ffff:ffff
2602:fa02:2ce:ffff:ffff:ffff:ffff:ffff
2602:fa02:2e0:ffff:ffff:ffff:ffff:ffff
2602:fa02:365:ffff:ffff:ffff:ffff:ffff
2602:fa02:377:ffff:ffff:ffff:ffff:ffff
2602:fa02:3fc:ffff:ffff:ffff:ffff:ffff
2602:fa07:ff:ffff:ffff:ffff:ffff:ffff
2602:fa0e:ff:ffff:ffff:ffff:ffff:ffff
2602:fa1b:ff:ffff:ffff:ffff:ffff:ffff
2602:fa1d:8ff:ffff:ffff:ffff:ffff:ffff
2602:fa1d:fff:ffff:ffff:ffff:ffff:ffff
2602:fa3c:f:ffff:ffff:ffff:ffff:ffff
2602:fa3c:ff:ffff:ffff:ffff:ffff:ffff
2602:fa43:2b:ffff:ffff:ffff:ffff:ffff
2602:fa58:ff:ffff:ffff:ffff:ffff:ffff
2602:fa59:4:ffff:ffff:ffff:ffff:ffff

2602:fa60:fff:ffff:ffff:ffff:ffff:ffff
2602:fa6c:ff:ffff:ffff:ffff:ffff:ffff
2602:fa81:ff:ffff:ffff:ffff:ffff:ffff
2602:fa87:1:ffff:ffff:ffff:ffff:ffff
2602:fa87:8:ffff:ffff:ffff:ffff:ffff
2602:fa8a:2:ffff:ffff:ffff:ffff:ffff
2602:fa91:10:ffff:ffff:ffff:ffff:ffff
2602:faa4:fff:ffff:ffff:ffff:ffff:ffff
2602:faa8:9f:ffff:ffff:ffff:ffff:ffff
2602:faa9:ffff:ffff:ffff:ffff:ffff:ffff
2602:fab0:2a:ffff:ffff:ffff:ffff:ffff
2602:fab3:fff:ffff:ffff:ffff:ffff:ffff
2602:fac9:ff:ffff:ffff:ffff:ffff:ffff
2602:fad4:5:ffff:ffff:ffff:ffff:ffff
2602:fad4:e:ffff:ffff:ffff:ffff:ffff
2602:fadd:ff:ffff:ffff:ffff:ffff:ffff
2602:fafd:fb2:ffff:ffff:ffff:ffff:ffff
2602:fafd:fe0:ffff:ffff:ffff:ffff:ffff
2602:fb00:d8:ffff:ffff:ffff:ffff:ffff
2602:fb00:df:ffff:ffff:ffff:ffff:ffff
2602:fb00:e2:ffff:ffff:ffff:ffff:ffff
2602:fb00:e9:ffff:ffff:ffff:ffff:ffff
2602:fb00:f4:ffff:ffff:ffff:ffff:ffff
2602:fb0e:ff:ffff:ffff:ffff:ffff:ffff
2602:fb15:fff:ffff:ffff:ffff:ffff:ffff
2602:fb1a:fff:ffff:ffff:ffff:ffff:ffff
2602:fb1d:0:ffff:ffff:ffff:ffff:ffff
2602:fb34:fff:ffff:ffff:ffff:ffff:ffff
2602:fb3f:2:ffff:ffff:ffff:ffff:ffff
2602:fb54:17ff:ffff:ffff:ffff:ffff:ffff
2602:fb5a:f:ffff:ffff:ffff:ffff:ffff
2602:fb5a:ff:ffff:ffff:ffff:ffff:ffff
2602:fb5e:fff:ffff:ffff:ffff:ffff:ffff
2602:fb83:fff:ffff:ffff:ffff:ffff:ffff
2602:fb8c:ff:ffff:ffff:ffff:ffff:ffff
2602:fbaf:22d:ffff:ffff:ffff:ffff:ffff
2602:fbaf:810:ffff:ffff:ffff:ffff:ffff

2602:fbaf:835:ffff:ffff:ffff:ffff:ffff
2602:fbb2:fff:ffff:ffff:ffff:ffff:ffff
2602:fbc0:ff:ffff:ffff:ffff:ffff:ffff
2602:fbd9:ff:ffff:ffff:ffff:ffff:ffff
2602:fbd9:fef:ffff:ffff:ffff:ffff:ffff
2602:fbe0:fff:ffff:ffff:ffff:ffff:ffff
2602:fbe6:f:ffff:ffff:ffff:ffff:ffff
2602:fbf7:fff:ffff:ffff:ffff:ffff:ffff
2602:fbfe:0:ffff:ffff:ffff:ffff:ffff
2602:fc12:fff:ffff:ffff:ffff:ffff:ffff
2602:fc16:3:ffff:ffff:ffff:ffff:ffff
2602:fc19:fff:ffff:ffff:ffff:ffff:ffff
2602:fc24:21:ffff:ffff:ffff:ffff:ffff
2602:fc2a:0:ffff:ffff:ffff:ffff:ffff
2602:fc2a:5:ffff:ffff:ffff:ffff:ffff
2602:fc2a:fff:ffff:ffff:ffff:ffff:ffff
2602:fc2d:fff:ffff:ffff:ffff:ffff:ffff
2602:fc48:ffe:ffff:ffff:ffff:ffff:ffff
2602:fc4b:fff:ffff:ffff:ffff:ffff:ffff
2602:fc67:fff:ffff:ffff:ffff:ffff:ffff
2602:fc6f:fff:ffff:ffff:ffff:ffff:ffff
2602:fc83:fff:ffff:ffff:ffff:ffff:ffff
2602:fc8c:fff:ffff:ffff:ffff:ffff:ffff
2602:fc8e:ff:ffff:ffff:ffff:ffff:ffff
2602:fca6:fff:ffff:ffff:ffff:ffff:ffff
2602:fcc0:1110:ffff:ffff:ffff:ffff:ffff
2602:fcc0:2221:ffff:ffff:ffff:ffff:ffff
2602:fcc0:3333:ffff:ffff:ffff:ffff:ffff
2602:fcc0:4443:ffff:ffff:ffff:ffff:ffff
2602:fcc0:5554:ffff:ffff:ffff:ffff:ffff
2602:fcc0:6665:ffff:ffff:ffff:ffff:ffff
2602:fcc0:7776:ffff:ffff:ffff:ffff:ffff
2602:fcc0:ffff:ffff:ffff:ffff:ffff:ffff
2602:fd06:fff:ffff:ffff:ffff:ffff:ffff
2602:fd14:fff:ffff:ffff:ffff:ffff:ffff
2602:fd2e:fff:ffff:ffff:ffff:ffff:ffff
2602:fd3c:fff:ffff:ffff:ffff:ffff:ffff

2602:fdb9:fff:ffff:ffff:ffff:ffff:ffff
2602:fdec:fff:ffff:ffff:ffff:ffff:ffff
2602:fded:fff:ffff:ffff:ffff:ffff:ffff
2602:fdf2:fff:ffff:ffff:ffff:ffff:ffff
2602:fdfd:fff:ffff:ffff:ffff:ffff:ffff
2602:fe12:7:ffff:ffff:ffff:ffff:ffff
2602:fe12:20:ffff:ffff:ffff:ffff:ffff
2602:fe12:22:ffff:ffff:ffff:ffff:ffff
2602:fe3b:fff:ffff:ffff:ffff:ffff:ffff
2602:fe3e:fff:ffff:ffff:ffff:ffff:ffff
2602:fe41:fff:ffff:ffff:ffff:ffff:ffff
2602:fe54:200f:ffff:ffff:ffff:ffff:ffff
2602:fe59:fff:ffff:ffff:ffff:ffff:ffff
2602:fe66:fff:ffff:ffff:ffff:ffff:ffff
2602:fe78:fff:ffff:ffff:ffff:ffff:ffff
2602:fe7e:fff:ffff:ffff:ffff:ffff:ffff
2602:fe80:fff:ffff:ffff:ffff:ffff:ffff
2602:fe82:fff:ffff:ffff:ffff:ffff:ffff
2602:fe8a:fff:ffff:ffff:ffff:ffff:ffff
2602:feb7:fff:ffff:ffff:ffff:ffff:ffff
2602:fecc:fff:ffff:ffff:ffff:ffff:ffff
2602:fed2:705f:ffff:ffff:ffff:ffff:ffff
2602:fed2:7084:ffff:ffff:ffff:ffff:ffff
2602:fed2:7188:ffff:ffff:ffff:ffff:ffff
2602:fed9:2ff:ffff:ffff:ffff:ffff:ffff
2602:fef4:400:ffff:ffff:ffff:ffff:ffff
2602:fef4:500:ffff:ffff:ffff:ffff:ffff
2602:feff:fff:ffff:ffff:ffff:ffff:ffff
2602:ff01:fff:ffff:ffff:ffff:ffff:ffff
2602:ff09:fff:ffff:ffff:ffff:ffff:ffff
2602:ff0e:fff:ffff:ffff:ffff:ffff:ffff
2602:ff16:17:ffff:ffff:ffff:ffff:ffff
2602:ff34:fff:ffff:ffff:ffff:ffff:ffff
2602:ff3f:fff:ffff:ffff:ffff:ffff:ffff
2602:ff43:fff:ffff:ffff:ffff:ffff:ffff
2602:ff50:fff:ffff:ffff:ffff:ffff:ffff
2602:ff60:fff:ffff:ffff:ffff:ffff:ffff

2602:ff62:2:ffff:ffff:ffff:ffff:ffff
2602:ff6b:fff:ffff:ffff:ffff:ffff:ffff
2602:ff86:1:ffff:ffff:ffff:ffff:ffff
2602:ff86:ff:ffff:ffff:ffff:ffff:ffff
2602:ff91:fff:ffff:ffff:ffff:ffff:ffff
2602:ff96:2:ffff:ffff:ffff:ffff:ffff
2602:ff96:5:ffff:ffff:ffff:ffff:ffff
2602:ff96:f:ffff:ffff:ffff:ffff:ffff
2602:ff96:12:ffff:ffff:ffff:ffff:ffff
2602:ff96:ffff:ffff:ffff:ffff:ffff:ffff
2602:ffa7:7ff:ffff:ffff:ffff:ffff:ffff
2602:ffa9:72:ffff:ffff:ffff:ffff:ffff
2602:ffa9:d3f:ffff:ffff:ffff:ffff:ffff
2602:ffa9:f13:ffff:ffff:ffff:ffff:ffff
2602:ffa9:f23:ffff:ffff:ffff:ffff:ffff
2602:ffbf:fff:ffff:ffff:ffff:ffff:ffff
2602:ffc5:f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:1f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:3f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:ff:ffff:ffff:ffff:ffff:ffff
2602:ffc5:107:ffff:ffff:ffff:ffff:ffff
2602:ffc5:10f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:14f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:157:ffff:ffff:ffff:ffff:ffff
2602:ffc5:15f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:163:ffff:ffff:ffff:ffff:ffff
2602:ffc5:167:ffff:ffff:ffff:ffff:ffff
2602:ffc5:16f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:17f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:18f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:1ff:ffff:ffff:ffff:ffff:ffff
2602:ffc5:2ff:ffff:ffff:ffff:ffff:ffff
2602:ffc5:3ff:ffff:ffff:ffff:ffff:ffff
2602:ffc5:caf:ffff:ffff:ffff:ffff:ffff
2602:ffc5:d0f:ffff:ffff:ffff:ffff:ffff
2602:ffc5:dfff:ffff:ffff:ffff:ffff:ffff
2602:ffc8:5:ffff:ffff:ffff:ffff:ffff

2602:ffc8:3d4f:ffff:ffff:ffff:ffff:ffff
2602:ffd1:6:ffff:ffff:ffff:ffff:ffff
2602:fff6:c:ffff:ffff:ffff:ffff:ffff
2602:fff6:fff:ffff:ffff:ffff:ffff:ffff
2602:fff9:eff:ffff:ffff:ffff:ffff:ffff
2602:fff9:fff:ffff:ffff:ffff:ffff:ffff
2603:4:1016:ffff:ffff:ffff:ffff:ffff
2603:4:1019:ffff:ffff:ffff:ffff:ffff
2603:237f:ffff:ffff:ffff:ffff:ffff:ffff
2603:24ff:ffff:ffff:ffff:ffff:ffff:ffff
2603:25bf:ffff:ffff:ffff:ffff:ffff:ffff
2603:26c1:401f:ffff:ffff:ffff:ffff:ffff
2603:26c1:409f:ffff:ffff:ffff:ffff:ffff
2603:26c1:415f:ffff:ffff:ffff:ffff:ffff
2603:26c1:423f:ffff:ffff:ffff:ffff:ffff
2603:26c1:437f:ffff:ffff:ffff:ffff:ffff
2603:26c1:43bf:ffff:ffff:ffff:ffff:ffff
2603:26c1:449f:ffff:ffff:ffff:ffff:ffff
2603:26c1:49df:ffff:ffff:ffff:ffff:ffff
2603:26c1:4bbf:ffff:ffff:ffff:ffff:ffff
2603:26c1:4c9f:ffff:ffff:ffff:ffff:ffff
2603:26c1:4f9f:ffff:ffff:ffff:ffff:ffff
2603:26c1:521f:ffff:ffff:ffff:ffff:ffff
2603:26c1:5a7f:ffff:ffff:ffff:ffff:ffff
2603:26c1:5d1f:ffff:ffff:ffff:ffff:ffff
2603:26c1:60df:ffff:ffff:ffff:ffff:ffff
2603:26c1:61df:ffff:ffff:ffff:ffff:ffff
2603:26c1:627f:ffff:ffff:ffff:ffff:ffff
2603:26c1:631f:ffff:ffff:ffff:ffff:ffff
2603:26c1:657f:ffff:ffff:ffff:ffff:ffff
2603:26c1:663f:ffff:ffff:ffff:ffff:ffff
2603:26c1:673f:ffff:ffff:ffff:ffff:ffff
2603:26c1:687f:ffff:ffff:ffff:ffff:ffff
2603:26c1:6abf:ffff:ffff:ffff:ffff:ffff
2603:26c1:6f9f:ffff:ffff:ffff:ffff:ffff
2603:26c1:70df:ffff:ffff:ffff:ffff:ffff
2603:26c1:745f:ffff:ffff:ffff:ffff:ffff

2603:26c1:7c7f:ffff:ffff:ffff:ffff:ffff
2603:26c1:7dff:ffff:ffff:ffff:ffff:ffff
2603:26c2:40df:ffff:ffff:ffff:ffff:ffff
2603:26c2:449f:ffff:ffff:ffff:ffff:ffff
2603:26c2:491f:ffff:ffff:ffff:ffff:ffff
2603:26c2:49ff:ffff:ffff:ffff:ffff:ffff
2603:26c2:4e9f:ffff:ffff:ffff:ffff:ffff
2603:26c2:56ff:ffff:ffff:ffff:ffff:ffff
2603:26c2:57bf:ffff:ffff:ffff:ffff:ffff
2603:26c2:5bbf:ffff:ffff:ffff:ffff:ffff
2603:26c2:5dbf:ffff:ffff:ffff:ffff:ffff
2603:26c2:689f:ffff:ffff:ffff:ffff:ffff
2603:26c2:72bf:ffff:ffff:ffff:ffff:ffff
2603:26c2:79bf:ffff:ffff:ffff:ffff:ffff
2603:26c2:7ddf:ffff:ffff:ffff:ffff:ffff
2603:26c2:7f5f:ffff:ffff:ffff:ffff:ffff
2603:26c2:827f:ffff:ffff:ffff:ffff:ffff
2603:26c2:845f:ffff:ffff:ffff:ffff:ffff
2603:26c2:849f:ffff:ffff:ffff:ffff:ffff
2603:26c2:84ff:ffff:ffff:ffff:ffff:ffff
2603:26c2:8adf:ffff:ffff:ffff:ffff:ffff
2603:26c2:8c3f:ffff:ffff:ffff:ffff:ffff
2603:26c2:935f:ffff:ffff:ffff:ffff:ffff
2603:26c2:9c9f:ffff:ffff:ffff:ffff:ffff
2603:26c2:9d9f:ffff:ffff:ffff:ffff:ffff
2603:26c2:9edf:ffff:ffff:ffff:ffff:ffff
2603:26c2:a03f:ffff:ffff:ffff:ffff:ffff
2603:26c2:a59f:ffff:ffff:ffff:ffff:ffff
2603:26c2:aa1f:ffff:ffff:ffff:ffff:ffff
2603:26c2:abbf:ffff:ffff:ffff:ffff:ffff
2603:26c2:ae3f:ffff:ffff:ffff:ffff:ffff
2603:26c2:b0df:ffff:ffff:ffff:ffff:ffff
2603:26c2:b51f:ffff:ffff:ffff:ffff:ffff
2603:26c2:b6df:ffff:ffff:ffff:ffff:ffff
2603:26c2:b7df:ffff:ffff:ffff:ffff:ffff
2603:26c2:bc7f:ffff:ffff:ffff:ffff:ffff
2603:26c5:df:ffff:ffff:ffff:ffff:ffff

2603:26c5:11f:ffff:ffff:ffff:ffff:ffff
2603:26c5:3df:ffff:ffff:ffff:ffff:ffff
2603:26c5:6df:ffff:ffff:ffff:ffff:ffff
2603:26c5:b7f:ffff:ffff:ffff:ffff:ffff
2603:26c5:173f:ffff:ffff:ffff:ffff:ffff
2603:26c5:1a5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:1c5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:1d1f:ffff:ffff:ffff:ffff:ffff
2603:26c5:1d7f:ffff:ffff:ffff:ffff:ffff
2603:26c5:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:26df:ffff:ffff:ffff:ffff:ffff
2603:26c5:27bf:ffff:ffff:ffff:ffff:ffff
2603:26c5:28ff:ffff:ffff:ffff:ffff:ffff
2603:26c5:29ff:ffff:ffff:ffff:ffff:ffff
2603:26c5:2adf:ffff:ffff:ffff:ffff:ffff
2603:26c5:2b1f:ffff:ffff:ffff:ffff:ffff
2603:26c5:2c9f:ffff:ffff:ffff:ffff:ffff
2603:26c5:2e9f:ffff:ffff:ffff:ffff:ffff
2603:26c5:2f5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:331f:ffff:ffff:ffff:ffff:ffff
2603:26c5:36df:ffff:ffff:ffff:ffff:ffff
2603:26c5:3a5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:3b3f:ffff:ffff:ffff:ffff:ffff
2603:26c5:3e1f:ffff:ffff:ffff:ffff:ffff
2603:26c5:813f:ffff:ffff:ffff:ffff:ffff
2603:26c5:83ff:ffff:ffff:ffff:ffff:ffff
2603:26c5:879f:ffff:ffff:ffff:ffff:ffff
2603:26c5:8a3f:ffff:ffff:ffff:ffff:ffff
2603:26c5:8e7f:ffff:ffff:ffff:ffff:ffff
2603:26c5:905f:ffff:ffff:ffff:ffff:ffff
2603:26c5:91ff:ffff:ffff:ffff:ffff:ffff
2603:26c5:92bf:ffff:ffff:ffff:ffff:ffff
2603:26c5:937f:ffff:ffff:ffff:ffff:ffff
2603:26c5:959f:ffff:ffff:ffff:ffff:ffff
2603:26c5:96df:ffff:ffff:ffff:ffff:ffff
2603:26c5:9edf:ffff:ffff:ffff:ffff:ffff
2603:26c5:a45f:ffff:ffff:ffff:ffff:ffff

2603:26c5:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26c5:c75f:ffff:ffff:ffff:ffff:ffff
2603:26c5:cd5f:ffff:ffff:ffff:ffff:ffff
2603:26c5:d53f:ffff:ffff:ffff:ffff:ffff
2603:26c5:d5ff:ffff:ffff:ffff:ffff:ffff
2603:26c5:d69f:ffff:ffff:ffff:ffff:ffff
2603:26c5:d9bf:ffff:ffff:ffff:ffff:ffff
2603:26c5:e2bf:ffff:ffff:ffff:ffff:ffff
2603:26c5:e95f:ffff:ffff:ffff:ffff:ffff
2603:26c5:f17f:ffff:ffff:ffff:ffff:ffff
2603:26c5:fa9f:ffff:ffff:ffff:ffff:ffff
2603:26c5:fc3f:ffff:ffff:ffff:ffff:ffff
2603:26c5:fc7f:ffff:ffff:ffff:ffff:ffff
2603:26c5:fdff:ffff:ffff:ffff:ffff:ffff
2603:26c5:feff:ffff:ffff:ffff:ffff:ffff
2603:26c6:79f:ffff:ffff:ffff:ffff:ffff
2603:26c6:bff:ffff:ffff:ffff:ffff:ffff
2603:26c6:cff:ffff:ffff:ffff:ffff:ffff
2603:26c6:16bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:1a5f:ffff:ffff:ffff:ffff:ffff
2603:26c6:1d9f:ffff:ffff:ffff:ffff:ffff
2603:26c6:1e1f:ffff:ffff:ffff:ffff:ffff
2603:26c6:2d9f:ffff:ffff:ffff:ffff:ffff
2603:26c6:2f9f:ffff:ffff:ffff:ffff:ffff
2603:26c6:365f:ffff:ffff:ffff:ffff:ffff
2603:26c6:42bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:431f:ffff:ffff:ffff:ffff:ffff
2603:26c6:457f:ffff:ffff:ffff:ffff:ffff
2603:26c6:487f:ffff:ffff:ffff:ffff:ffff
2603:26c6:4a3f:ffff:ffff:ffff:ffff:ffff
2603:26c6:4c7f:ffff:ffff:ffff:ffff:ffff
2603:26c6:50bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:50ff:ffff:ffff:ffff:ffff:ffff
2603:26c6:513f:ffff:ffff:ffff:ffff:ffff
2603:26c6:55bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:5c1f:ffff:ffff:ffff:ffff:ffff
2603:26c6:63bf:ffff:ffff:ffff:ffff:ffff

2603:26c6:661f:ffff:ffff:ffff:ffff:ffff
2603:26c6:67bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:691f:ffff:ffff:ffff:ffff:ffff
2603:26c6:6adf:ffff:ffff:ffff:ffff:ffff
2603:26c6:725f:ffff:ffff:ffff:ffff:ffff
2603:26c6:743f:ffff:ffff:ffff:ffff:ffff
2603:26c6:757f:ffff:ffff:ffff:ffff:ffff
2603:26c6:761f:ffff:ffff:ffff:ffff:ffff
2603:26c6:787f:ffff:ffff:ffff:ffff:ffff
2603:26c6:78df:ffff:ffff:ffff:ffff:ffff
2603:26c6:7b5f:ffff:ffff:ffff:ffff:ffff
2603:26c6:803f:ffff:ffff:ffff:ffff:ffff
2603:26c6:879f:ffff:ffff:ffff:ffff:ffff
2603:26c6:889f:ffff:ffff:ffff:ffff:ffff
2603:26c6:8a5f:ffff:ffff:ffff:ffff:ffff
2603:26c6:8b9f:ffff:ffff:ffff:ffff:ffff
2603:26c6:8cdf:ffff:ffff:ffff:ffff:ffff
2603:26c6:903f:ffff:ffff:ffff:ffff:ffff
2603:26c6:907f:ffff:ffff:ffff:ffff:ffff
2603:26c6:931f:ffff:ffff:ffff:ffff:ffff
2603:26c6:95ff:ffff:ffff:ffff:ffff:ffff
2603:26c6:97bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:9bdf:ffff:ffff:ffff:ffff:ffff
2603:26c6:9d1f:ffff:ffff:ffff:ffff:ffff
2603:26c6:a0df:ffff:ffff:ffff:ffff:ffff
2603:26c6:a13f:ffff:ffff:ffff:ffff:ffff
2603:26c6:a43f:ffff:ffff:ffff:ffff:ffff
2603:26c6:a7bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:a83f:ffff:ffff:ffff:ffff:ffff
2603:26c6:a9bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:b25f:ffff:ffff:ffff:ffff:ffff
2603:26c6:b51f:ffff:ffff:ffff:ffff:ffff
2603:26c6:b5df:ffff:ffff:ffff:ffff:ffff
2603:26c6:b89f:ffff:ffff:ffff:ffff:ffff
2603:26c6:b93f:ffff:ffff:ffff:ffff:ffff
2603:26c6:bb3f:ffff:ffff:ffff:ffff:ffff
2603:26c6:c33f:ffff:ffff:ffff:ffff:ffff

2603:26c6:d13f:ffff:ffff:ffff:ffff:ffff
2603:26c6:d1bf:ffff:ffff:ffff:ffff:ffff
2603:26c6:d7df:ffff:ffff:ffff:ffff:ffff
2603:26c6:d8ff:ffff:ffff:ffff:ffff:ffff
2603:26c6:dc1f:ffff:ffff:ffff:ffff:ffff
2603:26c6:dfbf:ffff:ffff:ffff:ffff:ffff
2603:26c6:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26c6:f07f:ffff:ffff:ffff:ffff:ffff
2603:26c6:f3ff:ffff:ffff:ffff:ffff:ffff
2603:26c6:f65f:ffff:ffff:ffff:ffff:ffff
2603:26c6:f6df:ffff:ffff:ffff:ffff:ffff
2603:26c6:fa7f:ffff:ffff:ffff:ffff:ffff
2603:26c6:fd1f:ffff:ffff:ffff:ffff:ffff
2603:26c6:fd9f:ffff:ffff:ffff:ffff:ffff
2603:26c6:ff7f:ffff:ffff:ffff:ffff:ffff
2603:26c7:5f:ffff:ffff:ffff:ffff:ffff
2603:26c7:2bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:43f:ffff:ffff:ffff:ffff:ffff
2603:26c7:59f:ffff:ffff:ffff:ffff:ffff
2603:26c7:77f:ffff:ffff:ffff:ffff:ffff
2603:26c7:a1f:ffff:ffff:ffff:ffff:ffff
2603:26c7:d5f:ffff:ffff:ffff:ffff:ffff
2603:26c7:125f:ffff:ffff:ffff:ffff:ffff
2603:26c7:193f:ffff:ffff:ffff:ffff:ffff
2603:26c7:197f:ffff:ffff:ffff:ffff:ffff
2603:26c7:1a3f:ffff:ffff:ffff:ffff:ffff
2603:26c7:1e7f:ffff:ffff:ffff:ffff:ffff
2603:26c7:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26c7:235f:ffff:ffff:ffff:ffff:ffff
2603:26c7:267f:ffff:ffff:ffff:ffff:ffff
2603:26c7:293f:ffff:ffff:ffff:ffff:ffff
2603:26c7:29df:ffff:ffff:ffff:ffff:ffff
2603:26c7:2adf:ffff:ffff:ffff:ffff:ffff
2603:26c7:2d3f:ffff:ffff:ffff:ffff:ffff
2603:26c7:2f9f:ffff:ffff:ffff:ffff:ffff
2603:26c7:301f:ffff:ffff:ffff:ffff:ffff
2603:26c7:317f:ffff:ffff:ffff:ffff:ffff

2603:26c7:321f:ffff:ffff:ffff:ffff:ffff
2603:26c7:33ff:ffff:ffff:ffff:ffff:ffff
2603:26c7:349f:ffff:ffff:ffff:ffff:ffff
2603:26c7:363f:ffff:ffff:ffff:ffff:ffff
2603:26c7:36bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:37bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:39ff:ffff:ffff:ffff:ffff:ffff
2603:26c7:3dbf:ffff:ffff:ffff:ffff:ffff
2603:26c7:3dff:ffff:ffff:ffff:ffff:ffff
2603:26c7:3e3f:ffff:ffff:ffff:ffff:ffff
2603:26c7:44bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:501f:ffff:ffff:ffff:ffff:ffff
2603:26c7:53df:ffff:ffff:ffff:ffff:ffff
2603:26c7:551f:ffff:ffff:ffff:ffff:ffff
2603:26c7:561f:ffff:ffff:ffff:ffff:ffff
2603:26c7:5f1f:ffff:ffff:ffff:ffff:ffff
2603:26c7:653f:ffff:ffff:ffff:ffff:ffff
2603:26c7:6e1f:ffff:ffff:ffff:ffff:ffff
2603:26c7:721f:ffff:ffff:ffff:ffff:ffff
2603:26c7:73df:ffff:ffff:ffff:ffff:ffff
2603:26c7:753f:ffff:ffff:ffff:ffff:ffff
2603:26c7:773f:ffff:ffff:ffff:ffff:ffff
2603:26c7:789f:ffff:ffff:ffff:ffff:ffff
2603:26c7:795f:ffff:ffff:ffff:ffff:ffff
2603:26c7:843f:ffff:ffff:ffff:ffff:ffff
2603:26c7:86df:ffff:ffff:ffff:ffff:ffff
2603:26c7:87bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:89df:ffff:ffff:ffff:ffff:ffff
2603:26c7:8edf:ffff:ffff:ffff:ffff:ffff
2603:26c7:92df:ffff:ffff:ffff:ffff:ffff
2603:26c7:983f:ffff:ffff:ffff:ffff:ffff
2603:26c7:a0bf:ffff:ffff:ffff:ffff:ffff
2603:26c7:a2ff:ffff:ffff:ffff:ffff:ffff
2603:26c7:a47f:ffff:ffff:ffff:ffff:ffff
2603:26c7:a6df:ffff:ffff:ffff:ffff:ffff
2603:26c7:ad1f:ffff:ffff:ffff:ffff:ffff
2603:26c7:af5f:ffff:ffff:ffff:ffff:ffff

2603:26c7:b61f:ffff:ffff:ffff:ffff:ffff
2603:26c7:b75f:ffff:ffff:ffff:ffff:ffff
2603:26c7:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26c7:c51f:ffff:ffff:ffff:ffff:ffff
2603:26c7:c7ff:ffff:ffff:ffff:ffff:ffff
2603:26c7:cb7f:ffff:ffff:ffff:ffff:ffff
2603:26c7:cd3f:ffff:ffff:ffff:ffff:ffff
2603:26c7:d09f:ffff:ffff:ffff:ffff:ffff
2603:26c7:d55f:ffff:ffff:ffff:ffff:ffff
2603:26c7:d67f:ffff:ffff:ffff:ffff:ffff
2603:26c7:d7df:ffff:ffff:ffff:ffff:ffff
2603:26c7:dcff:ffff:ffff:ffff:ffff:ffff
2603:26c7:ddff:ffff:ffff:ffff:ffff:ffff
2603:26c7:de7f:ffff:ffff:ffff:ffff:ffff
2603:26c7:e99f:ffff:ffff:ffff:ffff:ffff
2603:26c7:f1df:ffff:ffff:ffff:ffff:ffff
2603:26c7:f33f:ffff:ffff:ffff:ffff:ffff
2603:26c7:f3df:ffff:ffff:ffff:ffff:ffff
2603:26c7:f4ff:ffff:ffff:ffff:ffff:ffff
2603:26c7:f71f:ffff:ffff:ffff:ffff:ffff
2603:26c7:f83f:ffff:ffff:ffff:ffff:ffff
2603:26c7:f9df:ffff:ffff:ffff:ffff:ffff
2603:26c7:fa3f:ffff:ffff:ffff:ffff:ffff
2603:26c8:19f:ffff:ffff:ffff:ffff:ffff
2603:26c8:b9f:ffff:ffff:ffff:ffff:ffff
2603:26c8:bff:ffff:ffff:ffff:ffff:ffff
2603:26c8:c5f:ffff:ffff:ffff:ffff:ffff
2603:26c8:dbf:ffff:ffff:ffff:ffff:ffff
2603:26c8:115f:ffff:ffff:ffff:ffff:ffff
2603:26c8:11df:ffff:ffff:ffff:ffff:ffff
2603:26c8:16ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:19df:ffff:ffff:ffff:ffff:ffff
2603:26c8:227f:ffff:ffff:ffff:ffff:ffff
2603:26c8:245f:ffff:ffff:ffff:ffff:ffff
2603:26c8:25df:ffff:ffff:ffff:ffff:ffff
2603:26c8:26bf:ffff:ffff:ffff:ffff:ffff
2603:26c8:2b5f:ffff:ffff:ffff:ffff:ffff

2603:26c8:2d9f:ffff:ffff:ffff:ffff:ffff
2603:26c8:2dff:ffff:ffff:ffff:ffff:ffff
2603:26c8:2e9f:ffff:ffff:ffff:ffff:ffff
2603:26c8:2edf:ffff:ffff:ffff:ffff:ffff
2603:26c8:2f1f:ffff:ffff:ffff:ffff:ffff
2603:26c8:307f:ffff:ffff:ffff:ffff:ffff
2603:26c8:321f:ffff:ffff:ffff:ffff:ffff
2603:26c8:325f:ffff:ffff:ffff:ffff:ffff
2603:26c8:32ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:337f:ffff:ffff:ffff:ffff:ffff
2603:26c8:38ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:3e9f:ffff:ffff:ffff:ffff:ffff
2603:26c8:3f7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:3fff:ffff:ffff:ffff:ffff:ffff
2603:26c8:43df:ffff:ffff:ffff:ffff:ffff
2603:26c8:467f:ffff:ffff:ffff:ffff:ffff
2603:26c8:4b7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:4c7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:4dff:ffff:ffff:ffff:ffff:ffff
2603:26c8:58df:ffff:ffff:ffff:ffff:ffff
2603:26c8:5adf:ffff:ffff:ffff:ffff:ffff
2603:26c8:5c7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:5cff:ffff:ffff:ffff:ffff:ffff
2603:26c8:617f:ffff:ffff:ffff:ffff:ffff
2603:26c8:669f:ffff:ffff:ffff:ffff:ffff
2603:26c8:679f:ffff:ffff:ffff:ffff:ffff
2603:26c8:687f:ffff:ffff:ffff:ffff:ffff
2603:26c8:697f:ffff:ffff:ffff:ffff:ffff
2603:26c8:6b5f:ffff:ffff:ffff:ffff:ffff
2603:26c8:6bbf:ffff:ffff:ffff:ffff:ffff
2603:26c8:6e7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:73df:ffff:ffff:ffff:ffff:ffff
2603:26c8:757f:ffff:ffff:ffff:ffff:ffff
2603:26c8:75ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:773f:ffff:ffff:ffff:ffff:ffff
2603:26c8:781f:ffff:ffff:ffff:ffff:ffff
2603:26c8:7d1f:ffff:ffff:ffff:ffff:ffff

2603:26c8:813f:ffff:ffff:ffff:ffff:ffff
2603:26c8:843f:ffff:ffff:ffff:ffff:ffff
2603:26c8:85ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:8a3f:ffff:ffff:ffff:ffff:ffff
2603:26c8:8b7f:ffff:ffff:ffff:ffff:ffff
2603:26c8:8bbf:ffff:ffff:ffff:ffff:ffff
2603:26c8:8c5f:ffff:ffff:ffff:ffff:ffff
2603:26c8:8c9f:ffff:ffff:ffff:ffff:ffff
2603:26c8:8ddf:ffff:ffff:ffff:ffff:ffff
2603:26c8:905f:ffff:ffff:ffff:ffff:ffff
2603:26c8:975f:ffff:ffff:ffff:ffff:ffff
2603:26c8:9a1f:ffff:ffff:ffff:ffff:ffff
2603:26c8:9f1f:ffff:ffff:ffff:ffff:ffff
2603:26c8:a39f:ffff:ffff:ffff:ffff:ffff
2603:26c8:a49f:ffff:ffff:ffff:ffff:ffff
2603:26c8:a77f:ffff:ffff:ffff:ffff:ffff
2603:26c8:aa3f:ffff:ffff:ffff:ffff:ffff
2603:26c8:af1f:ffff:ffff:ffff:ffff:ffff
2603:26c8:b47f:ffff:ffff:ffff:ffff:ffff
2603:26c8:b89f:ffff:ffff:ffff:ffff:ffff
2603:26c8:c21f:ffff:ffff:ffff:ffff:ffff
2603:26c8:c3bf:ffff:ffff:ffff:ffff:ffff
2603:26c8:c6df:ffff:ffff:ffff:ffff:ffff
2603:26c8:c79f:ffff:ffff:ffff:ffff:ffff
2603:26c8:c9ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:d2df:ffff:ffff:ffff:ffff:ffff
2603:26c8:d39f:ffff:ffff:ffff:ffff:ffff
2603:26c8:d5ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:d7df:ffff:ffff:ffff:ffff:ffff
2603:26c8:e09f:ffff:ffff:ffff:ffff:ffff
2603:26c8:e0ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:e19f:ffff:ffff:ffff:ffff:ffff
2603:26c8:e25f:ffff:ffff:ffff:ffff:ffff
2603:26c8:e77f:ffff:ffff:ffff:ffff:ffff
2603:26c8:ebff:ffff:ffff:ffff:ffff:ffff
2603:26c8:edff:ffff:ffff:ffff:ffff:ffff
2603:26c8:f1bf:ffff:ffff:ffff:ffff:ffff

2603:26c8:f1ff:ffff:ffff:ffff:ffff:ffff
2603:26c8:f91f:ffff:ffff:ffff:ffff:ffff
2603:26c8:fbdf:ffff:ffff:ffff:ffff:ffff
2603:26c9:1ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:5ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:87f:ffff:ffff:ffff:ffff:ffff
2603:26c9:97f:ffff:ffff:ffff:ffff:ffff
2603:26c9:b1f:ffff:ffff:ffff:ffff:ffff
2603:26c9:cdf:ffff:ffff:ffff:ffff:ffff
2603:26c9:f9f:ffff:ffff:ffff:ffff:ffff
2603:26c9:193f:ffff:ffff:ffff:ffff:ffff
2603:26c9:1a9f:ffff:ffff:ffff:ffff:ffff
2603:26c9:1b9f:ffff:ffff:ffff:ffff:ffff
2603:26c9:1c7f:ffff:ffff:ffff:ffff:ffff
2603:26c9:1d7f:ffff:ffff:ffff:ffff:ffff
2603:26c9:1e9f:ffff:ffff:ffff:ffff:ffff
2603:26c9:201f:ffff:ffff:ffff:ffff:ffff
2603:26c9:22bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:23ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:2f5f:ffff:ffff:ffff:ffff:ffff
2603:26c9:305f:ffff:ffff:ffff:ffff:ffff
2603:26c9:309f:ffff:ffff:ffff:ffff:ffff
2603:26c9:37df:ffff:ffff:ffff:ffff:ffff
2603:26c9:385f:ffff:ffff:ffff:ffff:ffff
2603:26c9:3bbf:ffff:ffff:ffff:ffff:ffff
2603:26c9:41df:ffff:ffff:ffff:ffff:ffff
2603:26c9:47bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:4b7f:ffff:ffff:ffff:ffff:ffff
2603:26c9:4e1f:ffff:ffff:ffff:ffff:ffff
2603:26c9:50bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:531f:ffff:ffff:ffff:ffff:ffff
2603:26c9:535f:ffff:ffff:ffff:ffff:ffff
2603:26c9:57df:ffff:ffff:ffff:ffff:ffff
2603:26c9:58df:ffff:ffff:ffff:ffff:ffff
2603:26c9:5a7f:ffff:ffff:ffff:ffff:ffff
2603:26c9:5b3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:5b9f:ffff:ffff:ffff:ffff:ffff

2603:26c9:5e3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:617f:ffff:ffff:ffff:ffff:ffff
2603:26c9:631f:ffff:ffff:ffff:ffff:ffff
2603:26c9:635f:ffff:ffff:ffff:ffff:ffff
2603:26c9:63ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:689f:ffff:ffff:ffff:ffff:ffff
2603:26c9:6cff:ffff:ffff:ffff:ffff:ffff
2603:26c9:703f:ffff:ffff:ffff:ffff:ffff
2603:26c9:74ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:753f:ffff:ffff:ffff:ffff:ffff
2603:26c9:76bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:779f:ffff:ffff:ffff:ffff:ffff
2603:26c9:79ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:7cdf:ffff:ffff:ffff:ffff:ffff
2603:26c9:7fbf:ffff:ffff:ffff:ffff:ffff
2603:26c9:827f:ffff:ffff:ffff:ffff:ffff
2603:26c9:879f:ffff:ffff:ffff:ffff:ffff
2603:26c9:8abf:ffff:ffff:ffff:ffff:ffff
2603:26c9:8b1f:ffff:ffff:ffff:ffff:ffff
2603:26c9:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:963f:ffff:ffff:ffff:ffff:ffff
2603:26c9:977f:ffff:ffff:ffff:ffff:ffff
2603:26c9:99ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:9c3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:a0ff:ffff:ffff:ffff:ffff:ffff
2603:26c9:a57f:ffff:ffff:ffff:ffff:ffff
2603:26c9:a7bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:ad7f:ffff:ffff:ffff:ffff:ffff
2603:26c9:af3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:b07f:ffff:ffff:ffff:ffff:ffff
2603:26c9:b49f:ffff:ffff:ffff:ffff:ffff
2603:26c9:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:bbbf:ffff:ffff:ffff:ffff:ffff
2603:26c9:bfbf:ffff:ffff:ffff:ffff:ffff
2603:26c9:c05f:ffff:ffff:ffff:ffff:ffff
2603:26c9:c3bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:c79f:ffff:ffff:ffff:ffff:ffff

2603:26c9:ccdf:ffff:ffff:ffff:ffff:ffff
2603:26c9:d45f:ffff:ffff:ffff:ffff:ffff
2603:26c9:d63f:ffff:ffff:ffff:ffff:ffff
2603:26c9:dbdf:ffff:ffff:ffff:ffff:ffff
2603:26c9:dd3f:ffff:ffff:ffff:ffff:ffff
2603:26c9:e4bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:e81f:ffff:ffff:ffff:ffff:ffff
2603:26c9:ef9f:ffff:ffff:ffff:ffff:ffff
2603:26c9:f09f:ffff:ffff:ffff:ffff:ffff
2603:26c9:f1bf:ffff:ffff:ffff:ffff:ffff
2603:26c9:f2df:ffff:ffff:ffff:ffff:ffff
2603:26c9:f95f:ffff:ffff:ffff:ffff:ffff
2603:26c9:fc1f:ffff:ffff:ffff:ffff:ffff
2603:26c9:fedf:ffff:ffff:ffff:ffff:ffff
2603:26ca:11f:ffff:ffff:ffff:ffff:ffff
2603:26ca:67f:ffff:ffff:ffff:ffff:ffff
2603:26ca:a7f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ebf:ffff:ffff:ffff:ffff:ffff
2603:26ca:11df:ffff:ffff:ffff:ffff:ffff
2603:26ca:139f:ffff:ffff:ffff:ffff:ffff
2603:26ca:143f:ffff:ffff:ffff:ffff:ffff
2603:26ca:16df:ffff:ffff:ffff:ffff:ffff
2603:26ca:1c5f:ffff:ffff:ffff:ffff:ffff
2603:26ca:1ebf:ffff:ffff:ffff:ffff:ffff
2603:26ca:21bf:ffff:ffff:ffff:ffff:ffff
2603:26ca:309f:ffff:ffff:ffff:ffff:ffff
2603:26ca:343f:ffff:ffff:ffff:ffff:ffff
2603:26ca:365f:ffff:ffff:ffff:ffff:ffff
2603:26ca:3b3f:ffff:ffff:ffff:ffff:ffff
2603:26ca:46df:ffff:ffff:ffff:ffff:ffff
2603:26ca:4f1f:ffff:ffff:ffff:ffff:ffff
2603:26ca:4fff:ffff:ffff:ffff:ffff:ffff
2603:26ca:54ff:ffff:ffff:ffff:ffff:ffff
2603:26ca:56bf:ffff:ffff:ffff:ffff:ffff
2603:26ca:5dbf:ffff:ffff:ffff:ffff:ffff
2603:26ca:629f:ffff:ffff:ffff:ffff:ffff
2603:26ca:63ff:ffff:ffff:ffff:ffff:ffff

2603:26ca:671f:ffff:ffff:ffff:ffff:ffff
2603:26ca:699f:ffff:ffff:ffff:ffff:ffff
2603:26ca:6a9f:ffff:ffff:ffff:ffff:ffff
2603:26ca:6b9f:ffff:ffff:ffff:ffff:ffff
2603:26ca:6d1f:ffff:ffff:ffff:ffff:ffff
2603:26ca:7bbf:ffff:ffff:ffff:ffff:ffff
2603:26ca:7cff:ffff:ffff:ffff:ffff:ffff
2603:26ca:805f:ffff:ffff:ffff:ffff:ffff
2603:26ca:81ff:ffff:ffff:ffff:ffff:ffff
2603:26ca:823f:ffff:ffff:ffff:ffff:ffff
2603:26ca:863f:ffff:ffff:ffff:ffff:ffff
2603:26ca:87df:ffff:ffff:ffff:ffff:ffff
2603:26ca:899f:ffff:ffff:ffff:ffff:ffff
2603:26ca:8bdf:ffff:ffff:ffff:ffff:ffff
2603:26ca:945f:ffff:ffff:ffff:ffff:ffff
2603:26ca:96df:ffff:ffff:ffff:ffff:ffff
2603:26ca:993f:ffff:ffff:ffff:ffff:ffff
2603:26ca:9b3f:ffff:ffff:ffff:ffff:ffff
2603:26ca:9eff:ffff:ffff:ffff:ffff:ffff
2603:26ca:a03f:ffff:ffff:ffff:ffff:ffff
2603:26ca:a57f:ffff:ffff:ffff:ffff:ffff
2603:26ca:a8bf:ffff:ffff:ffff:ffff:ffff
2603:26ca:a8ff:ffff:ffff:ffff:ffff:ffff
2603:26ca:a95f:ffff:ffff:ffff:ffff:ffff
2603:26ca:aa7f:ffff:ffff:ffff:ffff:ffff
2603:26ca:aaff:ffff:ffff:ffff:ffff:ffff
2603:26ca:b93f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26ca:c2bf:ffff:ffff:ffff:ffff:ffff
2603:26ca:c75f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ca3f:ffff:ffff:ffff:ffff:ffff
2603:26ca:cb1f:ffff:ffff:ffff:ffff:ffff
2603:26ca:cfff:ffff:ffff:ffff:ffff:ffff
2603:26ca:d2bf:ffff:ffff:ffff:ffff:ffff
2603:26ca:d75f:ffff:ffff:ffff:ffff:ffff
2603:26ca:df7f:ffff:ffff:ffff:ffff:ffff
2603:26ca:e0bf:ffff:ffff:ffff:ffff:ffff

2603:26ca:e5ff:ffff:ffff:ffff:ffff:ffff
2603:26ca:e93f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ea9f:ffff:ffff:ffff:ffff:ffff
2603:26ca:eb7f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ec9f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ed3f:ffff:ffff:ffff:ffff:ffff
2603:26ca:ee3f:ffff:ffff:ffff:ffff:ffff
2603:26ca:f57f:ffff:ffff:ffff:ffff:ffff
2603:26cb:59f:ffff:ffff:ffff:ffff:ffff
2603:26cb:8df:ffff:ffff:ffff:ffff:ffff
2603:26cb:b3f:ffff:ffff:ffff:ffff:ffff
2603:26cb:15ff:ffff:ffff:ffff:ffff:ffff
2603:26cb:16df:ffff:ffff:ffff:ffff:ffff
2603:26cb:197f:ffff:ffff:ffff:ffff:ffff
2603:26cb:19df:ffff:ffff:ffff:ffff:ffff
2603:26cb:1b3f:ffff:ffff:ffff:ffff:ffff
2603:26cb:1bff:ffff:ffff:ffff:ffff:ffff
2603:26cb:205f:ffff:ffff:ffff:ffff:ffff
2603:26cb:265f:ffff:ffff:ffff:ffff:ffff
2603:26cb:293f:ffff:ffff:ffff:ffff:ffff
2603:26cb:297f:ffff:ffff:ffff:ffff:ffff
2603:26cb:2b5f:ffff:ffff:ffff:ffff:ffff
2603:26cb:2c7f:ffff:ffff:ffff:ffff:ffff
2603:26cb:307f:ffff:ffff:ffff:ffff:ffff
2603:26cb:353f:ffff:ffff:ffff:ffff:ffff
2603:26cb:36bf:ffff:ffff:ffff:ffff:ffff
2603:26cb:3c1f:ffff:ffff:ffff:ffff:ffff
2603:26cb:47ff:ffff:ffff:ffff:ffff:ffff
2603:26cb:4adf:ffff:ffff:ffff:ffff:ffff
2603:26cb:4d5f:ffff:ffff:ffff:ffff:ffff
2603:26cb:507f:ffff:ffff:ffff:ffff:ffff
2603:26cb:543f:ffff:ffff:ffff:ffff:ffff
2603:26cb:599f:ffff:ffff:ffff:ffff:ffff
2603:26cb:5f9f:ffff:ffff:ffff:ffff:ffff
2603:26cb:633f:ffff:ffff:ffff:ffff:ffff
2603:26cb:641f:ffff:ffff:ffff:ffff:ffff
2603:26cb:6b9f:ffff:ffff:ffff:ffff:ffff

2603:26cb:6c7f:ffff:ffff:ffff:ffff:ffff
2603:26cb:6ddf:ffff:ffff:ffff:ffff:ffff
2603:26cb:6edf:ffff:ffff:ffff:ffff:ffff
2603:26cb:703f:ffff:ffff:ffff:ffff:ffff
2603:26cb:729f:ffff:ffff:ffff:ffff:ffff
2603:26cb:795f:ffff:ffff:ffff:ffff:ffff
2603:26cb:7a7f:ffff:ffff:ffff:ffff:ffff
2603:26cb:7adf:ffff:ffff:ffff:ffff:ffff
2603:26cb:7ebf:ffff:ffff:ffff:ffff:ffff
2603:26cb:84bf:ffff:ffff:ffff:ffff:ffff
2603:26cb:885f:ffff:ffff:ffff:ffff:ffff
2603:26cb:8abf:ffff:ffff:ffff:ffff:ffff
2603:26cb:8bdf:ffff:ffff:ffff:ffff:ffff
2603:26cb:923f:ffff:ffff:ffff:ffff:ffff
2603:26cb:931f:ffff:ffff:ffff:ffff:ffff
2603:26cb:953f:ffff:ffff:ffff:ffff:ffff
2603:26cb:a59f:ffff:ffff:ffff:ffff:ffff
2603:26cb:a87f:ffff:ffff:ffff:ffff:ffff
2603:26cb:b07f:ffff:ffff:ffff:ffff:ffff
2603:26cb:b13f:ffff:ffff:ffff:ffff:ffff
2603:26cb:b5df:ffff:ffff:ffff:ffff:ffff
2603:26cb:b71f:ffff:ffff:ffff:ffff:ffff
2603:26cb:be5f:ffff:ffff:ffff:ffff:ffff
2603:26cb:bf7f:ffff:ffff:ffff:ffff:ffff
2603:26cb:c0df:ffff:ffff:ffff:ffff:ffff
2603:26cb:c31f:ffff:ffff:ffff:ffff:ffff
2603:26cb:c3ff:ffff:ffff:ffff:ffff:ffff
2603:26cb:d13f:ffff:ffff:ffff:ffff:ffff
2603:26cb:d29f:ffff:ffff:ffff:ffff:ffff
2603:26cb:d43f:ffff:ffff:ffff:ffff:ffff
2603:26cb:d85f:ffff:ffff:ffff:ffff:ffff
2603:26cb:d91f:ffff:ffff:ffff:ffff:ffff
2603:26cb:dd9f:ffff:ffff:ffff:ffff:ffff
2603:26cb:e41f:ffff:ffff:ffff:ffff:ffff
2603:26cb:e81f:ffff:ffff:ffff:ffff:ffff
2603:26cb:eabf:ffff:ffff:ffff:ffff:ffff
2603:26cb:ecdf:ffff:ffff:ffff:ffff:ffff

2603:26cb:ee1f:ffff:ffff:ffff:ffff:ffff
2603:26cb:efdf:ffff:ffff:ffff:ffff:ffff
2603:26cb:f01f:ffff:ffff:ffff:ffff:ffff
2603:26cb:f07f:ffff:ffff:ffff:ffff:ffff
2603:26cb:f13f:ffff:ffff:ffff:ffff:ffff
2603:26cb:f2df:ffff:ffff:ffff:ffff:ffff
2603:26cb:f51f:ffff:ffff:ffff:ffff:ffff
2603:26cb:f85f:ffff:ffff:ffff:ffff:ffff
2603:26cc:3f:ffff:ffff:ffff:ffff:ffff
2603:26cc:2ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:5ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:75f:ffff:ffff:ffff:ffff:ffff
2603:26cc:83f:ffff:ffff:ffff:ffff:ffff
2603:26cc:9df:ffff:ffff:ffff:ffff:ffff
2603:26cc:101f:ffff:ffff:ffff:ffff:ffff
2603:26cc:1b5f:ffff:ffff:ffff:ffff:ffff
2603:26cc:1bff:ffff:ffff:ffff:ffff:ffff
2603:26cc:1d5f:ffff:ffff:ffff:ffff:ffff
2603:26cc:20df:ffff:ffff:ffff:ffff:ffff
2603:26cc:245f:ffff:ffff:ffff:ffff:ffff
2603:26cc:26df:ffff:ffff:ffff:ffff:ffff
2603:26cc:29df:ffff:ffff:ffff:ffff:ffff
2603:26cc:2c7f:ffff:ffff:ffff:ffff:ffff
2603:26cc:2f9f:ffff:ffff:ffff:ffff:ffff
2603:26cc:32bf:ffff:ffff:ffff:ffff:ffff
2603:26cc:32ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:33df:ffff:ffff:ffff:ffff:ffff
2603:26cc:34df:ffff:ffff:ffff:ffff:ffff
2603:26cc:357f:ffff:ffff:ffff:ffff:ffff
2603:26cc:36df:ffff:ffff:ffff:ffff:ffff
2603:26cc:379f:ffff:ffff:ffff:ffff:ffff
2603:26cc:391f:ffff:ffff:ffff:ffff:ffff
2603:26cc:419f:ffff:ffff:ffff:ffff:ffff
2603:26cc:4cdf:ffff:ffff:ffff:ffff:ffff
2603:26cc:505f:ffff:ffff:ffff:ffff:ffff
2603:26cc:527f:ffff:ffff:ffff:ffff:ffff
2603:26cc:553f:ffff:ffff:ffff:ffff:ffff

2603:26cc:573f:ffff:ffff:ffff:ffff:ffff
2603:26cc:5bdf:ffff:ffff:ffff:ffff:ffff
2603:26cc:603f:ffff:ffff:ffff:ffff:ffff
2603:26cc:619f:ffff:ffff:ffff:ffff:ffff
2603:26cc:659f:ffff:ffff:ffff:ffff:ffff
2603:26cc:693f:ffff:ffff:ffff:ffff:ffff
2603:26cc:6d9f:ffff:ffff:ffff:ffff:ffff
2603:26cc:6f9f:ffff:ffff:ffff:ffff:ffff
2603:26cc:771f:ffff:ffff:ffff:ffff:ffff
2603:26cc:7edf:ffff:ffff:ffff:ffff:ffff
2603:26cc:7f3f:ffff:ffff:ffff:ffff:ffff
2603:26cc:81ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:843f:ffff:ffff:ffff:ffff:ffff
2603:26cc:84ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:86df:ffff:ffff:ffff:ffff:ffff
2603:26cc:879f:ffff:ffff:ffff:ffff:ffff
2603:26cc:895f:ffff:ffff:ffff:ffff:ffff
2603:26cc:89ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:8a5f:ffff:ffff:ffff:ffff:ffff
2603:26cc:923f:ffff:ffff:ffff:ffff:ffff
2603:26cc:933f:ffff:ffff:ffff:ffff:ffff
2603:26cc:953f:ffff:ffff:ffff:ffff:ffff
2603:26cc:969f:ffff:ffff:ffff:ffff:ffff
2603:26cc:9a7f:ffff:ffff:ffff:ffff:ffff
2603:26cc:9e1f:ffff:ffff:ffff:ffff:ffff
2603:26cc:9f7f:ffff:ffff:ffff:ffff:ffff
2603:26cc:a2ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:a39f:ffff:ffff:ffff:ffff:ffff
2603:26cc:a61f:ffff:ffff:ffff:ffff:ffff
2603:26cc:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26cc:aa3f:ffff:ffff:ffff:ffff:ffff
2603:26cc:ad3f:ffff:ffff:ffff:ffff:ffff
2603:26cc:b93f:ffff:ffff:ffff:ffff:ffff
2603:26cc:bb3f:ffff:ffff:ffff:ffff:ffff
2603:26cc:bb7f:ffff:ffff:ffff:ffff:ffff
2603:26cc:c27f:ffff:ffff:ffff:ffff:ffff
2603:26cc:c65f:ffff:ffff:ffff:ffff:ffff

2603:26cc:c79f:ffff:ffff:ffff:ffff:ffff
2603:26cc:d83f:ffff:ffff:ffff:ffff:ffff
2603:26cc:d9bf:ffff:ffff:ffff:ffff:ffff
2603:26cc:daff:ffff:ffff:ffff:ffff:ffff
2603:26cc:dfff:ffff:ffff:ffff:ffff:ffff
2603:26cc:e07f:ffff:ffff:ffff:ffff:ffff
2603:26cc:e5df:ffff:ffff:ffff:ffff:ffff
2603:26cc:e69f:ffff:ffff:ffff:ffff:ffff
2603:26cc:eb9f:ffff:ffff:ffff:ffff:ffff
2603:26cc:ef1f:ffff:ffff:ffff:ffff:ffff
2603:26cc:f29f:ffff:ffff:ffff:ffff:ffff
2603:26cc:f3ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:f61f:ffff:ffff:ffff:ffff:ffff
2603:26cc:f7bf:ffff:ffff:ffff:ffff:ffff
2603:26cc:f7ff:ffff:ffff:ffff:ffff:ffff
2603:26cc:ffff:ffff:ffff:ffff:ffff:ffff
2603:26cd:37f:ffff:ffff:ffff:ffff:ffff
2603:26cd:49f:ffff:ffff:ffff:ffff:ffff
2603:26cd:83f:ffff:ffff:ffff:ffff:ffff
2603:26cd:c9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:129f:ffff:ffff:ffff:ffff:ffff
2603:26cd:137f:ffff:ffff:ffff:ffff:ffff
2603:26cd:1a9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:1d7f:ffff:ffff:ffff:ffff:ffff
2603:26cd:1edf:ffff:ffff:ffff:ffff:ffff
2603:26cd:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26cd:223f:ffff:ffff:ffff:ffff:ffff
2603:26cd:23ff:ffff:ffff:ffff:ffff:ffff
2603:26cd:263f:ffff:ffff:ffff:ffff:ffff
2603:26cd:2c7f:ffff:ffff:ffff:ffff:ffff
2603:26cd:2f1f:ffff:ffff:ffff:ffff:ffff
2603:26cd:355f:ffff:ffff:ffff:ffff:ffff
2603:26cd:361f:ffff:ffff:ffff:ffff:ffff
2603:26cd:379f:ffff:ffff:ffff:ffff:ffff
2603:26cd:3a9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:3e3f:ffff:ffff:ffff:ffff:ffff
2603:26cd:3f7f:ffff:ffff:ffff:ffff:ffff

2603:26cd:419f:ffff:ffff:ffff:ffff:ffff
2603:26cd:42ff:ffff:ffff:ffff:ffff:ffff
2603:26cd:437f:ffff:ffff:ffff:ffff:ffff
2603:26cd:467f:ffff:ffff:ffff:ffff:ffff
2603:26cd:477f:ffff:ffff:ffff:ffff:ffff
2603:26cd:47bf:ffff:ffff:ffff:ffff:ffff
2603:26cd:4adf:ffff:ffff:ffff:ffff:ffff
2603:26cd:4d3f:ffff:ffff:ffff:ffff:ffff
2603:26cd:4e5f:ffff:ffff:ffff:ffff:ffff
2603:26cd:531f:ffff:ffff:ffff:ffff:ffff
2603:26cd:5b9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:5e9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:625f:ffff:ffff:ffff:ffff:ffff
2603:26cd:691f:ffff:ffff:ffff:ffff:ffff
2603:26cd:6b5f:ffff:ffff:ffff:ffff:ffff
2603:26cd:6b9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:745f:ffff:ffff:ffff:ffff:ffff
2603:26cd:755f:ffff:ffff:ffff:ffff:ffff
2603:26cd:75bf:ffff:ffff:ffff:ffff:ffff
2603:26cd:773f:ffff:ffff:ffff:ffff:ffff
2603:26cd:77df:ffff:ffff:ffff:ffff:ffff
2603:26cd:787f:ffff:ffff:ffff:ffff:ffff
2603:26cd:7c1f:ffff:ffff:ffff:ffff:ffff
2603:26cd:82ff:ffff:ffff:ffff:ffff:ffff
2603:26cd:855f:ffff:ffff:ffff:ffff:ffff
2603:26cd:859f:ffff:ffff:ffff:ffff:ffff
2603:26cd:92df:ffff:ffff:ffff:ffff:ffff
2603:26cd:971f:ffff:ffff:ffff:ffff:ffff
2603:26cd:98ff:ffff:ffff:ffff:ffff:ffff
2603:26cd:9adf:ffff:ffff:ffff:ffff:ffff
2603:26cd:9c3f:ffff:ffff:ffff:ffff:ffff
2603:26cd:9d7f:ffff:ffff:ffff:ffff:ffff
2603:26cd:a45f:ffff:ffff:ffff:ffff:ffff
2603:26cd:a7bf:ffff:ffff:ffff:ffff:ffff
2603:26cd:ab1f:ffff:ffff:ffff:ffff:ffff
2603:26cd:b39f:ffff:ffff:ffff:ffff:ffff
2603:26cd:b3ff:ffff:ffff:ffff:ffff:ffff

2603:26cd:c7ff:ffff:ffff:ffff:ffff:ffff
2603:26cd:c85f:ffff:ffff:ffff:ffff:ffff
2603:26cd:cb9f:ffff:ffff:ffff:ffff:ffff
2603:26cd:d19f:ffff:ffff:ffff:ffff:ffff
2603:26cd:d4df:ffff:ffff:ffff:ffff:ffff
2603:26cd:d83f:ffff:ffff:ffff:ffff:ffff
2603:26cd:dfff:ffff:ffff:ffff:ffff:ffff
2603:26cd:e1bf:ffff:ffff:ffff:ffff:ffff
2603:26cd:e45f:ffff:ffff:ffff:ffff:ffff
2603:26cd:e95f:ffff:ffff:ffff:ffff:ffff
2603:26cd:ecbf:ffff:ffff:ffff:ffff:ffff
2603:26cd:f25f:ffff:ffff:ffff:ffff:ffff
2603:26cd:fa3f:ffff:ffff:ffff:ffff:ffff
2603:26cd:fedf:ffff:ffff:ffff:ffff:ffff
2603:26ce:11f:ffff:ffff:ffff:ffff:ffff
2603:26ce:8df:ffff:ffff:ffff:ffff:ffff
2603:26ce:91f:ffff:ffff:ffff:ffff:ffff
2603:26ce:dbf:ffff:ffff:ffff:ffff:ffff
2603:26ce:edf:ffff:ffff:ffff:ffff:ffff
2603:26ce:fff:ffff:ffff:ffff:ffff:ffff
2603:26ce:163f:ffff:ffff:ffff:ffff:ffff
2603:26ce:167f:ffff:ffff:ffff:ffff:ffff
2603:26ce:183f:ffff:ffff:ffff:ffff:ffff
2603:26ce:1abf:ffff:ffff:ffff:ffff:ffff
2603:26ce:1b5f:ffff:ffff:ffff:ffff:ffff
2603:26ce:23ff:ffff:ffff:ffff:ffff:ffff
2603:26ce:257f:ffff:ffff:ffff:ffff:ffff
2603:26ce:2adf:ffff:ffff:ffff:ffff:ffff
2603:26ce:2e3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:3b9f:ffff:ffff:ffff:ffff:ffff
2603:26ce:3c3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:469f:ffff:ffff:ffff:ffff:ffff
2603:26ce:499f:ffff:ffff:ffff:ffff:ffff
2603:26ce:4d3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:59df:ffff:ffff:ffff:ffff:ffff
2603:26ce:5a7f:ffff:ffff:ffff:ffff:ffff
2603:26ce:5cbf:ffff:ffff:ffff:ffff:ffff

2603:26ce:5f5f:ffff:ffff:ffff:ffff:ffff
2603:26ce:625f:ffff:ffff:ffff:ffff:ffff
2603:26ce:64bf:ffff:ffff:ffff:ffff:ffff
2603:26ce:65ff:ffff:ffff:ffff:ffff:ffff
2603:26ce:6f3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:779f:ffff:ffff:ffff:ffff:ffff
2603:26ce:77ff:ffff:ffff:ffff:ffff:ffff
2603:26ce:799f:ffff:ffff:ffff:ffff:ffff
2603:26ce:8f1f:ffff:ffff:ffff:ffff:ffff
2603:26ce:92bf:ffff:ffff:ffff:ffff:ffff
2603:26ce:959f:ffff:ffff:ffff:ffff:ffff
2603:26ce:95df:ffff:ffff:ffff:ffff:ffff
2603:26ce:97df:ffff:ffff:ffff:ffff:ffff
2603:26ce:983f:ffff:ffff:ffff:ffff:ffff
2603:26ce:9d1f:ffff:ffff:ffff:ffff:ffff
2603:26ce:a57f:ffff:ffff:ffff:ffff:ffff
2603:26ce:acdf:ffff:ffff:ffff:ffff:ffff
2603:26ce:ad3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:ae9f:ffff:ffff:ffff:ffff:ffff
2603:26ce:b49f:ffff:ffff:ffff:ffff:ffff
2603:26ce:bb7f:ffff:ffff:ffff:ffff:ffff
2603:26ce:bc1f:ffff:ffff:ffff:ffff:ffff
2603:26ce:bcdf:ffff:ffff:ffff:ffff:ffff
2603:26ce:c61f:ffff:ffff:ffff:ffff:ffff
2603:26ce:ca3f:ffff:ffff:ffff:ffff:ffff
2603:26ce:cebf:ffff:ffff:ffff:ffff:ffff
2603:26ce:e11f:ffff:ffff:ffff:ffff:ffff
2603:26ce:e71f:ffff:ffff:ffff:ffff:ffff
2603:26ce:e8ff:ffff:ffff:ffff:ffff:ffff
2603:26ce:eabf:ffff:ffff:ffff:ffff:ffff
2603:26ce:ebff:ffff:ffff:ffff:ffff:ffff
2603:26ce:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26ce:edff:ffff:ffff:ffff:ffff:ffff
2603:26ce:f11f:ffff:ffff:ffff:ffff:ffff
2603:26ce:f17f:ffff:ffff:ffff:ffff:ffff
2603:26ce:f61f:ffff:ffff:ffff:ffff:ffff
2603:26ce:fadf:ffff:ffff:ffff:ffff:ffff

2603:26ce:fbdf:ffff:ffff:ffff:ffff:ffff
2603:26cf:59f:ffff:ffff:ffff:ffff:ffff
2603:26cf:65f:ffff:ffff:ffff:ffff:ffff
2603:26cf:6ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:87f:ffff:ffff:ffff:ffff:ffff
2603:26cf:a3f:ffff:ffff:ffff:ffff:ffff
2603:26cf:123f:ffff:ffff:ffff:ffff:ffff
2603:26cf:15ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:18ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:1c3f:ffff:ffff:ffff:ffff:ffff
2603:26cf:1f1f:ffff:ffff:ffff:ffff:ffff
2603:26cf:21ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:2a1f:ffff:ffff:ffff:ffff:ffff
2603:26cf:2c7f:ffff:ffff:ffff:ffff:ffff
2603:26cf:2d9f:ffff:ffff:ffff:ffff:ffff
2603:26cf:2ddf:ffff:ffff:ffff:ffff:ffff
2603:26cf:321f:ffff:ffff:ffff:ffff:ffff
2603:26cf:345f:ffff:ffff:ffff:ffff:ffff
2603:26cf:359f:ffff:ffff:ffff:ffff:ffff
2603:26cf:367f:ffff:ffff:ffff:ffff:ffff
2603:26cf:3a1f:ffff:ffff:ffff:ffff:ffff
2603:26cf:3d7f:ffff:ffff:ffff:ffff:ffff
2603:26cf:415f:ffff:ffff:ffff:ffff:ffff
2603:26cf:4bdf:ffff:ffff:ffff:ffff:ffff
2603:26cf:50bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:543f:ffff:ffff:ffff:ffff:ffff
2603:26cf:563f:ffff:ffff:ffff:ffff:ffff
2603:26cf:5adf:ffff:ffff:ffff:ffff:ffff
2603:26cf:60bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:61bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:623f:ffff:ffff:ffff:ffff:ffff
2603:26cf:6d3f:ffff:ffff:ffff:ffff:ffff
2603:26cf:6dbf:ffff:ffff:ffff:ffff:ffff
2603:26cf:6f7f:ffff:ffff:ffff:ffff:ffff
2603:26cf:789f:ffff:ffff:ffff:ffff:ffff
2603:26cf:791f:ffff:ffff:ffff:ffff:ffff
2603:26cf:7fbf:ffff:ffff:ffff:ffff:ffff

2603:26cf:865f:ffff:ffff:ffff:ffff:ffff
2603:26cf:869f:ffff:ffff:ffff:ffff:ffff
2603:26cf:887f:ffff:ffff:ffff:ffff:ffff
2603:26cf:90ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:917f:ffff:ffff:ffff:ffff:ffff
2603:26cf:939f:ffff:ffff:ffff:ffff:ffff
2603:26cf:949f:ffff:ffff:ffff:ffff:ffff
2603:26cf:959f:ffff:ffff:ffff:ffff:ffff
2603:26cf:977f:ffff:ffff:ffff:ffff:ffff
2603:26cf:9a1f:ffff:ffff:ffff:ffff:ffff
2603:26cf:a41f:ffff:ffff:ffff:ffff:ffff
2603:26cf:a5bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:a73f:ffff:ffff:ffff:ffff:ffff
2603:26cf:a8bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:abff:ffff:ffff:ffff:ffff:ffff
2603:26cf:acbf:ffff:ffff:ffff:ffff:ffff
2603:26cf:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26cf:bbbf:ffff:ffff:ffff:ffff:ffff
2603:26cf:c7df:ffff:ffff:ffff:ffff:ffff
2603:26cf:c81f:ffff:ffff:ffff:ffff:ffff
2603:26cf:c91f:ffff:ffff:ffff:ffff:ffff
2603:26cf:c9df:ffff:ffff:ffff:ffff:ffff
2603:26cf:ca5f:ffff:ffff:ffff:ffff:ffff
2603:26cf:cb1f:ffff:ffff:ffff:ffff:ffff
2603:26cf:d19f:ffff:ffff:ffff:ffff:ffff
2603:26cf:d31f:ffff:ffff:ffff:ffff:ffff
2603:26cf:e05f:ffff:ffff:ffff:ffff:ffff
2603:26cf:e1bf:ffff:ffff:ffff:ffff:ffff
2603:26cf:e47f:ffff:ffff:ffff:ffff:ffff
2603:26cf:e4ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:e61f:ffff:ffff:ffff:ffff:ffff
2603:26cf:e69f:ffff:ffff:ffff:ffff:ffff
2603:26cf:e6ff:ffff:ffff:ffff:ffff:ffff
2603:26cf:ec5f:ffff:ffff:ffff:ffff:ffff
2603:26cf:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26cf:ee9f:ffff:ffff:ffff:ffff:ffff

2603:26cf:ef5f:ffff:ffff:ffff:ffff:ffff
2603:26cf:f27f:ffff:ffff:ffff:ffff:ffff
2603:26cf:f43f:ffff:ffff:ffff:ffff:ffff
2603:26cf:f67f:ffff:ffff:ffff:ffff:ffff
2603:26cf:f73f:ffff:ffff:ffff:ffff:ffff
2603:26d0:15f:ffff:ffff:ffff:ffff:ffff
2603:26d0:27f:ffff:ffff:ffff:ffff:ffff
2603:26d0:2df:ffff:ffff:ffff:ffff:ffff
2603:26d0:aff:ffff:ffff:ffff:ffff:ffff
2603:26d0:e3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:1b3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:22bf:ffff:ffff:ffff:ffff:ffff
2603:26d0:247f:ffff:ffff:ffff:ffff:ffff
2603:26d0:2b5f:ffff:ffff:ffff:ffff:ffff
2603:26d0:2d3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:321f:ffff:ffff:ffff:ffff:ffff
2603:26d0:327f:ffff:ffff:ffff:ffff:ffff
2603:26d0:347f:ffff:ffff:ffff:ffff:ffff
2603:26d0:367f:ffff:ffff:ffff:ffff:ffff
2603:26d0:387f:ffff:ffff:ffff:ffff:ffff
2603:26d0:3a1f:ffff:ffff:ffff:ffff:ffff
2603:26d0:3c9f:ffff:ffff:ffff:ffff:ffff
2603:26d0:3f3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:40ff:ffff:ffff:ffff:ffff:ffff
2603:26d0:47bf:ffff:ffff:ffff:ffff:ffff
2603:26d0:4abf:ffff:ffff:ffff:ffff:ffff
2603:26d0:4bbf:ffff:ffff:ffff:ffff:ffff
2603:26d0:4f3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:515f:ffff:ffff:ffff:ffff:ffff
2603:26d0:52df:ffff:ffff:ffff:ffff:ffff
2603:26d0:575f:ffff:ffff:ffff:ffff:ffff
2603:26d0:5dbf:ffff:ffff:ffff:ffff:ffff
2603:26d0:61bf:ffff:ffff:ffff:ffff:ffff
2603:26d0:623f:ffff:ffff:ffff:ffff:ffff
2603:26d0:649f:ffff:ffff:ffff:ffff:ffff
2603:26d0:689f:ffff:ffff:ffff:ffff:ffff
2603:26d0:6a9f:ffff:ffff:ffff:ffff:ffff

2603:26d0:6b7f:ffff:ffff:ffff:ffff:ffff
2603:26d0:6bff:ffff:ffff:ffff:ffff:ffff
2603:26d0:6c3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:70ff:ffff:ffff:ffff:ffff:ffff
2603:26d0:737f:ffff:ffff:ffff:ffff:ffff
2603:26d0:749f:ffff:ffff:ffff:ffff:ffff
2603:26d0:74df:ffff:ffff:ffff:ffff:ffff
2603:26d0:751f:ffff:ffff:ffff:ffff:ffff
2603:26d0:7d3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:7e1f:ffff:ffff:ffff:ffff:ffff
2603:26d0:849f:ffff:ffff:ffff:ffff:ffff
2603:26d0:877f:ffff:ffff:ffff:ffff:ffff
2603:26d0:973f:ffff:ffff:ffff:ffff:ffff
2603:26d0:997f:ffff:ffff:ffff:ffff:ffff
2603:26d0:99df:ffff:ffff:ffff:ffff:ffff
2603:26d0:9b9f:ffff:ffff:ffff:ffff:ffff
2603:26d0:a0ff:ffff:ffff:ffff:ffff:ffff
2603:26d0:a3df:ffff:ffff:ffff:ffff:ffff
2603:26d0:a87f:ffff:ffff:ffff:ffff:ffff
2603:26d0:a9ff:ffff:ffff:ffff:ffff:ffff
2603:26d0:aabf:ffff:ffff:ffff:ffff:ffff
2603:26d0:ab7f:ffff:ffff:ffff:ffff:ffff
2603:26d0:acdf:ffff:ffff:ffff:ffff:ffff
2603:26d0:ad7f:ffff:ffff:ffff:ffff:ffff
2603:26d0:b11f:ffff:ffff:ffff:ffff:ffff
2603:26d0:b43f:ffff:ffff:ffff:ffff:ffff
2603:26d0:b51f:ffff:ffff:ffff:ffff:ffff
2603:26d0:b71f:ffff:ffff:ffff:ffff:ffff
2603:26d0:b77f:ffff:ffff:ffff:ffff:ffff
2603:26d0:ba9f:ffff:ffff:ffff:ffff:ffff
2603:26d0:bd3f:ffff:ffff:ffff:ffff:ffff
2603:26d0:bedf:ffff:ffff:ffff:ffff:ffff
2603:26d0:c4bf:ffff:ffff:ffff:ffff:ffff
2603:26d0:c97f:ffff:ffff:ffff:ffff:ffff
2603:26d0:c9bf:ffff:ffff:ffff:ffff:ffff
2603:26d0:ce5f:ffff:ffff:ffff:ffff:ffff
2603:26d0:d17f:ffff:ffff:ffff:ffff:ffff

2603:26d0:d2df:ffff:ffff:ffff:ffff:ffff
2603:26d0:d39f:ffff:ffff:ffff:ffff:ffff
2603:26d0:dabf:ffff:ffff:ffff:ffff:ffff
2603:26d0:de7f:ffff:ffff:ffff:ffff:ffff
2603:26d0:e83f:ffff:ffff:ffff:ffff:ffff
2603:26d0:fc1f:ffff:ffff:ffff:ffff:ffff
2603:26d0:ff9f:ffff:ffff:ffff:ffff:ffff
2603:26d0:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26d1:29f:ffff:ffff:ffff:ffff:ffff
2603:26d1:45f:ffff:ffff:ffff:ffff:ffff
2603:26d1:69f:ffff:ffff:ffff:ffff:ffff
2603:26d1:95f:ffff:ffff:ffff:ffff:ffff
2603:26d1:aff:ffff:ffff:ffff:ffff:ffff
2603:26d1:cff:ffff:ffff:ffff:ffff:ffff
2603:26d1:131f:ffff:ffff:ffff:ffff:ffff
2603:26d1:14bf:ffff:ffff:ffff:ffff:ffff
2603:26d1:161f:ffff:ffff:ffff:ffff:ffff
2603:26d1:17df:ffff:ffff:ffff:ffff:ffff
2603:26d1:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26d1:1f9f:ffff:ffff:ffff:ffff:ffff
2603:26d1:28df:ffff:ffff:ffff:ffff:ffff
2603:26d1:29df:ffff:ffff:ffff:ffff:ffff
2603:26d1:2dff:ffff:ffff:ffff:ffff:ffff
2603:26d1:383f:ffff:ffff:ffff:ffff:ffff
2603:26d1:391f:ffff:ffff:ffff:ffff:ffff
2603:26d1:39df:ffff:ffff:ffff:ffff:ffff
2603:26d1:3e7f:ffff:ffff:ffff:ffff:ffff
2603:26d1:415f:ffff:ffff:ffff:ffff:ffff
2603:26d1:44df:ffff:ffff:ffff:ffff:ffff
2603:26d1:46ff:ffff:ffff:ffff:ffff:ffff
2603:26d1:483f:ffff:ffff:ffff:ffff:ffff
2603:26d1:493f:ffff:ffff:ffff:ffff:ffff
2603:26d1:533f:ffff:ffff:ffff:ffff:ffff
2603:26d1:56bf:ffff:ffff:ffff:ffff:ffff
2603:26d1:587f:ffff:ffff:ffff:ffff:ffff
2603:26d1:5a5f:ffff:ffff:ffff:ffff:ffff
2603:26d1:5fdf:ffff:ffff:ffff:ffff:ffff

2603:26d1:625f:ffff:ffff:ffff:ffff:ffff
2603:26d1:63df:ffff:ffff:ffff:ffff:ffff
2603:26d1:693f:ffff:ffff:ffff:ffff:ffff
2603:26d1:699f:ffff:ffff:ffff:ffff:ffff
2603:26d1:6e1f:ffff:ffff:ffff:ffff:ffff
2603:26d1:757f:ffff:ffff:ffff:ffff:ffff
2603:26d1:7aff:ffff:ffff:ffff:ffff:ffff
2603:26d1:7dff:ffff:ffff:ffff:ffff:ffff
2603:26d1:803f:ffff:ffff:ffff:ffff:ffff
2603:26d1:855f:ffff:ffff:ffff:ffff:ffff
2603:26d1:85ff:ffff:ffff:ffff:ffff:ffff
2603:26d1:869f:ffff:ffff:ffff:ffff:ffff
2603:26d1:871f:ffff:ffff:ffff:ffff:ffff
2603:26d1:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26d1:8e9f:ffff:ffff:ffff:ffff:ffff
2603:26d1:901f:ffff:ffff:ffff:ffff:ffff
2603:26d1:959f:ffff:ffff:ffff:ffff:ffff
2603:26d1:b1bf:ffff:ffff:ffff:ffff:ffff
2603:26d1:b27f:ffff:ffff:ffff:ffff:ffff
2603:26d1:b3df:ffff:ffff:ffff:ffff:ffff
2603:26d1:b65f:ffff:ffff:ffff:ffff:ffff
2603:26d1:ba9f:ffff:ffff:ffff:ffff:ffff
2603:26d1:bb5f:ffff:ffff:ffff:ffff:ffff
2603:26d1:bd7f:ffff:ffff:ffff:ffff:ffff
2603:26d1:be9f:ffff:ffff:ffff:ffff:ffff
2603:26d1:c29f:ffff:ffff:ffff:ffff:ffff
2603:26d1:c35f:ffff:ffff:ffff:ffff:ffff
2603:26d1:c3bf:ffff:ffff:ffff:ffff:ffff
2603:26d1:c4df:ffff:ffff:ffff:ffff:ffff
2603:26d1:c95f:ffff:ffff:ffff:ffff:ffff
2603:26d1:ce3f:ffff:ffff:ffff:ffff:ffff
2603:26d1:cf5f:ffff:ffff:ffff:ffff:ffff
2603:26d1:d27f:ffff:ffff:ffff:ffff:ffff
2603:26d1:d8ff:ffff:ffff:ffff:ffff:ffff
2603:26d1:dfff:ffff:ffff:ffff:ffff:ffff
2603:26d1:e11f:ffff:ffff:ffff:ffff:ffff
2603:26d1:e33f:ffff:ffff:ffff:ffff:ffff

2603:26d1:e7df:ffff:ffff:ffff:ffff:ffff
2603:26d1:e83f:ffff:ffff:ffff:ffff:ffff
2603:26d1:f59f:ffff:ffff:ffff:ffff:ffff
2603:26d1:f61f:ffff:ffff:ffff:ffff:ffff
2603:26d1:f65f:ffff:ffff:ffff:ffff:ffff
2603:26d1:f83f:ffff:ffff:ffff:ffff:ffff
2603:26d1:fa3f:ffff:ffff:ffff:ffff:ffff
2603:26d1:fb3f:ffff:ffff:ffff:ffff:ffff
2603:26d2:9f:ffff:ffff:ffff:ffff:ffff
2603:26d2:11f:ffff:ffff:ffff:ffff:ffff
2603:26d2:59f:ffff:ffff:ffff:ffff:ffff
2603:26d2:6bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:eff:ffff:ffff:ffff:ffff:ffff
2603:26d2:139f:ffff:ffff:ffff:ffff:ffff
2603:26d2:155f:ffff:ffff:ffff:ffff:ffff
2603:26d2:227f:ffff:ffff:ffff:ffff:ffff
2603:26d2:25ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:299f:ffff:ffff:ffff:ffff:ffff
2603:26d2:2a9f:ffff:ffff:ffff:ffff:ffff
2603:26d2:2cff:ffff:ffff:ffff:ffff:ffff
2603:26d2:313f:ffff:ffff:ffff:ffff:ffff
2603:26d2:325f:ffff:ffff:ffff:ffff:ffff
2603:26d2:329f:ffff:ffff:ffff:ffff:ffff
2603:26d2:403f:ffff:ffff:ffff:ffff:ffff
2603:26d2:40bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:419f:ffff:ffff:ffff:ffff:ffff
2603:26d2:455f:ffff:ffff:ffff:ffff:ffff
2603:26d2:483f:ffff:ffff:ffff:ffff:ffff
2603:26d2:50ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:519f:ffff:ffff:ffff:ffff:ffff
2603:26d2:523f:ffff:ffff:ffff:ffff:ffff
2603:26d2:531f:ffff:ffff:ffff:ffff:ffff
2603:26d2:577f:ffff:ffff:ffff:ffff:ffff
2603:26d2:60df:ffff:ffff:ffff:ffff:ffff
2603:26d2:611f:ffff:ffff:ffff:ffff:ffff
2603:26d2:617f:ffff:ffff:ffff:ffff:ffff
2603:26d2:623f:ffff:ffff:ffff:ffff:ffff

2603:26d2:62df:ffff:ffff:ffff:ffff:ffff
2603:26d2:63bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:66ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:697f:ffff:ffff:ffff:ffff:ffff
2603:26d2:6c3f:ffff:ffff:ffff:ffff:ffff
2603:26d2:6f3f:ffff:ffff:ffff:ffff:ffff
2603:26d2:723f:ffff:ffff:ffff:ffff:ffff
2603:26d2:741f:ffff:ffff:ffff:ffff:ffff
2603:26d2:767f:ffff:ffff:ffff:ffff:ffff
2603:26d2:7abf:ffff:ffff:ffff:ffff:ffff
2603:26d2:7bff:ffff:ffff:ffff:ffff:ffff
2603:26d2:82ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:845f:ffff:ffff:ffff:ffff:ffff
2603:26d2:857f:ffff:ffff:ffff:ffff:ffff
2603:26d2:865f:ffff:ffff:ffff:ffff:ffff
2603:26d2:893f:ffff:ffff:ffff:ffff:ffff
2603:26d2:8dff:ffff:ffff:ffff:ffff:ffff
2603:26d2:901f:ffff:ffff:ffff:ffff:ffff
2603:26d2:923f:ffff:ffff:ffff:ffff:ffff
2603:26d2:937f:ffff:ffff:ffff:ffff:ffff
2603:26d2:a75f:ffff:ffff:ffff:ffff:ffff
2603:26d2:a9df:ffff:ffff:ffff:ffff:ffff
2603:26d2:ac5f:ffff:ffff:ffff:ffff:ffff
2603:26d2:ad5f:ffff:ffff:ffff:ffff:ffff
2603:26d2:adbf:ffff:ffff:ffff:ffff:ffff
2603:26d2:b15f:ffff:ffff:ffff:ffff:ffff
2603:26d2:b79f:ffff:ffff:ffff:ffff:ffff
2603:26d2:b89f:ffff:ffff:ffff:ffff:ffff
2603:26d2:b8ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:babf:ffff:ffff:ffff:ffff:ffff
2603:26d2:c3ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:c4df:ffff:ffff:ffff:ffff:ffff
2603:26d2:c5ff:ffff:ffff:ffff:ffff:ffff
2603:26d2:c8bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:c9bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:d15f:ffff:ffff:ffff:ffff:ffff
2603:26d2:d25f:ffff:ffff:ffff:ffff:ffff
2603:26d2:d3df:ffff:ffff:ffff:ffff:ffff

2603:26d2:d7bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:dcbf:ffff:ffff:ffff:ffff:ffff
2603:26d2:ddff:ffff:ffff:ffff:ffff:ffff
2603:26d2:e03f:ffff:ffff:ffff:ffff:ffff
2603:26d2:e1df:ffff:ffff:ffff:ffff:ffff
2603:26d2:e2bf:ffff:ffff:ffff:ffff:ffff
2603:26d2:e39f:ffff:ffff:ffff:ffff:ffff
2603:26d2:ea3f:ffff:ffff:ffff:ffff:ffff
2603:26d2:eb5f:ffff:ffff:ffff:ffff:ffff
2603:26d2:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26d2:f27f:ffff:ffff:ffff:ffff:ffff
2603:26d2:f3df:ffff:ffff:ffff:ffff:ffff
2603:26d2:f59f:ffff:ffff:ffff:ffff:ffff
2603:26d2:fbbf:ffff:ffff:ffff:ffff:ffff
2603:26d2:ff7f:ffff:ffff:ffff:ffff:ffff
2603:26d2:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26d3:7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:27f:ffff:ffff:ffff:ffff:ffff
2603:26d3:2df:ffff:ffff:ffff:ffff:ffff
2603:26d3:43f:ffff:ffff:ffff:ffff:ffff
2603:26d3:53f:ffff:ffff:ffff:ffff:ffff
2603:26d3:bdf:ffff:ffff:ffff:ffff:ffff
2603:26d3:d1f:ffff:ffff:ffff:ffff:ffff
2603:26d3:d9f:ffff:ffff:ffff:ffff:ffff
2603:26d3:117f:ffff:ffff:ffff:ffff:ffff
2603:26d3:141f:ffff:ffff:ffff:ffff:ffff
2603:26d3:14df:ffff:ffff:ffff:ffff:ffff
2603:26d3:16ff:ffff:ffff:ffff:ffff:ffff
2603:26d3:181f:ffff:ffff:ffff:ffff:ffff
2603:26d3:191f:ffff:ffff:ffff:ffff:ffff
2603:26d3:211f:ffff:ffff:ffff:ffff:ffff
2603:26d3:2dff:ffff:ffff:ffff:ffff:ffff
2603:26d3:2e5f:ffff:ffff:ffff:ffff:ffff
2603:26d3:2edf:ffff:ffff:ffff:ffff:ffff
2603:26d3:2f7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:309f:ffff:ffff:ffff:ffff:ffff
2603:26d3:30df:ffff:ffff:ffff:ffff:ffff

2603:26d3:35df:ffff:ffff:ffff:ffff:ffff
2603:26d3:3b7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:3c5f:ffff:ffff:ffff:ffff:ffff
2603:26d3:3dff:ffff:ffff:ffff:ffff:ffff
2603:26d3:437f:ffff:ffff:ffff:ffff:ffff
2603:26d3:465f:ffff:ffff:ffff:ffff:ffff
2603:26d3:4b7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:511f:ffff:ffff:ffff:ffff:ffff
2603:26d3:59df:ffff:ffff:ffff:ffff:ffff
2603:26d3:5c7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:5f9f:ffff:ffff:ffff:ffff:ffff
2603:26d3:601f:ffff:ffff:ffff:ffff:ffff
2603:26d3:687f:ffff:ffff:ffff:ffff:ffff
2603:26d3:68df:ffff:ffff:ffff:ffff:ffff
2603:26d3:691f:ffff:ffff:ffff:ffff:ffff
2603:26d3:743f:ffff:ffff:ffff:ffff:ffff
2603:26d3:7c7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:7f9f:ffff:ffff:ffff:ffff:ffff
2603:26d3:833f:ffff:ffff:ffff:ffff:ffff
2603:26d3:88ff:ffff:ffff:ffff:ffff:ffff
2603:26d3:8eff:ffff:ffff:ffff:ffff:ffff
2603:26d3:8f7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:93ff:ffff:ffff:ffff:ffff:ffff
2603:26d3:999f:ffff:ffff:ffff:ffff:ffff
2603:26d3:9c7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:9e9f:ffff:ffff:ffff:ffff:ffff
2603:26d3:a29f:ffff:ffff:ffff:ffff:ffff
2603:26d3:a2ff:ffff:ffff:ffff:ffff:ffff
2603:26d3:a49f:ffff:ffff:ffff:ffff:ffff
2603:26d3:a53f:ffff:ffff:ffff:ffff:ffff
2603:26d3:aabf:ffff:ffff:ffff:ffff:ffff
2603:26d3:ad9f:ffff:ffff:ffff:ffff:ffff
2603:26d3:b27f:ffff:ffff:ffff:ffff:ffff
2603:26d3:b43f:ffff:ffff:ffff:ffff:ffff
2603:26d3:b93f:ffff:ffff:ffff:ffff:ffff
2603:26d3:babf:ffff:ffff:ffff:ffff:ffff
2603:26d3:c01f:ffff:ffff:ffff:ffff:ffff

2603:26d3:c4bf:ffff:ffff:ffff:ffff:ffff
2603:26d3:c77f:ffff:ffff:ffff:ffff:ffff
2603:26d3:cc5f:ffff:ffff:ffff:ffff:ffff
2603:26d3:d8bf:ffff:ffff:ffff:ffff:ffff
2603:26d3:db7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:de7f:ffff:ffff:ffff:ffff:ffff
2603:26d3:e37f:ffff:ffff:ffff:ffff:ffff
2603:26d3:e67f:ffff:ffff:ffff:ffff:ffff
2603:26d3:ef5f:ffff:ffff:ffff:ffff:ffff
2603:26d3:f39f:ffff:ffff:ffff:ffff:ffff
2603:26d3:fa1f:ffff:ffff:ffff:ffff:ffff
2603:26d3:ff5f:ffff:ffff:ffff:ffff:ffff
2603:26d3:ffbf:ffff:ffff:ffff:ffff:ffff
2603:26d4:17f:ffff:ffff:ffff:ffff:ffff
2603:26d4:1df:ffff:ffff:ffff:ffff:ffff
2603:26d4:89f:ffff:ffff:ffff:ffff:ffff
2603:26d4:b1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:d5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:e7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:ebf:ffff:ffff:ffff:ffff:ffff
2603:26d4:121f:ffff:ffff:ffff:ffff:ffff
2603:26d4:157f:ffff:ffff:ffff:ffff:ffff
2603:26d4:185f:ffff:ffff:ffff:ffff:ffff
2603:26d4:193f:ffff:ffff:ffff:ffff:ffff
2603:26d4:221f:ffff:ffff:ffff:ffff:ffff
2603:26d4:241f:ffff:ffff:ffff:ffff:ffff
2603:26d4:26ff:ffff:ffff:ffff:ffff:ffff
2603:26d4:2bff:ffff:ffff:ffff:ffff:ffff
2603:26d4:359f:ffff:ffff:ffff:ffff:ffff
2603:26d4:39df:ffff:ffff:ffff:ffff:ffff
2603:26d4:3a7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:3c3f:ffff:ffff:ffff:ffff:ffff
2603:26d4:3e5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:417f:ffff:ffff:ffff:ffff:ffff
2603:26d4:4a5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:527f:ffff:ffff:ffff:ffff:ffff
2603:26d4:593f:ffff:ffff:ffff:ffff:ffff

2603:26d4:5c9f:ffff:ffff:ffff:ffff:ffff
2603:26d4:5f7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:62bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:663f:ffff:ffff:ffff:ffff:ffff
2603:26d4:667f:ffff:ffff:ffff:ffff:ffff
2603:26d4:6a5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:6c9f:ffff:ffff:ffff:ffff:ffff
2603:26d4:70ff:ffff:ffff:ffff:ffff:ffff
2603:26d4:71ff:ffff:ffff:ffff:ffff:ffff
2603:26d4:729f:ffff:ffff:ffff:ffff:ffff
2603:26d4:73bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:765f:ffff:ffff:ffff:ffff:ffff
2603:26d4:76bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:775f:ffff:ffff:ffff:ffff:ffff
2603:26d4:79df:ffff:ffff:ffff:ffff:ffff
2603:26d4:7a3f:ffff:ffff:ffff:ffff:ffff
2603:26d4:7b1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:809f:ffff:ffff:ffff:ffff:ffff
2603:26d4:831f:ffff:ffff:ffff:ffff:ffff
2603:26d4:843f:ffff:ffff:ffff:ffff:ffff
2603:26d4:855f:ffff:ffff:ffff:ffff:ffff
2603:26d4:899f:ffff:ffff:ffff:ffff:ffff
2603:26d4:8b5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26d4:8f9f:ffff:ffff:ffff:ffff:ffff
2603:26d4:91df:ffff:ffff:ffff:ffff:ffff
2603:26d4:99df:ffff:ffff:ffff:ffff:ffff
2603:26d4:9a1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:9a7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:9ddf:ffff:ffff:ffff:ffff:ffff
2603:26d4:a19f:ffff:ffff:ffff:ffff:ffff
2603:26d4:a45f:ffff:ffff:ffff:ffff:ffff
2603:26d4:a61f:ffff:ffff:ffff:ffff:ffff
2603:26d4:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:a83f:ffff:ffff:ffff:ffff:ffff
2603:26d4:a8ff:ffff:ffff:ffff:ffff:ffff
2603:26d4:a97f:ffff:ffff:ffff:ffff:ffff

2603:26d4:ac1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:ac7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:b5bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:b95f:ffff:ffff:ffff:ffff:ffff
2603:26d4:c0df:ffff:ffff:ffff:ffff:ffff
2603:26d4:c3df:ffff:ffff:ffff:ffff:ffff
2603:26d4:cadf:ffff:ffff:ffff:ffff:ffff
2603:26d4:cc1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:cc5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:cd1f:ffff:ffff:ffff:ffff:ffff
2603:26d4:d19f:ffff:ffff:ffff:ffff:ffff
2603:26d4:d3bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:d83f:ffff:ffff:ffff:ffff:ffff
2603:26d4:d8ff:ffff:ffff:ffff:ffff:ffff
2603:26d4:dc7f:ffff:ffff:ffff:ffff:ffff
2603:26d4:e35f:ffff:ffff:ffff:ffff:ffff
2603:26d4:e3bf:ffff:ffff:ffff:ffff:ffff
2603:26d4:e55f:ffff:ffff:ffff:ffff:ffff
2603:26d4:e59f:ffff:ffff:ffff:ffff:ffff
2603:26d4:ec3f:ffff:ffff:ffff:ffff:ffff
2603:26d4:ec9f:ffff:ffff:ffff:ffff:ffff
2603:26d4:ee5f:ffff:ffff:ffff:ffff:ffff
2603:26d4:f07f:ffff:ffff:ffff:ffff:ffff
2603:26d4:f19f:ffff:ffff:ffff:ffff:ffff
2603:26d4:fcbf:ffff:ffff:ffff:ffff:ffff
2603:26d4:febf:ffff:ffff:ffff:ffff:ffff
2603:26d4:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26d5:77f:ffff:ffff:ffff:ffff:ffff
2603:26d5:ddf:ffff:ffff:ffff:ffff:ffff
2603:26d5:fdf:ffff:ffff:ffff:ffff:ffff
2603:26d5:101f:ffff:ffff:ffff:ffff:ffff
2603:26d5:10bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:141f:ffff:ffff:ffff:ffff:ffff
2603:26d5:145f:ffff:ffff:ffff:ffff:ffff
2603:26d5:151f:ffff:ffff:ffff:ffff:ffff
2603:26d5:19bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:231f:ffff:ffff:ffff:ffff:ffff

2603:26d5:297f:ffff:ffff:ffff:ffff:ffff
2603:26d5:345f:ffff:ffff:ffff:ffff:ffff
2603:26d5:365f:ffff:ffff:ffff:ffff:ffff
2603:26d5:3c7f:ffff:ffff:ffff:ffff:ffff
2603:26d5:40bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:435f:ffff:ffff:ffff:ffff:ffff
2603:26d5:49bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:4bff:ffff:ffff:ffff:ffff:ffff
2603:26d5:4f3f:ffff:ffff:ffff:ffff:ffff
2603:26d5:509f:ffff:ffff:ffff:ffff:ffff
2603:26d5:583f:ffff:ffff:ffff:ffff:ffff
2603:26d5:589f:ffff:ffff:ffff:ffff:ffff
2603:26d5:5c1f:ffff:ffff:ffff:ffff:ffff
2603:26d5:607f:ffff:ffff:ffff:ffff:ffff
2603:26d5:63df:ffff:ffff:ffff:ffff:ffff
2603:26d5:66ff:ffff:ffff:ffff:ffff:ffff
2603:26d5:6abf:ffff:ffff:ffff:ffff:ffff
2603:26d5:771f:ffff:ffff:ffff:ffff:ffff
2603:26d5:79bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:7aff:ffff:ffff:ffff:ffff:ffff
2603:26d5:81ff:ffff:ffff:ffff:ffff:ffff
2603:26d5:85bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:875f:ffff:ffff:ffff:ffff:ffff
2603:26d5:883f:ffff:ffff:ffff:ffff:ffff
2603:26d5:893f:ffff:ffff:ffff:ffff:ffff
2603:26d5:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26d5:8f5f:ffff:ffff:ffff:ffff:ffff
2603:26d5:911f:ffff:ffff:ffff:ffff:ffff
2603:26d5:94df:ffff:ffff:ffff:ffff:ffff
2603:26d5:997f:ffff:ffff:ffff:ffff:ffff
2603:26d5:99bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:9a1f:ffff:ffff:ffff:ffff:ffff
2603:26d5:9a7f:ffff:ffff:ffff:ffff:ffff
2603:26d5:9c9f:ffff:ffff:ffff:ffff:ffff
2603:26d5:a83f:ffff:ffff:ffff:ffff:ffff
2603:26d5:a9df:ffff:ffff:ffff:ffff:ffff
2603:26d5:abdf:ffff:ffff:ffff:ffff:ffff

2603:26d5:b0bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:b23f:ffff:ffff:ffff:ffff:ffff
2603:26d5:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:b6ff:ffff:ffff:ffff:ffff:ffff
2603:26d5:bb5f:ffff:ffff:ffff:ffff:ffff
2603:26d5:bbff:ffff:ffff:ffff:ffff:ffff
2603:26d5:bc5f:ffff:ffff:ffff:ffff:ffff
2603:26d5:be7f:ffff:ffff:ffff:ffff:ffff
2603:26d5:c0bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:c39f:ffff:ffff:ffff:ffff:ffff
2603:26d5:c4ff:ffff:ffff:ffff:ffff:ffff
2603:26d5:cb5f:ffff:ffff:ffff:ffff:ffff
2603:26d5:cbff:ffff:ffff:ffff:ffff:ffff
2603:26d5:cc7f:ffff:ffff:ffff:ffff:ffff
2603:26d5:d3bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:d67f:ffff:ffff:ffff:ffff:ffff
2603:26d5:d79f:ffff:ffff:ffff:ffff:ffff
2603:26d5:d7df:ffff:ffff:ffff:ffff:ffff
2603:26d5:da1f:ffff:ffff:ffff:ffff:ffff
2603:26d5:e25f:ffff:ffff:ffff:ffff:ffff
2603:26d5:e43f:ffff:ffff:ffff:ffff:ffff
2603:26d5:e4ff:ffff:ffff:ffff:ffff:ffff
2603:26d5:e55f:ffff:ffff:ffff:ffff:ffff
2603:26d5:efdf:ffff:ffff:ffff:ffff:ffff
2603:26d5:f4df:ffff:ffff:ffff:ffff:ffff
2603:26d5:f97f:ffff:ffff:ffff:ffff:ffff
2603:26d5:f9bf:ffff:ffff:ffff:ffff:ffff
2603:26d5:fabf:ffff:ffff:ffff:ffff:ffff
2603:26d5:fb3f:ffff:ffff:ffff:ffff:ffff
2603:26d5:fdff:ffff:ffff:ffff:ffff:ffff
2603:26d5:ff7f:ffff:ffff:ffff:ffff:ffff
2603:26d5:ffff:ffff:ffff:ffff:ffff:ffff
2603:26d6:57f:ffff:ffff:ffff:ffff:ffff
2603:26d6:77f:ffff:ffff:ffff:ffff:ffff
2603:26d6:91f:ffff:ffff:ffff:ffff:ffff
2603:26d6:b7f:ffff:ffff:ffff:ffff:ffff
2603:26d6:dff:ffff:ffff:ffff:ffff:ffff

2603:26d6:105f:ffff:ffff:ffff:ffff:ffff
2603:26d6:13bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:191f:ffff:ffff:ffff:ffff:ffff
2603:26d6:1e7f:ffff:ffff:ffff:ffff:ffff
2603:26d6:223f:ffff:ffff:ffff:ffff:ffff
2603:26d6:23bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:241f:ffff:ffff:ffff:ffff:ffff
2603:26d6:25df:ffff:ffff:ffff:ffff:ffff
2603:26d6:26bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:29df:ffff:ffff:ffff:ffff:ffff
2603:26d6:2dff:ffff:ffff:ffff:ffff:ffff
2603:26d6:309f:ffff:ffff:ffff:ffff:ffff
2603:26d6:32bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:347f:ffff:ffff:ffff:ffff:ffff
2603:26d6:39df:ffff:ffff:ffff:ffff:ffff
2603:26d6:3d3f:ffff:ffff:ffff:ffff:ffff
2603:26d6:405f:ffff:ffff:ffff:ffff:ffff
2603:26d6:421f:ffff:ffff:ffff:ffff:ffff
2603:26d6:491f:ffff:ffff:ffff:ffff:ffff
2603:26d6:597f:ffff:ffff:ffff:ffff:ffff
2603:26d6:59ff:ffff:ffff:ffff:ffff:ffff
2603:26d6:5d3f:ffff:ffff:ffff:ffff:ffff
2603:26d6:5f1f:ffff:ffff:ffff:ffff:ffff
2603:26d6:623f:ffff:ffff:ffff:ffff:ffff
2603:26d6:6a5f:ffff:ffff:ffff:ffff:ffff
2603:26d6:725f:ffff:ffff:ffff:ffff:ffff
2603:26d6:771f:ffff:ffff:ffff:ffff:ffff
2603:26d6:827f:ffff:ffff:ffff:ffff:ffff
2603:26d6:84bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:85bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:8a7f:ffff:ffff:ffff:ffff:ffff
2603:26d6:90df:ffff:ffff:ffff:ffff:ffff
2603:26d6:915f:ffff:ffff:ffff:ffff:ffff
2603:26d6:957f:ffff:ffff:ffff:ffff:ffff
2603:26d6:97bf:ffff:ffff:ffff:ffff:ffff
2603:26d6:9abf:ffff:ffff:ffff:ffff:ffff
2603:26d6:9fbf:ffff:ffff:ffff:ffff:ffff

2603:26d6:a2df:ffff:ffff:ffff:ffff:ffff
2603:26d6:a8ff:ffff:ffff:ffff:ffff:ffff
2603:26d6:a99f:ffff:ffff:ffff:ffff:ffff
2603:26d6:ab1f:ffff:ffff:ffff:ffff:ffff
2603:26d6:abbf:ffff:ffff:ffff:ffff:ffff
2603:26d6:b0ff:ffff:ffff:ffff:ffff:ffff
2603:26d6:b29f:ffff:ffff:ffff:ffff:ffff
2603:26d6:cf1f:ffff:ffff:ffff:ffff:ffff
2603:26d6:d0ff:ffff:ffff:ffff:ffff:ffff
2603:26d6:d91f:ffff:ffff:ffff:ffff:ffff
2603:26d6:db5f:ffff:ffff:ffff:ffff:ffff
2603:26d6:db9f:ffff:ffff:ffff:ffff:ffff
2603:26d6:dc9f:ffff:ffff:ffff:ffff:ffff
2603:26d6:e4ff:ffff:ffff:ffff:ffff:ffff
2603:26d6:e67f:ffff:ffff:ffff:ffff:ffff
2603:26d6:e9df:ffff:ffff:ffff:ffff:ffff
2603:26d6:ed1f:ffff:ffff:ffff:ffff:ffff
2603:26d6:f19f:ffff:ffff:ffff:ffff:ffff
2603:26d6:f2df:ffff:ffff:ffff:ffff:ffff
2603:26d6:f51f:ffff:ffff:ffff:ffff:ffff
2603:26d6:fc1f:ffff:ffff:ffff:ffff:ffff
2603:26d6:fe3f:ffff:ffff:ffff:ffff:ffff
2603:26d7:19f:ffff:ffff:ffff:ffff:ffff
2603:26d7:43f:ffff:ffff:ffff:ffff:ffff
2603:26d7:bdf:ffff:ffff:ffff:ffff:ffff
2603:26d7:e3f:ffff:ffff:ffff:ffff:ffff
2603:26d7:13bf:ffff:ffff:ffff:ffff:ffff
2603:26d7:18ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:1b5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:1c3f:ffff:ffff:ffff:ffff:ffff
2603:26d7:1e5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:22ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:263f:ffff:ffff:ffff:ffff:ffff
2603:26d7:277f:ffff:ffff:ffff:ffff:ffff
2603:26d7:2aff:ffff:ffff:ffff:ffff:ffff
2603:26d7:307f:ffff:ffff:ffff:ffff:ffff
2603:26d7:31ff:ffff:ffff:ffff:ffff:ffff

2603:26d7:357f:ffff:ffff:ffff:ffff:ffff
2603:26d7:3a7f:ffff:ffff:ffff:ffff:ffff
2603:26d7:3d9f:ffff:ffff:ffff:ffff:ffff
2603:26d7:409f:ffff:ffff:ffff:ffff:ffff
2603:26d7:459f:ffff:ffff:ffff:ffff:ffff
2603:26d7:489f:ffff:ffff:ffff:ffff:ffff
2603:26d7:501f:ffff:ffff:ffff:ffff:ffff
2603:26d7:51df:ffff:ffff:ffff:ffff:ffff
2603:26d7:547f:ffff:ffff:ffff:ffff:ffff
2603:26d7:557f:ffff:ffff:ffff:ffff:ffff
2603:26d7:5b3f:ffff:ffff:ffff:ffff:ffff
2603:26d7:5e9f:ffff:ffff:ffff:ffff:ffff
2603:26d7:617f:ffff:ffff:ffff:ffff:ffff
2603:26d7:61bf:ffff:ffff:ffff:ffff:ffff
2603:26d7:62bf:ffff:ffff:ffff:ffff:ffff
2603:26d7:653f:ffff:ffff:ffff:ffff:ffff
2603:26d7:7bff:ffff:ffff:ffff:ffff:ffff
2603:26d7:7d1f:ffff:ffff:ffff:ffff:ffff
2603:26d7:82ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:861f:ffff:ffff:ffff:ffff:ffff
2603:26d7:87df:ffff:ffff:ffff:ffff:ffff
2603:26d7:8bff:ffff:ffff:ffff:ffff:ffff
2603:26d7:925f:ffff:ffff:ffff:ffff:ffff
2603:26d7:943f:ffff:ffff:ffff:ffff:ffff
2603:26d7:959f:ffff:ffff:ffff:ffff:ffff
2603:26d7:98ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:9b5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:a77f:ffff:ffff:ffff:ffff:ffff
2603:26d7:ae1f:ffff:ffff:ffff:ffff:ffff
2603:26d7:ae5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:aedf:ffff:ffff:ffff:ffff:ffff
2603:26d7:af5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:b0bf:ffff:ffff:ffff:ffff:ffff
2603:26d7:b29f:ffff:ffff:ffff:ffff:ffff
2603:26d7:b55f:ffff:ffff:ffff:ffff:ffff
2603:26d7:b7ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:c21f:ffff:ffff:ffff:ffff:ffff

2603:26d7:c2ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:c81f:ffff:ffff:ffff:ffff:ffff
2603:26d7:cadf:ffff:ffff:ffff:ffff:ffff
2603:26d7:cf7f:ffff:ffff:ffff:ffff:ffff
2603:26d7:d37f:ffff:ffff:ffff:ffff:ffff
2603:26d7:d9ff:ffff:ffff:ffff:ffff:ffff
2603:26d7:db9f:ffff:ffff:ffff:ffff:ffff
2603:26d7:de9f:ffff:ffff:ffff:ffff:ffff
2603:26d7:df3f:ffff:ffff:ffff:ffff:ffff
2603:26d7:e2df:ffff:ffff:ffff:ffff:ffff
2603:26d7:e8bf:ffff:ffff:ffff:ffff:ffff
2603:26d7:e9df:ffff:ffff:ffff:ffff:ffff
2603:26d7:eb1f:ffff:ffff:ffff:ffff:ffff
2603:26d7:ecdf:ffff:ffff:ffff:ffff:ffff
2603:26d7:f2df:ffff:ffff:ffff:ffff:ffff
2603:26d7:fa5f:ffff:ffff:ffff:ffff:ffff
2603:26d7:fadf:ffff:ffff:ffff:ffff:ffff
2603:26d7:fbdf:ffff:ffff:ffff:ffff:ffff
2603:26d7:ff1f:ffff:ffff:ffff:ffff:ffff
2603:26d8:29f:ffff:ffff:ffff:ffff:ffff
2603:26d8:4df:ffff:ffff:ffff:ffff:ffff
2603:26d8:f7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:11bf:ffff:ffff:ffff:ffff:ffff
2603:26d8:145f:ffff:ffff:ffff:ffff:ffff
2603:26d8:155f:ffff:ffff:ffff:ffff:ffff
2603:26d8:165f:ffff:ffff:ffff:ffff:ffff
2603:26d8:18bf:ffff:ffff:ffff:ffff:ffff
2603:26d8:19ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:1d1f:ffff:ffff:ffff:ffff:ffff
2603:26d8:1fbf:ffff:ffff:ffff:ffff:ffff
2603:26d8:20ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:21df:ffff:ffff:ffff:ffff:ffff
2603:26d8:265f:ffff:ffff:ffff:ffff:ffff
2603:26d8:2bff:ffff:ffff:ffff:ffff:ffff
2603:26d8:2d5f:ffff:ffff:ffff:ffff:ffff
2603:26d8:2fbf:ffff:ffff:ffff:ffff:ffff
2603:26d8:343f:ffff:ffff:ffff:ffff:ffff

2603:26d8:35ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:3f9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:415f:ffff:ffff:ffff:ffff:ffff
2603:26d8:423f:ffff:ffff:ffff:ffff:ffff
2603:26d8:449f:ffff:ffff:ffff:ffff:ffff
2603:26d8:465f:ffff:ffff:ffff:ffff:ffff
2603:26d8:48ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:4a7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:4d5f:ffff:ffff:ffff:ffff:ffff
2603:26d8:56df:ffff:ffff:ffff:ffff:ffff
2603:26d8:573f:ffff:ffff:ffff:ffff:ffff
2603:26d8:57ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:589f:ffff:ffff:ffff:ffff:ffff
2603:26d8:595f:ffff:ffff:ffff:ffff:ffff
2603:26d8:5cff:ffff:ffff:ffff:ffff:ffff
2603:26d8:601f:ffff:ffff:ffff:ffff:ffff
2603:26d8:611f:ffff:ffff:ffff:ffff:ffff
2603:26d8:61df:ffff:ffff:ffff:ffff:ffff
2603:26d8:627f:ffff:ffff:ffff:ffff:ffff
2603:26d8:669f:ffff:ffff:ffff:ffff:ffff
2603:26d8:6a3f:ffff:ffff:ffff:ffff:ffff
2603:26d8:6cbf:ffff:ffff:ffff:ffff:ffff
2603:26d8:735f:ffff:ffff:ffff:ffff:ffff
2603:26d8:73ff:ffff:ffff:ffff:ffff:ffff
2603:26d8:74bf:ffff:ffff:ffff:ffff:ffff
2603:26d8:755f:ffff:ffff:ffff:ffff:ffff
2603:26d8:767f:ffff:ffff:ffff:ffff:ffff
2603:26d8:7a9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:7b3f:ffff:ffff:ffff:ffff:ffff
2603:26d8:7c9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:7fff:ffff:ffff:ffff:ffff:ffff
2603:26d8:87df:ffff:ffff:ffff:ffff:ffff
2603:26d8:8a9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:8b7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:8c9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:8cff:ffff:ffff:ffff:ffff:ffff
2603:26d8:8d5f:ffff:ffff:ffff:ffff:ffff

2603:26d8:8f1f:ffff:ffff:ffff:ffff:ffff
2603:26d8:9a9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:9adf:ffff:ffff:ffff:ffff:ffff
2603:26d8:a51f:ffff:ffff:ffff:ffff:ffff
2603:26d8:a5df:ffff:ffff:ffff:ffff:ffff
2603:26d8:a8bf:ffff:ffff:ffff:ffff:ffff
2603:26d8:a99f:ffff:ffff:ffff:ffff:ffff
2603:26d8:ac3f:ffff:ffff:ffff:ffff:ffff
2603:26d8:af3f:ffff:ffff:ffff:ffff:ffff
2603:26d8:bb3f:ffff:ffff:ffff:ffff:ffff
2603:26d8:be9f:ffff:ffff:ffff:ffff:ffff
2603:26d8:c6df:ffff:ffff:ffff:ffff:ffff
2603:26d8:c7df:ffff:ffff:ffff:ffff:ffff
2603:26d8:c89f:ffff:ffff:ffff:ffff:ffff
2603:26d8:cfff:ffff:ffff:ffff:ffff:ffff
2603:26d8:d33f:ffff:ffff:ffff:ffff:ffff
2603:26d8:d3df:ffff:ffff:ffff:ffff:ffff
2603:26d8:d47f:ffff:ffff:ffff:ffff:ffff
2603:26d8:d53f:ffff:ffff:ffff:ffff:ffff
2603:26d8:d9bf:ffff:ffff:ffff:ffff:ffff
2603:26d8:da5f:ffff:ffff:ffff:ffff:ffff
2603:26d8:dd7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:e23f:ffff:ffff:ffff:ffff:ffff
2603:26d8:e2df:ffff:ffff:ffff:ffff:ffff
2603:26d8:e31f:ffff:ffff:ffff:ffff:ffff
2603:26d8:e45f:ffff:ffff:ffff:ffff:ffff
2603:26d8:e89f:ffff:ffff:ffff:ffff:ffff
2603:26d8:e99f:ffff:ffff:ffff:ffff:ffff
2603:26d8:ec7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:f2df:ffff:ffff:ffff:ffff:ffff
2603:26d8:f6df:ffff:ffff:ffff:ffff:ffff
2603:26d8:f91f:ffff:ffff:ffff:ffff:ffff
2603:26d8:fd7f:ffff:ffff:ffff:ffff:ffff
2603:26d8:ff3f:ffff:ffff:ffff:ffff:ffff
2603:26d9:b1f:ffff:ffff:ffff:ffff:ffff
2603:26d9:15bf:ffff:ffff:ffff:ffff:ffff
2603:26d9:17df:ffff:ffff:ffff:ffff:ffff

2603:26d9:19ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:1e9f:ffff:ffff:ffff:ffff:ffff
2603:26d9:223f:ffff:ffff:ffff:ffff:ffff
2603:26d9:24bf:ffff:ffff:ffff:ffff:ffff
2603:26d9:25bf:ffff:ffff:ffff:ffff:ffff
2603:26d9:2b7f:ffff:ffff:ffff:ffff:ffff
2603:26d9:327f:ffff:ffff:ffff:ffff:ffff
2603:26d9:385f:ffff:ffff:ffff:ffff:ffff
2603:26d9:397f:ffff:ffff:ffff:ffff:ffff
2603:26d9:3f1f:ffff:ffff:ffff:ffff:ffff
2603:26d9:415f:ffff:ffff:ffff:ffff:ffff
2603:26d9:423f:ffff:ffff:ffff:ffff:ffff
2603:26d9:429f:ffff:ffff:ffff:ffff:ffff
2603:26d9:42ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:471f:ffff:ffff:ffff:ffff:ffff
2603:26d9:4b1f:ffff:ffff:ffff:ffff:ffff
2603:26d9:4fbf:ffff:ffff:ffff:ffff:ffff
2603:26d9:553f:ffff:ffff:ffff:ffff:ffff
2603:26d9:5a9f:ffff:ffff:ffff:ffff:ffff
2603:26d9:60ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:63bf:ffff:ffff:ffff:ffff:ffff
2603:26d9:645f:ffff:ffff:ffff:ffff:ffff
2603:26d9:66ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:69df:ffff:ffff:ffff:ffff:ffff
2603:26d9:6b1f:ffff:ffff:ffff:ffff:ffff
2603:26d9:707f:ffff:ffff:ffff:ffff:ffff
2603:26d9:73df:ffff:ffff:ffff:ffff:ffff
2603:26d9:75bf:ffff:ffff:ffff:ffff:ffff
2603:26d9:773f:ffff:ffff:ffff:ffff:ffff
2603:26d9:79ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:837f:ffff:ffff:ffff:ffff:ffff
2603:26d9:87ff:ffff:ffff:ffff:ffff:ffff
2603:26d9:8bff:ffff:ffff:ffff:ffff:ffff
2603:26d9:8c5f:ffff:ffff:ffff:ffff:ffff
2603:26d9:903f:ffff:ffff:ffff:ffff:ffff
2603:26d9:9b7f:ffff:ffff:ffff:ffff:ffff
2603:26d9:a2ff:ffff:ffff:ffff:ffff:ffff

2603:26dd:707f:ffff:ffff:ffff:ffff:ffff
2603:26dd:7bbf:ffff:ffff:ffff:ffff:ffff
2603:26dd:7fbf:ffff:ffff:ffff:ffff:ffff
2603:26dd:813f:ffff:ffff:ffff:ffff:ffff
2603:26dd:843f:ffff:ffff:ffff:ffff:ffff
2603:26dd:87ff:ffff:ffff:ffff:ffff:ffff
2603:26dd:8a1f:ffff:ffff:ffff:ffff:ffff
2603:26dd:8a5f:ffff:ffff:ffff:ffff:ffff
2603:26dd:939f:ffff:ffff:ffff:ffff:ffff
2603:26dd:93df:ffff:ffff:ffff:ffff:ffff
2603:26dd:94bf:ffff:ffff:ffff:ffff:ffff
2603:26dd:95ff:ffff:ffff:ffff:ffff:ffff
2603:26dd:985f:ffff:ffff:ffff:ffff:ffff
2603:26dd:9a9f:ffff:ffff:ffff:ffff:ffff
2603:26dd:a13f:ffff:ffff:ffff:ffff:ffff
2603:26dd:a17f:ffff:ffff:ffff:ffff:ffff
2603:26dd:a29f:ffff:ffff:ffff:ffff:ffff
2603:26dd:ab3f:ffff:ffff:ffff:ffff:ffff
2603:26dd:ae9f:ffff:ffff:ffff:ffff:ffff
2603:26dd:af7f:ffff:ffff:ffff:ffff:ffff
2603:26dd:b35f:ffff:ffff:ffff:ffff:ffff
2603:26dd:b55f:ffff:ffff:ffff:ffff:ffff
2603:26dd:b77f:ffff:ffff:ffff:ffff:ffff
2603:26dd:bb5f:ffff:ffff:ffff:ffff:ffff
2603:26dd:c07f:ffff:ffff:ffff:ffff:ffff
2603:26dd:c19f:ffff:ffff:ffff:ffff:ffff
2603:26dd:c21f:ffff:ffff:ffff:ffff:ffff
2603:26dd:c31f:ffff:ffff:ffff:ffff:ffff
2603:26dd:c4df:ffff:ffff:ffff:ffff:ffff
2603:26dd:cc9f:ffff:ffff:ffff:ffff:ffff
2603:26dd:ce5f:ffff:ffff:ffff:ffff:ffff
2603:26dd:d13f:ffff:ffff:ffff:ffff:ffff
2603:26dd:d41f:ffff:ffff:ffff:ffff:ffff
2603:26dd:d6ff:ffff:ffff:ffff:ffff:ffff
2603:26dd:da7f:ffff:ffff:ffff:ffff:ffff
2603:26dd:dc3f:ffff:ffff:ffff:ffff:ffff
2603:26dd:e1ff:ffff:ffff:ffff:ffff:ffff

2603:26dd:e43f:ffff:ffff:ffff:ffff:ffff
2603:26dd:e9df:ffff:ffff:ffff:ffff:ffff
2603:26dd:eadf:ffff:ffff:ffff:ffff:ffff
2603:26dd:f5df:ffff:ffff:ffff:ffff:ffff
2603:26dd:f8bf:ffff:ffff:ffff:ffff:ffff
2603:26dd:f8ff:ffff:ffff:ffff:ffff:ffff
2603:26dd:fa1f:ffff:ffff:ffff:ffff:ffff
2603:26dd:fcbf:ffff:ffff:ffff:ffff:ffff
2603:26de:3f:ffff:ffff:ffff:ffff:ffff
2603:26de:2bf:ffff:ffff:ffff:ffff:ffff
2603:26de:7ff:ffff:ffff:ffff:ffff:ffff
2603:26de:8df:ffff:ffff:ffff:ffff:ffff
2603:26de:9bf:ffff:ffff:ffff:ffff:ffff
2603:26de:c7f:ffff:ffff:ffff:ffff:ffff
2603:26de:dff:ffff:ffff:ffff:ffff:ffff
2603:26de:f1f:ffff:ffff:ffff:ffff:ffff
2603:26de:163f:ffff:ffff:ffff:ffff:ffff
2603:26de:18bf:ffff:ffff:ffff:ffff:ffff
2603:26de:197f:ffff:ffff:ffff:ffff:ffff
2603:26de:231f:ffff:ffff:ffff:ffff:ffff
2603:26de:243f:ffff:ffff:ffff:ffff:ffff
2603:26de:269f:ffff:ffff:ffff:ffff:ffff
2603:26de:27ff:ffff:ffff:ffff:ffff:ffff
2603:26de:2a1f:ffff:ffff:ffff:ffff:ffff
2603:26de:2a9f:ffff:ffff:ffff:ffff:ffff
2603:26de:2c9f:ffff:ffff:ffff:ffff:ffff
2603:26de:2e3f:ffff:ffff:ffff:ffff:ffff
2603:26de:317f:ffff:ffff:ffff:ffff:ffff
2603:26de:327f:ffff:ffff:ffff:ffff:ffff
2603:26de:345f:ffff:ffff:ffff:ffff:ffff
2603:26de:365f:ffff:ffff:ffff:ffff:ffff
2603:26de:373f:ffff:ffff:ffff:ffff:ffff
2603:26de:3c5f:ffff:ffff:ffff:ffff:ffff
2603:26de:3d3f:ffff:ffff:ffff:ffff:ffff
2603:26de:419f:ffff:ffff:ffff:ffff:ffff
2603:26de:41ff:ffff:ffff:ffff:ffff:ffff
2603:26de:453f:ffff:ffff:ffff:ffff:ffff

2603:26de:493f:ffff:ffff:ffff:ffff:ffff
2603:26de:4c1f:ffff:ffff:ffff:ffff:ffff
2603:26de:4e5f:ffff:ffff:ffff:ffff:ffff
2603:26de:517f:ffff:ffff:ffff:ffff:ffff
2603:26de:55bf:ffff:ffff:ffff:ffff:ffff
2603:26de:561f:ffff:ffff:ffff:ffff:ffff
2603:26de:567f:ffff:ffff:ffff:ffff:ffff
2603:26de:595f:ffff:ffff:ffff:ffff:ffff
2603:26de:5f1f:ffff:ffff:ffff:ffff:ffff
2603:26de:613f:ffff:ffff:ffff:ffff:ffff
2603:26de:617f:ffff:ffff:ffff:ffff:ffff
2603:26de:61bf:ffff:ffff:ffff:ffff:ffff
2603:26de:65df:ffff:ffff:ffff:ffff:ffff
2603:26de:679f:ffff:ffff:ffff:ffff:ffff
2603:26de:6bdf:ffff:ffff:ffff:ffff:ffff
2603:26de:781f:ffff:ffff:ffff:ffff:ffff
2603:26de:7aff:ffff:ffff:ffff:ffff:ffff
2603:26de:7bdf:ffff:ffff:ffff:ffff:ffff
2603:26de:82df:ffff:ffff:ffff:ffff:ffff
2603:26de:87df:ffff:ffff:ffff:ffff:ffff
2603:26de:89bf:ffff:ffff:ffff:ffff:ffff
2603:26de:905f:ffff:ffff:ffff:ffff:ffff
2603:26de:94bf:ffff:ffff:ffff:ffff:ffff
2603:26de:95df:ffff:ffff:ffff:ffff:ffff
2603:26de:9c9f:ffff:ffff:ffff:ffff:ffff
2603:26de:ab5f:ffff:ffff:ffff:ffff:ffff
2603:26de:abdf:ffff:ffff:ffff:ffff:ffff
2603:26de:b19f:ffff:ffff:ffff:ffff:ffff
2603:26de:ba1f:ffff:ffff:ffff:ffff:ffff
2603:26de:be5f:ffff:ffff:ffff:ffff:ffff
2603:26de:bedf:ffff:ffff:ffff:ffff:ffff
2603:26de:bfff:ffff:ffff:ffff:ffff:ffff
2603:26de:c49f:ffff:ffff:ffff:ffff:ffff
2603:26de:c4ff:ffff:ffff:ffff:ffff:ffff
2603:26de:c63f:ffff:ffff:ffff:ffff:ffff
2603:26de:cd9f:ffff:ffff:ffff:ffff:ffff
2603:26de:cf1f:ffff:ffff:ffff:ffff:ffff

2603:26de:d1bf:ffff:ffff:ffff:ffff:ffff
2603:26de:d51f:ffff:ffff:ffff:ffff:ffff
2603:26de:d7ff:ffff:ffff:ffff:ffff:ffff
2603:26de:dc5f:ffff:ffff:ffff:ffff:ffff
2603:26de:dcdf:ffff:ffff:ffff:ffff:ffff
2603:26de:e01f:ffff:ffff:ffff:ffff:ffff
2603:26de:e13f:ffff:ffff:ffff:ffff:ffff
2603:26de:e47f:ffff:ffff:ffff:ffff:ffff
2603:26de:e85f:ffff:ffff:ffff:ffff:ffff
2603:26de:e91f:ffff:ffff:ffff:ffff:ffff
2603:26de:ee5f:ffff:ffff:ffff:ffff:ffff
2603:26de:f19f:ffff:ffff:ffff:ffff:ffff
2603:26de:f37f:ffff:ffff:ffff:ffff:ffff
2603:26de:f63f:ffff:ffff:ffff:ffff:ffff
2603:26de:f7df:ffff:ffff:ffff:ffff:ffff
2603:26de:f9df:ffff:ffff:ffff:ffff:ffff
2603:26de:fadf:ffff:ffff:ffff:ffff:ffff
2603:26de:fe7f:ffff:ffff:ffff:ffff:ffff
2603:26df:bf:ffff:ffff:ffff:ffff:ffff
2603:26df:3df:ffff:ffff:ffff:ffff:ffff
2603:26df:d3f:ffff:ffff:ffff:ffff:ffff
2603:26df:e3f:ffff:ffff:ffff:ffff:ffff
2603:26df:f1f:ffff:ffff:ffff:ffff:ffff
2603:26df:117f:ffff:ffff:ffff:ffff:ffff
2603:26df:11bf:ffff:ffff:ffff:ffff:ffff
2603:26df:177f:ffff:ffff:ffff:ffff:ffff
2603:26df:18bf:ffff:ffff:ffff:ffff:ffff
2603:26df:197f:ffff:ffff:ffff:ffff:ffff
2603:26df:19bf:ffff:ffff:ffff:ffff:ffff
2603:26df:1fff:ffff:ffff:ffff:ffff:ffff
2603:26df:23df:ffff:ffff:ffff:ffff:ffff
2603:26df:263f:ffff:ffff:ffff:ffff:ffff
2603:26df:2b3f:ffff:ffff:ffff:ffff:ffff
2603:26df:2d1f:ffff:ffff:ffff:ffff:ffff
2603:26df:30ff:ffff:ffff:ffff:ffff:ffff
2603:26df:31ff:ffff:ffff:ffff:ffff:ffff
2603:26df:337f:ffff:ffff:ffff:ffff:ffff

2603:26df:347f:ffff:ffff:ffff:ffff:ffff
2603:26df:371f:ffff:ffff:ffff:ffff:ffff
2603:26df:3a1f:ffff:ffff:ffff:ffff:ffff
2603:26df:3cdf:ffff:ffff:ffff:ffff:ffff
2603:26df:40bf:ffff:ffff:ffff:ffff:ffff
2603:26df:51df:ffff:ffff:ffff:ffff:ffff
2603:26df:531f:ffff:ffff:ffff:ffff:ffff
2603:26df:567f:ffff:ffff:ffff:ffff:ffff
2603:26df:57df:ffff:ffff:ffff:ffff:ffff
2603:26df:585f:ffff:ffff:ffff:ffff:ffff
2603:26df:63ff:ffff:ffff:ffff:ffff:ffff
2603:26df:647f:ffff:ffff:ffff:ffff:ffff
2603:26df:651f:ffff:ffff:ffff:ffff:ffff
2603:26df:67df:ffff:ffff:ffff:ffff:ffff
2603:26df:6edf:ffff:ffff:ffff:ffff:ffff
2603:26df:70df:ffff:ffff:ffff:ffff:ffff
2603:26df:78df:ffff:ffff:ffff:ffff:ffff
2603:26df:7a5f:ffff:ffff:ffff:ffff:ffff
2603:26df:7e5f:ffff:ffff:ffff:ffff:ffff
2603:26df:813f:ffff:ffff:ffff:ffff:ffff
2603:26df:8b9f:ffff:ffff:ffff:ffff:ffff
2603:26df:8c7f:ffff:ffff:ffff:ffff:ffff
2603:26df:8fdf:ffff:ffff:ffff:ffff:ffff
2603:26df:973f:ffff:ffff:ffff:ffff:ffff
2603:26df:97df:ffff:ffff:ffff:ffff:ffff
2603:26df:a1df:ffff:ffff:ffff:ffff:ffff
2603:26df:a25f:ffff:ffff:ffff:ffff:ffff
2603:26df:ab5f:ffff:ffff:ffff:ffff:ffff
2603:26df:ae5f:ffff:ffff:ffff:ffff:ffff
2603:26df:b55f:ffff:ffff:ffff:ffff:ffff
2603:26df:b6df:ffff:ffff:ffff:ffff:ffff
2603:26df:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26df:bb1f:ffff:ffff:ffff:ffff:ffff
2603:26df:c57f:ffff:ffff:ffff:ffff:ffff
2603:26df:c6bf:ffff:ffff:ffff:ffff:ffff
2603:26df:ca9f:ffff:ffff:ffff:ffff:ffff
2603:26df:cb5f:ffff:ffff:ffff:ffff:ffff

2603:26df:dcbf:ffff:ffff:ffff:ffff:ffff
2603:26df:dd3f:ffff:ffff:ffff:ffff:ffff
2603:26df:e69f:ffff:ffff:ffff:ffff:ffff
2603:26df:e8bf:ffff:ffff:ffff:ffff:ffff
2603:26df:ecdf:ffff:ffff:ffff:ffff:ffff
2603:26df:ed1f:ffff:ffff:ffff:ffff:ffff
2603:26df:edbf:ffff:ffff:ffff:ffff:ffff
2603:26df:f51f:ffff:ffff:ffff:ffff:ffff
2603:26df:f73f:ffff:ffff:ffff:ffff:ffff
2603:26df:fc1f:ffff:ffff:ffff:ffff:ffff
2603:26e0:39f:ffff:ffff:ffff:ffff:ffff
2603:26e0:3ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:9bf:ffff:ffff:ffff:ffff:ffff
2603:26e0:ddf:ffff:ffff:ffff:ffff:ffff
2603:26e0:ebf:ffff:ffff:ffff:ffff:ffff
2603:26e0:f1f:ffff:ffff:ffff:ffff:ffff
2603:26e0:123f:ffff:ffff:ffff:ffff:ffff
2603:26e0:14df:ffff:ffff:ffff:ffff:ffff
2603:26e0:19ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:1d9f:ffff:ffff:ffff:ffff:ffff
2603:26e0:1ebf:ffff:ffff:ffff:ffff:ffff
2603:26e0:20df:ffff:ffff:ffff:ffff:ffff
2603:26e0:217f:ffff:ffff:ffff:ffff:ffff
2603:26e0:237f:ffff:ffff:ffff:ffff:ffff
2603:26e0:261f:ffff:ffff:ffff:ffff:ffff
2603:26e0:267f:ffff:ffff:ffff:ffff:ffff
2603:26e0:289f:ffff:ffff:ffff:ffff:ffff
2603:26e0:2b3f:ffff:ffff:ffff:ffff:ffff
2603:26e0:307f:ffff:ffff:ffff:ffff:ffff
2603:26e0:30bf:ffff:ffff:ffff:ffff:ffff
2603:26e0:313f:ffff:ffff:ffff:ffff:ffff
2603:26e0:331f:ffff:ffff:ffff:ffff:ffff
2603:26e0:389f:ffff:ffff:ffff:ffff:ffff
2603:26e0:3b1f:ffff:ffff:ffff:ffff:ffff
2603:26e0:3fdf:ffff:ffff:ffff:ffff:ffff
2603:26e0:403f:ffff:ffff:ffff:ffff:ffff
2603:26e0:409f:ffff:ffff:ffff:ffff:ffff

2603:26e0:417f:ffff:ffff:ffff:ffff:ffff
2603:26e0:4b1f:ffff:ffff:ffff:ffff:ffff
2603:26e0:4dbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:4f5f:ffff:ffff:ffff:ffff:ffff
2603:26e0:4fbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:503f:ffff:ffff:ffff:ffff:ffff
2603:26e0:52ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:585f:ffff:ffff:ffff:ffff:ffff
2603:26e0:5e7f:ffff:ffff:ffff:ffff:ffff
2603:26e0:62ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:66df:ffff:ffff:ffff:ffff:ffff
2603:26e0:6cff:ffff:ffff:ffff:ffff:ffff
2603:26e0:6dbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:707f:ffff:ffff:ffff:ffff:ffff
2603:26e0:751f:ffff:ffff:ffff:ffff:ffff
2603:26e0:7b5f:ffff:ffff:ffff:ffff:ffff
2603:26e0:805f:ffff:ffff:ffff:ffff:ffff
2603:26e0:82df:ffff:ffff:ffff:ffff:ffff
2603:26e0:859f:ffff:ffff:ffff:ffff:ffff
2603:26e0:86ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:8a3f:ffff:ffff:ffff:ffff:ffff
2603:26e0:8d9f:ffff:ffff:ffff:ffff:ffff
2603:26e0:901f:ffff:ffff:ffff:ffff:ffff
2603:26e0:937f:ffff:ffff:ffff:ffff:ffff
2603:26e0:989f:ffff:ffff:ffff:ffff:ffff
2603:26e0:afbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:b4ff:ffff:ffff:ffff:ffff:ffff
2603:26e0:b5df:ffff:ffff:ffff:ffff:ffff
2603:26e0:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26e0:bebf:ffff:ffff:ffff:ffff:ffff
2603:26e0:c23f:ffff:ffff:ffff:ffff:ffff
2603:26e0:c2bf:ffff:ffff:ffff:ffff:ffff
2603:26e0:d03f:ffff:ffff:ffff:ffff:ffff
2603:26e0:d09f:ffff:ffff:ffff:ffff:ffff
2603:26e0:d57f:ffff:ffff:ffff:ffff:ffff
2603:26e0:dcbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:e0df:ffff:ffff:ffff:ffff:ffff

2603:26e0:e31f:ffff:ffff:ffff:ffff:ffff
2603:26e0:e43f:ffff:ffff:ffff:ffff:ffff
2603:26e0:e55f:ffff:ffff:ffff:ffff:ffff
2603:26e0:e6bf:ffff:ffff:ffff:ffff:ffff
2603:26e0:ebbf:ffff:ffff:ffff:ffff:ffff
2603:26e0:f99f:ffff:ffff:ffff:ffff:ffff
2603:26e0:f9ff:ffff:ffff:ffff:ffff:ffff
2603:26e1:23f:ffff:ffff:ffff:ffff:ffff
2603:26e1:29f:ffff:ffff:ffff:ffff:ffff
2603:26e1:77f:ffff:ffff:ffff:ffff:ffff
2603:26e1:c1f:ffff:ffff:ffff:ffff:ffff
2603:26e1:ddf:ffff:ffff:ffff:ffff:ffff
2603:26e1:103f:ffff:ffff:ffff:ffff:ffff
2603:26e1:111f:ffff:ffff:ffff:ffff:ffff
2603:26e1:155f:ffff:ffff:ffff:ffff:ffff
2603:26e1:16df:ffff:ffff:ffff:ffff:ffff
2603:26e1:173f:ffff:ffff:ffff:ffff:ffff
2603:26e1:1a5f:ffff:ffff:ffff:ffff:ffff
2603:26e1:259f:ffff:ffff:ffff:ffff:ffff
2603:26e1:26df:ffff:ffff:ffff:ffff:ffff
2603:26e1:2fbf:ffff:ffff:ffff:ffff:ffff
2603:26e1:31bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:34df:ffff:ffff:ffff:ffff:ffff
2603:26e1:36ff:ffff:ffff:ffff:ffff:ffff
2603:26e1:3c9f:ffff:ffff:ffff:ffff:ffff
2603:26e1:3d9f:ffff:ffff:ffff:ffff:ffff
2603:26e1:409f:ffff:ffff:ffff:ffff:ffff
2603:26e1:493f:ffff:ffff:ffff:ffff:ffff
2603:26e1:49bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:4a1f:ffff:ffff:ffff:ffff:ffff
2603:26e1:4b3f:ffff:ffff:ffff:ffff:ffff
2603:26e1:4b9f:ffff:ffff:ffff:ffff:ffff
2603:26e1:4e5f:ffff:ffff:ffff:ffff:ffff
2603:26e1:50bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:55bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:587f:ffff:ffff:ffff:ffff:ffff
2603:26e1:61df:ffff:ffff:ffff:ffff:ffff

2603:26e1:62ff:ffff:ffff:ffff:ffff:ffff
2603:26e1:63bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:64ff:ffff:ffff:ffff:ffff:ffff
2603:26e1:681f:ffff:ffff:ffff:ffff:ffff
2603:26e1:685f:ffff:ffff:ffff:ffff:ffff
2603:26e1:68bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:691f:ffff:ffff:ffff:ffff:ffff
2603:26e1:6e7f:ffff:ffff:ffff:ffff:ffff
2603:26e1:6ebf:ffff:ffff:ffff:ffff:ffff
2603:26e1:717f:ffff:ffff:ffff:ffff:ffff
2603:26e1:733f:ffff:ffff:ffff:ffff:ffff
2603:26e1:7a5f:ffff:ffff:ffff:ffff:ffff
2603:26e1:7c3f:ffff:ffff:ffff:ffff:ffff
2603:26e1:811f:ffff:ffff:ffff:ffff:ffff
2603:26e1:827f:ffff:ffff:ffff:ffff:ffff
2603:26e1:86df:ffff:ffff:ffff:ffff:ffff
2603:26e1:87df:ffff:ffff:ffff:ffff:ffff
2603:26e1:8d7f:ffff:ffff:ffff:ffff:ffff
2603:26e1:921f:ffff:ffff:ffff:ffff:ffff
2603:26e1:95df:ffff:ffff:ffff:ffff:ffff
2603:26e1:96bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:991f:ffff:ffff:ffff:ffff:ffff
2603:26e1:99df:ffff:ffff:ffff:ffff:ffff
2603:26e1:9f9f:ffff:ffff:ffff:ffff:ffff
2603:26e1:a57f:ffff:ffff:ffff:ffff:ffff
2603:26e1:a77f:ffff:ffff:ffff:ffff:ffff
2603:26e1:b1bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:b2bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:b57f:ffff:ffff:ffff:ffff:ffff
2603:26e1:b83f:ffff:ffff:ffff:ffff:ffff
2603:26e1:b93f:ffff:ffff:ffff:ffff:ffff
2603:26e1:b99f:ffff:ffff:ffff:ffff:ffff
2603:26e1:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26e1:bd3f:ffff:ffff:ffff:ffff:ffff
2603:26e1:c13f:ffff:ffff:ffff:ffff:ffff
2603:26e1:c5bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:c61f:ffff:ffff:ffff:ffff:ffff

2603:26e1:c77f:ffff:ffff:ffff:ffff:ffff
2603:26e1:c8bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:c99f:ffff:ffff:ffff:ffff:ffff
2603:26e1:d1bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:d4df:ffff:ffff:ffff:ffff:ffff
2603:26e1:d6df:ffff:ffff:ffff:ffff:ffff
2603:26e1:d71f:ffff:ffff:ffff:ffff:ffff
2603:26e1:e13f:ffff:ffff:ffff:ffff:ffff
2603:26e1:e1bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:e4df:ffff:ffff:ffff:ffff:ffff
2603:26e1:e79f:ffff:ffff:ffff:ffff:ffff
2603:26e1:e91f:ffff:ffff:ffff:ffff:ffff
2603:26e1:ed1f:ffff:ffff:ffff:ffff:ffff
2603:26e1:ef9f:ffff:ffff:ffff:ffff:ffff
2603:26e1:f1bf:ffff:ffff:ffff:ffff:ffff
2603:26e1:f3ff:ffff:ffff:ffff:ffff:ffff
2603:26e1:f77f:ffff:ffff:ffff:ffff:ffff
2603:26e1:fdbf:ffff:ffff:ffff:ffff:ffff
2603:26e1:fe7f:ffff:ffff:ffff:ffff:ffff
2603:26e1:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26e2:13f:ffff:ffff:ffff:ffff:ffff
2603:26e2:2ff:ffff:ffff:ffff:ffff:ffff
2603:26e2:43f:ffff:ffff:ffff:ffff:ffff
2603:26e2:7df:ffff:ffff:ffff:ffff:ffff
2603:26e2:95f:ffff:ffff:ffff:ffff:ffff
2603:26e2:d1f:ffff:ffff:ffff:ffff:ffff
2603:26e2:dbf:ffff:ffff:ffff:ffff:ffff
2603:26e2:fff:ffff:ffff:ffff:ffff:ffff
2603:26e2:115f:ffff:ffff:ffff:ffff:ffff
2603:26e2:131f:ffff:ffff:ffff:ffff:ffff
2603:26e2:17bf:ffff:ffff:ffff:ffff:ffff
2603:26e2:25bf:ffff:ffff:ffff:ffff:ffff
2603:26e2:263f:ffff:ffff:ffff:ffff:ffff
2603:26e2:271f:ffff:ffff:ffff:ffff:ffff
2603:26e2:293f:ffff:ffff:ffff:ffff:ffff
2603:26e2:2e7f:ffff:ffff:ffff:ffff:ffff
2603:26e2:353f:ffff:ffff:ffff:ffff:ffff

2603:26e2:383f:ffff:ffff:ffff:ffff:ffff
2603:26e2:3a3f:ffff:ffff:ffff:ffff:ffff
2603:26e2:3b3f:ffff:ffff:ffff:ffff:ffff
2603:26e2:3e1f:ffff:ffff:ffff:ffff:ffff
2603:26e2:3ebf:ffff:ffff:ffff:ffff:ffff
2603:26e2:4b9f:ffff:ffff:ffff:ffff:ffff
2603:26e2:4d1f:ffff:ffff:ffff:ffff:ffff
2603:26e2:4f9f:ffff:ffff:ffff:ffff:ffff
2603:26e2:535f:ffff:ffff:ffff:ffff:ffff
2603:26e2:547f:ffff:ffff:ffff:ffff:ffff
2603:26e2:557f:ffff:ffff:ffff:ffff:ffff
2603:26e2:575f:ffff:ffff:ffff:ffff:ffff
2603:26e2:57df:ffff:ffff:ffff:ffff:ffff
2603:26e2:5b9f:ffff:ffff:ffff:ffff:ffff
2603:26e2:5f1f:ffff:ffff:ffff:ffff:ffff
2603:26e2:5f7f:ffff:ffff:ffff:ffff:ffff
2603:26e2:61df:ffff:ffff:ffff:ffff:ffff
2603:26e2:657f:ffff:ffff:ffff:ffff:ffff
2603:26e2:67bf:ffff:ffff:ffff:ffff:ffff
2603:26e2:685f:ffff:ffff:ffff:ffff:ffff
2603:26e2:695f:ffff:ffff:ffff:ffff:ffff
2603:26e2:6e5f:ffff:ffff:ffff:ffff:ffff
2603:26e2:6f5f:ffff:ffff:ffff:ffff:ffff
2603:26e2:711f:ffff:ffff:ffff:ffff:ffff
2603:26e2:761f:ffff:ffff:ffff:ffff:ffff
2603:26e2:795f:ffff:ffff:ffff:ffff:ffff
2603:26e2:80bf:ffff:ffff:ffff:ffff:ffff
2603:26e2:821f:ffff:ffff:ffff:ffff:ffff
2603:26e2:927f:ffff:ffff:ffff:ffff:ffff
2603:26e2:959f:ffff:ffff:ffff:ffff:ffff
2603:26e2:95df:ffff:ffff:ffff:ffff:ffff
2603:26e2:9bbf:ffff:ffff:ffff:ffff:ffff
2603:26e2:9ddf:ffff:ffff:ffff:ffff:ffff
2603:26e2:a51f:ffff:ffff:ffff:ffff:ffff
2603:26e2:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26e2:a87f:ffff:ffff:ffff:ffff:ffff
2603:26e2:a91f:ffff:ffff:ffff:ffff:ffff

2603:26e2:ae9f:ffff:ffff:ffff:ffff:ffff
2603:26e2:b15f:ffff:ffff:ffff:ffff:ffff
2603:26e2:b61f:ffff:ffff:ffff:ffff:ffff
2603:26e2:c59f:ffff:ffff:ffff:ffff:ffff
2603:26e2:ce5f:ffff:ffff:ffff:ffff:ffff
2603:26e2:d61f:ffff:ffff:ffff:ffff:ffff
2603:26e2:d99f:ffff:ffff:ffff:ffff:ffff
2603:26e2:d9ff:ffff:ffff:ffff:ffff:ffff
2603:26e2:dabf:ffff:ffff:ffff:ffff:ffff
2603:26e2:dddf:ffff:ffff:ffff:ffff:ffff
2603:26e2:df7f:ffff:ffff:ffff:ffff:ffff
2603:26e2:e03f:ffff:ffff:ffff:ffff:ffff
2603:26e2:e19f:ffff:ffff:ffff:ffff:ffff
2603:26e2:e93f:ffff:ffff:ffff:ffff:ffff
2603:26e2:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26e2:eedf:ffff:ffff:ffff:ffff:ffff
2603:26e2:f3df:ffff:ffff:ffff:ffff:ffff
2603:26e2:f49f:ffff:ffff:ffff:ffff:ffff
2603:26e2:f57f:ffff:ffff:ffff:ffff:ffff
2603:26e2:f83f:ffff:ffff:ffff:ffff:ffff
2603:26e2:f8df:ffff:ffff:ffff:ffff:ffff
2603:26e2:fedf:ffff:ffff:ffff:ffff:ffff
2603:26e3:85f:ffff:ffff:ffff:ffff:ffff
2603:26e3:adf:ffff:ffff:ffff:ffff:ffff
2603:26e3:d1f:ffff:ffff:ffff:ffff:ffff
2603:26e3:e7f:ffff:ffff:ffff:ffff:ffff
2603:26e3:f1f:ffff:ffff:ffff:ffff:ffff
2603:26e3:187f:ffff:ffff:ffff:ffff:ffff
2603:26e3:21df:ffff:ffff:ffff:ffff:ffff
2603:26e3:231f:ffff:ffff:ffff:ffff:ffff
2603:26e3:26df:ffff:ffff:ffff:ffff:ffff
2603:26e3:291f:ffff:ffff:ffff:ffff:ffff
2603:26e3:29bf:ffff:ffff:ffff:ffff:ffff
2603:26e3:2b7f:ffff:ffff:ffff:ffff:ffff
2603:26e3:2bbf:ffff:ffff:ffff:ffff:ffff
2603:26e3:35df:ffff:ffff:ffff:ffff:ffff
2603:26e3:369f:ffff:ffff:ffff:ffff:ffff

2603:26e3:3e7f:ffff:ffff:ffff:ffff:ffff
2603:26e3:451f:ffff:ffff:ffff:ffff:ffff
2603:26e3:461f:ffff:ffff:ffff:ffff:ffff
2603:26e3:49ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:4bdf:ffff:ffff:ffff:ffff:ffff
2603:26e3:4c5f:ffff:ffff:ffff:ffff:ffff
2603:26e3:4dbf:ffff:ffff:ffff:ffff:ffff
2603:26e3:4edf:ffff:ffff:ffff:ffff:ffff
2603:26e3:515f:ffff:ffff:ffff:ffff:ffff
2603:26e3:51df:ffff:ffff:ffff:ffff:ffff
2603:26e3:55ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:569f:ffff:ffff:ffff:ffff:ffff
2603:26e3:581f:ffff:ffff:ffff:ffff:ffff
2603:26e3:5eff:ffff:ffff:ffff:ffff:ffff
2603:26e3:603f:ffff:ffff:ffff:ffff:ffff
2603:26e3:625f:ffff:ffff:ffff:ffff:ffff
2603:26e3:63bf:ffff:ffff:ffff:ffff:ffff
2603:26e3:693f:ffff:ffff:ffff:ffff:ffff
2603:26e3:69bf:ffff:ffff:ffff:ffff:ffff
2603:26e3:6a3f:ffff:ffff:ffff:ffff:ffff
2603:26e3:6adf:ffff:ffff:ffff:ffff:ffff
2603:26e3:6f1f:ffff:ffff:ffff:ffff:ffff
2603:26e3:6f5f:ffff:ffff:ffff:ffff:ffff
2603:26e3:6fbf:ffff:ffff:ffff:ffff:ffff
2603:26e3:703f:ffff:ffff:ffff:ffff:ffff
2603:26e3:75df:ffff:ffff:ffff:ffff:ffff
2603:26e3:76df:ffff:ffff:ffff:ffff:ffff
2603:26e3:7abf:ffff:ffff:ffff:ffff:ffff
2603:26e3:7dff:ffff:ffff:ffff:ffff:ffff
2603:26e3:883f:ffff:ffff:ffff:ffff:ffff
2603:26e3:899f:ffff:ffff:ffff:ffff:ffff
2603:26e3:92ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:93df:ffff:ffff:ffff:ffff:ffff
2603:26e3:975f:ffff:ffff:ffff:ffff:ffff
2603:26e3:9b5f:ffff:ffff:ffff:ffff:ffff
2603:26e3:9eff:ffff:ffff:ffff:ffff:ffff
2603:26e3:a03f:ffff:ffff:ffff:ffff:ffff

2603:26e3:a15f:ffff:ffff:ffff:ffff:ffff
2603:26e3:a47f:ffff:ffff:ffff:ffff:ffff
2603:26e3:a4ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:a5ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:a7ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:b05f:ffff:ffff:ffff:ffff:ffff
2603:26e3:bcbf:ffff:ffff:ffff:ffff:ffff
2603:26e3:bf7f:ffff:ffff:ffff:ffff:ffff
2603:26e3:c25f:ffff:ffff:ffff:ffff:ffff
2603:26e3:c6ff:ffff:ffff:ffff:ffff:ffff
2603:26e3:c75f:ffff:ffff:ffff:ffff:ffff
2603:26e3:ca5f:ffff:ffff:ffff:ffff:ffff
2603:26e3:cddf:ffff:ffff:ffff:ffff:ffff
2603:26e3:d67f:ffff:ffff:ffff:ffff:ffff
2603:26e3:d93f:ffff:ffff:ffff:ffff:ffff
2603:26e3:da7f:ffff:ffff:ffff:ffff:ffff
2603:26e3:dc5f:ffff:ffff:ffff:ffff:ffff
2603:26e3:e8bf:ffff:ffff:ffff:ffff:ffff
2603:26e3:ecbf:ffff:ffff:ffff:ffff:ffff
2603:26e3:ecff:ffff:ffff:ffff:ffff:ffff
2603:26e3:eddf:ffff:ffff:ffff:ffff:ffff
2603:26e3:f7bf:ffff:ffff:ffff:ffff:ffff
2603:26e3:fbdf:ffff:ffff:ffff:ffff:ffff
2603:26e3:fc3f:ffff:ffff:ffff:ffff:ffff
2603:26e4:19f:ffff:ffff:ffff:ffff:ffff
2603:26e4:4df:ffff:ffff:ffff:ffff:ffff
2603:26e4:71f:ffff:ffff:ffff:ffff:ffff
2603:26e4:adf:ffff:ffff:ffff:ffff:ffff
2603:26e4:ddf:ffff:ffff:ffff:ffff:ffff
2603:26e4:e3f:ffff:ffff:ffff:ffff:ffff
2603:26e4:127f:ffff:ffff:ffff:ffff:ffff
2603:26e4:135f:ffff:ffff:ffff:ffff:ffff
2603:26e4:187f:ffff:ffff:ffff:ffff:ffff
2603:26e4:215f:ffff:ffff:ffff:ffff:ffff
2603:26e4:22ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:267f:ffff:ffff:ffff:ffff:ffff
2603:26e4:26df:ffff:ffff:ffff:ffff:ffff

2603:26e4:289f:ffff:ffff:ffff:ffff:ffff
2603:26e4:299f:ffff:ffff:ffff:ffff:ffff
2603:26e4:2ebf:ffff:ffff:ffff:ffff:ffff
2603:26e4:2fbf:ffff:ffff:ffff:ffff:ffff
2603:26e4:303f:ffff:ffff:ffff:ffff:ffff
2603:26e4:313f:ffff:ffff:ffff:ffff:ffff
2603:26e4:323f:ffff:ffff:ffff:ffff:ffff
2603:26e4:343f:ffff:ffff:ffff:ffff:ffff
2603:26e4:35df:ffff:ffff:ffff:ffff:ffff
2603:26e4:367f:ffff:ffff:ffff:ffff:ffff
2603:26e4:403f:ffff:ffff:ffff:ffff:ffff
2603:26e4:423f:ffff:ffff:ffff:ffff:ffff
2603:26e4:45ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:48ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:495f:ffff:ffff:ffff:ffff:ffff
2603:26e4:4a5f:ffff:ffff:ffff:ffff:ffff
2603:26e4:4dff:ffff:ffff:ffff:ffff:ffff
2603:26e4:53bf:ffff:ffff:ffff:ffff:ffff
2603:26e4:5b5f:ffff:ffff:ffff:ffff:ffff
2603:26e4:5cdf:ffff:ffff:ffff:ffff:ffff
2603:26e4:60ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:65df:ffff:ffff:ffff:ffff:ffff
2603:26e4:661f:ffff:ffff:ffff:ffff:ffff
2603:26e4:68bf:ffff:ffff:ffff:ffff:ffff
2603:26e4:68ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:6a1f:ffff:ffff:ffff:ffff:ffff
2603:26e4:6cbf:ffff:ffff:ffff:ffff:ffff
2603:26e4:6e1f:ffff:ffff:ffff:ffff:ffff
2603:26e4:6f9f:ffff:ffff:ffff:ffff:ffff
2603:26e4:789f:ffff:ffff:ffff:ffff:ffff
2603:26e4:7b9f:ffff:ffff:ffff:ffff:ffff
2603:26e4:7d1f:ffff:ffff:ffff:ffff:ffff
2603:26e4:8edf:ffff:ffff:ffff:ffff:ffff
2603:26e4:921f:ffff:ffff:ffff:ffff:ffff
2603:26e4:961f:ffff:ffff:ffff:ffff:ffff
2603:26e4:987f:ffff:ffff:ffff:ffff:ffff
2603:26e4:9a1f:ffff:ffff:ffff:ffff:ffff

2603:26e4:9fff:ffff:ffff:ffff:ffff:ffff
2603:26e4:a05f:ffff:ffff:ffff:ffff:ffff
2603:26e4:a13f:ffff:ffff:ffff:ffff:ffff
2603:26e4:a69f:ffff:ffff:ffff:ffff:ffff
2603:26e4:a8bf:ffff:ffff:ffff:ffff:ffff
2603:26e4:a91f:ffff:ffff:ffff:ffff:ffff
2603:26e4:abbf:ffff:ffff:ffff:ffff:ffff
2603:26e4:ae7f:ffff:ffff:ffff:ffff:ffff
2603:26e4:aeff:ffff:ffff:ffff:ffff:ffff
2603:26e4:b1ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:b31f:ffff:ffff:ffff:ffff:ffff
2603:26e4:b35f:ffff:ffff:ffff:ffff:ffff
2603:26e4:b3ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:b4bf:ffff:ffff:ffff:ffff:ffff
2603:26e4:bb9f:ffff:ffff:ffff:ffff:ffff
2603:26e4:c05f:ffff:ffff:ffff:ffff:ffff
2603:26e4:c47f:ffff:ffff:ffff:ffff:ffff
2603:26e4:c65f:ffff:ffff:ffff:ffff:ffff
2603:26e4:c75f:ffff:ffff:ffff:ffff:ffff
2603:26e4:cbbf:ffff:ffff:ffff:ffff:ffff
2603:26e4:ccdf:ffff:ffff:ffff:ffff:ffff
2603:26e4:d17f:ffff:ffff:ffff:ffff:ffff
2603:26e4:d3ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:d5ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:d67f:ffff:ffff:ffff:ffff:ffff
2603:26e4:d83f:ffff:ffff:ffff:ffff:ffff
2603:26e4:daff:ffff:ffff:ffff:ffff:ffff
2603:26e4:dd9f:ffff:ffff:ffff:ffff:ffff
2603:26e4:e1df:ffff:ffff:ffff:ffff:ffff
2603:26e4:e2ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:e49f:ffff:ffff:ffff:ffff:ffff
2603:26e4:e85f:ffff:ffff:ffff:ffff:ffff
2603:26e4:f6ff:ffff:ffff:ffff:ffff:ffff
2603:26e4:fb3f:ffff:ffff:ffff:ffff:ffff
2603:26e4:fd5f:ffff:ffff:ffff:ffff:ffff
2603:26e4:ffbf:ffff:ffff:ffff:ffff:ffff
2603:26e5:17f:ffff:ffff:ffff:ffff:ffff

2603:26e5:9ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:f1f:ffff:ffff:ffff:ffff:ffff
2603:26e5:131f:ffff:ffff:ffff:ffff:ffff
2603:26e5:16bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:195f:ffff:ffff:ffff:ffff:ffff
2603:26e5:19df:ffff:ffff:ffff:ffff:ffff
2603:26e5:1fbf:ffff:ffff:ffff:ffff:ffff
2603:26e5:245f:ffff:ffff:ffff:ffff:ffff
2603:26e5:25df:ffff:ffff:ffff:ffff:ffff
2603:26e5:34df:ffff:ffff:ffff:ffff:ffff
2603:26e5:3b1f:ffff:ffff:ffff:ffff:ffff
2603:26e5:3f1f:ffff:ffff:ffff:ffff:ffff
2603:26e5:421f:ffff:ffff:ffff:ffff:ffff
2603:26e5:48bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:4abf:ffff:ffff:ffff:ffff:ffff
2603:26e5:4bff:ffff:ffff:ffff:ffff:ffff
2603:26e5:4edf:ffff:ffff:ffff:ffff:ffff
2603:26e5:4f9f:ffff:ffff:ffff:ffff:ffff
2603:26e5:4fdf:ffff:ffff:ffff:ffff:ffff
2603:26e5:515f:ffff:ffff:ffff:ffff:ffff
2603:26e5:53bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:55df:ffff:ffff:ffff:ffff:ffff
2603:26e5:579f:ffff:ffff:ffff:ffff:ffff
2603:26e5:5bff:ffff:ffff:ffff:ffff:ffff
2603:26e5:5d9f:ffff:ffff:ffff:ffff:ffff
2603:26e5:617f:ffff:ffff:ffff:ffff:ffff
2603:26e5:61bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:643f:ffff:ffff:ffff:ffff:ffff
2603:26e5:65bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:6bbf:ffff:ffff:ffff:ffff:ffff
2603:26e5:6d1f:ffff:ffff:ffff:ffff:ffff
2603:26e5:6ebf:ffff:ffff:ffff:ffff:ffff
2603:26e5:719f:ffff:ffff:ffff:ffff:ffff
2603:26e5:73ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:75ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:80ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:823f:ffff:ffff:ffff:ffff:ffff

2603:26e5:83df:ffff:ffff:ffff:ffff:ffff
2603:26e5:885f:ffff:ffff:ffff:ffff:ffff
2603:26e5:8f3f:ffff:ffff:ffff:ffff:ffff
2603:26e5:90bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:92ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:93df:ffff:ffff:ffff:ffff:ffff
2603:26e5:943f:ffff:ffff:ffff:ffff:ffff
2603:26e5:953f:ffff:ffff:ffff:ffff:ffff
2603:26e5:989f:ffff:ffff:ffff:ffff:ffff
2603:26e5:9c1f:ffff:ffff:ffff:ffff:ffff
2603:26e5:9fdf:ffff:ffff:ffff:ffff:ffff
2603:26e5:ac9f:ffff:ffff:ffff:ffff:ffff
2603:26e5:aebf:ffff:ffff:ffff:ffff:ffff
2603:26e5:b15f:ffff:ffff:ffff:ffff:ffff
2603:26e5:b31f:ffff:ffff:ffff:ffff:ffff
2603:26e5:b41f:ffff:ffff:ffff:ffff:ffff
2603:26e5:b73f:ffff:ffff:ffff:ffff:ffff
2603:26e5:b97f:ffff:ffff:ffff:ffff:ffff
2603:26e5:c45f:ffff:ffff:ffff:ffff:ffff
2603:26e5:c57f:ffff:ffff:ffff:ffff:ffff
2603:26e5:c63f:ffff:ffff:ffff:ffff:ffff
2603:26e5:d4bf:ffff:ffff:ffff:ffff:ffff
2603:26e5:e19f:ffff:ffff:ffff:ffff:ffff
2603:26e5:e53f:ffff:ffff:ffff:ffff:ffff
2603:26e5:e65f:ffff:ffff:ffff:ffff:ffff
2603:26e5:e95f:ffff:ffff:ffff:ffff:ffff
2603:26e5:ebdf:ffff:ffff:ffff:ffff:ffff
2603:26e5:ee5f:ffff:ffff:ffff:ffff:ffff
2603:26e5:f0ff:ffff:ffff:ffff:ffff:ffff
2603:26e5:f63f:ffff:ffff:ffff:ffff:ffff
2603:26e5:fe9f:ffff:ffff:ffff:ffff:ffff
2603:26e5:ff9f:ffff:ffff:ffff:ffff:ffff
2603:26e6:15f:ffff:ffff:ffff:ffff:ffff
2603:26e6:19f:ffff:ffff:ffff:ffff:ffff
2603:26e6:adf:ffff:ffff:ffff:ffff:ffff
2603:26e6:d1f:ffff:ffff:ffff:ffff:ffff
2603:26e6:ddf:ffff:ffff:ffff:ffff:ffff

2603:26e6:125f:ffff:ffff:ffff:ffff:ffff
2603:26e6:135f:ffff:ffff:ffff:ffff:ffff
2603:26e6:141f:ffff:ffff:ffff:ffff:ffff
2603:26e6:16ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:197f:ffff:ffff:ffff:ffff:ffff
2603:26e6:1d3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:1eff:ffff:ffff:ffff:ffff:ffff
2603:26e6:24bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:25df:ffff:ffff:ffff:ffff:ffff
2603:26e6:2a1f:ffff:ffff:ffff:ffff:ffff
2603:26e6:329f:ffff:ffff:ffff:ffff:ffff
2603:26e6:34ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:355f:ffff:ffff:ffff:ffff:ffff
2603:26e6:383f:ffff:ffff:ffff:ffff:ffff
2603:26e6:39ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:3c5f:ffff:ffff:ffff:ffff:ffff
2603:26e6:3c9f:ffff:ffff:ffff:ffff:ffff
2603:26e6:41bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:433f:ffff:ffff:ffff:ffff:ffff
2603:26e6:493f:ffff:ffff:ffff:ffff:ffff
2603:26e6:4fdf:ffff:ffff:ffff:ffff:ffff
2603:26e6:529f:ffff:ffff:ffff:ffff:ffff
2603:26e6:535f:ffff:ffff:ffff:ffff:ffff
2603:26e6:53ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:54df:ffff:ffff:ffff:ffff:ffff
2603:26e6:551f:ffff:ffff:ffff:ffff:ffff
2603:26e6:55bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:5a1f:ffff:ffff:ffff:ffff:ffff
2603:26e6:5b7f:ffff:ffff:ffff:ffff:ffff
2603:26e6:5c3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:5cdf:ffff:ffff:ffff:ffff:ffff
2603:26e6:5e5f:ffff:ffff:ffff:ffff:ffff
2603:26e6:5edf:ffff:ffff:ffff:ffff:ffff
2603:26e6:635f:ffff:ffff:ffff:ffff:ffff
2603:26e6:693f:ffff:ffff:ffff:ffff:ffff
2603:26e6:6f7f:ffff:ffff:ffff:ffff:ffff
2603:26e6:727f:ffff:ffff:ffff:ffff:ffff

2603:26e6:72ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:74ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:77bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:7c3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:855f:ffff:ffff:ffff:ffff:ffff
2603:26e6:871f:ffff:ffff:ffff:ffff:ffff
2603:26e6:8fbf:ffff:ffff:ffff:ffff:ffff
2603:26e6:927f:ffff:ffff:ffff:ffff:ffff
2603:26e6:937f:ffff:ffff:ffff:ffff:ffff
2603:26e6:963f:ffff:ffff:ffff:ffff:ffff
2603:26e6:a43f:ffff:ffff:ffff:ffff:ffff
2603:26e6:a61f:ffff:ffff:ffff:ffff:ffff
2603:26e6:a9ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:ac1f:ffff:ffff:ffff:ffff:ffff
2603:26e6:b21f:ffff:ffff:ffff:ffff:ffff
2603:26e6:b29f:ffff:ffff:ffff:ffff:ffff
2603:26e6:b39f:ffff:ffff:ffff:ffff:ffff
2603:26e6:b41f:ffff:ffff:ffff:ffff:ffff
2603:26e6:bbff:ffff:ffff:ffff:ffff:ffff
2603:26e6:bd1f:ffff:ffff:ffff:ffff:ffff
2603:26e6:bdff:ffff:ffff:ffff:ffff:ffff
2603:26e6:be3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:c03f:ffff:ffff:ffff:ffff:ffff
2603:26e6:c0ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:c1ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:c3bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:c6ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:c79f:ffff:ffff:ffff:ffff:ffff
2603:26e6:cc7f:ffff:ffff:ffff:ffff:ffff
2603:26e6:d09f:ffff:ffff:ffff:ffff:ffff
2603:26e6:d7df:ffff:ffff:ffff:ffff:ffff
2603:26e6:d85f:ffff:ffff:ffff:ffff:ffff
2603:26e6:d8bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:df3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e11f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e1bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:e23f:ffff:ffff:ffff:ffff:ffff

2603:26e6:e45f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e51f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e5ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:e69f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e87f:ffff:ffff:ffff:ffff:ffff
2603:26e6:e9ff:ffff:ffff:ffff:ffff:ffff
2603:26e6:ebff:ffff:ffff:ffff:ffff:ffff
2603:26e6:ecdf:ffff:ffff:ffff:ffff:ffff
2603:26e6:ed3f:ffff:ffff:ffff:ffff:ffff
2603:26e6:edff:ffff:ffff:ffff:ffff:ffff
2603:26e6:f0bf:ffff:ffff:ffff:ffff:ffff
2603:26e6:f7f:ffff:ffff:ffff:ffff:ffff
2603:26e7:35f:ffff:ffff:ffff:ffff:ffff
2603:26e7:edf:ffff:ffff:ffff:ffff:ffff
2603:26e7:f5f:ffff:ffff:ffff:ffff:ffff
2603:26e7:13ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:15ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:16ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:197f:ffff:ffff:ffff:ffff:ffff
2603:26e7:19df:ffff:ffff:ffff:ffff:ffff
2603:26e7:1a9f:ffff:ffff:ffff:ffff:ffff
2603:26e7:269f:ffff:ffff:ffff:ffff:ffff
2603:26e7:297f:ffff:ffff:ffff:ffff:ffff
2603:26e7:2edf:ffff:ffff:ffff:ffff:ffff
2603:26e7:319f:ffff:ffff:ffff:ffff:ffff
2603:26e7:321f:ffff:ffff:ffff:ffff:ffff
2603:26e7:35bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:397f:ffff:ffff:ffff:ffff:ffff
2603:26e7:3adf:ffff:ffff:ffff:ffff:ffff
2603:26e7:3d9f:ffff:ffff:ffff:ffff:ffff
2603:26e7:403f:ffff:ffff:ffff:ffff:ffff
2603:26e7:4c3f:ffff:ffff:ffff:ffff:ffff
2603:26e7:507f:ffff:ffff:ffff:ffff:ffff
2603:26e7:511f:ffff:ffff:ffff:ffff:ffff
2603:26e7:559f:ffff:ffff:ffff:ffff:ffff
2603:26e7:5e7f:ffff:ffff:ffff:ffff:ffff
2603:26e7:60df:ffff:ffff:ffff:ffff:ffff

2603:26e7:64bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:64ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:655f:ffff:ffff:ffff:ffff:ffff
2603:26e7:65df:ffff:ffff:ffff:ffff:ffff
2603:26e7:671f:ffff:ffff:ffff:ffff:ffff
2603:26e7:6aff:ffff:ffff:ffff:ffff:ffff
2603:26e7:6dbf:ffff:ffff:ffff:ffff:ffff
2603:26e7:72bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:75bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:765f:ffff:ffff:ffff:ffff:ffff
2603:26e7:781f:ffff:ffff:ffff:ffff:ffff
2603:26e7:797f:ffff:ffff:ffff:ffff:ffff
2603:26e7:7bff:ffff:ffff:ffff:ffff:ffff
2603:26e7:7f3f:ffff:ffff:ffff:ffff:ffff
2603:26e7:861f:ffff:ffff:ffff:ffff:ffff
2603:26e7:867f:ffff:ffff:ffff:ffff:ffff
2603:26e7:873f:ffff:ffff:ffff:ffff:ffff
2603:26e7:8bff:ffff:ffff:ffff:ffff:ffff
2603:26e7:8ebf:ffff:ffff:ffff:ffff:ffff
2603:26e7:8f7f:ffff:ffff:ffff:ffff:ffff
2603:26e7:941f:ffff:ffff:ffff:ffff:ffff
2603:26e7:947f:ffff:ffff:ffff:ffff:ffff
2603:26e7:94ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:967f:ffff:ffff:ffff:ffff:ffff
2603:26e7:97ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:9bdf:ffff:ffff:ffff:ffff:ffff
2603:26e7:9d9f:ffff:ffff:ffff:ffff:ffff
2603:26e7:9eff:ffff:ffff:ffff:ffff:ffff
2603:26e7:a11f:ffff:ffff:ffff:ffff:ffff
2603:26e7:a4ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:a63f:ffff:ffff:ffff:ffff:ffff
2603:26e7:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:a7ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:a85f:ffff:ffff:ffff:ffff:ffff
2603:26e7:a91f:ffff:ffff:ffff:ffff:ffff
2603:26e7:b0ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:b95f:ffff:ffff:ffff:ffff:ffff

2603:26e7:b9df:ffff:ffff:ffff:ffff:ffff
2603:26e7:bb7f:ffff:ffff:ffff:ffff:ffff
2603:26e7:be9f:ffff:ffff:ffff:ffff:ffff
2603:26e7:c1df:ffff:ffff:ffff:ffff:ffff
2603:26e7:c31f:ffff:ffff:ffff:ffff:ffff
2603:26e7:cddf:ffff:ffff:ffff:ffff:ffff
2603:26e7:d07f:ffff:ffff:ffff:ffff:ffff
2603:26e7:d0df:ffff:ffff:ffff:ffff:ffff
2603:26e7:d55f:ffff:ffff:ffff:ffff:ffff
2603:26e7:d61f:ffff:ffff:ffff:ffff:ffff
2603:26e7:d7bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:d8ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:d9df:ffff:ffff:ffff:ffff:ffff
2603:26e7:dcff:ffff:ffff:ffff:ffff:ffff
2603:26e7:dd3f:ffff:ffff:ffff:ffff:ffff
2603:26e7:e05f:ffff:ffff:ffff:ffff:ffff
2603:26e7:e1ff:ffff:ffff:ffff:ffff:ffff
2603:26e7:e85f:ffff:ffff:ffff:ffff:ffff
2603:26e7:ec5f:ffff:ffff:ffff:ffff:ffff
2603:26e7:ecbf:ffff:ffff:ffff:ffff:ffff
2603:26e7:ef1f:ffff:ffff:ffff:ffff:ffff
2603:26e7:f0bf:ffff:ffff:ffff:ffff:ffff
2603:26e7:f93f:ffff:ffff:ffff:ffff:ffff
2603:26e7:fcdf:ffff:ffff:ffff:ffff:ffff
2603:26e7:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26e8:15f:ffff:ffff:ffff:ffff:ffff
2603:26e8:1df:ffff:ffff:ffff:ffff:ffff
2603:26e8:4ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:61f:ffff:ffff:ffff:ffff:ffff
2603:26e8:79f:ffff:ffff:ffff:ffff:ffff
2603:26e8:15df:ffff:ffff:ffff:ffff:ffff
2603:26e8:173f:ffff:ffff:ffff:ffff:ffff
2603:26e8:17bf:ffff:ffff:ffff:ffff:ffff
2603:26e8:295f:ffff:ffff:ffff:ffff:ffff
2603:26e8:351f:ffff:ffff:ffff:ffff:ffff
2603:26e8:365f:ffff:ffff:ffff:ffff:ffff
2603:26e8:3cdf:ffff:ffff:ffff:ffff:ffff

2603:26e8:405f:ffff:ffff:ffff:ffff:ffff
2603:26e8:44bf:ffff:ffff:ffff:ffff:ffff
2603:26e8:48df:ffff:ffff:ffff:ffff:ffff
2603:26e8:4c5f:ffff:ffff:ffff:ffff:ffff
2603:26e8:4d1f:ffff:ffff:ffff:ffff:ffff
2603:26e8:501f:ffff:ffff:ffff:ffff:ffff
2603:26e8:529f:ffff:ffff:ffff:ffff:ffff
2603:26e8:5eff:ffff:ffff:ffff:ffff:ffff
2603:26e8:601f:ffff:ffff:ffff:ffff:ffff
2603:26e8:607f:ffff:ffff:ffff:ffff:ffff
2603:26e8:619f:ffff:ffff:ffff:ffff:ffff
2603:26e8:64bf:ffff:ffff:ffff:ffff:ffff
2603:26e8:651f:ffff:ffff:ffff:ffff:ffff
2603:26e8:67df:ffff:ffff:ffff:ffff:ffff
2603:26e8:689f:ffff:ffff:ffff:ffff:ffff
2603:26e8:6e9f:ffff:ffff:ffff:ffff:ffff
2603:26e8:715f:ffff:ffff:ffff:ffff:ffff
2603:26e8:71bf:ffff:ffff:ffff:ffff:ffff
2603:26e8:763f:ffff:ffff:ffff:ffff:ffff
2603:26e8:773f:ffff:ffff:ffff:ffff:ffff
2603:26e8:7a1f:ffff:ffff:ffff:ffff:ffff
2603:26e8:7b9f:ffff:ffff:ffff:ffff:ffff
2603:26e8:7cbf:ffff:ffff:ffff:ffff:ffff
2603:26e8:805f:ffff:ffff:ffff:ffff:ffff
2603:26e8:811f:ffff:ffff:ffff:ffff:ffff
2603:26e8:823f:ffff:ffff:ffff:ffff:ffff
2603:26e8:82df:ffff:ffff:ffff:ffff:ffff
2603:26e8:851f:ffff:ffff:ffff:ffff:ffff
2603:26e8:857f:ffff:ffff:ffff:ffff:ffff
2603:26e8:8d9f:ffff:ffff:ffff:ffff:ffff
2603:26e8:991f:ffff:ffff:ffff:ffff:ffff
2603:26e8:9aff:ffff:ffff:ffff:ffff:ffff
2603:26e8:a0df:ffff:ffff:ffff:ffff:ffff
2603:26e8:a2ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:a35f:ffff:ffff:ffff:ffff:ffff
2603:26e8:a5bf:ffff:ffff:ffff:ffff:ffff
2603:26e8:b31f:ffff:ffff:ffff:ffff:ffff

2603:26e8:b3ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:b81f:ffff:ffff:ffff:ffff:ffff
2603:26e8:b89f:ffff:ffff:ffff:ffff:ffff
2603:26e8:c39f:ffff:ffff:ffff:ffff:ffff
2603:26e8:c8ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:ca1f:ffff:ffff:ffff:ffff:ffff
2603:26e8:cabf:ffff:ffff:ffff:ffff:ffff
2603:26e8:d7df:ffff:ffff:ffff:ffff:ffff
2603:26e8:e29f:ffff:ffff:ffff:ffff:ffff
2603:26e8:e61f:ffff:ffff:ffff:ffff:ffff
2603:26e8:e7ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:ea3f:ffff:ffff:ffff:ffff:ffff
2603:26e8:ec5f:ffff:ffff:ffff:ffff:ffff
2603:26e8:efbf:ffff:ffff:ffff:ffff:ffff
2603:26e8:f31f:ffff:ffff:ffff:ffff:ffff
2603:26e8:f45f:ffff:ffff:ffff:ffff:ffff
2603:26e8:f49f:ffff:ffff:ffff:ffff:ffff
2603:26e8:f61f:ffff:ffff:ffff:ffff:ffff
2603:26e8:f6ff:ffff:ffff:ffff:ffff:ffff
2603:26e8:f95f:ffff:ffff:ffff:ffff:ffff
2603:26e8:fb1f:ffff:ffff:ffff:ffff:ffff
2603:26e8:ff5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:2bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:41f:ffff:ffff:ffff:ffff:ffff
2603:26e9:77f:ffff:ffff:ffff:ffff:ffff
2603:26e9:7ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:99f:ffff:ffff:ffff:ffff:ffff
2603:26e9:cff:ffff:ffff:ffff:ffff:ffff
2603:26e9:d7f:ffff:ffff:ffff:ffff:ffff
2603:26e9:135f:ffff:ffff:ffff:ffff:ffff
2603:26e9:19ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:1fdf:ffff:ffff:ffff:ffff:ffff
2603:26e9:22bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:23ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:2b7f:ffff:ffff:ffff:ffff:ffff
2603:26e9:2c3f:ffff:ffff:ffff:ffff:ffff
2603:26e9:2d7f:ffff:ffff:ffff:ffff:ffff

2603:26e9:34ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:36ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:3a1f:ffff:ffff:ffff:ffff:ffff
2603:26e9:3fbf:ffff:ffff:ffff:ffff:ffff
2603:26e9:421f:ffff:ffff:ffff:ffff:ffff
2603:26e9:485f:ffff:ffff:ffff:ffff:ffff
2603:26e9:493f:ffff:ffff:ffff:ffff:ffff
2603:26e9:4adf:ffff:ffff:ffff:ffff:ffff
2603:26e9:4d5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:51df:ffff:ffff:ffff:ffff:ffff
2603:26e9:553f:ffff:ffff:ffff:ffff:ffff
2603:26e9:55bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:58df:ffff:ffff:ffff:ffff:ffff
2603:26e9:5b1f:ffff:ffff:ffff:ffff:ffff
2603:26e9:5c7f:ffff:ffff:ffff:ffff:ffff
2603:26e9:66df:ffff:ffff:ffff:ffff:ffff
2603:26e9:707f:ffff:ffff:ffff:ffff:ffff
2603:26e9:75ff:ffff:ffff:ffff:ffff:ffff
2603:26e9:7a3f:ffff:ffff:ffff:ffff:ffff
2603:26e9:7cff:ffff:ffff:ffff:ffff:ffff
2603:26e9:7ebf:ffff:ffff:ffff:ffff:ffff
2603:26e9:847f:ffff:ffff:ffff:ffff:ffff
2603:26e9:863f:ffff:ffff:ffff:ffff:ffff
2603:26e9:87bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:8cbf:ffff:ffff:ffff:ffff:ffff
2603:26e9:907f:ffff:ffff:ffff:ffff:ffff
2603:26e9:911f:ffff:ffff:ffff:ffff:ffff
2603:26e9:929f:ffff:ffff:ffff:ffff:ffff
2603:26e9:967f:ffff:ffff:ffff:ffff:ffff
2603:26e9:9b9f:ffff:ffff:ffff:ffff:ffff
2603:26e9:9c5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:9d5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:9e7f:ffff:ffff:ffff:ffff:ffff
2603:26e9:ae5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:aebf:ffff:ffff:ffff:ffff:ffff
2603:26e9:afdf:ffff:ffff:ffff:ffff:ffff
2603:26e9:b07f:ffff:ffff:ffff:ffff:ffff

2603:26e9:b23f:ffff:ffff:ffff:ffff:ffff
2603:26e9:b4bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:b5df:ffff:ffff:ffff:ffff:ffff
2603:26e9:ba3f:ffff:ffff:ffff:ffff:ffff
2603:26e9:c03f:ffff:ffff:ffff:ffff:ffff
2603:26e9:c13f:ffff:ffff:ffff:ffff:ffff
2603:26e9:c25f:ffff:ffff:ffff:ffff:ffff
2603:26e9:c99f:ffff:ffff:ffff:ffff:ffff
2603:26e9:ca7f:ffff:ffff:ffff:ffff:ffff
2603:26e9:ccdf:ffff:ffff:ffff:ffff:ffff
2603:26e9:d15f:ffff:ffff:ffff:ffff:ffff
2603:26e9:e93f:ffff:ffff:ffff:ffff:ffff
2603:26e9:eb5f:ffff:ffff:ffff:ffff:ffff
2603:26e9:ee1f:ffff:ffff:ffff:ffff:ffff
2603:26e9:f03f:ffff:ffff:ffff:ffff:ffff
2603:26e9:f2bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:f67f:ffff:ffff:ffff:ffff:ffff
2603:26e9:f7bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:f8bf:ffff:ffff:ffff:ffff:ffff
2603:26e9:fe7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:9df:ffff:ffff:ffff:ffff:ffff
2603:26ea:bdf:ffff:ffff:ffff:ffff:ffff
2603:26ea:107f:ffff:ffff:ffff:ffff:ffff
2603:26ea:12ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:143f:ffff:ffff:ffff:ffff:ffff
2603:26ea:1bff:ffff:ffff:ffff:ffff:ffff
2603:26ea:1cff:ffff:ffff:ffff:ffff:ffff
2603:26ea:1f7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:215f:ffff:ffff:ffff:ffff:ffff
2603:26ea:219f:ffff:ffff:ffff:ffff:ffff
2603:26ea:231f:ffff:ffff:ffff:ffff:ffff
2603:26ea:2bdf:ffff:ffff:ffff:ffff:ffff
2603:26ea:2c7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:2f7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:30df:ffff:ffff:ffff:ffff:ffff
2603:26ea:311f:ffff:ffff:ffff:ffff:ffff
2603:26ea:35df:ffff:ffff:ffff:ffff:ffff

2603:26ea:3aff:ffff:ffff:ffff:ffff:ffff
2603:26ea:3c1f:ffff:ffff:ffff:ffff:ffff
2603:26ea:3e7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:3f1f:ffff:ffff:ffff:ffff:ffff
2603:26ea:443f:ffff:ffff:ffff:ffff:ffff
2603:26ea:46ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:47bf:ffff:ffff:ffff:ffff:ffff
2603:26ea:491f:ffff:ffff:ffff:ffff:ffff
2603:26ea:4e3f:ffff:ffff:ffff:ffff:ffff
2603:26ea:517f:ffff:ffff:ffff:ffff:ffff
2603:26ea:54bf:ffff:ffff:ffff:ffff:ffff
2603:26ea:5e1f:ffff:ffff:ffff:ffff:ffff
2603:26ea:6b5f:ffff:ffff:ffff:ffff:ffff
2603:26ea:6ddf:ffff:ffff:ffff:ffff:ffff
2603:26ea:6f7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:729f:ffff:ffff:ffff:ffff:ffff
2603:26ea:731f:ffff:ffff:ffff:ffff:ffff
2603:26ea:78df:ffff:ffff:ffff:ffff:ffff
2603:26ea:7e1f:ffff:ffff:ffff:ffff:ffff
2603:26ea:7eff:ffff:ffff:ffff:ffff:ffff
2603:26ea:815f:ffff:ffff:ffff:ffff:ffff
2603:26ea:83ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:861f:ffff:ffff:ffff:ffff:ffff
2603:26ea:881f:ffff:ffff:ffff:ffff:ffff
2603:26ea:8a1f:ffff:ffff:ffff:ffff:ffff
2603:26ea:911f:ffff:ffff:ffff:ffff:ffff
2603:26ea:92df:ffff:ffff:ffff:ffff:ffff
2603:26ea:945f:ffff:ffff:ffff:ffff:ffff
2603:26ea:94ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:96bf:ffff:ffff:ffff:ffff:ffff
2603:26ea:9d7f:ffff:ffff:ffff:ffff:ffff
2603:26ea:a07f:ffff:ffff:ffff:ffff:ffff
2603:26ea:ab9f:ffff:ffff:ffff:ffff:ffff
2603:26ea:b19f:ffff:ffff:ffff:ffff:ffff
2603:26ea:b21f:ffff:ffff:ffff:ffff:ffff
2603:26ea:b33f:ffff:ffff:ffff:ffff:ffff
2603:26ea:b43f:ffff:ffff:ffff:ffff:ffff

2603:26ea:b87f:ffff:ffff:ffff:ffff:ffff
2603:26ea:bebf:ffff:ffff:ffff:ffff:ffff
2603:26ea:c05f:ffff:ffff:ffff:ffff:ffff
2603:26ea:c27f:ffff:ffff:ffff:ffff:ffff
2603:26ea:c83f:ffff:ffff:ffff:ffff:ffff
2603:26ea:c97f:ffff:ffff:ffff:ffff:ffff
2603:26ea:cddf:ffff:ffff:ffff:ffff:ffff
2603:26ea:ceff:ffff:ffff:ffff:ffff:ffff
2603:26ea:d79f:ffff:ffff:ffff:ffff:ffff
2603:26ea:d83f:ffff:ffff:ffff:ffff:ffff
2603:26ea:d9ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:dbff:ffff:ffff:ffff:ffff:ffff
2603:26ea:e01f:ffff:ffff:ffff:ffff:ffff
2603:26ea:e9bf:ffff:ffff:ffff:ffff:ffff
2603:26ea:eb5f:ffff:ffff:ffff:ffff:ffff
2603:26ea:ebdf:ffff:ffff:ffff:ffff:ffff
2603:26ea:ec9f:ffff:ffff:ffff:ffff:ffff
2603:26ea:f63f:ffff:ffff:ffff:ffff:ffff
2603:26ea:f7ff:ffff:ffff:ffff:ffff:ffff
2603:26ea:fadf:ffff:ffff:ffff:ffff:ffff
2603:26eb:1ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:5ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:6bf:ffff:ffff:ffff:ffff:ffff
2603:26eb:6ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:a5f:ffff:ffff:ffff:ffff:ffff
2603:26eb:119f:ffff:ffff:ffff:ffff:ffff
2603:26eb:1a9f:ffff:ffff:ffff:ffff:ffff
2603:26eb:1bdf:ffff:ffff:ffff:ffff:ffff
2603:26eb:1c3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:26df:ffff:ffff:ffff:ffff:ffff
2603:26eb:28ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:2c1f:ffff:ffff:ffff:ffff:ffff
2603:26eb:2c5f:ffff:ffff:ffff:ffff:ffff
2603:26eb:2cff:ffff:ffff:ffff:ffff:ffff
2603:26eb:32ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:351f:ffff:ffff:ffff:ffff:ffff
2603:26eb:38df:ffff:ffff:ffff:ffff:ffff

2603:26eb:3adf:ffff:ffff:ffff:ffff:ffff
2603:26eb:3fbf:ffff:ffff:ffff:ffff:ffff
2603:26eb:40ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:45df:ffff:ffff:ffff:ffff:ffff
2603:26eb:4abf:ffff:ffff:ffff:ffff:ffff
2603:26eb:4cbf:ffff:ffff:ffff:ffff:ffff
2603:26eb:4ddf:ffff:ffff:ffff:ffff:ffff
2603:26eb:4f7f:ffff:ffff:ffff:ffff:ffff
2603:26eb:519f:ffff:ffff:ffff:ffff:ffff
2603:26eb:521f:ffff:ffff:ffff:ffff:ffff
2603:26eb:565f:ffff:ffff:ffff:ffff:ffff
2603:26eb:589f:ffff:ffff:ffff:ffff:ffff
2603:26eb:58df:ffff:ffff:ffff:ffff:ffff
2603:26eb:595f:ffff:ffff:ffff:ffff:ffff
2603:26eb:5f5f:ffff:ffff:ffff:ffff:ffff
2603:26eb:6dff:ffff:ffff:ffff:ffff:ffff
2603:26eb:6ebf:ffff:ffff:ffff:ffff:ffff
2603:26eb:743f:ffff:ffff:ffff:ffff:ffff
2603:26eb:7cdf:ffff:ffff:ffff:ffff:ffff
2603:26eb:7fff:ffff:ffff:ffff:ffff:ffff
2603:26eb:805f:ffff:ffff:ffff:ffff:ffff
2603:26eb:875f:ffff:ffff:ffff:ffff:ffff
2603:26eb:88df:ffff:ffff:ffff:ffff:ffff
2603:26eb:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:901f:ffff:ffff:ffff:ffff:ffff
2603:26eb:92ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:96bf:ffff:ffff:ffff:ffff:ffff
2603:26eb:999f:ffff:ffff:ffff:ffff:ffff
2603:26eb:9a3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:9dbf:ffff:ffff:ffff:ffff:ffff
2603:26eb:a0ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:aaff:ffff:ffff:ffff:ffff:ffff
2603:26eb:ad5f:ffff:ffff:ffff:ffff:ffff
2603:26eb:b05f:ffff:ffff:ffff:ffff:ffff
2603:26eb:b35f:ffff:ffff:ffff:ffff:ffff
2603:26eb:b8df:ffff:ffff:ffff:ffff:ffff
2603:26eb:b91f:ffff:ffff:ffff:ffff:ffff

2603:26eb:bb3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:bbdf:ffff:ffff:ffff:ffff:ffff
2603:26eb:bf1f:ffff:ffff:ffff:ffff:ffff
2603:26eb:bf7f:ffff:ffff:ffff:ffff:ffff
2603:26eb:c1ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:c27f:ffff:ffff:ffff:ffff:ffff
2603:26eb:c5ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:c67f:ffff:ffff:ffff:ffff:ffff
2603:26eb:c6ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:d75f:ffff:ffff:ffff:ffff:ffff
2603:26eb:d93f:ffff:ffff:ffff:ffff:ffff
2603:26eb:da9f:ffff:ffff:ffff:ffff:ffff
2603:26eb:e2ff:ffff:ffff:ffff:ffff:ffff
2603:26eb:e47f:ffff:ffff:ffff:ffff:ffff
2603:26eb:e6bf:ffff:ffff:ffff:ffff:ffff
2603:26eb:e87f:ffff:ffff:ffff:ffff:ffff
2603:26eb:e9bf:ffff:ffff:ffff:ffff:ffff
2603:26eb:ee3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:f49f:ffff:ffff:ffff:ffff:ffff
2603:26eb:f77f:ffff:ffff:ffff:ffff:ffff
2603:26eb:fa1f:ffff:ffff:ffff:ffff:ffff
2603:26eb:fc3f:ffff:ffff:ffff:ffff:ffff
2603:26eb:fd9f:ffff:ffff:ffff:ffff:ffff
2603:26eb:fe3f:ffff:ffff:ffff:ffff:ffff
2603:26ec:3f:ffff:ffff:ffff:ffff:ffff
2603:26ec:61f:ffff:ffff:ffff:ffff:ffff
2603:26ec:12bf:ffff:ffff:ffff:ffff:ffff
2603:26ec:18ff:ffff:ffff:ffff:ffff:ffff
2603:26ec:1bbf:ffff:ffff:ffff:ffff:ffff
2603:26ec:1d7f:ffff:ffff:ffff:ffff:ffff
2603:26ec:2e5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:425f:ffff:ffff:ffff:ffff:ffff
2603:26ec:485f:ffff:ffff:ffff:ffff:ffff
2603:26ec:495f:ffff:ffff:ffff:ffff:ffff
2603:26ec:4a5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:4cdf:ffff:ffff:ffff:ffff:ffff
2603:26ec:4f3f:ffff:ffff:ffff:ffff:ffff

2603:26ec:593f:ffff:ffff:ffff:ffff:ffff
2603:26ec:5adf:ffff:ffff:ffff:ffff:ffff
2603:26ec:5b5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:5c9f:ffff:ffff:ffff:ffff:ffff
2603:26ec:5d5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:60df:ffff:ffff:ffff:ffff:ffff
2603:26ec:62ff:ffff:ffff:ffff:ffff:ffff
2603:26ec:65ff:ffff:ffff:ffff:ffff:ffff
2603:26ec:671f:ffff:ffff:ffff:ffff:ffff
2603:26ec:695f:ffff:ffff:ffff:ffff:ffff
2603:26ec:6d3f:ffff:ffff:ffff:ffff:ffff
2603:26ec:6e7f:ffff:ffff:ffff:ffff:ffff
2603:26ec:78bf:ffff:ffff:ffff:ffff:ffff
2603:26ec:7a3f:ffff:ffff:ffff:ffff:ffff
2603:26ec:7eff:ffff:ffff:ffff:ffff:ffff
2603:26ec:7fbf:ffff:ffff:ffff:ffff:ffff
2603:26ec:851f:ffff:ffff:ffff:ffff:ffff
2603:26ec:8a9f:ffff:ffff:ffff:ffff:ffff
2603:26ec:8adf:ffff:ffff:ffff:ffff:ffff
2603:26ec:8c1f:ffff:ffff:ffff:ffff:ffff
2603:26ec:927f:ffff:ffff:ffff:ffff:ffff
2603:26ec:975f:ffff:ffff:ffff:ffff:ffff
2603:26ec:a97f:ffff:ffff:ffff:ffff:ffff
2603:26ec:abbf:ffff:ffff:ffff:ffff:ffff
2603:26ec:ad3f:ffff:ffff:ffff:ffff:ffff
2603:26ec:b31f:ffff:ffff:ffff:ffff:ffff
2603:26ec:b3bf:ffff:ffff:ffff:ffff:ffff
2603:26ec:b53f:ffff:ffff:ffff:ffff:ffff
2603:26ec:c11f:ffff:ffff:ffff:ffff:ffff
2603:26ec:c67f:ffff:ffff:ffff:ffff:ffff
2603:26ec:c6bf:ffff:ffff:ffff:ffff:ffff
2603:26ec:c6ff:ffff:ffff:ffff:ffff:ffff
2603:26ec:ca5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:d27f:ffff:ffff:ffff:ffff:ffff
2603:26ec:d61f:ffff:ffff:ffff:ffff:ffff
2603:26ec:d9df:ffff:ffff:ffff:ffff:ffff
2603:26ec:daff:ffff:ffff:ffff:ffff:ffff

2603:26ec:df5f:ffff:ffff:ffff:ffff:ffff
2603:26ec:e13f:ffff:ffff:ffff:ffff:ffff
2603:26ec:f45f:ffff:ffff:ffff:ffff:ffff
2603:26ec:f59f:ffff:ffff:ffff:ffff:ffff
2603:26ec:f77f:ffff:ffff:ffff:ffff:ffff
2603:26ec:ff9f:ffff:ffff:ffff:ffff:ffff
2603:26ed:21f:ffff:ffff:ffff:ffff:ffff
2603:26ed:8ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:a1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:cdf:ffff:ffff:ffff:ffff:ffff
2603:26ed:e7f:ffff:ffff:ffff:ffff:ffff
2603:26ed:107f:ffff:ffff:ffff:ffff:ffff
2603:26ed:12df:ffff:ffff:ffff:ffff:ffff
2603:26ed:139f:ffff:ffff:ffff:ffff:ffff
2603:26ed:15bf:ffff:ffff:ffff:ffff:ffff
2603:26ed:15ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:165f:ffff:ffff:ffff:ffff:ffff
2603:26ed:19bf:ffff:ffff:ffff:ffff:ffff
2603:26ed:1dff:ffff:ffff:ffff:ffff:ffff
2603:26ed:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:257f:ffff:ffff:ffff:ffff:ffff
2603:26ed:29ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:2aff:ffff:ffff:ffff:ffff:ffff
2603:26ed:2b7f:ffff:ffff:ffff:ffff:ffff
2603:26ed:2c1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:32ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:387f:ffff:ffff:ffff:ffff:ffff
2603:26ed:397f:ffff:ffff:ffff:ffff:ffff
2603:26ed:39ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:3d3f:ffff:ffff:ffff:ffff:ffff
2603:26ed:3eff:ffff:ffff:ffff:ffff:ffff
2603:26ed:44ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:463f:ffff:ffff:ffff:ffff:ffff
2603:26ed:469f:ffff:ffff:ffff:ffff:ffff
2603:26ed:47bf:ffff:ffff:ffff:ffff:ffff
2603:26ed:4c9f:ffff:ffff:ffff:ffff:ffff
2603:26ed:51ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:531f:ffff:ffff:ffff:ffff:ffff
2603:26ed:565f:ffff:ffff:ffff:ffff:ffff
2603:26ed:5a3f:ffff:ffff:ffff:ffff:ffff
2603:26ed:5cbf:ffff:ffff:ffff:ffff:ffff
2603:26ed:5d5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:5fff:ffff:ffff:ffff:ffff:ffff
2603:26ed:625f:ffff:ffff:ffff:ffff:ffff
2603:26ed:649f:ffff:ffff:ffff:ffff:ffff
2603:26ed:65df:ffff:ffff:ffff:ffff:ffff
2603:26ed:66df:ffff:ffff:ffff:ffff:ffff
2603:26ed:6a7f:ffff:ffff:ffff:ffff:ffff
2603:26ed:6c5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:6f5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:71df:ffff:ffff:ffff:ffff:ffff
2603:26ed:741f:ffff:ffff:ffff:ffff:ffff
2603:26ed:763f:ffff:ffff:ffff:ffff:ffff
2603:26ed:76ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:7b5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:7d9f:ffff:ffff:ffff:ffff:ffff
2603:26ed:7e7f:ffff:ffff:ffff:ffff:ffff
2603:26ed:7f9f:ffff:ffff:ffff:ffff:ffff
2603:26ed:811f:ffff:ffff:ffff:ffff:ffff
2603:26ed:869f:ffff:ffff:ffff:ffff:ffff
2603:26ed:8b1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:917f:ffff:ffff:ffff:ffff:ffff
2603:26ed:943f:ffff:ffff:ffff:ffff:ffff
2603:26ed:949f:ffff:ffff:ffff:ffff:ffff
2603:26ed:971f:ffff:ffff:ffff:ffff:ffff
2603:26ed:975f:ffff:ffff:ffff:ffff:ffff
2603:26ed:97df:ffff:ffff:ffff:ffff:ffff
2603:26ed:98df:ffff:ffff:ffff:ffff:ffff
2603:26ed:995f:ffff:ffff:ffff:ffff:ffff
2603:26ed:999f:ffff:ffff:ffff:ffff:ffff
2603:26ed:9abf:ffff:ffff:ffff:ffff:ffff
2603:26ed:9b1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:a07f:ffff:ffff:ffff:ffff:ffff
2603:26ed:a1df:ffff:ffff:ffff:ffff:ffff
2603:26ed:a59f:ffff:ffff:ffff:ffff:ffff
2603:26ed:a81f:ffff:ffff:ffff:ffff:ffff
2603:26ed:aa3f:ffff:ffff:ffff:ffff:ffff
2603:26ed:ab9f:ffff:ffff:ffff:ffff:ffff
2603:26ed:ac3f:ffff:ffff:ffff:ffff:ffff
2603:26ed:af5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:b29f:ffff:ffff:ffff:ffff:ffff
2603:26ed:b35f:ffff:ffff:ffff:ffff:ffff
2603:26ed:bbdf:ffff:ffff:ffff:ffff:ffff
2603:26ed:bfdf:ffff:ffff:ffff:ffff:ffff
2603:26ed:c2df:ffff:ffff:ffff:ffff:ffff
2603:26ed:cbdf:ffff:ffff:ffff:ffff:ffff
2603:26ed:ccdf:ffff:ffff:ffff:ffff:ffff
2603:26ed:d3ff:ffff:ffff:ffff:ffff:ffff
2603:26ed:d79f:ffff:ffff:ffff:ffff:ffff
2603:26ed:da5f:ffff:ffff:ffff:ffff:ffff
2603:26ed:db1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:de1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:e4bf:ffff:ffff:ffff:ffff:ffff
2603:26ed:e95f:ffff:ffff:ffff:ffff:ffff
2603:26ed:e9df:ffff:ffff:ffff:ffff:ffff
2603:26ed:eb1f:ffff:ffff:ffff:ffff:ffff
2603:26ed:f39f:ffff:ffff:ffff:ffff:ffff
2603:26ed:f81f:ffff:ffff:ffff:ffff:ffff
2603:26ed:fcdf:ffff:ffff:ffff:ffff:ffff
2603:26ee:23f:ffff:ffff:ffff:ffff:ffff
2603:26ee:79f:ffff:ffff:ffff:ffff:ffff
2603:26ee:e5f:ffff:ffff:ffff:ffff:ffff
2603:26ee:151f:ffff:ffff:ffff:ffff:ffff
2603:26ee:159f:ffff:ffff:ffff:ffff:ffff
2603:26ee:1b1f:ffff:ffff:ffff:ffff:ffff
2603:26ee:253f:ffff:ffff:ffff:ffff:ffff
2603:26ee:2cbf:ffff:ffff:ffff:ffff:ffff
2603:26ee:339f:ffff:ffff:ffff:ffff:ffff
2603:26ee:365f:ffff:ffff:ffff:ffff:ffff
2603:26ee:41bf:ffff:ffff:ffff:ffff:ffff
2603:26ee:46df:ffff:ffff:ffff:ffff:ffff
2603:26ee:4b9f:ffff:ffff:ffff:ffff:ffff
2603:26ee:4eff:ffff:ffff:ffff:ffff:ffff
2603:26ee:511f:ffff:ffff:ffff:ffff:ffff
2603:26ee:583f:ffff:ffff:ffff:ffff:ffff
2603:26ee:597f:ffff:ffff:ffff:ffff:ffff
2603:26ee:5bff:ffff:ffff:ffff:ffff:ffff
2603:26ee:609f:ffff:ffff:ffff:ffff:ffff
2603:26ee:61bf:ffff:ffff:ffff:ffff:ffff
2603:26ee:661f:ffff:ffff:ffff:ffff:ffff
2603:26ee:67ff:ffff:ffff:ffff:ffff:ffff
2603:26ee:697f:ffff:ffff:ffff:ffff:ffff
2603:26ee:707f:ffff:ffff:ffff:ffff:ffff
2603:26ee:715f:ffff:ffff:ffff:ffff:ffff
2603:26ee:787f:ffff:ffff:ffff:ffff:ffff
2603:26ee:78bf:ffff:ffff:ffff:ffff:ffff
2603:26ee:81ff:ffff:ffff:ffff:ffff:ffff
2603:26ee:823f:ffff:ffff:ffff:ffff:ffff
2603:26ee:87bf:ffff:ffff:ffff:ffff:ffff
2603:26ee:8cdf:ffff:ffff:ffff:ffff:ffff
2603:26ee:8f7f:ffff:ffff:ffff:ffff:ffff
2603:26ee:907f:ffff:ffff:ffff:ffff:ffff
2603:26ee:92df:ffff:ffff:ffff:ffff:ffff
2603:26ee:963f:ffff:ffff:ffff:ffff:ffff
2603:26ee:9a3f:ffff:ffff:ffff:ffff:ffff
2603:26ee:9a9f:ffff:ffff:ffff:ffff:ffff
2603:26ee:a91f:ffff:ffff:ffff:ffff:ffff
2603:26ee:a97f:ffff:ffff:ffff:ffff:ffff
2603:26ee:ad9f:ffff:ffff:ffff:ffff:ffff
2603:26ee:af1f:ffff:ffff:ffff:ffff:ffff
2603:26ee:b15f:ffff:ffff:ffff:ffff:ffff
2603:26ee:b49f:ffff:ffff:ffff:ffff:ffff
2603:26ee:b55f:ffff:ffff:ffff:ffff:ffff
2603:26ee:c4df:ffff:ffff:ffff:ffff:ffff
2603:26ee:cdbf:ffff:ffff:ffff:ffff:ffff
2603:26ee:d21f:ffff:ffff:ffff:ffff:ffff
2603:26ee:d51f:ffff:ffff:ffff:ffff:ffff
2603:26ee:daff:ffff:ffff:ffff:ffff:ffff
2603:26ee:e75f:ffff:ffff:ffff:ffff:ffff
2603:26ee:ec7f:ffff:ffff:ffff:ffff:ffff
2603:26ee:ef1f:ffff:ffff:ffff:ffff:ffff
2603:26ee:f4df:ffff:ffff:ffff:ffff:ffff
2603:26ee:f7bf:ffff:ffff:ffff:ffff:ffff
2603:26ee:f87f:ffff:ffff:ffff:ffff:ffff
2603:26ee:ff5f:ffff:ffff:ffff:ffff:ffff
2603:26ef:5f:ffff:ffff:ffff:ffff:ffff
2603:26ef:1bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:25f:ffff:ffff:ffff:ffff:ffff
2603:26ef:63f:ffff:ffff:ffff:ffff:ffff
2603:26ef:69f:ffff:ffff:ffff:ffff:ffff
2603:26ef:8bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:c9f:ffff:ffff:ffff:ffff:ffff
2603:26ef:dff:ffff:ffff:ffff:ffff:ffff
2603:26ef:117f:ffff:ffff:ffff:ffff:ffff
2603:26ef:15df:ffff:ffff:ffff:ffff:ffff
2603:26ef:185f:ffff:ffff:ffff:ffff:ffff
2603:26ef:19bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:1b1f:ffff:ffff:ffff:ffff:ffff
2603:26ef:1c1f:ffff:ffff:ffff:ffff:ffff
2603:26ef:1cbf:ffff:ffff:ffff:ffff:ffff
2603:26ef:1d7f:ffff:ffff:ffff:ffff:ffff
2603:26ef:1e5f:ffff:ffff:ffff:ffff:ffff
2603:26ef:251f:ffff:ffff:ffff:ffff:ffff
2603:26ef:275f:ffff:ffff:ffff:ffff:ffff
2603:26ef:295f:ffff:ffff:ffff:ffff:ffff
2603:26ef:2a1f:ffff:ffff:ffff:ffff:ffff
2603:26ef:2bff:ffff:ffff:ffff:ffff:ffff
2603:26ef:2d9f:ffff:ffff:ffff:ffff:ffff
2603:26ef:30bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:361f:ffff:ffff:ffff:ffff:ffff
2603:26ef:501f:ffff:ffff:ffff:ffff:ffff
2603:26ef:551f:ffff:ffff:ffff:ffff:ffff
2603:26ef:587f:ffff:ffff:ffff:ffff:ffff
2603:26ef:5a7f:ffff:ffff:ffff:ffff:ffff
2603:26ef:5cdf:ffff:ffff:ffff:ffff:ffff
2603:26ef:619f:ffff:ffff:ffff:ffff:ffff
2603:26ef:633f:ffff:ffff:ffff:ffff:ffff
2603:26ef:675f:ffff:ffff:ffff:ffff:ffff
2603:26ef:6bbf:ffff:ffff:ffff:ffff:ffff
2603:26ef:6c1f:ffff:ffff:ffff:ffff:ffff
2603:26ef:6e9f:ffff:ffff:ffff:ffff:ffff
2603:26ef:70ff:ffff:ffff:ffff:ffff:ffff
2603:26ef:737f:ffff:ffff:ffff:ffff:ffff
2603:26ef:821f:ffff:ffff:ffff:ffff:ffff
2603:26ef:837f:ffff:ffff:ffff:ffff:ffff
2603:26ef:84ff:ffff:ffff:ffff:ffff:ffff
2603:26ef:883f:ffff:ffff:ffff:ffff:ffff
2603:26ef:8ddf:ffff:ffff:ffff:ffff:ffff
2603:26ef:919f:ffff:ffff:ffff:ffff:ffff
2603:26ef:92df:ffff:ffff:ffff:ffff:ffff
2603:26ef:933f:ffff:ffff:ffff:ffff:ffff
2603:26ef:987f:ffff:ffff:ffff:ffff:ffff
2603:26ef:993f:ffff:ffff:ffff:ffff:ffff
2603:26ef:9adf:ffff:ffff:ffff:ffff:ffff
2603:26ef:9f9f:ffff:ffff:ffff:ffff:ffff
2603:26ef:a0df:ffff:ffff:ffff:ffff:ffff
2603:26ef:a23f:ffff:ffff:ffff:ffff:ffff
2603:26ef:a47f:ffff:ffff:ffff:ffff:ffff
2603:26ef:a57f:ffff:ffff:ffff:ffff:ffff
2603:26ef:a91f:ffff:ffff:ffff:ffff:ffff
2603:26ef:a99f:ffff:ffff:ffff:ffff:ffff
2603:26ef:af5f:ffff:ffff:ffff:ffff:ffff
2603:26ef:afdf:ffff:ffff:ffff:ffff:ffff
2603:26ef:b0bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:b2df:ffff:ffff:ffff:ffff:ffff
2603:26ef:b33f:ffff:ffff:ffff:ffff:ffff
2603:26ef:b43f:ffff:ffff:ffff:ffff:ffff
2603:26ef:b57f:ffff:ffff:ffff:ffff:ffff
2603:26ef:badf:ffff:ffff:ffff:ffff:ffff
2603:26ef:bc7f:ffff:ffff:ffff:ffff:ffff
2603:26ef:c07f:ffff:ffff:ffff:ffff:ffff
2603:26ef:c31f:ffff:ffff:ffff:ffff:ffff
2603:26ef:c6df:ffff:ffff:ffff:ffff:ffff
2603:26ef:c95f:ffff:ffff:ffff:ffff:ffff
2603:26ef:d17f:ffff:ffff:ffff:ffff:ffff
2603:26ef:d7ff:ffff:ffff:ffff:ffff:ffff
2603:26ef:e31f:ffff:ffff:ffff:ffff:ffff
2603:26ef:e35f:ffff:ffff:ffff:ffff:ffff
2603:26ef:e53f:ffff:ffff:ffff:ffff:ffff
2603:26ef:e5bf:ffff:ffff:ffff:ffff:ffff
2603:26ef:e67f:ffff:ffff:ffff:ffff:ffff
2603:26ef:eb7f:ffff:ffff:ffff:ffff:ffff
2603:26ef:ec5f:ffff:ffff:ffff:ffff:ffff
2603:26ef:f45f:ffff:ffff:ffff:ffff:ffff
2603:26ef:f59f:ffff:ffff:ffff:ffff:ffff
2603:26ef:f67f:ffff:ffff:ffff:ffff:ffff
2603:26ef:f6ff:ffff:ffff:ffff:ffff:ffff
2603:26ef:fd9f:ffff:ffff:ffff:ffff:ffff
2603:26f0:63f:ffff:ffff:ffff:ffff:ffff
2603:26f0:95f:ffff:ffff:ffff:ffff:ffff
2603:26f0:b5f:ffff:ffff:ffff:ffff:ffff
2603:26f0:d1f:ffff:ffff:ffff:ffff:ffff
2603:26f0:e3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:e9f:ffff:ffff:ffff:ffff:ffff
2603:26f0:117f:ffff:ffff:ffff:ffff:ffff
2603:26f0:17df:ffff:ffff:ffff:ffff:ffff
2603:26f0:191f:ffff:ffff:ffff:ffff:ffff
2603:26f0:1c3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:1d1f:ffff:ffff:ffff:ffff:ffff
2603:26f0:1dbf:ffff:ffff:ffff:ffff:ffff
2603:26f0:1f5f:ffff:ffff:ffff:ffff:ffff
2603:26f0:209f:ffff:ffff:ffff:ffff:ffff
2603:26f0:279f:ffff:ffff:ffff:ffff:ffff
2603:26f0:2a3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:2eff:ffff:ffff:ffff:ffff:ffff
2603:26f0:2f3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:335f:ffff:ffff:ffff:ffff:ffff
2603:26f0:3a3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:3abf:ffff:ffff:ffff:ffff:ffff
2603:26f0:3dff:ffff:ffff:ffff:ffff:ffff
2603:26f0:41ff:ffff:ffff:ffff:ffff:ffff
2603:26f0:45df:ffff:ffff:ffff:ffff:ffff
2603:26f0:491f:ffff:ffff:ffff:ffff:ffff
2603:26f0:4f3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:565f:ffff:ffff:ffff:ffff:ffff
2603:26f0:5d3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:5fff:ffff:ffff:ffff:ffff:ffff
2603:26f0:61bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:621f:ffff:ffff:ffff:ffff:ffff
2603:26f0:643f:ffff:ffff:ffff:ffff:ffff
2603:26f0:673f:ffff:ffff:ffff:ffff:ffff
2603:26f0:67bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:68ff:ffff:ffff:ffff:ffff:ffff
2603:26f0:697f:ffff:ffff:ffff:ffff:ffff
2603:26f0:6a9f:ffff:ffff:ffff:ffff:ffff
2603:26f0:6cdf:ffff:ffff:ffff:ffff:ffff
2603:26f0:707f:ffff:ffff:ffff:ffff:ffff
2603:26f0:77df:ffff:ffff:ffff:ffff:ffff
2603:26f0:78bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:791f:ffff:ffff:ffff:ffff:ffff
2603:26f0:79df:ffff:ffff:ffff:ffff:ffff
2603:26f0:7fbf:ffff:ffff:ffff:ffff:ffff
2603:26f0:853f:ffff:ffff:ffff:ffff:ffff
2603:26f0:8d1f:ffff:ffff:ffff:ffff:ffff
2603:26f0:8f5f:ffff:ffff:ffff:ffff:ffff
2603:26f0:8fbf:ffff:ffff:ffff:ffff:ffff
2603:26f0:8fff:ffff:ffff:ffff:ffff:ffff
2603:26f0:915f:ffff:ffff:ffff:ffff:ffff
2603:26f0:945f:ffff:ffff:ffff:ffff:ffff
2603:26f0:989f:ffff:ffff:ffff:ffff:ffff
2603:26f0:9c5f:ffff:ffff:ffff:ffff:ffff
2603:26f0:a23f:ffff:ffff:ffff:ffff:ffff
2603:26f0:a2df:ffff:ffff:ffff:ffff:ffff
2603:26f0:ac3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:ae3f:ffff:ffff:ffff:ffff:ffff
2603:26f0:b1ff:ffff:ffff:ffff:ffff:ffff
2603:26f0:b67f:ffff:ffff:ffff:ffff:ffff
2603:26f0:bcbf:ffff:ffff:ffff:ffff:ffff
2603:26f0:c3bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:c5bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:c79f:ffff:ffff:ffff:ffff:ffff
2603:26f0:cc9f:ffff:ffff:ffff:ffff:ffff
2603:26f0:d3bf:ffff:ffff:ffff:ffff:ffff
2603:26f0:d45f:ffff:ffff:ffff:ffff:ffff
2603:26f0:d6ff:ffff:ffff:ffff:ffff:ffff
2603:26f0:e21f:ffff:ffff:ffff:ffff:ffff
2603:26f0:e3ff:ffff:ffff:ffff:ffff:ffff
2603:26f0:ef7f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f05f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f15f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f25f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f31f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f37f:ffff:ffff:ffff:ffff:ffff
2603:26f0:f91f:ffff:ffff:ffff:ffff:ffff
2603:26f0:fe9f:ffff:ffff:ffff:ffff:ffff
2603:26f1:83f:ffff:ffff:ffff:ffff:ffff
2603:26f1:abf:ffff:ffff:ffff:ffff:ffff
2603:26f1:edf:ffff:ffff:ffff:ffff:ffff
2603:26f1:169f:ffff:ffff:ffff:ffff:ffff
2603:26f1:183f:ffff:ffff:ffff:ffff:ffff
2603:26f1:189f:ffff:ffff:ffff:ffff:ffff
2603:26f1:1b1f:ffff:ffff:ffff:ffff:ffff
2603:26f1:24bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:2d1f:ffff:ffff:ffff:ffff:ffff
2603:26f1:2dbf:ffff:ffff:ffff:ffff:ffff
2603:26f1:31ff:ffff:ffff:ffff:ffff:ffff
2603:26f1:375f:ffff:ffff:ffff:ffff:ffff
2603:26f1:39bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:3d5f:ffff:ffff:ffff:ffff:ffff
2603:26f1:3ddf:ffff:ffff:ffff:ffff:ffff
2603:26f1:479f:ffff:ffff:ffff:ffff:ffff
2603:26f1:47df:ffff:ffff:ffff:ffff:ffff
2603:26f1:515f:ffff:ffff:ffff:ffff:ffff
2603:26f1:545f:ffff:ffff:ffff:ffff:ffff
2603:26f1:58bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:591f:ffff:ffff:ffff:ffff:ffff
2603:26f1:5fbf:ffff:ffff:ffff:ffff:ffff
2603:26f1:5fff:ffff:ffff:ffff:ffff:ffff
2603:26f1:60df:ffff:ffff:ffff:ffff:ffff
2603:26f1:631f:ffff:ffff:ffff:ffff:ffff
2603:26f1:6dbf:ffff:ffff:ffff:ffff:ffff
2603:26f1:729f:ffff:ffff:ffff:ffff:ffff
2603:26f1:795f:ffff:ffff:ffff:ffff:ffff
2603:26f1:7c3f:ffff:ffff:ffff:ffff:ffff
2603:26f1:815f:ffff:ffff:ffff:ffff:ffff
2603:26f1:847f:ffff:ffff:ffff:ffff:ffff
2603:26f1:84df:ffff:ffff:ffff:ffff:ffff
2603:26f1:85bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:8c9f:ffff:ffff:ffff:ffff:ffff
2603:26f1:8f3f:ffff:ffff:ffff:ffff:ffff
2603:26f1:91df:ffff:ffff:ffff:ffff:ffff
2603:26f1:923f:ffff:ffff:ffff:ffff:ffff
2603:26f1:9a9f:ffff:ffff:ffff:ffff:ffff
2603:26f1:a19f:ffff:ffff:ffff:ffff:ffff
2603:26f1:a3bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:a67f:ffff:ffff:ffff:ffff:ffff
2603:26f1:a6ff:ffff:ffff:ffff:ffff:ffff
2603:26f1:a81f:ffff:ffff:ffff:ffff:ffff
2603:26f1:a95f:ffff:ffff:ffff:ffff:ffff
2603:26f1:aa7f:ffff:ffff:ffff:ffff:ffff
2603:26f1:abdf:ffff:ffff:ffff:ffff:ffff
2603:26f1:acdf:ffff:ffff:ffff:ffff:ffff
2603:26f1:ae5f:ffff:ffff:ffff:ffff:ffff
2603:26f1:b13f:ffff:ffff:ffff:ffff:ffff
2603:26f1:b3df:ffff:ffff:ffff:ffff:ffff
2603:26f1:bf1f:ffff:ffff:ffff:ffff:ffff
2603:26f1:c1df:ffff:ffff:ffff:ffff:ffff
2603:26f1:c51f:ffff:ffff:ffff:ffff:ffff
2603:26f1:c71f:ffff:ffff:ffff:ffff:ffff
2603:26f1:c75f:ffff:ffff:ffff:ffff:ffff
2603:26f1:cfbf:ffff:ffff:ffff:ffff:ffff
2603:26f1:d99f:ffff:ffff:ffff:ffff:ffff
2603:26f1:e0bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:e45f:ffff:ffff:ffff:ffff:ffff
2603:26f1:e6bf:ffff:ffff:ffff:ffff:ffff
2603:26f1:e87f:ffff:ffff:ffff:ffff:ffff
2603:26f1:ed7f:ffff:ffff:ffff:ffff:ffff
2603:26f1:fb3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:11f:ffff:ffff:ffff:ffff:ffff
2603:26f2:51f:ffff:ffff:ffff:ffff:ffff
2603:26f2:61f:ffff:ffff:ffff:ffff:ffff
2603:26f2:d1f:ffff:ffff:ffff:ffff:ffff
2603:26f2:10bf:ffff:ffff:ffff:ffff:ffff
2603:26f2:111f:ffff:ffff:ffff:ffff:ffff
2603:26f2:183f:ffff:ffff:ffff:ffff:ffff
2603:26f2:195f:ffff:ffff:ffff:ffff:ffff
2603:26f2:1a5f:ffff:ffff:ffff:ffff:ffff
2603:26f2:1b1f:ffff:ffff:ffff:ffff:ffff
2603:26f2:1c3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:281f:ffff:ffff:ffff:ffff:ffff
2603:26f2:2b3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:3adf:ffff:ffff:ffff:ffff:ffff
2603:26f2:3b1f:ffff:ffff:ffff:ffff:ffff
2603:26f2:3c3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:40df:ffff:ffff:ffff:ffff:ffff
2603:26f2:433f:ffff:ffff:ffff:ffff:ffff
2603:26f2:449f:ffff:ffff:ffff:ffff:ffff
2603:26f2:54bf:ffff:ffff:ffff:ffff:ffff
2603:26f2:57df:ffff:ffff:ffff:ffff:ffff
2603:26f2:5b3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:64df:ffff:ffff:ffff:ffff:ffff
2603:26f2:65df:ffff:ffff:ffff:ffff:ffff
2603:26f2:689f:ffff:ffff:ffff:ffff:ffff
2603:26f2:695f:ffff:ffff:ffff:ffff:ffff
2603:26f2:6ddf:ffff:ffff:ffff:ffff:ffff
2603:26f2:853f:ffff:ffff:ffff:ffff:ffff
2603:26f2:879f:ffff:ffff:ffff:ffff:ffff
2603:26f2:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:931f:ffff:ffff:ffff:ffff:ffff
2603:26f2:94df:ffff:ffff:ffff:ffff:ffff
2603:26f2:95bf:ffff:ffff:ffff:ffff:ffff
2603:26f2:9a5f:ffff:ffff:ffff:ffff:ffff
2603:26f2:9cbf:ffff:ffff:ffff:ffff:ffff
2603:26f2:9fdf:ffff:ffff:ffff:ffff:ffff
2603:26f2:aabf:ffff:ffff:ffff:ffff:ffff
2603:26f2:ae7f:ffff:ffff:ffff:ffff:ffff
2603:26f2:b31f:ffff:ffff:ffff:ffff:ffff
2603:26f2:be1f:ffff:ffff:ffff:ffff:ffff
2603:26f2:c0df:ffff:ffff:ffff:ffff:ffff
2603:26f2:c2ff:ffff:ffff:ffff:ffff:ffff
2603:26f2:c69f:ffff:ffff:ffff:ffff:ffff
2603:26f2:d1ff:ffff:ffff:ffff:ffff:ffff
2603:26f2:d2df:ffff:ffff:ffff:ffff:ffff
2603:26f2:d65f:ffff:ffff:ffff:ffff:ffff
2603:26f2:d73f:ffff:ffff:ffff:ffff:ffff
2603:26f2:d81f:ffff:ffff:ffff:ffff:ffff
2603:26f2:dd3f:ffff:ffff:ffff:ffff:ffff
2603:26f2:df9f:ffff:ffff:ffff:ffff:ffff
2603:26f2:dfdf:ffff:ffff:ffff:ffff:ffff
2603:26f2:e0df:ffff:ffff:ffff:ffff:ffff
2603:26f2:e13f:ffff:ffff:ffff:ffff:ffff
2603:26f2:e25f:ffff:ffff:ffff:ffff:ffff
2603:26f2:e83f:ffff:ffff:ffff:ffff:ffff
2603:26f2:e95f:ffff:ffff:ffff:ffff:ffff
2603:26f2:f09f:ffff:ffff:ffff:ffff:ffff
2603:26f2:f15f:ffff:ffff:ffff:ffff:ffff
2603:26f2:f7ff:ffff:ffff:ffff:ffff:ffff
2603:26f2:f8ff:ffff:ffff:ffff:ffff:ffff
2603:26f2:fcff:ffff:ffff:ffff:ffff:ffff
2603:26f3:41f:ffff:ffff:ffff:ffff:ffff
2603:26f3:6bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:73f:ffff:ffff:ffff:ffff:ffff
2603:26f3:7ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:b1f:ffff:ffff:ffff:ffff:ffff
2603:26f3:103f:ffff:ffff:ffff:ffff:ffff
2603:26f3:131f:ffff:ffff:ffff:ffff:ffff
2603:26f3:163f:ffff:ffff:ffff:ffff:ffff
2603:26f3:17df:ffff:ffff:ffff:ffff:ffff
2603:26f3:1adf:ffff:ffff:ffff:ffff:ffff
2603:26f3:1b1f:ffff:ffff:ffff:ffff:ffff
2603:26f3:1dff:ffff:ffff:ffff:ffff:ffff
2603:26f3:24ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:25df:ffff:ffff:ffff:ffff:ffff
2603:26f3:291f:ffff:ffff:ffff:ffff:ffff
2603:26f3:2aff:ffff:ffff:ffff:ffff:ffff
2603:26f3:2e5f:ffff:ffff:ffff:ffff:ffff
2603:26f3:303f:ffff:ffff:ffff:ffff:ffff
2603:26f3:339f:ffff:ffff:ffff:ffff:ffff
2603:26f3:347f:ffff:ffff:ffff:ffff:ffff
2603:26f3:361f:ffff:ffff:ffff:ffff:ffff
2603:26f3:38df:ffff:ffff:ffff:ffff:ffff
2603:26f3:39bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:3c7f:ffff:ffff:ffff:ffff:ffff
2603:26f3:3fbf:ffff:ffff:ffff:ffff:ffff
2603:26f3:425f:ffff:ffff:ffff:ffff:ffff
2603:26f3:44ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:463f:ffff:ffff:ffff:ffff:ffff
2603:26f3:4abf:ffff:ffff:ffff:ffff:ffff
2603:26f3:4e7f:ffff:ffff:ffff:ffff:ffff
2603:26f3:4fbf:ffff:ffff:ffff:ffff:ffff
2603:26f3:50bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:511f:ffff:ffff:ffff:ffff:ffff
2603:26f3:51bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:547f:ffff:ffff:ffff:ffff:ffff
2603:26f3:54ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:627f:ffff:ffff:ffff:ffff:ffff
2603:26f3:63df:ffff:ffff:ffff:ffff:ffff
2603:26f3:673f:ffff:ffff:ffff:ffff:ffff
2603:26f3:68df:ffff:ffff:ffff:ffff:ffff
2603:26f3:6abf:ffff:ffff:ffff:ffff:ffff
2603:26f3:729f:ffff:ffff:ffff:ffff:ffff
2603:26f3:73df:ffff:ffff:ffff:ffff:ffff
2603:26f3:77bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:7d3f:ffff:ffff:ffff:ffff:ffff
2603:26f3:7e3f:ffff:ffff:ffff:ffff:ffff
2603:26f3:81df:ffff:ffff:ffff:ffff:ffff
2603:26f3:873f:ffff:ffff:ffff:ffff:ffff
2603:26f3:87ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:8a5f:ffff:ffff:ffff:ffff:ffff
2603:26f3:911f:ffff:ffff:ffff:ffff:ffff
2603:26f3:92ff:ffff:ffff:ffff:ffff:ffff
2603:26f3:951f:ffff:ffff:ffff:ffff:ffff
2603:26f3:9bdf:ffff:ffff:ffff:ffff:ffff
2603:26f3:9dff:ffff:ffff:ffff:ffff:ffff
2603:26f3:a6df:ffff:ffff:ffff:ffff:ffff
2603:26f3:aadf:ffff:ffff:ffff:ffff:ffff
2603:26f3:acbf:ffff:ffff:ffff:ffff:ffff
2603:26f3:b15f:ffff:ffff:ffff:ffff:ffff
2603:26f3:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:b71f:ffff:ffff:ffff:ffff:ffff
2603:26f3:ba5f:ffff:ffff:ffff:ffff:ffff
2603:26f3:c13f:ffff:ffff:ffff:ffff:ffff
2603:26f3:c67f:ffff:ffff:ffff:ffff:ffff
2603:26f3:c95f:ffff:ffff:ffff:ffff:ffff
2603:26f3:d01f:ffff:ffff:ffff:ffff:ffff
2603:26f3:d0df:ffff:ffff:ffff:ffff:ffff
2603:26f3:d15f:ffff:ffff:ffff:ffff:ffff
2603:26f3:d3bf:ffff:ffff:ffff:ffff:ffff
2603:26f3:d59f:ffff:ffff:ffff:ffff:ffff
2603:26f3:d97f:ffff:ffff:ffff:ffff:ffff
2603:26f3:dc9f:ffff:ffff:ffff:ffff:ffff
2603:26f3:df7f:ffff:ffff:ffff:ffff:ffff
2603:26f3:e55f:ffff:ffff:ffff:ffff:ffff
2603:26f3:e69f:ffff:ffff:ffff:ffff:ffff
2603:26f3:eb7f:ffff:ffff:ffff:ffff:ffff
2603:26f3:ed1f:ffff:ffff:ffff:ffff:ffff
2603:26f3:f43f:ffff:ffff:ffff:ffff:ffff
2603:26f3:fd1f:ffff:ffff:ffff:ffff:ffff
2603:26f4:19f:ffff:ffff:ffff:ffff:ffff
2603:26f4:37f:ffff:ffff:ffff:ffff:ffff
2603:26f4:9ff:ffff:ffff:ffff:ffff:ffff
2603:26f4:b7f:ffff:ffff:ffff:ffff:ffff
2603:26f4:bff:ffff:ffff:ffff:ffff:ffff
2603:26f4:cdf:ffff:ffff:ffff:ffff:ffff
2603:26f4:d9f:ffff:ffff:ffff:ffff:ffff
2603:26f4:edf:ffff:ffff:ffff:ffff:ffff
2603:26f4:10ff:ffff:ffff:ffff:ffff:ffff
2603:26f4:119f:ffff:ffff:ffff:ffff:ffff
2603:26f4:127f:ffff:ffff:ffff:ffff:ffff
2603:26f4:12df:ffff:ffff:ffff:ffff:ffff
2603:26f4:145f:ffff:ffff:ffff:ffff:ffff
2603:26f4:14bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:15df:ffff:ffff:ffff:ffff:ffff
2603:26f4:1bbf:ffff:ffff:ffff:ffff:ffff
2603:26f4:1d5f:ffff:ffff:ffff:ffff:ffff
2603:26f4:1eff:ffff:ffff:ffff:ffff:ffff
2603:26f4:22df:ffff:ffff:ffff:ffff:ffff
2603:26f4:245f:ffff:ffff:ffff:ffff:ffff
2603:26f4:263f:ffff:ffff:ffff:ffff:ffff
2603:26f4:2cbf:ffff:ffff:ffff:ffff:ffff
2603:26f4:47bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:481f:ffff:ffff:ffff:ffff:ffff
2603:26f4:4a3f:ffff:ffff:ffff:ffff:ffff
2603:26f4:4c1f:ffff:ffff:ffff:ffff:ffff
2603:26f4:4d9f:ffff:ffff:ffff:ffff:ffff
2603:26f4:4f9f:ffff:ffff:ffff:ffff:ffff
2603:26f4:54ff:ffff:ffff:ffff:ffff:ffff
2603:26f4:553f:ffff:ffff:ffff:ffff:ffff
2603:26f4:5d9f:ffff:ffff:ffff:ffff:ffff
2603:26f4:69bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:76ff:ffff:ffff:ffff:ffff:ffff
2603:26f4:7d3f:ffff:ffff:ffff:ffff:ffff
2603:26f4:7dbf:ffff:ffff:ffff:ffff:ffff
2603:26f4:80bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:857f:ffff:ffff:ffff:ffff:ffff
2603:26f4:87bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:89bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:8a1f:ffff:ffff:ffff:ffff:ffff
2603:26f4:8cff:ffff:ffff:ffff:ffff:ffff
2603:26f4:8d7f:ffff:ffff:ffff:ffff:ffff
2603:26f4:8f5f:ffff:ffff:ffff:ffff:ffff
2603:26f4:91bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:959f:ffff:ffff:ffff:ffff:ffff
2603:26f4:97bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:9abf:ffff:ffff:ffff:ffff:ffff
2603:26f4:9aff:ffff:ffff:ffff:ffff:ffff
2603:26f4:9f7f:ffff:ffff:ffff:ffff:ffff
2603:26f4:a33f:ffff:ffff:ffff:ffff:ffff
2603:26f4:a39f:ffff:ffff:ffff:ffff:ffff
2603:26f4:a41f:ffff:ffff:ffff:ffff:ffff
2603:26f4:a51f:ffff:ffff:ffff:ffff:ffff
2603:26f4:aaff:ffff:ffff:ffff:ffff:ffff
2603:26f4:ad5f:ffff:ffff:ffff:ffff:ffff
2603:26f4:b43f:ffff:ffff:ffff:ffff:ffff
2603:26f4:b61f:ffff:ffff:ffff:ffff:ffff
2603:26f4:b71f:ffff:ffff:ffff:ffff:ffff
2603:26f4:b7bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:b89f:ffff:ffff:ffff:ffff:ffff
2603:26f4:bb5f:ffff:ffff:ffff:ffff:ffff
2603:26f4:bcdf:ffff:ffff:ffff:ffff:ffff
2603:26f4:bf7f:ffff:ffff:ffff:ffff:ffff
2603:26f4:c07f:ffff:ffff:ffff:ffff:ffff
2603:26f4:caff:ffff:ffff:ffff:ffff:ffff
2603:26f4:d37f:ffff:ffff:ffff:ffff:ffff
2603:26f4:d57f:ffff:ffff:ffff:ffff:ffff
2603:26f4:d67f:ffff:ffff:ffff:ffff:ffff
2603:26f4:d6bf:ffff:ffff:ffff:ffff:ffff
2603:26f4:d85f:ffff:ffff:ffff:ffff:ffff
2603:26f4:d91f:ffff:ffff:ffff:ffff:ffff
2603:26f4:da1f:ffff:ffff:ffff:ffff:ffff
2603:26f4:e67f:ffff:ffff:ffff:ffff:ffff
2603:26f4:e73f:ffff:ffff:ffff:ffff:ffff

2603:26f4:eedf:ffff:ffff:ffff:ffff:ffff
2603:26f4:f07f:ffff:ffff:ffff:ffff:ffff
2603:26f4:f25f:ffff:ffff:ffff:ffff:ffff
2603:26f4:f5ff:ffff:ffff:ffff:ffff:ffff
2603:26f4:fe5f:ffff:ffff:ffff:ffff:ffff
2603:26f5:5df:ffff:ffff:ffff:ffff:ffff
2603:26f5:13df:ffff:ffff:ffff:ffff:ffff
2603:26f5:149f:ffff:ffff:ffff:ffff:ffff
2603:26f5:16ff:ffff:ffff:ffff:ffff:ffff
2603:26f5:1edf:ffff:ffff:ffff:ffff:ffff
2603:26f5:1f9f:ffff:ffff:ffff:ffff:ffff
2603:26f5:22df:ffff:ffff:ffff:ffff:ffff
2603:26f5:295f:ffff:ffff:ffff:ffff:ffff
2603:26f5:323f:ffff:ffff:ffff:ffff:ffff
2603:26f5:34bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:3cff:ffff:ffff:ffff:ffff:ffff
2603:26f5:40bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:491f:ffff:ffff:ffff:ffff:ffff
2603:26f5:4c9f:ffff:ffff:ffff:ffff:ffff
2603:26f5:50df:ffff:ffff:ffff:ffff:ffff
2603:26f5:547f:ffff:ffff:ffff:ffff:ffff
2603:26f5:59df:ffff:ffff:ffff:ffff:ffff
2603:26f5:5a7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:609f:ffff:ffff:ffff:ffff:ffff
2603:26f5:60df:ffff:ffff:ffff:ffff:ffff
2603:26f5:759f:ffff:ffff:ffff:ffff:ffff
2603:26f5:77bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:79bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:7e7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:7f1f:ffff:ffff:ffff:ffff:ffff
2603:26f5:813f:ffff:ffff:ffff:ffff:ffff
2603:26f5:81df:ffff:ffff:ffff:ffff:ffff
2603:26f5:821f:ffff:ffff:ffff:ffff:ffff
2603:26f5:827f:ffff:ffff:ffff:ffff:ffff
2603:26f5:831f:ffff:ffff:ffff:ffff:ffff
2603:26f5:839f:ffff:ffff:ffff:ffff:ffff
2603:26f5:89bf:ffff:ffff:ffff:ffff:ffff

2603:26f5:8c7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:8d3f:ffff:ffff:ffff:ffff:ffff
2603:26f5:8e7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:953f:ffff:ffff:ffff:ffff:ffff
2603:26f5:967f:ffff:ffff:ffff:ffff:ffff
2603:26f5:9cff:ffff:ffff:ffff:ffff:ffff
2603:26f5:9e1f:ffff:ffff:ffff:ffff:ffff
2603:26f5:a03f:ffff:ffff:ffff:ffff:ffff
2603:26f5:a2bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:a49f:ffff:ffff:ffff:ffff:ffff
2603:26f5:a55f:ffff:ffff:ffff:ffff:ffff
2603:26f5:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:b55f:ffff:ffff:ffff:ffff:ffff
2603:26f5:b91f:ffff:ffff:ffff:ffff:ffff
2603:26f5:b99f:ffff:ffff:ffff:ffff:ffff
2603:26f5:ba7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:bb9f:ffff:ffff:ffff:ffff:ffff
2603:26f5:bd9f:ffff:ffff:ffff:ffff:ffff
2603:26f5:c07f:ffff:ffff:ffff:ffff:ffff
2603:26f5:c37f:ffff:ffff:ffff:ffff:ffff
2603:26f5:cd7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:cdbf:ffff:ffff:ffff:ffff:ffff
2603:26f5:d0bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:d4bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:d65f:ffff:ffff:ffff:ffff:ffff
2603:26f5:da7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:dc7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:ddbf:ffff:ffff:ffff:ffff:ffff
2603:26f5:de7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:e33f:ffff:ffff:ffff:ffff:ffff
2603:26f5:e3bf:ffff:ffff:ffff:ffff:ffff
2603:26f5:e9ff:ffff:ffff:ffff:ffff:ffff
2603:26f5:ea9f:ffff:ffff:ffff:ffff:ffff
2603:26f5:ed1f:ffff:ffff:ffff:ffff:ffff
2603:26f5:ee3f:ffff:ffff:ffff:ffff:ffff
2603:26f5:ef7f:ffff:ffff:ffff:ffff:ffff
2603:26f5:f37f:ffff:ffff:ffff:ffff:ffff

2603:26f5:fdff:ffff:ffff:ffff:ffff:ffff
2603:26f6:4bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:a7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:bdf:ffff:ffff:ffff:ffff:ffff
2603:26f6:c3f:ffff:ffff:ffff:ffff:ffff
2603:26f6:cff:ffff:ffff:ffff:ffff:ffff
2603:26f6:d5f:ffff:ffff:ffff:ffff:ffff
2603:26f6:e7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:14df:ffff:ffff:ffff:ffff:ffff
2603:26f6:215f:ffff:ffff:ffff:ffff:ffff
2603:26f6:28bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:2a7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:2e5f:ffff:ffff:ffff:ffff:ffff
2603:26f6:2edf:ffff:ffff:ffff:ffff:ffff
2603:26f6:31bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:345f:ffff:ffff:ffff:ffff:ffff
2603:26f6:36df:ffff:ffff:ffff:ffff:ffff
2603:26f6:373f:ffff:ffff:ffff:ffff:ffff
2603:26f6:3dff:ffff:ffff:ffff:ffff:ffff
2603:26f6:415f:ffff:ffff:ffff:ffff:ffff
2603:26f6:437f:ffff:ffff:ffff:ffff:ffff
2603:26f6:44df:ffff:ffff:ffff:ffff:ffff
2603:26f6:47ff:ffff:ffff:ffff:ffff:ffff
2603:26f6:4e9f:ffff:ffff:ffff:ffff:ffff
2603:26f6:4f5f:ffff:ffff:ffff:ffff:ffff
2603:26f6:4fdf:ffff:ffff:ffff:ffff:ffff
2603:26f6:515f:ffff:ffff:ffff:ffff:ffff
2603:26f6:575f:ffff:ffff:ffff:ffff:ffff
2603:26f6:583f:ffff:ffff:ffff:ffff:ffff
2603:26f6:5cbf:ffff:ffff:ffff:ffff:ffff
2603:26f6:62ff:ffff:ffff:ffff:ffff:ffff
2603:26f6:657f:ffff:ffff:ffff:ffff:ffff
2603:26f6:67df:ffff:ffff:ffff:ffff:ffff
2603:26f6:69bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:6b1f:ffff:ffff:ffff:ffff:ffff
2603:26f6:6e5f:ffff:ffff:ffff:ffff:ffff

2603:26f6:6f9f:ffff:ffff:ffff:ffff:ffff
2603:26f6:719f:ffff:ffff:ffff:ffff:ffff
2603:26f6:72df:ffff:ffff:ffff:ffff:ffff
2603:26f6:775f:ffff:ffff:ffff:ffff:ffff
2603:26f6:781f:ffff:ffff:ffff:ffff:ffff
2603:26f6:79bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:7a7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:7d7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:7e7f:ffff:ffff:ffff:ffff:ffff
2603:26f6:7f9f:ffff:ffff:ffff:ffff:ffff
2603:26f6:85bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:867f:ffff:ffff:ffff:ffff:ffff
2603:26f6:879f:ffff:ffff:ffff:ffff:ffff
2603:26f6:977f:ffff:ffff:ffff:ffff:ffff
2603:26f6:98bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:9c9f:ffff:ffff:ffff:ffff:ffff
2603:26f6:9f3f:ffff:ffff:ffff:ffff:ffff
2603:26f6:a0ff:ffff:ffff:ffff:ffff:ffff
2603:26f6:a25f:ffff:ffff:ffff:ffff:ffff
2603:26f6:a3df:ffff:ffff:ffff:ffff:ffff
2603:26f6:ad3f:ffff:ffff:ffff:ffff:ffff
2603:26f6:b09f:ffff:ffff:ffff:ffff:ffff
2603:26f6:b0ff:ffff:ffff:ffff:ffff:ffff
2603:26f6:b17f:ffff:ffff:ffff:ffff:ffff
2603:26f6:b3df:ffff:ffff:ffff:ffff:ffff
2603:26f6:b4bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:b6bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:c4bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:c5bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:cbdf:ffff:ffff:ffff:ffff:ffff
2603:26f6:d11f:ffff:ffff:ffff:ffff:ffff
2603:26f6:e63f:ffff:ffff:ffff:ffff:ffff
2603:26f6:e75f:ffff:ffff:ffff:ffff:ffff
2603:26f6:efdf:ffff:ffff:ffff:ffff:ffff
2603:26f6:f0bf:ffff:ffff:ffff:ffff:ffff
2603:26f6:f23f:ffff:ffff:ffff:ffff:ffff
2603:26f6:f2ff:ffff:ffff:ffff:ffff:ffff

2603:26f6:f45f:ffff:ffff:ffff:ffff:ffff
2603:26f6:f59f:ffff:ffff:ffff:ffff:ffff
2603:26f6:ff9f:ffff:ffff:ffff:ffff:ffff
2603:26f7:85f:ffff:ffff:ffff:ffff:ffff
2603:26f7:eff:ffff:ffff:ffff:ffff:ffff
2603:26f7:149f:ffff:ffff:ffff:ffff:ffff
2603:26f7:157f:ffff:ffff:ffff:ffff:ffff
2603:26f7:163f:ffff:ffff:ffff:ffff:ffff
2603:26f7:185f:ffff:ffff:ffff:ffff:ffff
2603:26f7:19df:ffff:ffff:ffff:ffff:ffff
2603:26f7:1a7f:ffff:ffff:ffff:ffff:ffff
2603:26f7:281f:ffff:ffff:ffff:ffff:ffff
2603:26f7:293f:ffff:ffff:ffff:ffff:ffff
2603:26f7:2b7f:ffff:ffff:ffff:ffff:ffff
2603:26f7:2bff:ffff:ffff:ffff:ffff:ffff
2603:26f7:345f:ffff:ffff:ffff:ffff:ffff
2603:26f7:351f:ffff:ffff:ffff:ffff:ffff
2603:26f7:371f:ffff:ffff:ffff:ffff:ffff
2603:26f7:3edf:ffff:ffff:ffff:ffff:ffff
2603:26f7:41ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:42bf:ffff:ffff:ffff:ffff:ffff
2603:26f7:431f:ffff:ffff:ffff:ffff:ffff
2603:26f7:437f:ffff:ffff:ffff:ffff:ffff
2603:26f7:43bf:ffff:ffff:ffff:ffff:ffff
2603:26f7:447f:ffff:ffff:ffff:ffff:ffff
2603:26f7:4a3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:505f:ffff:ffff:ffff:ffff:ffff
2603:26f7:509f:ffff:ffff:ffff:ffff:ffff
2603:26f7:543f:ffff:ffff:ffff:ffff:ffff
2603:26f7:55df:ffff:ffff:ffff:ffff:ffff
2603:26f7:575f:ffff:ffff:ffff:ffff:ffff
2603:26f7:5c3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:61ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:62df:ffff:ffff:ffff:ffff:ffff
2603:26f7:6c3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:6d5f:ffff:ffff:ffff:ffff:ffff
2603:26f7:6f3f:ffff:ffff:ffff:ffff:ffff

2603:26f7:6fbf:ffff:ffff:ffff:ffff:ffff
2603:26f7:71bf:ffff:ffff:ffff:ffff:ffff
2603:26f7:7c3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:815f:ffff:ffff:ffff:ffff:ffff
2603:26f7:825f:ffff:ffff:ffff:ffff:ffff
2603:26f7:82ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:853f:ffff:ffff:ffff:ffff:ffff
2603:26f7:887f:ffff:ffff:ffff:ffff:ffff
2603:26f7:899f:ffff:ffff:ffff:ffff:ffff
2603:26f7:89ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:8aff:ffff:ffff:ffff:ffff:ffff
2603:26f7:91ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:96df:ffff:ffff:ffff:ffff:ffff
2603:26f7:991f:ffff:ffff:ffff:ffff:ffff
2603:26f7:999f:ffff:ffff:ffff:ffff:ffff
2603:26f7:9b5f:ffff:ffff:ffff:ffff:ffff
2603:26f7:a25f:ffff:ffff:ffff:ffff:ffff
2603:26f7:a31f:ffff:ffff:ffff:ffff:ffff
2603:26f7:a63f:ffff:ffff:ffff:ffff:ffff
2603:26f7:a8df:ffff:ffff:ffff:ffff:ffff
2603:26f7:abbf:ffff:ffff:ffff:ffff:ffff
2603:26f7:ac9f:ffff:ffff:ffff:ffff:ffff
2603:26f7:af3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:b8ff:ffff:ffff:ffff:ffff:ffff
2603:26f7:be9f:ffff:ffff:ffff:ffff:ffff
2603:26f7:c75f:ffff:ffff:ffff:ffff:ffff
2603:26f7:c7df:ffff:ffff:ffff:ffff:ffff
2603:26f7:ca9f:ffff:ffff:ffff:ffff:ffff
2603:26f7:ce7f:ffff:ffff:ffff:ffff:ffff
2603:26f7:cf5f:ffff:ffff:ffff:ffff:ffff
2603:26f7:cfdf:ffff:ffff:ffff:ffff:ffff
2603:26f7:d79f:ffff:ffff:ffff:ffff:ffff
2603:26f7:e05f:ffff:ffff:ffff:ffff:ffff
2603:26f7:e3bf:ffff:ffff:ffff:ffff:ffff
2603:26f7:e65f:ffff:ffff:ffff:ffff:ffff
2603:26f7:e73f:ffff:ffff:ffff:ffff:ffff
2603:26f7:e8bf:ffff:ffff:ffff:ffff:ffff

2603:26f7:eb3f:ffff:ffff:ffff:ffff:ffff
2603:26f7:ef5f:ffff:ffff:ffff:ffff:ffff
2603:26f7:efff:ffff:ffff:ffff:ffff:ffff
2603:26f7:f29f:ffff:ffff:ffff:ffff:ffff
2603:26f7:fcdf:ffff:ffff:ffff:ffff:ffff
2603:26f8:b5f:ffff:ffff:ffff:ffff:ffff
2603:26f8:cff:ffff:ffff:ffff:ffff:ffff
2603:26f8:f9f:ffff:ffff:ffff:ffff:ffff
2603:26f8:19df:ffff:ffff:ffff:ffff:ffff
2603:26f8:20ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:21bf:ffff:ffff:ffff:ffff:ffff
2603:26f8:259f:ffff:ffff:ffff:ffff:ffff
2603:26f8:295f:ffff:ffff:ffff:ffff:ffff
2603:26f8:305f:ffff:ffff:ffff:ffff:ffff
2603:26f8:375f:ffff:ffff:ffff:ffff:ffff
2603:26f8:37bf:ffff:ffff:ffff:ffff:ffff
2603:26f8:39bf:ffff:ffff:ffff:ffff:ffff
2603:26f8:3b3f:ffff:ffff:ffff:ffff:ffff
2603:26f8:3b7f:ffff:ffff:ffff:ffff:ffff
2603:26f8:3c3f:ffff:ffff:ffff:ffff:ffff
2603:26f8:45bf:ffff:ffff:ffff:ffff:ffff
2603:26f8:497f:ffff:ffff:ffff:ffff:ffff
2603:26f8:4b9f:ffff:ffff:ffff:ffff:ffff
2603:26f8:4dbf:ffff:ffff:ffff:ffff:ffff
2603:26f8:4edf:ffff:ffff:ffff:ffff:ffff
2603:26f8:4fff:ffff:ffff:ffff:ffff:ffff
2603:26f8:5e3f:ffff:ffff:ffff:ffff:ffff
2603:26f8:603f:ffff:ffff:ffff:ffff:ffff
2603:26f8:67ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:6b9f:ffff:ffff:ffff:ffff:ffff
2603:26f8:6c3f:ffff:ffff:ffff:ffff:ffff
2603:26f8:6eff:ffff:ffff:ffff:ffff:ffff
2603:26f8:75df:ffff:ffff:ffff:ffff:ffff
2603:26f8:781f:ffff:ffff:ffff:ffff:ffff
2603:26f8:789f:ffff:ffff:ffff:ffff:ffff
2603:26f8:79ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:7b9f:ffff:ffff:ffff:ffff:ffff

2603:26f8:7f7f:ffff:ffff:ffff:ffff:ffff
2603:26f8:823f:ffff:ffff:ffff:ffff:ffff
2603:26f8:899f:ffff:ffff:ffff:ffff:ffff
2603:26f8:8ddf:ffff:ffff:ffff:ffff:ffff
2603:26f8:905f:ffff:ffff:ffff:ffff:ffff
2603:26f8:921f:ffff:ffff:ffff:ffff:ffff
2603:26f8:a0ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:a81f:ffff:ffff:ffff:ffff:ffff
2603:26f8:bdff:ffff:ffff:ffff:ffff:ffff
2603:26f8:c2ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:c7ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:c8df:ffff:ffff:ffff:ffff:ffff
2603:26f8:cb9f:ffff:ffff:ffff:ffff:ffff
2603:26f8:cd3f:ffff:ffff:ffff:ffff:ffff
2603:26f8:cd9f:ffff:ffff:ffff:ffff:ffff
2603:26f8:cfbf:ffff:ffff:ffff:ffff:ffff
2603:26f8:d83f:ffff:ffff:ffff:ffff:ffff
2603:26f8:dc7f:ffff:ffff:ffff:ffff:ffff
2603:26f8:e07f:ffff:ffff:ffff:ffff:ffff
2603:26f8:e2bf:ffff:ffff:ffff:ffff:ffff
2603:26f8:e6df:ffff:ffff:ffff:ffff:ffff
2603:26f8:e9ff:ffff:ffff:ffff:ffff:ffff
2603:26f8:ee5f:ffff:ffff:ffff:ffff:ffff
2603:26f8:f0df:ffff:ffff:ffff:ffff:ffff
2603:26f8:f31f:ffff:ffff:ffff:ffff:ffff
2603:26f8:f99f:ffff:ffff:ffff:ffff:ffff
2603:26f8:f9df:ffff:ffff:ffff:ffff:ffff
2603:26f8:fb7f:ffff:ffff:ffff:ffff:ffff
2603:26f8:fcbf:ffff:ffff:ffff:ffff:ffff
2603:26f8:ffff:ffff:ffff:ffff:ffff:ffff
2603:26f9:2df:ffff:ffff:ffff:ffff:ffff
2603:26f9:b5f:ffff:ffff:ffff:ffff:ffff
2603:26f9:e3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:eff:ffff:ffff:ffff:ffff:ffff
2603:26f9:14df:ffff:ffff:ffff:ffff:ffff
2603:26f9:16df:ffff:ffff:ffff:ffff:ffff
2603:26f9:177f:ffff:ffff:ffff:ffff:ffff

2603:26f9:1ebf:ffff:ffff:ffff:ffff:ffff
2603:26f9:1f3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:28bf:ffff:ffff:ffff:ffff:ffff
2603:26f9:2a1f:ffff:ffff:ffff:ffff:ffff
2603:26f9:2a7f:ffff:ffff:ffff:ffff:ffff
2603:26f9:3aff:ffff:ffff:ffff:ffff:ffff
2603:26f9:3d1f:ffff:ffff:ffff:ffff:ffff
2603:26f9:3d7f:ffff:ffff:ffff:ffff:ffff
2603:26f9:421f:ffff:ffff:ffff:ffff:ffff
2603:26f9:46ff:ffff:ffff:ffff:ffff:ffff
2603:26f9:49df:ffff:ffff:ffff:ffff:ffff
2603:26f9:4e3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:513f:ffff:ffff:ffff:ffff:ffff
2603:26f9:517f:ffff:ffff:ffff:ffff:ffff
2603:26f9:559f:ffff:ffff:ffff:ffff:ffff
2603:26f9:58df:ffff:ffff:ffff:ffff:ffff
2603:26f9:5adf:ffff:ffff:ffff:ffff:ffff
2603:26f9:5bdf:ffff:ffff:ffff:ffff:ffff
2603:26f9:657f:ffff:ffff:ffff:ffff:ffff
2603:26f9:683f:ffff:ffff:ffff:ffff:ffff
2603:26f9:709f:ffff:ffff:ffff:ffff:ffff
2603:26f9:759f:ffff:ffff:ffff:ffff:ffff
2603:26f9:76df:ffff:ffff:ffff:ffff:ffff
2603:26f9:78ff:ffff:ffff:ffff:ffff:ffff
2603:26f9:7c3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:817f:ffff:ffff:ffff:ffff:ffff
2603:26f9:821f:ffff:ffff:ffff:ffff:ffff
2603:26f9:825f:ffff:ffff:ffff:ffff:ffff
2603:26f9:881f:ffff:ffff:ffff:ffff:ffff
2603:26f9:8a3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:8d9f:ffff:ffff:ffff:ffff:ffff
2603:26f9:8ebf:ffff:ffff:ffff:ffff:ffff
2603:26f9:921f:ffff:ffff:ffff:ffff:ffff
2603:26f9:9c9f:ffff:ffff:ffff:ffff:ffff
2603:26f9:9d9f:ffff:ffff:ffff:ffff:ffff
2603:26f9:a85f:ffff:ffff:ffff:ffff:ffff
2603:26f9:a99f:ffff:ffff:ffff:ffff:ffff

2603:26f9:aa3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:aadf:ffff:ffff:ffff:ffff:ffff
2603:26f9:b0ff:ffff:ffff:ffff:ffff:ffff
2603:26f9:b1ff:ffff:ffff:ffff:ffff:ffff
2603:26f9:b37f:ffff:ffff:ffff:ffff:ffff
2603:26f9:b81f:ffff:ffff:ffff:ffff:ffff
2603:26f9:bf3f:ffff:ffff:ffff:ffff:ffff
2603:26f9:c17f:ffff:ffff:ffff:ffff:ffff
2603:26f9:c43f:ffff:ffff:ffff:ffff:ffff
2603:26f9:c87f:ffff:ffff:ffff:ffff:ffff
2603:26f9:ca5f:ffff:ffff:ffff:ffff:ffff
2603:26f9:d31f:ffff:ffff:ffff:ffff:ffff
2603:26f9:d91f:ffff:ffff:ffff:ffff:ffff
2603:26f9:d97f:ffff:ffff:ffff:ffff:ffff
2603:26f9:da7f:ffff:ffff:ffff:ffff:ffff
2603:26f9:daff:ffff:ffff:ffff:ffff:ffff
2603:26f9:de1f:ffff:ffff:ffff:ffff:ffff
2603:26f9:e19f:ffff:ffff:ffff:ffff:ffff
2603:26f9:e67f:ffff:ffff:ffff:ffff:ffff
2603:26f9:e71f:ffff:ffff:ffff:ffff:ffff
2603:26f9:ea7f:ffff:ffff:ffff:ffff:ffff
2603:26f9:eebf:ffff:ffff:ffff:ffff:ffff
2603:26f9:fc9f:ffff:ffff:ffff:ffff:ffff
2603:26f9:fdbf:ffff:ffff:ffff:ffff:ffff
2603:26f9:ffff:ffff:ffff:ffff:ffff:ffff
2603:26fa:59f:ffff:ffff:ffff:ffff:ffff
2603:26fa:7df:ffff:ffff:ffff:ffff:ffff
2603:26fa:b5f:ffff:ffff:ffff:ffff:ffff
2603:26fa:145f:ffff:ffff:ffff:ffff:ffff
2603:26fa:1e9f:ffff:ffff:ffff:ffff:ffff
2603:26fa:22ff:ffff:ffff:ffff:ffff:ffff
2603:26fa:26df:ffff:ffff:ffff:ffff:ffff
2603:26fa:339f:ffff:ffff:ffff:ffff:ffff
2603:26fa:367f:ffff:ffff:ffff:ffff:ffff
2603:26fa:379f:ffff:ffff:ffff:ffff:ffff
2603:26fa:3b9f:ffff:ffff:ffff:ffff:ffff
2603:26fa:425f:ffff:ffff:ffff:ffff:ffff

2603:26fa:42ff:ffff:ffff:ffff:ffff:ffff
2603:26fa:433f:ffff:ffff:ffff:ffff:ffff
2603:26fa:44ff:ffff:ffff:ffff:ffff:ffff
2603:26fa:469f:ffff:ffff:ffff:ffff:ffff
2603:26fa:4fbf:ffff:ffff:ffff:ffff:ffff
2603:26fa:50df:ffff:ffff:ffff:ffff:ffff
2603:26fa:577f:ffff:ffff:ffff:ffff:ffff
2603:26fa:5cff:ffff:ffff:ffff:ffff:ffff
2603:26fa:605f:ffff:ffff:ffff:ffff:ffff
2603:26fa:67ff:ffff:ffff:ffff:ffff:ffff
2603:26fa:6a1f:ffff:ffff:ffff:ffff:ffff
2603:26fa:6a5f:ffff:ffff:ffff:ffff:ffff
2603:26fa:6e3f:ffff:ffff:ffff:ffff:ffff
2603:26fa:6e7f:ffff:ffff:ffff:ffff:ffff
2603:26fa:6fff:ffff:ffff:ffff:ffff:ffff
2603:26fa:737f:ffff:ffff:ffff:ffff:ffff
2603:26fa:749f:ffff:ffff:ffff:ffff:ffff
2603:26fa:7bdf:ffff:ffff:ffff:ffff:ffff
2603:26fa:7cdf:ffff:ffff:ffff:ffff:ffff
2603:26fa:7dbf:ffff:ffff:ffff:ffff:ffff
2603:26fa:895f:ffff:ffff:ffff:ffff:ffff
2603:26fa:977f:ffff:ffff:ffff:ffff:ffff
2603:26fa:9dff:ffff:ffff:ffff:ffff:ffff
2603:26fa:a01f:ffff:ffff:ffff:ffff:ffff
2603:26fa:a4bf:ffff:ffff:ffff:ffff:ffff
2603:26fa:a93f:ffff:ffff:ffff:ffff:ffff
2603:26fa:ab9f:ffff:ffff:ffff:ffff:ffff
2603:26fa:b57f:ffff:ffff:ffff:ffff:ffff
2603:26fa:b73f:ffff:ffff:ffff:ffff:ffff
2603:26fa:b87f:ffff:ffff:ffff:ffff:ffff
2603:26fa:bc7f:ffff:ffff:ffff:ffff:ffff
2603:26fa:c2ff:ffff:ffff:ffff:ffff:ffff
2603:26fa:c4df:ffff:ffff:ffff:ffff:ffff
2603:26fa:c95f:ffff:ffff:ffff:ffff:ffff
2603:26fa:cbbf:ffff:ffff:ffff:ffff:ffff
2603:26fa:cd3f:ffff:ffff:ffff:ffff:ffff
2603:26fa:ce5f:ffff:ffff:ffff:ffff:ffff

2603:26fa:d37f:ffff:ffff:ffff:ffff:ffff
2603:26fa:d43f:ffff:ffff:ffff:ffff:ffff
2603:26fa:d65f:ffff:ffff:ffff:ffff:ffff
2603:26fa:d9df:ffff:ffff:ffff:ffff:ffff
2603:26fa:dbbf:ffff:ffff:ffff:ffff:ffff
2603:26fa:dbff:ffff:ffff:ffff:ffff:ffff
2603:26fa:dcff:ffff:ffff:ffff:ffff:ffff
2603:26fa:e05f:ffff:ffff:ffff:ffff:ffff
2603:26fa:e17f:ffff:ffff:ffff:ffff:ffff
2603:26fa:e6bf:ffff:ffff:ffff:ffff:ffff
2603:26fa:e85f:ffff:ffff:ffff:ffff:ffff
2603:26fa:ecbf:ffff:ffff:ffff:ffff:ffff
2603:26fa:ee1f:ffff:ffff:ffff:ffff:ffff
2603:26fa:f23f:ffff:ffff:ffff:ffff:ffff
2603:26fa:ffdf:ffff:ffff:ffff:ffff:ffff
2603:26fb:27f:ffff:ffff:ffff:ffff:ffff
2603:26fb:65f:ffff:ffff:ffff:ffff:ffff
2603:26fb:d1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:f7f:ffff:ffff:ffff:ffff:ffff
2603:26fb:fbf:ffff:ffff:ffff:ffff:ffff
2603:26fb:fff:ffff:ffff:ffff:ffff:ffff
2603:26fb:177f:ffff:ffff:ffff:ffff:ffff
2603:26fb:19ff:ffff:ffff:ffff:ffff:ffff
2603:26fb:1e1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:207f:ffff:ffff:ffff:ffff:ffff
2603:26fb:20df:ffff:ffff:ffff:ffff:ffff
2603:26fb:25bf:ffff:ffff:ffff:ffff:ffff
2603:26fb:2bbf:ffff:ffff:ffff:ffff:ffff
2603:26fb:309f:ffff:ffff:ffff:ffff:ffff
2603:26fb:31df:ffff:ffff:ffff:ffff:ffff
2603:26fb:353f:ffff:ffff:ffff:ffff:ffff
2603:26fb:375f:ffff:ffff:ffff:ffff:ffff
2603:26fb:3c1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:3f3f:ffff:ffff:ffff:ffff:ffff
2603:26fb:419f:ffff:ffff:ffff:ffff:ffff
2603:26fb:43df:ffff:ffff:ffff:ffff:ffff
2603:26fb:609f:ffff:ffff:ffff:ffff:ffff

2603:26fb:617f:ffff:ffff:ffff:ffff:ffff
2603:26fb:62df:ffff:ffff:ffff:ffff:ffff
2603:26fb:681f:ffff:ffff:ffff:ffff:ffff
2603:26fb:6e1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:6e9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:723f:ffff:ffff:ffff:ffff:ffff
2603:26fb:761f:ffff:ffff:ffff:ffff:ffff
2603:26fb:78df:ffff:ffff:ffff:ffff:ffff
2603:26fb:7adf:ffff:ffff:ffff:ffff:ffff
2603:26fb:7bdf:ffff:ffff:ffff:ffff:ffff
2603:26fb:7c9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:7d9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:829f:ffff:ffff:ffff:ffff:ffff
2603:26fb:899f:ffff:ffff:ffff:ffff:ffff
2603:26fb:8edf:ffff:ffff:ffff:ffff:ffff
2603:26fb:90ff:ffff:ffff:ffff:ffff:ffff
2603:26fb:a05f:ffff:ffff:ffff:ffff:ffff
2603:26fb:a51f:ffff:ffff:ffff:ffff:ffff
2603:26fb:a7df:ffff:ffff:ffff:ffff:ffff
2603:26fb:a87f:ffff:ffff:ffff:ffff:ffff
2603:26fb:aa7f:ffff:ffff:ffff:ffff:ffff
2603:26fb:aaff:ffff:ffff:ffff:ffff:ffff
2603:26fb:ab3f:ffff:ffff:ffff:ffff:ffff
2603:26fb:ab9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:b03f:ffff:ffff:ffff:ffff:ffff
2603:26fb:b61f:ffff:ffff:ffff:ffff:ffff
2603:26fb:b71f:ffff:ffff:ffff:ffff:ffff
2603:26fb:bb9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:bddf:ffff:ffff:ffff:ffff:ffff
2603:26fb:bf7f:ffff:ffff:ffff:ffff:ffff
2603:26fb:c1df:ffff:ffff:ffff:ffff:ffff
2603:26fb:c2ff:ffff:ffff:ffff:ffff:ffff
2603:26fb:cd3f:ffff:ffff:ffff:ffff:ffff
2603:26fb:ce1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:d05f:ffff:ffff:ffff:ffff:ffff
2603:26fb:d0ff:ffff:ffff:ffff:ffff:ffff
2603:26fb:d71f:ffff:ffff:ffff:ffff:ffff

2603:26fb:dc1f:ffff:ffff:ffff:ffff:ffff
2603:26fb:dd9f:ffff:ffff:ffff:ffff:ffff
2603:26fb:de3f:ffff:ffff:ffff:ffff:ffff
2603:26fb:e39f:ffff:ffff:ffff:ffff:ffff
2603:26fb:e61f:ffff:ffff:ffff:ffff:ffff
2603:26fb:eaff:ffff:ffff:ffff:ffff:ffff
2603:26fb:f35f:ffff:ffff:ffff:ffff:ffff
2603:26fb:f91f:ffff:ffff:ffff:ffff:ffff
2603:26fb:fb5f:ffff:ffff:ffff:ffff:ffff
2603:26fb:fd9f:ffff:ffff:ffff:ffff:ffff
2603:26fc:2ff:ffff:ffff:ffff:ffff:ffff
2603:26fc:6df:ffff:ffff:ffff:ffff:ffff
2603:26fc:a5f:ffff:ffff:ffff:ffff:ffff
2603:26fc:cbf:ffff:ffff:ffff:ffff:ffff
2603:26fc:10bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:19df:ffff:ffff:ffff:ffff:ffff
2603:26fc:1cbf:ffff:ffff:ffff:ffff:ffff
2603:26fc:223f:ffff:ffff:ffff:ffff:ffff
2603:26fc:261f:ffff:ffff:ffff:ffff:ffff
2603:26fc:267f:ffff:ffff:ffff:ffff:ffff
2603:26fc:271f:ffff:ffff:ffff:ffff:ffff
2603:26fc:2abf:ffff:ffff:ffff:ffff:ffff
2603:26fc:2bbf:ffff:ffff:ffff:ffff:ffff
2603:26fc:2fbf:ffff:ffff:ffff:ffff:ffff
2603:26fc:309f:ffff:ffff:ffff:ffff:ffff
2603:26fc:31bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:33df:ffff:ffff:ffff:ffff:ffff
2603:26fc:351f:ffff:ffff:ffff:ffff:ffff
2603:26fc:375f:ffff:ffff:ffff:ffff:ffff
2603:26fc:3a1f:ffff:ffff:ffff:ffff:ffff
2603:26fc:3a5f:ffff:ffff:ffff:ffff:ffff
2603:26fc:3cdf:ffff:ffff:ffff:ffff:ffff
2603:26fc:40bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:435f:ffff:ffff:ffff:ffff:ffff
2603:26fc:45bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:545f:ffff:ffff:ffff:ffff:ffff
2603:26fc:573f:ffff:ffff:ffff:ffff:ffff

2603:26fc:5a9f:ffff:ffff:ffff:ffff:ffff
2603:26fc:5c3f:ffff:ffff:ffff:ffff:ffff
2603:26fc:609f:ffff:ffff:ffff:ffff:ffff
2603:26fc:625f:ffff:ffff:ffff:ffff:ffff
2603:26fc:665f:ffff:ffff:ffff:ffff:ffff
2603:26fc:6a7f:ffff:ffff:ffff:ffff:ffff
2603:26fc:6d9f:ffff:ffff:ffff:ffff:ffff
2603:26fc:6e3f:ffff:ffff:ffff:ffff:ffff
2603:26fc:76ff:ffff:ffff:ffff:ffff:ffff
2603:26fc:779f:ffff:ffff:ffff:ffff:ffff
2603:26fc:7b9f:ffff:ffff:ffff:ffff:ffff
2603:26fc:803f:ffff:ffff:ffff:ffff:ffff
2603:26fc:813f:ffff:ffff:ffff:ffff:ffff
2603:26fc:825f:ffff:ffff:ffff:ffff:ffff
2603:26fc:82df:ffff:ffff:ffff:ffff:ffff
2603:26fc:883f:ffff:ffff:ffff:ffff:ffff
2603:26fc:891f:ffff:ffff:ffff:ffff:ffff
2603:26fc:899f:ffff:ffff:ffff:ffff:ffff
2603:26fc:8c3f:ffff:ffff:ffff:ffff:ffff
2603:26fc:917f:ffff:ffff:ffff:ffff:ffff
2603:26fc:951f:ffff:ffff:ffff:ffff:ffff
2603:26fc:9d7f:ffff:ffff:ffff:ffff:ffff
2603:26fc:a01f:ffff:ffff:ffff:ffff:ffff
2603:26fc:a23f:ffff:ffff:ffff:ffff:ffff
2603:26fc:a79f:ffff:ffff:ffff:ffff:ffff
2603:26fc:a93f:ffff:ffff:ffff:ffff:ffff
2603:26fc:ad5f:ffff:ffff:ffff:ffff:ffff
2603:26fc:b17f:ffff:ffff:ffff:ffff:ffff
2603:26fc:b23f:ffff:ffff:ffff:ffff:ffff
2603:26fc:b3bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:b47f:ffff:ffff:ffff:ffff:ffff
2603:26fc:b7ff:ffff:ffff:ffff:ffff:ffff
2603:26fc:ba3f:ffff:ffff:ffff:ffff:ffff
2603:26fc:c0df:ffff:ffff:ffff:ffff:ffff
2603:26fc:c29f:ffff:ffff:ffff:ffff:ffff
2603:26fc:c51f:ffff:ffff:ffff:ffff:ffff
2603:26fc:c9bf:ffff:ffff:ffff:ffff:ffff

2603:26fc:caff:ffff:ffff:ffff:ffff:ffff
2603:26fc:cf9f:ffff:ffff:ffff:ffff:ffff
2603:26fc:d33f:ffff:ffff:ffff:ffff:ffff
2603:26fc:d3df:ffff:ffff:ffff:ffff:ffff
2603:26fc:e6bf:ffff:ffff:ffff:ffff:ffff
2603:26fc:e7df:ffff:ffff:ffff:ffff:ffff
2603:26fc:e95f:ffff:ffff:ffff:ffff:ffff
2603:26fc:f13f:ffff:ffff:ffff:ffff:ffff
2603:26fc:fa7f:ffff:ffff:ffff:ffff:ffff
2603:26fc:fb1f:ffff:ffff:ffff:ffff:ffff
2603:26fc:fd5f:ffff:ffff:ffff:ffff:ffff
2603:26fd:1ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:137f:ffff:ffff:ffff:ffff:ffff
2603:26fd:14df:ffff:ffff:ffff:ffff:ffff
2603:26fd:1e1f:ffff:ffff:ffff:ffff:ffff
2603:26fd:24df:ffff:ffff:ffff:ffff:ffff
2603:26fd:295f:ffff:ffff:ffff:ffff:ffff
2603:26fd:29ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:2adf:ffff:ffff:ffff:ffff:ffff
2603:26fd:32df:ffff:ffff:ffff:ffff:ffff
2603:26fd:35ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:399f:ffff:ffff:ffff:ffff:ffff
2603:26fd:3ebf:ffff:ffff:ffff:ffff:ffff
2603:26fd:3fbf:ffff:ffff:ffff:ffff:ffff
2603:26fd:429f:ffff:ffff:ffff:ffff:ffff
2603:26fd:4aff:ffff:ffff:ffff:ffff:ffff
2603:26fd:4b7f:ffff:ffff:ffff:ffff:ffff
2603:26fd:55ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:571f:ffff:ffff:ffff:ffff:ffff
2603:26fd:57ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:597f:ffff:ffff:ffff:ffff:ffff
2603:26fd:5b7f:ffff:ffff:ffff:ffff:ffff
2603:26fd:5f1f:ffff:ffff:ffff:ffff:ffff
2603:26fd:60bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:623f:ffff:ffff:ffff:ffff:ffff
2603:26fd:65df:ffff:ffff:ffff:ffff:ffff
2603:26fd:697f:ffff:ffff:ffff:ffff:ffff

2603:26fd:6abf:ffff:ffff:ffff:ffff:ffff
2603:26fd:6d1f:ffff:ffff:ffff:ffff:ffff
2603:26fd:6e1f:ffff:ffff:ffff:ffff:ffff
2603:26fd:6e9f:ffff:ffff:ffff:ffff:ffff
2603:26fd:6fff:ffff:ffff:ffff:ffff:ffff
2603:26fd:747f:ffff:ffff:ffff:ffff:ffff
2603:26fd:75df:ffff:ffff:ffff:ffff:ffff
2603:26fd:781f:ffff:ffff:ffff:ffff:ffff
2603:26fd:7a3f:ffff:ffff:ffff:ffff:ffff
2603:26fd:807f:ffff:ffff:ffff:ffff:ffff
2603:26fd:82df:ffff:ffff:ffff:ffff:ffff
2603:26fd:85bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:867f:ffff:ffff:ffff:ffff:ffff
2603:26fd:8b9f:ffff:ffff:ffff:ffff:ffff
2603:26fd:8e1f:ffff:ffff:ffff:ffff:ffff
2603:26fd:91bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:949f:ffff:ffff:ffff:ffff:ffff
2603:26fd:99bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:9eff:ffff:ffff:ffff:ffff:ffff
2603:26fd:a1bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:a4bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:a59f:ffff:ffff:ffff:ffff:ffff
2603:26fd:a73f:ffff:ffff:ffff:ffff:ffff
2603:26fd:a83f:ffff:ffff:ffff:ffff:ffff
2603:26fd:a87f:ffff:ffff:ffff:ffff:ffff
2603:26fd:acbf:ffff:ffff:ffff:ffff:ffff
2603:26fd:b4ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:b81f:ffff:ffff:ffff:ffff:ffff
2603:26fd:bc3f:ffff:ffff:ffff:ffff:ffff
2603:26fd:bdbf:ffff:ffff:ffff:ffff:ffff
2603:26fd:be5f:ffff:ffff:ffff:ffff:ffff
2603:26fd:c09f:ffff:ffff:ffff:ffff:ffff
2603:26fd:cf7f:ffff:ffff:ffff:ffff:ffff
2603:26fd:d55f:ffff:ffff:ffff:ffff:ffff
2603:26fd:d6bf:ffff:ffff:ffff:ffff:ffff
2603:26fd:d9ff:ffff:ffff:ffff:ffff:ffff
2603:26fd:f11f:ffff:ffff:ffff:ffff:ffff

2603:26fd:f53f:ffff:ffff:ffff:ffff:ffff
2603:26fe:33f:ffff:ffff:ffff:ffff:ffff
2603:26fe:4bf:ffff:ffff:ffff:ffff:ffff
2603:26fe:7ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:b3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:199f:ffff:ffff:ffff:ffff:ffff
2603:26fe:1bdf:ffff:ffff:ffff:ffff:ffff
2603:26fe:1cdf:ffff:ffff:ffff:ffff:ffff
2603:26fe:1f1f:ffff:ffff:ffff:ffff:ffff
2603:26fe:211f:ffff:ffff:ffff:ffff:ffff
2603:26fe:253f:ffff:ffff:ffff:ffff:ffff
2603:26fe:261f:ffff:ffff:ffff:ffff:ffff
2603:26fe:26ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:2bdf:ffff:ffff:ffff:ffff:ffff
2603:26fe:331f:ffff:ffff:ffff:ffff:ffff
2603:26fe:397f:ffff:ffff:ffff:ffff:ffff
2603:26fe:417f:ffff:ffff:ffff:ffff:ffff
2603:26fe:475f:ffff:ffff:ffff:ffff:ffff
2603:26fe:4cbf:ffff:ffff:ffff:ffff:ffff
2603:26fe:4e3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:4ebf:ffff:ffff:ffff:ffff:ffff
2603:26fe:59df:ffff:ffff:ffff:ffff:ffff
2603:26fe:5adf:ffff:ffff:ffff:ffff:ffff
2603:26fe:5b7f:ffff:ffff:ffff:ffff:ffff
2603:26fe:645f:ffff:ffff:ffff:ffff:ffff
2603:26fe:66bf:ffff:ffff:ffff:ffff:ffff
2603:26fe:6fff:ffff:ffff:ffff:ffff:ffff
2603:26fe:717f:ffff:ffff:ffff:ffff:ffff
2603:26fe:77df:ffff:ffff:ffff:ffff:ffff
2603:26fe:7cdf:ffff:ffff:ffff:ffff:ffff
2603:26fe:867f:ffff:ffff:ffff:ffff:ffff
2603:26fe:88df:ffff:ffff:ffff:ffff:ffff
2603:26fe:921f:ffff:ffff:ffff:ffff:ffff
2603:26fe:973f:ffff:ffff:ffff:ffff:ffff
2603:26fe:979f:ffff:ffff:ffff:ffff:ffff
2603:26fe:9adf:ffff:ffff:ffff:ffff:ffff
2603:26fe:9dcf:ffff:ffff:ffff:ffff:ffff

2603:26fe:a1df:ffff:ffff:ffff:ffff:ffff
2603:26fe:a29f:ffff:ffff:ffff:ffff:ffff
2603:26fe:a6bf:ffff:ffff:ffff:ffff:ffff
2603:26fe:abff:ffff:ffff:ffff:ffff:ffff
2603:26fe:b31f:ffff:ffff:ffff:ffff:ffff
2603:26fe:ba3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:bedf:ffff:ffff:ffff:ffff:ffff
2603:26fe:c0ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:c7df:ffff:ffff:ffff:ffff:ffff
2603:26fe:c8ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:ca9f:ffff:ffff:ffff:ffff:ffff
2603:26fe:d19f:ffff:ffff:ffff:ffff:ffff
2603:26fe:d2df:ffff:ffff:ffff:ffff:ffff
2603:26fe:da3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:de3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:e25f:ffff:ffff:ffff:ffff:ffff
2603:26fe:e47f:ffff:ffff:ffff:ffff:ffff
2603:26fe:ebbf:ffff:ffff:ffff:ffff:ffff
2603:26fe:ed3f:ffff:ffff:ffff:ffff:ffff
2603:26fe:f17f:ffff:ffff:ffff:ffff:ffff
2603:26fe:f27f:ffff:ffff:ffff:ffff:ffff
2603:26fe:f69f:ffff:ffff:ffff:ffff:ffff
2603:26fe:f8ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:f8df:ffff:ffff:ffff:ffff:ffff
2603:26fe:f9ff:ffff:ffff:ffff:ffff:ffff
2603:26fe:fc5f:ffff:ffff:ffff:ffff:ffff
2603:26fe:fddf:ffff:ffff:ffff:ffff:ffff
2603:26ff:dff:ffff:ffff:ffff:ffff:ffff
2603:26ff:21ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:57ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:abff:ffff:ffff:ffff:ffff:ffff
2603:26ff:e5ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:10bf:ffff:ffff:ffff:ffff:ffff
2603:26ff:135f:ffff:ffff:ffff:ffff:ffff
2603:26ff:149f:ffff:ffff:ffff:ffff:ffff
2603:26ff:163f:ffff:ffff:ffff:ffff:ffff
2603:26ff:217f:ffff:ffff:ffff:ffff:ffff

2603:26ff:21df:ffff:ffff:ffff:ffff:ffff
2603:26ff:255f:ffff:ffff:ffff:ffff:ffff
2603:26ff:29df:ffff:ffff:ffff:ffff:ffff
2603:26ff:2c9f:ffff:ffff:ffff:ffff:ffff
2603:26ff:2d9f:ffff:ffff:ffff:ffff:ffff
2603:26ff:357f:ffff:ffff:ffff:ffff:ffff
2603:26ff:36ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:381f:ffff:ffff:ffff:ffff:ffff
2603:26ff:399f:ffff:ffff:ffff:ffff:ffff
2603:26ff:3b5f:ffff:ffff:ffff:ffff:ffff
2603:26ff:3cdf:ffff:ffff:ffff:ffff:ffff
2603:26ff:411f:ffff:ffff:ffff:ffff:ffff
2603:26ff:46df:ffff:ffff:ffff:ffff:ffff
2603:26ff:4f7f:ffff:ffff:ffff:ffff:ffff
2603:26ff:523f:ffff:ffff:ffff:ffff:ffff
2603:26ff:5cbf:ffff:ffff:ffff:ffff:ffff
2603:26ff:64ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:66ff:ffff:ffff:ffff:ffff:ffff
2603:26ff:69df:ffff:ffff:ffff:ffff:ffff
2603:26ff:6b9f:ffff:ffff:ffff:ffff:ffff
2603:26ff:6bff:ffff:ffff:ffff:ffff:ffff
2603:26ff:6edf:ffff:ffff:ffff:ffff:ffff
2603:26ff:739f:ffff:ffff:ffff:ffff:ffff
2603:26ff:747f:ffff:ffff:ffff:ffff:ffff
2603:26ff:7d7f:ffff:ffff:ffff:ffff:ffff
2603:26ff:7e5f:ffff:ffff:ffff:ffff:ffff
2603:26ff:875f:ffff:ffff:ffff:ffff:ffff
2603:26ff:891f:ffff:ffff:ffff:ffff:ffff
2603:26ff:89bf:ffff:ffff:ffff:ffff:ffff
2603:26ff:8aff:ffff:ffff:ffff:ffff:ffff
2603:26ff:8f3f:ffff:ffff:ffff:ffff:ffff
2603:26ff:917f:ffff:ffff:ffff:ffff:ffff
2603:26ff:921f:ffff:ffff:ffff:ffff:ffff
2603:26ff:989f:ffff:ffff:ffff:ffff:ffff
2603:26ff:a27f:ffff:ffff:ffff:ffff:ffff
2603:26ff:a41f:ffff:ffff:ffff:ffff:ffff
2603:26ff:a53f:ffff:ffff:ffff:ffff:ffff

2603:26ff:a81f:ffff:ffff:ffff:ffff:ffff
2603:26ff:a99f:ffff:ffff:ffff:ffff:ffff
2603:26ff:ab1f:ffff:ffff:ffff:ffff:ffff
2603:26ff:ab5f:ffff:ffff:ffff:ffff:ffff
2603:26ff:acbf:ffff:ffff:ffff:ffff:ffff
2603:26ff:b21f:ffff:ffff:ffff:ffff:ffff
2603:26ff:b31f:ffff:ffff:ffff:ffff:ffff
2603:26ff:b37f:ffff:ffff:ffff:ffff:ffff
2603:26ff:b3bf:ffff:ffff:ffff:ffff:ffff
2603:26ff:b43f:ffff:ffff:ffff:ffff:ffff
2603:26ff:b4df:ffff:ffff:ffff:ffff:ffff
2603:26ff:b8bf:ffff:ffff:ffff:ffff:ffff
2603:26ff:ba9f:ffff:ffff:ffff:ffff:ffff
2603:26ff:bdbf:ffff:ffff:ffff:ffff:ffff
2603:26ff:bebf:ffff:ffff:ffff:ffff:ffff
2603:26ff:c11f:ffff:ffff:ffff:ffff:ffff
2603:26ff:c4df:ffff:ffff:ffff:ffff:ffff
2603:26ff:c9df:ffff:ffff:ffff:ffff:ffff
2603:26ff:cd1f:ffff:ffff:ffff:ffff:ffff
2603:26ff:cfdf:ffff:ffff:ffff:ffff:ffff
2603:26ff:e19f:ffff:ffff:ffff:ffff:ffff
2603:26ff:e65f:ffff:ffff:ffff:ffff:ffff
2603:26ff:e73f:ffff:ffff:ffff:ffff:ffff
2603:26ff:fabf:ffff:ffff:ffff:ffff:ffff
2603:273f:ffff:ffff:ffff:ffff:ffff:ffff
2603:2880:4df:ffff:ffff:ffff:ffff:ffff
2603:2880:83f:ffff:ffff:ffff:ffff:ffff
2603:2880:b7f:ffff:ffff:ffff:ffff:ffff
2603:2880:e1f:ffff:ffff:ffff:ffff:ffff
2603:2880:15df:ffff:ffff:ffff:ffff:ffff
2603:2880:1a9f:ffff:ffff:ffff:ffff:ffff
2603:2880:1e7f:ffff:ffff:ffff:ffff:ffff
2603:2880:2e3f:ffff:ffff:ffff:ffff:ffff
2603:2880:321f:ffff:ffff:ffff:ffff:ffff
2603:2880:32bf:ffff:ffff:ffff:ffff:ffff
2603:2880:34df:ffff:ffff:ffff:ffff:ffff
2603:2881:11f:ffff:ffff:ffff:ffff:ffff

2603:2881:2bf:ffff:ffff:ffff:ffff:ffff
2603:2881:37f:ffff:ffff:ffff:ffff:ffff
2603:2881:41f:ffff:ffff:ffff:ffff:ffff
2603:2881:6bf:ffff:ffff:ffff:ffff:ffff
2603:2881:6ff:ffff:ffff:ffff:ffff:ffff
2603:2881:c9f:ffff:ffff:ffff:ffff:ffff
2603:2881:d5f:ffff:ffff:ffff:ffff:ffff
2603:2881:1a3f:ffff:ffff:ffff:ffff:ffff
2603:2881:1f5f:ffff:ffff:ffff:ffff:ffff
2603:2881:28ff:ffff:ffff:ffff:ffff:ffff
2603:2881:2c5f:ffff:ffff:ffff:ffff:ffff
2603:2881:341f:ffff:ffff:ffff:ffff:ffff
2603:2881:35ff:ffff:ffff:ffff:ffff:ffff
2603:2881:365f:ffff:ffff:ffff:ffff:ffff
2603:2881:3b1f:ffff:ffff:ffff:ffff:ffff
2603:2881:3e3f:ffff:ffff:ffff:ffff:ffff
2603:2881:811f:ffff:ffff:ffff:ffff:ffff
2603:2881:89bf:ffff:ffff:ffff:ffff:ffff
2603:2881:90ff:ffff:ffff:ffff:ffff:ffff
2603:2881:91bf:ffff:ffff:ffff:ffff:ffff
2603:2881:94ff:ffff:ffff:ffff:ffff:ffff
2603:2881:969f:ffff:ffff:ffff:ffff:ffff
2603:2881:983f:ffff:ffff:ffff:ffff:ffff
2603:2881:9bdf:ffff:ffff:ffff:ffff:ffff
2603:2881:9ddf:ffff:ffff:ffff:ffff:ffff
2603:2881:a21f:ffff:ffff:ffff:ffff:ffff
2603:2881:a6bf:ffff:ffff:ffff:ffff:ffff
2603:2881:b07f:ffff:ffff:ffff:ffff:ffff
2603:2881:b0df:ffff:ffff:ffff:ffff:ffff
2603:2881:b31f:ffff:ffff:ffff:ffff:ffff
2603:2881:b4bf:ffff:ffff:ffff:ffff:ffff
2603:2881:b59f:ffff:ffff:ffff:ffff:ffff
2603:2881:b6df:ffff:ffff:ffff:ffff:ffff
2603:2881:b83f:ffff:ffff:ffff:ffff:ffff
2603:2881:b89f:ffff:ffff:ffff:ffff:ffff
2603:2881:ba5f:ffff:ffff:ffff:ffff:ffff
2603:2881:badf:ffff:ffff:ffff:ffff:ffff

2603:2882:d11f:ffff:ffff:ffff:ffff:ffff
2603:2882:d19f:ffff:ffff:ffff:ffff:ffff
2603:2882:d21f:ffff:ffff:ffff:ffff:ffff
2603:2882:d3bf:ffff:ffff:ffff:ffff:ffff
2603:2882:db9f:ffff:ffff:ffff:ffff:ffff
2603:2882:e3bf:ffff:ffff:ffff:ffff:ffff
2603:2882:eadf:ffff:ffff:ffff:ffff:ffff
2603:2882:eb7f:ffff:ffff:ffff:ffff:ffff
2603:2882:f1bf:ffff:ffff:ffff:ffff:ffff
2603:2882:f27f:ffff:ffff:ffff:ffff:ffff
2603:2882:fa7f:ffff:ffff:ffff:ffff:ffff
2603:2883:83f:ffff:ffff:ffff:ffff:ffff
2603:2883:9bf:ffff:ffff:ffff:ffff:ffff
2603:2883:b3f:ffff:ffff:ffff:ffff:ffff
2603:2883:17ff:ffff:ffff:ffff:ffff:ffff
2603:2883:191f:ffff:ffff:ffff:ffff:ffff
2603:2883:1b7f:ffff:ffff:ffff:ffff:ffff
2603:2883:1d7f:ffff:ffff:ffff:ffff:ffff
2603:2883:243f:ffff:ffff:ffff:ffff:ffff
2603:2883:257f:ffff:ffff:ffff:ffff:ffff
2603:2883:291f:ffff:ffff:ffff:ffff:ffff
2603:2883:2cbf:ffff:ffff:ffff:ffff:ffff
2603:2883:2d5f:ffff:ffff:ffff:ffff:ffff
2603:2883:3f1f:ffff:ffff:ffff:ffff:ffff
2603:2884:55f:ffff:ffff:ffff:ffff:ffff
2603:2884:9ff:ffff:ffff:ffff:ffff:ffff
2603:2884:bdf:ffff:ffff:ffff:ffff:ffff
2603:2884:ebf:ffff:ffff:ffff:ffff:ffff
2603:2884:123f:ffff:ffff:ffff:ffff:ffff
2603:2884:129f:ffff:ffff:ffff:ffff:ffff
2603:2884:13df:ffff:ffff:ffff:ffff:ffff
2603:2884:1bff:ffff:ffff:ffff:ffff:ffff
2603:2884:1f7f:ffff:ffff:ffff:ffff:ffff
2603:2884:227f:ffff:ffff:ffff:ffff:ffff
2603:2884:29bf:ffff:ffff:ffff:ffff:ffff
2603:2884:2a1f:ffff:ffff:ffff:ffff:ffff
2603:2884:329f:ffff:ffff:ffff:ffff:ffff

2603:2884:337f:ffff:ffff:ffff:ffff:ffff
2603:2884:34df:ffff:ffff:ffff:ffff:ffff
2603:2884:357f:ffff:ffff:ffff:ffff:ffff
2603:2884:379f:ffff:ffff:ffff:ffff:ffff
2603:2884:387f:ffff:ffff:ffff:ffff:ffff
2603:2884:38ff:ffff:ffff:ffff:ffff:ffff
2603:2884:39bf:ffff:ffff:ffff:ffff:ffff
2603:2884:3bbf:ffff:ffff:ffff:ffff:ffff
2603:2884:3fdf:ffff:ffff:ffff:ffff:ffff
2603:2884:423f:ffff:ffff:ffff:ffff:ffff
2603:2884:471f:ffff:ffff:ffff:ffff:ffff
2603:2884:48bf:ffff:ffff:ffff:ffff:ffff
2603:2884:497f:ffff:ffff:ffff:ffff:ffff
2603:2884:4abf:ffff:ffff:ffff:ffff:ffff
2603:2884:4cff:ffff:ffff:ffff:ffff:ffff
2603:2884:4e9f:ffff:ffff:ffff:ffff:ffff
2603:2884:509f:ffff:ffff:ffff:ffff:ffff
2603:2884:51bf:ffff:ffff:ffff:ffff:ffff
2603:2884:52df:ffff:ffff:ffff:ffff:ffff
2603:2884:55df:ffff:ffff:ffff:ffff:ffff
2603:2884:57df:ffff:ffff:ffff:ffff:ffff
2603:2884:5b1f:ffff:ffff:ffff:ffff:ffff
2603:2884:655f:ffff:ffff:ffff:ffff:ffff
2603:2884:705f:ffff:ffff:ffff:ffff:ffff
2603:2884:79df:ffff:ffff:ffff:ffff:ffff
2603:2884:843f:ffff:ffff:ffff:ffff:ffff
2603:2884:87df:ffff:ffff:ffff:ffff:ffff
2603:2884:88ff:ffff:ffff:ffff:ffff:ffff
2603:2884:8a3f:ffff:ffff:ffff:ffff:ffff
2603:2884:8d3f:ffff:ffff:ffff:ffff:ffff
2603:2884:91bf:ffff:ffff:ffff:ffff:ffff
2603:2884:937f:ffff:ffff:ffff:ffff:ffff
2603:2884:93bf:ffff:ffff:ffff:ffff:ffff
2603:2884:94ff:ffff:ffff:ffff:ffff:ffff
2603:2884:953f:ffff:ffff:ffff:ffff:ffff
2603:2884:9a5f:ffff:ffff:ffff:ffff:ffff
2603:2884:9cff:ffff:ffff:ffff:ffff:ffff

2603:2884:9fdf:ffff:ffff:ffff:ffff:ffff
2603:2884:a25f:ffff:ffff:ffff:ffff:ffff
2603:2884:a31f:ffff:ffff:ffff:ffff:ffff
2603:2884:a59f:ffff:ffff:ffff:ffff:ffff
2603:2884:a9df:ffff:ffff:ffff:ffff:ffff
2603:2884:aedf:ffff:ffff:ffff:ffff:ffff
2603:2884:b27f:ffff:ffff:ffff:ffff:ffff
2603:2884:b3bf:ffff:ffff:ffff:ffff:ffff
2603:2884:bd5f:ffff:ffff:ffff:ffff:ffff
2603:2884:c13f:ffff:ffff:ffff:ffff:ffff
2603:2884:c1ff:ffff:ffff:ffff:ffff:ffff
2603:2884:cc3f:ffff:ffff:ffff:ffff:ffff
2603:2884:cd7f:ffff:ffff:ffff:ffff:ffff
2603:2884:ceff:ffff:ffff:ffff:ffff:ffff
2603:2884:d2bf:ffff:ffff:ffff:ffff:ffff
2603:2884:d33f:ffff:ffff:ffff:ffff:ffff
2603:2884:d3df:ffff:ffff:ffff:ffff:ffff
2603:2884:d77f:ffff:ffff:ffff:ffff:ffff
2603:2884:d8ff:ffff:ffff:ffff:ffff:ffff
2603:2884:d93f:ffff:ffff:ffff:ffff:ffff
2603:2884:e25f:ffff:ffff:ffff:ffff:ffff
2603:2884:e77f:ffff:ffff:ffff:ffff:ffff
2603:2884:f05f:ffff:ffff:ffff:ffff:ffff
2603:2884:f11f:ffff:ffff:ffff:ffff:ffff
2603:2884:f17f:ffff:ffff:ffff:ffff:ffff
2603:2884:fc7f:ffff:ffff:ffff:ffff:ffff
2603:2884:fd7f:ffff:ffff:ffff:ffff:ffff
2603:2884:fe9f:ffff:ffff:ffff:ffff:ffff
2603:2885:53f:ffff:ffff:ffff:ffff:ffff
2603:2885:87f:ffff:ffff:ffff:ffff:ffff
2603:2885:b9f:ffff:ffff:ffff:ffff:ffff
2603:2885:11bf:ffff:ffff:ffff:ffff:ffff
2603:2885:171f:ffff:ffff:ffff:ffff:ffff
2603:2885:205f:ffff:ffff:ffff:ffff:ffff
2603:2885:24bf:ffff:ffff:ffff:ffff:ffff
2603:2885:2a3f:ffff:ffff:ffff:ffff:ffff
2603:2885:2c9f:ffff:ffff:ffff:ffff:ffff

2603:2885:317f:ffff:ffff:ffff:ffff:ffff
2603:2885:3b9f:ffff:ffff:ffff:ffff:ffff
2603:2885:40df:ffff:ffff:ffff:ffff:ffff
2603:2885:443f:ffff:ffff:ffff:ffff:ffff
2603:2885:49bf:ffff:ffff:ffff:ffff:ffff
2603:2885:535f:ffff:ffff:ffff:ffff:ffff
2603:2885:563f:ffff:ffff:ffff:ffff:ffff
2603:2885:575f:ffff:ffff:ffff:ffff:ffff
2603:2885:633f:ffff:ffff:ffff:ffff:ffff
2603:2885:639f:ffff:ffff:ffff:ffff:ffff
2603:2885:66bf:ffff:ffff:ffff:ffff:ffff
2603:2885:677f:ffff:ffff:ffff:ffff:ffff
2603:2885:69df:ffff:ffff:ffff:ffff:ffff
2603:2885:6e1f:ffff:ffff:ffff:ffff:ffff
2603:2885:715f:ffff:ffff:ffff:ffff:ffff
2603:2885:743f:ffff:ffff:ffff:ffff:ffff
2603:2885:785f:ffff:ffff:ffff:ffff:ffff
2603:2885:7aff:ffff:ffff:ffff:ffff:ffff
2603:2885:7f1f:ffff:ffff:ffff:ffff:ffff
2603:2885:829f:ffff:ffff:ffff:ffff:ffff
2603:2885:893f:ffff:ffff:ffff:ffff:ffff
2603:2885:8bbf:ffff:ffff:ffff:ffff:ffff
2603:2885:9bff:ffff:ffff:ffff:ffff:ffff
2603:2885:9d7f:ffff:ffff:ffff:ffff:ffff
2603:2885:a29f:ffff:ffff:ffff:ffff:ffff
2603:2885:a2ff:ffff:ffff:ffff:ffff:ffff
2603:2885:a33f:ffff:ffff:ffff:ffff:ffff
2603:2885:a5df:ffff:ffff:ffff:ffff:ffff
2603:2885:a73f:ffff:ffff:ffff:ffff:ffff
2603:2885:a93f:ffff:ffff:ffff:ffff:ffff
2603:2885:aa1f:ffff:ffff:ffff:ffff:ffff
2603:2885:ac9f:ffff:ffff:ffff:ffff:ffff
2603:2885:ae5f:ffff:ffff:ffff:ffff:ffff
2603:2885:af7f:ffff:ffff:ffff:ffff:ffff
2603:2885:b4df:ffff:ffff:ffff:ffff:ffff
2603:2885:b67f:ffff:ffff:ffff:ffff:ffff
2603:2885:b99f:ffff:ffff:ffff:ffff:ffff

2603:2885:bc3f:ffff:ffff:ffff:ffff:ffff
2603:2885:bcbf:ffff:ffff:ffff:ffff:ffff
2603:2885:c5bf:ffff:ffff:ffff:ffff:ffff
2603:2885:c6df:ffff:ffff:ffff:ffff:ffff
2603:2885:c99f:ffff:ffff:ffff:ffff:ffff
2603:2885:d0ff:ffff:ffff:ffff:ffff:ffff
2603:2885:d15f:ffff:ffff:ffff:ffff:ffff
2603:2885:d1ff:ffff:ffff:ffff:ffff:ffff
2603:2885:d33f:ffff:ffff:ffff:ffff:ffff
2603:2885:d83f:ffff:ffff:ffff:ffff:ffff
2603:2885:dabf:ffff:ffff:ffff:ffff:ffff
2603:2885:df9f:ffff:ffff:ffff:ffff:ffff
2603:2885:e5df:ffff:ffff:ffff:ffff:ffff
2603:2885:e73f:ffff:ffff:ffff:ffff:ffff
2603:2885:e7df:ffff:ffff:ffff:ffff:ffff
2603:2885:f21f:ffff:ffff:ffff:ffff:ffff
2603:2885:f2ff:ffff:ffff:ffff:ffff:ffff
2603:2885:f6df:ffff:ffff:ffff:ffff:ffff
2603:2885:f8bf:ffff:ffff:ffff:ffff:ffff
2603:2885:f9df:ffff:ffff:ffff:ffff:ffff
2603:2885:fb9f:ffff:ffff:ffff:ffff:ffff
2603:2886:2ff:ffff:ffff:ffff:ffff:ffff
2603:2886:3ff:ffff:ffff:ffff:ffff:ffff
2603:2886:73f:ffff:ffff:ffff:ffff:ffff
2603:2886:a3f:ffff:ffff:ffff:ffff:ffff
2603:2886:aff:ffff:ffff:ffff:ffff:ffff
2603:2886:c1f:ffff:ffff:ffff:ffff:ffff
2603:2886:d1f:ffff:ffff:ffff:ffff:ffff
2603:2886:e7f:ffff:ffff:ffff:ffff:ffff
2603:2886:107f:ffff:ffff:ffff:ffff:ffff
2603:2886:13ff:ffff:ffff:ffff:ffff:ffff
2603:2886:1b1f:ffff:ffff:ffff:ffff:ffff
2603:2886:20bf:ffff:ffff:ffff:ffff:ffff
2603:2886:261f:ffff:ffff:ffff:ffff:ffff
2603:2886:2adf:ffff:ffff:ffff:ffff:ffff
2603:2886:323f:ffff:ffff:ffff:ffff:ffff
2603:2886:32df:ffff:ffff:ffff:ffff:ffff

2603:2886:339f:ffff:ffff:ffff:ffff:ffff
2603:2886:371f:ffff:ffff:ffff:ffff:ffff
2603:2886:387f:ffff:ffff:ffff:ffff:ffff
2603:2886:393f:ffff:ffff:ffff:ffff:ffff
2603:2886:3a1f:ffff:ffff:ffff:ffff:ffff
2603:2886:3fdf:ffff:ffff:ffff:ffff:ffff
2603:2886:467f:ffff:ffff:ffff:ffff:ffff
2603:2886:48ff:ffff:ffff:ffff:ffff:ffff
2603:2886:4aff:ffff:ffff:ffff:ffff:ffff
2603:2886:4f9f:ffff:ffff:ffff:ffff:ffff
2603:2886:583f:ffff:ffff:ffff:ffff:ffff
2603:2886:599f:ffff:ffff:ffff:ffff:ffff
2603:2886:5ddf:ffff:ffff:ffff:ffff:ffff
2603:2886:5e5f:ffff:ffff:ffff:ffff:ffff
2603:2886:5f1f:ffff:ffff:ffff:ffff:ffff
2603:2886:5fdf:ffff:ffff:ffff:ffff:ffff
2603:2886:603f:ffff:ffff:ffff:ffff:ffff
2603:2886:631f:ffff:ffff:ffff:ffff:ffff
2603:2886:67bf:ffff:ffff:ffff:ffff:ffff
2603:2886:687f:ffff:ffff:ffff:ffff:ffff
2603:2886:6a5f:ffff:ffff:ffff:ffff:ffff
2603:2886:6b3f:ffff:ffff:ffff:ffff:ffff
2603:2886:6bbf:ffff:ffff:ffff:ffff:ffff
2603:2886:6d9f:ffff:ffff:ffff:ffff:ffff
2603:2886:70ff:ffff:ffff:ffff:ffff:ffff
2603:2886:753f:ffff:ffff:ffff:ffff:ffff
2603:2886:7abf:ffff:ffff:ffff:ffff:ffff
2603:2886:7fbf:ffff:ffff:ffff:ffff:ffff
2603:2886:837f:ffff:ffff:ffff:ffff:ffff
2603:2886:847f:ffff:ffff:ffff:ffff:ffff
2603:2886:897f:ffff:ffff:ffff:ffff:ffff
2603:2886:921f:ffff:ffff:ffff:ffff:ffff
2603:2886:93bf:ffff:ffff:ffff:ffff:ffff
2603:2886:97df:ffff:ffff:ffff:ffff:ffff
2603:2886:983f:ffff:ffff:ffff:ffff:ffff
2603:2886:989f:ffff:ffff:ffff:ffff:ffff
2603:2886:9a3f:ffff:ffff:ffff:ffff:ffff

2603:2886:9ebf:ffff:ffff:ffff:ffff:ffff
2603:2886:a25f:ffff:ffff:ffff:ffff:ffff
2603:2886:a33f:ffff:ffff:ffff:ffff:ffff
2603:2886:aeff:ffff:ffff:ffff:ffff:ffff
2603:2886:b1bf:ffff:ffff:ffff:ffff:ffff
2603:2886:b87f:ffff:ffff:ffff:ffff:ffff
2603:2886:bdbf:ffff:ffff:ffff:ffff:ffff
2603:2886:c01f:ffff:ffff:ffff:ffff:ffff
2603:2886:c3bf:ffff:ffff:ffff:ffff:ffff
2603:2886:cabf:ffff:ffff:ffff:ffff:ffff
2603:2886:cb1f:ffff:ffff:ffff:ffff:ffff
2603:2886:cc1f:ffff:ffff:ffff:ffff:ffff
2603:2886:d01f:ffff:ffff:ffff:ffff:ffff
2603:2886:d15f:ffff:ffff:ffff:ffff:ffff
2603:2886:d35f:ffff:ffff:ffff:ffff:ffff
2603:2886:d4df:ffff:ffff:ffff:ffff:ffff
2603:2886:d53f:ffff:ffff:ffff:ffff:ffff
2603:2886:d5ff:ffff:ffff:ffff:ffff:ffff
2603:2886:d67f:ffff:ffff:ffff:ffff:ffff
2603:2886:da5f:ffff:ffff:ffff:ffff:ffff
2603:2886:db3f:ffff:ffff:ffff:ffff:ffff
2603:2886:dbbf:ffff:ffff:ffff:ffff:ffff
2603:2886:de1f:ffff:ffff:ffff:ffff:ffff
2603:2886:dfbf:ffff:ffff:ffff:ffff:ffff
2603:2886:e07f:ffff:ffff:ffff:ffff:ffff
2603:2886:e49f:ffff:ffff:ffff:ffff:ffff
2603:2886:ebdf:ffff:ffff:ffff:ffff:ffff
2603:2886:ef1f:ffff:ffff:ffff:ffff:ffff
2603:2886:f19f:ffff:ffff:ffff:ffff:ffff
2603:2886:f21f:ffff:ffff:ffff:ffff:ffff
2603:2886:f29f:ffff:ffff:ffff:ffff:ffff
2603:2886:f35f:ffff:ffff:ffff:ffff:ffff
2603:2886:f4df:ffff:ffff:ffff:ffff:ffff
2603:2886:f61f:ffff:ffff:ffff:ffff:ffff
2603:2886:f75f:ffff:ffff:ffff:ffff:ffff
2603:2886:f8bf:ffff:ffff:ffff:ffff:ffff
2603:2886:f9df:ffff:ffff:ffff:ffff:ffff

2603:2886:fc5f:ffff:ffff:ffff:ffff:ffff
2603:2886:fe7f:ffff:ffff:ffff:ffff:ffff
2603:2886:ff1f:ffff:ffff:ffff:ffff:ffff
2603:2887:65f:ffff:ffff:ffff:ffff:ffff
2603:2887:79f:ffff:ffff:ffff:ffff:ffff
2603:2887:87f:ffff:ffff:ffff:ffff:ffff
2603:2887:8df:ffff:ffff:ffff:ffff:ffff
2603:2887:165f:ffff:ffff:ffff:ffff:ffff
2603:2887:1a7f:ffff:ffff:ffff:ffff:ffff
2603:2887:1d3f:ffff:ffff:ffff:ffff:ffff
2603:2887:1e1f:ffff:ffff:ffff:ffff:ffff
2603:2887:20ff:ffff:ffff:ffff:ffff:ffff
2603:2887:225f:ffff:ffff:ffff:ffff:ffff
2603:2887:25ff:ffff:ffff:ffff:ffff:ffff
2603:2887:2aff:ffff:ffff:ffff:ffff:ffff
2603:2887:30ff:ffff:ffff:ffff:ffff:ffff
2603:2887:339f:ffff:ffff:ffff:ffff:ffff
2603:2887:363f:ffff:ffff:ffff:ffff:ffff
2603:2887:379f:ffff:ffff:ffff:ffff:ffff
2603:2887:389f:ffff:ffff:ffff:ffff:ffff
2603:2887:39df:ffff:ffff:ffff:ffff:ffff
2603:2887:3a3f:ffff:ffff:ffff:ffff:ffff
2603:2887:3ddf:ffff:ffff:ffff:ffff:ffff
2603:2887:3f1f:ffff:ffff:ffff:ffff:ffff
2603:2887:499f:ffff:ffff:ffff:ffff:ffff
2603:2887:4bbf:ffff:ffff:ffff:ffff:ffff
2603:2887:4c5f:ffff:ffff:ffff:ffff:ffff
2603:2887:52df:ffff:ffff:ffff:ffff:ffff
2603:2887:5a3f:ffff:ffff:ffff:ffff:ffff
2603:2887:5ebf:ffff:ffff:ffff:ffff:ffff
2603:2887:5f9f:ffff:ffff:ffff:ffff:ffff
2603:2887:60bf:ffff:ffff:ffff:ffff:ffff
2603:2887:65bf:ffff:ffff:ffff:ffff:ffff
2603:2887:6f3f:ffff:ffff:ffff:ffff:ffff
2603:2887:705f:ffff:ffff:ffff:ffff:ffff
2603:2887:787f:ffff:ffff:ffff:ffff:ffff
2603:2887:7b3f:ffff:ffff:ffff:ffff:ffff

2603:2887:843f:ffff:ffff:ffff:ffff:ffff
2603:2887:8aff:ffff:ffff:ffff:ffff:ffff
2603:2887:8fbf:ffff:ffff:ffff:ffff:ffff
2603:2887:90ff:ffff:ffff:ffff:ffff:ffff
2603:2887:939f:ffff:ffff:ffff:ffff:ffff
2603:2887:957f:ffff:ffff:ffff:ffff:ffff
2603:2887:963f:ffff:ffff:ffff:ffff:ffff
2603:2887:96bf:ffff:ffff:ffff:ffff:ffff
2603:2887:975f:ffff:ffff:ffff:ffff:ffff
2603:2887:9edf:ffff:ffff:ffff:ffff:ffff
2603:2887:a09f:ffff:ffff:ffff:ffff:ffff
2603:2887:a0ff:ffff:ffff:ffff:ffff:ffff
2603:2887:a31f:ffff:ffff:ffff:ffff:ffff
2603:2887:a8ff:ffff:ffff:ffff:ffff:ffff
2603:2887:ac9f:ffff:ffff:ffff:ffff:ffff
2603:2887:b2df:ffff:ffff:ffff:ffff:ffff
2603:2887:b39f:ffff:ffff:ffff:ffff:ffff
2603:2887:b4ff:ffff:ffff:ffff:ffff:ffff
2603:2887:b8bf:ffff:ffff:ffff:ffff:ffff
2603:2887:b97f:ffff:ffff:ffff:ffff:ffff
2603:2887:b9ff:ffff:ffff:ffff:ffff:ffff
2603:2887:cbff:ffff:ffff:ffff:ffff:ffff
2603:2887:d11f:ffff:ffff:ffff:ffff:ffff
2603:2887:df1f:ffff:ffff:ffff:ffff:ffff
2603:2887:e29f:ffff:ffff:ffff:ffff:ffff
2603:2887:ed9f:ffff:ffff:ffff:ffff:ffff
2603:2887:f61f:ffff:ffff:ffff:ffff:ffff
2603:2887:f69f:ffff:ffff:ffff:ffff:ffff
2603:2887:f95f:ffff:ffff:ffff:ffff:ffff
2603:2887:fb3f:ffff:ffff:ffff:ffff:ffff
2603:2887:fbbf:ffff:ffff:ffff:ffff:ffff
2603:2887:fc9f:ffff:ffff:ffff:ffff:ffff
2603:2887:fddf:ffff:ffff:ffff:ffff:ffff
2603:2887:ffbf:ffff:ffff:ffff:ffff:ffff
2603:2888:dff:ffff:ffff:ffff:ffff:ffff
2603:2888:10df:ffff:ffff:ffff:ffff:ffff
2603:2888:1f5f:ffff:ffff:ffff:ffff:ffff

2603:2888:20df:ffff:ffff:ffff:ffff:ffff
2603:2888:211f:ffff:ffff:ffff:ffff:ffff
2603:2888:2b7f:ffff:ffff:ffff:ffff:ffff
2603:2888:33ff:ffff:ffff:ffff:ffff:ffff
2603:2888:38bf:ffff:ffff:ffff:ffff:ffff
2603:2888:38ff:ffff:ffff:ffff:ffff:ffff
2603:2888:39ff:ffff:ffff:ffff:ffff:ffff
2603:2888:3dbf:ffff:ffff:ffff:ffff:ffff
2603:2888:3fdf:ffff:ffff:ffff:ffff:ffff
2603:2888:40df:ffff:ffff:ffff:ffff:ffff
2603:2888:46df:ffff:ffff:ffff:ffff:ffff
2603:2888:497f:ffff:ffff:ffff:ffff:ffff
2603:2888:4b5f:ffff:ffff:ffff:ffff:ffff
2603:2888:509f:ffff:ffff:ffff:ffff:ffff
2603:2888:543f:ffff:ffff:ffff:ffff:ffff
2603:2888:56bf:ffff:ffff:ffff:ffff:ffff
2603:2888:5c7f:ffff:ffff:ffff:ffff:ffff
2603:2888:5ebf:ffff:ffff:ffff:ffff:ffff
2603:2888:61bf:ffff:ffff:ffff:ffff:ffff
2603:2888:661f:ffff:ffff:ffff:ffff:ffff
2603:2888:6d9f:ffff:ffff:ffff:ffff:ffff
2603:2888:6e5f:ffff:ffff:ffff:ffff:ffff
2603:2888:6f5f:ffff:ffff:ffff:ffff:ffff
2603:2888:72ff:ffff:ffff:ffff:ffff:ffff
2603:2888:733f:ffff:ffff:ffff:ffff:ffff
2603:2888:771f:ffff:ffff:ffff:ffff:ffff
2603:2888:777f:ffff:ffff:ffff:ffff:ffff
2603:2888:7e9f:ffff:ffff:ffff:ffff:ffff
2603:2888:80ff:ffff:ffff:ffff:ffff:ffff
2603:2888:8dff:ffff:ffff:ffff:ffff:ffff
2603:2888:8e9f:ffff:ffff:ffff:ffff:ffff
2603:2888:8edf:ffff:ffff:ffff:ffff:ffff
2603:2888:8fff:ffff:ffff:ffff:ffff:ffff
2603:2888:917f:ffff:ffff:ffff:ffff:ffff
2603:2888:9a1f:ffff:ffff:ffff:ffff:ffff
2603:2888:9f1f:ffff:ffff:ffff:ffff:ffff
2603:2888:a0ff:ffff:ffff:ffff:ffff:ffff

2603:2888:a27f:ffff:ffff:ffff:ffff:ffff
2603:2888:a39f:ffff:ffff:ffff:ffff:ffff
2603:2888:a67f:ffff:ffff:ffff:ffff:ffff
2603:2888:a75f:ffff:ffff:ffff:ffff:ffff
2603:2888:a7bf:ffff:ffff:ffff:ffff:ffff
2603:2888:a89f:ffff:ffff:ffff:ffff:ffff
2603:2888:acdf:ffff:ffff:ffff:ffff:ffff
2603:2888:ad9f:ffff:ffff:ffff:ffff:ffff
2603:2888:af1f:ffff:ffff:ffff:ffff:ffff
2603:2888:afdf:ffff:ffff:ffff:ffff:ffff
2603:2888:b15f:ffff:ffff:ffff:ffff:ffff
2603:2888:b1ff:ffff:ffff:ffff:ffff:ffff
2603:2888:b23f:ffff:ffff:ffff:ffff:ffff
2603:2888:b49f:ffff:ffff:ffff:ffff:ffff
2603:2888:b63f:ffff:ffff:ffff:ffff:ffff
2603:2888:b6ff:ffff:ffff:ffff:ffff:ffff
2603:2888:bb9f:ffff:ffff:ffff:ffff:ffff
2603:2888:be1f:ffff:ffff:ffff:ffff:ffff
2603:2888:bf9f:ffff:ffff:ffff:ffff:ffff
2603:2888:cbff:ffff:ffff:ffff:ffff:ffff
2603:2888:d27f:ffff:ffff:ffff:ffff:ffff
2603:2888:d9bf:ffff:ffff:ffff:ffff:ffff
2603:2888:db5f:ffff:ffff:ffff:ffff:ffff
2603:2888:dc9f:ffff:ffff:ffff:ffff:ffff
2603:2888:e09f:ffff:ffff:ffff:ffff:ffff
2603:2888:e27f:ffff:ffff:ffff:ffff:ffff
2603:2888:e69f:ffff:ffff:ffff:ffff:ffff
2603:2888:eb7f:ffff:ffff:ffff:ffff:ffff
2603:2888:ee1f:ffff:ffff:ffff:ffff:ffff
2603:2888:eebf:ffff:ffff:ffff:ffff:ffff
2603:2888:f29f:ffff:ffff:ffff:ffff:ffff
2603:2889:11f:ffff:ffff:ffff:ffff:ffff
2603:2889:4ff:ffff:ffff:ffff:ffff:ffff
2603:2889:61f:ffff:ffff:ffff:ffff:ffff
2603:2889:75f:ffff:ffff:ffff:ffff:ffff
2603:2889:99f:ffff:ffff:ffff:ffff:ffff
2603:2889:bff:ffff:ffff:ffff:ffff:ffff

2603:2889:f1f:ffff:ffff:ffff:ffff:ffff
2603:2889:14bf:ffff:ffff:ffff:ffff:ffff
2603:2889:15df:ffff:ffff:ffff:ffff:ffff
2603:2889:165f:ffff:ffff:ffff:ffff:ffff
2603:2889:1b1f:ffff:ffff:ffff:ffff:ffff
2603:2889:1b9f:ffff:ffff:ffff:ffff:ffff
2603:2889:1c9f:ffff:ffff:ffff:ffff:ffff
2603:2889:1d9f:ffff:ffff:ffff:ffff:ffff
2603:2889:1fdf:ffff:ffff:ffff:ffff:ffff
2603:2889:207f:ffff:ffff:ffff:ffff:ffff
2603:2889:21ff:ffff:ffff:ffff:ffff:ffff
2603:2889:22df:ffff:ffff:ffff:ffff:ffff
2603:2889:24df:ffff:ffff:ffff:ffff:ffff
2603:2889:295f:ffff:ffff:ffff:ffff:ffff
2603:2889:2a1f:ffff:ffff:ffff:ffff:ffff
2603:2889:2cff:ffff:ffff:ffff:ffff:ffff
2603:2889:2f9f:ffff:ffff:ffff:ffff:ffff
2603:2889:34ff:ffff:ffff:ffff:ffff:ffff
2603:2889:523f:ffff:ffff:ffff:ffff:ffff
2603:2889:553f:ffff:ffff:ffff:ffff:ffff
2603:2889:573f:ffff:ffff:ffff:ffff:ffff
2603:2889:587f:ffff:ffff:ffff:ffff:ffff
2603:2889:5a3f:ffff:ffff:ffff:ffff:ffff
2603:2889:5dff:ffff:ffff:ffff:ffff:ffff
2603:2889:635f:ffff:ffff:ffff:ffff:ffff
2603:2889:643f:ffff:ffff:ffff:ffff:ffff
2603:2889:685f:ffff:ffff:ffff:ffff:ffff
2603:2889:73bf:ffff:ffff:ffff:ffff:ffff
2603:2889:82df:ffff:ffff:ffff:ffff:ffff
2603:2889:8adf:ffff:ffff:ffff:ffff:ffff
2603:2889:903f:ffff:ffff:ffff:ffff:ffff
2603:2889:907f:ffff:ffff:ffff:ffff:ffff
2603:2889:91df:ffff:ffff:ffff:ffff:ffff
2603:2889:945f:ffff:ffff:ffff:ffff:ffff
2603:2889:9bdf:ffff:ffff:ffff:ffff:ffff
2603:2889:9d9f:ffff:ffff:ffff:ffff:ffff
2603:2889:9f3f:ffff:ffff:ffff:ffff:ffff

2603:2889:a47f:ffff:ffff:ffff:ffff:ffff
2603:2889:a51f:ffff:ffff:ffff:ffff:ffff
2603:2889:b19f:ffff:ffff:ffff:ffff:ffff
2603:2889:b25f:ffff:ffff:ffff:ffff:ffff
2603:2889:b83f:ffff:ffff:ffff:ffff:ffff
2603:2889:bcbf:ffff:ffff:ffff:ffff:ffff
2603:2889:c0df:ffff:ffff:ffff:ffff:ffff
2603:2889:c15f:ffff:ffff:ffff:ffff:ffff
2603:2889:c59f:ffff:ffff:ffff:ffff:ffff
2603:2889:c75f:ffff:ffff:ffff:ffff:ffff
2603:2889:cbbf:ffff:ffff:ffff:ffff:ffff
2603:2889:cdff:ffff:ffff:ffff:ffff:ffff
2603:2889:cf3f:ffff:ffff:ffff:ffff:ffff
2603:2889:d7bf:ffff:ffff:ffff:ffff:ffff
2603:2889:d85f:ffff:ffff:ffff:ffff:ffff
2603:2889:debf:ffff:ffff:ffff:ffff:ffff
2603:2889:e09f:ffff:ffff:ffff:ffff:ffff
2603:2889:e33f:ffff:ffff:ffff:ffff:ffff
2603:2889:e3df:ffff:ffff:ffff:ffff:ffff
2603:2889:e7bf:ffff:ffff:ffff:ffff:ffff
2603:2889:e9ff:ffff:ffff:ffff:ffff:ffff
2603:2889:ec9f:ffff:ffff:ffff:ffff:ffff
2603:2889:eedf:ffff:ffff:ffff:ffff:ffff
2603:2889:f0ff:ffff:ffff:ffff:ffff:ffff
2603:2889:f39f:ffff:ffff:ffff:ffff:ffff
2603:2889:f4df:ffff:ffff:ffff:ffff:ffff
2603:2889:f71f:ffff:ffff:ffff:ffff:ffff
2603:2889:f97f:ffff:ffff:ffff:ffff:ffff
2603:288a:6df:ffff:ffff:ffff:ffff:ffff
2603:288a:95f:ffff:ffff:ffff:ffff:ffff
2603:288a:eff:ffff:ffff:ffff:ffff:ffff
2603:288a:107f:ffff:ffff:ffff:ffff:ffff
2603:288a:14df:ffff:ffff:ffff:ffff:ffff
2603:288a:15df:ffff:ffff:ffff:ffff:ffff
2603:288a:16df:ffff:ffff:ffff:ffff:ffff
2603:288a:197f:ffff:ffff:ffff:ffff:ffff
2603:288a:1b9f:ffff:ffff:ffff:ffff:ffff

2603:288a:1c7f:ffff:ffff:ffff:ffff:ffff
2603:288a:1f3f:ffff:ffff:ffff:ffff:ffff
2603:288a:201f:ffff:ffff:ffff:ffff:ffff
2603:288a:233f:ffff:ffff:ffff:ffff:ffff
2603:288a:24bf:ffff:ffff:ffff:ffff:ffff
2603:288a:271f:ffff:ffff:ffff:ffff:ffff
2603:288a:28df:ffff:ffff:ffff:ffff:ffff
2603:288a:2d1f:ffff:ffff:ffff:ffff:ffff
2603:288a:2d5f:ffff:ffff:ffff:ffff:ffff
2603:288a:2dbf:ffff:ffff:ffff:ffff:ffff
2603:288a:311f:ffff:ffff:ffff:ffff:ffff
2603:288a:321f:ffff:ffff:ffff:ffff:ffff
2603:288a:333f:ffff:ffff:ffff:ffff:ffff
2603:288a:349f:ffff:ffff:ffff:ffff:ffff
2603:288a:361f:ffff:ffff:ffff:ffff:ffff
2603:288a:3b5f:ffff:ffff:ffff:ffff:ffff
2603:288a:3bdf:ffff:ffff:ffff:ffff:ffff
2603:288a:3cbf:ffff:ffff:ffff:ffff:ffff
2603:288a:3dbf:ffff:ffff:ffff:ffff:ffff
2603:288a:451f:ffff:ffff:ffff:ffff:ffff
2603:288a:471f:ffff:ffff:ffff:ffff:ffff
2603:288a:487f:ffff:ffff:ffff:ffff:ffff
2603:288a:531f:ffff:ffff:ffff:ffff:ffff
2603:288a:5a5f:ffff:ffff:ffff:ffff:ffff
2603:288a:5bff:ffff:ffff:ffff:ffff:ffff
2603:288a:5f1f:ffff:ffff:ffff:ffff:ffff
2603:288a:627f:ffff:ffff:ffff:ffff:ffff
2603:288a:64df:ffff:ffff:ffff:ffff:ffff
2603:288a:65bf:ffff:ffff:ffff:ffff:ffff
2603:288a:675f:ffff:ffff:ffff:ffff:ffff
2603:288a:691f:ffff:ffff:ffff:ffff:ffff
2603:288a:6a5f:ffff:ffff:ffff:ffff:ffff
2603:288a:6b7f:ffff:ffff:ffff:ffff:ffff
2603:288a:6e1f:ffff:ffff:ffff:ffff:ffff
2603:288a:6f1f:ffff:ffff:ffff:ffff:ffff
2603:288a:705f:ffff:ffff:ffff:ffff:ffff
2603:288a:725f:ffff:ffff:ffff:ffff:ffff

2603:288a:731f:ffff:ffff:ffff:ffff:ffff
2603:288a:7ebf:ffff:ffff:ffff:ffff:ffff
2603:288a:7fdf:ffff:ffff:ffff:ffff:ffff
2603:288a:807f:ffff:ffff:ffff:ffff:ffff
2603:288a:865f:ffff:ffff:ffff:ffff:ffff
2603:288a:8c3f:ffff:ffff:ffff:ffff:ffff
2603:288a:8eff:ffff:ffff:ffff:ffff:ffff
2603:288a:909f:ffff:ffff:ffff:ffff:ffff
2603:288a:931f:ffff:ffff:ffff:ffff:ffff
2603:288a:939f:ffff:ffff:ffff:ffff:ffff
2603:288a:99ff:ffff:ffff:ffff:ffff:ffff
2603:288a:9e1f:ffff:ffff:ffff:ffff:ffff
2603:288a:a09f:ffff:ffff:ffff:ffff:ffff
2603:288a:a25f:ffff:ffff:ffff:ffff:ffff
2603:288a:a31f:ffff:ffff:ffff:ffff:ffff
2603:288a:a8bf:ffff:ffff:ffff:ffff:ffff
2603:288a:aa5f:ffff:ffff:ffff:ffff:ffff
2603:288a:aaff:ffff:ffff:ffff:ffff:ffff
2603:288a:ae9f:ffff:ffff:ffff:ffff:ffff
2603:288a:af3f:ffff:ffff:ffff:ffff:ffff
2603:288a:b6ff:ffff:ffff:ffff:ffff:ffff
2603:288a:b97f:ffff:ffff:ffff:ffff:ffff
2603:288a:bbdf:ffff:ffff:ffff:ffff:ffff
2603:288a:c49f:ffff:ffff:ffff:ffff:ffff
2603:288a:c75f:ffff:ffff:ffff:ffff:ffff
2603:288a:d69f:ffff:ffff:ffff:ffff:ffff
2603:288a:d75f:ffff:ffff:ffff:ffff:ffff
2603:288a:d97f:ffff:ffff:ffff:ffff:ffff
2603:288a:dfbf:ffff:ffff:ffff:ffff:ffff
2603:288a:e23f:ffff:ffff:ffff:ffff:ffff
2603:288a:e59f:ffff:ffff:ffff:ffff:ffff
2603:288a:ee1f:ffff:ffff:ffff:ffff:ffff
2603:288a:f1df:ffff:ffff:ffff:ffff:ffff
2603:288a:f6bf:ffff:ffff:ffff:ffff:ffff
2603:288a:fe3f:ffff:ffff:ffff:ffff:ffff
2603:288b:1f:ffff:ffff:ffff:ffff:ffff
2603:288b:23f:ffff:ffff:ffff:ffff:ffff

2603:288b:33f:ffff:ffff:ffff:ffff:ffff
2603:288b:45f:ffff:ffff:ffff:ffff:ffff
2603:288b:a3f:ffff:ffff:ffff:ffff:ffff
2603:288b:ebf:ffff:ffff:ffff:ffff:ffff
2603:288b:109f:ffff:ffff:ffff:ffff:ffff
2603:288b:111f:ffff:ffff:ffff:ffff:ffff
2603:288b:155f:ffff:ffff:ffff:ffff:ffff
2603:288b:1a7f:ffff:ffff:ffff:ffff:ffff
2603:288b:1aff:ffff:ffff:ffff:ffff:ffff
2603:288b:1c5f:ffff:ffff:ffff:ffff:ffff
2603:288b:231f:ffff:ffff:ffff:ffff:ffff
2603:288b:291f:ffff:ffff:ffff:ffff:ffff
2603:288b:2a7f:ffff:ffff:ffff:ffff:ffff
2603:288b:329f:ffff:ffff:ffff:ffff:ffff
2603:288b:36ff:ffff:ffff:ffff:ffff:ffff
2603:288b:4a7f:ffff:ffff:ffff:ffff:ffff
2603:288b:4e1f:ffff:ffff:ffff:ffff:ffff
2603:288b:519f:ffff:ffff:ffff:ffff:ffff
2603:288b:549f:ffff:ffff:ffff:ffff:ffff
2603:288b:59df:ffff:ffff:ffff:ffff:ffff
2603:288b:5a3f:ffff:ffff:ffff:ffff:ffff
2603:288b:5cdf:ffff:ffff:ffff:ffff:ffff
2603:288b:5f9f:ffff:ffff:ffff:ffff:ffff
2603:288b:5fff:ffff:ffff:ffff:ffff:ffff
2603:288b:60df:ffff:ffff:ffff:ffff:ffff
2603:288b:627f:ffff:ffff:ffff:ffff:ffff
2603:288b:63ff:ffff:ffff:ffff:ffff:ffff
2603:288b:68df:ffff:ffff:ffff:ffff:ffff
2603:288b:6b9f:ffff:ffff:ffff:ffff:ffff
2603:288b:6d1f:ffff:ffff:ffff:ffff:ffff
2603:288b:785f:ffff:ffff:ffff:ffff:ffff
2603:288b:78ff:ffff:ffff:ffff:ffff:ffff
2603:288b:799f:ffff:ffff:ffff:ffff:ffff
2603:288b:79df:ffff:ffff:ffff:ffff:ffff
2603:288b:7e5f:ffff:ffff:ffff:ffff:ffff
2603:288b:7eff:ffff:ffff:ffff:ffff:ffff
2603:288b:817f:ffff:ffff:ffff:ffff:ffff

2603:288b:82df:ffff:ffff:ffff:ffff:ffff
2603:288b:865f:ffff:ffff:ffff:ffff:ffff
2603:288b:91bf:ffff:ffff:ffff:ffff:ffff
2603:288b:963f:ffff:ffff:ffff:ffff:ffff
2603:288b:96df:ffff:ffff:ffff:ffff:ffff
2603:288b:9b3f:ffff:ffff:ffff:ffff:ffff
2603:288b:9d1f:ffff:ffff:ffff:ffff:ffff
2603:288b:a1bf:ffff:ffff:ffff:ffff:ffff
2603:288b:a2ff:ffff:ffff:ffff:ffff:ffff
2603:288b:a6df:ffff:ffff:ffff:ffff:ffff
2603:288b:aa9f:ffff:ffff:ffff:ffff:ffff
2603:288b:abdf:ffff:ffff:ffff:ffff:ffff
2603:288b:acbf:ffff:ffff:ffff:ffff:ffff
2603:288b:af7f:ffff:ffff:ffff:ffff:ffff
2603:288b:b15f:ffff:ffff:ffff:ffff:ffff
2603:288b:bc1f:ffff:ffff:ffff:ffff:ffff
2603:288b:c29f:ffff:ffff:ffff:ffff:ffff
2603:288b:c83f:ffff:ffff:ffff:ffff:ffff
2603:288b:cabf:ffff:ffff:ffff:ffff:ffff
2603:288b:ce9f:ffff:ffff:ffff:ffff:ffff
2603:288b:cedf:ffff:ffff:ffff:ffff:ffff
2603:288b:cf9f:ffff:ffff:ffff:ffff:ffff
2603:288b:d05f:ffff:ffff:ffff:ffff:ffff
2603:288b:d51f:ffff:ffff:ffff:ffff:ffff
2603:288b:d7df:ffff:ffff:ffff:ffff:ffff
2603:288b:dc5f:ffff:ffff:ffff:ffff:ffff
2603:288b:e59f:ffff:ffff:ffff:ffff:ffff
2603:288b:e7df:ffff:ffff:ffff:ffff:ffff
2603:288b:e91f:ffff:ffff:ffff:ffff:ffff
2603:288b:ea1f:ffff:ffff:ffff:ffff:ffff
2603:288b:ed1f:ffff:ffff:ffff:ffff:ffff
2603:288b:f17f:ffff:ffff:ffff:ffff:ffff
2603:288b:f6ff:ffff:ffff:ffff:ffff:ffff
2603:288b:f73f:ffff:ffff:ffff:ffff:ffff
2603:288b:f7bf:ffff:ffff:ffff:ffff:ffff
2603:288b:f9ff:ffff:ffff:ffff:ffff:ffff
2603:288b:fedf:ffff:ffff:ffff:ffff:ffff

2603:288b:ff5f:ffff:ffff:ffff:ffff:ffff
2603:288c:33f:ffff:ffff:ffff:ffff:ffff
2603:288c:69f:ffff:ffff:ffff:ffff:ffff
2603:288c:99f:ffff:ffff:ffff:ffff:ffff
2603:288c:a3f:ffff:ffff:ffff:ffff:ffff
2603:288c:c9f:ffff:ffff:ffff:ffff:ffff
2603:288c:105f:ffff:ffff:ffff:ffff:ffff
2603:288c:195f:ffff:ffff:ffff:ffff:ffff
2603:288c:215f:ffff:ffff:ffff:ffff:ffff
2603:288c:231f:ffff:ffff:ffff:ffff:ffff
2603:288c:243f:ffff:ffff:ffff:ffff:ffff
2603:288c:25ff:ffff:ffff:ffff:ffff:ffff
2603:288c:293f:ffff:ffff:ffff:ffff:ffff
2603:288c:2c3f:ffff:ffff:ffff:ffff:ffff
2603:288c:2d5f:ffff:ffff:ffff:ffff:ffff
2603:288c:2d9f:ffff:ffff:ffff:ffff:ffff
2603:288c:307f:ffff:ffff:ffff:ffff:ffff
2603:288c:30ff:ffff:ffff:ffff:ffff:ffff
2603:288c:329f:ffff:ffff:ffff:ffff:ffff
2603:288c:377f:ffff:ffff:ffff:ffff:ffff
2603:288c:37bf:ffff:ffff:ffff:ffff:ffff
2603:288c:3b3f:ffff:ffff:ffff:ffff:ffff
2603:288c:41df:ffff:ffff:ffff:ffff:ffff
2603:288c:433f:ffff:ffff:ffff:ffff:ffff
2603:288c:4e1f:ffff:ffff:ffff:ffff:ffff
2603:288c:52ff:ffff:ffff:ffff:ffff:ffff
2603:288c:53bf:ffff:ffff:ffff:ffff:ffff
2603:288c:54bf:ffff:ffff:ffff:ffff:ffff
2603:288c:553f:ffff:ffff:ffff:ffff:ffff
2603:288c:569f:ffff:ffff:ffff:ffff:ffff
2603:288c:5adf:ffff:ffff:ffff:ffff:ffff
2603:288c:5bff:ffff:ffff:ffff:ffff:ffff
2603:288c:691f:ffff:ffff:ffff:ffff:ffff
2603:288c:6c1f:ffff:ffff:ffff:ffff:ffff
2603:288c:6f5f:ffff:ffff:ffff:ffff:ffff
2603:288c:71ff:ffff:ffff:ffff:ffff:ffff
2603:288c:737f:ffff:ffff:ffff:ffff:ffff

2603:288c:73bf:ffff:ffff:ffff:ffff:ffff
2603:288c:74bf:ffff:ffff:ffff:ffff:ffff
2603:288c:759f:ffff:ffff:ffff:ffff:ffff
2603:288c:771f:ffff:ffff:ffff:ffff:ffff
2603:288c:7bbf:ffff:ffff:ffff:ffff:ffff
2603:288c:7d7f:ffff:ffff:ffff:ffff:ffff
2603:288c:887f:ffff:ffff:ffff:ffff:ffff
2603:288c:8c9f:ffff:ffff:ffff:ffff:ffff
2603:288c:947f:ffff:ffff:ffff:ffff:ffff
2603:288c:955f:ffff:ffff:ffff:ffff:ffff
2603:288c:997f:ffff:ffff:ffff:ffff:ffff
2603:288c:9a9f:ffff:ffff:ffff:ffff:ffff
2603:288c:9e7f:ffff:ffff:ffff:ffff:ffff
2603:288c:a1df:ffff:ffff:ffff:ffff:ffff
2603:288c:a39f:ffff:ffff:ffff:ffff:ffff
2603:288c:a8ff:ffff:ffff:ffff:ffff:ffff
2603:288c:addf:ffff:ffff:ffff:ffff:ffff
2603:288c:bfbf:ffff:ffff:ffff:ffff:ffff
2603:288c:c03f:ffff:ffff:ffff:ffff:ffff
2603:288c:c07f:ffff:ffff:ffff:ffff:ffff
2603:288c:c0bf:ffff:ffff:ffff:ffff:ffff
2603:288c:c1bf:ffff:ffff:ffff:ffff:ffff
2603:288c:c93f:ffff:ffff:ffff:ffff:ffff
2603:288c:cbff:ffff:ffff:ffff:ffff:ffff
2603:288c:cfdf:ffff:ffff:ffff:ffff:ffff
2603:288c:d01f:ffff:ffff:ffff:ffff:ffff
2603:288c:d27f:ffff:ffff:ffff:ffff:ffff
2603:288c:d39f:ffff:ffff:ffff:ffff:ffff
2603:288c:d71f:ffff:ffff:ffff:ffff:ffff
2603:288c:dabf:ffff:ffff:ffff:ffff:ffff
2603:288c:dd5f:ffff:ffff:ffff:ffff:ffff
2603:288c:e07f:ffff:ffff:ffff:ffff:ffff
2603:288c:e3bf:ffff:ffff:ffff:ffff:ffff
2603:288c:e57f:ffff:ffff:ffff:ffff:ffff
2603:288c:e8bf:ffff:ffff:ffff:ffff:ffff
2603:288c:ec5f:ffff:ffff:ffff:ffff:ffff
2603:288c:f4bf:ffff:ffff:ffff:ffff:ffff

2603:288c:f9bf:ffff:ffff:ffff:ffff:ffff
2603:288d:5f:ffff:ffff:ffff:ffff:ffff
2603:288d:1ff:ffff:ffff:ffff:ffff:ffff
2603:288d:33f:ffff:ffff:ffff:ffff:ffff
2603:288d:4bf:ffff:ffff:ffff:ffff:ffff
2603:288d:69f:ffff:ffff:ffff:ffff:ffff
2603:288d:e1f:ffff:ffff:ffff:ffff:ffff
2603:288d:10bf:ffff:ffff:ffff:ffff:ffff
2603:288d:12df:ffff:ffff:ffff:ffff:ffff
2603:288d:14bf:ffff:ffff:ffff:ffff:ffff
2603:288d:1fdf:ffff:ffff:ffff:ffff:ffff
2603:288d:20df:ffff:ffff:ffff:ffff:ffff
2603:288d:227f:ffff:ffff:ffff:ffff:ffff
2603:288d:253f:ffff:ffff:ffff:ffff:ffff
2603:288d:265f:ffff:ffff:ffff:ffff:ffff
2603:288d:273f:ffff:ffff:ffff:ffff:ffff
2603:288d:27ff:ffff:ffff:ffff:ffff:ffff
2603:288d:283f:ffff:ffff:ffff:ffff:ffff
2603:288d:2f1f:ffff:ffff:ffff:ffff:ffff
2603:288d:339f:ffff:ffff:ffff:ffff:ffff
2603:288d:349f:ffff:ffff:ffff:ffff:ffff
2603:288d:3a1f:ffff:ffff:ffff:ffff:ffff
2603:288d:3aff:ffff:ffff:ffff:ffff:ffff
2603:288d:3cdf:ffff:ffff:ffff:ffff:ffff
2603:288d:3e9f:ffff:ffff:ffff:ffff:ffff
2603:288d:415f:ffff:ffff:ffff:ffff:ffff
2603:288d:44df:ffff:ffff:ffff:ffff:ffff
2603:288d:4c3f:ffff:ffff:ffff:ffff:ffff
2603:288d:543f:ffff:ffff:ffff:ffff:ffff
2603:288d:581f:ffff:ffff:ffff:ffff:ffff
2603:288d:5abf:ffff:ffff:ffff:ffff:ffff
2603:288d:60ff:ffff:ffff:ffff:ffff:ffff
2603:288d:627f:ffff:ffff:ffff:ffff:ffff
2603:288d:639f:ffff:ffff:ffff:ffff:ffff
2603:288d:6b5f:ffff:ffff:ffff:ffff:ffff
2603:288d:6c5f:ffff:ffff:ffff:ffff:ffff
2603:288d:713f:ffff:ffff:ffff:ffff:ffff

2603:288d:719f:ffff:ffff:ffff:ffff:ffff
2603:288d:731f:ffff:ffff:ffff:ffff:ffff
2603:288d:753f:ffff:ffff:ffff:ffff:ffff
2603:288d:767f:ffff:ffff:ffff:ffff:ffff
2603:288d:779f:ffff:ffff:ffff:ffff:ffff
2603:288d:79bf:ffff:ffff:ffff:ffff:ffff
2603:288d:7b9f:ffff:ffff:ffff:ffff:ffff
2603:288d:7ebf:ffff:ffff:ffff:ffff:ffff
2603:288d:7fff:ffff:ffff:ffff:ffff:ffff
2603:288d:89ff:ffff:ffff:ffff:ffff:ffff
2603:288d:8bdf:ffff:ffff:ffff:ffff:ffff
2603:288d:8e3f:ffff:ffff:ffff:ffff:ffff
2603:288d:8f5f:ffff:ffff:ffff:ffff:ffff
2603:288d:90df:ffff:ffff:ffff:ffff:ffff
2603:288d:911f:ffff:ffff:ffff:ffff:ffff
2603:288d:91bf:ffff:ffff:ffff:ffff:ffff
2603:288d:92bf:ffff:ffff:ffff:ffff:ffff
2603:288d:94ff:ffff:ffff:ffff:ffff:ffff
2603:288d:997f:ffff:ffff:ffff:ffff:ffff
2603:288d:a07f:ffff:ffff:ffff:ffff:ffff
2603:288d:a6bf:ffff:ffff:ffff:ffff:ffff
2603:288d:a93f:ffff:ffff:ffff:ffff:ffff
2603:288d:ae9f:ffff:ffff:ffff:ffff:ffff
2603:288d:b05f:ffff:ffff:ffff:ffff:ffff
2603:288d:b6bf:ffff:ffff:ffff:ffff:ffff
2603:288d:be5f:ffff:ffff:ffff:ffff:ffff
2603:288d:bf3f:ffff:ffff:ffff:ffff:ffff
2603:288d:c2bf:ffff:ffff:ffff:ffff:ffff
2603:288d:c35f:ffff:ffff:ffff:ffff:ffff
2603:288d:c69f:ffff:ffff:ffff:ffff:ffff
2603:288d:c73f:ffff:ffff:ffff:ffff:ffff
2603:288d:c7ff:ffff:ffff:ffff:ffff:ffff
2603:288d:c97f:ffff:ffff:ffff:ffff:ffff
2603:288d:c9bf:ffff:ffff:ffff:ffff:ffff
2603:288d:caff:ffff:ffff:ffff:ffff:ffff
2603:288d:cc7f:ffff:ffff:ffff:ffff:ffff
2603:288d:d43f:ffff:ffff:ffff:ffff:ffff

2603:288d:d67f:ffff:ffff:ffff:ffff:ffff
2603:288d:d77f:ffff:ffff:ffff:ffff:ffff
2603:288d:d8df:ffff:ffff:ffff:ffff:ffff
2603:288d:da9f:ffff:ffff:ffff:ffff:ffff
2603:288d:db3f:ffff:ffff:ffff:ffff:ffff
2603:288d:dd7f:ffff:ffff:ffff:ffff:ffff
2603:288d:e25f:ffff:ffff:ffff:ffff:ffff
2603:288d:e47f:ffff:ffff:ffff:ffff:ffff
2603:288d:e81f:ffff:ffff:ffff:ffff:ffff
2603:288d:eddf:ffff:ffff:ffff:ffff:ffff
2603:288d:f09f:ffff:ffff:ffff:ffff:ffff
2603:288d:f0df:ffff:ffff:ffff:ffff:ffff
2603:288d:f63f:ffff:ffff:ffff:ffff:ffff
2603:288d:f75f:ffff:ffff:ffff:ffff:ffff
2603:288d:f93f:ffff:ffff:ffff:ffff:ffff
2603:288d:f9ff:ffff:ffff:ffff:ffff:ffff
2603:288d:fb5f:ffff:ffff:ffff:ffff:ffff
2603:288d:fbff:ffff:ffff:ffff:ffff:ffff
2603:288e:13f:ffff:ffff:ffff:ffff:ffff
2603:288e:51f:ffff:ffff:ffff:ffff:ffff
2603:288e:6ff:ffff:ffff:ffff:ffff:ffff
2603:288e:9ff:ffff:ffff:ffff:ffff:ffff
2603:288e:cff:ffff:ffff:ffff:ffff:ffff
2603:288e:169f:ffff:ffff:ffff:ffff:ffff
2603:288e:177f:ffff:ffff:ffff:ffff:ffff
2603:288e:1a3f:ffff:ffff:ffff:ffff:ffff
2603:288e:1b5f:ffff:ffff:ffff:ffff:ffff
2603:288e:1c5f:ffff:ffff:ffff:ffff:ffff
2603:288e:1f1f:ffff:ffff:ffff:ffff:ffff
2603:288e:1fbf:ffff:ffff:ffff:ffff:ffff
2603:288e:231f:ffff:ffff:ffff:ffff:ffff
2603:288e:29bf:ffff:ffff:ffff:ffff:ffff
2603:288e:2cdf:ffff:ffff:ffff:ffff:ffff
2603:288e:381f:ffff:ffff:ffff:ffff:ffff
2603:288e:393f:ffff:ffff:ffff:ffff:ffff
2603:288e:3b5f:ffff:ffff:ffff:ffff:ffff
2603:288e:3d7f:ffff:ffff:ffff:ffff:ffff

2603:288e:3eff:ffff:ffff:ffff:ffff:ffff
2603:288e:40df:ffff:ffff:ffff:ffff:ffff
2603:288e:467f:ffff:ffff:ffff:ffff:ffff
2603:288e:471f:ffff:ffff:ffff:ffff:ffff
2603:288e:571f:ffff:ffff:ffff:ffff:ffff
2603:288e:58bf:ffff:ffff:ffff:ffff:ffff
2603:288e:5cff:ffff:ffff:ffff:ffff:ffff
2603:288e:5fbf:ffff:ffff:ffff:ffff:ffff
2603:288e:635f:ffff:ffff:ffff:ffff:ffff
2603:288e:65df:ffff:ffff:ffff:ffff:ffff
2603:288e:677f:ffff:ffff:ffff:ffff:ffff
2603:288e:689f:ffff:ffff:ffff:ffff:ffff
2603:288e:715f:ffff:ffff:ffff:ffff:ffff
2603:288e:733f:ffff:ffff:ffff:ffff:ffff
2603:288e:7abf:ffff:ffff:ffff:ffff:ffff
2603:288e:7bdf:ffff:ffff:ffff:ffff:ffff
2603:288e:7d7f:ffff:ffff:ffff:ffff:ffff
2603:288e:80ff:ffff:ffff:ffff:ffff:ffff
2603:288e:825f:ffff:ffff:ffff:ffff:ffff
2603:288e:855f:ffff:ffff:ffff:ffff:ffff
2603:288e:86ff:ffff:ffff:ffff:ffff:ffff
2603:288e:885f:ffff:ffff:ffff:ffff:ffff
2603:288e:899f:ffff:ffff:ffff:ffff:ffff
2603:288e:8a1f:ffff:ffff:ffff:ffff:ffff
2603:288e:91bf:ffff:ffff:ffff:ffff:ffff
2603:288e:9f7f:ffff:ffff:ffff:ffff:ffff
2603:288e:a7bf:ffff:ffff:ffff:ffff:ffff
2603:288e:ad1f:ffff:ffff:ffff:ffff:ffff
2603:288e:b0bf:ffff:ffff:ffff:ffff:ffff
2603:288e:b37f:ffff:ffff:ffff:ffff:ffff
2603:288e:c2bf:ffff:ffff:ffff:ffff:ffff
2603:288e:c5df:ffff:ffff:ffff:ffff:ffff
2603:288e:c6bf:ffff:ffff:ffff:ffff:ffff
2603:288e:c7ff:ffff:ffff:ffff:ffff:ffff
2603:288e:c99f:ffff:ffff:ffff:ffff:ffff
2603:288e:ca7f:ffff:ffff:ffff:ffff:ffff
2603:288e:ceff:ffff:ffff:ffff:ffff:ffff

2603:288e:d65f:ffff:ffff:ffff:ffff:ffff
2603:288e:d81f:ffff:ffff:ffff:ffff:ffff
2603:288e:d87f:ffff:ffff:ffff:ffff:ffff
2603:288e:da1f:ffff:ffff:ffff:ffff:ffff
2603:288e:e27f:ffff:ffff:ffff:ffff:ffff
2603:288e:e39f:ffff:ffff:ffff:ffff:ffff
2603:288e:eaff:ffff:ffff:ffff:ffff:ffff
2603:288e:f37f:ffff:ffff:ffff:ffff:ffff
2603:288e:febf:ffff:ffff:ffff:ffff:ffff
2603:288f:49f:ffff:ffff:ffff:ffff:ffff
2603:288f:4ff:ffff:ffff:ffff:ffff:ffff
2603:288f:14df:ffff:ffff:ffff:ffff:ffff
2603:288f:173f:ffff:ffff:ffff:ffff:ffff
2603:288f:1b1f:ffff:ffff:ffff:ffff:ffff
2603:288f:1dbf:ffff:ffff:ffff:ffff:ffff
2603:288f:255f:ffff:ffff:ffff:ffff:ffff
2603:288f:27bf:ffff:ffff:ffff:ffff:ffff
2603:288f:29bf:ffff:ffff:ffff:ffff:ffff
2603:288f:2a9f:ffff:ffff:ffff:ffff:ffff
2603:288f:2bbf:ffff:ffff:ffff:ffff:ffff
2603:288f:2e7f:ffff:ffff:ffff:ffff:ffff
2603:288f:2fbf:ffff:ffff:ffff:ffff:ffff
2603:288f:367f:ffff:ffff:ffff:ffff:ffff
2603:288f:419f:ffff:ffff:ffff:ffff:ffff
2603:288f:475f:ffff:ffff:ffff:ffff:ffff
2603:288f:481f:ffff:ffff:ffff:ffff:ffff
2603:288f:55bf:ffff:ffff:ffff:ffff:ffff
2603:288f:573f:ffff:ffff:ffff:ffff:ffff
2603:288f:581f:ffff:ffff:ffff:ffff:ffff
2603:288f:5cff:ffff:ffff:ffff:ffff:ffff
2603:288f:5ddf:ffff:ffff:ffff:ffff:ffff
2603:288f:613f:ffff:ffff:ffff:ffff:ffff
2603:288f:65bf:ffff:ffff:ffff:ffff:ffff
2603:288f:663f:ffff:ffff:ffff:ffff:ffff
2603:288f:6b3f:ffff:ffff:ffff:ffff:ffff
2603:288f:6eff:ffff:ffff:ffff:ffff:ffff
2603:288f:707f:ffff:ffff:ffff:ffff:ffff

2603:288f:799f:ffff:ffff:ffff:ffff:ffff
2603:288f:7f1f:ffff:ffff:ffff:ffff:ffff
2603:288f:843f:ffff:ffff:ffff:ffff:ffff
2603:288f:85bf:ffff:ffff:ffff:ffff:ffff
2603:288f:869f:ffff:ffff:ffff:ffff:ffff
2603:288f:871f:ffff:ffff:ffff:ffff:ffff
2603:288f:8f3f:ffff:ffff:ffff:ffff:ffff
2603:288f:933f:ffff:ffff:ffff:ffff:ffff
2603:288f:96ff:ffff:ffff:ffff:ffff:ffff
2603:288f:9ddf:ffff:ffff:ffff:ffff:ffff
2603:288f:9e9f:ffff:ffff:ffff:ffff:ffff
2603:288f:a85f:ffff:ffff:ffff:ffff:ffff
2603:288f:adbf:ffff:ffff:ffff:ffff:ffff
2603:288f:b49f:ffff:ffff:ffff:ffff:ffff
2603:288f:b9bf:ffff:ffff:ffff:ffff:ffff
2603:288f:bf7f:ffff:ffff:ffff:ffff:ffff
2603:288f:d11f:ffff:ffff:ffff:ffff:ffff
2603:288f:d8ff:ffff:ffff:ffff:ffff:ffff
2603:288f:dc1f:ffff:ffff:ffff:ffff:ffff
2603:288f:dcdf:ffff:ffff:ffff:ffff:ffff
2603:288f:df5f:ffff:ffff:ffff:ffff:ffff
2603:288f:e1ff:ffff:ffff:ffff:ffff:ffff
2603:288f:e33f:ffff:ffff:ffff:ffff:ffff
2603:288f:eb5f:ffff:ffff:ffff:ffff:ffff
2603:288f:ecdf:ffff:ffff:ffff:ffff:ffff
2603:288f:eedf:ffff:ffff:ffff:ffff:ffff
2603:288f:f11f:ffff:ffff:ffff:ffff:ffff
2603:288f:f31f:ffff:ffff:ffff:ffff:ffff
2603:288f:fbff:ffff:ffff:ffff:ffff:ffff
2603:288f:fe7f:ffff:ffff:ffff:ffff:ffff
2603:288f:ff7f:ffff:ffff:ffff:ffff:ffff
2603:2890:a5f:ffff:ffff:ffff:ffff:ffff
2603:2890:dff:ffff:ffff:ffff:ffff:ffff
2603:2890:109f:ffff:ffff:ffff:ffff:ffff
2603:2890:117f:ffff:ffff:ffff:ffff:ffff
2603:2890:163f:ffff:ffff:ffff:ffff:ffff
2603:2890:16bf:ffff:ffff:ffff:ffff:ffff

2603:2890:1abf:ffff:ffff:ffff:ffff:ffff
2603:2890:1e9f:ffff:ffff:ffff:ffff:ffff
2603:2890:217f:ffff:ffff:ffff:ffff:ffff
2603:2890:291f:ffff:ffff:ffff:ffff:ffff
2603:2890:2d1f:ffff:ffff:ffff:ffff:ffff
2603:2890:2e3f:ffff:ffff:ffff:ffff:ffff
2603:2890:333f:ffff:ffff:ffff:ffff:ffff
2603:2890:38ff:ffff:ffff:ffff:ffff:ffff
2603:2890:3a7f:ffff:ffff:ffff:ffff:ffff
2603:2890:3ddf:ffff:ffff:ffff:ffff:ffff
2603:2890:4b1f:ffff:ffff:ffff:ffff:ffff
2603:2890:4ddf:ffff:ffff:ffff:ffff:ffff
2603:2890:50ff:ffff:ffff:ffff:ffff:ffff
2603:2890:541f:ffff:ffff:ffff:ffff:ffff
2603:2890:549f:ffff:ffff:ffff:ffff:ffff
2603:2890:5b1f:ffff:ffff:ffff:ffff:ffff
2603:2890:5d5f:ffff:ffff:ffff:ffff:ffff
2603:2890:5d9f:ffff:ffff:ffff:ffff:ffff
2603:2890:609f:ffff:ffff:ffff:ffff:ffff
2603:2890:615f:ffff:ffff:ffff:ffff:ffff
2603:2890:62df:ffff:ffff:ffff:ffff:ffff
2603:2890:6a5f:ffff:ffff:ffff:ffff:ffff
2603:2890:71bf:ffff:ffff:ffff:ffff:ffff
2603:2890:789f:ffff:ffff:ffff:ffff:ffff
2603:2890:7b1f:ffff:ffff:ffff:ffff:ffff
2603:2890:7cdf:ffff:ffff:ffff:ffff:ffff
2603:2890:7f5f:ffff:ffff:ffff:ffff:ffff
2603:2890:853f:ffff:ffff:ffff:ffff:ffff
2603:2890:86ff:ffff:ffff:ffff:ffff:ffff
2603:2890:88ff:ffff:ffff:ffff:ffff:ffff
2603:2890:8c9f:ffff:ffff:ffff:ffff:ffff
2603:2890:8edf:ffff:ffff:ffff:ffff:ffff
2603:2890:8f1f:ffff:ffff:ffff:ffff:ffff
2603:2890:8fbf:ffff:ffff:ffff:ffff:ffff
2603:2890:963f:ffff:ffff:ffff:ffff:ffff
2603:2890:99bf:ffff:ffff:ffff:ffff:ffff
2603:2890:9f7f:ffff:ffff:ffff:ffff:ffff

2603:2890:a39f:ffff:ffff:ffff:ffff:ffff
2603:2890:a61f:ffff:ffff:ffff:ffff:ffff
2603:2890:a7df:ffff:ffff:ffff:ffff:ffff
2603:2890:af3f:ffff:ffff:ffff:ffff:ffff
2603:2890:b01f:ffff:ffff:ffff:ffff:ffff
2603:2890:b33f:ffff:ffff:ffff:ffff:ffff
2603:2890:b3df:ffff:ffff:ffff:ffff:ffff
2603:2890:b6df:ffff:ffff:ffff:ffff:ffff
2603:2890:badf:ffff:ffff:ffff:ffff:ffff
2603:2890:bb9f:ffff:ffff:ffff:ffff:ffff
2603:2890:bc9f:ffff:ffff:ffff:ffff:ffff
2603:2890:c3df:ffff:ffff:ffff:ffff:ffff
2603:2890:c63f:ffff:ffff:ffff:ffff:ffff
2603:2890:c8ff:ffff:ffff:ffff:ffff:ffff
2603:2890:cfff:ffff:ffff:ffff:ffff:ffff
2603:2890:d77f:ffff:ffff:ffff:ffff:ffff
2603:2890:da3f:ffff:ffff:ffff:ffff:ffff
2603:2890:e25f:ffff:ffff:ffff:ffff:ffff
2603:2890:e4ff:ffff:ffff:ffff:ffff:ffff
2603:2890:e53f:ffff:ffff:ffff:ffff:ffff
2603:2890:e67f:ffff:ffff:ffff:ffff:ffff
2603:2890:e77f:ffff:ffff:ffff:ffff:ffff
2603:2890:ed7f:ffff:ffff:ffff:ffff:ffff
2603:2890:f17f:ffff:ffff:ffff:ffff:ffff
2603:2890:f31f:ffff:ffff:ffff:ffff:ffff
2603:2890:f4df:ffff:ffff:ffff:ffff:ffff
2603:2890:fa1f:ffff:ffff:ffff:ffff:ffff
2603:2890:ff3f:ffff:ffff:ffff:ffff:ffff
2603:2891:3f:ffff:ffff:ffff:ffff:ffff
2603:2891:2bf:ffff:ffff:ffff:ffff:ffff
2603:2891:37f:ffff:ffff:ffff:ffff:ffff
2603:2891:59f:ffff:ffff:ffff:ffff:ffff
2603:2891:b9f:ffff:ffff:ffff:ffff:ffff
2603:2891:c5f:ffff:ffff:ffff:ffff:ffff
2603:2891:159f:ffff:ffff:ffff:ffff:ffff
2603:2891:169f:ffff:ffff:ffff:ffff:ffff
2603:2891:179f:ffff:ffff:ffff:ffff:ffff

2603:2891:1dff:ffff:ffff:ffff:ffff:ffff
2603:2891:201f:ffff:ffff:ffff:ffff:ffff
2603:2891:209f:ffff:ffff:ffff:ffff:ffff
2603:2891:223f:ffff:ffff:ffff:ffff:ffff
2603:2891:275f:ffff:ffff:ffff:ffff:ffff
2603:2891:2b1f:ffff:ffff:ffff:ffff:ffff
2603:2891:2bdf:ffff:ffff:ffff:ffff:ffff
2603:2891:2c7f:ffff:ffff:ffff:ffff:ffff
2603:2891:2ebf:ffff:ffff:ffff:ffff:ffff
2603:2891:305f:ffff:ffff:ffff:ffff:ffff
2603:2891:37df:ffff:ffff:ffff:ffff:ffff
2603:2891:44bf:ffff:ffff:ffff:ffff:ffff
2603:2891:461f:ffff:ffff:ffff:ffff:ffff
2603:2891:481f:ffff:ffff:ffff:ffff:ffff
2603:2891:491f:ffff:ffff:ffff:ffff:ffff
2603:2891:4ebf:ffff:ffff:ffff:ffff:ffff
2603:2891:517f:ffff:ffff:ffff:ffff:ffff
2603:2891:52bf:ffff:ffff:ffff:ffff:ffff
2603:2891:5d7f:ffff:ffff:ffff:ffff:ffff
2603:2891:5fff:ffff:ffff:ffff:ffff:ffff
2603:2891:63df:ffff:ffff:ffff:ffff:ffff
2603:2891:689f:ffff:ffff:ffff:ffff:ffff
2603:2891:71ff:ffff:ffff:ffff:ffff:ffff
2603:2891:72ff:ffff:ffff:ffff:ffff:ffff
2603:2891:73ff:ffff:ffff:ffff:ffff:ffff
2603:2891:755f:ffff:ffff:ffff:ffff:ffff
2603:2891:76ff:ffff:ffff:ffff:ffff:ffff
2603:2891:779f:ffff:ffff:ffff:ffff:ffff
2603:2891:789f:ffff:ffff:ffff:ffff:ffff
2603:2891:7a1f:ffff:ffff:ffff:ffff:ffff
2603:2891:7d1f:ffff:ffff:ffff:ffff:ffff
2603:2891:84df:ffff:ffff:ffff:ffff:ffff
2603:2891:8fff:ffff:ffff:ffff:ffff:ffff
2603:2891:91df:ffff:ffff:ffff:ffff:ffff
2603:2891:92ff:ffff:ffff:ffff:ffff:ffff
2603:2891:93df:ffff:ffff:ffff:ffff:ffff
2603:2891:94df:ffff:ffff:ffff:ffff:ffff

2603:2891:9c5f:ffff:ffff:ffff:ffff:ffff
2603:2891:9cbf:ffff:ffff:ffff:ffff:ffff
2603:2891:a49f:ffff:ffff:ffff:ffff:ffff
2603:2891:a77f:ffff:ffff:ffff:ffff:ffff
2603:2891:aaff:ffff:ffff:ffff:ffff:ffff
2603:2891:ac7f:ffff:ffff:ffff:ffff:ffff
2603:2891:afdf:ffff:ffff:ffff:ffff:ffff
2603:2891:b75f:ffff:ffff:ffff:ffff:ffff
2603:2891:b79f:ffff:ffff:ffff:ffff:ffff
2603:2891:bcff:ffff:ffff:ffff:ffff:ffff
2603:2891:c1ff:ffff:ffff:ffff:ffff:ffff
2603:2891:c39f:ffff:ffff:ffff:ffff:ffff
2603:2891:c43f:ffff:ffff:ffff:ffff:ffff
2603:2891:c4bf:ffff:ffff:ffff:ffff:ffff
2603:2891:c6df:ffff:ffff:ffff:ffff:ffff
2603:2891:c95f:ffff:ffff:ffff:ffff:ffff
2603:2891:c9df:ffff:ffff:ffff:ffff:ffff
2603:2891:ca3f:ffff:ffff:ffff:ffff:ffff
2603:2891:caff:ffff:ffff:ffff:ffff:ffff
2603:2891:cd9f:ffff:ffff:ffff:ffff:ffff
2603:2891:d05f:ffff:ffff:ffff:ffff:ffff
2603:2891:d23f:ffff:ffff:ffff:ffff:ffff
2603:2891:d77f:ffff:ffff:ffff:ffff:ffff
2603:2891:db3f:ffff:ffff:ffff:ffff:ffff
2603:2891:deff:ffff:ffff:ffff:ffff:ffff
2603:2891:e5bf:ffff:ffff:ffff:ffff:ffff
2603:2891:e71f:ffff:ffff:ffff:ffff:ffff
2603:2891:e81f:ffff:ffff:ffff:ffff:ffff
2603:2891:e91f:ffff:ffff:ffff:ffff:ffff
2603:2891:f87f:ffff:ffff:ffff:ffff:ffff
2603:2891:fb5f:ffff:ffff:ffff:ffff:ffff
2603:2891:fcbf:ffff:ffff:ffff:ffff:ffff
2603:2891:fe3f:ffff:ffff:ffff:ffff:ffff
2603:2892:69f:ffff:ffff:ffff:ffff:ffff
2603:2892:83f:ffff:ffff:ffff:ffff:ffff
2603:2892:ebf:ffff:ffff:ffff:ffff:ffff
2603:2892:117f:ffff:ffff:ffff:ffff:ffff

2603:2892:14df:ffff:ffff:ffff:ffff:ffff
2603:2892:193f:ffff:ffff:ffff:ffff:ffff
2603:2892:1a5f:ffff:ffff:ffff:ffff:ffff
2603:2892:1bbf:ffff:ffff:ffff:ffff:ffff
2603:2892:227f:ffff:ffff:ffff:ffff:ffff
2603:2892:245f:ffff:ffff:ffff:ffff:ffff
2603:2892:261f:ffff:ffff:ffff:ffff:ffff
2603:2892:27bf:ffff:ffff:ffff:ffff:ffff
2603:2892:28bf:ffff:ffff:ffff:ffff:ffff
2603:2892:2a7f:ffff:ffff:ffff:ffff:ffff
2603:2892:2bdf:ffff:ffff:ffff:ffff:ffff
2603:2892:317f:ffff:ffff:ffff:ffff:ffff
2603:2892:347f:ffff:ffff:ffff:ffff:ffff
2603:2892:36df:ffff:ffff:ffff:ffff:ffff
2603:2892:395f:ffff:ffff:ffff:ffff:ffff
2603:2892:427f:ffff:ffff:ffff:ffff:ffff
2603:2892:49df:ffff:ffff:ffff:ffff:ffff
2603:2892:4b7f:ffff:ffff:ffff:ffff:ffff
2603:2892:4f1f:ffff:ffff:ffff:ffff:ffff
2603:2892:507f:ffff:ffff:ffff:ffff:ffff
2603:2892:5cdf:ffff:ffff:ffff:ffff:ffff
2603:2892:5e9f:ffff:ffff:ffff:ffff:ffff
2603:2892:691f:ffff:ffff:ffff:ffff:ffff
2603:2892:721f:ffff:ffff:ffff:ffff:ffff
2603:2892:783f:ffff:ffff:ffff:ffff:ffff
2603:2892:797f:ffff:ffff:ffff:ffff:ffff
2603:2892:79bf:ffff:ffff:ffff:ffff:ffff
2603:2892:7b9f:ffff:ffff:ffff:ffff:ffff
2603:2892:7c1f:ffff:ffff:ffff:ffff:ffff
2603:2892:7cbf:ffff:ffff:ffff:ffff:ffff
2603:2892:811f:ffff:ffff:ffff:ffff:ffff
2603:2892:86bf:ffff:ffff:ffff:ffff:ffff
2603:2892:871f:ffff:ffff:ffff:ffff:ffff
2603:2892:899f:ffff:ffff:ffff:ffff:ffff
2603:2892:8adf:ffff:ffff:ffff:ffff:ffff
2603:2892:8bff:ffff:ffff:ffff:ffff:ffff
2603:2892:8d5f:ffff:ffff:ffff:ffff:ffff

2603:2892:8fff:ffff:ffff:ffff:ffff:ffff
2603:2892:913f:ffff:ffff:ffff:ffff:ffff
2603:2892:91bf:ffff:ffff:ffff:ffff:ffff
2603:2892:935f:ffff:ffff:ffff:ffff:ffff
2603:2892:97bf:ffff:ffff:ffff:ffff:ffff
2603:2892:97ff:ffff:ffff:ffff:ffff:ffff
2603:2892:987f:ffff:ffff:ffff:ffff:ffff
2603:2892:9a7f:ffff:ffff:ffff:ffff:ffff
2603:2892:9fff:ffff:ffff:ffff:ffff:ffff
2603:2892:a2ff:ffff:ffff:ffff:ffff:ffff
2603:2892:af3f:ffff:ffff:ffff:ffff:ffff
2603:2892:b41f:ffff:ffff:ffff:ffff:ffff
2603:2892:b73f:ffff:ffff:ffff:ffff:ffff
2603:2892:be7f:ffff:ffff:ffff:ffff:ffff
2603:2892:c29f:ffff:ffff:ffff:ffff:ffff
2603:2892:c31f:ffff:ffff:ffff:ffff:ffff
2603:2892:c43f:ffff:ffff:ffff:ffff:ffff
2603:2892:c4ff:ffff:ffff:ffff:ffff:ffff
2603:2892:c5bf:ffff:ffff:ffff:ffff:ffff
2603:2892:c7bf:ffff:ffff:ffff:ffff:ffff
2603:2892:cb1f:ffff:ffff:ffff:ffff:ffff
2603:2892:cbbf:ffff:ffff:ffff:ffff:ffff
2603:2892:d0bf:ffff:ffff:ffff:ffff:ffff
2603:2892:d2bf:ffff:ffff:ffff:ffff:ffff
2603:2892:d89f:ffff:ffff:ffff:ffff:ffff
2603:2892:da9f:ffff:ffff:ffff:ffff:ffff
2603:2892:db1f:ffff:ffff:ffff:ffff:ffff
2603:2892:e27f:ffff:ffff:ffff:ffff:ffff
2603:2892:e79f:ffff:ffff:ffff:ffff:ffff
2603:2892:e9df:ffff:ffff:ffff:ffff:ffff
2603:2892:eb5f:ffff:ffff:ffff:ffff:ffff
2603:2892:efdf:ffff:ffff:ffff:ffff:ffff
2603:2892:f17f:ffff:ffff:ffff:ffff:ffff
2603:2892:f9bf:ffff:ffff:ffff:ffff:ffff
2603:2892:fe3f:ffff:ffff:ffff:ffff:ffff
2603:2892:fe9f:ffff:ffff:ffff:ffff:ffff
2603:2893:63f:ffff:ffff:ffff:ffff:ffff

2603:2893:77f:ffff:ffff:ffff:ffff:ffff
2603:2893:a9f:ffff:ffff:ffff:ffff:ffff
2603:2893:b1f:ffff:ffff:ffff:ffff:ffff
2603:2893:e9f:ffff:ffff:ffff:ffff:ffff
2603:2893:edf:ffff:ffff:ffff:ffff:ffff
2603:2893:1a7f:ffff:ffff:ffff:ffff:ffff
2603:2893:1b9f:ffff:ffff:ffff:ffff:ffff
2603:2893:22ff:ffff:ffff:ffff:ffff:ffff
2603:2893:249f:ffff:ffff:ffff:ffff:ffff
2603:2893:265f:ffff:ffff:ffff:ffff:ffff
2603:2893:2e3f:ffff:ffff:ffff:ffff:ffff
2603:2893:357f:ffff:ffff:ffff:ffff:ffff
2603:2893:35df:ffff:ffff:ffff:ffff:ffff
2603:2893:3c5f:ffff:ffff:ffff:ffff:ffff
2603:2893:3f5f:ffff:ffff:ffff:ffff:ffff
2603:2893:3fff:ffff:ffff:ffff:ffff:ffff
2603:2893:441f:ffff:ffff:ffff:ffff:ffff
2603:2893:45bf:ffff:ffff:ffff:ffff:ffff
2603:2893:48bf:ffff:ffff:ffff:ffff:ffff
2603:2893:4d9f:ffff:ffff:ffff:ffff:ffff
2603:2893:4ebf:ffff:ffff:ffff:ffff:ffff
2603:2893:4f9f:ffff:ffff:ffff:ffff:ffff
2603:2893:52bf:ffff:ffff:ffff:ffff:ffff
2603:2893:581f:ffff:ffff:ffff:ffff:ffff
2603:2893:589f:ffff:ffff:ffff:ffff:ffff
2603:2893:591f:ffff:ffff:ffff:ffff:ffff
2603:2893:5ddf:ffff:ffff:ffff:ffff:ffff
2603:2893:609f:ffff:ffff:ffff:ffff:ffff
2603:2893:60ff:ffff:ffff:ffff:ffff:ffff
2603:2893:6d3f:ffff:ffff:ffff:ffff:ffff
2603:2893:6fdf:ffff:ffff:ffff:ffff:ffff
2603:2893:719f:ffff:ffff:ffff:ffff:ffff
2603:2893:72df:ffff:ffff:ffff:ffff:ffff
2603:2893:7bbf:ffff:ffff:ffff:ffff:ffff
2603:2893:847f:ffff:ffff:ffff:ffff:ffff
2603:2893:85bf:ffff:ffff:ffff:ffff:ffff
2603:2893:893f:ffff:ffff:ffff:ffff:ffff

2603:2893:89bf:ffff:ffff:ffff:ffff:ffff
2603:2893:8cdf:ffff:ffff:ffff:ffff:ffff
2603:2893:8dff:ffff:ffff:ffff:ffff:ffff
2603:2893:981f:ffff:ffff:ffff:ffff:ffff
2603:2893:993f:ffff:ffff:ffff:ffff:ffff
2603:2893:9a5f:ffff:ffff:ffff:ffff:ffff
2603:2893:9b3f:ffff:ffff:ffff:ffff:ffff
2603:2893:9f7f:ffff:ffff:ffff:ffff:ffff
2603:2893:a31f:ffff:ffff:ffff:ffff:ffff
2603:2893:a69f:ffff:ffff:ffff:ffff:ffff
2603:2893:a7bf:ffff:ffff:ffff:ffff:ffff
2603:2893:a85f:ffff:ffff:ffff:ffff:ffff
2603:2893:a89f:ffff:ffff:ffff:ffff:ffff
2603:2893:b03f:ffff:ffff:ffff:ffff:ffff
2603:2893:b2df:ffff:ffff:ffff:ffff:ffff
2603:2893:b4bf:ffff:ffff:ffff:ffff:ffff
2603:2893:bbdf:ffff:ffff:ffff:ffff:ffff
2603:2893:bddf:ffff:ffff:ffff:ffff:ffff
2603:2893:be9f:ffff:ffff:ffff:ffff:ffff
2603:2893:bfff:ffff:ffff:ffff:ffff:ffff
2603:2893:c79f:ffff:ffff:ffff:ffff:ffff
2603:2893:cb1f:ffff:ffff:ffff:ffff:ffff
2603:2893:cc9f:ffff:ffff:ffff:ffff:ffff
2603:2893:cdff:ffff:ffff:ffff:ffff:ffff
2603:2893:d31f:ffff:ffff:ffff:ffff:ffff
2603:2893:d63f:ffff:ffff:ffff:ffff:ffff
2603:2894:49f:ffff:ffff:ffff:ffff:ffff
2603:2894:6bf:ffff:ffff:ffff:ffff:ffff
2603:2894:6ff:ffff:ffff:ffff:ffff:ffff
2603:2894:abf:ffff:ffff:ffff:ffff:ffff
2603:2894:d7f:ffff:ffff:ffff:ffff:ffff
2603:2894:10ff:ffff:ffff:ffff:ffff:ffff
2603:2894:141f:ffff:ffff:ffff:ffff:ffff
2603:2894:145f:ffff:ffff:ffff:ffff:ffff
2603:2894:171f:ffff:ffff:ffff:ffff:ffff
2603:2894:1d7f:ffff:ffff:ffff:ffff:ffff
2603:2894:1fdf:ffff:ffff:ffff:ffff:ffff

2603:2894:207f:ffff:ffff:ffff:ffff:ffff
2603:2894:20bf:ffff:ffff:ffff:ffff:ffff
2603:2894:20ff:ffff:ffff:ffff:ffff:ffff
2603:2894:243f:ffff:ffff:ffff:ffff:ffff
2603:2894:2cdf:ffff:ffff:ffff:ffff:ffff
2603:2894:2f5f:ffff:ffff:ffff:ffff:ffff
2603:2894:315f:ffff:ffff:ffff:ffff:ffff
2603:2894:3dff:ffff:ffff:ffff:ffff:ffff
2603:2894:407f:ffff:ffff:ffff:ffff:ffff
2603:2894:45ff:ffff:ffff:ffff:ffff:ffff
2603:2894:477f:ffff:ffff:ffff:ffff:ffff
2603:2894:4f7f:ffff:ffff:ffff:ffff:ffff
2603:2894:593f:ffff:ffff:ffff:ffff:ffff
2603:2894:5c1f:ffff:ffff:ffff:ffff:ffff
2603:2894:5e7f:ffff:ffff:ffff:ffff:ffff
2603:2894:61ff:ffff:ffff:ffff:ffff:ffff
2603:2894:647f:ffff:ffff:ffff:ffff:ffff
2603:2894:653f:ffff:ffff:ffff:ffff:ffff
2603:2894:65ff:ffff:ffff:ffff:ffff:ffff
2603:2894:6b9f:ffff:ffff:ffff:ffff:ffff
2603:2894:6ddf:ffff:ffff:ffff:ffff:ffff
2603:2894:6edf:ffff:ffff:ffff:ffff:ffff
2603:2894:6f7f:ffff:ffff:ffff:ffff:ffff
2603:2894:757f:ffff:ffff:ffff:ffff:ffff
2603:2894:77bf:ffff:ffff:ffff:ffff:ffff
2603:2894:78bf:ffff:ffff:ffff:ffff:ffff
2603:2894:7d7f:ffff:ffff:ffff:ffff:ffff
2603:2894:7e3f:ffff:ffff:ffff:ffff:ffff
2603:2894:91bf:ffff:ffff:ffff:ffff:ffff
2603:2894:989f:ffff:ffff:ffff:ffff:ffff
2603:2894:9a1f:ffff:ffff:ffff:ffff:ffff
2603:2894:9a7f:ffff:ffff:ffff:ffff:ffff
2603:2894:9cbf:ffff:ffff:ffff:ffff:ffff
2603:2894:9eff:ffff:ffff:ffff:ffff:ffff
2603:2894:a45f:ffff:ffff:ffff:ffff:ffff
2603:2894:a53f:ffff:ffff:ffff:ffff:ffff
2603:2894:a9ff:ffff:ffff:ffff:ffff:ffff

2603:2894:aa5f:ffff:ffff:ffff:ffff:ffff
2603:2894:aa9f:ffff:ffff:ffff:ffff:ffff
2603:2894:aaff:ffff:ffff:ffff:ffff:ffff
2603:2894:af7f:ffff:ffff:ffff:ffff:ffff
2603:2894:b03f:ffff:ffff:ffff:ffff:ffff
2603:2894:b09f:ffff:ffff:ffff:ffff:ffff
2603:2894:b3df:ffff:ffff:ffff:ffff:ffff
2603:2894:b89f:ffff:ffff:ffff:ffff:ffff
2603:2894:bcbf:ffff:ffff:ffff:ffff:ffff
2603:2894:bfbf:ffff:ffff:ffff:ffff:ffff
2603:2894:c0ff:ffff:ffff:ffff:ffff:ffff
2603:2894:c1bf:ffff:ffff:ffff:ffff:ffff
2603:2894:c27f:ffff:ffff:ffff:ffff:ffff
2603:2894:c3ff:ffff:ffff:ffff:ffff:ffff
2603:2894:c6df:ffff:ffff:ffff:ffff:ffff
2603:2894:c87f:ffff:ffff:ffff:ffff:ffff
2603:2894:c8ff:ffff:ffff:ffff:ffff:ffff
2603:2894:cb9f:ffff:ffff:ffff:ffff:ffff
2603:2894:d7bf:ffff:ffff:ffff:ffff:ffff
2603:2894:dd1f:ffff:ffff:ffff:ffff:ffff
2603:2894:e3bf:ffff:ffff:ffff:ffff:ffff
2603:2894:ebdf:ffff:ffff:ffff:ffff:ffff
2603:2894:ec5f:ffff:ffff:ffff:ffff:ffff
2603:2894:f3df:ffff:ffff:ffff:ffff:ffff
2603:2894:f69f:ffff:ffff:ffff:ffff:ffff
2603:2894:fa5f:ffff:ffff:ffff:ffff:ffff
2603:2894:fbff:ffff:ffff:ffff:ffff:ffff
2603:2894:fcff:ffff:ffff:ffff:ffff:ffff
2603:2894:fedf:ffff:ffff:ffff:ffff:ffff
2603:2894:ff7f:ffff:ffff:ffff:ffff:ffff
2603:2895:b1f:ffff:ffff:ffff:ffff:ffff
2603:2895:eff:ffff:ffff:ffff:ffff:ffff
2603:2895:153f:ffff:ffff:ffff:ffff:ffff
2603:2895:1a1f:ffff:ffff:ffff:ffff:ffff
2603:2895:1cff:ffff:ffff:ffff:ffff:ffff
2603:2895:1e3f:ffff:ffff:ffff:ffff:ffff
2603:2895:1e9f:ffff:ffff:ffff:ffff:ffff

2603:2895:1f9f:ffff:ffff:ffff:ffff:ffff
2603:2895:223f:ffff:ffff:ffff:ffff:ffff
2603:2895:245f:ffff:ffff:ffff:ffff:ffff
2603:2895:28bf:ffff:ffff:ffff:ffff:ffff
2603:2895:2c7f:ffff:ffff:ffff:ffff:ffff
2603:2895:2fbf:ffff:ffff:ffff:ffff:ffff
2603:2895:357f:ffff:ffff:ffff:ffff:ffff
2603:2895:373f:ffff:ffff:ffff:ffff:ffff
2603:2895:38df:ffff:ffff:ffff:ffff:ffff
2603:2895:391f:ffff:ffff:ffff:ffff:ffff
2603:2895:3b5f:ffff:ffff:ffff:ffff:ffff
2603:2895:3d7f:ffff:ffff:ffff:ffff:ffff
2603:2895:3fff:ffff:ffff:ffff:ffff:ffff
2603:2895:4a9f:ffff:ffff:ffff:ffff:ffff
2603:2895:4d9f:ffff:ffff:ffff:ffff:ffff
2603:2895:4edf:ffff:ffff:ffff:ffff:ffff
2603:2895:511f:ffff:ffff:ffff:ffff:ffff
2603:2895:525f:ffff:ffff:ffff:ffff:ffff
2603:2895:597f:ffff:ffff:ffff:ffff:ffff
2603:2895:5bff:ffff:ffff:ffff:ffff:ffff
2603:2895:605f:ffff:ffff:ffff:ffff:ffff
2603:2895:617f:ffff:ffff:ffff:ffff:ffff
2603:2895:66ff:ffff:ffff:ffff:ffff:ffff
2603:2895:681f:ffff:ffff:ffff:ffff:ffff
2603:2895:6dbf:ffff:ffff:ffff:ffff:ffff
2603:2895:731f:ffff:ffff:ffff:ffff:ffff
2603:2895:743f:ffff:ffff:ffff:ffff:ffff
2603:2895:74bf:ffff:ffff:ffff:ffff:ffff
2603:2895:79df:ffff:ffff:ffff:ffff:ffff
2603:2895:7c1f:ffff:ffff:ffff:ffff:ffff
2603:2895:7fdf:ffff:ffff:ffff:ffff:ffff
2603:2895:885f:ffff:ffff:ffff:ffff:ffff
2603:2895:88bf:ffff:ffff:ffff:ffff:ffff
2603:2895:8a9f:ffff:ffff:ffff:ffff:ffff
2603:2895:8fff:ffff:ffff:ffff:ffff:ffff
2603:2895:919f:ffff:ffff:ffff:ffff:ffff
2603:2895:925f:ffff:ffff:ffff:ffff:ffff

2603:2895:93bf:ffff:ffff:ffff:ffff:ffff
2603:2895:969f:ffff:ffff:ffff:ffff:ffff
2603:2895:99df:ffff:ffff:ffff:ffff:ffff
2603:2895:9b3f:ffff:ffff:ffff:ffff:ffff
2603:2895:a13f:ffff:ffff:ffff:ffff:ffff
2603:2895:a63f:ffff:ffff:ffff:ffff:ffff
2603:2895:a73f:ffff:ffff:ffff:ffff:ffff
2603:2895:afff:ffff:ffff:ffff:ffff:ffff
2603:2895:b8df:ffff:ffff:ffff:ffff:ffff
2603:2895:b9bf:ffff:ffff:ffff:ffff:ffff
2603:2895:c15f:ffff:ffff:ffff:ffff:ffff
2603:2895:c2df:ffff:ffff:ffff:ffff:ffff
2603:2895:c35f:ffff:ffff:ffff:ffff:ffff
2603:2895:c3bf:ffff:ffff:ffff:ffff:ffff
2603:2895:c7df:ffff:ffff:ffff:ffff:ffff
2603:2895:ca9f:ffff:ffff:ffff:ffff:ffff
2603:2895:d57f:ffff:ffff:ffff:ffff:ffff
2603:2895:dcdf:ffff:ffff:ffff:ffff:ffff
2603:2895:df5f:ffff:ffff:ffff:ffff:ffff
2603:2895:e4bf:ffff:ffff:ffff:ffff:ffff
2603:2895:e53f:ffff:ffff:ffff:ffff:ffff
2603:2895:e5bf:ffff:ffff:ffff:ffff:ffff
2603:2895:e8df:ffff:ffff:ffff:ffff:ffff
2603:2895:eb1f:ffff:ffff:ffff:ffff:ffff
2603:2895:ebdf:ffff:ffff:ffff:ffff:ffff
2603:2895:ed9f:ffff:ffff:ffff:ffff:ffff
2603:2895:ef7f:ffff:ffff:ffff:ffff:ffff
2603:2895:f35f:ffff:ffff:ffff:ffff:ffff
2603:2895:f41f:ffff:ffff:ffff:ffff:ffff
2603:2895:f45f:ffff:ffff:ffff:ffff:ffff
2603:2895:fb3f:ffff:ffff:ffff:ffff:ffff
2603:2895:ffdf:ffff:ffff:ffff:ffff:ffff
2603:2896:3f:ffff:ffff:ffff:ffff:ffff
2603:2896:df:ffff:ffff:ffff:ffff:ffff
2603:2896:25f:ffff:ffff:ffff:ffff:ffff
2603:2896:55f:ffff:ffff:ffff:ffff:ffff
2603:2896:73f:ffff:ffff:ffff:ffff:ffff

2603:2896:83f:ffff:ffff:ffff:ffff:ffff
2603:2896:113f:ffff:ffff:ffff:ffff:ffff
2603:2896:129f:ffff:ffff:ffff:ffff:ffff
2603:2896:197f:ffff:ffff:ffff:ffff:ffff
2603:2896:1bbf:ffff:ffff:ffff:ffff:ffff
2603:2896:1c9f:ffff:ffff:ffff:ffff:ffff
2603:2896:217f:ffff:ffff:ffff:ffff:ffff
2603:2896:22ff:ffff:ffff:ffff:ffff:ffff
2603:2896:25ff:ffff:ffff:ffff:ffff:ffff
2603:2896:297f:ffff:ffff:ffff:ffff:ffff
2603:2896:33ff:ffff:ffff:ffff:ffff:ffff
2603:2896:39bf:ffff:ffff:ffff:ffff:ffff
2603:2896:3a3f:ffff:ffff:ffff:ffff:ffff
2603:2896:3c1f:ffff:ffff:ffff:ffff:ffff
2603:2896:3ebf:ffff:ffff:ffff:ffff:ffff
2603:2896:409f:ffff:ffff:ffff:ffff:ffff
2603:2896:429f:ffff:ffff:ffff:ffff:ffff
2603:2896:453f:ffff:ffff:ffff:ffff:ffff
2603:2896:475f:ffff:ffff:ffff:ffff:ffff
2603:2896:47ff:ffff:ffff:ffff:ffff:ffff
2603:2896:4c7f:ffff:ffff:ffff:ffff:ffff
2603:2896:4d9f:ffff:ffff:ffff:ffff:ffff
2603:2896:4ebf:ffff:ffff:ffff:ffff:ffff
2603:2896:521f:ffff:ffff:ffff:ffff:ffff
2603:2896:56df:ffff:ffff:ffff:ffff:ffff
2603:2896:583f:ffff:ffff:ffff:ffff:ffff
2603:2896:597f:ffff:ffff:ffff:ffff:ffff
2603:2896:5a1f:ffff:ffff:ffff:ffff:ffff
2603:2896:5e7f:ffff:ffff:ffff:ffff:ffff
2603:2896:5f7f:ffff:ffff:ffff:ffff:ffff
2603:2896:5fff:ffff:ffff:ffff:ffff:ffff
2603:2896:611f:ffff:ffff:ffff:ffff:ffff
2603:2896:619f:ffff:ffff:ffff:ffff:ffff
2603:2896:62ff:ffff:ffff:ffff:ffff:ffff
2603:2896:637f:ffff:ffff:ffff:ffff:ffff
2603:2896:64ff:ffff:ffff:ffff:ffff:ffff
2603:2896:657f:ffff:ffff:ffff:ffff:ffff

2603:2896:67ff:ffff:ffff:ffff:ffff:ffff
2603:2896:713f:ffff:ffff:ffff:ffff:ffff
2603:2896:73ff:ffff:ffff:ffff:ffff:ffff
2603:2896:75bf:ffff:ffff:ffff:ffff:ffff
2603:2896:799f:ffff:ffff:ffff:ffff:ffff
2603:2896:7bbf:ffff:ffff:ffff:ffff:ffff
2603:2896:7bff:ffff:ffff:ffff:ffff:ffff
2603:2896:7f1f:ffff:ffff:ffff:ffff:ffff
2603:2896:815f:ffff:ffff:ffff:ffff:ffff
2603:2896:81df:ffff:ffff:ffff:ffff:ffff
2603:2896:833f:ffff:ffff:ffff:ffff:ffff
2603:2896:857f:ffff:ffff:ffff:ffff:ffff
2603:2896:865f:ffff:ffff:ffff:ffff:ffff
2603:2896:8ebf:ffff:ffff:ffff:ffff:ffff
2603:2896:91ff:ffff:ffff:ffff:ffff:ffff
2603:2896:933f:ffff:ffff:ffff:ffff:ffff
2603:2896:957f:ffff:ffff:ffff:ffff:ffff
2603:2896:9a1f:ffff:ffff:ffff:ffff:ffff
2603:2896:a05f:ffff:ffff:ffff:ffff:ffff
2603:2896:a5ff:ffff:ffff:ffff:ffff:ffff
2603:2896:af3f:ffff:ffff:ffff:ffff:ffff
2603:2896:b05f:ffff:ffff:ffff:ffff:ffff
2603:2896:b13f:ffff:ffff:ffff:ffff:ffff
2603:2896:b5ff:ffff:ffff:ffff:ffff:ffff
2603:2896:ba1f:ffff:ffff:ffff:ffff:ffff
2603:2896:bcbf:ffff:ffff:ffff:ffff:ffff
2603:2896:bd7f:ffff:ffff:ffff:ffff:ffff
2603:2896:c55f:ffff:ffff:ffff:ffff:ffff
2603:2896:ce5f:ffff:ffff:ffff:ffff:ffff
2603:2896:d0bf:ffff:ffff:ffff:ffff:ffff
2603:2896:d2bf:ffff:ffff:ffff:ffff:ffff
2603:2896:d37f:ffff:ffff:ffff:ffff:ffff
2603:2896:d47f:ffff:ffff:ffff:ffff:ffff
2603:2896:d4ff:ffff:ffff:ffff:ffff:ffff
2603:2896:d57f:ffff:ffff:ffff:ffff:ffff
2603:2896:d89f:ffff:ffff:ffff:ffff:ffff
2603:2896:d99f:ffff:ffff:ffff:ffff:ffff

2603:2896:da7f:ffff:ffff:ffff:ffff:ffff
2603:2896:dbdf:ffff:ffff:ffff:ffff:ffff
2603:2896:e0bf:ffff:ffff:ffff:ffff:ffff
2603:2896:e41f:ffff:ffff:ffff:ffff:ffff
2603:2896:e55f:ffff:ffff:ffff:ffff:ffff
2603:2896:e77f:ffff:ffff:ffff:ffff:ffff
2603:2896:e87f:ffff:ffff:ffff:ffff:ffff
2603:2896:ef3f:ffff:ffff:ffff:ffff:ffff
2603:2896:f19f:ffff:ffff:ffff:ffff:ffff
2603:2896:f89f:ffff:ffff:ffff:ffff:ffff
2603:2896:fcdf:ffff:ffff:ffff:ffff:ffff
2603:2896:ff9f:ffff:ffff:ffff:ffff:ffff
2603:2897:13f:ffff:ffff:ffff:ffff:ffff
2603:2897:91f:ffff:ffff:ffff:ffff:ffff
2603:2897:95f:ffff:ffff:ffff:ffff:ffff
2603:2897:e5f:ffff:ffff:ffff:ffff:ffff
2603:2897:105f:ffff:ffff:ffff:ffff:ffff
2603:2897:109f:ffff:ffff:ffff:ffff:ffff
2603:2897:157f:ffff:ffff:ffff:ffff:ffff
2603:2897:16ff:ffff:ffff:ffff:ffff:ffff
2603:2897:1c1f:ffff:ffff:ffff:ffff:ffff
2603:2897:215f:ffff:ffff:ffff:ffff:ffff
2603:2897:29ff:ffff:ffff:ffff:ffff:ffff
2603:2897:2c7f:ffff:ffff:ffff:ffff:ffff
2603:2897:2cff:ffff:ffff:ffff:ffff:ffff
2603:2897:32bf:ffff:ffff:ffff:ffff:ffff
2603:2897:369f:ffff:ffff:ffff:ffff:ffff
2603:2897:37df:ffff:ffff:ffff:ffff:ffff
2603:2897:3fff:ffff:ffff:ffff:ffff:ffff
2603:2897:437f:ffff:ffff:ffff:ffff:ffff
2603:2897:46ff:ffff:ffff:ffff:ffff:ffff
2603:2897:489f:ffff:ffff:ffff:ffff:ffff
2603:2897:4bbf:ffff:ffff:ffff:ffff:ffff
2603:2897:4c7f:ffff:ffff:ffff:ffff:ffff
2603:2897:4dbf:ffff:ffff:ffff:ffff:ffff
2603:2897:4e5f:ffff:ffff:ffff:ffff:ffff
2603:2897:51ff:ffff:ffff:ffff:ffff:ffff

2603:2897:525f:ffff:ffff:ffff:ffff:ffff
2603:2897:529f:ffff:ffff:ffff:ffff:ffff
2603:2897:571f:ffff:ffff:ffff:ffff:ffff
2603:2897:59df:ffff:ffff:ffff:ffff:ffff
2603:2897:5eff:ffff:ffff:ffff:ffff:ffff
2603:2897:62ff:ffff:ffff:ffff:ffff:ffff
2603:2897:669f:ffff:ffff:ffff:ffff:ffff
2603:2897:695f:ffff:ffff:ffff:ffff:ffff
2603:2897:6fdf:ffff:ffff:ffff:ffff:ffff
2603:2897:723f:ffff:ffff:ffff:ffff:ffff
2603:2897:733f:ffff:ffff:ffff:ffff:ffff
2603:2897:779f:ffff:ffff:ffff:ffff:ffff
2603:2897:77ff:ffff:ffff:ffff:ffff:ffff
2603:2897:81df:ffff:ffff:ffff:ffff:ffff
2603:2897:9dff:ffff:ffff:ffff:ffff:ffff
2603:2897:9e7f:ffff:ffff:ffff:ffff:ffff
2603:2897:9fdf:ffff:ffff:ffff:ffff:ffff
2603:2897:a13f:ffff:ffff:ffff:ffff:ffff
2603:2897:a27f:ffff:ffff:ffff:ffff:ffff
2603:2897:a45f:ffff:ffff:ffff:ffff:ffff
2603:2897:a95f:ffff:ffff:ffff:ffff:ffff
2603:2897:acff:ffff:ffff:ffff:ffff:ffff
2603:2897:b3bf:ffff:ffff:ffff:ffff:ffff
2603:2897:b61f:ffff:ffff:ffff:ffff:ffff
2603:2897:b8df:ffff:ffff:ffff:ffff:ffff
2603:2897:ba7f:ffff:ffff:ffff:ffff:ffff
2603:2897:c01f:ffff:ffff:ffff:ffff:ffff
2603:2897:c2df:ffff:ffff:ffff:ffff:ffff
2603:2897:c8ff:ffff:ffff:ffff:ffff:ffff
2603:2897:c95f:ffff:ffff:ffff:ffff:ffff
2603:2897:ca5f:ffff:ffff:ffff:ffff:ffff
2603:2897:cc9f:ffff:ffff:ffff:ffff:ffff
2603:2897:ce5f:ffff:ffff:ffff:ffff:ffff
2603:2897:ceff:ffff:ffff:ffff:ffff:ffff
2603:2897:cf7f:ffff:ffff:ffff:ffff:ffff
2603:2897:cfbf:ffff:ffff:ffff:ffff:ffff
2603:2897:d01f:ffff:ffff:ffff:ffff:ffff

2603:2897:d3bf:ffff:ffff:ffff:ffff:ffff
2603:2897:d3ff:ffff:ffff:ffff:ffff:ffff
2603:2897:d95f:ffff:ffff:ffff:ffff:ffff
2603:2897:d9df:ffff:ffff:ffff:ffff:ffff
2603:2897:dabf:ffff:ffff:ffff:ffff:ffff
2603:2897:daff:ffff:ffff:ffff:ffff:ffff
2603:2897:dbff:ffff:ffff:ffff:ffff:ffff
2603:2897:df1f:ffff:ffff:ffff:ffff:ffff
2603:2897:e19f:ffff:ffff:ffff:ffff:ffff
2603:2897:e63f:ffff:ffff:ffff:ffff:ffff
2603:2897:e7bf:ffff:ffff:ffff:ffff:ffff
2603:2897:e97f:ffff:ffff:ffff:ffff:ffff
2603:2897:eb1f:ffff:ffff:ffff:ffff:ffff
2603:2897:f11f:ffff:ffff:ffff:ffff:ffff
2603:2897:f25f:ffff:ffff:ffff:ffff:ffff
2603:2897:f4ff:ffff:ffff:ffff:ffff:ffff
2603:2897:fb3f:ffff:ffff:ffff:ffff:ffff
2603:2897:fc9f:ffff:ffff:ffff:ffff:ffff
2603:2898:df:ffff:ffff:ffff:ffff:ffff
2603:2898:29f:ffff:ffff:ffff:ffff:ffff
2603:2898:73f:ffff:ffff:ffff:ffff:ffff
2603:2898:7df:ffff:ffff:ffff:ffff:ffff
2603:2898:93f:ffff:ffff:ffff:ffff:ffff
2603:2898:bff:ffff:ffff:ffff:ffff:ffff
2603:2898:163f:ffff:ffff:ffff:ffff:ffff
2603:2898:1a9f:ffff:ffff:ffff:ffff:ffff
2603:2898:1aff:ffff:ffff:ffff:ffff:ffff
2603:2898:1d1f:ffff:ffff:ffff:ffff:ffff
2603:2898:1d7f:ffff:ffff:ffff:ffff:ffff
2603:2898:215f:ffff:ffff:ffff:ffff:ffff
2603:2898:259f:ffff:ffff:ffff:ffff:ffff
2603:2898:285f:ffff:ffff:ffff:ffff:ffff
2603:2898:291f:ffff:ffff:ffff:ffff:ffff
2603:2898:2ddf:ffff:ffff:ffff:ffff:ffff
2603:2898:309f:ffff:ffff:ffff:ffff:ffff
2603:2898:35bf:ffff:ffff:ffff:ffff:ffff
2603:2898:3abf:ffff:ffff:ffff:ffff:ffff

2603:2898:3d7f:ffff:ffff:ffff:ffff:ffff
2603:2898:3dbf:ffff:ffff:ffff:ffff:ffff
2603:2898:409f:ffff:ffff:ffff:ffff:ffff
2603:2898:41bf:ffff:ffff:ffff:ffff:ffff
2603:2898:44df:ffff:ffff:ffff:ffff:ffff
2603:2898:455f:ffff:ffff:ffff:ffff:ffff
2603:2898:495f:ffff:ffff:ffff:ffff:ffff
2603:2898:541f:ffff:ffff:ffff:ffff:ffff
2603:2898:571f:ffff:ffff:ffff:ffff:ffff
2603:2898:5a5f:ffff:ffff:ffff:ffff:ffff
2603:2898:5aff:ffff:ffff:ffff:ffff:ffff
2603:2898:5b7f:ffff:ffff:ffff:ffff:ffff
2603:2898:5cdf:ffff:ffff:ffff:ffff:ffff
2603:2898:655f:ffff:ffff:ffff:ffff:ffff
2603:2898:6c5f:ffff:ffff:ffff:ffff:ffff
2603:2898:6cff:ffff:ffff:ffff:ffff:ffff
2603:2898:74bf:ffff:ffff:ffff:ffff:ffff
2603:2898:753f:ffff:ffff:ffff:ffff:ffff
2603:2898:757f:ffff:ffff:ffff:ffff:ffff
2603:2898:75bf:ffff:ffff:ffff:ffff:ffff
2603:2898:789f:ffff:ffff:ffff:ffff:ffff
2603:2898:79ff:ffff:ffff:ffff:ffff:ffff
2603:2898:805f:ffff:ffff:ffff:ffff:ffff
2603:2898:833f:ffff:ffff:ffff:ffff:ffff
2603:2898:85df:ffff:ffff:ffff:ffff:ffff
2603:2898:867f:ffff:ffff:ffff:ffff:ffff
2603:2898:8c9f:ffff:ffff:ffff:ffff:ffff
2603:2898:8cdf:ffff:ffff:ffff:ffff:ffff
2603:2898:8d5f:ffff:ffff:ffff:ffff:ffff
2603:2898:8ebf:ffff:ffff:ffff:ffff:ffff
2603:2898:93df:ffff:ffff:ffff:ffff:ffff
2603:2898:949f:ffff:ffff:ffff:ffff:ffff
2603:2898:951f:ffff:ffff:ffff:ffff:ffff
2603:2898:967f:ffff:ffff:ffff:ffff:ffff
2603:2898:9e7f:ffff:ffff:ffff:ffff:ffff
2603:2898:a0df:ffff:ffff:ffff:ffff:ffff
2603:2898:a57f:ffff:ffff:ffff:ffff:ffff
2603:2898:a67f:ffff:ffff:ffff:ffff:ffff
2603:2898:a85f:ffff:ffff:ffff:ffff:ffff
2603:2898:abbf:ffff:ffff:ffff:ffff:ffff
2603:2898:ad3f:ffff:ffff:ffff:ffff:ffff
2603:2898:adbf:ffff:ffff:ffff:ffff:ffff
2603:2898:afff:ffff:ffff:ffff:ffff:ffff
2603:2898:b0df:ffff:ffff:ffff:ffff:ffff
2603:2898:c0df:ffff:ffff:ffff:ffff:ffff
2603:2898:c29f:ffff:ffff:ffff:ffff:ffff
2603:2898:c73f:ffff:ffff:ffff:ffff:ffff
2603:2898:c85f:ffff:ffff:ffff:ffff:ffff
2603:2898:d47f:ffff:ffff:ffff:ffff:ffff
2603:2898:d5df:ffff:ffff:ffff:ffff:ffff
2603:2898:d93f:ffff:ffff:ffff:ffff:ffff
2603:2898:e59f:ffff:ffff:ffff:ffff:ffff
2603:2898:e69f:ffff:ffff:ffff:ffff:ffff
2603:2898:e8bf:ffff:ffff:ffff:ffff:ffff
2603:2898:f07f:ffff:ffff:ffff:ffff:ffff
2603:2898:f39f:ffff:ffff:ffff:ffff:ffff
2603:2898:f83f:ffff:ffff:ffff:ffff:ffff
2603:2898:fcbf:ffff:ffff:ffff:ffff:ffff
2603:2899:79f:ffff:ffff:ffff:ffff:ffff
2603:2899:b5f:ffff:ffff:ffff:ffff:ffff
2603:2899:bbf:ffff:ffff:ffff:ffff:ffff
2603:2899:113f:ffff:ffff:ffff:ffff:ffff
2603:2899:205f:ffff:ffff:ffff:ffff:ffff
2603:2899:22df:ffff:ffff:ffff:ffff:ffff
2603:2899:275f:ffff:ffff:ffff:ffff:ffff
2603:2899:28bf:ffff:ffff:ffff:ffff:ffff
2603:2899:297f:ffff:ffff:ffff:ffff:ffff
2603:2899:2a1f:ffff:ffff:ffff:ffff:ffff
2603:2899:2cbf:ffff:ffff:ffff:ffff:ffff
2603:2899:2f3f:ffff:ffff:ffff:ffff:ffff
2603:2899:31ff:ffff:ffff:ffff:ffff:ffff
2603:2899:32bf:ffff:ffff:ffff:ffff:ffff
2603:2899:393f:ffff:ffff:ffff:ffff:ffff
2603:2899:3a5f:ffff:ffff:ffff:ffff:ffff
2603:2899:3b5f:ffff:ffff:ffff:ffff:ffff
2603:2899:3edf:ffff:ffff:ffff:ffff:ffff
2603:2899:417f:ffff:ffff:ffff:ffff:ffff
2603:2899:41ff:ffff:ffff:ffff:ffff:ffff
2603:2899:441f:ffff:ffff:ffff:ffff:ffff
2603:2899:44bf:ffff:ffff:ffff:ffff:ffff
2603:2899:459f:ffff:ffff:ffff:ffff:ffff
2603:2899:45ff:ffff:ffff:ffff:ffff:ffff
2603:2899:46df:ffff:ffff:ffff:ffff:ffff
2603:2899:4d5f:ffff:ffff:ffff:ffff:ffff
2603:2899:4f3f:ffff:ffff:ffff:ffff:ffff
2603:2899:511f:ffff:ffff:ffff:ffff:ffff
2603:2899:515f:ffff:ffff:ffff:ffff:ffff
2603:2899:531f:ffff:ffff:ffff:ffff:ffff
2603:2899:56bf:ffff:ffff:ffff:ffff:ffff
2603:2899:575f:ffff:ffff:ffff:ffff:ffff
2603:2899:5d3f:ffff:ffff:ffff:ffff:ffff
2603:2899:5f3f:ffff:ffff:ffff:ffff:ffff
2603:2899:61bf:ffff:ffff:ffff:ffff:ffff
2603:2899:6ddf:ffff:ffff:ffff:ffff:ffff
2603:2899:707f:ffff:ffff:ffff:ffff:ffff
2603:2899:777f:ffff:ffff:ffff:ffff:ffff
2603:2899:79ff:ffff:ffff:ffff:ffff:ffff
2603:2899:7edf:ffff:ffff:ffff:ffff:ffff
2603:2899:859f:ffff:ffff:ffff:ffff:ffff
2603:2899:881f:ffff:ffff:ffff:ffff:ffff
2603:2899:885f:ffff:ffff:ffff:ffff:ffff
2603:2899:8b7f:ffff:ffff:ffff:ffff:ffff
2603:2899:905f:ffff:ffff:ffff:ffff:ffff
2603:2899:993f:ffff:ffff:ffff:ffff:ffff
2603:2899:9cbf:ffff:ffff:ffff:ffff:ffff
2603:2899:a1bf:ffff:ffff:ffff:ffff:ffff
2603:2899:a29f:ffff:ffff:ffff:ffff:ffff
2603:2899:a3bf:ffff:ffff:ffff:ffff:ffff
2603:2899:afdf:ffff:ffff:ffff:ffff:ffff
2603:2899:b31f:ffff:ffff:ffff:ffff:ffff
2603:2899:b4bf:ffff:ffff:ffff:ffff:ffff
2603:2899:bd3f:ffff:ffff:ffff:ffff:ffff
2603:2899:c1df:ffff:ffff:ffff:ffff:ffff
2603:2899:c8ff:ffff:ffff:ffff:ffff:ffff
2603:2899:cc9f:ffff:ffff:ffff:ffff:ffff
2603:2899:d1ff:ffff:ffff:ffff:ffff:ffff
2603:2899:d35f:ffff:ffff:ffff:ffff:ffff
2603:2899:dfff:ffff:ffff:ffff:ffff:ffff
2603:2899:ec5f:ffff:ffff:ffff:ffff:ffff
2603:2899:f0bf:ffff:ffff:ffff:ffff:ffff
2603:2899:f1ff:ffff:ffff:ffff:ffff:ffff
2603:2899:f35f:ffff:ffff:ffff:ffff:ffff
2603:2899:f3ff:ffff:ffff:ffff:ffff:ffff
2603:2899:fa5f:ffff:ffff:ffff:ffff:ffff
2603:2899:ff9f:ffff:ffff:ffff:ffff:ffff
2603:2899:ffff:ffff:ffff:ffff:ffff:ffff
2603:289a:bf:ffff:ffff:ffff:ffff:ffff
2603:289a:93f:ffff:ffff:ffff:ffff:ffff
2603:289a:aff:ffff:ffff:ffff:ffff:ffff
2603:289a:bdf:ffff:ffff:ffff:ffff:ffff
2603:289a:e3f:ffff:ffff:ffff:ffff:ffff
2603:289a:11bf:ffff:ffff:ffff:ffff:ffff
2603:289a:123f:ffff:ffff:ffff:ffff:ffff
2603:289a:1abf:ffff:ffff:ffff:ffff:ffff
2603:289a:1dff:ffff:ffff:ffff:ffff:ffff
2603:289a:203f:ffff:ffff:ffff:ffff:ffff
2603:289a:225f:ffff:ffff:ffff:ffff:ffff
2603:289a:279f:ffff:ffff:ffff:ffff:ffff
2603:289a:2c1f:ffff:ffff:ffff:ffff:ffff
2603:289a:2f3f:ffff:ffff:ffff:ffff:ffff
2603:289a:2fff:ffff:ffff:ffff:ffff:ffff
2603:289a:321f:ffff:ffff:ffff:ffff:ffff
2603:289a:341f:ffff:ffff:ffff:ffff:ffff
2603:289a:3d5f:ffff:ffff:ffff:ffff:ffff
2603:289a:3f1f:ffff:ffff:ffff:ffff:ffff
2603:289a:3f5f:ffff:ffff:ffff:ffff:ffff
2603:289a:411f:ffff:ffff:ffff:ffff:ffff
2603:289a:419f:ffff:ffff:ffff:ffff:ffff
2603:289a:431f:ffff:ffff:ffff:ffff:ffff
2603:289a:469f:ffff:ffff:ffff:ffff:ffff
2603:289a:479f:ffff:ffff:ffff:ffff:ffff
2603:289a:483f:ffff:ffff:ffff:ffff:ffff
2603:289a:4fbf:ffff:ffff:ffff:ffff:ffff
2603:289a:599f:ffff:ffff:ffff:ffff:ffff
2603:289a:5b1f:ffff:ffff:ffff:ffff:ffff
2603:289a:621f:ffff:ffff:ffff:ffff:ffff
2603:289a:635f:ffff:ffff:ffff:ffff:ffff
2603:289a:63bf:ffff:ffff:ffff:ffff:ffff
2603:289a:66df:ffff:ffff:ffff:ffff:ffff
2603:289a:6adf:ffff:ffff:ffff:ffff:ffff
2603:289a:6bbf:ffff:ffff:ffff:ffff:ffff
2603:289a:6cdf:ffff:ffff:ffff:ffff:ffff
2603:289a:6eff:ffff:ffff:ffff:ffff:ffff
2603:289a:6fff:ffff:ffff:ffff:ffff:ffff
2603:289a:767f:ffff:ffff:ffff:ffff:ffff
2603:289a:779f:ffff:ffff:ffff:ffff:ffff
2603:289a:7c5f:ffff:ffff:ffff:ffff:ffff
2603:289a:809f:ffff:ffff:ffff:ffff:ffff
2603:289a:875f:ffff:ffff:ffff:ffff:ffff
2603:289a:8b5f:ffff:ffff:ffff:ffff:ffff
2603:289a:8bff:ffff:ffff:ffff:ffff:ffff
2603:289a:8c7f:ffff:ffff:ffff:ffff:ffff
2603:289a:8e7f:ffff:ffff:ffff:ffff:ffff
2603:289a:9abf:ffff:ffff:ffff:ffff:ffff
2603:289a:a39f:ffff:ffff:ffff:ffff:ffff
2603:289a:a4df:ffff:ffff:ffff:ffff:ffff
2603:289a:a8ff:ffff:ffff:ffff:ffff:ffff
2603:289a:aa9f:ffff:ffff:ffff:ffff:ffff
2603:289a:aadf:ffff:ffff:ffff:ffff:ffff
2603:289a:b09f:ffff:ffff:ffff:ffff:ffff
2603:289a:b81f:ffff:ffff:ffff:ffff:ffff
2603:289a:b99f:ffff:ffff:ffff:ffff:ffff
2603:289a:bf3f:ffff:ffff:ffff:ffff:ffff
2603:289a:bf7f:ffff:ffff:ffff:ffff:ffff
2603:289a:cbff:ffff:ffff:ffff:ffff:ffff
2603:289a:cf1f:ffff:ffff:ffff:ffff:ffff
2603:289a:d11f:ffff:ffff:ffff:ffff:ffff
2603:289a:d8ff:ffff:ffff:ffff:ffff:ffff
2603:289a:d99f:ffff:ffff:ffff:ffff:ffff
2603:289a:e17f:ffff:ffff:ffff:ffff:ffff
2603:289a:e4df:ffff:ffff:ffff:ffff:ffff
2603:289a:e57f:ffff:ffff:ffff:ffff:ffff
2603:289a:f1ff:ffff:ffff:ffff:ffff:ffff
2603:289a:f8bf:ffff:ffff:ffff:ffff:ffff
2603:289a:f9ff:ffff:ffff:ffff:ffff:ffff
2603:289a:fb1f:ffff:ffff:ffff:ffff:ffff
2603:289a:fd7f:ffff:ffff:ffff:ffff:ffff
2603:289a:fe7f:ffff:ffff:ffff:ffff:ffff
2603:289a:febf:ffff:ffff:ffff:ffff:ffff
2603:289b:4df:ffff:ffff:ffff:ffff:ffff
2603:289b:5ff:ffff:ffff:ffff:ffff:ffff
2603:289b:7df:ffff:ffff:ffff:ffff:ffff
2603:289b:a3f:ffff:ffff:ffff:ffff:ffff
2603:289b:b7f:ffff:ffff:ffff:ffff:ffff
2603:289b:e7f:ffff:ffff:ffff:ffff:ffff
2603:289b:ebf:ffff:ffff:ffff:ffff:ffff
2603:289b:10ff:ffff:ffff:ffff:ffff:ffff
2603:289b:1bff:ffff:ffff:ffff:ffff:ffff
2603:289b:1f9f:ffff:ffff:ffff:ffff:ffff
2603:289b:257f:ffff:ffff:ffff:ffff:ffff
2603:289b:27bf:ffff:ffff:ffff:ffff:ffff
2603:289b:313f:ffff:ffff:ffff:ffff:ffff
2603:289b:36ff:ffff:ffff:ffff:ffff:ffff
2603:289b:389f:ffff:ffff:ffff:ffff:ffff
2603:289b:3c5f:ffff:ffff:ffff:ffff:ffff
2603:289b:3d5f:ffff:ffff:ffff:ffff:ffff
2603:289b:459f:ffff:ffff:ffff:ffff:ffff
2603:289b:461f:ffff:ffff:ffff:ffff:ffff
2603:289b:483f:ffff:ffff:ffff:ffff:ffff
2603:289b:4b9f:ffff:ffff:ffff:ffff:ffff
2603:289b:54ff:ffff:ffff:ffff:ffff:ffff
2603:289b:555f:ffff:ffff:ffff:ffff:ffff
2603:289b:5dbf:ffff:ffff:ffff:ffff:ffff
2603:289b:5e3f:ffff:ffff:ffff:ffff:ffff
2603:289b:62ff:ffff:ffff:ffff:ffff:ffff
2603:289b:681f:ffff:ffff:ffff:ffff:ffff
2603:289b:697f:ffff:ffff:ffff:ffff:ffff
2603:289b:6bbf:ffff:ffff:ffff:ffff:ffff
2603:289b:6d1f:ffff:ffff:ffff:ffff:ffff
2603:289b:6d9f:ffff:ffff:ffff:ffff:ffff
2603:289b:6f7f:ffff:ffff:ffff:ffff:ffff
2603:289b:6fdf:ffff:ffff:ffff:ffff:ffff
2603:289b:70df:ffff:ffff:ffff:ffff:ffff
2603:289b:71bf:ffff:ffff:ffff:ffff:ffff
2603:289b:7adf:ffff:ffff:ffff:ffff:ffff
2603:289b:7b9f:ffff:ffff:ffff:ffff:ffff
2603:289b:7d5f:ffff:ffff:ffff:ffff:ffff
2603:289b:8d7f:ffff:ffff:ffff:ffff:ffff
2603:289b:8ebf:ffff:ffff:ffff:ffff:ffff
2603:289b:8f7f:ffff:ffff:ffff:ffff:ffff
2603:289b:909f:ffff:ffff:ffff:ffff:ffff
2603:289b:957f:ffff:ffff:ffff:ffff:ffff
2603:289b:977f:ffff:ffff:ffff:ffff:ffff
2603:289b:98ff:ffff:ffff:ffff:ffff:ffff
2603:289b:9edf:ffff:ffff:ffff:ffff:ffff
2603:289b:9fbf:ffff:ffff:ffff:ffff:ffff
2603:289b:a4bf:ffff:ffff:ffff:ffff:ffff
2603:289b:a4ff:ffff:ffff:ffff:ffff:ffff
2603:289b:a71f:ffff:ffff:ffff:ffff:ffff
2603:289b:a7df:ffff:ffff:ffff:ffff:ffff
2603:289b:afbf:ffff:ffff:ffff:ffff:ffff
2603:289b:b1bf:ffff:ffff:ffff:ffff:ffff
2603:289b:b6df:ffff:ffff:ffff:ffff:ffff
2603:289b:c05f:ffff:ffff:ffff:ffff:ffff
2603:289b:c0df:ffff:ffff:ffff:ffff:ffff
2603:289b:c2df:ffff:ffff:ffff:ffff:ffff
2603:289b:c31f:ffff:ffff:ffff:ffff:ffff
2603:289b:c6ff:ffff:ffff:ffff:ffff:ffff
2603:289b:c7bf:ffff:ffff:ffff:ffff:ffff
2603:289b:ca7f:ffff:ffff:ffff:ffff:ffff
2603:289b:cb1f:ffff:ffff:ffff:ffff:ffff
2603:289b:cc9f:ffff:ffff:ffff:ffff:ffff
2603:289b:d0bf:ffff:ffff:ffff:ffff:ffff
2603:289b:d27f:ffff:ffff:ffff:ffff:ffff
2603:289b:d45f:ffff:ffff:ffff:ffff:ffff
2603:289b:d85f:ffff:ffff:ffff:ffff:ffff
2603:289b:e23f:ffff:ffff:ffff:ffff:ffff
2603:289b:e4df:ffff:ffff:ffff:ffff:ffff
2603:289b:e8bf:ffff:ffff:ffff:ffff:ffff
2603:289b:eabf:ffff:ffff:ffff:ffff:ffff
2603:289b:f95f:ffff:ffff:ffff:ffff:ffff
2603:289b:fadf:ffff:ffff:ffff:ffff:ffff
2603:289b:fbbf:ffff:ffff:ffff:ffff:ffff
2603:289b:fe3f:ffff:ffff:ffff:ffff:ffff
2603:289b:ffbf:ffff:ffff:ffff:ffff:ffff
2603:289c:8bf:ffff:ffff:ffff:ffff:ffff
2603:289c:a1f:ffff:ffff:ffff:ffff:ffff
2603:289c:fbf:ffff:ffff:ffff:ffff:ffff
2603:289c:151f:ffff:ffff:ffff:ffff:ffff
2603:289c:181f:ffff:ffff:ffff:ffff:ffff
2603:289c:1d3f:ffff:ffff:ffff:ffff:ffff
2603:289c:293f:ffff:ffff:ffff:ffff:ffff
2603:289c:29df:ffff:ffff:ffff:ffff:ffff
2603:289c:2a3f:ffff:ffff:ffff:ffff:ffff
2603:289c:2c1f:ffff:ffff:ffff:ffff:ffff
2603:289c:2ddf:ffff:ffff:ffff:ffff:ffff
2603:289c:2fdf:ffff:ffff:ffff:ffff:ffff
2603:289c:301f:ffff:ffff:ffff:ffff:ffff
2603:289c:387f:ffff:ffff:ffff:ffff:ffff
2603:289c:38df:ffff:ffff:ffff:ffff:ffff
2603:289c:3a7f:ffff:ffff:ffff:ffff:ffff
2603:289c:3b7f:ffff:ffff:ffff:ffff:ffff
2603:289c:3bdf:ffff:ffff:ffff:ffff:ffff
2603:289c:465f:ffff:ffff:ffff:ffff:ffff
2603:289c:48bf:ffff:ffff:ffff:ffff:ffff
2603:289c:491f:ffff:ffff:ffff:ffff:ffff
2603:289c:4abf:ffff:ffff:ffff:ffff:ffff
2603:289c:531f:ffff:ffff:ffff:ffff:ffff
2603:289c:55df:ffff:ffff:ffff:ffff:ffff
2603:289c:57bf:ffff:ffff:ffff:ffff:ffff
2603:289c:583f:ffff:ffff:ffff:ffff:ffff
2603:289c:5ddf:ffff:ffff:ffff:ffff:ffff
2603:289c:5e1f:ffff:ffff:ffff:ffff:ffff
2603:289c:621f:ffff:ffff:ffff:ffff:ffff
2603:289c:677f:ffff:ffff:ffff:ffff:ffff
2603:289c:755f:ffff:ffff:ffff:ffff:ffff
2603:289c:75ff:ffff:ffff:ffff:ffff:ffff
2603:289c:7c3f:ffff:ffff:ffff:ffff:ffff
2603:289c:7d5f:ffff:ffff:ffff:ffff:ffff
2603:289c:7f7f:ffff:ffff:ffff:ffff:ffff
2603:289c:821f:ffff:ffff:ffff:ffff:ffff
2603:289c:84ff:ffff:ffff:ffff:ffff:ffff
2603:289c:87df:ffff:ffff:ffff:ffff:ffff
2603:289c:8aff:ffff:ffff:ffff:ffff:ffff
2603:289c:8c9f:ffff:ffff:ffff:ffff:ffff
2603:289c:8e5f:ffff:ffff:ffff:ffff:ffff
2603:289c:9b3f:ffff:ffff:ffff:ffff:ffff
2603:289c:a13f:ffff:ffff:ffff:ffff:ffff
2603:289c:a35f:ffff:ffff:ffff:ffff:ffff
2603:289c:a55f:ffff:ffff:ffff:ffff:ffff
2603:289c:a9ff:ffff:ffff:ffff:ffff:ffff
2603:289c:aa5f:ffff:ffff:ffff:ffff:ffff
2603:289c:ae1f:ffff:ffff:ffff:ffff:ffff
2603:289c:ae5f:ffff:ffff:ffff:ffff:ffff
2603:289c:b9ff:ffff:ffff:ffff:ffff:ffff
2603:289c:be3f:ffff:ffff:ffff:ffff:ffff
2603:289c:c41f:ffff:ffff:ffff:ffff:ffff
2603:289c:c4df:ffff:ffff:ffff:ffff:ffff
2603:289c:c69f:ffff:ffff:ffff:ffff:ffff
2603:289c:ca5f:ffff:ffff:ffff:ffff:ffff
2603:289c:d1df:ffff:ffff:ffff:ffff:ffff
2603:289c:d2df:ffff:ffff:ffff:ffff:ffff
2603:289c:d71f:ffff:ffff:ffff:ffff:ffff
2603:289c:dcdf:ffff:ffff:ffff:ffff:ffff
2603:289c:e2df:ffff:ffff:ffff:ffff:ffff
2603:289c:ed5f:ffff:ffff:ffff:ffff:ffff
2603:289c:f49f:ffff:ffff:ffff:ffff:ffff
2603:289c:f83f:ffff:ffff:ffff:ffff:ffff
2603:289c:fa7f:ffff:ffff:ffff:ffff:ffff
2603:289d:9f:ffff:ffff:ffff:ffff:ffff
2603:289d:2bf:ffff:ffff:ffff:ffff:ffff
2603:289d:4df:ffff:ffff:ffff:ffff:ffff
2603:289d:75f:ffff:ffff:ffff:ffff:ffff
2603:289d:125f:ffff:ffff:ffff:ffff:ffff
2603:289d:12df:ffff:ffff:ffff:ffff:ffff
2603:289d:185f:ffff:ffff:ffff:ffff:ffff
2603:289d:1a1f:ffff:ffff:ffff:ffff:ffff
2603:289d:1cdf:ffff:ffff:ffff:ffff:ffff
2603:289d:1ddf:ffff:ffff:ffff:ffff:ffff
2603:289d:205f:ffff:ffff:ffff:ffff:ffff
2603:289d:241f:ffff:ffff:ffff:ffff:ffff
2603:289d:2a1f:ffff:ffff:ffff:ffff:ffff
2603:289d:2c1f:ffff:ffff:ffff:ffff:ffff
2603:289d:2fff:ffff:ffff:ffff:ffff:ffff
2603:289d:313f:ffff:ffff:ffff:ffff:ffff
2603:289d:35df:ffff:ffff:ffff:ffff:ffff
2603:289d:3bbf:ffff:ffff:ffff:ffff:ffff
2603:289d:3cdf:ffff:ffff:ffff:ffff:ffff
2603:289d:429f:ffff:ffff:ffff:ffff:ffff
2603:289d:441f:ffff:ffff:ffff:ffff:ffff
2603:289d:4dbf:ffff:ffff:ffff:ffff:ffff
2603:289d:59df:ffff:ffff:ffff:ffff:ffff
2603:289d:5a1f:ffff:ffff:ffff:ffff:ffff
2603:289d:5b3f:ffff:ffff:ffff:ffff:ffff
2603:289d:5d9f:ffff:ffff:ffff:ffff:ffff
2603:289d:5e9f:ffff:ffff:ffff:ffff:ffff
2603:289d:661f:ffff:ffff:ffff:ffff:ffff
2603:289d:66ff:ffff:ffff:ffff:ffff:ffff
2603:289d:6c1f:ffff:ffff:ffff:ffff:ffff
2603:289d:6c7f:ffff:ffff:ffff:ffff:ffff
2603:289d:6d9f:ffff:ffff:ffff:ffff:ffff
2603:289d:6dff:ffff:ffff:ffff:ffff:ffff
2603:289d:6fdf:ffff:ffff:ffff:ffff:ffff
2603:289d:707f:ffff:ffff:ffff:ffff:ffff
2603:289d:765f:ffff:ffff:ffff:ffff:ffff
2603:289d:7d3f:ffff:ffff:ffff:ffff:ffff
2603:289d:82ff:ffff:ffff:ffff:ffff:ffff
2603:289d:859f:ffff:ffff:ffff:ffff:ffff
2603:289d:86df:ffff:ffff:ffff:ffff:ffff
2603:289d:881f:ffff:ffff:ffff:ffff:ffff
2603:289d:889f:ffff:ffff:ffff:ffff:ffff
2603:289d:89bf:ffff:ffff:ffff:ffff:ffff
2603:289d:8a5f:ffff:ffff:ffff:ffff:ffff
2603:289d:8edf:ffff:ffff:ffff:ffff:ffff
2603:289d:92df:ffff:ffff:ffff:ffff:ffff
2603:289d:95bf:ffff:ffff:ffff:ffff:ffff
2603:289d:979f:ffff:ffff:ffff:ffff:ffff
2603:289d:98bf:ffff:ffff:ffff:ffff:ffff
2603:289d:99bf:ffff:ffff:ffff:ffff:ffff
2603:289d:9b3f:ffff:ffff:ffff:ffff:ffff
2603:289d:9d7f:ffff:ffff:ffff:ffff:ffff
2603:289d:9fdf:ffff:ffff:ffff:ffff:ffff
2603:289d:a03f:ffff:ffff:ffff:ffff:ffff
2603:289d:a47f:ffff:ffff:ffff:ffff:ffff
2603:289d:aadf:ffff:ffff:ffff:ffff:ffff
2603:289d:b23f:ffff:ffff:ffff:ffff:ffff
2603:289d:b3df:ffff:ffff:ffff:ffff:ffff
2603:289d:b4bf:ffff:ffff:ffff:ffff:ffff
2603:289d:c11f:ffff:ffff:ffff:ffff:ffff
2603:289d:c15f:ffff:ffff:ffff:ffff:ffff
2603:289d:c71f:ffff:ffff:ffff:ffff:ffff
2603:289d:c9df:ffff:ffff:ffff:ffff:ffff
2603:289d:d11f:ffff:ffff:ffff:ffff:ffff
2603:289d:d61f:ffff:ffff:ffff:ffff:ffff
2603:289d:d87f:ffff:ffff:ffff:ffff:ffff
2603:289d:d8df:ffff:ffff:ffff:ffff:ffff
2603:289d:dd3f:ffff:ffff:ffff:ffff:ffff
2603:289d:dd7f:ffff:ffff:ffff:ffff:ffff
2603:289d:df9f:ffff:ffff:ffff:ffff:ffff
2603:289d:e19f:ffff:ffff:ffff:ffff:ffff
2603:289d:e23f:ffff:ffff:ffff:ffff:ffff
2603:289d:e2ff:ffff:ffff:ffff:ffff:ffff
2603:289d:e35f:ffff:ffff:ffff:ffff:ffff
2603:289d:e5ff:ffff:ffff:ffff:ffff:ffff
2603:289d:ed3f:ffff:ffff:ffff:ffff:ffff
2603:289d:f81f:ffff:ffff:ffff:ffff:ffff
2603:289d:fa1f:ffff:ffff:ffff:ffff:ffff
2603:289e:7f:ffff:ffff:ffff:ffff:ffff
2603:289e:35f:ffff:ffff:ffff:ffff:ffff
2603:289e:91f:ffff:ffff:ffff:ffff:ffff
2603:289e:95f:ffff:ffff:ffff:ffff:ffff
2603:289e:b3f:ffff:ffff:ffff:ffff:ffff
2603:289e:ddf:ffff:ffff:ffff:ffff:ffff
2603:289e:109f:ffff:ffff:ffff:ffff:ffff
2603:289e:155f:ffff:ffff:ffff:ffff:ffff
2603:289e:19bf:ffff:ffff:ffff:ffff:ffff
2603:289e:1c3f:ffff:ffff:ffff:ffff:ffff
2603:289e:1cff:ffff:ffff:ffff:ffff:ffff
2603:289e:201f:ffff:ffff:ffff:ffff:ffff
2603:289e:21ff:ffff:ffff:ffff:ffff:ffff
2603:289e:259f:ffff:ffff:ffff:ffff:ffff
2603:289e:313f:ffff:ffff:ffff:ffff:ffff
2603:289e:32bf:ffff:ffff:ffff:ffff:ffff
2603:289e:339f:ffff:ffff:ffff:ffff:ffff
2603:289e:34ff:ffff:ffff:ffff:ffff:ffff
2603:289e:359f:ffff:ffff:ffff:ffff:ffff
2603:289e:381f:ffff:ffff:ffff:ffff:ffff
2603:289e:38ff:ffff:ffff:ffff:ffff:ffff
2603:289e:3fbf:ffff:ffff:ffff:ffff:ffff
2603:289e:415f:ffff:ffff:ffff:ffff:ffff
2603:289e:441f:ffff:ffff:ffff:ffff:ffff
2603:289e:47df:ffff:ffff:ffff:ffff:ffff
2603:289e:49df:ffff:ffff:ffff:ffff:ffff
2603:289e:4a3f:ffff:ffff:ffff:ffff:ffff
2603:289e:4f3f:ffff:ffff:ffff:ffff:ffff
2603:289e:509f:ffff:ffff:ffff:ffff:ffff
2603:289e:543f:ffff:ffff:ffff:ffff:ffff
2603:289e:55ff:ffff:ffff:ffff:ffff:ffff
2603:289e:569f:ffff:ffff:ffff:ffff:ffff
2603:289e:5c5f:ffff:ffff:ffff:ffff:ffff
2603:289e:6ebf:ffff:ffff:ffff:ffff:ffff
2603:289e:6f3f:ffff:ffff:ffff:ffff:ffff
2603:289e:735f:ffff:ffff:ffff:ffff:ffff
2603:289e:741f:ffff:ffff:ffff:ffff:ffff
2603:289e:775f:ffff:ffff:ffff:ffff:ffff
2603:289e:7f7f:ffff:ffff:ffff:ffff:ffff
2603:289e:87df:ffff:ffff:ffff:ffff:ffff
2603:289e:897f:ffff:ffff:ffff:ffff:ffff
2603:289e:92df:ffff:ffff:ffff:ffff:ffff
2603:289e:935f:ffff:ffff:ffff:ffff:ffff
2603:289e:953f:ffff:ffff:ffff:ffff:ffff
2603:289e:96ff:ffff:ffff:ffff:ffff:ffff
2603:289e:9cdf:ffff:ffff:ffff:ffff:ffff
2603:289e:9f7f:ffff:ffff:ffff:ffff:ffff
2603:289e:a03f:ffff:ffff:ffff:ffff:ffff
2603:289e:ab7f:ffff:ffff:ffff:ffff:ffff
2603:289e:addf:ffff:ffff:ffff:ffff:ffff
2603:289e:ae5f:ffff:ffff:ffff:ffff:ffff
2603:289e:ae9f:ffff:ffff:ffff:ffff:ffff
2603:289e:b75f:ffff:ffff:ffff:ffff:ffff
2603:289e:b85f:ffff:ffff:ffff:ffff:ffff
2603:289e:bc1f:ffff:ffff:ffff:ffff:ffff
2603:289e:c17f:ffff:ffff:ffff:ffff:ffff
2603:289e:c2ff:ffff:ffff:ffff:ffff:ffff
2603:289e:c4ff:ffff:ffff:ffff:ffff:ffff
2603:289e:c6ff:ffff:ffff:ffff:ffff:ffff
2603:289e:c7bf:ffff:ffff:ffff:ffff:ffff
2603:289e:c85f:ffff:ffff:ffff:ffff:ffff
2603:289e:ca3f:ffff:ffff:ffff:ffff:ffff
2603:289e:cc3f:ffff:ffff:ffff:ffff:ffff
2603:289e:ce3f:ffff:ffff:ffff:ffff:ffff
2603:289e:d05f:ffff:ffff:ffff:ffff:ffff
2603:289e:d2bf:ffff:ffff:ffff:ffff:ffff
2603:289e:d41f:ffff:ffff:ffff:ffff:ffff
2603:289e:d63f:ffff:ffff:ffff:ffff:ffff
2603:289e:d6df:ffff:ffff:ffff:ffff:ffff
2603:289e:df7f:ffff:ffff:ffff:ffff:ffff
2603:289e:e97f:ffff:ffff:ffff:ffff:ffff
2603:289e:ea1f:ffff:ffff:ffff:ffff:ffff
2603:289e:f83f:ffff:ffff:ffff:ffff:ffff
2603:289e:f95f:ffff:ffff:ffff:ffff:ffff
2603:289f:89f:ffff:ffff:ffff:ffff:ffff
2603:289f:93f:ffff:ffff:ffff:ffff:ffff
2603:289f:d3f:ffff:ffff:ffff:ffff:ffff
2603:289f:105f:ffff:ffff:ffff:ffff:ffff
2603:289f:127f:ffff:ffff:ffff:ffff:ffff
2603:289f:175f:ffff:ffff:ffff:ffff:ffff
2603:289f:1abf:ffff:ffff:ffff:ffff:ffff
2603:289f:1f3f:ffff:ffff:ffff:ffff:ffff
2603:289f:26ff:ffff:ffff:ffff:ffff:ffff
2603:289f:279f:ffff:ffff:ffff:ffff:ffff
2603:289f:27ff:ffff:ffff:ffff:ffff:ffff
2603:289f:2cdf:ffff:ffff:ffff:ffff:ffff
2603:289f:2d3f:ffff:ffff:ffff:ffff:ffff
2603:289f:30df:ffff:ffff:ffff:ffff:ffff
2603:289f:335f:ffff:ffff:ffff:ffff:ffff
2603:289f:34ff:ffff:ffff:ffff:ffff:ffff
2603:289f:35ff:ffff:ffff:ffff:ffff:ffff
2603:289f:451f:ffff:ffff:ffff:ffff:ffff
2603:289f:475f:ffff:ffff:ffff:ffff:ffff
2603:289f:4b1f:ffff:ffff:ffff:ffff:ffff
2603:289f:53ff:ffff:ffff:ffff:ffff:ffff
2603:289f:54df:ffff:ffff:ffff:ffff:ffff
2603:289f:573f:ffff:ffff:ffff:ffff:ffff
2603:289f:589f:ffff:ffff:ffff:ffff:ffff
2603:289f:5dbf:ffff:ffff:ffff:ffff:ffff
2603:289f:5eff:ffff:ffff:ffff:ffff:ffff
2603:289f:611f:ffff:ffff:ffff:ffff:ffff
2603:289f:629f:ffff:ffff:ffff:ffff:ffff
2603:289f:737f:ffff:ffff:ffff:ffff:ffff
2603:289f:74bf:ffff:ffff:ffff:ffff:ffff
2603:289f:74ff:ffff:ffff:ffff:ffff:ffff
2603:289f:79ff:ffff:ffff:ffff:ffff:ffff
2603:289f:845f:ffff:ffff:ffff:ffff:ffff
2603:289f:85ff:ffff:ffff:ffff:ffff:ffff
2603:289f:8a3f:ffff:ffff:ffff:ffff:ffff
2603:289f:8d9f:ffff:ffff:ffff:ffff:ffff
2603:289f:8edf:ffff:ffff:ffff:ffff:ffff
2603:289f:90df:ffff:ffff:ffff:ffff:ffff
2603:289f:91bf:ffff:ffff:ffff:ffff:ffff
2603:289f:92bf:ffff:ffff:ffff:ffff:ffff
2603:289f:93bf:ffff:ffff:ffff:ffff:ffff
2603:289f:93ff:ffff:ffff:ffff:ffff:ffff
2603:289f:965f:ffff:ffff:ffff:ffff:ffff
2603:289f:9cff:ffff:ffff:ffff:ffff:ffff
2603:289f:a31f:ffff:ffff:ffff:ffff:ffff
2603:289f:a4ff:ffff:ffff:ffff:ffff:ffff
2603:289f:a5ff:ffff:ffff:ffff:ffff:ffff
2603:289f:ab1f:ffff:ffff:ffff:ffff:ffff
2603:289f:abdf:ffff:ffff:ffff:ffff:ffff
2603:289f:b41f:ffff:ffff:ffff:ffff:ffff
2603:289f:c07f:ffff:ffff:ffff:ffff:ffff
2603:289f:ca5f:ffff:ffff:ffff:ffff:ffff
2603:289f:cd1f:ffff:ffff:ffff:ffff:ffff
2603:289f:d65f:ffff:ffff:ffff:ffff:ffff
2603:289f:d69f:ffff:ffff:ffff:ffff:ffff
2603:289f:d6df:ffff:ffff:ffff:ffff:ffff
2603:289f:dbff:ffff:ffff:ffff:ffff:ffff
2603:289f:dc5f:ffff:ffff:ffff:ffff:ffff
2603:289f:e41f:ffff:ffff:ffff:ffff:ffff
2603:289f:e53f:ffff:ffff:ffff:ffff:ffff
2603:289f:e59f:ffff:ffff:ffff:ffff:ffff
2603:289f:e8ff:ffff:ffff:ffff:ffff:ffff
2603:289f:ebff:ffff:ffff:ffff:ffff:ffff
2603:289f:f1df:ffff:ffff:ffff:ffff:ffff
2603:289f:f71f:ffff:ffff:ffff:ffff:ffff
2603:289f:f83f:ffff:ffff:ffff:ffff:ffff
2603:289f:fcbf:ffff:ffff:ffff:ffff:ffff
2603:289f:fd3f:ffff:ffff:ffff:ffff:ffff
2603:289f:febf:ffff:ffff:ffff:ffff:ffff
2603:289f:ff1f:ffff:ffff:ffff:ffff:ffff
2603:28a0:19f:ffff:ffff:ffff:ffff:ffff
2603:28a0:1df:ffff:ffff:ffff:ffff:ffff
2603:28a0:29f:ffff:ffff:ffff:ffff:ffff
2603:28a0:73f:ffff:ffff:ffff:ffff:ffff
2603:28a0:9bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:155f:ffff:ffff:ffff:ffff:ffff
2603:28a0:19df:ffff:ffff:ffff:ffff:ffff
2603:28a0:1c1f:ffff:ffff:ffff:ffff:ffff
2603:28a0:1c5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:1cff:ffff:ffff:ffff:ffff:ffff
2603:28a0:21bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:28df:ffff:ffff:ffff:ffff:ffff
2603:28a0:2a5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:2e5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:36bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:3abf:ffff:ffff:ffff:ffff:ffff
2603:28a0:3b7f:ffff:ffff:ffff:ffff:ffff
2603:28a0:3cbf:ffff:ffff:ffff:ffff:ffff
2603:28a0:403f:ffff:ffff:ffff:ffff:ffff
2603:28a0:469f:ffff:ffff:ffff:ffff:ffff
2603:28a0:485f:ffff:ffff:ffff:ffff:ffff
2603:28a0:489f:ffff:ffff:ffff:ffff:ffff
2603:28a0:4d3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:50ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:557f:ffff:ffff:ffff:ffff:ffff
2603:28a0:55df:ffff:ffff:ffff:ffff:ffff
2603:28a0:59ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:5a7f:ffff:ffff:ffff:ffff:ffff
2603:28a0:5fdf:ffff:ffff:ffff:ffff:ffff
2603:28a0:65ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:68df:ffff:ffff:ffff:ffff:ffff

2603:28a0:691f:ffff:ffff:ffff:ffff:ffff
2603:28a0:6c9f:ffff:ffff:ffff:ffff:ffff
2603:28a0:6d5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:6e5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:6f3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:70df:ffff:ffff:ffff:ffff:ffff
2603:28a0:72bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:74df:ffff:ffff:ffff:ffff:ffff
2603:28a0:783f:ffff:ffff:ffff:ffff:ffff
2603:28a0:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28a0:85ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:877f:ffff:ffff:ffff:ffff:ffff
2603:28a0:8abf:ffff:ffff:ffff:ffff:ffff
2603:28a0:8aff:ffff:ffff:ffff:ffff:ffff
2603:28a0:8cbf:ffff:ffff:ffff:ffff:ffff
2603:28a0:8d3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:8f7f:ffff:ffff:ffff:ffff:ffff
2603:28a0:907f:ffff:ffff:ffff:ffff:ffff
2603:28a0:973f:ffff:ffff:ffff:ffff:ffff
2603:28a0:9a3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:9dbf:ffff:ffff:ffff:ffff:ffff
2603:28a0:9f9f:ffff:ffff:ffff:ffff:ffff
2603:28a0:a19f:ffff:ffff:ffff:ffff:ffff
2603:28a0:a83f:ffff:ffff:ffff:ffff:ffff
2603:28a0:aa7f:ffff:ffff:ffff:ffff:ffff
2603:28a0:ac1f:ffff:ffff:ffff:ffff:ffff
2603:28a0:b05f:ffff:ffff:ffff:ffff:ffff
2603:28a0:b0bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:b4bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:b5bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:b85f:ffff:ffff:ffff:ffff:ffff
2603:28a0:ba3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:be1f:ffff:ffff:ffff:ffff:ffff
2603:28a0:c07f:ffff:ffff:ffff:ffff:ffff
2603:28a0:c19f:ffff:ffff:ffff:ffff:ffff
2603:28a0:c79f:ffff:ffff:ffff:ffff:ffff
2603:28a0:cb3f:ffff:ffff:ffff:ffff:ffff

2603:28a0:d09f:ffff:ffff:ffff:ffff:ffff
2603:28a0:d49f:ffff:ffff:ffff:ffff:ffff
2603:28a0:d51f:ffff:ffff:ffff:ffff:ffff
2603:28a0:d5df:ffff:ffff:ffff:ffff:ffff
2603:28a0:d95f:ffff:ffff:ffff:ffff:ffff
2603:28a0:e13f:ffff:ffff:ffff:ffff:ffff
2603:28a0:e3ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:e55f:ffff:ffff:ffff:ffff:ffff
2603:28a0:e87f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f05f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f13f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f1ff:ffff:ffff:ffff:ffff:ffff
2603:28a0:f2bf:ffff:ffff:ffff:ffff:ffff
2603:28a0:f37f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f45f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f55f:ffff:ffff:ffff:ffff:ffff
2603:28a0:f89f:ffff:ffff:ffff:ffff:ffff
2603:28a0:fa5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:fc5f:ffff:ffff:ffff:ffff:ffff
2603:28a0:fd3f:ffff:ffff:ffff:ffff:ffff
2603:28a0:ff7f:ffff:ffff:ffff:ffff:ffff
2603:28a1:55f:ffff:ffff:ffff:ffff:ffff
2603:28a1:a9f:ffff:ffff:ffff:ffff:ffff
2603:28a1:cff:ffff:ffff:ffff:ffff:ffff
2603:28a1:103f:ffff:ffff:ffff:ffff:ffff
2603:28a1:10bf:ffff:ffff:ffff:ffff:ffff
2603:28a1:113f:ffff:ffff:ffff:ffff:ffff
2603:28a1:127f:ffff:ffff:ffff:ffff:ffff
2603:28a1:14df:ffff:ffff:ffff:ffff:ffff
2603:28a1:19df:ffff:ffff:ffff:ffff:ffff
2603:28a1:1adf:ffff:ffff:ffff:ffff:ffff
2603:28a1:273f:ffff:ffff:ffff:ffff:ffff
2603:28a1:289f:ffff:ffff:ffff:ffff:ffff
2603:28a1:2b1f:ffff:ffff:ffff:ffff:ffff
2603:28a1:2ebf:ffff:ffff:ffff:ffff:ffff
2603:28a1:305f:ffff:ffff:ffff:ffff:ffff
2603:28a1:339f:ffff:ffff:ffff:ffff:ffff

2603:28a1:33df:ffff:ffff:ffff:ffff:ffff
2603:28a1:3a1f:ffff:ffff:ffff:ffff:ffff
2603:28a1:3b1f:ffff:ffff:ffff:ffff:ffff
2603:28a1:3ebf:ffff:ffff:ffff:ffff:ffff
2603:28a1:3f3f:ffff:ffff:ffff:ffff:ffff
2603:28a1:3f7f:ffff:ffff:ffff:ffff:ffff
2603:28a1:491f:ffff:ffff:ffff:ffff:ffff
2603:28a1:4c7f:ffff:ffff:ffff:ffff:ffff
2603:28a1:523f:ffff:ffff:ffff:ffff:ffff
2603:28a1:597f:ffff:ffff:ffff:ffff:ffff
2603:28a1:62bf:ffff:ffff:ffff:ffff:ffff
2603:28a1:657f:ffff:ffff:ffff:ffff:ffff
2603:28a1:663f:ffff:ffff:ffff:ffff:ffff
2603:28a1:67ff:ffff:ffff:ffff:ffff:ffff
2603:28a1:697f:ffff:ffff:ffff:ffff:ffff
2603:28a1:6c7f:ffff:ffff:ffff:ffff:ffff
2603:28a1:707f:ffff:ffff:ffff:ffff:ffff
2603:28a1:72df:ffff:ffff:ffff:ffff:ffff
2603:28a1:761f:ffff:ffff:ffff:ffff:ffff
2603:28a1:77df:ffff:ffff:ffff:ffff:ffff
2603:28a1:819f:ffff:ffff:ffff:ffff:ffff
2603:28a1:885f:ffff:ffff:ffff:ffff:ffff
2603:28a1:8a5f:ffff:ffff:ffff:ffff:ffff
2603:28a1:8aff:ffff:ffff:ffff:ffff:ffff
2603:28a1:91df:ffff:ffff:ffff:ffff:ffff
2603:28a1:975f:ffff:ffff:ffff:ffff:ffff
2603:28a1:a01f:ffff:ffff:ffff:ffff:ffff
2603:28a1:a55f:ffff:ffff:ffff:ffff:ffff
2603:28a1:a73f:ffff:ffff:ffff:ffff:ffff
2603:28a1:b09f:ffff:ffff:ffff:ffff:ffff
2603:28a1:b1df:ffff:ffff:ffff:ffff:ffff
2603:28a1:b4df:ffff:ffff:ffff:ffff:ffff
2603:28a1:b77f:ffff:ffff:ffff:ffff:ffff
2603:28a1:bc1f:ffff:ffff:ffff:ffff:ffff
2603:28a1:c1ff:ffff:ffff:ffff:ffff:ffff
2603:28a1:c71f:ffff:ffff:ffff:ffff:ffff
2603:28a1:c87f:ffff:ffff:ffff:ffff:ffff

2603:28a1:cd3f:ffff:ffff:ffff:ffff:ffff
2603:28a1:d11f:ffff:ffff:ffff:ffff:ffff
2603:28a1:d37f:ffff:ffff:ffff:ffff:ffff
2603:28a1:d69f:ffff:ffff:ffff:ffff:ffff
2603:28a1:d6ff:ffff:ffff:ffff:ffff:ffff
2603:28a1:d83f:ffff:ffff:ffff:ffff:ffff
2603:28a1:dcff:ffff:ffff:ffff:ffff:ffff
2603:28a1:de5f:ffff:ffff:ffff:ffff:ffff
2603:28a1:e2ff:ffff:ffff:ffff:ffff:ffff
2603:28a1:e79f:ffff:ffff:ffff:ffff:ffff
2603:28a1:eb7f:ffff:ffff:ffff:ffff:ffff
2603:28a1:f19f:ffff:ffff:ffff:ffff:ffff
2603:28a1:f47f:ffff:ffff:ffff:ffff:ffff
2603:28a1:f83f:ffff:ffff:ffff:ffff:ffff
2603:28a1:fddf:ffff:ffff:ffff:ffff:ffff
2603:28a2:2ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:69f:ffff:ffff:ffff:ffff:ffff
2603:28a2:adf:ffff:ffff:ffff:ffff:ffff
2603:28a2:c5f:ffff:ffff:ffff:ffff:ffff
2603:28a2:d9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:15bf:ffff:ffff:ffff:ffff:ffff
2603:28a2:17df:ffff:ffff:ffff:ffff:ffff
2603:28a2:1a3f:ffff:ffff:ffff:ffff:ffff
2603:28a2:1f9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:209f:ffff:ffff:ffff:ffff:ffff
2603:28a2:291f:ffff:ffff:ffff:ffff:ffff
2603:28a2:2a9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:2c1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:2cff:ffff:ffff:ffff:ffff:ffff
2603:28a2:2eff:ffff:ffff:ffff:ffff:ffff
2603:28a2:32bf:ffff:ffff:ffff:ffff:ffff
2603:28a2:389f:ffff:ffff:ffff:ffff:ffff
2603:28a2:39bf:ffff:ffff:ffff:ffff:ffff
2603:28a2:3bbf:ffff:ffff:ffff:ffff:ffff
2603:28a2:3d5f:ffff:ffff:ffff:ffff:ffff
2603:28a2:423f:ffff:ffff:ffff:ffff:ffff
2603:28a2:441f:ffff:ffff:ffff:ffff:ffff

2603:28a2:47ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:4c7f:ffff:ffff:ffff:ffff:ffff
2603:28a2:4dff:ffff:ffff:ffff:ffff:ffff
2603:28a2:4f1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:527f:ffff:ffff:ffff:ffff:ffff
2603:28a2:585f:ffff:ffff:ffff:ffff:ffff
2603:28a2:663f:ffff:ffff:ffff:ffff:ffff
2603:28a2:6a3f:ffff:ffff:ffff:ffff:ffff
2603:28a2:6dbf:ffff:ffff:ffff:ffff:ffff
2603:28a2:73ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:745f:ffff:ffff:ffff:ffff:ffff
2603:28a2:74df:ffff:ffff:ffff:ffff:ffff
2603:28a2:797f:ffff:ffff:ffff:ffff:ffff
2603:28a2:851f:ffff:ffff:ffff:ffff:ffff
2603:28a2:857f:ffff:ffff:ffff:ffff:ffff
2603:28a2:8a1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:8cff:ffff:ffff:ffff:ffff:ffff
2603:28a2:8dbf:ffff:ffff:ffff:ffff:ffff
2603:28a2:8fdf:ffff:ffff:ffff:ffff:ffff
2603:28a2:94ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:973f:ffff:ffff:ffff:ffff:ffff
2603:28a2:97df:ffff:ffff:ffff:ffff:ffff
2603:28a2:9bff:ffff:ffff:ffff:ffff:ffff
2603:28a2:9c5f:ffff:ffff:ffff:ffff:ffff
2603:28a2:a1ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:a2ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:a35f:ffff:ffff:ffff:ffff:ffff
2603:28a2:a5ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:b71f:ffff:ffff:ffff:ffff:ffff
2603:28a2:bcdf:ffff:ffff:ffff:ffff:ffff
2603:28a2:c01f:ffff:ffff:ffff:ffff:ffff
2603:28a2:c0bf:ffff:ffff:ffff:ffff:ffff
2603:28a2:cc1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:ce9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:d25f:ffff:ffff:ffff:ffff:ffff
2603:28a2:d2ff:ffff:ffff:ffff:ffff:ffff
2603:28a2:d37f:ffff:ffff:ffff:ffff:ffff

2603:28a2:d65f:ffff:ffff:ffff:ffff:ffff
2603:28a2:d75f:ffff:ffff:ffff:ffff:ffff
2603:28a2:dbbf:ffff:ffff:ffff:ffff:ffff
2603:28a2:de9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:e8df:ffff:ffff:ffff:ffff:ffff
2603:28a2:eb1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:ec1f:ffff:ffff:ffff:ffff:ffff
2603:28a2:ec9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:ed9f:ffff:ffff:ffff:ffff:ffff
2603:28a2:eedf:ffff:ffff:ffff:ffff:ffff
2603:28a2:f41f:ffff:ffff:ffff:ffff:ffff
2603:28a2:f79f:ffff:ffff:ffff:ffff:ffff
2603:28a2:fa3f:ffff:ffff:ffff:ffff:ffff
2603:28a2:fadf:ffff:ffff:ffff:ffff:ffff
2603:28a2:fddf:ffff:ffff:ffff:ffff:ffff
2603:28a2:fedf:ffff:ffff:ffff:ffff:ffff
2603:28a2:ff5f:ffff:ffff:ffff:ffff:ffff
2603:28a3:9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:2bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:33f:ffff:ffff:ffff:ffff:ffff
2603:28a3:c1f:ffff:ffff:ffff:ffff:ffff
2603:28a3:d7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:ddf:ffff:ffff:ffff:ffff:ffff
2603:28a3:159f:ffff:ffff:ffff:ffff:ffff
2603:28a3:16ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:1c1f:ffff:ffff:ffff:ffff:ffff
2603:28a3:1f7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:215f:ffff:ffff:ffff:ffff:ffff
2603:28a3:24bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:297f:ffff:ffff:ffff:ffff:ffff
2603:28a3:2b7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:2c3f:ffff:ffff:ffff:ffff:ffff
2603:28a3:2e9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:2f7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:353f:ffff:ffff:ffff:ffff:ffff
2603:28a3:36bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:379f:ffff:ffff:ffff:ffff:ffff

2603:28a3:3a9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:3e3f:ffff:ffff:ffff:ffff:ffff
2603:28a3:483f:ffff:ffff:ffff:ffff:ffff
2603:28a3:4d7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:51df:ffff:ffff:ffff:ffff:ffff
2603:28a3:531f:ffff:ffff:ffff:ffff:ffff
2603:28a3:547f:ffff:ffff:ffff:ffff:ffff
2603:28a3:54df:ffff:ffff:ffff:ffff:ffff
2603:28a3:559f:ffff:ffff:ffff:ffff:ffff
2603:28a3:56bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:5b9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:63df:ffff:ffff:ffff:ffff:ffff
2603:28a3:65ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:6a5f:ffff:ffff:ffff:ffff:ffff
2603:28a3:6ddf:ffff:ffff:ffff:ffff:ffff
2603:28a3:6fff:ffff:ffff:ffff:ffff:ffff
2603:28a3:737f:ffff:ffff:ffff:ffff:ffff
2603:28a3:73bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:753f:ffff:ffff:ffff:ffff:ffff
2603:28a3:8e1f:ffff:ffff:ffff:ffff:ffff
2603:28a3:8fff:ffff:ffff:ffff:ffff:ffff
2603:28a3:93ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:95bf:ffff:ffff:ffff:ffff:ffff
2603:28a3:983f:ffff:ffff:ffff:ffff:ffff
2603:28a3:9a1f:ffff:ffff:ffff:ffff:ffff
2603:28a3:9a9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:9b9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:a25f:ffff:ffff:ffff:ffff:ffff
2603:28a3:a5ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:a7ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:ac7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:ae7f:ffff:ffff:ffff:ffff:ffff
2603:28a3:b1df:ffff:ffff:ffff:ffff:ffff
2603:28a3:b53f:ffff:ffff:ffff:ffff:ffff
2603:28a3:b7df:ffff:ffff:ffff:ffff:ffff
2603:28a3:b9ff:ffff:ffff:ffff:ffff:ffff
2603:28a3:bc3f:ffff:ffff:ffff:ffff:ffff

2603:28a3:bcdf:ffff:ffff:ffff:ffff:ffff
2603:28a3:bebf:ffff:ffff:ffff:ffff:ffff
2603:28a3:bf9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:c15f:ffff:ffff:ffff:ffff:ffff
2603:28a3:c89f:ffff:ffff:ffff:ffff:ffff
2603:28a3:cb3f:ffff:ffff:ffff:ffff:ffff
2603:28a3:cd9f:ffff:ffff:ffff:ffff:ffff
2603:28a3:ceff:ffff:ffff:ffff:ffff:ffff
2603:28a3:d47f:ffff:ffff:ffff:ffff:ffff
2603:28a3:d53f:ffff:ffff:ffff:ffff:ffff
2603:28a3:dd5f:ffff:ffff:ffff:ffff:ffff
2603:28a3:de5f:ffff:ffff:ffff:ffff:ffff
2603:28a3:e01f:ffff:ffff:ffff:ffff:ffff
2603:28a3:e15f:ffff:ffff:ffff:ffff:ffff
2603:28a3:e49f:ffff:ffff:ffff:ffff:ffff
2603:28a3:e69f:ffff:ffff:ffff:ffff:ffff
2603:28a3:e77f:ffff:ffff:ffff:ffff:ffff
2603:28a3:ec5f:ffff:ffff:ffff:ffff:ffff
2603:28a3:f77f:ffff:ffff:ffff:ffff:ffff
2603:28a3:fa5f:ffff:ffff:ffff:ffff:ffff
2603:28a4:2bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:67f:ffff:ffff:ffff:ffff:ffff
2603:28a4:6bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:93f:ffff:ffff:ffff:ffff:ffff
2603:28a4:103f:ffff:ffff:ffff:ffff:ffff
2603:28a4:13bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:153f:ffff:ffff:ffff:ffff:ffff
2603:28a4:1eff:ffff:ffff:ffff:ffff:ffff
2603:28a4:21ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:249f:ffff:ffff:ffff:ffff:ffff
2603:28a4:25ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:273f:ffff:ffff:ffff:ffff:ffff
2603:28a4:2b3f:ffff:ffff:ffff:ffff:ffff
2603:28a4:2b9f:ffff:ffff:ffff:ffff:ffff
2603:28a4:2fff:ffff:ffff:ffff:ffff:ffff
2603:28a4:315f:ffff:ffff:ffff:ffff:ffff
2603:28a4:34bf:ffff:ffff:ffff:ffff:ffff

2603:28a4:361f:ffff:ffff:ffff:ffff:ffff
2603:28a4:38ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:39bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:3b1f:ffff:ffff:ffff:ffff:ffff
2603:28a4:3c5f:ffff:ffff:ffff:ffff:ffff
2603:28a4:3c9f:ffff:ffff:ffff:ffff:ffff
2603:28a4:3d3f:ffff:ffff:ffff:ffff:ffff
2603:28a4:415f:ffff:ffff:ffff:ffff:ffff
2603:28a4:41df:ffff:ffff:ffff:ffff:ffff
2603:28a4:429f:ffff:ffff:ffff:ffff:ffff
2603:28a4:473f:ffff:ffff:ffff:ffff:ffff
2603:28a4:47bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:4bbf:ffff:ffff:ffff:ffff:ffff
2603:28a4:52bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:53df:ffff:ffff:ffff:ffff:ffff
2603:28a4:551f:ffff:ffff:ffff:ffff:ffff
2603:28a4:577f:ffff:ffff:ffff:ffff:ffff
2603:28a4:593f:ffff:ffff:ffff:ffff:ffff
2603:28a4:5f9f:ffff:ffff:ffff:ffff:ffff
2603:28a4:633f:ffff:ffff:ffff:ffff:ffff
2603:28a4:63ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:65df:ffff:ffff:ffff:ffff:ffff
2603:28a4:665f:ffff:ffff:ffff:ffff:ffff
2603:28a4:699f:ffff:ffff:ffff:ffff:ffff
2603:28a4:6b1f:ffff:ffff:ffff:ffff:ffff
2603:28a4:6bff:ffff:ffff:ffff:ffff:ffff
2603:28a4:6c5f:ffff:ffff:ffff:ffff:ffff
2603:28a4:6cdf:ffff:ffff:ffff:ffff:ffff
2603:28a4:729f:ffff:ffff:ffff:ffff:ffff
2603:28a4:747f:ffff:ffff:ffff:ffff:ffff
2603:28a4:77ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:7ebf:ffff:ffff:ffff:ffff:ffff
2603:28a4:80ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:827f:ffff:ffff:ffff:ffff:ffff
2603:28a4:83df:ffff:ffff:ffff:ffff:ffff
2603:28a4:84df:ffff:ffff:ffff:ffff:ffff
2603:28a4:8dff:ffff:ffff:ffff:ffff:ffff

2603:28a4:949f:ffff:ffff:ffff:ffff:ffff
2603:28a4:98bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:997f:ffff:ffff:ffff:ffff:ffff
2603:28a4:9e3f:ffff:ffff:ffff:ffff:ffff
2603:28a4:a2bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:a8ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:acdf:ffff:ffff:ffff:ffff:ffff
2603:28a4:b01f:ffff:ffff:ffff:ffff:ffff
2603:28a4:b21f:ffff:ffff:ffff:ffff:ffff
2603:28a4:b53f:ffff:ffff:ffff:ffff:ffff
2603:28a4:b7df:ffff:ffff:ffff:ffff:ffff
2603:28a4:ba7f:ffff:ffff:ffff:ffff:ffff
2603:28a4:bc1f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c23f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c39f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c41f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c57f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c77f:ffff:ffff:ffff:ffff:ffff
2603:28a4:c99f:ffff:ffff:ffff:ffff:ffff
2603:28a4:cadf:ffff:ffff:ffff:ffff:ffff
2603:28a4:cd3f:ffff:ffff:ffff:ffff:ffff
2603:28a4:ce9f:ffff:ffff:ffff:ffff:ffff
2603:28a4:cfbf:ffff:ffff:ffff:ffff:ffff
2603:28a4:d29f:ffff:ffff:ffff:ffff:ffff
2603:28a4:d57f:ffff:ffff:ffff:ffff:ffff
2603:28a4:d63f:ffff:ffff:ffff:ffff:ffff
2603:28a4:d71f:ffff:ffff:ffff:ffff:ffff
2603:28a4:d9bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:ddff:ffff:ffff:ffff:ffff:ffff
2603:28a4:e09f:ffff:ffff:ffff:ffff:ffff
2603:28a4:e57f:ffff:ffff:ffff:ffff:ffff
2603:28a4:e5ff:ffff:ffff:ffff:ffff:ffff
2603:28a4:e87f:ffff:ffff:ffff:ffff:ffff
2603:28a4:e8bf:ffff:ffff:ffff:ffff:ffff
2603:28a4:e97f:ffff:ffff:ffff:ffff:ffff
2603:28a4:ea1f:ffff:ffff:ffff:ffff:ffff
2603:28a4:f05f:ffff:ffff:ffff:ffff:ffff

2603:28a4:fcbf:ffff:ffff:ffff:ffff:ffff
2603:28a4:ffff:ffff:ffff:ffff:ffff:ffff
2603:28a5:1df:ffff:ffff:ffff:ffff:ffff
2603:28a5:5ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:bbf:ffff:ffff:ffff:ffff:ffff
2603:28a5:dbf:ffff:ffff:ffff:ffff:ffff
2603:28a5:f1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:1abf:ffff:ffff:ffff:ffff:ffff
2603:28a5:1c1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:1c9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:201f:ffff:ffff:ffff:ffff:ffff
2603:28a5:209f:ffff:ffff:ffff:ffff:ffff
2603:28a5:22df:ffff:ffff:ffff:ffff:ffff
2603:28a5:24bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:263f:ffff:ffff:ffff:ffff:ffff
2603:28a5:27ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:323f:ffff:ffff:ffff:ffff:ffff
2603:28a5:367f:ffff:ffff:ffff:ffff:ffff
2603:28a5:377f:ffff:ffff:ffff:ffff:ffff
2603:28a5:3b9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:3edf:ffff:ffff:ffff:ffff:ffff
2603:28a5:415f:ffff:ffff:ffff:ffff:ffff
2603:28a5:43df:ffff:ffff:ffff:ffff:ffff
2603:28a5:44bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:4cdf:ffff:ffff:ffff:ffff:ffff
2603:28a5:551f:ffff:ffff:ffff:ffff:ffff
2603:28a5:565f:ffff:ffff:ffff:ffff:ffff
2603:28a5:579f:ffff:ffff:ffff:ffff:ffff
2603:28a5:57ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:5d9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:5dff:ffff:ffff:ffff:ffff:ffff
2603:28a5:5e9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:5f3f:ffff:ffff:ffff:ffff:ffff
2603:28a5:639f:ffff:ffff:ffff:ffff:ffff
2603:28a5:67df:ffff:ffff:ffff:ffff:ffff
2603:28a5:6fff:ffff:ffff:ffff:ffff:ffff
2603:28a5:72df:ffff:ffff:ffff:ffff:ffff

2603:28a5:75bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:76bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:791f:ffff:ffff:ffff:ffff:ffff
2603:28a5:7b7f:ffff:ffff:ffff:ffff:ffff
2603:28a5:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28a5:829f:ffff:ffff:ffff:ffff:ffff
2603:28a5:833f:ffff:ffff:ffff:ffff:ffff
2603:28a5:8cdf:ffff:ffff:ffff:ffff:ffff
2603:28a5:8d1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:8f5f:ffff:ffff:ffff:ffff:ffff
2603:28a5:925f:ffff:ffff:ffff:ffff:ffff
2603:28a5:92bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:949f:ffff:ffff:ffff:ffff:ffff
2603:28a5:965f:ffff:ffff:ffff:ffff:ffff
2603:28a5:9e5f:ffff:ffff:ffff:ffff:ffff
2603:28a5:a07f:ffff:ffff:ffff:ffff:ffff
2603:28a5:a55f:ffff:ffff:ffff:ffff:ffff
2603:28a5:ab1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:b13f:ffff:ffff:ffff:ffff:ffff
2603:28a5:b45f:ffff:ffff:ffff:ffff:ffff
2603:28a5:bc3f:ffff:ffff:ffff:ffff:ffff
2603:28a5:bc7f:ffff:ffff:ffff:ffff:ffff
2603:28a5:be1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:be9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:bf5f:ffff:ffff:ffff:ffff:ffff
2603:28a5:c1bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:c21f:ffff:ffff:ffff:ffff:ffff
2603:28a5:c81f:ffff:ffff:ffff:ffff:ffff
2603:28a5:cb3f:ffff:ffff:ffff:ffff:ffff
2603:28a5:cb7f:ffff:ffff:ffff:ffff:ffff
2603:28a5:cc9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:ce9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:d1ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:d43f:ffff:ffff:ffff:ffff:ffff
2603:28a5:d6ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:d89f:ffff:ffff:ffff:ffff:ffff
2603:28a5:dabf:ffff:ffff:ffff:ffff:ffff

2603:28a5:db9f:ffff:ffff:ffff:ffff:ffff
2603:28a5:df1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e03f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e49f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e57f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e63f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e93f:ffff:ffff:ffff:ffff:ffff
2603:28a5:e9bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:f0bf:ffff:ffff:ffff:ffff:ffff
2603:28a5:f13f:ffff:ffff:ffff:ffff:ffff
2603:28a5:f61f:ffff:ffff:ffff:ffff:ffff
2603:28a5:f6ff:ffff:ffff:ffff:ffff:ffff
2603:28a5:f99f:ffff:ffff:ffff:ffff:ffff
2603:28a5:fb1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:fc3f:ffff:ffff:ffff:ffff:ffff
2603:28a5:fd1f:ffff:ffff:ffff:ffff:ffff
2603:28a5:fd9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:1f:ffff:ffff:ffff:ffff:ffff
2603:28a6:33f:ffff:ffff:ffff:ffff:ffff
2603:28a6:c5f:ffff:ffff:ffff:ffff:ffff
2603:28a6:ddf:ffff:ffff:ffff:ffff:ffff
2603:28a6:e9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:10bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:1a9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:207f:ffff:ffff:ffff:ffff:ffff
2603:28a6:237f:ffff:ffff:ffff:ffff:ffff
2603:28a6:24df:ffff:ffff:ffff:ffff:ffff
2603:28a6:27ff:ffff:ffff:ffff:ffff:ffff
2603:28a6:287f:ffff:ffff:ffff:ffff:ffff
2603:28a6:2a3f:ffff:ffff:ffff:ffff:ffff
2603:28a6:2e1f:ffff:ffff:ffff:ffff:ffff
2603:28a6:30df:ffff:ffff:ffff:ffff:ffff
2603:28a6:355f:ffff:ffff:ffff:ffff:ffff
2603:28a6:36bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:38df:ffff:ffff:ffff:ffff:ffff
2603:28a6:39bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:39ff:ffff:ffff:ffff:ffff:ffff

2603:28a6:3c5f:ffff:ffff:ffff:ffff:ffff
2603:28a6:3d3f:ffff:ffff:ffff:ffff:ffff
2603:28a6:463f:ffff:ffff:ffff:ffff:ffff
2603:28a6:473f:ffff:ffff:ffff:ffff:ffff
2603:28a6:4c7f:ffff:ffff:ffff:ffff:ffff
2603:28a6:4cdf:ffff:ffff:ffff:ffff:ffff
2603:28a6:4d9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:541f:ffff:ffff:ffff:ffff:ffff
2603:28a6:565f:ffff:ffff:ffff:ffff:ffff
2603:28a6:56ff:ffff:ffff:ffff:ffff:ffff
2603:28a6:57ff:ffff:ffff:ffff:ffff:ffff
2603:28a6:5a3f:ffff:ffff:ffff:ffff:ffff
2603:28a6:5ebf:ffff:ffff:ffff:ffff:ffff
2603:28a6:639f:ffff:ffff:ffff:ffff:ffff
2603:28a6:66bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:67df:ffff:ffff:ffff:ffff:ffff
2603:28a6:6cdf:ffff:ffff:ffff:ffff:ffff
2603:28a6:701f:ffff:ffff:ffff:ffff:ffff
2603:28a6:74bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:753f:ffff:ffff:ffff:ffff:ffff
2603:28a6:77ff:ffff:ffff:ffff:ffff:ffff
2603:28a6:787f:ffff:ffff:ffff:ffff:ffff
2603:28a6:7a5f:ffff:ffff:ffff:ffff:ffff
2603:28a6:7c3f:ffff:ffff:ffff:ffff:ffff
2603:28a6:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28a6:7edf:ffff:ffff:ffff:ffff:ffff
2603:28a6:7fbf:ffff:ffff:ffff:ffff:ffff
2603:28a6:81bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:83bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:85df:ffff:ffff:ffff:ffff:ffff
2603:28a6:869f:ffff:ffff:ffff:ffff:ffff
2603:28a6:891f:ffff:ffff:ffff:ffff:ffff
2603:28a6:8cdf:ffff:ffff:ffff:ffff:ffff
2603:28a6:90bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:91ff:ffff:ffff:ffff:ffff:ffff
2603:28a6:933f:ffff:ffff:ffff:ffff:ffff
2603:28a6:943f:ffff:ffff:ffff:ffff:ffff

2603:28a6:963f:ffff:ffff:ffff:ffff:ffff
2603:28a6:973f:ffff:ffff:ffff:ffff:ffff
2603:28a6:97df:ffff:ffff:ffff:ffff:ffff
2603:28a6:98df:ffff:ffff:ffff:ffff:ffff
2603:28a6:9e1f:ffff:ffff:ffff:ffff:ffff
2603:28a6:a1bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:a45f:ffff:ffff:ffff:ffff:ffff
2603:28a6:a69f:ffff:ffff:ffff:ffff:ffff
2603:28a6:aa1f:ffff:ffff:ffff:ffff:ffff
2603:28a6:acdf:ffff:ffff:ffff:ffff:ffff
2603:28a6:ae1f:ffff:ffff:ffff:ffff:ffff
2603:28a6:b17f:ffff:ffff:ffff:ffff:ffff
2603:28a6:b8bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:b97f:ffff:ffff:ffff:ffff:ffff
2603:28a6:b9df:ffff:ffff:ffff:ffff:ffff
2603:28a6:c3bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:c5bf:ffff:ffff:ffff:ffff:ffff
2603:28a6:cb3f:ffff:ffff:ffff:ffff:ffff
2603:28a6:ccbf:ffff:ffff:ffff:ffff:ffff
2603:28a6:d35f:ffff:ffff:ffff:ffff:ffff
2603:28a6:d3df:ffff:ffff:ffff:ffff:ffff
2603:28a6:d41f:ffff:ffff:ffff:ffff:ffff
2603:28a6:dabf:ffff:ffff:ffff:ffff:ffff
2603:28a6:dd5f:ffff:ffff:ffff:ffff:ffff
2603:28a6:de9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:e45f:ffff:ffff:ffff:ffff:ffff
2603:28a6:e81f:ffff:ffff:ffff:ffff:ffff
2603:28a6:ea9f:ffff:ffff:ffff:ffff:ffff
2603:28a6:eb7f:ffff:ffff:ffff:ffff:ffff
2603:28a6:ec5f:ffff:ffff:ffff:ffff:ffff
2603:28a6:edff:ffff:ffff:ffff:ffff:ffff
2603:28a6:f11f:ffff:ffff:ffff:ffff:ffff
2603:28a6:f49f:ffff:ffff:ffff:ffff:ffff
2603:28a6:f77f:ffff:ffff:ffff:ffff:ffff
2603:28a6:f81f:ffff:ffff:ffff:ffff:ffff
2603:28a7:df:ffff:ffff:ffff:ffff:ffff
2603:28a7:89f:ffff:ffff:ffff:ffff:ffff

2603:28a7:105f:ffff:ffff:ffff:ffff:ffff
2603:28a7:10bf:ffff:ffff:ffff:ffff:ffff
2603:28a7:113f:ffff:ffff:ffff:ffff:ffff
2603:28a7:131f:ffff:ffff:ffff:ffff:ffff
2603:28a7:191f:ffff:ffff:ffff:ffff:ffff
2603:28a7:1b1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:1cbf:ffff:ffff:ffff:ffff:ffff
2603:28a7:1e3f:ffff:ffff:ffff:ffff:ffff
2603:28a7:233f:ffff:ffff:ffff:ffff:ffff
2603:28a7:23df:ffff:ffff:ffff:ffff:ffff
2603:28a7:27df:ffff:ffff:ffff:ffff:ffff
2603:28a7:2e3f:ffff:ffff:ffff:ffff:ffff
2603:28a7:35df:ffff:ffff:ffff:ffff:ffff
2603:28a7:389f:ffff:ffff:ffff:ffff:ffff
2603:28a7:3a7f:ffff:ffff:ffff:ffff:ffff
2603:28a7:3dff:ffff:ffff:ffff:ffff:ffff
2603:28a7:3f9f:ffff:ffff:ffff:ffff:ffff
2603:28a7:43ff:ffff:ffff:ffff:ffff:ffff
2603:28a7:44bf:ffff:ffff:ffff:ffff:ffff
2603:28a7:46bf:ffff:ffff:ffff:ffff:ffff
2603:28a7:499f:ffff:ffff:ffff:ffff:ffff
2603:28a7:50df:ffff:ffff:ffff:ffff:ffff
2603:28a7:565f:ffff:ffff:ffff:ffff:ffff
2603:28a7:5a1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:5c3f:ffff:ffff:ffff:ffff:ffff
2603:28a7:617f:ffff:ffff:ffff:ffff:ffff
2603:28a7:66bf:ffff:ffff:ffff:ffff:ffff
2603:28a7:70df:ffff:ffff:ffff:ffff:ffff
2603:28a7:74ff:ffff:ffff:ffff:ffff:ffff
2603:28a7:763f:ffff:ffff:ffff:ffff:ffff
2603:28a7:7b3f:ffff:ffff:ffff:ffff:ffff
2603:28a7:859f:ffff:ffff:ffff:ffff:ffff
2603:28a7:8dff:ffff:ffff:ffff:ffff:ffff
2603:28a7:8f1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:925f:ffff:ffff:ffff:ffff:ffff
2603:28a7:941f:ffff:ffff:ffff:ffff:ffff
2603:28a7:9bdf:ffff:ffff:ffff:ffff:ffff

2603:28a7:9dff:ffff:ffff:ffff:ffff:ffff
2603:28a7:a4ff:ffff:ffff:ffff:ffff:ffff
2603:28a7:a5ff:ffff:ffff:ffff:ffff:ffff
2603:28a7:a73f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ac5f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ad5f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ae9f:ffff:ffff:ffff:ffff:ffff
2603:28a7:af5f:ffff:ffff:ffff:ffff:ffff
2603:28a7:b09f:ffff:ffff:ffff:ffff:ffff
2603:28a7:b11f:ffff:ffff:ffff:ffff:ffff
2603:28a7:b81f:ffff:ffff:ffff:ffff:ffff
2603:28a7:bddf:ffff:ffff:ffff:ffff:ffff
2603:28a7:c01f:ffff:ffff:ffff:ffff:ffff
2603:28a7:c05f:ffff:ffff:ffff:ffff:ffff
2603:28a7:c29f:ffff:ffff:ffff:ffff:ffff
2603:28a7:c43f:ffff:ffff:ffff:ffff:ffff
2603:28a7:cddf:ffff:ffff:ffff:ffff:ffff
2603:28a7:cedf:ffff:ffff:ffff:ffff:ffff
2603:28a7:d4ff:ffff:ffff:ffff:ffff:ffff
2603:28a7:d79f:ffff:ffff:ffff:ffff:ffff
2603:28a7:dd3f:ffff:ffff:ffff:ffff:ffff
2603:28a7:dfbf:ffff:ffff:ffff:ffff:ffff
2603:28a7:e09f:ffff:ffff:ffff:ffff:ffff
2603:28a7:e21f:ffff:ffff:ffff:ffff:ffff
2603:28a7:e85f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ea1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ea9f:ffff:ffff:ffff:ffff:ffff
2603:28a7:ef1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:efff:ffff:ffff:ffff:ffff:ffff
2603:28a7:f4bf:ffff:ffff:ffff:ffff:ffff
2603:28a7:fa1f:ffff:ffff:ffff:ffff:ffff
2603:28a7:fdbf:ffff:ffff:ffff:ffff:ffff
2603:28a8:5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:3df:ffff:ffff:ffff:ffff:ffff
2603:28a8:51f:ffff:ffff:ffff:ffff:ffff
2603:28a8:f1f:ffff:ffff:ffff:ffff:ffff
2603:28a8:f5f:ffff:ffff:ffff:ffff:ffff

2603:28a8:115f:ffff:ffff:ffff:ffff:ffff
2603:28a8:11df:ffff:ffff:ffff:ffff:ffff
2603:28a8:153f:ffff:ffff:ffff:ffff:ffff
2603:28a8:20df:ffff:ffff:ffff:ffff:ffff
2603:28a8:289f:ffff:ffff:ffff:ffff:ffff
2603:28a8:317f:ffff:ffff:ffff:ffff:ffff
2603:28a8:365f:ffff:ffff:ffff:ffff:ffff
2603:28a8:379f:ffff:ffff:ffff:ffff:ffff
2603:28a8:381f:ffff:ffff:ffff:ffff:ffff
2603:28a8:3c3f:ffff:ffff:ffff:ffff:ffff
2603:28a8:3fff:ffff:ffff:ffff:ffff:ffff
2603:28a8:541f:ffff:ffff:ffff:ffff:ffff
2603:28a8:573f:ffff:ffff:ffff:ffff:ffff
2603:28a8:5eff:ffff:ffff:ffff:ffff:ffff
2603:28a8:687f:ffff:ffff:ffff:ffff:ffff
2603:28a8:6b9f:ffff:ffff:ffff:ffff:ffff
2603:28a8:6fbf:ffff:ffff:ffff:ffff:ffff
2603:28a8:711f:ffff:ffff:ffff:ffff:ffff
2603:28a8:79bf:ffff:ffff:ffff:ffff:ffff
2603:28a8:79ff:ffff:ffff:ffff:ffff:ffff
2603:28a8:7b5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:7c3f:ffff:ffff:ffff:ffff:ffff
2603:28a8:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:7f7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:811f:ffff:ffff:ffff:ffff:ffff
2603:28a8:82ff:ffff:ffff:ffff:ffff:ffff
2603:28a8:863f:ffff:ffff:ffff:ffff:ffff
2603:28a8:8b7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:8d1f:ffff:ffff:ffff:ffff:ffff
2603:28a8:8edf:ffff:ffff:ffff:ffff:ffff
2603:28a8:983f:ffff:ffff:ffff:ffff:ffff
2603:28a8:987f:ffff:ffff:ffff:ffff:ffff
2603:28a8:9d7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:a05f:ffff:ffff:ffff:ffff:ffff
2603:28a8:a75f:ffff:ffff:ffff:ffff:ffff
2603:28a8:a7bf:ffff:ffff:ffff:ffff:ffff
2603:28a8:a7ff:ffff:ffff:ffff:ffff:ffff

2603:28a8:b8df:ffff:ffff:ffff:ffff:ffff
2603:28a8:bd1f:ffff:ffff:ffff:ffff:ffff
2603:28a8:bf1f:ffff:ffff:ffff:ffff:ffff
2603:28a8:bf5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:c3bf:ffff:ffff:ffff:ffff:ffff
2603:28a8:c55f:ffff:ffff:ffff:ffff:ffff
2603:28a8:ce5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:cf1f:ffff:ffff:ffff:ffff:ffff
2603:28a8:cf7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:d31f:ffff:ffff:ffff:ffff:ffff
2603:28a8:d3df:ffff:ffff:ffff:ffff:ffff
2603:28a8:d45f:ffff:ffff:ffff:ffff:ffff
2603:28a8:d81f:ffff:ffff:ffff:ffff:ffff
2603:28a8:ddbf:ffff:ffff:ffff:ffff:ffff
2603:28a8:df5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:e2bf:ffff:ffff:ffff:ffff:ffff
2603:28a8:e41f:ffff:ffff:ffff:ffff:ffff
2603:28a8:eb7f:ffff:ffff:ffff:ffff:ffff
2603:28a8:ec5f:ffff:ffff:ffff:ffff:ffff
2603:28a8:f47f:ffff:ffff:ffff:ffff:ffff
2603:28a8:f85f:ffff:ffff:ffff:ffff:ffff
2603:28a8:fa3f:ffff:ffff:ffff:ffff:ffff
2603:28a8:faff:ffff:ffff:ffff:ffff:ffff
2603:28a8:fdff:ffff:ffff:ffff:ffff:ffff
2603:28a8:ff9f:ffff:ffff:ffff:ffff:ffff
2603:28a9:7df:ffff:ffff:ffff:ffff:ffff
2603:28a9:9ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:eff:ffff:ffff:ffff:ffff:ffff
2603:28a9:169f:ffff:ffff:ffff:ffff:ffff
2603:28a9:201f:ffff:ffff:ffff:ffff:ffff
2603:28a9:21bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:253f:ffff:ffff:ffff:ffff:ffff
2603:28a9:279f:ffff:ffff:ffff:ffff:ffff
2603:28a9:31ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:34ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:36ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:381f:ffff:ffff:ffff:ffff:ffff

2603:28a9:387f:ffff:ffff:ffff:ffff:ffff
2603:28a9:39ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:3b9f:ffff:ffff:ffff:ffff:ffff
2603:28a9:449f:ffff:ffff:ffff:ffff:ffff
2603:28a9:4e7f:ffff:ffff:ffff:ffff:ffff
2603:28a9:4fff:ffff:ffff:ffff:ffff:ffff
2603:28a9:519f:ffff:ffff:ffff:ffff:ffff
2603:28a9:525f:ffff:ffff:ffff:ffff:ffff
2603:28a9:59bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:5d1f:ffff:ffff:ffff:ffff:ffff
2603:28a9:5dbf:ffff:ffff:ffff:ffff:ffff
2603:28a9:615f:ffff:ffff:ffff:ffff:ffff
2603:28a9:64bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:6bff:ffff:ffff:ffff:ffff:ffff
2603:28a9:731f:ffff:ffff:ffff:ffff:ffff
2603:28a9:741f:ffff:ffff:ffff:ffff:ffff
2603:28a9:77df:ffff:ffff:ffff:ffff:ffff
2603:28a9:7a3f:ffff:ffff:ffff:ffff:ffff
2603:28a9:7d5f:ffff:ffff:ffff:ffff:ffff
2603:28a9:7f1f:ffff:ffff:ffff:ffff:ffff
2603:28a9:7f9f:ffff:ffff:ffff:ffff:ffff
2603:28a9:805f:ffff:ffff:ffff:ffff:ffff
2603:28a9:817f:ffff:ffff:ffff:ffff:ffff
2603:28a9:829f:ffff:ffff:ffff:ffff:ffff
2603:28a9:831f:ffff:ffff:ffff:ffff:ffff
2603:28a9:84df:ffff:ffff:ffff:ffff:ffff
2603:28a9:85ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:86ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:897f:ffff:ffff:ffff:ffff:ffff
2603:28a9:8a7f:ffff:ffff:ffff:ffff:ffff
2603:28a9:8abf:ffff:ffff:ffff:ffff:ffff
2603:28a9:96bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:9b7f:ffff:ffff:ffff:ffff:ffff
2603:28a9:9ebf:ffff:ffff:ffff:ffff:ffff
2603:28a9:a43f:ffff:ffff:ffff:ffff:ffff
2603:28a9:a7bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:aa1f:ffff:ffff:ffff:ffff:ffff

2603:28a9:ab9f:ffff:ffff:ffff:ffff:ffff
2603:28a9:ad5f:ffff:ffff:ffff:ffff:ffff
2603:28a9:afdf:ffff:ffff:ffff:ffff:ffff
2603:28a9:b59f:ffff:ffff:ffff:ffff:ffff
2603:28a9:b95f:ffff:ffff:ffff:ffff:ffff
2603:28a9:c19f:ffff:ffff:ffff:ffff:ffff
2603:28a9:c21f:ffff:ffff:ffff:ffff:ffff
2603:28a9:c6ff:ffff:ffff:ffff:ffff:ffff
2603:28a9:d3df:ffff:ffff:ffff:ffff:ffff
2603:28a9:d5bf:ffff:ffff:ffff:ffff:ffff
2603:28a9:d97f:ffff:ffff:ffff:ffff:ffff
2603:28a9:da3f:ffff:ffff:ffff:ffff:ffff
2603:28a9:dbff:ffff:ffff:ffff:ffff:ffff
2603:28a9:dd1f:ffff:ffff:ffff:ffff:ffff
2603:28a9:de3f:ffff:ffff:ffff:ffff:ffff
2603:28a9:dedf:ffff:ffff:ffff:ffff:ffff
2603:28a9:eb3f:ffff:ffff:ffff:ffff:ffff
2603:28a9:ef9f:ffff:ffff:ffff:ffff:ffff
2603:28a9:f37f:ffff:ffff:ffff:ffff:ffff
2603:28a9:f69f:ffff:ffff:ffff:ffff:ffff
2603:28a9:fc3f:ffff:ffff:ffff:ffff:ffff
2603:28aa:abf:ffff:ffff:ffff:ffff:ffff
2603:28aa:bff:ffff:ffff:ffff:ffff:ffff
2603:28aa:c7f:ffff:ffff:ffff:ffff:ffff
2603:28aa:e3f:ffff:ffff:ffff:ffff:ffff
2603:28aa:fdf:ffff:ffff:ffff:ffff:ffff
2603:28aa:1abf:ffff:ffff:ffff:ffff:ffff
2603:28aa:1aff:ffff:ffff:ffff:ffff:ffff
2603:28aa:1c1f:ffff:ffff:ffff:ffff:ffff
2603:28aa:28bf:ffff:ffff:ffff:ffff:ffff
2603:28aa:307f:ffff:ffff:ffff:ffff:ffff
2603:28aa:349f:ffff:ffff:ffff:ffff:ffff
2603:28aa:353f:ffff:ffff:ffff:ffff:ffff
2603:28aa:3d7f:ffff:ffff:ffff:ffff:ffff
2603:28aa:407f:ffff:ffff:ffff:ffff:ffff
2603:28aa:449f:ffff:ffff:ffff:ffff:ffff
2603:28aa:48df:ffff:ffff:ffff:ffff:ffff

2603:28aa:4e7f:ffff:ffff:ffff:ffff:ffff
2603:28aa:581f:ffff:ffff:ffff:ffff:ffff
2603:28aa:681f:ffff:ffff:ffff:ffff:ffff
2603:28aa:6c7f:ffff:ffff:ffff:ffff:ffff
2603:28aa:6ddf:ffff:ffff:ffff:ffff:ffff
2603:28aa:6e7f:ffff:ffff:ffff:ffff:ffff
2603:28aa:751f:ffff:ffff:ffff:ffff:ffff
2603:28aa:77bf:ffff:ffff:ffff:ffff:ffff
2603:28aa:841f:ffff:ffff:ffff:ffff:ffff
2603:28aa:869f:ffff:ffff:ffff:ffff:ffff
2603:28aa:885f:ffff:ffff:ffff:ffff:ffff
2603:28aa:8cdf:ffff:ffff:ffff:ffff:ffff
2603:28aa:8dff:ffff:ffff:ffff:ffff:ffff
2603:28aa:907f:ffff:ffff:ffff:ffff:ffff
2603:28aa:90bf:ffff:ffff:ffff:ffff:ffff
2603:28aa:92df:ffff:ffff:ffff:ffff:ffff
2603:28aa:969f:ffff:ffff:ffff:ffff:ffff
2603:28aa:971f:ffff:ffff:ffff:ffff:ffff
2603:28aa:a1bf:ffff:ffff:ffff:ffff:ffff
2603:28aa:a3df:ffff:ffff:ffff:ffff:ffff
2603:28aa:ad1f:ffff:ffff:ffff:ffff:ffff
2603:28aa:ad9f:ffff:ffff:ffff:ffff:ffff
2603:28aa:aeff:ffff:ffff:ffff:ffff:ffff
2603:28aa:b1ff:ffff:ffff:ffff:ffff:ffff
2603:28aa:c2bf:ffff:ffff:ffff:ffff:ffff
2603:28aa:caff:ffff:ffff:ffff:ffff:ffff
2603:28aa:cc9f:ffff:ffff:ffff:ffff:ffff
2603:28aa:ce5f:ffff:ffff:ffff:ffff:ffff
2603:28aa:cf5f:ffff:ffff:ffff:ffff:ffff
2603:28aa:d19f:ffff:ffff:ffff:ffff:ffff
2603:28aa:d3ff:ffff:ffff:ffff:ffff:ffff
2603:28aa:e07f:ffff:ffff:ffff:ffff:ffff
2603:28aa:e7ff:ffff:ffff:ffff:ffff:ffff
2603:28aa:e97f:ffff:ffff:ffff:ffff:ffff
2603:28aa:eb9f:ffff:ffff:ffff:ffff:ffff
2603:28aa:f7ff:ffff:ffff:ffff:ffff:ffff
2603:28aa:ff1f:ffff:ffff:ffff:ffff:ffff

2603:28ab:df:ffff:ffff:ffff:ffff:ffff
2603:28ab:1ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:59f:ffff:ffff:ffff:ffff:ffff
2603:28ab:c5f:ffff:ffff:ffff:ffff:ffff
2603:28ab:107f:ffff:ffff:ffff:ffff:ffff
2603:28ab:117f:ffff:ffff:ffff:ffff:ffff
2603:28ab:209f:ffff:ffff:ffff:ffff:ffff
2603:28ab:22ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:257f:ffff:ffff:ffff:ffff:ffff
2603:28ab:32df:ffff:ffff:ffff:ffff:ffff
2603:28ab:347f:ffff:ffff:ffff:ffff:ffff
2603:28ab:37ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:3fff:ffff:ffff:ffff:ffff:ffff
2603:28ab:48ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:497f:ffff:ffff:ffff:ffff:ffff
2603:28ab:49ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:4c1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:529f:ffff:ffff:ffff:ffff:ffff
2603:28ab:56ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:59ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:5b9f:ffff:ffff:ffff:ffff:ffff
2603:28ab:65bf:ffff:ffff:ffff:ffff:ffff
2603:28ab:6e5f:ffff:ffff:ffff:ffff:ffff
2603:28ab:707f:ffff:ffff:ffff:ffff:ffff
2603:28ab:783f:ffff:ffff:ffff:ffff:ffff
2603:28ab:7a1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:7abf:ffff:ffff:ffff:ffff:ffff
2603:28ab:7c7f:ffff:ffff:ffff:ffff:ffff
2603:28ab:7fdf:ffff:ffff:ffff:ffff:ffff
2603:28ab:809f:ffff:ffff:ffff:ffff:ffff
2603:28ab:821f:ffff:ffff:ffff:ffff:ffff
2603:28ab:83bf:ffff:ffff:ffff:ffff:ffff
2603:28ab:879f:ffff:ffff:ffff:ffff:ffff
2603:28ab:8b5f:ffff:ffff:ffff:ffff:ffff
2603:28ab:8d9f:ffff:ffff:ffff:ffff:ffff
2603:28ab:901f:ffff:ffff:ffff:ffff:ffff
2603:28ab:969f:ffff:ffff:ffff:ffff:ffff

2603:28ab:9e7f:ffff:ffff:ffff:ffff:ffff
2603:28ab:a43f:ffff:ffff:ffff:ffff:ffff
2603:28ab:a81f:ffff:ffff:ffff:ffff:ffff
2603:28ab:a8ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:ac1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ac7f:ffff:ffff:ffff:ffff:ffff
2603:28ab:aebf:ffff:ffff:ffff:ffff:ffff
2603:28ab:b53f:ffff:ffff:ffff:ffff:ffff
2603:28ab:b83f:ffff:ffff:ffff:ffff:ffff
2603:28ab:b89f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ba1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:be1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:c43f:ffff:ffff:ffff:ffff:ffff
2603:28ab:c55f:ffff:ffff:ffff:ffff:ffff
2603:28ab:c5df:ffff:ffff:ffff:ffff:ffff
2603:28ab:c7ff:ffff:ffff:ffff:ffff:ffff
2603:28ab:d25f:ffff:ffff:ffff:ffff:ffff
2603:28ab:da1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:da9f:ffff:ffff:ffff:ffff:ffff
2603:28ab:dedf:ffff:ffff:ffff:ffff:ffff
2603:28ab:df1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:e45f:ffff:ffff:ffff:ffff:ffff
2603:28ab:e67f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ea3f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ea7f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ec1f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ec7f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ee9f:ffff:ffff:ffff:ffff:ffff
2603:28ab:f57f:ffff:ffff:ffff:ffff:ffff
2603:28ab:fc5f:ffff:ffff:ffff:ffff:ffff
2603:28ab:ffdf:ffff:ffff:ffff:ffff:ffff
2603:28ac:15f:ffff:ffff:ffff:ffff:ffff
2603:28ac:29f:ffff:ffff:ffff:ffff:ffff
2603:28ac:5bf:ffff:ffff:ffff:ffff:ffff
2603:28ac:abf:ffff:ffff:ffff:ffff:ffff
2603:28ac:10ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:115f:ffff:ffff:ffff:ffff:ffff

2603:28ac:131f:ffff:ffff:ffff:ffff:ffff
2603:28ac:14df:ffff:ffff:ffff:ffff:ffff
2603:28ac:179f:ffff:ffff:ffff:ffff:ffff
2603:28ac:189f:ffff:ffff:ffff:ffff:ffff
2603:28ac:1b9f:ffff:ffff:ffff:ffff:ffff
2603:28ac:203f:ffff:ffff:ffff:ffff:ffff
2603:28ac:25df:ffff:ffff:ffff:ffff:ffff
2603:28ac:2b1f:ffff:ffff:ffff:ffff:ffff
2603:28ac:335f:ffff:ffff:ffff:ffff:ffff
2603:28ac:33bf:ffff:ffff:ffff:ffff:ffff
2603:28ac:363f:ffff:ffff:ffff:ffff:ffff
2603:28ac:39bf:ffff:ffff:ffff:ffff:ffff
2603:28ac:3e5f:ffff:ffff:ffff:ffff:ffff
2603:28ac:40bf:ffff:ffff:ffff:ffff:ffff
2603:28ac:417f:ffff:ffff:ffff:ffff:ffff
2603:28ac:451f:ffff:ffff:ffff:ffff:ffff
2603:28ac:469f:ffff:ffff:ffff:ffff:ffff
2603:28ac:47ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:483f:ffff:ffff:ffff:ffff:ffff
2603:28ac:48ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:4dbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:4eff:ffff:ffff:ffff:ffff:ffff
2603:28ac:4f9f:ffff:ffff:ffff:ffff:ffff
2603:28ac:559f:ffff:ffff:ffff:ffff:ffff
2603:28ac:55df:ffff:ffff:ffff:ffff:ffff
2603:28ac:599f:ffff:ffff:ffff:ffff:ffff
2603:28ac:5a3f:ffff:ffff:ffff:ffff:ffff
2603:28ac:5a7f:ffff:ffff:ffff:ffff:ffff
2603:28ac:5bdf:ffff:ffff:ffff:ffff:ffff
2603:28ac:61ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:629f:ffff:ffff:ffff:ffff:ffff
2603:28ac:6a3f:ffff:ffff:ffff:ffff:ffff
2603:28ac:6a7f:ffff:ffff:ffff:ffff:ffff
2603:28ac:6c5f:ffff:ffff:ffff:ffff:ffff
2603:28ac:6d1f:ffff:ffff:ffff:ffff:ffff
2603:28ac:6fbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:72bf:ffff:ffff:ffff:ffff:ffff

2603:28ac:753f:ffff:ffff:ffff:ffff:ffff
2603:28ac:75df:ffff:ffff:ffff:ffff:ffff
2603:28ac:77ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:78ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:7bbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:7ddf:ffff:ffff:ffff:ffff:ffff
2603:28ac:7f7f:ffff:ffff:ffff:ffff:ffff
2603:28ac:835f:ffff:ffff:ffff:ffff:ffff
2603:28ac:925f:ffff:ffff:ffff:ffff:ffff
2603:28ac:98ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:9a9f:ffff:ffff:ffff:ffff:ffff
2603:28ac:a29f:ffff:ffff:ffff:ffff:ffff
2603:28ac:a35f:ffff:ffff:ffff:ffff:ffff
2603:28ac:a47f:ffff:ffff:ffff:ffff:ffff
2603:28ac:aadf:ffff:ffff:ffff:ffff:ffff
2603:28ac:ad9f:ffff:ffff:ffff:ffff:ffff
2603:28ac:afbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:b37f:ffff:ffff:ffff:ffff:ffff
2603:28ac:b7bf:ffff:ffff:ffff:ffff:ffff
2603:28ac:bbbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:bcbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:bdbf:ffff:ffff:ffff:ffff:ffff
2603:28ac:bf3f:ffff:ffff:ffff:ffff:ffff
2603:28ac:bfdf:ffff:ffff:ffff:ffff:ffff
2603:28ac:c35f:ffff:ffff:ffff:ffff:ffff
2603:28ac:c5ff:ffff:ffff:ffff:ffff:ffff
2603:28ac:c69f:ffff:ffff:ffff:ffff:ffff
2603:28ac:ce7f:ffff:ffff:ffff:ffff:ffff
2603:28ac:d51f:ffff:ffff:ffff:ffff:ffff
2603:28ac:dd7f:ffff:ffff:ffff:ffff:ffff
2603:28ac:e1df:ffff:ffff:ffff:ffff:ffff
2603:28ac:f65f:ffff:ffff:ffff:ffff:ffff
2603:28ac:f8df:ffff:ffff:ffff:ffff:ffff
2603:28ac:fa3f:ffff:ffff:ffff:ffff:ffff
2603:28ac:fa9f:ffff:ffff:ffff:ffff:ffff
2603:28ac:fe9f:ffff:ffff:ffff:ffff:ffff
2603:28ad:35f:ffff:ffff:ffff:ffff:ffff

2603:28ad:175f:ffff:ffff:ffff:ffff:ffff
2603:28ad:1a9f:ffff:ffff:ffff:ffff:ffff
2603:28ad:1b1f:ffff:ffff:ffff:ffff:ffff
2603:28ad:1b5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:1d3f:ffff:ffff:ffff:ffff:ffff
2603:28ad:1e5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:23df:ffff:ffff:ffff:ffff:ffff
2603:28ad:299f:ffff:ffff:ffff:ffff:ffff
2603:28ad:2a9f:ffff:ffff:ffff:ffff:ffff
2603:28ad:2aff:ffff:ffff:ffff:ffff:ffff
2603:28ad:2cdf:ffff:ffff:ffff:ffff:ffff
2603:28ad:2e3f:ffff:ffff:ffff:ffff:ffff
2603:28ad:31df:ffff:ffff:ffff:ffff:ffff
2603:28ad:41df:ffff:ffff:ffff:ffff:ffff
2603:28ad:42ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:4c1f:ffff:ffff:ffff:ffff:ffff
2603:28ad:4cbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:50ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:537f:ffff:ffff:ffff:ffff:ffff
2603:28ad:555f:ffff:ffff:ffff:ffff:ffff
2603:28ad:569f:ffff:ffff:ffff:ffff:ffff
2603:28ad:571f:ffff:ffff:ffff:ffff:ffff
2603:28ad:579f:ffff:ffff:ffff:ffff:ffff
2603:28ad:587f:ffff:ffff:ffff:ffff:ffff
2603:28ad:58ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:5a9f:ffff:ffff:ffff:ffff:ffff
2603:28ad:675f:ffff:ffff:ffff:ffff:ffff
2603:28ad:6a5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:6dbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:6fdf:ffff:ffff:ffff:ffff:ffff
2603:28ad:77bf:ffff:ffff:ffff:ffff:ffff
2603:28ad:7b1f:ffff:ffff:ffff:ffff:ffff
2603:28ad:7b7f:ffff:ffff:ffff:ffff:ffff
2603:28ad:839f:ffff:ffff:ffff:ffff:ffff
2603:28ad:83ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:84bf:ffff:ffff:ffff:ffff:ffff
2603:28ad:869f:ffff:ffff:ffff:ffff:ffff

2603:28ad:86ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:883f:ffff:ffff:ffff:ffff:ffff
2603:28ad:8cbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:92bf:ffff:ffff:ffff:ffff:ffff
2603:28ad:a0bf:ffff:ffff:ffff:ffff:ffff
2603:28ad:a45f:ffff:ffff:ffff:ffff:ffff
2603:28ad:a4ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:a9bf:ffff:ffff:ffff:ffff:ffff
2603:28ad:abdf:ffff:ffff:ffff:ffff:ffff
2603:28ad:afbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:b3ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:b6ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:bcff:ffff:ffff:ffff:ffff:ffff
2603:28ad:bebf:ffff:ffff:ffff:ffff:ffff
2603:28ad:c9ff:ffff:ffff:ffff:ffff:ffff
2603:28ad:ccbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:ce5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:d47f:ffff:ffff:ffff:ffff:ffff
2603:28ad:da7f:ffff:ffff:ffff:ffff:ffff
2603:28ad:db7f:ffff:ffff:ffff:ffff:ffff
2603:28ad:de1f:ffff:ffff:ffff:ffff:ffff
2603:28ad:e21f:ffff:ffff:ffff:ffff:ffff
2603:28ad:e9df:ffff:ffff:ffff:ffff:ffff
2603:28ad:eb5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:ebff:ffff:ffff:ffff:ffff:ffff
2603:28ad:ee5f:ffff:ffff:ffff:ffff:ffff
2603:28ad:f77f:ffff:ffff:ffff:ffff:ffff
2603:28ad:fabf:ffff:ffff:ffff:ffff:ffff
2603:28ad:fbdf:ffff:ffff:ffff:ffff:ffff
2603:28ad:fdbf:ffff:ffff:ffff:ffff:ffff
2603:28ad:fe1f:ffff:ffff:ffff:ffff:ffff
2603:28ad:ffff:ffff:ffff:ffff:ffff:ffff
2603:28ae:15f:ffff:ffff:ffff:ffff:ffff
2603:28ae:21f:ffff:ffff:ffff:ffff:ffff
2603:28ae:5ff:ffff:ffff:ffff:ffff:ffff
2603:28ae:d9f:ffff:ffff:ffff:ffff:ffff
2603:28ae:10ff:ffff:ffff:ffff:ffff:ffff

2603:28ae:13ff:ffff:ffff:ffff:ffff:ffff
2603:28ae:1dbf:ffff:ffff:ffff:ffff:ffff
2603:28ae:22df:ffff:ffff:ffff:ffff:ffff
2603:28ae:23bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:243f:ffff:ffff:ffff:ffff:ffff
2603:28ae:24bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:27ff:ffff:ffff:ffff:ffff:ffff
2603:28ae:2f1f:ffff:ffff:ffff:ffff:ffff
2603:28ae:30bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:323f:ffff:ffff:ffff:ffff:ffff
2603:28ae:33bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:38ff:ffff:ffff:ffff:ffff:ffff
2603:28ae:3b3f:ffff:ffff:ffff:ffff:ffff
2603:28ae:3dff:ffff:ffff:ffff:ffff:ffff
2603:28ae:417f:ffff:ffff:ffff:ffff:ffff
2603:28ae:43df:ffff:ffff:ffff:ffff:ffff
2603:28ae:45df:ffff:ffff:ffff:ffff:ffff
2603:28ae:463f:ffff:ffff:ffff:ffff:ffff
2603:28ae:4f5f:ffff:ffff:ffff:ffff:ffff
2603:28ae:4fbf:ffff:ffff:ffff:ffff:ffff
2603:28ae:567f:ffff:ffff:ffff:ffff:ffff
2603:28ae:5d7f:ffff:ffff:ffff:ffff:ffff
2603:28ae:5f7f:ffff:ffff:ffff:ffff:ffff
2603:28ae:63bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:655f:ffff:ffff:ffff:ffff:ffff
2603:28ae:66bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:677f:ffff:ffff:ffff:ffff:ffff
2603:28ae:691f:ffff:ffff:ffff:ffff:ffff
2603:28ae:6fff:ffff:ffff:ffff:ffff:ffff
2603:28ae:753f:ffff:ffff:ffff:ffff:ffff
2603:28ae:783f:ffff:ffff:ffff:ffff:ffff
2603:28ae:7a1f:ffff:ffff:ffff:ffff:ffff
2603:28ae:83bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:849f:ffff:ffff:ffff:ffff:ffff
2603:28ae:891f:ffff:ffff:ffff:ffff:ffff
2603:28ae:895f:ffff:ffff:ffff:ffff:ffff
2603:28ae:8aff:ffff:ffff:ffff:ffff:ffff

2603:28ae:8b9f:ffff:ffff:ffff:ffff:ffff
2603:28ae:979f:ffff:ffff:ffff:ffff:ffff
2603:28ae:a2df:ffff:ffff:ffff:ffff:ffff
2603:28ae:a3bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:a63f:ffff:ffff:ffff:ffff:ffff
2603:28ae:a97f:ffff:ffff:ffff:ffff:ffff
2603:28ae:aa3f:ffff:ffff:ffff:ffff:ffff
2603:28ae:afff:ffff:ffff:ffff:ffff:ffff
2603:28ae:c5bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:c99f:ffff:ffff:ffff:ffff:ffff
2603:28ae:c9df:ffff:ffff:ffff:ffff:ffff
2603:28ae:ca5f:ffff:ffff:ffff:ffff:ffff
2603:28ae:ceff:ffff:ffff:ffff:ffff:ffff
2603:28ae:d1bf:ffff:ffff:ffff:ffff:ffff
2603:28ae:d27f:ffff:ffff:ffff:ffff:ffff
2603:28ae:d77f:ffff:ffff:ffff:ffff:ffff
2603:28ae:ec7f:ffff:ffff:ffff:ffff:ffff
2603:28ae:ecff:ffff:ffff:ffff:ffff:ffff
2603:28ae:ee3f:ffff:ffff:ffff:ffff:ffff
2603:28ae:eedf:ffff:ffff:ffff:ffff:ffff
2603:28ae:f45f:ffff:ffff:ffff:ffff:ffff
2603:28ae:f73f:ffff:ffff:ffff:ffff:ffff
2603:28ae:f79f:ffff:ffff:ffff:ffff:ffff
2603:28ae:f7ff:ffff:ffff:ffff:ffff:ffff
2603:28ae:f95f:ffff:ffff:ffff:ffff:ffff
2603:28af:9f:ffff:ffff:ffff:ffff:ffff
2603:28af:17f:ffff:ffff:ffff:ffff:ffff
2603:28af:41f:ffff:ffff:ffff:ffff:ffff
2603:28af:c1f:ffff:ffff:ffff:ffff:ffff
2603:28af:cdf:ffff:ffff:ffff:ffff:ffff
2603:28af:f5f:ffff:ffff:ffff:ffff:ffff
2603:28af:11bf:ffff:ffff:ffff:ffff:ffff
2603:28af:123f:ffff:ffff:ffff:ffff:ffff
2603:28af:131f:ffff:ffff:ffff:ffff:ffff
2603:28af:18bf:ffff:ffff:ffff:ffff:ffff
2603:28af:1a7f:ffff:ffff:ffff:ffff:ffff
2603:28af:1d7f:ffff:ffff:ffff:ffff:ffff

2603:28af:201f:ffff:ffff:ffff:ffff:ffff
2603:28af:265f:ffff:ffff:ffff:ffff:ffff
2603:28af:299f:ffff:ffff:ffff:ffff:ffff
2603:28af:29df:ffff:ffff:ffff:ffff:ffff
2603:28af:2a1f:ffff:ffff:ffff:ffff:ffff
2603:28af:2b9f:ffff:ffff:ffff:ffff:ffff
2603:28af:2d5f:ffff:ffff:ffff:ffff:ffff
2603:28af:2edf:ffff:ffff:ffff:ffff:ffff
2603:28af:2f7f:ffff:ffff:ffff:ffff:ffff
2603:28af:319f:ffff:ffff:ffff:ffff:ffff
2603:28af:327f:ffff:ffff:ffff:ffff:ffff
2603:28af:34ff:ffff:ffff:ffff:ffff:ffff
2603:28af:369f:ffff:ffff:ffff:ffff:ffff
2603:28af:387f:ffff:ffff:ffff:ffff:ffff
2603:28af:39ff:ffff:ffff:ffff:ffff:ffff
2603:28af:3cbf:ffff:ffff:ffff:ffff:ffff
2603:28af:3d3f:ffff:ffff:ffff:ffff:ffff
2603:28af:3dbf:ffff:ffff:ffff:ffff:ffff
2603:28af:3e9f:ffff:ffff:ffff:ffff:ffff
2603:28af:3f5f:ffff:ffff:ffff:ffff:ffff
2603:28af:3fbf:ffff:ffff:ffff:ffff:ffff
2603:28af:545f:ffff:ffff:ffff:ffff:ffff
2603:28af:551f:ffff:ffff:ffff:ffff:ffff
2603:28af:579f:ffff:ffff:ffff:ffff:ffff
2603:28af:583f:ffff:ffff:ffff:ffff:ffff
2603:28af:5a7f:ffff:ffff:ffff:ffff:ffff
2603:28af:5abf:ffff:ffff:ffff:ffff:ffff
2603:28af:61df:ffff:ffff:ffff:ffff:ffff
2603:28af:651f:ffff:ffff:ffff:ffff:ffff
2603:28af:667f:ffff:ffff:ffff:ffff:ffff
2603:28af:6a7f:ffff:ffff:ffff:ffff:ffff
2603:28af:6e9f:ffff:ffff:ffff:ffff:ffff
2603:28af:701f:ffff:ffff:ffff:ffff:ffff
2603:28af:719f:ffff:ffff:ffff:ffff:ffff
2603:28af:72bf:ffff:ffff:ffff:ffff:ffff
2603:28af:73df:ffff:ffff:ffff:ffff:ffff
2603:28af:767f:ffff:ffff:ffff:ffff:ffff

2603:28af:797f:ffff:ffff:ffff:ffff:ffff
2603:28af:7fbf:ffff:ffff:ffff:ffff:ffff
2603:28af:80ff:ffff:ffff:ffff:ffff:ffff
2603:28af:877f:ffff:ffff:ffff:ffff:ffff
2603:28af:907f:ffff:ffff:ffff:ffff:ffff
2603:28af:917f:ffff:ffff:ffff:ffff:ffff
2603:28af:94df:ffff:ffff:ffff:ffff:ffff
2603:28af:99df:ffff:ffff:ffff:ffff:ffff
2603:28af:a0ff:ffff:ffff:ffff:ffff:ffff
2603:28af:a17f:ffff:ffff:ffff:ffff:ffff
2603:28af:a93f:ffff:ffff:ffff:ffff:ffff
2603:28af:b31f:ffff:ffff:ffff:ffff:ffff
2603:28af:b4df:ffff:ffff:ffff:ffff:ffff
2603:28af:b63f:ffff:ffff:ffff:ffff:ffff
2603:28af:bc1f:ffff:ffff:ffff:ffff:ffff
2603:28af:bf5f:ffff:ffff:ffff:ffff:ffff
2603:28af:c01f:ffff:ffff:ffff:ffff:ffff
2603:28af:c0bf:ffff:ffff:ffff:ffff:ffff
2603:28af:c2df:ffff:ffff:ffff:ffff:ffff
2603:28af:c47f:ffff:ffff:ffff:ffff:ffff
2603:28af:cb7f:ffff:ffff:ffff:ffff:ffff
2603:28af:d15f:ffff:ffff:ffff:ffff:ffff
2603:28af:d87f:ffff:ffff:ffff:ffff:ffff
2603:28af:d8ff:ffff:ffff:ffff:ffff:ffff
2603:28af:dbbf:ffff:ffff:ffff:ffff:ffff
2603:28af:e5df:ffff:ffff:ffff:ffff:ffff
2603:28af:e9bf:ffff:ffff:ffff:ffff:ffff
2603:28af:eabf:ffff:ffff:ffff:ffff:ffff
2603:28af:eb5f:ffff:ffff:ffff:ffff:ffff
2603:28af:ef7f:ffff:ffff:ffff:ffff:ffff
2603:28af:f0bf:ffff:ffff:ffff:ffff:ffff
2603:28af:f4bf:ffff:ffff:ffff:ffff:ffff
2603:28af:f53f:ffff:ffff:ffff:ffff:ffff
2603:28af:f5ff:ffff:ffff:ffff:ffff:ffff
2603:28af:fa1f:ffff:ffff:ffff:ffff:ffff
2603:28af:fc7f:ffff:ffff:ffff:ffff:ffff
2603:28af:fd9f:ffff:ffff:ffff:ffff:ffff

2603:28af:feff:ffff:ffff:ffff:ffff:ffff
2603:28b0:31f:ffff:ffff:ffff:ffff:ffff
2603:28b0:8bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:91f:ffff:ffff:ffff:ffff:ffff
2603:28b0:99f:ffff:ffff:ffff:ffff:ffff
2603:28b0:dbf:ffff:ffff:ffff:ffff:ffff
2603:28b0:f9f:ffff:ffff:ffff:ffff:ffff
2603:28b0:109f:ffff:ffff:ffff:ffff:ffff
2603:28b0:14bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:155f:ffff:ffff:ffff:ffff:ffff
2603:28b0:1aff:ffff:ffff:ffff:ffff:ffff
2603:28b0:1bdf:ffff:ffff:ffff:ffff:ffff
2603:28b0:255f:ffff:ffff:ffff:ffff:ffff
2603:28b0:26df:ffff:ffff:ffff:ffff:ffff
2603:28b0:287f:ffff:ffff:ffff:ffff:ffff
2603:28b0:2aff:ffff:ffff:ffff:ffff:ffff
2603:28b0:3f7f:ffff:ffff:ffff:ffff:ffff
2603:28b0:463f:ffff:ffff:ffff:ffff:ffff
2603:28b0:4d9f:ffff:ffff:ffff:ffff:ffff
2603:28b0:4f7f:ffff:ffff:ffff:ffff:ffff
2603:28b0:605f:ffff:ffff:ffff:ffff:ffff
2603:28b0:66bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:689f:ffff:ffff:ffff:ffff:ffff
2603:28b0:697f:ffff:ffff:ffff:ffff:ffff
2603:28b0:6bbf:ffff:ffff:ffff:ffff:ffff
2603:28b0:70df:ffff:ffff:ffff:ffff:ffff
2603:28b0:71bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:723f:ffff:ffff:ffff:ffff:ffff
2603:28b0:72bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:75ff:ffff:ffff:ffff:ffff:ffff
2603:28b0:76df:ffff:ffff:ffff:ffff:ffff
2603:28b0:777f:ffff:ffff:ffff:ffff:ffff
2603:28b0:77df:ffff:ffff:ffff:ffff:ffff
2603:28b0:7c5f:ffff:ffff:ffff:ffff:ffff
2603:28b0:7f7f:ffff:ffff:ffff:ffff:ffff
2603:28b0:835f:ffff:ffff:ffff:ffff:ffff
2603:28b0:843f:ffff:ffff:ffff:ffff:ffff

2603:28b0:85df:ffff:ffff:ffff:ffff:ffff
2603:28b0:8cff:ffff:ffff:ffff:ffff:ffff
2603:28b0:917f:ffff:ffff:ffff:ffff:ffff
2603:28b0:975f:ffff:ffff:ffff:ffff:ffff
2603:28b0:9a5f:ffff:ffff:ffff:ffff:ffff
2603:28b0:a11f:ffff:ffff:ffff:ffff:ffff
2603:28b0:a31f:ffff:ffff:ffff:ffff:ffff
2603:28b0:a37f:ffff:ffff:ffff:ffff:ffff
2603:28b0:a99f:ffff:ffff:ffff:ffff:ffff
2603:28b0:ac1f:ffff:ffff:ffff:ffff:ffff
2603:28b0:acbf:ffff:ffff:ffff:ffff:ffff
2603:28b0:b13f:ffff:ffff:ffff:ffff:ffff
2603:28b0:b59f:ffff:ffff:ffff:ffff:ffff
2603:28b0:c01f:ffff:ffff:ffff:ffff:ffff
2603:28b0:c19f:ffff:ffff:ffff:ffff:ffff
2603:28b0:c49f:ffff:ffff:ffff:ffff:ffff
2603:28b0:d0bf:ffff:ffff:ffff:ffff:ffff
2603:28b0:d49f:ffff:ffff:ffff:ffff:ffff
2603:28b0:d87f:ffff:ffff:ffff:ffff:ffff
2603:28b0:df3f:ffff:ffff:ffff:ffff:ffff
2603:28b0:e23f:ffff:ffff:ffff:ffff:ffff
2603:28b0:e3df:ffff:ffff:ffff:ffff:ffff
2603:28b0:e41f:ffff:ffff:ffff:ffff:ffff
2603:28b0:e77f:ffff:ffff:ffff:ffff:ffff
2603:28b0:e8df:ffff:ffff:ffff:ffff:ffff
2603:28b0:ecbf:ffff:ffff:ffff:ffff:ffff
2603:28b0:ed3f:ffff:ffff:ffff:ffff:ffff
2603:28b0:f2ff:ffff:ffff:ffff:ffff:ffff
2603:28b0:f6df:ffff:ffff:ffff:ffff:ffff
2603:28b0:fb9f:ffff:ffff:ffff:ffff:ffff
2603:28b0:fbdf:ffff:ffff:ffff:ffff:ffff
2603:28b1:2df:ffff:ffff:ffff:ffff:ffff
2603:28b1:53f:ffff:ffff:ffff:ffff:ffff
2603:28b1:71f:ffff:ffff:ffff:ffff:ffff
2603:28b1:a1f:ffff:ffff:ffff:ffff:ffff
2603:28b1:d9f:ffff:ffff:ffff:ffff:ffff
2603:28b1:117f:ffff:ffff:ffff:ffff:ffff

2603:28b1:12bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:157f:ffff:ffff:ffff:ffff:ffff
2603:28b1:16bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:18df:ffff:ffff:ffff:ffff:ffff
2603:28b1:1c3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:287f:ffff:ffff:ffff:ffff:ffff
2603:28b1:2cbf:ffff:ffff:ffff:ffff:ffff
2603:28b1:2f6f:ffff:ffff:ffff:ffff:ffff
2603:28b1:33ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:361f:ffff:ffff:ffff:ffff:ffff
2603:28b1:373f:ffff:ffff:ffff:ffff:ffff
2603:28b1:38df:ffff:ffff:ffff:ffff:ffff
2603:28b1:3cbf:ffff:ffff:ffff:ffff:ffff
2603:28b1:3d1f:ffff:ffff:ffff:ffff:ffff
2603:28b1:3f3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:4dff:ffff:ffff:ffff:ffff:ffff
2603:28b1:503f:ffff:ffff:ffff:ffff:ffff
2603:28b1:549f:ffff:ffff:ffff:ffff:ffff
2603:28b1:579f:ffff:ffff:ffff:ffff:ffff
2603:28b1:599f:ffff:ffff:ffff:ffff:ffff
2603:28b1:59ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:5aff:ffff:ffff:ffff:ffff:ffff
2603:28b1:641f:ffff:ffff:ffff:ffff:ffff
2603:28b1:65bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:673f:ffff:ffff:ffff:ffff:ffff
2603:28b1:6a3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:765f:ffff:ffff:ffff:ffff:ffff
2603:28b1:795f:ffff:ffff:ffff:ffff:ffff
2603:28b1:7c3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:7cdf:ffff:ffff:ffff:ffff:ffff
2603:28b1:7e7f:ffff:ffff:ffff:ffff:ffff
2603:28b1:81bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:839f:ffff:ffff:ffff:ffff:ffff
2603:28b1:859f:ffff:ffff:ffff:ffff:ffff
2603:28b1:8b3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:8ddf:ffff:ffff:ffff:ffff:ffff
2603:28b1:967f:ffff:ffff:ffff:ffff:ffff

2603:28b1:993f:ffff:ffff:ffff:ffff:ffff
2603:28b1:a2df:ffff:ffff:ffff:ffff:ffff
2603:28b1:a6df:ffff:ffff:ffff:ffff:ffff
2603:28b1:a7ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:ad5f:ffff:ffff:ffff:ffff:ffff
2603:28b1:af7f:ffff:ffff:ffff:ffff:ffff
2603:28b1:afbf:ffff:ffff:ffff:ffff:ffff
2603:28b1:b0df:ffff:ffff:ffff:ffff:ffff
2603:28b1:b35f:ffff:ffff:ffff:ffff:ffff
2603:28b1:b3ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:b79f:ffff:ffff:ffff:ffff:ffff
2603:28b1:ba9f:ffff:ffff:ffff:ffff:ffff
2603:28b1:bfff:ffff:ffff:ffff:ffff:ffff
2603:28b1:c3bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:c61f:ffff:ffff:ffff:ffff:ffff
2603:28b1:ce9f:ffff:ffff:ffff:ffff:ffff
2603:28b1:cf1f:ffff:ffff:ffff:ffff:ffff
2603:28b1:d2bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:d33f:ffff:ffff:ffff:ffff:ffff
2603:28b1:d65f:ffff:ffff:ffff:ffff:ffff
2603:28b1:d7ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:e3bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:e75f:ffff:ffff:ffff:ffff:ffff
2603:28b1:e87f:ffff:ffff:ffff:ffff:ffff
2603:28b1:e8bf:ffff:ffff:ffff:ffff:ffff
2603:28b1:eabf:ffff:ffff:ffff:ffff:ffff
2603:28b1:ecdf:ffff:ffff:ffff:ffff:ffff
2603:28b1:f2ff:ffff:ffff:ffff:ffff:ffff
2603:28b1:fa3f:ffff:ffff:ffff:ffff:ffff
2603:28b1:fd1f:ffff:ffff:ffff:ffff:ffff
2603:28b1:fe7f:ffff:ffff:ffff:ffff:ffff
2603:28b2:19f:ffff:ffff:ffff:ffff:ffff
2603:28b2:29f:ffff:ffff:ffff:ffff:ffff
2603:28b2:53f:ffff:ffff:ffff:ffff:ffff
2603:28b2:75f:ffff:ffff:ffff:ffff:ffff
2603:28b2:cff:ffff:ffff:ffff:ffff:ffff
2603:28b2:eff:ffff:ffff:ffff:ffff:ffff

2603:28b2:111f:ffff:ffff:ffff:ffff:ffff
2603:28b2:225f:ffff:ffff:ffff:ffff:ffff
2603:28b2:24ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:271f:ffff:ffff:ffff:ffff:ffff
2603:28b2:27bf:ffff:ffff:ffff:ffff:ffff
2603:28b2:2b5f:ffff:ffff:ffff:ffff:ffff
2603:28b2:2d1f:ffff:ffff:ffff:ffff:ffff
2603:28b2:2eff:ffff:ffff:ffff:ffff:ffff
2603:28b2:37df:ffff:ffff:ffff:ffff:ffff
2603:28b2:38bf:ffff:ffff:ffff:ffff:ffff
2603:28b2:391f:ffff:ffff:ffff:ffff:ffff
2603:28b2:3d9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:409f:ffff:ffff:ffff:ffff:ffff
2603:28b2:44ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:465f:ffff:ffff:ffff:ffff:ffff
2603:28b2:46df:ffff:ffff:ffff:ffff:ffff
2603:28b2:487f:ffff:ffff:ffff:ffff:ffff
2603:28b2:48df:ffff:ffff:ffff:ffff:ffff
2603:28b2:4e9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:51ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:541f:ffff:ffff:ffff:ffff:ffff
2603:28b2:5b5f:ffff:ffff:ffff:ffff:ffff
2603:28b2:649f:ffff:ffff:ffff:ffff:ffff
2603:28b2:69df:ffff:ffff:ffff:ffff:ffff
2603:28b2:6e9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:6f1f:ffff:ffff:ffff:ffff:ffff
2603:28b2:72df:ffff:ffff:ffff:ffff:ffff
2603:28b2:73bf:ffff:ffff:ffff:ffff:ffff
2603:28b2:755f:ffff:ffff:ffff:ffff:ffff
2603:28b2:789f:ffff:ffff:ffff:ffff:ffff
2603:28b2:7a1f:ffff:ffff:ffff:ffff:ffff
2603:28b2:7bdf:ffff:ffff:ffff:ffff:ffff
2603:28b2:7c3f:ffff:ffff:ffff:ffff:ffff
2603:28b2:807f:ffff:ffff:ffff:ffff:ffff
2603:28b2:813f:ffff:ffff:ffff:ffff:ffff
2603:28b2:831f:ffff:ffff:ffff:ffff:ffff
2603:28b2:845f:ffff:ffff:ffff:ffff:ffff

2603:28b2:84bf:ffff:ffff:ffff:ffff:ffff
2603:28b2:861f:ffff:ffff:ffff:ffff:ffff
2603:28b2:8d9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:8e1f:ffff:ffff:ffff:ffff:ffff
2603:28b2:8fbf:ffff:ffff:ffff:ffff:ffff
2603:28b2:91df:ffff:ffff:ffff:ffff:ffff
2603:28b2:96df:ffff:ffff:ffff:ffff:ffff
2603:28b2:9a9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:9f1f:ffff:ffff:ffff:ffff:ffff
2603:28b2:a0df:ffff:ffff:ffff:ffff:ffff
2603:28b2:aadf:ffff:ffff:ffff:ffff:ffff
2603:28b2:b03f:ffff:ffff:ffff:ffff:ffff
2603:28b2:b07f:ffff:ffff:ffff:ffff:ffff
2603:28b2:b15f:ffff:ffff:ffff:ffff:ffff
2603:28b2:b3df:ffff:ffff:ffff:ffff:ffff
2603:28b2:b67f:ffff:ffff:ffff:ffff:ffff
2603:28b2:b7ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:b99f:ffff:ffff:ffff:ffff:ffff
2603:28b2:ba7f:ffff:ffff:ffff:ffff:ffff
2603:28b2:bebf:ffff:ffff:ffff:ffff:ffff
2603:28b2:c17f:ffff:ffff:ffff:ffff:ffff
2603:28b2:c55f:ffff:ffff:ffff:ffff:ffff
2603:28b2:c79f:ffff:ffff:ffff:ffff:ffff
2603:28b2:c91f:ffff:ffff:ffff:ffff:ffff
2603:28b2:d0ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:d79f:ffff:ffff:ffff:ffff:ffff
2603:28b2:d97f:ffff:ffff:ffff:ffff:ffff
2603:28b2:dc9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:deff:ffff:ffff:ffff:ffff:ffff
2603:28b2:df9f:ffff:ffff:ffff:ffff:ffff
2603:28b2:e0ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:e31f:ffff:ffff:ffff:ffff:ffff
2603:28b2:e49f:ffff:ffff:ffff:ffff:ffff
2603:28b2:e5bf:ffff:ffff:ffff:ffff:ffff
2603:28b2:e95f:ffff:ffff:ffff:ffff:ffff
2603:28b2:ebdf:ffff:ffff:ffff:ffff:ffff
2603:28b2:f01f:ffff:ffff:ffff:ffff:ffff

2603:28b2:f05f:ffff:ffff:ffff:ffff:ffff
2603:28b2:f3df:ffff:ffff:ffff:ffff:ffff
2603:28b2:f5ff:ffff:ffff:ffff:ffff:ffff
2603:28b2:f7df:ffff:ffff:ffff:ffff:ffff
2603:28b2:fa7f:ffff:ffff:ffff:ffff:ffff
2603:28b2:fd9f:ffff:ffff:ffff:ffff:ffff
2603:28b3:7f:ffff:ffff:ffff:ffff:ffff
2603:28b3:27f:ffff:ffff:ffff:ffff:ffff
2603:28b3:83f:ffff:ffff:ffff:ffff:ffff
2603:28b3:b7f:ffff:ffff:ffff:ffff:ffff
2603:28b3:e9f:ffff:ffff:ffff:ffff:ffff
2603:28b3:fdf:ffff:ffff:ffff:ffff:ffff
2603:28b3:107f:ffff:ffff:ffff:ffff:ffff
2603:28b3:10df:ffff:ffff:ffff:ffff:ffff
2603:28b3:157f:ffff:ffff:ffff:ffff:ffff
2603:28b3:167f:ffff:ffff:ffff:ffff:ffff
2603:28b3:17ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:1a9f:ffff:ffff:ffff:ffff:ffff
2603:28b3:1f5f:ffff:ffff:ffff:ffff:ffff
2603:28b3:201f:ffff:ffff:ffff:ffff:ffff
2603:28b3:213f:ffff:ffff:ffff:ffff:ffff
2603:28b3:21ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:22ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:24bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:261f:ffff:ffff:ffff:ffff:ffff
2603:28b3:291f:ffff:ffff:ffff:ffff:ffff
2603:28b3:2d7f:ffff:ffff:ffff:ffff:ffff
2603:28b3:2f7f:ffff:ffff:ffff:ffff:ffff
2603:28b3:30ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:335f:ffff:ffff:ffff:ffff:ffff
2603:28b3:37df:ffff:ffff:ffff:ffff:ffff
2603:28b3:399f:ffff:ffff:ffff:ffff:ffff
2603:28b3:3d9f:ffff:ffff:ffff:ffff:ffff
2603:28b3:425f:ffff:ffff:ffff:ffff:ffff
2603:28b3:447f:ffff:ffff:ffff:ffff:ffff
2603:28b3:46ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:485f:ffff:ffff:ffff:ffff:ffff

2603:28b3:58df:ffff:ffff:ffff:ffff:ffff
2603:28b3:5dbf:ffff:ffff:ffff:ffff:ffff
2603:28b3:5fdf:ffff:ffff:ffff:ffff:ffff
2603:28b3:611f:ffff:ffff:ffff:ffff:ffff
2603:28b3:62ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:691f:ffff:ffff:ffff:ffff:ffff
2603:28b3:71bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:77df:ffff:ffff:ffff:ffff:ffff
2603:28b3:7b7f:ffff:ffff:ffff:ffff:ffff
2603:28b3:7c5f:ffff:ffff:ffff:ffff:ffff
2603:28b3:80ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:841f:ffff:ffff:ffff:ffff:ffff
2603:28b3:891f:ffff:ffff:ffff:ffff:ffff
2603:28b3:8d5f:ffff:ffff:ffff:ffff:ffff
2603:28b3:8ebf:ffff:ffff:ffff:ffff:ffff
2603:28b3:947f:ffff:ffff:ffff:ffff:ffff
2603:28b3:973f:ffff:ffff:ffff:ffff:ffff
2603:28b3:9a3f:ffff:ffff:ffff:ffff:ffff
2603:28b3:9e1f:ffff:ffff:ffff:ffff:ffff
2603:28b3:a25f:ffff:ffff:ffff:ffff:ffff
2603:28b3:a53f:ffff:ffff:ffff:ffff:ffff
2603:28b3:a9ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:acff:ffff:ffff:ffff:ffff:ffff
2603:28b3:b03f:ffff:ffff:ffff:ffff:ffff
2603:28b3:b2bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:b57f:ffff:ffff:ffff:ffff:ffff
2603:28b3:b71f:ffff:ffff:ffff:ffff:ffff
2603:28b3:c0df:ffff:ffff:ffff:ffff:ffff
2603:28b3:c15f:ffff:ffff:ffff:ffff:ffff
2603:28b3:c4df:ffff:ffff:ffff:ffff:ffff
2603:28b3:c6df:ffff:ffff:ffff:ffff:ffff
2603:28b3:c8bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:ca1f:ffff:ffff:ffff:ffff:ffff
2603:28b3:cbdf:ffff:ffff:ffff:ffff:ffff
2603:28b3:ccdf:ffff:ffff:ffff:ffff:ffff
2603:28b3:d03f:ffff:ffff:ffff:ffff:ffff
2603:28b3:d0bf:ffff:ffff:ffff:ffff:ffff

2603:28b3:d11f:ffff:ffff:ffff:ffff:ffff
2603:28b3:d53f:ffff:ffff:ffff:ffff:ffff
2603:28b3:db5f:ffff:ffff:ffff:ffff:ffff
2603:28b3:db9f:ffff:ffff:ffff:ffff:ffff
2603:28b3:dcdf:ffff:ffff:ffff:ffff:ffff
2603:28b3:e3bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:e4ff:ffff:ffff:ffff:ffff:ffff
2603:28b3:e5df:ffff:ffff:ffff:ffff:ffff
2603:28b3:e83f:ffff:ffff:ffff:ffff:ffff
2603:28b3:e87f:ffff:ffff:ffff:ffff:ffff
2603:28b3:ea1f:ffff:ffff:ffff:ffff:ffff
2603:28b3:ebbf:ffff:ffff:ffff:ffff:ffff
2603:28b3:ee5f:ffff:ffff:ffff:ffff:ffff
2603:28b3:f07f:ffff:ffff:ffff:ffff:ffff
2603:28b3:f29f:ffff:ffff:ffff:ffff:ffff
2603:28b3:f3df:ffff:ffff:ffff:ffff:ffff
2603:28b3:f49f:ffff:ffff:ffff:ffff:ffff
2603:28b3:f7df:ffff:ffff:ffff:ffff:ffff
2603:28b3:f8bf:ffff:ffff:ffff:ffff:ffff
2603:28b3:fa1f:ffff:ffff:ffff:ffff:ffff
2603:28b3:fabf:ffff:ffff:ffff:ffff:ffff
2603:28b3:fd7f:ffff:ffff:ffff:ffff:ffff
2603:28b4:7f:ffff:ffff:ffff:ffff:ffff
2603:28b4:51f:ffff:ffff:ffff:ffff:ffff
2603:28b4:157f:ffff:ffff:ffff:ffff:ffff
2603:28b4:161f:ffff:ffff:ffff:ffff:ffff
2603:28b4:169f:ffff:ffff:ffff:ffff:ffff
2603:28b4:16df:ffff:ffff:ffff:ffff:ffff
2603:28b4:18df:ffff:ffff:ffff:ffff:ffff
2603:28b4:1abf:ffff:ffff:ffff:ffff:ffff
2603:28b4:209f:ffff:ffff:ffff:ffff:ffff
2603:28b4:21df:ffff:ffff:ffff:ffff:ffff
2603:28b4:229f:ffff:ffff:ffff:ffff:ffff
2603:28b4:285f:ffff:ffff:ffff:ffff:ffff
2603:28b4:2d5f:ffff:ffff:ffff:ffff:ffff
2603:28b4:335f:ffff:ffff:ffff:ffff:ffff
2603:28b4:34df:ffff:ffff:ffff:ffff:ffff

2603:28b4:357f:ffff:ffff:ffff:ffff:ffff
2603:28b4:3dbf:ffff:ffff:ffff:ffff:ffff
2603:28b4:435f:ffff:ffff:ffff:ffff:ffff
2603:28b4:449f:ffff:ffff:ffff:ffff:ffff
2603:28b4:459f:ffff:ffff:ffff:ffff:ffff
2603:28b4:489f:ffff:ffff:ffff:ffff:ffff
2603:28b4:4a9f:ffff:ffff:ffff:ffff:ffff
2603:28b4:4cbf:ffff:ffff:ffff:ffff:ffff
2603:28b4:4dbf:ffff:ffff:ffff:ffff:ffff
2603:28b4:4fbf:ffff:ffff:ffff:ffff:ffff
2603:28b4:509f:ffff:ffff:ffff:ffff:ffff
2603:28b4:537f:ffff:ffff:ffff:ffff:ffff
2603:28b4:545f:ffff:ffff:ffff:ffff:ffff
2603:28b4:553f:ffff:ffff:ffff:ffff:ffff
2603:28b4:56bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:5b5f:ffff:ffff:ffff:ffff:ffff
2603:28b4:5d3f:ffff:ffff:ffff:ffff:ffff
2603:28b4:64bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:65df:ffff:ffff:ffff:ffff:ffff
2603:28b4:685f:ffff:ffff:ffff:ffff:ffff
2603:28b4:6c9f:ffff:ffff:ffff:ffff:ffff
2603:28b4:6ebf:ffff:ffff:ffff:ffff:ffff
2603:28b4:6f1f:ffff:ffff:ffff:ffff:ffff
2603:28b4:709f:ffff:ffff:ffff:ffff:ffff
2603:28b4:711f:ffff:ffff:ffff:ffff:ffff
2603:28b4:729f:ffff:ffff:ffff:ffff:ffff
2603:28b4:7bdf:ffff:ffff:ffff:ffff:ffff
2603:28b4:7ebf:ffff:ffff:ffff:ffff:ffff
2603:28b4:80bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:80ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:82bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:8c5f:ffff:ffff:ffff:ffff:ffff
2603:28b4:8d5f:ffff:ffff:ffff:ffff:ffff
2603:28b4:93df:ffff:ffff:ffff:ffff:ffff
2603:28b4:971f:ffff:ffff:ffff:ffff:ffff
2603:28b4:97bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:9a9f:ffff:ffff:ffff:ffff:ffff

2603:28b4:9d9f:ffff:ffff:ffff:ffff:ffff
2603:28b4:9dff:ffff:ffff:ffff:ffff:ffff
2603:28b4:9edf:ffff:ffff:ffff:ffff:ffff
2603:28b4:a29f:ffff:ffff:ffff:ffff:ffff
2603:28b4:a5bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:a5ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:a9ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:b03f:ffff:ffff:ffff:ffff:ffff
2603:28b4:b15f:ffff:ffff:ffff:ffff:ffff
2603:28b4:b23f:ffff:ffff:ffff:ffff:ffff
2603:28b4:b7df:ffff:ffff:ffff:ffff:ffff
2603:28b4:bbdf:ffff:ffff:ffff:ffff:ffff
2603:28b4:bebf:ffff:ffff:ffff:ffff:ffff
2603:28b4:c01f:ffff:ffff:ffff:ffff:ffff
2603:28b4:c3ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:cf1f:ffff:ffff:ffff:ffff:ffff
2603:28b4:d09f:ffff:ffff:ffff:ffff:ffff
2603:28b4:d35f:ffff:ffff:ffff:ffff:ffff
2603:28b4:d45f:ffff:ffff:ffff:ffff:ffff
2603:28b4:d7ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:d95f:ffff:ffff:ffff:ffff:ffff
2603:28b4:deff:ffff:ffff:ffff:ffff:ffff
2603:28b4:e1df:ffff:ffff:ffff:ffff:ffff
2603:28b4:e41f:ffff:ffff:ffff:ffff:ffff
2603:28b4:e67f:ffff:ffff:ffff:ffff:ffff
2603:28b4:ec7f:ffff:ffff:ffff:ffff:ffff
2603:28b4:ef1f:ffff:ffff:ffff:ffff:ffff
2603:28b4:f0df:ffff:ffff:ffff:ffff:ffff
2603:28b4:f1bf:ffff:ffff:ffff:ffff:ffff
2603:28b4:f41f:ffff:ffff:ffff:ffff:ffff
2603:28b4:f7ff:ffff:ffff:ffff:ffff:ffff
2603:28b4:f85f:ffff:ffff:ffff:ffff:ffff
2603:28b4:fa7f:ffff:ffff:ffff:ffff:ffff
2603:28b4:fadf:ffff:ffff:ffff:ffff:ffff
2603:28b4:febf:ffff:ffff:ffff:ffff:ffff
2603:28b5:59f:ffff:ffff:ffff:ffff:ffff
2603:28b5:ddf:ffff:ffff:ffff:ffff:ffff

2603:28b5:119f:ffff:ffff:ffff:ffff:ffff
2603:28b5:19df:ffff:ffff:ffff:ffff:ffff
2603:28b5:1a7f:ffff:ffff:ffff:ffff:ffff
2603:28b5:1d7f:ffff:ffff:ffff:ffff:ffff
2603:28b5:1ebf:ffff:ffff:ffff:ffff:ffff
2603:28b5:1f5f:ffff:ffff:ffff:ffff:ffff
2603:28b5:20ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:227f:ffff:ffff:ffff:ffff:ffff
2603:28b5:34bf:ffff:ffff:ffff:ffff:ffff
2603:28b5:367f:ffff:ffff:ffff:ffff:ffff
2603:28b5:37ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:399f:ffff:ffff:ffff:ffff:ffff
2603:28b5:3f3f:ffff:ffff:ffff:ffff:ffff
2603:28b5:40bf:ffff:ffff:ffff:ffff:ffff
2603:28b5:43df:ffff:ffff:ffff:ffff:ffff
2603:28b5:449f:ffff:ffff:ffff:ffff:ffff
2603:28b5:465f:ffff:ffff:ffff:ffff:ffff
2603:28b5:4a7f:ffff:ffff:ffff:ffff:ffff
2603:28b5:507f:ffff:ffff:ffff:ffff:ffff
2603:28b5:53ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:563f:ffff:ffff:ffff:ffff:ffff
2603:28b5:5e1f:ffff:ffff:ffff:ffff:ffff
2603:28b5:5f5f:ffff:ffff:ffff:ffff:ffff
2603:28b5:64df:ffff:ffff:ffff:ffff:ffff
2603:28b5:681f:ffff:ffff:ffff:ffff:ffff
2603:28b5:693f:ffff:ffff:ffff:ffff:ffff
2603:28b5:6cbf:ffff:ffff:ffff:ffff:ffff
2603:28b5:763f:ffff:ffff:ffff:ffff:ffff
2603:28b5:793f:ffff:ffff:ffff:ffff:ffff
2603:28b5:7a5f:ffff:ffff:ffff:ffff:ffff
2603:28b5:7b1f:ffff:ffff:ffff:ffff:ffff
2603:28b5:81ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:84df:ffff:ffff:ffff:ffff:ffff
2603:28b5:885f:ffff:ffff:ffff:ffff:ffff
2603:28b5:88ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:8ddf:ffff:ffff:ffff:ffff:ffff
2603:28b5:8f7f:ffff:ffff:ffff:ffff:ffff

2603:28b5:909f:ffff:ffff:ffff:ffff:ffff
2603:28b5:91ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:953f:ffff:ffff:ffff:ffff:ffff
2603:28b5:971f:ffff:ffff:ffff:ffff:ffff
2603:28b5:981f:ffff:ffff:ffff:ffff:ffff
2603:28b5:995f:ffff:ffff:ffff:ffff:ffff
2603:28b5:99bf:ffff:ffff:ffff:ffff:ffff
2603:28b5:a0df:ffff:ffff:ffff:ffff:ffff
2603:28b5:a73f:ffff:ffff:ffff:ffff:ffff
2603:28b5:a8ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:ae5f:ffff:ffff:ffff:ffff:ffff
2603:28b5:afbf:ffff:ffff:ffff:ffff:ffff
2603:28b5:b41f:ffff:ffff:ffff:ffff:ffff
2603:28b5:b7bf:ffff:ffff:ffff:ffff:ffff
2603:28b5:ba9f:ffff:ffff:ffff:ffff:ffff
2603:28b5:bbdf:ffff:ffff:ffff:ffff:ffff
2603:28b5:bd3f:ffff:ffff:ffff:ffff:ffff
2603:28b5:c25f:ffff:ffff:ffff:ffff:ffff
2603:28b5:c79f:ffff:ffff:ffff:ffff:ffff
2603:28b5:cb7f:ffff:ffff:ffff:ffff:ffff
2603:28b5:cfdf:ffff:ffff:ffff:ffff:ffff
2603:28b5:d05f:ffff:ffff:ffff:ffff:ffff
2603:28b5:d31f:ffff:ffff:ffff:ffff:ffff
2603:28b5:d43f:ffff:ffff:ffff:ffff:ffff
2603:28b5:d5ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:d8bf:ffff:ffff:ffff:ffff:ffff
2603:28b5:dcbf:ffff:ffff:ffff:ffff:ffff
2603:28b5:dedf:ffff:ffff:ffff:ffff:ffff
2603:28b5:df5f:ffff:ffff:ffff:ffff:ffff
2603:28b5:e3ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:e5df:ffff:ffff:ffff:ffff:ffff
2603:28b5:e93f:ffff:ffff:ffff:ffff:ffff
2603:28b5:eadf:ffff:ffff:ffff:ffff:ffff
2603:28b5:eddf:ffff:ffff:ffff:ffff:ffff
2603:28b5:f19f:ffff:ffff:ffff:ffff:ffff
2603:28b5:f35f:ffff:ffff:ffff:ffff:ffff
2603:28b5:f41f:ffff:ffff:ffff:ffff:ffff

2603:28b5:f7ff:ffff:ffff:ffff:ffff:ffff
2603:28b5:fb9f:ffff:ffff:ffff:ffff:ffff
2603:28b5:fc3f:ffff:ffff:ffff:ffff:ffff
2603:28b5:ff9f:ffff:ffff:ffff:ffff:ffff
2603:28b6:5f:ffff:ffff:ffff:ffff:ffff
2603:28b6:19f:ffff:ffff:ffff:ffff:ffff
2603:28b6:55f:ffff:ffff:ffff:ffff:ffff
2603:28b6:63f:ffff:ffff:ffff:ffff:ffff
2603:28b6:69f:ffff:ffff:ffff:ffff:ffff
2603:28b6:71f:ffff:ffff:ffff:ffff:ffff
2603:28b6:7bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:95f:ffff:ffff:ffff:ffff:ffff
2603:28b6:b1f:ffff:ffff:ffff:ffff:ffff
2603:28b6:cff:ffff:ffff:ffff:ffff:ffff
2603:28b6:fff:ffff:ffff:ffff:ffff:ffff
2603:28b6:119f:ffff:ffff:ffff:ffff:ffff
2603:28b6:143f:ffff:ffff:ffff:ffff:ffff
2603:28b6:16ff:ffff:ffff:ffff:ffff:ffff
2603:28b6:175f:ffff:ffff:ffff:ffff:ffff
2603:28b6:17df:ffff:ffff:ffff:ffff:ffff
2603:28b6:1d9f:ffff:ffff:ffff:ffff:ffff
2603:28b6:21bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:235f:ffff:ffff:ffff:ffff:ffff
2603:28b6:239f:ffff:ffff:ffff:ffff:ffff
2603:28b6:25df:ffff:ffff:ffff:ffff:ffff
2603:28b6:287f:ffff:ffff:ffff:ffff:ffff
2603:28b6:2a1f:ffff:ffff:ffff:ffff:ffff
2603:28b6:2e7f:ffff:ffff:ffff:ffff:ffff
2603:28b6:301f:ffff:ffff:ffff:ffff:ffff
2603:28b6:391f:ffff:ffff:ffff:ffff:ffff
2603:28b6:3b3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:419f:ffff:ffff:ffff:ffff:ffff
2603:28b6:429f:ffff:ffff:ffff:ffff:ffff
2603:28b6:43bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:471f:ffff:ffff:ffff:ffff:ffff
2603:28b6:489f:ffff:ffff:ffff:ffff:ffff
2603:28b6:549f:ffff:ffff:ffff:ffff:ffff

2603:28b6:5b1f:ffff:ffff:ffff:ffff:ffff
2603:28b6:5e9f:ffff:ffff:ffff:ffff:ffff
2603:28b6:5eff:ffff:ffff:ffff:ffff:ffff
2603:28b6:5f7f:ffff:ffff:ffff:ffff:ffff
2603:28b6:5fdf:ffff:ffff:ffff:ffff:ffff
2603:28b6:629f:ffff:ffff:ffff:ffff:ffff
2603:28b6:637f:ffff:ffff:ffff:ffff:ffff
2603:28b6:6ebf:ffff:ffff:ffff:ffff:ffff
2603:28b6:707f:ffff:ffff:ffff:ffff:ffff
2603:28b6:721f:ffff:ffff:ffff:ffff:ffff
2603:28b6:763f:ffff:ffff:ffff:ffff:ffff
2603:28b6:8a1f:ffff:ffff:ffff:ffff:ffff
2603:28b6:8abf:ffff:ffff:ffff:ffff:ffff
2603:28b6:8c3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:90bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:919f:ffff:ffff:ffff:ffff:ffff
2603:28b6:925f:ffff:ffff:ffff:ffff:ffff
2603:28b6:945f:ffff:ffff:ffff:ffff:ffff
2603:28b6:9f3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:aadf:ffff:ffff:ffff:ffff:ffff
2603:28b6:abff:ffff:ffff:ffff:ffff:ffff
2603:28b6:ac9f:ffff:ffff:ffff:ffff:ffff
2603:28b6:af3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:afdf:ffff:ffff:ffff:ffff:ffff
2603:28b6:b31f:ffff:ffff:ffff:ffff:ffff
2603:28b6:b39f:ffff:ffff:ffff:ffff:ffff
2603:28b6:b43f:ffff:ffff:ffff:ffff:ffff
2603:28b6:ba5f:ffff:ffff:ffff:ffff:ffff
2603:28b6:bfdf:ffff:ffff:ffff:ffff:ffff
2603:28b6:c1bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:c6bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:c99f:ffff:ffff:ffff:ffff:ffff
2603:28b6:ccff:ffff:ffff:ffff:ffff:ffff
2603:28b6:ce1f:ffff:ffff:ffff:ffff:ffff
2603:28b6:cfbf:ffff:ffff:ffff:ffff:ffff
2603:28b6:d91f:ffff:ffff:ffff:ffff:ffff
2603:28b6:dadf:ffff:ffff:ffff:ffff:ffff

2603:28b6:dc3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:e33f:ffff:ffff:ffff:ffff:ffff
2603:28b6:e57f:ffff:ffff:ffff:ffff:ffff
2603:28b6:e89f:ffff:ffff:ffff:ffff:ffff
2603:28b6:f05f:ffff:ffff:ffff:ffff:ffff
2603:28b6:f2df:ffff:ffff:ffff:ffff:ffff
2603:28b6:f57f:ffff:ffff:ffff:ffff:ffff
2603:28b6:f6bf:ffff:ffff:ffff:ffff:ffff
2603:28b6:f99f:ffff:ffff:ffff:ffff:ffff
2603:28b6:fb3f:ffff:ffff:ffff:ffff:ffff
2603:28b6:ffbf:ffff:ffff:ffff:ffff:ffff
2603:28b7:63f:ffff:ffff:ffff:ffff:ffff
2603:28b7:69f:ffff:ffff:ffff:ffff:ffff
2603:28b7:77f:ffff:ffff:ffff:ffff:ffff
2603:28b7:c1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:d7f:ffff:ffff:ffff:ffff:ffff
2603:28b7:fff:ffff:ffff:ffff:ffff:ffff
2603:28b7:119f:ffff:ffff:ffff:ffff:ffff
2603:28b7:17ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:185f:ffff:ffff:ffff:ffff:ffff
2603:28b7:1a7f:ffff:ffff:ffff:ffff:ffff
2603:28b7:1c3f:ffff:ffff:ffff:ffff:ffff
2603:28b7:1edf:ffff:ffff:ffff:ffff:ffff
2603:28b7:203f:ffff:ffff:ffff:ffff:ffff
2603:28b7:299f:ffff:ffff:ffff:ffff:ffff
2603:28b7:38ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:3aff:ffff:ffff:ffff:ffff:ffff
2603:28b7:3c1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:407f:ffff:ffff:ffff:ffff:ffff
2603:28b7:43bf:ffff:ffff:ffff:ffff:ffff
2603:28b7:4b1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:4b7f:ffff:ffff:ffff:ffff:ffff
2603:28b7:4ebf:ffff:ffff:ffff:ffff:ffff
2603:28b7:541f:ffff:ffff:ffff:ffff:ffff
2603:28b7:561f:ffff:ffff:ffff:ffff:ffff
2603:28b7:59df:ffff:ffff:ffff:ffff:ffff
2603:28b7:669f:ffff:ffff:ffff:ffff:ffff

2603:28b7:6dbf:ffff:ffff:ffff:ffff:ffff
2603:28b7:70bf:ffff:ffff:ffff:ffff:ffff
2603:28b7:71ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:745f:ffff:ffff:ffff:ffff:ffff
2603:28b7:74ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:78df:ffff:ffff:ffff:ffff:ffff
2603:28b7:799f:ffff:ffff:ffff:ffff:ffff
2603:28b7:7d1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28b7:7ddf:ffff:ffff:ffff:ffff:ffff
2603:28b7:807f:ffff:ffff:ffff:ffff:ffff
2603:28b7:a47f:ffff:ffff:ffff:ffff:ffff
2603:28b7:a65f:ffff:ffff:ffff:ffff:ffff
2603:28b7:b59f:ffff:ffff:ffff:ffff:ffff
2603:28b7:b7df:ffff:ffff:ffff:ffff:ffff
2603:28b7:ba3f:ffff:ffff:ffff:ffff:ffff
2603:28b7:bc3f:ffff:ffff:ffff:ffff:ffff
2603:28b7:bdff:ffff:ffff:ffff:ffff:ffff
2603:28b7:c4ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:c55f:ffff:ffff:ffff:ffff:ffff
2603:28b7:c65f:ffff:ffff:ffff:ffff:ffff
2603:28b7:cb1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:cd7f:ffff:ffff:ffff:ffff:ffff
2603:28b7:cddf:ffff:ffff:ffff:ffff:ffff
2603:28b7:ce1f:ffff:ffff:ffff:ffff:ffff
2603:28b7:ceff:ffff:ffff:ffff:ffff:ffff
2603:28b7:d0df:ffff:ffff:ffff:ffff:ffff
2603:28b7:d57f:ffff:ffff:ffff:ffff:ffff
2603:28b7:d9df:ffff:ffff:ffff:ffff:ffff
2603:28b7:debf:ffff:ffff:ffff:ffff:ffff
2603:28b7:eadf:ffff:ffff:ffff:ffff:ffff
2603:28b7:ecbf:ffff:ffff:ffff:ffff:ffff
2603:28b7:f5df:ffff:ffff:ffff:ffff:ffff
2603:28b7:f6ff:ffff:ffff:ffff:ffff:ffff
2603:28b7:f81f:ffff:ffff:ffff:ffff:ffff
2603:28b8:7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:bff:ffff:ffff:ffff:ffff:ffff

2603:28b8:edf:ffff:ffff:ffff:ffff:ffff
2603:28b8:141f:ffff:ffff:ffff:ffff:ffff
2603:28b8:179f:ffff:ffff:ffff:ffff:ffff
2603:28b8:1ddf:ffff:ffff:ffff:ffff:ffff
2603:28b8:205f:ffff:ffff:ffff:ffff:ffff
2603:28b8:251f:ffff:ffff:ffff:ffff:ffff
2603:28b8:25bf:ffff:ffff:ffff:ffff:ffff
2603:28b8:29ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:2aff:ffff:ffff:ffff:ffff:ffff
2603:28b8:2d7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:341f:ffff:ffff:ffff:ffff:ffff
2603:28b8:3a3f:ffff:ffff:ffff:ffff:ffff
2603:28b8:40bf:ffff:ffff:ffff:ffff:ffff
2603:28b8:427f:ffff:ffff:ffff:ffff:ffff
2603:28b8:44ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:45ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:507f:ffff:ffff:ffff:ffff:ffff
2603:28b8:5c1f:ffff:ffff:ffff:ffff:ffff
2603:28b8:5cff:ffff:ffff:ffff:ffff:ffff
2603:28b8:663f:ffff:ffff:ffff:ffff:ffff
2603:28b8:677f:ffff:ffff:ffff:ffff:ffff
2603:28b8:67bf:ffff:ffff:ffff:ffff:ffff
2603:28b8:68ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:6b9f:ffff:ffff:ffff:ffff:ffff
2603:28b8:6dbf:ffff:ffff:ffff:ffff:ffff
2603:28b8:731f:ffff:ffff:ffff:ffff:ffff
2603:28b8:763f:ffff:ffff:ffff:ffff:ffff
2603:28b8:799f:ffff:ffff:ffff:ffff:ffff
2603:28b8:7a7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:7cff:ffff:ffff:ffff:ffff:ffff
2603:28b8:823f:ffff:ffff:ffff:ffff:ffff
2603:28b8:831f:ffff:ffff:ffff:ffff:ffff
2603:28b8:891f:ffff:ffff:ffff:ffff:ffff
2603:28b8:93ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:957f:ffff:ffff:ffff:ffff:ffff
2603:28b8:983f:ffff:ffff:ffff:ffff:ffff
2603:28b8:9d7f:ffff:ffff:ffff:ffff:ffff

2603:28b8:9f1f:ffff:ffff:ffff:ffff:ffff
2603:28b8:a41f:ffff:ffff:ffff:ffff:ffff
2603:28b8:a45f:ffff:ffff:ffff:ffff:ffff
2603:28b8:a59f:ffff:ffff:ffff:ffff:ffff
2603:28b8:a95f:ffff:ffff:ffff:ffff:ffff
2603:28b8:aa7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:ab1f:ffff:ffff:ffff:ffff:ffff
2603:28b8:ac7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:b35f:ffff:ffff:ffff:ffff:ffff
2603:28b8:b43f:ffff:ffff:ffff:ffff:ffff
2603:28b8:b67f:ffff:ffff:ffff:ffff:ffff
2603:28b8:ba9f:ffff:ffff:ffff:ffff:ffff
2603:28b8:c33f:ffff:ffff:ffff:ffff:ffff
2603:28b8:ca9f:ffff:ffff:ffff:ffff:ffff
2603:28b8:cb7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:cd7f:ffff:ffff:ffff:ffff:ffff
2603:28b8:d1df:ffff:ffff:ffff:ffff:ffff
2603:28b8:d4ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:d8ff:ffff:ffff:ffff:ffff:ffff
2603:28b8:daff:ffff:ffff:ffff:ffff:ffff
2603:28b8:e65f:ffff:ffff:ffff:ffff:ffff
2603:28b8:eddf:ffff:ffff:ffff:ffff:ffff
2603:28b8:f3df:ffff:ffff:ffff:ffff:ffff
2603:28b8:fb3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:19f:ffff:ffff:ffff:ffff:ffff
2603:28b9:17bf:ffff:ffff:ffff:ffff:ffff
2603:28b9:183f:ffff:ffff:ffff:ffff:ffff
2603:28b9:1fff:ffff:ffff:ffff:ffff:ffff
2603:28b9:221f:ffff:ffff:ffff:ffff:ffff
2603:28b9:237f:ffff:ffff:ffff:ffff:ffff
2603:28b9:259f:ffff:ffff:ffff:ffff:ffff
2603:28b9:26ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:285f:ffff:ffff:ffff:ffff:ffff
2603:28b9:2a5f:ffff:ffff:ffff:ffff:ffff
2603:28b9:2abf:ffff:ffff:ffff:ffff:ffff
2603:28b9:2bdf:ffff:ffff:ffff:ffff:ffff
2603:28b9:2d7f:ffff:ffff:ffff:ffff:ffff

2603:28b9:323f:ffff:ffff:ffff:ffff:ffff
2603:28b9:33bf:ffff:ffff:ffff:ffff:ffff
2603:28b9:353f:ffff:ffff:ffff:ffff:ffff
2603:28b9:36ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:3a1f:ffff:ffff:ffff:ffff:ffff
2603:28b9:3a9f:ffff:ffff:ffff:ffff:ffff
2603:28b9:3c7f:ffff:ffff:ffff:ffff:ffff
2603:28b9:40ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:491f:ffff:ffff:ffff:ffff:ffff
2603:28b9:4c1f:ffff:ffff:ffff:ffff:ffff
2603:28b9:4e9f:ffff:ffff:ffff:ffff:ffff
2603:28b9:4f5f:ffff:ffff:ffff:ffff:ffff
2603:28b9:515f:ffff:ffff:ffff:ffff:ffff
2603:28b9:527f:ffff:ffff:ffff:ffff:ffff
2603:28b9:537f:ffff:ffff:ffff:ffff:ffff
2603:28b9:58df:ffff:ffff:ffff:ffff:ffff
2603:28b9:5abf:ffff:ffff:ffff:ffff:ffff
2603:28b9:61ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:6b3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:6d9f:ffff:ffff:ffff:ffff:ffff
2603:28b9:6ddf:ffff:ffff:ffff:ffff:ffff
2603:28b9:6e1f:ffff:ffff:ffff:ffff:ffff
2603:28b9:6e7f:ffff:ffff:ffff:ffff:ffff
2603:28b9:6f3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:723f:ffff:ffff:ffff:ffff:ffff
2603:28b9:755f:ffff:ffff:ffff:ffff:ffff
2603:28b9:77df:ffff:ffff:ffff:ffff:ffff
2603:28b9:79df:ffff:ffff:ffff:ffff:ffff
2603:28b9:7e3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:7fbf:ffff:ffff:ffff:ffff:ffff
2603:28b9:80ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:869f:ffff:ffff:ffff:ffff:ffff
2603:28b9:86df:ffff:ffff:ffff:ffff:ffff
2603:28b9:885f:ffff:ffff:ffff:ffff:ffff
2603:28b9:8bff:ffff:ffff:ffff:ffff:ffff
2603:28b9:8c9f:ffff:ffff:ffff:ffff:ffff
2603:28b9:8d5f:ffff:ffff:ffff:ffff:ffff

2603:28b9:8e1f:ffff:ffff:ffff:ffff:ffff
2603:28b9:9d1f:ffff:ffff:ffff:ffff:ffff
2603:28b9:a0bf:ffff:ffff:ffff:ffff:ffff
2603:28b9:a1df:ffff:ffff:ffff:ffff:ffff
2603:28b9:a89f:ffff:ffff:ffff:ffff:ffff
2603:28b9:a8df:ffff:ffff:ffff:ffff:ffff
2603:28b9:ae7f:ffff:ffff:ffff:ffff:ffff
2603:28b9:af7f:ffff:ffff:ffff:ffff:ffff
2603:28b9:b9df:ffff:ffff:ffff:ffff:ffff
2603:28b9:bb3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:bcbf:ffff:ffff:ffff:ffff:ffff
2603:28b9:c5df:ffff:ffff:ffff:ffff:ffff
2603:28b9:c65f:ffff:ffff:ffff:ffff:ffff
2603:28b9:c6ff:ffff:ffff:ffff:ffff:ffff
2603:28b9:cb3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:cd3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:d91f:ffff:ffff:ffff:ffff:ffff
2603:28b9:dd5f:ffff:ffff:ffff:ffff:ffff
2603:28b9:de3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:df3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:e7df:ffff:ffff:ffff:ffff:ffff
2603:28b9:eadf:ffff:ffff:ffff:ffff:ffff
2603:28b9:f2df:ffff:ffff:ffff:ffff:ffff
2603:28b9:f31f:ffff:ffff:ffff:ffff:ffff
2603:28b9:f55f:ffff:ffff:ffff:ffff:ffff
2603:28b9:f65f:ffff:ffff:ffff:ffff:ffff
2603:28b9:f81f:ffff:ffff:ffff:ffff:ffff
2603:28b9:fb3f:ffff:ffff:ffff:ffff:ffff
2603:28b9:fddf:ffff:ffff:ffff:ffff:ffff
2603:28ba:df:ffff:ffff:ffff:ffff:ffff
2603:28ba:67f:ffff:ffff:ffff:ffff:ffff
2603:28ba:71f:ffff:ffff:ffff:ffff:ffff
2603:28ba:7ff:ffff:ffff:ffff:ffff:ffff
2603:28ba:a7f:ffff:ffff:ffff:ffff:ffff
2603:28ba:cff:ffff:ffff:ffff:ffff:ffff
2603:28ba:d3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:f5f:ffff:ffff:ffff:ffff:ffff

2603:28ba:17bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:185f:ffff:ffff:ffff:ffff:ffff
2603:28ba:243f:ffff:ffff:ffff:ffff:ffff
2603:28ba:2bff:ffff:ffff:ffff:ffff:ffff
2603:28ba:2d3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:2dbf:ffff:ffff:ffff:ffff:ffff
2603:28ba:32bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:38bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:391f:ffff:ffff:ffff:ffff:ffff
2603:28ba:395f:ffff:ffff:ffff:ffff:ffff
2603:28ba:39bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:3c3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:3e5f:ffff:ffff:ffff:ffff:ffff
2603:28ba:435f:ffff:ffff:ffff:ffff:ffff
2603:28ba:43ff:ffff:ffff:ffff:ffff:ffff
2603:28ba:4c5f:ffff:ffff:ffff:ffff:ffff
2603:28ba:4f1f:ffff:ffff:ffff:ffff:ffff
2603:28ba:539f:ffff:ffff:ffff:ffff:ffff
2603:28ba:5a3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:5b3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:5ebf:ffff:ffff:ffff:ffff:ffff
2603:28ba:619f:ffff:ffff:ffff:ffff:ffff
2603:28ba:649f:ffff:ffff:ffff:ffff:ffff
2603:28ba:6eff:ffff:ffff:ffff:ffff:ffff
2603:28ba:709f:ffff:ffff:ffff:ffff:ffff
2603:28ba:723f:ffff:ffff:ffff:ffff:ffff
2603:28ba:741f:ffff:ffff:ffff:ffff:ffff
2603:28ba:845f:ffff:ffff:ffff:ffff:ffff
2603:28ba:84df:ffff:ffff:ffff:ffff:ffff
2603:28ba:885f:ffff:ffff:ffff:ffff:ffff
2603:28ba:8abf:ffff:ffff:ffff:ffff:ffff
2603:28ba:931f:ffff:ffff:ffff:ffff:ffff
2603:28ba:93bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:999f:ffff:ffff:ffff:ffff:ffff
2603:28ba:9a3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:9e7f:ffff:ffff:ffff:ffff:ffff
2603:28ba:a1df:ffff:ffff:ffff:ffff:ffff

2603:28ba:a39f:ffff:ffff:ffff:ffff:ffff
2603:28ba:aa3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:acbf:ffff:ffff:ffff:ffff:ffff
2603:28ba:b0bf:ffff:ffff:ffff:ffff:ffff
2603:28ba:b17f:ffff:ffff:ffff:ffff:ffff
2603:28ba:b3df:ffff:ffff:ffff:ffff:ffff
2603:28ba:b65f:ffff:ffff:ffff:ffff:ffff
2603:28ba:b71f:ffff:ffff:ffff:ffff:ffff
2603:28ba:bd7f:ffff:ffff:ffff:ffff:ffff
2603:28ba:bf5f:ffff:ffff:ffff:ffff:ffff
2603:28ba:c23f:ffff:ffff:ffff:ffff:ffff
2603:28ba:c5ff:ffff:ffff:ffff:ffff:ffff
2603:28ba:c77f:ffff:ffff:ffff:ffff:ffff
2603:28ba:ce3f:ffff:ffff:ffff:ffff:ffff
2603:28ba:d5df:ffff:ffff:ffff:ffff:ffff
2603:28ba:d97f:ffff:ffff:ffff:ffff:ffff
2603:28ba:da9f:ffff:ffff:ffff:ffff:ffff
2603:28ba:dcdf:ffff:ffff:ffff:ffff:ffff
2603:28ba:eb0f:ffff:ffff:ffff:ffff:ffff
2603:28ba:ef7f:ffff:ffff:ffff:ffff:ffff
2603:28ba:f51f:ffff:ffff:ffff:ffff:ffff
2603:28ba:f99f:ffff:ffff:ffff:ffff:ffff
2603:28ba:fa1f:ffff:ffff:ffff:ffff:ffff
2603:28ba:fd1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:9f:ffff:ffff:ffff:ffff:ffff
2603:28bb:4bf:ffff:ffff:ffff:ffff:ffff
2603:28bb:87f:ffff:ffff:ffff:ffff:ffff
2603:28bb:a9f:ffff:ffff:ffff:ffff:ffff
2603:28bb:d5f:ffff:ffff:ffff:ffff:ffff
2603:28bb:dbf:ffff:ffff:ffff:ffff:ffff
2603:28bb:125f:ffff:ffff:ffff:ffff:ffff
2603:28bb:149f:ffff:ffff:ffff:ffff:ffff
2603:28bb:16ff:ffff:ffff:ffff:ffff:ffff
2603:28bb:1aff:ffff:ffff:ffff:ffff:ffff
2603:28bb:1dbf:ffff:ffff:ffff:ffff:ffff
2603:28bb:1f5f:ffff:ffff:ffff:ffff:ffff
2603:28bb:1f9f:ffff:ffff:ffff:ffff:ffff

2603:28bb:245f:ffff:ffff:ffff:ffff:ffff
2603:28bb:299f:ffff:ffff:ffff:ffff:ffff
2603:28bb:2c1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:409f:ffff:ffff:ffff:ffff:ffff
2603:28bb:411f:ffff:ffff:ffff:ffff:ffff
2603:28bb:415f:ffff:ffff:ffff:ffff:ffff
2603:28bb:427f:ffff:ffff:ffff:ffff:ffff
2603:28bb:435f:ffff:ffff:ffff:ffff:ffff
2603:28bb:445f:ffff:ffff:ffff:ffff:ffff
2603:28bb:449f:ffff:ffff:ffff:ffff:ffff
2603:28bb:493f:ffff:ffff:ffff:ffff:ffff
2603:28bb:4b7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:4d7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:52df:ffff:ffff:ffff:ffff:ffff
2603:28bb:531f:ffff:ffff:ffff:ffff:ffff
2603:28bb:561f:ffff:ffff:ffff:ffff:ffff
2603:28bb:585f:ffff:ffff:ffff:ffff:ffff
2603:28bb:5a9f:ffff:ffff:ffff:ffff:ffff
2603:28bb:5bdf:ffff:ffff:ffff:ffff:ffff
2603:28bb:609f:ffff:ffff:ffff:ffff:ffff
2603:28bb:67bf:ffff:ffff:ffff:ffff:ffff
2603:28bb:6a7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:6c5f:ffff:ffff:ffff:ffff:ffff
2603:28bb:6f6f:ffff:ffff:ffff:ffff:ffff
2603:28bb:777f:ffff:ffff:ffff:ffff:ffff
2603:28bb:799f:ffff:ffff:ffff:ffff:ffff
2603:28bb:7d3f:ffff:ffff:ffff:ffff:ffff
2603:28bb:801f:ffff:ffff:ffff:ffff:ffff
2603:28bb:84ff:ffff:ffff:ffff:ffff:ffff
2603:28bb:86df:ffff:ffff:ffff:ffff:ffff
2603:28bb:883f:ffff:ffff:ffff:ffff:ffff
2603:28bb:8e3f:ffff:ffff:ffff:ffff:ffff
2603:28bb:917f:ffff:ffff:ffff:ffff:ffff
2603:28bb:95bf:ffff:ffff:ffff:ffff:ffff
2603:28bb:9b1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:9fbf:ffff:ffff:ffff:ffff:ffff
2603:28bb:a0ff:ffff:ffff:ffff:ffff:ffff

2603:28bb:a37f:ffff:ffff:ffff:ffff:ffff
2603:28bb:a53f:ffff:ffff:ffff:ffff:ffff
2603:28bb:a59f:ffff:ffff:ffff:ffff:ffff
2603:28bb:aa3f:ffff:ffff:ffff:ffff:ffff
2603:28bb:ae1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:b05f:ffff:ffff:ffff:ffff:ffff
2603:28bb:b6ff:ffff:ffff:ffff:ffff:ffff
2603:28bb:b79f:ffff:ffff:ffff:ffff:ffff
2603:28bb:bb9f:ffff:ffff:ffff:ffff:ffff
2603:28bb:bd7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:c05f:ffff:ffff:ffff:ffff:ffff
2603:28bb:d13f:ffff:ffff:ffff:ffff:ffff
2603:28bb:d9ff:ffff:ffff:ffff:ffff:ffff
2603:28bb:de7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:e0ff:ffff:ffff:ffff:ffff:ffff
2603:28bb:e43f:ffff:ffff:ffff:ffff:ffff
2603:28bb:e6df:ffff:ffff:ffff:ffff:ffff
2603:28bb:eb1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:ec5f:ffff:ffff:ffff:ffff:ffff
2603:28bb:ed7f:ffff:ffff:ffff:ffff:ffff
2603:28bb:f1df:ffff:ffff:ffff:ffff:ffff
2603:28bb:f29f:ffff:ffff:ffff:ffff:ffff
2603:28bb:f81f:ffff:ffff:ffff:ffff:ffff
2603:28bb:f87f:ffff:ffff:ffff:ffff:ffff
2603:28bb:fa3f:ffff:ffff:ffff:ffff:ffff
2603:28bb:fb1f:ffff:ffff:ffff:ffff:ffff
2603:28bb:fc3f:ffff:ffff:ffff:ffff:ffff
2603:28bc:1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:19f:ffff:ffff:ffff:ffff:ffff
2603:28bc:9ff:ffff:ffff:ffff:ffff:ffff
2603:28bc:a5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:b9f:ffff:ffff:ffff:ffff:ffff
2603:28bc:cdf:ffff:ffff:ffff:ffff:ffff
2603:28bc:e9f:ffff:ffff:ffff:ffff:ffff
2603:28bc:121f:ffff:ffff:ffff:ffff:ffff
2603:28bc:16bf:ffff:ffff:ffff:ffff:ffff

2603:28bc:1adf:ffff:ffff:ffff:ffff:ffff
2603:28bc:1cbf:ffff:ffff:ffff:ffff:ffff
2603:28bc:1d1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:239f:ffff:ffff:ffff:ffff:ffff
2603:28bc:2a5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:2cbf:ffff:ffff:ffff:ffff:ffff
2603:28bc:2e9f:ffff:ffff:ffff:ffff:ffff
2603:28bc:32df:ffff:ffff:ffff:ffff:ffff
2603:28bc:345f:ffff:ffff:ffff:ffff:ffff
2603:28bc:37ff:ffff:ffff:ffff:ffff:ffff
2603:28bc:3bff:ffff:ffff:ffff:ffff:ffff
2603:28bc:3cdf:ffff:ffff:ffff:ffff:ffff
2603:28bc:3fdf:ffff:ffff:ffff:ffff:ffff
2603:28bc:40bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:457f:ffff:ffff:ffff:ffff:ffff
2603:28bc:461f:ffff:ffff:ffff:ffff:ffff
2603:28bc:4f1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:53df:ffff:ffff:ffff:ffff:ffff
2603:28bc:55bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:581f:ffff:ffff:ffff:ffff:ffff
2603:28bc:5f5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:685f:ffff:ffff:ffff:ffff:ffff
2603:28bc:6c1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:6d3f:ffff:ffff:ffff:ffff:ffff
2603:28bc:749f:ffff:ffff:ffff:ffff:ffff
2603:28bc:7a1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:815f:ffff:ffff:ffff:ffff:ffff
2603:28bc:849f:ffff:ffff:ffff:ffff:ffff
2603:28bc:87ff:ffff:ffff:ffff:ffff:ffff
2603:28bc:88bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:8ddf:ffff:ffff:ffff:ffff:ffff
2603:28bc:8fbf:ffff:ffff:ffff:ffff:ffff
2603:28bc:979f:ffff:ffff:ffff:ffff:ffff
2603:28bc:9b5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:9e1f:ffff:ffff:ffff:ffff:ffff
2603:28bc:9f3f:ffff:ffff:ffff:ffff:ffff
2603:28bc:9fff:ffff:ffff:ffff:ffff:ffff

2603:28bc:a1bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:a43f:ffff:ffff:ffff:ffff:ffff
2603:28bc:a7bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:a8bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:a91f:ffff:ffff:ffff:ffff:ffff
2603:28bc:aadf:ffff:ffff:ffff:ffff:ffff
2603:28bc:adff:ffff:ffff:ffff:ffff:ffff
2603:28bc:af9f:ffff:ffff:ffff:ffff:ffff
2603:28bc:b07f:ffff:ffff:ffff:ffff:ffff
2603:28bc:b7ff:ffff:ffff:ffff:ffff:ffff
2603:28bc:bc9f:ffff:ffff:ffff:ffff:ffff
2603:28bc:bcdf:ffff:ffff:ffff:ffff:ffff
2603:28bc:be5f:ffff:ffff:ffff:ffff:ffff
2603:28bc:bebf:ffff:ffff:ffff:ffff:ffff
2603:28bc:c7bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:c9bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:cedf:ffff:ffff:ffff:ffff:ffff
2603:28bc:d25f:ffff:ffff:ffff:ffff:ffff
2603:28bc:d2df:ffff:ffff:ffff:ffff:ffff
2603:28bc:d45f:ffff:ffff:ffff:ffff:ffff
2603:28bc:d65f:ffff:ffff:ffff:ffff:ffff
2603:28bc:d71f:ffff:ffff:ffff:ffff:ffff
2603:28bc:d7ff:ffff:ffff:ffff:ffff:ffff
2603:28bc:e1bf:ffff:ffff:ffff:ffff:ffff
2603:28bc:e33f:ffff:ffff:ffff:ffff:ffff
2603:28bc:eabf:ffff:ffff:ffff:ffff:ffff
2603:28bc:ecbf:ffff:ffff:ffff:ffff:ffff
2603:28bc:ef3f:ffff:ffff:ffff:ffff:ffff
2603:28bc:f07f:ffff:ffff:ffff:ffff:ffff
2603:28bc:f35f:ffff:ffff:ffff:ffff:ffff
2603:28bc:f73f:ffff:ffff:ffff:ffff:ffff
2603:28bc:f8df:ffff:ffff:ffff:ffff:ffff
2603:28bc:fc3f:ffff:ffff:ffff:ffff:ffff
2603:28bd:5df:ffff:ffff:ffff:ffff:ffff
2603:28bd:69f:ffff:ffff:ffff:ffff:ffff
2603:28bd:c5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:f7f:ffff:ffff:ffff:ffff:ffff

2603:28bd:10df:ffff:ffff:ffff:ffff:ffff
2603:28bd:129f:ffff:ffff:ffff:ffff:ffff
2603:28bd:15ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:16ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:18df:ffff:ffff:ffff:ffff:ffff
2603:28bd:1b5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:1fbf:ffff:ffff:ffff:ffff:ffff
2603:28bd:22bf:ffff:ffff:ffff:ffff:ffff
2603:28bd:2cbf:ffff:ffff:ffff:ffff:ffff
2603:28bd:2dff:ffff:ffff:ffff:ffff:ffff
2603:28bd:2fff:ffff:ffff:ffff:ffff:ffff
2603:28bd:307f:ffff:ffff:ffff:ffff:ffff
2603:28bd:323f:ffff:ffff:ffff:ffff:ffff
2603:28bd:33ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:36df:ffff:ffff:ffff:ffff:ffff
2603:28bd:3a1f:ffff:ffff:ffff:ffff:ffff
2603:28bd:3b5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:3bff:ffff:ffff:ffff:ffff:ffff
2603:28bd:3c5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:3ebf:ffff:ffff:ffff:ffff:ffff
2603:28bd:3f5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:42ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:465f:ffff:ffff:ffff:ffff:ffff
2603:28bd:495f:ffff:ffff:ffff:ffff:ffff
2603:28bd:49df:ffff:ffff:ffff:ffff:ffff
2603:28bd:4a9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:4bff:ffff:ffff:ffff:ffff:ffff
2603:28bd:4d5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:4e9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:531f:ffff:ffff:ffff:ffff:ffff
2603:28bd:559f:ffff:ffff:ffff:ffff:ffff
2603:28bd:56df:ffff:ffff:ffff:ffff:ffff
2603:28bd:573f:ffff:ffff:ffff:ffff:ffff
2603:28bd:581f:ffff:ffff:ffff:ffff:ffff
2603:28bd:59bf:ffff:ffff:ffff:ffff:ffff
2603:28bd:62bf:ffff:ffff:ffff:ffff:ffff
2603:28bd:6fdf:ffff:ffff:ffff:ffff:ffff

2603:28bd:721f:ffff:ffff:ffff:ffff:ffff
2603:28bd:735f:ffff:ffff:ffff:ffff:ffff
2603:28bd:765f:ffff:ffff:ffff:ffff:ffff
2603:28bd:7c5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:7d7f:ffff:ffff:ffff:ffff:ffff
2603:28bd:7dff:ffff:ffff:ffff:ffff:ffff
2603:28bd:7ebf:ffff:ffff:ffff:ffff:ffff
2603:28bd:7fbf:ffff:ffff:ffff:ffff:ffff
2603:28bd:827f:ffff:ffff:ffff:ffff:ffff
2603:28bd:839f:ffff:ffff:ffff:ffff:ffff
2603:28bd:857f:ffff:ffff:ffff:ffff:ffff
2603:28bd:86df:ffff:ffff:ffff:ffff:ffff
2603:28bd:8b9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:8c3f:ffff:ffff:ffff:ffff:ffff
2603:28bd:8e9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:8f1f:ffff:ffff:ffff:ffff:ffff
2603:28bd:983f:ffff:ffff:ffff:ffff:ffff
2603:28bd:987f:ffff:ffff:ffff:ffff:ffff
2603:28bd:9b5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:9dbf:ffff:ffff:ffff:ffff:ffff
2603:28bd:9e9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:a0bf:ffff:ffff:ffff:ffff:ffff
2603:28bd:a25f:ffff:ffff:ffff:ffff:ffff
2603:28bd:a89f:ffff:ffff:ffff:ffff:ffff
2603:28bd:aadf:ffff:ffff:ffff:ffff:ffff
2603:28bd:ab5f:ffff:ffff:ffff:ffff:ffff
2603:28bd:ac9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:b07f:ffff:ffff:ffff:ffff:ffff
2603:28bd:b47f:ffff:ffff:ffff:ffff:ffff
2603:28bd:b4ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:b77f:ffff:ffff:ffff:ffff:ffff
2603:28bd:b85f:ffff:ffff:ffff:ffff:ffff
2603:28bd:bbbf:ffff:ffff:ffff:ffff:ffff
2603:28bd:bc3f:ffff:ffff:ffff:ffff:ffff
2603:28bd:bebf:ffff:ffff:ffff:ffff:ffff
2603:28bd:bf9f:ffff:ffff:ffff:ffff:ffff
2603:28bd:bfdf:ffff:ffff:ffff:ffff:ffff

2603:28bd:c09f:ffff:ffff:ffff:ffff:ffff
2603:28bd:c31f:ffff:ffff:ffff:ffff:ffff
2603:28bd:c41f:ffff:ffff:ffff:ffff:ffff
2603:28bd:cbdf:ffff:ffff:ffff:ffff:ffff
2603:28bd:d05f:ffff:ffff:ffff:ffff:ffff
2603:28bd:d3ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:d51f:ffff:ffff:ffff:ffff:ffff
2603:28bd:e3ff:ffff:ffff:ffff:ffff:ffff
2603:28bd:ebff:ffff:ffff:ffff:ffff:ffff
2603:28bd:ed1f:ffff:ffff:ffff:ffff:ffff
2603:28bd:f0bf:ffff:ffff:ffff:ffff:ffff
2603:28bd:f41f:ffff:ffff:ffff:ffff:ffff
2603:28bd:f75f:ffff:ffff:ffff:ffff:ffff
2603:28bd:ff1f:ffff:ffff:ffff:ffff:ffff
2603:28be:53f:ffff:ffff:ffff:ffff:ffff
2603:28be:a3f:ffff:ffff:ffff:ffff:ffff
2603:28be:115f:ffff:ffff:ffff:ffff:ffff
2603:28be:14bf:ffff:ffff:ffff:ffff:ffff
2603:28be:191f:ffff:ffff:ffff:ffff:ffff
2603:28be:1dbf:ffff:ffff:ffff:ffff:ffff
2603:28be:22df:ffff:ffff:ffff:ffff:ffff
2603:28be:239f:ffff:ffff:ffff:ffff:ffff
2603:28be:245f:ffff:ffff:ffff:ffff:ffff
2603:28be:297f:ffff:ffff:ffff:ffff:ffff
2603:28be:2aff:ffff:ffff:ffff:ffff:ffff
2603:28be:2b5f:ffff:ffff:ffff:ffff:ffff
2603:28be:2ddf:ffff:ffff:ffff:ffff:ffff
2603:28be:2e5f:ffff:ffff:ffff:ffff:ffff
2603:28be:369f:ffff:ffff:ffff:ffff:ffff
2603:28be:387f:ffff:ffff:ffff:ffff:ffff
2603:28be:39bf:ffff:ffff:ffff:ffff:ffff
2603:28be:3f1f:ffff:ffff:ffff:ffff:ffff
2603:28be:405f:ffff:ffff:ffff:ffff:ffff
2603:28be:411f:ffff:ffff:ffff:ffff:ffff
2603:28be:42bf:ffff:ffff:ffff:ffff:ffff
2603:28be:4a7f:ffff:ffff:ffff:ffff:ffff
2603:28be:4d9f:ffff:ffff:ffff:ffff:ffff

2603:28be:50df:ffff:ffff:ffff:ffff:ffff
2603:28be:543f:ffff:ffff:ffff:ffff:ffff
2603:28be:553f:ffff:ffff:ffff:ffff:ffff
2603:28be:55bf:ffff:ffff:ffff:ffff:ffff
2603:28be:5e7f:ffff:ffff:ffff:ffff:ffff
2603:28be:631f:ffff:ffff:ffff:ffff:ffff
2603:28be:679f:ffff:ffff:ffff:ffff:ffff
2603:28be:701f:ffff:ffff:ffff:ffff:ffff
2603:28be:707f:ffff:ffff:ffff:ffff:ffff
2603:28be:727f:ffff:ffff:ffff:ffff:ffff
2603:28be:735f:ffff:ffff:ffff:ffff:ffff
2603:28be:743f:ffff:ffff:ffff:ffff:ffff
2603:28be:74ff:ffff:ffff:ffff:ffff:ffff
2603:28be:797f:ffff:ffff:ffff:ffff:ffff
2603:28be:7cff:ffff:ffff:ffff:ffff:ffff
2603:28be:813f:ffff:ffff:ffff:ffff:ffff
2603:28be:833f:ffff:ffff:ffff:ffff:ffff
2603:28be:879f:ffff:ffff:ffff:ffff:ffff
2603:28be:8dff:ffff:ffff:ffff:ffff:ffff
2603:28be:8ebf:ffff:ffff:ffff:ffff:ffff
2603:28be:907f:ffff:ffff:ffff:ffff:ffff
2603:28be:929f:ffff:ffff:ffff:ffff:ffff
2603:28be:9e3f:ffff:ffff:ffff:ffff:ffff
2603:28be:a47f:ffff:ffff:ffff:ffff:ffff
2603:28be:a6ff:ffff:ffff:ffff:ffff:ffff
2603:28be:a87f:ffff:ffff:ffff:ffff:ffff
2603:28be:a9bf:ffff:ffff:ffff:ffff:ffff
2603:28be:addf:ffff:ffff:ffff:ffff:ffff
2603:28be:b3ff:ffff:ffff:ffff:ffff:ffff
2603:28be:b71f:ffff:ffff:ffff:ffff:ffff
2603:28be:be1f:ffff:ffff:ffff:ffff:ffff
2603:28be:bfdf:ffff:ffff:ffff:ffff:ffff
2603:28be:c0df:ffff:ffff:ffff:ffff:ffff
2603:28be:c41f:ffff:ffff:ffff:ffff:ffff
2603:28be:c89f:ffff:ffff:ffff:ffff:ffff
2603:28be:d65f:ffff:ffff:ffff:ffff:ffff
2603:28be:dd7f:ffff:ffff:ffff:ffff:ffff

2603:28be:df7f:ffff:ffff:ffff:ffff:ffff
2603:28be:e39f:ffff:ffff:ffff:ffff:ffff
2603:28be:e5ff:ffff:ffff:ffff:ffff:ffff
2603:28be:e77f:ffff:ffff:ffff:ffff:ffff
2603:28be:ea9f:ffff:ffff:ffff:ffff:ffff
2603:28be:eb1f:ffff:ffff:ffff:ffff:ffff
2603:28be:f87f:ffff:ffff:ffff:ffff:ffff
2603:28be:febf:ffff:ffff:ffff:ffff:ffff
2603:28bf:3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:23f:ffff:ffff:ffff:ffff:ffff
2603:28bf:57f:ffff:ffff:ffff:ffff:ffff
2603:28bf:7ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:8bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:99f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c9f:ffff:ffff:ffff:ffff:ffff
2603:28bf:103f:ffff:ffff:ffff:ffff:ffff
2603:28bf:1bbf:ffff:ffff:ffff:ffff:ffff
2603:28bf:1bff:ffff:ffff:ffff:ffff:ffff
2603:28bf:1c9f:ffff:ffff:ffff:ffff:ffff
2603:28bf:1ddf:ffff:ffff:ffff:ffff:ffff
2603:28bf:1e3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:24ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:267f:ffff:ffff:ffff:ffff:ffff
2603:28bf:2d7f:ffff:ffff:ffff:ffff:ffff
2603:28bf:2f1f:ffff:ffff:ffff:ffff:ffff
2603:28bf:2fdf:ffff:ffff:ffff:ffff:ffff
2603:28bf:30df:ffff:ffff:ffff:ffff:ffff
2603:28bf:315f:ffff:ffff:ffff:ffff:ffff
2603:28bf:325f:ffff:ffff:ffff:ffff:ffff
2603:28bf:35bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:387f:ffff:ffff:ffff:ffff:ffff
2603:28bf:3f5f:ffff:ffff:ffff:ffff:ffff
2603:28bf:405f:ffff:ffff:ffff:ffff:ffff
2603:28bf:411f:ffff:ffff:ffff:ffff:ffff
2603:28bf:41df:ffff:ffff:ffff:ffff:ffff
2603:28bf:425f:ffff:ffff:ffff:ffff:ffff
2603:28bf:453f:ffff:ffff:ffff:ffff:ffff

2603:28bf:4a1f:ffff:ffff:ffff:ffff:ffff
2603:28bf:4adf:ffff:ffff:ffff:ffff:ffff
2603:28bf:4b9f:ffff:ffff:ffff:ffff:ffff
2603:28bf:4c7f:ffff:ffff:ffff:ffff:ffff
2603:28bf:533f:ffff:ffff:ffff:ffff:ffff
2603:28bf:565f:ffff:ffff:ffff:ffff:ffff
2603:28bf:585f:ffff:ffff:ffff:ffff:ffff
2603:28bf:5c1f:ffff:ffff:ffff:ffff:ffff
2603:28bf:5f3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:62bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:63bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:6b9f:ffff:ffff:ffff:ffff:ffff
2603:28bf:6bdf:ffff:ffff:ffff:ffff:ffff
2603:28bf:6eff:ffff:ffff:ffff:ffff:ffff
2603:28bf:6f3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:721f:ffff:ffff:ffff:ffff:ffff
2603:28bf:75bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:789f:ffff:ffff:ffff:ffff:ffff
2603:28bf:7c5f:ffff:ffff:ffff:ffff:ffff
2603:28bf:7f9f:ffff:ffff:ffff:ffff:ffff
2603:28bf:7fdf:ffff:ffff:ffff:ffff:ffff
2603:28bf:833f:ffff:ffff:ffff:ffff:ffff
2603:28bf:87ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:883f:ffff:ffff:ffff:ffff:ffff
2603:28bf:889f:ffff:ffff:ffff:ffff:ffff
2603:28bf:8cff:ffff:ffff:ffff:ffff:ffff
2603:28bf:8e7f:ffff:ffff:ffff:ffff:ffff
2603:28bf:8eff:ffff:ffff:ffff:ffff:ffff
2603:28bf:965f:ffff:ffff:ffff:ffff:ffff
2603:28bf:983f:ffff:ffff:ffff:ffff:ffff
2603:28bf:9d3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:a4ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:abdf:ffff:ffff:ffff:ffff:ffff
2603:28bf:b1bf:ffff:ffff:ffff:ffff:ffff
2603:28bf:b3df:ffff:ffff:ffff:ffff:ffff
2603:28bf:b59f:ffff:ffff:ffff:ffff:ffff
2603:28bf:b6bf:ffff:ffff:ffff:ffff:ffff

2603:28bf:b7df:ffff:ffff:ffff:ffff:ffff
2603:28bf:bd1f:ffff:ffff:ffff:ffff:ffff
2603:28bf:be7f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c35f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c49f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c67f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c87f:ffff:ffff:ffff:ffff:ffff
2603:28bf:c8ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:cbdf:ffff:ffff:ffff:ffff:ffff
2603:28bf:ce1f:ffff:ffff:ffff:ffff:ffff
2603:28bf:d5ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:d79f:ffff:ffff:ffff:ffff:ffff
2603:28bf:dbbf:ffff:ffff:ffff:ffff:ffff
2603:28bf:df3f:ffff:ffff:ffff:ffff:ffff
2603:28bf:e03f:ffff:ffff:ffff:ffff:ffff
2603:28bf:efbf:ffff:ffff:ffff:ffff:ffff
2603:28bf:efff:ffff:ffff:ffff:ffff:ffff
2603:28bf:f0df:ffff:ffff:ffff:ffff:ffff
2603:28bf:f51f:ffff:ffff:ffff:ffff:ffff
2603:28bf:f65f:ffff:ffff:ffff:ffff:ffff
2603:28bf:f6ff:ffff:ffff:ffff:ffff:ffff
2603:28bf:ffff:ffff:ffff:ffff:ffff:ffff
2603:2900:23f:ffff:ffff:ffff:ffff:ffff
2603:2900:81f:ffff:ffff:ffff:ffff:ffff
2603:2900:93f:ffff:ffff:ffff:ffff:ffff
2603:2900:a1f:ffff:ffff:ffff:ffff:ffff
2603:2900:bbf:ffff:ffff:ffff:ffff:ffff
2603:2900:d5f:ffff:ffff:ffff:ffff:ffff
2603:2900:ddf:ffff:ffff:ffff:ffff:ffff
2603:2900:109f:ffff:ffff:ffff:ffff:ffff
2603:2900:161f:ffff:ffff:ffff:ffff:ffff
2603:2900:165f:ffff:ffff:ffff:ffff:ffff
2603:2900:1d5f:ffff:ffff:ffff:ffff:ffff
2603:2900:1f5f:ffff:ffff:ffff:ffff:ffff
2603:2900:209f:ffff:ffff:ffff:ffff:ffff
2603:2900:225f:ffff:ffff:ffff:ffff:ffff
2603:2900:229f:ffff:ffff:ffff:ffff:ffff

2603:2900:245f:ffff:ffff:ffff:ffff:ffff
2603:2900:271f:ffff:ffff:ffff:ffff:ffff
2603:2900:275f:ffff:ffff:ffff:ffff:ffff
2603:2900:2c7f:ffff:ffff:ffff:ffff:ffff
2603:2900:2cdf:ffff:ffff:ffff:ffff:ffff
2603:2900:2fff:ffff:ffff:ffff:ffff:ffff
2603:2900:32df:ffff:ffff:ffff:ffff:ffff
2603:2900:363f:ffff:ffff:ffff:ffff:ffff
2603:2900:385f:ffff:ffff:ffff:ffff:ffff
2603:2900:38bf:ffff:ffff:ffff:ffff:ffff
2603:2900:39ff:ffff:ffff:ffff:ffff:ffff
2603:2900:405f:ffff:ffff:ffff:ffff:ffff
2603:2900:40bf:ffff:ffff:ffff:ffff:ffff
2603:2900:453f:ffff:ffff:ffff:ffff:ffff
2603:2900:477f:ffff:ffff:ffff:ffff:ffff
2603:2900:49bf:ffff:ffff:ffff:ffff:ffff
2603:2900:4cff:ffff:ffff:ffff:ffff:ffff
2603:2900:4d7f:ffff:ffff:ffff:ffff:ffff
2603:2900:50ff:ffff:ffff:ffff:ffff:ffff
2603:2900:513f:ffff:ffff:ffff:ffff:ffff
2603:2900:519f:ffff:ffff:ffff:ffff:ffff
2603:2900:54bf:ffff:ffff:ffff:ffff:ffff
2603:2900:55df:ffff:ffff:ffff:ffff:ffff
2603:2900:5bff:ffff:ffff:ffff:ffff:ffff
2603:2900:5c5f:ffff:ffff:ffff:ffff:ffff
2603:2900:623f:ffff:ffff:ffff:ffff:ffff
2603:2900:693f:ffff:ffff:ffff:ffff:ffff
2603:2900:697f:ffff:ffff:ffff:ffff:ffff
2603:2900:6adf:ffff:ffff:ffff:ffff:ffff
2603:2900:70df:ffff:ffff:ffff:ffff:ffff
2603:2900:723f:ffff:ffff:ffff:ffff:ffff
2603:2900:775f:ffff:ffff:ffff:ffff:ffff
2603:2900:789f:ffff:ffff:ffff:ffff:ffff
2603:2900:797f:ffff:ffff:ffff:ffff:ffff
2603:2900:7b7f:ffff:ffff:ffff:ffff:ffff
2603:2900:7d7f:ffff:ffff:ffff:ffff:ffff
2603:2900:c0ff:ffff:ffff:ffff:ffff:ffff

2603:2900:c4bf:ffff:ffff:ffff:ffff:ffff
2603:2900:c59f:ffff:ffff:ffff:ffff:ffff
2603:2900:c89f:ffff:ffff:ffff:ffff:ffff
2603:2900:ccdf:ffff:ffff:ffff:ffff:ffff
2603:2900:cdff:ffff:ffff:ffff:ffff:ffff
2603:2900:d0bf:ffff:ffff:ffff:ffff:ffff
2603:2900:d23f:ffff:ffff:ffff:ffff:ffff
2603:2900:d35f:ffff:ffff:ffff:ffff:ffff
2603:2900:d7bf:ffff:ffff:ffff:ffff:ffff
2603:2900:da5f:ffff:ffff:ffff:ffff:ffff
2603:2900:db7f:ffff:ffff:ffff:ffff:ffff
2603:2900:ddff:ffff:ffff:ffff:ffff:ffff
2603:2900:e55f:ffff:ffff:ffff:ffff:ffff
2603:2900:e7ff:ffff:ffff:ffff:ffff:ffff
2603:2900:e8bf:ffff:ffff:ffff:ffff:ffff
2603:2900:eadf:ffff:ffff:ffff:ffff:ffff
2603:2900:edbf:ffff:ffff:ffff:ffff:ffff
2603:2900:f0df:ffff:ffff:ffff:ffff:ffff
2603:2900:f27f:ffff:ffff:ffff:ffff:ffff
2603:2900:f39f:ffff:ffff:ffff:ffff:ffff
2603:2900:f55f:ffff:ffff:ffff:ffff:ffff
2603:2900:f63f:ffff:ffff:ffff:ffff:ffff
2603:2901:75f:ffff:ffff:ffff:ffff:ffff
2603:2901:81f:ffff:ffff:ffff:ffff:ffff
2603:2901:97f:ffff:ffff:ffff:ffff:ffff
2603:2901:fdf:ffff:ffff:ffff:ffff:ffff
2603:2901:147f:ffff:ffff:ffff:ffff:ffff
2603:2901:159f:ffff:ffff:ffff:ffff:ffff
2603:2901:16ff:ffff:ffff:ffff:ffff:ffff
2603:2901:175f:ffff:ffff:ffff:ffff:ffff
2603:2901:1a5f:ffff:ffff:ffff:ffff:ffff
2603:2901:1bbf:ffff:ffff:ffff:ffff:ffff
2603:2901:1d5f:ffff:ffff:ffff:ffff:ffff
2603:2901:1f7f:ffff:ffff:ffff:ffff:ffff
2603:2901:217f:ffff:ffff:ffff:ffff:ffff
2603:2901:227f:ffff:ffff:ffff:ffff:ffff
2603:2901:26ff:ffff:ffff:ffff:ffff:ffff

2603:2901:291f:ffff:ffff:ffff:ffff:ffff
2603:2901:297f:ffff:ffff:ffff:ffff:ffff
2603:2901:2a5f:ffff:ffff:ffff:ffff:ffff
2603:2901:2a9f:ffff:ffff:ffff:ffff:ffff
2603:2901:2b7f:ffff:ffff:ffff:ffff:ffff
2603:2901:315f:ffff:ffff:ffff:ffff:ffff
2603:2901:343f:ffff:ffff:ffff:ffff:ffff
2603:2901:387f:ffff:ffff:ffff:ffff:ffff
2603:2901:3f5f:ffff:ffff:ffff:ffff:ffff
2603:2901:401f:ffff:ffff:ffff:ffff:ffff
2603:2901:43df:ffff:ffff:ffff:ffff:ffff
2603:2901:49ff:ffff:ffff:ffff:ffff:ffff
2603:2901:4abf:ffff:ffff:ffff:ffff:ffff
2603:2901:4c1f:ffff:ffff:ffff:ffff:ffff
2603:2901:4d3f:ffff:ffff:ffff:ffff:ffff
2603:2901:4f5f:ffff:ffff:ffff:ffff:ffff
2603:2901:51df:ffff:ffff:ffff:ffff:ffff
2603:2901:52ff:ffff:ffff:ffff:ffff:ffff
2603:2901:56bf:ffff:ffff:ffff:ffff:ffff
2603:2901:58bf:ffff:ffff:ffff:ffff:ffff
2603:2901:5c9f:ffff:ffff:ffff:ffff:ffff
2603:2901:623f:ffff:ffff:ffff:ffff:ffff
2603:2901:633f:ffff:ffff:ffff:ffff:ffff
2603:2901:6bbf:ffff:ffff:ffff:ffff:ffff
2603:2901:6d3f:ffff:ffff:ffff:ffff:ffff
2603:2901:6e5f:ffff:ffff:ffff:ffff:ffff
2603:2901:6f9f:ffff:ffff:ffff:ffff:ffff
2603:2901:715f:ffff:ffff:ffff:ffff:ffff
2603:2901:733f:ffff:ffff:ffff:ffff:ffff
2603:2901:739f:ffff:ffff:ffff:ffff:ffff
2603:2901:753f:ffff:ffff:ffff:ffff:ffff
2603:2901:779f:ffff:ffff:ffff:ffff:ffff
2603:2901:78bf:ffff:ffff:ffff:ffff:ffff
2603:2901:7a1f:ffff:ffff:ffff:ffff:ffff
2603:2901:7bdf:ffff:ffff:ffff:ffff:ffff
2603:2901:7e7f:ffff:ffff:ffff:ffff:ffff
2603:2901:7fdf:ffff:ffff:ffff:ffff:ffff

2603:2901:c09f:ffff:ffff:ffff:ffff:ffff
2603:2901:c0ff:ffff:ffff:ffff:ffff:ffff
2603:2901:c2bf:ffff:ffff:ffff:ffff:ffff
2603:2901:c3ff:ffff:ffff:ffff:ffff:ffff
2603:2901:d19f:ffff:ffff:ffff:ffff:ffff
2603:2901:d29f:ffff:ffff:ffff:ffff:ffff
2603:2901:d47f:ffff:ffff:ffff:ffff:ffff
2603:2901:d8df:ffff:ffff:ffff:ffff:ffff
2603:2901:d93f:ffff:ffff:ffff:ffff:ffff
2603:2901:d9bf:ffff:ffff:ffff:ffff:ffff
2603:2901:db9f:ffff:ffff:ffff:ffff:ffff
2603:2901:dc9f:ffff:ffff:ffff:ffff:ffff
2603:2901:dedf:ffff:ffff:ffff:ffff:ffff
2603:2901:e3df:ffff:ffff:ffff:ffff:ffff
2603:2901:e4bf:ffff:ffff:ffff:ffff:ffff
2603:2901:e65f:ffff:ffff:ffff:ffff:ffff
2603:2901:ecff:ffff:ffff:ffff:ffff:ffff
2603:2901:eeff:ffff:ffff:ffff:ffff:ffff
2603:2901:f1df:ffff:ffff:ffff:ffff:ffff
2603:2901:f5bf:ffff:ffff:ffff:ffff:ffff
2603:2901:f81f:ffff:ffff:ffff:ffff:ffff
2603:2901:f8bf:ffff:ffff:ffff:ffff:ffff
2603:2902:59f:ffff:ffff:ffff:ffff:ffff
2603:2902:79f:ffff:ffff:ffff:ffff:ffff
2603:2902:93f:ffff:ffff:ffff:ffff:ffff
2603:2902:d3f:ffff:ffff:ffff:ffff:ffff
2603:2902:107f:ffff:ffff:ffff:ffff:ffff
2603:2902:113f:ffff:ffff:ffff:ffff:ffff
2603:2902:129f:ffff:ffff:ffff:ffff:ffff
2603:2902:13ff:ffff:ffff:ffff:ffff:ffff
2603:2902:15ff:ffff:ffff:ffff:ffff:ffff
2603:2902:179f:ffff:ffff:ffff:ffff:ffff
2603:2902:19df:ffff:ffff:ffff:ffff:ffff
2603:2902:1bff:ffff:ffff:ffff:ffff:ffff
2603:2902:1cdf:ffff:ffff:ffff:ffff:ffff
2603:2902:20df:ffff:ffff:ffff:ffff:ffff
2603:2902:223f:ffff:ffff:ffff:ffff:ffff

2603:2902:23ff:ffff:ffff:ffff:ffff:ffff
2603:2902:27bf:ffff:ffff:ffff:ffff:ffff
2603:2902:2b1f:ffff:ffff:ffff:ffff:ffff
2603:2902:2d9f:ffff:ffff:ffff:ffff:ffff
2603:2902:315f:ffff:ffff:ffff:ffff:ffff
2603:2902:35ff:ffff:ffff:ffff:ffff:ffff
2603:2902:3fff:ffff:ffff:ffff:ffff:ffff
2603:2902:413f:ffff:ffff:ffff:ffff:ffff
2603:2902:429f:ffff:ffff:ffff:ffff:ffff
2603:2902:439f:ffff:ffff:ffff:ffff:ffff
2603:2902:44bf:ffff:ffff:ffff:ffff:ffff
2603:2902:465f:ffff:ffff:ffff:ffff:ffff
2603:2902:49df:ffff:ffff:ffff:ffff:ffff
2603:2902:4a1f:ffff:ffff:ffff:ffff:ffff
2603:2902:4a7f:ffff:ffff:ffff:ffff:ffff
2603:2902:50bf:ffff:ffff:ffff:ffff:ffff
2603:2902:535f:ffff:ffff:ffff:ffff:ffff
2603:2902:551f:ffff:ffff:ffff:ffff:ffff
2603:2902:56ff:ffff:ffff:ffff:ffff:ffff
2603:2902:597f:ffff:ffff:ffff:ffff:ffff
2603:2902:5adf:ffff:ffff:ffff:ffff:ffff
2603:2902:5bff:ffff:ffff:ffff:ffff:ffff
2603:2902:66ff:ffff:ffff:ffff:ffff:ffff
2603:2902:683f:ffff:ffff:ffff:ffff:ffff
2603:2902:691f:ffff:ffff:ffff:ffff:ffff
2603:2902:697f:ffff:ffff:ffff:ffff:ffff
2603:2902:6c3f:ffff:ffff:ffff:ffff:ffff
2603:2902:6d7f:ffff:ffff:ffff:ffff:ffff
2603:2902:6e3f:ffff:ffff:ffff:ffff:ffff
2603:2902:707f:ffff:ffff:ffff:ffff:ffff
2603:2902:73ff:ffff:ffff:ffff:ffff:ffff
2603:2902:777f:ffff:ffff:ffff:ffff:ffff
2603:2902:787f:ffff:ffff:ffff:ffff:ffff
2603:2902:7dbf:ffff:ffff:ffff:ffff:ffff
2603:2903:21f:ffff:ffff:ffff:ffff:ffff
2603:2903:7df:ffff:ffff:ffff:ffff:ffff
2603:2903:abf:ffff:ffff:ffff:ffff:ffff

2603:2903:edf:ffff:ffff:ffff:ffff:ffff
2603:2903:fbf:ffff:ffff:ffff:ffff:ffff
2603:2903:103f:ffff:ffff:ffff:ffff:ffff
2603:2903:109f:ffff:ffff:ffff:ffff:ffff
2603:2903:14ff:ffff:ffff:ffff:ffff:ffff
2603:2903:1bbf:ffff:ffff:ffff:ffff:ffff
2603:2903:1f7f:ffff:ffff:ffff:ffff:ffff
2603:2903:205f:ffff:ffff:ffff:ffff:ffff
2603:2903:209f:ffff:ffff:ffff:ffff:ffff
2603:2903:251f:ffff:ffff:ffff:ffff:ffff
2603:2903:2c7f:ffff:ffff:ffff:ffff:ffff
2603:2903:2d7f:ffff:ffff:ffff:ffff:ffff
2603:2903:387f:ffff:ffff:ffff:ffff:ffff
2603:2903:3c3f:ffff:ffff:ffff:ffff:ffff
2603:2903:3c7f:ffff:ffff:ffff:ffff:ffff
2603:2903:3d7f:ffff:ffff:ffff:ffff:ffff
2603:2903:3ddf:ffff:ffff:ffff:ffff:ffff
2603:2903:3eff:ffff:ffff:ffff:ffff:ffff
2603:2903:44bf:ffff:ffff:ffff:ffff:ffff
2603:2903:697f:ffff:ffff:ffff:ffff:ffff
2603:3010:ffff:ffff:ffff:ffff:ffff:ffff
2603:3012:ffff:ffff:ffff:ffff:ffff:ffff
2603:3017:40e:ffff:ffff:ffff:ffff:ffff
2603:3017:414:ffff:ffff:ffff:ffff:ffff
2603:3017:419:ffff:ffff:ffff:ffff:ffff
2603:3017:448:ffff:ffff:ffff:ffff:ffff
2603:3017:44a:ffff:ffff:ffff:ffff:ffff
2603:3017:4a0:ffff:ffff:ffff:ffff:ffff
2603:3017:4ad:ffff:ffff:ffff:ffff:ffff
2603:3017:82a:ffff:ffff:ffff:ffff:ffff
2603:3017:85e:ffff:ffff:ffff:ffff:ffff
2603:3017:88f:ffff:ffff:ffff:ffff:ffff
2603:3017:8cb:ffff:ffff:ffff:ffff:ffff
2603:3017:911:ffff:ffff:ffff:ffff:ffff
2603:3017:921:ffff:ffff:ffff:ffff:ffff
2603:3017:926:ffff:ffff:ffff:ffff:ffff
2603:3017:92d:ffff:ffff:ffff:ffff:ffff

2603:3017:946:ffff:ffff:ffff:ffff:ffff
2603:3017:963:ffff:ffff:ffff:ffff:ffff
2603:3017:976:ffff:ffff:ffff:ffff:ffff
2603:3017:97f:ffff:ffff:ffff:ffff:ffff
2603:3017:987:ffff:ffff:ffff:ffff:ffff
2603:3017:9a6:ffff:ffff:ffff:ffff:ffff
2603:3017:9c4:ffff:ffff:ffff:ffff:ffff
2603:3017:9ce:ffff:ffff:ffff:ffff:ffff
2603:3017:9ec:ffff:ffff:ffff:ffff:ffff
2603:3017:1434:ffff:ffff:ffff:ffff:ffff
2603:3017:1437:ffff:ffff:ffff:ffff:ffff
2603:3017:144c:ffff:ffff:ffff:ffff:ffff
2603:3017:144e:ffff:ffff:ffff:ffff:ffff
2603:3017:1459:ffff:ffff:ffff:ffff:ffff
2603:3017:146e:ffff:ffff:ffff:ffff:ffff
2603:3017:1499:ffff:ffff:ffff:ffff:ffff
2603:3017:149d:ffff:ffff:ffff:ffff:ffff
2603:3017:14dc:ffff:ffff:ffff:ffff:ffff
2603:3017:14f0:ffff:ffff:ffff:ffff:ffff
2603:3017:160f:ffff:ffff:ffff:ffff:ffff
2603:3017:1613:ffff:ffff:ffff:ffff:ffff
2603:3017:162f:ffff:ffff:ffff:ffff:ffff
2603:3017:1664:ffff:ffff:ffff:ffff:ffff
2603:3017:166b:ffff:ffff:ffff:ffff:ffff
2603:3017:1677:ffff:ffff:ffff:ffff:ffff
2603:3017:168f:ffff:ffff:ffff:ffff:ffff
2603:3017:16c1:ffff:ffff:ffff:ffff:ffff
2603:3017:16c5:ffff:ffff:ffff:ffff:ffff
2603:3017:16d3:ffff:ffff:ffff:ffff:ffff
2603:3017:16e7:ffff:ffff:ffff:ffff:ffff
2603:3017:16f0:ffff:ffff:ffff:ffff:ffff
2603:3017:1736:ffff:ffff:ffff:ffff:ffff
2603:3017:174c:ffff:ffff:ffff:ffff:ffff
2603:3017:1754:ffff:ffff:ffff:ffff:ffff
2603:3017:176c:ffff:ffff:ffff:ffff:ffff
2603:3017:1782:ffff:ffff:ffff:ffff:ffff
2603:3017:1796:ffff:ffff:ffff:ffff:ffff

2603:3017:17a0:ffff:ffff:ffff:ffff:ffff
2603:3017:17a9:ffff:ffff:ffff:ffff:ffff
2603:3017:17da:ffff:ffff:ffff:ffff:ffff
2603:3017:17f0:ffff:ffff:ffff:ffff:ffff
2603:3017:17f9:ffff:ffff:ffff:ffff:ffff
2603:3017:1821:ffff:ffff:ffff:ffff:ffff
2603:3017:1834:ffff:ffff:ffff:ffff:ffff
2603:3017:1839:ffff:ffff:ffff:ffff:ffff
2603:3017:184c:ffff:ffff:ffff:ffff:ffff
2603:3017:1858:ffff:ffff:ffff:ffff:ffff
2603:3017:186f:ffff:ffff:ffff:ffff:ffff
2603:3017:1895:ffff:ffff:ffff:ffff:ffff
2603:3017:189b:ffff:ffff:ffff:ffff:ffff
2603:3017:18f9:ffff:ffff:ffff:ffff:ffff
2603:3017:1907:ffff:ffff:ffff:ffff:ffff
2603:3017:1918:ffff:ffff:ffff:ffff:ffff
2603:3017:1922:ffff:ffff:ffff:ffff:ffff
2603:3017:1984:ffff:ffff:ffff:ffff:ffff
2603:3017:19a5:ffff:ffff:ffff:ffff:ffff
2603:3017:19dc:ffff:ffff:ffff:ffff:ffff
2603:3017:19f0:ffff:ffff:ffff:ffff:ffff
2603:3017:1a08:ffff:ffff:ffff:ffff:ffff
2603:3017:1a0b:ffff:ffff:ffff:ffff:ffff
2603:3017:1a26:ffff:ffff:ffff:ffff:ffff
2603:3017:1a38:ffff:ffff:ffff:ffff:ffff
2603:3017:1a3c:ffff:ffff:ffff:ffff:ffff
2603:3017:1a47:ffff:ffff:ffff:ffff:ffff
2603:3017:1a50:ffff:ffff:ffff:ffff:ffff
2603:3017:1a55:ffff:ffff:ffff:ffff:ffff
2603:3017:1a67:ffff:ffff:ffff:ffff:ffff
2603:3017:1a9b:ffff:ffff:ffff:ffff:ffff
2603:3017:1aaf:ffff:ffff:ffff:ffff:ffff
2603:3017:1ace:ffff:ffff:ffff:ffff:ffff
2603:3017:1af2:ffff:ffff:ffff:ffff:ffff
2603:3017:1b14:ffff:ffff:ffff:ffff:ffff
2603:3017:1b30:ffff:ffff:ffff:ffff:ffff
2603:3017:1b4c:ffff:ffff:ffff:ffff:ffff

2603:3017:1b6d:ffff:ffff:ffff:ffff:ffff
2603:3017:1b70:ffff:ffff:ffff:ffff:ffff
2603:3017:1b79:ffff:ffff:ffff:ffff:ffff
2603:3017:1b90:ffff:ffff:ffff:ffff:ffff
2603:3017:1b99:ffff:ffff:ffff:ffff:ffff
2603:3017:1ba6:ffff:ffff:ffff:ffff:ffff
2603:3017:1bc9:ffff:ffff:ffff:ffff:ffff
2603:3017:1bd8:ffff:ffff:ffff:ffff:ffff
2603:3017:1be4:ffff:ffff:ffff:ffff:ffff
2603:3017:1be8:ffff:ffff:ffff:ffff:ffff
2603:3017:1bf1:ffff:ffff:ffff:ffff:ffff
2603:3017:1c02:ffff:ffff:ffff:ffff:ffff
2603:3017:1c19:ffff:ffff:ffff:ffff:ffff
2603:3017:1c2d:ffff:ffff:ffff:ffff:ffff
2603:3017:1c30:ffff:ffff:ffff:ffff:ffff
2603:3017:1c36:ffff:ffff:ffff:ffff:ffff
2603:3017:1c7a:ffff:ffff:ffff:ffff:ffff
2603:3017:1cdc:ffff:ffff:ffff:ffff:ffff
2603:3017:1d03:ffff:ffff:ffff:ffff:ffff
2603:3017:1d15:ffff:ffff:ffff:ffff:ffff
2603:3017:1d35:ffff:ffff:ffff:ffff:ffff
2603:3017:1d5f:ffff:ffff:ffff:ffff:ffff
2603:3017:1dc3:ffff:ffff:ffff:ffff:ffff
2603:3017:1dca:ffff:ffff:ffff:ffff:ffff
2603:3017:1dd0:ffff:ffff:ffff:ffff:ffff
2603:3017:1dda:ffff:ffff:ffff:ffff:ffff
2603:3017:1ddd:ffff:ffff:ffff:ffff:ffff
2603:3017:1e57:ffff:ffff:ffff:ffff:ffff
2603:3017:1e66:ffff:ffff:ffff:ffff:ffff
2603:3017:1e77:ffff:ffff:ffff:ffff:ffff
2603:3017:1e79:ffff:ffff:ffff:ffff:ffff
2603:3017:1ea8:ffff:ffff:ffff:ffff:ffff
2603:3017:1eb4:ffff:ffff:ffff:ffff:ffff
2603:3017:1eb7:ffff:ffff:ffff:ffff:ffff
2603:3017:1f0a:ffff:ffff:ffff:ffff:ffff
2603:3017:1f54:ffff:ffff:ffff:ffff:ffff
2603:3017:1f58:ffff:ffff:ffff:ffff:ffff

2603:3017:1f99:ffff:ffff:ffff:ffff:ffff
2603:3017:1fef:ffff:ffff:ffff:ffff:ffff
2603:3017:1ffe:ffff:ffff:ffff:ffff:ffff
2603:3017:2001:ffff:ffff:ffff:ffff:ffff
2603:3017:2037:ffff:ffff:ffff:ffff:ffff
2603:3017:203a:ffff:ffff:ffff:ffff:ffff
2603:3017:2083:ffff:ffff:ffff:ffff:ffff
2603:3017:2095:ffff:ffff:ffff:ffff:ffff
2603:3017:20ea:ffff:ffff:ffff:ffff:ffff
2603:3017:20ed:ffff:ffff:ffff:ffff:ffff
2603:3017:210b:ffff:ffff:ffff:ffff:ffff
2603:3017:211a:ffff:ffff:ffff:ffff:ffff
2603:3017:2164:ffff:ffff:ffff:ffff:ffff
2603:3017:216d:ffff:ffff:ffff:ffff:ffff
2603:3017:2191:ffff:ffff:ffff:ffff:ffff
2603:3017:219e:ffff:ffff:ffff:ffff:ffff
2603:3017:21c0:ffff:ffff:ffff:ffff:ffff
2603:3017:21cf:ffff:ffff:ffff:ffff:ffff
2603:3017:2205:ffff:ffff:ffff:ffff:ffff
2603:3017:221a:ffff:ffff:ffff:ffff:ffff
2603:3017:2268:ffff:ffff:ffff:ffff:ffff
2603:3017:227b:ffff:ffff:ffff:ffff:ffff
2603:3017:227d:ffff:ffff:ffff:ffff:ffff
2603:3017:227f:ffff:ffff:ffff:ffff:ffff
2603:3017:228d:ffff:ffff:ffff:ffff:ffff
2603:3017:2291:ffff:ffff:ffff:ffff:ffff
2603:3017:229b:ffff:ffff:ffff:ffff:ffff
2603:3017:229d:ffff:ffff:ffff:ffff:ffff
2603:3017:22ad:ffff:ffff:ffff:ffff:ffff
2603:3017:22b5:ffff:ffff:ffff:ffff:ffff
2603:3017:2322:ffff:ffff:ffff:ffff:ffff
2603:3017:233a:ffff:ffff:ffff:ffff:ffff
2603:3017:235a:ffff:ffff:ffff:ffff:ffff
2603:3017:235f:ffff:ffff:ffff:ffff:ffff
2603:3017:2368:ffff:ffff:ffff:ffff:ffff
2603:3017:236f:ffff:ffff:ffff:ffff:ffff
2603:3017:2387:ffff:ffff:ffff:ffff:ffff

2603:3017:238e:ffff:ffff:ffff:ffff:ffff
2603:3017:2392:ffff:ffff:ffff:ffff:ffff
2603:3017:23a9:ffff:ffff:ffff:ffff:ffff
2603:3017:23c2:ffff:ffff:ffff:ffff:ffff
2603:3017:23ed:ffff:ffff:ffff:ffff:ffff
2603:3017:2408:ffff:ffff:ffff:ffff:ffff
2603:3017:2419:ffff:ffff:ffff:ffff:ffff
2603:3017:241f:ffff:ffff:ffff:ffff:ffff
2603:3017:242c:ffff:ffff:ffff:ffff:ffff
2603:3017:2494:ffff:ffff:ffff:ffff:ffff
2603:3017:249d:ffff:ffff:ffff:ffff:ffff
2603:3017:24bf:ffff:ffff:ffff:ffff:ffff
2603:3017:24e0:ffff:ffff:ffff:ffff:ffff
2603:3017:24f0:ffff:ffff:ffff:ffff:ffff
2603:3017:24f3:ffff:ffff:ffff:ffff:ffff
2603:3017:24fa:ffff:ffff:ffff:ffff:ffff
2603:3017:2530:ffff:ffff:ffff:ffff:ffff
2603:3017:2546:ffff:ffff:ffff:ffff:ffff
2603:3017:254a:ffff:ffff:ffff:ffff:ffff
2603:3017:254e:ffff:ffff:ffff:ffff:ffff
2603:3017:2593:ffff:ffff:ffff:ffff:ffff
2603:3017:25a5:ffff:ffff:ffff:ffff:ffff
2603:3017:25bd:ffff:ffff:ffff:ffff:ffff
2603:3017:25dc:ffff:ffff:ffff:ffff:ffff
2603:3017:25ea:ffff:ffff:ffff:ffff:ffff
2603:3017:2606:ffff:ffff:ffff:ffff:ffff
2603:3017:261d:ffff:ffff:ffff:ffff:ffff
2603:3017:263a:ffff:ffff:ffff:ffff:ffff
2603:3017:2645:ffff:ffff:ffff:ffff:ffff
2603:3017:2658:ffff:ffff:ffff:ffff:ffff
2603:3017:2662:ffff:ffff:ffff:ffff:ffff
2603:3017:26a2:ffff:ffff:ffff:ffff:ffff
2603:3017:26a6:ffff:ffff:ffff:ffff:ffff
2603:3017:26b2:ffff:ffff:ffff:ffff:ffff
2603:3017:26bc:ffff:ffff:ffff:ffff:ffff
2603:3017:26e3:ffff:ffff:ffff:ffff:ffff
2603:3017:26e9:ffff:ffff:ffff:ffff:ffff

2603:3017:270d:ffff:ffff:ffff:ffff:ffff
2603:3017:272e:ffff:ffff:ffff:ffff:ffff
2603:3017:2736:ffff:ffff:ffff:ffff:ffff
2603:3017:275a:ffff:ffff:ffff:ffff:ffff
2603:3017:276f:ffff:ffff:ffff:ffff:ffff
2603:3017:27aa:ffff:ffff:ffff:ffff:ffff
2603:3017:2815:ffff:ffff:ffff:ffff:ffff
2603:3017:281f:ffff:ffff:ffff:ffff:ffff
2603:3017:2848:ffff:ffff:ffff:ffff:ffff
2603:3017:285a:ffff:ffff:ffff:ffff:ffff
2603:3017:285f:ffff:ffff:ffff:ffff:ffff
2603:3017:2899:ffff:ffff:ffff:ffff:ffff
2603:3017:28b0:ffff:ffff:ffff:ffff:ffff
2603:3017:28c8:ffff:ffff:ffff:ffff:ffff
2603:3017:28df:ffff:ffff:ffff:ffff:ffff
2603:3017:28ed:ffff:ffff:ffff:ffff:ffff
2603:3017:28f6:ffff:ffff:ffff:ffff:ffff
2603:3017:28fd:ffff:ffff:ffff:ffff:ffff
2603:3017:2906:ffff:ffff:ffff:ffff:ffff
2603:3017:2912:ffff:ffff:ffff:ffff:ffff
2603:3017:291d:ffff:ffff:ffff:ffff:ffff
2603:3017:2920:ffff:ffff:ffff:ffff:ffff
2603:3017:2928:ffff:ffff:ffff:ffff:ffff
2603:3017:2932:ffff:ffff:ffff:ffff:ffff
2603:3017:296d:ffff:ffff:ffff:ffff:ffff
2603:3017:29a6:ffff:ffff:ffff:ffff:ffff
2603:3017:29be:ffff:ffff:ffff:ffff:ffff
2603:3017:29e9:ffff:ffff:ffff:ffff:ffff
2603:3017:29fd:ffff:ffff:ffff:ffff:ffff
2603:3017:2a2b:ffff:ffff:ffff:ffff:ffff
2603:3017:2a4c:ffff:ffff:ffff:ffff:ffff
2603:3017:2a72:ffff:ffff:ffff:ffff:ffff
2603:3017:2aa5:ffff:ffff:ffff:ffff:ffff
2603:3017:2abc:ffff:ffff:ffff:ffff:ffff
2603:3017:2ae3:ffff:ffff:ffff:ffff:ffff
2603:3017:2aee:ffff:ffff:ffff:ffff:ffff
2603:3017:2b07:ffff:ffff:ffff:ffff:ffff

2603:3017:2b2a:ffff:ffff:ffff:ffff:ffff
2603:3017:2b40:ffff:ffff:ffff:ffff:ffff
2603:3017:2b50:ffff:ffff:ffff:ffff:ffff
2603:3017:2b6d:ffff:ffff:ffff:ffff:ffff
2603:3017:2b82:ffff:ffff:ffff:ffff:ffff
2603:3017:2b90:ffff:ffff:ffff:ffff:ffff
2603:3017:2ba2:ffff:ffff:ffff:ffff:ffff
2603:3017:2bc5:ffff:ffff:ffff:ffff:ffff
2603:3017:2bf7:ffff:ffff:ffff:ffff:ffff
2603:3017:2c0f:ffff:ffff:ffff:ffff:ffff
2603:3017:2c12:ffff:ffff:ffff:ffff:ffff
2603:3017:2c2c:ffff:ffff:ffff:ffff:ffff
2603:3017:2c41:ffff:ffff:ffff:ffff:ffff
2603:3017:2c60:ffff:ffff:ffff:ffff:ffff
2603:3017:2c89:ffff:ffff:ffff:ffff:ffff
2603:3017:2c94:ffff:ffff:ffff:ffff:ffff
2603:3017:2c9f:ffff:ffff:ffff:ffff:ffff
2603:3017:2ce1:ffff:ffff:ffff:ffff:ffff
2603:3017:2ce5:ffff:ffff:ffff:ffff:ffff
2603:3017:2cfb:ffff:ffff:ffff:ffff:ffff
2603:3017:2d1e:ffff:ffff:ffff:ffff:ffff
2603:3017:2d23:ffff:ffff:ffff:ffff:ffff
2603:3017:2d36:ffff:ffff:ffff:ffff:ffff
2603:3017:2d6d:ffff:ffff:ffff:ffff:ffff
2603:3017:2d7a:ffff:ffff:ffff:ffff:ffff
2603:3017:2d85:ffff:ffff:ffff:ffff:ffff
2603:3017:2d92:ffff:ffff:ffff:ffff:ffff
2603:3017:2da8:ffff:ffff:ffff:ffff:ffff
2603:3017:2daa:ffff:ffff:ffff:ffff:ffff
2603:3017:2dad:ffff:ffff:ffff:ffff:ffff
2603:3017:2dbf:ffff:ffff:ffff:ffff:ffff
2603:3017:2de0:ffff:ffff:ffff:ffff:ffff
2603:3017:2dfb:ffff:ffff:ffff:ffff:ffff
2603:3017:2e0c:ffff:ffff:ffff:ffff:ffff
2603:3017:2e16:ffff:ffff:ffff:ffff:ffff
2603:3017:2e2f:ffff:ffff:ffff:ffff:ffff
2603:3017:2e60:ffff:ffff:ffff:ffff:ffff

2603:3017:2e63:ffff:ffff:ffff:ffff:ffff
2603:3017:2e71:ffff:ffff:ffff:ffff:ffff
2603:3017:2e9c:ffff:ffff:ffff:ffff:ffff
2603:3017:2ecb:ffff:ffff:ffff:ffff:ffff
2603:3017:2ede:ffff:ffff:ffff:ffff:ffff
2603:3017:2ee0:ffff:ffff:ffff:ffff:ffff
2603:3017:2ef6:ffff:ffff:ffff:ffff:ffff
2603:3017:2f4d:ffff:ffff:ffff:ffff:ffff
2603:3017:2f54:ffff:ffff:ffff:ffff:ffff
2603:3017:2f61:ffff:ffff:ffff:ffff:ffff
2603:3017:2f80:ffff:ffff:ffff:ffff:ffff
2603:3017:2f88:ffff:ffff:ffff:ffff:ffff
2603:3017:2ff4:ffff:ffff:ffff:ffff:ffff
2603:3017:3040:ffff:ffff:ffff:ffff:ffff
2603:3017:306a:ffff:ffff:ffff:ffff:ffff
2603:3017:3077:ffff:ffff:ffff:ffff:ffff
2603:3017:30a2:ffff:ffff:ffff:ffff:ffff
2603:3017:30ad:ffff:ffff:ffff:ffff:ffff
2603:3017:30b3:ffff:ffff:ffff:ffff:ffff
2603:3017:30b6:ffff:ffff:ffff:ffff:ffff
2603:3017:30d9:ffff:ffff:ffff:ffff:ffff
2603:3017:30e2:ffff:ffff:ffff:ffff:ffff
2603:3017:30f1:ffff:ffff:ffff:ffff:ffff
2603:3017:30f7:ffff:ffff:ffff:ffff:ffff
2603:3017:30fa:ffff:ffff:ffff:ffff:ffff
2603:3017:3110:ffff:ffff:ffff:ffff:ffff
2603:3017:3122:ffff:ffff:ffff:ffff:ffff
2603:3017:3131:ffff:ffff:ffff:ffff:ffff
2603:3017:313f:ffff:ffff:ffff:ffff:ffff
2603:3017:3174:ffff:ffff:ffff:ffff:ffff
2603:3017:3181:ffff:ffff:ffff:ffff:ffff
2603:3017:31bb:ffff:ffff:ffff:ffff:ffff
2603:3017:31c7:ffff:ffff:ffff:ffff:ffff
2603:3017:31d0:ffff:ffff:ffff:ffff:ffff
2603:3017:31f3:ffff:ffff:ffff:ffff:ffff
2603:3017:3206:ffff:ffff:ffff:ffff:ffff
2603:3017:3221:ffff:ffff:ffff:ffff:ffff

2603:3017:322a:ffff:ffff:ffff:ffff:ffff
2603:3017:3245:ffff:ffff:ffff:ffff:ffff
2603:3017:324d:ffff:ffff:ffff:ffff:ffff
2603:3017:3259:ffff:ffff:ffff:ffff:ffff
2603:3017:3263:ffff:ffff:ffff:ffff:ffff
2603:3017:3274:ffff:ffff:ffff:ffff:ffff
2603:3017:327a:ffff:ffff:ffff:ffff:ffff
2603:3017:3280:ffff:ffff:ffff:ffff:ffff
2603:3017:3282:ffff:ffff:ffff:ffff:ffff
2603:3017:3284:ffff:ffff:ffff:ffff:ffff
2603:3017:328f:ffff:ffff:ffff:ffff:ffff
2603:3017:3292:ffff:ffff:ffff:ffff:ffff
2603:3017:32ab:ffff:ffff:ffff:ffff:ffff
2603:3017:32b4:ffff:ffff:ffff:ffff:ffff
2603:3017:32bd:ffff:ffff:ffff:ffff:ffff
2603:3017:32c3:ffff:ffff:ffff:ffff:ffff
2603:3017:32c8:ffff:ffff:ffff:ffff:ffff
2603:3017:32ca:ffff:ffff:ffff:ffff:ffff
2603:3017:32db:ffff:ffff:ffff:ffff:ffff
2603:3017:32ec:ffff:ffff:ffff:ffff:ffff
2603:3017:32f4:ffff:ffff:ffff:ffff:ffff
2603:3017:3302:ffff:ffff:ffff:ffff:ffff
2603:3017:3313:ffff:ffff:ffff:ffff:ffff
2603:3017:3315:ffff:ffff:ffff:ffff:ffff
2603:3017:3341:ffff:ffff:ffff:ffff:ffff
2603:3017:3360:ffff:ffff:ffff:ffff:ffff
2603:3017:3374:ffff:ffff:ffff:ffff:ffff
2603:3017:3377:ffff:ffff:ffff:ffff:ffff
2603:3017:3388:ffff:ffff:ffff:ffff:ffff
2603:3017:3397:ffff:ffff:ffff:ffff:ffff
2603:3017:33a4:ffff:ffff:ffff:ffff:ffff
2603:3017:33ac:ffff:ffff:ffff:ffff:ffff
2603:3017:33cc:ffff:ffff:ffff:ffff:ffff
2603:3017:33fd:ffff:ffff:ffff:ffff:ffff
2603:3017:3447:ffff:ffff:ffff:ffff:ffff
2603:3017:344d:ffff:ffff:ffff:ffff:ffff
2603:3017:3464:ffff:ffff:ffff:ffff:ffff

2603:3017:3483:ffff:ffff:ffff:ffff:ffff
2603:3017:3498:ffff:ffff:ffff:ffff:ffff
2603:3017:3534:ffff:ffff:ffff:ffff:ffff
2603:3017:353a:ffff:ffff:ffff:ffff:ffff
2603:3017:3545:ffff:ffff:ffff:ffff:ffff
2603:3017:3556:ffff:ffff:ffff:ffff:ffff
2603:3017:3583:ffff:ffff:ffff:ffff:ffff
2603:3017:3605:ffff:ffff:ffff:ffff:ffff
2603:3017:3609:ffff:ffff:ffff:ffff:ffff
2603:3017:3627:ffff:ffff:ffff:ffff:ffff
2603:3017:3639:ffff:ffff:ffff:ffff:ffff
2603:3017:3657:ffff:ffff:ffff:ffff:ffff
2603:3017:3672:ffff:ffff:ffff:ffff:ffff
2603:3017:369b:ffff:ffff:ffff:ffff:ffff
2603:3017:36bc:ffff:ffff:ffff:ffff:ffff
2603:3017:36c6:ffff:ffff:ffff:ffff:ffff
2603:3017:36eb:ffff:ffff:ffff:ffff:ffff
2603:3017:36fa:ffff:ffff:ffff:ffff:ffff
2603:3017:3744:ffff:ffff:ffff:ffff:ffff
2603:3017:3792:ffff:ffff:ffff:ffff:ffff
2603:3017:379c:ffff:ffff:ffff:ffff:ffff
2603:3017:37a8:ffff:ffff:ffff:ffff:ffff
2603:3017:3808:ffff:ffff:ffff:ffff:ffff
2603:3017:387a:ffff:ffff:ffff:ffff:ffff
2603:3017:3890:ffff:ffff:ffff:ffff:ffff
2603:3017:38a8:ffff:ffff:ffff:ffff:ffff
2603:3017:38b8:ffff:ffff:ffff:ffff:ffff
2603:3017:38d5:ffff:ffff:ffff:ffff:ffff
2603:3017:3916:ffff:ffff:ffff:ffff:ffff
2603:3017:393c:ffff:ffff:ffff:ffff:ffff
2603:3017:394a:ffff:ffff:ffff:ffff:ffff
2603:3017:397f:ffff:ffff:ffff:ffff:ffff
2603:3017:3995:ffff:ffff:ffff:ffff:ffff
2603:3017:39a9:ffff:ffff:ffff:ffff:ffff
2603:3017:39c4:ffff:ffff:ffff:ffff:ffff
2603:3017:39e3:ffff:ffff:ffff:ffff:ffff
2603:3017:39f6:ffff:ffff:ffff:ffff:ffff

2603:3017:3a1f:ffff:ffff:ffff:ffff:ffff
2603:3017:3a28:ffff:ffff:ffff:ffff:ffff
2603:3017:3a3f:ffff:ffff:ffff:ffff:ffff
2603:3017:3a5d:ffff:ffff:ffff:ffff:ffff
2603:3017:3a78:ffff:ffff:ffff:ffff:ffff
2603:3017:3abd:ffff:ffff:ffff:ffff:ffff
2603:3017:3add:ffff:ffff:ffff:ffff:ffff
2603:3017:3ae5:ffff:ffff:ffff:ffff:ffff
2603:3017:3b69:ffff:ffff:ffff:ffff:ffff
2603:3017:3b92:ffff:ffff:ffff:ffff:ffff
2603:3017:3b96:ffff:ffff:ffff:ffff:ffff
2603:3017:3bb4:ffff:ffff:ffff:ffff:ffff
2603:3017:3bc9:ffff:ffff:ffff:ffff:ffff
2603:3017:3bcc:ffff:ffff:ffff:ffff:ffff
2603:3017:3bd2:ffff:ffff:ffff:ffff:ffff
2603:3017:3bff:ffff:ffff:ffff:ffff:ffff
2603:3017:3c22:ffff:ffff:ffff:ffff:ffff
2603:3017:3c28:ffff:ffff:ffff:ffff:ffff
2603:3017:3c38:ffff:ffff:ffff:ffff:ffff
2603:3017:3c41:ffff:ffff:ffff:ffff:ffff
2603:3017:3c4c:ffff:ffff:ffff:ffff:ffff
2603:3017:3c6d:ffff:ffff:ffff:ffff:ffff
2603:3017:3c83:ffff:ffff:ffff:ffff:ffff
2603:3017:3ca2:ffff:ffff:ffff:ffff:ffff
2603:3017:3ca8:ffff:ffff:ffff:ffff:ffff
2603:3017:3cb7:ffff:ffff:ffff:ffff:ffff
2603:3017:3cd1:ffff:ffff:ffff:ffff:ffff
2603:3017:3cd6:ffff:ffff:ffff:ffff:ffff
2603:3017:3ce3:ffff:ffff:ffff:ffff:ffff
2603:3017:3cfb:ffff:ffff:ffff:ffff:ffff
2603:3017:3d08:ffff:ffff:ffff:ffff:ffff
2603:3017:3d0f:ffff:ffff:ffff:ffff:ffff
2603:3017:3d1a:ffff:ffff:ffff:ffff:ffff
2603:3017:3d2b:ffff:ffff:ffff:ffff:ffff
2603:3017:3d47:ffff:ffff:ffff:ffff:ffff
2603:3017:3d4b:ffff:ffff:ffff:ffff:ffff
2603:3017:3d61:ffff:ffff:ffff:ffff:ffff

2603:3017:3d68:ffff:ffff:ffff:ffff:ffff
2603:3017:3d99:ffff:ffff:ffff:ffff:ffff
2603:3017:3da8:ffff:ffff:ffff:ffff:ffff
2603:3017:3dae:ffff:ffff:ffff:ffff:ffff
2603:3017:3db9:ffff:ffff:ffff:ffff:ffff
2603:3017:3dbc:ffff:ffff:ffff:ffff:ffff
2603:3017:3dce:ffff:ffff:ffff:ffff:ffff
2603:3017:3dda:ffff:ffff:ffff:ffff:ffff
2603:3017:3ddc:ffff:ffff:ffff:ffff:ffff
2603:3017:3df2:ffff:ffff:ffff:ffff:ffff
2603:3017:3dfa:ffff:ffff:ffff:ffff:ffff
2603:3017:3e35:ffff:ffff:ffff:ffff:ffff
2603:3017:3e3d:ffff:ffff:ffff:ffff:ffff
2603:3017:3e44:ffff:ffff:ffff:ffff:ffff
2603:3017:3e4b:ffff:ffff:ffff:ffff:ffff
2603:3017:3e79:ffff:ffff:ffff:ffff:ffff
2603:3017:3eb3:ffff:ffff:ffff:ffff:ffff
2603:3017:3ee4:ffff:ffff:ffff:ffff:ffff
2603:3017:3eea:ffff:ffff:ffff:ffff:ffff
2603:3017:3ef1:ffff:ffff:ffff:ffff:ffff
2603:3017:3ef4:ffff:ffff:ffff:ffff:ffff
2603:3017:3f49:ffff:ffff:ffff:ffff:ffff
2603:3017:3f5d:ffff:ffff:ffff:ffff:ffff
2603:3017:3f6c:ffff:ffff:ffff:ffff:ffff
2603:3017:3f71:ffff:ffff:ffff:ffff:ffff
2603:3017:3f76:ffff:ffff:ffff:ffff:ffff
2603:3017:3fb4:ffff:ffff:ffff:ffff:ffff
2603:3017:3fc8:ffff:ffff:ffff:ffff:ffff
2603:3017:3feb:ffff:ffff:ffff:ffff:ffff
2603:3017:4021:ffff:ffff:ffff:ffff:ffff
2603:3017:405f:ffff:ffff:ffff:ffff:ffff
2603:3017:4072:ffff:ffff:ffff:ffff:ffff
2603:3017:4075:ffff:ffff:ffff:ffff:ffff
2603:3017:4083:ffff:ffff:ffff:ffff:ffff
2603:3017:4095:ffff:ffff:ffff:ffff:ffff
2603:3017:4098:ffff:ffff:ffff:ffff:ffff
2603:3017:40a3:ffff:ffff:ffff:ffff:ffff

2603:3017:40b6:ffff:ffff:ffff:ffff:ffff
2603:3017:40c7:ffff:ffff:ffff:ffff:ffff
2603:3017:40e3:ffff:ffff:ffff:ffff:ffff
2603:3017:40fd:ffff:ffff:ffff:ffff:ffff
2603:3017:4108:ffff:ffff:ffff:ffff:ffff
2603:3017:4111:ffff:ffff:ffff:ffff:ffff
2603:3017:411e:ffff:ffff:ffff:ffff:ffff
2603:3017:412e:ffff:ffff:ffff:ffff:ffff
2603:3017:415a:ffff:ffff:ffff:ffff:ffff
2603:3017:416c:ffff:ffff:ffff:ffff:ffff
2603:3017:417c:ffff:ffff:ffff:ffff:ffff
2603:3017:4195:ffff:ffff:ffff:ffff:ffff
2603:3017:4198:ffff:ffff:ffff:ffff:ffff
2603:3017:41bf:ffff:ffff:ffff:ffff:ffff
2603:3017:41c5:ffff:ffff:ffff:ffff:ffff
2603:3017:41ef:ffff:ffff:ffff:ffff:ffff
2603:3017:41fc:ffff:ffff:ffff:ffff:ffff
2603:3017:4225:ffff:ffff:ffff:ffff:ffff
2603:3017:4239:ffff:ffff:ffff:ffff:ffff
2603:3017:424d:ffff:ffff:ffff:ffff:ffff
2603:3017:4251:ffff:ffff:ffff:ffff:ffff
2603:3017:4270:ffff:ffff:ffff:ffff:ffff
2603:3017:4274:ffff:ffff:ffff:ffff:ffff
2603:3017:42a4:ffff:ffff:ffff:ffff:ffff
2603:3017:42b4:ffff:ffff:ffff:ffff:ffff
2603:3017:42bd:ffff:ffff:ffff:ffff:ffff
2603:3017:42d2:ffff:ffff:ffff:ffff:ffff
2603:3017:42dd:ffff:ffff:ffff:ffff:ffff
2603:3017:431d:ffff:ffff:ffff:ffff:ffff
2603:3017:4363:ffff:ffff:ffff:ffff:ffff
2603:3017:4371:ffff:ffff:ffff:ffff:ffff
2603:3017:4398:ffff:ffff:ffff:ffff:ffff
2603:3017:43a8:ffff:ffff:ffff:ffff:ffff
2603:3017:43ac:ffff:ffff:ffff:ffff:ffff
2603:3017:43bf:ffff:ffff:ffff:ffff:ffff
2603:3017:43f3:ffff:ffff:ffff:ffff:ffff
2603:3017:440f:ffff:ffff:ffff:ffff:ffff

2603:3017:4459:ffff:ffff:ffff:ffff:ffff
2603:3017:4471:ffff:ffff:ffff:ffff:ffff
2603:3017:44df:ffff:ffff:ffff:ffff:ffff
2603:3017:450f:ffff:ffff:ffff:ffff:ffff
2603:3017:451b:ffff:ffff:ffff:ffff:ffff
2603:3017:4525:ffff:ffff:ffff:ffff:ffff
2603:3017:454c:ffff:ffff:ffff:ffff:ffff
2603:3017:455a:ffff:ffff:ffff:ffff:ffff
2603:3017:4564:ffff:ffff:ffff:ffff:ffff
2603:3017:4581:ffff:ffff:ffff:ffff:ffff
2603:3017:4593:ffff:ffff:ffff:ffff:ffff
2603:3017:4598:ffff:ffff:ffff:ffff:ffff
2603:3017:45c2:ffff:ffff:ffff:ffff:ffff
2603:3017:45d6:ffff:ffff:ffff:ffff:ffff
2603:3017:45e0:ffff:ffff:ffff:ffff:ffff
2603:3017:4670:ffff:ffff:ffff:ffff:ffff
2603:3017:468e:ffff:ffff:ffff:ffff:ffff
2603:3017:46e5:ffff:ffff:ffff:ffff:ffff
2603:3017:46fc:ffff:ffff:ffff:ffff:ffff
2603:3017:4765:ffff:ffff:ffff:ffff:ffff
2603:3017:4786:ffff:ffff:ffff:ffff:ffff
2603:3017:478f:ffff:ffff:ffff:ffff:ffff
2603:3017:479f:ffff:ffff:ffff:ffff:ffff
2603:3017:47b8:ffff:ffff:ffff:ffff:ffff
2603:3017:47ee:ffff:ffff:ffff:ffff:ffff
2603:3017:4811:ffff:ffff:ffff:ffff:ffff
2603:3017:484f:ffff:ffff:ffff:ffff:ffff
2603:3017:4859:ffff:ffff:ffff:ffff:ffff
2603:3017:4875:ffff:ffff:ffff:ffff:ffff
2603:3017:487b:ffff:ffff:ffff:ffff:ffff
2603:3017:48de:ffff:ffff:ffff:ffff:ffff
2603:3017:48e7:ffff:ffff:ffff:ffff:ffff
2603:3017:4918:ffff:ffff:ffff:ffff:ffff
2603:3017:494d:ffff:ffff:ffff:ffff:ffff
2603:3017:4966:ffff:ffff:ffff:ffff:ffff
2603:3017:4972:ffff:ffff:ffff:ffff:ffff
2603:3017:49bb:ffff:ffff:ffff:ffff:ffff

2603:3017:4a33:ffff:ffff:ffff:ffff:ffff
2603:3017:4a36:ffff:ffff:ffff:ffff:ffff
2603:3017:4a52:ffff:ffff:ffff:ffff:ffff
2603:3017:4a6a:ffff:ffff:ffff:ffff:ffff
2603:3017:4aa1:ffff:ffff:ffff:ffff:ffff
2603:3017:4ac1:ffff:ffff:ffff:ffff:ffff
2603:3017:4aeb:ffff:ffff:ffff:ffff:ffff
2603:3017:4b32:ffff:ffff:ffff:ffff:ffff
2603:3017:4b45:ffff:ffff:ffff:ffff:ffff
2603:3017:4b6a:ffff:ffff:ffff:ffff:ffff
2603:3017:4b8e:ffff:ffff:ffff:ffff:ffff
2603:3017:4bb8:ffff:ffff:ffff:ffff:ffff
2603:3017:4bbf:ffff:ffff:ffff:ffff:ffff
2603:3017:4be3:ffff:ffff:ffff:ffff:ffff
2603:3017:4bf5:ffff:ffff:ffff:ffff:ffff
2603:3017:4bf8:ffff:ffff:ffff:ffff:ffff
2603:3017:4c1d:ffff:ffff:ffff:ffff:ffff
2603:3017:4c2e:ffff:ffff:ffff:ffff:ffff
2603:3017:4c51:ffff:ffff:ffff:ffff:ffff
2603:3017:4c66:ffff:ffff:ffff:ffff:ffff
2603:3017:4ca4:ffff:ffff:ffff:ffff:ffff
2603:3017:4cba:ffff:ffff:ffff:ffff:ffff
2603:3017:4d08:ffff:ffff:ffff:ffff:ffff
2603:3017:4d0c:ffff:ffff:ffff:ffff:ffff
2603:3017:4d0f:ffff:ffff:ffff:ffff:ffff
2603:3017:4d50:ffff:ffff:ffff:ffff:ffff
2603:3017:4d5f:ffff:ffff:ffff:ffff:ffff
2603:3017:4d6d:ffff:ffff:ffff:ffff:ffff
2603:3017:4d7a:ffff:ffff:ffff:ffff:ffff
2603:3017:4d9a:ffff:ffff:ffff:ffff:ffff
2603:3017:4db7:ffff:ffff:ffff:ffff:ffff
2603:3017:4dbe:ffff:ffff:ffff:ffff:ffff
2603:3017:4de1:ffff:ffff:ffff:ffff:ffff
2603:3017:4df3:ffff:ffff:ffff:ffff:ffff
2603:3017:4dff:ffff:ffff:ffff:ffff:ffff
2603:3017:4e09:ffff:ffff:ffff:ffff:ffff
2603:3017:4e41:ffff:ffff:ffff:ffff:ffff

2603:3017:4e60:ffff:ffff:ffff:ffff:ffff
2603:3017:4e6a:ffff:ffff:ffff:ffff:ffff
2603:3017:4e85:ffff:ffff:ffff:ffff:ffff
2603:3017:4ea2:ffff:ffff:ffff:ffff:ffff
2603:3017:4ebf:ffff:ffff:ffff:ffff:ffff
2603:3017:4ec2:ffff:ffff:ffff:ffff:ffff
2603:3017:4ed0:ffff:ffff:ffff:ffff:ffff
2603:3017:4eda:ffff:ffff:ffff:ffff:ffff
2603:3017:4ee1:ffff:ffff:ffff:ffff:ffff
2603:3017:4ef6:ffff:ffff:ffff:ffff:ffff
2603:3017:4f23:ffff:ffff:ffff:ffff:ffff
2603:3017:4f34:ffff:ffff:ffff:ffff:ffff
2603:3017:4f3a:ffff:ffff:ffff:ffff:ffff
2603:3017:4fd3:ffff:ffff:ffff:ffff:ffff
2603:3017:4ff4:ffff:ffff:ffff:ffff:ffff
2603:3017:500f:ffff:ffff:ffff:ffff:ffff
2603:3017:5022:ffff:ffff:ffff:ffff:ffff
2603:3017:5041:ffff:ffff:ffff:ffff:ffff
2603:3017:5045:ffff:ffff:ffff:ffff:ffff
2603:3017:5053:ffff:ffff:ffff:ffff:ffff
2603:3017:5097:ffff:ffff:ffff:ffff:ffff
2603:3017:50b0:ffff:ffff:ffff:ffff:ffff
2603:3017:50c1:ffff:ffff:ffff:ffff:ffff
2603:3017:50d1:ffff:ffff:ffff:ffff:ffff
2603:3017:50dc:ffff:ffff:ffff:ffff:ffff
2603:3017:50fb:ffff:ffff:ffff:ffff:ffff
2603:3017:510a:ffff:ffff:ffff:ffff:ffff
2603:3017:5120:ffff:ffff:ffff:ffff:ffff
2603:3017:5134:ffff:ffff:ffff:ffff:ffff
2603:3017:5150:ffff:ffff:ffff:ffff:ffff
2603:3017:518d:ffff:ffff:ffff:ffff:ffff
2603:3017:519a:ffff:ffff:ffff:ffff:ffff
2603:3017:51a8:ffff:ffff:ffff:ffff:ffff
2603:3017:51d4:ffff:ffff:ffff:ffff:ffff
2603:3017:51df:ffff:ffff:ffff:ffff:ffff
2603:3017:51e2:ffff:ffff:ffff:ffff:ffff
2603:3017:51e9:ffff:ffff:ffff:ffff:ffff

2603:3017:51f7:ffff:ffff:ffff:ffff:ffff
2603:3017:5214:ffff:ffff:ffff:ffff:ffff
2603:3017:521f:ffff:ffff:ffff:ffff:ffff
2603:3017:524e:ffff:ffff:ffff:ffff:ffff
2603:3017:525c:ffff:ffff:ffff:ffff:ffff
2603:3017:5281:ffff:ffff:ffff:ffff:ffff
2603:3017:5286:ffff:ffff:ffff:ffff:ffff
2603:3017:528c:ffff:ffff:ffff:ffff:ffff
2603:3017:5290:ffff:ffff:ffff:ffff:ffff
2603:3017:52a5:ffff:ffff:ffff:ffff:ffff
2603:3017:52f7:ffff:ffff:ffff:ffff:ffff
2603:3017:531a:ffff:ffff:ffff:ffff:ffff
2603:3017:5348:ffff:ffff:ffff:ffff:ffff
2603:3017:539d:ffff:ffff:ffff:ffff:ffff
2603:3017:53bd:ffff:ffff:ffff:ffff:ffff
2603:3017:53c3:ffff:ffff:ffff:ffff:ffff
2603:3017:53d0:ffff:ffff:ffff:ffff:ffff
2603:3017:53d9:ffff:ffff:ffff:ffff:ffff
2603:3017:53db:ffff:ffff:ffff:ffff:ffff
2603:3017:53fa:ffff:ffff:ffff:ffff:ffff
2603:3017:5403:ffff:ffff:ffff:ffff:ffff
2603:3017:540b:ffff:ffff:ffff:ffff:ffff
2603:3017:540e:ffff:ffff:ffff:ffff:ffff
2603:3017:5418:ffff:ffff:ffff:ffff:ffff
2603:3017:546b:ffff:ffff:ffff:ffff:ffff
2603:3017:54b2:ffff:ffff:ffff:ffff:ffff
2603:3017:54cf:ffff:ffff:ffff:ffff:ffff
2603:3017:54ec:ffff:ffff:ffff:ffff:ffff
2603:3017:5501:ffff:ffff:ffff:ffff:ffff
2603:3017:551e:ffff:ffff:ffff:ffff:ffff
2603:3017:5552:ffff:ffff:ffff:ffff:ffff
2603:3017:5559:ffff:ffff:ffff:ffff:ffff
2603:3017:556a:ffff:ffff:ffff:ffff:ffff
2603:3017:556e:ffff:ffff:ffff:ffff:ffff
2603:3017:557b:ffff:ffff:ffff:ffff:ffff
2603:3017:557e:ffff:ffff:ffff:ffff:ffff
2603:3017:559c:ffff:ffff:ffff:ffff:ffff

2603:3017:55ad:ffff:ffff:ffff:ffff:ffff
2603:3017:55bf:ffff:ffff:ffff:ffff:ffff
2603:3017:55c3:ffff:ffff:ffff:ffff:ffff
2603:3017:55d6:ffff:ffff:ffff:ffff:ffff
2603:3017:55d9:ffff:ffff:ffff:ffff:ffff
2603:3017:5610:ffff:ffff:ffff:ffff:ffff
2603:3017:5617:ffff:ffff:ffff:ffff:ffff
2603:3017:561f:ffff:ffff:ffff:ffff:ffff
2603:3017:5628:ffff:ffff:ffff:ffff:ffff
2603:3017:5630:ffff:ffff:ffff:ffff:ffff
2603:3017:5645:ffff:ffff:ffff:ffff:ffff
2603:3017:564b:ffff:ffff:ffff:ffff:ffff
2603:3017:5650:ffff:ffff:ffff:ffff:ffff
2603:3017:5654:ffff:ffff:ffff:ffff:ffff
2603:3017:5661:ffff:ffff:ffff:ffff:ffff
2603:3017:5667:ffff:ffff:ffff:ffff:ffff
2603:3017:567f:ffff:ffff:ffff:ffff:ffff
2603:3017:5689:ffff:ffff:ffff:ffff:ffff
2603:3017:56a5:ffff:ffff:ffff:ffff:ffff
2603:3017:56af:ffff:ffff:ffff:ffff:ffff
2603:3017:56c8:ffff:ffff:ffff:ffff:ffff
2603:3017:56d5:ffff:ffff:ffff:ffff:ffff
2603:3017:56df:ffff:ffff:ffff:ffff:ffff
2603:3017:56e4:ffff:ffff:ffff:ffff:ffff
2603:3017:56e6:ffff:ffff:ffff:ffff:ffff
2603:3017:5724:ffff:ffff:ffff:ffff:ffff
2603:3017:5733:ffff:ffff:ffff:ffff:ffff
2603:3017:57a6:ffff:ffff:ffff:ffff:ffff
2603:3017:57ac:ffff:ffff:ffff:ffff:ffff
2603:3017:57bc:ffff:ffff:ffff:ffff:ffff
2603:3017:57ce:ffff:ffff:ffff:ffff:ffff
2603:3017:57d2:ffff:ffff:ffff:ffff:ffff
2603:3017:5824:ffff:ffff:ffff:ffff:ffff
2603:3017:583b:ffff:ffff:ffff:ffff:ffff
2603:3017:5857:ffff:ffff:ffff:ffff:ffff
2603:3017:5863:ffff:ffff:ffff:ffff:ffff
2603:3017:58a3:ffff:ffff:ffff:ffff:ffff

2603:3017:58ab:ffff:ffff:ffff:ffff:ffff
2603:3017:58c3:ffff:ffff:ffff:ffff:ffff
2603:3017:58c6:ffff:ffff:ffff:ffff:ffff
2603:3017:58ca:ffff:ffff:ffff:ffff:ffff
2603:3017:5908:ffff:ffff:ffff:ffff:ffff
2603:3017:5940:ffff:ffff:ffff:ffff:ffff
2603:3017:5951:ffff:ffff:ffff:ffff:ffff
2603:3017:5953:ffff:ffff:ffff:ffff:ffff
2603:3017:5960:ffff:ffff:ffff:ffff:ffff
2603:3017:59c1:ffff:ffff:ffff:ffff:ffff
2603:3017:59e7:ffff:ffff:ffff:ffff:ffff
2603:3017:59fa:ffff:ffff:ffff:ffff:ffff
2603:3017:59fc:ffff:ffff:ffff:ffff:ffff
2603:3017:5a08:ffff:ffff:ffff:ffff:ffff
2603:3017:5a0f:ffff:ffff:ffff:ffff:ffff
2603:3017:5a13:ffff:ffff:ffff:ffff:ffff
2603:3017:5a39:ffff:ffff:ffff:ffff:ffff
2603:3017:5a47:ffff:ffff:ffff:ffff:ffff
2603:3017:5a68:ffff:ffff:ffff:ffff:ffff
2603:3017:5a9d:ffff:ffff:ffff:ffff:ffff
2603:3017:5aaa:ffff:ffff:ffff:ffff:ffff
2603:3017:5ab4:ffff:ffff:ffff:ffff:ffff
2603:3017:5ace:ffff:ffff:ffff:ffff:ffff
2603:3017:5af2:ffff:ffff:ffff:ffff:ffff
2603:3017:5afb:ffff:ffff:ffff:ffff:ffff
2603:3017:5b0f:ffff:ffff:ffff:ffff:ffff
2603:3017:5b24:ffff:ffff:ffff:ffff:ffff
2603:3017:5b27:ffff:ffff:ffff:ffff:ffff
2603:3017:5b2d:ffff:ffff:ffff:ffff:ffff
2603:3017:5b32:ffff:ffff:ffff:ffff:ffff
2603:3017:5b45:ffff:ffff:ffff:ffff:ffff
2603:3017:5b49:ffff:ffff:ffff:ffff:ffff
2603:3017:5b6e:ffff:ffff:ffff:ffff:ffff
2603:3017:5b72:ffff:ffff:ffff:ffff:ffff
2603:3017:5b98:ffff:ffff:ffff:ffff:ffff
2603:3017:5bea:ffff:ffff:ffff:ffff:ffff
2603:3017:5bf7:ffff:ffff:ffff:ffff:ffff

2603:3017:5c17:ffff:ffff:ffff:ffff:ffff
2603:3017:5c1b:ffff:ffff:ffff:ffff:ffff
2603:3017:5c27:ffff:ffff:ffff:ffff:ffff
2603:3017:5c41:ffff:ffff:ffff:ffff:ffff
2603:3017:5c9a:ffff:ffff:ffff:ffff:ffff
2603:3017:5cd2:ffff:ffff:ffff:ffff:ffff
2603:3017:5cd4:ffff:ffff:ffff:ffff:ffff
2603:3017:5d14:ffff:ffff:ffff:ffff:ffff
2603:3017:5d35:ffff:ffff:ffff:ffff:ffff
2603:3017:5d52:ffff:ffff:ffff:ffff:ffff
2603:3017:5dc0:ffff:ffff:ffff:ffff:ffff
2603:3017:5dd0:ffff:ffff:ffff:ffff:ffff
2603:3017:5ddc:ffff:ffff:ffff:ffff:ffff
2603:3017:5de2:ffff:ffff:ffff:ffff:ffff
2603:3017:5e09:ffff:ffff:ffff:ffff:ffff
2603:3017:5e41:ffff:ffff:ffff:ffff:ffff
2603:3017:5e68:ffff:ffff:ffff:ffff:ffff
2603:3017:5e6c:ffff:ffff:ffff:ffff:ffff
2603:3017:5e78:ffff:ffff:ffff:ffff:ffff
2603:3017:5e80:ffff:ffff:ffff:ffff:ffff
2603:3017:5e97:ffff:ffff:ffff:ffff:ffff
2603:3017:5ec0:ffff:ffff:ffff:ffff:ffff
2603:3017:5eea:ffff:ffff:ffff:ffff:ffff
2603:3017:5f00:ffff:ffff:ffff:ffff:ffff
2603:3017:5f0b:ffff:ffff:ffff:ffff:ffff
2603:3017:5f17:ffff:ffff:ffff:ffff:ffff
2603:3017:5f2c:ffff:ffff:ffff:ffff:ffff
2603:3017:5f33:ffff:ffff:ffff:ffff:ffff
2603:3017:5f39:ffff:ffff:ffff:ffff:ffff
2603:3017:5f53:ffff:ffff:ffff:ffff:ffff
2603:3017:5f5b:ffff:ffff:ffff:ffff:ffff
2603:3017:5f65:ffff:ffff:ffff:ffff:ffff
2603:3017:5f6b:ffff:ffff:ffff:ffff:ffff
2603:3017:5fdf:ffff:ffff:ffff:ffff:ffff
2603:3017:5fe3:ffff:ffff:ffff:ffff:ffff
2603:3017:5feb:ffff:ffff:ffff:ffff:ffff
2603:3017:601a:ffff:ffff:ffff:ffff:ffff

2603:3017:6035:ffff:ffff:ffff:ffff:ffff
2603:3017:6043:ffff:ffff:ffff:ffff:ffff
2603:3017:605d:ffff:ffff:ffff:ffff:ffff
2603:3017:6062:ffff:ffff:ffff:ffff:ffff
2603:3017:6097:ffff:ffff:ffff:ffff:ffff
2603:3017:60aa:ffff:ffff:ffff:ffff:ffff
2603:3017:60b8:ffff:ffff:ffff:ffff:ffff
2603:3017:60bc:ffff:ffff:ffff:ffff:ffff
2603:3017:60be:ffff:ffff:ffff:ffff:ffff
2603:3017:60d3:ffff:ffff:ffff:ffff:ffff
2603:3017:60f4:ffff:ffff:ffff:ffff:ffff
2603:3017:6103:ffff:ffff:ffff:ffff:ffff
2603:3017:6116:ffff:ffff:ffff:ffff:ffff
2603:3017:6122:ffff:ffff:ffff:ffff:ffff
2603:3017:6126:ffff:ffff:ffff:ffff:ffff
2603:3017:6132:ffff:ffff:ffff:ffff:ffff
2603:3017:613c:ffff:ffff:ffff:ffff:ffff
2603:3017:6154:ffff:ffff:ffff:ffff:ffff
2603:3017:617b:ffff:ffff:ffff:ffff:ffff
2603:3017:6188:ffff:ffff:ffff:ffff:ffff
2603:3017:6197:ffff:ffff:ffff:ffff:ffff
2603:3017:61a8:ffff:ffff:ffff:ffff:ffff
2603:3017:61bc:ffff:ffff:ffff:ffff:ffff
2603:3017:61df:ffff:ffff:ffff:ffff:ffff
2603:3017:61e7:ffff:ffff:ffff:ffff:ffff
2603:3017:61f6:ffff:ffff:ffff:ffff:ffff
2603:3017:6212:ffff:ffff:ffff:ffff:ffff
2603:3017:6243:ffff:ffff:ffff:ffff:ffff
2603:3017:6247:ffff:ffff:ffff:ffff:ffff
2603:3017:627d:ffff:ffff:ffff:ffff:ffff
2603:3017:628b:ffff:ffff:ffff:ffff:ffff
2603:3017:6293:ffff:ffff:ffff:ffff:ffff
2603:3017:62b5:ffff:ffff:ffff:ffff:ffff
2603:3017:62c4:ffff:ffff:ffff:ffff:ffff
2603:3017:62c8:ffff:ffff:ffff:ffff:ffff
2603:3017:632c:ffff:ffff:ffff:ffff:ffff
2603:3017:6338:ffff:ffff:ffff:ffff:ffff

2603:3017:634b:ffff:ffff:ffff:ffff:ffff
2603:3017:634e:ffff:ffff:ffff:ffff:ffff
2603:3017:6351:ffff:ffff:ffff:ffff:ffff
2603:3017:6391:ffff:ffff:ffff:ffff:ffff
2603:3017:6393:ffff:ffff:ffff:ffff:ffff
2603:3017:63db:ffff:ffff:ffff:ffff:ffff
2603:3017:63df:ffff:ffff:ffff:ffff:ffff
2603:3017:63f1:ffff:ffff:ffff:ffff:ffff
2603:3017:6406:ffff:ffff:ffff:ffff:ffff
2603:3017:640f:ffff:ffff:ffff:ffff:ffff
2603:3017:6439:ffff:ffff:ffff:ffff:ffff
2603:3017:6457:ffff:ffff:ffff:ffff:ffff
2603:3017:6473:ffff:ffff:ffff:ffff:ffff
2603:3017:6499:ffff:ffff:ffff:ffff:ffff
2603:3017:649e:ffff:ffff:ffff:ffff:ffff
2603:3017:64a1:ffff:ffff:ffff:ffff:ffff
2603:3017:64ac:ffff:ffff:ffff:ffff:ffff
2603:3017:64d9:ffff:ffff:ffff:ffff:ffff
2603:3017:64df:ffff:ffff:ffff:ffff:ffff
2603:3017:6507:ffff:ffff:ffff:ffff:ffff
2603:3017:6568:ffff:ffff:ffff:ffff:ffff
2603:3017:65c2:ffff:ffff:ffff:ffff:ffff
2603:3017:65c9:ffff:ffff:ffff:ffff:ffff
2603:3017:65d5:ffff:ffff:ffff:ffff:ffff
2603:3017:65d7:ffff:ffff:ffff:ffff:ffff
2603:3017:65f7:ffff:ffff:ffff:ffff:ffff
2603:3017:6603:ffff:ffff:ffff:ffff:ffff
2603:3017:6609:ffff:ffff:ffff:ffff:ffff
2603:3017:6620:ffff:ffff:ffff:ffff:ffff
2603:3017:662a:ffff:ffff:ffff:ffff:ffff
2603:3017:662d:ffff:ffff:ffff:ffff:ffff
2603:3017:6634:ffff:ffff:ffff:ffff:ffff
2603:3017:6639:ffff:ffff:ffff:ffff:ffff
2603:3017:666a:ffff:ffff:ffff:ffff:ffff
2603:3017:666c:ffff:ffff:ffff:ffff:ffff
2603:3017:6691:ffff:ffff:ffff:ffff:ffff
2603:3017:66a3:ffff:ffff:ffff:ffff:ffff

2603:3017:66d4:ffff:ffff:ffff:ffff:ffff
2603:3017:6726:ffff:ffff:ffff:ffff:ffff
2603:3017:6731:ffff:ffff:ffff:ffff:ffff
2603:3017:675f:ffff:ffff:ffff:ffff:ffff
2603:3017:677d:ffff:ffff:ffff:ffff:ffff
2603:3017:678b:ffff:ffff:ffff:ffff:ffff
2603:3017:679a:ffff:ffff:ffff:ffff:ffff
2603:3017:679d:ffff:ffff:ffff:ffff:ffff
2603:3017:6815:ffff:ffff:ffff:ffff:ffff
2603:3017:6820:ffff:ffff:ffff:ffff:ffff
2603:3017:685e:ffff:ffff:ffff:ffff:ffff
2603:3017:686d:ffff:ffff:ffff:ffff:ffff
2603:3017:689f:ffff:ffff:ffff:ffff:ffff
2603:3017:68ab:ffff:ffff:ffff:ffff:ffff
2603:3017:68cc:ffff:ffff:ffff:ffff:ffff
2603:3017:68dc:ffff:ffff:ffff:ffff:ffff
2603:3017:6917:ffff:ffff:ffff:ffff:ffff
2603:3017:6920:ffff:ffff:ffff:ffff:ffff
2603:3017:6964:ffff:ffff:ffff:ffff:ffff
2603:3017:6984:ffff:ffff:ffff:ffff:ffff
2603:3017:698c:ffff:ffff:ffff:ffff:ffff
2603:3017:6991:ffff:ffff:ffff:ffff:ffff
2603:3017:69c9:ffff:ffff:ffff:ffff:ffff
2603:3017:69cb:ffff:ffff:ffff:ffff:ffff
2603:3017:6a08:ffff:ffff:ffff:ffff:ffff
2603:3017:6a18:ffff:ffff:ffff:ffff:ffff
2603:3017:6a25:ffff:ffff:ffff:ffff:ffff
2603:3017:6a4c:ffff:ffff:ffff:ffff:ffff
2603:3017:6a4f:ffff:ffff:ffff:ffff:ffff
2603:3017:6a68:ffff:ffff:ffff:ffff:ffff
2603:3017:6a7a:ffff:ffff:ffff:ffff:ffff
2603:3017:6a7f:ffff:ffff:ffff:ffff:ffff
2603:3017:6a8f:ffff:ffff:ffff:ffff:ffff
2603:3017:6b3a:ffff:ffff:ffff:ffff:ffff
2603:3017:6bbf:ffff:ffff:ffff:ffff:ffff
2603:3017:6bcb:ffff:ffff:ffff:ffff:ffff
2603:3017:6c0e:ffff:ffff:ffff:ffff:ffff

2603:3017:6c1c:ffff:ffff:ffff:ffff:ffff
2603:3017:6c36:ffff:ffff:ffff:ffff:ffff
2603:3017:6c44:ffff:ffff:ffff:ffff:ffff
2603:3017:6c4a:ffff:ffff:ffff:ffff:ffff
2603:3017:6c94:ffff:ffff:ffff:ffff:ffff
2603:3017:6ca3:ffff:ffff:ffff:ffff:ffff
2603:3017:6cc4:ffff:ffff:ffff:ffff:ffff
2603:3017:6cd9:ffff:ffff:ffff:ffff:ffff
2603:3017:6ce5:ffff:ffff:ffff:ffff:ffff
2603:3017:6cff:ffff:ffff:ffff:ffff:ffff
2603:3017:6d0a:ffff:ffff:ffff:ffff:ffff
2603:3017:6d30:ffff:ffff:ffff:ffff:ffff
2603:3017:6d48:ffff:ffff:ffff:ffff:ffff
2603:3017:6d5d:ffff:ffff:ffff:ffff:ffff
2603:3017:6d6a:ffff:ffff:ffff:ffff:ffff
2603:3017:6d73:ffff:ffff:ffff:ffff:ffff
2603:3017:6d86:ffff:ffff:ffff:ffff:ffff
2603:3017:6d8c:ffff:ffff:ffff:ffff:ffff
2603:3017:6dc0:ffff:ffff:ffff:ffff:ffff
2603:3017:6e0d:ffff:ffff:ffff:ffff:ffff
2603:3017:6e27:ffff:ffff:ffff:ffff:ffff
2603:3017:6e2a:ffff:ffff:ffff:ffff:ffff
2603:3017:6e36:ffff:ffff:ffff:ffff:ffff
2603:3017:6e4b:ffff:ffff:ffff:ffff:ffff
2603:3017:6e51:ffff:ffff:ffff:ffff:ffff
2603:3017:6e7d:ffff:ffff:ffff:ffff:ffff
2603:3017:6eef:ffff:ffff:ffff:ffff:ffff
2603:3017:6f26:ffff:ffff:ffff:ffff:ffff
2603:3017:6f4b:ffff:ffff:ffff:ffff:ffff
2603:3017:6f6d:ffff:ffff:ffff:ffff:ffff
2603:3017:6f80:ffff:ffff:ffff:ffff:ffff
2603:3017:6f96:ffff:ffff:ffff:ffff:ffff
2603:3017:6fab:ffff:ffff:ffff:ffff:ffff
2603:3017:6fcf:ffff:ffff:ffff:ffff:ffff
2603:3017:7016:ffff:ffff:ffff:ffff:ffff
2603:3017:7032:ffff:ffff:ffff:ffff:ffff
2603:3017:7043:ffff:ffff:ffff:ffff:ffff

2603:3017:7061:ffff:ffff:ffff:ffff
2603:3017:7067:ffff:ffff:ffff:ffff
2603:3017:706e:ffff:ffff:ffff:ffff
2603:3017:707f:ffff:ffff:ffff:ffff
2603:3017:7089:ffff:ffff:ffff:ffff
2603:3017:709b:ffff:ffff:ffff:ffff
2603:3017:70d9:ffff:ffff:ffff:ffff
2603:3017:710b:ffff:ffff:ffff:ffff
2603:3017:7113:ffff:ffff:ffff:ffff
2603:3017:711c:ffff:ffff:ffff:ffff
2603:3017:714b:ffff:ffff:ffff:ffff
2603:3017:7171:ffff:ffff:ffff:ffff
2603:3017:717a:ffff:ffff:ffff:ffff
2603:3017:7182:ffff:ffff:ffff:ffff
2603:3017:718d:ffff:ffff:ffff:ffff
2603:3017:71b1:ffff:ffff:ffff:ffff
2603:3017:71b7:ffff:ffff:ffff:ffff
2603:3017:71ce:ffff:ffff:ffff:ffff
2603:3017:71e8:ffff:ffff:ffff:ffff
2603:3017:71fe:ffff:ffff:ffff:ffff
2603:3017:7210:ffff:ffff:ffff:ffff
2603:3017:7240:ffff:ffff:ffff:ffff
2603:3017:7256:ffff:ffff:ffff:ffff
2603:3017:729e:ffff:ffff:ffff:ffff
2603:3017:72ae:ffff:ffff:ffff:ffff
2603:3017:72b3:ffff:ffff:ffff:ffff
2603:3017:72c0:ffff:ffff:ffff:ffff
2603:3017:72cc:ffff:ffff:ffff:ffff
2603:3017:72e3:ffff:ffff:ffff:ffff
2603:3017:72f8:ffff:ffff:ffff:ffff
2603:3017:72ff:ffff:ffff:ffff:ffff
2603:3017:730e:ffff:ffff:ffff:ffff
2603:3017:7311:ffff:ffff:ffff:ffff
2603:3017:7330:ffff:ffff:ffff:ffff
2603:3017:7347:ffff:ffff:ffff:ffff
2603:3017:7366:ffff:ffff:ffff:ffff
2603:3017:736f:ffff:ffff:ffff:ffff

2603:3017:737d:ffff:ffff:ffff:ffff
2603:3017:73af:ffff:ffff:ffff:ffff
2603:3017:73e0:ffff:ffff:ffff:ffff
2603:3017:7431:ffff:ffff:ffff:ffff
2603:3017:743d:ffff:ffff:ffff:ffff
2603:3017:745a:ffff:ffff:ffff:ffff
2603:3017:7466:ffff:ffff:ffff:ffff
2603:3017:7472:ffff:ffff:ffff:ffff
2603:3017:7498:ffff:ffff:ffff:ffff
2603:3017:74a2:ffff:ffff:ffff:ffff
2603:3017:74a9:ffff:ffff:ffff:ffff
2603:3017:74e9:ffff:ffff:ffff:ffff
2603:3017:7502:ffff:ffff:ffff:ffff
2603:3017:7512:ffff:ffff:ffff:ffff
2603:3017:7518:ffff:ffff:ffff:ffff
2603:3017:751e:ffff:ffff:ffff:ffff
2603:3017:7528:ffff:ffff:ffff:ffff
2603:3017:7541:ffff:ffff:ffff:ffff
2603:3017:7554:ffff:ffff:ffff:ffff
2603:3017:758e:ffff:ffff:ffff:ffff
2603:3017:7590:ffff:ffff:ffff:ffff
2603:3017:7594:ffff:ffff:ffff:ffff
2603:3017:75ae:ffff:ffff:ffff:ffff
2603:3017:75b2:ffff:ffff:ffff:ffff
2603:3017:75b9:ffff:ffff:ffff:ffff
2603:3017:75cb:ffff:ffff:ffff:ffff
2603:3017:7609:ffff:ffff:ffff:ffff
2603:3017:7611:ffff:ffff:ffff:ffff
2603:3017:7623:ffff:ffff:ffff:ffff
2603:3017:7626:ffff:ffff:ffff:ffff
2603:3017:7636:ffff:ffff:ffff:ffff
2603:3017:763f:ffff:ffff:ffff:ffff
2603:3017:766b:ffff:ffff:ffff:ffff
2603:3017:768d:ffff:ffff:ffff:ffff
2603:3017:769e:ffff:ffff:ffff:ffff
2603:3017:76a1:ffff:ffff:ffff:ffff
2603:3017:76ae:ffff:ffff:ffff:ffff

2603:3017:76bc:ffff:ffff:ffff:ffff
2603:3017:76cd:ffff:ffff:ffff:ffff
2603:3017:7722:ffff:ffff:ffff:ffff
2603:3017:772d:ffff:ffff:ffff:ffff
2603:3017:772f:ffff:ffff:ffff:ffff
2603:3017:7731:ffff:ffff:ffff:ffff
2603:3017:773a:ffff:ffff:ffff:ffff
2603:3017:7744:ffff:ffff:ffff:ffff
2603:3017:775f:ffff:ffff:ffff:ffff
2603:3017:7764:ffff:ffff:ffff:ffff
2603:3017:7771:ffff:ffff:ffff:ffff
2603:3017:7775:ffff:ffff:ffff:ffff
2603:3017:7797:ffff:ffff:ffff:ffff
2603:3017:779a:ffff:ffff:ffff:ffff
2603:3017:77a3:ffff:ffff:ffff:ffff
2603:3017:77c7:ffff:ffff:ffff:ffff
2603:3017:77dc:ffff:ffff:ffff:ffff
2603:3017:77e8:ffff:ffff:ffff:ffff
2603:3017:7805:ffff:ffff:ffff:ffff
2603:3017:780d:ffff:ffff:ffff:ffff
2603:3017:781d:ffff:ffff:ffff:ffff
2603:3017:782c:ffff:ffff:ffff:ffff
2603:3017:783b:ffff:ffff:ffff:ffff
2603:3017:784f:ffff:ffff:ffff:ffff
2603:3017:7859:ffff:ffff:ffff:ffff
2603:3017:78f2:ffff:ffff:ffff:ffff
2603:3017:7916:ffff:ffff:ffff:ffff
2603:3017:7979:ffff:ffff:ffff:ffff
2603:3017:7981:ffff:ffff:ffff:ffff
2603:3017:798f:ffff:ffff:ffff:ffff
2603:3017:7999:ffff:ffff:ffff:ffff
2603:3017:79b2:ffff:ffff:ffff:ffff
2603:3017:79b7:ffff:ffff:ffff:ffff
2603:3017:79cc:ffff:ffff:ffff:ffff
2603:3017:7a0c:ffff:ffff:ffff:ffff
2603:3017:7a3f:ffff:ffff:ffff:ffff
2603:3017:7a59:ffff:ffff:ffff:ffff

2603:3017:7a81:ffff:ffff:ffff:ffff
2603:3017:7a93:ffff:ffff:ffff:ffff
2603:3017:7aaf:ffff:ffff:ffff:ffff
2603:3017:7ab7:ffff:ffff:ffff:ffff
2603:3017:7abc:ffff:ffff:ffff:ffff
2603:3017:7ae0:ffff:ffff:ffff:ffff
2603:3017:7b25:ffff:ffff:ffff:ffff
2603:3017:7b52:ffff:ffff:ffff:ffff
2603:3017:7ba6:ffff:ffff:ffff:ffff
2603:3017:7bb4:ffff:ffff:ffff:ffff
2603:3017:7bce:ffff:ffff:ffff:ffff
2603:3017:7bd2:ffff:ffff:ffff:ffff
2603:3017:7bea:ffff:ffff:ffff:ffff
2603:3017:7c25:ffff:ffff:ffff:ffff
2603:3017:7c28:ffff:ffff:ffff:ffff
2603:3017:7c3b:ffff:ffff:ffff:ffff
2603:3017:7c4f:ffff:ffff:ffff:ffff
2603:3017:7c58:ffff:ffff:ffff:ffff
2603:3017:7c5c:ffff:ffff:ffff:ffff
2603:3017:7c64:ffff:ffff:ffff:ffff
2603:3017:7c6c:ffff:ffff:ffff:ffff
2603:3017:7c7d:ffff:ffff:ffff:ffff
2603:3017:7c89:ffff:ffff:ffff:ffff
2603:3017:7c8e:ffff:ffff:ffff:ffff
2603:3017:7c99:ffff:ffff:ffff:ffff
2603:3017:7caf:ffff:ffff:ffff:ffff
2603:3017:7ce9:ffff:ffff:ffff:ffff
2603:3017:7cf5:ffff:ffff:ffff:ffff
2603:3017:7d36:ffff:ffff:ffff:ffff
2603:3017:7d48:ffff:ffff:ffff:ffff
2603:3017:7d6e:ffff:ffff:ffff:ffff
2603:3017:7d75:ffff:ffff:ffff:ffff
2603:3017:7def:ffff:ffff:ffff:ffff
2603:3017:7e1b:ffff:ffff:ffff:ffff
2603:3017:7e61:ffff:ffff:ffff:ffff
2603:3017:7e70:ffff:ffff:ffff:ffff
2603:3017:7e76:ffff:ffff:ffff:ffff

2603:3017:7ead:ffff:ffff:ffff:ffff
2603:3017:7eb9:ffff:ffff:ffff:ffff
2603:3017:7ecc:ffff:ffff:ffff:ffff
2603:3017:7ed5:ffff:ffff:ffff:ffff
2603:3017:7ed7:ffff:ffff:ffff:ffff
2603:3017:7f2a:ffff:ffff:ffff:ffff
2603:3017:7f36:ffff:ffff:ffff:ffff
2603:3017:7f48:ffff:ffff:ffff:ffff
2603:3017:7f71:ffff:ffff:ffff:ffff
2603:3017:7f80:ffff:ffff:ffff:ffff
2603:3017:7f8b:ffff:ffff:ffff:ffff
2603:3017:7fc7:ffff:ffff:ffff:ffff
2603:3017:7fee:ffff:ffff:ffff:ffff
2603:3017:7ff1:ffff:ffff:ffff:ffff
2603:3017:8010:ffff:ffff:ffff:ffff
2603:3017:801c:ffff:ffff:ffff:ffff
2603:3017:802f:ffff:ffff:ffff:ffff
2603:3017:8059:ffff:ffff:ffff:ffff
2603:3017:807c:ffff:ffff:ffff:ffff
2603:3017:80bb:ffff:ffff:ffff:ffff
2603:3017:8107:ffff:ffff:ffff:ffff
2603:3017:8130:ffff:ffff:ffff:ffff
2603:3017:813c:ffff:ffff:ffff:ffff
2603:3017:8159:ffff:ffff:ffff:ffff
2603:3017:8169:ffff:ffff:ffff:ffff
2603:3017:817a:ffff:ffff:ffff:ffff
2603:3017:8193:ffff:ffff:ffff:ffff
2603:3017:8195:ffff:ffff:ffff:ffff
2603:3017:81c0:ffff:ffff:ffff:ffff
2603:3017:81d0:ffff:ffff:ffff:ffff
2603:3017:81e9:ffff:ffff:ffff:ffff
2603:3017:8236:ffff:ffff:ffff:ffff
2603:3017:825f:ffff:ffff:ffff:ffff
2603:3017:827d:ffff:ffff:ffff:ffff
2603:3017:8283:ffff:ffff:ffff:ffff
2603:3017:8296:ffff:ffff:ffff:ffff
2603:3017:82c0:ffff:ffff:ffff:ffff

2603:3017:82cd:ffff:ffff:ffff:ffff
2603:3017:82d3:ffff:ffff:ffff:ffff
2603:3017:82f6:ffff:ffff:ffff:ffff
2603:3017:82fa:ffff:ffff:ffff:ffff
2603:3017:832b:ffff:ffff:ffff:ffff
2603:3017:8363:ffff:ffff:ffff:ffff
2603:3017:8385:ffff:ffff:ffff:ffff
2603:3017:83c5:ffff:ffff:ffff:ffff
2603:3017:83d2:ffff:ffff:ffff:ffff
2603:3017:83d6:ffff:ffff:ffff:ffff
2603:3017:83e7:ffff:ffff:ffff:ffff
2603:3017:8404:ffff:ffff:ffff:ffff
2603:3017:841d:ffff:ffff:ffff:ffff
2603:3017:842c:ffff:ffff:ffff:ffff
2603:3017:8448:ffff:ffff:ffff:ffff
2603:3017:844a:ffff:ffff:ffff:ffff
2603:3017:8458:ffff:ffff:ffff:ffff
2603:3017:845e:ffff:ffff:ffff:ffff
2603:3017:846b:ffff:ffff:ffff:ffff
2603:3017:8475:ffff:ffff:ffff:ffff
2603:3017:8488:ffff:ffff:ffff:ffff
2603:3017:84a5:ffff:ffff:ffff:ffff
2603:3017:84ba:ffff:ffff:ffff:ffff
2603:3017:84c0:ffff:ffff:ffff:ffff
2603:3017:84ca:ffff:ffff:ffff:ffff
2603:3017:84de:ffff:ffff:ffff:ffff
2603:3017:84e5:ffff:ffff:ffff:ffff
2603:3017:84ee:ffff:ffff:ffff:ffff
2603:3017:850a:ffff:ffff:ffff:ffff
2603:3017:8518:ffff:ffff:ffff:ffff
2603:3017:851b:ffff:ffff:ffff:ffff
2603:3017:8538:ffff:ffff:ffff:ffff
2603:3017:854f:ffff:ffff:ffff:ffff
2603:3017:8559:ffff:ffff:ffff:ffff
2603:3017:859c:ffff:ffff:ffff:ffff
2603:3017:85bd:ffff:ffff:ffff:ffff
2603:3017:85f7:ffff:ffff:ffff:ffff

2603:3017:85fb:ffff:ffff:ffff:ffff
2603:3017:85ff:ffff:ffff:ffff:ffff
2603:3017:8617:ffff:ffff:ffff:ffff
2603:3017:861e:ffff:ffff:ffff:ffff
2603:3017:8627:ffff:ffff:ffff:ffff
2603:3017:8658:ffff:ffff:ffff:ffff
2603:3017:868f:ffff:ffff:ffff:ffff
2603:3017:86bc:ffff:ffff:ffff:ffff
2603:3017:86dc:ffff:ffff:ffff:ffff
2603:3017:8701:ffff:ffff:ffff:ffff
2603:3017:8722:ffff:ffff:ffff:ffff
2603:3017:8733:ffff:ffff:ffff:ffff
2603:3017:873e:ffff:ffff:ffff:ffff
2603:3017:8747:ffff:ffff:ffff:ffff
2603:3017:874e:ffff:ffff:ffff:ffff
2603:3017:8755:ffff:ffff:ffff:ffff
2603:3017:876b:ffff:ffff:ffff:ffff
2603:3017:878f:ffff:ffff:ffff:ffff
2603:3017:8792:ffff:ffff:ffff:ffff
2603:3017:879f:ffff:ffff:ffff:ffff
2603:3017:87a6:ffff:ffff:ffff:ffff
2603:3017:87ac:ffff:ffff:ffff:ffff
2603:3017:87b0:ffff:ffff:ffff:ffff
2603:3017:87e5:ffff:ffff:ffff:ffff
2603:3017:87f1:ffff:ffff:ffff:ffff
2603:3017:883e:ffff:ffff:ffff:ffff
2603:3017:8841:ffff:ffff:ffff:ffff
2603:3017:8851:ffff:ffff:ffff:ffff
2603:3017:8873:ffff:ffff:ffff:ffff
2603:3017:888e:ffff:ffff:ffff:ffff
2603:3017:889a:ffff:ffff:ffff:ffff
2603:3017:88aa:ffff:ffff:ffff:ffff
2603:3017:893b:ffff:ffff:ffff:ffff
2603:3017:8959:ffff:ffff:ffff:ffff
2603:3017:8968:ffff:ffff:ffff:ffff
2603:3017:896a:ffff:ffff:ffff:ffff
2603:3017:89b7:ffff:ffff:ffff:ffff

2603:3017:89d8:ffff:ffff:ffff:ffff
2603:3017:8a04:ffff:ffff:ffff:ffff
2603:3017:8a20:ffff:ffff:ffff:ffff
2603:3017:8a33:ffff:ffff:ffff:ffff
2603:3017:8a47:ffff:ffff:ffff:ffff
2603:3017:8a74:ffff:ffff:ffff:ffff
2603:3017:8a82:ffff:ffff:ffff:ffff
2603:3017:8a88:ffff:ffff:ffff:ffff
2603:3017:8a93:ffff:ffff:ffff:ffff
2603:3017:8aa6:ffff:ffff:ffff:ffff
2603:3017:8abe:ffff:ffff:ffff:ffff
2603:3017:8b3a:ffff:ffff:ffff:ffff
2603:3017:8b41:ffff:ffff:ffff:ffff
2603:3017:8b54:ffff:ffff:ffff:ffff
2603:3017:8b82:ffff:ffff:ffff:ffff
2603:3017:8b8f:ffff:ffff:ffff:ffff
2603:3017:8bda:ffff:ffff:ffff:ffff
2603:3017:8be3:ffff:ffff:ffff:ffff
2603:3017:8bee:ffff:ffff:ffff:ffff
2603:3017:8c01:ffff:ffff:ffff:ffff
2603:3017:8c29:ffff:ffff:ffff:ffff
2603:3017:8c2e:ffff:ffff:ffff:ffff
2603:3017:8c39:ffff:ffff:ffff:ffff
2603:3017:8c3b:ffff:ffff:ffff:ffff
2603:3017:8ca8:ffff:ffff:ffff:ffff
2603:3017:8cb8:ffff:ffff:ffff:ffff
2603:3017:8cc5:ffff:ffff:ffff:ffff
2603:3017:8cdb:ffff:ffff:ffff:ffff
2603:3017:8d11:ffff:ffff:ffff:ffff
2603:3017:8d14:ffff:ffff:ffff:ffff
2603:3017:8d1b:ffff:ffff:ffff:ffff
2603:3017:8d3f:ffff:ffff:ffff:ffff
2603:3017:8d46:ffff:ffff:ffff:ffff
2603:3017:8d53:ffff:ffff:ffff:ffff
2603:3017:8d5d:ffff:ffff:ffff:ffff
2603:3017:8d78:ffff:ffff:ffff:ffff
2603:3017:8d93:ffff:ffff:ffff:ffff

2603:3017:8da4:ffff:ffff:ffff:ffff
2603:3017:8db1:ffff:ffff:ffff:ffff
2603:3017:8db3:ffff:ffff:ffff:ffff
2603:3017:8dd8:ffff:ffff:ffff:ffff
2603:3017:8e1a:ffff:ffff:ffff:ffff
2603:3017:8e20:ffff:ffff:ffff:ffff
2603:3017:8e3e:ffff:ffff:ffff:ffff
2603:3017:8e53:ffff:ffff:ffff:ffff
2603:3017:8e5e:ffff:ffff:ffff:ffff
2603:3017:8ea7:ffff:ffff:ffff:ffff
2603:3017:8eaa:ffff:ffff:ffff:ffff
2603:3017:8eb1:ffff:ffff:ffff:ffff
2603:3017:8ecf:ffff:ffff:ffff:ffff
2603:3017:8f04:ffff:ffff:ffff:ffff
2603:3017:8f12:ffff:ffff:ffff:ffff
2603:3017:8f20:ffff:ffff:ffff:ffff
2603:3017:8f26:ffff:ffff:ffff:ffff
2603:3017:8f47:ffff:ffff:ffff:ffff
2603:3017:8f5c:ffff:ffff:ffff:ffff
2603:3017:8f6c:ffff:ffff:ffff:ffff
2603:3017:8fab:ffff:ffff:ffff:ffff
2603:3017:8fae:ffff:ffff:ffff:ffff
2603:3017:8fc0:ffff:ffff:ffff:ffff
2603:3017:8fd4:ffff:ffff:ffff:ffff
2603:3017:8fed:ffff:ffff:ffff:ffff
2603:3017:9000:ffff:ffff:ffff:ffff
2603:3017:9014:ffff:ffff:ffff:ffff
2603:3017:9020:ffff:ffff:ffff:ffff
2603:3017:902b:ffff:ffff:ffff:ffff
2603:3017:903c:ffff:ffff:ffff:ffff
2603:3017:9048:ffff:ffff:ffff:ffff
2603:3017:907d:ffff:ffff:ffff:ffff
2603:3017:908d:ffff:ffff:ffff:ffff
2603:3017:909a:ffff:ffff:ffff:ffff
2603:3017:90ad:ffff:ffff:ffff:ffff
2603:3017:90c0:ffff:ffff:ffff:ffff
2603:3017:90c5:ffff:ffff:ffff:ffff

2603:3017:90c8:ffff:ffff:ffff:ffff
2603:3017:9112:ffff:ffff:ffff:ffff
2603:3017:9118:ffff:ffff:ffff:ffff
2603:3017:9123:ffff:ffff:ffff:ffff
2603:3017:9134:ffff:ffff:ffff:ffff
2603:3017:9147:ffff:ffff:ffff:ffff
2603:3017:9180:ffff:ffff:ffff:ffff
2603:3017:9186:ffff:ffff:ffff:ffff
2603:3017:918e:ffff:ffff:ffff:ffff
2603:3017:91b5:ffff:ffff:ffff:ffff
2603:3017:91dc:ffff:ffff:ffff:ffff
2603:3017:91ec:ffff:ffff:ffff:ffff
2603:3017:9217:ffff:ffff:ffff:ffff
2603:3017:9228:ffff:ffff:ffff:ffff
2603:3017:923a:ffff:ffff:ffff:ffff
2603:3017:9245:ffff:ffff:ffff:ffff
2603:3017:9257:ffff:ffff:ffff:ffff
2603:3017:92b0:ffff:ffff:ffff:ffff
2603:3017:92bd:ffff:ffff:ffff:ffff
2603:3017:92c2:ffff:ffff:ffff:ffff
2603:3017:933a:ffff:ffff:ffff:ffff
2603:3017:9346:ffff:ffff:ffff:ffff
2603:3017:9357:ffff:ffff:ffff:ffff
2603:3017:9361:ffff:ffff:ffff:ffff
2603:3017:938a:ffff:ffff:ffff:ffff
2603:3017:9390:ffff:ffff:ffff:ffff
2603:3017:93a9:ffff:ffff:ffff:ffff
2603:3017:93ae:ffff:ffff:ffff:ffff
2603:3017:93ec:ffff:ffff:ffff:ffff
2603:3017:93f6:ffff:ffff:ffff:ffff
2603:3017:93f9:ffff:ffff:ffff:ffff
2603:3017:940c:ffff:ffff:ffff:ffff
2603:3017:9411:ffff:ffff:ffff:ffff
2603:3017:942b:ffff:ffff:ffff:ffff
2603:3017:9452:ffff:ffff:ffff:ffff
2603:3017:9466:ffff:ffff:ffff:ffff
2603:3017:9487:ffff:ffff:ffff:ffff

2603:3017:94bb:ffff:ffff:ffff:ffff
2603:3017:94c3:ffff:ffff:ffff:ffff
2603:3017:94cc:ffff:ffff:ffff:ffff
2603:3017:950e:ffff:ffff:ffff:ffff
2603:3017:9539:ffff:ffff:ffff:ffff
2603:3017:954e:ffff:ffff:ffff:ffff
2603:3017:9563:ffff:ffff:ffff:ffff
2603:3017:9577:ffff:ffff:ffff:ffff
2603:3017:957b:ffff:ffff:ffff:ffff
2603:3017:957d:ffff:ffff:ffff:ffff
2603:3017:9594:ffff:ffff:ffff:ffff
2603:3017:95a0:ffff:ffff:ffff:ffff
2603:3017:95b3:ffff:ffff:ffff:ffff
2603:3017:95ba:ffff:ffff:ffff:ffff
2603:3017:95ff:ffff:ffff:ffff:ffff
2603:3017:962a:ffff:ffff:ffff:ffff
2603:3017:9664:ffff:ffff:ffff:ffff
2603:3017:967d:ffff:ffff:ffff:ffff
2603:3017:9680:ffff:ffff:ffff:ffff
2603:3017:968e:ffff:ffff:ffff:ffff
2603:3017:969e:ffff:ffff:ffff:ffff
2603:3017:96b0:ffff:ffff:ffff:ffff
2603:3017:96b7:ffff:ffff:ffff:ffff
2603:3017:96bf:ffff:ffff:ffff:ffff
2603:3017:96ea:ffff:ffff:ffff:ffff
2603:3017:96ed:ffff:ffff:ffff:ffff
2603:3017:96fb:ffff:ffff:ffff:ffff
2603:3017:971f:ffff:ffff:ffff:ffff
2603:3017:9752:ffff:ffff:ffff:ffff
2603:3017:9754:ffff:ffff:ffff:ffff
2603:3017:975e:ffff:ffff:ffff:ffff
2603:3017:9762:ffff:ffff:ffff:ffff
2603:3017:976d:ffff:ffff:ffff:ffff
2603:3017:9775:ffff:ffff:ffff:ffff
2603:3017:97b8:ffff:ffff:ffff:ffff
2603:3017:97c3:ffff:ffff:ffff:ffff
2603:3017:97d4:ffff:ffff:ffff:ffff

2603:3017:97e1:ffff:ffff:ffff:ffff
2603:3017:97e4:ffff:ffff:ffff:ffff
2603:3017:9828:ffff:ffff:ffff:ffff
2603:3017:9863:ffff:ffff:ffff:ffff
2603:3017:987a:ffff:ffff:ffff:ffff
2603:3017:987e:ffff:ffff:ffff:ffff
2603:3017:988a:ffff:ffff:ffff:ffff
2603:3017:98ae:ffff:ffff:ffff:ffff
2603:3017:98b0:ffff:ffff:ffff:ffff
2603:3017:98e8:ffff:ffff:ffff:ffff
2603:3017:9913:ffff:ffff:ffff:ffff
2603:3017:992c:ffff:ffff:ffff:ffff
2603:3017:993e:ffff:ffff:ffff:ffff
2603:3017:9948:ffff:ffff:ffff:ffff
2603:3017:9985:ffff:ffff:ffff:ffff
2603:3017:999e:ffff:ffff:ffff:ffff
2603:3017:99b1:ffff:ffff:ffff:ffff
2603:3017:99b4:ffff:ffff:ffff:ffff
2603:3017:99bb:ffff:ffff:ffff:ffff
2603:3017:99d6:ffff:ffff:ffff:ffff
2603:3017:99de:ffff:ffff:ffff:ffff
2603:3017:99e9:ffff:ffff:ffff:ffff
2603:3017:9a01:ffff:ffff:ffff:ffff
2603:3017:9a19:ffff:ffff:ffff:ffff
2603:3017:9a5b:ffff:ffff:ffff:ffff
2603:3017:9a6a:ffff:ffff:ffff:ffff
2603:3017:9aa0:ffff:ffff:ffff:ffff
2603:3017:9aa5:ffff:ffff:ffff:ffff
2603:3017:9ac0:ffff:ffff:ffff:ffff
2603:3017:9af7:ffff:ffff:ffff:ffff
2603:3017:9b12:ffff:ffff:ffff:ffff
2603:3017:9b16:ffff:ffff:ffff:ffff
2603:3017:9b1a:ffff:ffff:ffff:ffff
2603:3017:9b20:ffff:ffff:ffff:ffff
2603:3017:9b47:ffff:ffff:ffff:ffff
2603:3017:9b66:ffff:ffff:ffff:ffff
2603:3017:9b72:ffff:ffff:ffff:ffff

2603:3017:9b79:ffff:ffff:ffff:ffff
2603:3017:9b9e:ffff:ffff:ffff:ffff
2603:3017:9bd3:ffff:ffff:ffff:ffff
2603:3017:9bf3:ffff:ffff:ffff:ffff
2603:3017:9c3b:ffff:ffff:ffff:ffff
2603:3017:9c73:ffff:ffff:ffff:ffff
2603:3017:9c7a:ffff:ffff:ffff:ffff
2603:3017:9c88:ffff:ffff:ffff:ffff
2603:3017:9c9e:ffff:ffff:ffff:ffff
2603:3017:9ca6:ffff:ffff:ffff:ffff
2603:3017:9cb0:ffff:ffff:ffff:ffff
2603:3017:9cbb:ffff:ffff:ffff:ffff
2603:3017:9d15:ffff:ffff:ffff:ffff
2603:3017:9d18:ffff:ffff:ffff:ffff
2603:3017:9d52:ffff:ffff:ffff:ffff
2603:3017:9d5c:ffff:ffff:ffff:ffff
2603:3017:9d88:ffff:ffff:ffff:ffff
2603:3017:9d8e:ffff:ffff:ffff:ffff
2603:3017:9df7:ffff:ffff:ffff:ffff
2603:3017:9e45:ffff:ffff:ffff:ffff
2603:3017:9e58:ffff:ffff:ffff:ffff
2603:3017:9e5e:ffff:ffff:ffff:ffff
2603:3017:9e86:ffff:ffff:ffff:ffff
2603:3017:9e92:ffff:ffff:ffff:ffff
2603:3017:9ea5:ffff:ffff:ffff:ffff
2603:3017:9ec4:ffff:ffff:ffff:ffff
2603:3017:9ed9:ffff:ffff:ffff:ffff
2603:3017:9ee7:ffff:ffff:ffff:ffff
2603:3017:9f03:ffff:ffff:ffff:ffff
2603:3017:9f05:ffff:ffff:ffff:ffff
2603:3017:9f0d:ffff:ffff:ffff:ffff
2603:3017:9f5e:ffff:ffff:ffff:ffff
2603:3017:9f61:ffff:ffff:ffff:ffff
2603:3017:9f78:ffff:ffff:ffff:ffff
2603:3017:9f8b:ffff:ffff:ffff:ffff
2603:3017:9f9c:ffff:ffff:ffff:ffff
2603:3017:9fc3:ffff:ffff:ffff:ffff

2603:3017:9fd3:ffff:ffff:ffff:ffff
2603:3017:9ff5:ffff:ffff:ffff:ffff
2603:3017:a03f:ffff:ffff:ffff:ffff
2603:3017:a048:ffff:ffff:ffff:ffff
2603:3017:a082:ffff:ffff:ffff:ffff
2603:3017:a086:ffff:ffff:ffff:ffff
2603:3017:a0ba:ffff:ffff:ffff:ffff
2603:3017:a0e0:ffff:ffff:ffff:ffff
2603:3017:a0e6:ffff:ffff:ffff:ffff
2603:3017:a0e9:ffff:ffff:ffff:ffff
2603:3017:a0fa:ffff:ffff:ffff:ffff
2603:3017:a105:ffff:ffff:ffff:ffff
2603:3017:a109:ffff:ffff:ffff:ffff
2603:3017:a10e:ffff:ffff:ffff:ffff
2603:3017:a14f:ffff:ffff:ffff:ffff
2603:3017:a15b:ffff:ffff:ffff:ffff
2603:3017:a196:ffff:ffff:ffff:ffff
2603:3017:a19e:ffff:ffff:ffff:ffff
2603:3017:a1a9:ffff:ffff:ffff:ffff
2603:3017:a1ae:ffff:ffff:ffff:ffff
2603:3017:a1b6:ffff:ffff:ffff:ffff
2603:3017:a1e5:ffff:ffff:ffff:ffff
2603:3017:a1e8:ffff:ffff:ffff:ffff
2603:3017:a219:ffff:ffff:ffff:ffff
2603:3017:a226:ffff:ffff:ffff:ffff
2603:3017:a253:ffff:ffff:ffff:ffff
2603:3017:a260:ffff:ffff:ffff:ffff
2603:3017:a280:ffff:ffff:ffff:ffff
2603:3017:a29a:ffff:ffff:ffff:ffff
2603:3017:a2aa:ffff:ffff:ffff:ffff
2603:3017:a2e5:ffff:ffff:ffff:ffff
2603:3017:a2f1:ffff:ffff:ffff:ffff
2603:3017:a2f9:ffff:ffff:ffff:ffff
2603:3017:a310:ffff:ffff:ffff:ffff
2603:3017:a313:ffff:ffff:ffff:ffff
2603:3017:a330:ffff:ffff:ffff:ffff
2603:3017:a339:ffff:ffff:ffff:ffff

2603:3017:a34e:ffff:ffff:ffff:ffff
2603:3017:a370:ffff:ffff:ffff:ffff
2603:3017:a3c1:ffff:ffff:ffff:ffff
2603:3017:a3c5:ffff:ffff:ffff:ffff
2603:3017:a3d3:ffff:ffff:ffff:ffff
2603:3017:a435:ffff:ffff:ffff:ffff
2603:3017:a443:ffff:ffff:ffff:ffff
2603:3017:a44c:ffff:ffff:ffff:ffff
2603:3017:a458:ffff:ffff:ffff:ffff
2603:3017:a4a3:ffff:ffff:ffff:ffff
2603:3017:a4b3:ffff:ffff:ffff:ffff
2603:3017:a4dc:ffff:ffff:ffff:ffff
2603:3017:a4f6:ffff:ffff:ffff:ffff
2603:3017:a4fb:ffff:ffff:ffff:ffff
2603:3017:a52a:ffff:ffff:ffff:ffff
2603:3017:a52e:ffff:ffff:ffff:ffff
2603:3017:a556:ffff:ffff:ffff:ffff
2603:3017:a565:ffff:ffff:ffff:ffff
2603:3017:a580:ffff:ffff:ffff:ffff
2603:3017:a59a:ffff:ffff:ffff:ffff
2603:3017:a5bc:ffff:ffff:ffff:ffff
2603:3017:a5db:ffff:ffff:ffff:ffff
2603:3017:a5ed:ffff:ffff:ffff:ffff
2603:3017:a5f2:ffff:ffff:ffff:ffff
2603:3017:a5f5:ffff:ffff:ffff:ffff
2603:3017:a618:ffff:ffff:ffff:ffff
2603:3017:a69b:ffff:ffff:ffff:ffff
2603:3017:a6a4:ffff:ffff:ffff:ffff
2603:3017:a6aa:ffff:ffff:ffff:ffff
2603:3017:a6ae:ffff:ffff:ffff:ffff
2603:3017:a6b0:ffff:ffff:ffff:ffff
2603:3017:a6c7:ffff:ffff:ffff:ffff
2603:3017:a6cd:ffff:ffff:ffff:ffff
2603:3017:a6dc:ffff:ffff:ffff:ffff
2603:3017:a6e4:ffff:ffff:ffff:ffff
2603:3017:a6f0:ffff:ffff:ffff:ffff
2603:3017:a703:ffff:ffff:ffff:ffff

2603:3017:a72f:ffff:ffff:ffff:ffff
2603:3017:a79d:ffff:ffff:ffff:ffff
2603:3017:a7b1:ffff:ffff:ffff:ffff
2603:3017:a7c7:ffff:ffff:ffff:ffff
2603:3017:a7d0:ffff:ffff:ffff:ffff
2603:3017:a7f1:ffff:ffff:ffff:ffff
2603:3017:a80b:ffff:ffff:ffff:ffff
2603:3017:a824:ffff:ffff:ffff:ffff
2603:3017:a84e:ffff:ffff:ffff:ffff
2603:3017:a8fc:ffff:ffff:ffff:ffff
2603:3017:a903:ffff:ffff:ffff:ffff
2603:3017:a905:ffff:ffff:ffff:ffff
2603:3017:a913:ffff:ffff:ffff:ffff
2603:3017:a916:ffff:ffff:ffff:ffff
2603:3017:a91e:ffff:ffff:ffff:ffff
2603:3017:a92a:ffff:ffff:ffff:ffff
2603:3017:a936:ffff:ffff:ffff:ffff
2603:3017:a942:ffff:ffff:ffff:ffff
2603:3017:a968:ffff:ffff:ffff:ffff
2603:3017:a96b:ffff:ffff:ffff:ffff
2603:3017:a975:ffff:ffff:ffff:ffff
2603:3017:a993:ffff:ffff:ffff:ffff
2603:3017:a99e:ffff:ffff:ffff:ffff
2603:3017:a9a1:ffff:ffff:ffff:ffff
2603:3017:a9b0:ffff:ffff:ffff:ffff
2603:3017:a9c8:ffff:ffff:ffff:ffff
2603:3017:aa06:ffff:ffff:ffff:ffff
2603:3017:aa10:ffff:ffff:ffff:ffff
2603:3017:aa13:ffff:ffff:ffff:ffff
2603:3017:aa52:ffff:ffff:ffff:ffff
2603:3017:aa6b:ffff:ffff:ffff:ffff
2603:3017:aa7a:ffff:ffff:ffff:ffff
2603:3017:aa7c:ffff:ffff:ffff:ffff
2603:3017:aa95:ffff:ffff:ffff:ffff
2603:3017:aaa3:ffff:ffff:ffff:ffff
2603:3017:aace:ffff:ffff:ffff:ffff
2603:3017:ab03:ffff:ffff:ffff:ffff

2603:3017:ab38:ffff:ffff:ffff:ffff:ffff
2603:3017:ab40:ffff:ffff:ffff:ffff:ffff
2603:3017:ab7a:ffff:ffff:ffff:ffff:ffff
2603:3017:ab8a:ffff:ffff:ffff:ffff:ffff
2603:3017:abb2:ffff:ffff:ffff:ffff:ffff
2603:3017:abbd:ffff:ffff:ffff:ffff:ffff
2603:3017:abc5:ffff:ffff:ffff:ffff:ffff
2603:3017:abda:ffff:ffff:ffff:ffff:ffff
2603:3017:abf4:ffff:ffff:ffff:ffff:ffff
2603:3017:abfb:ffff:ffff:ffff:ffff:ffff
2603:3017:ac05:ffff:ffff:ffff:ffff:ffff
2603:3017:ac14:ffff:ffff:ffff:ffff:ffff
2603:3017:ac1f:ffff:ffff:ffff:ffff:ffff
2603:3017:ac23:ffff:ffff:ffff:ffff:ffff
2603:3017:ac4e:ffff:ffff:ffff:ffff:ffff
2603:3017:ac67:ffff:ffff:ffff:ffff:ffff
2603:3017:ac73:ffff:ffff:ffff:ffff:ffff
2603:3017:ac7e:ffff:ffff:ffff:ffff:ffff
2603:3017:ac82:ffff:ffff:ffff:ffff:ffff
2603:3017:ac88:ffff:ffff:ffff:ffff:ffff
2603:3017:acfd:ffff:ffff:ffff:ffff:ffff
2603:3017:ad0a:ffff:ffff:ffff:ffff:ffff
2603:3017:ad1b:ffff:ffff:ffff:ffff:ffff
2603:3017:ad23:ffff:ffff:ffff:ffff:ffff
2603:3017:ad78:ffff:ffff:ffff:ffff:ffff
2603:3017:ad89:ffff:ffff:ffff:ffff:ffff
2603:3017:ad8c:ffff:ffff:ffff:ffff:ffff
2603:3017:ad93:ffff:ffff:ffff:ffff:ffff
2603:3017:adb1:ffff:ffff:ffff:ffff:ffff
2603:3017:adba:ffff:ffff:ffff:ffff:ffff
2603:3017:adbe:ffff:ffff:ffff:ffff:ffff
2603:3017:adc0:ffff:ffff:ffff:ffff:ffff
2603:3017:add9:ffff:ffff:ffff:ffff:ffff
2603:3017:addc:ffff:ffff:ffff:ffff:ffff
2603:3017:ade4:ffff:ffff:ffff:ffff:ffff
2603:3017:adef:ffff:ffff:ffff:ffff:ffff
2603:3017:adf2:ffff:ffff:ffff:ffff:ffff

2603:3017:adfc:ffff:ffff:ffff:ffff:ffff
2603:3017:ae0c:ffff:ffff:ffff:ffff:ffff
2603:3017:ae37:ffff:ffff:ffff:ffff:ffff
2603:3017:ae85:ffff:ffff:ffff:ffff:ffff
2603:3017:ae8b:ffff:ffff:ffff:ffff:ffff
2603:3017:ae97:ffff:ffff:ffff:ffff:ffff
2603:3017:ae99:ffff:ffff:ffff:ffff:ffff
2603:3017:ae9f:ffff:ffff:ffff:ffff:ffff
2603:3017:aea3:ffff:ffff:ffff:ffff:ffff
2603:3017:aeab:ffff:ffff:ffff:ffff:ffff
2603:3017:aeb6:ffff:ffff:ffff:ffff:ffff
2603:3017:aee2:ffff:ffff:ffff:ffff:ffff
2603:3017:af15:ffff:ffff:ffff:ffff:ffff
2603:3017:af23:ffff:ffff:ffff:ffff:ffff
2603:3017:af65:ffff:ffff:ffff:ffff:ffff
2603:3017:af70:ffff:ffff:ffff:ffff:ffff
2603:3017:af72:ffff:ffff:ffff:ffff:ffff
2603:3017:af8b:ffff:ffff:ffff:ffff:ffff
2603:3017:afe2:ffff:ffff:ffff:ffff:ffff
2603:3017:b007:ffff:ffff:ffff:ffff:ffff
2603:3017:b00c:ffff:ffff:ffff:ffff:ffff
2603:3017:b02e:ffff:ffff:ffff:ffff:ffff
2603:3017:b039:ffff:ffff:ffff:ffff:ffff
2603:3017:b041:ffff:ffff:ffff:ffff:ffff
2603:3017:b045:ffff:ffff:ffff:ffff:ffff
2603:3017:b057:ffff:ffff:ffff:ffff:ffff
2603:3017:b067:ffff:ffff:ffff:ffff:ffff
2603:3017:b06b:ffff:ffff:ffff:ffff:ffff
2603:3017:b072:ffff:ffff:ffff:ffff:ffff
2603:3017:b075:ffff:ffff:ffff:ffff:ffff
2603:3017:b091:ffff:ffff:ffff:ffff:ffff
2603:3017:b0a1:ffff:ffff:ffff:ffff:ffff
2603:3017:b0bc:ffff:ffff:ffff:ffff:ffff
2603:3017:b0ca:ffff:ffff:ffff:ffff:ffff
2603:3017:b0db:ffff:ffff:ffff:ffff:ffff
2603:3017:b0e9:ffff:ffff:ffff:ffff:ffff
2603:3017:b185:ffff:ffff:ffff:ffff:ffff

2603:3017:b1a0:ffff:ffff:ffff:ffff:ffff
2603:3017:b1b4:ffff:ffff:ffff:ffff:ffff
2603:3017:b1ba:ffff:ffff:ffff:ffff:ffff
2603:3017:b1ec:ffff:ffff:ffff:ffff:ffff
2603:3017:b1f2:ffff:ffff:ffff:ffff:ffff
2603:3017:b1f4:ffff:ffff:ffff:ffff:ffff
2603:3017:b25c:ffff:ffff:ffff:ffff:ffff
2603:3017:b263:ffff:ffff:ffff:ffff:ffff
2603:3017:b285:ffff:ffff:ffff:ffff:ffff
2603:3017:b2a3:ffff:ffff:ffff:ffff:ffff
2603:3017:b2ac:ffff:ffff:ffff:ffff:ffff
2603:3017:b2d9:ffff:ffff:ffff:ffff:ffff
2603:3017:b2ec:ffff:ffff:ffff:ffff:ffff
2603:3017:b311:ffff:ffff:ffff:ffff:ffff
2603:3017:b345:ffff:ffff:ffff:ffff:ffff
2603:3017:b354:ffff:ffff:ffff:ffff:ffff
2603:3017:b363:ffff:ffff:ffff:ffff:ffff
2603:3017:b39d:ffff:ffff:ffff:ffff:ffff
2603:3017:b3a0:ffff:ffff:ffff:ffff:ffff
2603:3017:b414:ffff:ffff:ffff:ffff:ffff
2603:3017:b47c:ffff:ffff:ffff:ffff:ffff
2603:3017:b488:ffff:ffff:ffff:ffff:ffff
2603:3017:b48b:ffff:ffff:ffff:ffff:ffff
2603:3017:b4bd:ffff:ffff:ffff:ffff:ffff
2603:3017:b4d8:ffff:ffff:ffff:ffff:ffff
2603:3017:b503:ffff:ffff:ffff:ffff:ffff
2603:3017:b514:ffff:ffff:ffff:ffff:ffff
2603:3017:b527:ffff:ffff:ffff:ffff:ffff
2603:3017:b539:ffff:ffff:ffff:ffff:ffff
2603:3017:b545:ffff:ffff:ffff:ffff:ffff
2603:3017:b54a:ffff:ffff:ffff:ffff:ffff
2603:3017:b597:ffff:ffff:ffff:ffff:ffff
2603:3017:b5b0:ffff:ffff:ffff:ffff:ffff
2603:3017:b5bb:ffff:ffff:ffff:ffff:ffff
2603:3017:b5f3:ffff:ffff:ffff:ffff:ffff
2603:3017:b60d:ffff:ffff:ffff:ffff:ffff

2603:3017:b639:ffff:ffff:ffff:ffff:ffff
2603:3017:b667:ffff:ffff:ffff:ffff:ffff
2603:3017:b67f:ffff:ffff:ffff:ffff:ffff
2603:3017:b698:ffff:ffff:ffff:ffff:ffff
2603:3017:b6a3:ffff:ffff:ffff:ffff:ffff
2603:3017:b6af:ffff:ffff:ffff:ffff:ffff
2603:3017:b6b3:ffff:ffff:ffff:ffff:ffff
2603:3017:b6c6:ffff:ffff:ffff:ffff:ffff
2603:3017:b6cc:ffff:ffff:ffff:ffff:ffff
2603:3017:b6dd:ffff:ffff:ffff:ffff:ffff
2603:3017:b709:ffff:ffff:ffff:ffff:ffff
2603:3017:b72c:ffff:ffff:ffff:ffff:ffff
2603:3017:b739:ffff:ffff:ffff:ffff:ffff
2603:3017:b75b:ffff:ffff:ffff:ffff:ffff
2603:3017:b777:ffff:ffff:ffff:ffff:ffff
2603:3017:b79b:ffff:ffff:ffff:ffff:ffff
2603:3017:b7e9:ffff:ffff:ffff:ffff:ffff
2603:3017:b7f8:ffff:ffff:ffff:ffff:ffff
2603:3017:b815:ffff:ffff:ffff:ffff:ffff
2603:3017:b841:ffff:ffff:ffff:ffff:ffff
2603:3017:b88e:ffff:ffff:ffff:ffff:ffff
2603:3017:b89d:ffff:ffff:ffff:ffff:ffff
2603:3017:b8b8:ffff:ffff:ffff:ffff:ffff
2603:3017:b8cd:ffff:ffff:ffff:ffff:ffff
2603:3017:b8cf:ffff:ffff:ffff:ffff:ffff
2603:3017:b8f2:ffff:ffff:ffff:ffff:ffff
2603:3017:b8fd:ffff:ffff:ffff:ffff:ffff
2603:3017:b921:ffff:ffff:ffff:ffff:ffff
2603:3017:b926:ffff:ffff:ffff:ffff:ffff
2603:3017:b92f:ffff:ffff:ffff:ffff:ffff
2603:3017:b962:ffff:ffff:ffff:ffff:ffff
2603:3017:b96f:ffff:ffff:ffff:ffff:ffff
2603:3017:b983:ffff:ffff:ffff:ffff:ffff
2603:3017:b989:ffff:ffff:ffff:ffff:ffff
2603:3017:b9b8:ffff:ffff:ffff:ffff:ffff
2603:3017:b9e5:ffff:ffff:ffff:ffff:ffff
2603:3017:b9ef:ffff:ffff:ffff:ffff:ffff

2603:3017:ba06:ffff:ffff:ffff:ffff:ffff
2603:3017:ba30:ffff:ffff:ffff:ffff:ffff
2603:3017:ba5d:ffff:ffff:ffff:ffff:ffff
2603:3017:ba63:ffff:ffff:ffff:ffff:ffff
2603:3017:ba65:ffff:ffff:ffff:ffff:ffff
2603:3017:ba71:ffff:ffff:ffff:ffff:ffff
2603:3017:ba9b:ffff:ffff:ffff:ffff:ffff
2603:3017:bae9:ffff:ffff:ffff:ffff:ffff
2603:3017:bafe:ffff:ffff:ffff:ffff:ffff
2603:3017:bb0a:ffff:ffff:ffff:ffff:ffff
2603:3017:bb1d:ffff:ffff:ffff:ffff:ffff
2603:3017:bb22:ffff:ffff:ffff:ffff:ffff
2603:3017:bb25:ffff:ffff:ffff:ffff:ffff
2603:3017:bb76:ffff:ffff:ffff:ffff:ffff
2603:3017:bb8c:ffff:ffff:ffff:ffff:ffff
2603:3017:bb9c:ffff:ffff:ffff:ffff:ffff
2603:3017:bbac:ffff:ffff:ffff:ffff:ffff
2603:3017:bbf6:ffff:ffff:ffff:ffff:ffff
2603:3017:bbf8:ffff:ffff:ffff:ffff:ffff
2603:3017:bc2d:ffff:ffff:ffff:ffff:ffff
2603:3017:bc3c:ffff:ffff:ffff:ffff:ffff
2603:3017:bc69:ffff:ffff:ffff:ffff:ffff
2603:3017:bc6b:ffff:ffff:ffff:ffff:ffff
2603:3017:bc7c:ffff:ffff:ffff:ffff:ffff
2603:3017:bc86:ffff:ffff:ffff:ffff:ffff
2603:3017:bc8b:ffff:ffff:ffff:ffff:ffff
2603:3017:bc8f:ffff:ffff:ffff:ffff:ffff
2603:3017:bca0:ffff:ffff:ffff:ffff:ffff
2603:3017:bcb1:ffff:ffff:ffff:ffff:ffff
2603:3017:bcbf:ffff:ffff:ffff:ffff:ffff
2603:3017:bcd3:ffff:ffff:ffff:ffff:ffff
2603:3017:bcee:ffff:ffff:ffff:ffff:ffff
2603:3017:bd00:ffff:ffff:ffff:ffff:ffff
2603:3017:bd14:ffff:ffff:ffff:ffff:ffff
2603:3017:bd21:ffff:ffff:ffff:ffff:ffff
2603:3017:bd34:ffff:ffff:ffff:ffff:ffff
2603:3017:bd43:ffff:ffff:ffff:ffff:ffff

2603:3017:bd4e:ffff:ffff:ffff:ffff:ffff
2603:3017:bd51:ffff:ffff:ffff:ffff:ffff
2603:3017:bd9c:ffff:ffff:ffff:ffff:ffff
2603:3017:bdab:ffff:ffff:ffff:ffff:ffff
2603:3017:bdd6:ffff:ffff:ffff:ffff:ffff
2603:3017:bdff:ffff:ffff:ffff:ffff:ffff
2603:3017:be03:ffff:ffff:ffff:ffff:ffff
2603:3017:be09:ffff:ffff:ffff:ffff:ffff
2603:3017:be37:ffff:ffff:ffff:ffff:ffff
2603:3017:be49:ffff:ffff:ffff:ffff:ffff
2603:3017:be8a:ffff:ffff:ffff:ffff:ffff
2603:3017:becb:ffff:ffff:ffff:ffff:ffff
2603:3017:bed3:ffff:ffff:ffff:ffff:ffff
2603:3017:bee7:ffff:ffff:ffff:ffff:ffff
2603:3017:bf37:ffff:ffff:ffff:ffff:ffff
2603:3017:bf72:ffff:ffff:ffff:ffff:ffff
2603:3017:bf74:ffff:ffff:ffff:ffff:ffff
2603:3017:bf8f:ffff:ffff:ffff:ffff:ffff
2603:3017:bf91:ffff:ffff:ffff:ffff:ffff
2603:3017:bfd7:ffff:ffff:ffff:ffff:ffff
2603:3017:bfe1:ffff:ffff:ffff:ffff:ffff
2603:3017:bfe8:ffff:ffff:ffff:ffff:ffff
2603:3017:bfee:ffff:ffff:ffff:ffff:ffff
2603:3017:bff2:ffff:ffff:ffff:ffff:ffff
2603:3017:c022:ffff:ffff:ffff:ffff:ffff
2603:3017:c04b:ffff:ffff:ffff:ffff:ffff
2603:3017:c063:ffff:ffff:ffff:ffff:ffff
2603:3017:c085:ffff:ffff:ffff:ffff:ffff
2603:3017:c0a0:ffff:ffff:ffff:ffff:ffff
2603:3017:c0a4:ffff:ffff:ffff:ffff:ffff
2603:3017:c0a9:ffff:ffff:ffff:ffff:ffff
2603:3017:c0ba:ffff:ffff:ffff:ffff:ffff
2603:3017:c0e5:ffff:ffff:ffff:ffff:ffff
2603:3017:c0f6:ffff:ffff:ffff:ffff:ffff
2603:3017:c106:ffff:ffff:ffff:ffff:ffff
2603:3017:c10a:ffff:ffff:ffff:ffff:ffff
2603:3017:c119:ffff:ffff:ffff:ffff:ffff

2603:3017:c135:ffff:ffff:ffff:ffff:ffff
2603:3017:c141:ffff:ffff:ffff:ffff:ffff
2603:3017:c155:ffff:ffff:ffff:ffff:ffff
2603:3017:c168:ffff:ffff:ffff:ffff:ffff
2603:3017:c17d:ffff:ffff:ffff:ffff:ffff
2603:3017:c180:ffff:ffff:ffff:ffff:ffff
2603:3017:c194:ffff:ffff:ffff:ffff:ffff
2603:3017:c1a6:ffff:ffff:ffff:ffff:ffff
2603:3017:c1a9:ffff:ffff:ffff:ffff:ffff
2603:3017:c1b3:ffff:ffff:ffff:ffff:ffff
2603:3017:c1bc:ffff:ffff:ffff:ffff:ffff
2603:3017:c1c3:ffff:ffff:ffff:ffff:ffff
2603:3017:c1d7:ffff:ffff:ffff:ffff:ffff
2603:3017:c1e8:ffff:ffff:ffff:ffff:ffff
2603:3017:c208:ffff:ffff:ffff:ffff:ffff
2603:3017:c211:ffff:ffff:ffff:ffff:ffff
2603:3017:c214:ffff:ffff:ffff:ffff:ffff
2603:3017:c22e:ffff:ffff:ffff:ffff:ffff
2603:3017:c240:ffff:ffff:ffff:ffff:ffff
2603:3017:c27d:ffff:ffff:ffff:ffff:ffff
2603:3017:c288:ffff:ffff:ffff:ffff:ffff
2603:3017:c293:ffff:ffff:ffff:ffff:ffff
2603:3017:c29e:ffff:ffff:ffff:ffff:ffff
2603:3017:c2aa:ffff:ffff:ffff:ffff:ffff
2603:3017:c2c2:ffff:ffff:ffff:ffff:ffff
2603:3017:c2cc:ffff:ffff:ffff:ffff:ffff
2603:3017:c318:ffff:ffff:ffff:ffff:ffff
2603:3017:c343:ffff:ffff:ffff:ffff:ffff
2603:3017:c347:ffff:ffff:ffff:ffff:ffff
2603:3017:c3bc:ffff:ffff:ffff:ffff:ffff
2603:3017:c3c9:ffff:ffff:ffff:ffff:ffff
2603:3017:c3db:ffff:ffff:ffff:ffff:ffff
2603:3017:c3f5:ffff:ffff:ffff:ffff:ffff
2603:3017:c410:ffff:ffff:ffff:ffff:ffff
2603:3017:c41d:ffff:ffff:ffff:ffff:ffff
2603:3017:c426:ffff:ffff:ffff:ffff:ffff
2603:3017:c445:ffff:ffff:ffff:ffff:ffff

2603:3017:c462:ffff:ffff:ffff:ffff:ffff
2603:3017:c47b:ffff:ffff:ffff:ffff:ffff
2603:3017:c47f:ffff:ffff:ffff:ffff:ffff
2603:3017:c4d0:ffff:ffff:ffff:ffff:ffff
2603:3017:c52a:ffff:ffff:ffff:ffff:ffff
2603:3017:c537:ffff:ffff:ffff:ffff:ffff
2603:3017:c539:ffff:ffff:ffff:ffff:ffff
2603:3017:c567:ffff:ffff:ffff:ffff:ffff
2603:3017:c5a5:ffff:ffff:ffff:ffff:ffff
2603:3017:c5e5:ffff:ffff:ffff:ffff:ffff
2603:3017:c5eb:ffff:ffff:ffff:ffff:ffff
2603:3017:c5ee:ffff:ffff:ffff:ffff:ffff
2603:3017:c634:ffff:ffff:ffff:ffff:ffff
2603:3017:c646:ffff:ffff:ffff:ffff:ffff
2603:3017:c650:ffff:ffff:ffff:ffff:ffff
2603:3017:c65c:ffff:ffff:ffff:ffff:ffff
2603:3017:c671:ffff:ffff:ffff:ffff:ffff
2603:3017:c683:ffff:ffff:ffff:ffff:ffff
2603:3017:c6ae:ffff:ffff:ffff:ffff:ffff
2603:3017:c6b4:ffff:ffff:ffff:ffff:ffff
2603:3017:c6b8:ffff:ffff:ffff:ffff:ffff
2603:3017:c6d4:ffff:ffff:ffff:ffff:ffff
2603:3017:c6e0:ffff:ffff:ffff:ffff:ffff
2603:3017:c6e7:ffff:ffff:ffff:ffff:ffff
2603:3017:c714:ffff:ffff:ffff:ffff:ffff
2603:3017:c724:ffff:ffff:ffff:ffff:ffff
2603:3017:c766:ffff:ffff:ffff:ffff:ffff
2603:3017:c795:ffff:ffff:ffff:ffff:ffff
2603:3017:c7a5:ffff:ffff:ffff:ffff:ffff
2603:3017:c7b0:ffff:ffff:ffff:ffff:ffff
2603:3017:c7e9:ffff:ffff:ffff:ffff:ffff
2603:3017:c7f4:ffff:ffff:ffff:ffff:ffff
2603:3017:c814:ffff:ffff:ffff:ffff:ffff
2603:3017:c81f:ffff:ffff:ffff:ffff:ffff
2603:3017:c83f:ffff:ffff:ffff:ffff:ffff
2603:3017:c847:ffff:ffff:ffff:ffff:ffff
2603:3017:c85a:ffff:ffff:ffff:ffff:ffff

2603:3017:c866:ffff:ffff:ffff:ffff:ffff
2603:3017:c89f:ffff:ffff:ffff:ffff:ffff
2603:3017:c8c0:ffff:ffff:ffff:ffff:ffff
2603:3017:c8d1:ffff:ffff:ffff:ffff:ffff
2603:3017:c8d8:ffff:ffff:ffff:ffff:ffff
2603:3017:c8e4:ffff:ffff:ffff:ffff:ffff
2603:3017:c8e9:ffff:ffff:ffff:ffff:ffff
2603:3017:c8ed:ffff:ffff:ffff:ffff:ffff
2603:3017:c8f9:ffff:ffff:ffff:ffff:ffff
2603:3017:c904:ffff:ffff:ffff:ffff:ffff
2603:3017:c956:ffff:ffff:ffff:ffff:ffff
2603:3017:c958:ffff:ffff:ffff:ffff:ffff
2603:3017:c977:ffff:ffff:ffff:ffff:ffff
2603:3017:c97a:ffff:ffff:ffff:ffff:ffff
2603:3017:c97f:ffff:ffff:ffff:ffff:ffff
2603:3017:c9a2:ffff:ffff:ffff:ffff:ffff
2603:3017:c9af:ffff:ffff:ffff:ffff:ffff
2603:3017:c9b2:ffff:ffff:ffff:ffff:ffff
2603:3017:c9c4:ffff:ffff:ffff:ffff:ffff
2603:3017:c9f0:ffff:ffff:ffff:ffff:ffff
2603:3017:ca04:ffff:ffff:ffff:ffff:ffff
2603:3017:ca13:ffff:ffff:ffff:ffff:ffff
2603:3017:ca26:ffff:ffff:ffff:ffff:ffff
2603:3017:ca52:ffff:ffff:ffff:ffff:ffff
2603:3017:ca54:ffff:ffff:ffff:ffff:ffff
2603:3017:ca7a:ffff:ffff:ffff:ffff:ffff
2603:3017:ca96:ffff:ffff:ffff:ffff:ffff
2603:3017:ca9b:ffff:ffff:ffff:ffff:ffff
2603:3017:caa0:ffff:ffff:ffff:ffff:ffff
2603:3017:caa5:ffff:ffff:ffff:ffff:ffff
2603:3017:cac4:ffff:ffff:ffff:ffff:ffff
2603:3017:cb16:ffff:ffff:ffff:ffff:ffff
2603:3017:cb44:ffff:ffff:ffff:ffff:ffff
2603:3017:cb46:ffff:ffff:ffff:ffff:ffff
2603:3017:cb68:ffff:ffff:ffff:ffff:ffff
2603:3017:cb74:ffff:ffff:ffff:ffff:ffff
2603:3017:cb88:ffff:ffff:ffff:ffff:ffff

2603:3017:cbb0:ffff:ffff:ffff:ffff:ffff
2603:3017:cbd3:ffff:ffff:ffff:ffff:ffff
2603:3017:cc1a:ffff:ffff:ffff:ffff:ffff
2603:3017:cc49:ffff:ffff:ffff:ffff:ffff
2603:3017:cc65:ffff:ffff:ffff:ffff:ffff
2603:3017:cc69:ffff:ffff:ffff:ffff:ffff
2603:3017:cc7f:ffff:ffff:ffff:ffff:ffff
2603:3017:cc87:ffff:ffff:ffff:ffff:ffff
2603:3017:cc9e:ffff:ffff:ffff:ffff:ffff
2603:3017:ccb3:ffff:ffff:ffff:ffff:ffff
2603:3017:ccdd:ffff:ffff:ffff:ffff:ffff
2603:3017:cce0:ffff:ffff:ffff:ffff:ffff
2603:3017:cce7:ffff:ffff:ffff:ffff:ffff
2603:3017:ccfc:ffff:ffff:ffff:ffff:ffff
2603:3017:cd02:ffff:ffff:ffff:ffff:ffff
2603:3017:cd57:ffff:ffff:ffff:ffff:ffff
2603:3017:cd5a:ffff:ffff:ffff:ffff:ffff
2603:3017:cd5f:ffff:ffff:ffff:ffff:ffff
2603:3017:cd66:ffff:ffff:ffff:ffff:ffff
2603:3017:cd83:ffff:ffff:ffff:ffff:ffff
2603:3017:cdbf:ffff:ffff:ffff:ffff:ffff
2603:3017:cdc2:ffff:ffff:ffff:ffff:ffff
2603:3017:ce0e:ffff:ffff:ffff:ffff:ffff
2603:3017:ce2d:ffff:ffff:ffff:ffff:ffff
2603:3017:ce35:ffff:ffff:ffff:ffff:ffff
2603:3017:ce5d:ffff:ffff:ffff:ffff:ffff
2603:3017:ce73:ffff:ffff:ffff:ffff:ffff
2603:3017:ce93:ffff:ffff:ffff:ffff:ffff
2603:3017:ce98:ffff:ffff:ffff:ffff:ffff
2603:3017:cea2:ffff:ffff:ffff:ffff:ffff
2603:3017:cebf:ffff:ffff:ffff:ffff:ffff
2603:3017:cec9:ffff:ffff:ffff:ffff:ffff
2603:3017:cee4:ffff:ffff:ffff:ffff:ffff
2603:3017:cefe:ffff:ffff:ffff:ffff:ffff
2603:3017:cf05:ffff:ffff:ffff:ffff:ffff
2603:3017:cf13:ffff:ffff:ffff:ffff:ffff
2603:3017:cf20:ffff:ffff:ffff:ffff:ffff

2603:3017:cf22:ffff:ffff:ffff:ffff:ffff
2603:3017:cf2c:ffff:ffff:ffff:ffff:ffff
2603:3017:cf65:ffff:ffff:ffff:ffff:ffff
2603:3017:cfa2:ffff:ffff:ffff:ffff:ffff
2603:3017:cfb8:ffff:ffff:ffff:ffff:ffff
2603:3017:cff4:ffff:ffff:ffff:ffff:ffff
2603:3017:cffd:ffff:ffff:ffff:ffff:ffff
2603:3017:d010:ffff:ffff:ffff:ffff:ffff
2603:3017:d01d:ffff:ffff:ffff:ffff:ffff
2603:3017:d030:ffff:ffff:ffff:ffff:ffff
2603:3017:d03f:ffff:ffff:ffff:ffff:ffff
2603:3017:d074:ffff:ffff:ffff:ffff:ffff
2603:3017:d08f:ffff:ffff:ffff:ffff:ffff
2603:3017:d09f:ffff:ffff:ffff:ffff:ffff
2603:3017:d0ad:ffff:ffff:ffff:ffff:ffff
2603:3017:d0e0:ffff:ffff:ffff:ffff:ffff
2603:3017:d10d:ffff:ffff:ffff:ffff:ffff
2603:3017:d143:ffff:ffff:ffff:ffff:ffff
2603:3017:d15f:ffff:ffff:ffff:ffff:ffff
2603:3017:d162:ffff:ffff:ffff:ffff:ffff
2603:3017:d16e:ffff:ffff:ffff:ffff:ffff
2603:3017:d18a:ffff:ffff:ffff:ffff:ffff
2603:3017:d1ca:ffff:ffff:ffff:ffff:ffff
2603:3017:d1d4:ffff:ffff:ffff:ffff:ffff
2603:3017:d1e3:ffff:ffff:ffff:ffff:ffff
2603:3017:d20b:ffff:ffff:ffff:ffff:ffff
2603:3017:d210:ffff:ffff:ffff:ffff:ffff
2603:3017:d214:ffff:ffff:ffff:ffff:ffff
2603:3017:d232:ffff:ffff:ffff:ffff:ffff
2603:3017:d236:ffff:ffff:ffff:ffff:ffff
2603:3017:d24b:ffff:ffff:ffff:ffff:ffff
2603:3017:d27f:ffff:ffff:ffff:ffff:ffff
2603:3017:d2a0:ffff:ffff:ffff:ffff:ffff
2603:3017:d2a2:ffff:ffff:ffff:ffff:ffff
2603:3017:d2e0:ffff:ffff:ffff:ffff:ffff
2603:3017:d2e6:ffff:ffff:ffff:ffff:ffff
2603:3017:d2f0:ffff:ffff:ffff:ffff:ffff

2603:3017:d2f9:ffff:ffff:ffff:ffff:ffff
2603:3017:d30b:ffff:ffff:ffff:ffff:ffff
2603:3017:d32e:ffff:ffff:ffff:ffff:ffff
2603:3017:d33c:ffff:ffff:ffff:ffff:ffff
2603:3017:d36b:ffff:ffff:ffff:ffff:ffff
2603:3017:d378:ffff:ffff:ffff:ffff:ffff
2603:3017:d380:ffff:ffff:ffff:ffff:ffff
2603:3017:d38d:ffff:ffff:ffff:ffff:ffff
2603:3017:d392:ffff:ffff:ffff:ffff:ffff
2603:3017:d3af:ffff:ffff:ffff:ffff:ffff
2603:3017:d3c5:ffff:ffff:ffff:ffff:ffff
2603:3017:d3da:ffff:ffff:ffff:ffff:ffff
2603:3017:d3e7:ffff:ffff:ffff:ffff:ffff
2603:3017:d3fb:ffff:ffff:ffff:ffff:ffff
2603:3017:d420:ffff:ffff:ffff:ffff:ffff
2603:3017:d422:ffff:ffff:ffff:ffff:ffff
2603:3017:d425:ffff:ffff:ffff:ffff:ffff
2603:3017:d429:ffff:ffff:ffff:ffff:ffff
2603:3017:d43c:ffff:ffff:ffff:ffff:ffff
2603:3017:d461:ffff:ffff:ffff:ffff:ffff
2603:3017:d47b:ffff:ffff:ffff:ffff:ffff
2603:3017:d489:ffff:ffff:ffff:ffff:ffff
2603:3017:d48b:ffff:ffff:ffff:ffff:ffff
2603:3017:d4ad:ffff:ffff:ffff:ffff:ffff
2603:3017:d4c6:ffff:ffff:ffff:ffff:ffff
2603:3017:d4db:ffff:ffff:ffff:ffff:ffff
2603:3017:d4e9:ffff:ffff:ffff:ffff:ffff
2603:3017:d4eb:ffff:ffff:ffff:ffff:ffff
2603:3017:d4fe:ffff:ffff:ffff:ffff:ffff
2603:3017:d506:ffff:ffff:ffff:ffff:ffff
2603:3017:d508:ffff:ffff:ffff:ffff:ffff
2603:3017:d518:ffff:ffff:ffff:ffff:ffff
2603:3017:d53b:ffff:ffff:ffff:ffff:ffff
2603:3017:d542:ffff:ffff:ffff:ffff:ffff
2603:3017:d553:ffff:ffff:ffff:ffff:ffff
2603:3017:d55a:ffff:ffff:ffff:ffff:ffff
2603:3017:d56e:ffff:ffff:ffff:ffff:ffff

2603:3017:d5a8:ffff:ffff:ffff:ffff:ffff
2603:3017:d617:ffff:ffff:ffff:ffff:ffff
2603:3017:d61a:ffff:ffff:ffff:ffff:ffff
2603:3017:d62a:ffff:ffff:ffff:ffff:ffff
2603:3017:d62c:ffff:ffff:ffff:ffff:ffff
2603:3017:d642:ffff:ffff:ffff:ffff:ffff
2603:3017:d67d:ffff:ffff:ffff:ffff:ffff
2603:3017:d691:ffff:ffff:ffff:ffff:ffff
2603:3017:d6a0:ffff:ffff:ffff:ffff:ffff
2603:3017:d6a3:ffff:ffff:ffff:ffff:ffff
2603:3017:d6b2:ffff:ffff:ffff:ffff:ffff
2603:3017:d6c0:ffff:ffff:ffff:ffff:ffff
2603:3017:d6c2:ffff:ffff:ffff:ffff:ffff
2603:3017:d6c6:ffff:ffff:ffff:ffff:ffff
2603:3017:d6ea:ffff:ffff:ffff:ffff:ffff
2603:3017:d6ec:ffff:ffff:ffff:ffff:ffff
2603:3017:d736:ffff:ffff:ffff:ffff:ffff
2603:3017:d73f:ffff:ffff:ffff:ffff:ffff
2603:3017:d75b:ffff:ffff:ffff:ffff:ffff
2603:3017:d76d:ffff:ffff:ffff:ffff:ffff
2603:3017:d783:ffff:ffff:ffff:ffff:ffff
2603:3017:d7a8:ffff:ffff:ffff:ffff:ffff
2603:3017:d7ad:ffff:ffff:ffff:ffff:ffff
2603:3017:d7bb:ffff:ffff:ffff:ffff:ffff
2603:3017:d7df:ffff:ffff:ffff:ffff:ffff
2603:3017:d7f7:ffff:ffff:ffff:ffff:ffff
2603:3017:d7fe:ffff:ffff:ffff:ffff:ffff
2603:3017:d80b:ffff:ffff:ffff:ffff:ffff
2603:3017:d837:ffff:ffff:ffff:ffff:ffff
2603:3017:d84b:ffff:ffff:ffff:ffff:ffff
2603:3017:d84f:ffff:ffff:ffff:ffff:ffff
2603:3017:d85b:ffff:ffff:ffff:ffff:ffff
2603:3017:d868:ffff:ffff:ffff:ffff:ffff
2603:3017:d86e:ffff:ffff:ffff:ffff:ffff
2603:3017:d87c:ffff:ffff:ffff:ffff:ffff
2603:3017:d892:ffff:ffff:ffff:ffff:ffff
2603:3017:d8a0:ffff:ffff:ffff:ffff:ffff

2603:3017:d8ac:ffff:ffff:ffff:ffff:ffff
2603:3017:d8b5:ffff:ffff:ffff:ffff:ffff
2603:3017:d8c0:ffff:ffff:ffff:ffff:ffff
2603:3017:d8cc:ffff:ffff:ffff:ffff:ffff
2603:3017:d8d7:ffff:ffff:ffff:ffff:ffff
2603:3017:d8e9:ffff:ffff:ffff:ffff:ffff
2603:3017:d8eb:ffff:ffff:ffff:ffff:ffff
2603:3017:d903:ffff:ffff:ffff:ffff:ffff
2603:3017:d90c:ffff:ffff:ffff:ffff:ffff
2603:3017:d939:ffff:ffff:ffff:ffff:ffff
2603:3017:d93d:ffff:ffff:ffff:ffff:ffff
2603:3017:d955:ffff:ffff:ffff:ffff:ffff
2603:3017:d98e:ffff:ffff:ffff:ffff:ffff
2603:3017:d9a8:ffff:ffff:ffff:ffff:ffff
2603:3017:d9ad:ffff:ffff:ffff:ffff:ffff
2603:3017:d9b8:ffff:ffff:ffff:ffff:ffff
2603:3017:d9bb:ffff:ffff:ffff:ffff:ffff
2603:3017:d9fe:ffff:ffff:ffff:ffff:ffff
2603:3017:da0a:ffff:ffff:ffff:ffff:ffff
2603:3017:da13:ffff:ffff:ffff:ffff:ffff
2603:3017:da15:ffff:ffff:ffff:ffff:ffff
2603:3017:da2a:ffff:ffff:ffff:ffff:ffff
2603:3017:da2e:ffff:ffff:ffff:ffff:ffff
2603:3017:da66:ffff:ffff:ffff:ffff:ffff
2603:3017:da6d:ffff:ffff:ffff:ffff:ffff
2603:3017:da7d:ffff:ffff:ffff:ffff:ffff
2603:3017:daa1:ffff:ffff:ffff:ffff:ffff
2603:3017:daaf:ffff:ffff:ffff:ffff:ffff
2603:3017:dab2:ffff:ffff:ffff:ffff:ffff
2603:3017:dab5:ffff:ffff:ffff:ffff:ffff
2603:3017:dabc:ffff:ffff:ffff:ffff:ffff
2603:3017:dabf:ffff:ffff:ffff:ffff:ffff
2603:3017:daf4:ffff:ffff:ffff:ffff:ffff
2603:3017:db20:ffff:ffff:ffff:ffff:ffff
2603:3017:db62:ffff:ffff:ffff:ffff:ffff
2603:3017:db6a:ffff:ffff:ffff:ffff:ffff
2603:3017:db6d:ffff:ffff:ffff:ffff:ffff

2603:3017:db77:ffff:ffff:ffff:ffff:ffff
2603:3017:dba7:ffff:ffff:ffff:ffff:ffff
2603:3017:dbac:ffff:ffff:ffff:ffff:ffff
2603:3017:dbea:ffff:ffff:ffff:ffff:ffff
2603:3017:dc29:ffff:ffff:ffff:ffff:ffff
2603:3017:dc48:ffff:ffff:ffff:ffff:ffff
2603:3017:dc6e:ffff:ffff:ffff:ffff:ffff
2603:3017:dc75:ffff:ffff:ffff:ffff:ffff
2603:3017:dc88:ffff:ffff:ffff:ffff:ffff
2603:3017:dc8a:ffff:ffff:ffff:ffff:ffff
2603:3017:dcab:ffff:ffff:ffff:ffff:ffff
2603:3017:dcc4:ffff:ffff:ffff:ffff:ffff
2603:3017:dce8:ffff:ffff:ffff:ffff:ffff
2603:3017:dcea:ffff:ffff:ffff:ffff:ffff
2603:3017:dcf9:ffff:ffff:ffff:ffff:ffff
2603:3017:dd0f:ffff:ffff:ffff:ffff:ffff
2603:3017:dd1f:ffff:ffff:ffff:ffff:ffff
2603:3017:dd5f:ffff:ffff:ffff:ffff:ffff
2603:3017:dd77:ffff:ffff:ffff:ffff:ffff
2603:3017:dd8a:ffff:ffff:ffff:ffff:ffff
2603:3017:ddce:ffff:ffff:ffff:ffff:ffff
2603:3017:ddd3:ffff:ffff:ffff:ffff:ffff
2603:3017:ddd9:ffff:ffff:ffff:ffff:ffff
2603:3017:dde2:ffff:ffff:ffff:ffff:ffff
2603:3017:dde6:ffff:ffff:ffff:ffff:ffff
2603:3017:de0a:ffff:ffff:ffff:ffff:ffff
2603:3017:de27:ffff:ffff:ffff:ffff:ffff
2603:3017:de33:ffff:ffff:ffff:ffff:ffff
2603:3017:de53:ffff:ffff:ffff:ffff:ffff
2603:3017:de58:ffff:ffff:ffff:ffff:ffff
2603:3017:def9:ffff:ffff:ffff:ffff:ffff
2603:3017:df07:ffff:ffff:ffff:ffff:ffff
2603:3017:df0b:ffff:ffff:ffff:ffff:ffff
2603:3017:df1b:ffff:ffff:ffff:ffff:ffff
2603:3017:df28:ffff:ffff:ffff:ffff:ffff
2603:3017:df2d:ffff:ffff:ffff:ffff:ffff
2603:3017:df6c:ffff:ffff:ffff:ffff:ffff

2603:3017:df75:ffff:ffff:ffff:ffff:ffff
2603:3017:df9a:ffff:ffff:ffff:ffff:ffff
2603:3017:dfad:ffff:ffff:ffff:ffff:ffff
2603:3017:dfc1:ffff:ffff:ffff:ffff:ffff
2603:3017:dfeb:ffff:ffff:ffff:ffff:ffff
2603:3017:e004:ffff:ffff:ffff:ffff:ffff
2603:3017:e00c:ffff:ffff:ffff:ffff:ffff
2603:3017:e011:ffff:ffff:ffff:ffff:ffff
2603:3017:e018:ffff:ffff:ffff:ffff:ffff
2603:3017:e03b:ffff:ffff:ffff:ffff:ffff
2603:3017:e03f:ffff:ffff:ffff:ffff:ffff
2603:3017:e048:ffff:ffff:ffff:ffff:ffff
2603:3017:e05e:ffff:ffff:ffff:ffff:ffff
2603:3017:e089:ffff:ffff:ffff:ffff:ffff
2603:3017:e09a:ffff:ffff:ffff:ffff:ffff
2603:3017:e0c1:ffff:ffff:ffff:ffff:ffff
2603:3017:e0d0:ffff:ffff:ffff:ffff:ffff
2603:3017:e0e2:ffff:ffff:ffff:ffff:ffff
2603:3017:e0f8:ffff:ffff:ffff:ffff:ffff
2603:3017:e101:ffff:ffff:ffff:ffff:ffff
2603:3017:e11c:ffff:ffff:ffff:ffff:ffff
2603:3017:e123:ffff:ffff:ffff:ffff:ffff
2603:3017:e127:ffff:ffff:ffff:ffff:ffff
2603:3017:e12e:ffff:ffff:ffff:ffff:ffff
2603:3017:e137:ffff:ffff:ffff:ffff:ffff
2603:3017:e156:ffff:ffff:ffff:ffff:ffff
2603:3017:e158:ffff:ffff:ffff:ffff:ffff
2603:3017:e182:ffff:ffff:ffff:ffff:ffff
2603:3017:e1d5:ffff:ffff:ffff:ffff:ffff
2603:3017:e1e9:ffff:ffff:ffff:ffff:ffff
2603:3017:e1eb:ffff:ffff:ffff:ffff:ffff
2603:3017:e211:ffff:ffff:ffff:ffff:ffff
2603:3017:e221:ffff:ffff:ffff:ffff:ffff
2603:3017:e22e:ffff:ffff:ffff:ffff:ffff
2603:3017:e23f:ffff:ffff:ffff:ffff:ffff
2603:3017:e25b:ffff:ffff:ffff:ffff:ffff
2603:3017:e270:ffff:ffff:ffff:ffff:ffff

2603:3017:e280:ffff:ffff:ffff:ffff:ffff
2603:3017:e294:ffff:ffff:ffff:ffff:ffff
2603:3017:e29e:ffff:ffff:ffff:ffff:ffff
2603:3017:e2a4:ffff:ffff:ffff:ffff:ffff
2603:3017:e2b1:ffff:ffff:ffff:ffff:ffff
2603:3017:e2d7:ffff:ffff:ffff:ffff:ffff
2603:3017:e2d9:ffff:ffff:ffff:ffff:ffff
2603:3017:e30b:ffff:ffff:ffff:ffff:ffff
2603:3017:e310:ffff:ffff:ffff:ffff:ffff
2603:3017:e314:ffff:ffff:ffff:ffff:ffff
2603:3017:e330:ffff:ffff:ffff:ffff:ffff
2603:3017:e33a:ffff:ffff:ffff:ffff:ffff
2603:3017:e348:ffff:ffff:ffff:ffff:ffff
2603:3017:e355:ffff:ffff:ffff:ffff:ffff
2603:3017:e358:ffff:ffff:ffff:ffff:ffff
2603:3017:e365:ffff:ffff:ffff:ffff:ffff
2603:3017:e36c:ffff:ffff:ffff:ffff:ffff
2603:3017:e37b:ffff:ffff:ffff:ffff:ffff
2603:3017:e37e:ffff:ffff:ffff:ffff:ffff
2603:3017:e383:ffff:ffff:ffff:ffff:ffff
2603:3017:e3c7:ffff:ffff:ffff:ffff:ffff
2603:3017:e42c:ffff:ffff:ffff:ffff:ffff
2603:3017:e44a:ffff:ffff:ffff:ffff:ffff
2603:3017:e44c:ffff:ffff:ffff:ffff:ffff
2603:3017:e451:ffff:ffff:ffff:ffff:ffff
2603:3017:e464:ffff:ffff:ffff:ffff:ffff
2603:3017:e489:ffff:ffff:ffff:ffff:ffff
2603:3017:e4a1:ffff:ffff:ffff:ffff:ffff
2603:3017:e4d4:ffff:ffff:ffff:ffff:ffff
2603:3017:e4f7:ffff:ffff:ffff:ffff:ffff
2603:3017:e513:ffff:ffff:ffff:ffff:ffff
2603:3017:e52d:ffff:ffff:ffff:ffff:ffff
2603:3017:e591:ffff:ffff:ffff:ffff:ffff
2603:3017:e5e2:ffff:ffff:ffff:ffff:ffff
2603:3017:e5f9:ffff:ffff:ffff:ffff:ffff
2603:3017:e60e:ffff:ffff:ffff:ffff:ffff
2603:3017:e614:ffff:ffff:ffff:ffff:ffff

2603:3017:e632:ffff:ffff:ffff:ffff:ffff
2603:3017:e645:ffff:ffff:ffff:ffff:ffff
2603:3017:e66b:ffff:ffff:ffff:ffff:ffff
2603:3017:e680:ffff:ffff:ffff:ffff:ffff
2603:3017:e6a7:ffff:ffff:ffff:ffff:ffff
2603:3017:e6b6:ffff:ffff:ffff:ffff:ffff
2603:3017:e6cb:ffff:ffff:ffff:ffff:ffff
2603:3017:e6d6:ffff:ffff:ffff:ffff:ffff
2603:3017:e6f3:ffff:ffff:ffff:ffff:ffff
2603:3017:e705:ffff:ffff:ffff:ffff:ffff
2603:3017:e736:ffff:ffff:ffff:ffff:ffff
2603:3017:e76b:ffff:ffff:ffff:ffff:ffff
2603:3017:e78f:ffff:ffff:ffff:ffff:ffff
2603:3017:e7b3:ffff:ffff:ffff:ffff:ffff
2603:3017:e7df:ffff:ffff:ffff:ffff:ffff
2603:3017:e7e2:ffff:ffff:ffff:ffff:ffff
2603:3017:e7ec:ffff:ffff:ffff:ffff:ffff
2603:3017:e803:ffff:ffff:ffff:ffff:ffff
2603:3017:e876:ffff:ffff:ffff:ffff:ffff
2603:3017:e8ab:ffff:ffff:ffff:ffff:ffff
2603:3017:e8ae:ffff:ffff:ffff:ffff:ffff
2603:3017:e8be:ffff:ffff:ffff:ffff:ffff
2603:3017:e8d4:ffff:ffff:ffff:ffff:ffff
2603:3017:e8d7:ffff:ffff:ffff:ffff:ffff
2603:3017:e8dd:ffff:ffff:ffff:ffff:ffff
2603:3017:e927:ffff:ffff:ffff:ffff:ffff
2603:3017:e92d:ffff:ffff:ffff:ffff:ffff
2603:3017:e961:ffff:ffff:ffff:ffff:ffff
2603:3017:e964:ffff:ffff:ffff:ffff:ffff
2603:3017:e97e:ffff:ffff:ffff:ffff:ffff
2603:3017:e991:ffff:ffff:ffff:ffff:ffff
2603:3017:e997:ffff:ffff:ffff:ffff:ffff
2603:3017:e9b4:ffff:ffff:ffff:ffff:ffff
2603:3017:e9de:ffff:ffff:ffff:ffff:ffff
2603:3017:ea03:ffff:ffff:ffff:ffff:ffff
2603:3017:ea08:ffff:ffff:ffff:ffff:ffff
2603:3017:ea23:ffff:ffff:ffff:ffff:ffff

2603:3017:ea27:ffff:ffff:ffff:ffff:ffff
2603:3017:ea47:ffff:ffff:ffff:ffff:ffff
2603:3017:ea49:ffff:ffff:ffff:ffff:ffff
2603:3017:ea4b:ffff:ffff:ffff:ffff:ffff
2603:3017:ea6c:ffff:ffff:ffff:ffff:ffff
2603:3017:eab9:ffff:ffff:ffff:ffff:ffff
2603:3017:eac5:ffff:ffff:ffff:ffff:ffff
2603:3017:eac7:ffff:ffff:ffff:ffff:ffff
2603:3017:ead8:ffff:ffff:ffff:ffff:ffff
2603:3017:eae6:ffff:ffff:ffff:ffff:ffff
2603:3017:eaf7:ffff:ffff:ffff:ffff:ffff
2603:3017:eb06:ffff:ffff:ffff:ffff:ffff
2603:3017:eb1c:ffff:ffff:ffff:ffff:ffff
2603:3017:eb33:ffff:ffff:ffff:ffff:ffff
2603:3017:eb47:ffff:ffff:ffff:ffff:ffff
2603:3017:eb60:ffff:ffff:ffff:ffff:ffff
2603:3017:eb62:ffff:ffff:ffff:ffff:ffff
2603:3017:eb72:ffff:ffff:ffff:ffff:ffff
2603:3017:eb7d:ffff:ffff:ffff:ffff:ffff
2603:3017:eb9c:ffff:ffff:ffff:ffff:ffff
2603:3017:ebad:ffff:ffff:ffff:ffff:ffff
2603:3017:ec25:ffff:ffff:ffff:ffff:ffff
2603:3017:ec44:ffff:ffff:ffff:ffff:ffff
2603:3017:ec55:ffff:ffff:ffff:ffff:ffff
2603:3017:ec7e:ffff:ffff:ffff:ffff:ffff
2603:3017:ec82:ffff:ffff:ffff:ffff:ffff
2603:3017:ec92:ffff:ffff:ffff:ffff:ffff
2603:3017:ec95:ffff:ffff:ffff:ffff:ffff
2603:3017:ecb4:ffff:ffff:ffff:ffff:ffff
2603:3017:ecbf:ffff:ffff:ffff:ffff:ffff
2603:3017:ecc2:ffff:ffff:ffff:ffff:ffff
2603:3017:ece5:ffff:ffff:ffff:ffff:ffff
2603:3017:ecfb:ffff:ffff:ffff:ffff:ffff
2603:3017:ed17:ffff:ffff:ffff:ffff:ffff
2603:3017:ed29:ffff:ffff:ffff:ffff:ffff
2603:3017:ed30:ffff:ffff:ffff:ffff:ffff
2603:3017:ed4f:ffff:ffff:ffff:ffff:ffff

2603:3017:ed51:ffff:ffff:ffff:ffff:ffff
2603:3017:ed62:ffff:ffff:ffff:ffff:ffff
2603:3017:ed6f:ffff:ffff:ffff:ffff:ffff
2603:3017:ed91:ffff:ffff:ffff:ffff:ffff
2603:3017:ed9d:ffff:ffff:ffff:ffff:ffff
2603:3017:edb3:ffff:ffff:ffff:ffff:ffff
2603:3017:edb7:ffff:ffff:ffff:ffff:ffff
2603:3017:edca:ffff:ffff:ffff:ffff:ffff
2603:3017:ede6:ffff:ffff:ffff:ffff:ffff
2603:3017:edee:ffff:ffff:ffff:ffff:ffff
2603:3017:ee2b:ffff:ffff:ffff:ffff:ffff
2603:3017:ee5b:ffff:ffff:ffff:ffff:ffff
2603:3017:ee95:ffff:ffff:ffff:ffff:ffff
2603:3017:eea0:ffff:ffff:ffff:ffff:ffff
2603:3017:eeb2:ffff:ffff:ffff:ffff:ffff
2603:3017:eeea:ffff:ffff:ffff:ffff:ffff
2603:3017:eeed:ffff:ffff:ffff:ffff:ffff
2603:3017:eefb:ffff:ffff:ffff:ffff:ffff
2603:3017:ef04:ffff:ffff:ffff:ffff:ffff
2603:3017:ef21:ffff:ffff:ffff:ffff:ffff
2603:3017:ef31:ffff:ffff:ffff:ffff:ffff
2603:3017:ef3f:ffff:ffff:ffff:ffff:ffff
2603:3017:ef4c:ffff:ffff:ffff:ffff:ffff
2603:3017:ef50:ffff:ffff:ffff:ffff:ffff
2603:3017:ef7f:ffff:ffff:ffff:ffff:ffff
2603:3017:efc4:ffff:ffff:ffff:ffff:ffff
2603:3017:efd4:ffff:ffff:ffff:ffff:ffff
2603:3017:efff:ffff:ffff:ffff:ffff:ffff
2603:3017:f003:ffff:ffff:ffff:ffff:ffff
2603:3017:f015:ffff:ffff:ffff:ffff:ffff
2603:3017:f031:ffff:ffff:ffff:ffff:ffff
2603:3017:f063:ffff:ffff:ffff:ffff:ffff
2603:3017:f06a:ffff:ffff:ffff:ffff:ffff
2603:3017:f088:ffff:ffff:ffff:ffff:ffff
2603:3017:f091:ffff:ffff:ffff:ffff:ffff
2603:3017:f0b9:ffff:ffff:ffff:ffff:ffff
2603:3017:f0bb:ffff:ffff:ffff:ffff:ffff

2603:3017:f0c1:ffff:ffff:ffff:ffff:ffff
2603:3017:f0f4:ffff:ffff:ffff:ffff:ffff
2603:3017:f10a:ffff:ffff:ffff:ffff:ffff
2603:3017:f110:ffff:ffff:ffff:ffff:ffff
2603:3017:f153:ffff:ffff:ffff:ffff:ffff
2603:3017:f1ad:ffff:ffff:ffff:ffff:ffff
2603:3017:f1c4:ffff:ffff:ffff:ffff:ffff
2603:3017:f210:ffff:ffff:ffff:ffff:ffff
2603:3017:f238:ffff:ffff:ffff:ffff:ffff
2603:3017:f25c:ffff:ffff:ffff:ffff:ffff
2603:3017:f26a:ffff:ffff:ffff:ffff:ffff
2603:3017:f277:ffff:ffff:ffff:ffff:ffff
2603:3017:f285:ffff:ffff:ffff:ffff:ffff
2603:3017:f2a2:ffff:ffff:ffff:ffff:ffff
2603:3017:f2c7:ffff:ffff:ffff:ffff:ffff
2603:3017:f2c9:ffff:ffff:ffff:ffff:ffff
2603:3017:f2f3:ffff:ffff:ffff:ffff:ffff
2603:3017:f2f7:ffff:ffff:ffff:ffff:ffff
2603:3017:f306:ffff:ffff:ffff:ffff:ffff
2603:3017:f313:ffff:ffff:ffff:ffff:ffff
2603:3017:f33f:ffff:ffff:ffff:ffff:ffff
2603:3017:f353:ffff:ffff:ffff:ffff:ffff
2603:3017:f38c:ffff:ffff:ffff:ffff:ffff
2603:3017:f38f:ffff:ffff:ffff:ffff:ffff
2603:3017:f3b5:ffff:ffff:ffff:ffff:ffff
2603:3017:f3d0:ffff:ffff:ffff:ffff:ffff
2603:3017:f3d6:ffff:ffff:ffff:ffff:ffff
2603:3017:f3e7:ffff:ffff:ffff:ffff:ffff
2603:3017:f3ee:ffff:ffff:ffff:ffff:ffff
2603:3017:f41f:ffff:ffff:ffff:ffff:ffff
2603:3017:f422:ffff:ffff:ffff:ffff:ffff
2603:3017:f42e:ffff:ffff:ffff:ffff:ffff
2603:3017:f44b:ffff:ffff:ffff:ffff:ffff
2603:3017:f454:ffff:ffff:ffff:ffff:ffff
2603:3017:f45e:ffff:ffff:ffff:ffff:ffff
2603:3017:f471:ffff:ffff:ffff:ffff:ffff
2603:3017:f47f:ffff:ffff:ffff:ffff:ffff

2603:3017:f49d:ffff:ffff:ffff:ffff:ffff
2603:3017:f4ad:ffff:ffff:ffff:ffff:ffff
2603:3017:f510:ffff:ffff:ffff:ffff:ffff
2603:3017:f521:ffff:ffff:ffff:ffff:ffff
2603:3017:f544:ffff:ffff:ffff:ffff:ffff
2603:3017:f54f:ffff:ffff:ffff:ffff:ffff
2603:3017:f586:ffff:ffff:ffff:ffff:ffff
2603:3017:f597:ffff:ffff:ffff:ffff:ffff
2603:3017:f5a6:ffff:ffff:ffff:ffff:ffff
2603:3017:f5a9:ffff:ffff:ffff:ffff:ffff
2603:3017:f5ad:ffff:ffff:ffff:ffff:ffff
2603:3017:f5ba:ffff:ffff:ffff:ffff:ffff
2603:3017:f5d3:ffff:ffff:ffff:ffff:ffff
2603:3017:f5fc:ffff:ffff:ffff:ffff:ffff
2603:3017:f642:ffff:ffff:ffff:ffff:ffff
2603:3017:f659:ffff:ffff:ffff:ffff:ffff
2603:3017:f67d:ffff:ffff:ffff:ffff:ffff
2603:3017:f68f:ffff:ffff:ffff:ffff:ffff
2603:3017:f69b:ffff:ffff:ffff:ffff:ffff
2603:3017:f69f:ffff:ffff:ffff:ffff:ffff
2603:3017:f6a2:ffff:ffff:ffff:ffff:ffff
2603:3017:f6a9:ffff:ffff:ffff:ffff:ffff
2603:3017:f6cf:ffff:ffff:ffff:ffff:ffff
2603:3017:f6e8:ffff:ffff:ffff:ffff:ffff
2603:3017:f720:ffff:ffff:ffff:ffff:ffff
2603:3017:f724:ffff:ffff:ffff:ffff:ffff
2603:3017:f74b:ffff:ffff:ffff:ffff:ffff
2603:3017:f7c1:ffff:ffff:ffff:ffff:ffff
2603:3017:f7f9:ffff:ffff:ffff:ffff:ffff
2603:3017:f809:ffff:ffff:ffff:ffff:ffff
2603:3017:f83e:ffff:ffff:ffff:ffff:ffff
2603:3017:f892:ffff:ffff:ffff:ffff:ffff
2603:3017:f8ce:ffff:ffff:ffff:ffff:ffff
2603:3017:f8e6:ffff:ffff:ffff:ffff:ffff
2603:3017:f8f4:ffff:ffff:ffff:ffff:ffff
2603:3017:f8f6:ffff:ffff:ffff:ffff:ffff
2603:3017:f8f9:ffff:ffff:ffff:ffff:ffff

2603:3017:f93a:ffff:ffff:ffff:ffff:ffff
2603:3017:f975:ffff:ffff:ffff:ffff:ffff
2603:3017:f99e:ffff:ffff:ffff:ffff:ffff
2603:3017:f9cb:ffff:ffff:ffff:ffff:ffff
2603:3017:f9fe:ffff:ffff:ffff:ffff:ffff
2603:3017:fa08:ffff:ffff:ffff:ffff:ffff
2603:3017:fa4f:ffff:ffff:ffff:ffff:ffff
2603:3017:fa55:ffff:ffff:ffff:ffff:ffff
2603:3017:fa83:ffff:ffff:ffff:ffff:ffff
2603:3017:fa98:ffff:ffff:ffff:ffff:ffff
2603:3017:faa2:ffff:ffff:ffff:ffff:ffff
2603:3017:fac4:ffff:ffff:ffff:ffff:ffff
2603:3017:fad5:ffff:ffff:ffff:ffff:ffff
2603:3017:fada:ffff:ffff:ffff:ffff:ffff
2603:3017:fb04:ffff:ffff:ffff:ffff:ffff
2603:3017:fb0a:ffff:ffff:ffff:ffff:ffff
2603:3017:fb0d:ffff:ffff:ffff:ffff:ffff
2603:3017:fb18:ffff:ffff:ffff:ffff:ffff
2603:3017:fb37:ffff:ffff:ffff:ffff:ffff
2603:3017:fb42:ffff:ffff:ffff:ffff:ffff
2603:3017:fb44:ffff:ffff:ffff:ffff:ffff
2603:3017:fb71:ffff:ffff:ffff:ffff:ffff
2603:3017:fb75:ffff:ffff:ffff:ffff:ffff
2603:3017:fb97:ffff:ffff:ffff:ffff:ffff
2603:3017:fbab:ffff:ffff:ffff:ffff:ffff
2603:3017:fbc0:ffff:ffff:ffff:ffff:ffff
2603:3017:fbf2:ffff:ffff:ffff:ffff:ffff
2603:3017:fbfb:ffff:ffff:ffff:ffff:ffff
2603:3017:fc20:ffff:ffff:ffff:ffff:ffff
2603:3017:fc2a:ffff:ffff:ffff:ffff:ffff
2603:3017:fc33:ffff:ffff:ffff:ffff:ffff
2603:3017:fc47:ffff:ffff:ffff:ffff:ffff
2603:3017:fc4c:ffff:ffff:ffff:ffff:ffff
2603:3017:fc52:ffff:ffff:ffff:ffff:ffff
2603:3017:fc6a:ffff:ffff:ffff:ffff:ffff
2603:3017:fc6d:ffff:ffff:ffff:ffff:ffff
2603:3017:fc98:ffff:ffff:ffff:ffff:ffff

2603:3017:fc9a:ffff:ffff:ffff:ffff:ffff
2603:3017:fce1:ffff:ffff:ffff:ffff:ffff
2603:3017:fcfc:ffff:ffff:ffff:ffff:ffff
2603:3017:fd1e:ffff:ffff:ffff:ffff:ffff
2603:3017:fd28:ffff:ffff:ffff:ffff:ffff
2603:3017:fd3a:ffff:ffff:ffff:ffff:ffff
2603:3017:fd5c:ffff:ffff:ffff:ffff:ffff
2603:3017:fd6b:ffff:ffff:ffff:ffff:ffff
2603:3017:fd75:ffff:ffff:ffff:ffff:ffff
2603:3017:fd94:ffff:ffff:ffff:ffff:ffff
2603:3017:fdb7:ffff:ffff:ffff:ffff:ffff
2603:3017:fdc9:ffff:ffff:ffff:ffff:ffff
2603:3017:fde3:ffff:ffff:ffff:ffff:ffff
2603:3017:fdf1:ffff:ffff:ffff:ffff:ffff
2603:3017:fdf6:ffff:ffff:ffff:ffff:ffff
2603:3017:fe38:ffff:ffff:ffff:ffff:ffff
2603:3017:fe54:ffff:ffff:ffff:ffff:ffff
2603:3017:fe70:ffff:ffff:ffff:ffff:ffff
2603:3017:fe79:ffff:ffff:ffff:ffff:ffff
2603:3017:fe83:ffff:ffff:ffff:ffff:ffff
2603:3017:fe85:ffff:ffff:ffff:ffff:ffff
2603:3017:fe87:ffff:ffff:ffff:ffff:ffff
2603:3017:fe91:ffff:ffff:ffff:ffff:ffff
2603:3017:fea1:ffff:ffff:ffff:ffff:ffff
2603:3017:fea4:ffff:ffff:ffff:ffff:ffff
2603:3017:feab:ffff:ffff:ffff:ffff:ffff
2603:3017:feb5:ffff:ffff:ffff:ffff:ffff
2603:3017:fed9:ffff:ffff:ffff:ffff:ffff
2603:3017:fefa:ffff:ffff:ffff:ffff:ffff
2603:3017:fefe:ffff:ffff:ffff:ffff:ffff
2603:3017:ff2b:ffff:ffff:ffff:ffff:ffff
2603:3017:ff40:ffff:ffff:ffff:ffff:ffff
2603:3017:ff56:ffff:ffff:ffff:ffff:ffff
2603:3017:ff62:ffff:ffff:ffff:ffff:ffff
2603:3017:ff69:ffff:ffff:ffff:ffff:ffff
2603:3017:ff6d:ffff:ffff:ffff:ffff:ffff
2603:3017:ff83:ffff:ffff:ffff:ffff:ffff

2603:3017:ffe7:ffff:ffff:ffff:ffff:ffff
2603:3017:ffe9:ffff:ffff:ffff:ffff:ffff
2603:3017:fffd:ffff:ffff:ffff:ffff:ffff
2603:3017:ffff:ffff:ffff:ffff:ffff:ffff
2603:301c:10:ffff:ffff:ffff:ffff:ffff
2603:301c:3f:ffff:ffff:ffff:ffff:ffff
2603:301c:6f:ffff:ffff:ffff:ffff:ffff
2603:301c:74:ffff:ffff:ffff:ffff:ffff
2603:301c:f1:ffff:ffff:ffff:ffff:ffff
2603:301c:1cb:ffff:ffff:ffff:ffff:ffff
2603:301c:302:ffff:ffff:ffff:ffff:ffff
2603:301c:30a:ffff:ffff:ffff:ffff:ffff
2603:301c:30d:ffff:ffff:ffff:ffff:ffff
2603:301c:30f:ffff:ffff:ffff:ffff:ffff
2603:301c:320:ffff:ffff:ffff:ffff:ffff
2603:301c:325:ffff:ffff:ffff:ffff:ffff
2603:301c:32e:ffff:ffff:ffff:ffff:ffff
2603:301c:330:ffff:ffff:ffff:ffff:ffff
2603:301c:337:ffff:ffff:ffff:ffff:ffff
2603:301c:344:ffff:ffff:ffff:ffff:ffff
2603:301c:346:ffff:ffff:ffff:ffff:ffff
2603:301c:348:ffff:ffff:ffff:ffff:ffff
2603:301c:34f:ffff:ffff:ffff:ffff:ffff
2603:301c:351:ffff:ffff:ffff:ffff:ffff
2603:301c:353:ffff:ffff:ffff:ffff:ffff
2603:301c:35b:ffff:ffff:ffff:ffff:ffff
2603:301c:36b:ffff:ffff:ffff:ffff:ffff
2603:301c:36d:ffff:ffff:ffff:ffff:ffff
2603:301c:371:ffff:ffff:ffff:ffff:ffff
2603:301c:378:ffff:ffff:ffff:ffff:ffff
2603:301c:397:ffff:ffff:ffff:ffff:ffff
2603:301c:3b5:ffff:ffff:ffff:ffff:ffff
2603:301c:3bb:ffff:ffff:ffff:ffff:ffff
2603:301c:3c1:ffff:ffff:ffff:ffff:ffff
2603:301c:3cd:ffff:ffff:ffff:ffff:ffff
2603:301c:3d7:ffff:ffff:ffff:ffff:ffff
2603:301c:3da:ffff:ffff:ffff:ffff:ffff

2603:301c:3dc:ffff:ffff:ffff:ffff:ffff
2603:301c:3e0:ffff:ffff:ffff:ffff:ffff
2603:301c:3fc:ffff:ffff:ffff:ffff:ffff
2603:301c:403:ffff:ffff:ffff:ffff:ffff
2603:301c:417:ffff:ffff:ffff:ffff:ffff
2603:301c:41f:ffff:ffff:ffff:ffff:ffff
2603:301c:423:ffff:ffff:ffff:ffff:ffff
2603:301c:425:ffff:ffff:ffff:ffff:ffff
2603:301c:431:ffff:ffff:ffff:ffff:ffff
2603:301c:44a:ffff:ffff:ffff:ffff:ffff
2603:301c:455:ffff:ffff:ffff:ffff:ffff
2603:301c:457:ffff:ffff:ffff:ffff:ffff
2603:301c:46a:ffff:ffff:ffff:ffff:ffff
2603:301c:479:ffff:ffff:ffff:ffff:ffff
2603:301c:47d:ffff:ffff:ffff:ffff:ffff
2603:301c:480:ffff:ffff:ffff:ffff:ffff
2603:301c:486:ffff:ffff:ffff:ffff:ffff
2603:301c:490:ffff:ffff:ffff:ffff:ffff
2603:301c:4a3:ffff:ffff:ffff:ffff:ffff
2603:301c:4a5:ffff:ffff:ffff:ffff:ffff
2603:301c:4c0:ffff:ffff:ffff:ffff:ffff
2603:301c:4c2:ffff:ffff:ffff:ffff:ffff
2603:301c:4d0:ffff:ffff:ffff:ffff:ffff
2603:301c:4d6:ffff:ffff:ffff:ffff:ffff
2603:301c:4dc:ffff:ffff:ffff:ffff:ffff
2603:301c:4e6:ffff:ffff:ffff:ffff:ffff
2603:301c:4ef:ffff:ffff:ffff:ffff:ffff
2603:301c:600:ffff:ffff:ffff:ffff:ffff
2603:301c:607:ffff:ffff:ffff:ffff:ffff
2603:301c:60a:ffff:ffff:ffff:ffff:ffff
2603:301c:61a:ffff:ffff:ffff:ffff:ffff
2603:301c:620:ffff:ffff:ffff:ffff:ffff
2603:301c:626:ffff:ffff:ffff:ffff:ffff
2603:301c:62a:ffff:ffff:ffff:ffff:ffff
2603:301c:62d:ffff:ffff:ffff:ffff:ffff
2603:301c:639:ffff:ffff:ffff:ffff:ffff
2603:301c:645:ffff:ffff:ffff:ffff:ffff

2603:301c:64b:ffff:ffff:ffff:ffff:ffff
2603:301c:64f:ffff:ffff:ffff:ffff:ffff
2603:301c:658:ffff:ffff:ffff:ffff:ffff
2603:301c:662:ffff:ffff:ffff:ffff:ffff
2603:301c:66c:ffff:ffff:ffff:ffff:ffff
2603:301c:66f:ffff:ffff:ffff:ffff:ffff
2603:301c:672:ffff:ffff:ffff:ffff:ffff
2603:301c:677:ffff:ffff:ffff:ffff:ffff
2603:301c:684:ffff:ffff:ffff:ffff:ffff
2603:301c:694:ffff:ffff:ffff:ffff:ffff
2603:301c:699:ffff:ffff:ffff:ffff:ffff
2603:301c:6a0:ffff:ffff:ffff:ffff:ffff
2603:301c:6bd:ffff:ffff:ffff:ffff:ffff
2603:301c:6c0:ffff:ffff:ffff:ffff:ffff
2603:301c:6ed:ffff:ffff:ffff:ffff:ffff
2603:301c:6f0:ffff:ffff:ffff:ffff:ffff
2603:301c:752:ffff:ffff:ffff:ffff:ffff
2603:301c:756:ffff:ffff:ffff:ffff:ffff
2603:301c:759:ffff:ffff:ffff:ffff:ffff
2603:301c:769:ffff:ffff:ffff:ffff:ffff
2603:301c:855:ffff:ffff:ffff:ffff:ffff
2603:301c:8f2:ffff:ffff:ffff:ffff:ffff
2603:301c:8ff:ffff:ffff:ffff:ffff:ffff
2603:301c:904:ffff:ffff:ffff:ffff:ffff
2603:301c:934:ffff:ffff:ffff:ffff:ffff
2603:301c:944:ffff:ffff:ffff:ffff:ffff
2603:301c:94c:ffff:ffff:ffff:ffff:ffff
2603:301c:958:ffff:ffff:ffff:ffff:ffff
2603:301c:95e:ffff:ffff:ffff:ffff:ffff
2603:301c:968:ffff:ffff:ffff:ffff:ffff
2603:301c:9b4:ffff:ffff:ffff:ffff:ffff
2603:301c:9bc:ffff:ffff:ffff:ffff:ffff
2603:301c:9c0:ffff:ffff:ffff:ffff:ffff
2603:301c:9cc:ffff:ffff:ffff:ffff:ffff
2603:301c:9d4:ffff:ffff:ffff:ffff:ffff
2603:301c:a62:ffff:ffff:ffff:ffff:ffff
2603:301c:ac6:ffff:ffff:ffff:ffff:ffff

2603:301c:aec:ffff:ffff:ffff:ffff:ffff
2603:301c:af9:ffff:ffff:ffff:ffff:ffff
2603:301c:b20:ffff:ffff:ffff:ffff:ffff
2603:301c:b24:ffff:ffff:ffff:ffff:ffff
2603:301c:bab:ffff:ffff:ffff:ffff:ffff
2603:301c:be9:ffff:ffff:ffff:ffff:ffff
2603:301c:beb:ffff:ffff:ffff:ffff:ffff
2603:301c:bfe:ffff:ffff:ffff:ffff:ffff
2603:301c:d5d:ffff:ffff:ffff:ffff:ffff
2603:301c:d5f:ffff:ffff:ffff:ffff:ffff
2603:301c:dc6:ffff:ffff:ffff:ffff:ffff
2603:301c:dca:ffff:ffff:ffff:ffff:ffff
2603:301c:e30:ffff:ffff:ffff:ffff:ffff
2603:301c:ebe:ffff:ffff:ffff:ffff:ffff
2603:301c:f0e:ffff:ffff:ffff:ffff:ffff
2603:301c:f3f:ffff:ffff:ffff:ffff:ffff
2603:301c:f66:ffff:ffff:ffff:ffff:ffff
2603:301c:f6f:ffff:ffff:ffff:ffff:ffff
2603:301c:f80:ffff:ffff:ffff:ffff:ffff
2603:301c:f90:ffff:ffff:ffff:ffff:ffff
2603:301c:fb7:ffff:ffff:ffff:ffff:ffff
2603:301c:1061:ffff:ffff:ffff:ffff:ffff
2603:301c:1076:ffff:ffff:ffff:ffff:ffff
2603:301c:1085:ffff:ffff:ffff:ffff:ffff
2603:301c:10b4:ffff:ffff:ffff:ffff:ffff
2603:301c:10e9:ffff:ffff:ffff:ffff:ffff
2603:301c:12ff:ffff:ffff:ffff:ffff:ffff
2603:3020:137:ffff:ffff:ffff:ffff:ffff
2603:3020:148:ffff:ffff:ffff:ffff:ffff
2603:3020:14a:ffff:ffff:ffff:ffff:ffff
2603:3020:191:ffff:ffff:ffff:ffff:ffff
2603:3020:1bf:ffff:ffff:ffff:ffff:ffff
2603:3020:1c3:ffff:ffff:ffff:ffff:ffff
2603:3020:1c8:ffff:ffff:ffff:ffff:ffff
2603:3020:1f0:ffff:ffff:ffff:ffff:ffff
2603:3020:244:ffff:ffff:ffff:ffff:ffff
2603:3020:24e:ffff:ffff:ffff:ffff:ffff

2603:3020:265:ffff:ffff:ffff:ffff:ffff
2603:3020:2ab:ffff:ffff:ffff:ffff:ffff
2603:3020:2fb:ffff:ffff:ffff:ffff:ffff
2603:3020:32c:ffff:ffff:ffff:ffff:ffff
2603:3020:367:ffff:ffff:ffff:ffff:ffff
2603:3020:37b:ffff:ffff:ffff:ffff:ffff
2603:3020:3c8:ffff:ffff:ffff:ffff:ffff
2603:3020:3e9:ffff:ffff:ffff:ffff:ffff
2603:3020:701:ffff:ffff:ffff:ffff:ffff
2603:3020:737:ffff:ffff:ffff:ffff:ffff
2603:3020:73f:ffff:ffff:ffff:ffff:ffff
2603:3020:748:ffff:ffff:ffff:ffff:ffff
2603:3020:7a9:ffff:ffff:ffff:ffff:ffff
2603:3020:7ae:ffff:ffff:ffff:ffff:ffff
2603:3020:7f5:ffff:ffff:ffff:ffff:ffff
2603:3020:a24:ffff:ffff:ffff:ffff:ffff
2603:3020:a30:ffff:ffff:ffff:ffff:ffff
2603:3020:a37:ffff:ffff:ffff:ffff:ffff
2603:3020:a48:ffff:ffff:ffff:ffff:ffff
2603:3020:a89:ffff:ffff:ffff:ffff:ffff
2603:3020:ad8:ffff:ffff:ffff:ffff:ffff
2603:3020:ada:ffff:ffff:ffff:ffff:ffff
2603:3020:b03:ffff:ffff:ffff:ffff:ffff
2603:3020:b39:ffff:ffff:ffff:ffff:ffff
2603:3020:bcd:ffff:ffff:ffff:ffff:ffff
2603:3020:bf3:ffff:ffff:ffff:ffff:ffff
2603:3020:bfd:ffff:ffff:ffff:ffff:ffff
2603:3020:c52:ffff:ffff:ffff:ffff:ffff
2603:3020:cbf:ffff:ffff:ffff:ffff:ffff
2603:3020:d47:ffff:ffff:ffff:ffff:ffff
2603:3020:d4a:ffff:ffff:ffff:ffff:ffff
2603:3020:d53:ffff:ffff:ffff:ffff:ffff
2603:3020:dbb:ffff:ffff:ffff:ffff:ffff
2603:3020:e2e:ffff:ffff:ffff:ffff:ffff
2603:3020:e54:ffff:ffff:ffff:ffff:ffff
2603:3020:1037:ffff:ffff:ffff:ffff:ffff
2603:3020:105f:ffff:ffff:ffff:ffff:ffff

2603:3020:1074:ffff:ffff:ffff:ffff:ffff
2603:3020:1098:ffff:ffff:ffff:ffff:ffff
2603:3020:10d5:ffff:ffff:ffff:ffff:ffff
2603:3020:10de:ffff:ffff:ffff:ffff:ffff
2603:3020:10f4:ffff:ffff:ffff:ffff:ffff
2603:3020:1204:ffff:ffff:ffff:ffff:ffff
2603:3020:1239:ffff:ffff:ffff:ffff:ffff
2603:3020:12dc:ffff:ffff:ffff:ffff:ffff
2603:3020:1329:ffff:ffff:ffff:ffff:ffff
2603:3020:133e:ffff:ffff:ffff:ffff:ffff
2603:3020:1349:ffff:ffff:ffff:ffff:ffff
2603:3020:136a:ffff:ffff:ffff:ffff:ffff
2603:3020:140e:ffff:ffff:ffff:ffff:ffff
2603:3020:1472:ffff:ffff:ffff:ffff:ffff
2603:3020:147b:ffff:ffff:ffff:ffff:ffff
2603:3020:1494:ffff:ffff:ffff:ffff:ffff
2603:3020:14bf:ffff:ffff:ffff:ffff:ffff
2603:3020:14dc:ffff:ffff:ffff:ffff:ffff
2603:3020:1605:ffff:ffff:ffff:ffff:ffff
2603:3020:1611:ffff:ffff:ffff:ffff:ffff
2603:3020:1626:ffff:ffff:ffff:ffff:ffff
2603:3020:16cb:ffff:ffff:ffff:ffff:ffff
2603:3020:1958:ffff:ffff:ffff:ffff:ffff
2603:3020:19d0:ffff:ffff:ffff:ffff:ffff
2603:3020:2018:ffff:ffff:ffff:ffff:ffff
2603:3020:20b2:ffff:ffff:ffff:ffff:ffff
2603:3020:20bb:ffff:ffff:ffff:ffff:ffff
2603:3020:2141:ffff:ffff:ffff:ffff:ffff
2603:3020:2173:ffff:ffff:ffff:ffff:ffff
2603:3020:21ff:ffff:ffff:ffff:ffff:ffff
2603:3020:22a9:ffff:ffff:ffff:ffff:ffff
2603:3020:2321:ffff:ffff:ffff:ffff:ffff
2603:3020:2335:ffff:ffff:ffff:ffff:ffff
2603:3020:23b2:ffff:ffff:ffff:ffff:ffff
2603:3020:2669:ffff:ffff:ffff:ffff:ffff
2603:3020:2685:ffff:ffff:ffff:ffff:ffff
2603:3020:26a8:ffff:ffff:ffff:ffff:ffff

2603:3020:26c2:ffff:ffff:ffff:ffff:ffff
2603:3020:26f8:ffff:ffff:ffff:ffff:ffff
2603:3020:2727:ffff:ffff:ffff:ffff:ffff
2603:3020:272a:ffff:ffff:ffff:ffff:ffff
2603:3020:27ca:ffff:ffff:ffff:ffff:ffff
2603:3020:2d24:ffff:ffff:ffff:ffff:ffff
2603:3020:2df8:ffff:ffff:ffff:ffff:ffff
2603:3020:2e13:ffff:ffff:ffff:ffff:ffff
2603:3020:2e20:ffff:ffff:ffff:ffff:ffff
2603:3020:2e36:ffff:ffff:ffff:ffff:ffff
2603:3020:313c:ffff:ffff:ffff:ffff:ffff
2603:3020:3146:ffff:ffff:ffff:ffff:ffff
2603:3020:314d:ffff:ffff:ffff:ffff:ffff
2603:3020:3185:ffff:ffff:ffff:ffff:ffff
2603:3020:31d2:ffff:ffff:ffff:ffff:ffff
2603:3020:31d8:ffff:ffff:ffff:ffff:ffff
2603:3020:31f6:ffff:ffff:ffff:ffff:ffff
2603:3020:336a:ffff:ffff:ffff:ffff:ffff
2603:3020:336d:ffff:ffff:ffff:ffff:ffff
2603:3020:339b:ffff:ffff:ffff:ffff:ffff
2603:3020:343b:ffff:ffff:ffff:ffff:ffff
2603:3020:3465:ffff:ffff:ffff:ffff:ffff
2603:3020:3492:ffff:ffff:ffff:ffff:ffff
2603:3020:34b6:ffff:ffff:ffff:ffff:ffff
2603:3020:34d0:ffff:ffff:ffff:ffff:ffff
2603:3020:34d7:ffff:ffff:ffff:ffff:ffff
2603:3020:34e6:ffff:ffff:ffff:ffff:ffff
2603:3020:3553:ffff:ffff:ffff:ffff:ffff
2603:3020:358b:ffff:ffff:ffff:ffff:ffff
2603:3020:35bf:ffff:ffff:ffff:ffff:ffff
2603:3020:3666:ffff:ffff:ffff:ffff:ffff
2603:3020:36c6:ffff:ffff:ffff:ffff:ffff
2603:3020:36d2:ffff:ffff:ffff:ffff:ffff
2603:3020:36d4:ffff:ffff:ffff:ffff:ffff
2603:3020:370c:ffff:ffff:ffff:ffff:ffff
2603:3020:374d:ffff:ffff:ffff:ffff:ffff
2603:3020:3793:ffff:ffff:ffff:ffff:ffff

2603:3020:37f2:ffff:ffff:ffff:ffff:ffff
2603:3020:37f9:ffff:ffff:ffff:ffff:ffff
2603:3020:3805:ffff:ffff:ffff:ffff:ffff
2603:3020:3848:ffff:ffff:ffff:ffff:ffff
2603:3020:3866:ffff:ffff:ffff:ffff:ffff
2603:3020:386f:ffff:ffff:ffff:ffff:ffff
2603:3020:3896:ffff:ffff:ffff:ffff:ffff
2603:3020:38f3:ffff:ffff:ffff:ffff:ffff
2603:3020:3914:ffff:ffff:ffff:ffff:ffff
2603:3020:395c:ffff:ffff:ffff:ffff:ffff
2603:3020:397e:ffff:ffff:ffff:ffff:ffff
2603:3020:3982:ffff:ffff:ffff:ffff:ffff
2603:3020:39e5:ffff:ffff:ffff:ffff:ffff
2603:3020:3a3b:ffff:ffff:ffff:ffff:ffff
2603:3020:3a77:ffff:ffff:ffff:ffff:ffff
2603:3020:3a88:ffff:ffff:ffff:ffff:ffff
2603:3020:3a9a:ffff:ffff:ffff:ffff:ffff
2603:3020:3ac8:ffff:ffff:ffff:ffff:ffff
2603:3020:3b02:ffff:ffff:ffff:ffff:ffff
2603:3020:3b05:ffff:ffff:ffff:ffff:ffff
2603:3020:3b2b:ffff:ffff:ffff:ffff:ffff
2603:3020:3b3c:ffff:ffff:ffff:ffff:ffff
2603:3020:3b71:ffff:ffff:ffff:ffff:ffff
2603:3020:3bd8:ffff:ffff:ffff:ffff:ffff
2603:3020:3c00:ffff:ffff:ffff:ffff:ffff
2603:3020:3c17:ffff:ffff:ffff:ffff:ffff
2603:3020:3d11:ffff:ffff:ffff:ffff:ffff
2603:3020:3d34:ffff:ffff:ffff:ffff:ffff
2603:3020:3d8c:ffff:ffff:ffff:ffff:ffff
2603:3020:3e19:ffff:ffff:ffff:ffff:ffff
2603:3020:3e6d:ffff:ffff:ffff:ffff:ffff
2603:3020:3e77:ffff:ffff:ffff:ffff:ffff
2603:3020:3e7e:ffff:ffff:ffff:ffff:ffff
2603:3020:3e9f:ffff:ffff:ffff:ffff:ffff
2603:3020:3ebb:ffff:ffff:ffff:ffff:ffff
2603:3020:3ec6:ffff:ffff:ffff:ffff:ffff
2603:3020:3eec:ffff:ffff:ffff:ffff:ffff

2603:3020:3f04:ffff:ffff:ffff:ffff:ffff
2603:3020:3f9c:ffff:ffff:ffff:ffff:ffff
2603:3020:3fb8:ffff:ffff:ffff:ffff:ffff
2603:3020:4022:ffff:ffff:ffff:ffff:ffff
2603:3020:4028:ffff:ffff:ffff:ffff:ffff
2603:3020:402f:ffff:ffff:ffff:ffff:ffff
2603:3020:404c:ffff:ffff:ffff:ffff:ffff
2603:3020:4055:ffff:ffff:ffff:ffff:ffff
2603:3020:40a1:ffff:ffff:ffff:ffff:ffff
2603:3020:4116:ffff:ffff:ffff:ffff:ffff
2603:3020:415f:ffff:ffff:ffff:ffff:ffff
2603:3020:416f:ffff:ffff:ffff:ffff:ffff
2603:3020:4171:ffff:ffff:ffff:ffff:ffff
2603:3020:418b:ffff:ffff:ffff:ffff:ffff
2603:3020:41b2:ffff:ffff:ffff:ffff:ffff
2603:3020:41c0:ffff:ffff:ffff:ffff:ffff
2603:3020:4245:ffff:ffff:ffff:ffff:ffff
2603:3020:4248:ffff:ffff:ffff:ffff:ffff
2603:3020:4273:ffff:ffff:ffff:ffff:ffff
2603:3020:4285:ffff:ffff:ffff:ffff:ffff
2603:3020:42b8:ffff:ffff:ffff:ffff:ffff
2603:3020:42ce:ffff:ffff:ffff:ffff:ffff
2603:3020:4300:ffff:ffff:ffff:ffff:ffff
2603:3020:4320:ffff:ffff:ffff:ffff:ffff
2603:3020:4334:ffff:ffff:ffff:ffff:ffff
2603:3020:4365:ffff:ffff:ffff:ffff:ffff
2603:3020:43f4:ffff:ffff:ffff:ffff:ffff
2603:3020:4490:ffff:ffff:ffff:ffff:ffff
2603:3020:44c9:ffff:ffff:ffff:ffff:ffff
2603:3020:44ee:ffff:ffff:ffff:ffff:ffff
2603:3020:44fe:ffff:ffff:ffff:ffff:ffff
2603:3020:4515:ffff:ffff:ffff:ffff:ffff
2603:3020:4542:ffff:ffff:ffff:ffff:ffff
2603:3020:4547:ffff:ffff:ffff:ffff:ffff
2603:3020:45db:ffff:ffff:ffff:ffff:ffff
2603:3020:45ec:ffff:ffff:ffff:ffff:ffff
2603:3020:4601:ffff:ffff:ffff:ffff:ffff
2603:3020:4603:ffff:ffff:ffff:ffff:ffff
2603:3020:464a:ffff:ffff:ffff:ffff:ffff
2603:3020:46b6:ffff:ffff:ffff:ffff:ffff
2603:3020:46df:ffff:ffff:ffff:ffff:ffff
2603:3020:4748:ffff:ffff:ffff:ffff:ffff
2603:3020:4754:ffff:ffff:ffff:ffff:ffff
2603:3020:4777:ffff:ffff:ffff:ffff:ffff
2603:3020:478a:ffff:ffff:ffff:ffff:ffff
2603:3020:47c7:ffff:ffff:ffff:ffff:ffff
2603:3020:4835:ffff:ffff:ffff:ffff:ffff
2603:3020:4894:ffff:ffff:ffff:ffff:ffff
2603:3020:4930:ffff:ffff:ffff:ffff:ffff
2603:3020:49a4:ffff:ffff:ffff:ffff:ffff
2603:3020:49c0:ffff:ffff:ffff:ffff:ffff
2603:3020:49c8:ffff:ffff:ffff:ffff:ffff
2603:3020:49cb:ffff:ffff:ffff:ffff:ffff
2603:3020:49d0:ffff:ffff:ffff:ffff:ffff
2603:3020:4a08:ffff:ffff:ffff:ffff:ffff
2603:3020:4a30:ffff:ffff:ffff:ffff:ffff
2603:3020:4a33:ffff:ffff:ffff:ffff:ffff
2603:3020:4a4f:ffff:ffff:ffff:ffff:ffff
2603:3020:4a57:ffff:ffff:ffff:ffff:ffff
2603:3020:4a5c:ffff:ffff:ffff:ffff:ffff
2603:3020:4a96:ffff:ffff:ffff:ffff:ffff
2603:3020:4ada:ffff:ffff:ffff:ffff:ffff
2603:3020:4ade:ffff:ffff:ffff:ffff:ffff
2603:3020:4b04:ffff:ffff:ffff:ffff:ffff
2603:3020:4b0a:ffff:ffff:ffff:ffff:ffff
2603:3020:4b18:ffff:ffff:ffff:ffff:ffff
2603:3020:4b28:ffff:ffff:ffff:ffff:ffff
2603:3020:4b89:ffff:ffff:ffff:ffff:ffff
2603:3020:4bc2:ffff:ffff:ffff:ffff:ffff
2603:3020:4bd2:ffff:ffff:ffff:ffff:ffff
2603:3020:4be9:ffff:ffff:ffff:ffff:ffff
2603:3020:4beb:ffff:ffff:ffff:ffff:ffff
2603:3020:4c08:ffff:ffff:ffff:ffff:ffff
2603:3020:4c75:ffff:ffff:ffff:ffff:ffff
2603:3020:4e14:ffff:ffff:ffff:ffff:ffff
2603:3020:4e51:ffff:ffff:ffff:ffff:ffff
2603:3020:4e5c:ffff:ffff:ffff:ffff:ffff
2603:3020:4e64:ffff:ffff:ffff:ffff:ffff
2603:3020:4e9f:ffff:ffff:ffff:ffff:ffff
2603:3020:4eb0:ffff:ffff:ffff:ffff:ffff
2603:3020:4eb6:ffff:ffff:ffff:ffff:ffff
2603:3020:4f4f:ffff:ffff:ffff:ffff:ffff
2603:3020:4fe5:ffff:ffff:ffff:ffff:ffff
2603:3020:5035:ffff:ffff:ffff:ffff:ffff
2603:3020:5055:ffff:ffff:ffff:ffff:ffff
2603:3020:5074:ffff:ffff:ffff:ffff:ffff
2603:3020:5106:ffff:ffff:ffff:ffff:ffff
2603:3020:5135:ffff:ffff:ffff:ffff:ffff
2603:3020:5175:ffff:ffff:ffff:ffff:ffff
2603:3020:5199:ffff:ffff:ffff:ffff:ffff
2603:3020:51a7:ffff:ffff:ffff:ffff:ffff
2603:3020:51ba:ffff:ffff:ffff:ffff:ffff
2603:3020:51cd:ffff:ffff:ffff:ffff:ffff
2603:3020:51d5:ffff:ffff:ffff:ffff:ffff
2603:3020:521c:ffff:ffff:ffff:ffff:ffff
2603:3020:524d:ffff:ffff:ffff:ffff:ffff
2603:3020:5250:ffff:ffff:ffff:ffff:ffff
2603:3020:52d2:ffff:ffff:ffff:ffff:ffff
2603:3020:52e3:ffff:ffff:ffff:ffff:ffff
2603:3020:5306:ffff:ffff:ffff:ffff:ffff
2603:3020:530e:ffff:ffff:ffff:ffff:ffff
2603:3020:537c:ffff:ffff:ffff:ffff:ffff
2603:3020:5397:ffff:ffff:ffff:ffff:ffff
2603:3020:53c1:ffff:ffff:ffff:ffff:ffff
2603:3020:53cb:ffff:ffff:ffff:ffff:ffff
2603:3020:53fb:ffff:ffff:ffff:ffff:ffff
2603:3020:541c:ffff:ffff:ffff:ffff:ffff
2603:3020:5428:ffff:ffff:ffff:ffff:ffff
2603:3020:5446:ffff:ffff:ffff:ffff:ffff
2603:3020:544d:ffff:ffff:ffff:ffff:ffff
2603:3020:545f:ffff:ffff:ffff:ffff:ffff
2603:3020:547d:ffff:ffff:ffff:ffff:ffff
2603:3020:5488:ffff:ffff:ffff:ffff:ffff
2603:3020:54ce:ffff:ffff:ffff:ffff:ffff
2603:3020:552d:ffff:ffff:ffff:ffff:ffff
2603:3020:5541:ffff:ffff:ffff:ffff:ffff
2603:3020:558a:ffff:ffff:ffff:ffff:ffff
2603:3020:55b5:ffff:ffff:ffff:ffff:ffff
2603:3020:55c6:ffff:ffff:ffff:ffff:ffff
2603:3020:55d6:ffff:ffff:ffff:ffff:ffff
2603:3020:5647:ffff:ffff:ffff:ffff:ffff
2603:3020:564c:ffff:ffff:ffff:ffff:ffff
2603:3020:56cd:ffff:ffff:ffff:ffff:ffff
2603:3020:56e1:ffff:ffff:ffff:ffff:ffff
2603:3020:572e:ffff:ffff:ffff:ffff:ffff
2603:3020:575f:ffff:ffff:ffff:ffff:ffff
2603:3020:5793:ffff:ffff:ffff:ffff:ffff
2603:3020:57db:ffff:ffff:ffff:ffff:ffff
2603:3020:5834:ffff:ffff:ffff:ffff:ffff
2603:3020:5865:ffff:ffff:ffff:ffff:ffff
2603:3020:586f:ffff:ffff:ffff:ffff:ffff
2603:3020:58a3:ffff:ffff:ffff:ffff:ffff
2603:3020:58c7:ffff:ffff:ffff:ffff:ffff
2603:3020:58dd:ffff:ffff:ffff:ffff:ffff
2603:3020:5910:ffff:ffff:ffff:ffff:ffff
2603:3020:5998:ffff:ffff:ffff:ffff:ffff
2603:3020:59a0:ffff:ffff:ffff:ffff:ffff
2603:3020:59a8:ffff:ffff:ffff:ffff:ffff
2603:3020:59ba:ffff:ffff:ffff:ffff:ffff
2603:3020:5a17:ffff:ffff:ffff:ffff:ffff
2603:3020:5aa2:ffff:ffff:ffff:ffff:ffff
2603:3020:5af4:ffff:ffff:ffff:ffff:ffff
2603:3020:5b40:ffff:ffff:ffff:ffff:ffff
2603:3020:5b83:ffff:ffff:ffff:ffff:ffff
2603:3020:5bb4:ffff:ffff:ffff:ffff:ffff
2603:3020:5beb:ffff:ffff:ffff:ffff:ffff
2603:3020:5c1f:ffff:ffff:ffff:ffff:ffff
2603:3020:5c34:ffff:ffff:ffff:ffff:ffff
2603:3020:5c6a:ffff:ffff:ffff:ffff:ffff
2603:3020:5c99:ffff:ffff:ffff:ffff:ffff
2603:3020:5cbb:ffff:ffff:ffff:ffff:ffff
2603:3020:5cfc:ffff:ffff:ffff:ffff:ffff
2603:3020:5cfe:ffff:ffff:ffff:ffff:ffff
2603:3020:5d0e:ffff:ffff:ffff:ffff:ffff
2603:3020:5d14:ffff:ffff:ffff:ffff:ffff
2603:3020:5d25:ffff:ffff:ffff:ffff:ffff
2603:3020:5d55:ffff:ffff:ffff:ffff:ffff
2603:3020:5e02:ffff:ffff:ffff:ffff:ffff
2603:3020:5e39:ffff:ffff:ffff:ffff:ffff
2603:3020:5e3e:ffff:ffff:ffff:ffff:ffff
2603:3020:5ee2:ffff:ffff:ffff:ffff:ffff
2603:3020:5f3c:ffff:ffff:ffff:ffff:ffff
2603:3020:5f6e:ffff:ffff:ffff:ffff:ffff
2603:3020:5f81:ffff:ffff:ffff:ffff:ffff
2603:3020:5f84:ffff:ffff:ffff:ffff:ffff
2603:3020:5f93:ffff:ffff:ffff:ffff:ffff
2603:3020:5f9d:ffff:ffff:ffff:ffff:ffff
2603:3020:5fd3:ffff:ffff:ffff:ffff:ffff
2603:3020:600c:ffff:ffff:ffff:ffff:ffff
2603:3020:6014:ffff:ffff:ffff:ffff:ffff
2603:3020:6027:ffff:ffff:ffff:ffff:ffff
2603:3020:6037:ffff:ffff:ffff:ffff:ffff
2603:3020:60ad:ffff:ffff:ffff:ffff:ffff
2603:3020:612f:ffff:ffff:ffff:ffff:ffff
2603:3020:6235:ffff:ffff:ffff:ffff:ffff
2603:3020:6239:ffff:ffff:ffff:ffff:ffff
2603:3020:623d:ffff:ffff:ffff:ffff:ffff
2603:3020:6308:ffff:ffff:ffff:ffff:ffff
2603:3020:635a:ffff:ffff:ffff:ffff:ffff
2603:3020:63b4:ffff:ffff:ffff:ffff:ffff
2603:3020:640f:ffff:ffff:ffff:ffff:ffff
2603:3020:64ad:ffff:ffff:ffff:ffff:ffff
2603:3020:64c3:ffff:ffff:ffff:ffff:ffff
2603:3020:652b:ffff:ffff:ffff:ffff:ffff
2603:3020:657b:ffff:ffff:ffff:ffff:ffff
2603:3020:65c3:ffff:ffff:ffff:ffff:ffff
2603:3020:65d7:ffff:ffff:ffff:ffff:ffff
2603:3020:6627:ffff:ffff:ffff:ffff:ffff
2603:3020:6636:ffff:ffff:ffff:ffff:ffff
2603:3020:66db:ffff:ffff:ffff:ffff:ffff
2603:3020:66e7:ffff:ffff:ffff:ffff:ffff
2603:3020:66ed:ffff:ffff:ffff:ffff:ffff
2603:3020:6703:ffff:ffff:ffff:ffff:ffff
2603:3020:678d:ffff:ffff:ffff:ffff:ffff
2603:3020:67cb:ffff:ffff:ffff:ffff:ffff
2603:3020:67cf:ffff:ffff:ffff:ffff:ffff
2603:3020:67dc:ffff:ffff:ffff:ffff:ffff
2603:3020:67f7:ffff:ffff:ffff:ffff:ffff
2603:3020:6823:ffff:ffff:ffff:ffff:ffff
2603:3020:686a:ffff:ffff:ffff:ffff:ffff
2603:3020:6872:ffff:ffff:ffff:ffff:ffff
2603:3020:687d:ffff:ffff:ffff:ffff:ffff
2603:3020:68c3:ffff:ffff:ffff:ffff:ffff
2603:3020:68f8:ffff:ffff:ffff:ffff:ffff
2603:3020:68ff:ffff:ffff:ffff:ffff:ffff
2603:3020:6903:ffff:ffff:ffff:ffff:ffff
2603:3020:6920:ffff:ffff:ffff:ffff:ffff
2603:3020:694a:ffff:ffff:ffff:ffff:ffff
2603:3020:6965:ffff:ffff:ffff:ffff:ffff
2603:3020:69b7:ffff:ffff:ffff:ffff:ffff
2603:3020:6a0e:ffff:ffff:ffff:ffff:ffff
2603:3020:6a1d:ffff:ffff:ffff:ffff:ffff
2603:3020:6a5b:ffff:ffff:ffff:ffff:ffff
2603:3020:6a6d:ffff:ffff:ffff:ffff:ffff
2603:3020:6a8c:ffff:ffff:ffff:ffff:ffff
2603:3020:6a94:ffff:ffff:ffff:ffff:ffff
2603:3020:6a97:ffff:ffff:ffff:ffff:ffff
2603:3020:6a9c:ffff:ffff:ffff:ffff:ffff
2603:3020:6b54:ffff:ffff:ffff:ffff:ffff
2603:3020:6b82:ffff:ffff:ffff:ffff:ffff
2603:3020:6b9b:ffff:ffff:ffff:ffff:ffff
2603:3020:6bbc:ffff:ffff:ffff:ffff:ffff
2603:3020:6bf4:ffff:ffff:ffff:ffff:ffff
2603:3020:6c00:ffff:ffff:ffff:ffff:ffff
2603:3020:6c86:ffff:ffff:ffff:ffff:ffff
2603:3020:6d42:ffff:ffff:ffff:ffff:ffff
2603:3020:6d95:ffff:ffff:ffff:ffff:ffff
2603:3020:6dd6:ffff:ffff:ffff:ffff:ffff
2603:3020:6e69:ffff:ffff:ffff:ffff:ffff
2603:3020:6e7d:ffff:ffff:ffff:ffff:ffff
2603:3020:6e9a:ffff:ffff:ffff:ffff:ffff
2603:3020:6ec2:ffff:ffff:ffff:ffff:ffff
2603:3020:6f22:ffff:ffff:ffff:ffff:ffff
2603:3020:6f2c:ffff:ffff:ffff:ffff:ffff
2603:3020:6f68:ffff:ffff:ffff:ffff:ffff
2603:3020:6f73:ffff:ffff:ffff:ffff:ffff
2603:3020:6f76:ffff:ffff:ffff:ffff:ffff
2603:3020:6f79:ffff:ffff:ffff:ffff:ffff
2603:3020:6f85:ffff:ffff:ffff:ffff:ffff
2603:3020:6f96:ffff:ffff:ffff:ffff:ffff
2603:3020:6fdb:ffff:ffff:ffff:ffff:ffff
2603:3020:7003:ffff:ffff:ffff:ffff:ffff
2603:3020:700c:ffff:ffff:ffff:ffff:ffff
2603:3020:7096:ffff:ffff:ffff:ffff:ffff
2603:3020:70be:ffff:ffff:ffff:ffff:ffff
2603:3020:70d7:ffff:ffff:ffff:ffff:ffff
2603:3020:711a:ffff:ffff:ffff:ffff:ffff
2603:3020:71fe:ffff:ffff:ffff:ffff:ffff
2603:3020:7231:ffff:ffff:ffff:ffff:ffff
2603:3020:7249:ffff:ffff:ffff:ffff:ffff
2603:3020:7271:ffff:ffff:ffff:ffff:ffff
2603:3020:72b8:ffff:ffff:ffff:ffff:ffff
2603:3020:730e:ffff:ffff:ffff:ffff:ffff
2603:3020:7363:ffff:ffff:ffff:ffff:ffff
2603:3020:73b0:ffff:ffff:ffff:ffff:ffff
2603:3020:7407:ffff:ffff:ffff:ffff:ffff
2603:3020:7449:ffff:ffff:ffff:ffff:ffff
2603:3020:74e6:ffff:ffff:ffff:ffff:ffff
2603:3020:755a:ffff:ffff:ffff:ffff:ffff
2603:3020:755e:ffff:ffff:ffff:ffff:ffff
2603:3020:756b:ffff:ffff:ffff:ffff:ffff
2603:3020:7586:ffff:ffff:ffff:ffff:ffff
2603:3020:75a4:ffff:ffff:ffff:ffff:ffff
2603:3020:75be:ffff:ffff:ffff:ffff:ffff
2603:3020:75cf:ffff:ffff:ffff:ffff:ffff
2603:3020:75f2:ffff:ffff:ffff:ffff:ffff
2603:3020:75fa:ffff:ffff:ffff:ffff:ffff
2603:3020:7626:ffff:ffff:ffff:ffff:ffff
2603:3020:762d:ffff:ffff:ffff:ffff:ffff
2603:3020:7663:ffff:ffff:ffff:ffff:ffff
2603:3020:76c6:ffff:ffff:ffff:ffff:ffff
2603:3020:772a:ffff:ffff:ffff:ffff:ffff
2603:3020:7735:ffff:ffff:ffff:ffff:ffff
2603:3020:7746:ffff:ffff:ffff:ffff:ffff
2603:3020:776b:ffff:ffff:ffff:ffff:ffff
2603:3020:77af:ffff:ffff:ffff:ffff:ffff
2603:3020:77c5:ffff:ffff:ffff:ffff:ffff
2603:3020:77df:ffff:ffff:ffff:ffff:ffff
2603:3020:77f4:ffff:ffff:ffff:ffff:ffff
2603:3020:7874:ffff:ffff:ffff:ffff:ffff
2603:3020:787c:ffff:ffff:ffff:ffff:ffff
2603:3020:7880:ffff:ffff:ffff:ffff:ffff
2603:3020:78b1:ffff:ffff:ffff:ffff:ffff
2603:3020:78c6:ffff:ffff:ffff:ffff:ffff
2603:3020:78c9:ffff:ffff:ffff:ffff:ffff
2603:3020:78d8:ffff:ffff:ffff:ffff:ffff
2603:3020:78e2:ffff:ffff:ffff:ffff:ffff
2603:3020:7957:ffff:ffff:ffff:ffff:ffff
2603:3020:79af:ffff:ffff:ffff:ffff:ffff
2603:3020:79b4:ffff:ffff:ffff:ffff:ffff
2603:3020:79d0:ffff:ffff:ffff:ffff:ffff
2603:3020:79d6:ffff:ffff:ffff:ffff:ffff
2603:3020:7a1a:ffff:ffff:ffff:ffff:ffff
2603:3020:7a20:ffff:ffff:ffff:ffff:ffff
2603:3020:7a3d:ffff:ffff:ffff:ffff:ffff
2603:3020:7a6d:ffff:ffff:ffff:ffff:ffff
2603:3020:7aaa:ffff:ffff:ffff:ffff:ffff
2603:3020:7b17:ffff:ffff:ffff:ffff:ffff
2603:3020:7b3e:ffff:ffff:ffff:ffff:ffff
2603:3020:7b74:ffff:ffff:ffff:ffff:ffff
2603:3020:7b77:ffff:ffff:ffff:ffff:ffff
2603:3020:7b98:ffff:ffff:ffff:ffff:ffff
2603:3020:7bb2:ffff:ffff:ffff:ffff:ffff
2603:3020:7c09:ffff:ffff:ffff:ffff:ffff
2603:3020:7cb4:ffff:ffff:ffff:ffff:ffff
2603:3020:7cde:ffff:ffff:ffff:ffff:ffff
2603:3020:7cfd:ffff:ffff:ffff:ffff:ffff
2603:3020:7d44:ffff:ffff:ffff:ffff:ffff
2603:3020:7d70:ffff:ffff:ffff:ffff:ffff
2603:3020:7d8f:ffff:ffff:ffff:ffff:ffff
2603:3020:7dc3:ffff:ffff:ffff:ffff:ffff
2603:3020:7e22:ffff:ffff:ffff:ffff:ffff
2603:3020:7e9b:ffff:ffff:ffff:ffff:ffff
2603:3020:7ea0:ffff:ffff:ffff:ffff:ffff
2603:3020:7ec8:ffff:ffff:ffff:ffff:ffff
2603:3020:7f25:ffff:ffff:ffff:ffff:ffff
2603:3020:7f84:ffff:ffff:ffff:ffff:ffff
2603:3020:7fed:ffff:ffff:ffff:ffff:ffff
2603:3020:802d:ffff:ffff:ffff:ffff:ffff
2603:3020:80bf:ffff:ffff:ffff:ffff:ffff
2603:3020:80c2:ffff:ffff:ffff:ffff:ffff
2603:3020:80c6:ffff:ffff:ffff:ffff:ffff
2603:3020:813b:ffff:ffff:ffff:ffff:ffff
2603:3020:8216:ffff:ffff:ffff:ffff:ffff
2603:3020:8241:ffff:ffff:ffff:ffff:ffff
2603:3020:8270:ffff:ffff:ffff:ffff:ffff
2603:3020:8309:ffff:ffff:ffff:ffff:ffff
2603:3020:8316:ffff:ffff:ffff:ffff:ffff
2603:3020:831d:ffff:ffff:ffff:ffff:ffff
2603:3020:8346:ffff:ffff:ffff:ffff:ffff
2603:3020:835f:ffff:ffff:ffff:ffff:ffff
2603:3020:8365:ffff:ffff:ffff:ffff:ffff
2603:3020:8390:ffff:ffff:ffff:ffff:ffff
2603:3020:83ad:ffff:ffff:ffff:ffff:ffff
2603:3020:83f2:ffff:ffff:ffff:ffff:ffff
2603:3020:8427:ffff:ffff:ffff:ffff:ffff
2603:3020:8433:ffff:ffff:ffff:ffff:ffff
2603:3020:8497:ffff:ffff:ffff:ffff:ffff
2603:3020:84b5:ffff:ffff:ffff:ffff:ffff
2603:3020:84ec:ffff:ffff:ffff:ffff:ffff
2603:3020:84f7:ffff:ffff:ffff:ffff:ffff
2603:3020:84fd:ffff:ffff:ffff:ffff:ffff
2603:3020:8511:ffff:ffff:ffff:ffff:ffff
2603:3020:8519:ffff:ffff:ffff:ffff:ffff
2603:3020:854e:ffff:ffff:ffff:ffff:ffff
2603:3020:8558:ffff:ffff:ffff:ffff:ffff
2603:3020:856c:ffff:ffff:ffff:ffff:ffff
2603:3020:8596:ffff:ffff:ffff:ffff:ffff
2603:3020:85ab:ffff:ffff:ffff:ffff:ffff
2603:3020:85c2:ffff:ffff:ffff:ffff:ffff
2603:3020:85c7:ffff:ffff:ffff:ffff:ffff
2603:3020:85ca:ffff:ffff:ffff:ffff:ffff
2603:3020:85d5:ffff:ffff:ffff:ffff:ffff
2603:3020:8627:ffff:ffff:ffff:ffff:ffff
2603:3020:8647:ffff:ffff:ffff:ffff:ffff
2603:3020:8667:ffff:ffff:ffff:ffff:ffff
2603:3020:8692:ffff:ffff:ffff:ffff:ffff
2603:3020:86ae:ffff:ffff:ffff:ffff:ffff
2603:3020:86c3:ffff:ffff:ffff:ffff:ffff
2603:3020:870e:ffff:ffff:ffff:ffff:ffff
2603:3020:879f:ffff:ffff:ffff:ffff:ffff
2603:3020:87a3:ffff:ffff:ffff:ffff:ffff
2603:3020:87f6:ffff:ffff:ffff:ffff:ffff
2603:3020:8816:ffff:ffff:ffff:ffff:ffff
2603:3020:8819:ffff:ffff:ffff:ffff:ffff
2603:3020:882a:ffff:ffff:ffff:ffff:ffff
2603:3020:8836:ffff:ffff:ffff:ffff:ffff
2603:3020:883a:ffff:ffff:ffff:ffff:ffff
2603:3020:8870:ffff:ffff:ffff:ffff:ffff
2603:3020:88d1:ffff:ffff:ffff:ffff:ffff
2603:3020:8905:ffff:ffff:ffff:ffff:ffff
2603:3020:892b:ffff:ffff:ffff:ffff:ffff
2603:3020:895f:ffff:ffff:ffff:ffff:ffff
2603:3020:89ab:ffff:ffff:ffff:ffff:ffff
2603:3020:8a19:ffff:ffff:ffff:ffff:ffff
2603:3020:8a29:ffff:ffff:ffff:ffff:ffff
2603:3020:8b25:ffff:ffff:ffff:ffff:ffff
2603:3020:8b2c:ffff:ffff:ffff:ffff:ffff
2603:3020:8b4e:ffff:ffff:ffff:ffff:ffff
2603:3020:8be3:ffff:ffff:ffff:ffff:ffff
2603:3020:8c3c:ffff:ffff:ffff:ffff:ffff
2603:3020:8d19:ffff:ffff:ffff:ffff:ffff
2603:3020:8da8:ffff:ffff:ffff:ffff:ffff
2603:3020:8dd0:ffff:ffff:ffff:ffff:ffff
2603:3020:8ddd:ffff:ffff:ffff:ffff:ffff
2603:3020:8de5:ffff:ffff:ffff:ffff:ffff
2603:3020:8de7:ffff:ffff:ffff:ffff:ffff
2603:3020:8e0a:ffff:ffff:ffff:ffff:ffff
2603:3020:8e15:ffff:ffff:ffff:ffff:ffff
2603:3020:8e7e:ffff:ffff:ffff:ffff:ffff
2603:3020:8f0b:ffff:ffff:ffff:ffff:ffff
2603:3020:8f24:ffff:ffff:ffff:ffff:ffff
2603:3020:8f39:ffff:ffff:ffff:ffff:ffff
2603:3020:8f3d:ffff:ffff:ffff:ffff:ffff
2603:3020:8f66:ffff:ffff:ffff:ffff:ffff
2603:3020:8f6a:ffff:ffff:ffff:ffff:ffff
2603:3020:8fd7:ffff:ffff:ffff:ffff:ffff
2603:3020:8ffe:ffff:ffff:ffff:ffff:ffff
2603:3020:905f:ffff:ffff:ffff:ffff:ffff
2603:3020:907f:ffff:ffff:ffff:ffff:ffff
2603:3020:90b7:ffff:ffff:ffff:ffff:ffff
2603:3020:90d0:ffff:ffff:ffff:ffff:ffff
2603:3020:9136:ffff:ffff:ffff:ffff:ffff
2603:3020:913f:ffff:ffff:ffff:ffff:ffff
2603:3020:91a8:ffff:ffff:ffff:ffff:ffff
2603:3020:9260:ffff:ffff:ffff:ffff:ffff
2603:3020:9273:ffff:ffff:ffff:ffff:ffff
2603:3020:92fa:ffff:ffff:ffff:ffff:ffff
2603:3020:9349:ffff:ffff:ffff:ffff:ffff
2603:3020:9375:ffff:ffff:ffff:ffff:ffff
2603:3020:93a4:ffff:ffff:ffff:ffff:ffff
2603:3020:93d5:ffff:ffff:ffff:ffff:ffff
2603:3020:93f7:ffff:ffff:ffff:ffff:ffff
2603:3020:9439:ffff:ffff:ffff:ffff:ffff
2603:3020:94a3:ffff:ffff:ffff:ffff:ffff
2603:3020:950f:ffff:ffff:ffff:ffff:ffff
2603:3020:954c:ffff:ffff:ffff:ffff:ffff
2603:3020:9552:ffff:ffff:ffff:ffff:ffff
2603:3020:955b:ffff:ffff:ffff:ffff:ffff
2603:3020:9565:ffff:ffff:ffff:ffff:ffff
2603:3020:957a:ffff:ffff:ffff:ffff:ffff
2603:3020:95a5:ffff:ffff:ffff:ffff:ffff
2603:3020:95b2:ffff:ffff:ffff:ffff:ffff
2603:3020:95c3:ffff:ffff:ffff:ffff:ffff
2603:3020:95db:ffff:ffff:ffff:ffff:ffff
2603:3020:965e:ffff:ffff:ffff:ffff:ffff
2603:3020:969c:ffff:ffff:ffff:ffff:ffff
2603:3020:96a8:ffff:ffff:ffff:ffff:ffff
2603:3020:9735:ffff:ffff:ffff:ffff:ffff
2603:3020:97aa:ffff:ffff:ffff:ffff:ffff
2603:3020:981c:ffff:ffff:ffff:ffff:ffff
2603:3020:983d:ffff:ffff:ffff:ffff:ffff
2603:3020:985e:ffff:ffff:ffff:ffff:ffff
2603:3020:9863:ffff:ffff:ffff:ffff:ffff
2603:3020:991b:ffff:ffff:ffff:ffff:ffff
2603:3020:9a2a:ffff:ffff:ffff:ffff:ffff
2603:3020:9a40:ffff:ffff:ffff:ffff:ffff
2603:3020:9aab:ffff:ffff:ffff:ffff:ffff
2603:3020:9abe:ffff:ffff:ffff:ffff:ffff
2603:3020:9aef:ffff:ffff:ffff:ffff:ffff
2603:3020:9b47:ffff:ffff:ffff:ffff:ffff
2603:3020:9b4f:ffff:ffff:ffff:ffff:ffff
2603:3020:9b77:ffff:ffff:ffff:ffff:ffff
2603:3020:9b9b:ffff:ffff:ffff:ffff:ffff
2603:3020:9bb4:ffff:ffff:ffff:ffff:ffff
2603:3020:9bf9:ffff:ffff:ffff:ffff:ffff
2603:3020:9c07:ffff:ffff:ffff:ffff:ffff
2603:3020:9c80:ffff:ffff:ffff:ffff:ffff
2603:3020:9c8a:ffff:ffff:ffff:ffff:ffff
2603:3020:9d03:ffff:ffff:ffff:ffff:ffff
2603:3020:9d0e:ffff:ffff:ffff:ffff:ffff
2603:3020:9d22:ffff:ffff:ffff:ffff:ffff
2603:3020:9d2c:ffff:ffff:ffff:ffff:ffff
2603:3020:9da1:ffff:ffff:ffff:ffff:ffff
2603:3020:9e68:ffff:ffff:ffff:ffff:ffff
2603:3020:9e90:ffff:ffff:ffff:ffff:ffff
2603:3020:9eb1:ffff:ffff:ffff:ffff:ffff
2603:3020:9eff:ffff:ffff:ffff:ffff:ffff
2603:3020:9f39:ffff:ffff:ffff:ffff:ffff
2603:3020:9f3e:ffff:ffff:ffff:ffff:ffff
2603:3020:9f60:ffff:ffff:ffff:ffff:ffff
2603:3020:9f9c:ffff:ffff:ffff:ffff:ffff
2603:3020:a065:ffff:ffff:ffff:ffff:ffff
2603:3020:a06a:ffff:ffff:ffff:ffff:ffff
2603:3020:a094:ffff:ffff:ffff:ffff:ffff
2603:3020:a098:ffff:ffff:ffff:ffff:ffff
2603:3020:a0a3:ffff:ffff:ffff:ffff:ffff
2603:3020:a0cb:ffff:ffff:ffff:ffff:ffff
2603:3020:a0e2:ffff:ffff:ffff:ffff:ffff
2603:3020:a1ff:ffff:ffff:ffff:ffff:ffff
2603:3020:a21a:ffff:ffff:ffff:ffff:ffff
2603:3020:a232:ffff:ffff:ffff:ffff:ffff
2603:3020:a248:ffff:ffff:ffff:ffff:ffff
2603:3020:a2b1:ffff:ffff:ffff:ffff:ffff
2603:3020:a33a:ffff:ffff:ffff:ffff:ffff
2603:3020:a34a:ffff:ffff:ffff:ffff:ffff
2603:3020:a3bd:ffff:ffff:ffff:ffff:ffff
2603:3020:a44e:ffff:ffff:ffff:ffff:ffff
2603:3020:a4c3:ffff:ffff:ffff:ffff:ffff
2603:3020:a505:ffff:ffff:ffff:ffff:ffff
2603:3020:a507:ffff:ffff:ffff:ffff:ffff
2603:3020:a525:ffff:ffff:ffff:ffff:ffff
2603:3020:a534:ffff:ffff:ffff:ffff:ffff
2603:3020:a541:ffff:ffff:ffff:ffff:ffff
2603:3020:a544:ffff:ffff:ffff:ffff:ffff
2603:3020:a55c:ffff:ffff:ffff:ffff:ffff
2603:3020:a595:ffff:ffff:ffff:ffff:ffff
2603:3020:a5cd:ffff:ffff:ffff:ffff:ffff
2603:3020:a630:ffff:ffff:ffff:ffff:ffff
2603:3020:a632:ffff:ffff:ffff:ffff:ffff
2603:3020:a63d:ffff:ffff:ffff:ffff:ffff
2603:3020:a646:ffff:ffff:ffff:ffff:ffff
2603:3020:a661:ffff:ffff:ffff:ffff:ffff
2603:3020:a679:ffff:ffff:ffff:ffff:ffff
2603:3020:a6a4:ffff:ffff:ffff:ffff:ffff
2603:3020:a72f:ffff:ffff:ffff:ffff:ffff
2603:3020:a741:ffff:ffff:ffff:ffff:ffff
2603:3020:a753:ffff:ffff:ffff:ffff:ffff
2603:3020:a7a3:ffff:ffff:ffff:ffff:ffff
2603:3020:a7e4:ffff:ffff:ffff:ffff:ffff
2603:3020:a801:ffff:ffff:ffff:ffff:ffff
2603:3020:a80a:ffff:ffff:ffff:ffff:ffff
2603:3020:a83d:ffff:ffff:ffff:ffff:ffff
2603:3020:a850:ffff:ffff:ffff:ffff:ffff
2603:3020:a85c:ffff:ffff:ffff:ffff:ffff
2603:3020:a860:ffff:ffff:ffff:ffff:ffff
2603:3020:a894:ffff:ffff:ffff:ffff:ffff
2603:3020:a8a0:ffff:ffff:ffff:ffff:ffff
2603:3020:a94b:ffff:ffff:ffff:ffff:ffff
2603:3020:a96b:ffff:ffff:ffff:ffff:ffff
2603:3020:a97a:ffff:ffff:ffff:ffff:ffff
2603:3020:a98b:ffff:ffff:ffff:ffff:ffff
2603:3020:a9ca:ffff:ffff:ffff:ffff:ffff
2603:3020:a9dd:ffff:ffff:ffff:ffff:ffff
2603:3020:a9e0:ffff:ffff:ffff:ffff:ffff
2603:3020:aa3b:ffff:ffff:ffff:ffff:ffff
2603:3020:aab8:ffff:ffff:ffff:ffff:ffff
2603:3020:aaec:ffff:ffff:ffff:ffff:ffff
2603:3020:ab01:ffff:ffff:ffff:ffff:ffff
2603:3020:aba9:ffff:ffff:ffff:ffff:ffff
2603:3020:ac2e:ffff:ffff:ffff:ffff:ffff
2603:3020:ac85:ffff:ffff:ffff:ffff:ffff
2603:3020:acac:ffff:ffff:ffff:ffff:ffff
2603:3020:acd8:ffff:ffff:ffff:ffff:ffff
2603:3020:acdc:ffff:ffff:ffff:ffff:ffff
2603:3020:ad3d:ffff:ffff:ffff:ffff:ffff
2603:3020:ad54:ffff:ffff:ffff:ffff:ffff
2603:3020:ad82:ffff:ffff:ffff:ffff:ffff
2603:3020:ad9c:ffff:ffff:ffff:ffff:ffff
2603:3020:ae87:ffff:ffff:ffff:ffff:ffff
2603:3020:aec4:ffff:ffff:ffff:ffff:ffff
2603:3020:aecf:ffff:ffff:ffff:ffff:ffff
2603:3020:aeeb:ffff:ffff:ffff:ffff:ffff
2603:3020:af72:ffff:ffff:ffff:ffff:ffff
2603:3020:afc8:ffff:ffff:ffff:ffff:ffff
2603:3020:afdb:ffff:ffff:ffff:ffff:ffff
2603:3020:afee:ffff:ffff:ffff:ffff:ffff
2603:3020:aff0:ffff:ffff:ffff:ffff:ffff
2603:3020:b02b:ffff:ffff:ffff:ffff:ffff
2603:3020:b035:ffff:ffff:ffff:ffff:ffff
2603:3020:b055:ffff:ffff:ffff:ffff:ffff
2603:3020:b0a1:ffff:ffff:ffff:ffff:ffff
2603:3020:b0d0:ffff:ffff:ffff:ffff:ffff
2603:3020:b0d4:ffff:ffff:ffff:ffff:ffff
2603:3020:b0da:ffff:ffff:ffff:ffff:ffff
2603:3020:b0f1:ffff:ffff:ffff:ffff:ffff
2603:3020:b122:ffff:ffff:ffff:ffff:ffff
2603:3020:b1bc:ffff:ffff:ffff:ffff:ffff
2603:3020:b1ec:ffff:ffff:ffff:ffff:ffff
2603:3020:b218:ffff:ffff:ffff:ffff:ffff
2603:3020:b282:ffff:ffff:ffff:ffff:ffff
2603:3020:b28e:ffff:ffff:ffff:ffff:ffff
2603:3020:b2a7:ffff:ffff:ffff:ffff:ffff
2603:3020:b2f1:ffff:ffff:ffff:ffff:ffff
2603:3020:b2f8:ffff:ffff:ffff:ffff:ffff
2603:3020:b33a:ffff:ffff:ffff:ffff:ffff
2603:3020:b350:ffff:ffff:ffff:ffff:ffff
2603:3020:b385:ffff:ffff:ffff:ffff:ffff
2603:3020:b395:ffff:ffff:ffff:ffff:ffff
2603:3020:b3ac:ffff:ffff:ffff:ffff:ffff
2603:3020:b490:ffff:ffff:ffff:ffff:ffff
2603:3020:b4a1:ffff:ffff:ffff:ffff:ffff
2603:3020:b4c3:ffff:ffff:ffff:ffff:ffff
2603:3020:b4cd:ffff:ffff:ffff:ffff:ffff
2603:3020:b4d4:ffff:ffff:ffff:ffff:ffff
2603:3020:b4df:ffff:ffff:ffff:ffff:ffff
2603:3020:b4e5:ffff:ffff:ffff:ffff:ffff
2603:3020:b5af:ffff:ffff:ffff:ffff:ffff
2603:3020:b5f1:ffff:ffff:ffff:ffff:ffff
2603:3020:b5fd:ffff:ffff:ffff:ffff:ffff
2603:3020:b629:ffff:ffff:ffff:ffff:ffff
2603:3020:b6b2:ffff:ffff:ffff:ffff:ffff
2603:3020:b6ca:ffff:ffff:ffff:ffff:ffff
2603:3020:b6d8:ffff:ffff:ffff:ffff:ffff
2603:3020:b6ea:ffff:ffff:ffff:ffff:ffff
2603:3020:b714:ffff:ffff:ffff:ffff:ffff
2603:3020:b718:ffff:ffff:ffff:ffff:ffff
2603:3020:b766:ffff:ffff:ffff:ffff:ffff
2603:3020:b7b5:ffff:ffff:ffff:ffff:ffff
2603:3020:b7f3:ffff:ffff:ffff:ffff:ffff
2603:3020:b82d:ffff:ffff:ffff:ffff:ffff
2603:3020:b83e:ffff:ffff:ffff:ffff:ffff
2603:3020:b872:ffff:ffff:ffff:ffff:ffff
2603:3020:b882:ffff:ffff:ffff:ffff:ffff
2603:3020:b8ce:ffff:ffff:ffff:ffff:ffff
2603:3020:b966:ffff:ffff:ffff:ffff:ffff
2603:3020:b96a:ffff:ffff:ffff:ffff:ffff
2603:3020:b9b5:ffff:ffff:ffff:ffff:ffff
2603:3020:b9f8:ffff:ffff:ffff:ffff:ffff
2603:3020:ba38:ffff:ffff:ffff:ffff:ffff
2603:3020:ba41:ffff:ffff:ffff:ffff:ffff
2603:3020:baab:ffff:ffff:ffff:ffff:ffff

2603:3020:baaf:ffff:ffff:ffff:ffff:ffff
2603:3020:bb14:ffff:ffff:ffff:ffff:ffff
2603:3020:bb27:ffff:ffff:ffff:ffff:ffff
2603:3020:bb4f:ffff:ffff:ffff:ffff:ffff
2603:3020:bb69:ffff:ffff:ffff:ffff:ffff
2603:3020:bb80:ffff:ffff:ffff:ffff:ffff
2603:3020:bc08:ffff:ffff:ffff:ffff:ffff
2603:3020:bc23:ffff:ffff:ffff:ffff:ffff
2603:3020:bc3b:ffff:ffff:ffff:ffff:ffff
2603:3020:bc48:ffff:ffff:ffff:ffff:ffff
2603:3020:bc51:ffff:ffff:ffff:ffff:ffff
2603:3020:bcb7:ffff:ffff:ffff:ffff:ffff
2603:3020:bcc5:ffff:ffff:ffff:ffff:ffff
2603:3020:bd18:ffff:ffff:ffff:ffff:ffff
2603:3020:bd6a:ffff:ffff:ffff:ffff:ffff
2603:3020:bd85:ffff:ffff:ffff:ffff:ffff
2603:3020:bde3:ffff:ffff:ffff:ffff:ffff
2603:3020:be06:ffff:ffff:ffff:ffff:ffff
2603:3020:be0e:ffff:ffff:ffff:ffff:ffff
2603:3020:be55:ffff:ffff:ffff:ffff:ffff
2603:3020:beba:ffff:ffff:ffff:ffff:ffff
2603:3020:bf13:ffff:ffff:ffff:ffff:ffff
2603:3020:bf19:ffff:ffff:ffff:ffff:ffff
2603:3020:bfb1:ffff:ffff:ffff:ffff:ffff
2603:3020:bfe8:ffff:ffff:ffff:ffff:ffff
2603:3020:c07d:ffff:ffff:ffff:ffff:ffff
2603:3020:c082:ffff:ffff:ffff:ffff:ffff
2603:3020:c094:ffff:ffff:ffff:ffff:ffff
2603:3020:c0f8:ffff:ffff:ffff:ffff:ffff
2603:3020:c120:ffff:ffff:ffff:ffff:ffff
2603:3020:c135:ffff:ffff:ffff:ffff:ffff
2603:3020:c1b8:ffff:ffff:ffff:ffff:ffff
2603:3020:c1d2:ffff:ffff:ffff:ffff:ffff
2603:3020:c1da:ffff:ffff:ffff:ffff:ffff
2603:3020:c213:ffff:ffff:ffff:ffff:ffff
2603:3020:c250:ffff:ffff:ffff:ffff:ffff
2603:3020:c2df:ffff:ffff:ffff:ffff:ffff

2603:3020:c336:ffff:ffff:ffff:ffff:ffff
2603:3020:c33d:ffff:ffff:ffff:ffff:ffff
2603:3020:c33f:ffff:ffff:ffff:ffff:ffff
2603:3020:c367:ffff:ffff:ffff:ffff:ffff
2603:3020:c3ce:ffff:ffff:ffff:ffff:ffff
2603:3020:c3e4:ffff:ffff:ffff:ffff:ffff
2603:3020:c3e9:ffff:ffff:ffff:ffff:ffff
2603:3020:c3f6:ffff:ffff:ffff:ffff:ffff
2603:3020:c462:ffff:ffff:ffff:ffff:ffff
2603:3020:c47d:ffff:ffff:ffff:ffff:ffff
2603:3020:c4a9:ffff:ffff:ffff:ffff:ffff
2603:3020:c4d5:ffff:ffff:ffff:ffff:ffff
2603:3020:c587:ffff:ffff:ffff:ffff:ffff
2603:3020:c60b:ffff:ffff:ffff:ffff:ffff
2603:3020:c616:ffff:ffff:ffff:ffff:ffff
2603:3020:c64f:ffff:ffff:ffff:ffff:ffff
2603:3020:c65e:ffff:ffff:ffff:ffff:ffff
2603:3020:c674:ffff:ffff:ffff:ffff:ffff
2603:3020:c784:ffff:ffff:ffff:ffff:ffff
2603:3020:c7b2:ffff:ffff:ffff:ffff:ffff
2603:3020:c7d5:ffff:ffff:ffff:ffff:ffff
2603:3020:c7fa:ffff:ffff:ffff:ffff:ffff
2603:3020:c83d:ffff:ffff:ffff:ffff:ffff
2603:3020:c842:ffff:ffff:ffff:ffff:ffff
2603:3020:c850:ffff:ffff:ffff:ffff:ffff
2603:3020:c854:ffff:ffff:ffff:ffff:ffff
2603:3020:c85f:ffff:ffff:ffff:ffff:ffff
2603:3020:c887:ffff:ffff:ffff:ffff:ffff
2603:3020:c8bf:ffff:ffff:ffff:ffff:ffff
2603:3020:c8d2:ffff:ffff:ffff:ffff:ffff
2603:3020:c90d:ffff:ffff:ffff:ffff:ffff
2603:3020:c951:ffff:ffff:ffff:ffff:ffff
2603:3020:c980:ffff:ffff:ffff:ffff:ffff
2603:3020:c9e4:ffff:ffff:ffff:ffff:ffff
2603:3020:ca89:ffff:ffff:ffff:ffff:ffff
2603:3020:caa5:ffff:ffff:ffff:ffff:ffff
2603:3020:caac:ffff:ffff:ffff:ffff:ffff

2603:3020:cac8:ffff:ffff:ffff:ffff:ffff
2603:3020:cae2:ffff:ffff:ffff:ffff:ffff
2603:3020:cb31:ffff:ffff:ffff:ffff:ffff
2603:3020:cb53:ffff:ffff:ffff:ffff:ffff
2603:3020:cb5f:ffff:ffff:ffff:ffff:ffff
2603:3020:cb81:ffff:ffff:ffff:ffff:ffff
2603:3020:cbb4:ffff:ffff:ffff:ffff:ffff
2603:3020:cbc5:ffff:ffff:ffff:ffff:ffff
2603:3020:cc21:ffff:ffff:ffff:ffff:ffff
2603:3020:cc27:ffff:ffff:ffff:ffff:ffff
2603:3020:cc3a:ffff:ffff:ffff:ffff:ffff
2603:3020:ccc8:ffff:ffff:ffff:ffff:ffff
2603:3020:cd0d:ffff:ffff:ffff:ffff:ffff
2603:3020:cd2e:ffff:ffff:ffff:ffff:ffff
2603:3020:cd37:ffff:ffff:ffff:ffff:ffff
2603:3020:cd40:ffff:ffff:ffff:ffff:ffff
2603:3020:cdac:ffff:ffff:ffff:ffff:ffff
2603:3020:cdb3:ffff:ffff:ffff:ffff:ffff
2603:3020:cdb6:ffff:ffff:ffff:ffff:ffff
2603:3020:ce63:ffff:ffff:ffff:ffff:ffff
2603:3020:cea3:ffff:ffff:ffff:ffff:ffff
2603:3020:cea9:ffff:ffff:ffff:ffff:ffff
2603:3020:ceb7:ffff:ffff:ffff:ffff:ffff
2603:3020:cec8:ffff:ffff:ffff:ffff:ffff
2603:3020:cecb:ffff:ffff:ffff:ffff:ffff
2603:3020:ced7:ffff:ffff:ffff:ffff:ffff
2603:3020:ceda:ffff:ffff:ffff:ffff:ffff
2603:3020:cef7:ffff:ffff:ffff:ffff:ffff
2603:3020:cf8c:ffff:ffff:ffff:ffff:ffff
2603:3020:cfbe:ffff:ffff:ffff:ffff:ffff
2603:3020:cfe4:ffff:ffff:ffff:ffff:ffff
2603:3020:cfea:ffff:ffff:ffff:ffff:ffff
2603:3020:d038:ffff:ffff:ffff:ffff:ffff
2603:3020:d0b7:ffff:ffff:ffff:ffff:ffff
2603:3020:d0d0:ffff:ffff:ffff:ffff:ffff
2603:3020:d0d4:ffff:ffff:ffff:ffff:ffff
2603:3020:d134:ffff:ffff:ffff:ffff:ffff

2603:3020:d136:ffff:ffff:ffff:ffff:ffff
2603:3020:d144:ffff:ffff:ffff:ffff:ffff
2603:3020:d15c:ffff:ffff:ffff:ffff:ffff
2603:3020:d180:ffff:ffff:ffff:ffff:ffff
2603:3020:d192:ffff:ffff:ffff:ffff:ffff
2603:3020:d19c:ffff:ffff:ffff:ffff:ffff
2603:3020:d23a:ffff:ffff:ffff:ffff:ffff
2603:3020:d23d:ffff:ffff:ffff:ffff:ffff
2603:3020:d2c2:ffff:ffff:ffff:ffff:ffff
2603:3020:d32c:ffff:ffff:ffff:ffff:ffff
2603:3020:d36d:ffff:ffff:ffff:ffff:ffff
2603:3020:d375:ffff:ffff:ffff:ffff:ffff
2603:3020:d390:ffff:ffff:ffff:ffff:ffff
2603:3020:d3c6:ffff:ffff:ffff:ffff:ffff
2603:3020:d3fb:ffff:ffff:ffff:ffff:ffff
2603:3020:d40e:ffff:ffff:ffff:ffff:ffff
2603:3020:d433:ffff:ffff:ffff:ffff:ffff
2603:3020:d44a:ffff:ffff:ffff:ffff:ffff
2603:3020:d477:ffff:ffff:ffff:ffff:ffff
2603:3020:d487:ffff:ffff:ffff:ffff:ffff
2603:3020:d4c5:ffff:ffff:ffff:ffff:ffff
2603:3020:d4eb:ffff:ffff:ffff:ffff:ffff
2603:3020:d528:ffff:ffff:ffff:ffff:ffff
2603:3020:d583:ffff:ffff:ffff:ffff:ffff
2603:3020:d602:ffff:ffff:ffff:ffff:ffff
2603:3020:d608:ffff:ffff:ffff:ffff:ffff
2603:3020:d62f:ffff:ffff:ffff:ffff:ffff
2603:3020:d64a:ffff:ffff:ffff:ffff:ffff
2603:3020:d680:ffff:ffff:ffff:ffff:ffff
2603:3020:d6ba:ffff:ffff:ffff:ffff:ffff
2603:3020:d6ef:ffff:ffff:ffff:ffff:ffff
2603:3020:d6f6:ffff:ffff:ffff:ffff:ffff
2603:3020:d736:ffff:ffff:ffff:ffff:ffff
2603:3020:d755:ffff:ffff:ffff:ffff:ffff
2603:3020:d76e:ffff:ffff:ffff:ffff:ffff
2603:3020:d770:ffff:ffff:ffff:ffff:ffff
2603:3020:d78b:ffff:ffff:ffff:ffff:ffff

2603:3020:d7b1:ffff:ffff:ffff:ffff:ffff
2603:3020:d7b5:ffff:ffff:ffff:ffff:ffff
2603:3020:d7be:ffff:ffff:ffff:ffff:ffff
2603:3020:d849:ffff:ffff:ffff:ffff:ffff
2603:3020:d89c:ffff:ffff:ffff:ffff:ffff
2603:3020:d8a4:ffff:ffff:ffff:ffff:ffff
2603:3020:d8bf:ffff:ffff:ffff:ffff:ffff
2603:3020:d926:ffff:ffff:ffff:ffff:ffff
2603:3020:d9bb:ffff:ffff:ffff:ffff:ffff
2603:3020:d9d9:ffff:ffff:ffff:ffff:ffff
2603:3020:da0b:ffff:ffff:ffff:ffff:ffff
2603:3020:da3f:ffff:ffff:ffff:ffff:ffff
2603:3020:da46:ffff:ffff:ffff:ffff:ffff
2603:3020:da7b:ffff:ffff:ffff:ffff:ffff
2603:3020:da7d:ffff:ffff:ffff:ffff:ffff
2603:3020:da8a:ffff:ffff:ffff:ffff:ffff
2603:3020:daec:ffff:ffff:ffff:ffff:ffff
2603:3020:db40:ffff:ffff:ffff:ffff:ffff
2603:3020:db4e:ffff:ffff:ffff:ffff:ffff
2603:3020:db57:ffff:ffff:ffff:ffff:ffff
2603:3020:db61:ffff:ffff:ffff:ffff:ffff
2603:3020:db6a:ffff:ffff:ffff:ffff:ffff
2603:3020:db73:ffff:ffff:ffff:ffff:ffff
2603:3020:db8d:ffff:ffff:ffff:ffff:ffff
2603:3020:dc4a:ffff:ffff:ffff:ffff:ffff
2603:3020:dc4e:ffff:ffff:ffff:ffff:ffff
2603:3020:dc59:ffff:ffff:ffff:ffff:ffff
2603:3020:dcd3:ffff:ffff:ffff:ffff:ffff
2603:3020:dd31:ffff:ffff:ffff:ffff:ffff
2603:3020:ddaf:ffff:ffff:ffff:ffff:ffff
2603:3020:ddb2:ffff:ffff:ffff:ffff:ffff
2603:3020:dddd:ffff:ffff:ffff:ffff:ffff
2603:3020:de0c:ffff:ffff:ffff:ffff:ffff
2603:3020:de49:ffff:ffff:ffff:ffff:ffff
2603:3020:de67:ffff:ffff:ffff:ffff:ffff
2603:3020:dee0:ffff:ffff:ffff:ffff:ffff
2603:3020:df40:ffff:ffff:ffff:ffff:ffff

2603:3020:df4a:ffff:ffff:ffff:ffff:ffff
2603:3020:df6d:ffff:ffff:ffff:ffff:ffff
2603:3020:dfdc:ffff:ffff:ffff:ffff:ffff
2603:3020:dff4:ffff:ffff:ffff:ffff:ffff
2603:3020:e032:ffff:ffff:ffff:ffff:ffff
2603:3020:e03f:ffff:ffff:ffff:ffff:ffff
2603:3020:e07c:ffff:ffff:ffff:ffff:ffff
2603:3020:e087:ffff:ffff:ffff:ffff:ffff
2603:3020:e0f0:ffff:ffff:ffff:ffff:ffff
2603:3020:e10a:ffff:ffff:ffff:ffff:ffff
2603:3020:e126:ffff:ffff:ffff:ffff:ffff
2603:3020:e18b:ffff:ffff:ffff:ffff:ffff
2603:3020:e203:ffff:ffff:ffff:ffff:ffff
2603:3020:e270:ffff:ffff:ffff:ffff:ffff
2603:3020:e279:ffff:ffff:ffff:ffff:ffff
2603:3020:e29d:ffff:ffff:ffff:ffff:ffff
2603:3020:e2a5:ffff:ffff:ffff:ffff:ffff
2603:3020:e2a9:ffff:ffff:ffff:ffff:ffff
2603:3020:e311:ffff:ffff:ffff:ffff:ffff
2603:3020:e314:ffff:ffff:ffff:ffff:ffff
2603:3020:e33b:ffff:ffff:ffff:ffff:ffff
2603:3020:e3c3:ffff:ffff:ffff:ffff:ffff
2603:3020:e3cf:ffff:ffff:ffff:ffff:ffff
2603:3020:e3ec:ffff:ffff:ffff:ffff:ffff
2603:3020:e3fb:ffff:ffff:ffff:ffff:ffff
2603:3020:e403:ffff:ffff:ffff:ffff:ffff
2603:3020:e409:ffff:ffff:ffff:ffff:ffff
2603:3020:e459:ffff:ffff:ffff:ffff:ffff
2603:3020:e4b2:ffff:ffff:ffff:ffff:ffff
2603:3020:e4c4:ffff:ffff:ffff:ffff:ffff
2603:3020:e4eb:ffff:ffff:ffff:ffff:ffff
2603:3020:e4f6:ffff:ffff:ffff:ffff:ffff
2603:3020:e532:ffff:ffff:ffff:ffff:ffff
2603:3020:e574:ffff:ffff:ffff:ffff:ffff
2603:3020:e5e0:ffff:ffff:ffff:ffff:ffff
2603:3020:e5ed:ffff:ffff:ffff:ffff:ffff
2603:3020:e637:ffff:ffff:ffff:ffff:ffff

2603:3020:e680:ffff:ffff:ffff:ffff:ffff
2603:3020:e6cc:ffff:ffff:ffff:ffff:ffff
2603:3020:e6fc:ffff:ffff:ffff:ffff:ffff
2603:3020:e710:ffff:ffff:ffff:ffff:ffff
2603:3020:e718:ffff:ffff:ffff:ffff:ffff
2603:3020:e7b1:ffff:ffff:ffff:ffff:ffff
2603:3020:e7c4:ffff:ffff:ffff:ffff:ffff
2603:3020:e7f4:ffff:ffff:ffff:ffff:ffff
2603:3020:e825:ffff:ffff:ffff:ffff:ffff
2603:3020:e84d:ffff:ffff:ffff:ffff:ffff
2603:3020:e864:ffff:ffff:ffff:ffff:ffff
2603:3020:e8a6:ffff:ffff:ffff:ffff:ffff
2603:3020:e8cd:ffff:ffff:ffff:ffff:ffff
2603:3020:e94e:ffff:ffff:ffff:ffff:ffff
2603:3020:e9d5:ffff:ffff:ffff:ffff:ffff
2603:3020:e9d8:ffff:ffff:ffff:ffff:ffff
2603:3020:e9dd:ffff:ffff:ffff:ffff:ffff
2603:3020:e9fe:ffff:ffff:ffff:ffff:ffff
2603:3020:ea08:ffff:ffff:ffff:ffff:ffff
2603:3020:ea43:ffff:ffff:ffff:ffff:ffff
2603:3020:ea63:ffff:ffff:ffff:ffff:ffff
2603:3020:ea98:ffff:ffff:ffff:ffff:ffff
2603:3020:eaa3:ffff:ffff:ffff:ffff:ffff
2603:3020:eae6:ffff:ffff:ffff:ffff:ffff
2603:3020:eae9:ffff:ffff:ffff:ffff:ffff
2603:3020:eaf7:ffff:ffff:ffff:ffff:ffff
2603:3020:eb22:ffff:ffff:ffff:ffff:ffff
2603:3020:eb36:ffff:ffff:ffff:ffff:ffff
2603:3020:eb54:ffff:ffff:ffff:ffff:ffff
2603:3020:eb68:ffff:ffff:ffff:ffff:ffff
2603:3020:eba8:ffff:ffff:ffff:ffff:ffff
2603:3020:ec10:ffff:ffff:ffff:ffff:ffff
2603:3020:ec14:ffff:ffff:ffff:ffff:ffff
2603:3020:ec56:ffff:ffff:ffff:ffff:ffff
2603:3020:ec6f:ffff:ffff:ffff:ffff:ffff
2603:3020:ec8e:ffff:ffff:ffff:ffff:ffff
2603:3020:ecae:ffff:ffff:ffff:ffff:ffff

2603:3020:eceb:ffff:ffff:ffff:ffff:ffff
2603:3020:eda4:ffff:ffff:ffff:ffff:ffff
2603:3020:edc6:ffff:ffff:ffff:ffff:ffff
2603:3020:edd9:ffff:ffff:ffff:ffff:ffff
2603:3020:eddb:ffff:ffff:ffff:ffff:ffff
2603:3020:ee4e:ffff:ffff:ffff:ffff:ffff
2603:3020:eefb:ffff:ffff:ffff:ffff:ffff
2603:3020:ef40:ffff:ffff:ffff:ffff:ffff
2603:3020:ef4f:ffff:ffff:ffff:ffff:ffff
2603:3020:ef8e:ffff:ffff:ffff:ffff:ffff
2603:3020:efd0:ffff:ffff:ffff:ffff:ffff
2603:3020:f026:ffff:ffff:ffff:ffff:ffff
2603:3020:f04a:ffff:ffff:ffff:ffff:ffff
2603:3020:f06b:ffff:ffff:ffff:ffff:ffff
2603:3020:f076:ffff:ffff:ffff:ffff:ffff
2603:3020:f0c4:ffff:ffff:ffff:ffff:ffff
2603:3020:f0c7:ffff:ffff:ffff:ffff:ffff
2603:3020:f0dc:ffff:ffff:ffff:ffff:ffff
2603:3020:f13e:ffff:ffff:ffff:ffff:ffff
2603:3020:f1f7:ffff:ffff:ffff:ffff:ffff
2603:3020:f21f:ffff:ffff:ffff:ffff:ffff
2603:3020:f23b:ffff:ffff:ffff:ffff:ffff
2603:3020:f267:ffff:ffff:ffff:ffff:ffff
2603:3020:f291:ffff:ffff:ffff:ffff:ffff
2603:3020:f2d8:ffff:ffff:ffff:ffff:ffff
2603:3020:f390:ffff:ffff:ffff:ffff:ffff
2603:3020:f397:ffff:ffff:ffff:ffff:ffff
2603:3020:f3ec:ffff:ffff:ffff:ffff:ffff
2603:3020:f3fd:ffff:ffff:ffff:ffff:ffff
2603:3020:f414:ffff:ffff:ffff:ffff:ffff
2603:3020:f425:ffff:ffff:ffff:ffff:ffff
2603:3020:f428:ffff:ffff:ffff:ffff:ffff
2603:3020:f45c:ffff:ffff:ffff:ffff:ffff
2603:3020:f468:ffff:ffff:ffff:ffff:ffff
2603:3020:f488:ffff:ffff:ffff:ffff:ffff
2603:3020:f4f6:ffff:ffff:ffff:ffff:ffff
2603:3020:f506:ffff:ffff:ffff:ffff:ffff

2603:3020:f52f:ffff:ffff:ffff:ffff:ffff
2603:3020:f55b:ffff:ffff:ffff:ffff:ffff
2603:3020:f5a7:ffff:ffff:ffff:ffff:ffff
2603:3020:f5d0:ffff:ffff:ffff:ffff:ffff
2603:3020:f5f1:ffff:ffff:ffff:ffff:ffff
2603:3020:f621:ffff:ffff:ffff:ffff:ffff
2603:3020:f64e:ffff:ffff:ffff:ffff:ffff
2603:3020:f673:ffff:ffff:ffff:ffff:ffff
2603:3020:f67f:ffff:ffff:ffff:ffff:ffff
2603:3020:f682:ffff:ffff:ffff:ffff:ffff
2603:3020:f6f5:ffff:ffff:ffff:ffff:ffff
2603:3020:f78d:ffff:ffff:ffff:ffff:ffff
2603:3020:f80e:ffff:ffff:ffff:ffff:ffff
2603:3020:f839:ffff:ffff:ffff:ffff:ffff
2603:3020:f84f:ffff:ffff:ffff:ffff:ffff
2603:3020:f939:ffff:ffff:ffff:ffff:ffff
2603:3020:f951:ffff:ffff:ffff:ffff:ffff
2603:3020:f97f:ffff:ffff:ffff:ffff:ffff
2603:3020:f981:ffff:ffff:ffff:ffff:ffff
2603:3020:f9a6:ffff:ffff:ffff:ffff:ffff
2603:3020:f9af:ffff:ffff:ffff:ffff:ffff
2603:3020:f9fd:ffff:ffff:ffff:ffff:ffff
2603:3020:fa04:ffff:ffff:ffff:ffff:ffff
2603:3020:fa08:ffff:ffff:ffff:ffff:ffff
2603:3020:fa60:ffff:ffff:ffff:ffff:ffff
2603:3020:fac8:ffff:ffff:ffff:ffff:ffff
2603:3020:fad0:ffff:ffff:ffff:ffff:ffff
2603:3020:fb05:ffff:ffff:ffff:ffff:ffff
2603:3020:fb2e:ffff:ffff:ffff:ffff:ffff
2603:3020:fb32:ffff:ffff:ffff:ffff:ffff
2603:3020:fb3a:ffff:ffff:ffff:ffff:ffff
2603:3020:fbdb:ffff:ffff:ffff:ffff:ffff
2603:3020:fc06:ffff:ffff:ffff:ffff:ffff
2603:3020:fc23:ffff:ffff:ffff:ffff:ffff
2603:3020:fc34:ffff:ffff:ffff:ffff:ffff
2603:3020:fddb:ffff:ffff:ffff:ffff:ffff
2603:3020:fdfa:ffff:ffff:ffff:ffff:ffff

2603:3020:fe48:ffff:ffff:ffff:ffff:ffff
2603:3020:fe99:ffff:ffff:ffff:ffff:ffff
2603:3020:fea3:ffff:ffff:ffff:ffff:ffff
2603:3020:febe:ffff:ffff:ffff:ffff:ffff
2603:3020:fee4:ffff:ffff:ffff:ffff:ffff
2603:3020:ff51:ffff:ffff:ffff:ffff:ffff
2603:3020:ffab:ffff:ffff:ffff:ffff:ffff
2603:3020:ffc6:ffff:ffff:ffff:ffff:ffff
2603:3020:ffd3:ffff:ffff:ffff:ffff:ffff
2603:3020:ffff:ffff:ffff:ffff:ffff:ffff
2603:3027:ffff:ffff:ffff:ffff:ffff:ffff
2603:3099:ffff:ffff:ffff:ffff:ffff:ffff
2603:309e:ffff:ffff:ffff:ffff:ffff:ffff
2603:30a2:ffff:ffff:ffff:ffff:ffff:ffff
2603:30a6:ffff:ffff:ffff:ffff:ffff:ffff
2603:5000:3f:ffff:ffff:ffff:ffff:ffff
2603:5000:103f:ffff:ffff:ffff:ffff:ffff
2603:5000:203f:ffff:ffff:ffff:ffff:ffff
2603:5000:303f:ffff:ffff:ffff:ffff:ffff
2603:5000:403f:ffff:ffff:ffff:ffff:ffff
2603:9000:a7f:ffff:ffff:ffff:ffff:ffff
2603:9000:bcff:ffff:ffff:ffff:ffff:ffff
2603:9000:fdff:ffff:ffff:ffff:ffff:ffff
2603:9000:ff00:13f:ffff:ffff:ffff:ffff
2603:9001:8ff:ffff:ffff:ffff:ffff:ffff
2603:9001:a2ff:ffff:ffff:ffff:ffff:ffff
2603:9002:0:ffff:ffff:ffff:ffff:ffff
2603:9002:f0:ffff:ffff:ffff:ffff:ffff
2603:9002:100:ffff:ffff:ffff:ffff:ffff
2603:9002:2ff:ffff:ffff:ffff:ffff:ffff
2603:9002:5ff:ffff:ffff:ffff:ffff:ffff
2603:9003:2ff:ffff:ffff:ffff:ffff:ffff
2603:9004:cff:ffff:ffff:ffff:ffff:ffff
2603:9007:33f:ffff:ffff:ffff:ffff:ffff
2603:9007:3ff:ffff:ffff:ffff:ffff:ffff
2603:900b:54ff:ffff:ffff:ffff:ffff:ffff
2603:900b:eeff:ffff:ffff:ffff:ffff:ffff

2603:900b:ffff:ffff:ffff:ffff:ffff:ffff
2603:900e:84ff:ffff:ffff:ffff:ffff:ffff
2603:900e:8cff:ffff:ffff:ffff:ffff:ffff
2603:900e:90ff:ffff:ffff:ffff:ffff:ffff
2603:900e:a8ff:ffff:ffff:ffff:ffff:ffff
2603:900e:adff:ffff:ffff:ffff:ffff:ffff
2603:900e:b2ff:ffff:ffff:ffff:ffff:ffff
2603:900e:b6ff:ffff:ffff:ffff:ffff:ffff
2603:900e:bdff:ffff:ffff:ffff:ffff:ffff
2603:900e:c0ff:ffff:ffff:ffff:ffff:ffff
2603:900e:ccff:ffff:ffff:ffff:ffff:ffff
2603:900e:d3ff:ffff:ffff:ffff:ffff:ffff
2603:900e:e0ff:ffff:ffff:ffff:ffff:ffff
2603:900e:f4ff:ffff:ffff:ffff:ffff:ffff
2603:900e:fbff:ffff:ffff:ffff:ffff:ffff
2603:900e:fcff:ffff:ffff:ffff:ffff:ffff
2603:900e:ffff:ffff:ffff:ffff:ffff:ffff
2603:900f:1ff:ffff:ffff:ffff:ffff:ffff
2603:900f:8ff:ffff:ffff:ffff:ffff:ffff
2603:900f:cff:ffff:ffff:ffff:ffff:ffff
2603:900f:fff:ffff:ffff:ffff:ffff:ffff
2603:900f:14ff:ffff:ffff:ffff:ffff:ffff
2603:900f:16ff:ffff:ffff:ffff:ffff:ffff
2603:900f:18ff:ffff:ffff:ffff:ffff:ffff
2603:900f:25ff:ffff:ffff:ffff:ffff:ffff
2603:900f:27ff:ffff:ffff:ffff:ffff:ffff
2603:900f:2aff:ffff:ffff:ffff:ffff:ffff
2603:900f:2eff:ffff:ffff:ffff:ffff:ffff
2603:900f:35ff:ffff:ffff:ffff:ffff:ffff
2603:900f:3aff:ffff:ffff:ffff:ffff:ffff
2603:900f:3dff:ffff:ffff:ffff:ffff:ffff
2603:900f:43ff:ffff:ffff:ffff:ffff:ffff
2603:900f:45ff:ffff:ffff:ffff:ffff:ffff
2603:900f:49ff:ffff:ffff:ffff:ffff:ffff
2603:900f:4fff:ffff:ffff:ffff:ffff:ffff
2603:900f:54ff:ffff:ffff:ffff:ffff:ffff
2603:900f:57ff:ffff:ffff:ffff:ffff:ffff

2603:900f:5eff:ffff:ffff:ffff:ffff:ffff
2603:900f:61ff:ffff:ffff:ffff:ffff:ffff
2603:900f:63ff:ffff:ffff:ffff:ffff:ffff
2603:900f:65ff:ffff:ffff:ffff:ffff:ffff
2603:900f:6aff:ffff:ffff:ffff:ffff:ffff
2603:900f:6dff:ffff:ffff:ffff:ffff:ffff
2603:900f:72ff:ffff:ffff:ffff:ffff:ffff
2603:900f:7aff:ffff:ffff:ffff:ffff:ffff
2603:900f:7eff:ffff:ffff:ffff:ffff:ffff
2603:900f:85ff:ffff:ffff:ffff:ffff:ffff
2603:900f:88ff:ffff:ffff:ffff:ffff:ffff
2603:900f:8bff:ffff:ffff:ffff:ffff:ffff
2603:900f:8eff:ffff:ffff:ffff:ffff:ffff
2603:900f:92ff:ffff:ffff:ffff:ffff:ffff
2603:900f:94ff:ffff:ffff:ffff:ffff:ffff
2603:900f:98ff:ffff:ffff:ffff:ffff:ffff
2603:900f:9dff:ffff:ffff:ffff:ffff:ffff
2603:900f:9fff:ffff:ffff:ffff:ffff:ffff
2603:900f:a2ff:ffff:ffff:ffff:ffff:ffff
2603:900f:a4ff:ffff:ffff:ffff:ffff:ffff
2603:900f:a7ff:ffff:ffff:ffff:ffff:ffff
2603:900f:b0ff:ffff:ffff:ffff:ffff:ffff
2603:900f:b2ff:ffff:ffff:ffff:ffff:ffff
2603:900f:b6ff:ffff:ffff:ffff:ffff:ffff
2603:900f:baff:ffff:ffff:ffff:ffff:ffff
2603:900f:bcff:ffff:ffff:ffff:ffff:ffff
2603:900f:bfff:ffff:ffff:ffff:ffff:ffff
2603:900f:c5ff:ffff:ffff:ffff:ffff:ffff
2603:900f:c8ff:ffff:ffff:ffff:ffff:ffff
2603:900f:caff:ffff:ffff:ffff:ffff:ffff
2603:900f:cfff:ffff:ffff:ffff:ffff:ffff
2603:900f:d1ff:ffff:ffff:ffff:ffff:ffff
2603:900f:d8ff:ffff:ffff:ffff:ffff:ffff
2603:900f:daff:ffff:ffff:ffff:ffff:ffff
2603:900f:dcff:ffff:ffff:ffff:ffff:ffff
2603:900f:e0ff:ffff:ffff:ffff:ffff:ffff
2603:900f:e6ff:ffff:ffff:ffff:ffff:ffff

2603:900f:f0ff:ffff:ffff:ffff:ffff:ffff
2603:900f:f8ff:ffff:ffff:ffff:ffff:ffff
2603:900f:ffff:ffff:ffff:ffff:ffff:ffff
2603:903e:1:ffff:ffff:ffff:ffff:ffff
2603:903e:6:ffff:ffff:ffff:ffff:ffff
2603:903e:ff:ffff:ffff:ffff:ffff:ffff
2603:90c8:a00:ffff:ffff:ffff:ffff:ffff
2603:90f4:3ff:ffff:ffff:ffff:ffff:ffff
2603:90f4:12ff:ffff:ffff:ffff:ffff:ffff
2603:90fb:2ff:ffff:ffff:ffff:ffff:ffff
2603:c0d8:21ff:ffff:ffff:ffff:ffff:ffff
2603:ffff:ffff:ffff:ffff:ffff:ffff:ffff
2604:200:4:ffff:ffff:ffff:ffff:ffff
2604:200:b:ffff:ffff:ffff:ffff:ffff
2604:200:f:ffff:ffff:ffff:ffff:ffff
2604:200:12:ffff:ffff:ffff:ffff:ffff
2604:200:19:ffff:ffff:ffff:ffff:ffff
2604:200:15ff:ffff:ffff:ffff:ffff:ffff
2604:240:1:ffff:ffff:ffff:ffff:ffff
2604:600:ffff:ffff:ffff:ffff:ffff:ffff
2604:880:0:ffff:ffff:ffff:ffff:ffff
2604:880:5:ffff:ffff:ffff:ffff:ffff
2604:880:9:ffff:ffff:ffff:ffff:ffff
2604:880:11:ffff:ffff:ffff:ffff:ffff
2604:880:25:ffff:ffff:ffff:ffff:ffff
2604:880:31:ffff:ffff:ffff:ffff:ffff
2604:880:38:ffff:ffff:ffff:ffff:ffff
2604:880:40:ffff:ffff:ffff:ffff:ffff
2604:880:4b:ffff:ffff:ffff:ffff:ffff
2604:880:4e:ffff:ffff:ffff:ffff:ffff
2604:880:53:ffff:ffff:ffff:ffff:ffff
2604:880:6d:ffff:ffff:ffff:ffff:ffff
2604:880:71:ffff:ffff:ffff:ffff:ffff
2604:880:1ff:ffff:ffff:ffff:ffff:ffff
2604:880:ffff:ffff:ffff:ffff:ffff:ffff
2604:8e0:ffff:ffff:ffff:ffff:ffff:ffff
2604:980:3ff:ffff:ffff:ffff:ffff:ffff

2604:980:e02f:ffff:ffff:ffff:ffff:ffff
2604:a60:ffff:ffff:ffff:ffff:ffff:ffff
2604:ba0:0:ffff:ffff:ffff:ffff:ffff
2604:ba0:ffff:ffff:ffff:ffff:ffff:ffff
2604:be0:ffdf:ffff:ffff:ffff:ffff:ffff
2604:be0:ffef:ffff:ffff:ffff:ffff:ffff
2604:c20:2f:ffff:ffff:ffff:ffff:ffff
2604:c20:35:ffff:ffff:ffff:ffff:ffff
2604:c20:39:ffff:ffff:ffff:ffff:ffff
2604:c20:401b:ffff:ffff:ffff:ffff:ffff
2604:e40:ffff:ffff:ffff:ffff:ffff:ffff
2604:11c0:ff:ffff:ffff:ffff:ffff:ffff
2604:11c0:3ff:ffff:ffff:ffff:ffff:ffff
2604:11c0:5ff:ffff:ffff:ffff:ffff:ffff
2604:11c0:fff:ffff:ffff:ffff:ffff:ffff
2604:12c0:fff:ffff:ffff:ffff:ffff:ffff
2604:1360:ffff:ffff:ffff:ffff:ffff:ffff
2604:1380:11ff:ffff:ffff:ffff:ffff:ffff
2604:13a0:9000:ffff:ffff:ffff:ffff:ffff
2604:13a0:9003:ffff:ffff:ffff:ffff:ffff
2604:16e0:ffff:ffff:ffff:ffff:ffff:ffff
2604:18c0:ffff:ffff:ffff:ffff:ffff:ffff
2604:19a0:7:ffff:ffff:ffff:ffff:ffff
2604:1a00:33:ffff:ffff:ffff:ffff:ffff
2604:1a00:44:ffff:ffff:ffff:ffff:ffff
2604:1a00:d9:ffff:ffff:ffff:ffff:ffff
2604:1a00:de:ffff:ffff:ffff:ffff:ffff
2604:1a00:e5:ffff:ffff:ffff:ffff:ffff
2604:1a80:ffff:ffff:ffff:ffff:ffff:ffff
2604:1ee0:ffff:ffff:ffff:ffff:ffff:ffff
2604:22e0:ffff:ffff:ffff:ffff:ffff:ffff
2604:23e0:ffff:ffff:ffff:ffff:ffff:ffff
2604:24c0:ffff:ffff:ffff:ffff:ffff:ffff
2604:26a0:f:ffff:ffff:ffff:ffff:ffff
2604:26a0:30:ffff:ffff:ffff:ffff:ffff
2604:26a0:4ff:ffff:ffff:ffff:ffff:ffff
2604:26a0:5ff:ffff:ffff:ffff:ffff:ffff

2604:26a0:ffff:ffff:ffff:ffff:ffff:ffff
2604:26e0:100:ffff:ffff:ffff:ffff:ffff
2604:2920:ffff:ffff:ffff:ffff:ffff:ffff
2604:2d80:c81:ffff:ffff:ffff:ffff:ffff
2604:2d80:c83:ffff:ffff:ffff:ffff:ffff
2604:2d80:c85:ffff:ffff:ffff:ffff:ffff
2604:2d80:c87:ffff:ffff:ffff:ffff:ffff
2604:2d80:2000:ffff:ffff:ffff:ffff:ffff
2604:2d80:888d:ffff:ffff:ffff:ffff:ffff
2604:2d80:8e81:ffff:ffff:ffff:ffff:ffff
2604:2d80:8e84:ffff:ffff:ffff:ffff:ffff
2604:2d80:8e86:ffff:ffff:ffff:ffff:ffff
2604:2d80:8e8c:ffff:ffff:ffff:ffff:ffff
2604:2d80:8f0a:ffff:ffff:ffff:ffff:ffff
2604:2d80:9488:ffff:ffff:ffff:ffff:ffff
2604:2d80:948b:ffff:ffff:ffff:ffff:ffff
2604:2d80:9507:ffff:ffff:ffff:ffff:ffff
2604:2d80:b205:ffff:ffff:ffff:ffff:ffff
2604:2d80:b207:ffff:ffff:ffff:ffff:ffff
2604:2d80:b283:ffff:ffff:ffff:ffff:ffff
2604:2d80:b509:ffff:ffff:ffff:ffff:ffff
2604:2d80:b50c:ffff:ffff:ffff:ffff:ffff
2604:2d80:b803:ffff:ffff:ffff:ffff:ffff
2604:2d80:b809:ffff:ffff:ffff:ffff:ffff
2604:2d81:3e80:ffff:ffff:ffff:ffff:ffff
2604:2dc0:304:ffff:ffff:ffff:ffff:ffff
2604:2e8a:1450:ffff:ffff:ffff:ffff:ffff
2604:2e8b:1823:ffff:ffff:ffff:ffff:ffff
2604:2ec0:6ff:ffff:ffff:ffff:ffff:ffff
2604:2ec0:ffff:ffff:ffff:ffff:ffff:ffff
2604:30c0:ffff:ffff:ffff:ffff:ffff:ffff
2604:3300:ffff:ffff:ffff:ffff:ffff:ffff
2604:4500:3:ffff:ffff:ffff:ffff:ffff
2604:4500:7:ffff:ffff:ffff:ffff:ffff
2604:4500:b:ffff:ffff:ffff:ffff:ffff
2604:4500:14:ffff:ffff:ffff:ffff:ffff

2604:4500:19:ffff:ffff:ffff:ffff:ffff
2604:4500:23:ffff:ffff:ffff:ffff:ffff
2604:4500:6f:ffff:ffff:ffff:ffff:ffff
2604:4500:bf:ffff:ffff:ffff:ffff:ffff
2604:4500:11ff:ffff:ffff:ffff:ffff:ffff
2604:4500:ffff:ffff:ffff:ffff:ffff:ffff
2604:4580:1:ffff:ffff:ffff:ffff:ffff
2604:4580:ffff:ffff:ffff:ffff:ffff:ffff
2604:4600:aa01:ffff:ffff:ffff:ffff:ffff
2604:460f:ffff:ffff:ffff:ffff:ffff:ffff
2604:4cc0:11:ffff:ffff:ffff:ffff:ffff
2604:4d00:ffff:ffff:ffff:ffff:ffff:ffff
2604:5400:5ff:ffff:ffff:ffff:ffff:ffff
2604:5500:83f:ffff:ffff:ffff:ffff:ffff
2604:5500:43ff:ffff:ffff:ffff:ffff:ffff
2604:6340:ffff:ffff:ffff:ffff:ffff:ffff
2604:6340:ffff:ffff:ffff:ffff:ffff:ffff
2604:7340:ffff:ffff:ffff:ffff:ffff:ffff
2604:7800:ffff:ffff:ffff:ffff:ffff:ffff
2604:7b00:20f8:ffff:ffff:ffff:ffff:ffff
2604:7c00:f:ffff:ffff:ffff:ffff:ffff
2604:7c00:ffff:ffff:ffff:ffff:ffff:ffff
2604:8200:ffff:ffff:ffff:ffff:ffff:ffff
2604:8380:24ff:ffff:ffff:ffff:ffff:ffff
2604:8380:2aff:ffff:ffff:ffff:ffff:ffff
2604:8380:2cff:ffff:ffff:ffff:ffff:ffff
2604:8380:32ff:ffff:ffff:ffff:ffff:ffff
2604:8380:ffff:ffff:ffff:ffff:ffff:ffff
2604:86c0:1ff:ffff:ffff:ffff:ffff:ffff
2604:8800:4:ffff:ffff:ffff:ffff:ffff
2604:8800:5:ffff:ffff:ffff:ffff:ffff
2604:8800:63:ffff:ffff:ffff:ffff:ffff
2604:8800:65:ffff:ffff:ffff:ffff:ffff
2604:8800:6f:ffff:ffff:ffff:ffff:ffff
2604:8800:fffe:ffff:ffff:ffff:ffff:ffff
2604:9040:ffff:ffff:ffff:ffff:ffff:ffff
2604:9140:ffff:ffff:ffff:ffff:ffff:ffff

2604:9900:0:ffff:ffff:ffff:ffff:ffff
2604:9900:3:ffff:ffff:ffff:ffff:ffff
2604:9900:5:ffff:ffff:ffff:ffff:ffff
2604:9900:7:ffff:ffff:ffff:ffff:ffff
2604:9900:c:ffff:ffff:ffff:ffff:ffff
2604:9900:ffff:ffff:ffff:ffff:ffff:ffff
2604:9cc0:ffff:ffff:ffff:ffff:ffff:ffff
2604:9cc0:17ff:ffff:ffff:ffff:ffff:ffff
2604:9d40:ffff:ffff:ffff:ffff:ffff:ffff
2604:9d40:105:ffff:ffff:ffff:ffff:ffff
2604:9d40:1f7:ffff:ffff:ffff:ffff:ffff
2604:9d40:1336:ffff:ffff:ffff:ffff:ffff
2604:9d40:1fff:ffff:ffff:ffff:ffff:ffff
2604:9d40:3fff:ffff:ffff:ffff:ffff:ffff
2604:9d40:5fff:ffff:ffff:ffff:ffff:ffff
2604:9d40:7fff:ffff:ffff:ffff:ffff:ffff
2604:9d40:9fff:ffff:ffff:ffff:ffff:ffff
2604:9d40:bfff:ffff:ffff:ffff:ffff:ffff
2604:9d40:ffff:ffff:ffff:ffff:ffff:ffff
2604:a140:23ff:ffff:ffff:ffff:ffff:ffff
2604:a140:25ff:ffff:ffff:ffff:ffff:ffff
2604:a140:2e02:ffff:ffff:ffff:ffff:ffff
2604:a140:2fff:ffff:ffff:ffff:ffff:ffff
2604:a340:ffff:ffff:ffff:ffff:ffff:ffff
2604:a440:0:ffff:ffff:ffff:ffff:ffff
2604:a440:fffd:ffff:ffff:ffff:ffff:ffff
2604:a440:ffff:ffff:ffff:ffff:ffff:ffff
2604:a480:ffff:ffff:ffff:ffff:ffff:ffff
2604:b5c0:ffff:ffff:ffff:ffff:ffff:ffff
2604:b8c0:ffff:ffff:ffff:ffff:ffff:ffff
2604:bc40:21ff:ffff:ffff:ffff:ffff:ffff
2604:bc40:2fff:ffff:ffff:ffff:ffff:ffff
2604:bc40:5fff:ffff:ffff:ffff:ffff:ffff
2604:bc40:ffff:ffff:ffff:ffff:ffff:ffff
2604:bc80:ffff:1002:ffff:ffff:ffff:ffff
2604:c000:ffff:ffff:ffff:ffff:ffff:ffff
2604:c200:163f:ffff:ffff:ffff:ffff:ffff

2604:c700:ffff:ffff:ffff:ffff:ffff:ffff
2604:cac0:4:ffff:ffff:ffff:ffff:ffff
2604:cb00:24:ffff:ffff:ffff:ffff:ffff
2604:cb00:31:ffff:ffff:ffff:ffff:ffff
2604:cb00:24ff:ffff:ffff:ffff:ffff:ffff
2604:cb00:31ff:ffff:ffff:ffff:ffff:ffff
2604:cd00:4fff:ffff:ffff:ffff:ffff:ffff
2604:ce40:ffff:ffff:ffff:ffff:ffff:ffff
2604:d400:ffff:ffff:ffff:ffff:ffff:ffff
2604:d440:ffff:ffff:ffff:ffff:ffff:ffff
2604:e280:8803:ffff:ffff:ffff:ffff:ffff
2604:e280:88a7:ffff:ffff:ffff:ffff:ffff
2604:e280:88b7:ffff:ffff:ffff:ffff:ffff
2604:e280:88c1:ffff:ffff:ffff:ffff:ffff
2604:e280:88d3:ffff:ffff:ffff:ffff:ffff
2604:e280:88e5:ffff:ffff:ffff:ffff:ffff
2604:e283:3:ffff:ffff:ffff:ffff:ffff
2604:e283:c7:ffff:ffff:ffff:ffff:ffff
2604:e283:db:ffff:ffff:ffff:ffff:ffff
2604:e283:df:ffff:ffff:ffff:ffff:ffff
2604:e283:e3:ffff:ffff:ffff:ffff:ffff
2604:e28c:7ff:ffff:ffff:ffff:ffff:ffff
2604:e28d:8fff:ffff:ffff:ffff:ffff:ffff
2604:e28d:b7ff:ffff:ffff:ffff:ffff:ffff
2604:e28d:bfff:ffff:ffff:ffff:ffff:ffff
2604:e28d:c7ff:ffff:ffff:ffff:ffff:ffff
2604:e7c0:1:ffff:ffff:ffff:ffff:ffff
2604:f240:ffff:ffff:ffff:ffff:ffff:ffff
2604:f400:6:ffff:ffff:ffff:ffff:ffff
2604:f440:17:ffff:ffff:ffff:ffff:ffff
2604:f440:1ff:ffff:ffff:ffff:ffff:ffff
2604:f440:ffff:ffff:ffff:ffff:ffff:ffff
2604:f780:ffff:ffff:ffff:ffff:ffff:ffff
2604:fc80:10ff:ffff:ffff:ffff:ffff:ffff
2605:140:ffff:ffff:ffff:ffff:ffff:ffff
2605:340:f0b3:ffff:ffff:ffff:ffff:ffff
2605:340:f0b6:ffff:ffff:ffff:ffff:ffff

2605:340:f0c8:ffff:ffff:ffff:ffff:ffff
2605:380:53:ffff:ffff:ffff:ffff:ffff
2605:5c0:4f:ffff:ffff:ffff:ffff:ffff
2605:7c0:3fff:ffff:ffff:ffff:ffff:ffff
2605:900:ffff:ffff:ffff:ffff:ffff:ffff
2605:bc0:1:ffff:ffff:ffff:ffff:ffff
2605:10c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:1280:ffff:ffff:ffff:ffff:ffff:ffff
2605:2080:7fff:ffff:ffff:ffff:ffff:ffff
2605:2200:ffff:ffff:ffff:ffff:ffff:ffff
2605:2480:ffff:ffff:ffff:ffff:ffff:ffff
2605:2bc0:394:ffff:ffff:ffff:ffff:ffff
2605:2bc0:ffff:ffff:ffff:ffff:ffff:ffff
2605:2d00:ffff:ffff:ffff:ffff:ffff:ffff
2605:2d40:ffff:ffff:ffff:ffff:ffff:ffff
2605:30c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:3380:4901:ffff:ffff:ffff:ffff:ffff
2605:3380:49df:ffff:ffff:ffff:ffff:ffff
2605:3380:49e3:ffff:ffff:ffff:ffff:ffff
2605:3380:49f8:ffff:ffff:ffff:ffff:ffff
2605:3380:49ff:ffff:ffff:ffff:ffff:ffff
2605:3440:ffff:ffff:ffff:ffff:ffff:ffff
2605:3780:ffff:ffff:ffff:ffff:ffff:ffff
2605:3ac0:50ff:ffff:ffff:ffff:ffff:ffff
2605:3b80:11:ffff:ffff:ffff:ffff:ffff
2605:3e80:13ff:ffff:ffff:ffff:ffff:ffff
2605:4300:22ff:ffff:ffff:ffff:ffff:ffff
2605:4300:38ff:ffff:ffff:ffff:ffff:ffff
2605:4440:ffff:ffff:ffff:ffff:ffff:ffff
2605:4740:ffff:ffff:ffff:ffff:ffff:ffff
2605:4840:2:ffff:ffff:ffff:ffff:ffff
2605:4840:ffff:ffff:ffff:ffff:ffff:ffff
2605:4c40:243:ffff:ffff:ffff:ffff:ffff
2605:4d80:ffff:ffff:ffff:ffff:ffff:ffff
2605:4f40:ffff:ffff:ffff:ffff:ffff:ffff
2605:5140:ffff:ffff:ffff:ffff:ffff:ffff
2605:55c0:ffff:ffff:ffff:ffff:ffff:ffff

2605:5740:ffff:ffff:ffff:ffff:ffff:ffff
2605:58c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:59c0:11ff:ffff:ffff:ffff:ffff:ffff
2605:59c0:17ff:ffff:ffff:ffff:ffff:ffff
2605:59c1:27ff:ffff:ffff:ffff:ffff:ffff
2605:59c7:f005:ffff:ffff:ffff:ffff:ffff
2605:59c7:f082:ffff:ffff:ffff:ffff:ffff
2605:59c7:f0c0:ffff:ffff:ffff:ffff:ffff
2605:59ca:4cff:ffff:ffff:ffff:ffff:ffff
2605:5a00:ffff:ffff:ffff:ffff:ffff:ffff
2605:5cc0:ffff:ffff:ffff:ffff:ffff:ffff
2605:6100:ffff:ffff:ffff:ffff:ffff:ffff
2605:6200:ffff:ffff:ffff:ffff:ffff:ffff
2605:6400:40:ffff:ffff:ffff:ffff:ffff
2605:6400:1004:ffff:ffff:ffff:ffff:ffff
2605:6404:ffff:ffff:ffff:ffff:ffff:ffff
2605:6440:1ff:ffff:ffff:ffff:ffff:ffff
2605:65c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:6c80:b:ffff:ffff:ffff:ffff:ffff
2605:6c80:ffff:ffff:ffff:ffff:ffff:ffff
2605:7900:4:ffff:ffff:ffff:ffff:ffff
2605:7b80:2001:ffff:ffff:ffff:ffff:ffff
2605:7b80:2013:ffff:ffff:ffff:ffff:ffff
2605:8080:ffff:ffff:ffff:ffff:ffff:ffff
2605:8400:200:ffff:ffff:ffff:ffff:ffff
2605:8680:ffff:ffff:ffff:ffff:ffff:ffff
2605:8800:ffff:ffff:ffff:ffff:ffff:ffff
2605:9140:ffff:ffff:ffff:ffff:ffff:ffff
2605:92c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:9640:ffff:ffff:ffff:ffff:ffff:ffff
2605:9880:2bf:ffff:ffff:ffff:ffff:ffff
2605:9880:340:ffff:ffff:ffff:ffff:ffff
2605:9880:43f:ffff:ffff:ffff:ffff:ffff
2605:9a80:ffff:ffff:ffff:ffff:ffff:ffff
2605:a401:2:ffff:ffff:ffff:ffff:ffff
2605:a401:8:ffff:ffff:ffff:ffff:ffff
2605:a401:ff:ffff:ffff:ffff:ffff:ffff

2605:a401:80ff:ffff:ffff:ffff:ffff:ffff
2605:a401:8102:ffff:ffff:ffff:ffff:ffff
2605:a401:8109:ffff:ffff:ffff:ffff:ffff
2605:a401:8111:ffff:ffff:ffff:ffff:ffff
2605:a401:8113:ffff:ffff:ffff:ffff:ffff
2605:a401:8115:ffff:ffff:ffff:ffff:ffff
2605:a401:8117:ffff:ffff:ffff:ffff:ffff
2605:a401:811a:ffff:ffff:ffff:ffff:ffff
2605:a401:8120:ffff:ffff:ffff:ffff:ffff
2605:a401:8123:ffff:ffff:ffff:ffff:ffff
2605:a401:8126:ffff:ffff:ffff:ffff:ffff
2605:a401:812b:ffff:ffff:ffff:ffff:ffff
2605:a401:8130:ffff:ffff:ffff:ffff:ffff
2605:a401:8134:ffff:ffff:ffff:ffff:ffff
2605:a401:8137:ffff:ffff:ffff:ffff:ffff
2605:a401:813a:ffff:ffff:ffff:ffff:ffff
2605:a401:813e:ffff:ffff:ffff:ffff:ffff
2605:a401:8141:ffff:ffff:ffff:ffff:ffff
2605:a401:8144:ffff:ffff:ffff:ffff:ffff
2605:a401:814a:ffff:ffff:ffff:ffff:ffff
2605:a401:814f:ffff:ffff:ffff:ffff:ffff
2605:a401:8160:ffff:ffff:ffff:ffff:ffff
2605:a401:8162:ffff:ffff:ffff:ffff:ffff
2605:a401:8165:ffff:ffff:ffff:ffff:ffff
2605:a401:8168:ffff:ffff:ffff:ffff:ffff
2605:a401:816a:ffff:ffff:ffff:ffff:ffff
2605:a401:8174:ffff:ffff:ffff:ffff:ffff
2605:a401:8176:ffff:ffff:ffff:ffff:ffff
2605:a401:817a:ffff:ffff:ffff:ffff:ffff
2605:a401:817e:ffff:ffff:ffff:ffff:ffff
2605:a401:8188:ffff:ffff:ffff:ffff:ffff
2605:a401:818e:ffff:ffff:ffff:ffff:ffff
2605:a401:8199:ffff:ffff:ffff:ffff:ffff
2605:a401:819b:ffff:ffff:ffff:ffff:ffff
2605:a401:819d:ffff:ffff:ffff:ffff:ffff
2605:a401:81a0:ffff:ffff:ffff:ffff:ffff
2605:a401:81a2:ffff:ffff:ffff:ffff:ffff

2605:a401:81a7:ffff:ffff:ffff:ffff:ffff
2605:a401:81a9:ffff:ffff:ffff:ffff:ffff
2605:a401:81b4:ffff:ffff:ffff:ffff:ffff
2605:a401:81b7:ffff:ffff:ffff:ffff:ffff
2605:a401:81ba:ffff:ffff:ffff:ffff:ffff
2605:a401:81bf:ffff:ffff:ffff:ffff:ffff
2605:a401:81cc:ffff:ffff:ffff:ffff:ffff
2605:a401:81d0:ffff:ffff:ffff:ffff:ffff
2605:a401:81d4:ffff:ffff:ffff:ffff:ffff
2605:a401:81dd:ffff:ffff:ffff:ffff:ffff
2605:a401:81e7:ffff:ffff:ffff:ffff:ffff
2605:a401:81ec:ffff:ffff:ffff:ffff:ffff
2605:a401:81ef:ffff:ffff:ffff:ffff:ffff
2605:a401:81f2:ffff:ffff:ffff:ffff:ffff
2605:a401:81f9:ffff:ffff:ffff:ffff:ffff
2605:a401:81fd:ffff:ffff:ffff:ffff:ffff
2605:a401:8201:ffff:ffff:ffff:ffff:ffff
2605:a401:8206:ffff:ffff:ffff:ffff:ffff
2605:a401:8208:ffff:ffff:ffff:ffff:ffff
2605:a401:820a:ffff:ffff:ffff:ffff:ffff
2605:a401:820d:ffff:ffff:ffff:ffff:ffff
2605:a401:8211:ffff:ffff:ffff:ffff:ffff
2605:a401:8214:ffff:ffff:ffff:ffff:ffff
2605:a401:821a:ffff:ffff:ffff:ffff:ffff
2605:a401:821f:ffff:ffff:ffff:ffff:ffff
2605:a401:8226:ffff:ffff:ffff:ffff:ffff
2605:a401:822c:ffff:ffff:ffff:ffff:ffff
2605:a401:8231:ffff:ffff:ffff:ffff:ffff
2605:a401:8236:ffff:ffff:ffff:ffff:ffff
2605:a401:823d:ffff:ffff:ffff:ffff:ffff
2605:a401:8240:ffff:ffff:ffff:ffff:ffff
2605:a401:8247:ffff:ffff:ffff:ffff:ffff
2605:a401:8250:ffff:ffff:ffff:ffff:ffff
2605:a401:8254:ffff:ffff:ffff:ffff:ffff
2605:a401:8258:ffff:ffff:ffff:ffff:ffff
2605:a401:825b:ffff:ffff:ffff:ffff:ffff
2605:a401:825f:ffff:ffff:ffff:ffff:ffff

2605:a401:8261:ffff:ffff:ffff:ffff:ffff
2605:a401:8265:ffff:ffff:ffff:ffff:ffff
2605:a401:826d:ffff:ffff:ffff:ffff:ffff
2605:a401:8277:ffff:ffff:ffff:ffff:ffff
2605:a401:827d:ffff:ffff:ffff:ffff:ffff
2605:a401:8280:ffff:ffff:ffff:ffff:ffff
2605:a401:8283:ffff:ffff:ffff:ffff:ffff
2605:a401:8287:ffff:ffff:ffff:ffff:ffff
2605:a401:828e:ffff:ffff:ffff:ffff:ffff
2605:a401:8291:ffff:ffff:ffff:ffff:ffff
2605:a401:8294:ffff:ffff:ffff:ffff:ffff
2605:a401:829d:ffff:ffff:ffff:ffff:ffff
2605:a401:82a3:ffff:ffff:ffff:ffff:ffff
2605:a401:82a6:ffff:ffff:ffff:ffff:ffff
2605:a401:82a9:ffff:ffff:ffff:ffff:ffff
2605:a401:82b5:ffff:ffff:ffff:ffff:ffff
2605:a401:82ba:ffff:ffff:ffff:ffff:ffff
2605:a401:82bf:ffff:ffff:ffff:ffff:ffff
2605:a401:82c9:ffff:ffff:ffff:ffff:ffff
2605:a401:82cb:ffff:ffff:ffff:ffff:ffff
2605:a401:82d2:ffff:ffff:ffff:ffff:ffff
2605:a401:82d4:ffff:ffff:ffff:ffff:ffff
2605:a401:82d6:ffff:ffff:ffff:ffff:ffff
2605:a401:82db:ffff:ffff:ffff:ffff:ffff
2605:a401:82dd:ffff:ffff:ffff:ffff:ffff
2605:a401:82e2:ffff:ffff:ffff:ffff:ffff
2605:a401:82e9:ffff:ffff:ffff:ffff:ffff
2605:a401:82f1:ffff:ffff:ffff:ffff:ffff
2605:a401:82f3:ffff:ffff:ffff:ffff:ffff
2605:a401:82f6:ffff:ffff:ffff:ffff:ffff
2605:a401:8633:ffff:ffff:ffff:ffff:ffff
2605:a401:8700:ffff:ffff:ffff:ffff:ffff
2605:a401:8704:ffff:ffff:ffff:ffff:ffff
2605:a401:8708:ffff:ffff:ffff:ffff:ffff
2605:a401:870a:ffff:ffff:ffff:ffff:ffff
2605:a401:870c:ffff:ffff:ffff:ffff:ffff
2605:a401:8710:ffff:ffff:ffff:ffff:ffff

2605:a401:8717:ffff:ffff:ffff:ffff:ffff
2605:a401:871c:ffff:ffff:ffff:ffff:ffff
2605:a401:871e:ffff:ffff:ffff:ffff:ffff
2605:a401:8730:ffff:ffff:ffff:ffff:ffff
2605:a401:8734:ffff:ffff:ffff:ffff:ffff
2605:a401:8741:ffff:ffff:ffff:ffff:ffff
2605:a401:8749:ffff:ffff:ffff:ffff:ffff
2605:a401:874b:ffff:ffff:ffff:ffff:ffff
2605:a401:8752:ffff:ffff:ffff:ffff:ffff
2605:a401:8755:ffff:ffff:ffff:ffff:ffff
2605:a401:8757:ffff:ffff:ffff:ffff:ffff
2605:a401:875b:ffff:ffff:ffff:ffff:ffff
2605:a401:8765:ffff:ffff:ffff:ffff:ffff
2605:a401:876a:ffff:ffff:ffff:ffff:ffff
2605:a401:876c:ffff:ffff:ffff:ffff:ffff
2605:a401:8775:ffff:ffff:ffff:ffff:ffff
2605:a401:877c:ffff:ffff:ffff:ffff:ffff
2605:a401:8782:ffff:ffff:ffff:ffff:ffff
2605:a401:8785:ffff:ffff:ffff:ffff:ffff
2605:a401:8788:ffff:ffff:ffff:ffff:ffff
2605:a401:878c:ffff:ffff:ffff:ffff:ffff
2605:a401:87a8:ffff:ffff:ffff:ffff:ffff
2605:a401:87aa:ffff:ffff:ffff:ffff:ffff
2605:a401:87b1:ffff:ffff:ffff:ffff:ffff
2605:a401:87b7:ffff:ffff:ffff:ffff:ffff
2605:a401:87bd:ffff:ffff:ffff:ffff:ffff
2605:a401:87c4:ffff:ffff:ffff:ffff:ffff
2605:a401:87d2:ffff:ffff:ffff:ffff:ffff
2605:a401:87d6:ffff:ffff:ffff:ffff:ffff
2605:a401:87da:ffff:ffff:ffff:ffff:ffff
2605:a401:87dd:ffff:ffff:ffff:ffff:ffff
2605:a401:87df:ffff:ffff:ffff:ffff:ffff
2605:a401:87e2:ffff:ffff:ffff:ffff:ffff
2605:a401:87ea:ffff:ffff:ffff:ffff:ffff
2605:a401:87ef:ffff:ffff:ffff:ffff:ffff
2605:a401:88b5:ffff:ffff:ffff:ffff:ffff
2605:a401:89ff:ffff:ffff:ffff:ffff:ffff

2605:a401:8a03:ffff:ffff:ffff:ffff:ffff
2605:a401:8a06:ffff:ffff:ffff:ffff:ffff
2605:a401:8a0b:ffff:ffff:ffff:ffff:ffff
2605:a401:8a11:ffff:ffff:ffff:ffff:ffff
2605:a401:8a14:ffff:ffff:ffff:ffff:ffff
2605:a401:8a19:ffff:ffff:ffff:ffff:ffff
2605:a401:8a1e:ffff:ffff:ffff:ffff:ffff
2605:a401:8a23:ffff:ffff:ffff:ffff:ffff
2605:a401:8a2a:ffff:ffff:ffff:ffff:ffff
2605:a401:8a2f:ffff:ffff:ffff:ffff:ffff
2605:a401:8a33:ffff:ffff:ffff:ffff:ffff
2605:a401:8a36:ffff:ffff:ffff:ffff:ffff
2605:a401:8a38:ffff:ffff:ffff:ffff:ffff
2605:a401:8a3f:ffff:ffff:ffff:ffff:ffff
2605:a401:8a47:ffff:ffff:ffff:ffff:ffff
2605:a401:8a4e:ffff:ffff:ffff:ffff:ffff
2605:a401:8a50:ffff:ffff:ffff:ffff:ffff
2605:a401:8a55:ffff:ffff:ffff:ffff:ffff
2605:a401:8a58:ffff:ffff:ffff:ffff:ffff
2605:a401:8a5a:ffff:ffff:ffff:ffff:ffff
2605:a401:8a5f:ffff:ffff:ffff:ffff:ffff
2605:a401:8a65:ffff:ffff:ffff:ffff:ffff
2605:a401:8a69:ffff:ffff:ffff:ffff:ffff
2605:a401:8a6f:ffff:ffff:ffff:ffff:ffff
2605:a401:8a78:ffff:ffff:ffff:ffff:ffff
2605:a401:8a7a:ffff:ffff:ffff:ffff:ffff
2605:a401:8a7c:ffff:ffff:ffff:ffff:ffff
2605:a401:8a84:ffff:ffff:ffff:ffff:ffff
2605:a401:8a91:ffff:ffff:ffff:ffff:ffff
2605:a401:8a93:ffff:ffff:ffff:ffff:ffff
2605:a401:8a95:ffff:ffff:ffff:ffff:ffff
2605:a401:8aae:ffff:ffff:ffff:ffff:ffff
2605:a401:8ab1:ffff:ffff:ffff:ffff:ffff
2605:a401:8ab4:ffff:ffff:ffff:ffff:ffff
2605:a401:8ab9:ffff:ffff:ffff:ffff:ffff
2605:a401:8abb:ffff:ffff:ffff:ffff:ffff
2605:a401:8abe:ffff:ffff:ffff:ffff:ffff

2605:a401:8ac1:ffff:ffff:ffff:ffff:ffff
2605:a401:8ad4:ffff:ffff:ffff:ffff:ffff
2605:a401:8ad9:ffff:ffff:ffff:ffff:ffff
2605:a401:8aeb:ffff:ffff:ffff:ffff:ffff
2605:a401:8c91:ffff:ffff:ffff:ffff:ffff
2605:a401:8cb5:ffff:ffff:ffff:ffff:ffff
2605:a401:8d06:ffff:ffff:ffff:ffff:ffff
2605:a401:8e3c:ffff:ffff:ffff:ffff:ffff
2605:a401:8e9d:ffff:ffff:ffff:ffff:ffff
2605:a401:8f00:ffff:ffff:ffff:ffff:ffff
2605:a401:8f25:ffff:ffff:ffff:ffff:ffff
2605:a401:8f2b:ffff:ffff:ffff:ffff:ffff
2605:a401:8f3e:ffff:ffff:ffff:ffff:ffff
2605:a401:8f42:ffff:ffff:ffff:ffff:ffff
2605:a401:8f4f:ffff:ffff:ffff:ffff:ffff
2605:a401:8f54:ffff:ffff:ffff:ffff:ffff
2605:a401:8f57:ffff:ffff:ffff:ffff:ffff
2605:a401:8f5f:ffff:ffff:ffff:ffff:ffff
2605:a401:8f65:ffff:ffff:ffff:ffff:ffff
2605:a401:8f69:ffff:ffff:ffff:ffff:ffff
2605:a401:8f83:ffff:ffff:ffff:ffff:ffff
2605:a401:8f96:ffff:ffff:ffff:ffff:ffff
2605:a401:8f9b:ffff:ffff:ffff:ffff:ffff
2605:a401:8fa0:ffff:ffff:ffff:ffff:ffff
2605:a401:8fa3:ffff:ffff:ffff:ffff:ffff
2605:a401:8faa:ffff:ffff:ffff:ffff:ffff
2605:a401:8fb5:ffff:ffff:ffff:ffff:ffff
2605:a401:8fbd:ffff:ffff:ffff:ffff:ffff
2605:a401:8fc0:ffff:ffff:ffff:ffff:ffff
2605:a401:8fcb:ffff:ffff:ffff:ffff:ffff
2605:a401:8fd3:ffff:ffff:ffff:ffff:ffff
2605:a401:8fdf:ffff:ffff:ffff:ffff:ffff
2605:a401:8fe4:ffff:ffff:ffff:ffff:ffff
2605:a401:8ff0:ffff:ffff:ffff:ffff:ffff
2605:a401:8fff:ffff:ffff:ffff:ffff:ffff
2605:a404:6:ffff:ffff:ffff:ffff:ffff
2605:a404:8:ffff:ffff:ffff:ffff:ffff

2605:a404:f:ffff:ffff:ffff:ffff:ffff
2605:a404:12:ffff:ffff:ffff:ffff:ffff
2605:a404:14:ffff:ffff:ffff:ffff:ffff
2605:a404:17:ffff:ffff:ffff:ffff:ffff
2605:a404:1d:ffff:ffff:ffff:ffff:ffff
2605:a404:2e:ffff:ffff:ffff:ffff:ffff
2605:a404:30:ffff:ffff:ffff:ffff:ffff
2605:a404:36:ffff:ffff:ffff:ffff:ffff
2605:a404:38:ffff:ffff:ffff:ffff:ffff
2605:a404:3c:ffff:ffff:ffff:ffff:ffff
2605:a404:42:ffff:ffff:ffff:ffff:ffff
2605:a404:4f:ffff:ffff:ffff:ffff:ffff
2605:a404:51:ffff:ffff:ffff:ffff:ffff
2605:a404:57:ffff:ffff:ffff:ffff:ffff
2605:a404:5b:ffff:ffff:ffff:ffff:ffff
2605:a404:5e:ffff:ffff:ffff:ffff:ffff
2605:a404:61:ffff:ffff:ffff:ffff:ffff
2605:a404:66:ffff:ffff:ffff:ffff:ffff
2605:a404:6e:ffff:ffff:ffff:ffff:ffff
2605:a404:71:ffff:ffff:ffff:ffff:ffff
2605:a404:7d:ffff:ffff:ffff:ffff:ffff
2605:a404:8b:ffff:ffff:ffff:ffff:ffff
2605:a404:96:ffff:ffff:ffff:ffff:ffff
2605:a404:9a:ffff:ffff:ffff:ffff:ffff
2605:a404:a0:ffff:ffff:ffff:ffff:ffff
2605:a404:a2:ffff:ffff:ffff:ffff:ffff
2605:a404:a4:ffff:ffff:ffff:ffff:ffff
2605:a404:a6:ffff:ffff:ffff:ffff:ffff
2605:a404:a9:ffff:ffff:ffff:ffff:ffff
2605:a404:ab:ffff:ffff:ffff:ffff:ffff
2605:a404:ae:ffff:ffff:ffff:ffff:ffff
2605:a404:b4:ffff:ffff:ffff:ffff:ffff
2605:a404:b7:ffff:ffff:ffff:ffff:ffff
2605:a404:bd:ffff:ffff:ffff:ffff:ffff
2605:a404:c3:ffff:ffff:ffff:ffff:ffff
2605:a404:d2:ffff:ffff:ffff:ffff:ffff
2605:a404:d7:ffff:ffff:ffff:ffff:ffff

2605:a404:db:ffff:ffff:ffff:ffff:ffff
2605:a404:df:ffff:ffff:ffff:ffff:ffff
2605:a404:e4:ffff:ffff:ffff:ffff:ffff
2605:a404:ea:ffff:ffff:ffff:ffff:ffff
2605:a404:ee:ffff:ffff:ffff:ffff:ffff
2605:a404:f6:ffff:ffff:ffff:ffff:ffff
2605:a404:f8:ffff:ffff:ffff:ffff:ffff
2605:a404:fd:ffff:ffff:ffff:ffff:ffff
2605:a404:3ff:ffff:ffff:ffff:ffff:ffff
2605:a404:404:ffff:ffff:ffff:ffff:ffff
2605:a404:40b:ffff:ffff:ffff:ffff:ffff
2605:a404:410:ffff:ffff:ffff:ffff:ffff
2605:a404:414:ffff:ffff:ffff:ffff:ffff
2605:a404:417:ffff:ffff:ffff:ffff:ffff
2605:a404:41a:ffff:ffff:ffff:ffff:ffff
2605:a404:425:ffff:ffff:ffff:ffff:ffff
2605:a404:42b:ffff:ffff:ffff:ffff:ffff
2605:a404:430:ffff:ffff:ffff:ffff:ffff
2605:a404:433:ffff:ffff:ffff:ffff:ffff
2605:a404:437:ffff:ffff:ffff:ffff:ffff
2605:a404:43b:ffff:ffff:ffff:ffff:ffff
2605:a404:443:ffff:ffff:ffff:ffff:ffff
2605:a404:445:ffff:ffff:ffff:ffff:ffff
2605:a404:447:ffff:ffff:ffff:ffff:ffff
2605:a404:44d:ffff:ffff:ffff:ffff:ffff
2605:a404:450:ffff:ffff:ffff:ffff:ffff
2605:a404:456:ffff:ffff:ffff:ffff:ffff
2605:a404:45b:ffff:ffff:ffff:ffff:ffff
2605:a404:45f:ffff:ffff:ffff:ffff:ffff
2605:a404:462:ffff:ffff:ffff:ffff:ffff
2605:a404:467:ffff:ffff:ffff:ffff:ffff
2605:a404:470:ffff:ffff:ffff:ffff:ffff
2605:a404:473:ffff:ffff:ffff:ffff:ffff
2605:a404:477:ffff:ffff:ffff:ffff:ffff
2605:a404:481:ffff:ffff:ffff:ffff:ffff
2605:a404:484:ffff:ffff:ffff:ffff:ffff
2605:a404:486:ffff:ffff:ffff:ffff:ffff

2605:a404:48d:ffff:ffff:ffff:ffff:ffff
2605:a404:494:ffff:ffff:ffff:ffff:ffff
2605:a404:4a6:ffff:ffff:ffff:ffff:ffff
2605:a404:4ae:ffff:ffff:ffff:ffff:ffff
2605:a404:4b1:ffff:ffff:ffff:ffff:ffff
2605:a404:4b7:ffff:ffff:ffff:ffff:ffff
2605:a404:4b9:ffff:ffff:ffff:ffff:ffff
2605:a404:4bf:ffff:ffff:ffff:ffff:ffff
2605:a404:4c5:ffff:ffff:ffff:ffff:ffff
2605:a404:4c8:ffff:ffff:ffff:ffff:ffff
2605:a404:4ca:ffff:ffff:ffff:ffff:ffff
2605:a404:4cd:ffff:ffff:ffff:ffff:ffff
2605:a404:4d2:ffff:ffff:ffff:ffff:ffff
2605:a404:4d6:ffff:ffff:ffff:ffff:ffff
2605:a404:4d8:ffff:ffff:ffff:ffff:ffff
2605:a404:4de:ffff:ffff:ffff:ffff:ffff
2605:a404:4e1:ffff:ffff:ffff:ffff:ffff
2605:a404:4e3:ffff:ffff:ffff:ffff:ffff
2605:a404:4e7:ffff:ffff:ffff:ffff:ffff
2605:a404:4ec:ffff:ffff:ffff:ffff:ffff
2605:a404:4f0:ffff:ffff:ffff:ffff:ffff
2605:a404:4f2:ffff:ffff:ffff:ffff:ffff
2605:a404:4f4:ffff:ffff:ffff:ffff:ffff
2605:a404:4f9:ffff:ffff:ffff:ffff:ffff
2605:a404:4fb:ffff:ffff:ffff:ffff:ffff
2605:a404:500:ffff:ffff:ffff:ffff:ffff
2605:a404:502:ffff:ffff:ffff:ffff:ffff
2605:a404:504:ffff:ffff:ffff:ffff:ffff
2605:a404:506:ffff:ffff:ffff:ffff:ffff
2605:a404:508:ffff:ffff:ffff:ffff:ffff
2605:a404:50a:ffff:ffff:ffff:ffff:ffff
2605:a404:50f:ffff:ffff:ffff:ffff:ffff
2605:a404:514:ffff:ffff:ffff:ffff:ffff
2605:a404:51f:ffff:ffff:ffff:ffff:ffff
2605:a404:523:ffff:ffff:ffff:ffff:ffff
2605:a404:529:ffff:ffff:ffff:ffff:ffff
2605:a404:541:ffff:ffff:ffff:ffff:ffff

2605:a404:544:ffff:ffff:ffff:ffff:ffff
2605:a404:551:ffff:ffff:ffff:ffff:ffff
2605:a404:553:ffff:ffff:ffff:ffff:ffff
2605:a404:556:ffff:ffff:ffff:ffff:ffff
2605:a404:568:ffff:ffff:ffff:ffff:ffff
2605:a404:56d:ffff:ffff:ffff:ffff:ffff
2605:a404:575:ffff:ffff:ffff:ffff:ffff
2605:a404:587:ffff:ffff:ffff:ffff:ffff
2605:a404:5a2:ffff:ffff:ffff:ffff:ffff
2605:a404:5a9:ffff:ffff:ffff:ffff:ffff
2605:a404:5af:ffff:ffff:ffff:ffff:ffff
2605:a404:5ba:ffff:ffff:ffff:ffff:ffff
2605:a404:5bd:ffff:ffff:ffff:ffff:ffff
2605:a404:5c4:ffff:ffff:ffff:ffff:ffff
2605:a404:5cb:ffff:ffff:ffff:ffff:ffff
2605:a404:5cf:ffff:ffff:ffff:ffff:ffff
2605:a404:5d2:ffff:ffff:ffff:ffff:ffff
2605:a404:5d8:ffff:ffff:ffff:ffff:ffff
2605:a404:5dd:ffff:ffff:ffff:ffff:ffff
2605:a404:5e0:ffff:ffff:ffff:ffff:ffff
2605:a404:5e8:ffff:ffff:ffff:ffff:ffff
2605:a404:5ea:ffff:ffff:ffff:ffff:ffff
2605:a404:5ee:ffff:ffff:ffff:ffff:ffff
2605:a404:5f0:ffff:ffff:ffff:ffff:ffff
2605:a404:5ff:ffff:ffff:ffff:ffff:ffff
2605:a404:603:ffff:ffff:ffff:ffff:ffff
2605:a404:605:ffff:ffff:ffff:ffff:ffff
2605:a404:607:ffff:ffff:ffff:ffff:ffff
2605:a404:60a:ffff:ffff:ffff:ffff:ffff
2605:a404:60e:ffff:ffff:ffff:ffff:ffff
2605:a404:611:ffff:ffff:ffff:ffff:ffff
2605:a404:61d:ffff:ffff:ffff:ffff:ffff
2605:a404:61f:ffff:ffff:ffff:ffff:ffff
2605:a404:62c:ffff:ffff:ffff:ffff:ffff
2605:a404:633:ffff:ffff:ffff:ffff:ffff
2605:a404:635:ffff:ffff:ffff:ffff:ffff
2605:a404:638:ffff:ffff:ffff:ffff:ffff

2605:a404:63f:ffff:ffff:ffff:ffff:ffff
2605:a404:64a:ffff:ffff:ffff:ffff:ffff
2605:a404:64f:ffff:ffff:ffff:ffff:ffff
2605:a404:651:ffff:ffff:ffff:ffff:ffff
2605:a404:65c:ffff:ffff:ffff:ffff:ffff
2605:a404:65f:ffff:ffff:ffff:ffff:ffff
2605:a404:661:ffff:ffff:ffff:ffff:ffff
2605:a404:670:ffff:ffff:ffff:ffff:ffff
2605:a404:674:ffff:ffff:ffff:ffff:ffff
2605:a404:678:ffff:ffff:ffff:ffff:ffff
2605:a404:67f:ffff:ffff:ffff:ffff:ffff
2605:a404:683:ffff:ffff:ffff:ffff:ffff
2605:a404:689:ffff:ffff:ffff:ffff:ffff
2605:a404:68b:ffff:ffff:ffff:ffff:ffff
2605:a404:68d:ffff:ffff:ffff:ffff:ffff
2605:a404:692:ffff:ffff:ffff:ffff:ffff
2605:a404:698:ffff:ffff:ffff:ffff:ffff
2605:a404:69e:ffff:ffff:ffff:ffff:ffff
2605:a404:6a1:ffff:ffff:ffff:ffff:ffff
2605:a404:6a3:ffff:ffff:ffff:ffff:ffff
2605:a404:6a7:ffff:ffff:ffff:ffff:ffff
2605:a404:6ad:ffff:ffff:ffff:ffff:ffff
2605:a404:6b0:ffff:ffff:ffff:ffff:ffff
2605:a404:6b4:ffff:ffff:ffff:ffff:ffff
2605:a404:6be:ffff:ffff:ffff:ffff:ffff
2605:a404:6c1:ffff:ffff:ffff:ffff:ffff
2605:a404:6c6:ffff:ffff:ffff:ffff:ffff
2605:a404:6ca:ffff:ffff:ffff:ffff:ffff
2605:a404:6d0:ffff:ffff:ffff:ffff:ffff
2605:a404:6d8:ffff:ffff:ffff:ffff:ffff
2605:a404:6e1:ffff:ffff:ffff:ffff:ffff
2605:a404:6e3:ffff:ffff:ffff:ffff:ffff
2605:a404:6f3:ffff:ffff:ffff:ffff:ffff
2605:a404:6f8:ffff:ffff:ffff:ffff:ffff
2605:a404:6fe:ffff:ffff:ffff:ffff:ffff
2605:a404:7bb:ffff:ffff:ffff:ffff:ffff
2605:a404:7ff:ffff:ffff:ffff:ffff:ffff

2605:a404:801:ffff:ffff:ffff:ffff:ffff
2605:a404:807:ffff:ffff:ffff:ffff:ffff
2605:a404:80b:ffff:ffff:ffff:ffff:ffff
2605:a404:80f:ffff:ffff:ffff:ffff:ffff
2605:a404:812:ffff:ffff:ffff:ffff:ffff
2605:a404:81a:ffff:ffff:ffff:ffff:ffff
2605:a404:81d:ffff:ffff:ffff:ffff:ffff
2605:a404:820:ffff:ffff:ffff:ffff:ffff
2605:a404:822:ffff:ffff:ffff:ffff:ffff
2605:a404:828:ffff:ffff:ffff:ffff:ffff
2605:a404:82d:ffff:ffff:ffff:ffff:ffff
2605:a404:832:ffff:ffff:ffff:ffff:ffff
2605:a404:834:ffff:ffff:ffff:ffff:ffff
2605:a404:83b:ffff:ffff:ffff:ffff:ffff
2605:a404:83e:ffff:ffff:ffff:ffff:ffff
2605:a404:842:ffff:ffff:ffff:ffff:ffff
2605:a404:844:ffff:ffff:ffff:ffff:ffff
2605:a404:847:ffff:ffff:ffff:ffff:ffff
2605:a404:84a:ffff:ffff:ffff:ffff:ffff
2605:a404:84c:ffff:ffff:ffff:ffff:ffff
2605:a404:850:ffff:ffff:ffff:ffff:ffff
2605:a404:852:ffff:ffff:ffff:ffff:ffff
2605:a404:854:ffff:ffff:ffff:ffff:ffff
2605:a404:857:ffff:ffff:ffff:ffff:ffff
2605:a404:85a:ffff:ffff:ffff:ffff:ffff
2605:a404:85d:ffff:ffff:ffff:ffff:ffff
2605:a404:869:ffff:ffff:ffff:ffff:ffff
2605:a404:86c:ffff:ffff:ffff:ffff:ffff
2605:a404:873:ffff:ffff:ffff:ffff:ffff
2605:a404:879:ffff:ffff:ffff:ffff:ffff
2605:a404:87e:ffff:ffff:ffff:ffff:ffff
2605:a404:880:ffff:ffff:ffff:ffff:ffff
2605:a404:884:ffff:ffff:ffff:ffff:ffff
2605:a404:891:ffff:ffff:ffff:ffff:ffff
2605:a404:898:ffff:ffff:ffff:ffff:ffff
2605:a404:8a0:ffff:ffff:ffff:ffff:ffff
2605:a404:8a8:ffff:ffff:ffff:ffff:ffff

2605:a404:8ae:ffff:ffff:ffff:ffff:ffff
2605:a404:8b0:ffff:ffff:ffff:ffff:ffff
2605:a404:8b6:ffff:ffff:ffff:ffff:ffff
2605:a404:8bf:ffff:ffff:ffff:ffff:ffff
2605:a404:8c5:ffff:ffff:ffff:ffff:ffff
2605:a404:8ca:ffff:ffff:ffff:ffff:ffff
2605:a404:8d3:ffff:ffff:ffff:ffff:ffff
2605:a404:8dc:ffff:ffff:ffff:ffff:ffff
2605:a404:8e1:ffff:ffff:ffff:ffff:ffff
2605:a404:8e5:ffff:ffff:ffff:ffff:ffff
2605:a404:8ed:ffff:ffff:ffff:ffff:ffff
2605:a404:8ef:ffff:ffff:ffff:ffff:ffff
2605:a404:a20:ffff:ffff:ffff:ffff:ffff
2605:a404:a32:ffff:ffff:ffff:ffff:ffff
2605:a404:afa:ffff:ffff:ffff:ffff:ffff
2605:a404:b09:ffff:ffff:ffff:ffff:ffff
2605:a404:b1d:ffff:ffff:ffff:ffff:ffff
2605:a404:b24:ffff:ffff:ffff:ffff:ffff
2605:a404:b37:ffff:ffff:ffff:ffff:ffff
2605:a404:b3d:ffff:ffff:ffff:ffff:ffff
2605:a404:b46:ffff:ffff:ffff:ffff:ffff
2605:a404:b4f:ffff:ffff:ffff:ffff:ffff
2605:a404:b53:ffff:ffff:ffff:ffff:ffff
2605:a404:b5b:ffff:ffff:ffff:ffff:ffff
2605:a404:b60:ffff:ffff:ffff:ffff:ffff
2605:a404:b6c:ffff:ffff:ffff:ffff:ffff
2605:a404:b72:ffff:ffff:ffff:ffff:ffff
2605:a404:b7a:ffff:ffff:ffff:ffff:ffff
2605:a404:b83:ffff:ffff:ffff:ffff:ffff
2605:a404:b90:ffff:ffff:ffff:ffff:ffff
2605:a404:b92:ffff:ffff:ffff:ffff:ffff
2605:a404:b9a:ffff:ffff:ffff:ffff:ffff
2605:a404:b9f:ffff:ffff:ffff:ffff:ffff
2605:a404:ba5:ffff:ffff:ffff:ffff:ffff
2605:a404:bab:ffff:ffff:ffff:ffff:ffff
2605:a404:bb2:ffff:ffff:ffff:ffff:ffff
2605:a404:bb9:ffff:ffff:ffff:ffff:ffff

2605:a404:bc6:ffff:ffff:ffff:ffff:ffff
2605:a404:bca:ffff:ffff:ffff:ffff:ffff
2605:a404:bdf:ffff:ffff:ffff:ffff:ffff
2605:a404:be3:ffff:ffff:ffff:ffff:ffff
2605:a404:bed:ffff:ffff:ffff:ffff:ffff
2605:a404:bf1:ffff:ffff:ffff:ffff:ffff
2605:a404:bf7:ffff:ffff:ffff:ffff:ffff
2605:a404:cff:ffff:ffff:ffff:ffff:ffff
2605:a404:d08:ffff:ffff:ffff:ffff:ffff
2605:a404:d12:ffff:ffff:ffff:ffff:ffff
2605:a404:d20:ffff:ffff:ffff:ffff:ffff
2605:a404:d31:ffff:ffff:ffff:ffff:ffff
2605:a404:d33:ffff:ffff:ffff:ffff:ffff
2605:a404:d3b:ffff:ffff:ffff:ffff:ffff
2605:a404:d3f:ffff:ffff:ffff:ffff:ffff
2605:a404:d46:ffff:ffff:ffff:ffff:ffff
2605:a404:d49:ffff:ffff:ffff:ffff:ffff
2605:a404:d5d:ffff:ffff:ffff:ffff:ffff
2605:a404:d66:ffff:ffff:ffff:ffff:ffff
2605:a404:d70:ffff:ffff:ffff:ffff:ffff
2605:a404:d7a:ffff:ffff:ffff:ffff:ffff
2605:a404:d7c:ffff:ffff:ffff:ffff:ffff
2605:a404:d7e:ffff:ffff:ffff:ffff:ffff
2605:a404:d86:ffff:ffff:ffff:ffff:ffff
2605:a404:d8a:ffff:ffff:ffff:ffff:ffff
2605:a404:d8e:ffff:ffff:ffff:ffff:ffff
2605:a404:d92:ffff:ffff:ffff:ffff:ffff
2605:a404:d94:ffff:ffff:ffff:ffff:ffff
2605:a404:da4:ffff:ffff:ffff:ffff:ffff
2605:a404:da7:ffff:ffff:ffff:ffff:ffff
2605:a404:daa:ffff:ffff:ffff:ffff:ffff
2605:a404:db7:ffff:ffff:ffff:ffff:ffff
2605:a404:dbb:ffff:ffff:ffff:ffff:ffff
2605:a404:dc7:ffff:ffff:ffff:ffff:ffff
2605:a404:dd4:ffff:ffff:ffff:ffff:ffff
2605:a404:dda:ffff:ffff:ffff:ffff:ffff
2605:a404:de2:ffff:ffff:ffff:ffff:ffff

2605:a404:de5:ffff:ffff:ffff:ffff:ffff
2605:a404:def:ffff:ffff:ffff:ffff:ffff
2605:a404:dfa:ffff:ffff:ffff:ffff:ffff
2605:a404:dfc:ffff:ffff:ffff:ffff:ffff
2605:a404:e16:ffff:ffff:ffff:ffff:ffff
2605:a404:e19:ffff:ffff:ffff:ffff:ffff
2605:a404:e24:ffff:ffff:ffff:ffff:ffff
2605:a404:e2b:ffff:ffff:ffff:ffff:ffff
2605:a404:e31:ffff:ffff:ffff:ffff:ffff
2605:a404:e34:ffff:ffff:ffff:ffff:ffff
2605:a404:e37:ffff:ffff:ffff:ffff:ffff
2605:a404:e41:ffff:ffff:ffff:ffff:ffff
2605:a404:e4a:ffff:ffff:ffff:ffff:ffff
2605:a404:e52:ffff:ffff:ffff:ffff:ffff
2605:a404:e58:ffff:ffff:ffff:ffff:ffff
2605:a404:e5b:ffff:ffff:ffff:ffff:ffff
2605:a404:e5d:ffff:ffff:ffff:ffff:ffff
2605:a404:e66:ffff:ffff:ffff:ffff:ffff
2605:a404:e72:ffff:ffff:ffff:ffff:ffff
2605:a404:e82:ffff:ffff:ffff:ffff:ffff
2605:a404:e8e:ffff:ffff:ffff:ffff:ffff
2605:a404:e90:ffff:ffff:ffff:ffff:ffff
2605:a404:e95:ffff:ffff:ffff:ffff:ffff
2605:a404:ea1:ffff:ffff:ffff:ffff:ffff
2605:a404:ea9:ffff:ffff:ffff:ffff:ffff
2605:a404:ead:ffff:ffff:ffff:ffff:ffff
2605:a404:eb3:ffff:ffff:ffff:ffff:ffff
2605:a404:ec8:ffff:ffff:ffff:ffff:ffff
2605:a404:ed6:ffff:ffff:ffff:ffff:ffff
2605:a404:edc:ffff:ffff:ffff:ffff:ffff
2605:a404:ee1:ffff:ffff:ffff:ffff:ffff
2605:a404:eec:ffff:ffff:ffff:ffff:ffff
2605:a404:ef7:ffff:ffff:ffff:ffff:ffff
2605:a404:efb:ffff:ffff:ffff:ffff:ffff
2605:a404:f0e:ffff:ffff:ffff:ffff:ffff
2605:a404:f11:ffff:ffff:ffff:ffff:ffff
2605:a404:f2a:ffff:ffff:ffff:ffff:ffff

2605:a404:f3b:ffff:ffff:ffff:ffff:ffff
2605:a404:f3f:ffff:ffff:ffff:ffff:ffff
2605:a404:f43:ffff:ffff:ffff:ffff:ffff
2605:a404:f46:ffff:ffff:ffff:ffff:ffff
2605:a404:f5f:ffff:ffff:ffff:ffff:ffff
2605:a404:f6c:ffff:ffff:ffff:ffff:ffff
2605:a404:f6f:ffff:ffff:ffff:ffff:ffff
2605:a404:f7b:ffff:ffff:ffff:ffff:ffff
2605:a404:f7f:ffff:ffff:ffff:ffff:ffff
2605:a404:f86:ffff:ffff:ffff:ffff:ffff
2605:a404:f8f:ffff:ffff:ffff:ffff:ffff
2605:a404:f91:ffff:ffff:ffff:ffff:ffff
2605:a404:f9f:ffff:ffff:ffff:ffff:ffff
2605:a404:faa:ffff:ffff:ffff:ffff:ffff
2605:a404:fad:ffff:ffff:ffff:ffff:ffff
2605:a404:fb6:ffff:ffff:ffff:ffff:ffff
2605:a404:fc3:ffff:ffff:ffff:ffff:ffff
2605:a404:fc7:ffff:ffff:ffff:ffff:ffff
2605:a404:fd2:ffff:ffff:ffff:ffff:ffff
2605:a404:fde:ffff:ffff:ffff:ffff:ffff
2605:a404:fe2:ffff:ffff:ffff:ffff:ffff
2605:a404:fea:ffff:ffff:ffff:ffff:ffff
2605:a404:ff2:ffff:ffff:ffff:ffff:ffff
2605:a404:10ff:ffff:ffff:ffff:ffff:ffff
2605:a404:1104:ffff:ffff:ffff:ffff:ffff
2605:a404:1114:ffff:ffff:ffff:ffff:ffff
2605:a404:1117:ffff:ffff:ffff:ffff:ffff
2605:a404:111b:ffff:ffff:ffff:ffff:ffff
2605:a404:1123:ffff:ffff:ffff:ffff:ffff
2605:a404:112d:ffff:ffff:ffff:ffff:ffff
2605:a404:112f:ffff:ffff:ffff:ffff:ffff
2605:a404:1137:ffff:ffff:ffff:ffff:ffff
2605:a404:1163:ffff:ffff:ffff:ffff:ffff
2605:a404:1166:ffff:ffff:ffff:ffff:ffff
2605:a404:116f:ffff:ffff:ffff:ffff:ffff
2605:a404:1172:ffff:ffff:ffff:ffff:ffff
2605:a404:118d:ffff:ffff:ffff:ffff:ffff

2605:a404:1191:ffff:ffff:ffff:ffff:ffff
2605:a404:1197:ffff:ffff:ffff:ffff:ffff
2605:a404:1199:ffff:ffff:ffff:ffff:ffff
2605:a404:11a0:ffff:ffff:ffff:ffff:ffff
2605:a404:11a5:ffff:ffff:ffff:ffff:ffff
2605:a404:11a8:ffff:ffff:ffff:ffff:ffff
2605:a404:11aa:ffff:ffff:ffff:ffff:ffff
2605:a404:11af:ffff:ffff:ffff:ffff:ffff
2605:a404:11b1:ffff:ffff:ffff:ffff:ffff
2605:a404:11b3:ffff:ffff:ffff:ffff:ffff
2605:a404:11b6:ffff:ffff:ffff:ffff:ffff
2605:a404:11b8:ffff:ffff:ffff:ffff:ffff
2605:a404:11cc:ffff:ffff:ffff:ffff:ffff
2605:a404:11cf:ffff:ffff:ffff:ffff:ffff
2605:a404:11d3:ffff:ffff:ffff:ffff:ffff
2605:a404:11d7:ffff:ffff:ffff:ffff:ffff
2605:a404:11d9:ffff:ffff:ffff:ffff:ffff
2605:a404:11dd:ffff:ffff:ffff:ffff:ffff
2605:a404:11df:ffff:ffff:ffff:ffff:ffff
2605:a404:1201:ffff:ffff:ffff:ffff:ffff
2605:a404:1203:ffff:ffff:ffff:ffff:ffff
2605:a404:1207:ffff:ffff:ffff:ffff:ffff
2605:a404:120d:ffff:ffff:ffff:ffff:ffff
2605:a404:121f:ffff:ffff:ffff:ffff:ffff
2605:a404:1228:ffff:ffff:ffff:ffff:ffff
2605:a404:1234:ffff:ffff:ffff:ffff:ffff
2605:a404:124a:ffff:ffff:ffff:ffff:ffff
2605:a404:125f:ffff:ffff:ffff:ffff:ffff
2605:a404:1267:ffff:ffff:ffff:ffff:ffff
2605:a404:126d:ffff:ffff:ffff:ffff:ffff
2605:a404:1283:ffff:ffff:ffff:ffff:ffff
2605:a404:1290:ffff:ffff:ffff:ffff:ffff
2605:a404:1299:ffff:ffff:ffff:ffff:ffff
2605:a404:12a0:ffff:ffff:ffff:ffff:ffff
2605:a404:12af:ffff:ffff:ffff:ffff:ffff
2605:a404:12b4:ffff:ffff:ffff:ffff:ffff
2605:a404:12ba:ffff:ffff:ffff:ffff:ffff

2605:a404:12cb:ffff:ffff:ffff:ffff:ffff
2605:a404:12cd:ffff:ffff:ffff:ffff:ffff
2605:a404:12d4:ffff:ffff:ffff:ffff:ffff
2605:a404:12df:ffff:ffff:ffff:ffff:ffff
2605:a404:12e8:ffff:ffff:ffff:ffff:ffff
2605:a404:12f9:ffff:ffff:ffff:ffff:ffff
2605:a404:14ff:ffff:ffff:ffff:ffff:ffff
2605:a404:1507:ffff:ffff:ffff:ffff:ffff
2605:a404:1510:ffff:ffff:ffff:ffff:ffff
2605:a404:1512:ffff:ffff:ffff:ffff:ffff
2605:a404:1517:ffff:ffff:ffff:ffff:ffff
2605:a404:151e:ffff:ffff:ffff:ffff:ffff
2605:a404:1526:ffff:ffff:ffff:ffff:ffff
2605:a404:153b:ffff:ffff:ffff:ffff:ffff
2605:a404:153f:ffff:ffff:ffff:ffff:ffff
2605:a404:154c:ffff:ffff:ffff:ffff:ffff
2605:a404:154e:ffff:ffff:ffff:ffff:ffff
2605:a404:155e:ffff:ffff:ffff:ffff:ffff
2605:a404:1587:ffff:ffff:ffff:ffff:ffff
2605:a404:158a:ffff:ffff:ffff:ffff:ffff
2605:a404:158d:ffff:ffff:ffff:ffff:ffff
2605:a404:1592:ffff:ffff:ffff:ffff:ffff
2605:a404:1597:ffff:ffff:ffff:ffff:ffff
2605:a404:159b:ffff:ffff:ffff:ffff:ffff
2605:a404:15a1:ffff:ffff:ffff:ffff:ffff
2605:a404:15a3:ffff:ffff:ffff:ffff:ffff
2605:a404:15a6:ffff:ffff:ffff:ffff:ffff
2605:a404:15af:ffff:ffff:ffff:ffff:ffff
2605:a404:15b2:ffff:ffff:ffff:ffff:ffff
2605:a404:15b7:ffff:ffff:ffff:ffff:ffff
2605:a404:15bf:ffff:ffff:ffff:ffff:ffff
2605:a404:15c4:ffff:ffff:ffff:ffff:ffff
2605:a404:15c7:ffff:ffff:ffff:ffff:ffff
2605:a404:15cb:ffff:ffff:ffff:ffff:ffff
2605:a404:15cf:ffff:ffff:ffff:ffff:ffff
2605:a404:15d2:ffff:ffff:ffff:ffff:ffff
2605:a404:15dc:ffff:ffff:ffff:ffff:ffff

2605:a404:15df:ffff:ffff:ffff:ffff:ffff
2605:a404:16ff:ffff:ffff:ffff:ffff:ffff
2605:a404:1717:ffff:ffff:ffff:ffff:ffff
2605:a404:171b:ffff:ffff:ffff:ffff:ffff
2605:a404:171d:ffff:ffff:ffff:ffff:ffff
2605:a404:1721:ffff:ffff:ffff:ffff:ffff
2605:a404:172d:ffff:ffff:ffff:ffff:ffff
2605:a404:1731:ffff:ffff:ffff:ffff:ffff
2605:a404:174a:ffff:ffff:ffff:ffff:ffff
2605:a404:174f:ffff:ffff:ffff:ffff:ffff
2605:a404:1782:ffff:ffff:ffff:ffff:ffff
2605:a404:178f:ffff:ffff:ffff:ffff:ffff
2605:a404:1793:ffff:ffff:ffff:ffff:ffff
2605:a404:1798:ffff:ffff:ffff:ffff:ffff
2605:a404:179a:ffff:ffff:ffff:ffff:ffff
2605:a404:179f:ffff:ffff:ffff:ffff:ffff
2605:a404:17c0:ffff:ffff:ffff:ffff:ffff
2605:a404:17c3:ffff:ffff:ffff:ffff:ffff
2605:a404:17c9:ffff:ffff:ffff:ffff:ffff
2605:a404:17cb:ffff:ffff:ffff:ffff:ffff
2605:a404:17cf:ffff:ffff:ffff:ffff:ffff
2605:a404:17e7:ffff:ffff:ffff:ffff:ffff
2605:a404:17ef:ffff:ffff:ffff:ffff:ffff
2605:a404:1801:ffff:ffff:ffff:ffff:ffff
2605:a404:1806:ffff:ffff:ffff:ffff:ffff
2605:a404:180a:ffff:ffff:ffff:ffff:ffff
2605:a404:1814:ffff:ffff:ffff:ffff:ffff
2605:a404:181b:ffff:ffff:ffff:ffff:ffff
2605:a404:181f:ffff:ffff:ffff:ffff:ffff
2605:a404:1823:ffff:ffff:ffff:ffff:ffff
2605:a404:1825:ffff:ffff:ffff:ffff:ffff
2605:a404:1829:ffff:ffff:ffff:ffff:ffff
2605:a404:182f:ffff:ffff:ffff:ffff:ffff
2605:a404:1833:ffff:ffff:ffff:ffff:ffff
2605:a404:183c:ffff:ffff:ffff:ffff:ffff
2605:a404:1844:ffff:ffff:ffff:ffff:ffff
2605:a404:184c:ffff:ffff:ffff:ffff:ffff

2605:a404:1853:ffff:ffff:ffff:ffff:ffff
2605:a404:1857:ffff:ffff:ffff:ffff:ffff
2605:a404:185d:ffff:ffff:ffff:ffff:ffff
2605:a404:1861:ffff:ffff:ffff:ffff:ffff
2605:a404:186e:ffff:ffff:ffff:ffff:ffff
2605:a404:1874:ffff:ffff:ffff:ffff:ffff
2605:a404:1877:ffff:ffff:ffff:ffff:ffff
2605:a404:1884:ffff:ffff:ffff:ffff:ffff
2605:a404:1892:ffff:ffff:ffff:ffff:ffff
2605:a404:1897:ffff:ffff:ffff:ffff:ffff
2605:a404:189e:ffff:ffff:ffff:ffff:ffff
2605:a404:18a3:ffff:ffff:ffff:ffff:ffff
2605:a404:18a9:ffff:ffff:ffff:ffff:ffff
2605:a404:18ae:ffff:ffff:ffff:ffff:ffff
2605:a404:18b5:ffff:ffff:ffff:ffff:ffff
2605:a404:18bb:ffff:ffff:ffff:ffff:ffff
2605:a404:18db:ffff:ffff:ffff:ffff:ffff
2605:a404:18de:ffff:ffff:ffff:ffff:ffff
2605:a404:1aba:ffff:ffff:ffff:ffff:ffff
2605:a404:1bff:ffff:ffff:ffff:ffff:ffff
2605:a404:1dff:ffff:ffff:ffff:ffff:ffff
2605:a404:2217:ffff:ffff:ffff:ffff:ffff
2605:a404:2365:ffff:ffff:ffff:ffff:ffff
2605:a404:23ca:ffff:ffff:ffff:ffff:ffff
2605:a404:24b1:ffff:ffff:ffff:ffff:ffff
2605:a404:2627:ffff:ffff:ffff:ffff:ffff
2605:a404:264c:ffff:ffff:ffff:ffff:ffff
2605:a404:2a18:ffff:ffff:ffff:ffff:ffff
2605:a404:2b43:ffff:ffff:ffff:ffff:ffff
2605:a404:2b9e:ffff:ffff:ffff:ffff:ffff
2605:a404:2dac:ffff:ffff:ffff:ffff:ffff
2605:a404:2dff:ffff:ffff:ffff:ffff:ffff
2605:a404:2e05:ffff:ffff:ffff:ffff:ffff
2605:a404:2e07:ffff:ffff:ffff:ffff:ffff
2605:a404:2e15:ffff:ffff:ffff:ffff:ffff
2605:a404:2e45:ffff:ffff:ffff:ffff:ffff
2605:a404:2e49:ffff:ffff:ffff:ffff:ffff

2605:a404:2e52:ffff:ffff:ffff:ffff:ffff
2605:a404:2e61:ffff:ffff:ffff:ffff:ffff
2605:a404:2e70:ffff:ffff:ffff:ffff:ffff
2605:a404:2e76:ffff:ffff:ffff:ffff:ffff
2605:a404:2e7e:ffff:ffff:ffff:ffff:ffff
2605:a404:2e88:ffff:ffff:ffff:ffff:ffff
2605:a404:2e93:ffff:ffff:ffff:ffff:ffff
2605:a404:2e9c:ffff:ffff:ffff:ffff:ffff
2605:a404:2ea0:ffff:ffff:ffff:ffff:ffff
2605:a404:2ea3:ffff:ffff:ffff:ffff:ffff
2605:a404:2ea9:ffff:ffff:ffff:ffff:ffff
2605:a404:32ff:ffff:ffff:ffff:ffff:ffff
2605:a404:37ff:ffff:ffff:ffff:ffff:ffff
2605:a404:3aff:ffff:ffff:ffff:ffff:ffff
2605:a404:3cff:ffff:ffff:ffff:ffff:ffff
2605:a404:41ff:ffff:ffff:ffff:ffff:ffff
2605:a404:43ff:ffff:ffff:ffff:ffff:ffff
2605:a404:47ff:ffff:ffff:ffff:ffff:ffff
2605:a404:49ff:ffff:ffff:ffff:ffff:ffff
2605:a404:4dff:ffff:ffff:ffff:ffff:ffff
2605:a404:4fff:ffff:ffff:ffff:ffff:ffff
2605:a404:51ff:ffff:ffff:ffff:ffff:ffff
2605:a404:56ff:ffff:ffff:ffff:ffff:ffff
2605:a404:5bff:ffff:ffff:ffff:ffff:ffff
2605:a404:5dff:ffff:ffff:ffff:ffff:ffff
2605:a404:63ff:ffff:ffff:ffff:ffff:ffff
2605:a404:65ff:ffff:ffff:ffff:ffff:ffff
2605:a404:67ff:ffff:ffff:ffff:ffff:ffff
2605:a404:69ff:ffff:ffff:ffff:ffff:ffff
2605:a404:6bff:ffff:ffff:ffff:ffff:ffff
2605:a404:6dff:ffff:ffff:ffff:ffff:ffff
2605:a404:73ff:ffff:ffff:ffff:ffff:ffff
2605:a404:77ff:ffff:ffff:ffff:ffff:ffff
2605:a404:80ff:ffff:ffff:ffff:ffff:ffff
2605:a404:82ff:ffff:ffff:ffff:ffff:ffff
2605:a404:86ff:ffff:ffff:ffff:ffff:ffff
2605:a404:8bff:ffff:ffff:ffff:ffff:ffff

2605:a404:8dff:ffff:ffff:ffff:ffff:ffff
2605:a404:8fff:ffff:ffff:ffff:ffff:ffff
2605:a404:93ff:ffff:ffff:ffff:ffff:ffff
2605:a404:99ff:ffff:ffff:ffff:ffff:ffff
2605:a404:9dff:ffff:ffff:ffff:ffff:ffff
2605:a404:9fff:ffff:ffff:ffff:ffff:ffff
2605:a404:a1ff:ffff:ffff:ffff:ffff:ffff
2605:a404:a3ff:ffff:ffff:ffff:ffff:ffff
2605:a404:a6ff:ffff:ffff:ffff:ffff:ffff
2605:a404:a8ff:ffff:ffff:ffff:ffff:ffff
2605:a404:adff:ffff:ffff:ffff:ffff:ffff
2605:a404:b1ff:ffff:ffff:ffff:ffff:ffff
2605:a404:b6ff:ffff:ffff:ffff:ffff:ffff
2605:a404:bbff:ffff:ffff:ffff:ffff:ffff
2605:a404:bdff:ffff:ffff:ffff:ffff:ffff
2605:a404:bfff:ffff:ffff:ffff:ffff:ffff
2605:a404:c6ff:ffff:ffff:ffff:ffff:ffff
2605:a404:c8ff:ffff:ffff:ffff:ffff:ffff
2605:a404:d0ff:ffff:ffff:ffff:ffff:ffff
2605:a404:d3ff:ffff:ffff:ffff:ffff:ffff
2605:a404:d6ff:ffff:ffff:ffff:ffff:ffff
2605:a404:daff:ffff:ffff:ffff:ffff:ffff
2605:a404:e0ff:ffff:ffff:ffff:ffff:ffff
2605:a404:e4ff:ffff:ffff:ffff:ffff:ffff
2605:a404:ecff:ffff:ffff:ffff:ffff:ffff
2605:a404:f1ff:ffff:ffff:ffff:ffff:ffff
2605:a404:f4ff:ffff:ffff:ffff:ffff:ffff
2605:a404:fcff:ffff:ffff:ffff:ffff:ffff
2605:a404:feff:ffff:ffff:ffff:ffff:ffff
2605:a40a:4:ffff:ffff:ffff:ffff:ffff
2605:a40a:6:ffff:ffff:ffff:ffff:ffff
2605:a40a:a:ffff:ffff:ffff:ffff:ffff
2605:a40a:11:ffff:ffff:ffff:ffff:ffff
2605:a40a:13:ffff:ffff:ffff:ffff:ffff
2605:a40a:17:ffff:ffff:ffff:ffff:ffff
2605:a40a:1b:ffff:ffff:ffff:ffff:ffff
2605:a40a:1f:ffff:ffff:ffff:ffff:ffff

2605:a40a:25:ffff:ffff:ffff:ffff:ffff
2605:a40a:2c:ffff:ffff:ffff:ffff:ffff
2605:a40a:32:ffff:ffff:ffff:ffff:ffff
2605:a40a:3c:ffff:ffff:ffff:ffff:ffff
2605:a40a:43:ffff:ffff:ffff:ffff:ffff
2605:a40a:47:ffff:ffff:ffff:ffff:ffff
2605:a40a:49:ffff:ffff:ffff:ffff:ffff
2605:a40a:52:ffff:ffff:ffff:ffff:ffff
2605:a40a:54:ffff:ffff:ffff:ffff:ffff
2605:a40a:56:ffff:ffff:ffff:ffff:ffff
2605:a40a:59:ffff:ffff:ffff:ffff:ffff
2605:a40a:61:ffff:ffff:ffff:ffff:ffff
2605:a40a:66:ffff:ffff:ffff:ffff:ffff
2605:a40a:69:ffff:ffff:ffff:ffff:ffff
2605:a40a:72:ffff:ffff:ffff:ffff:ffff
2605:a40a:75:ffff:ffff:ffff:ffff:ffff
2605:a40a:7a:ffff:ffff:ffff:ffff:ffff
2605:a40a:82:ffff:ffff:ffff:ffff:ffff
2605:a40a:85:ffff:ffff:ffff:ffff:ffff
2605:a40a:8b:ffff:ffff:ffff:ffff:ffff
2605:a40a:8d:ffff:ffff:ffff:ffff:ffff
2605:a40a:91:ffff:ffff:ffff:ffff:ffff
2605:a40a:93:ffff:ffff:ffff:ffff:ffff
2605:a40a:9a:ffff:ffff:ffff:ffff:ffff
2605:a40a:9e:ffff:ffff:ffff:ffff:ffff
2605:a40a:c0:ffff:ffff:ffff:ffff:ffff
2605:a40a:c2:ffff:ffff:ffff:ffff:ffff
2605:a40a:c5:ffff:ffff:ffff:ffff:ffff
2605:a40a:cb:ffff:ffff:ffff:ffff:ffff
2605:a40a:e0:ffff:ffff:ffff:ffff:ffff
2605:a40a:ec:ffff:ffff:ffff:ffff:ffff
2605:a40a:fb:ffff:ffff:ffff:ffff:ffff
2605:a40a:110:ffff:ffff:ffff:ffff:ffff
2605:a40a:125:ffff:ffff:ffff:ffff:ffff
2605:a40a:186:ffff:ffff:ffff:ffff:ffff
2605:a40a:1b3:ffff:ffff:ffff:ffff:ffff
2605:a40a:1b7:ffff:ffff:ffff:ffff:ffff

2605:a40a:214:ffff:ffff:ffff:ffff:ffff
2605:a40a:22d:ffff:ffff:ffff:ffff:ffff
2605:a40a:23f:ffff:ffff:ffff:ffff:ffff
2605:a40a:284:ffff:ffff:ffff:ffff:ffff
2605:a40a:304:ffff:ffff:ffff:ffff:ffff
2605:a40a:42e:ffff:ffff:ffff:ffff:ffff
2605:a40a:485:ffff:ffff:ffff:ffff:ffff
2605:a40a:4ca:ffff:ffff:ffff:ffff:ffff
2605:a40a:501:ffff:ffff:ffff:ffff:ffff
2605:a40a:52d:ffff:ffff:ffff:ffff:ffff
2605:a40a:587:ffff:ffff:ffff:ffff:ffff
2605:a40a:592:ffff:ffff:ffff:ffff:ffff
2605:a40a:5c8:ffff:ffff:ffff:ffff:ffff
2605:a40a:682:ffff:ffff:ffff:ffff:ffff
2605:a7c0:16:ffff:ffff:ffff:ffff:ffff
2605:a900:1005:ffff:ffff:ffff:ffff:ffff
2605:ad80:10:ffff:ffff:ffff:ffff:ffff
2605:ad80:14:ffff:ffff:ffff:ffff:ffff
2605:ad80:af:ffff:ffff:ffff:ffff:ffff
2605:ad80:cf:ffff:ffff:ffff:ffff:ffff
2605:ad80:ffee:ffff:ffff:ffff:ffff:ffff
2605:af40:2:ffff:ffff:ffff:ffff:ffff
2605:b240:0:ffff:ffff:ffff:ffff:ffff
2605:b540:ffff:ffff:ffff:ffff:ffff:ffff
2605:c1c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:c4c0:ffff:ffff:ffff:ffff:ffff:ffff
2605:cf40:ffff:ffff:ffff:ffff:ffff:ffff
2605:d100:7ff:ffff:ffff:ffff:ffff:ffff
2605:d100:bff:ffff:ffff:ffff:ffff:ffff
2605:db00:ffff:ffff:ffff:ffff:ffff:ffff
2605:dcc0:ffff:ffff:ffff:ffff:ffff:ffff
2605:dd40:fb6:ffff:ffff:ffff:ffff:ffff
2605:dd40:5215:ffff:ffff:ffff:ffff:ffff
2605:dd40:8206:ffff:ffff:ffff:ffff:ffff
2605:e700:ffff:ffff:ffff:ffff:ffff:ffff
2605:eac0:ffff:ffff:ffff:ffff:ffff:ffff
2605:ed00:492b:ffff:ffff:ffff:ffff:ffff

2605:ed00:8218:ffff:ffff:ffff:ffff:ffff
2605:ef80:400b:ffff:ffff:ffff:ffff:ffff
2605:ef80:c02d:ffff:ffff:ffff:ffff:ffff
2605:f300:fffe:ffff:ffff:ffff:ffff:ffff
2605:f500:109:ffff:ffff:ffff:ffff:ffff
2605:f800:ffff:ffff:ffff:ffff:ffff:ffff
2605:f940:ffff:ffff:ffff:ffff:ffff:ffff
2605:fb80:e200:ffff:ffff:ffff:ffff:ffff
2605:fbc0:ffff:ffff:ffff:ffff:ffff:ffff
2606:40:2049:ffff:ffff:ffff:ffff:ffff
2606:40:2e63:ffff:ffff:ffff:ffff:ffff
2606:40:2147:ffff:ffff:ffff:ffff:ffff
2606:40:214f:ffff:ffff:ffff:ffff:ffff
2606:5c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:15c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:1980:4:ffff:ffff:ffff:ffff:ffff
2606:1a40:100d:ffff:ffff:ffff:ffff:ffff
2606:1d40:ffff:ffff:ffff:ffff:ffff:ffff
2606:2040:ffff:ffff:ffff:ffff:ffff:ffff
2606:2040:ffff:ffff:ffff:ffff:ffff:ffff
2606:2400:53:ffff:ffff:ffff:ffff:ffff
2606:2400:ffff:ffff:ffff:ffff:ffff:ffff
2606:2ac0:8002:ffff:ffff:ffff:ffff:ffff
2606:3080:ffff:ffff:ffff:ffff:ffff:ffff
2606:31c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:3440:1:ffff:ffff:ffff:ffff:ffff
2606:3480:ffff:ffff:ffff:ffff:ffff:ffff
2606:3680:ffff:ffff:ffff:ffff:ffff:ffff
2606:3a80:1300:ffff:ffff:ffff:ffff:ffff
2606:3a80:2400:ffff:ffff:ffff:ffff:ffff
2606:3b80:ffff:ffff:ffff:ffff:ffff:ffff
2606:3bc0:ffff:ffff:ffff:ffff:ffff:ffff
2606:3d40:2:ffff:ffff:ffff:ffff:ffff
2606:3d40:5:ffff:ffff:ffff:ffff:ffff
2606:3d40:c:ffff:ffff:ffff:ffff:ffff
2606:3d40:e:ffff:ffff:ffff:ffff:ffff
2606:3d40:12:ffff:ffff:ffff:ffff:ffff

2606:3d40:19:ffff:ffff:ffff:ffff:ffff
2606:3d40:33ff:ffff:ffff:ffff:ffff:ffff
2606:3d40:3701:ffff:ffff:ffff:ffff:ffff
2606:3d40:3704:ffff:ffff:ffff:ffff:ffff
2606:3d40:3aff:ffff:ffff:ffff:ffff:ffff
2606:3d40:3bff:ffff:ffff:ffff:ffff:ffff
2606:3d40:3fff:ffff:ffff:ffff:ffff:ffff
2606:3d40:4bff:ffff:ffff:ffff:ffff:ffff
2606:3d40:51ff:ffff:ffff:ffff:ffff:ffff
2606:3d40:5cff:ffff:ffff:ffff:ffff:ffff
2606:3d40:5d03:ffff:ffff:ffff:ffff:ffff
2606:3d40:ffff:ffff:ffff:ffff:ffff:ffff
2606:4700:a1:ffff:ffff:ffff:ffff:ffff
2606:4700:4048:ffff:ffff:ffff:ffff:ffff
2606:4d80:1304:ffff:ffff:ffff:ffff:ffff
2606:4d80:1306:ffff:ffff:ffff:ffff:ffff
2606:4d80:130a:ffff:ffff:ffff:ffff:ffff
2606:4d80:130d:ffff:ffff:ffff:ffff:ffff
2606:4f80:ffff:ffff:ffff:ffff:ffff:ffff
2606:5000:8ff:ffff:ffff:ffff:ffff:ffff
2606:5000:eff:ffff:ffff:ffff:ffff:ffff
2606:5000:17ff:ffff:ffff:ffff:ffff:ffff
2606:5000:1eff:ffff:ffff:ffff:ffff:ffff
2606:5000:2eff:ffff:ffff:ffff:ffff:ffff
2606:5000:31ff:ffff:ffff:ffff:ffff:ffff
2606:5000:3aff:ffff:ffff:ffff:ffff:ffff
2606:5000:40ff:ffff:ffff:ffff:ffff:ffff
2606:5000:42ff:ffff:ffff:ffff:ffff:ffff
2606:5000:51ff:ffff:ffff:ffff:ffff:ffff
2606:5000:55ff:ffff:ffff:ffff:ffff:ffff
2606:5000:59ff:ffff:ffff:ffff:ffff:ffff
2606:5000:5eff:ffff:ffff:ffff:ffff:ffff
2606:5000:61ff:ffff:ffff:ffff:ffff:ffff
2606:5000:f3ff:ffff:ffff:ffff:ffff:ffff
2606:53c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:54c0:6ed7:ffff:ffff:ffff:ffff:ffff
2606:55c0:ffff:ffff:ffff:ffff:ffff:ffff

2606:6340:ffff:ffff:ffff:ffff:ffff:ffff
2606:65c0:20:ffff:ffff:ffff:ffff:ffff
2606:6840:ffff:ffff:ffff:ffff:ffff:ffff
2606:6c00:208:ffff:ffff:ffff:ffff:ffff
2606:6f00:ffff:ffff:ffff:ffff:ffff:ffff
2606:7140:400::30
2606:7fc0:ff:ffff:ffff:ffff:ffff:ffff
2606:7fc0:ffff:ffff:ffff:ffff:ffff:ffff
2606:8180:4ff:ffff:ffff:ffff:ffff:ffff
2606:82c0:3ff:ffff:ffff:ffff:ffff:ffff
2606:82c0:e003:ffff:ffff:ffff:ffff:ffff
2606:84c0:ff:ffff:ffff:ffff:ffff:ffff
2606:9840:ffff:ffff:ffff:ffff:ffff:ffff
2606:9a00:ffff:ffff:ffff:ffff:ffff:ffff
2606:9c00:ffff:ffff:ffff:ffff:ffff:ffff
2606:9c00:1cff:ffff:ffff:ffff:ffff:ffff
2606:a540:ffff:ffff:ffff:ffff:ffff:ffff
2606:a5c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:ad40:eff:ffff:ffff:ffff:ffff:ffff
2606:ae40:ffff:ffff:ffff:ffff:ffff:ffff
2606:b440:ffff:ffff:ffff:ffff:ffff:ffff
2606:bd00:ffff:ffff:ffff:ffff:ffff:ffff
2606:c7c0:120:ffff:ffff:ffff:ffff:ffff
2606:cf40:ffff:ffff:ffff:ffff:ffff:ffff
2606:d140:ffff:ffff:ffff:ffff:ffff:ffff
2606:d3c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:d940:ffff:ffff:ffff:ffff:ffff:ffff
2606:e480:3ff:ffff:ffff:ffff:ffff:ffff
2606:e5c0:ffff:ffff:ffff:ffff:ffff:ffff
2606:ed00:0:ffff:ffff:ffff:ffff:ffff
2606:ed00:2:ffff:ffff:ffff:ffff:ffff
2606:ed00:ffff:ffff:ffff:ffff:ffff:ffff
2606:f100:40fc:2:ffff:ffff:ffff:ffff
2606:f188:5:ffff:ffff:ffff:ffff:ffff
2606:f240:5:ffff:ffff:ffff:ffff:ffff
2606:fc40:7f:ffff:ffff:ffff:ffff:ffff
2606:fe80:f:ffff:ffff:ffff:ffff:ffff

2606:fe80:4f:ffff:ffff:ffff:ffff:ffff
2606:fe80:ffff:ffff:ffff:ffff:ffff:ffff
2607:700:ff:ffff:ffff:ffff:ffff:ffff
2607:700:12ff:ffff:ffff:ffff:ffff:ffff
2607:700:16ff:ffff:ffff:ffff:ffff:ffff
2607:740:3b:ffff:ffff:ffff:ffff:ffff
2607:740:3d:ffff:ffff:ffff:ffff:ffff
2607:740:81:ffff:ffff:ffff:ffff:ffff
2607:9c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:14c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:1640:4f:ffff:ffff:ffff:ffff:ffff
2607:1640:53:ffff:ffff:ffff:ffff:ffff
2607:1640:61:ffff:ffff:ffff:ffff:ffff
2607:1640:72:ffff:ffff:ffff:ffff:ffff
2607:1640:144:ffff:ffff:ffff:ffff:ffff
2607:1640:242:ffff:ffff:ffff:ffff:ffff
2607:1640:998:ffff:ffff:ffff:ffff:ffff
2607:1640:1035:ffff:ffff:ffff:ffff:ffff
2607:1640:ffff:ffff:ffff:ffff:ffff:ffff
2607:1680:ffff:ffff:ffff:ffff:ffff:ffff
2607:1740:ffff:ffff:ffff:ffff:ffff:ffff
2607:1740:ff:ffff:ffff:ffff:ffff:ffff
2607:1880:14ff:ffff:ffff:ffff:ffff:ffff
2607:1fc0:ffff:ffff:ffff:ffff:ffff:ffff
2607:2040:101:ffff:ffff:ffff:ffff:ffff
2607:2040:127:ffff:ffff:ffff:ffff:ffff
2607:2100:ffff:ffff:ffff:ffff:ffff:ffff
2607:2440:ffff:ffff:ffff:ffff:ffff:ffff
2607:2ec0:3ff:ffff:ffff:ffff:ffff:ffff
2607:2ec0:7ff:ffff:ffff:ffff:ffff:ffff
2607:2ec0:ffff:ffff:ffff:ffff:ffff:ffff
2607:3200:0:ffff:ffff:ffff:ffff:ffff
2607:3200:2:ffff:ffff:ffff:ffff:ffff
2607:3200:10:ffff:ffff:ffff:ffff:ffff
2607:3200:12:ffff:ffff:ffff:ffff:ffff
2607:3800:ffff:ffff:ffff:ffff:ffff:ffff
2607:3940:ffff:ffff:ffff:ffff:ffff:ffff

2607:3c40:103f:ffff:ffff:ffff:ffff:ffff
2607:3c40:10fc:1e:ffff:ffff:ffff:ffff
2607:3c40:113f:ffff:ffff:ffff:ffff:ffff
2607:3c40:11f7:ffff:ffff:ffff:ffff:ffff
2607:3c40:11fc:1e:ffff:ffff:ffff:ffff
2607:3c40:21ff:ffff:ffff:ffff:ffff:ffff
2607:3d04:83ff:ffff:ffff:ffff:ffff:ffff
2607:3d04:c3ff:ffff:ffff:ffff:ffff:ffff
2607:3d07:4000:0:ffff:ffff:ffff:ffff
2607:3d07:6000:0:ffff:ffff:ffff:ffff
2607:3d0a:13ff:ffff:ffff:ffff:ffff:ffff
2607:3d0a:1bff:ffff:ffff:ffff:ffff:ffff
2607:3d0a:7000:1:ffff:ffff:ffff:ffff
2607:3d0a:93ff:ffff:ffff:ffff:ffff:ffff
2607:3d0a:9bff:ffff:ffff:ffff:ffff:ffff
2607:3d0a:f000::3
2607:3d0d:9000:0:ffff:ffff:ffff:ffff
2607:3d0d:9800:0:ffff:ffff:ffff:ffff
2607:3d0d:e800:0:ffff:ffff:ffff:ffff
2607:3d0d:ec00:0:ffff:ffff:ffff:ffff
2607:3f40:ff30:ffff:ffff:ffff:ffff:ffff
2607:49c0:3f:ffff:ffff:ffff:ffff:ffff
2607:4c80:ffff:ffff:ffff:ffff:ffff:ffff
2607:4d00:ffff:ffff:ffff:ffff:ffff:ffff
2607:4e00:ffff:ffff:ffff:ffff:ffff:ffff
2607:5006:ffff:ffff:ffff:ffff:ffff:ffff
2607:53c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:5400:ffff:ffff:ffff:ffff:ffff:ffff
2607:5580:ffff:ffff:ffff:ffff:ffff:ffff
2607:5b00:ffff:ffff:ffff:ffff:ffff:ffff
2607:5cc0:ffff:ffff:ffff:ffff:ffff:ffff
2607:61c0:1:ffff:ffff:ffff:ffff:ffff
2607:61c0:5:ffff:ffff:ffff:ffff:ffff
2607:61c0:aff:ffff:ffff:ffff:ffff:ffff
2607:61c0:13ff:ffff:ffff:ffff:ffff:ffff
2607:61c0:15ff:ffff:ffff:ffff:ffff:ffff
2607:66c0:f02:ffff:ffff:ffff:ffff:ffff

2607:66c0:f04:ffff:ffff:ffff:ffff:ffff
2607:66c0:fff:ffff:ffff:ffff:ffff:ffff
2607:6940:ffff:ffff:ffff:ffff:ffff:ffff
2607:69c0:7fff:ffff:ffff:ffff:ffff:ffff
2607:6b80:64:ffff:ffff:ffff:ffff:ffff
2607:6b80:6d:ffff:ffff:ffff:ffff:ffff
2607:6c40:2c0f:ffff:ffff:ffff:ffff:ffff
2607:6c40:604f:ffff:ffff:ffff:ffff:ffff
2607:6c40:640f:ffff:ffff:ffff:ffff:ffff
2607:6c40:680f:ffff:ffff:ffff:ffff:ffff
2607:6c40:c42f:ffff:ffff:ffff:ffff:ffff
2607:6c40:c44f:ffff:ffff:ffff:ffff:ffff
2607:6c40:c80f:ffff:ffff:ffff:ffff:ffff
2607:6c40:d40f:ffff:ffff:ffff:ffff:ffff
2607:6c40:dc0f:ffff:ffff:ffff:ffff:ffff
2607:6c40:e40f:ffff:ffff:ffff:ffff:ffff
2607:6c40:e42f:ffff:ffff:ffff:ffff:ffff
2607:6c40:ec0f:ffff:ffff:ffff:ffff:ffff
2607:6c40:ec2f:ffff:ffff:ffff:ffff:ffff
2607:6c40:f00f:ffff:ffff:ffff:ffff:ffff
2607:6c40:f40f:ffff:ffff:ffff:ffff:ffff
2607:6c40:f46f:ffff:ffff:ffff:ffff:ffff
2607:6c40:f80f:ffff:ffff:ffff:ffff:ffff
2607:7400:ffff:ffff:ffff:ffff:ffff:ffff
2607:7d40:fff:ffff:ffff:ffff:ffff:ffff
2607:7d40:ffff:ffff:ffff:ffff:ffff:ffff
2607:8000:ffff:ffff:ffff:ffff:ffff:ffff
2607:8040:ffff:ffff:ffff:ffff:ffff:ffff
2607:8180:ffff:ffff:ffff:ffff:ffff:ffff
2607:8f40:ffff:ffff:ffff:ffff:ffff:ffff
2607:91c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:9540:f:ffff:ffff:ffff:ffff:ffff
2607:9540:3f:ffff:ffff:ffff:ffff:ffff
2607:9840:3:ffff:ffff:ffff:ffff:ffff
2607:9840:ffff:ffff:ffff:ffff:ffff:ffff
2607:9b40:ffff:ffff:ffff:ffff:ffff:ffff
2607:a100:1fd0:ffff:ffff:ffff:ffff:ffff

2607:a100:ffff:ffff:ffff:ffff:ffff:ffff
2607:a2c0:bff:ffff:ffff:ffff:ffff:ffff
2607:a540:ff:ffff:ffff:ffff:ffff:ffff
2607:a540:8fff:ffff:ffff:ffff:ffff:ffff
2607:a540:ffff:ffff:ffff:ffff:ffff:ffff
2607:a680:4:ffff:ffff:ffff:ffff:ffff
2607:a740:ffff:ffff:ffff:ffff:ffff:ffff
2607:b3c0:3f:ffff:ffff:ffff:ffff:ffff
2607:b840:20ff:ffff:ffff:ffff:ffff:ffff
2607:b840:30ff:ffff:ffff:ffff:ffff:ffff
2607:b840:38ff:ffff:ffff:ffff:ffff:ffff
2607:b840:ffff:ffff:ffff:ffff:ffff:ffff
2607:b940:b:ffff:ffff:ffff:ffff:ffff
2607:c240:ffff:ffff:ffff:ffff:ffff:ffff
2607:c300:ffff:ffff:ffff:ffff:ffff:ffff
2607:c340:ffff:ffff:ffff:ffff:ffff:ffff
2607:c9c0:110:ffff:ffff:ffff:ffff:ffff
2607:c9c0:410:ffff:ffff:ffff:ffff:ffff
2607:cc00:3f:ffff:ffff:ffff:ffff:ffff
2607:cfc0:ffff:ffff:ffff:ffff:ffff:ffff
2607:d400:1:ffff:ffff:ffff:ffff:ffff
2607:d400:ffff:ffff:ffff:ffff:ffff:ffff
2607:dec0:ffff:ffff:ffff:ffff:ffff:ffff
2607:e2c0:6:ffff:ffff:ffff:ffff:ffff
2607:e2c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:e4c0:ffff:ffff:ffff:ffff:ffff:ffff
2607:e580:ffff:ffff:ffff:ffff:ffff:ffff
2607:ec80:13ff:ffff:ffff:ffff:ffff:ffff
2607:f098:ff:ffff:ffff:ffff:ffff:ffff
2607:f098:2ff:ffff:ffff:ffff:ffff:ffff
2607:f098:7ff:ffff:ffff:ffff:ffff:ffff
2607:f098:9ff:ffff:ffff:ffff:ffff:ffff
2607:f098:eff:ffff:ffff:ffff:ffff:ffff
2607:f098:20ff:ffff:ffff:ffff:ffff:ffff
2607:f098:22ff:ffff:ffff:ffff:ffff:ffff
2607:f098:24ff:ffff:ffff:ffff:ffff:ffff
2607:f098:28ff:ffff:ffff:ffff:ffff:ffff

2607:f098:2fff:ffff:ffff:ffff:ffff:ffff
2607:f098:34ff:ffff:ffff:ffff:ffff:ffff
2607:f098:3dff:ffff:ffff:ffff:ffff:ffff
2607:f098:46ff:ffff:ffff:ffff:ffff:ffff
2607:f098:49ff:ffff:ffff:ffff:ffff:ffff
2607:f098:51ff:ffff:ffff:ffff:ffff:ffff
2607:f098:53ff:ffff:ffff:ffff:ffff:ffff
2607:f098:58ff:ffff:ffff:ffff:ffff:ffff
2607:f098:5aff:ffff:ffff:ffff:ffff:ffff
2607:f098:5fff:ffff:ffff:ffff:ffff:ffff
2607:f098:6aff:ffff:ffff:ffff:ffff:ffff
2607:f098:6dff:ffff:ffff:ffff:ffff:ffff
2607:f098:74ff:ffff:ffff:ffff:ffff:ffff
2607:f098:79ff:ffff:ffff:ffff:ffff:ffff
2607:f098:7cff:ffff:ffff:ffff:ffff:ffff
2607:f098:83ff:ffff:ffff:ffff:ffff:ffff
2607:f098:87ff:ffff:ffff:ffff:ffff:ffff
2607:f098:8fff:ffff:ffff:ffff:ffff:ffff
2607:f098:91ff:ffff:ffff:ffff:ffff:ffff
2607:f098:98ff:ffff:ffff:ffff:ffff:ffff
2607:f098:9eff:ffff:ffff:ffff:ffff:ffff
2607:f098:a9ff:ffff:ffff:ffff:ffff:ffff
2607:f098:aeff:ffff:ffff:ffff:ffff:ffff
2607:f098:b3ff:ffff:ffff:ffff:ffff:ffff
2607:f098:b7ff:ffff:ffff:ffff:ffff:ffff
2607:f098:bdff:ffff:ffff:ffff:ffff:ffff
2607:f098:c1ff:ffff:ffff:ffff:ffff:ffff
2607:f098:c5ff:ffff:ffff:ffff:ffff:ffff
2607:f098:c7ff:ffff:ffff:ffff:ffff:ffff
2607:f098:caff:ffff:ffff:ffff:ffff:ffff
2607:f098:cfff:ffff:ffff:ffff:ffff:ffff
2607:f098:d2ff:ffff:ffff:ffff:ffff:ffff
2607:f098:d5ff:ffff:ffff:ffff:ffff:ffff
2607:f098:dcff:ffff:ffff:ffff:ffff:ffff
2607:f098:deff:ffff:ffff:ffff:ffff:ffff
2607:f098:e2ff:ffff:ffff:ffff:ffff:ffff
2607:f098:e4ff:ffff:ffff:ffff:ffff:ffff

2607:f098:e7ff:ffff:ffff:ffff:ffff:ffff
2607:f098:eaff:ffff:ffff:ffff:ffff:ffff
2607:f098:edff:ffff:ffff:ffff:ffff:ffff
2607:f098:f0ff:ffff:ffff:ffff:ffff:ffff
2607:f098:f5ff:ffff:ffff:ffff:ffff:ffff
2607:f098:f7ff:ffff:ffff:ffff:ffff:ffff
2607:f098:f9ff:ffff:ffff:ffff:ffff:ffff
2607:f110:0:ffff:ffff:ffff:ffff:ffff
2607:f110:80:ffff:ffff:ffff:ffff:ffff
2607:f110:ff:ffff:ffff:ffff:ffff:ffff
2607:f110:7ff:ffff:ffff:ffff:ffff:ffff
2607:f110:fffb:ffff:ffff:ffff:ffff:ffff
2607:f110:fffd:ffff:ffff:ffff:ffff:ffff
2607:f110:ffff:ffff:ffff:ffff:ffff:ffff
2607:f128:40:ffff:ffff:ffff:ffff:ffff
2607:f128:49:ffff:ffff:ffff:ffff:ffff
2607:f128:fffd:ffff:ffff:ffff:ffff:ffff
2607:f138:ffff:ffff:ffff:ffff:ffff:ffff
2607:f170:f:ffff:ffff:ffff:ffff:ffff
2607:f170:11f:ffff:ffff:ffff:ffff:ffff
2607:f170:16f:ffff:ffff:ffff:ffff:ffff
2607:f170:8000:2:ffff:ffff:ffff:ffff
2607:f170:ffff:ffff:ffff:ffff:ffff:ffff
2607:f178:3:ffff:ffff:ffff:ffff:ffff
2607:f178:f:ffff:ffff:ffff:ffff:ffff
2607:f178:ffff:ffff:ffff:ffff:ffff:ffff
2607:f208:8:ffff:ffff:ffff:ffff:ffff
2607:f2c8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f368:f:ffff:ffff:ffff:ffff:ffff
2607:f368:45ff:ffff:ffff:ffff:ffff:ffff
2607:f3b8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f3c8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:0:46ff:ffff:ffff:ffff:ffff
2607:f3f0:2:ffff:ffff:ffff:ffff:ffff
2607:f3f0:11ff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:13ff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:15ff:ffff:ffff:ffff:ffff:ffff

2607:f3f0:18ff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:1fff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:23ff:ffff:ffff:ffff:ffff:ffff
2607:f3f0:32ff:ffff:ffff:ffff:ffff:ffff
2607:f408:0:ffff:ffff:ffff:ffff:ffff
2607:f408:f:ffff:ffff:ffff:ffff:ffff
2607:f408:100f:ffff:ffff:ffff:ffff:ffff
2607:f408:1012:ffff:ffff:ffff:ffff:ffff
2607:f408:ffff:ffff:ffff:ffff:ffff:ffff
2607:f438:ffff:ffff:ffff:ffff:ffff:ffff
2607:f4c8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f528:ffff:ffff:ffff:ffff:ffff:ffff
2607:f5b6:3fff:ffff:ffff:ffff:ffff:ffff
2607:f5d8:f:ffff:ffff:ffff:ffff:ffff
2607:f5d8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f5e0:ffff:ffff:ffff:ffff:ffff:ffff
2607:f6f0:a0ff:ffff:ffff:ffff:ffff:ffff
2607:f710:36ff:ffff:ffff:ffff:ffff:ffff
2607:f740:18ff:ffff:ffff:ffff:ffff:ffff
2607:f740:27ff:ffff:ffff:ffff:ffff:ffff
2607:f740:57ff:ffff:ffff:ffff:ffff:ffff
2607:f740:e614:ffff:ffff:ffff:ffff:ffff
2607:f750:700:ffff:ffff:ffff:ffff:ffff
2607:f750:70b:ffff:ffff:ffff:ffff:ffff
2607:f750:71a:ffff:ffff:ffff:ffff:ffff
2607:f750:9013:ffff:ffff:ffff:ffff:ffff
2607:f750:9016:ffff:ffff:ffff:ffff:ffff
2607:f750:901b:ffff:ffff:ffff:ffff:ffff
2607:f750:9021:ffff:ffff:ffff:ffff:ffff
2607:f750:9033:ffff:ffff:ffff:ffff:ffff
2607:f750:9041:ffff:ffff:ffff:ffff:ffff
2607:f750:9051:ffff:ffff:ffff:ffff:ffff
2607:f750:9054:ffff:ffff:ffff:ffff:ffff
2607:f750:905e:ffff:ffff:ffff:ffff:ffff
2607:f750:9075:ffff:ffff:ffff:ffff:ffff
2607:f750:907a:ffff:ffff:ffff:ffff:ffff
2607:f750:907c:ffff:ffff:ffff:ffff:ffff

2607:f750:907e:ffff:ffff:ffff:ffff:ffff
2607:f750:92ff:ffff:ffff:ffff:ffff:ffff
2607:f758:4200:ffff:ffff:ffff:ffff:ffff
2607:f758:4300:ffff:ffff:ffff:ffff:ffff
2607:f758:5200:ffff:ffff:ffff:ffff:ffff
2607:f758:c200:ffff:ffff:ffff:ffff:ffff
2607:f7a0:e:ffff:ffff:ffff:ffff:ffff
2607:f7a0:1b:ffff:ffff:ffff:ffff:ffff
2607:f7e8:ffff:ffff:ffff:ffff:ffff:ffff
2607:f828:ffff:ffff:ffff:ffff:ffff:ffff
2607:f998:84:ffff:ffff:ffff:ffff:ffff
2607:f9a8:5ff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:7ff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:fff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1002:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1004:ffff:ffff:ffff:ffff:ffff
2607:f9a8:100a:ffff:ffff:ffff:ffff:ffff
2607:f9a8:100f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1013:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1017:ffff:ffff:ffff:ffff:ffff
2607:f9a8:101b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:101f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1027:ffff:ffff:ffff:ffff:ffff
2607:f9a8:102b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:102f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1033:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1037:ffff:ffff:ffff:ffff:ffff
2607:f9a8:103b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:103f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1043:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1047:ffff:ffff:ffff:ffff:ffff
2607:f9a8:104b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:104f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1053:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1057:ffff:ffff:ffff:ffff:ffff
2607:f9a8:105f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1063:ffff:ffff:ffff:ffff:ffff

2607:f9a8:1067:ffff:ffff:ffff:ffff:ffff
2607:f9a8:106b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:106f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1073:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1077:ffff:ffff:ffff:ffff:ffff
2607:f9a8:107b:ffff:ffff:ffff:ffff:ffff
2607:f9a8:107f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1087:ffff:ffff:ffff:ffff:ffff
2607:f9a8:108f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:1097:ffff:ffff:ffff:ffff:ffff
2607:f9a8:109f:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10a7:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10af:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10b3:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10b7:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10bf:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10c7:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10cf:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10d3:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10d7:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10df:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10e3:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10ef:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10f3:ffff:ffff:ffff:ffff:ffff
2607:f9a8:10f7:ffff:ffff:ffff:ffff:ffff
2607:f9a8:34ff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:3cff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:71ff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:f5ff:ffff:ffff:ffff:ffff:ffff
2607:f9a8:ffff:ffff:ffff:ffff:ffff:ffff
2607:fb58:afff:ffff:ffff:ffff:ffff:ffff
2607:fb90:1ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:38ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3cff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3fff:ffff:ffff:ffff:ffff:ffff
2607:fb90:89ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:8cff:ffff:ffff:ffff:ffff:ffff

2607:fb90:8ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:95f:ffff:ffff:ffff:ffff:ffff
2607:fb90:9cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:9ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:a5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:acf:ffff:ffff:ffff:ffff:ffff
2607:fb90:aff:ffff:ffff:ffff:ffff:ffff
2607:fb90:b7f:ffff:ffff:ffff:ffff:ffff
2607:fb90:bcf:ffff:ffff:ffff:ffff:ffff
2607:fb90:bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:c7f:ffff:ffff:ffff:ffff:ffff
2607:fb90:ccf:ffff:ffff:ffff:ffff:ffff
2607:fb90:cff:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:dbf:ffff:ffff:ffff:ffff:ffff
2607:fb90:dff:ffff:ffff:ffff:ffff:ffff
2607:fb90:10cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:12ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:135f:ffff:ffff:ffff:ffff:ffff
2607:fb90:13cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:16ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:187f:ffff:ffff:ffff:ffff:ffff
2607:fb90:18cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:19ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:1aff:ffff:ffff:ffff:ffff:ffff
2607:fb90:1b5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:1bbf:ffff:ffff:ffff:ffff:ffff
2607:fb90:1bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:1d5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:1dff:ffff:ffff:ffff:ffff:ffff
2607:fb90:1ecf:ffff:ffff:ffff:ffff:ffff
2607:fb90:1fff:ffff:ffff:ffff:ffff:ffff
2607:fb90:205f:ffff:ffff:ffff:ffff:ffff
2607:fb90:20cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:20ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:238f:ffff:ffff:ffff:ffff:ffff
2607:fb90:2398:ffff:ffff:ffff:ffff:ffff

2607:fb90:239b:ffff:ffff:ffff:ffff:ffff
2607:fb90:239f:ffff:ffff:ffff:ffff:ffff
2607:fb90:23a3:ffff:ffff:ffff:ffff:ffff
2607:fb90:23a7:ffff:ffff:ffff:ffff:ffff
2607:fb90:23ae:ffff:ffff:ffff:ffff:ffff
2607:fb90:23cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:23ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:26ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:283f:ffff:ffff:ffff:ffff:ffff
2607:fb90:289f:ffff:ffff:ffff:ffff:ffff
2607:fb90:28ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:295f:ffff:ffff:ffff:ffff:ffff
2607:fb90:29cf:ffff:ffff:ffff:ffff:ffff
2607:fb90:29ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:2acf:ffff:ffff:ffff:ffff:ffff
2607:fb90:2aff:ffff:ffff:ffff:ffff:ffff
2607:fb90:2b5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:2bcf:ffff:ffff:ffff:ffff:ffff
2607:fb90:2bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:2e5f:ffff:ffff:ffff:ffff:ffff
2607:fb90:2ecf:ffff:ffff:ffff:ffff:ffff
2607:fb90:2fff:ffff:ffff:ffff:ffff:ffff
2607:fb90:30ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:31ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:32ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:36ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:38ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3aff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e05:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e0c:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e10:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e18:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e1a:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e1d:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e1f:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e22:ffff:ffff:ffff:ffff:ffff

2607:fb90:3e26:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e28:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e2e:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e36:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e44:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e4f:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e55:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e5d:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e85:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e8b:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e8f:9ff:ffff:ffff:ffff:ffff
2607:fb90:3e92:ffff:ffff:ffff:ffff:ffff
2607:fb90:3e99:ffff:ffff:ffff:ffff:ffff
2607:fb90:3ea0:43ff:ffff:ffff:ffff:ffff
2607:fb90:3ea7:ffff:ffff:ffff:ffff:ffff
2607:fb90:3eab:ffff:ffff:ffff:ffff:ffff
2607:fb90:3ed4:ffff:ffff:ffff:ffff:ffff
2607:fb90:3eff:ffff:ffff:ffff:ffff:ffff
2607:fb90:3f61:ffff:ffff:ffff:ffff:ffff
2607:fb90:4206:ffff:ffff:ffff:ffff:ffff
2607:fb90:4285:ffff:ffff:ffff:ffff:ffff
2607:fb90:4287:ffff:ffff:ffff:ffff:ffff
2607:fb90:43ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:441f:ffff:ffff:ffff:ffff:ffff
2607:fb90:447f:ffff:ffff:ffff:ffff:ffff
2607:fb90:44df:ffff:ffff:ffff:ffff:ffff
2607:fb90:461f:ffff:ffff:ffff:ffff:ffff
2607:fb90:467f:ffff:ffff:ffff:ffff:ffff
2607:fb90:46df:ffff:ffff:ffff:ffff:ffff
2607:fb90:49ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:4b3f:ffff:ffff:ffff:ffff:ffff
2607:fb90:4bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:4c1f:ffff:ffff:ffff:ffff:ffff
2607:fb90:4c7f:ffff:ffff:ffff:ffff:ffff
2607:fb90:4cdf:ffff:ffff:ffff:ffff:ffff
2607:fb90:4dff:ffff:ffff:ffff:ffff:ffff
2607:fb90:4e1f:ffff:ffff:ffff:ffff:ffff

2607:fb90:4e7f:ffff:ffff:ffff:ffff:ffff
2607:fb90:4eff:ffff:ffff:ffff:ffff:ffff
2607:fb90:5027:ffff:ffff:ffff:ffff:ffff
2607:fb90:50c1:ffff:ffff:ffff:ffff:ffff
2607:fb90:50cb:ffff:ffff:ffff:ffff:ffff
2607:fb90:516c:ffff:ffff:ffff:ffff:ffff
2607:fb90:5170:ffff:ffff:ffff:ffff:ffff
2607:fb90:5178:ffff:ffff:ffff:ffff:ffff
2607:fb90:518d:ffff:ffff:ffff:ffff:ffff
2607:fb90:5193:ffff:ffff:ffff:ffff:ffff
2607:fb90:5197:ffff:ffff:ffff:ffff:ffff
2607:fb90:519b:ffff:ffff:ffff:ffff:ffff
2607:fb90:519f:ffff:ffff:ffff:ffff:ffff
2607:fb90:51a8:ffff:ffff:ffff:ffff:ffff
2607:fb90:51ad:ffff:ffff:ffff:ffff:ffff
2607:fb90:51b4:ffff:ffff:ffff:ffff:ffff
2607:fb90:51b7:ffff:ffff:ffff:ffff:ffff
2607:fb90:51ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:521f:ffff:ffff:ffff:ffff:ffff
2607:fb90:527f:ffff:ffff:ffff:ffff:ffff
2607:fb90:52df:ffff:ffff:ffff:ffff:ffff
2607:fb90:541f:ffff:ffff:ffff:ffff:ffff
2607:fb90:547f:ffff:ffff:ffff:ffff:ffff
2607:fb90:54ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:561f:ffff:ffff:ffff:ffff:ffff
2607:fb90:59ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:5a1f:ffff:ffff:ffff:ffff:ffff
2607:fb90:5a7f:ffff:ffff:ffff:ffff:ffff
2607:fb90:5bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:5dff:ffff:ffff:ffff:ffff:ffff
2607:fb90:601f:ffff:ffff:ffff:ffff:ffff
2607:fb90:607f:ffff:ffff:ffff:ffff:ffff
2607:fb90:60df:ffff:ffff:ffff:ffff:ffff
2607:fb90:6157:ffff:ffff:ffff:ffff:ffff
2607:fb90:61ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:6363:ffff:ffff:ffff:ffff:ffff
2607:fb90:6374:ffff:ffff:ffff:ffff:ffff

2607:fb90:637e:ffff:ffff:ffff:ffff:ffff
2607:fb90:6390:ffff:ffff:ffff:ffff:ffff
2607:fb90:6398:ffff:ffff:ffff:ffff:ffff
2607:fb90:639c:ffff:ffff:ffff:ffff:ffff
2607:fb90:63aa:ffff:ffff:ffff:ffff:ffff
2607:fb90:63ad:ffff:ffff:ffff:ffff:ffff
2607:fb90:63af:ffff:ffff:ffff:ffff:ffff
2607:fb90:63b5:ffff:ffff:ffff:ffff:ffff
2607:fb90:63ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:65ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:661f:ffff:ffff:ffff:ffff:ffff
2607:fb90:66ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:67ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:6bff:ffff:ffff:ffff:ffff:ffff
2607:fb90:701f:ffff:ffff:ffff:ffff:ffff
2607:fb90:707f:ffff:ffff:ffff:ffff:ffff
2607:fb90:70df:ffff:ffff:ffff:ffff:ffff
2607:fb90:721f:ffff:ffff:ffff:ffff:ffff
2607:fb90:727f:ffff:ffff:ffff:ffff:ffff
2607:fb90:72ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:752c:ffff:ffff:ffff:ffff:ffff
2607:fb90:7563:ffff:ffff:ffff:ffff:ffff
2607:fb90:75e2:ffff:ffff:ffff:ffff:ffff
2607:fb90:75fa:ffff:ffff:ffff:ffff:ffff
2607:fb90:763f:ffff:ffff:ffff:ffff:ffff
2607:fb90:7961:ffff:ffff:ffff:ffff:ffff
2607:fb90:79ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:7cdf:ffff:ffff:ffff:ffff:ffff
2607:fb90:7d3f:ffff:ffff:ffff:ffff:ffff
2607:fb90:7d9f:ffff:ffff:ffff:ffff:ffff
2607:fb90:7dff:ffff:ffff:ffff:ffff:ffff
2607:fb90:7ef0:ffff:ffff:ffff:ffff:ffff
2607:fb90:841f:ffff:ffff:ffff:ffff:ffff
2607:fb90:847f:ffff:ffff:ffff:ffff:ffff
2607:fb90:84df:ffff:ffff:ffff:ffff:ffff
2607:fb90:85ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:861f:ffff:ffff:ffff:ffff:ffff

2607:fb90:881f:ffff:ffff:ffff:ffff:ffff
2607:fb90:89ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:8a9b:ffff:ffff:ffff:ffff:ffff
2607:fb90:8cff:ffff:ffff:ffff:ffff:ffff
2607:fb90:91ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:941f:ffff:ffff:ffff:ffff:ffff
2607:fb90:947f:ffff:ffff:ffff:ffff:ffff
2607:fb90:94df:ffff:ffff:ffff:ffff:ffff
2607:fb90:953f:ffff:ffff:ffff:ffff:ffff
2607:fb90:959f:ffff:ffff:ffff:ffff:ffff
2607:fb90:95ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:97ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:981f:ffff:ffff:ffff:ffff:ffff
2607:fb90:987f:ffff:ffff:ffff:ffff:ffff
2607:fb90:98ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:a306:ffff:ffff:ffff:ffff:ffff
2607:fb90:a41f:ffff:ffff:ffff:ffff:ffff
2607:fb90:a47f:ffff:ffff:ffff:ffff:ffff
2607:fb90:a4df:ffff:ffff:ffff:ffff:ffff
2607:fb90:a4ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:a6b6:ffff:ffff:ffff:ffff:ffff
2607:fb90:a6be:ffff:ffff:ffff:ffff:ffff
2607:fb90:a73f:ffff:ffff:ffff:ffff:ffff
2607:fb90:a9ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:abff:ffff:ffff:ffff:ffff:ffff
2607:fb90:aeff:ffff:ffff:ffff:ffff:ffff
2607:fb90:b0ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:b4ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:b6ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:b9ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:baff:ffff:ffff:ffff:ffff:ffff
2607:fb90:bcff:ffff:ffff:ffff:ffff:ffff
2607:fb90:be05:ffff:ffff:ffff:ffff:ffff
2607:fb90:be13:ffff:ffff:ffff:ffff:ffff
2607:fb90:be16:ffff:ffff:ffff:ffff:ffff
2607:fb90:be1c:ffff:ffff:ffff:ffff:ffff
2607:fb90:be1e:ffff:ffff:ffff:ffff:ffff

2607:fb90:be26:ffff:ffff:ffff:ffff:ffff
2607:fb90:be86:ffff:ffff:ffff:ffff:ffff
2607:fb90:be8b:ffff:ffff:ffff:ffff:ffff
2607:fb90:be8f:ffff:ffff:ffff:ffff:ffff
2607:fb90:be93:ffff:ffff:ffff:ffff:ffff
2607:fb90:be9a:ffff:ffff:ffff:ffff:ffff
2607:fb90:be9d:ffff:ffff:ffff:ffff:ffff
2607:fb90:be9f:ffff:ffff:ffff:ffff:ffff
2607:fb90:bea2:ffff:ffff:ffff:ffff:ffff
2607:fb90:bea7:ffff:ffff:ffff:ffff:ffff
2607:fb90:beaa:ffff:ffff:ffff:ffff:ffff
2607:fb90:beac:ffff:ffff:ffff:ffff:ffff
2607:fb90:becb:ffff:ffff:ffff:ffff:ffff
2607:fb90:beff:ffff:ffff:ffff:ffff:ffff
2607:fb90:c102:ffef:ffff:ffff:ffff:ffff
2607:fb90:c105:ffef:ffff:ffff:ffff:ffff
2607:fb90:c10b:ffef:ffff:ffff:ffff:ffff
2607:fb90:c10d:ffef:ffff:ffff:ffff:ffff
2607:fb90:c110:ffef:ffff:ffff:ffff:ffff
2607:fb90:c112:ffef:ffff:ffff:ffff:ffff
2607:fb90:c115:ffef:ffff:ffff:ffff:ffff
2607:fb90:c117:ffef:ffff:ffff:ffff:ffff
2607:fb90:c11a:ffef:ffff:ffff:ffff:ffff
2607:fb90:c11c:ffef:ffff:ffff:ffff:ffff
2607:fb90:c11f:ffef:ffff:ffff:ffff:ffff
2607:fb90:c122:ffef:ffff:ffff:ffff:ffff
2607:fb90:c124:ffef:ffff:ffff:ffff:ffff
2607:fb90:c127:ffef:ffff:ffff:ffff:ffff
2607:fb90:c129:ffef:ffff:ffff:ffff:ffff
2607:fb90:c12c:ffef:ffff:ffff:ffff:ffff
2607:fb90:c12f:ffef:ffff:ffff:ffff:ffff
2607:fb90:c131:ffef:ffff:ffff:ffff:ffff
2607:fb90:c135:ffef:ffff:ffff:ffff:ffff
2607:fb90:c139:ffef:ffff:ffff:ffff:ffff
2607:fb90:c13d:ffff:ffff:ffff:ffff:ffff
2607:fb90:c142:ffef:ffff:ffff:ffff:ffff
2607:fb90:c144:ffef:ffff:ffff:ffff:ffff

2607:fb90:c147:4cc:ffff:ffff:ffff:ffff
2607:fb90:c14c:ffef:ffff:ffff:ffff:ffff
2607:fb90:c14e:ffef:ffff:ffff:ffff:ffff
2607:fb90:c152:ffef:ffff:ffff:ffff:ffff
2607:fb90:c154:ffef:ffff:ffff:ffff:ffff
2607:fb90:c156:ffef:ffff:ffff:ffff:ffff
2607:fb90:c15a:ffef:ffff:ffff:ffff:ffff
2607:fb90:c15c:ffef:ffff:ffff:ffff:ffff
2607:fb90:c1ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:c21f:ffff:ffff:ffff:ffff:ffff
2607:fb90:c27f:ffff:ffff:ffff:ffff:ffff
2607:fb90:c7ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:c8ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:caff:ffff:ffff:ffff:ffff:ffff
2607:fb90:ccff:ffff:ffff:ffff:ffff:ffff
2607:fb90:ceff:ffff:ffff:ffff:ffff:ffff
2607:fb90:d0ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:d2ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:d501:ffff:ffff:ffff:ffff:ffff
2607:fb90:d503:ffff:ffff:ffff:ffff:ffff
2607:fb90:d50d:ffff:ffff:ffff:ffff:ffff
2607:fb90:d512:ffff:ffff:ffff:ffff:ffff
2607:fb90:d51f:ffff:ffff:ffff:ffff:ffff
2607:fb90:d523:ffff:ffff:ffff:ffff:ffff
2607:fb90:d528:ffff:ffff:ffff:ffff:ffff
2607:fb90:d53f:ffff:ffff:ffff:ffff:ffff
2607:fb90:d541:ffff:ffff:ffff:ffff:ffff
2607:fb90:d54c:ffff:ffff:ffff:ffff:ffff
2607:fb90:d55f:ffff:ffff:ffff:ffff:ffff
2607:fb90:d58f:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5a0:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5a5:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5a9:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5ab:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5b3:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5cb:ffff:ffff:ffff:ffff:ffff
2607:fb90:d5d5:ffff:ffff:ffff:ffff:ffff

2607:fb90:d5d7:ffff:ffff:ffff:ffff:ffff
2607:fb90:d6ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:d710:ffff:ffff:ffff:ffff:ffff
2607:fb90:d72d:ffff:ffff:ffff:ffff:ffff
2607:fb90:d78e:ffff:ffff:ffff:ffff:ffff
2607:fb90:d792:ffff:ffff:ffff:ffff:ffff
2607:fb90:d7a1:ffff:ffff:ffff:ffff:ffff
2607:fb90:d8ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:daff:ffff:ffff:ffff:ffff:ffff
2607:fb90:dcff:ffff:ffff:ffff:ffff:ffff
2607:fb90:deff:ffff:ffff:ffff:ffff:ffff
2607:fb90:e2ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:e4ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:e5ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:e7ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:ebff:ffff:ffff:ffff:ffff:ffff
2607:fb90:ef21:ffff:ffff:ffff:ffff:ffff
2607:fb90:efff:ffff:ffff:ffff:ffff:ffff
2607:fb90:f1ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:f3ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:f5ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:f6ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:f7ff:ffff:ffff:ffff:ffff:ffff
2607:fb90:fbff:ffff:ffff:ffff:ffff:ffff
2607:fb90:fcff:ffff:ffff:ffff:ffff:ffff
2607:fb91:a2:ffff:ffff:ffff:ffff:ffff
2607:fb91:ff:ffff:ffff:ffff:ffff:ffff
2607:fb91:ca4:ffff:ffff:ffff:ffff:ffff
2607:fb91:ce3:ffff:ffff:ffff:ffff:ffff
2607:fb91:ced:ffff:ffff:ffff:ffff:ffff
2607:fb91:cff:ffff:ffff:ffff:ffff:ffff
2607:fb91:f42:ffff:ffff:ffff:ffff:ffff
2607:fb91:fc8:ffff:ffff:ffff:ffff:ffff
2607:fb91:181d:ffff:ffff:ffff:ffff:ffff
2607:fb91:18e0:ffff:ffff:ffff:ffff:ffff
2607:fb91:19ff:ffff:ffff:ffff:ffff:ffff
2607:fb91:28ff:ffff:ffff:ffff:ffff:ffff

2607:fb91:38ff:ffff:ffff:ffff:ffff:ffff
2607:fb91:4e84:ffff:ffff:ffff:ffff:ffff
2607:fb91:528e:826:ffff:ffff:ffff:ffff
2607:fb91:528f:ffff:ffff:ffff:ffff:ffff
2607:fb91:52ff:ffff:ffff:ffff:ffff:ffff
2607:fb91:8b21:ffff:ffff:ffff:ffff:ffff
2607:fb91:8c67:ffff:ffff:ffff:ffff:ffff
2607:fb91:8ce7:ffff:ffff:ffff:ffff:ffff
2607:fb92:9ff:ffff:ffff:ffff:ffff:ffff
2607:fb92:1cff:ffff:ffff:ffff:ffff:ffff
2607:fbb8:ff:ffff:ffff:ffff:ffff:ffff
2607:fbb8:ffff:ffff:ffff:ffff:ffff:ffff
2607:fbe0:ffff:ffff:ffff:ffff:ffff:ffff
2607:fc48:430:ffff:ffff:ffff:ffff:ffff
2607:fcd8:ffff:ffff:ffff:ffff:ffff:ffff
2607:fdc0:97f:ffff:ffff:ffff:ffff:ffff
2607:fe20:ffff:ffff:ffff:ffff:ffff:ffff
2607:fe50:ffff:ffff:ffff:ffff:ffff:ffff
2607:fe60:ffff:ffff:ffff:ffff:ffff:ffff
2607:feb8:ffff:ffff:ffff:ffff:ffff:ffff
2607:fef8:ffdf:ffff:ffff:ffff:ffff:ffff
2607:ff18:7f:ffff:ffff:ffff:ffff:ffff
2607:ff18:7fff:ffff:ffff:ffff:ffff:ffff
2607:ff18:ffff:ffff:ffff:ffff:ffff:ffff
2607:ff28:4:ffff:ffff:ffff:ffff:ffff
2607:ff50:1f:ffff:ffff:ffff:ffff:ffff
2607:ff50:ffff:ffff:ffff:ffff:ffff:ffff
2607:ff68:10:ffff:ffff:ffff:ffff:ffff
2608:120:1:ffff:ffff:ffff:ffff:ffff
2608:120:b:ffff:ffff:ffff:ffff:ffff
2608:120:ffff:ffff:ffff:ffff:ffff:ffff
2610:a1:3010:ffff:ffff:ffff:ffff:ffff
2610:b0:41c2:ffff:ffff:ffff:ffff:ffff
2610:128:95ff:ffff:ffff:ffff:ffff:ffff
2620:0:15e:ffff:ffff:ffff:ffff:ffff
2620:0:1c0:ffff:ffff:ffff:ffff:ffff
2620:0:361:ffff:ffff:ffff:ffff:ffff

2620:0:600:ffff:ffff:ffff:ffff:ffff
2620:0:6b0:ffff:ffff:ffff:ffff:ffff
2620:0:920:ffff:ffff:ffff:ffff:ffff
2620:0:c13:ffff:ffff:ffff:ffff:ffff
2620:0:c30:ffff:ffff:ffff:ffff:ffff
2620:0:ce0:ffff:ffff:ffff:ffff:ffff
2620:0:1604:ffff:ffff:ffff:ffff:ffff
2620:0:160f:ffff:ffff:ffff:ffff:ffff
2620:0:2e40:ffff:ffff:ffff:ffff:ffff
2620:0:5090:ffff:ffff:ffff:ffff:ffff
2620:0:d500:ffff:ffff:ffff:ffff:ffff
2620:4:a000:ffff:ffff:ffff:ffff:ffff
2620:5:400f:ffff:ffff:ffff:ffff:ffff
2620:6:4000:ffff:ffff:ffff:ffff:ffff
2620:7:e000:ffff:ffff:ffff:ffff:ffff
2620:b:c000:ffff:ffff:ffff:ffff:ffff
2620:e:4000:ffff:ffff:ffff:ffff:ffff
2620:11:4f:ffff:ffff:ffff:ffff:ffff
2620:11:5f:ffff:ffff:ffff:ffff:ffff
2620:11:6f:ffff:ffff:ffff:ffff:ffff
2620:11:7f:ffff:ffff:ffff:ffff:ffff
2620:11:a000:ffff:ffff:ffff:ffff:ffff
2620:12:6000:ffff:ffff:ffff:ffff:ffff
2620:16:2000:ffff:ffff:ffff:ffff:ffff
2620:16:a000:ffff:ffff:ffff:ffff:ffff
2620:17:4000:ffff:ffff:ffff:ffff:ffff
2620:1b:e000:ffff:ffff:ffff:ffff:ffff
2620:1c:6000:ffff:ffff:ffff:ffff:ffff
2620:1d:f:ffff:ffff:ffff:ffff:ffff
2620:1d:8000:ffff:ffff:ffff:ffff:ffff
2620:1f:e000:ffff:ffff:ffff:ffff:ffff
2620:20:a000:ffff:ffff:ffff:ffff:ffff
2620:23:2001:ffff:ffff:ffff:ffff:ffff
2620:26:a000:ffff:ffff:ffff:ffff:ffff
2620:33:8000:ffff:ffff:ffff:ffff:ffff
2620:36:0:ffff:ffff:ffff:ffff:ffff
2620:36:e00f:ffff:ffff:ffff:ffff:ffff

2620:39:2000:ffff:ffff:ffff:ffff:ffff
2620:3d:a000:ffff:ffff:ffff:ffff:ffff
2620:3d:e000:ffff:ffff:ffff:ffff:ffff
2620:3f:a000:ffff:ffff:ffff:ffff:ffff
2620:42:2000:ffff:ffff:ffff:ffff:ffff
2620:4d:4007:ffff:ffff:ffff:ffff:ffff
2620:52:10:ffff:ffff:ffff:ffff:ffff
2620:56:c00f:ffff:ffff:ffff:ffff:ffff
2620:5b:0:ffff:ffff:ffff:ffff:ffff
2620:5c:2000:ffff:ffff:ffff:ffff:ffff
2620:5e:a000:ffff:ffff:ffff:ffff:ffff
2620:5e:a00f:ffff:ffff:ffff:ffff:ffff
2620:5f:2000:ffff:ffff:ffff:ffff:ffff
2620:5f:6000:ffff:ffff:ffff:ffff:ffff
2620:62:2000:ffff:ffff:ffff:ffff:ffff
2620:70:e000:ffff:ffff:ffff:ffff:ffff
2620:71:c00f:ffff:ffff:ffff:ffff:ffff
2620:74:2a:ffff:ffff:ffff:ffff:ffff
2620:74:48:ffff:ffff:ffff:ffff:ffff
2620:74:60:ffff:ffff:ffff:ffff:ffff
2620:74:7b:ffff:ffff:ffff:ffff:ffff
2620:74:82:ffff:ffff:ffff:ffff:ffff
2620:74:a6:ffff:ffff:ffff:ffff:ffff
2620:74:aa:ffff:ffff:ffff:ffff:ffff
2620:75:a000:ffff:ffff:ffff:ffff:ffff
2620:76:8000:ffff:ffff:ffff:ffff:ffff
2620:77:a000:ffff:ffff:ffff:ffff:ffff
2620:79:6000:ffff:ffff:ffff:ffff:ffff
2620:7a:c000:ffff:ffff:ffff:ffff:ffff
2620:7b:2000:ffff:ffff:ffff:ffff:ffff
2620:81:c000:ffff:ffff:ffff:ffff:ffff
2620:83:2000:ffff:ffff:ffff:ffff:ffff
2620:85:6000:ffff:ffff:ffff:ffff:ffff
2620:85:a000:ffff:ffff:ffff:ffff:ffff
2620:8d:a000:ffff:ffff:ffff:ffff:ffff
2620:8f:e000:ffff:ffff:ffff:ffff:ffff
2620:90:8000:ffff:ffff:ffff:ffff:ffff

2620:91:8000:ffff:ffff:ffff:ffff:ffff
2620:98:a00f:ffff:ffff:ffff:ffff:ffff
2620:9b:2000:ffff:ffff:ffff:ffff:ffff
2620:9e:8000:ffff:ffff:ffff:ffff:ffff
2620:a4:c040:ffff:ffff:ffff:ffff:ffff
2620:a5:2000:ffff:ffff:ffff:ffff:ffff
2620:ab:8000:ffff:ffff:ffff:ffff:ffff
2620:ac:a000:ffff:ffff:ffff:ffff:ffff
2620:af:f:ffff:ffff:ffff:ffff:ffff
2620:b0:e000:ffff:ffff:ffff:ffff:ffff
2620:b1:0:ffff:ffff:ffff:ffff:ffff
2620:b4:6000:ffff:ffff:ffff:ffff:ffff
2620:b7:e000:ffff:ffff:ffff:ffff:ffff
2620:ba:4000:ffff:ffff:ffff:ffff:ffff
2620:ba:e000:ffff:ffff:ffff:ffff:ffff
2620:c1:0:ffff:ffff:ffff:ffff:ffff
2620:c9:c000:ffff:ffff:ffff:ffff:ffff
2620:cc:6000:ffff:ffff:ffff:ffff:ffff
2620:db:e000:ffff:ffff:ffff:ffff:ffff
2620:dc:8:ffff:ffff:ffff:ffff:ffff
2620:dd:a000:ffff:ffff:ffff:ffff:ffff
2620:e3:4000:ffff:ffff:ffff:ffff:ffff
2620:e5:c000:ffff:ffff:ffff:ffff:ffff
2620:ec:0:ffff:ffff:ffff:ffff:ffff
2620:ef:c000:ffff:ffff:ffff:ffff:ffff
2620:100:601d:ffff:ffff:ffff:ffff:ffff
2620:101:a001:ffff:ffff:ffff:ffff:ffff
2620:104:1e:ffff:ffff:ffff:ffff:ffff
2620:104:ff:ffff:ffff:ffff:ffff:ffff
2620:105:500f:ffff:ffff:ffff:ffff:ffff
2620:107:9064:ffff:ffff:ffff:ffff:ffff
2620:10b:c0ff:ffff:ffff:ffff:ffff:ffff
2620:111:8004:ffff:ffff:ffff:ffff:ffff
2620:111:8006:ffff:ffff:ffff:ffff:ffff
2620:111:8009:ffff:ffff:ffff:ffff:ffff
2620:111:800f:ffff:ffff:ffff:ffff:ffff
2620:111:d003:ffff:ffff:ffff:ffff:ffff

2620:114:b0ff:ffff:ffff:ffff:ffff:ffff
2620:115:c00e:ffff:ffff:ffff:ffff:ffff
2620:117:10ff:ffff:ffff:ffff:ffff:ffff
2620:119:13:ffff:ffff:ffff:ffff:ffff
2620:11a:a03e:ffff:ffff:ffff:ffff:ffff
2620:11a:a065:ffff:ffff:ffff:ffff:ffff
2620:11a:d0ff:ffff:ffff:ffff:ffff:ffff
2620:11b:e06f:ffff:ffff:ffff:ffff:ffff
2620:11b:e0af:ffff:ffff:ffff:ffff:ffff
2620:11b:e0cf:ffff:ffff:ffff:ffff:ffff
2620:11d:100f:ffff:ffff:ffff:ffff:ffff
2620:124:f:ffff:ffff:ffff:ffff:ffff
2620:125:30ff:ffff:ffff:ffff:ffff:ffff
2620:125:b00f:ffff:ffff:ffff:ffff:ffff
2620:126:90ff:ffff:ffff:ffff:ffff:ffff
2620:127:300f:ffff:ffff:ffff:ffff:ffff
2620:129:800f:ffff:ffff:ffff:ffff:ffff
2620:129:e00f:ffff:ffff:ffff:ffff:ffff
2620:12d:a00f:ffff:ffff:ffff:ffff:ffff
2620:12d:d00f:ffff:ffff:ffff:ffff:ffff
2620:12e:1000:ffff:ffff:ffff:ffff:ffff
2620:12e:100f:ffff:ffff:ffff:ffff:ffff
2620:130:30ff:ffff:ffff:ffff:ffff:ffff
2620:130:e00f:ffff:ffff:ffff:ffff:ffff
2620:131:104b:ffff:ffff:ffff:ffff:ffff
2620:134:a001:ffff:ffff:ffff:ffff:ffff
2620:134:c003:ffff:ffff:ffff:ffff:ffff
2620:134:c00f:ffff:ffff:ffff:ffff:ffff
2620:135:100f:ffff:ffff:ffff:ffff:ffff
2620:135:300f:ffff:ffff:ffff:ffff:ffff
2620:137:50ff:ffff:ffff:ffff:ffff:ffff
2620:137:c00f:ffff:ffff:ffff:ffff:ffff
2620:138:3010:ffff:ffff:ffff:ffff:ffff
2620:138:3019:ffff:ffff:ffff:ffff:ffff
2620:138:700f:ffff:ffff:ffff:ffff:ffff
2620:139:b0ff:ffff:ffff:ffff:ffff:ffff
2620:139:f00f:ffff:ffff:ffff:ffff:ffff

2620:13a:10ff:ffff:ffff:ffff:ffff:ffff
2620:13a:b001:ffff:ffff:ffff:ffff:ffff
2620:13d:10ff:ffff:ffff:ffff:ffff:ffff
2620:13d:2060:ffff:ffff:ffff:ffff:ffff
2620:13d:2062:ffff:ffff:ffff:ffff:ffff
2620:13e:c00f:ffff:ffff:ffff:ffff:ffff
2620:149:9c7:ffff:ffff:ffff:ffff:ffff
2620:149:a19:ffff:ffff:ffff:ffff:ffff
2620:149:1366:ffff:ffff:ffff:ffff:ffff
2620:149:1502:ffff:ffff:ffff:ffff:ffff
2620:149:1c2d:ffff:ffff:ffff:ffff:ffff
2620:149:1c69:ffff:ffff:ffff:ffff:ffff
2620:149:1cf5:ffff:ffff:ffff:ffff:ffff
2620:149:7000:ffff:ffff:ffff:ffff:ffff
2620:14f:ffff:ffff:ffff:ffff:ffff:ffff
2620:171:13:ffff:ffff:ffff:ffff:ffff
2620:171:68:ffff:ffff:ffff:ffff:ffff
2620:171:dd:ffff:ffff:ffff:ffff:ffff
2620:171:fc:ffff:ffff:ffff:ffff:ffff
2620:17b:5:ffff:ffff:ffff:ffff:ffff
2620:1d1:ffff:ffff:ffff:ffff:ffff:ffff
2631:80:3:ffff:ffff:ffff:ffff:ffff
2631:9020:13ff:ffff:ffff:ffff:ffff:ffff
2631:9024:13ff:ffff:ffff:ffff:ffff:ffff
2800:1e0:20ff:ffff:ffff:ffff:ffff:ffff
2800:3d0:1008:0:ffff:ffff:ffff:ffff
2800:3d0:1027:ffff:ffff:ffff:ffff:ffff
2800:3d0:103f:ffff:ffff:ffff:ffff:ffff
2800:3d0:1043:ffff:ffff:ffff:ffff:ffff
2800:3d0:1047:ffff:ffff:ffff:ffff:ffff
2800:3d0:104f:ffff:ffff:ffff:ffff:ffff
2800:3d0:1053:ffff:ffff:ffff:ffff:ffff
2800:3d0:1057:ffff:ffff:ffff:ffff:ffff
2800:3d0:1059:ffff:ffff:ffff:ffff:ffff
2800:3d0:105b:ffff:ffff:ffff:ffff:ffff
2800:3d0:105f:ffff:ffff:ffff:ffff:ffff
2800:3d0:1068:ff:ffff:ffff:ffff:ffff

2800:3d0:106b:ffff:ffff:ffff:ffff:ffff
2800:3d0:1074:ff:ffff:ffff:ffff:ffff
2800:3d0:1077:ffff:ffff:ffff:ffff:ffff
2800:3d0:107b:ffff:ffff:ffff:ffff:ffff
2800:3d0:107f:ffff:ffff:ffff:ffff:ffff
2800:3d0:109f:ffff:ffff:ffff:ffff:ffff
2800:3d0:10af:ffff:ffff:ffff:ffff:ffff
2800:3d0:10bf:ffff:ffff:ffff:ffff:ffff
2800:3d0:10cf:ffff:ffff:ffff:ffff:ffff
2800:3d0:10d7:ffff:ffff:ffff:ffff:ffff
2800:3d0:10e7:ffff:ffff:ffff:ffff:ffff
2800:3d0:10eb:ffff:ffff:ffff:ffff:ffff
2800:3d0:10ff:ffff:ffff:ffff:ffff:ffff
2800:3d0:111e:ff:ffff:ffff:ffff:ffff
2800:3d0:11c0:1ff:ffff:ffff:ffff:ffff
2800:3d0:1207:ffff:ffff:ffff:ffff:ffff
2800:3d0:120f:ffff:ffff:ffff:ffff:ffff
2800:3d0:121f:ffff:ffff:ffff:ffff:ffff
2800:3d0:122f:ffff:ffff:ffff:ffff:ffff
2800:3d0:12ff:ffff:ffff:ffff:ffff:ffff
2800:ba0:0:ffff:ffff:ffff:ffff:ffff
2800:ba0:4:ffff:ffff:ffff:ffff:ffff
2800:ba0:10:ffff:ffff:ffff:ffff:ffff
2800:ba0:12:ffff:ffff:ffff:ffff:ffff
2801:162:2:ffff:ffff:ffff:ffff:ffff
2801:162:4:ffff:ffff:ffff:ffff:ffff
2801:1d1:f:ffff:ffff:ffff:ffff:ffff
2801:1f0:401b:ffff:ffff:ffff:ffff:ffff
2801:1f0:401d:ffff:ffff:ffff:ffff:ffff
2801:1f0:4024:ffff:ffff:ffff:ffff:ffff
2802:0:4c:ffff:ffff:ffff:ffff:ffff
2803:1c80:b3ff:ffff:ffff:ffff:ffff:ffff
2803:2320:7f:ffff:ffff:ffff:ffff:ffff
2803:4900:ffff:ffff:ffff:ffff:ffff:ffff
2803:5c80:6001:ffff:ffff:ffff:ffff:ffff
2803:bc00:ffff:ffff:ffff:ffff:ffff:ffff
2803:d000:fffd:ffff:ffff:ffff:ffff:ffff

2803:d8e0:ffff:ffff:ffff:ffff:ffff:ffff
2803:fd80:ffff:ffff:ffff:ffff:ffff:ffff
2a00:11c0:2c:ffff:ffff:ffff:ffff:ffff
2a00:11c0:179a:ffff:ffff:ffff:ffff:ffff
2a00:79e0:2c05:ffff:ffff:ffff:ffff:ffff
2a00:79e1:f81:ffff:ffff:ffff:ffff:ffff
2a00:79e1:48a6:ffff:ffff:ffff:ffff:ffff
2a00:86c0:122:ffff:ffff:ffff:ffff:ffff
2a00:86c0:2031:ffff:ffff:ffff:ffff:ffff
2a00:86c0:2103:ffff:ffff:ffff:ffff:ffff
2a00:86c0:800b:ffff:ffff:ffff:ffff:ffff
2a00:86c0:8032:ffff:ffff:ffff:ffff:ffff
2a00:aea0:210:ffff:ffff:ffff:ffff:ffff
2a00:aea0:2ff:ffff:ffff:ffff:ffff:ffff
2a00:d1a0:3:ffff:ffff:ffff:ffff:ffff
2a00:f820:6:0:ffff:ffff:ffff:ffff
2a01:298:fd:ffff:ffff:ffff:ffff:ffff
2a01:5b0:2e:ffff:ffff:ffff:ffff:ffff
2a01:7e04:ffff:ffff:ffff:ffff:ffff:ffff
2a01:8840:c:ffff:ffff:ffff:ffff:ffff
2a01:a860:3:ffff:ffff:ffff:ffff:ffff
2a01:ad00:5:ffff:ffff:ffff:ffff:ffff
2a01:b747:2d:ffff:ffff:ffff:ffff:ffff
2a01:b747:f5:ffff:ffff:ffff:ffff:ffff
2a01:b747:186:ffff:ffff:ffff:ffff:ffff
2a02:b48:810a:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be:ffff:ffff:ffff:ffff:ffff
2a02:26f7:126:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b21b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b25d:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b389:3fff:ffff:ffff:ffff:ffff
2a02:26f7:b38b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b440:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b4c2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b502:ffff:ffff:ffff:ffff:ffff
2a02:26f7:b542:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd01:3fff:ffff:ffff:ffff:ffff

2a02:26f7:bd05:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bd07:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd0b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd0f:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd14:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bd40:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bd44:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bd47:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd4b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd4f:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd80:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bd83:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd87:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bd8b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdc0:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bdc1:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdc4:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bdc5:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdc7:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdca:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bdcb:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdcf:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bdd3:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be00:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be04:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be07:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be0c:d53f:ffff:ffff:ffff:ffff
2a02:26f7:be0f:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be40:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be44:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be47:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be4b:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be4f:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be80:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be84:3fff:ffff:ffff:ffff:ffff
2a02:26f7:be87:ffff:ffff:ffff:ffff:ffff
2a02:26f7:be8b:ffff:ffff:ffff:ffff:ffff

2a02:26f7:be90:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bebf:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bec2:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bec4:3fff:ffff:ffff:ffff:ffff
2a02:26f7:bec7:ffff:ffff:ffff:ffff:ffff
2a02:26f7:becb:ffff:ffff:ffff:ffff:ffff
2a02:26f7:becf:ffff:ffff:ffff:ffff:ffff
2a02:26f7:beff:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bf02:ffff:ffff:ffff:ffff:ffff
2a02:26f7:bfc4:ffff:ffff:ffff:ffff:ffff
2a02:26f7:c042:ffff:ffff:ffff:ffff:ffff
2a02:26f7:cc82:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e6c2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e706:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e742:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e782:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e7c2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e804:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e842:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e882:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e8c2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e942:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e982:ffff:ffff:ffff:ffff:ffff
2a02:26f7:e9c2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:ea42:ffff:ffff:ffff:ffff:ffff
2a02:26f7:ea82:ffff:ffff:ffff:ffff:ffff
2a02:26f7:eb42:ffff:ffff:ffff:ffff:ffff
2a02:26f7:ebc2:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f6e8:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f702:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f743:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f783:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f803:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f842:ffff:ffff:ffff:ffff:ffff
2a02:26f7:f882:ffff:ffff:ffff:ffff:ffff
2a02:2892:53:ffff:ffff:ffff:ffff:ffff
2a02:6ea0:1cff:ffff:ffff:ffff:ffff:ffff

2a02:6ea0:ccff:ffff:ffff:ffff:ffff:ffff
2a02:c6c1:f:ffff:ffff:ffff:ffff:ffff
2a02:e982:56:ffff:ffff:ffff:ffff:ffff
2a02:fe80:17:ffff:ffff:ffff:ffff:ffff
2a03:1980:d2ff:ffff:ffff:ffff:ffff:ffff
2a03:1980:d4ff:ffff:ffff:ffff:ffff:ffff
2a03:2880:f02c:ffff:ffff:ffff:ffff:ffff
2a03:2880:f12c:ffff:ffff:ffff:ffff:ffff
2a03:2880:f22c:ffff:ffff:ffff:ffff:ffff
2a03:2880:f332:ffff:ffff:ffff:ffff:ffff
2a03:2880:f351:ffff:ffff:ffff:ffff:ffff
2a03:2880:f363:ffff:ffff:ffff:ffff:ffff
2a03:2880:f819:ffff:ffff:ffff:ffff:ffff
2a03:2887:ff00:ffff:ffff:ffff:ffff:ffff
2a03:2887:ff0a:ffff:ffff:ffff:ffff:ffff
2a03:2887:ff20:ffff:ffff:ffff:ffff:ffff
2a03:2887:ff27:ffff:ffff:ffff:ffff:ffff
2a03:2887:ff64:ffff:ffff:ffff:ffff:ffff
2a03:5180:4:ffff:ffff:ffff:ffff:ffff
2a03:5180:b:ffff:ffff:ffff:ffff:ffff
2a03:5840:13f:ffff:ffff:ffff:ffff:ffff
2a03:83e0:e42:ffff:ffff:ffff:ffff:ffff
2a03:83e0:f42:ffff:ffff:ffff:ffff:ffff
2a03:83e0:1142:ffff:ffff:ffff:ffff:ffff
2a03:83e0:1242:ffff:ffff:ffff:ffff:ffff
2a03:90c0:cf:ffff:ffff:ffff:ffff:ffff
2a03:90c0:51f:ffff:ffff:ffff:ffff:ffff
2a03:90c0:7cf:ffff:ffff:ffff:ffff:ffff
2a03:9d40:6ff:ffff:ffff:ffff:ffff:ffff
2a03:9fa0:ffff:ffff:ffff:ffff:ffff:ffff
2a03:b8c0:30:ffff:ffff:ffff:ffff:ffff
2a04:e00:5:ffff:ffff:ffff:ffff:ffff
2a04:2f00:ff03:ffff:ffff:ffff:ffff:ffff
2a04:4e40:1c31:ffff:ffff:ffff:ffff:ffff
2a04:4e40:5e3f:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6800:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6810:ffff:ffff:ffff:ffff:ffff

2a04:4e40:6820:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6840:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6850:ffff:ffff:ffff:ffff:ffff
2a04:4e40:68f0:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6c00:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6c2f:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6c5f:ffff:ffff:ffff:ffff:ffff
2a04:4e40:6cf0:ffff:ffff:ffff:ffff:ffff
2a04:4e40:7100:ffff:ffff:ffff:ffff:ffff
2a04:4e40:7110:ffff:ffff:ffff:ffff:ffff
2a04:4e40:7140:ffff:ffff:ffff:ffff:ffff
2a04:4e40:7c0f:ffff:ffff:ffff:ffff:ffff
2a04:4e41:4c:ffff:ffff:ffff:ffff:ffff
2a04:4e41:50:ffff:ffff:ffff:ffff:ffff
2a04:4e41:602:ffff:ffff:ffff:ffff:ffff
2a04:4e41:a02:ffff:ffff:ffff:ffff:ffff
2a04:4e41:2a02:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3002:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3202:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3403:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3603:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3a03:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3a17:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3bff:ffff:ffff:ffff:ffff:ffff
2a04:4e41:3e03:ffff:ffff:ffff:ffff:ffff
2a04:4e41:4402:ffff:ffff:ffff:ffff:ffff
2a04:4e41:4a03:ffff:ffff:ffff:ffff:ffff
2a04:4e41:7003:ffff:ffff:ffff:ffff:ffff
2a04:4e41:7203:ffff:ffff:ffff:ffff:ffff
2a04:4e42:3c:ffff:ffff:ffff:ffff:ffff
2a04:4e42:57:ffff:ffff:ffff:ffff:ffff
2a04:4e42:8f:ffff:ffff:ffff:ffff:ffff
2a04:4e44:ff:ffff:ffff:ffff:ffff:ffff
2a04:4e44:1ff:ffff:ffff:ffff:ffff:ffff
2a04:4e44:2ff:ffff:ffff:ffff:ffff:ffff
2a04:4e44:3ff:ffff:ffff:ffff:ffff:ffff
2a04:4e44:4ff:ffff:ffff:ffff:ffff:ffff

2a04:4e44:5ff:ffff:ffff:ffff:ffff:ffff
2a04:4e44:ffff:ffff:ffff:ffff:ffff:ffff
2a04:b880:4:ffff:ffff:ffff:ffff:ffff
2a04:c300:13ff:ffff:ffff:ffff:ffff:ffff
2a04:e4c0:76:ffff:ffff:ffff:ffff:ffff
2a04:e4c0:94:ffff:ffff:ffff:ffff:ffff
2a04:e4c4:41:ffff:ffff:ffff:ffff:ffff
2a04:e802:b:ffff:ffff:ffff:ffff:ffff
2a05:fc0:ffff:ffff:ffff:ffff:ffff:ffff
2a05:9405:ffff:ffff:ffff:ffff:ffff:ffff
2a05:dfc1:5f10:ffff:ffff:ffff:ffff:ffff
2a05:dfc1:6bf3:ffff:ffff:ffff:ffff:ffff
2a05:dfc4:171a:ffff:ffff:ffff:ffff:ffff
2a05:dfc4:2126:ffff:ffff:ffff:ffff:ffff
2a05:dfc4:2833:ffff:ffff:ffff:ffff:ffff
2a06:1180:10:ffff:ffff:ffff:ffff:ffff
2a06:35c4:100:ffff:ffff:ffff:ffff:ffff
2a06:9801:1200:ffff:ffff:ffff:ffff:ffff
2a06:9801:12ff:ffff:ffff:ffff:ffff:ffff
2a06:98c0:1c64:ffff:ffff:ffff:ffff:ffff
2a06:98c0:1c69:ffff:ffff:ffff:ffff:ffff
2a06:98c0:1c8d:ffff:ffff:ffff:ffff:ffff
2a06:98c0:1c8f:ffff:ffff:ffff:ffff:ffff
2a06:98c0:1c93:ffff:ffff:ffff:ffff:ffff
2a06:9f81:290f:ffff:ffff:ffff:ffff:ffff
2a06:9f81:29ff:ffff:ffff:ffff:ffff:ffff
2a06:a005:2acf:ffff:ffff:ffff:ffff:ffff
2a06:a180:a0:ffff:ffff:ffff:ffff:ffff
2a06:de05:6035:ffff:ffff:ffff:ffff:ffff
2a06:de05:6048:ffff:ffff:ffff:ffff:ffff
2a06:de05:612b:ffff:ffff:ffff:ffff:ffff
2a06:de05:61a0:ffff:ffff:ffff:ffff:ffff
2a06:de05:6347:ffff:ffff:ffff:ffff:ffff
2a06:de05:6372:ffff:ffff:ffff:ffff:ffff
2a06:de05:63d2:ffff:ffff:ffff:ffff:ffff
2a06:e487:ffff:ffff:ffff:ffff:ffff:ffff
2a06:e881:140f:ffff:ffff:ffff:ffff:ffff

2a06:e881:160e:ffff:ffff:ffff:ffff:ffff
2a06:f887:ffff:ffff:ffff:ffff:ffff:ffff
2a07:3b80:0:ffff:ffff:ffff:ffff:ffff
2a07:3b87:ffff:ffff:ffff:ffff:ffff:ffff
2a07:4cc4:ffff:ffff:ffff:ffff:ffff:ffff
2a07:4cc7:ffff:ffff:ffff:ffff:ffff:ffff
2a07:7800:11:ffff:ffff:ffff:ffff:ffff
2a07:8083:ffff:ffff:ffff:ffff:ffff:ffff
2a07:8087:ffff:ffff:ffff:ffff:ffff:ffff
2a07:b8c1:27:ffff:ffff:ffff:ffff:ffff
2a07:f6c1:ffff:ffff:ffff:ffff:ffff:ffff
2a07:f6c5:ffff:ffff:ffff:ffff:ffff:ffff
2a09:e06:ffff:ffff:ffff:ffff:ffff:ffff
2a09:1d82:ffff:ffff:ffff:ffff:ffff:ffff
2a09:2900:30ff:ffff:ffff:ffff:ffff:ffff
2a09:2900:84ff:ffff:ffff:ffff:ffff:ffff
2a09:43c7:ffff:ffff:ffff:ffff:ffff:ffff
2a09:a702:a7:ffff:ffff:ffff:ffff:ffff
2a09:bac0:17:ffff:ffff:ffff:ffff:ffff
2a09:bac0:103:ffff:ffff:ffff:ffff:ffff
2a09:bac0:155:ffff:ffff:ffff:ffff:ffff
2a09:bac0:160:ffff:ffff:ffff:ffff:ffff
2a09:bac2:6ed7:ffff:ffff:ffff:ffff:ffff
2a09:bac3:6ed7:ffff:ffff:ffff:ffff:ffff
2a09:bac5:6fd7:ffff:ffff:ffff:ffff:ffff
2a09:bac6:6fd7:ffff:ffff:ffff:ffff:ffff
2a09:bac6:d6df:ffff:ffff:ffff:ffff:ffff
2a09:bac6:d7cf:ffff:ffff:ffff:ffff:ffff
2a09:bac6:dadf:ffff:ffff:ffff:ffff:ffff
2a09:e683:8:ffff:ffff:ffff:ffff:ffff
2a0a:1800:1a:ffff:ffff:ffff:ffff:ffff
2a0a:2842:463:ffff:ffff:ffff:ffff:ffff
2a0a:2d00:10:ffff:ffff:ffff:ffff:ffff
2a0a:6040:98ff:ffff:ffff:ffff:ffff:ffff
2a0a:6044:b3ff:ffff:ffff:ffff:ffff:ffff
2a0a:8c45:ffff:ffff:ffff:ffff:ffff:ffff
2a0b:21c1:6030:ffff:ffff:ffff:ffff:ffff

2a0b:4343:51:ffff:ffff:ffff:ffff:ffff
2a0c:2207:ffff:ffff:ffff:ffff:ffff:ffff
2a0c:7881:100:ffff:ffff:ffff:ffff:ffff
2a0c:7886:e4:ffff:ffff:ffff:ffff:ffff
2a0c:8a47:8fff:ffff:ffff:ffff:ffff:ffff
2a0c:8fc3:80ff:ffff:ffff:ffff:ffff:ffff
2a0c:e680:7fff:ffff:ffff:ffff:ffff:ffff
2a0d:6c2:31:ffff:ffff:ffff:ffff:ffff
2a0d:5600:6:ffff:ffff:ffff:ffff:ffff
2a0d:5600:a:ffff:ffff:ffff:ffff:ffff
2a0d:5600:49:ffff:ffff:ffff:ffff:ffff
2a0d:5600:5a:ffff:ffff:ffff:ffff:ffff
2a0d:5600:62:ffff:ffff:ffff:ffff:ffff
2a0d:5600:72:ffff:ffff:ffff:ffff:ffff
2a0d:5600:106:ffff:ffff:ffff:ffff:ffff
2a0d:5600:140:ffff:ffff:ffff:ffff:ffff
2a0d:5600:203:ffff:ffff:ffff:ffff:ffff
2a0d:5600:233:ffff:ffff:ffff:ffff:ffff
2a0d:5600:303:ffff:ffff:ffff:ffff:ffff
2a0d:6907:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:71c7:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:75c2:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:75c6:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:bf07:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:cd07:ffff:ffff:ffff:ffff:ffff:ffff
2a0d:e5c7:ffff:ffff:ffff:ffff:ffff:ffff
2a0e:15c0:6:ffff:ffff:ffff:ffff:ffff
2a0e:1a83:1:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:ff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:10f:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:1ff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:fff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:12ff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:17ff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:20ff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:2aff:ffff:ffff:ffff:ffff:ffff
2a0e:46c4:2c31:ffff:ffff:ffff:ffff:ffff

| |
|---|
| 2a0e:46c4:2cff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:46c4:3fff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:46c4:63ff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:46c4:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:6901:8ff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:6902:5fff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:6c04:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0e:8f02:1024:ffff:ffff:ffff:ffff:ffff |
| 2a0e:8f02:102f:ffff:ffff:ffff:ffff:ffff |
| 2a0e:acc0:ac85:ffff:ffff:ffff:ffff:ffff |
| 2a0e:acc0:ad06:ffff:ffff:ffff:ffff:ffff |
| 2a0e:b107:433:0:ffff:ffff:ffff:ffff |
| 2a0e:b107:930:ffff:ffff:ffff:ffff:ffff |
| 2a0e:b107:935:ffff:ffff:ffff:ffff:ffff |
| 2a0e:b107:938:ffff:ffff:ffff:ffff:ffff |
| 2a0e:b107:93f:ffff:ffff:ffff:ffff:ffff |
| 2a0e:e380:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:1200:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:1f83:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:2746:4002:ffff:ffff:ffff:ffff:ffff |
| 2a0f:2746:7002:ffff:ffff:ffff:ffff:ffff |
| 2a0f:2d82:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:31c3:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:4cc7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cd0d:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cd3f:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cda2:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cdd6:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cdff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:ce0a:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:ce3a:ffff:ffff:ffff:ffff:ffff |
| 2a0f:6280:cf4f:ffff:ffff:ffff:ffff:ffff |
| 2a0f:85c1:264:ffff:ffff:ffff:ffff:ffff |
| 2a0f:85c1:c49:ffff:ffff:ffff:ffff:ffff |
| 2a0f:85c1:d61:ffff:ffff:ffff:ffff:ffff |
| 2a0f:9400:7727:ffff:ffff:ffff:ffff:ffff |
| 2a0f:9407:3fff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:d487:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:df46:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e004:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e1c0:acab:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e202:fc06:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e383:4002:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e383:7002:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e6c2:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e7c4:22:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e842:100:ffff:ffff:ffff:ffff:ffff |
| 2a0f:e947:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a0f:ea43:10:ffff:ffff:ffff:ffff:ffff |
| 2a10:500:99ff:ffff:ffff:ffff:ffff:ffff |
| 2a10:1d87:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a10:3c82:4fff:ffff:ffff:ffff:ffff:ffff |
| 2a10:fa80:18:ffff:ffff:ffff:ffff:ffff |
| 2a11:147:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:840:65:ffff:ffff:ffff:ffff:ffff |
| 2a11:2cc0:15:ffff:ffff:ffff:ffff:ffff |
| 2a11:2ec7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:3b44:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:49c7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:6cc7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:7245:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:9a47:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:841e:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:842c:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:8433:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:844d:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:8454:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:8462:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:8464:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:846f:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:848a:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:848e:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84ad:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84af:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84b4:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84bc:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84e1:ffff:ffff:ffff:ffff:ffff |
| 2a11:a580:84ea:ffff:ffff:ffff:ffff:ffff |
| 2a11:b847:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a11:c007:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:83:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:687:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:783:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:b40:1:ffff:ffff:ffff:ffff:ffff |
| 2a12:3a81:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:3a85:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:5e87:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:6007:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:7607:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:7705:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:ac43:acab:ffff:ffff:ffff:ffff:ffff |
| 2a12:ad07:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a12:bec4:12aa:ffff:ffff:ffff:ffff:ffff |
| 2a12:bec4:12af:ffff:ffff:ffff:ffff:ffff |
| 2a12:dd47:80c0:ffff:ffff:ffff:ffff:ffff |
| 2a12:ecc4:2213:ffff:ffff:ffff:ffff:ffff |
| 2a13:240:86ff:ffff:ffff:ffff:ffff:ffff |
| 2a13:240:f2ff:ffff:ffff:ffff:ffff:ffff |
| 2a13:18c0:200:ffff:ffff:ffff:ffff:ffff |
| 2a13:18c6:99:ffff:ffff:ffff:ffff:ffff |
| 2a13:7407:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a13:8c86:140:ffff:ffff:ffff:ffff:ffff |
| 2a13:9282:100:ffff:ffff:ffff:ffff:ffff |
| 2a13:9500:3d:ffff:ffff:ffff:ffff:ffff |
| 2a13:9500:f3:ffff:ffff:ffff:ffff:ffff |
| 2a13:9f07:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a13:a5c3:25bf:ffff:ffff:ffff:ffff:ffff |
| 2a13:b9c7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a13:c900:55:ffff:ffff:ffff:ffff:ffff |
| 2a13:d087:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a13:e102:10:ffff:ffff:ffff:ffff:ffff |
| 2a13:f580:3:ffff:ffff:ffff:ffff:ffff |
| 2a14:1b84:2000:ffff:ffff:ffff:ffff:ffff |
| 2a14:1ec7:f7ff:ffff:ffff:ffff:ffff:ffff |
| 2a14:35c3:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7580:ffee:ffff:ffff:ffff:ffff:ffff |
| 2a14:7581:300:ffff:ffff:ffff:ffff:ffff |
| 2a14:7581:3ff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7581:c01:ffff:ffff:ffff:ffff:ffff |
| 2a14:7581:cff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7581:9f6d:ffff:ffff:ffff:ffff:ffff |
| 2a14:7583:f801:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e0ff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e36f:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3bf:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3c1:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3c3:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3c6:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3c9:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3d7:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3dd:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3df:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e3f7:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e404:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e40b:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e414:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e425:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e4ff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e63f:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:e8ff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:efff:ffff:ffff:ffff:ffff:ffff |
| 2a14:7584:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a14:78c7:ffff:ffff:ffff:ffff:ffff:ffff |
| 2a14:ae00:105:ffff:ffff:ffff:ffff:ffff |
| 2a14:dd80:1023:ffff:ffff:ffff:ffff:ffff |
| 2c0f:ef78:5:ffff:ffff:ffff:ffff:ffff |
| 2c0f:ef78:9:ffff:ffff:ffff:ffff:ffff |
| 2c0f:ef78:c:ffff:ffff:ffff:ffff:ffff |