**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,
v. Case No. 6:26-cv-02173-JSS-LHP
CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,
Defendants.
______________________________________/

**PLAINTIFF JOHN ELIK'S FIRST SET OF INTERROGATORIES TO DEFENDANT DD FOUNDATION LLC**

Under Federal Rules of Civil Procedure 26 and 33, Plaintiff John Elik requests that Defendant DD Foundation LLC answer the following interrogatories separately and fully in writing under oath, and serve its answers and any objections within thirty (30) days after service.

**DEFINITIONS**

The definitions in Plaintiff John Elik's First Request for Production to Defendant DD Foundation LLC, served October 25, 2026 (the "First RFP"), apply to these interrogatories. "Identify," for a natural person, means to state the person's full name, employer, title or role, and last known business address; for an entity, its full name and principal place of business; and for a document, its Bates number or, if not produced, its date, author, recipients, and subject.

# INSTRUCTIONS

1. The answers must be signed under oath by an officer or agent of DD Foundation LLC, who must furnish the information available to it. Fed. R. Civ. P. 33(b)(1)(B), (3), (5). A verification form follows.
2. If You answer by referring to business records under Rule 33(d), specify the records by Bates number in sufficient detail to enable Plaintiff to locate and identify them as readily as You could. A general reference to Your production does not comply.
3. State the grounds for any objection with specificity, and answer every part of an interrogatory to which You do not object. Fed. R. Civ. P. 33(b)(3)–(4).
4. Unless an interrogatory states otherwise, it covers January 1, 2021 through the date of Your answer.

**INTERROGATORIES**

**Interrogatory No. 1:** Identify each person or entity that has performed work for Legio—including enrollment, billing, payment processing, member verification, account administration, customer support, website maintenance, or communication of membership status to DEFCAD, Inc.—and, for each, state the work performed, the dates, and the entity that employed, engaged, or paid the person for that work.

**ANSWER:**

**Interrogatory No. 2:** For each calendar year from 2021 through the date of Your answer, state the total amount paid for Legio memberships by or on behalf of Florida Legio Members, and identify the records and selection criteria used to calculate each figure.

**ANSWER:**

**Interrogatory No. 3:** State every fact supporting Your contention that John Elik agreed to arbitrate any claim asserted in this action, and identify each person with knowledge of those facts and each document that supports that contention.

**ANSWER:**

**Interrogatory No. 4:** Identify each person who, since August 4, 2022, has held credentials for, controlled, or posted or associated content through the ThirdEyeAgent, TexasRanger, or IvanTheTroll account on defcad.com.

**ANSWER:**

**Interrogatory No. 5:** Identify each database, system, and third-party service—including payment processors and hosting, analytics, and email providers—that has stored Legio member records, Legio payment records, access logs or client IP addresses for either Site, or view or download data for the August 2026 Postings since January 1, 2021, and, for each, identify the entity that controls it and state whether any such data has been deleted, overwritten, reset, or purged since January 1, 2026.

**ANSWER:**

Dated: October 25, 2026

Respectfully submitted,

*/s/ Matthew Larosiere*
**Matthew Larosiere, Esq.**
Florida Bar No. 1005581
The Law Office of Matthew Larosiere
6964 Houlton Circle
Lake Worth, Florida 33467
Telephone: (561) 452-7575
Email: larosieremm@gmail.com
Counsel for Plaintiff John Elik

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2026, I served a true and correct copy of the foregoing by U.S. Mail, with a courtesy copy by email, on:

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
cf@chadflores.law
Counsel for Defendant DD Foundation LLC

Zachary Z. Zermay
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
zach@zermaylaw.com
Lead Counsel for Plaintiffs

/s/ Matthew Larosiere
Matthew Larosiere

**VERIFICATION**

I, ______________________________, declare that I am the ______________________________ of DD Foundation LLC and am authorized to make this verification on its behalf; that I have read the foregoing answers to Plaintiff John Elik's First Set of Interrogatories; and that the answers are true and correct based on my personal knowledge and on information available to DD Foundation LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on ____________________, 2026.

______________________________
Signature

______________________________
Printed name and title