**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,
v. Case No. 6:26-cv-02173-JSS-LHP
CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and
DD FOUNDATION LLC,
Defendants.
_______________________________________/

**PLAINTIFF MATTHEW LAROSIERE'S FIRST SET OF INTERROGATORIES TO DEFENDANT DD FOUNDATION LLC**

Under Federal Rules of Civil Procedure 26 and 33, Plaintiff Matthew Larosiere requests that Defendant DD Foundation LLC answer the following interrogatory separately and fully in writing under oath, and serve its answer and any objections within thirty (30) days after service.

## DEFINITIONS AND INSTRUCTIONS

The definitions in Plaintiff John Elik's First Request for Production to Defendant DD Foundation LLC, served October 25, 2026 (the "First RFP"), apply to this interrogatory. "Identify" has the meaning given in Plaintiff John Elik's First Set of Interrogatories to DD Foundation LLC, served the same day. The answer must be signed under oath by an officer or agent of DD Foundation LLC, who must furnish the information available to it. Fed. R. Civ. P. 33(b)(1)(B), (3), (5). If You answer by referring to business records under Rule 33(d), specify the records by Bates number.

## INTERROGATORY

**Interrogatory No. 1:** State every fact supporting Your contention that Matthew Larosiere agreed to arbitrate any claim asserted in this action, and identify each person with knowledge of those facts and each document that supports that contention.

**ANSWER:**

Dated: October 25, 2026

Respectfully submitted,

*/s/ Zachary Z. Zermay*
**Zachary Z. Zermay, Esq.**
Florida Bar No. 1002905
Zermay Law, P.A.
3000 Coral Way, Suite 1115
Coral Gables, Florida 33145
Telephone: (305) 767-3529
Email: zach@zermaylaw.com
Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on October 25, 2026, I served a true and correct copy of the foregoing by U.S. Mail, with a courtesy copy by email, on:

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
cf@chadflores.law
Counsel for Defendant DD Foundation LLC

Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Circle
Lake Worth, Florida 33467
larosieremm@gmail.com
Counsel for Plaintiff John Elik

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay

## VERIFICATION

I, ______________________________, declare that I am the ______________________________ of DD Foundation LLC and am authorized to make this verification on its behalf; that I have read the foregoing answers to Plaintiff Matthew Larosiere's First Set of Interrogatories; and that the answers are true and correct based on my personal knowledge and on information available to DD Foundation LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on ____________________, 2026.

______________________________
Signature

______________________________
Printed name and title