**Subject:** Larosiere v. Wilson, No. 6:26-cv-2173 – Local Rule 3.01(g) Conferral – Motion to Extend Time to Respond to Doc. 42
**Date:** Friday, November 20, 2026 at 11:18:28 AM Central Standard Time
**From:** Matthew Larosiere
**To:** Leitner, Leia V.
**CC:** Zachary Z. Zermay (Zach@ZermayLaw.com), Zibas, Jura C., Heitman, Alyssa J., Chad Flores

Ms. Leitner,

Under Local Rule 3.01(g), Plaintiffs ask to confer on a motion to extend their deadline to respond to your clients' motion to dismiss or, alternatively, to compel arbitration (Doc. 42).

Your clients' motion rests on two factual premises. On arbitration, it relies on Mr. Wilson's account of how defcad.com and ddlegio.com present their terms and record user assent. Doc. 42-1. The Court has already addressed the same issue on DD Foundation's parallel motion. It held that formation is decided on a summary-judgment-like standard, and extended Plaintiffs' response deadline so they could take discovery first. Doc. 50. The same reasoning applies here. On jurisdiction, your clients contend that their only Florida contact is Mr. Larosiere's own download. That is a factual assertion, and Plaintiffs are entitled to test it.

Plaintiffs intend to take a Rule 30(b)(6) deposition of DEFCAD, Inc. and of Defense Distributed on two subjects:

1. How each company creates, stores, and retrieves the records bearing on formation, including account registration, the presentation and acceptance of terms, login and download logs, and the records underlying Doc. 42-1.
2. Each company's contacts with Florida, including Florida users and members, revenue from Florida, downloads to Florida, marketing directed to Florida, and the records that track them.

Plaintiffs will then serve written discovery for those records. That sequence needs time for both depositions, for written responses, and for resolving any disputes. Plaintiffs will therefore ask the Court to extend their deadline to respond to Doc. 42 by 90 days, from December 8, 2026 to March 8, 2027.

Please tell us whether your clients oppose. We can discuss this Monday at 10:00 a.m., together with the insurance application. We also ask to confer then on the 30(b)(6) topics, as Rule 30(b)(6) requires, and on December dates for both depositions. Notices will follow.

Matthew Larosiere