**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE and JOHN ELIK,
Plaintiffs,

v. Case No. 6:26-cv-2173-JSS-LHP

CODY RUTLEDGE WILSON; DEFCAD, INC.;
DEFENSE DISTRIBUTED; and DD FOUNDATION LLC,
Defendants.
_______________________________________/

**DECLARATION OF JOHN ELIK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, John Elik, declare from personal knowledge:

1. I am a plaintiff in this case. I use the professional name IvanTheTroll and the name Ivan T Troll. I wrote the SF5 Build Tutorial and took the 225 distinct photographs at issue. I recognize them from my own work and from the copies deposited with the Copyright Office.

2. I own 73 of the photographs at issue in this case: four in registration VA0002479454, 44 in VA0002499002, and 25 in VA0002498997. The certificates at Exhibit C, pages 13–18, identify me as the author and claimant. Some photographs appear in more than one DEFCAD package.

3. Mr. Larosiere and I signed an employment agreement on May 1, 2021. Working for Mr. Larosiere and at his direction, I wrote the SF5 Build Tutorial and took the 50 SF5 photographs and 96 Amigo Grande photographs identified in Exhibit D. We agreed that Mr. Larosiere owned the copyrights in that work from the time I created it.

4. Mr. Larosiere and I also signed written assignments for Amigo Grande on February 27, 2022, and SF5 on October 28, 2023. I signed them to transfer to Mr. Larosiere any copyright interest I may have retained in the works they identified. Mr. Larosiere and I agree that he owns the copyrights in the tutorial and the SF5 and Amigo Grande photographs identified in Exhibit D.

5. I took the six 10/22 photographs at issue and assigned my rights in them to Mr. Larosiere by a separate written agreement on April 14, 2025. "Ivan T Troll" on the registration certificate is me. The certificate identifies Mr. Larosiere as the claimant and states that the transfer was by written agreement. Ex. C at 11–12.

6. In August 2026, after reading DD LEGIO's newsletter, I checked DEFCAD and recognized our work. I told Mr. Larosiere where to look. I later reviewed the files he downloaded from the seven August postings and compared them with the registered deposits.

7. I have reviewed Exhibit D, Comparison of Registered Works and Downloaded Copies. The sections headed "Ongoing Infringements" compare the registered works at issue. The separate comparisons headed "Pending Registration" are not included in my count of 225 photographs and one tutorial. On the left are excerpts from the deposit copies; on the right are the corresponding portions of the files downloaded from Defcad. Exhibit D fairly and accurately shows what I compared. I found no difference in the photographs themselves or in the words shown from the SF5 tutorial.

8. For example, the photograph deposited as "2021-A (34).jpg" appears on page 7 of the downloaded 3011DS Build Tutorial. The package labeled as an SF5 remix contained the SF5 tutorial and photographs, but it also contained 96 of the Amigo Grande photographs. Nothing in the package title mentioned Amigo Grande. The SF5 tutorial comparison in Exhibit D also shows the copyright and licensing notice on page 2 of the tutorial.

9. Around 2020, Garret Walliman gave me login credentials for a DEFCAD profile he had created under the name IvanTheTroll. On August 4, 2022, I told Walliman and Cody Wilson to delete the account, everything associated with it, and any archived versions. I lost access to the account. I do not control the profile now, choose what appears on it, or have the ability to remove a listing from it.

10. I did not upload any of the works at issue to DEFCAD or direct anyone to upload them. I did not grant Defendants a license to these works or accept payment for the

August 2026 postings. I did not supply or approve the September 25 posting titled "John Elik's Document Preservation."

11. I have not authorized Defendants to sell or give away my photographs, place advertisements alongside them, grant anyone else a license to them, or copy or remix them through GatGPT. I do not want my photographs distributed in that manner. The public pages do not tell me who has downloaded a copy or where that person has sent it. I cannot use the profile bearing my name to correct the attribution or withdraw the files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2026 in Alton, Illinois

_______________________________

John Elik