**Registration Number**

# TX 9-372-196

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
March 21, 2024

## Title

**Title of Work:** The SF5 3D Printable MP5

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle

Lake Worth, FL 33467 United States

## Certification

**Name:** Matthew Larosiere
**Date:** December 24, 2023

**Correspondence:** Yes

**Registration Number**
# VA 2-381-769
**Effective Date of Registration:**
December 23, 2023
**Registration Decision Date:**
February 08, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 29, 2023 to October 31, 2023

### Title

**Title of Group:** SF5_1,
SF52,
SF5_3,
SF5_4,
SF5_5,
SF5_6,
SF5_7,
SF58,
SF5_9,
SF5_10,
SF5_11,
SF5_12,
SF5_13,
SF514,
SF515,
SF5_16,
SF5_17,
SF5_18,
SF5_19,
SF520,
SF521,
SF5_22,
SF5_23,
SF5_24,
SF5_25,
SF5_26,
SF527,
SF5_28,
SF5_29,
SF5_30,
SF5_31,
SF5_32,
SF533,
SF5_34,
SF5_35,
SF5_36,

SF5_37,
SF5_38,
SF539,
SF540,
SF5_41,
SF5_42,
SF5_43,
SF5_44,
SF545,
SF546,
SF5_47,
SF5_48,
SF5_49,
SF5_50,
BAR_1,
BAR2,
BAR_3,
BAR_4,
BAR_5,
BAR_6,
BAR_7,
BAR8,
BAR_9,
BAR_10,
BAR_11,
BAR_12,
BAR_13,
BAR14

**Number of Photographs in Group:** 64

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** March 29, 2023
**Latest Publication Date in Group:** October 31, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Matthew Larosiere
**Author Created:** photographs
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

## Certification

**Name:** Matthew Larosiere
**Date:** December 23, 2023

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**
# VA 2-381-513
**Effective Date of Registration:**
December 23, 2023
**Registration Decision Date:**
February 06, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 28, 2022 to May 06, 2022

### Title

**Title of Group:** ag_1,
ag2,
ag_3,
ag_4,
ag_5,
ag_6,
ag_7,
ag8,
ag_9,
ag_10,
ag_11,
ag_12,
ag_13,
ag14,
ag15,
ag_16,
ag_17,
ag_18,
ag_19,
ag20,
ag21,
ag_22,
ag_23,
ag_24,
ag_25,
ag_26,
ag27,
ag_28,
ag_29,
ag_30,
ag_31,
ag_32,
ag33,
ag_34,
ag_35,
ag_36,

ag_37,
ag_38,
ag39,
ag40,
ag_41,
ag_42,
ag_43,
ag_44,
ag45,
ag46,
ag_47,
ag_48,
ag_49,
ag_50,
ag_51,
ag52,
ag_53,
ag_54,
ag_55,
ag_56,
ag_57,
ag58,
ag_59,
ag_60,
ag_61,
ag_62,
ag_63,
ag64,
ag65,
ag_66,
ag_67,
ag_68,
ag_69,
ag70,
ag71,
ag_72,
ag_73,
ag_74,
ag_75,
ag_76,
ag77,
ag_78,
ag_79,
ag_80,
ag_81,
ag_82,
ag83,
ag_84,
ag_85,
ag_86,
ag_87,
ag_88,
ag89,
ag90,
ag_91,
ag_92,
ag_93,
ag_94,

ag_95,
ag_96,
ag97,
ag98,
ag_99,
ag_100,
P99_1,
P99_2,
P993,
P994,
P99_5,
P99_6,
P99_7,
P99_8,
P99_9,
P9910,
P99_11,
P99_12,
P99_13,
P99_14,
P99_15,
P9916,
P99_17,
P99_18,
P99_19,
P99_20,
P99_21,
P9922,
P9923,
P99_24,
P99_25,
P99_26,
P99_27,
P9928,
P9929,
P99_30,
P99_31,
P99_32,
P99_33,
P99_34,
P9935,
P99_36,
P99_37,
P99_38,
P99_39,
P99_40,
P9941,
P99_42,
P99_43,
P99_44,
P99_45,
P99_46,
P9947,
P9948,
P99_49,
P99_50,
P99_51,
P99_52,

P99_53,
P99_54,
P9955,
P9956,
P99_57,
P99_58,
P99_59

**Number of Photographs in Group:** 159

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** February 28, 2022
**Latest Publication Date in Group:** May 06, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Matthew Larosiere
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification

**Name:** Matthew Larosiere
**Date:** December 23, 2023

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be

registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

**VA 2-449-526**

**Effective Date of Registration:**
May 03, 2025

**Registration Decision Date:**
June 18, 2025

# Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 19, 2020 to August 21, 2020

## Title

**Title of Group:** IT_Images_2020
**Number of Photographs in Group:** 18

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** April 19, 2020
**Latest Publication Date in Group:** August 21, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Ivan T Troll
  **Author Created:** photographs
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575

**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

## Certification

**Name:** Matthew Larosiere
**Date:** May 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**
**VA 2-479-454**
**Effective Date of Registration:**
October 27, 2025
**Registration Decision Date:**
January 29, 2026

# Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 13, 2021 to December 30, 2021

## Title

**Title of Group:** 2021 Gun Images
**Number of Photographs in Group:** 292

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 13, 2021
**Latest Publication Date in Group:** December 30, 2021
**Nation of First Publication:** United States

## Author

- **Author:** John Elik
  **Author Created:** photographs
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** John Elik
6404 ALPHA DR, ALTON, IL, 62002, United States

## Rights and Permissions

**Name:** John Elik
**Email:** additivemodelingsolutions@protonmail.com

## Certification

**Name:** John Elik
**Date:** October 26, 2025

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**
# VA 2-499-002
**Effective Date of Registration:**
April 19, 2026
**Registration Decision Date:**
April 30, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 07, 2021 to December 13, 2021

### Title

**Title of Group:** 2021 Pics
**Number of Photographs in Group:** 76

### Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** April 07, 2021
**Latest Publication Date in Group:** December 13, 2021
**Nation of First Publication:** United States

### Author

- **Author:** John Elik
  **Author Created:** photographs
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** John Elik
6404 ALPHA DR, ALTON, IL, 62002, United States

### Rights and Permissions

**Name:** John Elik

**Email:** additivemodelingsolutions@protonmail.com
**Address:** 6404 ALPHA DR
ALTON, IL 62002 United States

## Certification

**Name:** John Elik
**Date:** April 19, 2026

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**
**VA 2-498-997**
**Effective Date of Registration:**
April 19, 2026
**Registration Decision Date:**
April 30, 2026

# Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 01, 2022 to December 31, 2022

## Title

**Title of Group:** 2022 Pics
**Number of Photographs in Group:** 319

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** January 01, 2022
**Latest Publication Date in Group:** December 31, 2022
**Nation of First Publication:** United States

## Author

- **Author:** John Elik
  **Author Created:** photographs
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** John Elik
6404 ALPHA DR, ALTON, IL, 62002, United States

## Rights and Permissions

**Name:** John Elik

**Email:** additivemodelingsolutions@protonmail.com
**Address:** 6404 ALPHA DR
ALTON, IL 62002 United States

## Certification

**Name:** John Elik
**Date:** April 19, 2026

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.