EXHIBIT E


T.REX ARMS
EQUIPPING SERIOUS CITIZENS
SHOP NOW
3011 Printable 1911 Frame
IvanTheTroll
558
1
3011 Double Stack
IvanTheTroll
106
0
TTT-333 3d printable Tokarev 33 receiver.
D
DaddyApache
6
0

**EXHIBIT E**


6390 ALS® Mid-Ride Duty Rated Level I Retention™...
183.00 Shop Now
6390RDSO - ALS® MID-RIDE DUTY RATED LEVEL I...
204.50 Shop Now
6354 ALS® Tactical Thigh Holster
259.00 Shop Now
3011 Printable 1911 Frame
IvanTheTroll
558
1
3011 Double Stack
IvanTheTroll
106
0
TTT-333 3d printable Tokarev 33 receiver.
D
DaddyApache
6
0

EXHIBIT E



6390RDSO - ALS® MID-RIDE DUTY RATED LEVEL I...
204.50 Shop Now


6354 ALS® Tactical Thigh Holster
259.00 Shop Now


6004 SLS Tactical Holster
231.00 Shop Now




**Plastikov v3.0 3D-Printable AKM Receiver**

IvanTheTroll 904 0



**Plastikov v4 Ejector Sheet Metal Body**

punished_jackal 90 0



**Beretta 950B(s) Mustela Plastico**

Are_We_Cool_Yet 537 1



**Ridge Swept Mustela Plastico Grip Panels**

FFFTech 298 0



**Forgotten Tech Mustela Plastico Grip Panels**

FFFTech 279 0



**Haunted Thicket Mustela Plastico Grip Panels**

TexasRanger 259 0



**Croatian BIM Grenade**

ProfessorParabellum 284 0

EXHIBIT E


ALWAYS CARRY COMFORTABLY
UPGRADE YOUR HOLSTER WITH A BACKER FOR ULTIMATE COMFORT
DRN Detector
Ванільний Цукорок gen.1
Printable Case Deflector AR15
IvanTheTroll 714 0
AR15 Brass Catcher
Forbidden_Code 93 0
Stand in the Car Under PEP Vanilla Candy, D...
khokhlo_archive 82 0
Case MMCX / N-type
UkraineWarArchive 35 0
PC case 5.25 inch bay cover
captain_esmeralda 26 0
Transport Case for TinySA Ultra Antenna
UkraineWarArchive 15 0
START PRINTING TODAY
A7V Tissue Case
captain_esmeralda 95 0
PROMOTED
.380 Ammo Case
LukePilk 125 0
UPGRADE YOUR CARRY
DISCOUNTED OPTICS AND LIGHTS WITH HOLSTER PURCHASE

**EXHIBIT E**






(SF5 / KF5) SFFA V2 Select Fire Full Auto

S s3igu2 138 0



SF5 (smooth side) Endcap

G glowinowen 446 1



SF5-3EYE-Remix_V1.0 BETA

ThirdEyeAgent 41 0