Now you can click here to sign up for DEFCAD directly. ×

# WASP and GatGPT-2

Publication Date
10.22.26

---

"We Regret to Inform You That 'GatGPT' Is Exactly What It Sounds Like." This from Futurism, a news site premised *not* on documenting our cultural movement toward a scarcely imaginable future, but on producing a nostalgia for our recent social-democratic past.

Defense Distributed and DEFCAD developed the WASP pistol entirely on GatGPT, which we now release for LEGIO members and by invitation. You can sign up here.

GatGPT is no longer about retraining unrestricted models. It is instead an agent harness and MCP armed with an extensive firearms development

knowledge base. Leveraging the DEFCAD library, it has quick access to all of the live files, and can remix existing designs. Other current features:

- Describe it and GatGPT builds it. Watch in a 3D viewer as your agent works, manually editing or exporting at your convenience.
- Upload references, pictures, concept drawings, blueprints.
- Plan mode for complex work.
- Create BOMs, step-by-step instructions, and GD&T drawings/blueprints.
- Export files in printable formats.
- Hosted CAD sessions.
- Pro members can bring their own API keys, and connect it to their own Fusion and FreeCAD sessions on-device.

The crypto bros have already made it a meme coin.

## WASP and ANT



The WASP is a sinister little thing. Through it I experience time out of joint. A perverse repetition of Liberator joined with these inhuman, insectoid inclusions from a more worrisome future. The grip is thoracic. It's broken and *xenolithic*. It's a tiny first monument to the loss of textual and geometric solidity AI now delivers even to the firearm.

But it makes good on one of our oldest theses at Defense Distributed. As predicted in Baudrillard, even guns have become fourth-order simulacra.

# The AI For Building Guns

Get Early Access

An agent with a firearms development knowledge base and the whole DEFCAD library, in CAD you can watch.

Works in

FreeCAD

Autodesk Fusion

# You Build

Every GatGPT plan needs a paid DEFCAD membership.