EXHIBIT H



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE, )
)
Plaintiff, )
) CASE NO.: 6:24-cv-01629
v. )
)
CODY RUTLEDGE WILSON, DEFCAD, )
Inc., DEFENSE DISTRIBUTED, )
and DIOSKOUROI, LLC., )
)
Defendants. )
________________________________)

VIDEO DEPOSITION OF CODY WILSON

TAKEN BY: PLAINTIFFS HEREIN

DATE: Tuesday, March 17, 2026

TIME: 9:00 a.m. to 12 p.m.
1:00 p.m. to 6:15 p.m.

PLACE: Wilson Elser
2063 Main Street
Suite 100
Sarasota, Florida 34237

REPORTED BY: KARIN J. STRAUSS, Court Reporter
Notary Public
State of Florida at Large

document.

Q So I'd like to go to --

MS. GYEBI: Madam court reporter, what time do you have, for the record?

THE COURT REPORTER: 6:15.

MS. GYEBI: Oh, six hours and 15 minutes?

THE COURT REPORTER: I don't know what --

THE VIDEOGRAPHER: We're on the record for six hours and 55 minutes.

MR. ZERMAY: Okay. We have five minutes.

BY MR. ZERMAY:

Q So I'd like to go to the Plaintiff's Exhibit 5, page 47.

A Oh, it's at the end. Sure.

Q Do you see a message from A. Zinoviev? Is that it?

A Yes.

Q Okay. What does that say there?

A A. Zinoviev, November 25th, 2024, at 3:50 p.m. It seems to be a message from Slack, it's so titled. The message is: "Where we talk about their registrations, we accuse them of fraud."

Q Okay. Is that your user name?

A Yes.

Q Did you send that message?

A Hum? I can only assume that I sent this message. It doesn't look like it was a message to me. It looks like it was a message that I sent.

Q Okay. What did you mean by, "Where we talk about the registrations, we accuse them of fraud"?

A I guess it's hard to tell isolated like this. It's difficult for me to suppose.

Q Did you send this message before you saw any of Matthew Larosiere's -- a copy of registrations?

A Well, this message is from November, late November of '24, so I would have been served with his lawsuit by then. So therefore, I would have seen his registration before I sent it.

Q Would you have said this before you saw the transfer in employment agreements between John Elik and Matthew Larosiere?

A Okay. Hold on. The question is: Would I have said this?

Q Yes.

A I don't know if I would have said it, but I would have believed it. I've believed it forever, before this lawsuit was even filed.

The agreements are phony. There is no

employment agreement. It has no legal reality. No commercial reality. It's a fraud. It's fake. Fake lawsuit, fake lawyers, fake agreements, fake file, fake copy.

Q So you believe that there was fraud from the very beginning?

A Yes. And I made such representations.

Q And that's -- and when you refer to fake lawsuits and fake lawyers, I guess -- let's take it piece by piece.

What to you mean by fake lawsuits?

A Lawsuits brought without evidence, without real plaintiffs, without real claims, without real damages. Fake all the way through.

Q Okay. What do you mean by fake lawyers?

A Even the property at issue is fake, and insubstantial and without commercial reality. It is so fake there are fake levels of how fake it is. Even the news about it is fake. It is a cake of fraud.

Q Are the works that you're calling fake, are they still on DEFCAD.com?

A The works? The works are defined so broadly in this lawsuit. As I understand it almost

all of the works are no longer available for access on DEFCAD.

Q The Amigo Grande is no longer, their works is no longer available on DEFCAD.com?

A The works of Amigo Grande, as described as believe literary works, photographic works, and other visual works, including the models.

I think only models are available for download on DEFCAD.com.

Q Is the HitchHiker works still available on DEFCAD.com?

A The HitchHiker works, as I've been educated today, includes 63 photographic works, which may include the models. Hell if I know. And two literary works. I believe only the models are included.

For the record I'll say before the five minutes are up: The value contributed by DEFCAD, created by DEFCAD, it's in access to the files. It is not in the images or the files, themselves. We don't ask people to pay money to download the images or the models. The value goes toward providing access, information, organization of that information.

Q So why didn't you just stop publishing

them when you were sued?

A Because you don't have copyrighted models. And it's upon important question of law to settle so that people in this community stop trying to use it as a caudle and create fake lawsuits for fake property.

This bridge has to be crossed. It might as well be crossed with this Plaintiff and this attorney for a vendable buzz or something. It's an important question of law.

Q When you say, "With this attorney," are you referring to me?

A I am.

MS. GYEBI: Counsel, we have run out of time. We've hit seven hours.

BY MR. ZERMAY:

Q Well, am I a fake lawyer?

A I don't know you, man.

MS. GYEBI: I think we can go off record.

MS. ZIBAS: I think we can go off record.

MR. LAROSIERE: I don't know you, dude. I did see you at that hearing on ChatGPt. You've got me wondering.

MS. ZIBAS: Yes.

THE VIDEOGRAPHER: We're going off the