United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
Plaintiff,

v. No. 6:25-cv-2112

Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, DD Foundation LLC, Thomas Christopher Odom, and Garret Walliman,
Defendants.

---

**Declaration of Cody Wilson**
**December 15, 2025**

---

I, Cody Wilson, declare and state as follows.

1. I am a competent adult with personal knowledge of what this declaration states and, if called upon to do so, could and would competently testify to all of the facts set forth herein. I am familiar with all of this action's operative pleadings and major filings, including the Document 1 complaint and Document 8 motion for a preliminary injunction.

2. "DEFCAD" is the website hosted at defcad.com. DEFCAD serves as a web portal, search engine, and third-party platform for digital firearms information. It focuses on the needs of designers and hobbyists who handle 3D printable and other CAD models regarding firearms.

3. DEFCAD operates in compliance with all applicable federal and state laws governing its development and distribution of digital firearms information. In particular, DEFCAD operates in compliance with the "Export Administration Regulations" administered by the Department of Commerce's Bureau of Industry and Security under the Arms Export Control Act of 1976 and the "International Traffic in Arms Regulations" administered by the Department of State's s Directorate of Defense Trade Controls under the Arms Export Control Act of 1976. DEFCAD also operates in compliance with certain state laws being challenged in litigation, such as New Jersey Statute 2C:39-9(l)(2).

4. Legal responsibility for DEFCAD has always belonged to Defense Distributed and its subsidiary, Defcad, Inc. Content hosting, moderation, and distribution decisions for DEFCAD are executed by corporate entities and platform personnel, not by me in my personal capacity. I do not personally host, sell, license, or distribute the textual documents or photographs identified by Plaintiff, and neither do Defendants Thomas Odom or Garret Walliman.

5. Both Defcad, Inc. and Defense Distributed are fully solvent, possess substantial assets, and have an established history of meeting financial obligations. They continue to operate as going concerns in the ordinary course of business, with ongoing revenue, assets, and the ability to meet financial obligations as they come due. Neither Defense Distributed nor Defcad, Inc. is planning dissolution, liquidation, asset stripping, or extraordinary restructuring during the pendency of this litigation. Defense Distributed and Defcad, Inc. will continue to maintain their existing operational presence and jurisdictional footprint during the pendency of this action.

6. From December 15, 2025, until the conclusion of this litigation, Defense Distributed and DEFCAD will employ a policy of not distributing via DEFCAD or otherwise intentionally utilizing the textual documents and photographs put at issue by Plaintiff's Document 8 motion for a preliminary injunction, which are specified in the Plaintiff's filings as pertaining to the works allegedly covered by these United States Copyright numbers: VA0002449545, VA0002449526, VA0002449520, TX0009509700, TX0009509692, VA0002418589, and TX0009412695.

7. The policy described in paragraph 6 is undertaken voluntarily, absolutely, and without qualification. Substantial deliberations warrant this decision, which was arrived at not as any admission of any liability whatsoever, but as a prophylactic step to avoid unnecessarily rushed proceedings.

8. The policy described in paragraph 6 has been implemented through internal operational instructions and platform-level controls. Personnel responsible for DEFCAD content administration have been instructed to enforce the policy without exception through reasonable and good-faith compliance measures designed to prevent distribution of the identified materials. The policy contains no discretionary exceptions, waivers, or informal workarounds.

9. The policy described in paragraph 6 will remain in effect for the full duration of this litigation, including any appeals, unless and until a final judgment or court order resolves the claims at issue.

10. In prior litigation matters, Defense Distributed and DEFCAD have implemented litigation-driven content restrictions and have maintained those restrictions throughout the pendency of proceedings in good faith. To the extent any isolated instance of access or availability may have occurred despite the policy described above, such instance would have been inadvertent, short-lived, and promptly corrected once identified.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:
Cody Wilson
B0DC260D0EDF45E...

Cody Wilson
December 15, 2025